# EXHIBIT A

**In Support of**

**Motion for Leave to Amend to Add Publix**

**Amending Plaintiffs Seeking Leave to Add the Publix Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45332-DAP | Broward County, Florida v. Purdue Pharma L.P. et al | Broward County | Florida | 7.32% | 4.85% | /s/ Mark Dearman |
| 1:18-op-45374-DAP | County of Fulton v. Purdue Pharma, LP et al | Fulton County | Georgia | 7.90% | 6.06% | /s/ Shayna E. Sacks |
| 1:18-op-45414-DAP | Shelby County Alabama v. Purdue Pharma LP et al | Shelby County | Alabama | 5.79% | 4.67% | /s/ Jeffrey D. Price |
| 1:18-op-45516-DAP | City of Sandy Springs, Georgia v. AmerisourceBergen Drug Corporation et al | Sandy Springs City | Georgia | 7.90% | 6.06% | /s/ Matt Conn |
| 1:18-op-45669-DAP | County of Osceola v. Purdue Pharma L.P. et al | Osceola County | Florida | 6.89% | 4.72% | /s/ Shayna E. Sacks |
| 1:18-op-46121-DAP | Palm Beach County v. Purdue Pharma L.P. et al | Palm Beach County | Florida | 12.11% | 8.42% | /s/ Shayna E. Sacks |
| 1:18-op-46132-DAP | City of Palm Bay v. Purdue Pharma L.P. et al | Palm Bay City | Florida | 10.98% | 8.71% | /s/ Eric Romano |
| 1:18-op-46281-DAP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | 6.27% | 4.74% | /s/ Mike Moore |
| 1:18-op-46282-DAP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | 6.27% | 4.74% | /s/ Mike Moore |
| 1:18-op-46296-DAP | Rockdale County, Georgia v. Purdue Pharma L.P. et al | Rockdale County | Georgia | 6.11% | 4.29% | /s/ Shayna E. Sacks |
| 1:18-op-46308-DAP | City of Atlanta v. Purdue Pharma, LP et al | Atlanta City | Georgia | 7.90% | 6.06% | /s/ Shayna E. Sacks |
| 1:19-op-45064-DAP | County of Brevard, Florida v. Purdue Pharma L.P. et al | Brevard County | Florida | 10.98% | 8.71% | /s/ Paulina do Amaral |
| 1:19-op-45314-DAP | Deese v. Purdue Pharma L.P. et al | Sheriff Of Peach County | Georgia | 7.32% | 7.90% | /s/ Paul Scott |
| 1:19-op-45339-DAP | Sarasota County, Florida v. Purdue Pharma L.P. et al | Sarasota County | Florida | 12.39% | 9.88% | /s/ David I. Ackerman |
| 1:19-op-45563-DAP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | 14.57% | 10.95% | /s/ Eric Romano |
| 1:19-op-45565-DAP | Seminole County, Florida v. Purdue Pharma L.P. et al | Seminole County | Florida | 10.64% | 7.57% | /s/ Eric Romano |
| 1:19-op-45584-DAP | City of Oviedo, Florida v. Purdue Pharma L.P., et al | Oviedo City | Florida | 10.64% | 7.57% | /s/ Eric Romano |
| 1:19-op-45586-DAP | City of Deltona, Florida v. Purdue Pharma, L.P. et al | Deltona City | Florida | 10.89% | 8.66% | /s/ Eric Romano |
| 1:19-op-45588-DAP | Lake County, Florida v. Purdue Pharma L.P. et al | Lake County | Florida | 14.81% | 10.96% | /s/ Eric Romano |
| 1:19-op-45591-DAP | Clay County, Florida v. Purdue Pharma L.P. et al | Clay County | Florida | 9.62% | 8.13% | /s/ Eric Romano |
| 1:19-op-45592-DAP | City of St. Augustine, Florida v. Purdue Pharma LP et al | St. Augustine City | Florida | 14.57% | 10.95% | /s/ Eric Romano |
| 1:19-op-45594-DAP | City of Florida City, Florida v. Purdue Pharma, L.P. et al | Florida City City | Florida | 5.25% | 3.90% | /s/ Eric Romano |
