# EXHIBIT A

# Release of Opioid-Related Claims Pursuant to the Walgreens Settlement Agreement and New York Mental Hygiene Law Section 25.18(d)

**WHEREAS** pursuant to the Walgreens Settlement Agreement (the "Settlement"), the State of New York and other Releasors have released their Released Claims against Walgreen Co. and the related Released Entities;[1] and

**WHEREAS** the Settlement provides in Section X.A that, as of the Effective Date of the Settlement, Walgreen Co. and the related Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims; and

**WHEREAS** the Settlement provides in Section I.NNN that Releasors (as defined in the Settlement) who are releasing claims under Section X.A include "without limitation and to the maximum extent of the power of [the New York State Attorney General] . . . to release Claims," New York State's and Participating Subdivisions': "(a) . . . departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in his or her official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, and other Special Districts in" New York State, and "(c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, *qui tam*, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to" New York or a New York subdivision, "whether or not any of them participate in this" Settlement; and

**WHEREAS** Section 25.18(d) of the Mental Hygiene Law provides the New York Attorney General with authority, through the release of opioid-related claims in a "statewide opioid settlement agreement" executed after June 1, 2021, to: (i) release the unfiled opioid-related claims of New York government entities like those identified in Section I.NNN against chain pharmacies like Walgreen Co., and (ii) to release opioid-related claims filed by such New York government entities after June 30, 2019 against chain pharmacies like Walgreen Co.; and

**WHEREAS** the Settlement constitutes a "statewide opioid settlement agreement" under Section 25.18(d) of the Mental Hygiene Law; and

**THEREFORE**, pursuant to the foregoing provisions of the Settlement and to the maximum extent of the power and authority of the New York Attorney General, including under Section 25.18(d) of the Mental Hygiene Law, Walgreen Co. and the other Released Entities are, as of the Effective Date, **HEREBY RELEASED OF ANY AND ALL RELEASED CLAIMS OF THE GOVERNMENT ENTITY RELEASORS LISTED IN SECTION I.NNN OF THE SETTLEMENT, INCLUDING THE SUBDIVISIONS AND SPECIAL DISTRICT**

---

[1] Capitalized terms used herein and defined in the Settlement have the meanings given to them in the Settlement.

**RELEASORS LISTED IN APPENDIX A**.  New York State (for itself and the Releasors, including the Subdivisions and Special Districts listed in Appendix A), absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim, or to cause, assist or permit to be brought, filed, or claimed, or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. This release is intended to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to Released Claims and extend to the full extent of the power of New York State and its Attorney General to release claims. This release shall be a complete bar to any Released Claim.

**LETITIA JAMES**
**Attorney General of the State of New York**

By: _____[signature]_____          DATE:   11/22/2023_____
Jennifer Levy, First Deputy Attorney General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10006
Tel: 212-416-8450
Jennifer.Levy@ag.ny.gov

# Appendix A

Amityville, Village of
Babylon, Town of
Babylon, Village of
Bellmore Fire District
Bellport, Village of
Board of Education of Rochester City School District
Brookhaven, Town of
Buffalo, City of
Centereach Fire District
Centerport Fire District
Clarkstown, Town of
East Hampton, Village of
East Rockaway, Village of
Erie County Medical Center Corporation*
Farmingdale, Village of
Floral Park, Village of
Friendship Engine & Hose Co.*
Garden City, Village of
Great Neck, Village of
Greenport, Village of
Hauppauge Fire District
Haverstraw, Town of
Hempstead, Town of
Hempstead, Village of
Hicksville Water District
Huntington, Town of
Island Park, Village of
Islandia, Village of
Islip Terrace Fire District
Islip, Town of
Kingston, City of
Lake Grove, Village of
Lawrence, Village of
Levittown Fire District
Lindenhurst, Village of
Lloyd Harbor, Village of
Long Beach, City of
Lynbrook, Village of
Massapequa Park, Village of
Medford Volunteer Ambulance*
Melville Fire District

