# EXHIBIT A

**In Support of**

**Motion for Leave to Amend to Add Albertsons**

Amending Plaintiffs Seeking Leave to Add the Albertsons Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
| --- | --- | --- | --- | --- | --- | --- |
| 1:17-op-45046-DAP | City of Everett v. Purdue Pharma LP et al | Everett City | Washington | 17.23% | 16.88% | /s/ Christopher M. Huck |
| 1:17-op-45047-DAP | City of Tacoma v. Purdue Pharma, L.P. et al | Tacoma City | Washington | 14.91% | 13.14% | /s/ David Ko |
| 1:17-op-45159-DAP | County of Bowie v. Purdue Pharma L.P. et al | Bowie County | Texas | 12.10% | 13.71% | /s/ Jeffrey B. Simon |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45173-DAP | Skagit County et al v. Purdue Pharma, LP et al | Burlington city | Washington | 20.54% | 22.14% | /s/ David Ko |
| 1:18-op-45173-DAP | Skagit County et al v. Purdue Pharma, LP et al | Mount Vernon city | Washington | 20.54% | 22.14% | /s/ David Ko |
| 1:18-op-45173-DAP | Skagit County et al v. Purdue Pharma, LP et al | Sedro-Woolley city | Washington | 20.54% | 22.14% | /s/ David Ko |
| 1:18-op-45173-DAP | Skagit County et al v. Purdue Pharma, LP et al | Skagit County | Washington | 20.54% | 22.14% | /s/ David Ko |
| 1:18-op-45229-DAP | County of Childress v. Purdue Pharma LP et al | Childress County | Texas | 46.70% | 56.08% | /s/ Matt Morrison |
| 1:18-op-45231-DAP | King County v. Purdue Pharma, LP et al | King County | Washington | 11.22% | 10.97% | /s/ David Ko |
| 1:18-op-45353-DAP | Oglala Lakota Sioux Tribe v. Purdue Pharma, L.P. et al | Oglala Lakota Sioux Tribe | South Dakota | 6.22% | 6.71% | /s/ Timothy Q. Purdon |
| 1:18-op-45409-DAP | Thurston County v. Purdue Pharma, L.P. et al | Thurston County | Washington | 16.55% | 15.46% | /s/ David Ko |
| 1:18-op-45412-DAP | Nisqually Indian Tribe v. Purdue Pharma L.P. et al | Nisqually Indian Tribe | Washington | 15.29% | 13.66% | /s/ Timothy Q. Purdon |
| 1:18-op-45417-DAP | Cow Creek Band of Umpqua Tribe of Indians v. Purdue Pharma L.P. et al | Cow Creek Band of Umpqua Tribe of Indians | Oregon | 18.05% | 18.67% | /s/ Timothy Q. Purdon |
| 1:18-op-45501-DAP | Prince George's County Maryland v. Purdue Pharma L.P. et al | Prince Georges County | Maryland | 7.40% | 7.22% | /s/ Shayna E. Sacks |
| 1:18-op-45531-DAP | Squaxin Island Indian Tribe v. Purdue Pharma L.P. et al | Squaxin Island Indian Tribe | Washington | 19.89% | 17.23% | /s/ Timothy Q. Purdon |
| 1:18-op-45541-DAP | Confederated Tribes of the Umatilla Indian Reservation v. Purdue Pharma L.P. et al | Confederated Tribes of the Umatilla Indian Reservation | Oregon | 19.18% | 18.73% | /s/ P. Dylan Jensen |
| 1:18-op-45583-DAP | City of Laconia, New Hampshire v. Amerisourcebergen Drug Corporation et al | Laconia City | New Hampshire | 6.16% | 7.21% | /s/ Peter J. Mougey |
| 1:18-op-45589-DAP | Tulalip Tribes v. Purdue Pharma, L.P. et al | Tulalip Tribes | Washington | 17.23% | 16.88% | /s/ David Ko |
| 1:18-op-45590-DAP | City of Kent v. Purdue Pharma, L.P. et al | Kent City | Washington | 11.22% | 10.97% | /s/ David Ko |
| 1:18-op-45612-DAP | Clallam County v. Purdue Pharma, L.P. et al | Clallam County | Washington | 21.76% | 20.64% | /s/ David Ko |
| 1:18-op-45619-DAP | County of Tuolumne, et al v. Amerisource Bergen Drug Corporation et al | Tuolumne County | California | 6.80% | 5.79% | /s/ Peter J. Mougey |
| 1:18-op-45626-DAP | County of Mono v. Amerisourcebergen Drug Corporation et al | Mono County | California | 51.55% | 61.67% | /s/ Peter J. Mougey |
| 1:18-op-45629-DAP | County of El Dorado v. Amerisourcebergen Drug Corporation et al | El Dorado County | California | 11.57% | 9.77% | /s/ Peter J. Mougey |
