UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>MDL Subdivision Plaintiffs in Kentucky Listed on Exhibit A | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**PEC MOTION FOR EXTENSION OF DEADLINE TO AMEND COMPLAINTS TO ADD KROGER ON BEHALF OF POLITICAL SUBDIVISION PLAINTIFFS IN KENTUCKY**

On behalf of the MDL Subdivision Plaintiffs in Kentucky[1] ("Movants"), the PEC moves this Court for an extension of the deadline to Amend Complaints to add Kroger as a Defendant, as set forth in this Court's Orders, Doc. # 5455, Doc # 5522, and Doc # 5545.

This Court's May 23, 2024 Order, Doc. #5455, expressly held: (1) "[t]his will be plaintiffs' final opportunity to amend their complaints"; and (2) that it would "not permit or consider any motion to amend that seeks to add any defendant that has reached a global settlement or settlement in principle." On July 29, 2024, this Court further extended the deadlines for motions to amend with respect to certain defendants that were still working to achieve settlements to August 28, 2014. *See* Order, Doc. #5455,

As this Court is aware, Kroger has reached a global settlement. The March 22,

---

[1] *See* Exhibit A for list of Movants.

2024 Settlement Agreement Section I.AAA defines "Parties" as "Kroger and the Settling States." Section I.VVV. defines "Settling State" as "[a]n Eligible State that has entered into this Agreement and delivers executed releases in accordance with Section VIII.A." Section I.UU. defines "Non-Settling States" as "[a]ny Eligible State that is not a Settling State." Section VII.G. of the Settlement Agreement provides that "[p]rior Litigating Subdivisions whose claims have already been resolved, Subdivisions located in Non-Settling States, and Subdivisions not located in Eligible States cannot be Participating Subdivisions."

As of the filing of this motion, the Attorney General of Kentucky has not agreed to the global settlement with Kroger, thus Kentucky is a "Non-Settling" state. The terms of the settlement agreement do not prevent the Non-Settling States from continuing to negotiate with Kroger. *See* Section XIII.D, Exhibit R.II.A.

Each of the Movants would meet the diligence test to move to amend their complaints to add Kroger as a defendant based on the release of ARCOS data and other information which was not available until after the applicable amendment deadline had passed.[2] However, pursuant to this Court's Order, the Movants are precluded from moving to amend to add Kroger as a Defendant as it has reached a global settlement, even though that settlement currently excludes the Movants, for reasons beyond their control.

The Movants request this Court allow them ninety days to move to amend to add

---

[2] MDL plaintiffs were required to amend their pleadings by the later of:  (1) March 16, 2019 or (2) 90 days after transfer into the MDL.   Doc. #1106.

2

Kroger as a Defendant which would allow continued settlement discussions between Kroger and the Kentucky Attorney General regarding either joining the global settlement or with Kroger to reach independent settlements for the subdivisions in Kentucky.

## CONCLUSION

For the foregoing, reasons, this Court should grant an extension of time for the Subdivision Plaintiffs in Kentucky to amend their complaints.

Dated:  July 30, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Jayne Conroy
　　　　　　　　　　　　　　　　　　SIMMONS HANLY CONROY
　　　　　　　　　　　　　　　　　　112 Madison Avenue, 7th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　(212) 784-6400
　　　　　　　　　　　　　　　　　　jconroy@simmonsfirm.com

　　　　　　　　　　　　　　　　　　Joseph F. Rice
　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　Mt. Pleasant, SC 29464
　　　　　　　　　　　　　　　　　　(843) 216-9000
　　　　　　　　　　　　　　　　　　(843) 216-9290 (Fax)
　　　　　　　　　　　　　　　　　　jrice@motleyrice.com

　　　　　　　　　　　　　　　　　　Paul T. Farrell, Jr., Esq.
　　　　　　　　　　　　　　　　　　FARRELL & FULLER LLC
　　　　　　　　　　　　　　　　　　270 Munoz Rivera Avenue, Suite 201
　　　　　　　　　　　　　　　　　　San Juan, PR  00918
　　　　　　　　　　　　　　　　　　(304) 654-8281
　　　　　　　　　　　　　　　　　　paul@farrellfuller.com

　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

>  */s/Peter H. Weinberger*
>  Peter H. Weinberger (0022076)
>  SPANGENBERG SHIBLEY &LIBER
>  1001 Lakeside Avenue East, Suite 1700
>  Cleveland, OH 44114
>  (216) 696-3232
>  (216) 696-3924 (Fax)
>  pweinberger@spanglaw.com
>
>  *Plaintiffs' Liaison Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

>  */s/Peter H. Weinberger*
>  Peter H. Weinberger

4