| Case Number | Case Caption | Plaintiff | State | Primary Firm |
|---|---|---|---|---|
| 1:20-op-45060-DAP | Bowling Green-Warren County Community Hospital Corporation et al v. Purdue Pharma L.P., et al. | Taylor County Hospital District Health Facilities Corporation | Kentucky | Barrett Law Group, P.A. |
| 1:19-op-45868-DAP | Fiscal Court of Mason County Kentucky v. Purdue Pharma L.P. et al | Mason County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-45952-DAP | Fiscal Court of Mercer County Kentucky v. Purdue Pharma L.P. et al | Mercer County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-46007-DAP | Fiscal Court of Taylor County Kentucky v. Purdue Pharma L.P. et al | Taylor County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-46057-DAP | City of Campbellsville et al v. Purdue Pharma L.P. et al | Campbellsville City | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-46096-DAP | Fiscal Court of Russell County Kentucky, et al v. Purdue Pharma L.P. et al | Jamestown city | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-46096-DAP | Fiscal Court of Russell County Kentucky, et al v. Purdue Pharma L.P. et al | Russell County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:19-op-46171-DAP | Fiscal Court of Daviess County, Kentucky v. Purdue Pharma L.P. et al | Daviess County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:20-op-45038-DAP | Fiscal Court of Calloway County Kentucky et al v. Purdue Pharma L.P. et al | Calloway County | Kentucky | Hendy Johnson Vaughn Emery |
| 1:20-op-45038-DAP | Fiscal Court of Calloway County Kentucky et al v. Purdue Pharma L.P. et al | Murray city | Kentucky | Hendy Johnson Vaughn Emery |
| 1:20-op-45125-DAP | City of Russell Springs v. Purdue Pharma L.P. et al | Russell Springs City | Kentucky | Hendy Johnson Vaughn Emery |
| 1:21-op-45076-DAP | City of Owensboro v. Purdue Pharma L.P. et al | Owensboro City | Kentucky | Hendy Johnson Vaughn Emery |
| 1:17-op-45105-DAP | Laurel County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Laurel County | Kentucky | Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Bullitt County Public Schools | Kentucky | Mehri & Skalet |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Fayette County Public Schools | Kentucky | Mehri & Skalet |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Jefferson County Public Schools | Kentucky | Mehri & Skalet |
| 1:18-op-46348-DAP | City of Winchester v. Purdue Pharma L.P. et al | Winchester City | Kentucky | Whaley Law Firm |
| 1:19-op-45084-DAP | City of Florence v. Purdue Pharma L.P. et al | Florence City | Kentucky | Whaley Law Firm |

Exhibit A