# EXHIBIT A

**In Support of**

**Corrected Motion for Leave to Amend to Add Costco**

## Amending Plaintiffs Seeking Leave to Add the Costco Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45612-DAP | Clallam County v. Purdue Pharma, L.P. et al | Clallam County | Washington | 5.29% | 4.41% | /s/ David Ko |
| 1:18-op-45627-DAP | County of Butte v. Amerisourcebergen Drug Corporation et al | Butte County | California | 6.25% | 6.38% | /s/ Peter J. Mougey |
| 1:18-op-45942-DAP | Humboldt County v. Purdue Pharma, L.P. et al | Humboldt County | California | 6.20% | 4.16% | /s/ David Ko |
| 1:18-op-46022-DAP | Makah Indian Tribe v. Purdue Pharma, L.P. et al | Makah Indian Tribe | Washington | 5.29% | 4.41% | /s/ David Ko |
| 1:18-op-46092-DAP | City of Eureka et al v. Purdue Pharma, L.P. et al | Eureka City | California | 6.20% | 4.16% | /s/ David Ko |
| 1:20-op-45177-DAP | City of Fairfax, VA v. Mallinckrodt PLC et al | Fairfax City | Virginia | 15.90% | 14.07% | /s/ Kevin Sharp |
| 1:20-op-45189-DAP | City of Chico et al v. Amerisourcebergen Drug Corporation et al | Chico City | California | 6.25% | 6.38% | /s/ Peter J. Mougey |
| 1:20-op-45233-DAP | Frederick County, Virginia v. Mallinckrodt PLC et al | Frederick County | Virginia | 6.86% | 4.72% | /s/ Kevin Sharp |

* The market share has not been included here because both these Amending Plaintiffs are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.