# EXHIBIT A

## In Support of

## Corrected Motion for Leave to Amend to Add DDM

## Amending Plaintiffs Seeking Leave to Add the Discount Drug Mart Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:17-op-45001-DAP | City of Parma v. Purdue Pharma L.P. et al | Parma City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45032-DAP | County of Lake v. Purdue Pharma L.P. et al | Lake County | Ohio | 5.63% | 4.29% | /s/ Shayna E. Sacks |
| 1:18-op-45050-DAP | County of Ashtabula v. Purdue Pharma L.P. et al | Ashtabula County | Ohio | 12.34% | 10.89% | /s/ Shayna E. Sacks |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45080-DAP | City of Elyria v. Purdue Pharma L.P. et al | Elyria City | Ohio | 25.91% | 33.22% | /s/ Brian K. Balser |
| 1:18-op-45240-DAP | City Of Lakewood v. Purdue Pharma L P et al | Lakewood City | Ohio | 6.04% | 4.77% | /s/ James A. Lowe |
| 1:18-op-45330-DAP | City of Broadview Heights v. Purdue Pharma L.P. et al | Broadview Heights City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-45380-DAP | City of Mansfield v. Purdue Pharma L.P. et al | Mansfield City | Ohio | 8.78% | 7.45% | /s/ Leslie O. Murray |
| 1:18-op-45393-DAP | Elliott County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Elliott County | Kentucky | 26.36% | 12.73% | /s/ Peter J. Mougey |
| 1:18-op-45427-DAP | City of North Royalton v. AmerisourceBergen Drug Corporation, et al | North Royalton City | Ohio | 6.04% | 4.77% | /s/ William D. Mason Jr. |
| 1:18-op-45431-DAP | City of Huron v. Cardinal Health Inc. et al | Huron City | Ohio | 26.58% | 25.22% | /s/ William D. Mason Jr. |
| 1:18-op-45448-DAP | City of East Cleveland, Ohio v. AmerisourceBergen Drug Corporation et al | East Cleveland City | Ohio | 6.04% | 4.77% | /s/ William D. Mason Jr. |
| 1:18-op-45449-DAP | Village of Newburgh Heights, Ohio v. AmerisourceBergen Drug Corporation et al | Newburgh Heights Village | Ohio | 6.04% | 4.77% | /s/ Willliam D. Mason Jr. |
| 1:18-op-45450-DAP | Village of Brooklyn Heights v. AmerisourceBergen Drug Corporation et al | Brooklyn Heights Village | Ohio | 6.04% | 4.77% | /s/ William D. Mason Jr. |
| 1:18-op-45635-DAP | City of Mayfield Heights v. AmerisourceBergen Drug Corporation et al | Mayfield Heights City | Ohio | 6.04% | 4.77% | /s/ William D. Mason JR. |
| 1:18-op-45636-DAP | City of Lyndhurst v. AmerisourceBergen Drug Corporation et al | Lyndhurst City | Ohio | 6.04% | 4.77% | /s/ William D. Mason Jr. |
| 1:18-op-45637-DAP | City of Wickliffe v. AmerisourceBergen Drug Corporation et al | Wickliffe City | Ohio | 5.63% | 4.29% | /s/ William D. Mason Jr. |
| 1:18-op-45773-DAP | City of Parma Heights v. Purdue Pharma L.P. et al | Parma Heights City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-45788-DAP | City of Sandusky v. Purdue Pharma L.P. et al | Sandusky City | Ohio | 26.58% | 25.22% | /s/ Leslie O. Murray |
| 1:18-op-45899-DAP | City of Springfield, Missouri v. Purdue Pharma, L.P., et al | Springfield City | Missouri | 5.29% | 6.48% | /s/ James Young |
| 1:18-op-45999-DAP | City of Garfield Heights v. Purdue Pharma L.P. et al | Garfield Heights City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-46012-DAP | City of North Olmsted v. Purdue Pharma L.P. et al | North Olmsted City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-46013-DAP | City of Euclid v. Purdue Pharma L.P. et al | Euclid City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |

* The market share has not been included here because both these Amending Plaintiffs are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

Amending Plaintiffs Seeking Leave to Add the Discount Drug Mart Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-46014-DAP | City of Olmsted Falls v. Purdue Pharma L.P. et al | Olmsted Falls City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-46035-DAP | Township of Painesville v. Purdue Pharma L.P. et al | Painesville Township | Ohio | 5.63% | 4.29% | /s/ Shayna E. Sacks |
| 1:18-op-46111-DAP | City of Strongsville v. Purdue Pharma L.P. et al | Strongsville City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-46299-DAP | Warrensville Heights, Ohio v. Purdue Pharma L.P. et al | Warrensville Heights city | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |
| 1:18-op-46351-DAP | City of Norwalk v. Purdue Pharma L.P. et al | Norwalk city | Ohio | 22.17% | 16.86% | /s/ Leslie O. Murray |
| 1:19-op-45413-DAP | City of Seven Hills, Ohio v. Purdue Pharma L.P. et al | Seven Hills City | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |