# EXHIBIT A

**In Support of**

**Corrected Motion for Leave to Amend to Add
Target**

**Amending Plaintiffs Seeking Leave to Add the Target Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:17-op-45107-DAP | Douglas County v. Purdue Pharma LP et al | Douglas County | Wisconsin | 7.48% | 5.85% | /s/ Jayne Conroy |
| 1:17-op-45147-DAP | St. Croix County v. Purdue Pharma LP et al | St Croix County | Wisconsin | 5.95% | 4.10% | /s/ Jayne Conroy |
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45101-DAP | County of Anoka, Minnesota v. Purdue Pharma L.P. et al | Anoka County | Minnesota | 6.79% | 5.18% | /s/ Jayne Conroy |
| 1:18-op-45653-DAP | County of San Benito v. Amerisourcebergen Drug Corporation et al | San Benito County | California | 6.37% | 3.58% | /s/ Peter J. Mougey |
| 1:18-op-45975-DAP | Prairie Island Indian Community v. Purdue Pharma L.P. et al | Prairie Island Indian Community | Minnesota | 6.63% | 5.81% | /s/ Timothy Q. Purdon |
| 1:18-op-45977-DAP | Shakopee Mdewakanton Sioux Community v. Purdue Pharma L.P. et al | Shakopee Mdewakanton Sioux Community | Minnesota | 8.24% | 5.74% | /s/ Timothy Q. Purdon |
| 1:18-op-46334-DAP | Commissioners of St. Mary's County, Maryland v. Amerisourcebergen Drug Corporation et al | St Marys County | Maryland | 7.11% | 5.84% | /s/ Peter J. Mougey |

* The market share has not been included here because both these Amending Plaintiffs are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.