# EXHIBIT A

**In Support of**

**Corrected Motion for Leave to Amend to Add**

**Winn-Dixie**

## Amending Plaintiffs Seeking Leave to Add the Winn-Dixie Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 1:18-op-45191-DAP | Calhoun County, Alabama v. Cardinal Health Inc et al | Calhoun County | Alabama | 7.56% | 5.84% | /s/ Brad Ponder |
| 1:18-op-45270-DAP | City of Brunswick, Georgia v. Amerisourcebergen Drug Corporation et al | Brunswick City | Georgia | 14.08% | 13.10% | /s/ Mark A. Tate |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | COLQUITT COUNTY | Georgia | 11.11% | 10.34% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Moultrie city | Georgia | 11.11% | 10.34% | /s/ J. Anderson Davis |
| 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Valdosta city | Georgia | 17.26% | 14.97% | /s/ J. Anderson Davis |
| 1:18-op-45553-DAP | City of Tuscaloosa, Alabama v. Cardinal Health Inc et al | Tuscaloosa City | Alabama | 9.19% | 8.67% | /s/ Brad Ponder |
| 1:18-op-45669-DAP | County of Osceola v. Purdue Pharma L.P. et al | Osceola County | Florida | 6.93% | 7.97% | /s/ Shayna E. Sacks |
| 1:18-op-45690-DAP | City of Prichard, Alabama v. Purdue Pharma L.P. et al | Prichard City | Alabama | 5.51% | 4.29% | /s/ D. Brian Murphy |
| 1:18-op-46115-DAP | Glynn County, Georgia v. Purdue Pharma, L.P. et al | Glynn County | Georgia | 14.08% | 13.10% | /s/ Paul Scott |
| 1:18-op-46119-DAP | Levy County v. Purdue Pharma L.P. et al | Levy County | Florida | 14.06% | 12.85% | /s/ Shayna E. Sacks |
| 1:18-op-46281-DAP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | 5.44% | 4.06% | /s/ Mike Moore |
| 1:18-op-46282-DAP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | 5.44% | 4.06% | /s/ Mike Moore |
| 1:19-op-45113-DAP | Harrison County, Mississippi v. McKesson Corporation et al | Harrison County | Mississippi | 6.19% | 5.61% | /s/ T. Roe Frazer II |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Blakely city | Georgia | 22.69% | 26.23% | /s/ Matt Conn |
| 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Damascus city | Georgia | 22.69% | 26.23% | /s/ Matt Conn |
| 1:19-op-45133-DAP | Hospital Authority of Valdosta and Lowndes County, Georgia v. Purdue Pharma, L.P. et al | Valdosta And Lowndes County, Hospital Authority Of D/B/A South Georgia Medical Center | Georgia | 17.26% | 14.97% | /s/ Matt Conn |
| 1:19-op-45145-DAP | Wooten v. Purdue Pharmaceuticals, L.P. et al | Sheriff Of Coffee County | Georgia | 10.75% | 8.66% | /s/ Paul Scott |
| 1:19-op-45155-DAP | Jump v. Purdue Pharma L.P. et al | Sheriff Of Glynn County | Georgia | 14.08% | 13.10% | /s/ Paul Scott |
| 1:19-op-45169-DAP | Royal v. Purdue Pharma L.P. et al | Sheriff Of Ware County | Georgia | 8.29% | 6.83% | /s/ Paul Scott |
| 1:19-op-45170-DAP | Carter v. Purdue Pharma L.P. et al | Sheriff Of Wayne County | Georgia | 5.61% | 5.62% | /s/ Paul Scott |
| 1:19-op-45272-DAP | Marion County, Florida v. Purdue Pharma L.P. et al | Marion County | Florida | 8.63% | 7.28% | /s/ Eric Romano |
| 1:19-op-45278-DAP | Hospital Authority of Wayne County, Georgia v. Purdue Pharma, L.P. et al | Wayne County Hospital Authority | Georgia | 5.61% | 5.62% | /s/ Paul Scott |
| 1:19-op-45423-DAP | Walton County, Florida v. Purdue Pharma L.P. et al | Walton County | Florida | 5.31% | 4.65% | /s/ Shayna E. Sacks |
| 1:19-op-45562-DAP | Hancock v. Purdue Pharma L.P. et al | Sheriff Of Crisp County | Georgia | 10.04% | 11.44% | /s/ Paul Scott |
| 1:19-op-45563-DAP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | 5.27% | 3.83% | /s/ Eric Romano |
| 1:19-op-45564-DAP | Bradford County, Florida v. Purdue Pharma L.P. et al | Bradford County | Florida | 5.28% | 4.66% | /s/ Eric Romano |

\* The market share has not been included here because both these Amending Plaintiffs are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

