UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>1:19-op-45812<br>1:19-op-46078<br>1:20-op-45048<br>1:21-op-45116 | MDL No. 2084<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**REPLY IN SUPPORT OF MOTION BY CVS, WALGREENS, AND WALMART TO DISMISS CLAIMS FILED BY NON-PARTICIPATING NEW YORK SUBDIVISIONS AS BARRED BY STATUTE**

CVS, Walgreens, and Walmart (together, the "Settling Pharmacies") respectfully submit this reply in support of their motion to dismiss claims filed by four non-participating New York government entities on the ground that their claims were released by the New York Attorney General and are barred by New York Mental Hygiene Law § 25.18(d).

The Settling Pharmacies' motion concerns claims filed by Erie County Medical Center, Nassau University Medical Center, Friendship Engine & Hose Co., and Medford Volunteer Ambulance. But the opposition at Doc. 5549 was filed on behalf of only one of those government entities, Friendship Engine & Hose Co.[1]

The arguments advanced in the opposition—that the New York Mental Hygiene Law § 25.18(d) is unconstitutional and that this Court should not act or comment on the law until litigation in New York challenging the law has been resolved—were previously considered and

---

[1] The opposition also was filed on behalf of numerous other New York government entities that are not the subject of the Settling Pharmacies' motion.

9230018.1

rejected by the Court in granting the settling distributors' similar motion to dismiss. Doc. 4547 at 2-4 (rejecting the New York plaintiffs' request that the Court delay ruling on the settling distributors' motion and the plaintiffs' argument that application of the New York law would result in an injustice); *see also* Order at Doc. 13-1, *Incorporated Village of Islandia, NY v. McKesson Corp.*, Case No. 22-3630 (Sept. 23, 2022) (dismissing the New York plaintiffs' appeal of the Court's order at Doc. 4547 for want of prosecution). And since then, Judge Kiyo A. Matsumoto of the Eastern District of New York issued a decision in *Town of Babylon v. James*, -- F. Supp. 3d -- (E.D.N.Y. 2023), rejecting the challenge to New York Mental Hygiene Law § 25.18(d). 2023 WL 8734201 (Sept. 19, 2023).[2] Accordingly, there is no basis for the Court to depart from its prior ruling on these issues, and the Settling Pharmacies' motion to dismiss the claims filed by the four non-participating New York government entities should be granted.

Date:  August 8, 2024                                   Respectfully submitted,

                                                        */s/ Eric R. Delinsky*
                                                        Eric R. Delinsky
                                                        Alexandra W. Miller
                                                        Paul B. Hynes, Jr.
                                                        ZUCKERMAN SDAEDER LLP
                                                        1800 M Street, N.W., Suite 1000
                                                        Washington, D.C. 20036
                                                        Tel: (202) 778-1800
                                                        Fax: (202 822-4106
                                                        Email: edelinsky@zuckerman.com
                                                        Email: smiller@zuckerman.com
                                                        Email: phynes@zuckerman.com

                                                        *Counsel for CVS Pharmacy, Inc., Ohio CVS Stores, L.L.C., CVS TN Distribution, L.L.C., CVS Rx Services, Inc., and CVS Indiana, L.L.C.*

---

[2] None of the four government entities at issue in this motion is a plaintiff in *Town of Babylon*, which currently is on appeal to the Second Circuit.

*Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Katherine M. Swift
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Tel: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com
E-mail: kate.swift@bartlitbeck.com

*Counsel for Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.*

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, Illinois 60606
Tel: (312) 269-4335
Email: tmtabacchi@jonesday.com
Email: tfumerton@jonesday.com

*Counsel for Walmart, Inc.*
