# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Dan Aaron Polster |
| *Albertson's Bellwether Cases* | |
| | **AGREED AMENDED CASE MANAGEMENT ORDER FOR ALBERTSONS BELLWETHER TRACKS** |

On June 10, 2024, the Court entered an Amended Case Management Order for Albertsons Bellwether Tracks, *Town of Hull v. AmerisourceBergen Drug Corp., et al.*, Case No. 1:19-op-46172 (D. Mass., 1st Circuit) ("CT20"); and (2) *County of Monterey v. Amerisourcebergen Drug Corporation., et al.*, Case No. 1:18-op-45615 (N.D. Cal., 9th Circuit) ("CT21").  *See* Docket No. 5481. The parties have conferred and agreed to an extension of certain deadlines as follows:

    A.    **Deadline to File Amended Complaints**

Pursuant to the Amended CMO, the Albertsons Bellwether Plaintiffs deadline to file and serve Amended Complaints was 60 days of entry of the Order. The parties have agreed to extend this deadline to September 9, 2024.

**IT IS SO ORDERED.**

August 8, 2024

                                  *s/Dan Aaron Polster*
                                 **DAN AARON POLSTER**
                                 **UNITED STATES DISTRICT JUDGE**