# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: Michael Masiowski, MD., On behalf of himself and all others similarly situated, Plaintiff | Member Case #: 1:18-op-45985-DAP |
| v. | Judge Dan Aaron Polster (MDL 2804) |
| Amerisourcebergen Drug Corporation et al, | Lead case: 1:17-md-02804-DAP |
| Defendants. | |

## DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF PLAINTIFF MICHAEL MASIOWSKI'S MOTION FOR LEAVE TO AMEND

I, Paul S. Rothstein, declare as follows:

1. I am the attorney for the named plaintiff and putative class representative for the proposed class, Michael Masiowski, in the above-styled action. I submit this declaration in support of plaintiff's motion for leave to amend pursuant to the court order entered on July 19, 2024 (Dkt. 5537).

2. I state that both counsel for Plaintiff, Michael Masiowski, and Plaintiff, Michael Masiowski, will commit both the time and resources necessary to prosecute the litigation if the court selects the above-styled case as a bellweather case.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29th, 2024

Respectfully submitted,
*/s/ Paul S. Rothstein*
Attorney Paul S. Rothstein
Florida Bar Number: 310123
Attorney Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, FL 32601
(352) 376-7650
(352) 374-7133
E-Mail: psr@rothsteinforjustice.com