UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case Nos. 1:17-md-2804            1:18-op-45817 |
| *Track 8: Cobb County, Georgia* | ) ) ) ) | Judge Dan Aaron Polster |

**NOTICE OF SERVICE OF DEFENDANT PUBLIX SUPER MARKETS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MATERIALS**

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs Under Seal" issued by Special Master Cohen on June 24, 2019 (Dkt. 1719), the Court's "order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal" dated July 5, 2019 (Dkt. 1813), and the agreement of the parties, Defendant Publix Super Markets, Inc. in *Track Eight*, served Plaintiff Cobb County, Georgia, the Court, and the Special Master by email on August 9, 2024, the following documents:

1. Publix Super Markets, Inc.'s Opposition to Plaintiff's Motion for Partial Summary Judgment and Supporting Materials;

2. A Summary Sheet describing the opposing brief attached as Attachment 1; and

3. Exhibits 1 through 46 as reflected on the Exhibit List attached as Attachment 2.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Meredith Thornburgh White*
*/s/ Kara M. Kapke*
Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)

1

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

*Attorneys for Defendant Publix Super Markets, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system. Plaintiff, the Court, and the Special Master have also been served a copy of this document *via* e-mail.

                                                     */s/  Kara M. Kapke*
                                                   Kara M. Kapke