# **EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| 1. | Declaration of Joseph Rannazzisi (February 24, 2012) |
| 2. | Expert Report of Brian Rucker |
| 3. | Expert Report of Candice Rosevear and Exhibits |
| 4. | Expert Report of Lucas Hill |
| 5. | Expert Report of Stefanie Ferreri |
| 6. | Excerpts of the Deposition of Dennis M. Troughton, Sr. dated September 14, 2023 |
| 7. | Excerpts of the Deposition Carmen Catizone dated May 30, 2024 |
| 8. | DEA Pharmacist's Manual (2022 ed.), accessed August 7, 2024 |
| 9. | Excerpts of the Deposition of Joseph Rannazzisi dated May 30, 2024 |
| 10. | Declaration of Chris Hewell (August 9, 2024) |
| 11. | Excerpts of the Deposition of Michael Mapes dated July 11, 2019 |
| 12. | Excerpts of the Deposition of Fred Ottolino dated December 6, 2022 |
| 13. | Excerpts of the Deposition of Daniel Dorsey dated September 6, 2023 |
| 14. | Declaration of Lindsay Burckhalter (August 7, 2024) |
| 15. | Publix Super Markets, Inc. Supplemental Objections and Responses to Plaintiff's Interrogatories to Chain Pharmacy Defendants (June 16, 2022) |
| 16. | Excerpts of the Deposition of Lindsay Burckhalter dated August 11, 2023 |
| 17. | 2018 Reference & Procedure Guide (PUBLIX-MDLT8-00023640–708) dated June 20, 2018 |
| 18. | 2011 memo from Fred Ottolino to all pharmacy operations managers and pharmacy supervisors regarding prescription drug abuse and pharmacists' "corresponding responsibility" (PUBLIX-MDLT8-00118914–15) |
| 19. | Excerpts of the Deposition of Dain Rusk dated October 6, 2023 |

| 20. | 2012 Reference & Procedure Guide (PUBLIX-MDLT8-00027405–449) dated July 25, 2012 |
|---|---|
| 21. | Excerpts of the Deposition of Shannon Brice dated August 3, 2023 |
| 22. | Lists of Publix Pharmacy Trainings (PUBLIX-MDLT8-00134425) (converted from original Excel format) |
| 23. | Excerpts of the Deposition of Kathy Leonard dated December 2, 2022 |
| 24. | April 11, 2008 email from Fred Ottolino regarding new controlled substance procedure (PUBLIX-MDLT8-00073489) |
| 25. | June 2, 2010 Publix Weekly Memo updating pharmacists on DEA guidance on electronic prescribing of controlled substances (PUBLIX-MDLT8-00098454–56) |
| 26. | September 28, 2011 Publix Weekly Memo informing pharmacists of Georgia BOP updates (PUBLIX-MDLT8-00098530–33) |
| 27. | November 3, 2011 email from Pharmacy Operations Manager Mike King to Atlanta pharmacies with information from Georgia BOP regarding security paper requirements for controlled substances (PUBLIX-MDLT8-00087991–93) |
| 28. | April 18, 2012 Weekly Memo regarding DEA Pharmacist's Manual on Corresponding Responsibility (PUBLIX-MDLT8-00098583–88) |
| 29. | Excerpts from the Deposition of Chris Hewell dated October 7, 2022 |
| 30. | Excerpts of the Deposition of Jillanne Smith dated November 15, 2022 |
| 31. | 2019 Reference & Procedure Guide (PUBLIX-MDLT8-00012235–12664) dated April 3, 2019 |
| 32. | Excerpts of the Deposition of Joseph Wells dated July 25, 2023 |
| 33. | Excerpts of the Deposition of Leigh Anne Jacobson dated November 8, 2022 |
| 34. | Excerpts of the Deposition of Chris Hewell dated November 4, 2022 |
| 35. | Excerpts of the Deposition of Chris Hewell dated July 25, 2023 |
| 36. | 2008 DEA Inspection Report (DEA-T711CC-00010991–11007) (Redactions in original produced by DEA) |
| 37. | 2011 DEA Inspection Report (DEA-T711CC-00010717–10736) (Redactions in original produced by DEA) |

| | |
|---|---|
| 38. | 2015 DEA Inspection Report (DEA-T711CC-00010761–10775, 10780 – 10783) (Redactions in original produced by DEA) |
| 39. | 2017 DEA Inspection Report (DEA-T711CC-00010817–10835) (Redactions in original produced by DEA) |
| 40. | 2019 DEA Inspection Reports (DEA-T711CC-00010845, 10848–10871, 10900–10905, 10906–10915, 10923–10926, 10939–10942) |
| 41. | April 24, 2015 email from Susan Langston (PUBLIX-MDLT8-00115221) |
| 42. | SOMLink Investigative Analysis and Application (PUBLIX-MDLT8-00067910–13) |
| 43. | OrderInsite Design Specification Document; Suspicious Order Monitoring System (PUBLIX-MDLT8-00115090–115131) |
| 44. | Excerpts of the Deposition of Kyle Wright dated February 28, 2019 |
| 45. | Publix Controlled Substance Anti-Diversion Processes (PUBLIX-MDLT8-00140719–750) dated April 5, 2014 |
| 46. | Publix Controlled Substances Policy (PUBLIX-MDLT8-00058608) dated October 9, 2018 |