**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **This document relates to:** | **Case No. 17-md-2804 Judge Dan Aaron Polster** |
| *All Actions* | |

**NOTICE OF APPEAL**

Notice is hereby given that Goldstein & Russell, P.C. and Kelley & Ferraro LLP hereby appeal to the United States Court of Appeals for the Sixth Circuit from the district court's Final Order Regarding Allocation Of Common Benefit Awards, entered in this action on the 11th day of July 2024. *See* MDL 2804, ECF No. 5520 (July 11, 2024).

August 9, 2024

Respectfully submitted,

 */s/ James L. Ferraro*
James L. Ferraro, Esq.
Kelley & Ferraro, LLP
950 Main Avenue Suite 1300
Cleveland, OH 44113
Tel.: 216.202.3450
Email: jferraro@ferrarolaw.com

Attorney for Goldstein & Russell, P.C. and Kelley & Ferraro LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

 *s/ James L. Ferraro*
James L. Ferraro