**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:** *Track 9*<br>**Case No. 1:18-op-45274-DAP**<br><br>TARRANT COUNTY, TEXAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURDUE PHARMA, et al.,<br><br>　　　　　Defendants. | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**ALBERTSONS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, and United Supermarkets, LLC (collectively, the "Albertsons Defendants" or "Albertsons") respectfully moves this Court, pursuant to Fed. Civ. R. 56, for an order granting judgment in their favor and against Plaintiffs on all claims against Albertsons Defendants (Counts 1 and 2). These claims suffer from various fatal deficiencies, and thus, should be dismissed as a matter of law. A Memorandum in Support of this Motion accompanies this Motion and is incorporated herein by reference.

Respectfully Submitted,

By: */s/ Francis A. Citera*
One of Defendants' Attorneys

Francis A. Citera, citeraf@gtlaw.com
Gretchen N. Miller, millerg@gtlaw.com
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

*Counsel for Defendants Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2024, a true and correct copy of this **Albertsons Defendants' Motion for Summary Judgment** was served upon the parties of record using the CM/ECF system.

>     /s/ Francis A. Citera
>     Francis A. Citera