| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : | MDL No. 2804 |
| | : | |
| | : | |
| | : | CASE NO. 1:18-OP-45817-DAP |
| **Track Nine:** *Tarrant County v. Purdue Pharma, et al* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

EXPERT REPORT OF

CRAIG J. MCCANN, PH.D., CFA

April 15, 2024

**Table of Contents**

I.      Qualifications and Remuneration ...................................................- 1 -
        A.      Qualifications ...............................................................- 1 -
        B.      Remuneration ..............................................................- 2 -
II.     Materials Considered .........................................................................- 2 -
III.    Assignment .........................................................................................- 5 -
IV.     Summary of Opinions.........................................................................- 6 -
V.      National ARCOS Data .......................................................................- 8 -
        A.      Receipt of ARCOS Data from the DEA ......................- 8 -
        B.      ARCOS Data Fields Produced by DEA.........................- 9 -
                1.      Seller DEA Number..................................................- 11 -
                2.      Seller Business Activity............................................- 11 -
                3.      Seller Name and Address..........................................- 12 -
                4.      Buyer DEA Number ..................................................- 12 -
                5.      Buyer Business Activity ...........................................- 12 -
                6.      Buyer Name and Address ..........................................- 12 -
                7.      Transaction Codes.....................................................- 13 -
                8.      Drug Code and Drug Name .......................................- 13 -
                9.      National Drug Code...................................................- 14 -
                10.     Quantity.....................................................................- 14 -
                11.     Unit ............................................................................- 14 -
                12.     Action Indicator ........................................................- 15 -
                13.     Order Form Number ..................................................- 16 -
                14.     Correction Number ...................................................- 16 -
                15.     Strength .....................................................................- 16 -
                16.     Transaction Date .......................................................- 16 -
                17.     Calculated Base Weight in Grams.............................- 16 -
                18.     Dosage Units..............................................................- 17 -
                19.     Transaction ID ..........................................................- 17 -
        C.      Supplementing the ARCOS Data...................................- 18 -
                1.      Drug Labeler ..............................................................- 18 -
                2.      MME Conversion Factor ...........................................- 19 -
                3.      Additional Pharmacy Information .............................- 19 -
        D.      Exclusions and Corrections to ARCOS Data......................- 20 -
        E.      Comparing ARCOS Data to Retail Drug Summary Reports.- 21 -
        F.      Shipments to Dispensers in ARCOS Data ...........................- 27 -
VI.     Opioid Shipment Summary .............................................................- 31 -

i

A. ARCOS Summary of Shipments to Tarrant County............- 31 -
B. Opioid Shipment Market Share...............................- 36 -
VII. Distributor Suspicious Order Monitoring System (SOMS) Methods...-
38 -
A. Trailing Six-month Maximum Monthly Threshold.............- 38 -
B. Trailing 12 Month National Average Threshold ................- 40 -
C. Monthly 8,000 Dosage Units Threshold............................- 42 -
D. Daily Dosage Units Threshold.................................- 42 -
E. Summary of Nonrecurrent Flagged Transactions................- 43 -
F. Summary of Recurrent Flagged Transactions.....................- 62 -
VIII. Chain Pharmacy SOMS Methods...................................- 77 -
A. Summary of Nonrecurrent Flagged Transactions...............- 78 -
B. Summary of Recurrent Flagged Transactions.....................- 83 -
IX. Albertsons Dispensing Data ......................................- 90 -
X. Red Flag Computations on Dispensing Data .................................- 94 -
A. 14 Red Flag Computations .................................- 94 -
B. Summary of Nonrecurrent Flagged Opioid Prescriptions ...- 96 -
C. Summary of Recurrent Flagged Opioid Prescriptions.........- 97 -
D. 14 Red Flag Computations, Excluding Initial Prescriptions- 97 -
E. Variants of Red Flag Computation 10 and 12 ....................- 99 -
XI. Pharmacy Notes Productions.........................................- 99 -
XII. Discussion on Random Sampling and its Confidence Interval....- 100 -
XIII. Conclusion.....................................................- 103 -
Appendix 1 Craig McCann Resume.....................................- 105 -
Appendix 2 Corrections to the ARCOS Data........................- 130 -
Appendix 3 MME Conversion Factors (from CDC)............................- 137 -
Appendix 4 MME on Base Weight and on Label ................................- 139 -
Appendix 5 Processing the Dispensing Data...........................- 141 -
Appendix 6 Overview...............................................- 145 -
Appendix 7 Albertsons .............................................- 145 -
Appendix 8 Confidence Intervals .........................................- 145 -
Appendix 9 Native ...............................................- 145 -

## Table of Figures

Figure 1 ARCOS Data Fields Produced by DEA ..........................................................- 10 -

Figure 2 Rolling 365-day Opioid Shipments into and Dispensed by Albertsons
          Pharmacies, Dosage Units ..........................................................................- 93 -

iii

## Table of Tables

Table 1 Drug Codes and Drug Names in the ARCOS Data .......................................- 13 -
Table 2 Unit of Measurement Codes ...................................................................... 15 -
Table 3 Comparison Corrected ARCOS Data and RDSR, 2006 to 2014.....................- 23 -
Table 4 Ratios of Retail Drug Summary Report and ARCOS Drug Weights, 2006 to 2014
.................................................................................................................- 24 -
Table 5 Ratios of RDSR over ARCOS Base Weights, 2015 to 2019...........................- 26 -
Table 6 Transactions in the ARCOS Data by Reporter's Business Activity................- 27 -
Table 7 Transactions in the ARCOS Data by Buyer's Business Activity ....................- 28 -
Table 8 Dispenser Transactions in the ARCOS Data, by Drug Name .........................- 29 -
Table 9 Transactions by Buyer's State .......................................................................- 30 -
Table 10 Transactions by Year ....................................................................................- 31 -
Table 11 Transactions in Tarrant County by Drug .......................................................- 32 -
Table 12 Transactions in Tarrant County by Reporter's Business Activity ................- 33 -
Table 13 Transactions in Tarrant County by Buyer's Business Activity ....................- 34 -
Table 14 Transactions in Tarrant County by Year........................................................- 35 -
Table 15 Top 20 Labelers, Tarrant County, ARCOS Data, 2006-2019 .......................- 36 -
Table 16 Distributors to Chain and Retail Pharmacies in Tarrant County, 2006-2019 - 37 -
Table 17 Shipments to Chain and Retail Pharmacies in Tarrant County, 2006-2019 ..- 38 -
Table 18 Trailing Six-month Maximum Threshold Flagged Transactions, Total MME and
% MME, nonrecurrent................................................................................- 43 -
Table 19 Trailing Six-month Maximum Threshold Flagged Transactions 2006 to 2019,
Dosage Units, nonrecurrent .........................................................................- 44 -
Table 20 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged
Transactions, Total MME and % MME, nonrecurrent ................................- 45 -
Table 21 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged
Transactions, 2006 to 2019, Dosage Units, nonrecurrent ...........................- 46 -
Table 22 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units
Flagged Transactions, Total MME and % MME, nonrecurrent...................- 47 -
Table 23 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units
Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ..............- 48 -
Table 24 Trailing Six-month Maximum, Fixed After First Triggered Threshold on
Rolling 30-Day Dosage Units Flagged Transactions, Total MME and % MME,
nonrecurrent................................................................................................- 49 -
Table 25 Trailing Six-month Maximum, Fixed After First Triggered Threshold on
Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage
Units, nonrecurrent ....................................................................................- 50 -
Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold
Flagged Transactions, Total MME and % MME, nonrecurrent...................- 51 -
Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold
Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ..............- 52 -
Table 28 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After
First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total
MME and % MME, nonrecurrent ...............................................................- 53 -

iv

Table 29 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent .................................................................- 54 -

Table 30 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent .- 55 -

Table 31 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent- 56 -

Table 32 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, nonrecurrent .......................................................- 57 -

Table 33 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent.....................................................- 58 -

Table 34 Monthly 8,000 Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent ................................................................- 59 -

Table 35 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ......................................................- 60 -

Table 36 Daily Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent.................................................................- 61 -

Table 37 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ................................................................- 61 -

Table 38 Trailing Six-Month Maximum Threshold Flagged Transactions, Total MME and % MME, recurrent .........................................................- 62 -

Table 39 Trailing Six-Month Maximum Threshold Flagged Transactions 2006 to 2019, Dosage Units, recurrent ................................................................- 63 -

Table 40 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Total MME and % MME, recurrent........................- 64 -

Table 41 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ....................- 65 -

Table 42 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent........................- 66 -

Table 43 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ....................- 67 -

Table 44 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, recurrent .....................................................- 68 -

Table 45 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent...............................................................- 69 -

Table 46 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent .......- 70 -

Table 47 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ...- 71 -

v

Table 48 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, recurrent ............................................................- 72 -

Table 49 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent........................................................- 73 -

Table 50 Monthly 8,000 Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent....................................................................................- 74 -

Table 51 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent......................................................................- 75 -

Table 52 Daily Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent.............................................................................................- 76 -

Table 53 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent................................................................................- 77 -

Table 54 Trailing Six-Month Maximum Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent.........................................................- 78 -

Table 55 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ...........................- 78 -

Table 56 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ..............- 79 -

Table 57 Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30 Days Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent .............................................................................- 79 -

Table 58 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent ..............- 80 -

Table 59 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent................................................- 80 -

Table 60 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent- 81 -

Table 61 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent...................................................- 82 -

Table 62 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent.....................................................................- 82 -

Table 63 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent...............................................................................- 83 -

Table 64 Trailing Six-Month Maximum Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent.......................................................................- 83 -

Table 65 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ...................- 84 -

Table 66 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ...................- 85 -

vi

Table 67 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ....................................................................- 86 -

Table 68 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ...- 87 -

Table 69 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ........................................................- 88 -

Table 70 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ...............................................................- 89 -

Table 71 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent ............................................................................- 89 -

Table 72 Albertsons Dispensing Data in Tarrant County by Opioid Drug, January 2006 to May 2021 ..............................................................................- 91 -

Table 73 Opioid Drugs Dispensed by Albertsons Pharmacies in Tarrant County by Year, January 2006 to May 2021 .........................................................- 92 -

Table 74 Albertsons Nonrecurrent Flagged Opioid Prescriptions ................................- 96 -

Table 75 Albertsons Recurrent Flagged Opioid Prescriptions .....................................- 97 -

Table 76 Albertsons Nonrecurrent Flagged Opioid Prescriptions, Excluding Initial Prescriptions in Red Flag Computations 3, 4, 5, 7 and 13 ...........................- 98 -

Table 77 Albertsons Pharmacy Productions of Scanned Prescriptions and Related Documents ..................................................................................................- 99 -

vii

## I.    Qualifications and Remuneration

### A. Qualifications

1.      I am the President of SLCG Economic Consulting, LLC, successor in business of Securities Litigation and Consulting Group, Inc. ("SLCG"). SLCG was founded in 2000 to apply finance, economics, statistics and mathematics in litigation and consulting. SLCG staff includes professionals with PhDs and advanced degrees in applied mathematics, statistics, finance and economics.

2.      Prior to founding SLCG, I was a Director at LECG, a business unit of Navigant Consulting, Inc. Prior to joining LECG, I was Managing Director, Securities Litigation at KPMG LLP. I was a senior financial economist in the Office of Economic Analysis at the U.S. Securities and Exchange Commission (the "SEC") from 1992 to 1993 and from 1994 to 1995.

3.      I have taught graduate economics and finance courses at the University of South Carolina, Virginia Tech, Georgetown University and at the University of Maryland, College Park.

4.      I have been hired as a consultant and expert witness in investigations by many state and federal agencies including the SEC, the Federal Deposit Insurance Corporation and the U.S. Department of Justice.

5.      My work as a consultant and expert witness over the past 30 years has required me to extract or receive data, process and validate the data and produce varied statistical analyses.

6.      I earned a Ph.D. in Economics from the University of California, at Los Angeles. My graduate studies included extensive coursework in mathematics, statistics and econometrics.

7.      My resume, which includes a list of all publications authored by me within the last 10 years and the cases in which I have testified as an expert at trial or by deposition within the last four years, is attached as Appendix 1.

8.      I previously provided expert testimony on substantially the same issues discussed below through written reports and depositions in *In Re National Prescription Opiate Litigation* more fully identified in my resume.

### B. Remuneration

9.      SLCG is being compensated for its time and expenses. My hourly rate is $475 per hour. Other SLCG personnel working on this matter have billing rates of $100 to $395 per hour.

## II.    Materials Considered

10.      In preparing this report, I have considered the following documents:

a.      Automation of Reports and Consolidated Orders System ("ARCOS") electronic data, received from the Drug Enforcement Administration (hereafter, "ARCOS Data");

b.      "ARCOS Retail Drug Summary Reports," Drug Enforcement Administration, 1997-2022, (available at www.deadiversion.usdoj.gov/arcos/retail_drug_summary/arcos-drug-summary-reports.html);

- 2 -

c. "National Drug Code Dictionary," Drug Enforcement Administration, November 2018, January 2020, and August 2023 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt);

d. "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt);

e. "NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration, January 2018 and August 2023 (current version available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm);

f. "Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors," Centers for Disease Control and Prevention, August 2017 (https://www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/Opioid%20Morphine%20EQ%20Conversion%20Factors%20%28vFeb%202018%29.pdf );

g. "Full Replacement Monthly NPI File," Centers for Medicare and Medicaid Services, December 2019 (current version available at download.cms.gov/nppes/NPI_Files.html);

h. ARCOS Registrant Handbook, Drug Enforcement Administration, August 1997 (current version available at https://web.archive.org/web/20161224182937/https://www.deadiversion.usdoj.gov/arcos/handbook/full.pdf );

- 3 -

i.   Masters Pharmaceutical, Inc. v. Drug Enforcement Administration, 861 F.3d 206 (D.C. Cir. 2017);

j.   U.S. Dep't of Justice, DEA, Chemical Handler's Manual: A Guide to Chemical Control Regulations (2004), (WAGMDL00395965);

k.   U.S. Dep't of Justice, DEA, *Diversion Investigators Manual* (1990) (CAH_MDL_PRIORPROD_DEA07_01176247);

l.   U.S. Dep't of Justice, DEA, *Diversion Investigators Manual* (1996) (CAH_MDL2804_02203353);

m.   Administrative Memorandum of Agreement (between DEA and Mallinckrodt);[1]

n.   Albertsons' Transactional Data ( ALB-MDLCT9-00000028, ALB-MDLCT9-00414436);

o.   Albertsons' Dispensing Data (hereafter, "Dispensing Data") (ALB-MDLCT9-00000001 – ALB-MDLCT9-00000027; ALB-MDLCT9-00000029 – ALB-MDLCT9-00000043);

p.   Albertsons' Electronic Notes Data (hereafter, "Electronic Notes") more specifically described below ( ALB-MDLCT9-00418700 to 418701 of ALB-MDLCT9_VOL014);

q.   Albertsons' Scanned Prescriptions and Related Documents (hereafter, "Scanned Prescriptions and Related Documents") more specifically described below (

---

[1] www.justice.gov/usao-edmi/press-release/file/986026/download

ALB-MDLCT9-00416384 to 418699 of ALB-MDLCT9_VOL013);

r. Other documents cited in the text and footnotes below.

## III. Assignment

11. I have been asked by Plaintiffs' Counsel to document how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") and internal transaction data from Albertsons to attribute transactions with Dispensers to Albertsons in this report.

12. I have been asked to summarize shipments in the ARCOS Data, especially those shipments into Tarrant County, TX attributable to Albertsons.

13. I have been asked to report the results of applying certain algorithms to the ARCOS Data and Albertsons' Transactional Data.

14. I have been asked to report the results of applying certain red flag algorithms to the Dispensing Data.

15. I have been asked to document how I appended the Electronic Notes, Scanned Prescriptions and Related Documents provided by Albertsons to the Dispensing Data for the 400 sample prescriptions selected ("Selected Sample Prescriptions"), and how I appended the Electronic Notes to the patient history of prescriptions filled in Tarrant County.

16. Further, I have also been asked to address the statistical significance and confidence intervals of random sampling.

- 5 -

## IV.    Summary of Opinions

17.    Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that, after correcting a relatively small number of records as explained in more detail below, the ARCOS Data produced by the DEA is reliable.

18.    I conclude that the ARCOS Data is reliable in part because it closely matches the DEA's Retail Drug Summary Reports for January 2006 through December 2014. Retail Drug Summary Reports summarize the weight of drugs in reported transactions with consumers in each of the 50 states and the District of Columbia. Where there were discrepancies between the ARCOS Data produced by the DEA and the Retail Drug Summary Reports, I was able to identify and correct the error in either the ARCOS Data or the Retail Drug Summary Reports.

19.    In Section V, I describe the ARCOS Data produced by the DEA and report national summary statistics for the ARCOS Data, after correcting minimal errors explained fully in Appendix 2. In addition, I compare the processed ARCOS Data to Retail Drug Summary Reports published by the DEA to verify that the shipments of opioids to dispensing outlets in the ARCOS Data are consistent with the amount of each opioid the DEA calculates was shipped into each 3-digit zip code each quarter.

20.    In Section VI, I report summary statistics for subsets of the processed ARCOS Data covering Tarrant County. These summary statistics show that between 2006 and 2019, Dispensers in Tarrant County received 1.05 billion Dosage Units or 18.4 billion MME of opioids. Given the county's

1,896,597 average population during this same time period,[2] Dispensers received enough opioids for every resident in Tarrant County to consume 40 Dosage Units or 693 MME every year from 2006 to 2019.

21.    In Sections VII and VIII, I describe a non-exhaustive set of algorithms that can be systematically applied to the ARCOS Data.[3]

22.    In Section IX, I compare the ARCOS Data to the Dispensing Data produced in discovery and conclude that Albertsons' Dispensing Data before 2014 is not reliable.

23.    In Section X, I describe a non-exclusive set of certain "flagging" algorithms that can be systematically applied to the Dispensing Data and the results of such application.

24.    In Section XI, I report how I appended the Electronic Notes, Scanned Prescriptions and Related Documents provided by Albertsons to the Dispensing Data for the Selected Sample Prescriptions, and how I appended the Electronic Notes to the patient history of prescriptions filled in Tarrant County.

25.    In Section XII, I discuss the statistical significance and confidence intervals of random sampling.

26.    In Section XIII, I summarize my conclusions.

27.    I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further

---

[2] United States Census Bureau, https://www.census.gov/

[3] Albertsons provided distribution data that only includes suspicious order data and thus is not used in this report.

review of documents and based on any new information including, possibly, reports of other experts I may receive.

## V.    National ARCOS Data

28.    ARCOS is the system through which manufacturers and distributors report transactions of controlled substances to the DEA.[4] ARCOS Data covers all fifty states, the District of Columbia, Puerto Rico, Guam, U.S. Virgin Islands, American Samoa, and the Northern Mariana Islands, Armed Forces-Americas, Armed Forces-EMEA, Armed Forces-Pacific, and Palau.

### A. Receipt of ARCOS Data from the DEA

29.    In the multi-district litigation, the DEA produced a set of ARCOS Data reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol from January 1, 2006 through December 31, 2019.

30.    On or about April 20, 2018, the DEA produced ARCOS Data reflecting transactions in oxycodone, hydrocodone, hydromorphone, and fentanyl for six states: Alabama, Florida, Illinois, Michigan, Ohio, and West Virginia. On or about May 20, 2018, the DEA produced transaction data for these four drugs for the remaining states. The May 20, 2018 production was missing pharmacy names and had some duplicate transactions and obvious errors. At my request, the DEA reproduced the May 20, 2018 data with

---

[4] www.deadiversion.usdoj.gov/arcos/arcos.html, accessed on 29 November 2018.

pharmacy names and errors in the May 20, 2018 production largely corrected on or about June 5, 2018.

31.    Additionally, the DEA produced ARCOS Data for all states for oxymorphone, tapentadol, buprenorphine, and morphine on or about July 6, 2018; for codeine, dihydrocodeine, meperidine, and powdered opium on or about July 24, 2018; and for methadone and levorphanol on or about August 28, 2018.

32.    On August 14, 2023, the DEA produced ARCOS Data from January 1, 2015 to December 31, 2019 for all states on the fourteen drugs ("2015-2019 ARCOS Data").

## B. ARCOS Data Fields Produced by DEA

33.    The ARCOS Data produced by the DEA has the 34 fields illustrated in Figure 1 for each transaction record. Twelve of the 34 fields are submitted with each transaction record by the Reporting Registrant, the DEA registered entity reporting the opioid shipment through ARCOS. These twelve fields are defined in the ARCOS Handbook.[5] The remaining 22 fields were appended by the DEA to the transaction records submitted by the Reporting Registrant.[6] Eighteen of the 22 fields are information about the Reporting

---

[5] "ARCOS Registrant Handbook," Drug Enforcement Administration, August 1997 ("ARCOS Handbook"). Current version available at https://web.archive.org/web/20161224182937/https://www.deadiversion.usdoj.gov/arcos/handbook/full.pdf.

[6] The 22 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields), Drug Code, Drug Name, Calculated Base Weight in Grams, and Dosage Unit.

Registrant and the Associate Registrant, keyed off their DEA numbers.[7] Three of the remaining four fields are either taken from the NDC (for National Drug Code) Dictionary or are calculated using variables therein and appear to have been imported by the DEA into the data it produced by matching each transaction's NDC number with the NDC number in the NDC Dictionary.[8]

Figure 1 ARCOS Data Fields Produced by DEA



34.     The first 10 fields provide information on the Reporting Registrant. The DEA identified these Reporter DEA numbers and associated fields as "Seller" fields and so, unless the context requires otherwise, I refer to the Reporting Registrant as the "Seller" and the associated fields as "Seller" fields. This information includes a Seller's DEA Number, a description of the Seller's Business Activity (primarily Manufacturer, Distributor or Reverse Distributor), Name and Address (6 fields).

35.     The next 10 fields provide information on the Associate Registrant, typically a receiver of the opioid shipment.[9] The DEA identified

---

[7] The 18 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields).

[8] Drug Code and Drug Name are both in the NDC Dictionary. Calculated Base Weight in Grams is calculated using Ingredient Base Weight in the NDC Dictionary and Quantity, Unit, and Strength in the ARCOS Data.

[9] *See*, ARCOS Handbook at pp. 5-36 – 5-37.

- 10 -

the Associate Registrant DEA numbers and associated fields as "Buyer" fields and so, unless the context requires otherwise, I refer to the Associate Registrant as the "Buyer" and the associated fields as "Buyer" fields. This information includes the Buyer's DEA Number, a description of the Buyer's Business Activity (primarily Distributor or Retail or Chain Pharmacy), Name and Address (6 fields).

36.    The final 14 fields provide information about the transaction. This information includes Drug Name and Drug Code (e.g. 9143 for oxycodone products), NDC Number, Quantity, Unit, Strength, Dosage Unit, Calculated Base Weight in Grams, Transaction Code (e.g., whether the transaction was a Purchase or a Sale), Transaction Date, Transaction Identifier, Correction Number, Action Indicator, and Order Form Number.

### 1.    Seller DEA Number

37.    The ARCOS Data produced by the DEA includes 1,870 distinct Seller DEA Numbers. Manufacturers and distributors typically have more than one DEA number as each facility manufacturing or distributing controlled substances must have its own DEA number.[10]

### 2.    Seller Business Activity

38.    The ARCOS Data lists one "Business Activity" for each Seller DEA Number. There are six distinct Seller Business Activities in the ARCOS Data: Manufacturer, Manufacturer (Bulk), Chemical Manufacturer, Distributor, Chempack/SNS Distributor, and Reverse Distributor.

---

[10] *See*, ARCOS Handbook at 1-5.

### 3.    Seller Name and Address

39.    The ARCOS Data provides a business address for each Seller DEA Number, but there is not a one-to-one mapping between the addresses and the Seller DEA Numbers. Some Seller DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Seller DEA Number. Multiple Seller DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 4.    Buyer DEA Number

40.    The ARCOS Data includes 365,736 distinct Buyer DEA Numbers. 1,828 DEA numbers are listed as both Sellers and Buyers, although not in the same transaction.

### 5.    Buyer Business Activity

41.    The ARCOS Data includes 59 distinct Buyer Business Activities including Manufacturer, Distributor, Reverse Distributor, Analytical Lab, Retail Pharmacy, Chain Pharmacy, Mail Order Pharmacy and Hospital/Clinic. Some Buyer DEA Numbers have more than one Buyer Business Activity.

### 6.    Buyer Name and Address

42.    The ARCOS Data provides a business address for each Buyer DEA Number, but there is not a one-to-one mapping between the addresses and the Buyer DEA Numbers. Some Buyer DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Buyer DEA Number. Multiple Buyer DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 7.  Transaction Codes

43.    Each transaction record includes a code that identifies whether the transaction being reported increases or decreases the Reporter's inventory of the drug. In my later analysis, I focus on transaction code "S" which denotes a transaction in which a drug is shipped from the Seller, typically a distributor, to a Buyer, typically a pharmacy.

### 8.  Drug Code and Drug Name

44.    The Drug Code is a four-digit Administration Controlled Substance Code Number common to each controlled substance or basic class thereof.[11] For instance, whether delivered through skin patches or nasal sprays, fentanyl transactions are identified by the Drug Code 9801 and whether formed in 5 mg or 20 mg tablets, oxycodone transactions are identified with the Drug Code 9143. See Table 1.

Table 1 Drug Codes and Drug Names in the ARCOS Data

| Sorted by Drug Name | | Sorted by Drug Code | |
|---|---|---|---|
| Drug Code | Drug Name | Drug Code | Drug Name |
| 9064 | Buprenorphine | 9050 | Codeine |
| 9050 | Codeine | 9064 | Buprenorphine |
| 9120 | Dihydrocodeine | 9120 | Dihydrocodeine |
| 9801 | Fentanyl | 9143 | Oxycodone |
| 9193 | Hydrocodone | 9150 | Hydromorphone |
| 9150 | Hydromorphone | 9193 | Hydrocodone |
| 9220 | Levorphanol | 9220 | Levorphanol |
| 9230 | Meperidine | 9230 | Meperidine |
| 9250 | Methadone | 9250 | Methadone |
| 9300 | Morphine | 9300 | Morphine |
| 9639 | Opium | 9639 | Opium |
| 9143 | Oxycodone | 9652 | Oxymorphone |
| 9652 | Oxymorphone | 9780 | Tapentadol |
| 9780 | Tapentadol | 9801 | Fentanyl |

---

[11] See, Controlled Substances by DEA Drug Code Number, Current version available at https://www.deadiversion.usdoj.gov/schedules/orangebook/d_cs_drugcode.pdf; *see also*, 21 CFR 1308.03.

- 13 -

### 9.    National Drug Code

45.    Drug packages are uniquely identified in the ARCOS Data by a National Drug Code, or NDC. The NDC has three segments, which identify the drug product's manufacturer or distributor, active ingredient, strength and formulation of the product, and the package size.[12] For example, 00603-3882-28 identifies Par Pharmaceutical manufactured 7.5 mg hydrocodone / 500 mg acetaminophen tablets in packages of 30. NDCs ending in "**" identify bulk packages of the drug identified by the first 9 digits of the NDC.

46.    There are 29,635 unique NDCs in the ARCOS Data. The controlled substances in each drug product are identified by a separate Drug Code.

### 10.    Quantity

47.    Quantity is the number of packages, weight or volume reported in the transaction.[13] A package can take many different forms, including a bottle of pills, a bottle of liquid, a box containing multiple bottles of drug product, a container of bulk drug powder, a box of skin patches, or a larger box containing smaller boxes of skin patches.[14]

### 11.    Unit

48.    The Unit code identifies the unit of measurement for the Quantity field. It is used with the Quantity and Strength fields to determine the amount

---

[12] "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010. Current version available at https://www.deadiversion.usdoj.gov/arcos/ndc/readme.txt.

[13] ARCOS Handbook § 5.11.1 p., 5-30.

[14] ARCOS Handbook § 5.11.

of drug in a transaction.[15] The Unit codes 1, 2, 3 and 4 specify weight units from micrograms to kilograms.[16] See Table 2.

Table 2 Unit of Measurement Codes

| Unit | Measurement |
|------|-------------|
| 1 | Micrograms |
| 2 | Milligrams |
| 3 | Grams |
| 4 | Kilograms |
| 5 | Milliliters |
| 6 | Liters |
| D | Dozens |
| K | Thousands |

### 12.  Action Indicator

49.     The Action Indicator field is either blank or coded D (for delete), A (for adjust) or I (for insert). The Reporter uses transactions coded D to report to the DEA that a previously reported incorrect transaction should be deleted. The Reporter uses transactions coded A to report that a previously reported incorrect transaction should be revised to reflect updated information in the current record. That is, that the previously reported transaction should be replaced with the current transaction record coded A. The Reporter uses transactions coded I to report transactions which should have been reported in a previous month but were not and so are being reported late.[17]

---

[15] ARCOS Handbook § 5.12.1, p. 5-33.

[16] Since there are 1 billion micrograms in a kilogram, a transaction coded with a 4 in the Unit field when the Quantity field assumes the Units are micrograms will have a Quantity that is 1 billion times too large. Some of the errors in the ARCOS Data appear to result from incorrect Unit codes being entered by the Reporting Registrant into ARCOS.

[17] ARCOS Handbook §5.9.2, p. 5-20 and §7.5, p. 7-12.

### 13. Order Form Number

50.     The Order Form Number identifies a batch of one or more transactions submitted through ARCOS.[18]

### 14. Correction Number

51.     The Correction Number identifies a correction transaction which replaces a previously submitted transaction that had been rejected by ARCOS.[19]

### 15. Strength

52.     Strength reports the purity of bulk raw material in a transaction, relative to the purity of the NDC, in hundredths of a percentage point. Strength can also refer to the amount by which a quantity of one in the transaction falls short of or exceeds the standard size package of the NDC.[20]

### 16. Transaction Date

53.     Transaction Date is the date a shipment occurred, not the date an order was placed by the Buyer or received by the Seller or the date of some other activity.[21]

### 17. Calculated Base Weight in Grams

54.     The Calculated Base Weight in Grams is the total active ingredient weight, in grams, of a drug in the reported transaction. The Calculated Base Weight in Grams in the ARCOS Data produced by the DEA was not reported by the Sellers. Rather, it was calculated by the DEA and appended (along with information about the Buyer and the Seller, the Drug

---

[18] ARCOS Handbook §5.14.1, p. 5-38 and §5.14.3, p. 5-40.

[19] ARCOS Handbook, §5.16, p. 5-42.

[20] ARCOS Handbook, §5.17, p. 5-43.

[21] ARCOS Handbook, §5.15.1, p. 5-40.

- 16 -

Code, the Drug Name, and the Dosage Units) by the DEA before the data was produced. As explained in Appendix 2, I verify the Calculated Base Weight in Grams for each transaction using the NDC Dictionary.

### 18.  Dosage Units

55.    Dosage Units is the number of packages in the transaction, multiplied by the number of discrete individual drug products (e.g., pills, patches, lozenges) in each package. Dosage Unit is only populated if the drug product is delivered as a capsule, tablet, film, suppository, patch, lollipop, or lozenge. The Dosage Unit in the ARCOS Data was not reported by the Sellers. Rather, it was calculated by the DEA and appended by the DEA before the data was produced to us. As explained later in this report, I verify Dosage Units for each transaction using the NDC Dictionary.

### 19.  Transaction ID

56.    The Transaction ID uniquely identifies the transactions submitted by each Seller each month.[22] Each Seller restarts the Transaction ID each month at 1. For example, a Seller submitting 33, 41 and 17 transactions over a three-month period would submit transactions numbered 1 to 33 the first month, 1 to 41 the second month and 1 to 17 the third month. A later correction, adjustment or deletion should have the same Transaction ID as the record being corrected, adjusted or deleted. A late transaction uses the next available Transaction ID for the month in which the transaction should have been reported, not a Transaction ID for the month in which the late transaction is being reported.

---

[22] ARCOS Handbook, §5.18, pp. 5-46 through 5-47.

### C. Supplementing the ARCOS Data

57.     I added several fields to the ARCOS Data to assist in my analysis. The fields are drug Labeler names from the FDA, drug Labeler company families, Seller company families, drug product potency information from the CDC's Morphine Milligram Equivalents (MME) conversion table, and Buyer business activities from the Centers for Medicare and Medicaid Services.

#### 1.     Drug Labeler

58.     The ARCOS Data includes the Seller name but not the Labeler name. As explained by the DEA, "A Labeler is any firm that manufacturers, distributes or repacks/relabels a drug product."[23] The Labeler is identified in the first segment of the NDC. The FDA, which assigns the Labeler identifier used in the NDC, maintains a public list of Labeler identifiers and their associated companies. I used the FDA's list of drug Labelers to add the names of the drug Labelers to the ARCOS Data.[24]

59.     After adding Labeler names, I manually reviewed the names and grouped them into company families. For example, I assigned "Teva Pharmaceuticals USA, Inc." and "Teva Parenteral Medicines, Inc." to the same "Teva" company family.

---

[23] NDC Dictionary Instructions. *See also*, ARCOS Handbook, §6.1.2.1, p. 6-2.

[24] NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration. Available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm.    I updated Labeler names to the entire 2006-2019 ARCOS dataset after receiving the 2015-2019 ARCOS Data.

### 2. *MME Conversion Factor*

60.     Because each drug can be prescribed in more than one dosage strength (e.g., 5 mg or 10 mg), compiling only the number of pills shipped provides a partial picture of the number of drugs shipped. Also, since different drugs can have different potencies, compiling only the total weight of active ingredient shipped also provides a partial picture of the number of drugs shipped.

61.     The CDC has published "MME conversion factors" that allow opioids to be directly comparable to one another by converting different drugs and dosage strengths into morphine milligram equivalents.[25] I added the MME conversion factor to the ARCOS Data, matching the NDC in the CDC table to the NDC in the ARCOS Data.

### 3. *Additional Pharmacy Information*

62.     I supplemented the Buyer Business Activity field with data from the Centers for Medicare and Medicaid Services, which assigns National Provider Identifiers ("NPIs") to most covered health care providers in the United States. In addition to assigning and tracking NPIs, the Centers for Medicare and Medicaid Services provides a classification of Buyers' Business Activities that is more detailed than the classification in the ARCOS Data, allowing me to better identify mail-order pharmacies, long-term care pharmacies, and managed care pharmacies. I used the Buyer Name and

---

[25] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2018 version. Atlanta, GA: Centers for Disease Control and Prevention; 2018. Available at www.hhs.gov/guidance/sites/default/files/hhs-guidance-documents/Opioid%20Morphine%20EQ%20Conversion%20Factors%20%28vFeb%202018%29.pdf.

Address in the ARCOS Data to look up each Buyer in the NPI database.[26] I used the NPI database to identify mail-order, long-term care and managed care pharmacies, but I otherwise relied on the Buyer Business Activity in the ARCOS Data.

### D. Exclusions and Corrections to ARCOS Data

63.    The ARCOS Data is composed of transactions, or shipments, of opioids between various entities. 96.1% of transactions with transaction code "S" reported in the ARCOS Data involve shipments to Buyers whose Business Activity suggests they dispense drugs to patients. I call these Buyers "Dispensers." [27]

64.    I removed the following types of transactions from the ARCOS Data before conducting further analysis:

- Shipments of controlled drugs other than the 14 opioids were deleted.

- Duplicate transactions were identified and removed if 90% or more of a Reporter's transactions in a calendar month appeared more than once.

- Transactions containing values for both the Action Indicator and Correction Number fields were excluded as clear error.

---

[26] NPI database.

[27] I include the following Buyer Business Activities as Dispensers: any Buyer Business Activity beginning with "MLP"; any Buyer Business Activity containing "PHARMACY", "PRACTITIONER", "CLINIC", "MAINT" or "DETOX"; and "AUTOMATED DISPENSING SYSTEM", "CANINE HANDLER", and "TEACHING INSTITUTION."

- Transactions involving reverse distributors, analytical labs, importers, exporters, or researchers.

- Transactions with obvious errors in the reported Quantity.

- Transactions where the Transaction Code is "X" (Lost-in-Transit.)

65.    I also corrected the Calculated Base Weight in Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC Dictionary. Appendix 2 provides a detailed explanation of these exclusions and corrections.

### E. Comparing ARCOS Data to Retail Drug Summary Reports

66.    The DEA publishes six ARCOS Retail Drug Summary Reports ("RDSR") each year, which summarize the weight of opioids reported in ARCOS transactions by various combinations of Drug Code, Calendar Quarter, Buyer State, Buyer Zip Code, or Buyer's business activity.[28] The least aggregated Retail Drug Summary Report, Report 1, aggregates opioid weight by quadruples of Drug Code, Calendar Quarter, Buyer's State, and the first three digits of the Buyer's Zip Code. As a check on my procedures for correcting the ARCOS Data, I compared the ARCOS Data I received to ARCOS Retail Drug Summary Report 1 for 2006 to 2014 and 2015 to 2019 separately.

---

[28] The six summary reports are updated on an ad hoc basis. The DEA website states that the summary reports are "susceptible to future updates and corrections, without notice, as new information is obtained" (www.deadiversion.usdoj.gov/arcos/retail_drug_summary/arcos-drug-summary-reports.html).

### 1.    *2006 to 2014 Comparison*

67.    I calculated the total Calculated Base Weight in Grams in the corrected 2006-2014 ARCOS Data for each Drug Code, Calendar Quarter, Buyer's State, and three-digit Buyer's Zip Code. I then compared the weights I calculated to the weights reported in ARCOS Retail Drug Summary Report 1 between 2006 and 2014.[29]

68.    There are 409,061 Drug Code/Calendar Quarter/Buyer's State /three-digit Buyer's Zip Code quadruples in either the ARCOS Data or the RDSR dataset between 2006 and 2014. 408,389 of these observations are in both datasets, 457 are only in the ARCOS Data and 215 are only in the RDSR data. See Table 3.

69.    The 457 observations that are in the ARCOS Data but not in the RDSRs have a total Calculated Base Weight in Grams of 217,068 grams. 216,544 grams (99.8%) of the 217,068 grams are from zip code 851** in Arizona.[30] The RDSRs do not report any weights for zip code 851** in 2006 and 2007, even though there are shipments to Buyers in this zip code in 2006 and 2007 in the ARCOS Data and the RDSRs closely match the ARCOS data for 851** after 2007. Other than the observations Retail Drug Summary Report 1 is missing for zip code 851** in 2006 and 2007, only 3,231 grams are in observations where there is not some data in both the ARCOS Data and RDSRs out of 1.4 billion grams.

---

[29] I compared the weights for all quadruples created using all 14 Drug Codes in the ARCOS Data, every calendar quarter from 2006 through 2014, and all 50 states, the District of Columbia, Puerto Rico, American Samoa, and the Virgin Islands.

[30] 109 of the 457 transactions are from zip code 851** in Arizona.

Table 3 Comparison Corrected ARCOS Data and RDSR, 2006 to 2014

| | Drug Code/Quarter/State/ 3-digit Zip Codes in Both Datasets | | | Drug Code/Quarter/State/ Zip Codes in ARCOS Only | | Drug Code/Quarter/State/ Zip Codes in RDSR Only | |
|---|---|---|---|---|---|---|---|
| Drug Code | N | Weight of Base Drug (ARCOS) | Weight of Base Drug (RDSR) | N | Weight of Base Drug | N | Weight of Base Drug |
| 9780 | 21,175 | 27,832,183 | 27,836,251 | 0 | 0 | 1 | 8 |
| 9220L | 13,821 | 17,098 | 16,555 | 26 | 64 | 27 | 20 |
| 9639 | 30,138 | 312,322 | 5,549,118 | 11 | 21 | 34 | 81 |
| 9064 | 31,923 | 13,056,340 | 12,949,923 | 34 | 403 | 5 | 6 |
| 9801 | 32,116 | 4,383,862 | 4,266,080 | 12 | 501 | 12 | 7 |
| 9652 | 31,287 | 11,059,802 | 10,638,657 | 12 | 583 | 13 | 46 |
| 9120 | 23,214 | 755,277 | 746,160 | 299 | 590 | 42 | 69 |
| 9150 | 32,042 | 12,838,084 | 12,899,632 | 8 | 930 | 6 | 8 |
| 9230 | 32,049 | 22,785,269 | 23,105,649 | 11 | 4,407 | 11 | 147 |
| 9050 | 32,155 | 140,440,556 | 149,474,318 | 8 | 24,695 | 13 | 138 |
| 9250B | 32,075 | 133,963,921 | 134,698,794 | 8 | 11,505 | 9 | 78 |
| 9193 | 32,164 | 337,565,862 | 340,741,300 | 10 | 41,620 | 16 | 1,342 |
| 9300 | 32,111 | 195,236,784 | 195,377,422 | 10 | 54,031 | 13 | 456 |
| 9143 | 32,119 | 489,503,746 | 490,414,951 | 8 | 77,718 | 13 | 302 |
| **Total** | **408,389** | **1,389,751,107** | **1,408,714,811** | **457** | **217,068** | **215** | **2,707** |

70.     It is possible that both the ARCOS Data and the RDSRs have drug weights, but the weights differ between the ARCOS Data and the RDSRs data. To test this possibility, I calculate the ratio of the weight of each drug, each quarter, each state and 3-digit zip code reported in the RDSRs to the weights I calculated from the ARCOS transactions for the observations in both the RDSRs and the ARCOS transactions. A ratio of 1 (less than 1, more than 1) means the RDSRs summary weights equal (are less than, are more than) the weights I aggregate up to using the ARCOS transaction data.

71.     Table 4 reports the results of this test of the ARCOS Data. 270,300 or 66.2% of the 408,389 Drug Code/Quarter/State/3-digit zip code quadruple observations in both ARCOS and the RDSRs have ratios between 0.995 and 1.005. That is, 2/3[rds] of the observations have RDSRs reported summary weights within 0.5% of the weights I aggregate up from the ARCOS transaction data. 72.4% of the observations have RDSRs reported summary

- 23 -

weights within 1.0% of the weights I aggregate up from the processed ARCOS transaction data.

72.     The RDSRs confirm the accuracy of the ARCOS Data I received. The correlation between the RDSRs' reported drug weight and the weights I calculate from the ARCOS Data is **0.999** on a scale from -1.00 to +1.00.

Table 4 Ratios of Retail Drug Summary Report and ARCOS Drug Weights, 2006 to 2014

| Drug Code | N | N(%) | 1st Percentile | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile | 99th Percentile |
|---|---|---|---|---|---|---|---|---|---|
| 9050 | 32,155 | 7.9% | 0.97 | 1.01 | 1.04 | 1.07 | 1.11 | 1.20 | 1.32 |
| 9064 | 31,923 | 7.8% | 0.76 | 0.92 | 1.00 | 1.00 | 1.00 | 1.02 | 1.09 |
| 9120 | 23,214 | 5.7% | 0.00 | 0.71 | 1.00 | 1.00 | 1.00 | 1.01 | 1.19 |
| 9143 | 32,119 | 7.9% | 0.90 | 0.97 | 1.00 | 1.00 | 1.00 | 1.02 | 1.11 |
| 9150 | 32,042 | 7.8% | 0.82 | 0.97 | 1.00 | 1.00 | 1.00 | 1.03 | 1.28 |
| 9193 | 32,164 | 7.9% | 0.89 | 0.98 | 1.00 | 1.00 | 1.00 | 1.04 | 1.35 |
| 9220L | 13,821 | 3.4% | 0.93 | 0.93 | 0.99 | 1.00 | 1.00 | 1.03 | 1.03 |
| 9230 | 32,049 | 7.8% | 0.89 | 0.98 | 1.00 | 1.00 | 1.01 | 1.12 | 1.37 |
| 9250B | 32,075 | 7.9% | 0.86 | 0.99 | 1.00 | 1.00 | 1.00 | 1.02 | 1.30 |
| 9300 | 32,111 | 7.9% | 0.88 | 0.98 | 1.00 | 1.00 | 1.00 | 1.03 | 1.17 |
| 9639 | 30,138 | 7.4% | 0.91 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.06 |
| 9652 | 31,287 | 7.7% | 0.75 | 0.94 | 1.00 | 1.00 | 1.00 | 1.00 | 1.10 |
| 9780 | 21,175 | 5.2% | 0.93 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.07 |
| 9801 | 32,116 | 7.9% | 0.84 | 0.95 | 0.98 | 1.00 | 1.00 | 1.06 | 1.31 |
| **Total** | **408,389** | **100.0%** | **0.81** | **0.96** | **1.00** | **1.00** | **1.00** | **1.09** | **1.24** |

## 2.     *2015 to 2019 Comparison*

73.     I calculated the total Calculated Base Weight in Grams in the 2015-2019 ARCOS Data for each Drug Code, Calendar Quarter, Buyer's State, and three-digit Buyer's Zip Code. I then compared the base weights I

- 24 -

calculated to the base weights reported in ARCOS Retail Drug Summary Report 1 (RDSR) between 2015 and 2019. [31]

74.    There are 209,761 Drug Code/Calendar Quarter/Buyer's State /three-digit Buyer's Zip Code quadruples in either the ARCOS Data or the RDSR dataset between 2015 and 2019. 209,498 of these observations are in both datasets, 195 are only in the ARCOS Data and 68 are only in the RDSR data.

75.    The 195 observations that are in the ARCOS Data but not in the RDSR data have a total Calculated Base Weight in Grams of 3,995 grams. The 68 observations that are in the RDSR Data but not in the ARCOS data have a total Calculated Base Weight in Grams of 391 grams. To put these numbers into context, both ARCOS and RDSR report an aggregate base weight exceeding 660 million grams.

76.    Table 5 reports the ratio of RDSR-reported base weight over ARCOS-reported base weights for each quadruple of Drug Code, Calendar Quarter, Buyer's State, and three-digit Buyer's Zip Code where both ARCOS and RDSR report a positive base weight. [32] Only 5% of the Drug Code/Calendar Quarter/Buyer's State /three-digit Buyer's Zip Code quadruple observations have ratios less than 0.99 and more than 95% of the

---

[31] The ARCOS data used in the comparison includes shipments to buyers located in 50 U.S. states, District of Columbia, Puerto Rico, Guam, Virgin Islands and America Samoa, excluding (i) shipments to buyers with a buyer business activity of distributor, manufacturer, analytical lab, importer, exporter, researcher or canine handler and (ii) shipments of dihydrocodeine, levorphanol and opium (powdered) in 2018 and 2019 due to missing data for these three drugs in these two years in RDSR.

[32] A ratio of 1 (less than 1, more than 1) means the RDSR-reported base weight is equal to (less than, more than) the ARCOS-reported base weights.

quadruple observations have ratios no more than 1.06. Furthermore, 78%, 83% and 93% of the quadruple observations have RDSR-reported weights within 0.5%, 1% and 5% of ARCOS-reported weights, respectively.

Table 5 Ratios of RDSR over ARCOS Base Weights, 2015 to 2019

| Drug Code | N | N(%) | 1st Percentile | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile | 99th Percentile |
|---|---|---|---|---|---|---|---|---|---|
| 9050 | 17,854 | 8.5% | 0.97 | 1.01 | 1.03 | 1.05 | 1.08 | 1.15 | 1.25 |
| 9064 | 17,803 | 8.5% | 0.88 | 0.99 | 1.00 | 1.00 | 1.00 | 1.00 | 1.05 |
| 9120 | 2,968 | 1.4% | 0.55 | 0.94 | 1.00 | 1.00 | 1.00 | 1.05 | 1.77 |
| 9143 | 17,854 | 8.5% | 0.96 | 0.99 | 1.00 | 1.00 | 1.00 | 1.01 | 1.04 |
| 9150 | 17,822 | 8.5% | 0.89 | 0.98 | 1.00 | 1.00 | 1.00 | 1.01 | 1.11 |
| 9193 | 17,865 | 8.5% | 0.96 | 0.99 | 1.00 | 1.00 | 1.00 | 1.01 | 1.05 |
| 9220 | 2,903 | 1.4% | 0.99 | 0.99 | 1.00 | 1.00 | 1.01 | 1.03 | 1.03 |
| 9230 | 17,376 | 8.3% | 0.88 | 0.98 | 1.00 | 1.00 | 1.00 | 1.02 | 1.12 |
| 9250 | 17,818 | 8.5% | 0.70 | 0.97 | 1.00 | 1.00 | 1.00 | 1.00 | 1.05 |
| 9300 | 17,855 | 8.5% | 0.93 | 0.99 | 1.00 | 1.00 | 1.00 | 1.02 | 1.11 |
| 9639 | 9,007 | 4.3% | 0.95 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.07 |
| 9652 | 17,066 | 8.1% | 0.95 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.05 |
| 9780 | 17,468 | 8.3% | 0.96 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.05 |
| 9801 | 17,839 | 8.5% | 0.92 | 0.98 | 1.00 | 1.00 | 1.00 | 1.01 | 1.08 |
| **Total** | **209,498** | **100.0%** | **0.90** | **0.99** | **1.00** | **1.00** | **1.00** | **1.06** | **1.14** |

77.   I conclude that aggregating the 2015-2019 transaction-level ARCOS data I received to the level of Drug Code/Calendar Quarter/Buyer's State /three-digit Buyer's Zip Code produces very similar results to those reported in RDSRs. This confirms the accuracy of the newly produced ARCOS Data.

- 26 -

### F. Shipments to Dispensers in ARCOS Data

78.     Table 6 summarizes the shipments to Dispensers in the ARCOS Data, grouped by the Reporter's Business Activity. Distributors account for 99.0% of Dosage Units, 98.4% of Calculated Base Weight in Grams and 98.5% of MME shipped to Dispensers. Manufacturers account for the remaining 1.0% of Dosage Units, 1.6% of Calculated Base Weight in Grams and 1.6% of MME shipped to Dispensers.

Table 6 Transactions in the ARCOS Data by Reporter's Business Activity

| Reporter Business Activity | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Distributor | 632,412,336 | 195,609,667,390 | 98.96% | 2,016,491,099 | 98.43% | 4,265,827,286,451 | 98.45% |
| Manufacturer | 4,089,071 | 2,064,000,930 | 1.04% | 32,155,261 | 1.57% | 67,060,381,062 | 1.55% |
| Manufacturer (Bulk) | 263 | 1,650 | 0.00% | 25,577 | 0.00% | 172,387,818 | 0.00% |
| Chempack/SNS Distributor | 5 | 3,100 | 0.00% | 12 | 0.00% | 12,108 | 0.00% |
| Chemical Manufacturer | 13 | 100 | 0.00% | 1 | 0.00% | 1,535 | 0.00% |
| **Total** | **636,501,688** | **197,673,673,170** | **100.00%** | **2,048,671,949** | **100.00%** | **4,333,060,068,974** | **100.00%** |

- 27 -

79.    Table 7 summarizes the same shipments to Dispensers, grouped by Buyer's Business Activity. Chain and retail pharmacies received 90.3% of Dosage Units and 80.9% of MME.

Table 7 Transactions in the ARCOS Data by Buyer's Business Activity

| Buyer Business Activity | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Chain Pharmacy | 370,719,406 | 111,930,819,179 | 56.62% | 1,019,929,320 | 49.78% | 2,017,218,730,753 | 46.55% |
| Retail Pharmacy | 210,893,340 | 66,551,177,787 | 33.67% | 717,927,644 | 35.04% | 1,489,043,698,273 | 34.36% |
| Maint & Detox | 760,990 | 496,961,059 | 0.25% | 98,926,334 | 4.83% | 371,908,294,445 | 8.58% |
| Hospital/Clinic | 41,202,167 | 6,293,841,018 | 3.18% | 64,282,841 | 3.14% | 136,352,435,507 | 3.15% |
| Hosp/Clinic-VA | 3,164,853 | 4,946,912,570 | 2.50% | 44,079,820 | 2.15% | 83,768,675,131 | 1.93% |
| Comp/Maint/Detox | 28,818 | 78,549,374 | 0.04% | 19,197,622 | 0.94% | 70,194,487,339 | 1.62% |
| Maintenance | 72,115 | 93,065,131 | 0.05% | 16,811,697 | 0.82% | 65,643,940,880 | 1.51% |
| M/O Pharmacy | 1,380,283 | 2,429,563,382 | 1.23% | 27,621,695 | 1.35% | 49,303,189,990 | 1.14% |
| Practitioner | 6,256,740 | 797,304,879 | 0.40% | 8,571,455 | 0.42% | 13,702,063,648 | 0.32% |
| Pharmacy - Fed | 64,503 | 2,602,767,705 | 1.32% | 17,787,008 | 0.87% | 11,175,175,657 | 0.26% |
| Hosp/Clinic- Mil | 681,607 | 794,073,032 | 0.40% | 6,158,405 | 0.30% | 9,026,769,978 | 0.21% |
| Practitioner-DW/100 | 188,618 | 75,713,702 | 0.04% | 913,517 | 0.04% | 3,478,704,862 | 0.08% |
| Hosp/Clinic Fed | 345,979 | 257,794,372 | 0.13% | 2,462,188 | 0.12% | 3,071,680,140 | 0.07% |
| Compound/Maint | 1,483 | 2,274,610 | 0.00% | 821,408 | 0.04% | 2,785,159,612 | 0.06% |
| Practitioner-DW/30 | 164,705 | 87,563,708 | 0.04% | 1,221,841 | 0.06% | 2,205,091,480 | 0.05% |
| Central Fill Pharmacy | 236,924 | 176,410,835 | 0.09% | 1,284,622 | 0.06% | 1,919,876,937 | 0.04% |
| Practitioner-DW/275 | 87,174 | 16,500,420 | 0.01% | 184,490 | 0.01% | 1,313,012,659 | 0.03% |
| Other* | 251,983 | 42,380,407 | 0.02% | 490,043 | 0.02% | 949,081,682 | 0.02% |
| **Total** | **636,501,688** | **197,673,673,170** | **100.00%** | **2,048,671,949** | **100.00%** | **4,333,060,068,974** | **100.00%** |

* Each of the following Buyer Business Activities account for 0.01% or less of Dosage Units, Calculated Base Weight, and MME: Detoxification, Pharmacy- Mil, Chain Hosp/Clinic, MLP-Physician Assistant, MLP-Nurse Practitioner, Compound/Detox, Teaching Institution, MLP-Ambulance Service, MLP-Nurse Practitioner-DW/30, MLP-Physician Assistant-DW/100, MLP-Naturopathic Physician, MLP-Animal Shelter, Canine Handler, MLP-Registered Pharmacist, Practitioner Fed, MLP-Optometrist, Practitioner-Military, MLP-Physician Assistant-DW/30, Automated Dispensing System, MLP-Nurse Practitioner-DW/100, Hosp/Clinic NG, MLP-Nurse Practitioner-DW/30Sw, MLP-Euthanasia Technician, Military-Practitioner, MLP-Dept Of State, MLP-Military, MLP-Physician Assistant Fed

80.    Table 8 summarizes the shipments to Dispensers reported in the ARCOS Data, by Drug Name sorted by MME. I separate the two treatment drugs - methadone and buprenorphine – from the other twelve opioids. 81.1% of the Dosage Units, 58.4% of the drug weight and 36.0% of the MME are in hydrocodone and oxycodone transactions. Fentanyl's ranking by MME is much higher than its ranking by Dosage Units and Calculated Base Weight because of fentanyl's extraordinary potency.

Table 8 Dispenser Transactions in the ARCOS Data, by Drug Name

| Drug Name | # of Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|---|---|---|---|---|---|---|---|
| Oxycodone | 167,769,150 | 61,647,168,092 | 31.19% | 725,686,019 | 35.42% | 1,088,529,028,210 | 25.12% |
| Fentanyl | 60,140,979 | 1,109,283,801 | 0.56% | 5,844,753 | 0.29% | 590,145,001,965 | 13.62% |
| Hydrocodone | 213,430,334 | 98,697,187,378 | 49.93% | 471,235,495 | 23.00% | 471,235,495,103 | 10.88% |
| Morphine | 58,396,509 | 9,254,542,860 | 4.68% | 277,403,141 | 13.54% | 277,403,141,102 | 6.40% |
| Hydromorphone | 22,303,428 | 3,858,673,445 | 1.95% | 19,657,601 | 0.96% | 78,630,404,962 | 1.81% |
| Oxymorphone | 7,763,472 | 929,264,031 | 0.47% | 16,026,137 | 0.78% | 48,078,410,597 | 1.11% |
| Codeine | 21,456,847 | 8,373,185,647 | 4.24% | 214,562,700 | 10.47% | 32,184,404,967 | 0.74% |
| Tapentadol | 5,411,840 | 631,632,581 | 0.32% | 53,501,503 | 2.61% | 21,400,601,011 | 0.49% |
| Meperidine | 4,459,257 | 317,163,390 | 0.16% | 25,795,935 | 1.26% | 2,579,593,500 | 0.06% |
| Opium | 405,440 | 9,649,040 | 0.00% | 459,838 | 0.02% | 459,837,713 | 0.01% |
| Levorphanol | 92,772 | 26,678,599 | 0.01% | 32,681 | 0.00% | 359,487,791 | 0.01% |
| Dihydrocodeine | 675,162 | 48,741,005 | 0.02% | 886,303 | 0.04% | 221,575,683 | 0.01% |
| | | | | | | | |
| Buprenorphine | 54,198,323 | 4,198,635,105 | 2.12% | 30,284,837 | 1.48% | 922,050,986,110 | 21.28% |
| Methadone | 19,998,175 | 8,571,868,197 | 4.34% | 207,295,008 | 10.12% | 799,782,100,260 | 18.46% |
| **Total** | | **197,673,673,170** | **100.00%** | **2,048,671,949** | **100.00%** | **4,333,060,068,974** | **100.00%** |
| | **636,501,688** | | | | | | |

81.    The distribution of shipments to Dispensers reported in the ARCOS Data by the Buyer's State is presented in Table 9. Dispensers in California received the most Dosage Units, Calculated Base Weight in Grams and MME of any state, followed by Florida, New York, Pennsylvania, Texas and Ohio. These six states account for a little more than 36% of the opioid shipments by Dosage Units, by Calculated Base Weight in Grams and by MME.

- 29 -

82.    States at the top of Table 9 are also the most populous states so the last two columns list the states' average annual MME per capita and ranking by average MME per capita over the 2006-2019 period. I have highlighted in bold the top 10 states by average annual MME per capita.

## Table 9 Transactions by Buyer's State

| Buyer State | Transactions | Dosage Units | % | Calculated Base Weight | % | MME | % | Annual MME Per Capita | MME Per Capita Rank |
|---|---|---|---|---|---|---|---|---|---|
| California | 49,623,775 | 20,488,239,981 | 10.36% | 208,108,784 | 10.16% | 367,357,839,524 | 8.48% | 689.4 | 44 |
| Florida | 41,774,277 | 12,986,249,236 | 6.57% | 163,399,700 | 7.98% | 330,496,943,708 | 7.63% | 1,201.1 | 16 |
| New York | 31,835,770 | 8,616,011,666 | 4.36% | 107,090,001 | 5.23% | 273,399,032,051 | 6.31% | 1,000.4 | 29 |
| **Pennsylvania** | **30,068,630** | **8,345,260,235** | **4.22%** | **97,271,892** | **4.75%** | **243,945,143,445** | **5.63%** | **1,369.4** | **9** |
| Texas | 39,894,211 | 12,742,125,627 | 6.45% | 120,019,861 | 5.86% | 202,427,046,335 | 4.67% | 550.0 | 49 |
| Ohio | 25,660,505 | 8,237,903,229 | 4.17% | 76,146,884 | 3.72% | 175,145,332,566 | 4.04% | 1,080.6 | 22 |
| **Tennessee** | **20,377,742** | **8,136,339,535** | **4.12%** | **79,298,502** | **3.87%** | **158,576,803,268** | **3.66%** | **1,750.2** | **1** |
| North Carolina | 24,326,111 | 6,793,405,883 | 3.44% | 67,112,925 | 3.28% | 151,917,402,544 | 3.51% | 1,109.5 | 19 |
| Michigan | 23,150,048 | 7,595,415,845 | 3.84% | 76,235,671 | 3.72% | 145,114,802,760 | 3.35% | 1,043.0 | 26 |
| New Jersey | 15,763,744 | 3,801,029,863 | 1.92% | 54,845,716 | 2.68% | 131,004,730,509 | 3.02% | 1,057.1 | 24 |
| Georgia | 21,622,969 | 5,826,550,285 | 2.95% | 59,166,018 | 2.89% | 123,327,249,509 | 2.85% | 885.9 | 35 |
| Massachusetts | 11,061,190 | 3,369,263,975 | 1.70% | 38,602,591 | 1.88% | 118,881,276,095 | 2.74% | 1,272.7 | 13 |
| Maryland | 11,882,903 | 3,170,749,760 | 1.60% | 43,232,388 | 2.11% | 110,192,557,599 | 2.54% | 1,339.1 | 12 |
| Illinois | 18,455,676 | 5,654,726,496 | 2.86% | 52,733,111 | 2.57% | 108,313,555,303 | 2.50% | 604.6 | 45 |
| Washington | 15,415,028 | 5,113,891,325 | 2.59% | 47,401,511 | 2.31% | 102,647,515,728 | 2.37% | 1,052.6 | 25 |
| Indiana | 15,528,041 | 5,143,225,996 | 2.60% | 46,321,464 | 2.26% | 100,512,623,218 | 2.32% | 1,096.9 | 21 |
| Arizona | 13,875,319 | 4,802,474,209 | 2.43% | 55,556,140 | 2.71% | 98,976,225,391 | 2.28% | 1,067.3 | 23 |
| **Alabama** | **15,080,388** | **4,534,872,547** | **2.29%** | **44,540,396** | **2.17%** | **96,471,751,304** | **2.23%** | **1,435.1** | **8** |
| Virginia | 15,441,490 | 4,204,876,884 | 2.13% | 42,047,375 | 2.05% | 92,753,742,623 | 2.14% | 810.9 | 39 |
| **Kentucky** | **12,801,009** | **4,382,102,445** | **2.22%** | **36,421,071** | **1.78%** | **92,376,269,557** | **2.13%** | **1,508.4** | **7** |
| Missouri | 15,025,857 | 4,434,145,440 | 2.24% | 42,658,661 | 2.08% | 80,389,769,623 | 1.86% | 953.8 | 32 |
| Louisiana | 11,252,713 | 3,324,572,425 | 1.68% | 32,546,838 | 1.59% | 74,365,585,326 | 1.72% | 1,162.8 | 18 |
| Wisconsin | 12,603,194 | 3,292,263,154 | 1.67% | 33,345,478 | 1.63% | 69,885,541,427 | 1.61% | 872.8 | 37 |
| Oregon | 9,561,240 | 3,522,069,803 | 1.78% | 32,629,715 | 1.59% | 67,687,231,168 | 1.56% | 1,228.4 | 15 |
| Connecticut | 7,067,018 | 1,742,110,541 | 0.88% | 24,863,888 | 1.21% | 67,323,174,230 | 1.55% | 1,345.6 | 11 |
| Oklahoma | 11,812,187 | 3,574,445,785 | 1.81% | 36,676,786 | 1.79% | 67,093,639,619 | 1.55% | 1,257.5 | 14 |
| South Carolina | 11,179,439 | 4,114,120,049 | 2.08% | 38,180,013 | 1.86% | 66,666,622,676 | 1.54% | 1,000.3 | 30 |
| Colorado | 10,797,154 | 3,018,306,905 | 1.53% | 28,932,977 | 1.41% | 57,360,051,892 | 1.32% | 781.8 | 41 |
| Nevada | 5,915,670 | 2,910,926,371 | 1.47% | 28,419,475 | 1.39% | 47,038,879,667 | 1.09% | 1,200.3 | 17 |
| **West Virginia** | **5,813,165** | **1,893,396,471** | **0.96%** | **17,916,540** | **0.87%** | **44,903,588,021** | **1.04%** | **1,747.4** | **2** |
| Utah | 7,289,964 | 1,828,397,373 | 0.92% | 19,950,069 | 0.97% | 44,655,077,990 | 1.03% | 1,108.3 | 20 |
| Minnesota | 8,991,696 | 2,263,825,839 | 1.15% | 20,741,052 | 1.01% | 44,086,166,570 | 1.02% | 582.9 | 47 |
| Mississippi | 7,765,885 | 2,084,476,901 | 1.05% | 18,480,925 | 0.90% | 39,591,823,853 | 0.91% | 952.5 | 33 |
| Arkansas | 8,612,120 | 2,434,953,552 | 1.23% | 23,558,362 | 1.15% | 39,142,831,119 | 0.90% | 950.7 | 34 |
| Kansas | 7,124,562 | 2,113,847,691 | 1.07% | 18,983,311 | 0.93% | 34,343,141,396 | 0.79% | 855.5 | 38 |
| **Maine** | **3,576,879** | **979,038,138** | **0.50%** | **10,829,511** | **0.53%** | **32,515,408,507** | **0.75%** | **1,745.5** | **3** |
| New Mexico | 4,028,127 | 1,332,290,976 | 0.67% | 14,006,953 | 0.68% | 29,854,079,520 | 0.69% | 1,035.1 | 27 |
| **New Hampshire** | **3,162,527** | **737,307,893** | **0.37%** | **8,961,685** | **0.44%** | **25,153,818,107** | **0.58%** | **1,353.5** | **10** |
| Iowa | 6,141,330 | 1,460,322,431 | 0.74% | 12,141,835 | 0.59% | 22,720,953,993 | 0.52% | 526.9 | 50 |
| **Rhode Island** | **1,998,392** | **594,550,398** | **0.30%** | **7,665,424** | **0.37%** | **22,682,401,974** | **0.52%** | **1,534.2** | **6** |
| Delaware | 2,314,215 | 664,610,774 | 0.34% | 9,089,878 | 0.44% | 20,077,167,948 | 0.46% | 1,557.5 | 5 |
| Idaho | 3,776,304 | 1,093,306,761 | 0.55% | 9,779,395 | 0.48% | 19,887,396,997 | 0.46% | 878.4 | 36 |
| **Vermont** | **1,666,689** | **373,435,821** | **0.19%** | **4,061,034** | **0.20%** | **14,785,858,668** | **0.34%** | **1,690.5** | **4** |
| Montana | 2,918,537 | 720,003,502 | 0.36% | 6,845,492 | 0.33% | 13,840,939,466 | 0.32% | 978.2 | 31 |
| Hawaii | 1,930,953 | 647,473,573 | 0.33% | 7,288,833 | 0.36% | 13,591,688,581 | 0.31% | 701.2 | 43 |
| Nebraska | 3,860,828 | 830,240,765 | 0.42% | 7,157,368 | 0.35% | 13,392,196,977 | 0.31% | 514.6 | 51 |
| Alaska | 1,476,281 | 444,648,869 | 0.22% | 4,622,866 | 0.23% | 10,270,884,162 | 0.24% | 1,019.9 | 28 |
| District of Columbia | 603,458 | 213,146,806 | 0.11% | 2,979,415 | 0.15% | 6,864,871,359 | 0.16% | 767.1 | 42 |
| South Dakota | 1,704,964 | 411,538,224 | 0.21% | 3,751,383 | 0.18% | 6,766,220,744 | 0.16% | 578.5 | 48 |
| Wyoming | 1,445,016 | 359,943,156 | 0.18% | 3,243,341 | 0.16% | 6,383,574,405 | 0.15% | 803.5 | 40 |
| North Dakota | 1,446,498 | 315,241,762 | 0.16% | 2,811,449 | 0.14% | 5,895,639,952 | 0.14% | 593.4 | 46 |
| **Total** | **636,501,688** | **197,673,673,170** | **100.00%** | **2,048,671,949** | **100.00%** | **4,333,060,068,974** | **100.00%** | | |

83.     The distribution of shipments to Dispensers reported in the ARCOS Data by year is presented in Table 10. The number of transactions, Dosage Units, Calculated Base Weight in Grams and MME all increased between 40% and 50% from 2006 to 2011.

Table 10 Transactions by Year

| Year | Transactions | Dosage Units | Dosage Units % | Calculated Base Weight | Calculated Weight % | MME | MME % |
|------|-------------|--------------|----------------|------------------------|---------------------|-----|-------|
| 2006 | 39,553,440 | 11,767,279,603 | 5.95% | 122,713,770 | 5.99% | 228,045,284,318 | 5.26% |
| 2007 | 43,185,574 | 13,059,507,447 | 6.61% | 133,833,183 | 6.53% | 256,172,820,578 | 5.91% |
| 2008 | 44,274,815 | 14,183,911,305 | 7.18% | 143,453,125 | 7.00% | 272,561,209,071 | 6.29% |
| 2009 | 45,508,944 | 15,188,696,863 | 7.68% | 154,579,935 | 7.55% | 298,179,308,802 | 6.88% |
| 2010 | 47,822,982 | 15,931,571,842 | 8.06% | 165,247,922 | 8.07% | 323,773,069,633 | 7.47% |
| 2011 | 51,015,515 | 16,983,377,491 | 8.59% | 173,144,735 | 8.45% | 337,733,229,661 | 7.79% |
| 2012 | 51,880,360 | 16,858,641,619 | 8.53% | 171,035,615 | 8.35% | 342,302,301,144 | 7.90% |
| 2013 | 52,085,299 | 16,085,089,757 | 8.14% | 162,078,440 | 7.91% | 337,449,409,292 | 7.79% |
| 2014 | 48,682,590 | 15,672,353,345 | 7.93% | 158,982,708 | 7.76% | 340,815,678,028 | 7.87% |
| 2015 | 45,811,768 | 14,842,470,036 | 7.51% | 157,951,993 | 7.71% | 341,741,254,748 | 7.89% |
| 2016 | 45,785,593 | 13,964,310,364 | 7.06% | 149,625,016 | 7.30% | 333,705,194,407 | 7.70% |
| 2017 | 43,232,679 | 12,596,367,979 | 6.37% | 135,162,068 | 6.60% | 318,895,295,744 | 7.36% |
| 2018 | 39,659,703 | 10,839,153,642 | 5.48% | 116,536,334 | 5.69% | 301,232,076,650 | 6.95% |
| 2019 | 38,002,426 | 9,700,941,876 | 4.91% | 104,327,105 | 5.09% | 300,453,936,898 | 6.93% |
| **Total** | **636,501,688** | **197,673,673,170** | **100.00%** | **2,048,671,949** | **100.00%** | **4,333,060,068,974** | **100.00%** |

## VI.     Opioid Shipment Summary

### A. ARCOS Summary of Shipments to Tarrant County

84.     In this section, I summarize opioid shipment transactions by drug, by reporter's business activity, by buyer's business activity, and by year for Tarrant County.

85.     Between 2006 and 2019, Dispensers in Tarrant County received 18.4 billion MME of opioids. Given the county's 1,896,597 population,[33] Dispensers received enough opioids for every resident in the county to

---

[33] https://www.census.gov/

consume 693 MME every year from 2006 to 2019. Table 11 through Table 15 summarize those transactions reported in the ARCOS Data for Tarrant County.

86.     Between 2006 and 2019, Dispensers in Tarrant County received 1.05 billion Dosage Units of opioids. As shown in Table 11, oxycodone accounted for 10.3% of all Dosage Units and 15.5% of MME in the county. Hydrocodone accounted for 73.3% of all Dosage Units and 21.9% of MME. Buprenorphine and fentanyl have a large MME relative to their Dosage Units because both are often prescribed as skin patches, which deliver the drug for up to one week.

Table 11 Transactions in Tarrant County by Drug

| Drug Name | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Hydrocodone | 1,584,159 | 771,014,437 | 73.30% | 4,032,698,021 | 21.90% |
| Fentanyl | 326,470 | 6,848,470 | 0.65% | 3,424,257,517 | 18.60% |
| Oxycodone | 469,075 | 108,249,485 | 10.29% | 2,849,090,948 | 15.47% |
| Morphine | 273,684 | 37,583,330 | 3.57% | 1,262,863,778 | 6.86% |
| Hydromorphone | 108,014 | 16,350,172 | 1.55% | 384,163,132 | 2.09% |
| Codeine | 174,597 | 64,779,028 | 6.16% | 260,069,161 | 1.41% |
| Oxymorphone | 30,535 | 3,487,440 | 0.33% | 183,463,791 | 1.00% |
| Tapentadol | 28,473 | 3,148,406 | 0.30% | 112,751,980 | 0.61% |
| Meperidine | 17,262 | 524,950 | 0.05% | 8,875,114 | 0.05% |
| Opium, Powdered | 1,967 | 50,292 | 0.00% | 2,579,760 | 0.01% |
| Dihydrocodeine | 8,451 | 739,557 | 0.07% | 2,516,869 | 0.01% |
| Levorphanol | 522 | 83,600 | 0.01% | 1,069,834 | 0.01% |
| Buprenorphine | 278,502 | 15,193,070 | 1.44% | 3,225,928,479 | 17.52% |
| Methadone | 72,096 | 23,856,440 | 2.27% | 2,662,164,420 | 14.46% |
| **Total** | **3,373,807** | **1,051,908,677** | **100.00%** | **18,412,492,803** | **100.00%** |

87.  Table 12 shows that virtually all transactions involving Dispensers in Tarrant County were reported by Distributors.

Table 12 Transactions in Tarrant County by Reporter's Business Activity

| Reporter Business Activity | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Distributor | 3,354,127 | 1,047,834,695 | 99.61% | 17,988,213,474 | 97.70% |
| Manufacturer | 19,679 | 4,073,982 | 0.39% | 424,276,566 | 2.30% |
| Manufacturer (Bulk) | 1 | 0 | 0.00% | 2,763 | 0.00% |
| **Total** | **3,373,807** | **1,051,908,677** | **100.00%** | **18,412,492,803** | **100.00%** |

- 33 -

88.    In Tarrant County, chain pharmacies accounted for 66.6% of opioid Dosage Units and 49.6% of opioid MME, and retail pharmacies for 28.4% of Dosage Unites and 35.5% of MME. See Table 13.

Table 13 Transactions in Tarrant County by Buyer's Business Activity

| Buyer Business Activity | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Chain Pharmacy | 2,190,625 | 700,672,546 | 66.61% | 9,132,269,580 | 49.60% |
| Retail Pharmacy | 888,388 | 299,056,256 | 28.43% | 6,540,842,886 | 35.52% |
| Maint & Detox | 1,659 | 900,350 | 0.09% | 1,554,854,693 | 8.44% |
| Hospital/Clinic | 247,969 | 24,802,107 | 2.36% | 543,607,391 | 2.95% |
| Maintenance | 800 | 28,540 | 0.00% | 258,333,011 | 1.40% |
| Hosp/Clinic-Va | 4,486 | 15,942,045 | 1.52% | 226,426,395 | 1.23% |
| M/O Pharmacy | 1,400 | 4,538,723 | 0.43% | 53,205,978 | 0.29% |
| Hosp/Clinic Fed | 2,881 | 3,062,785 | 0.29% | 40,284,022 | 0.22% |
| Practitioner | 29,314 | 961,748 | 0.09% | 25,408,331 | 0.14% |
| Hosp/Clinic- Mil | 1,695 | 1,613,992 | 0.15% | 13,764,869 | 0.07% |
| Practitioner-DW/100 | 1,376 | 132,311 | 0.01% | 6,928,743 | 0.04% |
| Practitioner-DW/275 | 492 | 31,806 | 0.00% | 6,670,042 | 0.04% |
| Central Fill Pharmacy | 413 | 82,849 | 0.01% | 3,640,580 | 0.02% |
| Practitioner-DW/30 | 936 | 69,601 | 0.01% | 3,218,929 | 0.02% |
| MLP-Ambulance Service | 612 | 300 | 0.00% | 2,951,440 | 0.02% |
| MLP-Physician Assistant | 382 | 7,813 | 0.00% | 54,868 | 0.00% |
| MLP-Nurse Practitioner | 378 | 4,905 | 0.00% | 30,186 | 0.00% |
| MLP-Animal Shelter | 1 | 0 | 0.00% | 859 | 0.00% |
| **Total** | **3,373,807** | **1,051,908,677** | **100.00%** | **18,412,492,803** | **100.00%** |

89.    Table 14 lists all Dispenser transactions in Tarrant County by transaction year.

Table 14 Transactions in Tarrant County by Year

| Transaction Year | # of Transactions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| 2006 | 229,623 | 65,834,837 | 6.26% | 1,080,413,288 | 5.87% |
| 2007 | 251,915 | 69,725,576 | 6.63% | 1,160,923,481 | 6.31% |
| 2008 | 249,458 | 70,943,790 | 6.74% | 1,164,255,352 | 6.32% |
| 2009 | 248,030 | 72,544,433 | 6.90% | 1,208,123,904 | 6.56% |
| 2010 | 251,336 | 76,380,581 | 7.26% | 1,268,862,111 | 6.89% |
| 2011 | 266,067 | 85,880,445 | 8.16% | 1,356,539,248 | 7.37% |
| 2012 | 268,071 | 87,470,815 | 8.32% | 1,418,192,481 | 7.70% |
| 2013 | 268,755 | 87,068,579 | 8.28% | 1,482,573,244 | 8.05% |
| 2014 | 247,046 | 84,625,208 | 8.04% | 1,481,892,151 | 8.05% |
| 2015 | 223,469 | 77,661,532 | 7.38% | 1,509,346,236 | 8.20% |
| 2016 | 236,445 | 78,002,632 | 7.42% | 1,501,763,670 | 8.16% |
| 2017 | 227,274 | 73,231,101 | 6.96% | 1,395,590,135 | 7.58% |
| 2018 | 211,145 | 65,427,090 | 6.22% | 1,243,446,704 | 6.75% |
| 2019 | 195,173 | 57,112,058 | 5.43% | 1,140,570,797 | 6.19% |
| **Total** | **3,373,807** | **1,051,908,677** | **100.00%** | **18,412,492,803** | **100.00%** |

90.    Table 15 lists the top 20 Labelers of the 14 opioid drugs by MME - accounting for 91.8% of the total MME shipped to Dispensers - in Tarrant County.

Table 15 Top 20 Labelers, Tarrant County, ARCOS Data, 2006-2019

| Rank | Labeler | MME | Percent | Cumulative |
|:---:|:---|---:|---:|---:|
| 1 | SpecGx LLC | 4,295,165,374 | 23.33% | 23.33% |
| 2 | Actavis | 2,719,856,350 | 14.77% | 38.10% |
| 3 | Indivior Inc. | 2,044,839,459 | 11.11% | 49.20% |
| 4 | Purdue | 1,620,388,274 | 8.80% | 58.01% |
| 5 | Par Pharmaceutical, Inc. | 1,425,398,488 | 7.74% | 65.75% |
| 6 | Hikma Pharmaceuticals USA Inc. | 1,097,667,826 | 5.96% | 71.71% |
| 7 | Mylan | 894,164,056 | 4.86% | 76.56% |
| 8 | Sandoz Inc | 410,223,312 | 2.23% | 78.79% |
| 9 | Johnson & Johnson | 355,250,896 | 1.93% | 80.72% |
| 10 | Amneal | 337,105,821 | 1.83% | 82.55% |
| 11 | Teva | 274,631,606 | 1.49% | 84.04% |
| 12 | KVK-Tech, Inc. | 232,769,121 | 1.26% | 85.31% |
| 13 | VistaPharm, LLC | 225,917,563 | 1.23% | 86.54% |
| 14 | Sun Pharmaceutical Industries, Inc. | 193,326,714 | 1.05% | 87.59% |
| 15 | Endo Pharmaceuticals Inc. | 153,093,183 | 0.83% | 88.42% |
| 16 | Apotex Corp. | 135,150,054 | 0.73% | 89.15% |
| 17 | Aurolife Pharma LLC | 131,152,761 | 0.71% | 89.86% |
| 18 | Hospira, Inc. | 129,001,040 | 0.70% | 90.56% |
| 19 | Orexo US, Inc. | 116,939,610 | 0.64% | 91.20% |
| 20 | Professional Compounding Centers of America | 112,368,911 | 0.61% | 91.81% |

## B. Opioid Shipment Market Share

91.    In this section, I summarize shipments of the 14 opioid drugs to NPI defined Chain and Retail Pharmacies in Tarrant County using the ARCOS Data.

- 36 -

92.     Table 16 shows shipments of the 14 opioid drugs in Dosage Units to Chain and Retail Pharmacies in Tarrant County by distributor.

Table 16 Distributors to Chain and Retail Pharmacies in Tarrant County, 2006-2019

| Distributor | Dosage Units | Percent |
|---|---|---|
| AmerisourceBergen Drug | 192,661,118 | 20.7% |
| McKesson Corporation | 174,366,448 | 18.7% |
| Walgreens | 137,463,834 | 14.7% |
| CVS | 111,063,440 | 11.9% |
| Walmart | 80,915,129 | 8.7% |
| Cardinal Health | 54,421,632 | 5.8% |
| Morris & Dickson Co | 51,925,755 | 5.6% |
| H. D. Smith | 43,115,163 | 4.6% |
| Kroger | 32,297,648 | 3.5% |
| Omnicare Distribution Center LLC | 20,961,085 | 2.2% |
| Albertsons | 10,876,055 | 1.2% |
| **Subtotal** | **910,067,307** | **97.6%** |
| Other Distributors | 22,641,576 | 2.4% |
| **Total** | **932,708,883** | **100.0%** |

93. Table 17 lists the shipments by Pharmacy of the 14 opioid drugs to Chain and Retail Pharmacies in Tarrant County in Dosage Units.

Table 17 Shipments to Chain and Retail Pharmacies in Tarrant County, 2006-2019

| Pharmacy | Dosage Units | Percent |
|---|---|---|
| Walgreens | 237,518,625 | 25.5% |
| CVS | 210,042,923 | 22.5% |
| Walmart | 96,360,668 | 10.3% |
| Albertsons | 60,860,788 | 6.5% |
| Kroger | 59,342,094 | 6.4% |
| Other Chain Pharmacies | 36,566,834 | 3.9% |
| **Chain Pharmacies Total** | **700,691,932** | **75.1%** |
| Retail Pharmacies | 232,016,951 | 24.9% |
| **Total** | **932,708,883** | **100.0%** |

## VII. Distributor Suspicious Order Monitoring System (SOMS) Methods

94. I implemented various approaches to identify transactions meeting specified criteria using the non-public ARCOS Data from 2006 to 2019. I calculated the results separately for each of fourteen controlled substance drug codes. I included the detailed transaction data with flagged indicators in Appendix 9B, and additional summaries, charts, and graphs may be created using these files, consistent with any court order.

### A. Trailing Six-month Maximum Monthly Threshold

*Method 1: Trailing Six-month Maximum Monthly Threshold*

95. Under Method 1, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed the highest number of Dosage Units shipped by the

- 38 -

Distributor Defendant to the pharmacy in any one of the six preceding calendar months. For example, if the number of Dosage Units containing hydrocodone shipped from a Distributor Defendant to a pharmacy in February, March, April, May, June, and July was 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of Dosage Units containing hydrocodone the Distributor Defendant shipped to the pharmacy to exceed 10,000.

96.     Under this Method, the first shipment of a month is less likely to be flagged than the last order of the same month. If the total monthly Dosage Units keep increasing, the threshold will increase.

> *Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold*

97.     Under Method 2, when a transaction causes the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed the highest number of Dosage Units shipped by the Distributor Defendant to the pharmacy in any one of the six preceding months, the Dosage Units of the highest month in the preceding six months becomes threshold which is then applied in all subsequent months.

98.     Under this Method, the first shipment of a month is still less likely to be flagged than the last order of the same month, but the threshold won't change once it is triggered.

> *Method 7: Trailing Six-month Maximum Monthly Threshold on Rolling 30-Day Dosage Units*

99.     Under Method 7, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a rolling 30-day window to exceed the highest number of Dosage Units shipped by the

Distributor Defendant to the pharmacy in any one of the six preceding calendar months.[34]

100.    Under this Method, the impact of the calendar month is removed. Similar to Method 1, the threshold will increase if the total monthly Dosage Units keep increasing.

*Method 2b: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units*

101.    Under Method 2b, when a transaction causes the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a rolling 30-day window to exceed the highest number of Dosage Units shipped by the Distributor Defendant to the pharmacy in any one of the six preceding months, the Dosage Units of the highest month in the preceding six months becomes the threshold which is then applied in all subsequent months.

102.    Under this Method, the impact of the calendar month is removed and the threshold won't change once it is triggered.

### B. Trailing 12 Month National Average Threshold

*Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

103.    Under Method 3, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed twice the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

---

[34] A rolling 30-day window in my calculation includes today and the prior 29 days. *See*, CAH_MDL2804_01423521 at 3582.

104.     Under this Method, the first shipment of a month is less likely to be flagged than the last order of the same month. If the national average of opioid shipments keeps increasing, the threshold will increase.

> *Method 3b: Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

105.     Under Method 3b, when a transaction causes the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a rolling 30-day window to exceed twice the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant, the Dosage Units of twice the trailing twelve-month average to retail and chain pharmacies served by the Distributor Defendant becomes threshold which is then applied in all subsequent months.

106.     Under this Method, the impact of the calendar month is removed and the threshold won't change once it is triggered.

> *Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

107.     Under Method 4, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed three times the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant.

108.     Under this Method, the first shipment of a month is less likely to be flagged than the last order of the same month. If the national average of opioid shipments keeps increasing, the threshold will increase.

*Method 4b: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

109.   Under Method 4b, when a transaction causes the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a rolling 30-day window to exceed three times the trailing twelve-month average Dosage Units to retail and chain pharmacies served by the Distributor Defendant, the Dosage Units of three times the trailing twelve-month average to retail and chain pharmacies served by the Distributor Defendant becomes threshold which is then applied in all subsequent months.

110.   Under this Method, the impact of the calendar month is removed and the threshold won't change once it is triggered.

### C. Monthly 8,000 Dosage Units Threshold

*Method 5: Monthly 8,000 Dosage Units*

111.   Under Method 5, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a calendar month to exceed 8,000 Dosage Units.[35] Under this Method, the first shipment of a month is less likely to be flagged than the last order of the same month.

### D. Daily Dosage Units Threshold

*Method 6: Daily Dosage Units*

112.   Under Method 6, I identify transactions that cause the number of Dosage Units shipped by a Distributor Defendant to a pharmacy in a day to

---

[35] McKesson Operations Manual for Pharma Distribution dated May 16, 2007 shows the dosage threshold of 8,000 on oxycodone or hydrocodone (MCKMDL00355251).

exceed a specified number of Dosage Units that varies by drug type and within some drug types by formulation.[36]

### E. Summary of Nonrecurrent Flagged Transactions

*Method 1: Trailing Six-month Maximum Monthly Threshold*

113.  Table 18 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-month Maximum Threshold.

Table 18 Trailing Six-month Maximum Threshold Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 219,986 | 1.6% |
| 2007 | 12,963,054 | 408,809 | 3.2% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 307,813 | 4.4% |
| 2014 | 20,887,836 | 1,062,272 | 5.1% |
| 2015 | 22,480,831 | 2,333,528 | 10.4% |
| 2016 | 9,502,061 | 549,451 | 5.8% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **4,881,860** | **5.6%** |

---

[36] Maximum Daily Dosage Units used as specified in Cardinal Health DEA Compliance Manual CAH_MDL_PRIORPROD_DEA07_01383895 at CAH_MDLPRIORPRO_DEA07_01384160.

114. Table 19 summarizes the Dosage Units of the transactions flagged based on the Trailing Six-month Maximum Threshold Approach in Tarrant County.

Table 19 Trailing Six-month Maximum Threshold Flagged Transactions 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 80,800 | 481,900 | 13,100 | 4,700 | n/a | 75,100 | **655,600** |

*Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold*

115. Table 20 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-Month Maximum, Fixed After Triggered Threshold.

Table 20 Trailing Six-Month Maximum, Fixed After Triggered Threshold
Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|-----------|-------------|------|
| 2006 | 13,843,135 | 316,197 | 2.3% |
| 2007 | 12,963,054 | 1,117,690 | 8.6% |
| 2008 | 796,791 | 12,713 | 1.6% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 292,854 | 4.2% |
| 2014 | 20,887,836 | 1,853,065 | 8.9% |
| 2015 | 22,480,831 | 4,332,424 | 19.3% |
| 2016 | 9,502,061 | 1,657,596 | 17.4% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **9,582,540** | **11.0%** |

116.   Table 21 summarizes the Dosage Units of the transactions flagged based on the Trailing Six-Month Maximum, Fixed After Triggered Threshold Approach in Tarrant County.

Table 21 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 182,100 | 868,800 | 17,400 | 4,100 | n/a | 221,100 | **1,293,500** |

*Method 7: Trailing Six-month Maximum Monthly Threshold on Rolling 30-Day Dosage Units*

117.  Table 22 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units.

Table 22 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|----------|-------------|---|
| 2006 | 13,843,135 | 1,529,421 | 11.0% |
| 2007 | 12,963,054 | 3,582,985 | 27.6% |
| 2008 | 796,791 | 117,432 | 14.7% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 1,318,239 | 19.1% |
| 2014 | 20,887,836 | 3,982,430 | 19.1% |
| 2015 | 22,480,831 | 5,168,328 | 23.0% |
| 2016 | 9,502,061 | 2,004,303 | 21.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **17,703,139** | **20.3%** |

- 47 -

118.   Table 23 summarizes the Dosage Units of the transactions flagged based on the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Approach in Tarrant County.

Table 23 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 179,600 | 2,454,300 | 22,100 | 10,800 | n/a | 152,800 | **2,819,600** |

*Method 2b: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units*

119. Table 24 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units.

Table 24 Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 2,038,249 | 14.7% |
| 2007 | 12,963,054 | 6,753,175 | 52.1% |
| 2008 | 796,791 | 407,953 | 51.2% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 808,366 | 11.7% |
| 2014 | 20,887,836 | 4,579,710 | 21.9% |
| 2015 | 22,480,831 | 6,964,035 | 31.0% |
| 2016 | 9,502,061 | 3,250,078 | 34.2% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **24,801,566** | **28.4%** |

120.  Table 25 summarizes the Dosage Units of the transactions flagged based on the Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units Approach in Tarrant County.

Table 25 Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 287,600 | 3,248,000 | 34,600 | 10,200 | n/a | 287,800 | **3,868,200** |

*Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

121. Table 26 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------------------------|-------------|------|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 320,054 | 2.5% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 112,226 | 1.6% |
| 2014 | 20,887,836 | 361,755 | 1.7% |
| 2015 | 22,480,831 | 607,052 | 2.7% |
| 2016 | 9,502,061 | 124,192 | 1.3% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **1,525,279** | **1.7%** |

- 51 -

122.  Table 27 summarizes the Dosage Units of the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Tarrant County.

Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 128,100 | 500 | 4,700 | n/a | 122,100 | **255,400** |

*Method 3b: Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

123. Table 28 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days.

Table 28 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 2,228,489 | 17.2% |
| 2008 | 796,791 | 92,905 | 11.7% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 554,082 | 8.0% |
| 2014 | 20,887,836 | 2,121,626 | 10.2% |
| 2015 | 22,480,831 | 1,772,099 | 7.9% |
| 2016 | 9,502,061 | 690,295 | 7.3% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **7,459,497** | **8.5%** |

124.  Table 29 summarizes the Dosage Units of the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days in Tarrant County.

Table 29 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 805,100 | 3,800 | 12,000 | n/a | 218,375 | **1,039,275** |

*Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

125. Table 30 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold.

Table 30 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|-----------------------|-------------|------|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 0 | 0.0% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 0 | 0.0% |
| 2014 | 20,887,836 | 13,261 | 0.1% |
| 2015 | 22,480,831 | 116,693 | 0.5% |
| 2016 | 9,502,061 | 12,266 | 0.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **142,220** | **0.2%** |

126.  Table 31 summarizes the Dosage Units of the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Tarrant County.

Table 31 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 0 | 0 | 0 | n/a | 36,900 | **36,900** |

*Method 4b: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

127.  Table 32 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days.

Table 32 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 0 | 0.0% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 0 | 0.0% |
| 2014 | 20,887,836 | 46,744 | 0.2% |
| 2015 | 22,480,831 | 325,226 | 1.4% |
| 2016 | 9,502,061 | 107,411 | 1.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **479,380** | **0.5%** |

- 57 -

128.    Table 33 summarizes the Dosage Units of the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days in Tarrant County.

Table 33 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 300 | 1,100 | 700 | n/a | 114,700 | **116,800** |

*Method 5: Monthly 8,000 Dosage Units*

129. Table 34 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Monthly 8,000 Dosage Units Threshold.

Table 34 Monthly 8,000 Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 2,651,230 | 19.2% |
| 2007 | 12,963,054 | 2,877,276 | 22.2% |
| 2008 | 796,791 | 45,720 | 5.7% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 446,274 | 6.5% |
| 2014 | 20,887,836 | 1,292,112 | 6.2% |
| 2015 | 22,480,831 | 1,354,748 | 6.0% |
| 2016 | 9,502,061 | 277,359 | 2.9% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **8,944,720** | **10.2%** |

- 59 -

130. Table 35 summarizes the Dosage Units of the transactions flagged based on the Monthly 8,000 Dosage Units Threshold Approach in Tarrant County.

Table 35 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 1,754,700 | 0 | 0 | n/a | 0 | 1,754,700 |

*Method 6: Daily Dosage Units*

131. Table 36 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Daily Dosage Units Threshold.

Table 36 Daily Dosage Units Threshold Flagged Transactions, Total MME and % MME, nonrecurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------|------|------|
| 2006 | 13,843,135 | 10,360,681 | 74.8% |
| 2007 | 12,963,054 | 10,614,223 | 81.9% |
| 2008 | 796,791 | 676,947 | 85.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 4,704,852 | 2,650,775 | 56.3% |
| 2014 | 13,686,893 | 8,681,366 | 63.4% |
| 2015 | 15,140,371 | 9,820,991 | 64.9% |
| 2016 | 6,550,159 | 4,224,890 | 64.5% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **67,685,256** | **47,029,872** | **69.5%** |

132. Table 37 summarize the Dosage Units of the transactions flagged based on the Daily Dosage Units Threshold Approach in Tarrant County.

Table 37 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|------|------|------|------|------|------|------|------|
| Albertsons | 167,300 | 7,965,400 | 55,500 | 33,000 | n/a | 80,900 | **8,302,100** |

### F.  Summary of Recurrent Flagged Transactions

*Method 1 (2): Trailing Six-month Maximum Monthly Threshold*

133.  Table 38 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-Month Maximum Threshold. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 38 Trailing Six-Month Maximum Threshold Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------------|------------|------|
| 2006 | 13,843,135 | 2,524,129 | 18.2% |
| 2007 | 12,963,054 | 11,130,848 | 85.9% |
| 2008 | 796,791 | 753,749 | 94.6% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 2,881,154 | 41.6% |
| 2014 | 20,887,836 | 9,468,381 | 45.3% |
| 2015 | 22,480,831 | 13,482,944 | 60.0% |
| 2016 | 9,502,061 | 6,029,434 | 63.5% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **46,270,640** | **52.9%** |

134. Table 39 summarizes the Dosage Units of transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Tarrant County.

Table 39 Trailing Six-Month Maximum Threshold Flagged Transactions 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 395,500 | 6,729,700 | 60,200 | 19,800 | n/a | 370,800 | **7,576,000** |

*Method 2b (7): Trailing Six-month Maximum Monthly Threshold on Rolling 30-Day Dosage Units*

135. Table 40 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 40 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|----------------------|-------------|-----|
| 2006 | 13,843,135 | 4,832,480 | 34.9% |
| 2007 | 12,963,054 | 12,497,900 | 96.4% |
| 2008 | 796,791 | 786,846 | 98.8% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 2,964,943 | 42.9% |
| 2014 | 20,887,836 | 10,609,099 | 50.8% |
| 2015 | 22,480,831 | 14,274,953 | 63.5% |
| 2016 | 9,502,061 | 6,194,855 | 65.2% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **52,161,076** | **59.7%** |

136.  Table 41 summarizes the Dosage Units of the transactions flagged based on the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Approach in Tarrant County.

Table 41 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 438,000 | 7,493,900 | 79,600 | 32,100 | n/a | 404,900 | **8,448,500** |

*Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

137. Table 42 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 42 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------|------|------|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 2,584,058 | 19.9% |
| 2008 | 796,791 | 184,824 | 23.2% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 988,560 | 14.3% |
| 2014 | 20,887,836 | 4,530,486 | 21.7% |
| 2015 | 22,480,831 | 5,419,310 | 24.1% |
| 2016 | 9,502,061 | 2,534,540 | 26.7% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **16,241,778** | **18.6%** |

138.  Table 43 summarizes the Dosage Units of the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Tarrant County.

Table 43 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 1,902,800 | 4,400 | 17,200 | n/a | 278,650 | **2,203,050** |

*Method 3b: Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

139. Table 44 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 44 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 4,002,856 | 30.9% |
| 2008 | 796,791 | 270,414 | 33.9% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 1,852,926 | 26.8% |
| 2014 | 20,887,836 | 6,027,092 | 28.9% |
| 2015 | 22,480,831 | 7,799,344 | 34.7% |
| 2016 | 9,502,061 | 3,690,385 | 38.8% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **23,643,017** | **27.1%** |

140.  Table 45 summarizes the Dosage Units of the transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days in Tarrant County.

Table 45 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 2,875,500 | 20,200 | 40,700 | n/a | 337,520 | **3,273,920** |

- 69 -

*Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

141. Table 46 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 46 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------------------------|-------------|------|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 0 | 0.0% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 0 | 0.0% |
| 2014 | 20,887,836 | 32,157 | 0.2% |
| 2015 | 22,480,831 | 429,643 | 1.9% |
| 2016 | 9,502,061 | 203,882 | 2.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **665,682** | **0.8%** |

142. Table 47 summarizes the Dosage Units of the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Tarrant County.

Table 47 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 0 | 0 | 0 | n/a | 163,900 | **163,900** |

- 71 -

*Method 4b: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

143. Table 48 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Three Times Trailing Twelve-Month Average Pharmacy Dosage Unit, Fixed After First Triggered Threshold on Rolling 30 Days. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 48 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|-----------|-----------|------|
| 2006 | 13,843,135 | 0 | 0.0% |
| 2007 | 12,963,054 | 0 | 0.0% |
| 2008 | 796,791 | 0 | 0.0% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 0 | 0.0% |
| 2014 | 20,887,836 | 53,042 | 0.3% |
| 2015 | 22,480,831 | 769,098 | 3.4% |
| 2016 | 9,502,061 | 519,447 | 5.5% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **1,341,587** | **1.5%** |

144. Table 49 summarizes the Dosage Units of the transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days in Tarrant County.

Table 49 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 33,500 | 7,500 | 6,800 | n/a | 226,800 | **274,600** |

- 73 -

*Method 5: Monthly 8,000 Dosage Units*

145. Table 50 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Monthly 8,000 Dosage Units Threshold. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 50 Monthly 8,000 Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|---|---|---|---|
| 2006 | 13,843,135 | 7,905,609 | 57.1% |
| 2007 | 12,963,054 | 10,045,514 | 77.5% |
| 2008 | 796,791 | 662,103 | 83.1% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 6,918,951 | 2,418,834 | 35.0% |
| 2014 | 20,887,836 | 6,355,688 | 30.4% |
| 2015 | 22,480,831 | 6,249,007 | 27.8% |
| 2016 | 9,502,061 | 2,480,040 | 26.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **87,392,659** | **36,116,794** | **41.3%** |

146.  Table 51 summarizes the Dosage Units of the transactions flagged based on the Monthly 8,000 Dosage Units Threshold Approach in Tarrant County.

Table 51 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 7,010,400 | 0 | 0 | n/a | 0 | **7,010,400** |

*Method 6: Daily Dosage Units*

147. Table 52 reports Total MME and % of Total MME in transactions flagged in Tarrant County using the Daily Dosage Units Threshold. Once an order(s) in any day exceeds the threshold all subsequent orders of the same drug are flagged.

Table 52 Daily Dosage Units Threshold Flagged Transactions, Total MME and % MME, recurrent

| Year | Albertsons' Total MME | Flagged MME | % |
|------|------------|-------------|------|
| 2006 | 13,843,135 | 13,492,491 | 97.5% |
| 2007 | 12,963,054 | 12,777,229 | 98.6% |
| 2008 | 796,791 | 786,846 | 98.8% |
| 2009 | 0 | 0 | 0.0% |
| 2010 | 0 | 0 | 0.0% |
| 2011 | 0 | 0 | 0.0% |
| 2012 | 0 | 0 | 0.0% |
| 2013 | 4,704,852 | 3,506,677 | 74.5% |
| 2014 | 13,686,893 | 11,240,726 | 82.1% |
| 2015 | 15,140,371 | 13,205,339 | 87.2% |
| 2016 | 6,550,159 | 5,770,436 | 88.1% |
| 2017 | 0 | 0 | 0.0% |
| 2018 | 0 | 0 | 0.0% |
| 2019 | 0 | 0 | 0.0% |
| **Total** | **67,685,256** | **60,779,743** | **89.8%** |

148.  Table 53 summarizes the Dosage Units of the transactions flagged based on the Daily Dosage Units Threshold Approach in Tarrant County.

Table 53 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 333,500 | 9,330,200 | 146,000 | 55,800 | n/a | 231,300 | **10,096,800** |

## VIII.  Chain Pharmacy SOMS Methods

149.  I have been asked by Counsel to assume that Albertsons may have had knowledge of - or information available to inform them of - opioid shipments from all Distributors to its pharmacies. I have re-run the flagging routines described in Section VII assuming that Albertsons could have flagged transactions based on this expanded information set and report the results in this section. I calculated the results separately for each of fourteen controlled substance drug codes. I included the detailed transaction data with flagged indicators in Appendix 9B, and additional summaries, charts, and graphs may be created using these files, consistent with any court order.

## A. Summary of Nonrecurrent Flagged Transactions

*Method 1: Trailing Six-month Maximum Monthly Threshold*

150.  Table 54 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 54 Trailing Six-Month Maximum Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 437,880 | 1,440,700 | 82,730 | 26,300 | 1,400 | 255,340 | **2,244,350** |

*Method 2: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold*

151.  Table 55 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-Month Maximum, Fixed After Triggered Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 55 Trailing Six-Month Maximum, Fixed After Triggered Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 1,977,450 | 7,025,770 | 166,750 | 36,800 | 1,400 | 1,075,774 | **10,283,944** |

- 78 -

*Method 7: Trailing Six-month Maximum Monthly Threshold on Rolling 30-Day Dosage Units*

152. Table 56 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Approach in Tarrant County, including all Distributors' shipments.

Table 56 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 1,509,470 | 9,112,890 | 256,810 | 63,200 | 1,400 | 744,650 | **11,688,420** |

*Method 2b: Trailing Six-month Maximum Monthly, Fixed After First Triggered Threshold on Rolling 30 Days Dosage Units*

153. Table 57 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30 Days Dosage Units Approach in Tarrant County, including all Distributors' shipments.

Table 57 Trailing Six-month Maximum, Fixed After First Triggered Threshold on Rolling 30 Days Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 3,379,420 | 24,318,030 | 402,840 | 84,900 | 1,400 | 1,992,468 | **30,179,058** |

*Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

154.    Table 58 summarizes the Dosage Units of Albertsons' transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 58 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 4,000 | 1,958,740 | 37,000 | 38,100 | 12,140 | 746,944 | **2,796,924** |

*Method 3b: Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

155.    Table 59 summarizes the Dosage Units of Albertsons' transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Approach in Tarrant County, including all Distributors' shipments.

Table 59 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 25,800 | 8,614,110 | 176,400 | 118,400 | 25,260 | 1,781,730 | **10,741,700** |

*Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

156. Table 60 summarizes the Dosage Units of Albertsons' transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 60 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 162,840 | 700 | 5,200 | 3,900 | 302,715 | **475,355** |

*Method 4b: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

157.  Table 61 summarizes the Dosage Units of Albertsons' transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Approach in Tarrant County, including all Distributors' shipments.

Table 61 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 1,845,220 | 58,700 | 27,800 | 6,300 | 909,391 | **2,847,411** |

*Method 5: Monthly 8,000 Dosage Units*

158.  Table 62 summarizes the Dosage Units of Albertsons' transactions flagged based on the Monthly 8,000 Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 62 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 26,600 | 10,942,570 | 0 | 0 | 0 | 0 | **10,969,170** |

- 82 -

*Method 6: Daily Dosage Units*

159. Table 63 summarizes the Dosage Units of Albertsons' transactions flagged based on the Daily Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments.

Table 63 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, nonrecurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 1,418,420 | 31,079,470 | 381,730 | 110,200 | n/a | 177,620 | **33,167,440** |

## B. Summary of Recurrent Flagged Transactions

*Method 1 (2): Trailing Six-month Maximum Monthly Threshold*

160. Table 64 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 64 Trailing Six-Month Maximum Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 5,687,780 | 41,988,920 | 1,199,274 | 265,000 | 9,580 | 3,259,549 | **52,410,103** |

- 83 -

*Method 2b (7): Trailing Six-month Maximum Monthly Threshold on Rolling 30-Day Dosage Units*

161.  Table 65 summarizes the Dosage Units of Albertsons' transactions flagged based on the Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Approach in Tarrant County, including all Distributors' shipments. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 65 Trailing Six-month Maximum Threshold on Rolling 30-Day Dosage Units Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 5,852,300 | 43,290,240 | 1,439,364 | 359,466 | 9,580 | 3,523,952 | **54,474,902** |

- 84 -

*Method 3: Twice Trailing Twelve-Month Average Pharmacy Dosage Units*

162. Table 66 summarizes the Dosage Units of Albertsons' transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 66 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 63,100 | 24,102,150 | 326,900 | 286,500 | 78,340 | 3,041,545 | **27,898,535** |

- 85 -

*Method 3b: Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

163.  Table 67 summarizes the Dosage Units of Albertsons' transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Approach in Tarrant County, including all Distributors' shipments. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 67 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 111,400 | 26,653,920 | 592,610 | 393,066 | 110,100 | 3,441,804 | **31,302,900** |

*Method 4: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units*

164. Table 68 summarizes the Dosage Units of Albertsons' transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 68 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 5,475,200 | 126,600 | 94,100 | 44,460 | 1,976,026 | **7,716,386** |

*Method 4b: Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days*

165. Table 69 summarizes the Dosage Units of Albertsons' transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) plus the total shipments over the prior 29 days exceeds the threshold all subsequent orders of the same drug are flagged.

Table 69 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units, Fixed After First Triggered Threshold on Rolling 30 Days Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 0 | 7,298,340 | 183,500 | 150,000 | 44,460 | 2,346,971 | **10,023,271** |

- 88 -

*Method 5: Monthly 8,000 Dosage Units*

166. Table 70 summarizes the Dosage Units of Albertsons' transactions flagged based on the Monthly 8,000 Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) in any month causes the cumulative shipments that month to exceed the threshold all subsequent orders of the same drug are flagged.

Table 70 Monthly 8,000 Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 230,100 | 40,653,790 | 0 | 0 | 0 | 0 | **40,883,890** |

*Method 6: Daily Dosage Units*

167. Table 71 summarizes the Dosage Units of Albertsons' transactions flagged based on the Daily Dosage Units Threshold Approach in Tarrant County, including all Distributors' shipments. Once an order(s) in any day exceeds the threshold all subsequent orders of the same drug are flagged.

Table 71 Daily Dosage Units Threshold Flagged Transactions, 2006 to 2019, Dosage Units, recurrent

| Dosage Units of Flagged Transactions | Oxycodone | Hydrocodone | Morphine | Hydromorphone | Oxymorphone | Other | Total |
|---|---|---|---|---|---|---|---|
| Albertsons | 4,190,880 | 46,049,240 | 1,460,834 | 403,066 | n/a | 1,445,150 | **53,549,170** |

- 89 -

## IX.    Albertsons Dispensing Data

168.   I have received data from Albertsons regarding their opioid dispensing activities in Tarrant County. The Dispensing Data is composed of filled prescriptions, with each line of data containing information about prescribers, patient, drugs, dispensed/prescribed doses, and pharmacy address. I processed the Dispensing Data and appended several columns, including drug form and strength before I run any analysis (see Appendix 5).

169.   In this section, I first summarize the Dispensing Data by opioid drug and by year. Then I compare ARCOS Data reflecting shipments to Albertsons pharmacies in Tarrant County, with the Dispensing Data. I calculate the rolling 365-day total Dosage Units of the ARCOS Data and Dispensing Data.

170. From January 2006 to May 2021, Albertsons pharmacies in Tarrant County dispensed 50.0 million Dosage Units of opioids. As shown in Table 72, oxycodone accounted for 12.8% of all Dosage Units and 23.8% of MME Albertsons pharmacies dispensed in the county. Hydrocodone accounted for 79.0% of all Dosage Units and 45.0% of total MME.

Table 72 Albertsons Dispensing Data in Tarrant County by Opioid Drug, January 2006 to May 2021

| Drug Name | # of Prescriptions | Dosage Units | Dosage Units % | MME | MME % |
|---|---|---|---|---|---|
| Hydrocodone | 686,934 | 39,492,932 | 79.0% | 340,502,853 | 45.0% |
| Oxycodone | 67,285 | 6,398,817 | 12.8% | 179,878,516 | 23.8% |
| Fentanyl | 23,315 | 14,207 | 0.0% | 108,099,768 | 14.3% |
| Morphine | 31,332 | 1,900,975 | 3.8% | 69,063,905 | 9.1% |
| Hydromorphone | 8,007 | 820,098 | 1.6% | 15,768,012 | 2.1% |
| Tapentadol | 2,641 | 214,449 | 0.4% | 7,515,890 | 1.0% |
| Oxymorphone | 2,034 | 148,906 | 0.3% | 6,911,490 | 0.9% |
| Codeine | 33 | 1,322 | 0.0% | 3,173 | 0.0% |
| Methadone | 7,154 | 1,013,978 | 2.0% | 29,343,525 | 3.9% |
| **Total** | **828,735** | **50,005,684** | **100.0%** | **757,087,133** | **100.0%** |

171.   Table 73 summarizes opioid drugs dispensed by Albertsons pharmacies in Tarrant County by year.

Table 73 Opioid Drugs Dispensed by Albertsons Pharmacies in Tarrant County by Year, January 2006 to May 2021

| Year | # of Prescriptions | Dosage Units | MME |
|------|------|------|------|
| 2006 | 72,855 | 3,360,926 | 52,870,612 |
| 2007 | 90,818 | 4,330,832 | 68,828,611 |
| 2008 | 88,272 | 4,559,885 | 69,962,359 |
| 2009 | 82,402 | 4,420,117 | 66,729,929 |
| 2010 | 38,084 | 2,008,357 | 33,264,971 |
| 2011 | 26,501 | 1,322,062 | 21,700,093 |
| 2012 | 70,225 | 3,846,519 | 50,990,404 |
| 2013 | 65,993 | 3,693,258 | 52,213,884 |
| 2014 | 59,578 | 3,727,544 | 56,944,072 |
| 2015 | 42,180 | 3,282,461 | 53,174,133 |
| 2016 | 39,148 | 3,147,235 | 50,729,114 |
| 2017 | 37,006 | 2,974,179 | 46,845,762 |
| 2018 | 34,966 | 2,802,238 | 42,731,927 |
| 2019 | 32,602 | 2,627,419 | 37,048,945 |
| 2020 | 34,011 | 2,785,249 | 38,188,662 |
| 2021 [1] | 14,094 | 1,117,403 | 14,863,654 |
| **Total** | **828,735** | **50,005,684** | **757,087,133** |

[1] Albertsons Dispensing Data goes from January 2006 to May 2021.

172.   Figure 2 shows the rolling 365-day Dosage Units of fentanyl, hydrocodone, hydromorphone, methadone, morphine, oxycodone, oxymorphone, and tapentadol shipped into Albertsons pharmacies in the ARCOS Data (from January 2007 to December 2019) and dispensed by Albertsons pharmacies in the Dispensing Data (from January 2007 to May 2021). I conclude that Albertsons prescription data before 2014 is not reliable.[37]

Figure 2 Rolling 365-day Opioid Shipments into and Dispensed by Albertsons Pharmacies, Dosage Units



---

[37] The Dosage Units of opioids that were shipped into Albertsons before 2014 (the green curve) is higher than the Dosage Units that were dispensed (the red curve). This can only be explained by missing prescriptions in data provided by Albertsons. I find that 86% of those missing prescriptions are Hydrocodone prescriptions.

## X.     Red Flag Computations on Dispensing Data

173.   I have been asked by Counsel to implement various approaches to identify prescriptions meeting specified criteria using the Dispensing Data. The Dispensing Data was processed and ran through 14 flag algorithms. I included the detailed dispensing data with red flagged indicators in Appendix 9C, and additional summaries, charts, and graphs may be created using these files, consistent with any court order.

### A. 14 Red Flag Computations [38]

1)   An opioid was dispensed to a patient who traveled more than 25 miles to visit the pharmacy. The distance here is calculated from the center of the patient's zip code to the center of the pharmacy's zip code. [P]

2)   An opioid was dispensed to a patient who traveled more than 25 miles to visit their prescriber. The distance here is calculated from the center of the patient's zip code to the center of prescriber's zip code. [P, D]

3)   Patient was dispensed opioid prescriptions with overlapping days of supply that were written by two or more prescribers. [P]

4)   Patient was dispensed opioid prescriptions with overlapping days of supply at two or more pharmacies. [P]

5)   Patient was dispensed an opioid, a benzodiazepine, and a muscle relaxer for overlapping days of supply. [P]

---

[38] I report the results of the 14 algorithms two ways. First, I report only the specific dispensed prescriptions or sets of dispensed prescriptions identified by the algorithm. I also report the specific dispensed prescriptions or sets of dispensed prescriptions identified by the algorithm and any opioid prescription thereafter either dispensed to the patient denoted with a "P" or written by the prescriber denoted with a "D".

- 94 -

6) Patient was dispensed an opioid, a benzodiazepine, and a muscle relaxer on the same day, and all the prescriptions were written by the same prescriber. [P, D]

7) Patient was dispensed an opioid and a benzodiazepine within 30 days of one another. [P]

8) Patient was dispensed an opioid and a benzodiazepine on the same day, and both prescriptions were written by the same prescriber. [P, D]

9) Patient was dispensed two short-acting (or immediate release) opioid drugs on the same day. [P]

10) Patient was dispensed an opioid prescription of over 200 MME per day in or before 2018 or over 90 MME per day after 2018. [P, D]

11) An opioid was dispensed to at least 4 different patients on the same day, and the opioid prescriptions were for the same base drug, strength, and dosage form and were written by the same prescriber. [P, D]

12) An opioid prescription was refilled more than 5 days before the patient's previous prescription should have run out. [P]

13) A patient was dispensed more than 210 "days of supply" of all opioids combined in a 6-month period. [P]

14) A patient was dispensed an opioid and paid in cash. [P]

## B. Summary of Nonrecurrent Flagged Opioid Prescriptions

174. For the prescriptions summarized below, if a prescription was flagged by one of the 14 red flag computations only that prescription was flagged (and all subsequent prescriptions dispensed to the same patient and/or written by the same prescriber were not flagged).

Table 74 Albertsons Nonrecurrent Flagged Opioid Prescriptions

|  | No of Prescriptions |
|---|---|
| All Prescriptions | 1,578,079 |
| Opioid Prescriptions | 828,735 |

| Red Flags | Flagged Opioid Prescriptions | % |
|---|---|---|
| Flagged for Any of the 14 Red Flag Computations | 351,918 | 42.5% |
| Red Flag Computation 1 | 16,136 | 1.9% |
| Red Flag Computation 2 | 49,320 | 6.0% |
| Red Flag Computation 3 | 37,307 | 4.5% |
| Red Flag Computation 4 | 388 | 0.0% |
| Red Flag Computation 5 | 31,054 | 3.7% |
| Red Flag Computation 6 | 3,397 | 0.4% |
| Red Flag Computation 7 | 161,554 | 19.5% |
| Red Flag Computation 8 | 28,185 | 3.4% |
| Red Flag Computation 9 | 9,443 | 1.1% |
| Red Flag Computation 10 | 47,421 | 5.7% |
| Red Flag Computation 11 | 3,981 | 0.5% |
| Red Flag Computation 12 | 2,054 | 0.2% |
| Red Flag Computation 13 | 124,613 | 15.0% |
| Red Flag Computation 14 | 55,359 | 6.7% |

## C. Summary of Recurrent Flagged Opioid Prescriptions

175. For the prescriptions summarized below, if a prescription was flagged by one of the 14 red flag computations, all subsequent prescriptions dispensed to the same patient and/or written by the same prescriber are also flagged.

Table 75 Albertsons Recurrent Flagged Opioid Prescriptions

|  | No of Prescriptions |
|---|---|
| All Prescriptions | 1,578,079 |
| Opioid Prescriptions | 828,735 |

| Red Flags | Flagged Opioid Prescriptions | % |
|---|---|---|
| Flagged for Any of the 14 Red Flag Computations | 625,784 | 75.5% |
| Red Flag Computation 1 | 16,228 | 2.0% |
| Red Flag Computation 2 | 395,989 | 47.8% |
| Red Flag Computation 3 | 78,913 | 9.5% |
| Red Flag Computation 4 | 1,036 | 0.1% |
| Red Flag Computation 5 | 50,558 | 6.1% |
| Red Flag Computation 6 | 132,006 | 15.9% |
| Red Flag Computation 7 | 201,963 | 24.4% |
| Red Flag Computation 8 | 357,023 | 43.1% |
| Red Flag Computation 9 | 21,138 | 2.6% |
| Red Flag Computation 10 | 265,762 | 32.1% |
| Red Flag Computation 11 | 87,185 | 10.5% |
| Red Flag Computation 12 | 8,624 | 1.0% |
| Red Flag Computation 13 | 129,637 | 15.6% |
| Red Flag Computation 14 | 88,121 | 10.6% |

## D. 14 Red Flag Computations, Excluding Initial Prescriptions

176. For the "combination" flags 3, 4, 5, 7 and 13, I was asked to flag *all* prescriptions in a combination that were triggered by one of the

- 97 -

combination's prescriptions. I was also asked to modify the Red Flag Computations by not flagging the earliest combination prescriptions and report the results in this section.[39]

177. Table 76 shows the results of applying the modified methodology to the red flag results summarized in Table 74.

Table 76 Albertsons Nonrecurrent Flagged Opioid Prescriptions, Excluding Initial Prescriptions in Red Flag Computations 3, 4, 5, 7 and 13

|  | No of Prescriptions |  |
|---|---|---|
| All Prescriptions | 1,578,079 |  |
| Opioid Prescriptions | 828,735 |  |

| Red Flags | Flagged Opioid Prescriptions | % |
|---|---|---|
| Flagged for Any of the 14 Red Flag Computations | 295,411 | 35.6% |
| Red Flag Computation 1 | 16,136 | 1.9% |
| Red Flag Computation 2 | 49,320 | 6.0% |
| Red Flag Computation 3 | 22,094 | 2.7% |
| Red Flag Computation 4 | 230 | 0.0% |
| Red Flag Computation 5 | 22,852 | 2.8% |
| Red Flag Computation 6 | 3,397 | 0.4% |
| Red Flag Computation 7 | 127,882 | 15.4% |
| Red Flag Computation 8 | 28,185 | 3.4% |
| Red Flag Computation 9 | 9,443 | 1.1% |
| Red Flag Computation 10 | 47,421 | 5.7% |
| Red Flag Computation 11 | 3,981 | 0.5% |
| Red Flag Computation 12 | 2,054 | 0.2% |
| Red Flag Computation 13 | 67,903 | 8.2% |
| Red Flag Computation 14 | 55,359 | 6.7% |

---

[39] If the combination prescriptions were all filled on the same date, I don't treat any of them as initial prescription.

### E. Variants of Red Flag Computation 10 and 12

178.   I have been asked by Counsel to flag those opioid prescriptions that are over 200 MME per day, oxycodone prescriptions that are over 80 mg per day, methadone prescriptions that are over 40 mg per day, and hydromorphone prescriptions that are 30 mg per day.

179.  I have also been asked by Counsel to flag those opioid prescriptions that were filled more than 5 days before a previous same NDC prescription should have run out, regardless of the written quantity, when the prescriptions were written, or who wrote them.

180.   The results of applying the above two algorithms are reported in Appendix 7.3I.

### XI.   Pharmacy Notes Productions

181.   Albertsons produced Electronic Notes (in the form of spreadsheets, .csv, or .txt files), Scanned Prescriptions and Related Documents on August 4, 2023 for the sample prescriptions selected based on Red Flag Computation results as of July 2023 (see Appendix 7.3B2).

Table 77 Albertsons Pharmacy Productions of Scanned Prescriptions and Related Documents

| Production Number | Range of Bates Numbers | Format |
|---|---|---|
| ALB-MDLCT9_VOL014 | ALB-MDLCT9-00418700 to 418701 | Electronic |
| ALB-MDLCT9_VOL013 | ALB-MDLCT9-00416384 to 418699 | Hard copy |

182.   I created a spreadsheet (hereafter "Prescription Summary") that contains the Dispensing Data for the Selected Sample Prescriptions in Tarrant County. For each of the Selected Sample Prescriptions, I appended the matched Electronic Notes, Scanned Prescriptions, and Related Documents, to

- 99 -

the extent available. I also appended the Bates numbers of matched Scanned Prescriptions and Related Documents to the row in the Sample Prescription Summary containing each of the Selected Sample Prescriptions, including a link to open the image of the Scanned Prescription and Related Documents (to the extent available). In addition, I appended the results of the red flag analysis identified in Section X. I also created a separate tab in the Prescription Summary that contains the patient prescription history for the Selected Sample Prescriptions, which includes all prescriptions filled in the Defendant's pharmacies in Tarrant County for each patient in the Selected Sample Prescriptions. I also appended the historic electronic notes to the patient prescription history tab.

183.    Out of the 400 Selected Sample Prescriptions that were filled by Albertsons pharmacies in Tarrant County, I found 322 samples that have Scanned Prescriptions and Related Documents.

## XII.   Discussion on Random Sampling and its Confidence Interval

184.   I was asked to illustrate the correct method for calculating confidence intervals for random samples of 400 observations, which is the number of prescriptions in Tarrant County for which Albertsons produced Electronic Notes, Scanned Prescriptions and Related Documents. My calculated confidence intervals can be understood as the probable percentage of prescriptions filled by Albertsons for which effective due diligence either was not performed or was not documented based on the Pharmacist Expert's analysis of Electronic Notes, Scanned Prescriptions and Related Documents.

185. For example, the 95% confidence interval around a point estimate of inadequate due diligence in 95% of the 400 sample flagged prescriptions that were evaluated is 92.36% to 96.78%. This implies that, at the 95% confidence level, Albertsons performed and documented adequate due diligence on, at most, 3.22% to 7.64% of prescriptions filled at one of its pharmacies which tripped at least one of the red flags.

186. I assume with probability $p$ that Albertsons performed inadequate due diligence (or failed to document due diligence efforts) on each flagged prescription, and whether prescriptions receive adequate or inadequate due diligence are mutually statistically independent. Thus, the number of prescriptions with inadequate due diligence in a sample of size $n$ has a binomial distribution with parameters $n$ and $p$. Given $X$ prescriptions with inadequate due diligence identified from the sample, the $100(1-\alpha)\%$ confidence interval for $p$ is given by

$$\left[ \tilde{p} - z \sqrt{\frac{\tilde{p}(1-\tilde{p})}{n+z^2}}, \tilde{p} + z \sqrt{\frac{\tilde{p}(1-\tilde{p})}{n+z^2}} \right],$$

where $z = \Phi^{-1}\left(1 - \frac{\alpha}{2}\right)$ is the quantile of a standard normal distribution (for example, a 95% confidence interval requires $\alpha = 0.05$, thus $z = 1.96$) and

$$\tilde{p} = \frac{X + \frac{z^2}{2}}{n+z^2}.$$

187. This confidence interval, proposed by Agresti & Coull (1998), is an improved version of the classical Wald confidence interval for binomial

distribution with superior performance when the sample size $n$ is small or the success probability $p$ is close to 0 or 1.[40]

188.   I calculate the confidence interval for every integer $X$ between 0 and $n$ under two combinations of $n$ and $\alpha$, and report the results in Appendix 8.[41] The lower bound of the confidence intervals with $n = 400$ provides a lower limit on the likelihood of Albertsons performing inadequate due diligence (or failing to document due diligence) on the flagged prescriptions at the $100(1 - \alpha)\%$ confidence level, assuming a constant likelihood in the given year.[42] For example, if 380 (or 95%) of the 400 prescriptions in an annual sample have inadequate due diligence based on the Pharmacist Expert's review, then at a 95% confidence level, the likelihood of inadequate due diligence (or failure to document due diligence) on flagged prescriptions is at least 92.36%. At a 99% confidence level, the lower limit on the likelihood of inadequate due diligence is 91.30%. In the absence of convincing evidence that due diligence documentation practices of the sample stores deviated significantly from the rest of the stores in the chain, it is appropriate to extrapolate the results of the Pharmacy Expert's review to all of Albertsons' prescriptions.

---

[40] Agresti, A., & Coull, B. A. (1998). Approximate Is Better than "Exact" for Interval Estimation of Binomial Proportions. The American Statistician, 52(2), 119. https://doi.org/10.2307/2685469

[41] Appendix 8.1A shows confidence intervals for 400 observations with 95% confidence level ($\alpha = 0.05$); Appendix 8.1B shows confidence intervals for 400 observations with 99% confidence level ($\alpha = 0.01$).

[42] This means that, were the procedure of calculating confidence interval to be repeated on numerous samples, the lower bound of calculated interval would lie below the true likelihood of inadequate due diligence for at least $100(1 - \alpha)\%$ of samples.

## XIII. Conclusion

189.   Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that - after correcting a relatively small number of records - the ARCOS Data produced by the DEA is complete and reliable.

190.   The ARCOS Data can be used to identify transactions into a state, county, zip code or individual pharmacy meeting certain criteria as I have illustrated above.

191.   I reported the market share of Albertsons in Tarrant County.

192.   I reported the results of applying the non-exhaustive set of algorithms for flagging transactions to the transactions attributable to Albertsons. I also reported the results of applying 14 red flags to Albertsons' Dispensing Data.

193.   All of the Opinions contained in this Expert Report are offered to a reasonable degree of probability in the fields of Economics and Statistics, which includes data processing, validation, reconciliation and summarizing of large data sets, including the ARCOS Data and related governmental data sets, Albertsons' Transactional Data, and the Dispensing Data.

194.  I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information including, possibly, reports of other experts - I may receive.


_Craig J. McCann_

Signature of Expert

**Appendix 1 Craig McCann Resume**





# Craig McCann, PhD, CFA
**Principal**

CRAIGMCCANN@SLCG.COM
703-246-9381

## Key Qualifications

Dr. McCann is Principal, SLCG Economic Consulting, LLC. Dr. McCann has taught graduate investment management at Georgetown University and at the University of Maryland, College Park.  He held a Series 7 and a Series 63 NASD.  Dr. McCann is a Chartered Financial Analyst.

Dr. McCann received a B.A. and an M.A. in Economics from the University of Western Ontario and a Doctorate degree in Economics from the University of California, at Los Angeles. Dr. McCann's fields of graduate study were industrial organization, mathematical economics and information and uncertainty.  His dissertation examined the incidence of golden parachutes and their effect on stock prices.  After receiving his doctorate degree, Dr. McCann taught economics at the University of South Carolina.

Prior to founding SLCG Economic Consulting, Dr. McCann was Director at LECG and Managing Director, Securities Litigation at KPMG.   Dr. McCann was a senior financial economist at the Securities and Exchange Commission. There he focused on investment management issues and contributed financial analysis to numerous investigations involving alleged insider trading, securities fraud, personal trading abuses and broker-dealer misconduct.

Dr. McCann was a Senior Consultant at a consulting firm where he managed projects involving alleged securities fraud, insider trading, and market manipulation.  These projects included analysis of materiality, causation, damages and class certification.  In addition, he has consulted on transfer pricing, breach of contract, labor and antitrust cases as well as on various regulatory matters.

Dr. McCann has published in the *Alternative Investment Analyst Review, Financial Services Review, Investments & Wealth Monitor, Journal of Alternative Investments, Journal of Applied Corporate Finance, Journal of Asset Management, Journal of Business Valuation and Economic Loss Analysis, Journal of Computational Finance, Journal of Derivatives, Journal of Derivatives & Hedge Funds, Journal of Financial Transformation, Harvard Business Review, Journal of Index Investing, Journal of Investing, Journal of Legal Economics, Journal of Real Estate Portfolio Management, Journal of Retirement, Journal of Risk* and *Journal of Wealth Management*. He has testified in state and federal court, in NASD, NYSE, JAMS and AAA arbitration proceedings and before the United States Senate and has been quoted in the *New York Times, Wall Street Journal, Washington Post, Bloomberg Markets, Reuters, Boston Globe, Bond Buyer, American Banker, Money Magazine, Kiplinger Retirement Report,* and *Crain's Investment News.*

## Professional Experience

SLCG ECONOMIC CONSULTING, LLC
2000 -          *Principal*
               Provides expert consulting and testifying in securities class actions, investment management, labor and valuation disputes.

NAVIGANT CONSULTING, INC. / LECG
1999-2000      *Director*
               Provided expert consulting and testifying in complex litigation.

KPMG llp
1997-1999      *Managing Director, Securities Litigation*
               Directed projects in complex litigation.

UNIVERSITY OF MARYLAND, COLLEGE PARK
1995-1998      *Adjunct Professor of Finance*
               Taught graduate investment management.

GEORGETOWN UNIVERSITY
1996           *Adjunct Professor of Finance*
               Taught graduate investment management.

NATIONAL ECONOMIC RESEARCH ASSOCIATES
1995-1997      *Senior Consultant*
               Directed projects in the economics of complex securities litigation.

VIRGINIA TECH
1995-1997      *Adjunct Professor of Economics*
               Taught graduate managerial economics.

U.S. SECURITIES AND EXCHANGE COMMISSION
1994-1995      *Professional Fellow and Acting Associate Chief Economist for Policy*
               Reviewed Commission initiatives and coordinated research in support of Chief Economist. Conducted research into portfolio performance, personal trading and quantitative risk measures. Provided financial analysis in support of enforcement.

ECONOMIC ANALYSIS CORPORATION
1993-1994      *Senior Economist*
               Directed projects involving analysis of vertical and horizontal practices, mergers, and general business damages.

U.S. SECURITIES AND EXCHANGE COMMISSION
1992-1993      *Academic Fellow*
               Conducted research into the valuation and expensing of employee stock options, reviewed policy proposals and supported enforcement actions.

UNIVERSITY OF SOUTH CAROLINA, COLLEGE OF BUSINESS
1987-1992      *Assistant Professor*
               Taught economics, antitrust and public policy towards business at undergraduate, masters, MBA and doctorate levels.

## Education

UNIVERSITY OF CALIFORNIA, LOS ANGELES
1989            Ph.D., Economics
1986            M.A., Economics

UNIVERSITY OF WESTERN ONTARIO
1983            M.A., Economics
1982            B.A., Economics

Chartered Financial Analyst
Series 7 NASD Registration (1997-1999)
Series 63 NASD Registration (1997-1999)

## Professional Activities

American Economic Association
American Finance Association
Chartered Financial Analyst Institute
Washington Society of Investment Analysts

## Testimony, Depositions, Reports and Affidavits

### Federal Court

*In Re National Prescription Opiate Litigation* Northern District of Georgia, Eastern Division, Case No. 1:17-MD-2804
　　　　Expert Report, January 23, 2024.

*In re William F. Nicklin*, United States Bankruptcy Court, Southern District of New York, Case No. 19-35092.
　　　　Declaration, January 12, 2024.

*Securities and Exchange Commission v. SBB Research Group, LLC, et al* Northern District of Illinois, Case No. 19-cv-6473
　　　　Deposition, January 11, 2024.
　　　　Rebuttal Expert Report, October 31, 2023.
　　　　Expert Report, April 17, 2023.

*Joel Vega Ortiz, et al. v. Cooperativa de Seguros Múltiples de Puerto Rico, et al.* United States District Court, District of Puerto Rico, Case No. 3:19-cv-02056-PAD
　　　　Deposition, September 6, 2023.
　　　　Expert Report, June 15, 2023.

*In Re National Prescription Opiate Litigation* Northern District of Ohio, Eastern Division, Case No. 1:18-OP-46326
　　　　Deposition, November 16, 2022.
　　　　Supplemental Expert Report, September 12, 2022.
　　　　Expert Report, August 22, 2022.

*In Re National Prescription Opiate Litigation* United States District Court, Northern District of California, Case No. 3:18-cv-07591-CRB
> Declaration, June 22, 2022.
> Trial testimony, May 18, 2022.
> Declaration, May 9, 2022.
> Second Supplemental Expert Report, February 17, 2022.
> Deposition, January 6, 2022.
> Rebuttal Expert Report, December 23, 2021.
> Supplemental Expert Report, October 26, 2021.
> Expert Report, October 5, 2021.

*In Re National Prescription Opiate Litigation* United States District Court, Northern District of Ohio, Eastern Division, Civil Action No. 1:17-MD-2804.
> Trial testimony, October 14, 15, 2021.
> Deposition, September 30, 2021.
> Fourth Supplemental Expert Report, September 28, 2021.
> Third Supplemental Expert Report, September 21, 2021.
> Deposition, June 11, 2021.
> Second Supplemental Expert Report, May 19, 2021.
> Supplemental Expert Report, May 4, 2021.
> Expert Report, April 16, 2021.

*In Re National Prescription Opiate Litigation* United States District Court, Southern District of West Virginia, Civil Action No. 3:17-01362 and 3:17-01665.
> Trial testimony, May 10-12, 2021.
> Deposition, September 1, 2020.
> Expert Report, August 3, 2020.

*Frieda Mae Rogers v . Wilmington Trust Company et al* United States District Court, District of Delaware, Case No. 18-116-GMS.
> Trial Testimony, February 27, 2020.
> Deposition, September 20, 2019.
> Expert Report, July 26, 2019.

*USA v. James W. Millegan*, US District Court, District of Oregon, Portland Division, Case No. 3:19-cr-00528-IM
> Expert Report, January 16, 2020.

*In Re National Prescription Opiate Litigation* United States District Court, Northern District of Ohio, Eastern Division, Case No. 17-MD-2804 (DAP).
> Deposition, May 9-10, 2019.
> Second Supplemental Expert Report, April 15, 2019.
> Supplemental Expert Report, April 3, 2019
> Expert Report, March 25, 2019.

*Securities and Exchange Commission v. RPM International, Inc. et al*, United States District Court, District of Columbia, Case No. 1:16-cv-01803 (ABJ)
> Deposition, April 23, 2019.
> Rebuttal Expert Report, December 20, 2018.
> Expert Report, November 2, 2018.

*Gary and Caryl Luis et al v. RBC Capital Markets, LLC*, United States District Court, District of Minnesota, Case No. 0:16-cv-3873-SRN-TNL
      Deposition, February 21, 2019.
      Expert Report, October 20, 2018.

*Peaker Energy Group, LLC et al v Cargill Incorporated et al,* United States District Court Eastern District of Louisiana, Case No. 2:14-CV-02106.
      Deposition, October 28, 2016.
      Expert Report, August 5, 2016.

*Ernest O. Abbit et al v ING USA Annuity and Life Insurance Company et al ,* United States District Court, Southern District of California, Case No: CV 05-6838
      Declaration, April 7, 2016.
      Deposition, March 13, 2015.
      Expert Report, February 20, 2015.

*Patsy Chambers, et al v North American Company for Life,* United States District Court for the Southern District of Iowa Central Division, No. 4:11-CV-00579-JAJ-CFB
      Reply Expert Report, April 22, 2015.
      Deposition, February 27, 2015.
      Supplemental Expert Report, January 30, 2015.
      Expert Report, August 18, 2014.
      Deposition, July 29, 2014.
      Expert Report, March 17, 2014.

*Vida F. Negrete, et al v. Allianz Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6838
      Declaration, November 1, 2013.
      Deposition, May 1, 2012.
      Expert Report, March 9, 2012.
      Hearing Testimony, October 5, 2011.
      Declaration, September 15, 2011.
      Deposition, May 27, 2011.
      Supplemental Declaration, March 31, 2011.
      Deposition, October 29, 2008.
      Declaration, July 25, 2008.
      Second Supplemental Declaration, September 18, 2006.
      Supplemental Declaration, July 16, 2006.
      Declaration, May 26, 2006.

*The Municipal Corporation of Bremanger, et al v Citigroup, Inc.et al.* United States District Court, Southern District of New York, Civil Action, Civil Action No. 09-CV-7058.
      Declaration, July 13, 2012.
      Deposition, April 18, 2012.
      Rebuttal Expert Report, March 28, 2012.
      Expert Report, February 29, 2012.

*Bank of America, N.A. v JB Hanna et al.* United States District Court, Western District of Arkansas, Civil Action, Civil Action No. 10-5220
      Deposition, April 16, 2012.
      Expert Report, March 19, 2012.

*In re: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation,* United States District Court, Southern District of New York, Civil Action 09-MD-2072 (MGC)
> Hearing Testimony, October November December 2011.
> Rebuttal Expert Report, September 14, 2011.
> Deposition, August 2, 2011.
> Expert Report, June 30, 2011.

*Susan Antilla v. L. J. Altfest & Co., Inc.,,* United States District Court, District of Connecticut, No. 3:09-CV-2128-VLB.
> Deposition, December 20, 2011.
> Expert Report, August 12, 2011.

*In re : International Management Associates, LLC,* United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, **Case No. 06-62966.**
> Declaration, December 16, 2011.
> Expert Report, July 7, 2011.

*Thomas Todd Martin, III et al v Wachovia Bank, NA et al,* United States District Court, Northern District of Alabama, Case No.: CV-09-902464
> Expert Report, June 17, 2011.

*Corporate America Credit Union v Joseph Herbst, et al ,* United States District Court, Northern District of Alabama, Case No.: CV-09-J-2126-S
> Rebuttal Expert Report, May 23, 2011.

*Sierra-Sonora Enterprises, Inc. et al v Domino's Pizza, LLC et al,* United States District Court, District of Arizona, NO. 2:10-cv-00105-JAT
> Expert Report, August 24, 2010.

*Houston Police Officer's Pension System v. State Street Bank and Trust Company and State Street Global Advisors, Inc.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
> Declaration, July 1, 2010.
> Deposition, May 10, 2010.
> Rebuttal Expert Report, March 19, 2010.
> Expert Report, January 15, 2010.

*Akanthos Capital Management, LLC, et al. v CompuCredit Holdings Corporation,* United States District Court, Northern District of Georgia, Atlanta Division, No. 1:10-CV-844-TCB
> Declaration, May 7, 2010.

*Securities and Exchange Commission v. Kederio Ainsworth et al,* United States District Court, central District of California, Eastern Division, Civil Action No. EDCV08-1350 VAP(OPx)
> Deposition, February 2, 2010.
> Supplemental Expert Report, January 5, 2010.
> Expert Report, December 11, 2009.

*Florence Smith v National Western Life Insurance Company* United States District Court, Middle District of Pennsylvania, Civil Action no. 08-2119
> Expert Report, January 4, 2010.

*City of Cedar Rapids and Cedar Rapids/Linn county Solid Waste Agency v. Wells Fargo Brokerage Services, LLC.* United States District Court, Northern District of Iowa, Cedar Rapids Division, No. ____
> Rebuttal Expert Report, December 2, 2009.
> Expert Report, September 3, 2009.

*Daniel G. Schmidt, III v Wachovia Bank, N.A.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
    Deposition, February 25, 2010.
    Expert Report, October 30, 2009.

*In Re Midland National Insurance Co. Annuity Sales Practices Litigation,* United States District Court, Central District of California, No. MDL No. 07-1825 CAS (MANx).
    Deposition, September 12, 2009.
    Supplemental Declaration, June 19, 2009.
    Deposition, January 8, 2008.
    Declaration, October 31, 2007.
    Deposition, July 27, 2007.
    Declaration, July 16, 2007.
    Declaration, July 2, 2007.
    Declaration, June 29, 2007.

*Securities and Exchange Commission v. Biovail Corporation et al*, United States District Court, Southern District of New York, Civil Action No. 08 CIV 02979 (LAK)
    Expert Report, July 2, 2009.

*CountryMark Cooperative, LLP, v Morgan Keegan & Company, Inc.,* United States District Court, Southern District of Indiana, Case No: 1:08-cv-00118-RLY-JMS
    Expert Report, April 6, 2009.

*Amy J. Straily et al v UBS Financial services, Inc.,* United States District Court, District of Colorado, Case No: 07-cv-00884-REB-KMT
    Deposition, February 22, 2009.
    Supplemental Expert Report, January 16, 2009.
    Expert Report, January 16, 2009.

*Securities and Exchange Commission v. Competitive Technologies, et al*, United States District Court, District of Connecticut, Civil Action No. 304-CV-1331 JCH.
    Trial Testimony, October 7, 2008.
    Trial Testimony, November 15, 2007.
    Deposition, February 22, 2006.
    Expert Report, January 30, 2006.

*In Re American Equity Annuity Practices and Sales Litigation,* United States District Court, Central District of California, No. MDL No. CV-05-6735-CAS (MANx).
    Deposition, July 24, 2008.
    Declaration, April 21, 2008.

*In re Alstom SA Securities Litigation,* United States District Court, Southern District of New York, Case No: 03-CV-6595 (VM).
    Affidavit, January 4, 2008.

*Vida F. Negrete, et al v. Fidelity and Guaranty Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6837.
    Declaration, January 22, 2008.
    Declaration, December 26, 2007.
    Deposition, August 28, 2007.
    Declaration, July 23, 2007.

*Youxin (Kevin) Ma et al v Merrill Lynch & Co., Inc. and Irene S. Ng,* United States District Court, Southern District of New York, Case No. 06 CV 15497.
    Expert Report, December 24, 2007.

*Dale Sakai v Merrill Lynch Life Insurance Company,* United States District Court, Northern District of California, Case No: CV 06-2581.
    Deposition, December 10, 2007.
    Expert Report, October 26, 2007.

*Securities and Exchange Commission v. Louis E. Rivelli, et al,* United States District Court, District of Colorado, Civ. 05-CV-1039 RPM-MJW
    Deposition, March 3, 2008.
    Expert Report, October 8, 2007.

*Kevin Lamkin, et al. v. UBS PaineWebber, Inc.,* United States District Court, Southern District of Texas, Civil Action No. H-02-0851
    Deposition, February 28, 2007.
    Expert Report, June 1, 2006.

*Carmen Migliaccio, et al. v. Midland National Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6838.
    Deposition, February 13, 2007.
    Declaration, December 28, 2006.

*Gary Yokoyama, et al. v. Midland National Life Insurance Company,* United States District Court, District of Hawaii, Case No. 05-00303 MS KSC.
    Deposition, November 20, 2006.
    Declaration, November 10, 2006.
    Declaration, May 4, 2006.

*Samuel Cooper, et al v. Pacific Life Insurance Company et al,* United States District Court, Southern District of Georgia, Case No. CV 203-131
    Deposition, September 12, 2006.
    Expert Report, July 5, 2006.

*United States of America v. Jamie Olis,* United States District Court, Southern District of Texas, Criminal Number H-03-217.
    Expert Report, December 23, 2005.

*David Henderlight and Christine Henderlight v AmSouth Bank,* United States District Court, Eastern District of Tennessee, Knoxville Division Civil Action No: 3:02-CV-169.
    Deposition, July 7, 2005.
    Expert Report, January 18, 2005.

*United States of America v. Bernard J. Ebbers* United States District Court, Southern District of New York, Docket S4 02 Cr. 1144 (BSJ).
    Expert Report June 8, 2005.

*In Re: Kaiser Group International, Inc. et al.,* United States Bankruptcy Court for the District of Delaware, Case Nos. 00-2263 to 00-2301 (MFW).
    Declaration, May 29, 2005.

*United States of America v. Shawn P. McGhee* United States District Court, District of Eastern Virginia, Docket 04-495.
    Expert Report March 4, 2005.

*Walnut Capital Partners et al. v Key Bank / McDonald Investments, Inc.,* United States District Court, Western District of Pennsylvania, Case No. 03-CV-0284.
> Affidavit, February 14, 2005.
> Deposition, September 8, 2004.
> Supplemental Expert Report July 2, 2004.
> Expert Report June 1, 2004.

*Securities and Exchange Commission v. David Gane et al* United States District Court, Southern District of Florida Miami Division, Civil Action No:03-61553.
> Trial Testimony, December 10, 2004.
> Deposition August 2, 2004.
> Expert Report July 20, 2004.

*Simon Falic et al v Legg Mason Wood Walker, Inc.,* United States District Court, Southern District of Florida, West Palm Beach Division Civil Action No. 03-80377.
> Expert Report, October 19, 2004.

*Securities and Exchange Commission v. David W. Butler* United States District Court, Western District of Pennsylvania, Civil Action No. 00-1827.
> Trial Testimony September 21, 2004.
> Expert Report January 9, 2003.
> Deposition, October 26, 2001.
> Expert Report October 15, 2001.

*United States of America v. Franklin C. Brown* United States District Court, Middle District of Pennsylvania CR-02-146-02.
> Trial Testimony, August 6, 2004.
> Expert Report July 19, 2004.

*United States of America v. Jeffry R. Anderson* United States District Court, District of Eastern Virginia, Docket 1:03-CR-444.
> Expert Report January 2, 2004.

*United States of America v. Scott H. Miller* United States District Court, District of Eastern Virginia, Docket No. 03-443-A.
> Expert Report December 3, 2003.

*In re: World Access, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, 1:99-CV-0043-ODE.
> Rebuttal Expert Report August 8, 2003.
> Expert Report June 27, 2003.

*In re: Pediatric Services of America, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division.
> Expert Report November 19, 2001.
> Affidavit, October 13, 2000.

*United States of America v. Paul F. Polishan* United States District Court, Middle District of Pennsylvania No.3: CR-96-274.
> Trial Testimony November 15, 2001.
> Expert Report November 5, 2001.

*Kantishna Mining Company, Inc. et al v. Gail Norton et al* United States District Court, District of Alaska F98-007 CV.

> Declaration, June 1, 2001.
> Expert Report and Declaration, April 17, 2001.

*H. James Griggs et al v. Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United States District Court, District of Arizona.

> Trial Testimony, March 13, 2001.
> Deposition, December 4, 2000.
> Expert Report, November 14, 2000.

*David Lesser, et al v Quadramed Corporation* United States District Court, District of Eastern Virginia No: 00 Civ. 606-A.

> Expert Report, September 8, 2000.

*John Tenaglia and The Tenaglia Family Partnership v. A.F. Best Securities et al*, United States District Court, Southern District of Florida.

> Expert Report, March 31, 2000.

*UMG Recordings, Inc. et al v. MP3.com, Inc.,* United States District Court, Southern District of New York, No:00 Civ. 0472.

> Expert Report, August 8, 1999.

*Jonathan Bekhor et al v. Josephthal Holdings et al*, United States District Court, Southern District of New York, No: 96 Civ. 4156.

> Deposition, September 30, 1999.
> Expert Report, August 20, 1999.

*John Shane and Beth Goodman v. Tokai Bank*, United States District Court, Southern District of New York, No:96 Civ. 5187.

> Trial Testimony, October 23, 24 1997.
> Deposition, October 19, 1997.
> Expert Report, October 18, 1997.

## State Court

*Black et al v Mantei et al*, Court of Common Pleas, Eleventh Judicial District, County of Lexington, SC, C/A No. 2019-CP-32-02636

> Deposition, February 20, 2024.
> Declaration, September 12, 2023.
> Expert Report, July 21, 2023.

*Legent Group, LLC et al v Axos Financial, Inc. et al*, Court of Chancery, Delaware, C.A. No. 2020-0405-KSJM

> Deposition, January 30, 2024.
> Expert Report, November 21, 2023.

*George Robert Pullar v Urban-Gro, Inc. et al,* District Court, Boulder County, Colorado, Case No. 2022CV30277

> Deposition, November 21, 2023.
> Supplemental Expert Report, November 16, 2023.
> Expert Report, August 28, 2023.

*Jefferson County v Dannie E Williams, M.D., et al*, Circuit Court of Jefferson County, State of Missouri, No. 20-JE-CC00029
      Expert Report, November 15, 2023.

*BDP Holdings, LLC v Roberts et al.*, Superior Court, Northern District, State of New Hampshire, Docket No. 216-2021-CV-00315.
      Trial Testimony, October 30, 2023.
      Expert Report, February 21, 2023.

*George Robert Pullar v Urban-Gro, Inc. et al,* District Court, Boulder County, Colorado, Case No. 2022CV30277
      Expert Report, August 28, 2023.

*Florida Health Sciences Center, Inc. et al v Richard Sackler, et al*, Circuit Court, Seventeenth Judicial District, Broward County, FL. Case No. 19-018882
      Affidavit, June 27, 2023.

*Crest Ventures, LLC v Urban-Gro, Inc.,* District Court, Arapahoe County, Colorado, Case No. 2021CV31301
      Expert Report, May 8, 2023.

*The DCH Health Care Authority et al v Purdue Pharma L.P. et al,* Case No. CV-2019-000007 and *Fort Payne Hospital Corporation et al v McKesson Corporation et al* Case No. CV-2021-900016, Circuit Court, Conecuh County, Alabama
      Deposition, May 5, 2023.

*David J. Feldman vs. Katy Industries, Inc., et al.,* Circuit Court of St. Louis County, Missouri, Case No. 16SL-CC04123
      Deposition, February 1, 2023.

*State of Nevada v. McKesson, et al.,* District Court, Clark County, Nevada, Case No. A-19-796755-B
      Deposition, January 17, 2023.
      Rebuttal Report, December 9, 2022.
      Expert Report, July 15, 2022.

*State of Michigan, ex rel. Dana Nessel, Attorney General v. Cardinal Health, Inc. et al.* Circuit Court for the County of Wayne, Case No: 19-016896-NZ
      Rebuttal Report, November 11, 2022.
      Expert Report, October 14, 2022.

*State of New Mexico v. Purdue Pharma L.P., et al.,* First Judicial District Court, County of Santa Fe, New Mexico, No. D-101-CV-2017-02541
      Trial Testimony, September 28, 2022.
      Trial Testimony, September 9, 2022.
      Rebuttal Report, July 19, 2022.
      Third Supplemental Expert Report, June 3, 2022.
      Deposition, April 21, 2022.
      Second Supplemental Expert Report, April 19, 2022.
      Supplemental Expert Report, April 13, 2022.
      Expert Report, January 28, 2022.

*Allgarve Holdings, LLC v NHI Investment Management, LLC et al,* Circuit Court, Miami-Dade County, FL, Case No. 2019-0016897-CA-01
      Deposition, September 6, 2022.
      Expert Report, May 23, 2022.

*In Re: Opioid Litigation,* In the Circuit Court of Kanawha Couunty, West Virginia Civil Action No. 21-C-9000 DISTRIBUTOR
> Deposition, May 2, 2022.
> Expert Report, March 7, 2022.

*State of Florida v. Purdue Pharma L.P., et al.,* Circuit court of the Sixth Judicial District in and for Pasco County, Florida, Case No. 2018-CA-001438
> Trial Testimony, April 13, 2022.
> Deposition, December 14, 2021.
> Supplemental Report, December 10, 2021.
> Rebuttal Expert Report, October 29, 2021.
> Expert Report, July 30, 2021.

*Walker v Seaton*, In the Circuit Court of Shelby County Tennessee for the Thirtieth Judicial District at Memphis, *NO.* CT-001982-18, Div. 7
> Deposition, March 8, 2022.
> Expert Report, August 9, 2021.

*Wayne Harwell v Texas Next Captial, L.P., et al*  District Court, Bexar County, Texas, 166th Judicial District, Case No. 2017CI03737
> Rebuttal Expert Report, January 14, 2022.
> Supplemental Expert Report, March 6, 2020.
> Deposition, November 26, 2019.
> Expert Report, February 21, 2019.

*In Re Opioid Litigation,* 400000/2017 Case Nos. County of Suffolk, 400001/2017, County of Nassau, 400008/2017; and New York State, 400016/2018
> Trial Testimony, September 13-15, 2021.
> Deposition, August 5, 2021.
> Hearing Testimony, August 19, 2020.
> Deposition, January 27, 2020.
> Expert Report, December 18, 2019.

*In Re Texas Opioid Litigation, County of Dallas v Puerdue Pharma, L.P. et al* District Court for the 116th Judicial District, Dallas County, Texas No. 2018-77098
> Deposition, September 7, 2021.
> Expert Report, June 7, 2021.

*In Re Texas Opioid Litigation, County of Bexar v Puerdue Pharma, L.P. et al* District Court for the 224th Judicial District, Dallas County, Texas No. 2018-77066
> Expert Report, August 3, 2021.

*State of Washington v. CLA Estate Services, Inc.,* King County Superior Court, Washington, No. 18-2-06309-4 SEA
> Trial Testimony, November 18, 2020.
> Deposition, August 7, 2019.
> Expert Report, June 14, 2019.

*Steven Varela v Ryan Mayer* No. 20-2-02929-31, Superior Court of Washington for Snohomish County.
> Declaration, November 16, 2020.

*State of Ohio v McKesson et al.* Court of Common Pleas, Madison County, Ohio, Case No. CVH20180055
>> Deposition, July 15, 2020.
>> Expert Report, February 22, 2020.

*In Re Jeffrey Bryan Hall*, State of Ohio, Franklin County, Case No. 04124-17-CR
>> Expert Report, December 31, 2019.

*In Re: Lawrence J. and Florence A. DeGeorge Charitable Trust et al v Lawrence F. DeGeorge et al*, In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Probate Division, Case No. 502012CP004397XXXXMB
>> Trial Testimony, August 21, 2017.

*Douglas Ballinger, et al v Regions Investment Management Inc. et al* In the Sixth Circuit Court of Tennessee for the Twentieth Judicial District at Nashville.
>> Deposition, April 26, 2017.
>> Expert Report, March 8, 2017.

*Travis A. Medve v JP Morgan Chase Bank, N.A., et al,* In the District Court of Harris County, Texas, 61st Judicial District, Cause No. 2015-38122
>> Deposition, February 24, 2017.
>> Expert Report, December 5, 2016.

*Jack Loperena v Steve Antry, et al,* In the District Court of Tulsa County, State of Oklahoma CJ-2013-03058
>> Trial Testimony, June 10, 2016.
>> Deposition, November 4, 2015.

*Roberta Mell v Resnick Investment Advisors, LLC* Superior Court, Judicial District of Stamford/Norwalk State of Connecticut, CV 13-6019201S
>> Deposition, March 11, 2016.
>> Expert Report, November 3, 2015.

*Frances Brilliard, et al v Morgan Asset Management Inc. et al* In the Circuit Court of Tennessee for the Thirteenth District at Memphis, Shelby County, Case No: DC-09-14448.
>> Deposition, February 20, 2015.
>> Expert Report, January 2, 2015.

*Purdue Avenue Investors L.P. et al v Morgan Keegan & Co. Inc, et al*, In the District Court, Dallas County, Texas, 101st Judicial District, Case No: DC-09-14448.
>> Trial Testimony, October 16, 2014.
>> Deposition, August 22, 2014.
>> Expert Report, July 15, 2014.

*Francis P. Maybank v BB&T Corporation, et al,* State of South Carolina, County of Greenville, Court of Common Pleas, C.A. No. 2011-CP-23-8578.
>> Trial Testimony, June 19, 2014.
>> Deposition, February 7, 2014.

*Robert L. McDonald v Camarind, Mogey & Fife et al,* In The Court of Common Pleas of Allegheny County, Pennsylvania, Case No. CD-11-016862.
>> Expert Report, July 11, 2013.

*Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 239 M.D. 2006, *Commonwealth v. Estate Planning Advisors Corp, et al.* No. 740 M.D. 2004, and *Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 576 M.D. 2001, Commonwealth Court of Pennsylvania.
>   Expert Report, April 8, 2013.

*Firefighters Retirement System v Regions Bank et al,* State of Louisiana, Nineteenth Judicial District Court for the Parish of East Baton Rouge, Docket No. 56874,  Division 25.
>   Expert Report, November 1, 2012.
>   Expert Report, July 20, 2012.

*C. Randall Lewis, Receiver v. Steve Taylor,* District Court, Denver County, Co., Case No. 2011CV2071.
>   Affidavit, November 1, 2012.
>   Expert Report, October 8, 2012.

*In Re International Textile Group, Inc. Merger Litigation*, State of South Carolina, County of Greenville, Court of Common Pleas, C.A. No. 2009-CP-23-3346.
>   Deposition, October 24, 2012.
>   Supplemental Expert Report, October 19, 2012.
>   Supplemental Expert Report, July 27, 2012.
>   Deposition, December 8, 2011.
>   Expert Report, July 20, 2011.
>   Deposition, May 13 and May 14, 2011.
>   Expert Report, April 1, 2011.

*Lennar Corporation et al v Briarwood Capital, LLC et al* Circuit Court, Miami-Dade County, CACE 08-55741 CA 40
>   Deposition, September 18, 2012.
>   Expert Report, August 16, 2012.

*Susan W. Gore v Robert Gore et al* Chancery Court, Delaware, C.A. No. 4237-VCN
>   Rebuttal Expert Report, September 7, 2012.
>   Expert Report, June 27, 2012.

*Woodbridge Holdings, LLC v Prescott Group Aggressive Small Cap Master Fund et al,* Circuit Court, Broward County, CACE 09-64811.
>   Trial Testimony, May 31, 2012.
>   Rebuttal Report, May 23, 2011.
>   Deposition, May 4, 2012.
>   Rebuttal Report, April 24, 2011.
>   Expert Report, April 2, 2011.

*Pursuit Partners, LLC and Pursuit Management, LLC v. UBS AG Securities LLC et al,* Superior Court, Judicial District of Stamford-Norwalk at Stamford No. X05-CV-08-4013452-S
>   Deposition, June 7, 2011.
>   Expert Report, May 5, 2011.

*Petition of Bank One Trust Company, N.A. For Instruction and Construction of Trust*, District Court, Tulsa County, State of Oklahoma, Case No. PT-2006-013
>   Trial Testimony, April 19 and May 19, 2011.
>   Supplemental Expert Report, November 16, 2009.
>   Deposition, December 15, 2008.
>   Expert Report, June 13, 2008.

*BB&T Asset Management, Inc., et al v Frederick V. Martin,* Virginia Circuit Court for the City of Norfolk Case No. CL07006153-00
> Expert Report, August 15, 2008.

*Ross Gampel et al v Northern Trust Bank of Florida,* Circuit Court, Broward County, CACE 05-18352 CA 31,
> Deposition, April 17, 2008.

*Cynthia Weiss v Robert Sturman, et al* In The Court of Common Pleas of Philadelphia County, August Term, 2006 NO. 3332
> Expert Report January 23, 2008.

*Salix Affiliates et al v Lattimore, Black, Morgan & Cain, P.C.,* Chancery Court, Tennessee Case No. 06-1500-IV
> Deposition, December 5, 2007.
> Expert Report, September 21, 2007.

*Tafazzoli Family Limited, et al v. TradeStation Group, Inc. et al* Circuit Court, Miami-Dade County, CACE 03-19815 CA 40.
> Deposition, September 18, 2007.

*Glenn Wall, et al v. James F. Bottoms, et al* State Court of Fulton County, Georgia, Case No. 06VS091950F.
> Deposition, June 19, 2007.

*Andrew A. Allen Family Limited Partnership v. TradeStation et al* Circuit Court, Broward County, CACE 03-014229.
> Trial Testimony, May 4, 2007.
> Deposition, February 20, 2007.

*Remmora Investments v Robert Orr,* Circuit Court of Fairfax County, VA No. 187948
> Trial Testimony, November 20, 2006.
> Deposition, October 9, 2006.

*Gerardo Martin Demerutis Chaul, et al, v. Mohammed Abu-Ghazaleh, et al* Circuit Court, Miami-Dade County, CACE 02-31670 CA 32.
> Trial Testimony, November 6, 2006.
> Deposition, October 11, 2005.
> Expert Report July 15, 2005.

*Calomiris v Calomiris,* District of Columbia Superior Court, Civil Action No. 05-0004062
> Deposition, October 11, 2006.

*Jack Holtsberg and Elaine M. Holtsberg v. Citigroup et al* Circuit Court, Palm Beach County, CACE 50 2004CA000837
> Affidavit, August 28, 2006.

*Majestic Enterprises v. Northern Trust Bank of Florida* Circuit Court, Broward County, CACE 03-19243.
> Deposition, July 26, 2006.

*San Carlos Apache Tribe Government Employee's 401(K) v. A. Thomas Ullmann et al,* Superior Court of Arizona, Case No. CV2005-005942.
> Supplemental Expert Report, July 24, 2006.
> Expert Report, June 30, 2006.

*Patrick T. Noonan and Nancy J. Noonan v. Hackett Investment Advisors, Inc. et al*, Superior Court of Arizona, No. CV2005-010186.
    Deposition, June 21, 2006.

*Stephen F. Johnston et al v Baran Group et al*, Superior Court of Fulton County, State of Georgia, Case No. 2004CV89313.
    Deposition, June 28, 2006.
    Expert Report June 9, 2006.

*Carol Pomerantz et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 02-015246-08,
    Deposition, October 5 and October 12, 2005.

*Carney Family Irrevocable Trust of 1999 v State Street Global Advisors, et al* Superior Court of Commonwealth of Massachusetts, CIV. 03-2716 BLS 2
    Deposition, June 21, 2005.

*Trust Estate of Emanuel Rosenfeld, Settlor* In The Court of Common Pleas of Philadelphia County, Orphans' Court Division, O.C. NO. 1664 IV OF 2002
    Trial Testimony, May 3, 2005.
    Expert Report April 8, 2005.

*Evi U. Chamness et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 03-001939-12,
    Deposition, February 17 and February 18, 2005.
    Affidavit, November 19, 2004.

*Ponswamy Rajalingham et al v Urecoats International, Inc. et al*, Circuit Court, Broward County, CACE 02-009324,
    Deposition, March 1, 2004.

*William J. Kerley v. McCullough, Sherrill LLP, et al State Court of Fulton County, State of Georgia, Civil Action No. 02VS028870E,*
    Affidavit, March 12, 2004.
    Deposition, September 11, 2003.

*Plantation Sales, Inc. dba Plantation Nissan/Volvo v Northern Trust Bank of Florida*, Circuit Court, Broward County, CACE 02-006761 (05),
    Deposition, February 19, 2004.

*Century Business Services v Victor C. Moore*, Court of Common Pleas, Cuyahoga County, Case No. 469291,
    Trial Testimony, February 9, 2004.
    Deposition, January 19, 2004.

*Michael B. Holt, as Trustee of the Mark E. Munro Charitable Remainder Unitrust,  v. Merrill Lynch Trust Co., et al* Superior Court of New Jersey, Docket # ESX-L-6713-02
    Deposition, January 15, 2004.
    Expert Report, September 8, 2003.

*Jack E. Forbes v. A.G. Edwards, et al* Circuit Court of Monongalia County, State of West Virginia, Civil Action No. 01-C-325
    Trial Testimony, December 11, 2003.
    Deposition, September 30, 2003.

*In re: Thompsons vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania February Term 2002, 004428
> Expert Report, August 25, 2003.

*In re: Moutsatsos vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania May Term 2001, 003659
> Expert Report, July 7, 2003.

*Nancy J. Needham et al v. Advanced Communications et al* Circuit Court of Florida, Fifteenth Judicial Circuit, Case No.: 00-0067-CA-HDH
> Affidavit, May 15, 2003.

*JDN Realty et al v. McCullough, Sherrill LLP, et al* Superior Court of the State of Georgia, Civil Action No. 01-CV-39193,
> Deposition, April 8, 2003.

*Dezendorf v Riggs Bank*, District of Columbia Superior Court, Civil Action No. 00502-01
> Deposition, April 24, 2002.

*Ratcliff Family Charitable Remainder Trust et al v. Appletree Capital Management et al* Circuit Court of Collier County, Florida Case No.: 00-0067-CA-HDH
> Affidavit, August 22, 2001.

*Mahvash Sabet v. Olde Discount Corporation et al*, Superior Court of Arizona
> Affidavit, July 31, 2001.
> Trial Testimony, April 24 and April 25, 2001.
> Deposition, January 22 and January 23, 2001.
> Supplemental Expert Report, October 11, 2000.
> Expert Report, August 31, 2000.
> Affidavit, February 17, 2000.

*Pierce v van Beuren*, Circuit Court of Rappahannock County, VA
> Trial Testimony, January 24, 2001.

*Jason A. Forge et al v National Semiconductor Corp. et al*, Superior Court of the State of California, County of Santa Clara CV 770082
> Deposition, May 18, 2000.

## International

*Majestic Asset Management LLC, et al v The Toronto-Dominion Bank*, Superior Court of Québec, District of Montreal, Case No. 500-06-000914-180.
> Expert Report, May 9, 2022.

*Mouvement D'Education et de Defense Des Actionnaires v. Laurentian Bank of Canada, et al.* Superior Court of Québec, District of Montreal, Case No. 500-06-001076-203.
> Rebuttal Expert Report, March 28, 2024.
> Expert Report, March 29, 2021.

*John Peters v. SNC-Lavalin Group Inc et al,* Ontario Superior Court of Justice, Court File No. CV-19-00615070-00CP.
> Deposition, March 24, 2021.
> Affidavit and Expert Report, March 5, 2020.

*Anne Miller and Martin Dionne v HEXO Corp., et al.* Superior Court of Québec, District of Montreal, Case No. 500-06-001029-194.
   Expert Report, February 1, 2021.

*Denis Gauthier (Representative Plaintiff) v. Bombardier Inc. et al,* Superior Court of Québec, District of Montreal, Case No. 500-06-000977-195.
   Expert Report, May 23, 2019.

*Great Canadian Gaming Corp., et al v. British Columbia Lottery Commission,* Supreme Court of British Columbia, Vancouver Registry No.: S-152587.
   Expert Report, March 23, 2019.

*Pierre Derome et al. v. The Stars Group Inc. et al,* Superior Court of Québec, District of Montreal, Case No. 500-06-000785-168.
   Expert Report, August 24, 2018.

*Majestic Asset Management LLC (Representative Plaintiff) v.* The Toronto-Dominion Bank et al, Superior Court of Québec, District of Montreal, Case No. 500-06-000914-180.
   Expert Report, June 5, 2018.

*Denis Gauthier v. David Baazov,* Superior Court of Québec, District of Montreal, Case No. 500-06-000859-179.
   Expert Report, May 31, 2018.

*Ronald J. Valliere et al. v. Concordia International Corp. et al,* Ontario Superior Court of Justice, Court File No. CV-17-584809-00CP.
   Expert Report, December 15, 2017.

*Robert Landry (Representative Plaintiff) v. Concordia International Corp. et al,* Superior Court of Québec, District of Montreal, Case No. 500-06-000834-164.
   Expert Report, December 15, 2017.

*In the Matter of Home Capital Group Inc et al,* before the Ontario Securities Commission
   Expert Report, May 26, 2017.

*In the Matter of Jowdat Waheed and Bruce Walter,* before the Ontario Securities Commission
   Expert Report, December 24, 2012.

*In the Matter of Biovail Corporation et al,* before the Ontario Securities Commission
   Hearing Testimony, April 9, 2009.
   Expert Report, February 27, 2009.

## AAA, JAMS and Other Arbitrations

*Denise Pierson Newman et al v Millennium Trust Company,* JAMS Arbitration
   Expert Report, September 3, 2019.

*Joseph M. Piccirilli et al v U.S Trust,* JAMS Arbitration
   Rebuttal Expert Report, April 17, 2019
   Expert Report, March 15, 2019.

*Kosti Shirvaninan v Citigroup Global Markets Inc. (f/k/a) Salomon Smith Barney* AAA Arbitration
   Hearing Testimony, December 16, 2016.
   Hearing Testimony, February 8, 2016.
   Deposition, January 15, 2016.

*Estate of Carroll S. Walraven v Genspring,* JAMS Arbitration
    Expert Report, May 3, 2016.

*Poston Lumber, LLC et al v TBSG, LLC et al* JAMS Arbitration
    Hearing Testimony, April 13, 2016.

*Albert C. Woodroof et al v Genspring,* JAMS Arbitration
    Expert Report, March 13, 2015.

*Michael Gould and Janice Gould v Genspring,* JAMS Arbitration
    Expert Report, January 12, 2015.

*Metzler et al v Calhoun et al,* Henning Mediation & Arbitration
    Hearing Testimony, October 16, 2014.

*Oscar Williams et al v Montecito,* AAA Arbitration
    Hearing Testimony, August 26, 2014.

*Auto City Service, Inc., et al v , JP Morgan Chase Bank,* AAA Arbitration
    Expert Report, July 9, 2014.

*Allina Health System v UBS Securities, LLC,* AAA Arbitration
    Declaration, March 5, 2014.

*Randal Golden v Genspring,* AAA Arbitration
    Expert Report, November 1, 2013.

*Richard Golden v Genspring,* AAA Arbitration
    Hearing Testimony, June 6, 2012.
    Rebuttal Expert Report, May 21, 2012.
    Expert Report, April 6, 2012.

*St. Anthony Foundation vs. SCM Advisors, LLC* AAA Arbitration
    Hearing Testimony, March 8, 2011.

*Stephen Tigerman v Heller Capital Resources, Inc. et al JAMS* Arbitration
    Hearing Testimony, February 9, 2011.
    Deposition, January 6, 2011.

*Peter Fusco v Fisher Investments, Inc.* AAA Arbitration,
    Hearing Testimony, September 16, 2010.

*Elliott C. Levinthal al v. First Republic Securities Company LLC et al* AAA Arbitration
    Hearing Testimony, April 7, 2010.

*Matthew Schoenberg et al v Wells Fargo Bank, N.A. et al* AAA Arbitration
    Hearing Testimony, January 11, 2010.
    Deposition, January 5, 2010.
    Expert Report, December 11, 2009.

*Robert Tandler et al v. First Republic Securities Company LLC et al* AAA Arbitration
    Hearing Testimony, August 25, 2009.

*CRG Partners, Inc. et al v Genesis Technology Group,* AAA Arbitration
    Hearing Testimony, December 4 and December 23, 2008.
    Deposition, November 26, 2008 and December 19, 2008.
    Supplemental Expert Report, December 18, 2008.
    Expert Report, November 24, 2008.

*Anthony Ostlund & Baer, P.A. et al v Vigilant Investors L.P. et al.* AAA Arbitration
  Hearing Testimony, October 30, 2008.

*Dominion Terminal Associates v. CSX Transportation, Inc.,* AAA Arbitration
  Deposition, June 23, 2006.
  Expert Report, May 17, 2006.
  Declaration, February 9, 2006.

*Bradley Markham and John Truchanowicz v Black Box Inc.,* AAA Arbitration
  Hearing Testimony, June 4, 2002.
  Expert Report, May 22, 2002.

*Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration.
  Hearing Testimony, May 9, 2002
  Supplemental Expert Report, April 10, 2002.
  Expert Report, March 23, 2002.

*Raymond H. Stanton II and Raymond H. Stanton III v. Cendant Corporation*, AAA Arbitration,
  Hearing Testimony, October 16 and 18, 2000.
  Expert Report, February 9, 2000.

## NASD, NYSE and FINRA Arbitrations

Dr. McCann has testified before approximately 500 NASD, NYSE, and FINRA arbitration panels.

## Miscellaneous Testimony

*In the Matter of Peter A. Bill, Scanwood Limited Incorporated and AOS, Inc.* OM2018-0002 State of New Hampshire, Secretary of State, Bureau of Securities Regulation
  Deposition, November 18, 2021.
  Supplemental Expert Report, October 15, 2021.
  Expert Report, March 26, 2021.

*New Hampshire, Secretary of State, Bureau of Securities Regulation v Steven Meyer.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
  Affidavit, June 29, 2017.

*In the Matter of Zachary Mannes and Raphi Capital Management LLC* Before the Securities Commissioner of Maryland, Case No. 2015-0128
  Expert Report, November 1, 2016.

*In the Matter of Timothy K. Fife* Before the Ohio Department of Commerce, Division of Securities, Case No. 14-028
  Hearing Testimony, September 9, 2015.

*In the Matter of St. Bernard Financial Services, Inc., Robert Keenan and Steele Stehpens,* Before the Arkansas Securities Commissioner, Case No. S-12-0063
  Hearing Testimony, April 6, 2015.
  Deposition, September 8, 2014.
  Expert Report, December 20, 2013.

*In the Matter of Focus Capital and Nicolas Rowe. Respondent.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
  Expert Report, December 7, 2012.

*In the Matter of: UBS Financial Services, Inc. Respondent.* State of New Hampshire, Secretary of State, Bureau of Securities Regulation
> Expert Report, February 17, 2011.

*South Beach Securities Inc.* before the National Securities Clearing Corporation,
> Hearing Testimony February 9, 2000.
> Expert Report January 31, 2000.

*Report on The Adequacy of the SIPC Fund* to the Board of Directors of Securities Investor Protection Corporation, April 22, 1998.

Before the Subcommittee on Securities of the Senate Banking Housing and Urban Affairs Committee, "How (and Why) Companies Should Value Their Employee Stock Options" Senate Hearings No. 103-359, October 21, 1993.

## Publications and Working Papers (available at www.slcg.com)

"Regulation D Offerings: Issuers, Investors, and Intermediaries", with Chuan Qin and Mike Yan, 2023.

"Diversifying a Concentrated Stock Position in 2023", with Susan Song, Regina Meng and Mike Yan, 2023.

"Further on the Returns to Non-traded REITs: A Reply", with Regina Meng, forthcoming *Journal of Wealth Management*, Fall 2022.

"Does Regulatory Jurisdiction Affect the Quality of Investment-Adviser Regulation? – The Credit Crisis Effect", with Chuan Qin, 2022.

"Further on the Returns to Non-traded REITs", with Joshua Mallett, *Journal of Wealth Management*, 24(3): Winter 2021.

"UBS Yield Enhancement Strategy Returns - and then the Losses – Were Caused by Equity Market Exposure" with Regina Meng and Edward O'Neal, 2019, working paper.

"Rating Brokerage Firms by Their Complaint Histories Rather Than by Their Brokers' Histories," with Chuan Qin and Mike Yan, 2017, working paper.

"Efficient Valuation of Equity-Indexed Annuities Under Levy Processes Using Fourier-Cosine Series" with Geng Deng, Tim Dulaney and Mike Yan, 2017, *Journal of Computational Finance.* Vol 21, No 2, pp 1-27.

"How Widespread and Predictable is Stock Broker Misconduct?" with Mike Yan and Chuan Qin, *Journal of Investing,* Summer 2017, pp. 6-25.

"Structured Products and the Mischief of Self-Indexing" with Mike Yan and Geng Deng, *Journal of Index Investing,* Spring 2017, pp. 16-29.

"An Empirical Analysis of Non-traded REITs", with Brian Henderson and Joshua Mallett, *Journal of Wealth Management*, 19(1): 83-94, Summer 2016.

"Fiduciary Duties and Non-Traded REITs" *Investments & Wealth Monitor* July/August 2015.

"Ex-post Structured Product Returns: Index Methodology and Analysis" with Geng Deng, Tim Dulaney, Tim Husson and Mike Yan, *Journal of Investing,* Summer 2015, Vol. 24, No. 2: pp. 45–58.

"Retail Oil and Gas Investments" with Brian Henderson, Joshua Mallett and Regina Meng, 2015.

"Structured Certificates of Deposit: Introduction and Valuation", with Geng Deng, Tim Dulaney and Tim Husson, *Financial Services Review* Volume 23, Number 3, 2014.

"Large Sample Valuations of Tenancies-in-Common" with Timothy Husson, Edward O'Neil and Carmen Taveras, *Journal of Real Estate Portfolio Management*, vol. 20, no. 2 2014.

"A Primer on Non-Traded REITs and Other Alternative Real Estate Investments" with Tim Husson and Carmen Taveras, *Alternative Investment Analyst Review,* 2014.

"Dual Directional Structured Products" with Geng Deng, Tim Dulaney and Tim Husson, 2014. *Journal of Derivatives and Hedge Funds* Volume 20, Issue 2 (May 2014).

"Private Placement Real Estate Valuation" with Timothy Husson, Edward O'Neil and Carmen Taveras, 2014, *Journal of Business Valuation and Economic Loss Analysis* Volume 9, Issue 1 (Jan 2014).

"Valuation of Structured Products" with Geng Deng and Tim Husson, 2014, *Journal of Alternative Investments* Spring 2014, Vol. 16, No. 4: pp. 71–87

"Modeling a Risk-Based Criterion for a Portfolio with Options" with Geng Deng and Tim Dulaney, *Journal of Risk*. Vol. 16, No. 6.

"The Fall of Willow" with Geng Deng, 2014.

"Structured Product Based Variable Annuities" with Geng Deng, Tim Dulaney and Tim Husson, *Journal of Retirement* Winter 2014, Vol. 1, No. 3: pp. 97-111.

"Valuation of Reverse Convertibles in the Variance Gamma Economy" with Geng Deng and Tim Dulaney, *Journal of Derivatives and Hedge Funds.* (2013) 19, 244–258.

"Crooked Volatility Smiles: Evidence from Leveraged and Inverse ETF Options" with Geng Deng, Tim Dulaney and Mike Yan, *Journal of Derivatives and Hedge Funds,* (2013) 19, 278–294.

"Robust Portfolio Optimization with Value-at-Risk Adjusted Sharpe Ratios," with Geng Deng, Tim Dulaney and Olivia Wang *Journal of Asset Management,* (2013) 14, 293–305.

"Using EMMA to Assess Municipal Bond Markups" with Geng Deng, 2013.

"Municipal Bond Markups" with Geng Deng, 2013.

"Optimizing Portfolio Liquidation Under Risk-Based Margin Requirements" with Geng Deng and Tim Dulaney, *Journal of Finance and Investment Analysis,* vol. 2, no. 1, 2013, 121-153.

"The Priority Senior Secured Income Fund," with Tim Dulaney and Tim Husson, 2013.

"What is a TIC Worth?" with Tim Husson and Carmen Taveras, 2013.

"The Rise and Fall of Apple-linked Structured Products" with Geng Deng, Tim Dulaney and Mike Yan, 2013.

"Are VIX Futures ETPs Effective Hedges?" with Geng Deng and Olivia Wang, 2012, *Journal of Index Investing,* 3(3):35-48, Winter 2012.

"The Properties of Short Term Investing in Leveraged ETFs" with Geng Deng, *Journal of Financial Transformation,* October 2012.

"Leveraged Municipal Bond Arbitrage: What Went Wrong?" with Geng Deng, 2012, *Journal of Alternative Investments*, Spring 2012, Vol. 14, No. 4: pp. 69–78.

"Isolating the Effect of Day-Count Conventions on the Market Value of Interest Rate Swaps" with Geng Deng, Tim Dulaney and Tim Husson, 2012.

"CLOs, Warehousing, and Banc of America's Undisclosed Losses" with Tim Husson and Olivia Wang, 2012.

"Using Monte-Carlo Simulation Techniques to Value Partial Interests in Trusts and Assess the Prudent Investor Standard" with Geng Deng and Tim Husson, 2012.

"Rethinking the Comparable Companies Valuation Method" with Paul Godek, Dan Simundza and Carmen Taveras, 2011.

"The Anatomy of Principal Protected Absolute Return Barrier Notes" with Geng Deng, Ilan Guedj and Joshua Mallett, 2011, *Journal of Derivatives,* Winter 2011, Vol. 19, No. 2: pp. 61-70.

"Modeling Autocallable Structured Products" with Geng Deng and Joshua Mallett, 2011, *Journal of Derivatives & Hedge Funds* 17, 326–340.

"What Does a Mutual Fund's Term Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Summer 2011 vol. 20.

"The VXX ETN and Volatility Exposure" with Tim Husson, 2011.

 "Futures-Based Commodities ETFs" with Ilan Guedj and Guohua Li, *Journal of Index Investing,* Summer 2011 vol. 2, no. 1.

"What Does a Mutual Fund's Average Credit Quality Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Winter 2010 vol. 19, no. 4.

"Leveraged ETFs, Holding Periods and Investment Shortfalls" with Ilan Guedj and Guohua Li, 2010, *Journal of Index Investing* Winter 2010 vol. 1, no. 3.

"Charles Schwab YieldPlus" with Geng Deng, and Edward O'Neal, 2010.

"What TiVo and JP Morgan teach us about Reverse Convertibles", with Geng Deng, Edward O'Neal, and Guohua Li, 2010.

"The Risks of Preferred Stock Portfolios," with Guohua Li and Edward O'Neal, 2010.

"Auction Rate Securities" with Edward O'Neal, 2010.

"Structured Products in the Aftermath of Lehman Brothers" with Geng Deng and Guohua Li, 2009.

"Oppenheimer Champion Income Fund" with Geng Deng and Joshua Mallett, 2009.

"Regions Morgan Keegan and the Abuse of Structured Finance", 2009.

"An Economic Analysis of Equity-Indexed Annuities", 2008.

"A CMO Primer: The Law of Conservation of Structured Securities Risk", 2007.

"Are Structured Products Suitable for Retail Investors?" with Dengpan Luo, 2006.

"An Overview of Equity-Indexed Annuities" with Dengpan Luo, 2006.

"Annuities" with Kaye A. Thomas, 2005.

"Optimal Exercise of Employee Stock Options and Securities Arbitrations" with Kaye A. Thomas, 2005.

"Concentrated Investments, Uncompensated Risk and Hedging Strategies" with Dengpan Luo, , 2004.

"The Use of Leveraged Investments to Diversify a Concentrated Position" with Dengpan Luo, *Securities Arbitration 2004 Handbook* PLI.

"Detecting Personal Trading Abuses", 2003.

"Churning Revisited: Trading Costs and Control" with Dengpan Luo, *Securities Arbitration 2003 Handbook* PLI.

"The Suitability of Exercise and Hold," with Dengpan Luo, *Securities Arbitration 2002 Handbook,* PLI.

"Spreads, Markups, Sales Credits and Trading Costs," with Richard Himelrick, Esq.

"The Prudent Investor Rule, Uniform Prudent Investor Act and Financial Theory," 2000.

"Economic Analysis in Broker Customer Disputes Involving Allegations of Churning," *Journal of Legal Economics* 9:1 Spring/Summer 1999.

"A Comment on Accelerated Trading Models Used in Securities Class Action Lawsuits," with David Hsu, *Journal of Legal Economics* 8:3 Winter 1998-1999.

"How (and Why) Companies Should Value Their Employee Stock Options," *Journal of Applied Corporate Finance* Summer 1994, Volume 7 number 2, page 91.

"Perspectives: Taking Account of Stock Options," *Harvard Business Review* January-February 1994, Volume 72 number 1, page 27.

"Golden Parachutes: A Theoretical and Empirical Investigation," unpublished Ph.D. dissertation, UCLA, 1989.

March 28, 2024

## Appendix 2 Corrections to the ARCOS Data

195.   I exclude certain transactions in the ARCOS Data and make corrections to other transactions in the ARCOS Data.

196.   I make the following types of changes:

a.  Duplicate transactions were identified and deleted if 90% or more of a Reporter's transactions in a calendar month appeared more than once.

b.  I exclude transactions where the Drug Code from the NDC dictionary is not one of the 14 opioids listed in Table 1.

c.  I exclude transactions where the Action Indicator code, Correction Number, or both suggest the reported transaction is erroneous.

d.  I exclude all transactions involving reverse distributors, analytical labs, importers, exporters, or researchers, because they are not relevant to my analysis. In addition, reverse distributors overstate the quantity of opioids shipped for destruction.

e.  I modify transactions with obvious errors in the reported Quantity.

f.  I exclude transactions with Transaction Code "X" (Lost-in-Transit), because "Transaction Code X is an explanatory transaction code which does not affect an ARCOS registrant's inventory."[43]

---

[43] ARCOS Handbook, §5.8.3, p. 5-19.

g.  I correct the Calculated Base Weight in Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC dictionary.

h.  Originally reported transactions were excluded if the ARCOS Data also includes a corresponding corrected or adjusted transaction.

i.  I updated information, such as business activity, when information the DEA provided in 2023 for a Registrant differed from information the DEA provided in 2018 for the same Registrant.

### A.    NDC Dictionary

197.    Three of the fields in the ARCOS Data (NDC, Drug Code, and Drug Name) can also be found in the NDC Dictionary.[44] I checked the accuracy of the Drug Code and Drug Name in the ARCOS Data by comparing those fields to the information in the NDC Dictionary.[45] When the two sources listed different Drug Codes or Drug Names, I updated the ARCOS Data to reflect the information in the most recent NDC Dictionary. Drug Code, Drug

---

[44]    The DEA's NDC dictionary is available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt. The dictionary is explained at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt. The DEA updates the NDC dictionary monthly to correct errors, add new drug products, and remove discontinued drug products. I used the NDC dictionary updated in November 2018, January 2020, and August 2023, plus any discontinued drug products from earlier versions of the NDC dictionary in May 2018 – October 2018. An alternative NDC dictionary is maintained by the FDA (www.accessdata.fda.gov/scripts/cder/ndc/index.cfm).

[45] I matched the ARCOS Data to the NDC Dictionary using NDC. For the Drug Code, I compared the first four digits of the Drug Code in the ARCOS Data to the first four digits of the Drug Code in the DEA's NDC dictionary. 156 NDCs in the ARCOS Data were not in the DEA's NDC dictionary.

Name and Drug Strength for NDCs appearing for the first time in the 2015-2019 data were imported using the August 2023 NDC Dictionary.

198.   I also checked the accuracy of Calculated Base Weight in Grams in the ARCOS Data and found some NDCs for which the ARCOS Data incorrectly reported the Calculated Based Weight in Grams because it relied on an incorrect Ingredient Base Weight in the NDC Dictionary.[46] I reviewed the Ingredient Base Weights in the NDC Dictionary for all NDCs with Dosage Units in the ARCOS Data and flagged Ingredient Base Weights as potentially incorrect if the weight of the drug per dosage form (e.g., capsule, tablet, patch) was significantly different than other drug products with the same base drug and dosage strength.

199.  For example, the NDC Dictionary reported that NDC 00056012770 (Percocet 5 mg tablets) contains 0.4483 milligrams of oxycodone per 100 tablets (0.004483 milligrams per tablet). Given other data in the NDC Dictionary, it is apparent that each 5-milligram tablet has 4.483 milligrams of oxycodone.[47] I concluded that this NDC's Ingredient Base Weight in the NDC Dictionary and Calculated Base Weight in Grams in the ARCOS Data should be 1,000 times larger, and accordingly increased the Calculated Base Weight in Grams for this NDC.

---

[46] Calculated Base Weight in Grams is a function of the Quantity, Unit, and Strength fields in the ARCOS Data, and the Ingredient Base Weight in the NDC Dictionary. 88% of shipment records in the 2015-2019 ARCOS data did not include Calculated Base Weight in Grams. I used the NDC Dictionary to fill in missing Calculated Base Weight in Grams.

[47] The drug's Ingredient Base Weight (e.g., 448.3 mg per 100 tablets) does not match the dosage strength (e.g., 500 mg per 100 tablets) because the Ingredient Base Weight is presented in terms of the anhydrous base form of the drug, while the dosage strength is presented in terms of the salt form of the drug. *See* p. 6-3 and Appendix 3 of the ARCOS Handbook.

200.   The DEA's NDC Dictionary also includes the trade name of the drug product ("Trade/Product Name") and the dosage form ("Package Measure"), which I added to the ARCOS Data.

201.   Finally, I checked the accuracy of the Dosage Unit in the ARCOS Data by using the NDC Dictionary. I multiplied the Quantity in the ARCOS Data by the Package Quantity in the NDC Dictionary. I did not find any discrepancies.

### B.  Erroneous Transactions

202.   I found and corrected four categories of erroneous transactions in the ARCOS Data.

#### 1.  *Transactions where ACTION_INDICATOR and CORRECTION_NO are both populated.*

203.   The ARCOS Handbook explains that both the Action Indicator and Correction Number fields should never be populated for the same transaction. I found and deleted such erroneous transactions.[48]

#### 2.  *Adjustments to previously reported transactions.*

204.  Reporters can adjust a previously reported transaction by submitting an adjusted transaction to ARCOS with ACTION_INDICATOR = "A" and submitting a deletion request for the originally reported transaction.[49] I identified all instances where the ARCOS Data included an adjusted transaction and either the originally reported transaction, the deletion

---

[48] *See* ARCOS Handbook, §7.4, p. 7-5.

[49] *See* ARCOS Handbook, §5.9.2, p. 5-20; §7.5.1, p. 7-13; and §7.8.2, p. 7-19.

request, or both.[50] I deleted the deletion request and the originally reported transaction.

### 3. Deletions of previously reported transactions.

205. Reporters can delete a previously reported transaction from ARCOS by re-submitting the transaction with ACTION_INDICATOR = "D".[51] I identified those instances where the ARCOS Data included the deletion request and the original reported transaction.[52] I deleted the original transaction and the deletion request.

### 4. Corrections of previously reported transactions.

206. Reported transactions are sometimes rejected by ARCOS. The Reporter can then re-submit the transaction as a correction transaction. Correction transactions are identified by a record identifier in the CORRECTION_NO field.[53] I kept the corrected transaction and deleted the originally reported transaction.[54]

### C. Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers

207. Reverse distributors, manufacturers and distributors ship opioids to analytical labs for destruction. Usually, manufacturers and distributors ship the opioids to the reverse distributors, who then ship them to the analytical

---

[50] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

[51] *See* ARCOS Handbook, §5.9, pp. 5-19 through 5-20, and §7.5.1, p. 7-12.

[52] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the Transaction ID, the Transaction Date, the Order Form Number, the NDC, and the Quantity.

[53] *See* ARCOS Handbook, §5.16, p.5-42 and §7.5, pp. 7-12 through 7-15.

[54] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

labs. However, manufacturers and distributors sometimes ship opioids directly to analytical labs. Opioids shipped to reverse distributors or analytical labs are virtually never subsequently shipped to Dispensers. I exclude transactions in the ARCOS Data involving reverse distributors or analytical labs because my analysis is focused on the flow of opioids to Dispensers.

208.   In addition, a number of transactions reported by reverse distributors have astronomical Calculated Base Weight in Grams either because the Unit code, used to specify the Quantity's unit of measurement, is set for kilograms when the most likely unit is milligrams for most opioids or micrograms for fentanyl, or because the Quantity itself is astronomical. For example, one pair of transactions reported by a reverse distributor in Georgia includes a receipt (coded P) of 45,902 metric tons of morphine from a manufacturer and a matched shipment for destruction (coded Y) to an analytical lab in Florida. In total, the ARCOS Data reflects 539,839 metric tons of opioids being shipped to analytical labs for destruction.

209.   The ARCOS Data reports a relatively small quantity of opioids (91.3 metric tons of Calculated Base Weight) being sent to importers, exporters or researchers. I exclude transactions in the ARCOS Data involving importers, exporters or researchers because my analysis is focused on the flow of opioids to Dispensers.

### D.    Transactions between ARCOS Registrants

210.   Transactions between ARCOS registrants should be reported twice in the ARCOS Data, once by each registrant. For example, a shipment from a manufacturer to a distributor should be reported once by the manufacturer and once by the distributor. To avoid double-counting, I keep

the transaction reported by the registrant sending the shipment and exclude the transaction reported by the registrant receiving the shipment.

### E.  Transactions with Obvious Errors in Quantity

211.  I also exclude transactions with obvious errors in Quantity. For example, I exclude a single sale transaction of Hydrocodone/APAP tablets from a distributor to a practitioner in the Northern Mariana Islands that has a Calculated Base Weight of 34 metric tons.

### F.  Transaction Code "X"

212.  I exclude all transactions with Transaction Code "X". The ARCOS Handbook explains that this code "is used by the seller to report the loss or theft of an in-transit shipment of a reportable controlled substance. It is reported **in addition** to the normal sales transaction (transaction code S). Transaction code X is an **explanatory** transaction code that does not affect an ARCOS registrant's inventory."[55]

---

[55] ARCOS Handbook, §5.8.3, p. 5-19 (emphasis in original).

# Appendix 3 MME Conversion Factors (from CDC)

Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors[1,2]

| Type of Opioid (strength units) | MME Conversion Factor |
|---|---|
| Buprenorphine film/tablet[3] (mg) | 30 |
| Buprenorphine patch[4] (mcg/hr) | 12.6 |
| Buprenorphine film (mcg) | 0.03 |
| Butorphanol (mg) | 7 |
| Codeine (mg) | 0.15 |
| Dihydrocodeine (mg) | 0.25 |
| Fentanyl buccal or SL tablets, or lozenge/troche[5] (mcg) | 0.13 |
| Fentanyl film or oral spray[6] (mcg) | 0.18 |
| Fentanyl nasal spray[7] (mcg) | 0.16 |
| Fentanyl patch[8] (mcg) | 7.2 |
| Hydrocodone (mg) | 1 |
| Hydromorphone (mg) | 4 |
| Levorphanol tartrate (mg) | 11 |
| Meperidine hydrochloride (mg) | 0.1 |
| Methadone[9] (mg) | 3 |
| >0, <= 20 | 4 |
| >20, <=40 | 8 |
| >40, <=60 | 10 |
| >60 | 12 |
| Morphine (mg) | 1 |
| Opium (mg) | 1 |
| Oxycodone (mg) | 1.5 |
| Oxymorphone (mg) | 3 |
| Pentazocine (mg) | 0.37 |
| Tapentadol[10] (mg) | 0.4 |
| Tramadol (mg) | 0.1 |

---

[1] The MME conversion factor is intended only for analytic purposes where prescription data is used to calculate daily MME. It is to be used in the formula: Strength per Unit X (Number of Units/ Days Supply) X MME conversion factor = MME/Day. This value does not constitute clinical guidance or recommendations for converting patients from one form of opioid analgesic to another. Please consult the manufacturer's full prescribing information for such guidance. Use of this file for the purposes of any clinical decision-making warrants caution.

[2] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2016 version. Atlanta, GA: Centers for Disease Control and Prevention; 2016. Available at https://www.cdc.gov/drugoverdose/media/. For more information, send an email to Mbohm@cdc.gov.

[3] Buprenorphine formulations with a FDA approved indication for Medication Assisted Treatment (MAT) are excluded from Medicare's Overutilization Monitoring System's opioid overutilization reporting.

[4] The MME conversion factor for buprenorphine patches is based on the assumption that one milligram of parenteral buprenorphine is equivalent to 75 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 5 ug/hr buprenorphine patch X 24 hrs = 120 ug/day buprenorphine = 0.12 mg/day = 9 mg/day oral MME. In other words, the conversion factor not accounting for days of use would be 9/5 or 1.8.

However, since the buprenorphine patch remains in place for 7 days, we have multiplied the conversion factor by 7 (1.8 X 7 = 12.6). In this example, MME/day for five 5 μg/hr buprenorphine patches dispensed for use over 28 days would work out as follows: Example: 5 ug/hr buprenorphine patch X (4 patches/28 days) X 12.6 = 9 MME/day. Please note that because this allowance has been made based on the typical dosage of one buprenorphine patch per 7 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for buprenorphine patches= # of patches x 7.

[5] The MME conversion factor for fentanyl buccal tablets, sublingual tablets, and lozenges/troche is 0.13. This conversion factor should be multiplied by the number of micrograms in a given tablet or lozenge/troche.

[6] The MME conversion factor for fentanyl film and oral spray is 0.18. This reflects a 40% greater bioavailability for films compared to lozenges/tablets and 38% greater bioavailability for oral sprays compared to lozenges/tablets.

[7] The MME conversion factor for fentanyl nasal spray is 0.16, which reflects a 20% greater bioavailability for sprays compared to lozenges/tablets.

[8] The MME conversion factor for fentanyl patches is based on the assumption that one milligram of parenteral fentanyl is equivalent to 100 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 25 ug/hr fentanyl patch X 24 hrs = 600 ug/day fentanyl = 60 mg/day oral morphine milligram equivalent.

In other words, the conversion factor not accounting for days of use would be 60/25 or 2.4.

However, since the fentanyl patch remains in place for 3 days, we have multiplied the conversion factor by 3 (2.4 X 3 = 7.2). In this example, MME/day for ten 25 μg/hr fentanyl patches dispensed for use over 30 days would work out as follows:

Example: 25 ug/hr fentanyl patch X (10 patches/30 days) X 7.2 = 60 MME/day. Please note that because this allowance has been made based on the typical dosage of one fentanyl patch per 3 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for fentanyl patches= # of patches X 3.

[9] The CDC MME conversion factor to calculate morphine milligram equivalents is 3. CMS uses this conversion factor when analyzing Medicare population opioid use. CMS uses the graduated methadone MME conversion factors to calculate MME within the Overutilization Monitoring System (OMS) for identifying and reporting potential opioid overutilizers. https://www.cdc.gov/drugoverdose/pdf/calculating_total_daily_dose-a.pdf.

[10] Tapentadol is a mu receptor agonist and norepinephrine reuptake inhibitor. Oral MMEs are based on degree of mu-receptor agonist activity, but it is unknown if this drug is associated with overdose in the same dose-dependent manner as observed with medications that are solely mu receptor agonists

## Appendix 4 MME on Base Weight and on Label

213.   The MME conversion factors are guides for prescribers to consider when switching from one drug to another, oxycodone to hydrocodone for instance. This is important since the potency (toxicity) varies across drugs. It also allows CDC to publish recommended daily caps on opioids in MME and then prescribers can use the conversion factors to know how many dosages at each strength can be prescribed. Although it is not precise that the potency ratio between oxycodone and hydrocodone is 1.5 to 1, but this is a rule of thumb that is useful in "the real world" where prescribers need to make mental or back-of-the-envelope calculations.

214.   I take DEA's Calculated Base Weight in Grams in the processed ARCOS and use the CDC conversion factors to standardize and aggregate across opioids. The MME on Base Weight is also used in academia when analyzing the opioid market trends.[56]

215.   Doctors in the field are told to use these rough conversion factors to consider different drugs as they change from one drug or formulation to another. The conversion factors are applied to the labeled drug strength to get the MME on Label which is different than the MME on Base Weight. The conversion factors are rules of thumb and not scientifically precise measurements.

---

[56] For example, Piper B., etc, Trends in Medical Use of Opioids in the U.S., 2006 – 2016. American Journal of Preventive Medicine 54:652-660 (available at https://www.ajpmonline.org/article/S0749-3797(18)30066-7/fulltext).   See also Cabrera FF etc., 2019. Opioid distribution trends (2006–2017) in the US Territories. PeerJ 7:e6272 (available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6338096/pdf/peerj-07-6272.pdf)

216.   MME on Base Weight and MME on Label both generate spuriously precise results. Both provide results that are almost identical in the big picture and over time although there are differences with specific NDC codes; using drug strength gives you slightly higher MME than using Calculated Base Weight in Grams.

217.   I use MME on Base Weight when processing and summarizing the ARCOS Data and Defendants' Transactional Data, and MME on Label when analyzing the Defendant Dispensing Data.

## Appendix 5 Processing the Dispensing Data

218.   I received Dispensing Data from Albertsons in Tarrant County. Each line of the Dispensing Data contains basic information about the prescriber, the dispensed drug, the dispensed quantity, the dispensing pharmacy and the patient receiving the prescription. Also provided are the date and time when the prescription was filled and the date when the prescription was written. The data range with respect to prescription filling time is January 2006 to May 2021 for Albertsons.

219. The Dispensing Data provided by Albertsons includes prescriptions on 9 opioid molecules: codeine, fentanyl, hydrocodone, hydromorphone, methadone, morphine, oxycodone, oxymorphone, and tapentadol. The Dispensing Data also reflects benzodiazepine and muscle relaxer prescriptions dispensed to any patient who also received an opioid prescription whenever the benzodiazepine or muscle relaxer prescription was dispensed within 14 days of the opioid prescription.

220.   The following is a list of fields provided by Albertsons that are most relevant to the identification of red flags of diversion.

1) The product name of the dispensed drug, for example, "HYDROCODONE/APAP 5MG/500MG TABS" or "OXYCONTIN 10MG TABLETS".

2) National Drug Code (NDC) number of the dispensed drug.

3) The date when the prescription was filled by the pharmacy.

4) Dispense time of the prescription.

5) Quantity dispensed. This is the Dosage Units of the drug dispensed.

- 141 -

6) Days of supply. This reports the number of days the prescription is intended to last for.

7) Number of refills authorized. This is the maximum number of refills allowed.

8) Refill indicator. This field is binary indicating refill or not.

9) Method of payment. This indicates whether the prescription was paid for by the patient with cash or by a third-party payer.

10) The date when the prescription was written by the prescriber.

11) Quantity prescribed. This is the Dosage Units of the drug prescribed.

12) Prescriber DEA number.

13) Prescriber National Provider Identifier (NPI) number.

14) Prescriber's full name.

15) Prescriber's zip code.

16) Pharmacy's DEA number.

17) Pharmacy's store number.

18) Pharmacy's zip code.

19) Dispensing pharmacist's identifier.

20) Patient identifier.

21) Patient's zip code.

22) Patient's birth year.

221.  I identify the following data elements from external sources for each NDC number in the Dispensing Data and append them to the raw data.

- 142 -

Our sources include the public NDC directory downloaded from the DEA's website and an internal NDC drug dictionary.

23) Drug type. This indicates whether the dispensed drug is an opioid, benzodiazepine or muscle relaxer.

24) Base drug. This indicates the molecule of the drug dispensed, for example, "hydrocodone", "alprazolam" or "carisoprodol".

25) Drug form. This indicates the dosage form of the drug dispensed, for example, "tablet", "capsule" or "patch".

26) Drug schedule. This indicates the DEA schedule of the drug dispensed and takes a value of either 2 (schedule II), 3 (schedule III), 4 (schedule IV) or N/A (non-controlled).

27) Dosage strength. This is the numerical strength of the dispensed base drug as described in the drug name, expressed in milligram (for tablets and capsules), milligram per milliliter (for liquid products) or milligram per hour (for patches). For example, the dosage strength field is equal to 5 for the drug "Oxycodone / Acetaminophen Tab 5-325 MG", 2 for "Morphine Sulfate Oral Solution 10 MG/5ML" and 0.1 for "Fentanyl TD Patch 72HR 100 MCG/HR".

28) Brand name indicator. This is a dummy variable equal to 1 for brand name drugs and 0 otherwise.

29) ER indicator. This is a dummy variable equal to 1 for extended-release and controlled-release drugs and 0 otherwise.

30) Morphine Milligram Equivalent (MME) for opioid prescriptions. This is calculated as multiplying the dispensed Dosage Units by dosage

strength and then by an MME conversion factor unique to each opioid molecule.

222. I also calculate the distances between patients and prescribers, patients and pharmacies and pharmacies and prescribers, and append these distances to each prescription in the Dispensing Data. The distances are geodesic distances between the coordinates of the centers of the 5-digit zip codes.

**Appendix 6 Overview**

**Appendix 7 Albertsons**

**Appendix 8 Confidence Intervals**

**Appendix 9 Native**

Appendix 6 Overview

6.8 Pharmacy Ranking

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | BT7875947 | Texas Healthcare Pharmacy | 7413 Pebble Drive, Fort Worth, TX, 76118 | R | 10,682,419 | 204,881,686 | 409,226,809 |
| 2 | BA8274588 | Omnicare Of Fort Worth | 14450 Trinity Blvd, Suite 200, Fort Worth, TX, 76155 | R | 28,838,366 | 219,305,852 | 351,654,792 |
| 3 | AP6469414 | Perrone Pharmacy Incorporated | 3921 Benbrook Hwy, Fort Worth, TX, 76116 | R | 10,487,013 | 151,464,814 | 328,658,146 |
| 4 | FR1766887 | Recept Pharmacy #15 | 7148 Trail Lake Drive, Suite A, Fort Worth, TX, 76123 | R | 9,013,036 | 142,106,343 | 300,958,343 |
| 5 | BS4325622 | Super Value Phcy | 720 N Industrial Blvd, Euless, TX, 76039 | R | 5,280,739 | 70,868,199 | 294,779,223 |
| 6 | BH6897776 | Highpoint Pharmacy | 800 West Arbrook, Suite 140, Arlington, TX, 76015 | R | 10,074,270 | 149,233,374 | 274,352,794 |
| 7 | BG4237928 | Grapevine Drug Mart Operation | 1115 West Northwest Highway, Suite H, Grapevine, TX, 76051 | R | 8,492,594 | 115,430,762 | 264,942,611 |
| 8 | BW4952657 | Walgreens # 03881 | 2253 Central Dr, Bedford, TX, 76021 | C | 11,512,325 | 113,119,269 | 229,037,186 |
| 9 | FL2536615 | Legacy Pharmacy | 1307 8th Avenue, Ste 501, Fort Worth, TX, 76104 | R | 7,409,238 | 94,762,912 | 204,070,326 |
| 10 | BW5131379 | Walgreens # 03909 | 3400 Matlock Rd, Arlington, TX, 76015 | C | 9,512,152 | 90,241,780 | 148,220,082 |
| 11 | BW5380718 | Walgreens # 04131 | 4520 Western Center Blvd, Haltom City, TX, 76137 | C | 8,954,478 | 80,269,213 | 147,626,287 |
| 12 | BC8839649 | CVS/Pharmacy # 04794 | 5900 W. Pleasant Ridge Rd., Arlington, TX, 76016 | C | 5,913,184 | 63,344,090 | 143,107,491 |
| 13 | FM1596533 | Meadowbrook Pharmacy | 6624 Meadowbrook Dr., Fort Worth, TX, 76112 | R | 9,910,446 | 94,546,624 | 140,736,357 |
| 14 | BP7174408 | Nextrx, Inc. | 5450 N. Riverside Drive, Fort Worth, TX, 76137 | R | 8,843,250 | 79,592,229 | 136,053,244 |
| 15 | BW6101593 | Walgreens # 04692 | 6984 Rufe Snow Dr, North Richland Hills, TX, 76148 | C | 7,860,290 | 73,040,731 | 125,176,888 |
| 16 | BR7881623 | Ridgmar Pharmacy | 2524 Mall Circle, Fort Worth, TX, 76116 | R | 6,894,212 | 74,885,420 | 122,539,695 |
| 17 | BK2782983 | KVG Enterprises Inc, Randol Mill Pharmacy | 1014 North Fielder Road, Arlington, TX, 76012 | R | 4,430,763 | 60,045,843 | 121,228,184 |
| 18 | BU3210628 | U S Pharmacy Inc | 6619 Forest Hill Drive, Suite 20, Forest Hill, TX, 76140 | R | 11,360,043 | 86,363,809 | 118,872,564 |
| 19 | BW5349609 | Walgreens # 04189 | 6244 Lake Worth Blvd., Lake Worth, TX, 76135 | C | 8,012,132 | 63,628,659 | 111,536,097 |
| 20 | BW5189700 | Walgreens # 03910 | 100 SE Green Oaks Blvd, Arlington, TX, 76018 | C | 6,574,041 | 64,048,626 | 109,928,651 |
| 21 | BC5351705 | CVS/Pharmacy # 07467 | 460 Northwest Parkway, Azle, TX, 76020 | C | 6,308,917 | 62,176,581 | 106,824,622 |
| 22 | BW5842617 | Walgreens # 04132 | 780 W. Bedford Euless Rd., Hurst, TX, 76053 | C | 7,653,384 | 62,328,031 | 104,602,554 |
| 23 | BT7419016 | Tchd Arkansas Lane Pharmacy | 1050 West Arkansas Lane, Ste 150, Arlington, TX, 76013 | R | 6,438,650 | 63,918,678 | 98,589,145 |
| 24 | FT3709702 | Trail Creek Pharmacy | 2700 Tibbets Drive, Suite 200, Bedford, TX, 76022 | R | 1,572,857 | 19,893,258 | 98,165,223 |
| 25 | BA5415864 | A & P Pharmacy | 2329 N Riverside Drive, Fort Worth, TX, 76111 | R | 6,772,417 | 61,938,278 | 96,392,841 |
| 26 | BW5367657 | Walgreens # 04099 | 4208 Sw Green Oaks Blvd, Arlington, TX, 76017 | C | 5,920,183 | 49,267,193 | 94,052,068 |
| 27 | BT8011342 | Tom Thumb Pharmacy #3555 | 3300 Harwood, Bedford, TX, 76021 | C | 3,676,658 | 38,806,473 | 93,897,760 |
| 28 | AT5780134 | Tower Medic Pharmacy | 607 W Magnolia Ave, Ste B, Fort Worth, TX, 76104 | R | 4,115,423 | 52,419,291 | 86,987,109 |
| 29 | BW9489077 | Walgreens # 09500 | 705 Boyd Road, Azle, TX, 76020 | C | 6,624,756 | 52,472,384 | 83,390,549 |
| 30 | BL8730827 | Lake Worth Pharmacy | 4504 Boat Club Road, #200, Fort Worth, TX, 76135 | R | 4,541,215 | 44,523,601 | 82,615,774 |
| 31 | BC5351957 | CVS/Pharmacy # 07601 | 825 S. Crowley Rd.,, Crowley, TX, 76036 | C | 4,422,161 | 43,936,837 | 80,688,867 |
| 32 | FB2318841 | Benbrook Pharmacy | 410 Mercedes Street, Benbrook, TX, 76126 | R | 2,493,069 | 25,247,469 | 79,500,957 |
| 33 | AR6364652 | Ray Pharmacy No 2 | 301W Kennedale Parkway, P O Box 279, Kennedale, TX, 76060 | R | 3,430,566 | 45,077,590 | 77,477,780 |
| 34 | FW3296882 | Walgreens # 15085 | 4400 W. Green Oaks Blvd., Arlington, TX, 76016 | C | 3,900,867 | 38,591,309 | 77,291,442 |
| 35 | BC2454750 | Best Value Country Day Pharmacy | 6020 A Harris Parkway, Fort Worth, TX, 76132 | R | 2,867,708 | 39,156,581 | 76,995,176 |
| 36 | FB0020418 | Beach Street Pharmacy | 7630 North Beach St, Ste 170, Fort Worth, TX, 76137 | R | 3,077,716 | 39,525,419 | 76,204,609 |
| 37 | BW6017037 | Walgreens # 04858 | 6205 Westcreek Dr., Ft Worth, TX, 76133 | C | 7,362,638 | 59,653,174 | 75,803,940 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
#### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 38 | BW8031192 | Walgreens # 07299 | 4121 Harwood Road, Bedford, TX, 76021 | C | 4,346,105 | 38,234,634 | 70,117,899 |
| 39 | FL6467167 | Legacy Pharmacy Analgesic Solutions | 1307 8Th Ave Ste 501, Fort Worth, TX, 76104 | R | 3,550,774 | 37,231,241 | 69,558,473 |
| 40 | BC5359307 | CVS/Pharmacy # 07663 | 101 N. Rufe Snow Dr., Keller, TX, 76248 | C | 3,966,328 | 36,088,643 | 68,754,135 |
| 41 | BW8517801 | Walgreens # 07899 | 833 N Saginaw Blvd, Saginaw, TX, 76179 | C | 5,715,928 | 45,838,802 | 68,194,009 |
| 42 | BW7591488 | Walgreens # 06758 | 2420 W Arkansas Lane, Arlington, TX, 76013 | C | 4,714,940 | 40,038,158 | 65,869,400 |
| 43 | FH0157683 | Heritage Pharmacy | 3529 Heritage Trace Parkway, Suite 141, Keller, TX, 76244 | R | 2,277,816 | 25,031,070 | 65,232,763 |
| 44 | FL4095495 | Laura's Pharmacy, Bldl Industries LLC | 232 West Main Street, Azle, TX, 76020 | R | 3,389,480 | 42,293,467 | 65,098,200 |
| 45 | FN1858820 | Nucare Pharmacy | 6050 Lake Worth Blvd, Lake Worth, TX, 76135 | R | 2,726,771 | 29,982,503 | 64,966,436 |
| 46 | BW6151562 | Walgreens # 04437 | 3301 Denton Hwy., Haltom City, TX, 76117 | C | 4,791,388 | 41,751,879 | 64,402,976 |
| 47 | FR2387656 | Ray's Town North Pharmacy, Alsabrook Inc | 975 N Cooper Street, Arlington, TX, 76011 | R | 1,973,246 | 29,428,515 | 63,924,829 |
| 48 | BC5360538 | CVS/Pharmacy # 06981 | 8660 US Hwy 377 S, Benbrook, TX, 76126 | C | 3,776,618 | 33,567,882 | 63,095,651 |
| 49 | BW8939312 | Walgreens # 09023 | 901 S Crowley Rd, Crowley, TX, 76036 | C | 4,415,649 | 36,987,405 | 62,404,760 |
| 50 | BW4866096 | Walgreens # 03846 | 2410 Ball Park Way, Arlington, TX, 76006 | C | 4,445,203 | 38,693,356 | 61,375,166 |
| 51 | BW4813944 | Walgreens # 03878 | 3425 Sycamore School Rd, Ft Worth, TX, 76123 | C | 5,339,264 | 46,502,314 | 61,277,847 |
| 52 | BW5255749 | Walgreens # 03825 | 7151 Grapevine Hwy, North Richland Hills, TX, 76180 | C | 4,466,044 | 35,623,757 | 60,557,683 |
| 53 | FK2959875 | KK's Pharmacy #251 | 980 N Walnut Creek Drive, Ste 118, Mansfield, TX, 76063 | R | 1,487,566 | 19,890,849 | 60,027,051 |
| 54 | BC5361059 | CVS/Pharmacy #07278 | 4333 Western Center Blvd, Fort Worth, TX, 76137 | C | 3,204,019 | 30,406,660 | 59,182,925 |
| 55 | BC5351642 | CVS/Pharmacy # 07461 | 1100 N Walnut Creek Dr, Mansfield, TX, 76063 | C | 3,116,905 | 33,791,497 | 59,053,756 |
| 56 | BC5359220 | CVS/Pharmacy # 07642 | 6640 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 3,586,283 | 35,774,711 | 57,632,657 |
| 57 | BC7841528 | CVS/Pharmacy # 03134 | 801 N. Tarrant Pkwy., Keller, TX, 76248 | C | 2,728,935 | 33,383,027 | 57,631,813 |
| 58 | BW8574382 | Walgreens # 07898 | 9625 White Settlement Rd, Ft Worth, TX, 76108 | C | 4,288,231 | 36,871,797 | 56,156,944 |
| 59 | BC5351971 | CVS/Pharmacy # 07603 | 1301 N. Saginaw Blvd., Saginaw, TX, 76179 | C | 3,667,121 | 33,291,525 | 56,033,157 |
| 60 | BH1635828 | Hallmark Pharmacy | 1316 Sycamore School Rd, Ste 130, Fort Worth, TX, 76134 | R | 4,421,313 | 36,924,437 | 55,787,064 |
| 61 | BW8218807 | Walgreens # 06996 | 4200 E Lancaster Ave, Ft Worth, TX, 76103 | C | 5,813,142 | 42,946,472 | 54,746,012 |
| 62 | BW6313693 | Walgreens # 05213 | 750 N Walnut Creek Dr, Mansfield, TX, 76063 | C | 4,397,767 | 37,210,478 | 53,929,968 |
| 63 | BB7832000 | Brookshire Pharmacy #125 | 511 N. Stewart Rd, Azle, TX, 76020 | C | 4,054,334 | 36,721,351 | 53,920,153 |
| 64 | BC5359268 | CVS/Pharmacy # 07650 | 3801 Sw Green Oaks Blvd, Arlington, TX, 76017 | C | 2,547,526 | 25,150,429 | 53,484,514 |
| 65 | BT9632464 | The Center Pharmacy | 800 W Magnolia Ave, Ste 130, Fort Worth, TX, 76104 | R | 2,644,324 | 28,633,615 | 52,786,664 |
| 66 | BT3801998 | JPS Medical Home Northeast Pharmacy | 3200 W Euless Blvd, Euless, TX, 76040 | R | 3,715,830 | 30,274,586 | 52,620,624 |
| 67 | BW5694814 | Walgreens # 04417 | 8600 Camp Bowie West Blvd, Fort Worth, TX, 76116 | C | 3,604,361 | 31,336,364 | 51,811,389 |
| 68 | BC7206306 | Costco Pharmacy #668 | 600 W Arbrook Blvd, Arlington, TX, 76014 | C | 4,310,291 | 36,950,521 | 51,555,916 |
| 69 | BC5351654 | CVS/Pharmacy # 07462 | 601 N Industrial Blvd, Bedford, TX, 76021 | C | 2,828,302 | 24,132,352 | 50,900,817 |
| 70 | BW6379463 | Walgreens # 05270 | 3100 Mccart Ave, Ft Worth, TX, 76110 | C | 4,775,789 | 33,550,982 | 49,531,197 |
| 71 | BS7598420 | Sam's Pharmacy 10-4742 | 4400 Bryant Irvin Road, Fort Worth, TX, 76132 | C | 3,021,620 | 26,946,687 | 49,437,104 |
| 72 | BK6745028 | Kroger Pharmacy #695 | 5701 W Pleasant Ridge Road, Arlington, TX, 76016 | C | 3,722,031 | 33,264,383 | 48,568,148 |
| 73 | BW6537205 | Walgreens # 05435 | 3100 Miller Ave., Ft Worth, TX, 76105 | C | 6,314,766 | 44,830,444 | 48,400,322 |
| 74 | FW1281461 | Walgreens # 09224 | 4324 Golden Triangle Blvd., Fort Worth, TX, 76244 | C | 3,026,164 | 28,463,260 | 48,257,586 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 75 | BC5351945 | CVS/Pharmacy # 07600 | 9620 White Settlement Rd, Fort Worth, TX, 76108 | C | 3,660,173 | 33,247,932 | 47,536,188 |
| 76 | BC5352024 | CVS/Pharmacy # 07628 | 7200 Boulevard 26, Richland Hills, TX, 76180 | C | 2,772,627 | 24,287,034 | 46,872,415 |
| 77 | BC8708490 | CVS/Pharmacy # 08330 | 6320 Rufe Snow Dr, North Richland Hills, TX, 76180 | C | 2,543,441 | 23,390,209 | 45,568,145 |
| 78 | BT8011392 | Tom Thumb Pharmacy #2609 | 612 Grapevine Hwy, Hurst, TX, 76054 | C | 2,888,862 | 26,512,835 | 45,527,365 |
| 79 | BS3923972 | Tchd Stop Six Community Clinic Pharmacy | 3301 Stalcup Rd, Fort Worth, TX, 76119 | R | 3,306,010 | 23,363,417 | 45,208,979 |
| 80 | BT4046973 | Tarrant County Hospital District, Diamond Hill Community Clinic Pharmacy | 3308 Deen Road, Fort Worth, TX, 76106 | R | 4,787,509 | 30,299,709 | 45,180,684 |
| 81 | FW0351899 | Walgreens # 10872 | 2901 E. Broad St., Mansfield, TX, 76063 | C | 2,841,867 | 26,504,340 | 44,946,325 |
| 82 | BW5739682 | Walgreens # 04395 | 6551 Forest Hill Dr, Forest Hill, TX, 76140 | C | 5,067,907 | 38,773,793 | 44,684,584 |
| 83 | BR9195264 | Recept Pharmacy #11 | 6789 Camp Bowie Blvd, Suite P, Fort Worth, TX, 76116 | R | 1,891,764 | 23,118,180 | 44,434,854 |
| 84 | BC7638387 | CVS/Pharmacy # 03707 | 6151 Matlock Rd., Arlington, TX, 76018 | C | 2,639,608 | 26,550,932 | 44,290,939 |
| 85 | BC6908668 | Costco Pharmacy #489 | 5300 Overton Ridge Blvd., Fort Worth, TX, 76132 | C | 3,085,962 | 24,150,835 | 43,715,174 |
| 86 | BW5217775 | Walgreens # 04085 | 4403 Colleyville Blvd., Colleyville, TX, 76034 | C | 3,025,342 | 24,882,745 | 43,303,687 |
| 87 | FG2182171 | Green Cross Pharmacy | 1305 Airport Freeway #110, Bedford, TX, 76021 | R | 1,824,487 | 21,565,556 | 42,357,861 |
| 88 | BW7834410 | Walgreens # 06998 | 8100 Matlock Road, Arlington, TX, 76002 | C | 3,353,546 | 28,187,391 | 42,341,549 |
| 89 | BW9555585 | Walmart Pharmacy # 10-5359 | 721 Boyd Road, Azle, TX, 76020 | C | 5,474,590 | 43,512,978 | 41,558,071 |
| 90 | BC5360932 | CVS/Pharmacy # 07237 | 3614 Camp Bowie Blvd., Fort Worth, TX, 76107 | C | 2,316,993 | 24,494,497 | 41,406,567 |
| 91 | BW6379451 | Walgreens # 05214 | 8955 N Tarrant Pkwy, North Richland Hills, TX, 76182 | C | 2,734,319 | 23,912,082 | 40,895,790 |
| 92 | BK8338964 | Kroger Pharmacy #590 | 1004 South Crowley Road, Crowley, TX, 76036 | C | 3,494,619 | 30,556,486 | 40,827,795 |
| 93 | BC7598608 | CVS/Pharmacy # 02976 | 6401 Precinct Line Rd., North Richland Hills, TX, 76180 | C | 2,351,701 | 20,536,225 | 40,607,690 |
| 94 | BW6040000 | Walgreens # 04634 | 3830 Glade Road, Colleyville, TX, 76034 | C | 2,293,532 | 18,819,645 | 40,341,890 |
| 95 | BC5351313 | CVS/Pharmacy # 07392 | 3220 Denton Hwy, Haltom City, TX, 76117 | C | 2,455,667 | 21,838,026 | 40,191,421 |
| 96 | BO7488845 | Texas Oncology Pharmacy - Fort Worth | 1001 12th Avenue, Suite 200, Fort Worth, TX, 76104 | R | 1,721,330 | 22,858,896 | 40,150,136 |
| 97 | FG5953698 | Grapevine Drug Rx Rx Sos LLC | 1115 W Northwest Hwy Ste H, Grapevine, TX, 76051 | R | 1,269,954 | 17,053,815 | 40,052,054 |
| 98 | BK6744634 | Kroger Pharmacy #439 | 9114 Camp Bowie West Blvd, Fort Worth, TX, 76116 | C | 3,199,362 | 29,133,774 | 40,004,844 |
| 99 | BW5566419 | Walmart Pharmacy # 10-0972 | 6360 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 4,113,013 | 31,939,988 | 39,937,944 |
| 100 | BR8747682 | Recept Pharmacy #5 | 1469 West State Highway 114, Suite 598, Grapevine, TX, 76051 | R | 1,434,270 | 27,825,432 | 39,866,268 |
| 101 | BW7599775 | Walgreens # 06593 | 8651 Benbrook Blvd, Benbrook, TX, 76126 | C | 2,590,245 | 20,899,711 | 39,646,401 |
| 102 | BA1673119 | Savon Pharmacy # 4279 | 833 NE Alsbury Blvd, Burleson, TX, 76028 | C | 3,043,311 | 23,487,578 | 38,833,423 |
| 103 | BC6533497 | CVS/Pharmacy # 07812 | 1901 SE Green Oaks Blvd, Arlington, TX, 76018 | C | 1,995,311 | 25,970,567 | 38,805,316 |
| 104 | BC5351301 | CVS/Pharmacy # 06802 | 237 Pipeline Rd, Bedford, TX, 76022 | C | 2,465,394 | 23,865,622 | 38,724,850 |
| 105 | BW5566724 | Walmart Pharmacy # 10-1178 | 4101 Highway 121, Bedford, TX, 76021 | C | 3,065,342 | 23,211,163 | 38,542,432 |
| 106 | BW7599763 | Walgreens # 06631 | 6350 Davis Blvd, North Richland Hills, TX, 76180 | C | 2,945,408 | 23,534,098 | 38,375,558 |
| 107 | BC5359321 | CVS/Pharmacy # 07667 | 2500 W Park Row Dr, Pantego, TX, 76013 | C | 2,437,734 | 21,784,835 | 38,329,942 |
| 108 | BC8951762 | CVS/Pharmacy # 02991 | 6431 Mccart Ave., Fort Worth, TX, 76133 | C | 2,818,038 | 25,463,350 | 37,857,126 |
| 109 | BR1345429 | Ray's Town North Pharmacy | 975 N Cooper Street, Arlington, TX, 76011 | R | 1,049,427 | 13,693,343 | 37,848,617 |
| 110 | BC6175221 | CVS/Pharmacy # 07806 | 2051 Hall Johnson Rd, Grapevine, TX, 76051 | C | 1,527,631 | 13,149,778 | 37,796,445 |
| 111 | BC5351553 | CVS/Pharmacy # 07449 | 2900 Central Dr, Bedford, TX, 76021 | C | 2,092,743 | 19,954,084 | 37,520,629 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 112 | BW7871331 | Walmart Pharmacy # 10-3274 | 9101 North Tarrant Pky, North Richland Hills, TX, 76182 | C | 3,043,123 | 24,307,499 | 37,283,277 |
| 113 | BK6744901 | Kroger Pharmacy #536 | 6650 N Beach, Fort Worth, TX, 76137 | C | 3,076,304 | 25,543,800 | 37,172,760 |
| 114 | BW8574394 | Walgreens # 07112 | 4500 N Tarrant Parkway, Fort Worth, TX, 76244 | C | 2,823,771 | 23,863,735 | 36,970,549 |
| 115 | BW2032845 | Best Value Ridglea Drug | 5932 Lovell, Fort Worth, TX, 76107 | R | 2,609,245 | 26,407,624 | 36,912,422 |
| 116 | BW8245551 | Walgreens # 07391 | 6048 S Hulen Street, Ft Worth, TX, 76132 | C | 3,383,147 | 25,773,023 | 36,821,725 |
| 117 | BW9610684 | Walgreens # 09763 | 4515 Camp Bowie Blvd, Ft Worth, TX, 76107 | C | 2,446,782 | 22,787,019 | 36,579,319 |
| 118 | BW7436101 | Walmart Pharmacy # 10-5316 | 1401 North Saginaw Blvd, Saginaw, TX, 76179 | C | 3,643,524 | 29,999,046 | 36,308,645 |
| 119 | BK6744646 | Kroger Pharmacy #445 | 5330 S Cooper, Arlington, TX, 76017 | C | 2,624,379 | 22,213,980 | 36,266,247 |
| 120 | BW8813431 | Walgreens # 02020 | 912 West Northwest Hwy, Grapevine, TX, 76051 | C | 2,657,088 | 20,327,988 | 36,086,295 |
| 121 | FC0646111 | CVS/Pharmacy # 00485 | 1233 Precinct Line Rd., Hurst, TX, 76053 | C | 2,220,044 | 19,098,287 | 35,947,848 |
| 122 | BW8965711 | Walgreens # 02537 | 1020 N Collins St, Arlington, TX, 76011 | C | 2,855,039 | 24,438,305 | 35,758,411 |
| 123 | FW0636780 | Walmart Pharmacy # 3870 | 5401 Park Springs Blvd, Arlington, TX, 76017 | C | 2,439,337 | 22,183,603 | 35,643,888 |
| 124 | BW5003974 | Walgreens # 03941 | 2200 E Pioneer Parkway, Arlington, TX, 76010 | C | 3,782,028 | 31,513,022 | 35,376,408 |
| 125 | FM0182876 | Murr's Medicine Chest | 232 W Main St, Azle, TX, 76020 | R | 2,083,287 | 17,925,661 | 35,051,206 |
| 126 | BT7964566 | Tom Thumb Pharmacy #3617 | 2611 West Park Row, Arlington, TX, 76013 | C | 2,377,242 | 20,342,025 | 34,899,540 |
| 127 | BC5359977 | CVS/Pharmacy # 06817 | 6548 Meadowbrook Dr, Fort Worth, TX, 76112 | C | 3,130,623 | 28,576,950 | 34,828,455 |
| 128 | BW6556053 | Walgreens # 04859 | 5600 New York Ave., Arlington, TX, 76018 | C | 2,797,021 | 22,715,280 | 34,629,879 |
| 129 | BT6834306 | Target Store T-1766 | 1400 Precinct Line Rd., Hurst, TX, 76053 | C | 2,281,599 | 20,053,107 | 34,423,198 |
| 130 | BK6744747 | Kroger Pharmacy #584 | 3001 Matlock Road, Mansfield, TX, 76063 | C | 2,363,628 | 23,085,665 | 34,025,325 |
| 131 | BA3160950 | Savon Pharmacy # 0070 | 4000 Glade Rd., Colleyville, TX, 76034 | C | 1,325,014 | 12,454,420 | 33,996,553 |
| 132 | BW5680245 | Walgreens # 04268 | 3809 E. Belknap, Ft Worth, TX, 76111 | C | 3,874,325 | 28,182,994 | 33,972,262 |
| 133 | BW5716951 | Walgreens # 04291 | 617 W. Park Row Dr., Arlington, TX, 76010 | C | 2,512,892 | 22,857,829 | 33,883,763 |
| 134 | BW7822629 | Walgreens # 06876 | 1116 W Lamar Blvd, Arlington, TX, 76012 | C | 2,965,449 | 23,692,743 | 33,715,309 |
| 135 | BK7938028 | Kroger Pharmacy #851 | 2210 South Fielder, Arlington, TX, 76013 | C | 2,469,192 | 22,299,672 | 33,505,799 |
| 136 | BC5360463 | CVS/Pharmacy # 06975 | 506 N Fielder Rd, Arlington, TX, 76012 | C | 2,278,382 | 20,728,279 | 33,493,331 |
| 137 | BW9754880 | Walgreens # 09720 | 4103 S Great SW Pkwy, Grand Prairie, TX, 75052 | C | 2,996,977 | 24,964,196 | 33,458,805 |
| 138 | BW5566798 | Walmart Pharmacy # 10-0807 | 6401 N.E. Loop 820, North Richland Hills, TX, 76180 | C | 3,008,510 | 22,275,499 | 33,170,389 |
| 139 | BC7954387 | CVS/Pharmacy # 03708 | 3701 Ira E. Woods Ave., Grapevine, TX, 76051 | C | 1,526,456 | 13,239,528 | 33,170,384 |
| 140 | AH2415342 | Hall's Pharmacy #2, Inc | 708 Pennsylvania, Fort Worth, TX, 76104 | R | 2,119,220 | 19,542,927 | 33,155,604 |
| 141 | BW6893285 | Walgreens # 05476 | 1470 Keller Pkwy, Keller, TX, 76248 | C | 2,726,456 | 21,884,406 | 32,915,473 |
| 142 | BC9116143 | CVS/Pharmacy # 08341 | 2882 N Fm 157, Mansfield, TX, 76063 | C | 2,309,336 | 20,790,940 | 32,418,745 |
| 143 | AA2961185 | Savon Pharmacy # 1262 | 1300 Airport Freeway, Bedford, TX, 76022 | C | 1,990,445 | 19,053,078 | 32,302,505 |
| 144 | BC5359369 | CVS/Pharmacy # 07678 | 5301 River Oaks Blvd, River Oaks, TX, 76114 | C | 2,116,850 | 16,928,399 | 32,005,123 |
| 145 | BS6793966 | Sam's Pharmacy 10-8277 | 6760 Westworth Blvd, Westworth Village, TX, 76114 | C | 2,456,981 | 19,532,389 | 31,992,778 |
| 146 | BC5352000 | CVS/Pharmacy # 07624 | 1800 Brown Rd, Arlington, TX, 76006 | C | 1,976,745 | 18,111,694 | 31,460,203 |
| 147 | FC1337220 | CVX/Pharmacy  # 08345 | 5195 Lake Ridge Pkwy., Grand Prairie, TX, 75052 | C | 2,243,563 | 23,460,516 | 31,425,173 |
| 148 | BC7167693 | Costco Pharmacy #669 | 2601 E. State Hwy 114, Southlake, TX, 76092 | C | 2,166,409 | 16,337,674 | 31,155,727 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 149 | BC7560609 | CVS/Pharmacy # 03180 | 2200 Matlock Rd., Mansfield, TX, 76063 | C | 2,216,047 | 20,987,309 | 30,897,142 |
| 150 | BC5351921 | CVS/Pharmacy # 07575 | 5012 Trl Lake Dr, Fort Worth, TX, 76133 | C | 2,075,256 | 16,563,500 | 30,896,659 |
| 151 | BA3096686 | Savon Pharmacy # 4150 | 6308 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 2,329,208 | 20,858,089 | 30,889,081 |
| 152 | BW6885846 | Walmart Pharmacy # 10-2979 | 7401 Park Vista Blvd, Fort Worth (Ne), TX, 76137 | C | 2,938,643 | 20,912,177 | 30,597,933 |
| 153 | BW7965001 | Savon Pharmacy # 4102 | 1201 N. Saginaw Blvd, Saginaw, TX, 76179 | C | 2,387,054 | 19,654,394 | 30,484,098 |
| 154 | BP9160300 | Park Place Pharmacy | 1601 Park Place Avenue, Ste B, Fort Worth, TX, 76110 | R | 1,120,676 | 10,469,324 | 30,422,600 |
| 155 | BS6621230 | Sam's Pharmacy 10-6244 | 8351 Anderson Blvd, Fort Worth, TX, 76120 | C | 2,316,770 | 20,783,744 | 30,391,999 |
| 156 | BW7010591 | Walgreens # 05919 | 1701 W Southlake Blvd, Southlake, TX, 76092 | C | 1,791,033 | 15,592,037 | 30,354,100 |
| 157 | BC5351325 | CVS/Pharmacy # 07393 | 8520 Camp Bowie W, Fort Worth, TX, 76116 | C | 1,912,068 | 16,416,089 | 29,847,174 |
| 158 | BC5351464 | CVS/Pharmacy # 07438 | 1811 E Arkansas Ln, Arlington, TX, 76010 | C | 1,756,126 | 18,751,169 | 29,545,197 |
| 159 | BA1754109 | Savon Pharmacy # 4272 | 850 E Loop 820, Fort Worth, TX, 76112 | C | 2,300,773 | 17,876,956 | 29,529,125 |
| 160 | BC5351577 | CVS/Pharmacy # 07451 | 2105 W Northwest Hwy, Grapevine, TX, 76051 | C | 1,658,478 | 13,616,246 | 29,474,009 |
| 161 | BW8317681 | Walmart Pharmacy # 10-5080 | 1732 Precinct Line Rd, Hurst, TX, 76054 | C | 2,826,052 | 20,791,968 | 29,420,828 |
| 162 | BT7964693 | Tom Thumb Pharmacy #3658 | 2755 North Collins, Arlington, TX, 76006 | C | 1,983,000 | 18,424,322 | 29,120,387 |
| 163 | BC9176593 | CVS/Pharmacy # 05976 | 8560 S. Hulen St., Fort Worth, TX, 76123 | C | 1,949,652 | 17,828,772 | 29,081,671 |
| 164 | FS0707630 | St Luke's Pharmacy | 350 Westpark Way, Suite 300, Euless, TX, 76040 | R | 509,768 | 3,592,547 | 28,993,985 |
| 165 | BW7221651 | Walgreens # 06264 | 8020 Denton Hwy, Watauga, TX, 76148 | C | 1,999,074 | 17,848,751 | 28,751,872 |
| 166 | BK6824177 | Kroger Pharmacy #543 | 945 W. Lamar Blvd, Arlington, TX, 76012 | C | 2,342,410 | 19,544,585 | 28,717,750 |
| 167 | BA3096612 | Savon Pharmacy # 4142 | 301 Sw Plaza Shopping Ctr, Arlington, TX, 76016 | C | 2,115,892 | 17,166,218 | 28,597,199 |
| 168 | BW6280565 | Walgreens # 05211 | 4350 Oak Park Lane, Ft Worth, TX, 76109 | C | 2,229,611 | 16,500,329 | 28,501,882 |
| 169 | BK7938066 | Kroger Pharmacy #807 | 7201 Boulevard 26, North Richland Hills, TX, 76180 | C | 2,697,846 | 20,981,204 | 28,397,193 |
| 170 | BW8771455 | Walmart Pharmacy # 10-2980 | 8520 North Beach St, Keller, Tx 76248 Mailing Addr, Ft Worth(N), TX, 76137 | C | 2,704,535 | 20,535,428 | 28,054,843 |
| 171 | BC7560596 | CVS/Pharmacy # 03207 | 4400 Basswood Blvd., Fort Worth, TX, 76137 | C | 1,698,709 | 15,422,547 | 27,638,035 |
| 172 | BC8041220 | CVS/Pharmacy # 05718 | 3401 S. Collins St., Arlington, TX, 76014 | C | 1,792,100 | 19,118,912 | 27,614,909 |
| 173 | FK2701147 | Kroger Pharmacy #594 | 3300 E. Broad Street, Mansfield, TX, 76063 | C | 1,604,324 | 18,005,452 | 27,606,831 |
| 174 | BP9560106 | Pharmaster LP | 230 Westway Place, Suite 105, Arlington, TX, 76018 | R | 1,860,296 | 11,199,204 | 27,450,499 |
| 175 | BC5351882 | CVS/Pharmacy # 07507 | 100 E Southlake Blvd, Southlake, TX, 76092 | C | 1,435,464 | 12,397,160 | 27,315,736 |
| 176 | BA6833037 | Savon Pharmacy # 4124 | 7400 Oakmont Blvd, Fort Worth, TX, 76132 | C | 1,501,454 | 13,343,254 | 26,886,224 |
| 177 | BW7055470 | Walmart Pharmacy # 10-2397 | 2951 Matlock Road, Mansfield, TX, 76063 | C | 2,493,312 | 19,431,414 | 26,885,326 |
| 178 | BP8839649 | CVS/Pharmacy # 04794 | 5900 W. Pleasant Ridge Rd., Arlington, TX, 76016 | C | 2,430,025 | 14,438,891 | 26,666,520 |
| 179 | BA6196782 | Savon Pharmacy # 4290 | 480 Northwest Parkway, Azle, TX, 76020 | C | 2,451,560 | 22,453,822 | 26,250,205 |
| 180 | BW5725140 | Walmart Pharmacy # 10-0284 | 930 N. Walnut Creek Drive Suite #800, Mansfield, TX, 76063 | C | 3,332,570 | 25,072,389 | 26,185,584 |
| 181 | BK6678784 | Kroger Pharmacy #224 | 3510 Alta Mesa, Fort Worth, TX, 76133 | C | 2,500,813 | 19,904,429 | 25,803,633 |
| 182 | BU8456952 | Market Street Pharmacy #560 | 5605 Colleyville Blvd, Colleyville, TX, 76034 | C | 1,426,793 | 14,758,004 | 25,728,161 |
| 183 | BW5566231 | Walmart Pharmacy # 10-1455 | 8401 Anderson Blvd, Fort Worth, TX, 76120 | C | 3,180,959 | 27,958,397 | 25,647,277 |
| 184 | BK7763116 | Kroger Pharmacy #537 | 2061 Rufe Snow, Keller, TX, 76248 | C | 1,976,806 | 15,939,321 | 25,482,409 |
| 185 | FH1531169 | Hulen Pharmacy | 6249 Granbury Road, Fort Worth, TX, 76133 | R | 1,219,661 | 10,376,217 | 25,374,353 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
#### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 186 | BC8667783 | CVS/Pharmacy # 08318 | 4464 N. Tarrant Pkwy, Keller, TX, 76248 | C | 2,063,709 | 17,734,906 | 25,328,744 |
| 187 | BK6745307 | Kroger Pharmacy #451 | 1060 N Main Street, Euless, TX, 76039 | C | 2,199,616 | 18,169,580 | 25,080,045 |
| 188 | BC5359597 | CVS/Pharmacy # 07737 | 831 East Park Row Dr, Arlington, TX, 76010 | C | 1,603,808 | 12,587,417 | 24,994,519 |
| 189 | BW5811319 | Walgreens # 04314 | 6346 Camp Bowie Blvd, Ft Worth, TX, 76116 | C | 2,832,167 | 20,177,736 | 24,808,730 |
| 190 | BC5352050 | CVS/Pharmacy # 07801 | 6000 Bryant Irvin Rd, Fort Worth, TX, 76132 | C | 1,656,061 | 13,136,632 | 24,454,391 |
| 191 | FW2345519 | Westpoint Pharmacy | 9501 Clifford Street, Ste E, Fort Worth, TX, 76108 | R | 1,189,937 | 12,826,310 | 24,400,261 |
| 192 | FK2352184 | Kroger Pharmacy #542 | 3300 Texas Sage Trail, Fort Worth, TX, 76177 | C | 1,853,002 | 16,851,591 | 24,370,862 |
| 193 | BW9704809 | Walmart Pharmacy # 10-3773 | 9500 Clifford Street, Fort Worth(W), TX, 76108 | C | 2,993,783 | 24,171,383 | 24,282,114 |
| 194 | FW3913298 | Walmart Pharmacy # 10-5764 | 2401 Avondale Haslet Road, Fort Worth, TX, 76052 | C | 1,730,791 | 15,850,040 | 24,215,644 |
| 195 | BS6779942 | Sam's Pharmacy 10-8268 | 6375 N.E Loop 820, No Richland Hills, TX, 76180 | C | 1,735,136 | 12,893,607 | 24,058,762 |
| 196 | BT7964617 | Tom Thumb Pharmacy #3625 | 302 South Park Blvd., Grapevine, TX, 76051 | C | 1,487,374 | 13,838,730 | 23,880,585 |
| 197 | BK6744812 | Kroger Pharmacy #512 | 2110 E Southlake Blvd, Southlake, TX, 76092 | C | 1,524,101 | 12,907,723 | 23,852,599 |
| 198 | BK6744850 | Kroger Pharmacy #521 | 2109 Harwood Road, Bedford, TX, 76021 | C | 1,764,953 | 15,135,780 | 23,787,583 |
| 199 | BK6745004 | Kroger Pharmacy #688 | 301 S Bowen, Arlington, TX, 76013 | C | 1,894,381 | 16,663,733 | 23,707,494 |
| 200 | BT8010744 | Tom Thumb Pharmacy #1780 | 1000 Keller Pkwy, Keller, TX, 76248 | C | 1,563,798 | 14,987,180 | 23,551,096 |
| 201 | BW6979960 | Walgreens # 05922 | 108 Ne 28th St, Ft Worth, TX, 76164 | C | 3,160,191 | 22,023,362 | 23,381,153 |
| 202 | BA1191066 | Savon Pharmacy # 4277 | 3525 Sycamore School Road, Fort Worth, TX, 76133 | C | 1,922,765 | 18,194,538 | 23,249,865 |
| 203 | BC5360401 | CVS/Pharmacy # 06968 | 900 W Pioneer Pkwy, Arlington, TX, 76013 | C | 1,435,642 | 13,563,086 | 23,222,949 |
| 204 | BD4300101 | Daniel Drug Inc | 3409 West 7th Street, Fort Worth, TX, 76107 | R | 1,151,810 | 12,936,089 | 23,170,303 |
| 205 | BT7619147 | Tom Thumb Pharmacy #1972 | 980 Hwy 287 North, Mansfield, TX, 76063 | C | 1,702,891 | 15,915,171 | 22,427,226 |
| 206 | BM7428750 | Med Store LLP | 4004 East Belknap, Fort Worth, TX, 76111 | R | 1,812,512 | 13,397,387 | 22,195,784 |
| 207 | BS8481068 | Sam's Pharmacy 10-4795 | 1701 W State Hwy 114, Grapevine, TX, 76051 | C | 1,141,842 | 9,149,779 | 22,007,150 |
| 208 | FH3835127 | Halls Pharmacy, Shri Krishna Drugs Inc | 708 Pennsylvania Avenue, Fort Worth, TX, 76104 | R | 1,710,911 | 16,808,260 | 21,798,383 |
| 209 | BW5566178 | Walmart Pharmacy # 10-0590 | 6300 Oakmont (Hulen), Fort Worth, TX, 76132 | C | 2,256,546 | 17,990,734 | 21,744,888 |
| 210 | BW9449871 | Walmart Pharmacy # 10-5416 | 915 East Randol Mill Road, Arlington(N), TX, 76011 | C | 2,705,805 | 22,752,499 | 21,447,989 |
| 211 | BW7730838 | Walmart Pharmacy # 10-3594 | 2610 West Pioneer Parkway, Pantego, TX, 76013 | C | 2,285,243 | 18,747,201 | 21,092,047 |
| 212 | BC5351248 | CVS/Pharmacy # 06788 | 4140 E Lancaster, Fort Worth, TX, 76103 | C | 2,536,946 | 20,759,745 | 21,077,369 |
| 213 | BW9352876 | Walgreens # 09235 | 8600 S Hulen St, Ft Worth, TX, 76123 | C | 1,741,957 | 14,262,598 | 21,027,767 |
| 214 | BW9427471 | Westpark Discount Pharmacy Inc | 350 Westpark Way, Ste 300, Euless, TX, 76040 | R | 595,785 | 5,129,467 | 21,017,935 |
| 215 | BK7584546 | Kroger Pharmacy #582 | 9135 Grapevine Highway, North Richland Hills, TX, 76180 | C | 1,528,270 | 13,540,823 | 20,869,642 |
| 216 | BW5569491 | Walmart Pharmacy # 10-0940 | 6770 Westworth Blvd, Westworth Village, TX, 76114 | C | 2,703,146 | 20,652,782 | 20,828,095 |
| 217 | BW6078794 | Walgreens # 04857 | 4921 Bryant Irvin Rd., Ft Worth, TX, 76132 | C | 2,134,968 | 15,862,031 | 20,677,641 |
| 218 | BK6744913 | Kroger Pharmacy #538 | 2350 Southeast Green Oaks, Arlington, TX, 76018 | C | 1,798,594 | 14,972,799 | 20,560,097 |
| 219 | AA8140725 | Spence Pharmacy | 4821 River Oaks Blvd, Fort Worth, TX, 76114 | R | 1,564,025 | 13,534,913 | 19,958,312 |
| 220 | BK7938030 | Kroger Pharmacy #844 | 708 East Pipeline, Hurst, TX, 76054 | C | 1,994,292 | 15,696,675 | 19,934,867 |
| 221 | FW3571658 | Walgreens # 12410 | 12450 Timberland Blvd., Fort Worth, TX, 76244 | C | 1,343,499 | 12,507,766 | 19,867,494 |
| 222 | BC8032865 | CVS/Pharmacy # 05255 | 3401 Alta Mere Dr., Fort Worth, TX, 76116 | C | 1,500,936 | 12,739,559 | 19,787,571 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX

### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 223 | BW6169723 | Walgreens # 04785 | 2400 Jacksboro Hwy, Ft Worth, TX, 76114 | C | 2,295,378 | 14,547,274 | 19,741,404 |
| 224 | BW9075070 | Walmart Pharmacy # 10-3392 | 2108 Bedford Rd, Bedford, TX, 76021 | C | 1,836,619 | 14,644,248 | 19,647,998 |
| 225 | BW7187912 | Walmart Pharmacy # 10-2981 | 2130 Rufe Snow Drive, Keller, TX, 76248 | C | 2,032,586 | 14,842,260 | 19,564,749 |
| 226 | FW0803696 | Walmart Pharmacy # 10-3284 | 4800 US 287 Highway, Arlington, TX, 76017 | C | 2,319,454 | 17,693,653 | 19,296,069 |
| 227 | BC5360209 | CVS/Pharmacy # 06903 | 3350 Forest Hill Cir, Forest Hill, TX, 76140 | C | 2,259,016 | 18,631,419 | 19,275,063 |
| 228 | BA8735815 | Savon Pharmacy # 4198 | 10800 N. Beach St, Fort Worth, TX, 76248 | C | 1,197,510 | 10,658,545 | 18,650,221 |
| 229 | AR7700835 | Carie Boyd's Prescription Shop | 122 Grapevine Hwy, Hurst, TX, 76054 | R | 592,185 | 8,487,418 | 18,545,709 |
| 230 | BT7964580 | Tom Thumb Pharmacy #3622 | 6377 Camp Bowie, Fort Worth, TX, 76116 | C | 1,743,823 | 13,779,319 | 18,438,188 |
| 231 | BW6772520 | Walgreens # 05961 | 921 Henderson Street, Ft Worth, TX, 76102 | C | 1,962,065 | 14,302,339 | 18,436,268 |
| 232 | FW3074743 | Walmart Pharmacy # 10-3631 | 1221 E Fm 1187, Crowley, TX, 76036 | C | 1,832,251 | 17,606,356 | 18,390,773 |
| 233 | BA5263405 | Savon Pharmacy # 4189 | 8510 Highway 377 South, Benbrook, TX, 76126 | C | 916,761 | 9,356,443 | 18,250,476 |
| 234 | BA7965025 | Savon Pharmacy # 3042 | 6220 US Hwy 287, Arlington, TX, 76017 | C | 1,814,088 | 14,513,603 | 18,184,756 |
| 235 | FK3250569 | Kroger Pharmacy #562 | 12600 N. Beach Street, Forth Worth, TX, 76248 | C | 1,437,941 | 13,093,192 | 18,118,103 |
| 236 | FP4571611 | Pharmacy Depot | 1119 W. Randol Mill Road, Suite 104, Arlington, TX, 76012 | R | 740,390 | 8,659,979 | 17,967,354 |
| 237 | BK7938054 | Kroger Pharmacy #817 | 2525 West I-20, Grand Prairie, TX, 75052 | C | 1,470,040 | 11,527,022 | 17,965,849 |
| 238 | BK6744824 | Kroger Parkway, Keller, TX, 76248 | 976 Keller Parkway, Keller, TX, 76248 | C | 1,706,345 | 11,970,240 | 17,693,748 |
| 239 | BT8372029 | Target Store T-1536 | 1801 Highway 287 North, Mansfield, TX, 76063 | C | 1,370,440 | 10,636,702 | 17,328,915 |
| 240 | FP0091796 | Pharmacy Plus #9 | 721 E Southlake Blvd, Ste 180, Southlake, TX, 76092 | R | 636,658 | 7,552,103 | 17,273,940 |
| 241 | BS7019967 | Sam's Pharmacy 10-8210 | 600 N Burleson Blvd, Burleson, TX, 76028 | C | 1,334,132 | 9,382,390 | 17,006,268 |
| 242 | BA7833723 | Savon Pharmacy # 4223 | 9300 Clifford Street, Fort Worth, TX, 76108 | C | 1,407,066 | 11,396,109 | 16,864,296 |
| 243 | AA1458163 | Arlington Pharmacy North | 801 Road To Six Flags West, Suite 122, Arlington, TX, 76012 | R | 1,687,846 | 11,201,256 | 16,663,095 |
| 244 | BA3815517 | Savon Pharmacy # 4163 | 5950 South Cooper Street, Arlington, TX, 76017 | C | 1,379,206 | 11,444,412 | 16,633,613 |
| 245 | BC5352036 | CVS/Pharmacy # 07631 | 2603 W Berry St, Fort Worth, TX, 76109 | C | 1,544,645 | 12,196,412 | 16,564,949 |
| 246 | BI8126179 | Care Mart Pharmacy | 915 W. Belknap, Suite 105, Fort Worth, TX, 76102 | R | 1,625,375 | 16,978,170 | 16,262,593 |
| 247 | FA2784191 | Arlington Cancer Center Pharmacy, Texas Health Physician'S Group | 906 West Randol Mill Road, Ste 200, Arlington, TX, 76012 | R | 560,994 | 5,535,264 | 15,392,678 |
| 248 | BM6035667 | Minyard Food Stores, Inc, D/B/A Carnival Pharmacy #120 | 102 N.W. 28th Street, Fort Worth, TX, 76106 | R | 707,436 | 6,317,938 | 15,368,929 |
| 249 | BT6842101 | Target Store T-1765 | 8000 Denton Highway, Watauga, TX, 76148 | C | 1,293,011 | 10,137,239 | 15,349,707 |
| 250 | BT8010693 | Tom Thumb Pharmacy #2580 | 100 W. Southlake Blvd, Ste 200, Southlake, TX, 76092 | C | 911,628 | 7,525,798 | 15,234,791 |
| 251 | BA5161269 | Savon Pharmacy # 0106 | 1155 N Main Street, Euless, TX, 76039 | C | 1,030,169 | 10,476,417 | 15,176,301 |
| 252 | FA0944024 | Arlington Pharmacy | 801 Road To Six Flags West, Suite 122, Arlington, TX, 76012 | R | 551,649 | 5,457,093 | 15,077,457 |
| 253 | FA2261674 | Albertsons Pharmacy #4267 | 6249 Rufe Snow Drive, Watauga, TX, 76148 | C | 927,881 | 9,273,896 | 14,963,690 |
| 254 | BC5351250 | CVS/Pharmacy # 06794 | 2706 Jacksboro Hwy, Fort Worth, TX, 76114 | C | 1,517,435 | 12,274,040 | 14,928,175 |
| 255 | FS4914431 | Saginaw Pharmacy Kali Nagabalaji LLC | 200 W J Boaz Road, Ste 100, Saginaw, TX, 76179 | R | 702,601 | 8,660,190 | 14,805,888 |
| 256 | BT7367508 | Target Store T-1339 | 1600 West Arbrook, Arlington, TX, 76015 | C | 1,233,384 | 9,448,909 | 14,796,201 |
| 257 | BT9258648 | Target Store T-2008 | 6604 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 1,141,061 | 8,593,438 | 14,687,952 |
| 258 | BC5351236 | CVS/Pharmacy # 06786 | 1201 N Beach St, Fort Worth, TX, 76111 | C | 1,428,936 | 12,340,754 | 14,668,569 |
| 259 | BS7830892 | South Script Healthcare | 2120 Evans Avenue, Fort Worth, TX, 76104 | R | 2,419,016 | 13,986,456 | 14,664,693 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 260 | FC5783116 | CVS Pharmacy # 16892 | 1400 Precinct Line Rd, Hurst, TX, 76053 | C | 747,529 | 8,692,048 | 14,113,815 |
| 261 | BK6744610 | Kroger Pharmacy #435 | 2475 Ascension Blvd, Arlington, TX, 76011 | C | 1,047,574 | 8,828,261 | 13,667,182 |
| 262 | BW7143934 | Walmart Pharmacy # 10-2978 | 7451 Mc Cart Avenue, Fort Worth (S), TX, 76133 | C | 1,949,789 | 15,143,415 | 13,600,664 |
| 263 | BT8010958 | Tom Thumb Pharmacy #2574 | 3000 S. Hulen, Fort Worth, TX, 76109 | C | 1,289,296 | 10,250,077 | 13,417,771 |
| 264 | BW8350679 | Walmart Pharmacy # 10-5181 | 6513 Meadowbrook Dr, Ft Worth, TX, 76112 | C | 2,005,928 | 13,754,356 | 13,179,485 |
| 265 | BC5351539 | CVS/Pharmacy # 07447 | 3145 Mansfield Hwy, Fort Worth, TX, 76119 | C | 1,944,356 | 15,865,149 | 13,099,445 |
| 266 | BT9426380 | Target Store T-2042 | 301 Carroll St, Fort Worth, TX, 76107 | C | 1,054,057 | 7,781,181 | 13,041,979 |
| 267 | BS9911529 | Rx-Direct Home Delivery | 5001 S Cooper St, Ste 215, Arlington, TX, 76017 | R | 645,596 | 7,509,082 | 12,824,450 |
| 268 | BB7832074 | Super One Pharmacy #614 | 6750 Forest Hill Dr, Forest Hill, TX, 76140 | C | 1,441,041 | 10,078,324 | 12,699,425 |
| 269 | BT6692152 | Texas Oncology Pharmacy-Heb | 1609 Hospital Parkway, Bedford, TX, 76022 | R | 485,727 | 6,516,339 | 12,522,258 |
| 270 | FB2511118 | Bear Creek Pharmacy LLC | 101B Bear Creek Parkway, Keller, TX, 76248 | R | 728,736 | 8,195,530 | 12,515,062 |
| 271 | BW8914017 | Walmart Pharmacy # 10-5312 | 3851 Airport Freeway, Ft Worth, TX, 76111 | C | 2,102,202 | 14,545,919 | 12,501,102 |
| 272 | BB7832086 | Brookshire Pharmacy #124 | 6708 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 1,437,580 | 11,581,512 | 12,475,461 |
| 273 | FM2995061 | Mccart Pharmacy | 4237 Mccart Ave, Fort Worth, TX, 76115 | R | 1,141,090 | 8,742,509 | 12,461,287 |
| 274 | BW5566089 | Walmart Pharmacy # 10-0266 | 1601 West State Hwy 114, Grapevine, TX, 76051 | C | 1,354,067 | 9,368,763 | 12,387,766 |
| 275 | BW5566267 | Walmart Pharmacy # 10-1801 | 4801 S. Cooper Street, Arlington, TX, 76017 | C | 1,516,888 | 12,008,284 | 12,385,075 |
| 276 | BA3096698 | Savon Pharmacy # 4151 | 4400 Western Center Blvd, Fort Worth, TX, 76137 | C | 1,069,190 | 8,144,300 | 12,253,326 |
| 277 | BW6896673 | Walmart Pharmacy # 10-2977 | 735 West Sublett Road, Arlington, TX, 76017 | C | 1,789,421 | 13,902,855 | 12,244,593 |
| 278 | FC4979603 | CVS/Pharmacy # 10489 | 8601 Boat Club Rd, Fort Worth, TX, 76179 | C | 757,403 | 8,497,472 | 12,225,715 |
| 279 | BK6744521 | Kroger Pharmacy #413 | 2580 E Arkansas Lane, Arlington, TX, 76014 | C | 1,390,842 | 10,683,894 | 12,137,442 |
| 280 | BA3460021 | Savon Pharmacy # 4286 | 6700 West Freeway, Fort Worth, TX, 76116 | C | 1,177,503 | 9,255,062 | 12,042,539 |
| 281 | FA1731846 | Albertsons Pharmacy #0232 | 3563 Alton Road, Fort Worth, TX, 76109 | C | 1,002,093 | 8,132,239 | 11,753,074 |
| 282 | BA6093013 | Savon Pharmacy # 4193 | 8428 Denton Highway, Watauga, TX, 76148 | C | 810,747 | 6,811,429 | 11,740,588 |
| 283 | BT8010807 | Tom Thumb Pharmacy #2587 | 5425 S. Cooper, Arlington, TX, 76017 | C | 760,160 | 7,517,300 | 11,595,467 |
| 284 | BA8326628 | Savon Pharmacy # 4244 | 812 S. Crowley Road, Crowley, TX, 76036 | C | 788,158 | 6,285,840 | 11,566,193 |
| 285 | BT6972675 | Target Store T-1770 | 5700 Overton Ridge Blvd., Fort Worth, TX, 76132 | C | 1,045,425 | 7,392,851 | 11,565,177 |
| 286 | BM0905717 | Minyard Pharmacy #72 | 4400 Green Oaks Blvd West, Arlington, TX, 76016 | R | 573,419 | 6,664,760 | 11,316,449 |
| 287 | BT7511149 | Target Store T-1368 | 1401 West Glade Road, Euless, TX, 76039 | C | 987,852 | 7,547,173 | 11,242,186 |
| 288 | AS2909084 | Seminary Drive Pharmacy | 1309 E Seminary Drive, Fort Worth, TX, 76115 | R | 1,215,143 | 8,154,569 | 11,206,149 |
| 289 | FK5004041 | Kroger Pharmacy #535 | 9150 N. Tarrant Parkway, N Richland Hills, TX, 76182 | C | 607,792 | 8,097,661 | 11,148,921 |
| 290 | BK9481285 | Kroger Pharmacy #694 | 3304 Denton Highway, Haltom City, TX, 76117 | C | 1,331,778 | 9,880,525 | 11,085,203 |
| 291 | BT8183218 | Target Store T-1514 | 8532 Davis Blvd, North Richland Hills, TX, 76182 | C | 962,087 | 7,054,831 | 10,130,938 |
| 292 | BT8663204 | Target Store T-0876 | 1101 Ira E Woods Ave, Grapevine, TX, 76051 | C | 672,667 | 4,911,411 | 10,048,978 |
| 293 | FT0910605 | Target Store T-2425 | 751 Alta Mere Dr, Fort Worth, TX, 76116 | C | 810,405 | 7,570,327 | 9,869,741 |
| 294 | FP5834418 | Patient Rx Solutions Pharmacy LLC | 1717 Precinct Line Rd, Ste 202, Hurst, TX, 76054 | R | 677,106 | 7,330,324 | 9,783,081 |
| 295 | FW2300111 | Alta Vista Pharmacy | 11751 Alta Vista Rd, Ste 401, Keller, TX, 76244 | R | 473,593 | 5,388,588 | 9,614,886 |
| 296 | FW1436218 | Walgreens # 13073 | 1325 Pennsylvania Ave Ste 60, Fort Worth, TX, 76104 | C | 975,874 | 7,638,858 | 9,308,619 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 297 | FC5811004 | CVS/Pharmacy #10886 | 7220 Blue Mound Road, Fort Worth, TX, 76131 | C | 628,162 | 7,314,060 | 9,278,816 |
| 298 | BT8010655 | Tom Thumb Pharmacy #3576 | 4000 William D Tate, Grapevine, TX, 76051 | C | 689,631 | 4,911,514 | 9,274,596 |
| 299 | FW2266333 | Walmart Pharmacy # 10-4509 | 8840 Benbrook Blvd, Benbrook, TX, 76126 | C | 1,016,798 | 8,070,932 | 9,035,455 |
| 300 | BC5351591 | CVS/Pharmacy # 07455 | 700 W. Seminary Drive, Fort Worth, TX, 76115 | C | 1,278,658 | 11,157,483 | 8,954,940 |
| 301 | FC4488791 | Costco Pharmacy #1173 | 8900 Tehama Ridge Parkway, Fort Worth, TX, 76177 | C | 434,577 | 4,125,969 | 8,838,325 |
| 302 | BM4593768 | Metroplex Hematology/Oncology Assoc, Dba: Arlington Cancer Ctr Pharmacy | 906 W Randol Mill Road, Arlington, TX, 76012 | R | 296,050 | 2,861,107 | 8,748,117 |
| 303 | FW4699887 | Walmart Pharmacy # 10-4165 | 2245 Jacksboro Highway, Fort Worth, TX, 76114 | C | 799,935 | 9,571,077 | 8,601,875 |
| 304 | BE5359369 | CVS/Pharmacy # 07678 | 5301 River Oaks Blvd, River Oaks, TX, 76114 | C | 952,710 | 5,358,934 | 8,508,316 |
| 305 | FK5844293 | Kroger Pharmacy #532 | 5241 N. Tarrant Pkwy, Ft Worth, TX, 76244 | C | 419,217 | 5,820,641 | 8,442,356 |
| 306 | BE5359307 | CVS/Pharmacy # 07663 | 101 N. Rufe Snow Dr., Keller, TX, 76248 | C | 991,900 | 5,296,803 | 8,437,764 |
| 307 | BK6744711 | Kroger Pharmacy #467 | 6080 South Hulen Street, Fort Worth, TX, 76132 | C | 1,072,007 | 7,630,838 | 8,320,008 |
| 308 | FF4865070 | Forest Hill Pharmacy | 3403 Mansfield Hwy, Fort Worth, TX, 76119 | R | 615,906 | 6,298,689 | 8,235,610 |
| 309 | BO9524958 | Texas Oncology Pharmacy-South Arlington | 515 Mayfield Road, Suite 101, Arlington, TX, 76014 | R | 259,482 | 3,101,724 | 8,165,712 |
| 310 | BA0794025 | Savon Pharmacy # 4271 | 2121 North Collins, Arlington, TX, 76011 | C | 412,630 | 3,820,643 | 8,133,785 |
| 311 | FC5662071 | CVS/Pharmacy #10775 | 13901 Sendera Ranch Blvd, Haslet, TX, 76052 | C | 505,379 | 5,406,309 | 8,129,433 |
| 312 | BE5351705 | CVS/Pharmacy # 07467 | 460 Northwest Parkway, Azle, TX, 76020 | C | 1,281,270 | 7,076,326 | 7,993,819 |
| 313 | FS4566634 | Sam's Pharmacy 10-8210 | 600 N Burleson Blvd, Burleson, TX, 76028 | C | 492,150 | 6,003,735 | 7,849,867 |
| 314 | FW3605269 | Walmart Pharmacy # 10-5613 | 2121 N Collins Street, Arlington, TX, 76011 | C | 651,034 | 7,830,670 | 7,790,830 |
| 315 | FW3605283 | Walmart Pharmacy # 10-3044 | 2900 Renaissance Square, Fort Worth, TX, 76105 | C | 1,095,577 | 12,841,938 | 7,789,870 |
| 316 | BE5360538 | CVS/Pharmacy # 06981 | 8660 US Hwy 377 S, Benbrook, TX, 76126 | C | 1,257,430 | 7,328,356 | 7,595,668 |
| 317 | BE5351654 | CVS/Pharmacy # 07462 | 601 N Industrial Blvd, Bedford, TX, 76021 | C | 994,170 | 5,407,248 | 7,444,771 |
| 318 | BW9432155 | Walmart Pharmacy # 10-3419 | 6756 West Vickery Boulevard, Fort Worth(Vickery), TX, 76116 | C | 1,116,050 | 8,589,144 | 7,423,232 |
| 319 | BK6745054 | Kroger Pharmacy #864 | 1050 Bridgewood, Fort Worth, TX, 76112 | C | 778,137 | 4,863,727 | 7,365,269 |
| 320 | FS4212394 | Sam's Club Pharmacy 10-4911 | 1740 North Fm 157, Mansfield, TX, 76063 | C | 433,898 | 5,382,475 | 7,263,760 |
| 321 | BM9175630 | Markum Drive Pharmacy | 2919 Markum Drive, P O Box 2088, Halton City, TX, 76117 | R | 562,709 | 4,544,755 | 7,142,114 |
| 322 | BH9538490 | Haltom Pharmacy LLC | 5310 East Belknap Street, Suite E, Haltom City, TX, 76117 | R | 857,240 | 6,028,531 | 7,102,157 |
| 323 | FB1102526 | Baylor Scott & White Pharmacy #102 | 1250 8th Avenue, Ste 125, Fort Worth, TX, 76104 | R | 802,418 | 8,557,267 | 7,061,628 |
| 324 | BE5351971 | CVS/Pharmacy # 07603 | 1301 N. Saginaw Blvd., Saginaw, TX, 76179 | C | 1,187,090 | 6,853,667 | 7,027,600 |
| 325 | FH5616668 | Haslet Pharmacy | 1205 Avondale Haslet Rd, Ste 200, Haslet, TX, 76052 | R | 215,372 | 2,552,715 | 6,949,666 |
| 326 | FM4091029 | Midcities Pharmacy Inc. | 2000 Precinct Line Rd, Ste 102, Hurst, TX, 76054 | R | 279,094 | 4,849,114 | 6,891,043 |
| 327 | BM6225406 | Murr's Main Street Drug, Inc | 161 W. Main Street, Azle, TX, 76020 | R | 474,708 | 3,774,359 | 6,763,606 |
| 328 | FM5214022 | Minyard Pharmacy #55 | 3300 Harwood, Bedford, TX, 76021 | R | 271,741 | 3,698,522 | 6,717,515 |
| 329 | FK2907268 | Keller Pharmacy, Medi-Health Pharmacy Group LLC | 1200 Keller Parkway Suite 200, Keller, TX, 76248 | R | 255,611 | 3,189,373 | 6,632,978 |
| 330 | FW3721568 | Walmart Pharmacy # 10-3135 | 717 West Berry, Fort Worth, TX, 76110 | C | 945,723 | 9,465,994 | 6,605,151 |
| 331 | BA3096648 | Savon Pharmacy # 4146 | 1495 Precinct Line Road, Hurst, TX, 76053 | C | 606,975 | 4,420,527 | 6,494,711 |
| 332 | BR7598608 | CVS/Pharmacy # 02976 | 6401 Precinct Line Rd., North Richland Hills, TX, 76180 | C | 934,090 | 5,387,415 | 6,492,954 |
| 333 | FG1041158 | Gertrude Tarpley Community Clinic Pharmacy, Tarrant County Hospital District | 6601 Watauga Road, Suite 126, Watauga, TX, 76148 | R | 584,210 | 4,040,719 | 6,431,011 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 334 | BE5352024 | CVS/Pharmacy # 07628 | 7200 Boulevard 26, Richland Hills, TX, 76180 | C | 913,140 | 4,860,647 | 6,430,758 |
| 335 | BT8010821 | Tom Thumb Pharmacy #3589 | 4720 Bryant Irvin, Ft Worth, TX, 76132 | C | 531,087 | 3,503,306 | 6,394,398 |
| 336 | BE5359977 | CVS/Pharmacy # 06817 | 6548 Meadowbrook Dr, Fort Worth, TX, 76112 | C | 1,160,090 | 6,257,245 | 6,379,658 |
| 337 | BM9859628 | Medpro Pharmacy & Wellness Ctr Medpro Pharmacy | 2212 Sam Rayburn Hwy, Ste 100, Melissa, TX, 75454 | R | 466,896 | 4,101,003 | 6,340,826 |
| 338 | FW5015878 | Walmart Pharmacy 10-3043 | 4536 Heritage Trace Pkwy, Fort Worth, TX, 76244 | C | 417,820 | 3,777,910 | 6,327,077 |
| 339 | BE5351248 | CVS/Pharmacy # 06788 | 4140 E Lancaster, Fort Worth, TX, 76103 | C | 1,171,620 | 6,574,931 | 6,272,273 |
| 340 | BE5361059 | CVS/Pharmacy # 07278 | 4333 Western Center Blvd, Fort Worth, TX, 76137 | C | 820,260 | 4,502,876 | 6,231,786 |
| 341 | FW3535905 | Walmart Pharmacy # 10-5614 | 4904 Colleyville Blvd, Colleyville, TX, 76034 | C | 416,866 | 4,150,810 | 6,221,860 |
| 342 | BE5360932 | CVS/Pharmacy # 07237 | 3614 Camp Bowie Blvd., Fort Worth, TX, 76107 | C | 980,730 | 5,335,752 | 6,063,145 |
| 343 | FW4928543 | Walmart Pharmacy # 10-6578 | 6604 Blvd 26, Richland Hills, TX, 76118 | C | 517,930 | 4,901,337 | 6,002,544 |
| 344 | BM5635442 | Rxpress Pharmacy, Medicine Store Pharmacy Inc | 1000 W. Weatherford St., Ste. 200, Fort Worth, TX, 76102 | R | 642,418 | 4,452,169 | 5,904,056 |
| 345 | BE6175221 | CVS/Pharmacy # 07806 | 2051 Hall Johnson Rd, Grapevine, TX, 76051 | C | 460,220 | 2,485,598 | 5,877,336 |
| 346 | BE5351642 | CVS/Pharmacy # 07461 | 1100 N Walnut Creek Dr, Mansfield, TX, 76063 | C | 856,390 | 4,649,503 | 5,839,908 |
| 347 | BA2560058 | Savon Pharmacy # 4285 | 4650 Southwest Loop 820, Fort Worth, TX, 76109 | C | 463,895 | 3,623,821 | 5,753,115 |
| 348 | BE5351313 | CVS/Pharmacy # 07392 | 3220 Denton Hwy, Haltom City, TX, 76117 | C | 1,000,310 | 5,272,248 | 5,741,980 |
| 349 | FG3137292 | Gertrude Tarpley Clinic Pharmacy | 6601 Watauga Road, Ste 126, Watauga, TX, 76148 | R | 427,990 | 4,572,495 | 5,536,283 |
| 350 | BM0840543 | Meadowbrook Pharmacy Inc | 6637 Meadowbrook Drive, Fort Worth, TX, 76112 | R | 401,065 | 3,807,874 | 5,535,300 |
| 351 | BE5352036 | CVS/Pharmacy # 07631 | 2603 W Berry St, Fort Worth, TX, 76109 | C | 885,440 | 4,639,973 | 5,502,762 |
| 352 | BE5351945 | CVS/Pharmacy # 07600 | 9620 White Settlement Rd, Fort Worth, TX, 76108 | C | 1,019,430 | 6,138,616 | 5,485,236 |
| 353 | BC8032853 | CVS/Pharmacy # 05695 | 815 E. Abrams St., Arlington, TX, 76010 | C | 723,037 | 5,789,795 | 5,465,021 |
| 354 | BS7638387 | CVS/Pharmacy # 03707 | 6151 Matlock Rd., Arlington, TX, 76018 | C | 741,840 | 4,260,338 | 5,408,392 |
| 355 | BE5351957 | CVS/Pharmacy # 07601 | 825 S. Crowley Rd.,, Crowley, TX, 76036 | C | 983,710 | 5,381,885 | 5,387,534 |
| 356 | BE5351301 | CVS/Pharmacy # 06802 | 237 Pipeline Rd, Bedford, TX, 76022 | C | 799,080 | 4,205,135 | 5,384,824 |
| 357 | FK1849085 | Kroger Pharmacy #520 | 3120 South University, Fort Worth, TX, 76109 | C | 534,753 | 4,838,555 | 5,370,985 |
| 358 | BE5359268 | CVS/Pharmacy # 07650 | 3801 Sw Green Oaks Blvd, Arlington, TX, 76017 | C | 729,960 | 4,403,379 | 5,291,023 |
| 359 | FC5783091 | CVS Pharmacy # 16866 | 1801 Highway 287 N, Mansfield, TX, 76063 | C | 388,731 | 4,562,150 | 5,231,266 |
| 360 | FC5600615 | CVS/Pharmacy #10576 | 3802 E Broad Street, Mansfield, TX, 76063 | C | 350,794 | 4,067,316 | 5,138,388 |
| 361 | BE8708490 | CVS/Pharmacy # 08330 | 6320 Rufe Snow Dr, North Richland Hills, TX, 76180 | C | 723,440 | 3,741,045 | 5,116,691 |
| 362 | BE5359321 | CVS/Pharmacy # 07667 | 2500 W Park Row Dr, Pantego, TX, 76013 | C | 741,000 | 4,093,268 | 5,114,843 |
| 363 | BE5359597 | CVS/Pharmacy # 07737 | 831 East Park Row Dr, Arlington, TX, 76010 | C | 749,530 | 4,164,613 | 5,075,645 |
| 364 | FC5783128 | CVS Pharmacy # 16896 | 5700 Overton Ridge Blvd, Fort Worth, TX, 76132 | C | 369,473 | 4,284,366 | 5,072,439 |
| 365 | FK6420373 | Kroger Pharmacy #530 | 1653 Basswood Blvd, Fort Worth, TX, 76131 | C | 357,210 | 3,820,368 | 5,067,726 |
| 366 | BE5360463 | CVS/Pharmacy # 06975 | 506 N Fielder Rd, Arlington, TX, 76012 | C | 751,920 | 3,992,217 | 5,049,794 |
| 367 | BA8951762 | CVS/Pharmacy # 02991 | 6431 Mccart Ave., Fort Worth, TX, 76133 | C | 833,720 | 4,578,189 | 4,919,567 |
| 368 | BA5174026 | Savon Pharmacy # 4172 | 2455 S.E. Green Oaks Blvd, Arlington, TX, 76018 | C | 324,025 | 2,901,834 | 4,916,031 |
| 369 | BE5360209 | CVS/Pharmacy # 06903 | 3350 Forest Hill Cir, Forest Hill, TX, 76140 | C | 972,900 | 5,155,800 | 4,867,171 |
| 370 | FM7355488 | Mercy Care Pharmacy | 801 Road To Six Flags W Ste 122, Arlington, TX, 76012 | R | 87,710 | 1,976,797 | 4,827,411 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX

### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 371 | FC5783495 | CVS Pharmacy # 17134 | 301 Carroll St, Fort Worth, TX, 76107 | C | 289,142 | 2,943,957 | 4,799,367 |
| 372 | FC5745356 | CVS/Pharmacy #10668 | 9200 N Tarrant Pkwy, North Richland Hills, TX, 76182 | C | 300,676 | 3,207,118 | 4,735,450 |
| 373 | FS2913095 | Saratoga Pharmacy | 12650 N Beach Street, Ste 112, Fort Worth, TX, 76244 | R | 231,743 | 2,922,488 | 4,704,458 |
| 374 | FB4079112 | Baylor Scott & White Pharmacy #107, Baylor Health Enterprises, LP. | 1600 W College St, Ste 110, Grapevine, TX, 76051 | R | 506,636 | 4,443,776 | 4,703,010 |
| 375 | FY2957782 | Your Rx Pharmacy | 2637 Ira E Woods Avenue, Ste 200, Grapevine, TX, 76051 | R | 258,625 | 2,455,454 | 4,687,240 |
| 376 | BE5359220 | CVS/Pharmacy # 07642 | 6640 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 816,080 | 4,474,222 | 4,640,713 |
| 377 | BE5351464 | CVS/Pharmacy # 07438 | 1811 E Arkansas Ln, Arlington, TX, 76010 | C | 834,620 | 5,053,144 | 4,421,770 |
| 378 | FC5783483 | CVS Pharmacy # 17103 | 6604 Lake Worth Blvd, Lake Worth, TX, 76135 | C | 306,927 | 2,996,145 | 4,377,635 |
| 379 | BM8041220 | CVS/Pharmacy 05718 | 3401 S. Collins St., Arlington, TX, 76014 | C | 554,860 | 3,321,421 | 4,329,410 |
| 380 | BK7841528 | CVS/Pharmacy # 03134 | 801 N. Tarrant Pkwy., Keller, TX, 76248 | C | 526,085 | 3,338,516 | 4,291,685 |
| 381 | BE5351236 | CVS/Pharmacy # 06786 | 1201 N Beach St, Fort Worth, TX, 76111 | C | 809,070 | 4,379,170 | 4,244,572 |
| 382 | BG7954387 | CVS/Pharmacy # 03708 | 3701 Ira E. Woods Ave., Grapevine, TX, 76051 | C | 471,895 | 2,718,263 | 4,203,316 |
| 383 | FU1609746 | US Pharmacy Inc Store #2 | 4245 East Berry Street, Fort Worth, TX, 76105 | R | 680,037 | 4,247,841 | 4,202,569 |
| 384 | FK6565367 | Kroger Pharmacy #576 | 4750 W Bailey Boswell Rd, Fort Worth, TX, 76179 | C | 291,381 | 2,999,494 | 4,180,921 |
| 385 | BE5351921 | CVS/Pharmacy # 07575 | 5012 Trl Lake Dr, Fort Worth, TX, 76133 | C | 648,020 | 3,566,478 | 4,167,269 |
| 386 | FO3553042 | Onward Care Pharmacy, Inc. | 3305 Alta Mesa Blvd, Fort Worth, TX, 76133 | R | 446,410 | 3,801,067 | 4,141,012 |
| 387 | FG4414974 | Matlock Specialty Pharmacy | 3295 S Cooper Street, Ste 107, Arlington, TX, 76015 | R | 265,527 | 2,756,569 | 4,140,350 |
| 388 | BR9176593 | CVS/Pharmacy # 05976 | 8560 S. Hulen St., Fort Worth, TX, 76123 | C | 581,435 | 3,338,148 | 4,035,042 |
| 389 | BA4045844 | Savon Pharmacy # 4170 | 3120 S University Drive, Fort Worth, TX, 76109 | C | 403,805 | 2,530,418 | 4,030,999 |
| 390 | FR1667938 | Ray's Pharmacy At Hunters Point | 1831 East Broad Street, Mansfield, TX, 76063 | R | 157,394 | 1,921,430 | 4,029,942 |
| 391 | FQ3609938 | Qvl Pharmacy #147 | 3751 Matlock Road, Ste 121, Arlington, TX, 76015 | R | 136,299 | 2,411,376 | 3,994,640 |
| 392 | BE5351882 | CVS/Pharmacy # 07507 | 100 E Southlake Blvd, Southlake, TX, 76092 | C | 408,100 | 2,330,268 | 3,918,041 |
| 393 | BE5351553 | CVS/Pharmacy # 07449 | 2900 Central Dr, Bedford, TX, 76021 | C | 553,110 | 3,020,012 | 3,889,612 |
| 394 | FA3601057 | Ahf Pharmacy, Aids Healthcare Foundation | 400 N Beach Street, Ste 102, Fort Worth, TX, 76111 | R | 185,329 | 2,185,855 | 3,868,349 |
| 395 | FC4164593 | Cook Children's Pharmacy 1 | 801 7th Avenue, Ste 1700, Fort Worth, TX, 76104 | R | 375,859 | 2,972,999 | 3,866,302 |
| 396 | BE5351325 | CVS/Pharmacy # 07393 | 8520 Camp Bowie W, Fort Worth, TX, 76116 | C | 704,460 | 3,962,193 | 3,810,842 |
| 397 | BC6612522 | CVS/Pharmacy # 2751 | 426 S. Henderson Street, Fort Worth, TX, 76104 | C | 519,700 | 3,449,438 | 3,802,136 |
| 398 | FA2033140 | Arlington Cancer Center Pharmacy | 906 West Randol Mill Road, Arlington, TX, 76012 | R | 133,368 | 1,369,038 | 3,797,053 |
| 399 | BB7560596 | CVS/Pharmacy 03207 | 4400 Basswood Blvd., Fort Worth, TX, 76137 | C | 476,619 | 2,753,738 | 3,794,875 |
| 400 | FR6553336 | Red Door Pharmacy And Gifts | 2488 Avondale Haslet Rd, Ste 168, Haslet, TX, 76052 | R | 290,128 | 2,873,032 | 3,730,996 |
| 401 | FN5118179 | Nexgen Speciality Pharmacy | 2233 Avenue J, Ste 105, Arlington, TX, 76006 | R | 15,360 | 121,074 | 3,632,217 |
| 402 | FT4810708 | Cooper Specialty Pharmacy | 6109 S Cooper St, Ste 111, Arlington, TX, 76001 | R | 126,825 | 1,594,571 | 3,525,058 |
| 403 | BE5351577 | CVS/Pharmacy # 07451 | 2105 W Northwest Hwy, Grapevine, TX, 76051 | C | 465,600 | 2,685,491 | 3,451,368 |
| 404 | BE5351539 | CVS/Pharmacy # 07447 | 3145 Mansfield Hwy, Fort Worth, TX, 76119 | C | 750,800 | 4,007,743 | 3,425,382 |
| 405 | BT7919066 | Texas Injured Workers' Pharmacy | 2204 Park Springs Blvd, Suite B, Arlington, TX, 76013 | R | 721,794 | 5,809,358 | 3,423,170 |
| 406 | FC5783849 | CVS Pharmacy # 17482 | 751 Alta Mere Dr, Fort Worth, TX, 76116 | C | 257,130 | 2,833,736 | 3,377,805 |
| 407 | FW5766033 | Walmart Pharmacy 10-7347 | 720 W Pipeline Rd, Hurst, TX, 76053 | C | 307,734 | 3,218,607 | 3,370,482 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
#### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 408 | BE5351250 | CVS/Pharmacy # 06794 | 2706 Jacksboro Hwy, Fort Worth, TX, 76114 | C | 653,090 | 3,398,072 | 3,323,756 |
| 409 | BE6533497 | CVS/Pharmacy # 07812 | 1901 SE Green Oaks Blvd, Arlington, TX, 76018 | C | 556,180 | 3,528,856 | 3,309,829 |
| 410 | BE5352000 | CVS/Pharmacy # 07624 | 1800 Brown Blvd, Arlington, TX, 76006 | C | 582,720 | 3,176,042 | 3,297,806 |
| 411 | FM5650785 | M & A Pharmacy | 8200 Matlock Rd Ste 150, Arlington, TX, 76002 | R | 321,791 | 3,479,320 | 3,297,325 |
| 412 | BE5352050 | CVS/Pharmacy # 07801 | 6000 Bryant Irvin Rd, Fort Worth, TX, 76132 | C | 469,010 | 2,363,197 | 3,072,547 |
| 413 | FP3415999 | Parkwood Pharmacy | 3415 S Cooper St, Ste 106, Arlington, TX, 76015 | R | 264,244 | 2,609,988 | 3,059,866 |
| 414 | FT6100515 | Texas Oncology Pharmacy-SW Fort Worth | 6500 Harris Pkwy Ste 100, Fort Worth, TX, 76132 | R | 145,445 | 1,183,978 | 3,047,402 |
| 415 | AM1827229 | Minyard Phcy #34 | 3563 Alton Road, Fort Worth, TX, 76109 | R | 213,186 | 1,819,598 | 3,044,794 |
| 416 | BT0380028 | Trail Creek Pharmacy | 350 Westpark Way, Euless, TX, 76040 | R | 60,245 | 381,551 | 3,038,074 |
| 417 | BA5353723 | Allied Pharmacy Services | 801 Stadium Dr, Ste 111, Arlington, TX, 76011 | R | 19,580 | 1,726,902 | 3,024,011 |
| 418 | BA8032865 | CVS/Pharmacy # 05255 | 3401 Alta Mere Dr., Fort Worth, TX, 76116 | C | 574,280 | 3,535,975 | 3,018,005 |
| 419 | BE5360401 | CVS/Pharmacy # 06968 | 900 W Pioneer Pkwy, Arlington, TX, 76013 | C | 516,370 | 2,796,718 | 3,017,218 |
| 420 | FC7378296 | CVS/Pharmacy #10436 | 5201 Golden Triangle Blvd., Fort Worth, TX, 76244 | C | 194,845 | 2,757,594 | 2,943,413 |
| 421 | BT2168791 | Jen Care Pharmacy | 3183 Denton Highway, Haltom City, TX, 76117 | R | 388,665 | 2,567,356 | 2,924,570 |
| 422 | FM4306886 | Melrose Pharmacy | 2860 N Fm 157, Ste 120, Mansfield, TX, 76063 | R | 194,063 | 2,263,346 | 2,909,661 |
| 423 | FG5996143 | Gateway Pharmacy | 921 Fm 1187 E, Ste A, Crowley, TX, 76036 | R | 199,582 | 2,510,316 | 2,700,591 |
| 424 | BA4234477 | Savon Pharmacy # 4288 | 2201 W Southlake Blvd, Southlake, TX, 76092 | C | 236,378 | 1,776,399 | 2,666,368 |
| 425 | FC6115833 | CVS Pharmacy # 16679 | 1600 W Arbrook Blvd, Arlington, TX, 76015 | C | 246,870 | 2,599,795 | 2,651,924 |
| 426 | FW3162485 | Walmart Pharmacy # 10-5985 | 2201 W Southlake Blvd, Southlake, TX, 76092 | C | 177,787 | 1,827,945 | 2,649,458 |
| 427 | BV4370499 | VN Discount Pharmacy | 2216 New York Ave., Ste 202, Arlington, TX, 76010 | R | 330,032 | 4,655,748 | 2,624,227 |
| 428 | FC5837919 | CVS Pharmacy # 16891 | 8000 Denton Hwy, Watauga, TX, 76148 | C | 178,049 | 1,991,722 | 2,593,721 |
| 429 | BE8667783 | CVS/Pharmacy # 08318 | 4464 N. Tarrant Pkwy, Keller, TX, 76248 | C | 488,680 | 2,595,229 | 2,558,854 |
| 430 | FB4218524 | Beco Pharmacy LLC | 918 E Park Row Dr, Arlington, TX, 76010 | R | 286,250 | 2,407,264 | 2,526,859 |
| 431 | FD2972203 | Doctors Pharmacy, Emason Incorporated | 4423 River Oaks Blvd, Fort Worth, TX, 76114 | R | 154,140 | 1,008,883 | 2,381,290 |
| 432 | FK7478969 | Kroger Pharmacy #592 | 5101 W Sublett Road, Arlington, TX, 76017 | C | 158,153 | 1,655,359 | 2,365,047 |
| 433 | BS4099304 | Sack'N Save Pharmacy #220 | 1909 E. Park Row, Arlington, TX, 76010 | R | 254,643 | 1,832,301 | 2,270,695 |
| 434 | FJ3268643 | Jamorx  Pharmacy Inc | 650 St Louis Avenue, Fort Worth, TX, 76104 | R | 212,505 | 2,547,185 | 2,233,658 |
| 435 | FR3175761 | Revco Healthcare Pharmacy Inc | 5504 Matlock Rd., Ste 130A, Arlington, TX, 76018 | R | 346,120 | 2,228,911 | 2,165,208 |
| 436 | FG5641279 | Geesons Pharmacy P&M Pharma Corporation | 5201 S Cooper St, Ste 117, Arlington, TX, 76017 | R | 86,193 | 1,462,998 | 2,159,270 |
| 437 | FC5783988 | CVS Pharmacy # 17617 | 8917 Tehama Ridge Pkwy, Fort Worth, TX, 76177 | C | 178,848 | 1,890,549 | 2,131,011 |
| 438 | BR0663042 | Richard's Pharmacy | 4201 Camp Bowie Blvd, Fort Worth, TX, 76107 | R | 338,900 | 2,013,650 | 2,093,451 |
| 439 | BM6074037 | Minyard Food Stores, D/B/A Minyard Pharmacy #33 | 4245 E. Berry, Fort Worth, TX, 76105 | R | 334,620 | 1,866,242 | 1,960,507 |
| 440 | FR8687026 | Recept Pharmacy #17 | 209 St. Louis Ave Ste 101, Fort Worth, TX, 76104 | R | 82,769 | 1,237,893 | 1,945,731 |
| 441 | BE5351591 | CVS/Pharmacy # 07455 | 700 W. Seminary Drive, Fort Worth, TX, 76115 | C | 419,160 | 2,335,788 | 1,939,267 |
| 442 | FC2097245 | Nrh Pharmacy, Centro Pediatric Pharmacy LLC | 7200 Glenview Dr, Ste 1, North Richland Hills, TX, 76180 | R | 182,759 | 1,590,234 | 1,927,670 |
| 443 | FR6661145 | Randalls Food And Drugs LP Tom Thumb Pharmacy #3854 | 4000 William D. Tate Ave., Grapevine, TX, 76051 | C | 83,714 | 894,815 | 1,910,841 |
| 444 | FH6863662 | Harmony Pharmacy | 4388 W Green Oaks Blvd, Ste 110, Arlington, TX, 76016 | R | 33,214 | 297,049 | 1,879,355 |

Data source: ARCOS (2006-2019)

**14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX**

2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 445 | FH3550236 | Healthcare Pharmacy LLC | 100 Bourland Road, Ste 160, Keller, TX, 76248 | R | 71,114 | 929,234 | 1,858,939 |
| 446 | FT3034117 | Top Rx Pharmacy | 2381 S Collins Street, Arlington, TX, 76014 | R | 300,100 | 1,804,185 | 1,792,914 |
| 447 | BA8032853 | CVS/Pharmacy # 05695 | 815 E. Abrams St., Arlington, TX, 76010 | C | 352,280 | 1,889,282 | 1,752,175 |
| 448 | BS0905680 | Sack'N Save Pharmacy #211 | 3451 Alta Mesa, Fort Worth, TX, 76133 | R | 169,972 | 1,370,038 | 1,749,879 |
| 449 | BF8040153 | Family Care Pharmacy #4 | 1200 Woodhaven Blvd, Fort Worth, TX, 76112 | R | 294,500 | 1,883,940 | 1,739,759 |
| 450 | FW3873507 | Wellcare Pharmacy | 6901 Mccart Avenue, Ste 225, Fort Worth, TX, 76133 | R | 214,118 | 1,783,461 | 1,685,031 |
| 451 | FC5783039 | CVS Pharmacy # 16844 | 8532 Davis Blvd, North Richland Hills, TX, 76182 | C | 153,700 | 1,534,645 | 1,651,889 |
| 452 | FK3600245 | Kvn Pharmacy | 4860 Matlock Road, Ste 120, Arlington, TX, 76018 | R | 205,458 | 2,114,755 | 1,647,415 |
| 453 | AI1600344 | Industrial & Family Pharmacy | 2301 Ne 28th St, Fort Worth, TX, 76106 | R | 312,800 | 2,710,963 | 1,595,083 |
| 454 | FN4220125 | New Care Pharmacy, Inc | 900 Jerome Street, Ste 100, Fort Worth, TX, 76104 | R | 160,171 | 1,418,011 | 1,562,418 |
| 455 | FC5829582 | CVS Pharmacy # 16707 | 1401 W Glade Rd, Euless, TX, 76039 | C | 189,985 | 1,932,902 | 1,549,149 |
| 456 | BS0905678 | Sack'N Save Pharmacy #212 | 7809 Camp Bowie West, Fort Worth, TX, 76116 | R | 200,365 | 1,459,718 | 1,537,918 |
| 457 | FM7373640 | Market Street Pharmacy #696 | 3145 E Broad St, Mansfield, TX, 76063 | C | 61,065 | 757,850 | 1,525,273 |
| 458 | FW5855222 | Walmart Pharmacy 10-7251 | 7800 Summer Creek Drive, Ft Worth, TX, 76123 | C | 175,346 | 1,990,701 | 1,389,239 |
| 459 | FT4269177 | Texas Oncology Pharmacy - North Arlington | 902 W Randol Mill Road, Ste 150, Arlington, TX, 76012 | R | 65,658 | 639,771 | 1,302,441 |
| 460 | BK6213653 | Webb-Kohler Pharmacy & Home, Medical Equipment And Supply | 2204 Park Springs Blvd, Ste A, Arlington, TX, 76013 | R | 292,010 | 1,307,437 | 1,261,126 |
| 461 | FC7085334 | City Specialty Pharmacy LLC | 200 W J Boaz Rd Ste 200, Saginaw, TX, 76179 | R | 65,948 | 707,529 | 1,211,783 |
| 462 | FI8148985 | Saginaw Care Pharmacy iCareRx Pharmacy LLC | 200 Wj Boaz Rd Ste 100, Saginaw, TX, 76179 | R | 56,360 | 621,239 | 1,154,501 |
| 463 | FN3427817 | Geesons Pharmacy | 5201 S Cooper Street, Ste 117, Arlington, TX, 76017 | R | 95,148 | 892,674 | 1,140,337 |
| 464 | FR2135146 | Remco Pharmacy | 5001 S Cooper St #206, Arlington, TX, 76017 | R | 181,484 | 1,137,941 | 1,117,264 |
| 465 | FM5214135 | Minyard Pharmacy #76 | 4000 William D Tate, Grapevine, TX, 76051 | R | 67,078 | 655,708 | 1,057,383 |
| 466 | FM2132380 | Mira Vista Pharmacy | 5701 Bryant Irvin Rd, Ste 104, Fort Worth, TX, 76132 | R | 135,550 | 884,034 | 1,041,120 |
| 467 | FM5622217 | Moncrief Cancer Institute Retail Pharmacy | 400 W Magnolia Ave Ste 2500, Fort Worth, TX, 76104 | R | 48,880 | 490,283 | 998,842 |
| 468 | FA7129528 | Arlington Pharmacy Sags Pharmacy Inc | 2607 S Cooper St, Ste 111, Arlington, TX, 76015 | R | 26,016 | 213,980 | 927,019 |
| 469 | BH4081636 | Xpress Compounding Pharmacy | 1000 W Weatherford Street, Ste 120, Fort Worth, TX, 76102 | R | 20,398 | 320,886 | 859,003 |
| 470 | BR9075638 | Rx.Com Community Pharmacy | 401 S Jim Wright Frwy, Ste 102, Fort Worth, TX, 76108 | R | 87,660 | 956,612 | 853,615 |
| 471 | BA5604699 | Savon Pharmacy # 4120 | 989 N. Walnut Creek Drive, Mansfield, TX, 76063 | C | 85,900 | 576,911 | 752,323 |
| 472 | FP6894299 | Professional Pharmacy Plus Ideal Specialty Pharmacy LLC | 400 W Arbrook Blvd, Ste 111, Arlington, TX, 76014 | R | 27,840 | 487,498 | 750,047 |
| 473 | FR6410978 | Randalls Food And Drugs LP Tom Thumb Pharmacy #3312 | 2400 W. 7Th St., Fort Worth, TX, 76107 | C | 69,820 | 721,354 | 720,671 |
| 474 | FQ1232684 | Qvl Pharmacy 146 | 914 Lipscomb, Suite B, Fort Worth, TX, 76104 | R | 39,310 | 441,172 | 717,073 |
| 475 | FS5189712 | Safemed Pharmacy #2 | 4245 E Berry St, Safemed Pharmacy 2, Fort Worth, TX, 76105 | R | 105,234 | 1,557,024 | 702,203 |
| 476 | BS3642318 | Carnival Pharmacy #209 | 2204 Airport Freeway, Bedford, TX, 76022 | R | 110,140 | 681,427 | 698,937 |
| 477 | FC7416301 | Care & Care Pharmacy | 1900 W Everman Pkwy, Ste 120, Fort Worth, TX, 76134 | R | 75,650 | 664,423 | 693,197 |
| 478 | BH4661092 | Harmison Pharmacies | 729 Bedford-Euless Road West, Suite 200-A (Hurst, Tx), P.O. Box 152643, Arlington, TX, 76015 | R | 68,778 | 530,235 | 690,786 |
| 479 | BM0905705 | Minyard Pharmacy #73 | 1212 N Beach St, Fort Worth, TX, 76111 | R | 105,583 | 620,724 | 658,483 |
| 480 | FH5569112 | Hovic Pharmacy | 6306 Meadowbrook Dr, Fort Worth, TX, 76112 | R | 58,478 | 567,201 | 649,801 |
| 481 | FE4217558 | Express Care Pharmacy | 905 Medical Centre Dr, Ste B, Arlington, TX, 76012 | R | 27,915 | 313,805 | 599,462 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX
### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 482 | FP3842223 | Park Row Pharmacy | 701 W Park Row Drive, Ste 707, Arlington, TX, 76013 | R | 90,940 | 751,694 | 597,675 |
| 483 | BA6833025 | Savon Pharmacy # 4128 | 8800 N Tarrant Parkway, N Richland Hills, TX, 76180 | C | 43,870 | 355,861 | 596,940 |
| 484 | BK7938042 | Kroger Pharmacy #840 | 6479 Camp Bowie, Fort Worth, TX, 76116 | C | 72,035 | 498,887 | 585,132 |
| 485 | FV5662639 | Village Lane Apothecary | 60 Village Ln, Ste 130, Colleyville, TX, 76034 | R | 34,238 | 409,912 | 577,305 |
| 486 | FS6614451 | Sam's Club Pharmacy 10-6781 | 201 Golden Triangle Blvd, Keller, TX, 76248 | C | 56,900 | 513,194 | 568,293 |
| 487 | FM5833404 | Mira Vista Apothecary And Mercantile | 7033 Bryant Irvin Rd Ste 300, Fort Worth, TX, 76132 | R | 102,665 | 2,278,242 | 559,916 |
| 488 | BD5730747 | Dme Pharmacy Infusions | 4255 Bryant Irvin Road, Suite 103, Fort Worth, TX, 76109 | R | 92,460 | 547,250 | 559,713 |
| 489 | FD3975868 | Dym Pharmacy | 5017 Heritage Avenue, Ste Con 1, Colleyville, TX, 76034 | R | 15,490 | 146,004 | 546,387 |
| 490 | FA8177582 | Alexa Pharmacy | 967 Keller Pkwy Ste C, Keller, TX, 76248 | R | 18,280 | 287,923 | 534,799 |
| 491 | FD2731885 | Dfw Wellness Pharmacy, Green Oaks Pharma Inc | 711 E Lamar Blvd, Ste 101, Arlington, TX, 76011 | R | 63,507 | 435,085 | 533,996 |
| 492 | FW7663431 | Walmart Pharmacy 10-2834 | 5336 Golden Triangle Blvd, Fort Worth, TX, 76244 | C | 44,160 | 525,711 | 436,659 |
| 493 | FW6481042 | Walgreens Pharmacy #16505 | 1050 W. Rosedale St., Suite 100, Fort Worth, TX, 76104 | C | 28,690 | 381,113 | 435,291 |
| 494 | FC5829431 | CVS Pharmacy # 16313 | 1101 Ira E Woods Ave, Grapevine, TX, 76051 | C | 59,905 | 591,376 | 432,680 |
| 495 | AA3120297 | Albertsons Inc # 4266 | 1050 West Arkansas, Arlington, TX, 76014 | C | 49,655 | 299,869 | 411,990 |
| 496 | FP7514842 | Pipeline Pharmacy | 328 E Pipeline Rd, Hurst, TX, 76053 | R | 40,914 | 406,674 | 409,320 |
| 497 | FC7610858 | CVS/Pharmacy #11161 | 515 Houston St., Fort Worth, TX, 76102 | C | 22,326 | 246,170 | 405,415 |
| 498 | FW4051998 | Fort Worth Specialty Pharmacy, W-Tee Pharmacy, Inc | 12650 N Beach St, Ste 112, Fort Worth, TX, 76244 | R | 62,900 | 431,754 | 401,973 |
| 499 | FC6600527 | Care Specialty Pharmacy Care Rx Pharmacy LLC | 7520 N Beach St, Ste 100, Fort Worth, TX, 76137 | R | 38,040 | 585,526 | 388,218 |
| 500 | BM2549333 | Pharmacy Solutions | 1921 W. Pioneer Parkway, Arlington, TX, 76013 | R | 9,530 | 404,614 | 349,011 |
| 501 | FT5139010 | Triwest Specialty Pharmacy | 1940 Enchanted Way, Suite 103A, Grapevine, TX, 76051 | R | 118,616 | 1,408,714 | 345,807 |
| 502 | BE5351274 | CVS/Pharmacy # 06797 | 6389 Camp Bowie Blvd, Fort Worth, TX, 76116 | C | 80,500 | 462,141 | 343,790 |
| 503 | BA3096636 | Savon Pharmacy # 4144 | 4801 Colleyville Blvd, Colleyville, TX, 76034 | C | 41,095 | 220,157 | 329,679 |
| 504 | BS9155993 | Sam's Pharmacy | 306 East Randol Mill Road, Suite 500, Arlington, TX, 76011 | R | 10,450 | 210,641 | 328,082 |
| 505 | BP7595309 | Pain Medicine Infusion Spec | 1401 Henderson, Fort Worth, TX, 76102 | R | 0 | 194,750 | 327,740 |
| 506 | FI5459981 | Industrial & Family Pharmacy | 2301 Ne 28Th Street, Fort Worth, TX, 76106 | R | 3,020 | 20,398 | 326,638 |
| 507 | FB8100303 | Bedford Pharmacy | 2816 Central Dr Ste 160, Bedford, TX, 76021 | R | 12,334 | 140,402 | 312,914 |
| 508 | BP7774107 | Px Express | 1625 N Story Road, Ste 148, Irving, TX, 75061 | R | 48,790 | 625,602 | 308,325 |
| 509 | BA9612955 | Accent Pharmacy | 1635 West Division Street, Arlington, TX, 76012 | R | 55,600 | 353,663 | 308,068 |
| 510 | FB1175911 | Best Value Custom Meds | 6020 B Harris Parkway, Ft Worth, TX, 76132 | R | 0 | 317,434 | 304,910 |
| 511 | BA0428436 | Savon Pharmacy # 4267 | 6249 Rufe Snow Drive, Watauga, TX, 76148 | C | 32,560 | 207,986 | 300,960 |
| 512 | FH5627279 | Healthcare Pharmacy LLC | 100 Bourland Rd Ste 160, Keller, TX, 76248 | R | 25,300 | 164,751 | 241,869 |
| 513 | FT0270176 | Tcu Health Center Pharmacy | 2825 Stadium Drive, P O Box 297400, Fort Worth, TX, 76109 | R | 54,100 | 361,196 | 233,918 |
| 514 | BS3806823 | Sack N Save Pharmacy #219 | 6537 NE Loop 820, North Richland Hills, TX, 76180 | R | 19,170 | 181,859 | 230,980 |
| 515 | FA7808477 | Alliance Pharmacy LLC | 9601 N Beach St Ste 105, Fort Worth, TX, 76244 | R | 5,290 | 60,337 | 228,732 |
| 516 | FS0248458 | Starx Inc | 99 Regency  Parkway, Suite 211, Mansfield, TX, 76063 | R | 1,900 | 218,698 | 228,138 |
| 517 | FV8037120 | Vickery Pharmacy | 5750 W Vickery Blvd Ste 110, Fort Worth, TX, 76107 | R | 19,965 | 207,431 | 225,693 |
| 518 | FT3568120 | Treasure Pharmacy | 2625 Matlock Road, Ste 102, Arlington, TX, 76015 | R | 33,578 | 228,095 | 222,873 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

Case: 1:17-md-02804-DAP  Doc #: 5585-1  Filed:  08/09/24  170 of 172.  PageID #: 642165

## 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX

### 2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 519 | FM3672703 | Halls Pharmacy #2 | 8808 Camp Bowie West, Ste 120, Fort Worth, TX, 76116 | R | 26,803 | 186,110 | 214,151 |
| 520 | FC1420176 | City Market Pharmacy | 3563 Alton Road, Fort Worth, TX, 76109 | R | 18,580 | 128,559 | 213,477 |
| 521 | FB7149481 | Baylor Scott & White Pharmacy #112 Baylor Health Enterprises L.P. | 925 E Southlake Blvd Ste 120, Southlake, TX, 76092 | R | 9,230 | 110,773 | 191,655 |
| 522 | BE:9420770 | Excel Pharmacy Southlake | 1545 East Southlake Boulevard, Southlake, TX, 76092 | R | 22,275 | 150,617 | 185,927 |
| 523 | FA6372611 | Altimate Care Pharmacy, LLC | 2813 N Commerce St, Ste 115, Fort Worth, TX, 76106 | R | 25,916 | 211,035 | 171,839 |
| 524 | FB0175768 | B-Scientific Pharmacy | 2900 W Park Row Drive, Arlington, TX, 76013 | R | 22,344 | 114,318 | 169,050 |
| 525 | FI6294944 | Industrial & Family Pharmacy | 2301 Ne 28Th St, Fort Worth, TX, 76106 | R | 2,460 | 18,176 | 167,539 |
| 526 | FW7094371 | Woodhaven Pharmacy Sanvi Corp | 1201 Woodhaven Blvd Ste 1221, Fort Worth, TX, 76112 | R | 20,262 | 306,608 | 161,640 |
| 527 | FR7797179 | Remcare Pharmacy | 306 E Randol Mill Rd Ste 500, Arlington, TX, 76011 | R | 12,845 | 133,068 | 148,187 |
| 528 | BA3097020 | Savon Pharmacy # 4145 | 2100 W Northwest Hwy, Grapevine, TX, 76051 | C | 25,310 | 138,022 | 144,123 |
| 529 | FT5574795 | Target Store T2754 | 8917 Tehama Ridge Pkwy, Fort Worth, TX, 76177 | C | 12,235 | 144,773 | 134,516 |
| 530 | FI7482398 | Instant Rx Pharmacy | 2651 E Broad St, Ste 101, Mansfield, TX, 76063 | R | 7,200 | 197,911 | 125,590 |
| 531 | FC1943491 | Crd Medservices | 813 West Magnolia, Fort Worth, TX, 76104 | R | 15,060 | 86,639 | 112,381 |
| 532 | BI9789871 | Fort Worth Pharmacy | 7833 Oakmont Blvd., Fort Worth, TX, 76132 | R | 16,536 | 113,388 | 110,411 |
| 533 | FS4899867 | Dfw Wellness Pharmacy, Shatiff Pharmacy, Inc | 2771 E Broad Street, Ste 219, Mansfield, TX, 76063 | R | 7,840 | 102,298 | 106,535 |
| 534 | BC5351274 | CVS/Pharmacy # 06797 | 6389 Camp Bowie Blvd, Fort Worth, TX, 76116 | C | 6,590 | 50,603 | 95,578 |
| 535 | FU7126142 | UTSW Moncrief Med Ctr Pharmacy At Fort Worth | 600 S Main St Ste 1.102, Fort Worth, TX, 76104 | R | 4,184 | 42,762 | 95,441 |
| 536 | BP8776227 | Pharmacy Operations, Inc, Dba Medicine Shoppe 339 | 736 S. Saginaw Blvd, Saginaw, TX, 76179 | R | 6,630 | 56,760 | 89,979 |
| 537 | FM3479044 | Medicine Box Pharmacy | 5200 Colleyville Blvd, Unit C, Colleyville, TX, 76034 | R | 14,500 | 87,111 | 86,176 |
| 538 | FW8218186 | Walgreen Co. DBA Bell Wellness Pharmacy | 720 E. Hurst Blvd., Hurst, TX, 76053 | C | 8,990 | 102,502 | 71,101 |
| 539 | FA7669748 | A-Class Park Place Pharmacy | 1001 12Th Ave Ste 156, Fort Worth, TX, 76104 | R | 1,070 | 21,203 | 68,814 |
| 540 | FB8809848 | Bowen Pharmacy Nahed Global LLC | 2417 W Pleasant Ridge Rd, Arlington, TX, 76015 | R | 3,880 | 46,749 | 64,683 |
| 541 | FI0153774 | Infusion Services & Specialty Pharmacy | 1724 East Broad Street, Suite 136, Mansfield, TX, 76063 | R | 270 | 427,277 | 60,902 |
| 542 | FC8937685 | CVS/Pharmacy #10879 | 1933 Heritage Trace Pkwy, Fort Worth, TX, 76177 | C | 3,510 | 86,646 | 59,473 |
| 543 | FP1980362 | Pharmacia Pedia | 918 East Park Row Drive, Arlington, TX, 76010 | R | 740 | 3,434 | 59,114 |
| 544 | FP2385575 | Prescription Health Resources | 7345 Airport Frwy, Richland Hills, TX, 76118 | R | 152 | 2,990 | 58,832 |
| 545 | BT5412438 | Trinity Respiratory, Pharmacy I, Ltd | 2183 W Green Oaks Blvd, Suite B, Arlington, TX, 76013 | R | 1,100 | 58,195 | 58,369 |
| 546 | FW6620389 | Westlake Health Mart Pharmacy | 5421 Basswood Blvd, Ste 700, Fort Worth, TX, 76137 | R | 4,130 | 35,713 | 49,071 |
| 547 | FI5698836 | Impulse Pharmacy | 3901 Airport Fwy Ste 116, Bedford, TX, 76021 | R | 1,620 | 14,977 | 40,081 |
| 548 | AM1827231 | Minyard Phcy #56 | 2320 South Collins, Arlington, TX, 76014 | R | 4,435 | 26,032 | 37,146 |
| 549 | FE3499060 | Er At Alliance, North Hills Hospital | 3101 North Tarrant Parkway, Fort Worth, TX, 76177 | R | 1,950 | 27,271 | 30,091 |
| 550 | FP8074142 | Plocks Pharmacy Plocks Care LLC | 2600 Tibbets Dr Ste C, Bedford, TX, 76022 | R | 5,080 | 79,349 | 29,438 |
| 551 | FL7118450 | Lewisville Pharmacy Varni D B Inc | 8845 Davis Blvd. Suite 100, Keller, TX, 76248 | R | 2,320 | 65,302 | 28,878 |
| 552 | FM8018459 | MVP Pharmacy Mvp Pharmacy Inc | 151 Southwest Plz, Arlington, TX, 76016 | R | 3,000 | 33,788 | 28,152 |
| 553 | FB8192558 | Berry Pharmacy | 2215 W Berry St, Fort Worth, TX, 76110 | R | 2,625 | 20,481 | 27,029 |
| 554 | BP9500895 | Pharmacia Henrique, Pharmacia Henrique | 4201 Interway Pl, Ste A, Arlington, TX, 76018 | R | 1,800 | 31,069 | 23,110 |
| 555 | FP3771739 | Rosedale Pharmacy | 900 W Rosedale Street, Ste B, Fort Worth, TX, 76104 | R | 4,100 | 49,389 | 19,331 |

Data source: ARCOS (2006-2019)

**14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX**

2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 556 | FP5978068 | Primecare Pharmacy Primecare + Inc | 611 W Main St, Arlington, TX, 76010 | R | 1,660 | 23,173 | 18,723 |
| 557 | FM6357354 | Medical City ER Saginaw A Dept Of Medical Center Alliance | 727 W Bailey Boswell Rd, Saginaw, TX, 76179 | R | 1,700 | 19,215 | 17,263 |
| 558 | FF6529575 | Freedom Pharmacy | 7339 Airport Fwy, Richland Hills, TX, 76118 | R | 700 | 10,800 | 16,200 |
| 559 | FH6258594 | HCP Pharmacy | 3148 Matlock Rd, Ste 507, Arlington, TX, 76015 | R | 3,100 | 47,089 | 15,826 |
| 560 | FF5738577 | Fort Worth Pharmacy, LLC | 7833 Oakmont Blvd. Ste. 120, Fort Worth, TX, 76132 | R | 2,120 | 36,977 | 11,521 |
| 561 | FR0646781 | Rainbow Pharmacy | 3750 Suniversity Drive, Suite 100, Fort Worth, TX, 76109 | R | 2,600 | 12,796 | 10,918 |
| 562 | FC7547930 | Cure Rx Cure Partners LLC | 1900 E Pioneer Pkwy Ste 200, Arlington, TX, 76010 | R | 3,100 | 70,723 | 10,608 |
| 563 | BA9789756 | AAA Pharmacy | 705 East Abram Street, Suite 205, Arlington, TX, 76010 | R | 1,900 | 11,737 | 9,858 |
| 564 | FF4235582 | First Choice Emergency Room | 5000 Sh 121, Colleyville, TX, 76034 | R | 700 | 8,202 | 9,175 |
| 565 | BC8283789 | Corinthian Care Group, LP | 1124 College Avenue, Fort Worth, TX, 76104 | R | 300 | 2,128 | 8,511 |
| 566 | FF4233071 | First Choice Emergency Room | 4551 Western Center Blvd, Fort Worth, TX, 76137 | R | 300 | 7,132 | 7,848 |
| 567 | FT6528991 | Texas Health Emergency Room | 5401 Basswood Blvd, Fort Worth, TX, 76137 | R | 400 | 3,528 | 7,817 |
| 568 | AP2029886 | The Prescription Shoppe | 607 W Magnolia, Fort Worth, TX, 76104 | R | 30 | 240 | 7,200 |
| 569 | FT6528864 | Texas Health Emergency Room | 4747 Little Rd, Arlington, TX, 76017 | R | 600 | 3,291 | 7,152 |
| 570 | FR8226739 | Renue Rx #4 Sundance Apothecary LP | 201 Commerce St Ste 201, Fort Worth, TX, 76102 | R | 1,700 | 42,597 | 6,904 |
| 571 | FT6528989 | Texas Health Emergency Room | 4551 Western Center Blvd, Fort Worth, TX, 76137 | R | 400 | 3,014 | 5,934 |
| 572 | FM8262355 | Medical City ER White Settlement | 9650 White Settlement Rd, Fort Worth, TX, 76108 | R | 400 | 3,136 | 4,601 |
| 573 | FT6528890 | Texas Health Emergency Room | 5000 State Highway 121, Colleyville, TX, 76034 | R | 400 | 2,719 | 4,347 |
| 574 | FT6529070 | Texas Health Emergency Room | 13172 Highway 287, Haslet, TX, 76052 | R | 300 | 2,411 | 4,066 |
| 575 | FT6529133 | Texas Health Emergency Room | 995 N Walnut Creek Dr, Mansfield, TX, 76063 | R | 380 | 2,471 | 3,380 |
| 576 | FP8455051 | PL Pharmacy | 3360 Matlock Rd Ste 100, Arlington, TX, 76015 | R | 1,000 | 22,101 | 3,315 |
| 577 | FT6528876 | Texas Health Emergency Room | 8020 Matlock Rd, Arlington, TX, 76002 | R | 200 | 1,964 | 3,288 |
| 578 | FT6529183 | Texas Health Emergency Room | 6035 Precinct Line Rd, North Richland Hills, TX, 76180 | R | 300 | 2,063 | 3,166 |
| 579 | FN2866905 | Mayfield Pharmacy | 1915 E Mayfield Rd, Ste 109, Arlington, TX, 76014 | R | 800 | 6,842 | 3,085 |
| 580 | FT6529018 | Texas Health Emergency Room | 2710 Western Center Blvd, Fort Worth, TX, 76131 | R | 200 | 1,729 | 2,748 |
| 581 | FM4981367 | Medease Rx Pharmacy | 4519 Matlock Rd., Ste 135A, Arlington, TX, 76018 | R | 800 | 17,681 | 2,652 |
| 582 | FT8190035 | Trusted ER Hurst | 824 Airport Fwy, Hurst, TX, 76054 | R | 200 | 1,551 | 2,596 |
| 583 | FN8022179 | North Texas Area Community Health Centers Pharmacy | 2332 Beverly Hills Dr Ste 1116, Fort Worth, TX, 76114 | R | 400 | 9,143 | 1,629 |
| 584 | FS6466228 | Top Pharmacy | 100 W Pioneer, Ste 113B, Arlington, TX, 76010 | R | 300 | 5,296 | 1,538 |
| 585 | FC8359033 | City Hospital Emergency Care Center | 4551 Western Center Blvd, Fort Worth, TX, 76137 | R | 250 | 1,065 | 1,357 |
| 586 | FH8020214 | HCP Pharmacy 2 | 3020 Matlock Rd Ste 205, Arlington, TX, 76015 | R | 400 | 8,840 | 1,326 |
| 587 | FC8358966 | City Hospital Emergency Care Center | 4747 Little Rd, Arlington, TX, 76017 | R | 100 | 565 | 1,252 |
| 588 | BS9054026 | Sigma Medical | 8001 Valcasi Drive., Suite  101, Arlington, TX, 76001 | R | 300 | 1,211 | 1,211 |
| 589 | FC1498840 | Cook Children's Pharmacy Grapevine, Cook Children's Medical Center | 1600 Northwest Expressway, Ste 500, Grapevine, TX, 76051 | R | 100 | 310 | 1,053 |
| 590 | FN8627044 | Nova Pharmacy Seven Seas Pharma Inc. | 891 East Keller Pkwy, Ste 101-B, Keller, TX, 76248 | R | 200 | 6,630 | 995 |
| 591 | FT7261100 | Telfair Specialty Pharmacy Vempak Group, L.L.C | 1058 Texan Trail, Bldg 2, Grapevine, TX, 76051 | R | 200 | 2,816 | 937 |
| 592 | BT7269740 | Tarrant County Infectious Disease Associates, PA | 1125 College Avenue, Fort Worth, TX, 76104 | R | 0 | 6,142 | 750 |

Data source: ARCOS (2006-2019)

Tarrant County, TX
2006 - 2019
All Distributors
Retail and Chain Pharmacies (NPI)
14 Opioid Drugs

### 14 Opioid Drug Shipments to Retail and Chain Pharmacies in Tarrant County, TX

2006 - 2019

| MME Ranking | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 593 | FM5463904 | Moncrief Cancer Institute Infusion Pharmacy | 400 W Magnolia Ave Ste 2503, Fort Worth, TX, 76104 | R | 0 | 1,918 | 732 |
| 594 | BI7795985 | ID Doctors Pharmacy | 2636 Tibbets Dr, Ste 200, Bedford, TX, 76022 | R | 20 | 442 | 66 |

Note
1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

Data source: ARCOS (2006-2019)