```
 1   FIRST JUDICIAL DISTRICT COURT
     COUNTY OF SANTA FE
 2   STATE OF NEW MEXICO

 3

 4   STATE OF NEW MEXICO, EX      )
     REL., HECTOR BALDERAS,       )
 5   ATTORNEY GENERAL,            )
                                  ) No.
 6         Plaintiff,             ) D-101-CV-2017-02541
                                  )
 7         v.                     )
                                  )
 8   PURDUE PHARMA L.P., et al.,  )
                                  )
 9         Defendants.            )
10
                          — — —
11
                    HIGHLY CONFIDENTIAL
12
          SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
13                        — — —
14
                  TUESDAY, MARCH 1, 2022
15
16         Remote Videotaped Deposition of DAVID BECK,
17   taken pursuant to notice and conducted at the location of
18   the witness, commencing at 9:04 a.m. Central Time, on the
19   above date, before Jennifer A. Dunn, Certified Realtime
20   Reporter, Registered Merit Reporter, Registered Professional
21   Reporter, and Certified Court Reporter.
22
23
24              GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

```
 1   and day-to-day involvement in the SOM system operating at
 2   Ponca City Distribution Center; is that correct?
 3       A    Yes.
 4       Q    And it's my understanding you left Albertson's LLC
 5   in 2016 when it shut down its prescription drug distribution
 6   business; is that correct?
 7       A    Yes.
 8       Q    And just to kind of recap.  It's my understanding
 9   in terms of the actual physical building, you -- you have
10   worked in the same Ponca City Distribution Center building
11   for 31 years, a span covering 1985 to 2016; is that correct?
12       A    Yes, sir.
13       Q    And you returned to farming full time in 2016?
14       A    Yes.
15       Q    Thank you for clarifying and confirming.
16            During the time you were at Albertson's, or
17   working for Albertson's LLC, did Albertson's LLC own and
18   operate distribution centers that -- that purchased and
19   distributed opioids?
20       A    Yes.
21       Q    And do you recall what years Albertson's LLC would
22   have operated a distribution center out of Ponca City that
23   purchased and distributed opioids?
24       A    Well, the LLC started in -- I'm not sure what year
25   LLC actually became a company, when the company changed
```

```
 1   hands.  But in -- in the years of -- of 2006, 2008, in that
 2   time frame, we handled -- yes, we handled those drugs,
 3   but -- but no Schedule IIs, we handed IIIs, IVs, and Vs.
 4        Q    IIIs, IVs and Vs would have been in -- I'm sorry,
 5   what time period?
 6        A    2006 to 2008.  We did not have Schedule IIs during
 7   that time frame.
 8        Q    And any other time periods in which Ponca City
 9   Distribution Center would have distributed opioids?
10        A    Yes.  There was a -- as the Ponca Distribution
11   Center, we handled them on and off over that whole time
12   frame.  There was a period we had -- we had control drugs
13   and no C-IIs.  Then we added C-IIs, then we took C-IIs out.
14             Then we -- it was kind of back and forth exactly
15   what we handled.
16        Q    Can you do our best -- do your best to kind of
17   walk us through that -- the time period that you just
18   addressed, and we'll start from the first time that you can
19   recall the -- the Ponca City Distribution Center handling
20   controlled substances?
21        A    Well, we opened the -- we opened the distribution
22   center in 1985.  Sometime thereafter, I'm not sure when, a
23   couple years, maybe in the first year, I'm not sure, we
24   added -- we started with pharmaceuticals, had those for
25   several years, all the way through all the different
```

 1   companies of changing to Jewel-Osco and American Stores and
 2   Albertson's, and then to Albertson's LLC.
 3           During that time frame we always had controlled
 4   drugs -- once we opened our pharmacy, we had controlled
 5   drugs of some type up and into -- up and until the time that
 6   we closed and had no pharmaceuticals for a period of time,
 7   and that was -- that was from 2008 to 2013, I believe, we
 8   had no pharmaceuticals at all.
 9      Q   And though at one point in time you had made the
10   distinction of -- of when the distribution center handled
11   Schedule IIs, in terms of that 1985 to 2008 time frame, are
12   you able to tell us what year or years the facility handled
13   Schedule IIs, along with the -- the other controlled
14   substances?
15      A   No, I'm not.  Somewhere in there, prior to 2006,
16   we did, but I'm not sure when that time frame was.
17      Q   Do you know that if that particular distribution
18   center handled schedule II controlled substances for a
19   period of years versus a single year?
20      A   Oh, yeah.  Yes.  But I don't know -- again, I
21   can't -- I can't comment on what years we did or didn't,
22   other than I know that in 2 -- from 2006 to 2008, we did not
23   have C-IIs.  We discontinued the C-IIs at that point.
24      Q   You said that was 2006 through '08?
25      A   '06 through '08, we had no C-IIs, and '08 through

