```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE NATIONAL                )
     PRESCRIPTION OPIATE            )
 4   LITIGATION                     )
                                    )
 5   THIS DOCUMENT RELATES TO:      ) MDL No. 2804
     Track Nine: Tarrant            )
 6   County, Texas                  ) Case No. 17-md-2804
     (Case No.                      )
 7   1:18-op-45274-DAP)             ) Judge Dan Aaron Polster
                                    )
 8   TARRANT COUNTY,                )
        Plaintiff,                  )
 9                                  )
         v.                         )
10                                  )
     PURDUE PHARMA L.P.,            )
11   et al.,                        )
        Defendants.                 )
12
              MDL PRETRIAL CAUSE NO. 2018-77066
13
     COUNTY OF BEXAR,               ) IN THE DISTRICT COURT
14      Plaintiff,                  )
                                    )
15   v.                             ) 224th JUDICIAL DISTRICT
                                    )
16   PURDUE PHARMA, L.P.,           )
     et al.,                        )
17      Defendants.                 ) BEXAR COUNTY, TEXAS
18
     *******************************************************
19              MASTER FILE NO. 2018-63587
20   IN RE: TEXAS OPIOID           ) IN THE DISTRICT COURT
     LITIGATION                    ) 152nd JUDICIAL DISTRICT
21   MDL NO. 18-0358               ) HARRIS COUNTY, TEXAS
22
23         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
24      CAROLINE HOTCHKISS, 30(B)(6) REPRESENTATIVE FOR
25              TEXAS STATE BOARD OF PHARMACY
```

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

CAROLINE HOTCHKISS, 30(B)(6) REPRESENTATIVE FOR

TEXAS STATE BOARD OF PHARMACY

APRIL 1, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF CAROLINE HOTCHKISS, 30(B)(6) REPRESENTATIVE OF TEXAS STATE BOARD OF PHARMACY, produced as a witness at the instance of the Defendants, and duly sworn, was taken remotely via Zoom in the above-styled and numbered cause on the 1st day of April, 2024, from 9:06 a.m. to 5:46 p.m., before Julie C. Brandt, RMR, CRR, and CSR in and for the State of Texas, reported by machine shorthand in Fort Worth, Texas, with the witness located in Austin, Texas, pursuant to the Federal Rules of Civil Procedure and Texas Rules of Civil Procedure.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 57

1  enforcement.  So, for example, a public health agency?
2       A.   Not that I'm aware of.
3       Q.   Does the Board of Pharmacy engage in any kind
4  of campaigning or promotion regarding dispensing of
5  prescription opioids?
6       A.   I believe that the Texas Controlled Substance
7  Act may -- may allow the Texas State Board of Pharmacy
8  to produce information that could be used in campaigns,
9  but I'm not aware of the Texas State Board of Pharmacy
10 itself promoting any type of information.
11      Q.   When Board of Pharmacy is licensing a new
12 licensee -- strike that.
13           When the Board of Pharmacy is renewing an
14 existing licensee, does it do any kind of analysis of
15 their dispensing practices?
16      A.   No, I'm not aware of that as a reason for
17 renewing a license.
18      Q.   Turning to Topic No. 4, do you have any
19 knowledge of the Board of Pharmacy disciplining an
20 Albertsons pharmacy or an Albertsons pharmacist for
21 diversion of prescription opioids?
22      A.   It's possible that an Albertsons pharmacy or
23 an Albertsons pharmacist has been disciplined for that
24 purpose, but I'm not aware of any specific order.
25      Q.   Okay.  Turning to Topic No. 6, the Texas

Page 165

1  Board of Pharmacy receives data from DEA.
2       Q.   Are you aware of any investigations that the
3  Board of Pharmacy has done into Albertsons's pharmacies
4  or pharmacists?
5       A.   Am I aware of any investigations?
6       Q.   Yes, ma'am.
7       A.   Is that the question?
8       Q.   Uh-huh.
9       A.   Not specifically, no.
10      Q.   Are you aware of any inspections done by the
11 Board of Pharmacy at Albertsons's pharmacies?
12      A.   Not specifically, no.
13      Q.   Are you aware of any specific instances where
14 Albertsons's pharmacists or pharmacies made dispensing
15 errors?
16      A.   No, I'm not specifically aware of any
17 dispensing errors made by Albertsons or Albertsons's
18 pharmacists.
19      Q.   Are you aware of Albertsons -- strike that.
20           In your experience with the Board of Pharmacy,
21 did Albertsons's pharmacies or pharmacists commit an
22 unusual amount of dispensing errors involving opioids?
23              MR. JANUSH:  Objection, form.
24      A.   I -- I don't know.
25      Q.   (BY MS. STEWART)  Are you aware of any

