# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:** *Track 9*<br>**Case No. 1:18-op-45274-DAP**<br><br>TARRANT COUNTY, TEXAS,<br>     Plaintiff,<br> v.<br>PURDUE PHARMA, et al.,<br>     Defendants. | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### DECLARATION OF FRANCIS A. CITERA IN SUPPORT OF ALBERTSONS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Francis A. Citera, hereby declare:

1. I am an attorney admitted to practice in the State of Illinois. I am one of the attorneys for Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, and United Supermarkets, LLC (collectively, the "Albertsons Defendants" or "Albertsons"). I have personal knowledge of the facts set forth below and could and would testify competently as to the truth of such facts if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the expert report of Craig J. McCann dated April 15, 2024 and excerpts from report appendices and tables.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the deposition of Albertsons' 30(b)(6) distribution witness David Beck in *State of New Mexico v. Purdue Pharma*, Case No. D-101-CV-2017-02541, dated March 1, 2022.

4.       Attached as Exhibit 3 is a true and correct copy of Defendant Albertsons' Objections and Answers to Plaintiff's Combined Interrogatories to Chain Pharmacy Defendants, Objection No. 14, dated February 17, 2022, excerpted due to confidentiality designations.

5.       Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition of the Tarrant County's 30(b)(6) witness G.K. Maenius, dated February 28, 2024.

6.       Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition of the Texas State Board of Pharmacy's 30(b)(6) witness Caroline Hotchkiss, dated April 12, 2024.

7.       Attached as Exhibit 6 is a true and correct copy of the Order Granting Motion to Dismiss, *State of Alaska v. Walgreen Co. et al.*, Case No. 3AN-22-06675 CI dated Mar. 1, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2024, in Chicago, Illinois.

> */s/ Francis A. Citera*
> Francis A. Citera

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2024, a true and correct copy of this **Declaration of Francis A. Citera in Support of Albertsons Defendants' Motion for Summary Judgment** was served upon the parties of record using the CM/ECF system.

                                               */s/ Francis A. Citera*
                                                  Francis A. Citera