**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*Cases Noted in Exhibit A* | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### UPDATED NOTICE OF LITIGATION HOLD DATA

Pursuant to the Court's Order (doc. 5517), the PEC is providing updated information as to if and when non-bellwether plaintiffs that named PBM Defendants implemented litigation holds. As instructed by the Court at the July 23, 2024 status conference, the PEC has defined implementation to indicate that the plaintiff directed that a litigation hold be put in place.

Dated: August 13, 2024

Respectfully submitted,

*/s/Linda Singer*
Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, D.C. 20004
(202) 386-9626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

        Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        */s/Linda Singer*
        Linda Singer

2