UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO OPPOSE MOTIONS FOR LEAVE TO AMEND**

The Express Scripts Defendants,[1] Optum Defendants,[2] Aurobindo Defendants,[3] Winn-Dixie Defendants,[4] Albertsons Defendants,[5] KVK-Tech, Inc. (**KVK-Tech**), Publix Super Markets, Inc. (**Publix**), Lupin Pharmaceuticals, Inc. (**Lupin**), Alvogen, Inc. (**Alvogen**), Target Corporation, Discount Drug Mart, Inc., and Costco Wholesale Corporation (collectively **Moving Defendants**), by and through undersigned counsel, jointly move this Court to extend to December 6, 2024, the deadline to file their opposition briefs (**Oppositions**) to Plaintiffs' motions for leave to amend, *see, e.g.*, ECF Nos. 5546–48, 5550–54, 5556–61, 5563, 5565–72, and 5582 (**Motions**). Moving Defendants' Oppositions are currently due September 30, 2024, and this is Moving Defendants' first request for an extension. ECF No. 5522. On August 16, 2024, the Plaintiffs' Executive Committee (**PEC**) agreed to this extension request.

When this Court established the briefing schedule for Plaintiffs' Motions, it expressly contemplated granting a request to extend the deadline to file the Oppositions. ECF No. 5471, Tr. 5/22/2024 Hrg. at 13:8–11 ("I can give [Defendants] 60 days to answer. And if—and if a given Defendant needs more, you know, that's fine."); *id.* at 17:14–17 ("When you see what they've got,

---

[1] The Express Scripts Defendants are Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc. (formerly Express Scripts Holding Company); and Express Scripts Specialty Distribution Services, Inc.

[2] The Optum Defendants are UnitedHealth Group Incorporated, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., OptumRx, Inc., Optum Discount Card Services, LLC, Optum Perks, LLC, OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc.

[3] The Aurobindo Defendants are Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC.

[4] The Winn-Dixie Defendants are Winn-Dixie Stores, Inc., Southeastern Grocers, Inc., and Winn-Dixie Logistics, LLC (f/k/a Winn-Dixie Logistics, Inc.).

[5] The Albertsons Defendants are Albertsons Companies, Inc, Albertson's LLC, Acme Markets, Inc., Randall's Food & Drug, LP, Safeway Inc., and United Supermarkets, LLC.

1

you say we need longer, I'll give you an extension."); *id.* at 18:4–8 ("So start out with 60 days but if it turns out you need more time, all you have to do is—if you can't work out an agreement with the Plaintiffs for more time, just file a one-paragraph motion saying why you need more time and I—if it's a reasonable request, I'll grant it."). Moving Defendants respectfully request that the Court grant that extension now.

Good cause supports granting this request for several reasons. First, nearly 2,000 Plaintiffs seek to amend their complaints to name the Express Scripts Defendants and Optum Defendants (the **PBM Defendants**) as defendants; hundreds seek to add the Aurobindo Defendants, the Albertsons Defendants, KVK-Tech, and Alvogen; and over 50 seek to add the Winn-Dixie Defendants, Publix and Lupin. ECF Nos. 5547-1, 5548-1, 5550-1, 5551-1, 5552-1, 5553-1, 5559-1, 5565-1, 5567-1, 5570-1, 5582. In an MDL, "a district court's decision whether to grant a motion to amend in an individual case depends on the record in that case and not others." *In re Nat'l Prescription Opiate Litig.*, 956 F.3d 838, 845 (6th Cir. 2020). Thus, Moving Defendants need time to attempt to examine the individual record in each of the dozens, hundreds, or thousands of separate cases to which Plaintiffs seek to add them.

Second, Plaintiffs are also continuing to provide information relevant to Moving Defendants' Oppositions. By September 1, 2024, the PEC must provide notice of any Plaintiff that did not authorize the filing of a motion for leave to amend on its behalf. *See* Exhibit 1 at 1 (August 8, 2024 Email from Special Master Cohen). The Court has also ordered the PEC to file a notice by noon on September 9, 2024, that indicates for each case whether a litigation hold was implemented in each case and, if so, when. ECF No. 5517 at 2.

Third, which individual cases are at issue for each Moving Defendant has changed since the filing of the Motions and may continue to change. On August 1, 2024, the PEC filed a

2

"Corrected Roadmap Overview for Motions for Leave to Amend," ECF No. 5565, that purported to change the lists of Plaintiffs seeking leave to amend against various Defendants. *See* Exhibit 2 at 1 (August 1, 2024 Email from the PEC). On August 8, 2024, Plaintiff Michael Masiowski filed a corrected motion for leave to amend that purports to add additional Defendants. ECF No. 5582. And the PEC will also file "updated lists of the Amending Plaintiffs" to address "authorizing entities [that] have not yet had an opportunity to meet to approve addition of these defendants" by September 1, 2024—34 days after the July 29 deadline. *See* Exhibit 1 at 1 (brackets in original).

