# **EXHIBIT 2**

| | |
|---|---|
| **From:** | do Amaral, Paulina <Pdoamaral@lchb.com> |
| **Sent:** | Thursday, August 1, 2024 5:39 PM |
| **To:** | David R. Cohen (David@SpecialMaster.Law); 'David Cohen' |
| **Cc:** | 'tkracht@hunton.com'; 'citeraf@gtlaw.com'; 'millerg@gtlaw.com'; 'creiser@axinn.com'; 'nduffee@axinn.com'; 'eyung@axinn.com'; 'doakes@axinn.com'; 'jellison@hpm.com'; 'dburman@perkinscoie.com'; 'troberts@perkinscoie.com'; 'gobrien@cavitch.com'; 'rice@bakersterchi.com'; 'jmatthews@foley.com'; 'kkoski@foley.com'; 'kara.kapke@btlaw.com'; 'meredith.white@btlaw.com'; 'gregory.franklin@btlaw.com'; 'monica.brownwell@btlaw.com'; 'amy.fiterman@faegredrinker.com'; 'rory.collins@faegredrinker.com'; 'kerry.bundy@faegredrinker.com'; 'brian.deeney@lewisbrisbois.com'; 'thomas.regan@lewisbrisbois.com'; 'cpryor@carrallison.com'; 'toliver@carrallison.com'; 'dplunkett@mcglinchey.com'; 'tbyrd@mcglinchey.com'; '2804 Discovery, MDL'; ESI-Opioids; 'optum.opiod.team@alston.com'; Pete Weinberger; Jayne Conroy (jconroy@simmonsfirm.com); Joe Rice; paul@farrellfuller.com; pmougey@levinlaw.com; Andrea Bierstein; Tony Majestro; jpresnal@simmonsfirm.com; Sheila Schebek (SMS@spanglaw.com) |
| **Subject:** | Opioids - MLAs - Corrected Filings |
| **Attachments:** | Opioids - MLAs Roadmap Comparison 0801 Final.pdf |

**[EXTERNAL EMAIL from pdoamaral@lchb.com]**

Dear Special Master Cohen,

The PEC today has filed corrected versions of 8 of the 15 briefs we filed on July 29 and 30, 2024.

The first brief filed today is the PEC's Corrected Roadmap Overview For Motions for Leave to Amend.  Two substantive changes were made to the brief and two changes were made to Exhibit 1.  The first substantive change to the brief corrects the list of defendants contained in footnote 2 for which the parties jointly sought, and the Court has granted, extensions of the deadline to amend.  *See* Doc. #5545. The second change to the brief adds three sentences at pages 14-15 related to the motions seeking to add the pharmacy defendants, which were filed the day after the original Roadmap was filed.  Beyond these two corrections, there are a number of non-substantive corrections that were made to the Roadmap brief, which are noted in the attached comparison document provided to the Court and the parties for their convenience.

The changes to the Roadmap's Exhibit 1 include corrections to the list of plaintiffs, including the deletion of one case, and the addition of three cases that were inadvertently omitted from the initial charts, all identified below.  We note that, because there are some plaintiffs whose authorizing entities have not yet had an opportunity to meet to approve addition of these defendants, it is possible that there may be some additional deletions to the list of Amending Plaintiffs.  Unless the Court prefers otherwise, to avoid repetitive submissions, the PEC will provide updated lists of the Amending Plaintiffs again on September 1, 2024, if there are any further deletions.

The remaining seven briefs for which corrections have been filed on the docket are the pharmacy briefs. The PEC provides the following list of errata identifying scrivener's errors that were inadvertently included in the versions of those documents filed on July 30, 2024. For three of the seven briefs, the only change is to correct the page number reference to the Corrected Roadmap brief.

