UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case Nos. 1:17-md-2804<br>1:18-op-45817 |
| *Track 8: Cobb County, Georgia* | Judge Dan Aaron Polster |

**NOTICE OF FILING REDACTED/UNREDACTED VERSIONS OF DEFENDANT PUBLIX SUPER MARKETS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MATERIALS**

Defendant Publix Super Markets, Inc. hereby provides notice of, and files into the public record, un-redacted versions of Publix's August 9, 2024 Opposition to Plaintiff Cobb County's Motion for Partial Summary Judgment, and exhibits 1–30 and 32–45 attached thereto, along with redacted versions of exhibits 31 & 46 attached thereto, as follows:[*]

**Ex. 31:** 4/3/2019 Publix Pharmacy Reference & Procedure Guide, with redactions to PDF pages 195, 299, 302, and 341.

**Ex. 46:** 10/9/2018 Publix Pharmacy Controlled Substances Policy, with redaction to PDF page 15.

Publix and Cobb County reached complete agreement as to the foregoing redactions, and on August 19, 2024, Special Master Cohen confirmed (via email) that the foregoing redactions were approved and that Publix's August 9, 2024 Opposition to Plaintiff Cobb County's Motion for Partial Summary Judgment and supporting materials could be filed on the docket with only the redactions to exhibits 31 and 46 as set forth herein.

---

[*] On August 9, 2024, Publix filed its notice of service of its opposition and exhibits 1–46 attached thereto. *See* ECF 5583. The instant notice of filing redacted/unredacted versions relates to that filing.

1

Accordingly, the attached August 9, 2024 Opposition to Plaintiff Cobb County's Motion for Partial Summary Judgment and exhibits 1–30 and 32–45 can be and are hereby filed publicly without redactions, and the attached exhibits 31 & 46 can be and are hereby filed publicly with redactions as described above.

Dated: August 20, 2024       Respectfully submitted,

/s/ Kara M. Kapke
Kara M. Kapke (IN 25906-49)
Meredith Thornburgh White (IN 28094-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
kkapke@btlaw.com
mwhite@btlaw.com

*Attorneys for Defendant Publix Super Markets, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

                */s/ Kara M. Kapke*
                Kara M. Kapke