Page 1

1          IN THE UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF OHIO
3                   EASTERN DIVISION
4
                ~~~~~~~~~~~~~~~~~~~~
5
6    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
7                                     Case No.
                                      17-md-2804
8
                                      Judge Dan Aaron
9    This Document Relates To:        Polster
     Track Eight
10   Cobb County, Georgia.
11   Case No. 1:18-op-45817-DAP.
12
                ~~~~~~~~~~~~~~~~~~~~
13
14        Remote videotaped deposition of
              DENNIS M. TROUGHTON, SR.
15
16
17              September 14, 2023
                    9:24 a.m.
18
19
20
21
22
23
24
25           Renee L. Pellegrino, RPR

Page 100

1  flag, a notice, hey, be aware, look at it; if
2  necessary, ask your questions to make your
3  professional judgment.
4         So -- so is there a grid, is there
5  a specific way to look at any of these red
6  flags and go, okay, if it's A, B or C, it's a
7  problem?  There's not.  These just provide
8  education and notice for the pharmacists.
9     Q.    Does the GDNA have -- strike that.
10        Does the GDNA have any policy,
11 guidance, standards or rules about how a
12 pharmacist should document any red flags it
13 perceives in a prescription?
14        MS. FITZPATRICK:  Objection.
15 Form.
16    A.    No, because red flags, again, is
17 not a -- in the rule or the law.  This is not
18 a -- a red flag is not a regulatory issue that
19 the Board of Pharmacy has asked us in a rule
20 to keep up with nor has the legislature put in
21 law for us to keep up with.  This is an
22 educational tool provided that we chose at
23 GDNA.
24        So, no, there is not a -- forgive
25 me.  I forget how you asked it exactly -- a

Page 101

1  requirement to log -- a pharmacist to log
2  their red flags that they see.
3          MS. FITZPATRICK:  I don't want to
4  interrupt, but I just want to make sure -- and
5  I apologize after the fact.  It's form and
6  scope on that last objection.  I think my
7  scope got lost.  My fault.
8      Q.   Okay.  I'm going to try to close
9  this section out here and then maybe we can
10 take a little break.
11          I want to show you what is folder
12 or tab 23 and I'm going to mark as Exhibit 10.
13              -   -   -   -   -
14          (Thereupon, Deposition Exhibit 10,
15          Publix Pharmacy Licensee
16          Information dated October 22,
17          1992, was marked for purposes of
18          identification.)
19              -   -   -   -   -
20      Q.   I asked you previously if you were
21 aware of just, you know, from your memory or
22 speaking for the GDNA of any Publix in Cobb
23 County having its license suspended or
24 revoked, and I think you testified based on
25 your memory you couldn't think of any, but now

Page 351

1           I do further certify that I am not a
2  relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5           IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 28th day of September,
8  2023.
9
10
11
12
13  *[signature: Renee L. Pellegrino]*
14  Renee L. Pellegrino, Notary Public
15  within and for the State of Ohio
16
17  My commission expires October 12, 2025.
18
19
20
21
22
23
24
25