Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
     IN RE: NATIONAL           )
 4   PRESCRIPTION              )   MDL No. 2804
     OPIATE LITIGATION         )
 5   _____    )   Case No.
                               )   1:17-MD-2804
 6                             )
     THIS DOCUMENT RELATES     )   Hon. Dan A.
 7   TO ALL CASES              )   Polster
 8
                    THURSDAY, JULY 11, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                          - - -
12           Videotaped deposition of Michael
13   Mapes, held at the offices of The Mining
14   Exchange, A Wyndham Grand Hotel & Spa,
15   8 South Nevada Avenue, Colorado Springs,
16   Colorado, commencing at 9:41 a.m., on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter and Certified
19   Realtime Reporter.
20
21
22                          - - -
23
              GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
25
```

```
 1        Q.    And we've never spoken on the
 2   phone?
 3        A.    Not that I'm aware of.
 4        Q.    Or had any communication,
 5   right?
 6        A.    Yep.
 7        Q.    Okay.  And this is a question
 8   that often comes up in depositions and might
 9   seem strange to you, but it's a standard
10   question that we always ask witnesses.
11              Are you on any medications
12   today that would affect your ability to
13   recall information or testify truthfully here
14   today?
15        A.    No.
16        Q.    Okay.  And you understand that
17   DOJ and DEA have authorized you to testify
18   here today on behalf -- regarding certain
19   topics about your work at DEA, right?
20        A.    Yes.
21              (Mapes Exhibit 1 marked for
22        identification.)
23   QUESTIONS BY MS. MCCLURE:
24        Q.    I'm going to hand you a
25   document that has been marked Mapes 1.  And
```

```
 1         A.    That's correct.
 2         Q.    And what did you tell the
 3   plaintiffs' attorneys regarding suspicious
 4   order monitoring, that topic?
 5         A.    We discussed the suspicious
 6   order monitoring, what the regulation says
 7   about suspicious order monitoring, and what
 8   the current practice is within DEA.
 9         Q.    And by "current practice," you
10   mean today?
11         A.    Yes.
12         Q.    Now, you left DEA.  We'll go
13   through your background in more detail, but
14   you left DEA in 2007, correct?
15         A.    That's correct.
16         Q.    But you're aware of the current
17   practice today with respect to DEA because
18   you are still in the industry and are aware
19   of DEA practices; is that fair?
20         A.    That specific practice, yes,
21   because I've talked to DEA folks about it.
22         Q.    When you say you've "talked to
23   DEA folks" about that specific practice, are
24   you saying you've talked to DEA folks since
25   you left DEA in 2007 regarding DEA's approach
```

Highly Confidential - Subject to Further Confidentiality Review

1  to suspicious order monitoring?
2       A.    Yes.
3       Q.    With whom have you had
4  discussions at DEA since you left it in 2007
5  about DEA's approach to suspicious order
6  monitoring?
7       A.    More than one person.  The one
8  I remember is Cathy Gallagher, who was the
9  chief of the liaison and policy section.
10      Q.    And have you talked with
11 Ms. Gallagher once or more than once?
12      A.    More than once.
13      Q.    How regularly have you
14 communicated with Ms. Gallagher since 2007
15 regarding DEA's approach to suspicious order
16 monitoring?
17      A.    Not regularly.  It's been two
18 or three times, possibly.
19      Q.    And that's two or three times
20 since 2007?
21      A.    Yes.
22      Q.    Have you spoken with anyone
23 else at DEA regarding DEA's approach to
24 suspicious order monitoring since the time
25 you left DEA?

1  A.   Yes.
2  Q.   And would you agree that it
3  could be reasonable for a retail chain
4  pharmacy like Walmart to not have to include
5  all of the compliance measures in its SOM
6  systems that might be necessary for a
7  distributor who distributes controlled
8  substances to customers that the distributor
9  does not own?
10          MR. BENNETT:  Objection.
11     Scope.  Vague.  Incomplete
12     hypothetical.
13          You can answer.
14          THE WITNESS:  Yes, I agree
15     there could be differences between the
16     systems for those two organizations.
17 QUESTIONS BY MR. STEPHENS:
18  Q.   Okay.  Would you agree that
19 during your tenure at DEA you expected that
20 each registrant would take reasonable steps
21 to try to avoid shipping to customers who
22 would divert the controlled substances?
23  A.   Yes.
24  Q.   And would you agree that one
25 key point of the Controlled Substances Act is

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    CERTIFICATE
 2
 3          I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Michael Mapes, was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.
 7          I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
            I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16
            _____
17          CARRIE A. CAMPBELL,
            NCRA Registered Diplomate Reporter
18          Certified Realtime Reporter
            Notary Public
19          Dated:  July 11, 2019
20
21
22
23
24
25
```