

1              UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF OHIO

3                   EASTERN DIVISION

4      *  *  *  *  *  *  *  *  *  *  *  *  *  *

5     IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

6     This Document relates to:

7     Case Track 8            MDL No. 2804
                              Case No. 17-md-2804
8
         *  *  *  *  *  *  *  *  *  *  *  *  *  *
9
                     HIGHLY CONFIDENTIAL
10
         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11

12   REMOTE VIDEOTAPED DEPOSITION OF LINDSAY BURCKHALTER

13
                     August 11, 2023
14              10:06 a.m. to 2:28 p.m.

15            REPORTED BY ANITA KORNBURGER
              REGISTERED PROFESSIONAL REPORTER
16

17

18      *  *  *  *  *  *  *  *  *  *  *  *  *  *
19

20

21

22

23

24

1      Q.   Okay.  And what about the number of

2   pharmacy supervisors that you oversee, has that

3   changed from seven?

4      A.   Yes, ma'am.

5      Q.   Okay.  What was -- what did it start at

6   in February of '22?

7      A.   Six.

8      Q.   And are there plans to increase from the

9   seven?

10     A.   Potentially in the future.

11     Q.   And is that dependent on how many stores

12  there are?

13     A.   Typically.

14     Q.   Now, what -- can you describe generally

15  for me, along with assisting the seven supervisors,

16  what kind of responsibilities or day-to-day job

17  duties do you have?

18     A.   So usually I'm with a supervisor, riding

19  and visiting pharmacies with them.  There's

20  meetings throughout the days.  Obviously the normal

21  office activities of keeping up with e-mail.

22     Q.   What do you -- why are you visiting

23  stores?

24     A.   As part of the role in the -- of the

1    supervisor and of me to support the supervisors, we

2    are in the pharmacy supporting the pharmacies,

3    making sure that they're compliant, and that any

4    questions that they have are addressed, and that

5    we're taking care of our customers the way that we

6    need to be doing.

7        Q.   How -- how do you determine whether or

8    not when you're visiting a pharmacy, it's

9    compliant?

10       A.   Following up and making sure that -- that

11   all of their licensing is posted.  There's various

12   number of ways that we monitor compliance.  Are you

13   referring to anything specifically?

14       Q.   Well, I'm just trying to get a feel for

15   what you're doing.  For example, if you are riding

16   with a supervisor and visiting a number of

17   pharmacies, is there -- on Mondays do you check,

18   you know, one kind of compliance and on Tuesdays

19   you do some other kind of compliance?  Just

20   generally how does your job -- how does your job

21   work?

22       A.   Right.  So a pharmacy supervisor is not

23   going to be in every pharmacy on Monday.  So they

24   would be checking for all of the different

1    the decision.

2         Q.   Does Publix have anything to do with the

3    ability of the pharmacist to make a decision?

4         A.   Publix --

5              MR. LARSON:  Sorry.  Object to form.  Go

6    ahead, Lindsay.

7              THE WITNESS:  Publix hires good

8    pharmacists that have passed the law exam and

9    understand the laws, and Publix policy is that they

10   follow the laws and operate by the code of ethics

11   of a pharmacist.

12   BY MS. CONROY:

13        Q.   So -- but if I understood what you just

14   told me, then Publix does not have any involvement

15   with respect to a pharmacist at Publix following

16   the Controlled Substances Act?  They rely on the

17   pharmacist itself?

18             MR. LARSON:  Object to form.  Go ahead,

19   Lindsay.

20             THE WITNESS:  Publix's policy is that the

21   pharmacist follows the laws of their respected

22   state, the Controlled Substances Act being one of

23   them.

24   BY MS. CONROY:

1    I've not been concerned that we're not doing so.

2        Q.   Do you know what the -- the standard is

3    in the industry for pharmacies or chain pharmacies

4    with respect to controlled substances programs,

5    things like that?

6            MR. LARSON:  Object to form and to scope.

7    Go ahead, Lindsay.

8            THE WITNESS:  I'm not really sure what

9    you're asking me.

10   BY MS. CONROY:

11       Q.   Well, let me ask it this way.  You have

12   only concerned yourself with what Publix does with

13   respect to the Controlled Substances Act.  You have

14   not compared Publix in any way with any other

15   pharmacy or supermarket that has pharmacies.  Would

16   that be fair to say?

17           MR. LARSON:  Object to form and scope.

18   Go ahead, Lindsay.

19           THE WITNESS:  I don't know that that

20   would be fair to say.  I think that Publix hires

21   good pharmacists.  We trust them to exercise their

22   corresponding responsibility.  They know the laws.

23   They pass the law exam.  Most are coming out with a

24   doctorate degree.  We -- it's -- yeah.

1    BY MS. CONROY:

2        Q.    During your role as a supervisor, you

3    recall an instance where you had to go back and

4    look at hard copy prescriptions?

5        A.    Yes.

6        Q.    And do you recall what store it was in?

7        A.    I cannot recall what store it was in.

8        Q.    And where were those prescriptions

9    located, the hard copies?

10       A.    The hard -- we have -- the computer

11   system has an image of the hard copy, but the hard

12   copies themselves are either kept in a separate

13   file from the other prescriptions.

14       Q.    So when you say you were looking at the

15   hard copy, you were actually looking at the image

16   of the hard copy; is that correct?

17       A.    From memory, yes.  Now, that's not to say

18   that if I needed to go to the store to get more

19   information, that that -- that they were not looked

20   at at that point too.  It just depends on trying to

21   take care of something quickly if I'm able to do it

22   via computer or if I need to go to the store.  It's

23   situational.

24       Q.    Okay.  But the one that you're talking

1    imaged, Publix would never hear about that,

2    correct, the corporation?

3        A.    Well, they could make a note in the

4    patient's profile.  If they didn't scan it in, they

5    could still do that.

6        Q.    Now, before the break you were talking to

7    me about some situations where you noticed a

8    pharmacy was dispensing more controlled substances

9    than their normal practice.  Do you recall that?

10       A.    Yes, ma'am.

11       Q.    And you were also responsible, I believe,

12   as a supervisor, or maybe also as an operations

13   manager, for the increasing of thresholds to a

14   pharmacy with respect to controlled substances; is

15   that correct?

16       A.    I can speak to as a supervisor.  I can't

17   speak to as an operations manager, 'cause it was

18   more the supervisor's evaluating the need for that

19   and determining whether or not a threshold increase

20   when I was a supervisor, again, was something that

21   made sense clinically.

22       Q.    Okay.  Clinically generally, right?

23   Because it wouldn't be with respect to a single

24   patient, right?  It would just be generally that

1    pharmacy needed more controlled substances

2    available to it?

3            MR. LARSON:  Object to form.  Go ahead.

4            THE WITNESS:  Not necessarily.  One

5    patient could trigger a threshold.  So it could be

6    related to one patient.

7    BY MS. CONROY:

8        Q.  Okay.  And would there be documentation

9    of that change, that threshold change?

10       A.  Typically we would -- the pharmacy would

11   fill out a threshold increase request form, and

12   then the supervisor would approve or deny.  But the

13   conversation most often would happen before the

14   pharmacy supervisor received the request form.  The

15   pharmacy team would reach out and discuss what was

16   going on, their order had been cut.

17       Q.  Let's take -- I'm going to ask you some

18   questions about the training of pharmacists with

19   respect to controlled substances, okay?

20       A.  Yes, ma'am.

21       Q.  And we went through your description of a

22   good pharmacist, and then we also -- and I have it

23   here -- the R&P, which is P-PUB 702 -- let's take a

24   look at that and mark that as Exhibit 3.  And this

1    BY MS. CONROY:

2        Q.   No.

3        A.   -- prescriptions?

4        Q.   No.  That their pharmacists are

5    performing the due diligence.  How does Publix keep

6    track of that?

7        A.   All right.  So we have --

8            MR. LARSON:  Sorry, Lindsay.  Object to

9    form.  Go ahead, Lindsay.

10           THE WITNESS:  We have various forms of

11   reporting that are -- that are -- are tools that we

12   use to make sure that, you know, pharmacies are

13   filling appropriately and using their clinical due

14   diligence.

15   BY MS. CONROY:

16       Q.   Okay.  And what are those tools?

17       A.   So we have a C2 pull report.  We have a

18   three-month adjustment report.  We have manual

19   inventory adjustment report.  Our pharmacists are

20   required to do cycle counts on controls.  They do a

21   monthly perpetual inventory on controls.  Our

22   supervisors are in their stores on a regular basis,

23   from time to time, editing bundles of C2

24   prescriptions or doing random counts to make sure

1   balance on hand is accurate.  Loss prevention, in

2   addition, does similar audits.

3       Q.   And I understand all of those things with

4   maybe the exception of the supervisors in the

5   store.  That is all to determine whether there's

6   the loss of controlled substances from a pharmacy;

7   correct?

8       A.   Not necessarily.  So the C2 pull report

9   will show trends of dispensing patterns.  And

10  that's used to determine if a particular drug

11  entity is being filled more than normal.

12      Q.   And is that also used to determine if a

13  pharmacist is filling more than normal?

