```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3                            - - -

 4    IN RE: NATIONAL PRESCRIPTION : MDL NO. 2804
      OPIATE LITIGATION           :
 5    _____:
                                   :
 6    THIS DOCUMENT RELATES TO:    : Case No. 17-md-2804
                                   : Judge Dan A. Polster
 7    Track Eight                  :
      _____:
 8

 9              Thursday, August 3, 2023

10               HIGHLY CONFIDENTIAL
        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11

12

13          Remote deposition of SHANNON L. BRICE,

14    commencing at 10:11 a.m., on the above date, before

15    Carol A. Kirk, Registered Merit Reporter, Certified

16    Shorthand Reporter, and Notary Public.

17

18

19

20

21

22              GOLKOW LITIGATION SERVICES
          877.370.3377 ph │ 917.591.5672 fax
23                 deps@golkow.com

24
```

Golkow Litigation Services                                    Page: 1

1  matter in the way that you recalled the subject
2  matter of the two separate e-mails we just
3  discussed, right?
4         A.   That's correct.
5         Q.   Okay.  Now, what about --
6  I specifically asked about e-mails.  What about
7  documents generally?  So any other types of
8  documents other than e-mails that you reviewed
9  with the lawyers for Publix?
10             MS. SMITH:  Same objection.
11        A.   I think there may have been a page
12 out of an R&P guide.
13        Q.   And an R&P -- I'm so sorry.
14 I didn't mean to interrupt.  Please go ahead.
15        A.   But I don't remember other than
16 that.  I don't remember.
17        Q.   And is an R&P guide different from
18 the reference and procedure guide, or is that --
19        A.   That is.
20        Q.   Do you recall what chapter that
21 was from?
22        A.   No.
23        Q.   Do you recall the subject of the
24 page from the Publix reference and procedure

```
 1   guide you reviewed?
 2         A.   It was a list of items to consider
 3   when deciding whether or not a prescription
 4   presented to you was a legitimate prescription
 5   for a controlled substance.
 6         Q.   And had you seen that part of the
 7   manual before?
 8         A.   No.
 9         Q.   So that was the first time that
10   you saw that list of -- sorry.  I lost my
11   realtime here, but I think I'm going to get it
12   back.
13              Was that the first time that you
14   had seen that list of items to consider when
15   deciding whether or not a prescription presented
16   to you was a legitimate prescription for a
17   controlled substance?
18              MS. SMITH:  Object to form.
19         A.   That was the first time I'd seen
20   it presented from within the R&P guide, yes.
21         Q.   Yes, ma'am.  And you have been --
22   and we're going to get to your -- I'm skipping
23   ahead a little bit to your background, but
24   you've been a Publix pharmacist since 1998; is
```

Highly Confidential - Subject to Further Confidentiality Review

1                          CERTIFICATION

2

3         I, Carol A. Kirk, Registered Merit Reporter and

4    Certified Shorthand Reporter, do hereby certify that

5    prior to the commencement of the examination,

6    SHANNON L. BRICE was duly remotely sworn by me to

7    testify to the truth, the whole truth, and nothing but

8    the truth.

9         I DO FURTHER CERTIFY that the foregoing is a

10   verbatim transcript of the testimony as taken

11   stenographically by me at the time, place, and on the

12   date hereinbefore set forth, to the best of my

13   ability.

14        I DO FURTHER CERTIFY that I am neither a

15   relative nor an employee nor attorney nor counsel of

16   any of the parties to this action, and that I am

17   neither a relative nor employee of such attorney or

18   counsel, and that I am not financially interested in

19   the action.

20

21

22   _____
     Carol A. Kirk, RMR, CSR
23   Notary Public
     Dated:  August 11, 2023
24