Bates Beg :        PUBLIX-MDLT8-00134425

All Custodians :   Thacker, Jonathan

Sort Date/Time :   12/29/2020 7:24:00 AM

**DOCUMENT PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00134425

| Name | Description | Training Required | Regulation | Frequency |
|---|---|---|---|---|
| Bloodborne Pathogens and Biomedical Waste | The "Publix Pharmacy Bloodborne Pathogen/Biomedical Waste Training Program" shall include, but is not limited to: • Definition of bloodborne pathogens • General information regarding symptoms, transmission, and types of bloodborne diseases • An overview of the Exposure Control Plan (ECP) and information on where the plan is located • Methods for recognizing tasks or activities that may result in a potential exposure to blood/OPIM • Universal precautions • Information on post-exposure evaluation and treatment required in the event of an exposure • Emergency contact information • Exposure incident response procedures • Definition and identification of biomedical waste • Segregation, storage, labeling and handling of biomedical waste • State specific regulations as applicable | Y | OSHA 29 CFR 1910.1030(q)(2)  Bio-medical Waste Florida 64E-16003(2)(a) | Annual |
| CPR/AED | This instructor-led course teaches Heartsaver CPR AED for adults only. This course doesn't cover CPR topics related to child and infant CPR and is for Pharmacists in FL and support associates. | Y | **Florida** 64B16-26.1031(2)(q) **Georgia** 43-34-26.1(b) **North Carolina** 90-85.3(i1)(1) **South Carolina** 40-43-190(a)(1) **Virginia** 18VAC 90-21-50-10-c. | **Florida** CPR training required **Georgia** current Basic Cardiac Life Support required **North Carolina** Current provider level Cardiopulmonary Resuscitation Certification **South Carolina** American Heart Association BLS Providers course or American Red Cross Adult and Pediatric CPR/AED Couse (renewed every 2 years) **Virginia** Curretn BLS training |
| Cultural Competency | Estimated Time: 15 minutes  In this computer-based training course, you'll gain an understanding of cultural differences and knowledge concerning effective communication with patients of diverse backgrounds | ? | **Federal** 438.206(c)(2) | Included in many Medicare Plan Sponsors attestations |
| DEA Controlled Substance Prescriptions: Legitimate or Fraudulent? | Estimated time: 30 minutes  This course provides a review of controlled substance rules, including prescriber and prescription requirements. The course will also provide helpful advice on how to determine if the prescription is legitimate or not. | Y | **Florida** CE Requirement 64B16-27.831(6) | Every 2 years |
| Fraud, Waste, and Abuse | Estimated Time: 1 hour  This course will review CMS requirements regarding Fraud, Waste and Abuse and Publix's related policies. | Y | **Federal** 8b2.1 423.504(b)(4)(vi)(c)(2) 423.504(b)(4)(vi)(c)(2) relates to Plan sponsor moitoring FDR entities | Annual; Must be part of new hire orientation (Within 90 dyas of hire) |
| Identifying and Reporting Abuse and Neglect for Pharmacy Professionals | Estimated Time: 15 minutes  In this computer-based training course, you'll gain an understanding of types of abuse, neglect, and exploitation and identification of such.  You'll also identify state and Federal laws regarding associated reporting requirements. | ? | | |
| Methgard | Estimated Time: 60 minutes.  This training will help you to understand the laws and regulations put forth by Combat Methamphetamine Epidemic Act (CMEA) of 2005. All associates who sell products containing ephedrine, pseudoephedrine, or phenylpropanolamine must complete this training. | Y | **Federal** 21CFR1314.40(b) **North Carolina** 90-113.50 **Alabama** 20-2-190(8) | Annual |

