```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF OHIO

 3                          EASTERN DIVISION

 4                              - - -

 5    IN RE: NATIONAL PRESCRIPTION : MDL NO. 2804
      OPIATE LITIGATION            :
 6    _____:
                                    :
 7    THIS DOCUMENT RELATES TO:     : Case No. 17-md-2804
                                    : Judge Dan A. Polster
 8    Case Track 8                  :
      _____:
 9

10               Friday, December 2, 2022

11                   HIGHLY CONFIDENTIAL
          SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
12

13            Remote videotaped deposition of

14    KATHERINE S. LEONARD, commencing at 9:05 a.m., on the

15    above date, before Carol A. Kirk, Registered Merit

16    Reporter, Certified Shorthand Reporter, and Notary

17    Public.

18

19

20

21

22

23              GOLKOW LITIGATION SERVICES
           877.370.3377 ph │ 917.591.5672 fax
24                  deps@golkow.com
```

```
 1   other than the one that first met on May 5,

 2   2021?

 3          A.    I am not aware of anything beyond

 4   this team that I put together, I named, to give

 5   them a platform for collaboration as

 6   pharmacists.

 7          Q.    Is Kim Barnard still with Publix?

 8          A.    Yes.  Kim Barnard is still with

 9   Publix.

10          Q.    Is Marlena Kelley still with

11   Publix?

12          A.    She is still with Publix.

13          Q.    Is Patrick Cashman still with

14   Publix?

15          A.    Yeah, Patrick Cashman is still

16   with Publix.

17          Q.    Is there an official date that the

18   Publix opioid task force disbanded.

19          A.    I don't know that it was that

20   formal for me to know I needed to disband

21   something.  I think I named it something that

22   would seem important to the members that are on

23   it.  So I thought that had a strong -- it was a

24   strong title.
```

 1                  But to me, it was taking feedback

 2    from one, giving her the opportunity to

 3    collaborate with other pharmacists and present

 4    to me where she felt any additional information

 5    is needed on top of what we already do.

 6                  And in that presentation, felt

 7    more like it was trying to create a new role for

 8    Kim or for one individual based on what was

 9    presented.  In my opinion, we have more

10    resources across our company that are focused on

11    that.

12                  Kim just doesn't have the same

13    range of view because she's in one store.  So I

14    didn't -- I didn't feel the need to continue it

15    based on the feedback that I -- that was

16    presented in that meeting.

17          Q.    Did you consider continuing the

18    opioid task force but not including Kim Barnard

19    as part of the task force?

20          A.    No.  That was never a

21    consideration.  There just -- I didn't see the

22    need to continue.

23          Q.    You didn't see a need to continue

24    the opioid task force?

```
 1           A.    Yeah.  Based on what was
 2   presented, there were things that we were
 3   already doing in our stores on a bigger scale
 4   than what was presented.  So I didn't think that
 5   that was the right direction to go, to single it
 6   out to Kim.  I felt like we had strong resources
 7   across, you know, our states with our
 8   supervisors that are pharmacists.
 9                      - - -
10       (Leonard Deposition Exhibit 10 marked.)
11                      - - -
12   BY MS. BURNS:
13           Q.    Okay.  Let's take a look at
14   P-PUB-728.
15                 Does this document look familiar
16   to you?
17                 MS. WHITE:  Hold on one second.
18           I'm just getting -- moving it over here.
19           I didn't want to open anything that I
20           wasn't supposed to open.
21                 Okay.  I'm good.
22           A.    This I feel like I saw as part
23   of -- I've seen it.  Yes, I've seen this.
24           Q.    You've seen this.  And did you see
```

1                    CERTIFICATION

2

3         I, Carol A. Kirk, Registered Merit Reporter and

4   Certified Shorthand Reporter, do hereby certify that

5   prior to the commencement of the examination,

6   KATHERINE S. LEONARD was duly remotely sworn by me to

7   testify to the truth, the whole truth, and nothing but

8   the truth.

9         I DO FURTHER CERTIFY that the foregoing is a

10  verbatim transcript of the testimony as taken

11  stenographically by me at the time, place, and on the

12  date hereinbefore set forth, to the best of my

13  ability.

14        I DO FURTHER CERTIFY that I am neither a

15  relative nor an employee nor attorney nor counsel of

16  any of the parties to this action, and that I am

17  neither a relative nor employee of such attorney or

18  counsel, and that I am not financially interested in

19  the action.

20

21

22  _____
    Carol A. Kirk, RMR, CSR
23  Notary Public

24