Bates Beg :        PUBLIX-MDLT8-00073489

All Custodians :   Hewell, Chris

Sort Date/Time :   4/11/2008 3:06:00 PM

| | |
|---|---|
| **From:** | Fred Ottolino </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XFJO> |
| **To:** | Pharmacies - All |
| **CC:** | Pharmacy Supervisors; Pharmacy Ops. Mgrs. |
| **Sent:** | 4/11/2008 3:06:57 PM |
| **Subject:** | New Controlled Substance Procedure |

Attn: Pharmacists

Nationwide there has been a rampant increase in the theft of controlled substances. Due to this, and for the safety of Publix and your pharmacist license, we are implementing some changes to the receiving process.

**Effective immediately**, all Controlled Substances (CII through CV), no matter the source (Pharmacy Generic Warehouse or McKesson), will be received (checked in) by the pharmacist on duty. The pharmacist must verify that each controlled substance item has been received by:
* placing a check mark next to each line item,
* affixing the appropriate sticker on the stock bottle, and
* signing and dating the controlled substance invoice.

As you know, legally you are responsible for the controlled substances that enter and leave your pharmacy.
This procedure must be completed by the pharmacist and cannot be delegated to a technician or other associate.
In the event you discover a discrepancy with your controlled substance order, contact your Pharmacy Supervisor immediately to assist you in resolving the discrepancy.
The appropriate sections of the Pharmacy R&P Guide will be updated shortly.