Bates Beg :          PUBLIX-MDLT8-00098530

All Custodians :   R Drive: Pharmacy Ops

Sort Date/Time :   9/28/2011 1:49:00 PM

(discard)



| Associate | Initials |
|---|---|
| Pharmacy Manager | |
| RPh/Assistant PM | |
| RPh/Assistant PM | |
| Technician | |
| Technician | |
| Technician | |
| Technician | |
| Technician | |

**To**          All Pharmacies

**Date**        9/28/2011

**Subject**     **Pharmacy Weekly Memo**

| To Do's | Due Date |
|---|---|
| Florida stores – weigh all Biomedical Waste containers at the end of this month and record the weight in your *Biomedical Waste Weight Log*. | 9-30-11 |
| Georgia pharmacies – check the IDs for all those that pick up CII prescriptions as now required by the BoP | immediately |
| Display Dept of Citrus Flu Materials for month of Oct | 10-1-11 |
| Remove Lisinopril banner from stand and put up flu shot banner. Do not discard Lisinopril banner. | 10-1-11 |
| All Pharmacies - Centrally Generated Return Authorizations will be available by Friday. Log in to McKesson Connect to print your Centrally Generated Return Authorizations and send eligible product back as soon as possible. | 10-3-11 |

**Integrated Care**

**Citi FluCare Card Reminder** - Citibank Prepaid Services has created a FluCare card which was designed to help employers reduce employee healthcare spending by shifting the administration of flu shots from doctors' offices or on-site clinics to more cost effective pharmacy locations.  These cards are distributed by the individual's employer and allow the customer to go to the pharmacy of their choice and use the FluCare card to purchase a flu shot.  Customers are beginning to bring these cards to our pharmacies.  Make sure that you review the detailed instructions for billing and processing these cards at the register – the information is in Chapter 3 of the *Immunization R&P Guide*.  **You must follow all steps exactly or the cards will not process correctly.**

**Dept of Citrus Flu Materials** – This week, all pharmacies should be receiving promotional materials from the Florida Department of Citrus.  These materials

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*Pharmacy Weekly Memo*, 9/28/2011, 2

(counter card with brochures – pictured below) should be displayed on the pharmacy counter during the month of October.

The brochures contain a very exciting offer for our customers - a coupon for $5 off a flu shot if two 59oz or lager containers of orange juice are purchased. Please verify proof of OJ purchase before redeeming flu shot coupons.




**October Monthly Marketing Program** – October is ***Women's Health Month.***
For the month of October, you will receive the following (by Sept 26th):
- Posters - place in Floorstand
- Brochures - place in Floorstand

Your HBC clerk will receive the items listed below. They are responsible for placing these items in the Floorstand. Please follow up with them to ensure this is done. Please also ensure that the HBC clerk prints shelf tags for these items.

| | | |
|---|---|---|
| 33218 | ONE A DAY WOMEN_VIT | 100 CT |
| 123148 | CITRACAL PETITE | 200 CT |
| 130013 | ONE A DAY WOMEN 50+ ADVAN | 50 CT |
| 944455 | CITRACAL GUMMIES | 80 CT |
| 133516 | S/D D-1000 IU TABLETS | 100 CT |
| 133574 | SNDWN PRIMROSE OIL 1000MG | 50 CT |
| 397893 | S/D PERFECT IRON | 200 CT |
| 796488 | S/D HI PO CAL W/D SFTGEL | 60 CT |
| 133729 | CALTRATE 600 + D | 200 CT |
| 164494 | CENTRUM WOMENS | 100 CT |
| 164502 | CENTRUM SILVER WOMENS | 100 CT |

If you do not receive your posters or brochures, please fill out the "Missing POP Useform" located on *Publix Connection → Useforms → Marketing/Merchandising Section → Under "Events".*

**Vertical banner** – Starting on October 1, please remove the lisinopril banner from your stand and put up the flu shot banner.  Do not discard the lisinopril banner, as we may use it again in the future.

