```
Bates Beg      :    PUBLIX-MDLT8-00098583
All Custodians :    R Drive: Pharmacy Ops
Sort Date/Time :    4/18/2012 1:35:00 PM
```



| Associate | Initials |
|---|---|
| Pharmacy Manager | |
| RPh/Assistant PM | |
| RPh/Assistant PM | |
| Technician | |
| Technician | |
| Technician | |
| Technician | |
| Technician | |

| | |
|---|---|
| To | All Pharmacies |
| Date | April 18, 2012 |
| Subject | **Pharmacy Weekly Memo** |

**Operations**

### Scheduling Full-Time and Part-Time Technicians

It is important for Pharmacy Managers to utilize their technician resources properly. Full-Time technicians are expected to average 40 hours per week. Part-Time Technicians should be scheduled a maximum of 32 hours per week and should never average 35 or more hours per week. Pharmacy Supervisors have begun receiving new reporting that will monitor for execution in this area. As a reminder, all technician changes from Part-Time to Full-Time require approval from your Pharmacy Supervisor and Pharmacy Operations Manager.

### Take Our Daughters and Sons to Work Day

Publix Stores will be participating in Take Our Daughters and Sons to Work Day on May 3rd. However, please note that due to the nature of our business in the Pharmacy Department, we will NOT be participating. If you have any questions, please contact your Pharmacy Supervisor.

### Controlled Substances

As pharmacists, we need to practice the profession of pharmacy using good judgment. We are healthcare professionals and we play a major role in the public's health. In order to take care of our customers, it is imperative that we use good judgment especially when dispensing controlled substances. Publix will always support your decision to dispense or not when based on good, sound professional judgment. Please review the following excerpts describing the DEA's guidance to combat prescription abuse. Also inserted is a section from the Florida Board of Pharmacy. The Florida rules are an excellent guideline for all pharmacists to adhere to regardless of where you practice.

**The DEA Pharmacist's Manual states in section IX: Corresponding Responsibility:**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PUBLIX-MDLT8-00098583

*Pharmacy Weekly Memo*, April 18, 2012, 2

A pharmacist also needs to know there is a corresponding responsibility for the pharmacist who fills the prescription. An order purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is an invalid prescription within the meaning and intent of the CSA (21 U.S.C. § 829). The person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.

A pharmacist is required to exercise sound professional judgment when making a determination about the legitimacy of a controlled substance prescription. Such a determination is made before the prescription is dispensed. The law does not require a pharmacist to dispense a prescription of doubtful, questionable, or suspicious origin. To the contrary, the pharmacist who deliberately ignores a questionable prescription when there is reason to believe it was not issued for a

legitimate medical purpose may be prosecuted along with the issuing practitioner, for knowingly and intentionally distributing controlled substances. Such action is a felony offense, which may result in the loss of one's business or professional license (see United States v. Kershman, 555

F.2d 198 [United States Court Of Appeals, Eighth Circuit, 1977]).

**Florida Board of Pharmacy Rule: 64B16-27.831 Standards of Practice for the Dispensing of Controlled Substances for Treatment of Pain.**
(1) An order purporting to be a prescription that is not issued for a legitimate medical purpose is not a prescription and the pharmacist knowingly filling such a purported prescription shall be subject to penalties for violations of the law.
(2) The following criteria shall cause a pharmacist to question whether a prescription was issued for a legitimate medical purpose:
    (a) Frequent loss of controlled substance medications,
    (b) Only controlled substance medications are prescribed for a patient,
    (c) One person presents controlled substance prescriptions with different patient names,
    (d) Same or similar controlled substance medication is prescribed by two or more prescribers at same time,
    (e) Patient always pays cash and always insists on brand name product.
(3) If any of the criteria in (2) is met, the pharmacist shall:
    (a) Require that the person to whom the medication is dispensed provide picture identification and the pharmacist should photocopy such picture identification for the pharmacist's records. If a photocopier is not available, the pharmacist should document on the back of the prescription complete descriptive information from the picture identification. If the person to whom medication is dispensed has no picture identification, the pharmacist should confirm the person's identity and document on the back of the prescription complete information on which the confirmation is based.
    (b) Verify the prescription with the prescriber. A pharmacist who believes a prescription for a controlled substance medication to be valid, but who has not been able to verify it with the prescriber, may determine not to supply the full quantity and may dispense a partial supply, not to exceed a 72 hour supply. After verification by the prescriber, the pharmacist may dispense the balance of the prescription within a 72 hour

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PUBLIX-MDLT8-00098584

*Pharmacy Weekly Memo*, April 18, 2012, 3

time period following the initial partial filling, unless otherwise prohibited by law.

Please contact your Pharmacy Supervisor with questions.

**Integrated Care**

### Weekly Ad – next week

The weekly ad circular for next week (April 26th) will feature Claritin D 12hr 20ct and 24hr 15 ct at $18.95 and Claritin D 12hr 30ct at $23.95. No LU# is necessary. The products will automatically scan at the sale price during the promotional period. Please ensure that you have product in stock to support the ad.

### Products Discontinued – Patient Notification

BD is discontinuing the following items:

Ultra-Fine original pen needles  NDC# 08290-3282-03 McKesson # 1639459
Micro-Fine 12 mm 1mL syringes  NDC# 08290-3284-10   McKesson #2191963
Micro-Fine 12 mm 1/2mL syringes NDC# 08290-3284-65   McKesson #1429539
Micro-Fine 12 mm 3/10mL syringes NDC# 08290-3284-30 McKesson #3687282

We have a small number of patients (a few hundred) currently receiving these items. Letters will be mailed to these patients the week of 4/24 alerting them that their item is being discontinued. See attached for a sample of these letters (one for pen needle customers and one for syringe customers). Please assist your patients in obtaining a prescription for an alternate product

If you currently have min/max values for any of these discontinued items, the min/max values will be moved to BD's new 6mm products.

