```
 1                 UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3
     IN RE: NATIONAL              )
 4   PRESCRIPTION                 )  MDL No. 2804
     OPIATE LITIGATION            )
 5   _____     )  Case No.
                                  )  1:17-MD-2804
 6                                )
     THIS DOCUMENT RELATES        )  Hon. Dan A.
 7   TO: Case Track 8             )  Polster

 8
                TUESDAY, NOVEMBER 15, 2022
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW

11                        - - -

12            Remote videotaped deposition of

13   Jillanne Smith, held at the location of the

14   witness in Lakeland, Florida, commencing at

15   10:19 a.m. Eastern Time, on the above date,

16   before Carrie A. Campbell, Registered

17   Diplomate Reporter, Certified Realtime

18   Reporter, Illinois, California & Texas

19   Certified Shorthand Reporter, Missouri,

20   Kansas, Louisiana & New Jersey Certified

21   Court Reporter.

22                        - - -
              GOLKOW LITIGATION SERVICES
23                   877.370.DEPS
                  deps@golkow.com
24

25
```

 1          pharmacy compliance.
 2     QUESTIONS BY MS. FITZPATRICK:
 3          Q.    It was a new job, right?
 4          A.    Yeah.
 5                When you say that was a new
 6     focus, can you clarify what you mean?
 7          Q.    Well, previously Publix didn't
 8     have anyone focused on controlled substance
 9     reporting and compliance and the
10     centralization of that, did they?  That's why
11     it was a new position.  It didn't exist
12     before you.
13          A.    This was -- I think it's
14     important to clarify that this focus was on
15     centralizing.  We had functions in place for
16     sure.  They were decentralized.  So this was
17     centralizing them.  That's what I wanted to
18     clarify.
19          Q.    Thank you.
20                And we're going to look at what
21     happened when those functions weren't
22     centralized and why Publix all of the sudden
23     in 2018 realized it really needed to get
24     those functions centralized.  Okay?  We're
25     going to take a look at that.

```
 1   to be filled, right?  It didn't flag that?
 2        A.    The system didn't -- the
 3   enterprise system didn't validate the DEA
 4   numbers.  It validated, I think, the size of
 5   the characters in the field.
 6              But our -- we had a program
 7   with RelayHealth that when the claims went
 8   through, it would check for DEA validity as
 9   well as scheduling authority.  So we would
10   get that back before the claim was filled and
11   dispensed and paid for.
12        Q.    But, ma'am, that's not -- by
13   "validate" you mean -- you're talking about
14   check.  There were prescriptions -- you
15   recall there were prescriptions that went out
16   the door, that got dispensed, to individuals
17   using invalid DEA -- dummy DEA numbers.
18              MR. LARSON:  Object to form.
19   QUESTIONS BY MS. FITZPATRICK:
20        Q.    Correct?
21              MR. LARSON:  Go ahead,
22        Jillanne.
23              THE WITNESS:  I don't recall
24        specific prescriptions getting
25        dispensed with invalid, but what I do
```

1                        CERTIFICATE

2            I, CARRIE A. CAMPBELL, Registered
Diplomate Reporter, Certified Realtime
3    Reporter and Certified Shorthand Reporter, do
hereby certify that prior to the commencement
4    of the examination, Jillanne Smith, was duly
sworn by me to testify to the truth, the
5    whole truth and nothing but the truth.

6            I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
7    testimony as taken stenographically by and
before me at the time, place and on the date
8    hereinbefore set forth, to the best of my
ability.
9
           I DO FURTHER CERTIFY that I am
10   neither a relative nor employee nor attorney
nor counsel of any of the parties to this
11   action, and that I am neither a relative nor
employee of such attorney or counsel, and
12   that I am not financially interested in the
action.
13

14   *[signature: Carrie A. Campbell]*

     _____
16       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
17       Certified Realtime Reporter
         California Certified Shorthand
18       Reporter #13921
         Missouri Certified Court Reporter #859
19       Illinois Certified Shorthand Reporter
         #084-004229
20       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
21       New Jersey Certified Court Reporter
         #30XI00242600
22       Louisiana Certified Court Reporter
         #2021012
23       Notary Public

24

25