Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3
     IN RE:  NATIONAL              MDL. No. 2804
 4   PRESCRIPTION OPIATE           Case No. 17-md-2804
     LITIGATION                    Judge Dan Aaron Polster
 5


 6   THIS DOCUMENT RELATES TO:

 7   Track Eight


 8   _____

 9           DEPOSITION OF: JOSEPH WELLS
                   HIGHLY CONFIDENTIAL
10      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     _____
11

12              The remotely held deposition of

13      Joseph Wells was taken before Janine N. Leroux,

14      Stenographic Court Reporter and Notary Public

15      commencing on Tuesday, July 25th, 2023, at the

16      approximate hour of 10:19 a.m.  Said deposition

17      was taken pursuant to the applicable Federal

18      Rules of Civil Procedure.

19

20

21

22

23

24

25
```

Highly Confidential - Subject to Further Confidentiality Review

1      STATE OF KENTUCKY      )
                              )
2      COUNTY OF MONTGOMERY   )

3            I, JANINE N. LEROUX, Court Reporter and

4      Notary Public in and for the State of Kentucky at

5      Large, certify that the facts stated in the

6      caption hereto are true, and that at the time and

7      place stated in said caption the witness named in

8      the caption hereto remotely appeared before me.

9            I further certify that after being duly

10     sworn by me the witness was examined by counsel

11     for the parties, and that said testimony was taken

12     in stenotype by me and later reduced to

13     computer-aided transcription, and that the

14     foregoing is a true record of the testimony given

15     by said witness.

16           The foregoing deposition has been

17     submitted to the witness for reading and signing.

18

19

20

21

22     [signature]

23         JANINE LEROUX - COURT REPORTER
           NOTARY PUBLIC STATE-AT-LARGE
24         MY COMMISSION EXPIRES: NOVEMBER 26, 2023
           NOTARY ID KYNP1406
25

P-PUB-0486

| | |
|---|---|
| **From:** | Mike Chavez </O=PUBLIX/OU=NAMERICA/CN=RECIPIENTS/CN=XMAC10> |
| **To:** | Stacy Burke; Lindsay Burckhalter; Leigh Anne Jacobson |
| **Sent:** | 7/26/2018 2:37:24 PM |
| **Subject:** | Fwd: Presciber Alert |

Sent from my iPhone

Begin forwarded message:

**From:** Pharmacy 1226 <Pharmacy.1226@publix.com>
**Date:** July 26, 2018 at 2:36:01 PM EDT
**To:** Pharmacy 0122 <Pharmacy.122@publix.com>, Pharmacy 0145 <Pharmacy.145@publix.com>, Pharmacy 0461 <Pharmacy.461@publix.com>, Pharmacy 0464 <Pharmacy.464@publix.com>, Pharmacy 0470 <Pharmacy.470@publix.com>, Pharmacy 0474 <Pharmacy.474@publix.com>, Pharmacy 0485 <Pharmacy.485@publix.com>, Pharmacy 0503 <Pharmacy.503@publix.com>, Pharmacy 0536 <Pharmacy.536@publix.com>, Pharmacy 0540 <Pharmacy.0540@publix.com>, Pharmacy 0546 <Pharmacy.546@publix.com>, Pharmacy 0562 <Pharmacy.562@publix.com>, Pharmacy 0579 <Pharmacy.579@publix.com>, Pharmacy 0608 <Pharmacy.608@publix.com>, Pharmacy 0650 <Pharmacy.650@publix.com>, Pharmacy 0670 <Pharmacy.670@publix.com>, Pharmacy 0730 <Pharmacy.730@publix.com>, Pharmacy 0753 <Pharmacy.753@publix.com>, Pharmacy 0786 <Pharmacy.786@publix.com>, Pharmacy 0799 <Pharmacy.799@publix.com>, Pharmacy 0892 <Pharmacy.892@publix.com>, Pharmacy 1052 <Pharmacy.1052@publix.com>, Pharmacy 1054 <Pharmacy.1054@publix.com>, Pharmacy 1056 <Pharmacy.1056@publix.com>, Pharmacy 1069 <Pharmacy.1069@publix.com>, Pharmacy 1082 <Pharmacy.1082@publix.com>, Pharmacy 1086 <Pharmacy.1086@publix.com>, Pharmacy 1087 <Pharmacy.1087@publix.com>, Pharmacy 1112 <Pharmacy.1112@publix.com>, Pharmacy 1139 <Pharmacy.1139@publix.com>, Pharmacy 1143 <Pharmacy.1143@publix.com>, Pharmacy 1183 <Pharmacy.1183@publix.com>, Pharmacy 1217 <Pharmacy.1217@publix.com>, Pharmacy 1226 <Pharmacy.1226@publix.com>, Pharmacy 1250 <Pharmacy.1250@publix.com>, Pharmacy 1294 <Pharmacy.1294@publix.com>, Pharmacy 1355 <Pharmacy.1355@publix.com>, Pharmacy 1390 <Pharmacy.1390@publix.com>, Pharmacy 1391 <Pharmacy.1391@publix.com>, Pharmacy 1420 <Pharmacy.1420@publix.com>, Pharmacy 1476 <Pharmacy.1476@publix.com>, Pharmacy 1508 <Pharmacy.1508@publix.com>
**Cc:** Mike Chavez <Mike.Chavez@publix.com>
**Subject: Presciber Alert**

Hello Team,

Today at store 1217, we discovered that prescriber Dr. John A Glenn (DEA BG3306467) - Community Healthcare Services - has been incarcerated since 7/5 for illegal prescribing practices per the ER staff at Dorminy Medical Center. After questioning a prescription for 3 controlled medications, the prescriber's "staff" lied to us about his status and the patient was unaware as well. A note has been added to the prescribers profile.

Stay vigilant!

-Alastair Hay

Publix Pharmacy 1226
2275 Marietta Boulevard
Atlanta, Georgia 30318

**EXHIBIT**

**6 - JOSEPH WELLS**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00086381

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00086382