```
Bates Beg       :   PUBLIX-MDLT8-00115221
All Custodians  :   Hewell, Chris
Sort Date/Time  :   4/24/2015 10:18:00 AM
```

| | |
|---|---|
| **From:** | Langston, Susan C. <Susan.C.Langston@usdoj.gov> |
| **To:** | Chris Hewell; Laura Slone |
| **Sent:** | 4/24/2015 10:18:17 AM |
| **Subject:** | DEA |

Hi Chris and Laura

It's Susan m the DEA. We met at the conference last week. Can you please give me a call when you receive this email? I would love to have a meeting with you and some of the Public folks. It's a good thing, not a bad thing, I promise! I will be up your way next week. I know it's short notice cell but I thought I would try. My cell is (954) 817-5408.

Thanks!

Susan Langston
Diversion Program Manager
DEA Miami

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00115221