```
Bates Beg       :   PUBLIX-MDLT8-00067910
All Custodians  :   Hewell, Chris
Sort Date/Time  :   2/15/2016 3:41:00 PM
```



**exceptional supply chain solutions**

# SOMLink™
# Investigative Analysis and Application

| Test | Investigative Analysis | Application |
|---|---|---|
| Test 1 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Failing this test indicates that this order quantity may be suspicious based on its size compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However, triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error. | • Increased order size due to normal business variations or order timing.<br>• New item that may have an unusually small variations in order size. Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test |
| Test 2 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Quantity in the most recent order completes a pattern indicating a potentially suspicious order. This is an unlikely event and may indicate the customer orders are suspicious compared to past order patterns.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • Customers or product may have a growing demand resulting in increasing order quantities.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 3 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely the quantities ordered and does not consider the time between orders for similar products.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this error does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • Customers or product may have a growing demand resulting in increasing order quantities.<br>• Customer maybe expanding sales into new markets resulting in increased order quantities.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 4 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Quantity in the most recent order completes a pattern indicating a potentially suspicious order. This saw tooth pattern is unlikely and may indicate the customer orders are suspicious compared to past order patterns. | • Customers or product may have a growing demand resulting in increasing order quantities.<br>• Customer may be expanding sales into new markets resulting in increased order quantities.<br>• Customer sales may have a natural periodic swing.<br>• Error in quantity entered in for this order may trigger this test. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00067910

| | | |
|---|---|---|
| | Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | |
| Test 5 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Failing this test indicates that this pattern of order quantity may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • This customer is larger relative to other customers, and orders tend to be in larger quantities.<br>• Increasing order sizes due to normal business variations or order timing.<br>• Item that may have an unusually small variations in order size. Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 6 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Failing this test indicates that this pattern of order quantity may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • Increasing order sizes due to normal business variations or order timing.<br>• Item that may have an unusually small variations in order size. Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test |
| Test 7 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Failing this test indicates that this pattern of order quantity may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • Item that may have an unusually small variations in order sizes. Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 8 | The software has identified the quantity this customer is ordering as potentially suspicious. This test is based solely on the quantities ordered and does not consider the time between orders for similar products.<br><br>Failing this test indicates that this pattern of order quantity may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order quantity is suspicious. However triggering this test does not conclusively prove the order is suspicious. Other special causes may have triggered this test in error | • Item that may have an unusually small variations in order size. Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 9 | The rate this customer is ordering product has been identified by the software as potentially suspicious. Rate is determined based on the quantities ordered and the time between orders for similar products. Frequent low quantity orders may result in higher rates than larger less frequent order quantities. This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities. | • Increased order frequency due to normal business variations or order timing.<br>• Item that may have an unusually small variations in order frequency. Failure of this test may indicate only a small change due to previous steady order patterns. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

|  |  |  |
|---|---|---|
|  | Failing this test indicates that this order rate may be suspicious based on its size compared to historic order rates.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error | • Error in quantity or dates entered in for this order may trigger this test. |
| Test 10 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>The most recent order completes a pattern indicating a potentially suspicious order.  This is an unlikely event and may indicate the customer orders are suspicious compared to past order patterns.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error | • Customers or product may have a growing demand resulting in increasing order quantities or frequency.<br>• Error in quantity or dates entered in for this order may trigger this test |
| Test 11 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>The most recent order completes a pattern indicating an ever increasing order rate.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this error does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error. | • Customers or product may have a growing demand resulting in increasing order quantities or frequency.<br>• Customer my be expanding sales into new markets resulting in increased order quantities or frequency.<br>• Error in quantity or date entered in for this order may trigger this test. |
| Test 12 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>The most recent order completes a pattern indicating a potentially suspicious order.  This saw tooth pattern is unlikely and may indicate the customer orders are suspicious compared to past order patterns.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error | • Customers or product may have a growing demand resulting in increasing order quantities or frequencies.<br>• Customer my be expanding sales into new markets resulting in increased order quantities or frequencies.<br>• Error in quantity or date entered in for this order may trigger this test. |
| Test 13 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar | • Increasing order frequency due to normal business variations or order timing. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  PUBLIX-MDLT8-00067912

| | | |
|---|---|---|
| | products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>Failing this test indicates that this pattern of order rate may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special Causes may have triggered this test in error. | • Item that may have an unusually small variations in order frequency.  Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity or date entered in for this order may trigger this test. |
| Test 14 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>Failing this test indicates that this pattern of order rate may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error. | • Increasing order sizes or frequency of orders due to normal business variations or order timing.<br>• Item that may have an unusually small variations in order rates.  Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity entered in for this order may trigger this test. |
| Test 15 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br>Failing this test indicates that this pattern of order rate may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error | Item that may have an unusually small variations in order rates.  Failure of this test may indicate only a small change due to previous steady order patterns.<br>Error in quantity or date entered in for this order may trigger this test. |
| Test 16 | The rate this customer is ordering product has been identified by the software as potentially suspicious.  Rate is determined based on the quantities ordered and the time between orders for similar products.  Frequent low quantity orders may result in higher rates than larger less frequent order quantities.  This test is designed to look for suspicious patterns that may not be apparent by looking only at order quantities.<br><br> Failing this test indicates that this pattern of order rates may be suspicious compared to historic order amounts.<br><br>Triggering this test indicates there is a potential that this order rate is suspicious.   However triggering this test does not conclusively prove the order is suspicious.  Other special causes may have triggered this test in error. | • Item that may have an unusually small variations in order rates.  Failure of this test may indicate only a small change due to previous steady order patterns.<br>• Error in quantity or date entered in for this order may trigger this test. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLIX-MDLT8-00067913