# EXHIBIT A

**From:** Hooker, Matthew <Matthew.Hooker@alston.com>
**Sent:** Monday, August 19, 2024 3:20 PM
**To:** Peter H. Weinberger <PWeinberger@spanglaw.com>; Paul Farrell Jr. <Paul@farrellfuller.com>; Jayne Conroy (JConroy@simmonsfirm.com) <JConroy@simmonsfirm.com>; Paulina do Amaral <Pdoamaral@lchb.com>; Rice, Joe <jrice@motleyrice.com>
**Cc:** Boone, Brian <Brian.Boone@alston.com>; Cooper, Jonathan <jonathancooper@quinnemanuel.com>; Gregory E. O'Brien <gobrien@cavitch.com>; CITERAF@gtlaw.com <CITERAF@gtlaw.com>; MillerG@gtlaw.com <millerg@gtlaw.com>; Lisa A. Larkin <llarkin@bakersterchi.com>; rice@bakersterchi.com <rice@bakersterchi.com>; McDonald-Ramos, Morgan <mmcdonald@foley.com>; jmatthews@foley.com <JMatthews@foley.com>; Koski, Katy E. <kkoski@foley.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Bandy, Kevin <kbandy@ubglaw.com>; Klarfeld, Joshua <jklarfeld@ubglaw.com>; White, Meredith Thornburgh <Meredith.White@btlaw.com>; kkapke@btlaw.com <kkapke@btlaw.com>
**Subject:** RE: MDL 2804 - Motions for leave to amend

Pete,

We shared your request with the other Moving Defendants. We have heard back from some and are authorized to communicate the following positions. Since the Court has granted the Moving Defendants' requested extension to December 6 for the oppositions to the motions for leave to amend, OptumRx, Express Scripts, Discount Drug Mart, Albertsons, KVK-Tech, Lupin Pharmaceuticals, Costco Wholesale, and Aurobindo do not object to the PEC's request for (1) an extension until 9/16/2024 for the PEC to provide authorization information about plaintiffs that already moved for leave to amend and (2) an extension until 9/30/24 for the PEC to provide the ordered information on litigation holds. In addition, Publix does not oppose an extension of time until 9/16/2024 for the PEC to submit updated versions of those amendment lists which were timely filed in order to omit plaintiffs who met the criteria for August approval and who did not so approve.

Thanks,


Matthew P. Hooker
Associate
**ALSTON & BIRD**
1120 S. Tryon St., Suite 300
Charlotte, NC 28203
+1 704 444 1251 (O)
+1 240 678 6807 (M)
Matthew.Hooker@alston.com

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Sunday, August 18, 2024 9:57 AM
**To:** Boone, Brian <Brian.Boone@alston.com>
**Cc:** Paul Farrell Jr. <Paul@farrellfuller.com>; Hooker, Matthew <Matthew.Hooker@alston.com>;

Cooper, Jonathan <jonathancooper@quinnemanuel.com>; Rice, Joe <jrice@motleyrice.com>; Jayne Conroy (JConroy@simmonsfirm.com) <JConroy@simmonsfirm.com>; Paulina do Amaral <Pdoamaral@lchb.com>
**Subject:** Re: MDL 2804 - Motions for leave to amend

**EXTERNAL SENDER – Proceed with caution**

Brian

You are correct re your last paragraph of your email.  Let us know as soon as you can re the other defendants' consent.

Thx Pete
**Sent from my iPhone**
_____


On Aug 18, 2024, at 6:28 AM, Boone, Brian <Brian.Boone@alston.com> wrote:

Pete,

Speaking for OptumRx and Express Scripts, if the Court grants the Moving Defendants' requested extension to December 6 for the oppositions to the motions for leave to amend, we have no objection to extending to September 30 the PEC's deadline for providing the ordered information on litigation holds.

If you're asking for the views of all Moving Defendants, we can share your request with them, but we don't expect to have all their responses by 4pm on Monday.

As for your request for an extension until September 16 to provide the updated information regarding plaintiffs who are joining the motion for leave to amend, can you confirm that your request seeks to extend only the time to provide authorization information about plaintiffs that already moved for leave to amend and that you're not seeking to extend the time to add new plaintiffs to motions for leave to amend?


Brian D. Boone
ALSTON & BIRD
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
+1 704 444 1106 (office)
+1 704 441 1959 (mobile)
brian.boone@alston.com

_____

From: Peter H. Weinberger <PWeinberger@spanglaw.com>
Sent: Saturday, August 17, 2024 11:07:04 AM
To: Paul Farrell Jr. <Paul@farrellfuller.com>
Cc: Hooker, Matthew <Matthew.Hooker@alston.com>; Boone, Brian <Brian.Boone@alston.com>; Cooper, Jonathan <jonathancooper@quinnemanuel.com>; Rice, Joe <jrice@motleyrice.com>; Jayne Conroy (JConroy@simmonsfirm.com) <JConroy@simmonsfirm.com>; Paulina do Amaral <Pdoamaral@lchb.com>
Subject: Re: MDL 2804 - Motions for leave to amend

EXTERNAL SENDER – Proceed with caution
_____


Matthew, Brian, and Jonathan:

In light of your request for an extension until 12/6 which we did not oppose, the PEC asks that you and the other defendants agree to an extension until 9/16/2024 within which the PEC will provide the updated information regarding plaintiffs who are joining in the motion for leave to amend and an extension until 9/30/24 within which to provide the litigation hold information.

Please let us know by 4pm on Monday whether you agree.

Pete

Sent from my iPad

On Aug 16, 2024, at 2:24 PM, Paul Farrell Jr. <Paul@farrellfuller.com> wrote:


Agreed


Paul T. Farrell, Jr.
Farrell & Fuller, LC
270 Muñoz Rivera Ave., Suite 201
San Juan, PR 00918
Office: 939-293-8244
Cell: 304.654.8281

paul@farrellfuller.com<mailto:paul@farrellfuller.com>

"Facts are stubborn things."

    -John Adams
     President of the United States.
     Trial lawyer.

From: Hooker, Matthew <Matthew.Hooker@alston.com>
Sent: Friday, August 16, 2024 2:18 PM
To: Paul Farrell Jr. <Paul@FarrellFuller.com>
Cc: Boone, Brian <Brian.Boone@alston.com>; Cooper, Jonathan <jonathancooper@quinnemanuel.com>
Subject: MDL 2804 - Motions for leave to amend

Paul,

Many of the defendants against whom the PEC has filed motions for leave to amend will be filing a motion for an extension of time from September 30, 2024 to December 6, 2024 to respond to the motions to amend. We plan to file the motion today, so please let us know by 4 pm ET whether the PEC consents to the requested extension.

Thanks,

Matthew P. Hooker
Associate
ALSTON & BIRD
1120 S. Tryon St., Suite 300
Charlotte, NC 28203
+1 704 444 1251 (O)
+1 240 678 6807 (M)

Matthew.Hooker@alston.com<mailto:Matthew.Hooker@alston.com>