# EXHIBIT B

| | |
|---|---|
| **From:** | Henry, Terry M. |
| **To:** | Peter H. Weinberger |
| **Cc:** | jconroy@simmonsfirm.com; jrice@motleyrice.com; paul@farrellfuller.com; Steele, Fiona; do Amaral, Paulina |
| **Subject:** | [EXT] RE: Plaintiffs" Motion for Leave to Amend |
| **Date:** | Tuesday, August 20, 2024 1:19:56 PM |

As long as that's in line with what the other defendants have consented to, that's fine.

**Terry M. Henry** (he/him)| BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5644 | M: 215.694.5136 | Terry.Henry@blankrome.com

---

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Tuesday, August 20, 2024 1:12 PM
**To:** Henry, Terry M. <terry.henry@blankrome.com>
**Cc:** jconroy@simmonsfirm.com; jrice@motleyrice.com; paul@farrellfuller.com; Steele, Fiona <Fiona.Steele@BlankRome.com>; Paulina do Amaral <Pdoamaral@lchb.com>
**Subject:** Re: Plaintiffs' Motion for Leave to Amend

That is fine. In return, we would like you to consent to an extension until 9/16 for us to update our amendment list confirmation process, and until 9/30 to submit the lit hold information. Most of the defendants have agreed and we have not yet heard from some. Please let me use know.

Pete
Sent from my iPad

> On Aug 20, 2024, at 1:04 PM, Henry, Terry M. <terry.henry@blankrome.com> wrote:
>
> Counsel:
>
> Tris Pharma has recently engaged our firm to represent it in the Opioid MDL. We will be entering our appearances in the near future.
>
> With respect to plaintiffs' omnibus motion for leave to amend certain complaints to add Tris Pharma, we noted the Court granted Certain Defendants' motion to extend the deadline to file an opposition. Tris will be filing a similar motion and we would like to confirm that plaintiffs will not oppose Tris Pharma's motion to extend time.
>
> Please let us know, and thanks.

**Terry M. Henry** (he/him)| BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5644 | M: 215.694.5136 | Terry.Henry@blankrome.com

*********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*********************************************************************************************

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.