**BLANK ROME LLP**
Terry M. Henry
Fiona Steele
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone: (215) 569-5644
Terry.Henry@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendant*
*Tris Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br>Case No. 1:17-md-02804-DAP<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Terry M. Henry of Blank Rome LLP on behalf of Defendant Tris Pharma, Inc. in the above-captioned matters.

           **BLANK ROME LLP**

           */s/ Terry M. Henry*
           Terry M. Henry, Esquire
           One Logan Square
           130 North 18th Street
           Philadelphia, PA  19103
           Tel. (215) 569-5644
           Terry.Henry@BlankRome.com
           *Attorneys for Defendant*
           *Tris Pharma, Inc.*

Dated:   August 21, 2024

999998.02595/150322029v.1