# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION,

Case No.: 1:17-MD-2804

## MOTION TO WITHDRAW

COME NOW, THOMAS L. OLIVER, II and CAROLINE T. PRYOR, of the law firm of CARR ALLISON, and file this Motion to Withdraw as counsel for the Defendant, TRIS PHARMA, INC., in the above-styled matter. Tris Pharma, Inc. will be represented by Terry M. Henry and Fiona Steele of the law firm of Blank Rome LLP.

WHEREFORE, Thomas L. Oliver, II and Caroline T. Pryor respectfully request that this Honorable Court grant their Motion to Withdraw as counsel in this matter.

Respectfully submitted this 20th day of August, 2024.

/s/ Caroline T. Pryor
CAROLINE T. PRYOR (PRYOC 2802)
Attorney for Defendant, Tris Pharma, Inc.
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
(251) 626-9340
(251) 626-8928 Fax
cpryor@carrallison.com

/s/ Thomas L. Oliver, II
THOMAS L. OLIVER, II (ASB-3153-R53T)

Attorney for Defendant, Tris Pharma, Inc.
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
Telephone (205) 949-2942
Facsimile (205) 822-2057

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, via electronic filing and notice through the CM/ECF system, on this the 20th day of August, 2024.

*/s/Caroline T. Pryor*
CAROLINE T. PRYOR