**BLANK ROME LLP**
Terry M. Henry
Fiona Steele
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Telephone: (215) 569-5644
Terry.Henry@BlankRome.com
Fiona.Steele@BlankRome.com
*Attorneys for Defendant*
*Tris Pharma, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br>Case No. 1:17-md-02804-DAP<br><br>**NOTICE OF APPEARANCE** |

      Please enter the appearance of Fiona Steele of Blank Rome LLP on behalf of Defendant Tris Pharma, Inc. in the above-captioned matters.

                                            **BLANK ROME LLP**

                                            */s/ Fiona Steele*
                                            Fiona Steele, Esquire
                                            One Logan Square
                                            130 North 18th Street
                                            Philadelphia, PA  19103
                                            Tel. (215) 569-5539
                                            Fiona.Steele@BlankRome.com
                                            *Attorneys for Defendant*
                                            *Tris Pharma, Inc.*

Dated:   August 21, 2024