UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, William F. Cook, VI of Hinshaw & Culbertson LLP, hereby enters his appearance as conflicts counsel for Defendants Express Scripts Holding Company and Express Scripts, Inc. in the above-captioned actions.

Dated:  August 22, 2024

HINSHAW & CULBERTSON LLP

By: /s/William F. Cook, VI
William F. Cook, VI
151 N. Franklin Street
Suite 2500
Chicago, IL  60606
312 704-3248
wcook@hinshawlaw.com

Attorneys for Express Scripts
Holding Company and
Express Scripts, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ William F. Cook, VI*
William F. Cook, VI