IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804<br><br>Case No.: 1:17-md-2804-DAP<br><br>Hon. Dan Aaron Polster |

## MOTION TO WITHDRAW

COME NOW, BRIAN C. DEENEY and THOMAS C. REGAN, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and file this Motion to Withdraw as counsel for the Defendant, TRIS PHARMA, INC., in the above-captioned action. Tris Pharm, Inc. is being represented by Terry M. Henry (Doc. 5595) and Fiona Steele (Doc. 5599) of the law firm of Blank Rome LLP.

WHEREFORE, Brian C. Deeney and Thomas C. Regan respectfully request that this Honorable Court grant their Motion to Withdraw as counsel in this matter.

Respectfully submitted this 26th day of August, 2024.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: /s/ Brian C. Deeney
    Brian C. Deeney, Esq.
    One Riverfront Plaza, Ste. 800
    Newark, NJ 07102
    973-792-8726
    brian.deeney@lewisbrisbois.com

By: /s/ Thomas C. Regan
    Thomas C. Regan, Esq.
    One Riverfront Plaza, Ste. 800
    Newark, NJ 07102
    973-792-8722
    thomas.regan@lewisbrisbois.com