## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW** to be served electronically via the Court's CM/ECF system upon all counsel of record. I certify that the foregoing statement are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

                                                By: /s/ Brian C. Deeney, Esq.
                                                         Brian C. Deeney, Esq.

Date: 8/26/24