UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases* | Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

Please take notice that Kimberly K. Chemerinsky of the law firm Alston & Bird LLP hereby withdraws as counsel of record for Defendants OptumRx, Inc.; OptumInsight, Inc.; and OptumInsight Life Sciences, Inc. in the above-captioned action. The law firm of Alston & Bird LLP will continue as counsel of record for the above-named Defendants.

[Signature page follows.]

Dated: August 28, 2024

                                          Respectfully submitted,

                                           */s/ Brian D. Boone*
                                          Brian D. Boone
                                          **ALSTON & BIRD LLP**
                                          1120 S. Tryon Street, Suite 300
                                          Charlotte, NC 28203
                                          T: 704-444-1000
                                          brian.boone@alston.com

                                          William H. Jordan
                                          **ALSTON & BIRD LLP**
                                          1201 W. Peachtree Street NW, Suite 4900
                                          Atlanta, GA 30309
                                          T: 404-881-7000
                                          bill.jordan@alston.com

                                          *Attorneys for Defendants OptumRx, Inc.; OptumInsight, Inc.; and OptumInsight Life Sciences, Inc.*

Dated: August 28, 2024

                                           */s/ Kimberly K. Chemerinsky*
                                          Kimberly K. Chemerinsky
                                          **ALSTON & BIRD LLP**
                                          350 South Grand Avenue, 51st Floor
                                          Los Angeles, CA 90071
                                          T: 213-576-1000
                                          kim.chemerinsky@alston.com

                                          *Withdrawing Attorney*