UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *El Campo Memorial Hosp. & W. Wharton Cty. Hosp. Dist. v. McKesson Corp., et al.,* 1:18-op-45298 | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO WALMART NATIONAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff El Campo Memorial Hospital and Walmart Defendants[1] that, pursuant to the election of El Campo Memorial Hospital to participate in the Walmart Settlement Agreement, which is dated November 14, 2022, and is binding on El Campo Memorial Hospital and the Walmart Defendants (a copy of which is attached as Appendix A), all claims of El Campo Memorial Hospital against any Walmart Defendant, including any entity identified on the attached Appendix B, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Walmart Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity of any of the Walmart Defendants that is a "Released Entity" as set forth in Section I.DDD and Exhibit J of the Walmart Settlement Agreement, dated as of November 14, 2022, a copy of which is attached as Appendix A. They include, but are not limited to, the entities listed on Appendix B, also attached hereto. Appendix B is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Walmart Defendants subsequently identify any Released Entity that should have been included on Appendix B, they will inform the Clerk of the Court.

Dated: August 28, 2024						Respectfully submitted,

Agreed as to form and substance:

**El Campo Memorial Hospital**

*/s/ T. Roe Frazer II*
T. Roe Frazer II (TN # 035785)
Patrick D. McMurtray
Thomas Roe Frazer III
FRAZER PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
(615) 647-6464
roe@frazer.law
patrick@frazer.law
trey@frazer.law

**Walmart**

*/s/ Tina M. Tabacchi*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Defendants*


SO ORDERED this __ day of _____, 2024.

_____
Hon. Dan Aaron Polster
United States District Judge

2