**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION  ) ) ) THIS DOCUMENT RELATES ) TO: ) *"All Cases"* ) ) ) ) | CASE NO. 1:17-MD-2804  David R. Cohen Randi S. Ellis Hon. David R. Herndon  **FEE PANEL ORDER NO. 36-F REGARDING ADJUSTMENTS TO COMMON BENEFIT AMOUNT TO BE PAID BY CVS** |

**I. Authority of the Fee Panel to Administer the CVS Common Benefit Fund**

Pursuant to Exhibit R §II.B.3 of the *CVS Settlement Agreement*, "the Common Benefit Fund shall be administered by the Fee Panel appointed under MDL Docket No. 3828, which will be governed by the provisions of this Fee Agreement and shall design the process and procedures for the allocation of fees pursuant to this Fee Agreement and the MDL Court's Order."  On June 27, 2023 (MDL Docket No. 3828), the MDL Court appointed the three signatories below to the Fee Panel to administer the CVS Attorney Fee Fund.

**II. CVS Common Benefit Fee Fund Maximum Amount**

Pursuant to Exhibit R §II.A.1 of the *CVS Settlement Agreement*, CVS is required to pay $500,615,944 into the CVS Attorney Fee Fund. Exhibit R §II.B.1 states, "There shall be a split of the Attorney Fee Fund into the Contingency Fee Fund and the Common Benefit Fund.  The split shall be 40% to the Contingency Fee Fund and 60% to the Common Benefit Fund." Pursuant to Exhibit R §II.C.1, the maximum potential total Common Benefit Fund payment to be made by CVS is $300,369,566.40 and shall be made over a five-year period.

- 1 -

### III. Reductions to Common Benefit Amount CVS is Required to Pay

Pursuant to §II.C.5, "the Fee Panel must … determine how and whether to reduce the amounts to be paid by CVS under this Fee Agreement and to determine how to allocate funds among Applicants."

Exhibit R §II.A.2 states, "If an Eligible State does not join the Agreement by the State Participation Date and is accordingly not a Settling State, the total attorneys' fees and costs to be paid under this Fee Agreement by CVS shall be reduced by twelve point four percent (12.4%) times the Remediation Payment amount that would have been allocated to that Non-Settling State …." Based on the participation data provided to the Fee Panel by the Directing Administrator, there were two Non-Settling States for the CVS Settlement Agreement: Maryland and Nevada. The reductions for the two Non-Settling States are listed in the chart below. The Fee Panel apportioned the reduction pro rata between the Common Benefit Fund and the Contingency Fee Fund, with 60% of the reduction allocated to the Common Benefit Fund, and 40% of the reduction allocated to the Contingency Fee Fund.

| State | F-2 Allocation Percentage | Maximum Abatement Amount | Total Reduction to Attorney Fee Fund (12.4%) | Reduction to Common Benefit Fund (60%) | Reduction to Contingency Fee Fund (40%) |
|---|---|---|---|---|---|
| Maryland | 2.3359792007% | $4,279,160,837.00 | $12,395,078.08 | $7,437,046.85 | $4,958,031.23 |
| Nevada | 1.3300898675% | | $7,057,668.90 | $4,234,601.34 | $2,823,067.56 |
| **TOTAL** | **3.6660690682%** | | **$19,452,746.99** | **$11,671,648.19** | **$7,781,098.79**[1] |

---

[1] The amount owed by CVS to the Contingency Fee Fund will also be reduced to reflect the non-joinder of Litigating Subdivisions in Settling States. The reductions for Non-Participating Litigating Subdivisions in Settling States will be detailed in a subsequent Fee Panel Order addressing the CVS Contingency Fee Fund.

### IV. Revised Amount CVS is Required to Pay to Common Benefit Fund

The Fee Panel concludes CVS is currently entitled to a reduction to the amount it is required to pay into the Common Benefit Fund of $11,671,648.19. Pursuant to Exhibit R §II.C.5, which applies to the Common Benefit Fund, "Any reduction in payment obligation or credit to be given CVS in this Fee Agreement shall be applied against Payment Year 5 and working backwards."

The revised CVS Common Benefit Payment Obligation schedule is as follows:

| Payment Year | Exhibit R Common Benefit Schedule | Revised Common Benefit Schedule |
|---|---|---|
| Payment Year 1 | $54,779,142.60 | $54,779,142.60 |
| Payment Year 2 | $48,406,953.60 | $48,406,953.60 |
| Payment Year 3 | $65,727,823.80 | $65,727,823.80 |
| Payment Year 4 | $65,727,823.20 | $65,727,823.20 |
| Payment Year 5 | $65,727,823.20 | $54,056,175.01 |
| **TOTAL** | **$300,369,566.40** | **$288,697,918.21**[2] |

### V. Opportunity to Dispute

The Fee Panel informed CVS and the MDL PEC of the adjustments to CVS's payment obligations to the Common Benefit Fund. The Fee Panel allowed CVS and the MDL PEC an opportunity to review and, if necessary, dispute the calculations. Neither CVS nor the MDL PEC disputed the adjustments to the CVS Common Benefit Fund. Therefore, the Fee Panel now declares the amounts listed above are no longer subject to objection.

---

[2] Pursuant to Exhibit R §II.C.5, the Fee Panel may also, at their discretion, consider other factors not inconsistent with the factors set forth in paragraph II.C.4. and Section II.H. If the Fee Panel determines further reductions to the common benefit amount CVS is required to pay are warranted, such reductions will take place in Payment Year 5.

- 4 -

**IT IS SO ORDERED.**

                                                        /s/     *David R. Cohen*
                                                                *Randi S. Ellis*
                                                                *David R. Herndon*
                                                                **FEE PANEL**

**Dated:** August 28, 2024