# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | No. 1:17-md-2804 |
| | Judge Dan A. Polster |
| This Document Relates To: | |
| *TPP Cases* | |

# UNOPPOSED MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED NON-BELLWETHER AMENDED CLASS ACTION COMPLAINT

On July 31, 2024, the Court conducted a video status conference for the Third Party Payor track cases and entered an Order directing that "on or before 12:00 p.m. on August 30, 2024, Plaintiffs shall identify an appropriate non-bellwether case in which to state class action allegations and shall submit a proposed amended complaint."

Plaintiffs have identified an appropriate non-bellwether case and obtained the consent of the Plaintiff in that action for its complaint to be amended in accordance with the Court's Order. Plaintiffs are now in the process of preparing the proposed amended complaint.  In order to afford Plaintiffs sufficient time to finalize the proposed complaint for submission, Plaintiffs hereby request that the deadline for filing the proposed amended complaint be extended to September 20, 2024.

DATED:  August 30, 2024

LIEFF CABRASER HEIMANN
  & BERNSTEIN
ELIZABETH J. CABRASER

/s/ *Elizabeth J. Cabraser*
ELIZABETH J. CABRASER
275 Battery Street, Suite 2900
San Francisco, CA  94111
Telephone:  415/956-1000
ecabraser@lchb.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
pgeller@rgrdlaw.com

*Plaintiffs' Executive Committee Members
Representing TPP Plaintiffs*

- 1 -

SPANGENBERG SHIBLEY & LIBER
PETER H. WEINBERGER (0022076)

*/s/ Peter H. Weinberger*

PETER H. WEINBERGER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: 216/96903232
619/231-7423 (fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

SIMMONS HANLY CONRY
JAYNE CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: 212/784-6400
212/213-4949 (fax)
jconroy@simmonsfirm.com

MOTLEY RICE LLC
JOSEPH F. RICE
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Telephone: 843/216-9000
843/216-9290 (fax)
jrice@motleyrice.com

FARRELL & FULLER LLC
PAUL T. FARRELL, JR.
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Telephone: 304/654-8281
paul@farrellfuller.com

*Plaintiff's Co-Lead Counsel*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served.

/s/*Peter H. Weinberger*
PETER H. WEINBERGER