# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Eight: Cobb County, Georgia*<br>*Case No. 1:18-op-45817-DAP*<br><br>COBB COUNTY,<br><br>*Plaintiff,*<br><br>v.<br><br>PURDUE PHARMA, L.P., et al.,<br><br>*Defendants.* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs Under Seal" issued by Special Master Cohen on June 24, 2019 (Dkt. 1719), the Court's "Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal" dated July 5, 2019 (Dkt. 1813), and the agreement of the parties, Plaintiff in the Track Eight Case, Cobb County, Georgia, served Defendant Publix Super Markets, Inc., the Court, and the Special Masters by email on August 30, 2024, the following documents:

1. Plaintiff's Reply Memorandum of Law in Support of Its Motion for Partial Summary Judgment that Publix Super Markets, Inc. Breached its Duties Under the Controlled Substances Act and the Georgia Controlled Substances Act; and

2. Exhibit 58 as reflected on the Exhibit List attached as Attachment 1.

Dated:  August 30, 2024

                                Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

  /s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

  /s/ Peter Weinberger
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Cobb County, GA (CT8):**

| | |
|---|---|
| Jayne Conroy | Sarah S. Burns |
| Thomas I. Sheridan, III | Jo Anna Pollock |
| SIMMONS HANLY CONROY LLP | SIMMONS HANLY CONROY LLP |
| 112 Madison Avenue, 7th Floor | One Court Street |
| New York, NY 10016 | Alton, IL 62002 |
| (212) 784-6400 | (618) 259-2222 |
| jconroy@simmonsfirm.com | sburns@simmonsfirm.com |
| tsheridan@simmonsfirm.com | jpollock@simmonsfirm.com |
| | |
| Erin K. Dickinson | COBB COUNTY ATTORNEY'S OFFICE |
| Charles J. Crueger | H. William Rowling, Jr. |
| CRUEGER DICKINSON LLC | County Attorney |
| 4532 N. Oakland Avenue | Lauren Bruce |
| Whitefish Bay, WI 53211 | Assistant County Attorney |
| (414) 210-3868 | 100 Cherokee Street, Suite 300 |
| ekd@cruegerdickinson.com | Marietta, GA 30090 |
| cjc@cruegerdickinson.com | (770) 528-4000 |
| | H.William.Rowling@cobbcounty.org |
| | Lauren.Bruce@cobbcounty.org |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

       */s/ Peter Weinberger*
       Peter Weinberger