# NOTICE OF SERVICE: ATTACHMENT 1

# PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT LIST

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Track Eight: Cobb County, Georgia*<br>*Case No. 1:18-op-45817-DAP*<br><br>COBB COUNTY,<br>      *Plaintiff,*<br>    v.<br>PURDUE PHARMA, L.P., et al.,<br>      *Defendants.* | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## Exhibit List[1]

| Exhibit Number | Description | Date | Trial Exhibit Number |
|---|---|---|---|
| 1. | Publix Super Market's Answer & Affirmative Defenses to Cobb County Supp & Amended Allegations | 12/9/2021 | |
| 2. | Facts & Figures Publix Company Overview | 2/1/2024 | P-01378 |
| 3. | Excerpts of Katherine Leonard Deposition Transcript | 12/2/2022 | |
| 4. | McKesson letter to Ottolino re abuse of prescription drugs | 4/16/2008 | P-01389 |
| 5. | Expert Report of Anna Lembke | 2/7/2024 | P-01357 |
| 6. | Slone email re Price Sheet 8-20-15 (Public Analysis) with Enterprise and SOMS .xlsx; Publix SOM Solution-Sales Presentation | 9/23/2015 | P-01387 |

---

[1] Exhibits 1-57 were submitted in support of Plaintiff Cobb County's opening memorandum in support of its motion for partial summary judgment. Exhibit 58 is the only new exhibit cited in Plaintiff's reply memorandum.

| | | | |
|---|---|---|---|
| 7. | Excerpts of Laura Slone Deposition Transcript | 10/28/2022 | |
| 8. | Katherine Leonard email re Pharmacy FLRetail_Jobaid; Order Discrepancy Flow Chart; POReceivingApplication_Procedures; Publix Pharmacy HR 2019 | 5/29/2019 | P-01381 |
| 9. | Pharmacy Hours Forecast | 2/3/2017 | P-01380 |
| 10. | Publix Super Markets, Inc. Supplemental Objections and Responses to Plaintiff's Interrogatories to Chain Pharmacy Defendants | 6/16/2021 | |
| 11. | Craig McCann Summary of ARCOS data | 1/24/2024 | DEMO-Publix MSJ-001 |
| 12. | Publix Memorandum re Prescription Drug Abuse; Chavez Deposition Exhibit 11 | 5/18/2011 | P-01376 |
| 13. | Jacobson email re: Combat Opioid Epidemic Program Overview; Smith Exhibit 3 | 10/1/2019 | P-01377 |
| 14. | Smith email re: Pharmacy Opportunities and | 7/24/2018 | P-01363 |
| 15. | Warren email re Dr. Review | 4/2/2020 | P-01356 |
| 16. | Excerpts from Fred Ottolino Deposition Transcript | 12/6/2022 | |
| 17. | Excerpts from Dain Rusk Deposition Transcript | 10/6/2023 | |
| 18. | Publix Super Markets. Inc. Wholesaler Application to Georgia Board of Pharmacy | 8/1/2016 | P-01359 |
| 19. | Katenkamp email re: SRM L4 Q3 2016 | 11/29/2016 | P-01388 |
| 20. | Rannazzisi letter to Registrant | 12/27/2007 | P-01373 |
| 21. | Excerpts from Lindsay Burkhalter Deposition Transcript | 8/11/2023 | |
| 22. | Publix Pharmacy Compliance Team Meeting 2nd Quarter 2018 | 7/31/2018 | P-01374 |
| 23. | Excerpts from Chris Hewell Deposition Transcript | 11/4/2022 | |
| 24. | McAvoy email re SOMLink 17 Tests Details | 6/6/2018 | P-01361 |
| 25. | Toan Do email re: CS Threshold Training for Pharmacy Supervisors | 7/25/2018 | P-01371 |

| 26. | Excerpts from Shannon Brice Deposition Transcript | 8/3/2023 | |
|---|---|---|---|
| 27. | Excerpts from Jillanne Smith Deposition Transcript | 11/15/2022 | |
| 28. | Smith email re: DVP Update Nov. 2018 | 11/21/2018 | P-01366 |
| 29. | Smith email re: CS-Diversion Analytics; CS-SigLossReporting; CS-SOM; CS-Training | 8/9/2018 | P-01367 |
| 30. | Excerpts from Leigh Ann Jacobson Deposition Transcript | 11/8/2022 | |
| 31. | Craig McCann Expert Report and Appendix 8.3B | 1/24/2024 | P-01355 |
| 32. | Excerpts of Micheal Chavez transcript | 12/14/2022 | |
| 33. | Chavez email re: Fraudulent Rx | 1/30/2020 | P-01365 |
| 34. | General Expert Report of Carmen Catizone | 1/24/2024 | P-01353 |
| 35. | Hewell email re: Pharmacy Controlled Substance Threshold Change Request Form | 3/28/2016 | P-01384 |
| 36. | Pharmacy Controlled Substance Threshold Change Request Form; Hewell | 4/4/2016 | P-01383 |
| 37. | Pharmacy Controlled Substance Threshold Change Request Form | 5/3/2016 | P-01385 |
| 38. | Pharmacy Controlled Substance Threshold Change Request Form | 5/23/2016 | P-01382 |
| 39. | Polster email re: Physicians surrender DEA Permits | 8/15/2014 | P-01379 |
| 40. | Excerpts from Deanna Bunch Deposition Transcript | 7/31/2023 | |
| 41. | Chapter 8: Regulations and Associated Publix Policies | 10/10/2012 | P-01358 |
| 42. | Warren email re: Controlled Substances Laws AL, GA, NC, SC, VA | 6/7/2018 | P-01362 |
| 43. | Pharmacy Compliance – Prioritized Areas of Focus | 8/6/2018 | P-01370 |
| 44. | Steve Smith Email re : Training | 12/29/2020 | P-01372 |
| 45. | Specific Expert Report of Carmen Catizone, MS, RPh, DPh | 1/24/2024 | P-01354 |

| 46. | Excerpts from Erika Owens Deposition Transcript | 7/28/2023 | |
|---|---|---|---|
| 47. | Excerpts from Chris Hewell Deposition Transcript | 10/7/2022 | |
| 48. | Leonard email re: Pharmacy Advocate Feedback 03.2021 | 3/26/2021 | P-01368 |
| 49. | Madill email re: Pharmacy Advocacy Meeting Notes/AVS Reminder | 4/7/2021 | P-01369 |
| 50. | Chavez email re: **Action Item** - PDMP checks | 3/14/2019 | P-01364 |
| 51. | Publix Quarterly Retail Bonus Plan | 9/10/2018 | P-01360 |
| 52. | Power Point of Publix Opioid Task Force | 0/00/0000 | P-01375 |
| 53. | Expert Report of Joseph T. Rannazzisi | 1/24/2024 | P-01352 |
| 54. | USDOJ Pharmacist's Manual | 0/00/2022 | P-41146 |
| 55. | Excerpts from the Dennis Troughton, Sr. Deposition | 9/14/2023 | |
| 56. | Fazio email re AE/PC/ROC/SOP1.7.1 Details for 1016110000003244 PFT-000043540 | 3/22/2010 | P-01349 |
| 57. | Dr. Sadler Rx Fills - Troughton Ex. 30 | 2010-2017 | P-01350 |
| 58. | Excerpts from Chris Hewell 30(b)(6) Deposition Transcript | 7/25/2023 | |