# EXHIBIT C

# LEGAL NOTICE

**Third-Party Payors: If you paid or reimbursed costs for prescription opioids, or paid or incurred costs for treatment related to opioid misuse, addiction, and/or overdose,**

**You Could Get Money from a Settlement.**

Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation (the "Settling Distributors") have agreed to settle a lawsuit that claims opioid drug manufacturers misrepresented the risks and safety of long-term prescription opioid use and distributors did not properly monitor or report suspicious orders. Your rights may be affected by the proposed Settlement. The Settling Distributors deny any wrongdoing.

XXXXXXXXX  
c/o A.B. Data, Ltd  
P.O. Box 173000  
Milwaukee, WI 53217

**Postmaster: Please DO NOT Cover Up Barcode**

<<Barcode>>  
<<Claim ID>>

<<Mailing Address>>

**Am I included?**  You may be included if you are an entity that paid and/or were reimbursed for (i) opioid prescription drugs manufactured, marketed, sold, distributed, or dispensed by any of the Defendants and/or Opioid Supply Chain Members for purposes other than resale, and/or (ii) paid or incurred costs for treatment related to the misuse, addiction, and/or overdose of opioid drugs, on behalf of individual beneficiaries, insureds, and/or members, during the time period from January 1, 1996 to [Month 00, 2024].  For clarity, the TPP Class includes but is not limited to: (a) private contractors of Federal Health Employee Benefits plans, (b) plans for self-insured local governmental entities that have not settled claims in MDL No. 2804, (c) managed Medicaid plans, (d) plans operating under Medicare Part C and/or D, and (e) Taft-Hartley plans.  The TPP Class excludes certain governmental entities, Excluded Insurers, pharmacy benefit managers, consumers, and fully insured plan sponsors.  A more detailed notice, including the full class definition and what entities are not included, is available at **www.XXXXXXXXX.com**.

**What does the Settlement provide?**  A $300 million Settlement Fund will pay money to eligible TPP Class Members, notice and administration costs, attorneys' fees and expenses, and service awards to class representatives.

**How can I get a payment?**  Submit a claim form online or by mail postmarked by [**Month 00, 2024**].  If your claim is valid, you will get money from the Settlement.  Detailed instructions about how to submit a claim, and the Proposed Plan of Allocation that will be used to calculate the amount of your payment, are available at **www.XXXXXXXXX.com**.

**What are my rights?**  Even if you do nothing, you will be bound by the Court's decisions.  If you want to keep your right to sue the Settling Distributors yourself, you must exclude yourself from the Settlement by [**Month 00, 2024**].  If you do not exclude yourself, you may object to the Settlement by [**Month 00, 2024**].  The Court will hold a hearing on **[Month 00, 2024]** at [**00:00 a.m.]** to consider whether to approve the Settlement and a request for attorneys' fees not to exceed 20% of the Settlement Fund, plus litigation expenses and service awards up to $10,000 for each of the Class Representatives.  You or your own lawyer may appear and speak at the hearing at your own expense.  The Court may change these deadlines or the hearing date (and time).  Check the Settlement website below for updates.

For more information:  **1-800-000-0000 or visit www.XXXXXXXXXXX.com**