| 1:19-op-45595-DAP | City of Fort Pierce, Florida v. Purdue Pharma L.P. et al | Fort Pierce City | Florida | 9.65% | 6.81% | /s/ Eric Romano |
| 1:19-op-45596-DAP | City of Port St. Lucie, Florida v. Purdue Pharma L.P. et al | Port St. Lucie City | Florida | 9.65% | 6.81% | /s/ Eric Romano |
| 1:19-op-45598-DAP | City of Daytona Beach, Florida v. Purdue Pharma L.P., et al | Daytona Beach City | Florida | 10.89% | 8.66% | /s/ Eric Romano |
| 1:19-op-45599-DAP | City of Sanford, Florida v. Purdue Pharma L.P.., et al | Sanford City | Florida | 10.64% | 7.57% | /s/ Eric Romano |
| 1:19-op-45656-DAP | St. Lucie County, Florida v. Purdue Pharma L.P. et al | St Lucie County | Florida | 9.65% | 6.81% | /s/ Eric Romano |
| 1:19-op-45667-DAP | Hernando County v. Amerisourcebergen Drug Corporation et al | Hernando County | Florida | 12.74% | 11.11% | /s/ Peter J. Mougey |
| 1:19-op-45671-DAP | Lee County v. Purdue Pharma L.P., et al | Lee County | Florida | 14.33% | 10.21% | /s/ John Raggio |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Seeking Leave to Add the Publix Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:19-op-45797-DAP | Orange County, Florida v. Pudue Pharma L.P., et al | Orange County | Florida | 7.59% | 5.48% | /s/ Eric Romano |
| 1:19-op-45826-DAP | Russell County, Alabama v. Purdue Pharma L.P. et al | Russell County | Alabama | 5.39% | 5.49% | /s/ jEFFREY d. pRICE |
| 1:19-op-45834-DAP | City of Ocala, Florida v. Purdue Pharma L.P., et al | Ocala City | Florida | 13.03% | 11.52% | /s/ Eric Romano |
| 1:19-op-45883-DAP | City of Apopka, Florida v. Endo Health Solutions Inc. et al | Apopka City | Florida | 7.59% | 5.48% | /s/ Eric Romano |
| 1:19-op-45894-DAP | Okaloosa County, FL v. Teva Pharmaceuticals USA Inc. et al | Okaloosa County | Florida | 12.59% | 11.82% | /s/ Shayna E. Sacks |
| 1:19-op-46006-DAP | City of Lynn Haven, Florida v. Teva Pharmaceuticals USA, Inc. et al | Lynn Haven City | Florida | 10.69% | 11.41% | /s/ Keith Jackson |
| 1:19-op-46123-DAP | City of Coral Springs, Florida v. Endo Health Solutions Inc. et al | Coral Springs City | Florida | 7.32% | 4.85% | /s/ Eric Romano |
| 1:20-op-45124-DAP | City of Stuart v. Purdue Pharma L.P. et al | Stuart City | Florida | 11.66% | 8.52% | /s/ Jeffrey F. Thomas, Esq. |
| 1:21-op-45066-DAP | Transitions Recovery Program v. McKesson Corporation et al | Transitions Recovery Program | Florida | 5.25% | 3.90% | /s/ Mark A. Tate |
| 1:21-op-45070-DAP | City of Calera, Alabama v. Amerisourcebergen Drug Coropration et al | Calera City | Alabama | 5.79% | 4.67% | /s/ Matt Conn |
| 1:22-op-45013-DAP | City of Alabaster, Alabama v. Amerisourcebergen Drug Corporation et al | Alabaster City | Alabama | 5.79% | 4.67% | /s/ Roderick J. Evans |
| 1:22-op-45016-DAP | City of Columbiana, Alabama et al v. AmerisourceBergen Drug Corporation et al | Columbiana city | Alabama | 5.79% | 4.67% | /s/ Matt Conn |
| 1:22-op-45016-DAP | City of Columbiana, Alabama et al v. AmerisourceBergen Drug Corporation et al | Helena City | Alabama | 5.79% | 4.67% | /s/ Matt Conn |
| 1:22-op-45016-DAP | City of Columbiana, Alabama et al v. AmerisourceBergen Drug Corporation et al | Pelham city | Alabama | 5.79% | 4.67% | /s/ Matt Conn |