Merrick Library
Mill Neck, Village of
Miller Place Fire District
Mount Sinai Fire District
Nassau County Medical Center*
Nesconset Fire District
New Hyde Park, Village of
Nissequogue, Village of
North Hempstead, Town of
North Merrick Fire District
North Patchogue Fire District
Northport, Village of
Old Westbury, Village of
Orangetown, Town of
Oyster Bay, Town of
Patchogue, Village of
Plainview - Old Bethpage Public Library
Poquott, Village of,
Port Washington North, Village of
Port Washington Water District
Poughkeepsie, Town of
Ramapo, Town of
Ridge Fire District
Riverhead, Town of
Rockville Centre Public Library
Rosalyn Water District
Saltaire, Village of
Smithtown Fire District
Smithtown, Town of
South Farmingdale Fire District
Southampton, Town of
Southwestern Central School District
Southold, Town of
St. James Fire District
Stewart Manor, Village of
Stony Brook Fire District
Stony Point, Town of
Suffern, Village of
The Branch, Village of
Uniondale Fire District
Valley Stream, Village of
West Hampton Dunes, Village of
West Haverstraw, Village of

West Hempstead Public Library
Westbury, Village of

*New York State is releasing these entities out of an abundance of caution, but by doing so the State is not intending to concede, and should not be construed as conceding, that these entities are "Special Districts" or otherwise fall within the meaning of "Subdivision" as defined under the Agreement.

# Release of Opioid-Related Claims Pursuant to the Walmart Settlement Agreement and New York Mental Hygiene Law Section 25.18(d)

**WHEREAS** pursuant to the Walmart Settlement Agreement (the "Settlement"), the State of New York and other Releasors have released their Released Claims against Walmart Inc. and the related Released Entities;[1] and

**WHEREAS** the Settlement provides in Section X.A that, as of the Threshold Subdivision Participation Date of the Settlement, Walmart Inc. and the related Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims; and

**WHEREAS** the Settlement provides in Section I.EEE that Releasors (as defined in the Settlement) who are releasing claims under Section X.A include "without limitation and to the maximum extent of the power of [the New York State Attorney General] . . . to release Claims," New York State's and Participating Subdivisions': "(a) . . . departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, hospital districts and other Special Districts in" New York State, and "(c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to" New York or a New York subdivision, "whether or not any of them participate in the" Settlement; and

**WHEREAS** Section 25.18(d) of the Mental Hygiene Law provides the New York Attorney General with authority, through the release of opioid-related claims in a "statewide opioid settlement agreement" executed after June 1, 2021, to: (i) release the unfiled opioid-related claims of New York government entities like those identified in Section I.EEE against chain pharmacies like Walmart Inc., and (ii) to release opioid-related claims filed by such New York government entities after June 30, 2019 against chain pharmacies like Walmart Inc.; and

**WHEREAS** the Settlement constitutes a "statewide opioid settlement agreement" under Section 25.18(d) of the Mental Hygiene Law; and

**THEREFORE**, pursuant to the foregoing provisions of the Settlement and to the maximum extent of the power and authority of the New York Attorney General, including under Section 25.18(d) of the Mental Hygiene Law, Walmart Inc. and the other Released Entities are, as of the Threshold Subdivision Participation Date, **HEREBY RELEASED OF ANY AND ALL RELEASED CLAIMS OF THE GOVERNMENT ENTITY RELEASORS LISTED**

---

[1] Capitalized terms used herein and defined in the Settlement have the meanings given to them in the Settlement.

**IN SECTION II.EEE OF THE SETTLEMENT, INCLUDING THE SUBDIVISIONS AND SPECIAL DISTRICT RELEASORS LISTED IN APPENDIX A**.  New York State (for itself and the Releasors, including the Subdivisions and Special Districts listed in Appendix A), absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim; or to cause, assist in bringing or permit to be brought, filed, or claimed; or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. This release is intended to be broad, shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to any Released Claim, and extend to the full extent of the power of New York State and its Attorney General to release claims. This release shall be a complete bar to any Released Claim.