| 1:18-op-45631-DAP | County of Imperial et al v. Amerisourcebergen Drug Corporation et al | Imperial County | California | 10.09% | 11.44% | /s/ Peter J. Mougey |
| 1:18-op-45646-DAP | County of Inyo, et al v. Amerisourcebergen Drug Corporation et al | Inyo County | California | 11.42% | 10.02% | /s/ Peter J. Mougey |
| 1:18-op-45647-DAP | County of Madera, et al v. Amerisourcebergen Drug Corporation et al | Madera County | California | 11.48% | 16.89% | /s/ Peter J. Mougey |
| 1:18-op-45651-DAP | County of Shasta v. Amerisourcebergen Drug Corporation et al | Shasta County | California | 8.57% | 7.01% | /s/ Peter J. Mougey |

*The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-45655-DAP | County of Del Norte v. Amerisourcebergen Drug Corporation et al | Del Norte County | California | 15.72% | 17.21% | /s/ Peter J. Mougey |
| 1:18-op-45656-DAP | County of Contra Costa v. Amerisourcebergen Drug Corporation et al | Contra Costa County | California | 9.23% | 9.72% | /s/ Peter J. Mougey |
| 1:18-op-45696-DAP | Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation v. McKesson Corporation et al | Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-45697-DAP | Paiute-Shoshone Tribe of the Fallon Reservation and Colony v. McKesson Corporation et al | Paiute-Shoshone Tribe of the Fallon Reservation and Colony | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-45698-DAP | Walker River Paiute Tribe of The Walker River Reservation v. McKesson Corporation et al | Walker River Paiute Tribe of The Walker River Reservation | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-45699-DAP | Reno-Sparks Indian Colony v. McKesson Corporation et al | Reno-Sparks Indian Colony | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-45730-DAP | Nez Perce Tribe v. Purdue Pharma, L.P. et al | Nez Perce Tribe | Idaho | 11.08% | 10.14% | /s/ David Ko |
| 1:18-op-45801-DAP | Pueblo County v. Purdue Pharma L.P. et al | Pueblo County | Colorado | 17.28% | 17.04% | /s/ Jayne Conroy |
| 1:18-op-45855-DAP | Cochise County v. Purdue Pharma LP et al | Cochise County | Arizona | 22.94% | 26.06% | /s/ David Ko |
| 1:18-op-45878-DAP | County of Riverside et al v. Purdue Pharma L.P. et al | Riverside County | California | 5.47% | 5.88% | /s/ Jayne Conroy |
| 1:18-op-45912-DAP | Robinson Rancheria v. McKesson Corporation et al | Robinson Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45913-DAP | Hopland Band of Pomo Indians v. McKesson Corporation et al | Hopland Band of Pomo Indians | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45914-DAP | Scotts Valley Band of Pomo Indians v. McKesson Corporation et al | Scotts Valley Band of Pomo Indians | California | 5.95% | 6.22% | /s/ T. Roe Frazer II |
| 1:18-op-45915-DAP | Round Valley Indian Tribes et al v. McKesson Corporation et al | Round Valley Indian Tribes et al | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45916-DAP | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation et al | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45917-DAP | Guidiville Rancheria of California v. McKesson Corporation et al | Guidiville Rancheria of California | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45922-DAP | Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation et al | Big Valley Band of Pomo Indians of the Big Valley Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45923-DAP | Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation et al | Big Sandy Rancheria of Western Mono Indians | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:18-op-45943-DAP | Spokane County v. Purdue Pharma, L.P. et al | Spokane County | Washington | 11.34% | 10.54% | /s/ David Ko |