## Amending Plaintiffs Seeking Leave to Add the Winn-Dixie Defendants

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:19-op-45586-DAP | City of Deltona, Florida v. Purdue Pharma, L.P. et al | Deltona City | Florida | 5.19% | 4.79% | /s/ Eric Romano |
| 1:19-op-45590-DAP | Suwannee County, Florida v. Purdue Pharma L.P. et al | Suwannee County | Florida | 8.42% | 8.40% | /s/ Eric Romano |
| 1:19-op-45591-DAP | Clay County, Florida v. Purdue Pharma L.P. et al | Clay County | Florida | 10.77% | 9.76% | /s/ Eric Romano |
| 1:19-op-45592-DAP | City of St. Augustine, Florida v. Purdue Pharma LP et al | St. Augustine City | Florida | 5.27% | 3.83% | /s/ Eric Romano |
| 1:19-op-45597-DAP | Taylor County Florida v. Purdue Pharma LP et al | Taylor County | Florida | 12.82% | 9.57% | /s/ Eric Romano |
| 1:19-op-45598-DAP | City of Daytona Beach, Florida v. Purdue Pharma L.P., et al | Daytona Beach City | Florida | 5.19% | 4.79% | /s/ Eric Romano |
| 1:19-op-45667-DAP | Hernando County v. Amerisourcebergen Drug Corporation et al | Hernando County | Florida | 5.23% | 4.05% | /s/ Peter J. Mougey |
| 1:19-op-45783-DAP | City of Prattville, Alabama v. Purdue Pharma, L.P. et al | Prattville City | Alabama | 5.18% | 5.16% | /s/ Keith Jackson |
| 1:19-op-45784-DAP | City of Orange Beach, Alabama v. Purdue Pharma, L.P. et al | Orange Beach City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 1:19-op-45834-DAP | City of Ocala, Florida v. Purdue Pharma L.P., et al | Ocala City | Florida | 8.63% | 7.28% | /s/ Eric Romano |
| 1:19-op-45894-DAP | Okaloosa County, FL v. Teva Pharmaceuticals USA Inc. et al | Okaloosa County | Florida | 6.87% | 6.27% | /s/ Shayna E. Sacks |
| 1:19-op-45984-DAP | City of Palatka, Florida v. Endo Health Solutions Inc., et al | Palatka City | Florida | 12.52% | 9.16% | /s/ Eric Romano |
| 1:19-op-46006-DAP | City of Lynn Haven, Florida v. Teva Pharmaceuticals USA, Inc. et al | Lynn Haven City | Florida | 9.30% | 8.08% | /s/ Keith Jackson |
| 1:19-op-46058-DAP | The City of Louisville, Alabama v. AmerisourceBergen Drug Corporation et al | Louisville Town | Alabama | 12.19% | 10.26% | /s/ Matt Conn |
| 1:19-op-46099-DAP | Dade County, Georgia v. McKesson Corporation et al | Dade County | Georgia | 8.05% | 5.56% | /s/ Mark A. Tate |
| 1:19-op-46122-DAP | Putnam County, Florida v. Endo Health Solutions Inc. et al | Putnam County | Florida | 12.52% | 9.16% | /s/ Eric Romano |
| 1:20-op-45124-DAP | City of Stuart v. Purdue Pharma L.P. et al | Stuart City | Florida | 4.95% | 5.56% | /s/ Jeffrey F. Thomas, Esq. |
| 1:20-op-45208-DAP | City of Opelika, Alabama et al v. Teva Pharmaceuticals USA, Inc., et al | Opelika city | Alabama | 9.92% | 5.98% | /s/ Keith Jackson |
| 1:20-op-45208-DAP | City of Opelika, Alabama et al v. Teva Pharmaceuticals USA, Inc., et al | Spanish Fort City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 1:20-op-45227-DAP | City of Daphne, Alabama v. Amneal Pharmaceuticals, LLC et al | Daphne City | Alabama | 5.90% | 3.98% | /s/ Mary Beth Mantiply |
| 1:20-op-45261-DAP | City of Leesburg, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Jacksonville City | Alabama | 7.56% | 5.84% | /s/ Annesley H. DeGaris |
| 1:20-op-45265-DAP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Camp Hill town | Alabama | 9.47% | 8.46% | /s/ Mary Beth Mantiply |
| 1:20-op-45287-DAP | City of Foley, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Foley City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 1:21-op-45049-DAP | City of Piedmont, Alabama v. AmerisourceBergen Drug Corporation et al | Piedmont City | Alabama | 7.56% | 5.84% | /s/ Brad Ponder |
| 1:21-op-45113-DAP | City of Brewton, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Semmes (Al), City Of | Alabama | 5.51% | 4.29% | /s/ Keith Jackson |
| 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Millbrook City | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |
| 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Wetumpka (AL), City of | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |
| 1:22-op-45002-DAP | City of Fairhope, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Fairhope City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 1:22-op-45003-DAP | Elmore County, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Elmore County | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |
| 1:22-op-45017-DAP | City of Saraland, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Saraland City | Alabama | 5.51% | 4.29% | /s/ Keith Jackson |

**Amending Plaintiffs Seeking Leave to Add the Winn-Dixie Defendants**

| Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|
| 1:22-op-45019-DAP | City of Gulf Shores, Alabama v. Amerisourcebergen Drug Corporation et al | Gulf Shores City | Alabama | 5.90% | 3.98% | /s/ Christina D. Crow |
| 1:22-op-45025-DAP | Putnam County School Board v. Cephalon, Inc. et al | Putnam County School Board | Florida | 12.52% | 9.16% | /s/ Cyrus Mehri |