```
 1                In terms of Murdoch, do you have any idea what
 2   state or states they might have shipped controlled
 3   substances to at any point?
 4        A    No, I don't have any real -- I couldn't state for
 5   that.
 6        Q    And in terms of Ponca City, can you tell us which
 7   state or states that particular facility serviced in terms
 8   of controlled substances?
 9        A    I would have to look it up, but it was at -- at
10   one time during the period of 2013 to '15, we had any and
11   all pharmacies that the company owned.
12        Q    And in terms of a number of pharmacies, any idea
13   what that would have been?
14        A    7 -- 700 to 900 pharmacies, I believe.
15        Q    Any idea how many states that would have covered
16   at that time?
17        A    I used to know it, but I don't -- I don't now.
18   We -- we handled stores in -- from Maine to California to --
19   to Texas, Arizona, New Mexico, anywhere we had stores.  All
20   the Chicagoland area.  Any division.
21        Q    So from the time period 2013 through 2016, would
22   it be fair to say that Ponca City Distribution Center would
23   have been the distribution center that would have
24   distributed controlled substances to New Mexico for
25   Albertson's LLC?
```

```
 1      A    Yes.
 2      Q    And do you recall if the Ponca City Distribution
 3   Center would have been distributing controlled substances to
 4   New Mexico prior to 2013?
 5      A    We probably did do the -- during 2006 to 2008, as
 6   a -- or not that -- yeah, when we had our pharmacy open
 7   before, before the five-year period that we closed, we had
 8   stores in New Mexico and we serviced them, yes.
 9      Q    And how about the period before 2006?  Would Ponca
10   City have handled controlled substances to -- for New Mexico
11   prior to 2006?
12      A    Yes.
13           MR. DORAN:  Objection.
14   BY MR. WILLIAMS:
15      Q    How far back do you think that they would have
16   been handling the distribution center --
17      A    If --
18      Q    -- for New Mexico?
19      A    If we serviced those stores with general
20   merchandise and pharmaceuticals, we would have also serviced
21   them with any controlled drugs, any scheduled drugs that we
22   were carrying at the time; IIs, IIIs, IVs and Vs, depending
23   on when we carried C-IIs and did not carry C-IIs.
24           So if it was one of our customers we handled
25   pharmaceuticals with, we had controlled drugs going with
```

1  those orders.

2  Q    And in terms of New Mexico pharmacies, that would

3  have covered this whole 1985 through 2016 time period with

4  perhaps the exception of the 2008 to 2013 period in which

5  the distribution center did not distribute controlled

6  substances?

7           MR. DORAN:  Objection.

8           THE WITNESS:  We -- I believe so, yes.

9  BY MR. WILLIAMS:

10  Q    Are you aware of any other distribution centers

11  owned by Albertson's or Albertson's LLC ever ship opioids to

12  pharmacies in New Mexico?

13  A    No, I'm not aware.

14  Q    And to the best of your knowledge, has the Ponca

15  City Distribution Center shipped opioids only to pharmacies

16  owned and operated by Albertson's, Albertson's LLC?

17  A    Correct.

18  Q    And do you have any understanding of who supplied

19  the Ponca City Distribution Center with the opioids that

20  were ultimately distributed in New Mexico?

21  A    There were several different vendors that that

22  product came in from.  I don't have that vendor list

23  available to me, but there were several.

24  Q    Which vendors do you recall off the top of your

25  head?

Case: 1:17-md-02804-DAP Doc #: 5585-2 Filed: 08/09/24 8 of 9. PageID #: 642175
Highly Confidential - Subject to Further Confidentiality Review

```
 1                 And I'll further state that it's my

 2    understanding that in addition to the detail that you

 3    provided that this spreadsheet would contain opioid orders

 4    from New Mexico pharmacies from the time period, August 7,

 5    2013 through June 17th of 2016.

 6                 MR. DORAN:  Yeah, that -- that sounds -- that

 7    sounds pretty close, if not correct.  At least the general

 8    time frame.

 9    BY MR. WILLIAMS:

10        Q    And Mr. Beck, then, do you think you have a pretty

11    good understanding of -- of the data that's captured in

12    this -- this composite document, approximately roughly three

13    years of -- of data relating to opioid orders from New

14    Mexico pharmacies?

15        A    Yes.

16        Q    And do you have an understanding as to why there

17    are no entries for dates prior to August 7th of 2013?

18        A    No, I assume that was what was requested.  Well,

19    August 7th of 2013.  Our first orders went to New Mexico on

20    August 1st of -- of '13.  That's when we rolled out New

21    Mexico.

22                 So there's not going to be anything prior to -- so

23    that's from -- yeah, August 1st of '13 was when the first

24    orders shipped out of Ponca to New Mexico.

25        Q    So it's quite possible that this -- this -- this
```

```
 1                        CERTIFICATE

 2              I, Jennifer A. Dunn, Registered Merit

 3   Reporter, Certified Realtime Reporter, and Registered

 4   Professional Reporter, do hereby certify that prior to the

 5   commencement of the examination, DAVID BECK, was duly

 6   remotely sworn by me to testify to the truth, the whole

 7   truth and nothing but the truth.

 8              I DO FURTHER CERTIFY that the foregoing is a

 9   verbatim transcript of the testimony as taken

10   stenographically by me at the time, place and on the date

11   hereinbefore set forth, to the best of my ability via Remote

12   Zoom Teleconference Technology.

13              I DO FURTHER CERTIFY that I am neither a

14   relative nor employee nor attorney nor counsel of any of the

15   parties to this action, and that I am neither a relative nor

16   employee of such attorney or counsel, and that I am not

17   financially interested in the action.

18

19
                                  _____
20                                JENNIFER A. DUNN

21                                Registered Merit Reporter

22                                Certified Realtime Reporter

23                                Registered Professional Reporter

24

25              Dated:  March 8, 2022
```