Page 166

1  specific instances where an Albertsons's pharmacist or
2  pharmacy was involved in diversion of prescription
3  opioids?
4      A.  No, I'm not aware of any specific.
5      Q.  Do you agree that, even with all the best
6  protective measures in place, that diversion will
7  inevitably occur involving prescription opioids?
8              MR. JANUSH:  Objection, form and leading.
9              MS. HUNT:  Objection, form.
10     Q.  (BY MS. STEWART)  Go ahead.
11     A.  Okay.  I mean, that would really call for a
12 lot of speculation on my part.  We'd have to investigate
13 each specific allegation of diversion to see if there
14 was a way that it could have been prevented.
15     Q.  In your experience, has the Board of Pharmacy
16 observed diversion occur even when pharmacies are in
17 full compliance with the Board's rules and regulations?
18             MR. JANUSH:  Objection, form.
19     A.  Yes.  So it -- I think that even though if a
20 pharmacy that seemingly has met the operational security
21 requirements and the procedures that we have maybe
22 recommended by Board staff, it's a potential that
23 diversion could still occur even with all the safeguards
24 recommended and required in place.
25             MS. STEWART:  Ms. Hotchkiss, I appreciate

Page 272

REPORTER'S CERTIFICATION OF REMOTE VIDEOTAPED DEPOSITION
OF CAROLINE HOTCHKISS, 30(B)(6) REPRESENTATIVE FOR
TEXAS STATE BOARD OF PHARMACY
APRIL 1, 2024

I, Julie C. Brandt, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, CAROLINE HOTCHKISS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _____ to the witness or to the attorney for the witness for examination, signature and return to me by _____;

That the amount of time used by each party at the deposition is as follows:

Allison Stewart.....04 HOURS:39 MINUTE(S)
Evan Janush.....01 HOURS:10 MINUTE(S)
Larry Taylor.....00 HOURS:00 MINUTE(S)
Fazal Shere.....01 HOURS:10 MINUTE(S)
Scott Ahmad.....00 HOURS:03 MINUTE(S)
Laura Cook.....00 HOURS:00 MINUTE(S)
Kevin Bandy.....00 HOURS:00 MINUTE(S)

1       That pursuant to information given to the
2  deposition officer at the time said testimony was taken,
3  the following includes counsel for all parties of
4  record:
5       Evan M. Janush, Leila Ayachi, and Alex Abston, THE
   LANIER LAW FIRM, PC, for the Plaintiff Tarrant County;
6
       Larry Taylor, THE COCHRAN FIRM, for the Plaintiff
7  Dallas County;
8       Rosalind Hunt, Eamon Briggs, and Megan Holloway,
   OFFICE OF TEXAS ATTORNEY GENERAL, for the Witness and
9  Texas State Board of Pharmacy;
10      Allison Stewart, GREENBERG TRAURIG, LLP, for the
   Albertsons Defendants;
11
       Fazal A. Shere and Jordan Dye, BOWLES RICE LLP, for
12 the Kroger Defendants in the Dallas County Case;
13      Scott Ahmad, WINSTON & STRAWN, LLP, for the
   Defendants Hikma Pharmaceuticals USA, Incorporated, in
14 the Dallas County and Bexar County Cases;
15      Laura Cook, WATSON CARAWAY MIDKIFF & LUNINGHAM, for
   the Defendant Shavano Oaks in the Bexar County Case;
16
       Kevin Bandy, UB GREENSFELDER LLP, for the Defendant
17 Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals,
   LLC, in the Dallas County and Bexar County Cases;
18
19      I further certify that I am neither counsel for,
20 related to, nor employed by any of the parties or
21 attorneys in the action in which this proceeding was
22 taken, and further that I am not financially or
23 otherwise interested in the outcome of the action.
24      Further certification requirements pursuant to Rule
25 203 of TRCP will be certified to after they have

Page 274

1  occurred.
2       Certified to by me April 5th, 2024.
3
4
5
           Julie C. Brandt, RMR, CRR, CSR
6          Texas CSR No. 4018
           Expiration Date:  10/31/25
7
           Veritext Legal Solutions
8          Firm Registration No. 571
           300 Throckmorton Street, Suite 1600
9          Fort Worth, Texas 76102
           817-336-3042
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25