Fourth, while not every Moving Defendant is facing the same volume of potential amendments as the PBM Defendants, it would promote judicial economy to extend the deadlines for all Moving Defendants by the same amount. Many Plaintiffs seek to add multiple separate Moving Defendant families to the same single case. For example, 54 of the 56 Plaintiffs that are seeking to amend their complaints to assert claims against Publix are also seeking to amend their complaints to assert claims against the Express Scripts Defendants.

Finally, Plaintiffs requested and received multiple extensions to prepare their motions to amend, *see* ECF No. 5505, ECF No. 5522, and ECF No. 5545, and Moving Defendants respectfully submit that their unopposed extension request should be granted as well.

[Signature pages to follow]

Respectfully submitted,

/s/ Brian D. Boone

Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

William H. Jordan
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com

*Attorneys for Optum Defendants*


/s/ Joshua A. Klarfeld
Joshua A. Klarfeld
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7192
jklarfeld@ubglaw.com

*Attorney for Aurobindo Pharma
USA, Inc., and Aurolife Pharma LLC*

/s/ Jonathan G. Cooper

Michael J. Lyle
Jonathan G. Cooper
Christopher G. Michel
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com
christophermichel@quinnemanuel.com

*Attorneys for Express Scripts Defendants*

/s/ Meredith Thornburgh White
Meredith Thornburgh White
Kara M. Kapke
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
mwhite@btlaw.com
kkapke@btlaw.com

*Attorneys for Publix Super Markets, Inc.*

/s/ Francis A. Citera
Francis A. Citera
Gretchen N. Miller
**GREENBERG TRAURIG, LLP**
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com
millerg@gtlaw.com

*Attorneys for Albertsons Companies, Inc,
Albertson's LLC, Acme Markets, Inc., Randall's*

/s/ Katy E. Koski
James W. Matthews
Katy E. Koski
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel.: 617.342.4000
jmatthews@foley.com
kkoski@foley.com

*Attorneys for Lupin Pharmaceuticals, Inc.*


/s/ Amy R. Fiterman
Amy R. Fiterman (MN #0285493)
Rory F. Collins (MN #0397415)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: amy.fiterman@faegredrinker.com
 rory.collins@faegredrinker.com

James Stephen Bennett (IN #22869-02)
**FAEGRE DRINKER BIDDLE & REATH LLP**
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: 260-424-8000
Fax: 260-460-1700
Email: stephen.bennett@faegredrinker.com

*Attorneys for Defendant Target Corporation*

/s/ Craig M. Reiser
Craig M. Reiser
Eva H. Yung
**Axinn, Veltrop & Harkrider LLP**
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2200

*Food & Drug, LP, Safeway Inc., United Supermarkets, LLC*

/s/ Daniel T. Plunkett
Daniel T. Plunkett (La Bar No. 21822)
Timothy G. Byrd, Jr. (La. Bar No. 35691)
**McGlinchey Stafford**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
dplunkett@mcglinchey.com
tbyrd@mcglinchey.com

*Attorneys for Southeastern Grocers, Inc., Winn-Dixie Logistics, LLC. and Winn-Dixie Stores, Inc.*


/s/ Gregory E. O'Brien
Gregory E. O'Brien (0037073)
**Cavitch Familo & Durkin, Co. LPA**
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio  44114
Telephone (216)621-7860
Facsimile (216)621-3415
Email gobrien@cavitch.com

*Attorney for Discount Drug Mart, Inc.*

/s/ Thomas E. Rice
Thomas E. Rice
**BAKER STERCHI COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Tel:     (816) 471-2121
Fax:    (816) 472-0288
rice@bakersterchi.com

*Attorneys for Defendant KVK-Tech, Inc.*

/s/ David J. Burman
David J. Burman, WSBA No. 10611
Tyler S. Roberts, WSBA No. 52688

5

| | |
|---|---|
| Fax: (212) 728-2201<br>creiser@axinn.com<br>eyung@axinn.com<br><br>*Attorneys for Alvogen, Inc.* | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile:  206.359.9000<br>Email: DBurman@perkinscoie.com<br>Email: TRoberts@perkinscoie.com<br><br>*Attorneys for Costco Wholesale Corporation* |