In addition to the below, for each brief, "Corrected" was added to the title and the date in the signature block and certificate of service was updated.

| DEFENDANT/CORRECTED DOCUMENT page/line | CHANGE |
| --- | --- |
| **Corrected Roadmap** | |
| Brief | See attached comparison |
| Exhibit 1 | Deleted No. 1:18-op-45892-DAP, Swinomish Tribe v. Purdue Pharma L.P. et al from ESI, Optum and Publix charts |
| Exhibit 1 | Added Plaintiffs<br>1.  No. 1:18-op-45057 (N.D. Ohio), *MSP Recovery Claims, Series LLC et al. v. Purdue Pharma L.P. et al.*, to Albertsons, Alvogen, Costco, DDM, ESI, KVK Tech, Lupin, Publix, Tris, and Winn Dixie charts<br>2.  No. 1:18-op-45526 (N.D. Ohio), *MSPA Claims 1, LLC, et al. v. Anda, Inc., et al.,* to Alvogen, ESI, and Publix charts<br>3.  No. 1:21-op-45079 (N.D. Ohio), *Series 17-03-615, a designated series of MSP Recovery Claims, Series LLC v. Par Pharmaceutical et al.* to Alvogen, ESI, and Publix charts |
| **Ahold** | |
| p. 5, line 6 | replaced reference to Corrected Roadmap "18-22" with "16-21" |
| p. 7, line 4 | replaced reference to Corrected Roadmap "21-22" with "20-21" |
| **Albertsons** | |
| i-iii | Added Table of Contents and Table of Authorities |
| p. 11, line 4 | replaced reference to Corrected Roadmap "18-22" with "16-21" |
| p. 13, line 3 | replaced reference to Corrected Roadmap "21-22" with "20-21" |
| p. 13, FN5 | Added footnote |
| **Costco** | |
| p. 4, line 14 | replaced reference to Corrected Roadmap "18-22" with "16-21" |
| p. 6, line 7 | replaced reference to Corrected Roadmap "21-22" with "20-21" |
| **DDM** | |
| p. 5, line 11 | capitalized "amending" before Plaintiffs |
| p. 5 line 15 | replaced reference to Corrected Roadmap "18-22" with "16-21" |
| p. 7 line 13 | replaced reference to Corrected Roadmap "21-22" with "20-21" |
| p. 7, line 19 | replaced "Winn-Dixie" with "DDM" |
| p. 8, line 2 | replaced "Winn-Dixie" with "DDM" |
| p. 8, FN2, line 1 | replaced "three" with "four" |
| p. 8, FN2, line 2 | replaced "Winn-Dixie" with "DDM" |
| p. 8, FN2, line 5 | replaced "Winn-Dixie" with "DDM" |

| | |
|---|---|
| **Publix** | |
| p. 8, line 9 | replaced "Winn-Dixie" with "Publix" |
| p. 8, line 13 | replaced "18-22" with "16-21" |
| p. 10, line 21 | deleted duplicate "what" |
| p. 10, line 22 | replaced "21-22" with "20-21" |
| p. 11, line 5 | replaced "Winn-Dixie" with "Publix" |
| p. 11, line 7 | replaced "Winn-Dixie" with "Publix" |
| p. 11, FN4, line 1 | replaced "three" with "twelve" |
| p. 11, FN4, line 2 | replaced "Winn-Dixie" with "Publix" |
| p. 11, FN4, line 5 | replaced "Winn-Dixie" with "Publix" |
| | |
| **Target** | |
| p. 4, line 14 | replaced "18-22" with "16-21" |
| p. 6, line 7 | replaced "21-22" with "20-21" |
| | |
| **Winn-Dixie** | |
| p. 4, line 9 | replaced "DDM" with "Winn-Dixie" |
| p. 4, line 13 | replaced "18-22" with "16-21" |
| p. 6, line 18 | replaced "21-22" with "20-21" |
| | |

Our apologies to the Court and the parties for these errors.

**Paulina do Amaral**
**Partner**
pdoamaral@lchb.com
t 212.355.9500
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.