14      A.   That would be the starting point, and

15  then there would be investigations off of that.

16      Q.   And are you familiar with the use of that

17  report to investigate origin and investigation of a

18  Publix pharmacist?

19      A.   I'm not familiar with the -- personally

20  investigating a Publix pharmacist from that report,

21  but filling patterns, potentially.  Researching

22  that and investigating those.

23      Q.   And is that something you do as a

24  pharmacy operators man -- pharmacy operations

 1    manager?  Do you take a look at trends with respect

 2    to any of the 600 pharmacists in your area?

 3              MR. LARSON:  Object to form.  Go ahead,

 4    Lindsay.

 5              THE WITNESS:  So since I have been in my

 6    role that has transitioned now to a centralized

 7    team of -- centralized compliance team in Publix

 8    that watches for those trends and identifies and

 9    alerts supervisors.

10    BY MS. CONROY:

11        Q.   And when did that start?

12        A.   I want to say 2019.

13        Q.   And who runs that?

14        A.   Jonathan Thacker is the compliance

15    person.  And he has people.

16        Q.   And so that -- the centralized compliance

17    team began in 2019?

18        A.   From memory, it's 2019 or 2020.  Might

19    have been 2020.

20        Q.   Okay.  And do you know then whether the

21    centralized compliance team is monitoring trends

22    with respect to individual pharmacists and their

23    filling of controlled substances?

24        A.   I'm not exactly sure everything that goes

1   if there's more things that are the -- let me back

2   up.  What I'm saying is that as pharmacists

3   continue to become, you know, providing more

4   services, there's efficiencies that are built in

5   to -- to help take some of the burden off the

6   pharmacists, and they can delegate out.

7               One good thing about Publix is that

8   Publix is run by pharmacists from the very top, and

9   the decision makers are pharmacists and have been

10  behind the bench and have practiced, and make

11  decisions based on what makes sense for pharmacists

12  and for our patients.

13  BY MS. CONROY:

14      Q.   And so as things like the number of

15  immunizations that are given by a pharmacist or

16  medication, MTMs, medication therapy that's given

17  by a pharmacist, there's other -- other

18  technologies that have come in to help them out, or

19  they're able to delegate other responsibilities?

20           MR. LARSON:  Object to form.

21           THE WITNESS:  Yes.  I'm sorry.

22           MR. LARSON:  Object to form.  Go ahead,

23  Lindsay.

24           THE WITNESS:  Yeah.  So specifically

**To:** Pharmacy 0711 [Pharmacy.711@publix.com]
**From:** Leigh Anne Jacobson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6829B32B6FB448B3AE683EEB5A15E5BC-RLAD283_9D2]
**Sent:** Mon 1/25/2021 3:07:49 PM (UTC-05:00)
**Subject:** RE: Forgery Dr. Ronald Devine

P-PUB-0507

Did we alert the police or GDNA on it? Also did we fill it?

*Thank you,*

**Leigh Anne Jacobson** | Pharmacy Supervisor  - Pharmacy Operations
Publix Super Markets, Inc.
☎ Phone: (770) 952-6601 ext. 31676



EXHIBIT

6
_____



*This email, and any attachments, are intended solely for the use of the individual(s) to whom they are addressed. They may contain confidential information and/or protected health information (PHI) that is protected by law. If you believe you were not the intended recipient of this message, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately and permanently delete this email and any attachments. If you properly received this e-mail, you should maintain its contents in confidence in accordance with applicable law.*

---

**From:** Pharmacy 0711 <Pharmacy.711@publix.com>
**Sent:** Monday, January 25, 2021 10:51 AM
**To:** Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>;

Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** Leigh Anne Jacobson <Leigh.Jacobson@publix.com>
**Subject:** Re: Forgery Dr. Ronald Devine

Good morning all,

Another confirmed forgery at store 1064 for Promethazine with codeine #473 for patient Krystal Higgens (DOB Redacted - PII) from Dr. Daniel Van Riper called in with prednisone and amoxicillin on Saturday.

---

**From:** Pharmacy 0282 <Pharmacy.282@publix.com>
**Sent:** Wednesday, January 20, 2021 5:31 PM
**To:** Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769

Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>;
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Forgery Dr. Ronald Devine

Forgery confirmed for Promethazine with codeine #300mls by Dr. Ronald Devine. Patient: Gwendolyn Hicks

Redacted - PII

Called in with PenVk 500

Publix Pharmacy #0282
2900 Peachtree Rd

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00082269

Atlanta, GA 30305
P-404-848-0336
F-404-848-0981

P-PUB-0507

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

---

**From:** Pharmacy 1091 <Pharmacy.1091@publix.com>
**Sent:** Tuesday, January 19, 2021 6:14 PM
**To:** Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00082270

P-PUB-0507

Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Tyler Wheeler's office

Forgery from Dr Charles Peterson's office, Glendale, CA for patient Rachel Logan [Redacted - PII], Prednisone, Amoxil, promethazine with codeine

Publix Pharmacy #1091
7780 McGinnis Ferry Rd
Suwanee, GA 30024
(at corner of McGinnis Ferry & Old Atlanta Rd)
770.622.2652

---

**From:** Pharmacy 0464 <Pharmacy.464@publix.com>
**Sent:** Friday, January 15, 2021 9:42 AM
**To:** Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>

Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>

**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Tyler Wheeler's office

RX called for BERNICE ROBERTS [Redacted - PII] by Dr. name Allen Bennet amox500 and Prometh+Cod, when I said we don't have Prom+cod in stock and asked his info he hanged up the phone. Both patient and dr. does not exist.


**Store #0464**

**5015 Floyd Rd.**

**Mableton, Ga 30126**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-PUB-0507

**From:** Pharmacy 0753 <Pharmacy.753@publix.com>
**Sent:** Thursday, January 14, 2021 3:53 PM
**To:** Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217

PUBLIX-MDLT8-00082273

<Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1266 <Pharmacy.1266@publix.com>
Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 PUB-0507
<Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>;
Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463
<Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>;
Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556
<Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>;
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Tyler Wheeler's office

RX called in for Amanda Willmington [Redacted - PII] for prednisone, amoxicillin, and promethazine w/codeine. Doctor John
Venuti not in system. Found his office in NJ, but no answer on phone #

Publix Pharmacy 0753
4480 South Cobb Drive
Smyrna, Georgia 30080
770-434-8560

**From:** Pharmacy 0634 <Pharmacy.634@publix.com>
**Sent:** Wednesday, January 13, 2021 4:23 PM
**To:** Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561
<Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>;
Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718
<Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>;
Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291
<Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>;
Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559
<Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>;
Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783
<Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>;
Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503
<Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>;
Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183
<Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>
Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227
<Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>;
Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646
<Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>;
Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753
<Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>;
Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049
<Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>;
Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515
<Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>;
Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585
<Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;
Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0721
<Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>;
Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091
<Pharmacy.1091@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>;
Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379
<Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>;
Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494
<Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>;

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Tyler Wheeler's office

Same here, but for Amanda Gilory [Redacted - PII]. Patient called checking on rx and we said we had to call the MD for clarification. Later on the MD calls back to clarify. I hadn't called yet...

Hazel Lacson

**Publix 0634**

**3446 Winder HWY**

**Flowery Branch, GA 30542**

**770-538-4276**

---

**From:** Pharmacy 1110 <Pharmacy.1110@publix.com>
**Sent:** Wednesday, January 13, 2021 3:45 PM
**To:** Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248

Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <P-PUB-0507 Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077

PUBLIX-MDLT8-00082276

P-PUB-0507

Pharmacy 0375 <Pharmacy.375@publix.com>
Cc: John Lee <John.Lee2@publix.com>
Subject: Forgery from Dr Tyler Wheeler's office

A man just called in stating he was Dr. Wheeler calling in for patient Wendy Taylor Redacted - PII to get prednisone, amoxicillin, and a pint of promethazine/codeine. The caller ID showed "MAIN" and the office phone number, but when I called the office number back, the receptionist said they didn't have any patients under that name or dob.

**Michael Gregory**

**Dina Keever**

Publix 1110

879 Dawsonville Hwy

Gainesville, GA, 30501

---

From: Pharmacy 0816 <Pharmacy.816@publix.com>
Sent: Tuesday, January 12, 2021 6:14 PM
To: Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534

PUBLIX-MDLT8-00082277

Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 P-PUB-0507
Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>
Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789
<Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>
Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251
<Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>
Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461
<Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>
Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485
<Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>
Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562
<Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>
Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786
<Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>
Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054
<Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>
Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217
<Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>
Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390
<Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>
Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463
<Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>
Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556
<Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Mindy Cottvell [ **Redacted - PII** ], Chad Costley. Same three Rx's: # on caller ID: [ **Redacted - PII** ]

**From:** Pharmacy 0561 <Pharmacy.561@publix.com>
**Sent:** Tuesday, January 12, 2021 5:50 PM
**To:** Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0547
<Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>
Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599
<Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>
Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508
<Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>
Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269
<Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>
Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087
<Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>
Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647
<Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>
Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071
<Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>
Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762
<Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>
Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706
<Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>
Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694
<Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>
Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226
<Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Pharmacy 0515 <Pharmacy.0515@publix.com>; Pharmacy 0537 <Pharmacy.537@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Same called in here. Mindy Hopskins [Redacted - PII] Chad Costley. Gave all pt info (phone number, address, etc) and provided diagnosis code for phnergan w/cod #473

**Publix Pharmacy #0561**
**Courtney Knight – Pharmacy Manager**
**Jiuna Leyden – Assistant Pharmacy Manager**

2500 Dallas Hwy.

Marietta, GA 30064

770)426-3256

**From:** Pharmacy 0631 <Pharmacy.0631@publix.com>
**Sent:** Tuesday, January 12, 2021 5:44 PM

P-PUB-0507

**To:** Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Pharmacy 0780 <Pharmacy.780@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0459 <Pharmacy.459@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Mindy Hopskins, [Redacted - PII], Chad Costley. Amoxil, Prednisone and Phenergan w/Cod 473 ml.