| Course | Description | | Citations | Notes |
|---|---|---|---|---|
| Naloxone Rescue Therapy for Opioid Overdose Training | Estimated time: 2 hours  This course meets state training requirements for Naloxone Rescue Therapy Training. Pharmacists will be redirected to Pharmacists Letter to complete the course, and are eligible for 2 hours of Continuing Education credit upon successful completion of the course and exam. You must have a Pharmacist Letter account to access the course. If you do not have an account, see the Pharmacist Letter Quick Start Guide on the Pharmacy Portal at: Pharmacy&gt; References&gt; Clinical&gt; Pharmacists Letter&gt; Quick Start Guide. | Y | **Florida** 381.887<br>**Georgia** 31-2A-4<br>**North Carolina** 90-12.7(c)<br>**South Carolina** 44-130-40<br>**Tennessee** 63-1-152(2)(b)<br>**Virginia** 54.1-3408(x)<br>**Alabama** 20-2-280(b) | Prior to dispensing naloxone by protocol or standing order<br>**Florida** Protocol requires that SAMHSA Opioid Overdose Prevention Toolkit 5 Essential Steps for First Responders is follwed<br>**Georgia** protocol strongly advises pharmacist complete training provided by Georgia Department of Public Health<br>**North Carolina** standing order requires patients receive education on the risk factors for overdose, signs of an overdose, overdose response steps and the use of naloxone.          **South Carolina** Protocol requires training<br>**Tennessee** Collaborative Practice Agreement provide pharmacist must complete Naloxone training<br>**Virginia** Training required by BOP protocol<br>**Alabama** requies pharmacist to provide naloxone education to the patient related to risk factors for opioid overdose, overdose prevention measures, risk and recognition of addiction and resources for mental health and addiction treatment services |
| NCIR Competency Test for Pharmacists | This North Carolina Immunization Registry Competency Test is required for North Carolina Pharmacists to complete successfully in order to administer immunizations. | Y | North Carolina 90.85.3(4) | Prior to immunizing one time training |
| Patient Safety | This course will review the importance of patient safety, error prevention techniques, the different types of safety errors, how to identify the root cause of errors and responding to customers during an error. | Y | Florida 64B16-26.103 | Pharmacist CE required Q 2 years |
| Pharmacy Immunization Certification | | Y | Florida 465.189(6)<br>Georgia 360-34-.03(3)(4)<br>Alabama 680-x-2-.44(3)(a)3<br>North Carolina 90-85.3.(i1)(2)<br>South Carolina 40-43-190(b)(1) | Prior to providing immunizations |

| Course | Description | Req | Citation | Timing | Notes |
|---|---|---|---|---|---|
| Pharmacy Technician Acknowledgement (Florida) | Estimated Time: 5 minutes  Required acknowledgement by the Florida Board of Pharmacy for Pharmacy Technicians. | Y | 64B16-27.410 | Witthin 90 dyas of hiring a registered pharmacy technician | The acknowledgement provides the technician reviewed the following P&P 1. Supervision by a pharmacist; 2. Minimum qualifications of the registered pharmacy technician as established by statute and rule; 3. In-service education or on-going training and demonstration of competency specific to the practice site and job function; 4. General duties and responsibilities of the registered pharmacy technicians; 5. All functions related to prescription processing; 6. All functions related to prescription legend drug and controlled substance ordering and inventory control, including procedures for documentation and recordkeeping; 7. All functions related to retrieval of prescription files, patient files, patient |
| Pharmacy Technician Affidavit (Tennessee) | Estimated Time: 5 minutes  This course is an acknowledgment for completion of the required Pharmacy Technician Affidavit. | Y | 1140-02-.01(1)(a) | Upon submission of application for technician registration. Tech can work up to 90 days under probation prior to submission of application | The affidavit provides the trchnician has read 1140-2-.02 and T.C.A. §63-10-201 thru §63-10-213 and §63-10-301 thru §63-10-310 |
| Point of Care for Lead Pharmacy Technicians: Basics + Biometrics | Estimated Time: 2 Hours  In this course, you'll learn how to perform cholesterol and glucose screenings for our patients. | Y | Virginia document https://www.dhp.virginia.gov/Pharmacy/news/COVIDTestingGuidance.pdf | Prior to providing waived test | Is Training Required for Collecting and Performing Tests? Pharmacies must ensure all pharmacists, pharmacy interns, and pharmacy technicians collecting specimen samples and performing COVID-19 tests receive appropriate training to conduct the activity in a safe and effective manner. This includes adherence to the testing device manufacturer's instructions. Completion of training must be documented. For additional information, refer to the "General Guidelines" section on CDC's website |

| Course | Description | Req | Citation | Frequency | Notes |
|---|---|---|---|---|---|
| Point of Care for Pharmacists: Basics + Biometrics | Estimated Time: 4 hours  In this course, you'll receive hands-on training regarding performing point of care testing in your pharmacy. | Y | Virginia document https://www.dhp.virginia.gov/Pharmacy/news/COVIDTestingGuidance.pdf | Prior to providing waived test | Is Training Required for Collecting and Performing Tests? Pharmacies must ensure all pharmacists, pharmacy interns, and pharmacy technicians collecting specimen samples and performing COVID-19 tests receive appropriate training to conduct the activity in a safe and effective manner. This includes adherence to the testing device manufacturer's instructions. Completion of training must be documented. For additional information, refer to the "General Guidelines" section on CDC's website |
| Publix Pharmacy Compliance Policy Review & Acknowledgement | Estimated time: 20 minutes  This is a review of the Publix Pharmacy's Compliance Policy. It covers Publix's Code of Conduct, Code of Ethics, Fraud Waste &amp; Abuse, Conflict of Interest, HIPAA, Cultural Competency, and Identifying Abuse &amp; Neglect policies. | Y | **Federal** 8b2.1 423.504(b)(4)(vi)(c)(2) 423.504(b)(4)(vi)(c)(2) relates to Plan sponsor moitoring FDR entities 64B16-27.831 | Annual; Must be part of new hire orientation (Within 90 dyas of hire)  Florida requirement for 2 CE hours prior to each renewal | |