Managed Care    **Prior Authorization Requests in EnterpriseRx and Central Pharmacy**
As of September 26th, all Florida pharmacies are set up for the new CoverMyMeds prior authorization process supported through our Central Pharmacy.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*Pharmacy Weekly Memo*, 9/28/2011, 3

**What can you do at store level to get the most out of this program?**
- Let the CP staff handle the PA request for you – this is part of the their normal workflow.
- React to the initial PA rejection in a timely fashion.  Discuss with the patient and code with a PDT of 3:33 if patient wants to move forward with PA request process.  Only change the Promise Time to 3:33, do not adjust the date.  The CP staff will do that as the transaction moves through the PA process.
- Do not fax the initial request manually and then set the PDT to 3:33.  Let Central Pharmacy staff handle the entire process for you. (Faxing it manually from your store can delay the process and result in multiple faxes going to the prescriber.)
- Do not set PDT's of 5:55 and dates out into the future on PA requests.  You should not have any dates greater than 7 days in any queue.
- Once a PA request has been set to a PDT of 3:33 – do not change to 5:55 or other time.
- More timely approvals of PA—we have seen very quick turnaround with approvals using this process.  Remember, these are typically expensive items and help your sales.
- Central Pharmacy staff will use transaction notes on the claim to let you know it's status in the approval process.  Once approved, they will push the Rx back into workflow for you.

**Prescriptions with Discount Card Information on them** – You may have noticed some prescriptions coming through with messages to submit to certain discount cards if the patient does not have insurance.  Please just disregard these messages – we are not obligated in any way to submit to the card.

**Medicare Part D Enrollment Period for 2012** — The enrollment time period for Medicare Part D changed this year.  It will run from October 15th – Dec 7th.  Instead of November 15th – December 31st like it has in the past. This will give plans more time to get late enrollees into the system before the beginning of the year.  We anticipate the Medicare Part D Plan Finder tool that is available on Pharmacy On-Line to be updated with 2012 information on October 12th -

**Effective 10/17/2011, the Alabama Medicaid Agency will no longer recognize physician license number 19776 on any claims.** – Corporately, we have identified prescribers with this license number and cleaned up their profiles and added correct State License Numbers to reduce our risk..  One of the great features of having a centralized database.

**New PUB Edit for Medicare Part B** – Medicare Part B does not allow for telephoned in prescriptions.  Prescriptions must be signed (faxed are ok as long a they are signed, e-prescriptions are ok also).  Beginning Thursday, September 29th, claims submitted to AWD MEDICA with a Prescription Origin Code = 2 (telephone) will reject with the following message;

*ADJUDICATION_REJECT:*

*\*PUB\*PUB EDIT20372 MEDICARE PART B REQUIRES A SIGNED, DATED RX WITH SPECIFIC DIRECTIONS AND DIAGNOSIS CODES, TELEPHONED*

PUBLIX-MDLT8-00098532

*Pharmacy Weekly Memo, 9/28/2011, 4*

*PRESCRIPTIONS ARE NOT ALLOWED, CONTACT PRESCRIBER FOR NEW RX BEFORE PROCEEDING.*

There is no override, you must contact the prescriber and get a written prescription. We have a template on *Pharmacy On-Line>Managed Care>Medicare>Part B/Direct Care at Retail>Diabetic Supplies Prescription Template* to assist with this,.

---

**Georgia Pharmacies Only**

## GA SB 36

Georgia Senate Bill 36 passed (attached) which amends Chapter 13 of Title 16, as well as Chapter 14 of Title 26. This bill is related to the prescribing and dispensing of controlled substances. In summary, it requires

- The Chapter 13 update includes details around a controlled substance prescription drug monitoring program. This program is under development and will require the submission of controlled substance dispensing to the state; however, implementation is not expected until 2013.
- The Chapter 14 update includes the following requirements.
  - All CII prescriptions must be on security paper as defined by the state. This was to be effective 10/1/2011; however, prescribers are not ready so the BoP has created revised policy in effect to the end of the year. The revised policy is attached. The last paragraph of the policy indicates how you will need to address situations where prescriptions are not on the BoP-defined security paper. Here's a summary of that information:
    - If a medical emergency exists, the prescription can be written for a 30-day supply and the prescription must contain a statement indicating that an emergency exists. If that statement is not on the hard copy when received, you must, using your best judgment, determine if in fact an emergency exists and note it on the hard copy.
  - A pharmacist must require a person picking up a CII prescription to present a government issued photo identification or other identification that legibly has the person's full name and photo. No further requirements are expected at this time, but the BoP will develop rulings on this subject in the future. (**effective immediately**)

Please keep up with what's going on in your state regarding this regulation by going to the GA BoP website (link is on the pharmacy portal page).

PUBLIX-MDLT8-00098533