### Diabetes Nutrition Training for Pharmacists

There have been several changes to the Diabetes Nutrition Training classes as noted below. Attached is the registration form. If you have already signed up for a class, you will be automatically registered for the newly scheduled class. If you are interested in participating, please complete the registration form (attached) and fax it to (863) 413-5712 by the respective RSVP date noted on the form. Each class is limited to 20 participants. (Note: There is no change to other classes listed on the registration form.)

| Class Location | Changed from | Changed to |
|---|---|---|
| Boynton Beach | 6/5/12 | 5/22/12 |
| Jupiter | 6/6/12 | 5/23/12 |
| Orlando | 6/12/12 | 5/17/12 |
| Atlanta | 6/14/12 | 5/10/12* tentative – confirmation will be communicated soon |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00098585

*Pharmacy Weekly Memo*, April 18, 2012, 4

| | |
|---|---|
| **Managed Care** | **New Delivery Options for Prior Authorization Requests** |

We are seeing instances where the local store is resetting the Delivery Option back to **1- PA REQ** once the Central Pharmacy staff has changed the Delivery Option **to 2 – PA SUB** because the PA request has not yet been approved. Please leave the Delivery Option at 2- PA SUB. This makes it more efficient for the Central Pharmacy staff to work the PA requests.

**EasyCopay Program**

We are beginning to see some activity with this program and it will be featured in this week's circular.

We added some editing in EnterpriseRx to let you know the Group Number needs to always be **100** – It is not on some of the letters the customers are receiving.

---

**Procurement**      **CSOS Ordering Procedures**

The CSOS procedures have been updated, please take some time to review the attached CSOS Retail Pharmacy Procedures document. Changes include:

How to finalize a partial order

How to reference your order in your perpetual inventory book

---

**Technology**      **Rx Stuck in Contact Manager Issue**

There has been an issue where pharmacies have received a NULL POINTER error when trying to open a Refill Renewal Request in Contact Manager and they have not been able to clear the error or get the RRR removed from the Contact Manager Queue. I/S did receive a script from McKesson to clear the error on those transactions so they can be removed from Contact Manager. All the occurrences that have been reported so far have been cleared and the pharmacies have been notified by I/S to finish processing the Rx. If you have one of these stuck in your Contact Manager queue and have not been contacted by I/S in the past week, or you have this situation occur in the future, please report it to ISCS to have it escalated.

**Waiting in Bin Report in EnterpriseRx**

We received some verbal reports about current issues with this report stating that when it is run, there are prescriptions listed on it that should not be. This was a problem that had been reported early in our roll-out of EnterpriseRx, but had been fixed. If it is still happening, please report the issue to ISCS at 863-688-1188 x54004 Option 1. Make sure you have good details when you call. They will need to know when you ran the report, what prescriptions are listed on it that should not be and why (i.e. they are marked as SOLD in the app, or some other reason). This way we can get some new information on the problem sent to McKesson to evaluate.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        PUBLIX-MDLT8-00098586

*Pharmacy Weekly Memo*, April 18, 2012, 5

### Preparation for NPLEx Website Login Changes (FL,SC,TN and AL Pharmacies ONLY)

NPLEx, the website that is currently used to track PSE sales, will be implementing some changes to their login process. To prepare for this change, when logging into the site recently, you should have been prompted with the following screen to create a 4-digit PIN number.



Each user **must** create a PIN by **May 1, 2012** in order to be transitioned over to this new process. The new process will go into effect on **May 16, 2012.** Not creating a PIN will result in the inability to use the site after May 16 and will require additional action to have you added back to the system. The overall functionality of the NPLEX site will not change.

More information about the changes to the login procedures will be announced in an upcoming memo prior to the effective date.

---

**Training & Development**

### Pharmacy Information Binder Update

In the next couple of days you will be receiving a set of updated tabs for your Pharmacy Information Binder. A memo will be attached. Please read the entire memo and follow the steps listed. If you have any questions about the binder please contact your Pharmacy Supervisor.

If you do not receive the packet of new tabs by Monday, 4/23, please contact Rachel McClelland @ 863-688-1188 ext 52520 or rachel.mcclelland@publix.com

### Concierge Services on Pharmacy page

You have watched or will soon be watching our new video, Pharmacy Concierge Services, and have also read about this concept in the April version of the Publix Pharmacy Insight newsletter. As referenced in the video, we are creating a Concierge Services section on the Pharmacy page of Publix Connection to assist

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      PUBLIX-MDLT8-00098587

*Pharmacy Weekly Memo*, April 18, 2012, 6

with the execution of this concept. Here you will find detailed information about specific disease states or specialty drugs and how we can assist our customers with their prescriptions for these items.

The *Concierge Services* section is replacing the *Special Handling Drugs* section and because of this a few changes have been made:

- The **Consumer Disposal of Unused Medication** link has been moved to the *Drug References* section.
- The **Statin Dose Conversion Chart** link has been moved to the *Drug References* section.
- The **PSE** link has been moved to the *Compliance* section.
- All the information under the **Diabetes Category** link in the *Integrated Care* section has been moved to the *Concierge Services* section under the **Diabetes** link.
- Two other disease state links have been added with information regarding the special handling of drugs associated with those disease states.
- An A-Z Drug link has been added where you can access special handling information for particular drugs.

All changes referenced above will be complete on the Pharmacy page by Thursday, 4/19.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PUBLIX-MDLT8-00098588