**LETITIA JAMES**
**Attorney General of the State of New York**

By: _____          DATE:  11/22/2023
Jennifer Levy, First Deputy Attorney General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10006
Tel: 212-416-8450
Jennifer.Levy@ag.ny.gov

# Appendix A

Amityville, Village of
Babylon, Town of
Babylon, Village of
Bellmore Fire District
Bellport, Village of
Board of Education of Rochester City School District
Brookhaven, Town of
Buffalo, City of
Centereach Fire District
Centerport Fire District
Clarkstown, Town of
East Hampton, Village of
East Rockaway, Village of
Erie County Medical Center Corporation*
Farmingdale, Village of
Floral Park, Village of
Friendship Engine & Hose Co.*
Garden City, Village of
Great Neck, Village of
Greenport, Village of
Hauppauge Fire District
Haverstraw, Town of
Hempstead, Town of
Hempstead, Village of
Hicksville Water District
Huntington, Town of
Island Park, Village of
Islandia, Village of
Islip Terrace Fire District
Islip, Town of
Kingston, City of
Lake Grove, Village of
Lawrence, Village of
Levittown Fire District
Lindenhurst, Village of
Lloyd Harbor, Village of
Long Beach, City of
Lynbrook, Village of
Massapequa Park, Village of
Medford Volunteer Ambulance*
Melville Fire District

Merrick Library
Mill Neck, Village of
Miller Place Fire District
Mount Sinai Fire District
Nassau County Medical Center*
Nesconset Fire District
New Hyde Park, Village of
Nissequogue, Village of
North Hempstead, Town of
North Merrick Fire District
North Patchogue Fire District
Northport, Village of
Old Westbury, Village of
Orangetown, Town of
Oyster Bay, Town of
Patchogue, Village of
Plainview - Old Bethpage Public Library
Poquott, Village of,
Port Washington North, Village of
Port Washington Water District
Poughkeepsie, Town of
Ramapo, Town of
Ridge Fire District
Riverhead, Town of
Rockville Centre Public Library
Rosalyn Water District
Saltaire, Village of
Smithtown Fire District
Smithtown, Town of
South Farmingdale Fire District
Southampton, Town of
Southwestern Central School District
Southold, Town of
St. James Fire District
Stewart Manor, Village of
Stony Brook Fire District
Stony Point, Town of
Suffern, Village of
The Branch, Village of
Uniondale Fire District
Valley Stream, Village of
West Hampton Dunes, Village of
West Haverstraw, Village of

West Hempstead Public Library
Westbury, Village of

*New York State is releasing these entities out of an abundance of caution, but by doing so the State is not intending to concede, and should not be construed as conceding, that these entities are "Special Districts" or otherwise fall within the meaning of "Subdivision" as defined under the Agreement.

# Release of Opioid-Related Claims Pursuant to the CVS Settlement Agreement and New York Mental Hygiene Law Section 25.18(d)

**WHEREAS** pursuant to the CVS Settlement Agreement (the "Settlement"), the State of New York and other Releasors have released their Released Claims against CVS (as defined in that Settlement) and the related Released Entities;[1] and

**WHEREAS** the Settlement provides in Section XI.A that, as of the Effective Date of the Settlement, CVS and the related Released Entities are hereby released and forever discharged from all of the Releasors' Released Claims, as the terms "Effective Date," "Released Entities," "Releasors" and "Released Claims" are defined in the Settlement; and

**WHEREAS** the Settlement provides in Section I.MMM that Releasors (as defined in the Settlement) who are releasing claims under Section XI.A include "without limitation and to the maximum extent of the power of [the New York State Attorney General] . . . to release Claims," New York State's and Participating Subdivisions': "(a) . . . departments, agencies, divisions, boards, commissions, Subdivisions, districts, instrumentalities of any kind and attorneys, including its Attorney General, and any person in their official capacity whether elected or appointed to serve any of the foregoing and any agency, person, or other entity claiming by or through any of the foregoing, (b) any public entities, public instrumentalities, public educational institutions, unincorporated districts, fire districts, irrigation districts, water districts, law enforcement districts, emergency services districts, school districts, hospital districts and other Special Districts in" New York State, and "(c) any person or entity acting in a *parens patriae*, sovereign, quasi-sovereign, private attorney general, qui tam, taxpayer, or other capacity seeking relief on behalf of or generally applicable to the general public with respect to" New York or a New York subdivision, "whether or not any of them participate in this" Settlement; and

**WHEREAS** Section 25.18(d) of the Mental Hygiene Law provides the New York Attorney General with authority, through the release of opioid-related claims in a "statewide opioid settlement agreement" executed after June 1, 2021, to: (i) release the unfiled opioid-related claims of New York government entities like those identified in Section I.MMM against chain pharmacies like CVS, and (ii) to release opioid-related claims filed by such New York government entities after June 30, 2019 against chain pharmacies like CVS; and