| 1:18-op-45954-DAP | Whatcom County v. Purdue Pharma, LP et al | Whatcom County | Washington | 20.63% | 17.85% | /s/ David Ko |
| 1:18-op-45955-DAP | Lummi Tribe of the Lummi Reservation v. Purdue Pharma, L.P. et al | Lummi Tribe of the Lummi Reservation | Washington | 20.63% | 17.85% | /s/ David Ko |
| 1:18-op-45982-DAP | Island County v. Purdue Pharma, L.P. et al | Island County | Washington | 4.39% | 5.09% | /s/ David Ko |
| 1:18-op-46003-DAP | Ely Shoshone Tribe of Nevada v. McKesson Corporation et al | Ely Shoshone Tribe of Nevada | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-46008-DAP | Kittitas County v. Purdue Pharma LP et al | Kittitas County | Washington | 10.36% | 11.33% | /s/ David Ko |
| 1:18-op-46010-DAP | Walla Walla County v. Purdue Pharma LP et al | Walla Walla County | Washington | 19.73% | 17.75% | /s/ David Ko |
| 1:18-op-46016-DAP | South Fork Band of the Te-Moak Tribe of Western Shoshone Indians v. McKesson Corporation et al | South Fork Band of the Te-Moak Tribe of Western Shoshone Indians | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-46017-DAP | Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians v. McKesson Corporation et al | Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indian | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:18-op-46022-DAP | Makah Indian Tribe v. Purdue Pharma, L.P. et al | Makah Indian Tribe | Washington | 21.76% | 20.64% | /s/ David Ko |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-46023-DAP | Jefferson County v. Purdue Pharma L.P. et al | Jefferson County | Washington | 31.02% | 27.40% | /s/ David Ko |
| 1:18-op-46057-DAP | City of Kingman v. Purdue Pharma LP et al | Kingman City | Arizona | 10.61% | 10.29% | /s/ David Ko |
| 1:18-op-46075-DAP | County of Amador et al v. Amerisourcebergen Drug Corporation et al | Amador County | California | 23.63% | 24.32% | /s/ Peter J. Mougey |
| 1:18-op-46139-DAP | Chelan County v. Purdue Pharma LP et al | Chelan County | Washington | 20.99% | 18.09% | /s/ David Ko |
| 1:18-op-46151-DAP | Rincon Band of Luiseno Indians v. Purdue Pharma L.P. et al | Rincon Band of Luiseno Indians | California | 5.69% | 5.92% | /s/ Timothy Q. Purdon |
| 1:18-op-46152-DAP | Torres Martinez Desert Cahuilla Indians v. Purdue Pharma L.P. et al | Torres Martinez Desert Cahuilla Indians | California | 5.69% | 5.92% | /s/ Timothy Q. Purdon |
| 1:18-op-46153-DAP | Kootenai Tribe of Idaho v. Purdue Pharma L.P. et al | Kootenai Tribe of Idaho | Idaho | 48.48% | 41.36% | /s/ Timothy Q. Purdon |
| 1:18-op-46154-DAP | Quinault Indian Nation v. Purdue Pharma L.P. et al | Quinault Indian Nation | Washington | 11.81% | 10.30% | /s/ Timothy Q. Purdon |
| 1:18-op-46241-DAP | Cloverdale Rancheria of Pomo Indians v. Purdue Pharma L.P. et al | Cloverdale Rancheria of Pomo Indians | California | 5.69% | 5.92% | /s/ Timothy Q. Purdon |
| 1:18-op-46300-DAP | Coos County, Oregon v. Purdue Pharma L.P. et al | Coos County | Oregon | 28.28% | 29.86% | /s/ Shayna E. Sacks |
| 1:18-op-46301-DAP | Lewis County, Washington, et al v. Purdue Pharma L.P. et al | Lewis County | Washington | 14.95% | 15.71% | /s/ Shayna E. Sacks |
| 1:19-op-45004-DAP | Hualapai Tribe v. Purdue Pharma L.P. et al | Hualapai Tribe | Arizona | 15.41% | 15.02% | /s/ Timothy Q. Purdon |
| 1:19-op-45020-DAP | County of Maricopa v. Purdue Pharma LP et al | Maricopa County | Arizona | 6.63% | 7.08% | /s/ David Ko |
| 1:19-op-45029-DAP | City of Anacortes et al v. Purdue Pharma, L.P. et al | Anacortes City | Washington | 20.54% | 22.14% | /s/ David Ko |