**From:** Pharmacy 0816 <Pharmacy.816@publix.com>
**Sent:** Tuesday, January 12, 2021 2:07 PM
**To:** Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464

Pharmacy 0468 <Pharmacy.468@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>;
Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536
<Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>;
Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579
<Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>;
Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799
<Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>;
Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086
<Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>;
Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233
<Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;
Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561
<Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>;
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Tammy Hopskins [ Redacted - PII ] was tried this weekend under Chad Costley too

**From:** Pharmacy 0547 <Pharmacy.547@publix.com>
**Sent:** Tuesday, January 12, 2021 1:18 PM
**To:** Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718
<Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>;
Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291
<Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>;
Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816
<Pharmacy.816@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>;
Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146
<Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>;
Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010
<Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>;
Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726
<Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>;
Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670
<Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>;
Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155
<Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>;
Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061
<Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>;
Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764
<Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>;
Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282
<Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>;
Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565
<Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>;
Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616
<Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>;
Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844
<Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>;
Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130
<Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>;

Pharmacy 1079 <Pharmacy.1079@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Confirmed forgery for Wendy Hopskins, [Redacted - PII], under Dr. Chad Costley. Office said sometimes its under Linda Hopskins.

Publix Pharmacy 0547

909 Eagle's Landing Pkwy

Stockbridge, GA 30281

770-389-6136

---

**From:** Pharmacy 0495 <Pharmacy.495@publix.com>
**Sent:** Monday, January 11, 2021 12:52 PM
**To:** Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1063

PUBLIX-MDLT8-00082283

PUB-0507

Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077

PUBLIX-MDLT8-00082284

<Pharmacy 0073@publix.com>; Pharmacy 5393-17 <Pharmacy.06/20/24 31 of 81: PageID 1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

P-PUB-0507

Confirmed forgery for patient "Roger Robertson" DOB [Redacted - PII] for Percocet 10. Dr. Jong Choi's office has been notified and would like the pharmacy to verify with office of any scripts authorized under Dr. Choi's DEA. RX [Redacted - PII] 0560 if anybody wants to review it.


Jin

---

**From:** Pharmacy 1363 <Pharmacy.1363@publix.com>
**Sent:** Thursday, January 7, 2021 1:11 PM
**To:** Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00082285

C414@publix.com; Pharmacy ... P-PUB-0507

Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>;

**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Office would like to press charges if anyone can get any information at all and pass along to the office

***Publix Pharmacy 1363 @ Town Brookhaven***
*Phone 404.233.7480*
*Fax 404.233.7484*
*104 Town Blvd, Suite A100*
*Brookhaven, GA 30319*

---

**From:** Pharmacy 0718 <Pharmacy.718@publix.com>
**Sent:** Thursday, January 7, 2021 1:01 PM
**To:** Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360

P-PUB-0507

Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Same here for patient "Frank Jones" for Bactrim and Prometh/codeine from Dr. Diaz. Called in by "Melody Johnson"

Chastain Square
4279 Roswell Rd
Atlanta
404-843-4358ph
404-843-4302fax

**From:** Pharmacy 1363 <Pharmacy.1363@publix.com>
**Sent:** Thursday, January 7, 2021 12:58 PM

PUBLIX-MDLT8-00082287

**To:** Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1056
<Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>;
Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096
<Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>;
Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725
<Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>;
Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615
<Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>;
Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503
<Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>;
Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183
<Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>;
Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227
<Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>;
Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646
<Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>;
Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753
<Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>;
Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049
<Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>;
Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515
<Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>;
Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585
<Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;
Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634
<Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>;
Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859
<Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>;
Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178
<Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>;
Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451
<Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506
<Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>;
Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544
<Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>;
Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723
<Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>;
Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853
<Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>;
Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411
<Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>;
Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470
<Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>;
Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540
<Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>;
Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579
<Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>;
Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799
<Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>;
Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086
<Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>;
Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233
<Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0555 <Pharmacy.555@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Same here, pt name "Charles Brown" for Bactrim and Prometh/Codeine.

### *Publix Pharmacy 1363 @ Town Brookhaven*
*Phone 404.233.7480*
*Fax 404.233.7484*
*104 Town Blvd, Suite A100*
*Brookhaven, GA 30319*

---

**From:** Pharmacy 0691 <Pharmacy.691@publix.com>
**Sent:** Thursday, January 7, 2021 12:24 PM
**To:** Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>;

Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0759 <Pharmacy.0759@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Bactrim.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix Diaz; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>;
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Another forgery for Bactrim ds and Promethazine w codeine syrup by Dr Peter Diaz DEA: BD2062658. Called in by a "Melany" with cell phone # [Redacted - PII] I verified with office that these are fake prescriptions. Patient name is Victor Brown with a DOB of [Redacted - PII]

**Publix Pharmacy 0599 @ Ansley Mall**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**1544 Piedmont Ave NE**
**Atlanta, GA 30324**
404-724-0932 Ph
404-724-0936 Fax
**Jennifer Drummond, Pharmacy Manager**
**Jennifer Gareau, Pharmacist**

P-PUB-0507

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

**From:** Pharmacy 1363 <Pharmacy.1363@publix.com>
**Sent:** Thursday, December 24, 2020 10:39 AM
**To:** Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PUBLIX-MDLT8-00082292**

Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>;
Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Yet another forgery for oxycodone 30 mg by Dr. Samuel Johnson BJ3629740. Lots of forgeries for this looking rx. The Rx says "patient" is in a physical therapy outpatient program and has already tried tramadol. It's all fake. Dr. office phone goes to a personal cell phone. "Patient" this time was Ralph Jennings [Redacted - PII]. Patient dropping off said that was her grandpa. Her name is Brittony Boykin. Lives in Brookhaven. BOTLO.

***Publix Pharmacy 1363 @ Town Brookhaven***
*Phone 404.233.7480*
*Fax 404.233.7484*
*104 Town Blvd, Suite A100*
*Brookhaven, GA 30319*

**From:** Pharmacy 1056 <Pharmacy.1056@publix.com>
**Sent:** Tuesday, December 22, 2020 2:11 PM
**To:** Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049

<Pharmacy 0498 <Pharmacy.0498@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0261 <Pharmacy.261@publix.com>; P-PUB-0507
Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515
<Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>;
Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585
<Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;
Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634
<Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>;
Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859
<Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>;
Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178
<Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>;
Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451
<Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506
<Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>;
Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544
<Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>;
Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723
<Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>;
Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853
<Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>;
Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411
<Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>;
Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470
<Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>;
Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540
<Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>;
Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579
<Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>;
Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799
<Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>;
Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1086
<Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>;
Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233
<Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;
Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561
<Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>;
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Another fraudulent Rx under Alicia Blyden Redacted - PII ... from Dr. Lori Richardson-O'neal  Phone number (706-684-0584).

Regards,

CJ Bonaby,

---

**From:** Pharmacy 0560 <Pharmacy.560@publix.com>
**Sent:** Monday, December 21, 2020 5:22 PM
**To:** Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508
<Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>;

          PUBLIX-MDLT8-00082294

Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0833 <Pharmacy.833@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Another fraudulent Rx under Lori Richardson-O'Neal (phone # 706-684-0588).

This phone # is attached to multiple prescriber profiles, but when you call back its a cell phone that goes to voicemail.


*Ann Marie Vu, Pharmacy Manager, Immunization Ambassador*

*Stephanie Bayer, Assistant Pharmacy Manager*

*Publix Pharmacy #0560*

*3200 Holcomb Bridge Road*

*Peachtree Corners, GA 30092*

*770-417-5106*

---

**From:** Pharmacy 1291 <Pharmacy.1291@publix.com>
**Sent:** Monday, December 21, 2020 9:36 AM
**To:** Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480

Case 1:17-md-02804-DAP Doc #: 5597-17 Filed: 08/20/24 494 of 841. PageID #: 649827

<Pharmacy.480@publix.com>; Pharmacy 0504 <Pharmacy.0504@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <P-PUB-0507
<Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>;
Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564
<Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>;
Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744
<Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>;
Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078
<Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>;
Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092
<Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>;
Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471
<Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>;
Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545
<Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>;
Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608
<Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>;
Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892
<Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>;
Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086
<Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>;
Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233
<Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;
Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561
<Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>;
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Heads up, just got a phone call for a Phenergan w/ codeine & zpak from a Dr. Lori O'Neal (phone 706-684-0588). I told the caller that we wouldn't accept a RX for phenegan w/ codeine over the phone and he hung up. Pt info Tamica Heard DOB Redacted - PII . Keep an eye out!