**WHEREAS** the Settlement constitutes a "statewide opioid settlement agreement" under Section 25.18(d) of the Mental Hygiene Law; and

**THEREFORE**, pursuant to the foregoing provisions of the Settlement and to the maximum extent of the power and authority of the New York Attorney General, including under Section 25.18(d) of the Mental Hygiene Law, CVS and the other Released Entities are, as of the Effective Date, **HEREBY RELEASED OF ANY AND ALL RELEASED CLAIMS OF THE**

---

[1] Capitalized terms used herein and defined in the Settlement have the meanings given to them in the Settlement.

**GOVERNMENT ENTITY RELEASORS LISTED IN SECTION I.MMM OF THE SETTLEMENT, INCLUDING THE SUBDIVISIONS AND SPECIAL DISTRICT RELEASORS LISTED IN APPENDIX A**. New York State (for itself and the Releasors, including the Subdivisions and Special Districts listed in Appendix A), absolutely, unconditionally, and irrevocably covenants not to bring, file, or claim; or to cause, assist in bringing or permit to be brought, filed, or claimed; or to otherwise seek to establish liability for any Released Claims against any Released Entity in any forum whatsoever. This release is intended to be broad and shall be interpreted so as to give the Released Entities the broadest possible bar against any liability relating in any way to any Released Claim, and extend to the full extent of the power of New York State and its Attorney General to release claims. This release shall be a complete bar to any Released Claim.

**LETITIA JAMES**
**Attorney General of the State of New York**

By: _____  DATE: __11/22/2023_____
Jennifer Levy, First Deputy Attorney General
Office of the New York State Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10006
Tel: 212-416-8450
Jennifer.Levy@ag.ny.gov

# Appendix A

Amityville, Village of
Babylon, Town of
Babylon, Village of
Bellmore Fire District
Bellport, Village of
Board of Education of Rochester City School District
Brookhaven, Town of
Buffalo, City of
Centereach Fire District
Centerport Fire District
Clarkstown, Town of
East Hampton, Village of
East Rockaway, Village of
Erie County Medical Center Corporation*
Farmingdale, Village of
Floral Park, Village of
Friendship Engine & Hose Co.*
Garden City, Village of
Great Neck, Village of
Greenport, Village of
Hauppauge Fire District
Haverstraw, Town of
Hempstead, Town of
Hempstead, Village of
Hicksville Water District
Huntington, Town of
Island Park, Village of
Islandia, Village of
Islip Terrace Fire District
Islip, Town of
Kingston, City of
Lake Grove, Village of
Lawrence, Village of
Levittown Fire District
Lindenhurst, Village of
Lloyd Harbor, Village of
Long Beach, City of
Lynbrook, Village of
Massapequa Park, Village of
Medford Volunteer Ambulance*
Melville Fire District

Merrick Library
Mill Neck, Village of
Miller Place Fire District
Mount Sinai Fire District
Nassau County Medical Center*
Nesconset Fire District
New Hyde Park, Village of
Nissequogue, Village of
North Hempstead, Town of
North Merrick Fire District
North Patchogue Fire District
Northport, Village of
Old Westbury, Village of
Orangetown, Town of
Oyster Bay, Town of
Patchogue, Village of
Plainview - Old Bethpage Public Library
Poquott, Village of,
Port Washington North, Village of
Port Washington Water District
Poughkeepsie, Town of
Ramapo, Town of
Ridge Fire District
Riverhead, Town of
Rockville Centre Public Library
Rosalyn Water District
Saltaire, Village of
Smithtown Fire District
Smithtown, Town of
South Farmingdale Fire District
Southampton, Town of
Southwestern Central School District
Southold, Town of
St. James Fire District
Stewart Manor, Village of
Stony Brook Fire District
Stony Point, Town of
Suffern, Village of
The Branch, Village of
Uniondale Fire District
Valley Stream, Village of
West Hampton Dunes, Village of
West Haverstraw, Village of

West Hempstead Public Library
Westbury, Village of

*New York State is releasing these entities out of an abundance of caution, but by doing so the State is not intending to concede, and should not be construed as conceding, that these entities are "Special Districts" or otherwise fall within the meaning of "Subdivision" as defined under the Agreement.