| 1:19-op-45034-DAP | City of Thornton v. Purdue Pharma L.P. et al | Thornton City | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45035-DAP | Board of County Commissioners of the County of Jefferson v. Purdue Pharma, L.P. et al | Jefferson County | Colorado | 9.79% | 9.52% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | ADAMS COUNTY | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | ARAPAHOE COUNTY | Colorado | 10.39% | 10.14% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Aurora city | Colorado | 10.39% | 10.14% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | BOULDER COUNTY | Colorado | 12.02% | 11.04% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Broomfield city | Colorado | 7.49% | 9.22% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Commerce City city | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Denver city | Colorado | 12.35% | 10.41% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | FREMONT COUNTY | Colorado | 7.65% | 6.27% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Hudson town | Colorado | 11.75% | 10.04% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | LARIMER COUNTY | Colorado | 15.45% | 16.27% | /s/ David Ko |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Northglenn city | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | TELLER COUNTY | Colorado | 20.85% | 23.32% | /s/ David Ko |
| 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Westminster City | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45038-DAP | Cahto Indian Tribe of the Laytonville Rancheria et al v. McKesson Corporation et al | Cahto Indian Tribe of the Laytonville Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:19-op-45069-DAP | Confederated Tribes of Warm Springs v. Purdue Pharma L.P. et al | Confederated Tribes of Warm Springs | Oregon | 14.50% | 14.56% | /s/ P. Dylan Jensen |
| 1:19-op-45079-DAP | Casper, WY v. Purdue Pharma LP et al | Casper City | Wyoming | 29.13% | 35.22% | /s/ P. Dylan Jensen |
| 1:19-op-45094-DAP | County Commissioners of Charles County, Maryland v. Purdue Pharma L.P. et al | Charles County | Maryland | 14.16% | 12.50% | /s/ John Raggio |
| 1:19-op-45112-DAP | Missoula County v. Purdue Pharma L.P. et al | Missoula County | Montana | 16.42% | 17.16% | /s/ David Ko |
| 1:19-op-45115-DAP | Coeur d'Alene Tribe v. Purdue Pharma L.P. et al | Coeur d'Alene Tribe | Idaho | 10.16% | 9.42% | /s/ P. Dylan Jensen |
| 1:19-op-45117-DAP | County of Mohave v. Purdue Pharma LP et al | Mohave County | Arizona | 10.61% | 10.29% | /s/ David Ko |
| 1:19-op-45126-DAP | County of San Mateo v. Purdue Pharma L.P. et al | San Mateo County | California | 6.19% | 7.70% | /s/ Anne Marie Murphy |
| 1:19-op-45128-DAP | County of Santa Barbara et al v. Purdue Pharma, L.P. et al | Santa Barbara County | California | 11.06% | 10.15% | /s/ David Ko |
| 1:19-op-45191-DAP | York County v. Purdue Pharma LP et al | York County | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 1:19-op-45213-DAP | Muckleshoot Indian Tribe v. Purdue Pharma L.P. et al | Muckleshoot Indian Tribe | Washington | 12.40% | 11.62% | /s/ P. Dylan Jensen |
| 1:19-op-45217-DAP | County of Navajo v. Purdue Pharma LP et al | Navajo County | Arizona | 27.65% | 25.86% | /s/ David Ko |
| 1:19-op-45221-DAP | City of Lakewood v. Purdue Pharma LP et al | Lakewood City | Washington | 14.91% | 13.14% | /s/ David Ko |
| 1:19-op-45246-DAP | City of Alexandria v. Purdue Pharma, L.P. et al. | Alexandria city | Virginia | 6.63% | 7.16% | /s/ Kevin Sharp |