---

**From:** Pharmacy 1248 <Pharmacy.1248@publix.com>
**Sent:** Saturday, December 19, 2020 1:49 PM
**To:** Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691
<Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>;
Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559
<Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>;
Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783
<Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>;
Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044
<Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>;
Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599
<Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>;
Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670
<Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>;
Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155
<Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>;
Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706
<Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>;

Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>;
Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>;
Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226
<Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>;
Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563
<Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>;
Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612
<Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>;
Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721
<Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>;
Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091
<Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>;
Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279
<Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>;
Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486
<Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>;
Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526
<Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>;
Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617
<Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>;
Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752
<Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>;
Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118
<Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>;
Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145
<Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>;
Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474
<Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>;
Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546
<Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>;
Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650
<Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>;
Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008
<Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>;
Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112
<Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>;
Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263
<Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;
Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561
<Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>;
Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636
<Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>;
Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077
<Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Heads up! We had a fake rx called in to day. Called in under Dr. Syed Ullah in Decatur, for a patient that was not in our system, and had no history in PDMP. Called in Flonase and 210ml of Prometh/codeine. I called back to their office and their was a different doctor who was on call saying no other prescribers should be calling out. Office # 770-934-6832.

Bryan Goodman-Pharmacy Manager

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

P-PUB-0507

**Store 1248**

15 Laurel Canyon Village Circle

Canton, GA 30114

(770) 479-3711

---

**From:** Pharmacy 0508 <Pharmacy.508@publix.com>
**Sent:** Saturday, February 22, 2020 1:22 PM
**To:** Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PUBLIX-MDLT8-00082299

Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0537 <Pharmacy.537@publix.com>;
<Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>;
Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730
<Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>;
Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052
<Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>;
Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139
<Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>;
Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291
<Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>;
Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086
<Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>;
Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496
<Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>;
Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566
<Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>;
Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880
<Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>;
Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184
<Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Forgery from Dr Alan Maloon's office

Got it, thanks!


Thanks,

Mervin Williams
Punam Patel
Publix Pharmacy #0508 @ Presidential Market
1905 Scenic Hwy N
Snellville, GA 30078
770-978-5806 Ph
770-978-4785 Fax

---

**From:** Pharmacy 1096 <Pharmacy.1096@publix.com>
**Sent:** Thursday, February 20, 2020 7:46 PM
**To:** Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816
<Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>;
Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269
<Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>;
Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087
<Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>;
Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603
<Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>;
Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183
<Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>;
Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227
<Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>;
Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646
<Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>;
Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538
<Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>;
Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026
<Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>;
Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360
<Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>;
Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PUBLIX-MDLT8-00082300

Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>;
Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>;
Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>;
Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>;
Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>;
Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>;
Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>;
Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>;
Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>;
Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>;
Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>;
Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>;
Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>;
Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>;
Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>;
Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>;
Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>;
Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>;
Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>;
Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>;
Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>;
Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Forgery from Dr Alan Maloon's office

Patient was Adam Green [Redacted - PII]

Written prescription for alprazolam 2mg #90.


DeAnna Bunch, Asst. Pharmacy Manager

**Publix Pharmacy 1096**

**6110 Cedarcrest Rd**

**Acworth, GA 30101**

678-439-3446

fax 678-439-3451

P-PUB-0507

---

**From:** Pharmacy 0691 <Pharmacy.691@publix.com>
**Sent:** Saturday, February 8, 2020 4:07 PM
**To:** Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>;

PUBLIX-MDLT8-00082302

Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0597 <Pharmacy.597@publix.com>; Pharmacy 0736 <Pharmacy.736@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Re: Confirmed Forgery

The hits keep coming. Young lady dropping off for her "sister".
Forgery for Percocet 10 and amoxicillin under Dr. Princewill Ehirim @ Center for Advance Neurological Surgery.
Can view cancelled rx on pt profile
Rx# Redacted - PII

Clark and Sean
**Publix Pharmacy 0691**
**Briarcliff Village SC**
**2162 Henderson Mill Rd NE**
**Atlanta, GA 30345-3762**
**Phone: (770) 621-0227**
**Fax: (770) 621-0649**

---

**From:** Pharmacy 0773 <Pharmacy.773@publix.com>
**Sent:** Friday, February 7, 2020 2:06 PM
**To:** Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;

Pharmacy 0716 <Pharmacy.716@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0813
<Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>;
Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859
<Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>;
Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178
<Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>;
Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451
<Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506
<Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>;
Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539
<Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>;
Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665
<Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>;
Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804
<Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>;
Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286
<Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>;
Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464
<Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>;
Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536
<Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>;
Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562
<Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>;
Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786
<Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>;
Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054
<Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>;
Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143
<Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>;
Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294
<Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>;
Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122
<Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>;
Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548
<Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>;
Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580
<Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>;
Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019
<Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>;
Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184
<Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Cc:** John Lee <John.Lee2@publix.com>
**Subject:** Confirmed Forgery

Confirmed forgery from Mitzi Clayton's office (211 Fairview Rd Ellenwood, GA) -- We received a faxed prescription today
for Promethazine with Codeine and Amoxicillin. Office has no patient under the name and DOB in their system, and the
fax # the RX was faxed from is not any of their office fax numbers. Please confirm any faxes with the office at their
request.


Thanks,


Leslie Cooke


Publix Pharmacy store 0773

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

2969 N Druid Hills Rd

Atlanta, GA 30329

P-PUB-0507

404-638-6252

---

**From:** Pharmacy 0816 <Pharmacy.816@publix.com>
**Sent:** Tuesday, February 4, 2020 8:59 AM
**To:** Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786

PUBLIX-MDLT8-00082305

Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Confirmed forgery from Summit Spine and Joint Center in Decatur. Under dr Pawanjit Singh who is a legitimate doctor but does not practice at this office. Multiple patients coming in with muscle relaxers and usually #90 Oxycodone/apap 10mg.

---

**From:** Pharmacy 1363 <Pharmacy.1363@publix.com>
**Sent:** Tuesday, January 28, 2020 10:10 AM
**To:** Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00082306

Case 1:17-md-02804-DAP Doc #: 5593-17 Filed: 08/20/24 Page 54 of 84. PageID #: 648037

Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>;
Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>;
Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>;
Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>;
Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>;
Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>;
Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>;
Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>;
Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>;
Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>;
Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>;
Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>;
Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>;
Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>;
Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>;
Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Confirmed forgery for "patient" Ashley Rivas [Redacted - PII] promethazine-codeine under Dr. Aziz Pirani FYI

# *Publix Pharmacy 1363 @ Town Brookhaven*
*Phone 404.233.7480*
*Fax 404.233.7484*
*104 Town Blvd, Suite A100*
*Brookhaven, GA 30319*

---

**From:** Pharmacy 1063 <Pharmacy.1063@publix.com>
**Sent:** Saturday, December 14, 2019 2:15 PM
**To:** Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>;
Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>;
Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>;
Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>;
Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>;
Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>;
Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>;

Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0754 <Pharmacy.754@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

We had a patient that we sent on their way with prescriptions from Dr Mills for oxycodone 30 and Lisinopril 20.

**From:** Pharmacy 0559 <Pharmacy.559@publix.com>
**Sent:** Saturday, December 14, 2019 1:23 PM
**To:** Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593

<Pharmacy 0593 <Pharmacy.593@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>;
Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043
<Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>;
Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184
<Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Patient is making rounds, just tried dropping off here. Keep a look out for

Just had a patient try and drop off 3 Rx's under **Dr. Anthony Mills** - a Percocet 10/325, Oxycodone 15, and clotrimazole-betamethasone cream. Told patient we do not fill for this doctor and handed Rx's back. Careful, read prescriber notes, this is not a real MD.

Dominic Solomon, Pharmacy Manager
Paige Eller, Assistant Pharmacy Manager

Publix 0559
2774 N Cobb Pkwy
Kennesaw, GA 30152
770-426-3246 (phone)
770-792-9965 (fax)

---

**From:** Pharmacy 0725 <Pharmacy.725@publix.com>
**Sent:** Saturday, December 14, 2019 12:30 PM
**To:** Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146
<Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>;
Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495
<Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>;
Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726
<Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>;
Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071
<Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>;
Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514
<Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>;
Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064
<Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>;
Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753
<Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>;
Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049
<Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>;
Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515
<Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>;
Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585
<Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;
Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634
<Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>;
Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859
<Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>;
Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178
<Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>;
Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451
<Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506
<Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>;
Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539
<Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>;
Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665
<Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>;

<Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Just had a patient try and drop off 3 Rx's under **Dr. Anthony Mills** - a Percocet 10/325, Oxycodone 15, and clotrimazole-betamethasone cream. Told patient we do not fill for this doctor and handed Rx's back. Careful, read prescriber notes, this is not a real MD.

Shelby

**Pharmacy #0725**
**770-612-5155**

---

**From:** Pharmacy 0725 <Pharmacy.725@publix.com>
**Sent:** Monday, December 2, 2019 10:37 AM
**To:** Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049

PUBLIX-MDLT8-00082311

<Pharmacy.042@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0236 <Pharmacy.236@publix.com>;
Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515
<Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>;
Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585
<Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>;
Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634
<Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>;
Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859
<Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>;
Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178
<Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>;
Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451
<Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>;
Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506
<Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>;
Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539
<Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>;
Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665
<Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>;
Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789
<Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>;
Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251
<Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>;
Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145
<Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>;
Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474
<Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>;
Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546
<Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>;
Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650
<Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>;
Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892
<Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>;
Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086
<Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>;
Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233
<Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>;
Pharmacy 1294 <Pharmacy.1294@publix.com>; Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390
<Pharmacy.1390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>;
Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463
<Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>;
Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556
<Pharmacy.556@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>;
Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593
<Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>;
Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043
<Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>;
Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184
<Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Confirmed forgery hard copy prescription for Percocet 10/325 under **Dr. Travis Lloyd**, patient **Lawanda McGlon** (dob
[Redacted - PII]). Filled at store 514 on 11/5. Prescription pad from prescribing office was used. Per MD office, this has been a
recurring issue and **ALL** controls should be called and verified with office. I have made a patient note and prescriber note.