| 1:19-op-45258-DAP | City of Biddeford v. Purdue Pharma LP et al | Biddeford city | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 1:19-op-45263-DAP | Keith County, Nebraska v. Purdue Pharma, L.P. et al | Keith County | Nebraska | 26.10% | 18.08% | /s/ P. Dylan Jensen |
| 1:19-op-45265-DAP | Rock Springs WY v. Purdue Pharma LP et al | Rock Springs City | Wyoming | 12.96% | 15.72% | /s/ P. Dylan Jensen |
| 1:19-op-45267-DAP | City of Tucson v. Purdue Pharma LP et al | Tucson city | Arizona | 7.96% | 9.16% | /s/ Joseph C. Tann |
| 1:19-op-45268-DAP | County of Pima v. Purdue Pharma LP et al | Pima County | Arizona | 7.96% | 9.16% | /s/ Joseph C. Tann |
| 1:19-op-45280-DAP | Cheyenne WY v. Purdue Pharma LP et al | Cheyenne City | Wyoming | 24.17% | 24.01% | /s/ P. Dylan Jensen |
| 1:19-op-45288-DAP | City of Seat Pleasant, Maryland v. Endo Health Solutions Inc. et al | Seat Pleasant city | Maryland | 7.40% | 7.22% | /s/ Shayna E. Sacks |
| 1:19-op-45298-DAP | City of Brighton v. Purdue Pharma, L.P. et al | Brighton City | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45310-DAP | City of Saco v. Purdue Pharma LP et al | Saco City | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 1:19-op-45311-DAP | City of Sanford v. Purdue Pharma LP et al | Sanford City | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 1:19-op-45312-DAP | Confederated Tribes of the Colville Reservation v. Purdue Pharma L.P. et al | CONFEDERATED TRIBES OF THE COLVILLE RESERVATION | Washington | 14.93% | 13.49% | /s/ P. Dylan Jensen |
| 1:19-op-45370-DAP | Snohomish County v. Purdue Pharma LP et al | Snohomish County | Washington | 17.23% | 16.88% | /s/ Christopher M. Huck |
| 1:19-op-45372-DAP | Cape May County v. Purdue Pharma L.P. et al | Cape May County | New Jersey | 10.70% | 10.23% | /s/ Jayne Conroy |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:19-op-45397-DAP | La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation v. Purdue Pharma L.P. et al | LA POSTA BAND OF DIEGUENO MISSION INDIANS OF THE LA POSTA INDIAN RESERVATION | California | 5.69% | 5.92% | /s/ P. Dylan Jensen |
| 1:19-op-45398-DAP | Tonto Apache Tribe v. Purdue Pharma L.P. et al | TONTO APACHE TRIBE | Arizona | 9.29% | 9.62% | /s/ P. Dylan Jensen |
| 1:19-op-45403-DAP | Mechoopda Indian Tribe of Chico Rancehria v. Purdue Pharma L.P. et al | MECHOOPDA INDIAN TRIBE OF CHICO RANCEHRIA | California | 5.69% | 5.92% | /s/ P. Dylan Jensen |
| 1:19-op-45411-DAP | Tohono Oodham Nation v. Purdue Pharma L.P. et al | TOHONO OODHAM NATION | Arizona | 7.10% | 7.84% | /s/ P. Dylan Jensen |
| 1:19-op-45412-DAP | Eastern Shoshone Tribe v. Purdue Pharma L.P. et al | EASTERN SHOSHONE TRIBE | Wyoming | 11.38% | 11.98% | /s/ P. Dylan Jensen |
| 1:19-op-45558-DAP | Riverton WY v. Purdue Pharma LP et al | Riverton City | Wyoming | 15.58% | 16.28% | /s/ P. Dylan Jensen |
| 1:19-op-45565-DAP | Seminole County, Florida v. Purdue Pharma L.P. et al | Seminole County | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 1:19-op-45572-DAP | City of Sheridan v. Purdue Pharma, L.P. et al | Sheridan City | Colorado | 10.39% | 10.14% | /s/ David Ko |
| 1:19-op-45573-DAP | City of Federal Heights v. Purdue Pharma, L.P. et al | Federal Heights City | Colorado | 10.43% | 10.75% | /s/ David Ko |
| 1:19-op-45575-DAP | County of Yuma v. Purdue Pharma LP et al | Yuma County | Arizona | 5.76% | 6.74% | /s/ David Ko |
| 1:19-op-45579-DAP | Tule River Indian Tribe of California v. AmerisourceBergen Drug Corporation et al | Tule River Indian Tribe of California | California | 5.69% | 5.92% | /s/ Peter J. Mougey |