Caitlin Register
Floating pharmacist out of 725

**Pharmacy #0725**
**770-612-5155**

P-PUB-0507

**From:** Pharmacy 0269 <Pharmacy.269@publix.com>
**Sent:** Friday, October 4, 2019 5:26 PM
**To:** Pharmacy 1146 <Pharmacy.1146@publix.com>; Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>; Pharmacy 0074 <Pharmacy.074@publix.com>; Pharmacy 0451 <Pharmacy.451@publix.com>; Pharmacy 0480 <Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>; Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508 <Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>; Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544 <Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>; Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723 <Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>; Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804 <Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>; Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286 <Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>; Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461 <Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>; Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485 <Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>; Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547 <Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>; Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730 <Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>; Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008 <Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>; Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112 <Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>; Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263 <Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PUBLIX-MDLT8-00082313

Pharmacy 1855 <Pharmacy.1855@publix.com>; Pharmacy 0390 <Pharmacy.0390@publix.com>; Pharmacy 0033 <Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>; Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469 <Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>; Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0559 <Pharmacy.559@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>; Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626 <Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>; Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043 <Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>; Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184 <Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** Re: Confirmed Forgery

Confirmed forgery for called in RX for **tramadol** under Dr. **Clyde Watkins**. Patient Barbara Holland (dob Redacted - PII ). Caller ID shows name Jasmine Williams. Per Dr. Watkins, verify ALL controlled RXS.


*Keith Warren, Pharm D*

*Amanda Breakey, Pharm D*

**Publix #0269**

**3469 Flakes Mill Road**

**Decatur, GA 30034**

(770)-322-2386

---

**From:** Pharmacy 1146 <Pharmacy.1146@publix.com>
**Sent:** Monday, August 26, 2019 8:14 PM
**To:** Pharmacy 0146 <Pharmacy.146@publix.com>; Pharmacy 0783 <Pharmacy.783@publix.com>; Pharmacy 0615 <Pharmacy.615@publix.com>; Pharmacy 0269 <Pharmacy.269@publix.com>; Pharmacy 1087 <Pharmacy.1087@publix.com>; Pharmacy 1010 <Pharmacy.1010@publix.com>; Pharmacy 0495 <Pharmacy.495@publix.com>; Pharmacy 1044 <Pharmacy.1044@publix.com>; Pharmacy 0503 <Pharmacy.503@publix.com>; Pharmacy 0603 <Pharmacy.603@publix.com>; Pharmacy 0647 <Pharmacy.647@publix.com>; Pharmacy 0726 <Pharmacy.726@publix.com>; Pharmacy 0599 <Pharmacy.599@publix.com>; Pharmacy 1249 <Pharmacy.1249@publix.com>; Pharmacy 1183 <Pharmacy.1183@publix.com>; Pharmacy 0769 <Pharmacy.769@publix.com>; Pharmacy 1071 <Pharmacy.1071@publix.com>; Pharmacy 0670 <Pharmacy.670@publix.com>; Pharmacy 0711 <Pharmacy.711@publix.com>; Pharmacy 0691 <Pharmacy.691@publix.com>; Pharmacy 1227 <Pharmacy.1227@publix.com>; Pharmacy 0514 <Pharmacy.514@publix.com>; Pharmacy 0762 <Pharmacy.762@publix.com>; Pharmacy 0155 <Pharmacy.155@publix.com>; Pharmacy 0863 <Pharmacy.863@publix.com>; Pharmacy 0646 <Pharmacy.646@publix.com>; Pharmacy 1064 <Pharmacy.1064@publix.com>; Pharmacy 0560 <Pharmacy.560@publix.com>; Pharmacy 0706 <Pharmacy.706@publix.com>; Pharmacy 1061 <Pharmacy.1061@publix.com>; Pharmacy 0538 <Pharmacy.538@publix.com>; Pharmacy 0753 <Pharmacy.753@publix.com>; Pharmacy 0724 <Pharmacy.724@publix.com>; Pharmacy 0694 <Pharmacy.694@publix.com>; Pharmacy 0764 <Pharmacy.764@publix.com>; Pharmacy 0026 <Pharmacy.026@publix.com>; Pharmacy 0049 <Pharmacy.049@publix.com>; Pharmacy 0108 <Pharmacy.108@publix.com>; Pharmacy 0226 <Pharmacy.226@publix.com>; Pharmacy 0282 <Pharmacy.282@publix.com>; Pharmacy 0360 <Pharmacy.360@publix.com>; Pharmacy 0515 <Pharmacy.515@publix.com>; Pharmacy 0519 <Pharmacy.519@publix.com>; Pharmacy 0563 <Pharmacy.563@publix.com>; Pharmacy 0565 <Pharmacy.0565@publix.com>; Pharmacy 0569 <Pharmacy.569@publix.com>; Pharmacy 0585 <Pharmacy.585@publix.com>; Pharmacy 0596 <Pharmacy.596@publix.com>; Pharmacy 0612 <Pharmacy.612@publix.com>; Pharmacy 0616 <Pharmacy.616@publix.com>; Pharmacy 0624 <Pharmacy.624@publix.com>; Pharmacy 0634 <Pharmacy.634@publix.com>; Pharmacy 0718 <Pharmacy.718@publix.com>; Pharmacy 0721 <Pharmacy.721@publix.com>; Pharmacy 0803 <Pharmacy.803@publix.com>; Pharmacy 0844 <Pharmacy.844@publix.com>; Pharmacy 0859 <Pharmacy.859@publix.com>; Pharmacy 1089 <Pharmacy.1089@publix.com>; Pharmacy 1091 <Pharmacy.1091@publix.com>; Pharmacy 1110 <Pharmacy.1110@publix.com>; Pharmacy 1130 <Pharmacy.1130@publix.com>; Pharmacy 1178 <Pharmacy.1178@publix.com>; Pharmacy 1188 <Pharmacy.1188@publix.com>; Pharmacy 1279 <Pharmacy.1279@publix.com>; Pharmacy 1379 <Pharmacy.1379@publix.com>;