| 1:19-op-45580-DAP | Lytton Band of Pomo Indians v. AmerisourceBergen Drug Corporation et al | Lytton Band of Pomo Indians | California | 5.69% | 5.92% | /s/ Peter J. Mougey |
| 1:19-op-45582-DAP | Sycuan Band of Kumeyaay Nation v. Purdue Pharma L.P. et al | Sycuan Band of Kumeyaay Nation | California | 5.69% | 5.92% | /s/ Timothy Q. Purdon |
| 1:19-op-45584-DAP | City of Oviedo, Florida v. Purdue Pharma L.P., et al | Oviedo City | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 1:19-op-45599-DAP | City of Sanford, Florida v. Purdue Pharma L.P.., et al | Sanford City | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 1:19-op-45609-DAP | County Commissioners of Calvert County, Maryland v. Purdue Pharma L.P. et al | Calvert County | Maryland | 11.08% | 9.46% | /s/ John Raggio |
| 1:19-op-45687-DAP | Board of Supervisors, Prince William County v. Purdue Pharma L.P. et al | Prince William County | Virginia | 5.03% | 4.21% | /s/ Kevin Sharp |
| 1:19-op-45691-DAP | Grafton County v. Purdue Pharma L.P. et al | Grafton County | New Hampshire | 3.45% | 5.39% | /s/ Robert J. Bonsignore |
| 1:19-op-45705-DAP | Belknap County v. Purdue Pharma L.P. et al | Belknap County | New Hampshire | 6.16% | 7.21% | /s/ Robert J. Bonsignore |
| 1:19-op-45707-DAP | Town of Belmont, NH v. Purdue Pharma L.P. et al | Belmont Town | New Hampshire | 6.16% | 7.21% | /s/ Robert J. Bonsignore |
| 1:19-op-45726-DAP | County of Alameda, California et al v. Purdue Pharma L.P. et al | Alameda County | California | 4.38% | 7.33% | /s/ Anne Andrews |
| 1:19-op-45747-DAP | County of Ventura v. Purdue Pharma L.P. et al | Ventura County | California | 7.91% | 6.86% | /s/ Linda Singer |
| 1:19-op-45750-DAP | City of Chula Vista, California v. Amerisourcebergen Drug Corporation et al | Chula Vista City | California | 6.68% | 6.09% | /s/ Peter J. Mougey |
| 1:19-op-45766-DAP | Fairfax County Board Of Supervisors v. Purdue Pharma, L.P. et al | Fairfax County | Virginia | 6.60% | 5.24% | /s/ Kevin Sharp |
| 1:19-op-45768-DAP | City Of San Jose v. Amerisourcebergen Drug Corporation et al | San Jose City | California | 7.00% | 6.80% | /s/ Peter J. Mougey |
| 1:19-op-45842-DAP | Loudoun County, Virginia v. Purdue Pharma, L.P. et al | Loudoun County | Virginia | 8.64% | 10.30% | /s/ Kevin Sharp |
| 1:19-op-45849-DAP | Culpeper County, Virginia v. Purdue Pharma L.P. et al | Culpeper County | Virginia | 7.27% | 4.81% | /s/ Kevin Sharp |
| 1:19-op-45862-DAP | County of Kauai v. CVS Health Corporation, et al. | Kauai County | Hawaii | 9.81% | 8.93% | /s/ Shayna E. Sacks |
| 1:19-op-45908-DAP | City of Vancouver v. Sackler et al | Vancouver City | Washington | 11.65% | 11.69% | /s/ David Ko |
| 1:19-op-45923-DAP | Board of County Commissioners of the County of Mesa v. Sackler et al | Mesa County | Colorado | 7.01% | 6.63% | /s/ David Ko |

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:19-op-45928-DAP | County of Burlington v. Purdue Pharma L.P. et al | Burlington County | New Jersey | 6.01% | 5.98% | /s/ Kevin O'Brien |
| 1:19-op-45970-DAP | Coquille Indian Tribe v. McKesson Corporation et al | Coquille Indian Tribe | Oregon | 18.40% | 18.97% | /s/ T. Roe Frazer II |
| 1:19-op-45972-DAP | Confederated Tribes of the Goshute Reservation v. McKesson Corporation et al | Confederated Tribes of the Goshute Reservation | Utah | 7.15% | 8.55% | /s/ T. Roe Frazer II |
| 1:19-op-45974-DAP | Pinoleville Pomo Nation v. McKesson Corporation et al | Pinoleville Pomo Nation | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 1:19-op-45977-DAP | City of Greeley v. Sackler et al | Greeley City | Colorado | 11.75% | 10.04% | /s/ David Ko |