PUBLIX-MDLT8-00082314

Pharmacy 0074 <Pharmacy.0074@publix.com>; Pharmacy 0475 <Pharmacy.0475@publix.com>; Pharmacy 0430
<Pharmacy.480@publix.com>; Pharmacy 0486 <Pharmacy.486@publix.com>; Pharmacy 0494 <Pharmacy.494@publix.com>;
Pharmacy 0505 <Pharmacy.505@publix.com>; Pharmacy 0506 <Pharmacy.506@publix.com>; Pharmacy 0508
<Pharmacy.508@publix.com>; Pharmacy 0525 <Pharmacy.525@publix.com>; Pharmacy 0526 <Pharmacy.526@publix.com>;
Pharmacy 0534 <Pharmacy.534@publix.com>; Pharmacy 0539 <Pharmacy.539@publix.com>; Pharmacy 0544
<Pharmacy.544@publix.com>; Pharmacy 0564 <Pharmacy.564@publix.com>; Pharmacy 0617 <Pharmacy.617@publix.com>;
Pharmacy 0664 <Pharmacy.664@publix.com>; Pharmacy 0665 <Pharmacy.665@publix.com>; Pharmacy 0723
<Pharmacy.723@publix.com>; Pharmacy 0744 <Pharmacy.744@publix.com>; Pharmacy 0752 <Pharmacy.752@publix.com>;
Pharmacy 0773 <Pharmacy.773@publix.com>; Pharmacy 0789 <Pharmacy.789@publix.com>; Pharmacy 0804
<Pharmacy.804@publix.com>; Pharmacy 0853 <Pharmacy.853@publix.com>; Pharmacy 1078 <Pharmacy.1078@publix.com>;
Pharmacy 1118 <Pharmacy.1118@publix.com>; Pharmacy 1251 <Pharmacy.1251@publix.com>; Pharmacy 1286
<Pharmacy.1286@publix.com>; Pharmacy 1363 <Pharmacy.1363@publix.com>; Pharmacy 1411 <Pharmacy.1411@publix.com>;
Pharmacy 0092 <Pharmacy.092@publix.com>; Pharmacy 0145 <Pharmacy.145@publix.com>; Pharmacy 0461
<Pharmacy.461@publix.com>; Pharmacy 0464 <Pharmacy.464@publix.com>; Pharmacy 0470 <Pharmacy.470@publix.com>;
Pharmacy 0471 <Pharmacy.471@publix.com>; Pharmacy 0474 <Pharmacy.474@publix.com>; Pharmacy 0485
<Pharmacy.485@publix.com>; Pharmacy 0536 <Pharmacy.536@publix.com>; Pharmacy 0540 <Pharmacy.0540@publix.com>;
Pharmacy 0545 <Pharmacy.545@publix.com>; Pharmacy 0546 <Pharmacy.546@publix.com>; Pharmacy 0547
<Pharmacy.547@publix.com>; Pharmacy 0562 <Pharmacy.562@publix.com>; Pharmacy 0579 <Pharmacy.579@publix.com>;
Pharmacy 0608 <Pharmacy.608@publix.com>; Pharmacy 0650 <Pharmacy.650@publix.com>; Pharmacy 0730
<Pharmacy.730@publix.com>; Pharmacy 0786 <Pharmacy.786@publix.com>; Pharmacy 0799 <Pharmacy.799@publix.com>;
Pharmacy 0816 <Pharmacy.816@publix.com>; Pharmacy 0892 <Pharmacy.892@publix.com>; Pharmacy 1008
<Pharmacy.1008@publix.com>; Pharmacy 1052 <Pharmacy.1052@publix.com>; Pharmacy 1054 <Pharmacy.1054@publix.com>;
Pharmacy 1056 <Pharmacy.1056@publix.com>; Pharmacy 1086 <Pharmacy.1086@publix.com>; Pharmacy 1112
<Pharmacy.1112@publix.com>; Pharmacy 1139 <Pharmacy.1139@publix.com>; Pharmacy 1143 <Pharmacy.1143@publix.com>;
Pharmacy 1217 <Pharmacy.1217@publix.com>; Pharmacy 1233 <Pharmacy.1233@publix.com>; Pharmacy 1263
<Pharmacy.1263@publix.com>; Pharmacy 1291 <Pharmacy.1291@publix.com>; Pharmacy 1294 <Pharmacy.1294@publix.com>;
Pharmacy 1355 <Pharmacy.1355@publix.com>; Pharmacy 1390 <Pharmacy.1390@publix.com>; Pharmacy 0033
<Pharmacy.033@publix.com>; Pharmacy 0086 <Pharmacy.086@publix.com>; Pharmacy 0122 <Pharmacy.122@publix.com>;
Pharmacy 0280 <Pharmacy.280@publix.com>; Pharmacy 0463 <Pharmacy.463@publix.com>; Pharmacy 0469
<Pharmacy.469@publix.com>; Pharmacy 0496 <Pharmacy.0496@publix.com>; Pharmacy 0548 <Pharmacy.548@publix.com>;
Pharmacy 0554 <Pharmacy.554@publix.com>; Pharmacy 0556 <Pharmacy.556@publix.com>; Pharmacy 0559
<Pharmacy.559@publix.com>; Pharmacy 0561 <Pharmacy.561@publix.com>; Pharmacy 0566 <Pharmacy.566@publix.com>;
Pharmacy 0580 <Pharmacy.580@publix.com>; Pharmacy 0593 <Pharmacy.0593@publix.com>; Pharmacy 0626
<Pharmacy.626@publix.com>; Pharmacy 0636 <Pharmacy.636@publix.com>; Pharmacy 0725 <Pharmacy.725@publix.com>;
Pharmacy 0880 <Pharmacy.880@publix.com>; Pharmacy 1019 <Pharmacy.1019@publix.com>; Pharmacy 1043
<Pharmacy.1043@publix.com>; Pharmacy 1060 <Pharmacy.1060@publix.com>; Pharmacy 1063 <Pharmacy.1063@publix.com>;
Pharmacy 1077 <Pharmacy.1077@publix.com>; Pharmacy 1096 <Pharmacy.1096@publix.com>; Pharmacy 1184
<Pharmacy.1184@publix.com>; Pharmacy 1248 <Pharmacy.1248@publix.com>; Pharmacy 1403 <Pharmacy.1403@publix.com>
**Subject:** RE: Confirmed Forgery

Confirmed forgeries under Dr. Michael Shane Smith from Athens Orthopedic Clinic for Percocet.  Please verify all controls from this Dr.  Call Ashley directly at 706-286-7321 to confirm  all C2s (He never writes for quantity above #40 or for Percocet 10mg).  Both forgeries were for Percocet 10/325 #90 but one was hard written and one was computer generated and hand signed. I have added patient notes to both patients' profiles and a note under this prescriber.

Patients were Ozzie Scott ( Redacted - PII ) and Deborah Philon ( Redacted - PII )

**From:** Pharmacy 0146
**Sent:** Saturday, August 17, 2019 6:00 PM
**To:** Pharmacy 0783; Pharmacy 0615; Pharmacy 0269; Pharmacy 1087; Pharmacy 1010; Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538;

Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed forgery for Percocet and Flexeril under patient John T Walker (dob Redacted - PII) dropped off today at Publix 0155. On call NP verified that Dr. Amit Patel has never practiced at the location (790 Church St). Dropped off by a woman in her 20-30s. Mr Walker has another profile in Florida (woman said this was also him), confirmed with that publix he does not travel up here and uses no controlled substances.


Connor O'Daniels
Floating Pharmacist out of 0146

---

**From:** Pharmacy 0783
**Sent:** Wednesday, August 14, 2019 9:25 AM
**To:** Pharmacy 0615; Pharmacy 0269; Pharmacy 1087; Pharmacy 1010; Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed Forgery from United Pediatrics Dr Tayaba Fatema out of Suwanee. Rx written for Percocet for a 55 year old man (dropped off by 20ish year old) and MD is a pediatrician.

P-PUB-0507

Publix at East Lake
#0783
2235 Glenwood Ave SE
Atlanta, Ga 30316
404-373-3531 (ph)
404-373-9806 (fax)
**Lindsay Burton**
**Raven Callaghan**

---

**From:** Pharmacy 0615
**Sent:** Tuesday, August 13, 2019 2:12 PM
**To:** Pharmacy 0269; Pharmacy 1087; Pharmacy 1010; Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

fake Percocet was dropped off with the last name Mcgrew and phone number [Redacted - PII] pulls up 13 different profiles

*Michael Gregory*
*& Emily Park*
Publix #0615
770-932-4306
1000 Peachtree Industrial Blvd
Suwanee, Ga 30024

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

---

**From:** Pharmacy 0269
**Sent:** Monday, August 05, 2019 3:38 PM
**To:** Pharmacy 1087; Pharmacy 1010; Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670;

 PUBLIX-MDLT8-00082317

Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403

**Subject:** RE: Confirmed Forgery

Fake RXs called in for promethazine w/ codeine and ZPAK for patient Barbara Mitchell [Redacted - PII] under Dr. Ian Dodson at 470-765-7302. This is not doctor's phone number.

*Keith Warren, Pharm D*

*Amanda Breakey, Pharm D*

**Publix #0269**

**3469 Flakes Mill Road**

**Decatur, GA 30034**

(770)-322-2386

**From:** Pharmacy 1087
**Sent:** Monday, August 05, 2019 9:17 AM
**To:** Pharmacy 1010; Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case 1:17-md-02804-DAP Doc #: 5903-14 Filed: 08/20/24 65 of 81. PageID #: 648049

Pharmacy 1086; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

We also had two confirmed forgeries last week called in for a patient Brandon Perez, for Prometh/Codeine and then they also called in a Xanax in to store 579 on the north side of town for the same patient under the same doctor Peter Ash. I called the office and confirmed that this is not one of their patients and both scripts were fraudulent.


Cayla Jones, Pharmacy Manager

Brett Eisenmann, Assistant Pharmacy Manager

Publix Pharmacy #1087

840 Glynn St. S

Fayetteville, GA 30214

(678) 817-5420

---

**From:** Pharmacy 1010
**Sent:** Friday, August 02, 2019 3:18 PM
**To:** Pharmacy 0495; Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

We had the same Rx(s) phoned in, same MD name. Phone # did not match up, confirmed forgery. Patient name Candace Noble. Patient called pharmacy several times inquiring/looking for Rx.


Kiet & Debbie
**Publix Pharmacy #1010**
Publix in **Atlantic Station**
1380 Atlantic Dr. NW, Ste 14135

P-PUB-0507

**From:** Pharmacy 0495
**Sent:** Thursday, August 01, 2019 7:39 PM
**To:** Pharmacy 1044; Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Received phone in RX for Bertha Parker for Z-Pak and promethazine w/ codeine by Samantha Johnson for Dr. Ian Dodson. Verified he is ER MD and does not call RX into pharmacy. Phone number left by Samantha was 470-765-7302.

*Gwen Dao, Pharmacy Manager*

*Uyen Pham, Asst. Pharmacy Manager*

_____

*Publix Pharmacy 0495*

*911 Duluth HWY*

*Lawrenceville, GA 30043*

*770-339-5606*

**From:** Pharmacy 1044
**Sent:** Friday, July 26, 2019 7:33 PM
**To:** Pharmacy 0503; Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**  PUBLIX-MDLT8-00082320

0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1028; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251;
Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy
0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546;
Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy
0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086;
Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy
1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146;
Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy
0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725;
Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy
1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

We also had a phone in from Brittany for promethazine w/ cod and a z-pak. For pt Malone Griffine dob [Redacted - PII] - Dr. Ian Dodson.