| 1:19-op-45981-DAP | City of Bainbridge Island v. Sackler et al | Bainbridge Island City | Washington | 15.38% | 16.81% | /s/ David Ko |
| 1:19-op-46092-DAP | City of Spokane v. Endo Health Solutions Inc et al | Spokane City | Washington | 11.34% | 10.54% | /s/ David Ko |
| 1:19-op-46137-DAP | Carroll County v. Teva Pharmaceuticals USA, Inc. et al | Carroll County | New Hampshire | 9.77% | 13.00% | /s/ Robert J. Bonsignore |
| 1:19-op-46168-DAP | Clark County v. Purdue Pharma, L.P. et al | Clark County | Nevada | 8.30% | 9.94% | /s/ Peter J. Mougey |
| 1:20-op-45014-DAP | County of Hawaii v. Endo Health Solutions Inc. et al | Hawaii County | Hawaii | 8.77% | 9.71% | /s/ Shayna E. Sacks |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Encinitas city | California | 6.68% | 6.09% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | La Mesa city | California | 6.68% | 6.09% | /s/ Anne Andrews |
| 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | Oxnard city | California | 7.91% | 6.86% | /s/ Anne Andrews |
| 1:20-op-45108-DAP | Quechan Tribe of the Fort Yuma Indian Reservation v. Cephalon, Inc. et al | Quechan Tribe of the Fort Yuma Indian Reservation | Arizona | 5.69% | 5.93% | /s/ P. Dylan Jensen |
| 1:20-op-45121-DAP | City of Kirkland v. Endo Health Solutions Inc et al | Kirkland City | Washington | 11.22% | 10.97% | /s/ David Ko |
| 1:20-op-45147-DAP | Dry Creek Band of Pomo Indians v. Cephalon, Inc. et al | Dry Creek Band of Pomo Indians | California | 5.69% | 5.92% | /s/ P. Dylan Jensen |
| 1:20-op-45163-DAP | Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al | Santa Rosa Rancheria Tachi Yokut Tribe | California | 5.69% | 5.92% | /s/ P. Dylan Jensen |
| 1:20-op-45165-DAP | Elko Band of the Te-Moak Tribe of Western Shoshone Indians v. Endo Health Solutions, Inc. et al | Elko Band of the Te-Moak Tribe of Western Shoshone Indians | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 1:20-op-45177-DAP | City of Fairfax, VA v. Mallinckrodt PLC et al | Fairfax City | Virginia | 5.27% | 4.34% | /s/ Kevin Sharp |
| 1:20-op-45255-DAP | City of Dublin et al v. Cephalon, Inc. et al | Dublin City | California | 4.38% | 7.33% | /s/ Anne Andrews |
| 1:20-op-45255-DAP | City of Dublin et al v. Cephalon, Inc. et al | Murrieta city | California | 5.47% | 5.88% | /s/ City of Murrieta |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | District 86 | Illinois | 17.31% | 21.38% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | East Aurora Public Schools | Illinois | 9.24% | 9.50% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Ellsworth School Department | Maine | 4.95% | 6.57% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Joliet Public Schools | Illinois | 12.82% | 13.48% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 25 | Maine | 4.95% | 6.57% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 57 | Maine | 5.41% | 6.19% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 60 | Maine | 5.41% | 6.19% | /s/ Cyrus Mehri |

Amending Plaintiffs Seeking Leave to Add the Albertsons Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 35 | Maine | 5.41% | 6.19% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 61 | Maine | 5.41% | 6.19% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Thornton Fractional High Schools | Illinois | 9.24% | 9.50% | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Thornton Township High Schools | Illinois | 9.24% | 9.50% | /s/ Cyrus Mehri |
| 1:21-op-45048-DAP | Pennington County, South Dakota v. Mylan Pharmaceuticals, Inc. et al | Pennington County | South Dakota | 6.44% | 6.79% | /s/ Robert K. Finnell |