*Josh Ramcharan, Pharm Mgr*
*Stephanie Perrino, Pharmacist*
**Publix Pharmacy #1044**
**404-638-1905**
**2325 Cheshire Bridge Rd**
**Atlanta, GA 30324**

---

**From:** Pharmacy 0503
**Sent:** Friday, July 26, 2019 5:19 PM
**To:** Pharmacy 0603; Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy
0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762;
Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy
0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026;
Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy
0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624;
Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy
1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074;
Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy
0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617;
Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy
0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251;
Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy
0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546;
Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy
0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086;
Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy
1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146;
Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy
0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725;
Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy
1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

We received a call in rx for pt Monica Smith dob [Redacted - PII] called in by Brittany for Dr. Ian Dodson. for promethazine and codeine.
Dr office confirmed forgery said Dr. Dodson is out of the country. Brittany also left a cell phone number as the call back number 470-
765-7302.  Dr. Dodson works at Wellstar Medical 404-265-4136.


Publix Pharmacy 0503

3695 Cascade Rd

Atlanta, GA 30331

404-505-2876

**From:** Pharmacy 0603
**Sent:** Friday, January 04, 2019 5:47 PM

P-PUB-0507

**To:** Pharmacy 0647; Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed forgery at #853

Patient: Tabitha Clemons [Redacted - PHI]

Promethazine with Codeine 8oz

**Dr. Mark Pita** (404) 355-8775

Called in by "Sam"

Called MD office to confirm forgery. They stated that this has happened twice now and are concerned.

Morgan Medley

Publix at Loganville Town Centre
4325 Atlanta Highway
Loganville, Georgia
Phone: 770.466.5156
Fax: 770.466.2067

---

**From:** Pharmacy 0647
**Sent:** Monday, December 24, 2018 3:58 PM
**To:** Pharmacy 0726; Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664;

Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed forgeries for 3 patients and 2 different doctors -

Malina Hubbard dob [Redacted - PII] and

Davina Chandler dob [Redacted - PII] both written through Dr. Shahram Rezaiamiri

and Mark Fulton dob [Redacted - PII] written through Dr. Jose Mathew

All rxs look good, but signatures don't match MD sig. Called and verified these patients are not patients at these offices. Do not fill any controls.

**Robin Whitesides - Pharmacy Manager**
**Maame Twum - Assistant Pharmacy Manager**
Publix Pharmacy 647
Publix @ Perimeter
Ph:678-443-2106
Fx:678-443-0619

**From:** Pharmacy 0726
**Sent:** Wednesday, December 12, 2018 11:22 AM
**To:** Pharmacy 0599; Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Subject:** Confirmed Forgery

P-PUB-0507

We received a call in for promethazine with codeine from "Dr. Emory Smith" in the evening after offices closed. Robin at the office said this is a forgery, we were the fifth pharmacy to call about this, and that this MD will not call in promethazine with codeine. MD says feel free to prosecute.


*Shamila Tebyanian, Pharmacy Manager*

*Catherine Lister, Assit. Pharmacy Manager*

*Publix 0726*

*3870 Peachtree Ind Blvd*

*Duluth, Ga, 30096*

*770-813-9330*

---

**From:** Pharmacy 0599
**Sent:** Thursday, December 06, 2018 11:13 AM
**To:** Pharmacy 1249; Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed forgery pt Sierra Sorrell DOB [Redacted - PII] See Rx [Redacted - PII]

Dr. Jabati's office had a pad stolen so consider confirming all CIIs from that office.


**Publix Pharmacy 0599 @ Ansley Mall**
**1544 Piedmont Ave NE**
**Atlanta, GA 30324**
404-724-0932 Ph
404-724-0936 Fax
**Emily Krix, Pharmacy Manager**
**Jennifer Gareau, Pharmacist**

---

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PUBLIX-MDLT8-00082324

PUB-U001

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

**From:** Pharmacy 1249
**Sent:** Thursday, December 06, 2018 9:50 AM
**To:** Pharmacy 0615; Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: Confirmed Forgery

Confirmed forgery. Please verify all the prescriptions from Dr. Belinda Millington. Pt name is Jones, Tiajuanna DOB [Redacted - PII], but I suspect there are multiple patients.

Publix @ The Prado #1249 ☺ ● ☺ ●
5630 Roswell Rd NE
Atlanta, GA 30342
(404) 497-9324 phone
(404) 497-9329 fax

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

**From:** Pharmacy 0615
**Sent:** Thursday, April 05, 2018 4:14 PM
**To:** Pharmacy 1183; Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664;

Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Ramaglia; Leigh Anne Jacobson
**Subject:** RE: Confirmed Forgery

Confirmed forgery for patient Brandon Wright [Redacted - PII] for Adderall under Dr. Anju Bhushan and Dr Victor Hanson.

*Michael Gregory*
*& Emily Park*

Publix #0615
770-932-4306
1000 Peachtree Industrial Blvd
Suwanee, Ga 30024

***CONFIDENTIALITY NOTICE*** :This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your system. Thank you.

**From:** Pharmacy 1183
**Sent:** Thursday, April 05, 2018 3:38 PM
**To:** Pharmacy 0769; Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Ramaglia; Leigh Anne Jacobson
**Subject:** Confirmed Forgery

Please verify Rx's written by Dr. Andre Scott. We have had a confirmed forgery for patient Christine Smith [Redacted - PII]

PUBLIX-MDLT8-00082326

P-PUB-0507

**Publix 1183**

**5370 Hwy 92**

**Fairburn, GA 30213**

**P: 770-774-3605**

---

**From:** Pharmacy 0769
**Sent:** Wednesday, December 27, 2017 4:22 PM
**To:** Pharmacy 1071; Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Ramaglia; Leigh Anne Jacobson
**Subject:** RE: In Regards to Dr. Ronald Trotman FT2820795

Another confirmed forgery under Dr. Terri(e) Morton for promethazine-codeine. Patient is Maranda Polk DOB [Redacted - PII], RX# [Redacted - PII] 0769 if you want to look at image. Called office to verify (phone number and address did not match Enterprise and I found this dr in a previous email chain. Dr hasn't been in the office in over a week, the office asked us to fax them a copy of the forgery.

Be on the lookout!

**Shelby Brigman and Jennifer Burrell**

Publix Pharmacy 0769

1635 Old Hwy 41 NW

Kennesaw, GA 30152

770-426-6860

---

**From:** Pharmacy 1071

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Sent:** Friday, October 27, 2017 10:35 AM
**To:** Pharmacy 0670; Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Guthrie; Leigh Anne Jacobson
**Subject:** In Regards to Dr. Ronald Trotman FT2820795

Has anybody ever spoke to the doctor himself?  We have had several questionable prescriptions and can never get in touch with him. He has multiple offices but is never available.

Amanda Gnath -- Pharmacy Manager

Brent Coble-- Assistant Pharmacy Manager

Publix 1071

2880 HWY 212

Conyers, GA 30094

(770)388-0320

**From:** Pharmacy 0670
**Sent:** Thursday, October 26, 2017 8:59 PM
**To:** Pharmacy 0711; Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112;

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00082328

Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Guthrie; Leigh Anne Jacobson
**Subject:** RE: FORGERY ALERT!

FYI My local Walmart (west Cobb) has a verified forgery from Dr. Ronald Trotman FT2820795. The phone number on the script is being forwarded during the day and they are pretending to verify like they are a DR office. When called in the evening, the same number goes to an individual's voicemail. You can look up RX# ⟦Redacted - PII⟧ to see what the hardcopy looks like.

**Christine O'Pry**
**Vick Dalwadi**
**Publix Pharmacy #0670**
**3721 New MacLand Rd.**
**Powder Springs, GA 30127**
**770-222-2778 (P)**
**770-222-2485 (F)**

**From:** Pharmacy 0711
**Sent:** Sunday, October 15, 2017 6:28 PM
**To:** Pharmacy 0691; Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Cc:** Laura Guthrie; Leigh Anne Jacobson
**Subject:** FORGERY ALERT!

Confirmed forgery for Phenergan w/ codeine 240 mL for Ann Reed ⟦Redacted - PII⟧

Walgreens in Canton also had the same forgery confirmed for patient Cynthia Love ⟦Redacted - PII⟧

Rx is signed by Dr. Terri Morton DEA #BM5981724

Rx is on script pad from Northside Family Medicine & Urgent Care East Cobb in Marietta.

The phone number on Rx does not match the actual office phone number online or the one in Enterprise.

If you call to verify the Rx with the fake phone number on the Rx, then someone named "Dillon" will answer to verify it for you.

Northside Family Medicine & Urgent Care confirmed that this is not their RX pad, and not their doctor or patients

P-PUB-0507

Thanks,

Lauren

Publix #0711

6175 Hickory Flat Hwy

Canton, GA 30075

---

**From:** Pharmacy 0691
**Sent:** Monday, October 09, 2017 5:45 PM
**To:** Pharmacy 1227; Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

from Georgia Colon & Rectal. It is on their RX pad. They do not fill for Percocet 10. RX is for Fanchon Curry Redacted - PII Dr. David
Armstrong at Lawrenceville Location.


Clark and Ashley
**Publix Pharmacy 0691**
**Briarcliff Village SC**
**2162 Henderson Mill Rd NE**
**Atlanta, GA 30345-3762**
**Phone: (770) 621-0227**
**Fax: (770) 621-0649**

---

**From:** Pharmacy 1227
**Sent:** Friday, August 11, 2017 8:22 PM
**To:** Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525;

PUBLIX-MDLT8-00082330

Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

FYI!

Just had a forged RX brought in for patient Paul Smith, DOB [Redacted - PII] from Dr. Rajiv Pandya (RX pad said Rajiv Pandy) for Percocet 10/325. This is the same handwriting being used for Jeffrey Sickeler, DOB [Redacted - PII] who brought in a forgery here last month. This group has got pads from many practices and using many different names.

**_Publix Pharmacy 1227_**
_3120 Mathis Airport Parkway_
_Suwanee, GA 30024_
770-781-4640 (Tel)

770-781-8513 (Fax)

Pharmacy.1227@publix.com

---

**From:** Pharmacy 1227
**Sent:** Thursday, August 03, 2017 3:16 PM
**To:** Pharmacy 0514; Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

FYI!

P-PUB-0507

Confirmed forgery brought in over the weekend. Patient is Latoya Glass, DOB [Redacted - PII] The Rx was on a Regional Medical Group bland under Dr. Gregory Smith. I also had one brought in a couple weeks ago using the name Jeffrey Sickeler, DOB [Redacted - PII] under Dr. Michael Mayfield.

**_Publix Pharmacy 1227_**
_3120 Mathis Airport Parkway_
_Suwanee, GA 30024_
770-781-4640 (Tel)

770-781-8513 (Fax)

Pharmacy.1227@publix.com

---

**From:** Pharmacy 0514
**Sent:** Wednesday, July 19, 2017 5:19 PM
**To:** Pharmacy 0762; Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1227; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

The young guy by the name of Christopher Williams is going around different pharmacies and use different DOB it is either [Redacted - PII] or [Redacted - PII] but different years like: [Redacted - PII] or [Redacted - PII] BOLO

---

**From:** Pharmacy 0762
**Sent:** Friday, April 08, 2016 1:34 PM
**To:** Pharmacy 0155; Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0514; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1227; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145;

PUBLIX-MDLT8-00082332

Pharmacy 0661; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0472; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

We also had two prescriptions for Promethazine-Codeine from Dr. Leslie, written 3/24 and 4/6. Qty #180 for Alicia Wilson (DOB: [Redacted - PII] ) and Briana Young (DOB: [Redacted - PII] ). Both prescriptions look identical - from Shepard Center - and seem legit. But I just called spoke with his admin and looks like these 2 are also frauds. She stated if the hardcopy only has Dr. Donald Leslie's name on its a fraud, their rx's list multiple doctors.

**Publix Pharmacy #0762 @ Bethany Village**

**13800 HWY 9**
**Alpharetta, GA 30004**
*770-751-1625 Phone*
*770-751-6337 Fax*
**KIMBERLY TITUS**
**CHINH DANG**

---

**From:** Pharmacy 0155
**Sent:** Friday, April 08, 2016 10:34 AM
**To:** Pharmacy 1010; Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0514; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0762; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1227; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** RE: FORGERY ALERT!

Confirmed forgery under Dr. Donald Leslie at the Shepherd Center. Prescription was written on what looks to be security paper (some features present) for Norco 10-325, #60. Patient Santana Kellog (DOB: [Redacted - PII] ) was not on PDMP site. Per Brenda at Shepherd, this is not the first time Dr. Leslie's DEA# has been compromised.

**Publix Pharmacy #0155**
**Woodlawn Point Shopping Center**

 PUBLIX-MDLT8-00082333

**1000 Johnson Ferry Road**
**Marietta, Georgia 30068**
**Telephone: 770.509.2360**
**Facsimile: 770.509.2795**

P-PUB-0507

*This email may contain privileged & confidential protected health information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Publix Pharmacy at the phone number listed above and delete this email. Thank you for your cooperation & courtesy in this matter.*

**From:** Pharmacy 1010
**Sent:** Wednesday, November 04, 2015 3:17 PM
**To:** Pharmacy 0863; Pharmacy 0646; Pharmacy 0495; Pharmacy 1064; Pharmacy 0560; Pharmacy 0706; Pharmacy 1061; Pharmacy 0538; Pharmacy 0753; Pharmacy 0155; Pharmacy 0724; Pharmacy 0694; Pharmacy 0764; Pharmacy 0514; Pharmacy 0026; Pharmacy 0049; Pharmacy 0108; Pharmacy 0226; Pharmacy 0282; Pharmacy 0360; Pharmacy 0515; Pharmacy 0519; Pharmacy 0563; Pharmacy 0565; Pharmacy 0569; Pharmacy 0585; Pharmacy 0596; Pharmacy 0612; Pharmacy 0615; Pharmacy 0616; Pharmacy 0624; Pharmacy 0634; Pharmacy 0647; Pharmacy 0718; Pharmacy 0721; Pharmacy 0726; Pharmacy 0762; Pharmacy 0803; Pharmacy 0844; Pharmacy 0859; Pharmacy 1089; Pharmacy 1091; Pharmacy 1110; Pharmacy 1130; Pharmacy 1178; Pharmacy 1188; Pharmacy 1227; Pharmacy 1249; Pharmacy 1279; Pharmacy 1379; Pharmacy 0074; Pharmacy 0269; Pharmacy 0451; Pharmacy 0480; Pharmacy 0486; Pharmacy 0494; Pharmacy 0505; Pharmacy 0506; Pharmacy 0508; Pharmacy 0525; Pharmacy 0526; Pharmacy 0534; Pharmacy 0539; Pharmacy 0544; Pharmacy 0564; Pharmacy 0599; Pharmacy 0603; Pharmacy 0617; Pharmacy 0664; Pharmacy 0665; Pharmacy 0691; Pharmacy 0723; Pharmacy 0744; Pharmacy 0752; Pharmacy 0773; Pharmacy 0783; Pharmacy 0789; Pharmacy 0804; Pharmacy 0853; Pharmacy 1044; Pharmacy 1071; Pharmacy 1078; Pharmacy 1118; Pharmacy 1146; Pharmacy 1251; Pharmacy 1286; Pharmacy 1363; Pharmacy 1411; Pharmacy 0092; Pharmacy 0145; Pharmacy 0461; Pharmacy 0464; Pharmacy 0470; Pharmacy 0471; Pharmacy 0474; Pharmacy 0485; Pharmacy 0503; Pharmacy 0536; Pharmacy 0540; Pharmacy 0545; Pharmacy 0546; Pharmacy 0547; Pharmacy 0562; Pharmacy 0579; Pharmacy 0608; Pharmacy 0650; Pharmacy 0730; Pharmacy 0786; Pharmacy 0799; Pharmacy 0816; Pharmacy 0892; Pharmacy 1008; Pharmacy 1052; Pharmacy 1054; Pharmacy 1056; Pharmacy 1086; Pharmacy 1087; Pharmacy 1112; Pharmacy 1139; Pharmacy 1143; Pharmacy 1183; Pharmacy 1217; Pharmacy 1233; Pharmacy 1263; Pharmacy 1291; Pharmacy 1294; Pharmacy 1355; Pharmacy 1390; Pharmacy 0033; Pharmacy 0086; Pharmacy 0122; Pharmacy 0146; Pharmacy 0280; Pharmacy 0463; Pharmacy 0469; Pharmacy 0496; Pharmacy 0548; Pharmacy 0554; Pharmacy 0556; Pharmacy 0559; Pharmacy 0561; Pharmacy 0566; Pharmacy 0580; Pharmacy 0593; Pharmacy 0626; Pharmacy 0636; Pharmacy 0670; Pharmacy 0711; Pharmacy 0725; Pharmacy 0769; Pharmacy 0880; Pharmacy 1019; Pharmacy 1043; Pharmacy 1060; Pharmacy 1063; Pharmacy 1077; Pharmacy 1096; Pharmacy 1184; Pharmacy 1248; Pharmacy 1403
**Subject:** FORGERY ALERT!

An Rx was phoned in for Justin Dyer (DOB Redacted - PII ) by "Corey" under Dr. Schlossberg, but this was confirmed to be a forgery. Do not fill controlled substances for this patient. He fills multiple sleep meds at multiple pharmacies under multiple providers.


Emily


Store 1010

Atlantic Station

404-873-5060

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

```
 1            STATE OF WISCONSIN  )
                                 )  ss.
 2            COUNTY OF MILWAUKEE )

 3                 I, ANITA KORNBURGER, Registered

 4            Professional Reporter, do hereby certify that

 5            the preceding deposition was recorded by me and

 6            reduced to writing under my personal direction.

 7                 I further certify that said deposition was

 8            taken remotely, with all parties appearing by

 9            videoconference, on August 11, 2023, commencing

10            at 10:06 a.m. and concluding at 2:28 p.m.

11                 I further certify that I am not a relative

12            or employee or attorney or counsel of any of

13            the parties, or a relative or employee of such

14            attorney or counsel, or financially interested

15            directly or indirectly in this action.

16                 In witness whereof, I have hereunto set my

17            hand and affixed my seal of office at

18            Milwaukee, Wisconsin, this 30th day of August,

19            2023.

20

21

22            _____
              ANITA KORNBURGER, RPR
23            GA# 5698-0782-6740-8384
              My commission expires April 1, 2024.
24
```