EXHIBIT F

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | **MDL 2804** |
| **OPIATE LITIGATION** | ) | |
| | ) | **Case No. 1:17-md-2804** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| *ALL THIRD PARTY PAYOR ACTIONS* | ) | |

**EXPERT REPORT OF PROFESSOR MEREDITH ROSENTHAL REGARDING**
**ALLOCATION OF SETTLEMENT PROCEEDS**

## TABLE OF CONTENTS

I.  Executive Summary ........................................................................................................ 3

II.  Qualifications .............................................................................................................. 4

III.  Introduction ............................................................................................................... 5

IV.  Proposed Method of Allocation ................................................................................ 6

    A.  Claims-based Approach ...................................................................................... 7

    B.  Enrollment-based Approach .............................................................................. 10

    C.  Calculating Shares for TPPs that Cover Only Prescription Drugs or Only Medical Care  14

    D.  Conclusion ......................................................................................................... 15

## I.    EXECUTIVE SUMMARY

1.      I have been asked by Class Counsel for the Third-Party Payor ("TPP") plaintiffs in this matter to propose a method of allocation for the Settlement with Cencora, Inc. (f/k/a AmerisourceBergen Drug Company), Cardinal Health, Inc., and McKesson Corporation (hereafter, "Settling Distributors" or "Defendants"). I understand that the Settlement is intended to compensate TPPs for overcharges related to the alleged involvement of the Settling Distributors in failing to uphold their legal obligations on the distribution of opioids. In this report, I describe an allocation method that relies on data reasonably available to TPPs and reflects the impact of Defendants' alleged misconduct. In particular, the proposed allocation takes as its point of departure either: (1) the total dollar value of opioid claims and of medical treatment for enrollees with opioid use disorder ("OUD"); or (2) the number of enrollees or beneficiaries covered by the TPP, with adjustments to reflect the disproportionate impact of Defendants' conduct in specific states that were most vulnerable to opioid overuse.

2.       Based on similar allocation approaches in other opioid matters and adapting methods developed in the academic literature, I propose and demonstrate the use of an allocation method that is feasible given data constraints faced by class members, that relies on methods used by economists to estimate impacts of opioid marketing and increased supply, and that ensures that TPPs that were impacted more by the alleged misconduct receive a larger share of the Settlement. In addition to proposing two alternate approaches to calculating allocation shares for TPPs with and without claims data, respectively, I have also described how these methods could be applied for plaintiffs that cover only prescription drugs or medical care, but not both. Because the class period (1996-2024) covers periods where most TPPs would not have access to complete claims data, I also propose an allocation methodology for years where claims data are missing.

3.      I reserve the right to update my analyses and conclusions if additional information becomes available.

## II.    QUALIFICATIONS

4.    My name is Meredith B. Rosenthal. I am the C. Boyden Gray Professor of Health Economics and Policy at the Harvard T.H. Chan School of Public Health and an Academic Affiliate of Greylock McKinnon Associates ("GMA"), a consulting and litigation support firm. My principal research interests concern the economics of the health care industry, including pharmaceuticals.

5.    At Harvard, I have taught undergraduate-, Masters-, and Ph.D.-level health economics and health policy courses. I have conducted research on a wide variety of health economics topics, with a focus on the financing and organization of the U.S. health care system. Specific topics that I have studied include the effect of payment incentives on provider behavior,[1] payment and delivery system reform,[2] and advertising of prescription drugs.[3] I have published more than 170 peer-reviewed journal articles, essays, and book chapters.

6.    Since 1996, I have worked through GMA as an expert in health economics on litigation in health care markets and in the pharmaceutical industry. I have submitted written and oral testimony in litigation regarding allegations of foreclosure of generic entry, improper marketing of opioids in the National Opioid Litigation, fraudulent use of list prices, anticompetitive contracting, and violations of the false claims act. In addition, I have presented written testimony directly related to the allocation of the class settlement between TPPs and defendants in *In re:*

---

[1] M. Rosenthal, "Risk Sharing and the Supply of Mental Health Services," *Journal of Health Economics*, 19(6), November 2000, pp. 1047-65; M. Rosenthal, *et al.*, "From Concept to Practice: Early Experience with Pay-for-Performance," *Journal of the American Medical Association*, 294(14), October 2005, pp. 1788-93; M. Rosenthal, *et al.*, "Impact of Financial Incentives for Prenatal Care on Birth Outcomes and Spending," *Health Services Research*, 44(5), Part 1, October 2009, pp. 1465-79.

[2] M. Rosenthal, "Beyond Pay for Performance – Emerging Models of Provider-Payment Reform," *New England Journal of Medicine*, 359(12), September 2008, pp. 1197-1200; M. Rosenthal, *et al.*, "Effect of a Multipayer Patient-Centered Medical Home on Health Care Utilization and Quality: The Rhode Island Chronic Care Sustainability Initiative Pilot Program," *JAMA Internal Medicine*, September 2013, pp. 1907-13; S. Edwards, M. Abrams, M. Rosenthal, *et al.*, "Structuring Payment to Medical Homes After the Affordable Care Act," *Journal of General Internal Medicine*, 2014, pp. 1410-13.

[3] M. Rosenthal, *et al.*, "Promotion of Prescription Drugs to Consumers," *The New England Journal of Medicine*, 346(7), February 2002, pp. 498-505; M. Rosenthal, *et al.*, "Demand Effects of Recent Changes in Prescription Drug Promotion," *Forum for Health Economics & Policy*, 6(1), January 2003, pp. 1-26; M. Mello, M. Rosenthal, and P. Neumann, "Direct-to-Consumer Advertising and Shared Liability for Pharmaceutical Manufacturers," *Journal of the American Medical Association*, 289(4), January 2003, pp. 477-81; J. Donohue, et al., "Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression," *Medical Care*, 42(12), December 2004, pp. 1176-85.

*McKinsey & Co., Inc. National Prescription Opiate Consultant Litig.*, No. 21-md-02996-CRB (SK) (N.D. Cal.).

7.      I received an A.B. in International Relations from Brown University in 1990 and a Ph.D. in Health Policy (Economics Track) from Harvard University in 1998. A more complete description of my qualifications is found in my *Curriculum Vitae*, which is included as Attachment A to this report. Attachment A also includes a list of my testimony in the past four years and a list of my publications. Attachment B is a listing of the materials I relied upon in forming the opinions included in this report. GMA is currently compensated at a rate of $950 per hour for my time. I may also receive additional compensation from GMA based on staff billings in this matter. Neither my nor GMA's compensation in this matter is contingent upon the outcome of this litigation. Should additional materials become available after the submission of this report and if asked to do so by counsel or the Court, I reserve the right to update my analysis.

## III.    INTRODUCTION

8.      Since 2017, more than 150 lawsuits have been brought by TPPs against Defendants, some as individual cases and others on behalf of TPP classes. The complaints allege that the Settling Distributors participated with opioid manufacturers and others in the misconduct that increased demand and  flooded the market with prescription opioids. Settling Distributors are alleged to have willfully disregarded their legal duties regarding monitoring and controlling opioid diversion, leading to oversupply of opioids and the opioid epidemic that continues to this day. TPPs were (and continue to be) affected by the alleged misconduct as they pay for pharmaceuticals for their enrollees, including opioids and other prescription drugs, and medical care, including treatments for opioid use disorder and its complications.

9.      The proposed settlement class definition for the TPP class is as follows:

All entities that, during the time period from January 1, 1996, to the date of entry of the Preliminary Approval Order:

(i)      paid and/or were reimbursed for opioid prescription drugs manufactured, marketed, sold, distributed, or dispensed by any of the Defendants and/or Opioid Supply Chain Members for purposes other than resale; and/or

(ii)     paid or incurred costs for treatment related to the misuse, addiction, and/or overdose of opioid drugs, on behalf of individual beneficiaries, insureds, and/or members.

(iii)    For clarity, included in the class are: (a) private contractors of Federal Health Employee Benefits plans, (b) plans for self-insured local governmental entities that have not settled claims in MDL No. 2804, (c) managed Medicaid plans, (d) plans operating under Medicare Part C and/or D, and (e) Taft-Hartley plans.

Excluded from the class are:

(i)     (a) all federal governmental entities and all state and local governmental entities whose claims have been released by a prior settlement with the Settling Distributors, (b) Pharmacy Benefit Managers ("PBMs"), (c) consumers, (d) fully insured plan sponsors, and (e) Excluded Insurers, including all related entities as listed in the definition of Excluded Insurers.  For the avoidance of doubt, (i) entities that are administered or operated, but not owned, by an Excluded Insurer and (ii) entities that own an interest, even a controlling interest, in a PBM, are not excluded from the Class, unless they are an Excluded Insurer or are otherwise excluded; and

(ii)    (a) the Settling Distributors and their subsidiaries, affiliates, and controlled persons; (b) officers, directors, agents, servants, or employees of any Settling Distributor, and the immediate family members of any such persons; and (c) persons and entities named as Defendants in any of the Actions coordinated under or parallel to MDL No. 2804.

10.    In the remainder of this report, I describe my approach to allocation, which builds on methods first used in peer-reviewed studies in economics and health policy.

## IV.    PROPOSED METHOD OF ALLOCATION

11.    Conceptually, a fixed settlement to compensate TPPs for overcharges related to the alleged harms should be allocated in a way that reflects the relative burden borne by individual TPPs. This relative burden can be approximated by comparing TPPs' estimated spending on

opioids with the health care sequelae of opioid addiction (e.g., emergency department visits for opioid overdose). In the following two sections, I describe two alternative methods for estimating opioid-related spending: (1) for those TPPs with claims data (i.e., electronic records of individual claims payment transactions for opioid-related services), and (2) for those TPPs without claims data.

### A.    Claims-based Approach

**TPPs with Complete Claims Data for the Class Period**

12.     The first method of estimating opioid-related spending uses class member claims data for the damage period. These data can be tabulated to construct the two component estimates of opioid-related spending: (1) spending on prescription opioids, including medications for opioid use disorder and (2) the excess health care spending for people with OUD covered by the plan.

13.     For the first part of the calculation, TPPs will begin by identifying the relevant claims for opioids based on drug names or National Drug Classification numbers ("NDCs"). TPP paid amounts (the amounts paid to pharmacies by the TPP after the consumer share has been netted out of the total transaction price) will be summed over all relevant claims.

14.     For the second part of the calculation, TPPs will count the number of enrollee-years (e.g., if there are ten people per year with OUD in each of five years, that would be 50 OUD person-years) with OUD during the class period and multiply this number by a published estimate of the excess cost of OUD. Patients with OUD should be identified by the presence of a diagnosis code on any medical claim associated with OUD in the year of interest. That is, TPPs should count the unique number of members with any OUD diagnosis in each year and sum these for the number of enrollee-years with OUD.

15.     The excess cost of OUD is estimated by researchers by identifying populations as similar as possible except for the presence of a diagnosis of OUD and comparing their annual spending. Davenport, et al. published a report through the Society of Actuaries in 2019 that estimated the medical cost of OUD (excluding prescription drugs, which are separately tabulated as described

above) to be approximately $19,118 for patients with OUD in 2015 and 2016.[4] I adjust this figure by the Medical Care Consumer Price Index (MC-CPI) to generate the medical cost of OUD for the full class period of 1996 – 2024.[5]

16.     TPPs prescription opioid expenditures and OUD expenditures will then be summed up and reported at the state level.

### TPPs with Incomplete Claims Data for the Class Period

17.     There will be TPPs that can present some claims data but cannot present claims over the full period, especially during the earlier years of the class period. In this case, ARCOS[6] data on total opioid MMEs can be combined with TPP data to estimate TPP expenditures for these years. Figure 1 below shows the trajectory of total MMEs in the United States from 1997 to 2023,[7] calculated using ARCOS data.[8] The percentage change in total MMEs and a measure of medical price inflation sold from one year to the next will be used to interpolate or extrapolate opioid spending for TPPs' with incomplete claims data.

---

[4] S. Davenport, *et al.*, "Economic Impact of Non-Medical Opioid Use in the United States," *Society of Actuaries,* October 2019, p. 15 (https://www.soa.org/globalassets/assets/files/resources/research-report/2019/econ-impact-non-medical-opioid-use.pdf); Figure 8 details additional total spending of $21,281 per patient with OUD when compared to non-OUD control patient, and net average prescription drug cost of $2,163, additional spending total of patients diagnosed with OUD is $19,118 ($21,281 - $2,163 = $19,118).

[5] Deflation calculation uses the U.S. Bureau of Labor Statistic's Medical Care Consumer Price Index for all Urban Consumers, seasonally adjusted; Series ID CUSR0000SAM.

[6] ARCOS Retail Drug Summary Reports. Conversion of grams to MMEs is explained in footnote 16 below.

[7] If the damage period ultimately includes part or all of 2024, it is my opinion that settlement shares calculated for the period through 2023 will be a reliable proxy for the longer time period.

[8] Data is unavailable for 1996. Based on the small growth from 1997 to 1998 in total MMEs, I assume that MMEs in 1996 are the same as 1997.

**Figure 1: Total MMEs (Millions), United States, 1997 – 2023[9]**



18.    The specific procedure to calculate expenditures in missing years relies on the closest year of data available for a given TPP. First, I estimate the MMEs for missing year using the following calculation:

$$Q\ Adj_t = Expenditures_i * \left(\frac{ARCOS\ MMEs_t}{ARCOS\ MMEs_i}\right) \qquad 1$$

Where $t$ represents the year with missing TPP data, and $i$ represents the nearest year of available data.[10] For example, a TPP missing data in 2010, but that has data for 2009 and 2011 would use their 2011 expenditures along with the 2011 ARCOS MMEs as the denominator, and the 2010 figure for the numerators.

19.    Prices differ across years as well, however, so a price adjustment is needed to calculate (nominal) spending in the years for which claims data are missing. I again use the MC-CPI to adjust prices:

$$P\ Adj_t = Q\ Adj_t * \left(\frac{MC\ CPI_t}{MC\ CPI_i}\right) \qquad 2$$

---

[9] ARCOS Retail Drug Summary Reports. The 2000 ARCOS report includes hydrocodone and oxycodone only. I estimate MMEs for the year 2000 of other opioids by taking the average of 1999 and 2001.

[10] When two years of available data are the same distance as the missing year, the claims administrator should use the latter of these.

Where $P\,Adj_t$ comes from equation 1 above, $i$ represents the MC-CPI for the year of available data, and $t$ is the MC-CPI for the year with missing data.

20.    This method can be applied to multiple years of missing data. Table 1 below illustrates these calculations for the hypothetical example.[11] Suppose that a TPP incurred costs related to opioids on behalf of its beneficiaries, from 1997 – 2000, but only has access to claims data starting in 2000. This hypothetical TPP reported OUD expenditures (prescription opioid spending and excess health care costs for beneficiaries with OUD) totaling $10 million in that year (row [A]). According to Figure 1, total MMEs in 1999 represent 76.3% of the 2000 figure, 1998 is 83.2% of 1999, and 1997 is 82.3% of 1998. These percentages, calculated based on aggregate shipments from ARCOS via Equation 1, give us "quantity adjustments" to translate actual 2000 spending data into estimates for 1999, 1998, and 1997 (row [C]).  The price adjustment from Equation 2 results in the hypothetical TPP's total expenditures, which become $4.7, $5.9, $7.3 and $10.0 million respectively (row [E]).

**Table 1. Hypothetical Calculations of Opioid-related Spending for TPPs with Incomplete Claims (Figures in Millions)**

| Year | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|
| [A] TPP Expenditures ($) | - | - | - | 10.0 |
| [B] ARCOS Total MMEs | 32,006 | 38,867 | 46,690 | 61,195 |
| [C] Quantity-adjusted Expenditures ($) | 5.2 | 6.4 | 7.6 | 10.0 |
| [D] MC-CPI | 239.1 | 246.8 | 255.1 | 266.0 |
| [E] Price-adjusted Expenditures ($) | 4.7 | 5.9 | 7.3 | 10.0 |

B.    **Enrollment-based Approach**

21.    Some TPP class members may not have access to claims data at all, however. An alternative approach to allocation would instead focus on the size of the affected population, measured in the number of enrollees, and account for differential exposure to the challenged

---

[11] A full series of the ARCOS total MMEs and MC-CPI will be provided to the claims administrator to use for any missing years.

conduct. In my experience conducting academic research involving TPP data, enrollment data can often be found in reports and regulatory filings, even if electronic data are not available. Thus, an alternative method of estimating opioid-related spending for TPPs without claims data could use these enrollment data as the point of departure. My proposed alternative approach to estimating opioid-related spending from enrollment data is predicated on the fact that the impact of opioid manufacturers' marketing on TPPs is a function of: (1) the size of their covered populations over the class period (i.e., enrollment) and (2) their exposure to the harms caused by the challenged conduct and resulting oversupply. Following recent work exploring the impact of opioid marketing on downstream outcomes, I measure exposure as a function of the geographic location of enrollees given that the opioid epidemic disproportionately impacted states where conditions were favorable for overuse. Notably, while the economic literature that identifies the geographic correlates of the opioid epidemic focuses on the conduct of manufacturers (namely their marketing efforts), it follows that Defendants' alleged joint misconduct and failure to monitor and control opioid diversion impacted TPPs disproportionately in those areas most aggressively targeted by marketing.

**Geographic Correlated of Opioid Oversupply**

22.     I develop the enrollment-based approach by adapting a methodology used by Dennett and Gonsalves (2023), which in turn was built on two earlier economics papers. Dennett and Gonsalves examine the impact of opioid marketing on long-term health outcomes associated with opioid use and addiction.[12] They combine insights from two previous papers (described below) that developed proxies for exposure to opioid marketing and showed that early targeting of states with certain characteristics caused differences in long-term opioid impacts including increased opioid-related health care utilization and spending. The proxies these authors use derive from internal information on Purdue's marketing strategies made public during litigation. First, researchers found that a state's use of triplicate prescription programs, a strict set of prescription drug monitoring policies, was a deterrent to opioid marketing because physicians in states with triplicate prescribing were less likely to use opioids.[13] Second, other researchers

---

[12] J.M. Dennett and G.S. Gonsalves, "Early OxyContin Marketing Linked to Long-Term Spread of Infectious Diseases Associated with Injection Drug Use," *Health Affairs*, 42(8), 2023, pp. 1081-90.

[13] A. Alpert, *et al.,* "Origins of The Opioid Crisis and Its Enduring Impacts," *Quarterly Journal of Economics*, 2022, 137(2), pp.1139–79.

found that cancer mortality was a predictor of opioid marketing because these drugs were initially indicated for cancer-related pain.[14] Dennett and Gonsalves combine both proxies to categorize states as low, middle, and high-exposure to opioid marketing. In their primary analysis and a series of robustness checks, they demonstrate that these categories are strong predictors of the long-term consequences of opioid marketing and independent of their dependent variables. Notably, in supplemental analyses, Dennett and Gonsalves demonstrate that their exposure variables are associated with trends in opioid shipments (wholesale quantities).[15] These results corroborate the assumption that the same factors that encouraged unlawful marketing of opioids were also predictive of distributor oversupply of opioids. I replicated this analysis using Drug Enforcement Agency data in Figure 2 below. Figure 2 charts the average milligrams of morphine equivalents (MMEs) per capita for states categorized as low, medium, and high exposure, respectively. As expected, there is a clear difference in the levels of MMEs supplied to states in the three exposure groups.

**Figure 2: Average Opioid MMEs per Capita, by State Exposure Level, 1997 – 2023[16]**



---

[14] C. Arteaga and V. Barone, "A Manufactured Tragedy: The Origins and Deep Ripples of The Opioid Epidemic," Working Paper, October 10, 2023 (https://viquibarone.github.io/baronevictoria/Opioids_ArteagaBarone.pdf).

[15] Dennett and Gonsalves, *op. cit.*, Supplemental Appendix, Figure S2.

[16] As per Dennett and Gonsalves, Appendix A, opioids included in this chart are those that are consistently reported in ARCOS data over the period: codeine, fentanyl base, hydrocodone, hydromorphone, meperidine, and morphine. The ARCOS report in 2000 includes only hydrocodone and oxycodone. I have estimated missing drug MMEs for the year 2000 by taking the average of 1999 and 2001. I use the gram to MME conversion factors used by Dennett and Gonsalves, Appendix A.

23.     Based on the insights from this research, I propose the following approach to estimating opioid-related spending for TPPs that cannot access their own claims data. First, the claims administrator will request that TPPs with claims data report their prescription drug spending and enrollee-years with OUD by state as discussed in section IV.A above. These TPPs will also be required to report their current enrollment by state, based on electronic data that are available for claims adjudication.[17] Second, after calculating total opioid-related spending for each TPP using the claims approach, the claims administrator will calculate an average dollar amount of opioid-related spending per enrollee per year, separately for enrollees in low, middle and high exposure states to reflect the differing impact of the misconduct in these areas. The average opioid-related spending per enrollee per year (for each subgroup of states) for TPPs using the enrollment approach is to be estimated as follows: total estimated opioid-related spending TPPs in the claims-based approach for 1996 - 2023, divided by the product of 28 (the number of years that those spending figures reflect) and the sum of reported current enrollment for TPPs that are also reporting claims-based information.

24.     Estimated spending on opioid-related expenses for TPPs that are only able to report enrollment will then be calculated as: the sum of (1) the number of enrollees in low-exposure states multiplied by the average opioid-related spending per enrollee per year in low-exposure states, (2) the number of enrollees in middle-exposure states multiplied by the average opioid-related spending per enrollee in middle-exposure states, and (3) the number of enrollees in high-exposure states multiplied by the average opioid-related spending per enrollee in high-exposure states.

25.     To illustrate, imagine the following hypothetical. First, the claims administrator calculates total opioid-related spending and current enrollment for class members that are able to tabulate their claims based on the approach described above. These hypothetical amounts are shown in the first two rows of Table 2 below. The claims administrator then uses the enrollment by state data from these same class members (those that reported claims-based estimates of opioids and enrollee-years with OUD) to calculate the average dollar value of claims per enrollee

_____

[17] While current enrollment must be available to TPPs to adjudicate claims, these data are continuously updated as members enroll, disenroll, and change plans. Because not all TPPs save annual snapshots of this continuously changing eligibility record, I propose that the claim form request only a current enrollment snapshot, by state.

per year (dividing total claims by 28 – the number of years in the damage period – and the reported total enrollment) in low, middle, and high exposure states. These (hypothetical) amounts are shown in the last row of Table 2.

26.     The dollar amounts used for allocation for members without claims data can then be calculated by multiplying the number of enrollee-years for each exposure category by the respective dollar value of claims per enrollee per year for the exposure category. These amounts would be summed for each TPP.

**Table 2. Hypothetical Calculations of Opioid-related Spending per Enrollee-year for TPPs Without Claims Data**

|  | Low exposure | Middle exposure | High exposure |
|---|---|---|---|
| Total Opioid-related Spending for TPPs with Claims Data from 1996 - 2023 | $100,000,000 | $200,000,000 | $800,000,000 |
| Current Enrollment for TPPs With Claims Data | 50,000 | 40,000 | 100,000 |
| Opioid-Related Spending Per Enrollee-Year | $71.42 | $ 178.57 | $285.71 |

### C.     Calculating Shares for TPPs that Cover Only Prescription Drugs or Only Medical Care

27.     Some TPP class members were only financially responsible for either prescription drug spending or medical care, but not both, during the class period. The claims-based methodology proposed above is readily adaptable to TPPs that only covered one of prescription drugs or medical care because there are separate calculations proposed for each, which are then combined to estimate total opioid-related spending. For TPPs with enrollment data only, the claims administrator can separately compute opioid-related prescription drug or OUD-associated medical spending per enrollee by state and apply these component measures to the reported enrollment data.

### D.  Conclusion

28.  For each class member that files a valid claim form, their share of the Settlement will be calculated as the sum of their total prescription opioid spending and total excess spending for enrollees with OUD estimated using one of the two methods described above, divided by the total estimated opioid-related spending for all class members that make a valid settlement claim (or have one made on their behalf). Table 3 below provides a hypothetical example if only three TPPs submitted valid claims to the Settlement. Each TPP's share of the settlement is their total opioid spending divided by the total opioid spending for all TPPs that submitted claims (here, $440 million in total).

**Table 3. Hypothetical Share of Total Settlement for All TPPs**

|  | TPP 1 | TPP 2 | TPP 3 |
|---|---|---|---|
| Total Prescription Opioid Spending | $50,000,000 | $30,000,000 | $60,000,000 |
| Total Excess Spending on OUD | $100,000,000 | $80,000,000 | $120,000,000 |
| Total Opioid-related Spending | $150,000,000 | $110,000,000 | $180,000,000 |
| Share of settlement | 34% | 25% | 41% |

29.  In my opinion, the allocation approach I propose above is economically reasonable because it either directly reflects the dollar amount of opioid-related spending borne by each class member or indirectly captures this amount based on evidence of the disproportionate geographic impact of Defendants' alleged conduct.

30.  Based on my expertise in health economics, experience working with industry data, and knowledge of this matter, I conclude that this two-part method offers a feasible and fair approach to settlement allocation in this matter.

Meredith Rosenthal, Ph.D.
August 26, 2024

# ATTACHMENT A

## CURRICULUM VITAE

Date: June 2024

**NAME:**        Meredith B. Rosenthal

**ADDRESS:**        Harvard T. H. Chan School of Public Health
677 Huntington Avenue
Boston, MA 02115
Tel: (617) 432-3418
meredith_rosenthal@harvard.edu

**BIRTHPLACE:**        Boston, Massachusetts

## EDUCATION:

1998        Health Policy (Economics track), Ph.D., Harvard University

1990        International Relations (Commerce), A.B., Brown University

## ACADEMIC APPOINTMENTS:

2011-present        C. Boyden Gray Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

2006-2011        Associate Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

1998-2006        Assistant Professor of Health Economics and Policy
Department of Health Policy and Management
Harvard School of Public Health

## ADMINISTRATIVE APPOINTMENTS:

2017-2018        Senior Associate Dean for Academic Affairs
Harvard T. H. Chan School of Public Health

2013-2017        Associate Dean for Diversity
Harvard T. H. Chan School of Public Health

2019-2023        Faculty Chair, Advanced Leadership Initiative
Harvard University

## PROFESSIONAL SOCIETIES:

2014-present        Elected Member, National Academy of Medicine (Institute of Medicine)
2004-present        American Society of Health Economists
2000-present        International Health Economics Association
1995-present        AcademyHealth
*Planning Committee for 2008 Annual Research Meeting*

## OTHER PROFESSIONAL EXPERIENCE:

1996-present        Academic Affiliate, Greylock McKinnon Associates

1993-1994        Analyst, Health Economics Research, Inc./The Center for Health Economics Research

1990-1993        Consultant, Price Waterhouse, Tax Economics Department

1

**SERVICE:**

| | |
|---|---|
| 2016-present | Member, Massachusetts Center for Health Information and Analysis Oversight Council |
| 2013-2017 | Board Chair, Massachusetts Health Quality Partners |
| 2007-2016 | Member, Massachusetts Public Health Council |
| 2005 | Expert Testimony, House Committee on Education and Workforce, House Subcommittee on Employer-Employee Relations, Hearing on Examining Pay-for-Performance Measures and Other Trends in Employer-Sponsored Health Care |
| 2003 | Expert Testimony, Senate Special Committee on Aging, Hearing on Direct to Consumer Advertising of Prescription Drugs: Exploring the Consequences |
| 2001 | Chair, Massachusetts Special Commission on Physician Compensation |

**HONORS AND DISTINCTIONS:**

| | |
|---|---|
| 2016 | AcademyHealth Paper of the Year Award |
| 2016 | Harvard TH Chan School of Public Health Student Mentoring Award |
| 2015 | Harvard TH Chan School of Public Health Advancement of Women Faculty Mentoring Award |
| 2014 | Harvard School of Public Health Junior Faculty Mentoring Award |
| 2011 | Harvard School of Public Health Teaching Citation |
| 2010 | Academy of Management Best Theory to Practice Paper in Health Care Management |
| 2006 | Alfred P. Sloan Foundation Industry Studies Fellowship |
| 2003 | Labelle Lectureship in Health Policy, McMaster University |

**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

| | |
|---|---|
| 2016-2018 | University President's Task Force on Inclusion and Belonging |
| 2012-2014 | Harvard School of Public Health Faculty Council, Vice-Chair (2012) |
| 2007-2014 | Harvard School of Public Health Committee on Admissions and Degrees, Chair (2010) |
| 2007 | Co-Chair, Harvard School of Public Health Child Care Task Force |
| 2006-2011 | Harvard School of Public Health Committee on the Concerns of Women Faculty |
| 2000-present | Executive Committee on Higher Degrees in Health Policy, Harvard University |
| 1999-present | Admissions Committee, Ph.D. Program in Health Policy, Harvard University |

**EDITORIAL ACTIVITIES:**

| 1997-present | Referee: *Journal of Health Economics*, *Inquiry*, *Health Services Research, Health Affairs, Journal of the American Medical Association, New England Journal of Medicine, and others* |
| --- | --- |
| 2012-2015 | Member, *New England Journal of Medicine*, Perspective Advisory Board |
| 2008-2014 | Associate Editor, Medical Care, Research and Review |
| 1997-1998 | Assistant Editor, Evidence-based Health Policy and Management |

**MAJOR RESEARCH INTERESTS:**

1. Market-oriented health policy
2. Physician payment incentives
3. Consumerism and consumer-directed health plans
4. Economics of the pharmaceutical industry

**RESEARCH SUPPORT:**

Past Funding:

| 2015-2021 | Accelerating the Use of Evidence-based Innovations in Healthcare Systems, AHRQ, *Principal Investigator* |
| --- | --- |
| 2016-2021 | Identifying Cascades of Low-Value Care and the Organizational Practices that Prevent Them, AHRQ, *Co-Investigator* |
| 2016-2018 | Generic Drug Pricing: Actionable Research for Policy, Commonwealth Fund, Principal Investigator |
| 2015-2017 | Improving the Value of Health Care Choices, Arnold Foundation, *Principal Investigator* |
| 2012-2017 | Optimizing Ambulatory Patient Safety in Partnership with Primary Care Transformation, HMS Gift/CRICO, *Co-Principal Investigator* |
| 2016-2017 | Physician Payment in ACOs, Arnold Foundation, *Principal Investigator* |
| 2013-2015 | Understanding the Use and Impact of Price Data in Health Care, RWJF, *Co- Investigator* |
| 2013-2015 | Impact of Price Transparency Tools on Consumer Behavior, RWJF, *Co- Investigator* |
| 2013-2015 | Getting the Complete Picture: What Does the Body of Research on the Patient-Centered Medical Home Really Tell Us? CMWF, *Principal Investigator* |
| 2013-2015 | Prevalence and Variation in Over-Use of Health Services in Commercially Insured Patients, Peter G. Peterson Foundation, *Principal Investigator* |
| 2013-2015 | Measuring Overuse of Health Care: Are Providers and Patients 'Choosing Wisely'?, CMWF, *Co-investigator* |
| 2013-2014 | Prevalence and Variation in Over-Use of Health Services in Medicare: Choosing Wisely, RWJF, *Co-investigator* |

2012-2015     Evaluating Sequential Strategies to Reduce Readmission in Diverse Populations, AHRQ, *Co-investigator*

2010-2014     Factors Associated with Effective Implementation of a Surgical Safety Checklist, AHRQ (R18), *Co-investigator*

2010-2014     A Randomized Trial of Behavioral Economic Interventions to Reduce CVD Risk, NIA (RC4), *Co-investigator*

2008-2010     Rewarding Quality Diabetes Management, RWJF/Hudson Health Plan, *Principal Investigator*

2008-2009     Effects of High-Deductible Health Plans on Families with Chronic Conditions, RWJF/Harvard Pilgrim Healthcare Plan, *Co-Investigator*

2008-2008     Implications of Value-Based Purchasing for Health Disparities: A Synthesis of the Evidence, Office of Minority Health, Department of Health & Human Services, *Principal Investigator*

2008-2008     Payment Reform Opportunities for Medicaid Programs, University of Pittsburgh, *Principal Investigator*

2007-2009     Changes in Health Care Financing and Organization: How does Fragmentation of Care Contribute to the Costs of Care? RWJF/HCFO, *Co-investigator*

2006-2008     Evaluating the Impact of a Novel Pay for Performance Program in a Medicaid Managed Care Plan, The Commonwealth Fund, *Principal Investigator*

2006-2008     Sloan Industry Studies Fellowship for Meredith Rosenthal, Alfred P. Sloan Foundation, *Principal Investigator*

2005-2008     Incentive Formularies and the Costs and Quality of Care, Agency for Healthcare Research and Quality, *Co-investigator*

2005-2007     Strategies to Improve the Value of Health Benefit Spending for Low-Wage Workers, The Commonwealth Fund, *Principal Investigator*

2005–2007     Uptake and Impact of Health Risk Appraisals, RWJ Health Care Financing and Organization Initiative, *Principal Investigator*

2003-2007     The Patterns and Impact of Value Based Purchasing, Agency for Healthcare Research and Quality, *Co-investigator*

2002-2007     Coverage, Organization of Care, and Colorectal Screening,          National Institutes of Health, *Co-investigator*

**Current Funding**

2019-2022     Price, Spending and Utilization Impacts of Vertical Integration in Massachusetts, Laura and John Arnold Foundation

2018-2022     Generic cancer drugs: pricing and affordability, American Cancer Society

In this study there will be extensive conducting of empirical research using pharmaceutical data and analyzing economic and policy issues related to health care cost control.
Role: Co-Investigator

**TEACHING EXPERIENCE**

2021-present     Health Policy 2000: Core Course for the PhD Program in Health Policy

2016-present     Health Policy and Management 260: Health Economics with Applications to Global Health Policy

2003-present     Health Policy and Management 209: Economics for Health Policy

2013-2014     Global Health and Health Policy 50 (Harvard College): The Quality of Care in the United States

1999-2001     Health Policy and Management 507: Mental Health Economics and Policy in the United States

**BIBLIOGRAPHY**

**Peer-Reviewed Articles**

1.    **Rosenthal MB**, Geraty RD, Frank RG, Huskamp HA. Psychiatric provider practice management companies: Adding value to behavioral health care? *Psychiatric Services*. 1999 Aug;50(8):1011-13.

2.    **Rosenthal MB**. Risk sharing in managed behavioral health care. *Health Affairs*. 1999 Sept-Oct;18(5):204-13.

3.    Huskamp HA, **Rosenthal MB**, Frank RG, Newhouse JP. The Medicare prescription drug benefit: How will the game be played? *Health Affairs*. 2000 Mar-Apr;19(2):8-23.

4.    **Rosenthal MB**. Risk sharing and the supply of mental health services. *Journal of Health Economics*. 2000 Nov;19(6):1047-65.

5.    Cutler DM, Epstein AM, Frank RG, Hartman RS, King C, Newhouse JP, **Rosenthal MB**, Vigdor ER. How good a deal was the tobacco settlement?: Assessing payments to Massachusetts. *Journal of Risk and Uncertainty*. 2000;21(2/3):235-61.

6.    **Rosenthal MB**, Frank RG, Buchanan JL, Epstein AM. Scale and structure of capitated physician organizations in California. *Health Affairs*. 2001 Jul-Aug;20(4):109-19.

7.    **Rosenthal MB**, Landon BE, Huskamp HA. Managed care and market power: Physician organizations in four markets. *Health Affairs*. 2001 Sept-Oct;20(5):187-93.

8.    Frank RG, **Rosenthal MB**. Health plans and selection: Formal risk adjustment vs. market design and contracts. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*. 2001 Fall;38(3):290-8.

9. Cutler DM, Gruber J, Hartman RS, Landrum ME, Newhouse JP and **Rosenthal MB.** The economic impacts of the tobacco settlement. *Journal of Policy Analysis and Management*. 2002 Winter; 21(1):1-19.

10. **Rosenthal MB**, Berndt ER, Donohue JM, Frank RG, and Epstein AM. Promotion of prescription drugs to consumers. *New England Journal of Medicine*. 2002 Feb; 346(7):498-505.

11. **Rosenthal MB** and Newhouse JP. Managed care and efficient rationing. *Journal of Health Care Finance*. 2002 Summer;28(4):1-10.

12. **Rosenthal MB**, Frank RG, Buchanan JL, and Epstein AM. Transmission of financial incentives to physicians by intermediary organizations in California. *Health Affairs*. 2002 Jul-Aug;21(4):197-205.

13. Mello M, **Rosenthal MB**, and Neumann PJ. Direct-to-consumer advertising and shared liability for pharmaceutical manufacturers. *JAMA*. 2003 Jan 22-29;289(4):477-81.

14. **Rosenthal MB**, Fernandopulle R, Song HR, and Landon BE. Paying for quality: Providers' incentives for quality improvement. *Health Affairs*. 2004 March-April;23(2):127-41.

15. **Rosenthal MB** and Milstein A. Awakening consumer stewardship of health benefits: Prevalence and differentiation of new health plan models. *Health Services Research*. 2004 Aug;39(4):1055-70.

16. Donohue JM, Berndt ER, **Rosenthal MB**, Epstein AM, and Frank RG. Effects of pharmaceutical promotion on adherence to the treatment guidelines for depression. *Medical Care*. 2004 Dec;42(12):1176-85.

17. **Rosenthal MB**. Doughnut-hole economics. *Health Affairs*. 2004 Nov-Dec; 23(6):129-35.

18. **Rosenthal MB**, Frank RG, Li Z, and Epstein AM. Early experience with pay-for-performance: From concept to practice. *JAMA*. 2005 Oct 12;294(14):1788-93.

19. **Rosenthal MB**, Hsuan C. and Milstein A. A report card on the freshman class of consumer-directed health plans. *Health Affairs*. 2005 Nov-Dec;24(6):1592-1600.

20. **Rosenthal MB**, Zaslavsky AM and Newhouse JP. The geographic distribution of physicians revisited. *Health Services Research*. 2005 Dec;40(6):1931-52.

21. **Rosenthal MB** and Frank RG. What is the empirical basis for paying for quality in health care? *Medical Care Research and Review*. 2006 April;63(2):135-57.

22. **Rosenthal MB** and Daniels NB. Beyond competition: The normative implications of consumer-driven health plans. *Journal of Health Politics, Policy, and Law*. 2006 Jun;31(3):671-86.

23. Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies and changes in prescription drug spending. *American Journal of Managed Care.* 2007 June;13(6):360-69.

24. **Rosenthal MB**, Minden S, Manderscheid R, Henderson M. A typology of organizational and contractual arrangements for purchasing and delivery of behavioral health care. *Administration and Policy in Mental Health and Mental Health Services Research*. 2006 Jul;33(4):461-9.

25. **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Epstein AM. Pay for performance in commercial HMOs. *New England Journal of Medicine.* 2006 Nov 2;355(18):1895-1902.

26. Mehrotra A, Epstein AM, **Rosenthal MB**. Do integrated medical groups provide higher-quality medical care than individual practice associations? *Annals of Internal Medicine.* 2006 Dec 5;145(11):826-33.

27. Donohue JM, Cevasco M, **Rosenthal MB**. A decade of direct-to-consumer advertising of prescription drugs. *New England Journal of Medicine.* 2007 Aug 16;357(7):673-81.

28. **Rosenthal MB**. Pay for performance and beyond. *Expert Review of Pharmacoeconomics and Outcomes Research.* 2007;7(4):351-5.

29. **Rosenthal MB**, Landon BE, Howitt K, Song HR, Epstein AM. Climbing up the pay-for-performance learning curve: Where are the early adopters now? *Health Affairs.* 2007 Nov-Dec;26(6):1674-82.

30. **Rosenthal MB**, Landon BE, Normand S-LT, Frank RG, Ahmad TS, Epstein AM.  Employers' use of value-based purchasing strategies. *JAMA.* 2007 Nov;298(19):2281-8.

31. **Rosenthal MB**, Landrum MB, Meara E, Huskamp HA, Conti RM, Keating NL. Using performance data to identify preferred hospitals. *Health Services Research.* 2007 Dec;42(6):2109-19.

32. Timbie JW, Newhouse JP, **Rosenthal MB**, Normand S-LT. A cost-effectiveness framework for profiling the value of hospital care. *Medical Decision Making.* 2008 May-Jun;28(3):419-34.

33. Landon BE, **Rosenthal MB**, Normand SL, Frank RG, Epstein AM. Quality monitoring and management in commercial health plans. *American Journal of Managed Care.* 2008 Jun;14(6):377-86.

34. Meara E, **Rosenthal MB**, Sinaiko A, Baicker K. State and Federal approaches to health reform: What works for the working poor? *Forum for Health Economics and Policy.* 2007 July;10(1).

35. Mello MM, **Rosenthal MB**. Wellness programs and lifestyle discrimination - the legal limits. *New England Journal of Medicine.* 2008 Jul;359(2):192-9.

36. Camillus JA, **Rosenthal MB**. Health care coalitions: From joint purchasing to local health reform. *Inquiry.* 2008 Summer;45(2):142-52.

37. Schneider EC, **Rosenthal MB**, Gatsonis CG, Zheng J, Epstein AM. Is the type of Medicare insurance associated with colorectal cancer screening prevalence and selection of screening strategy? *Medical Care.* 2008 Sept;46(9):S84-90.

38. **Rosenthal MB**, DeBrantes FS, Sinaiko AD, Frankel M, Robbins RD, Young S.  Bridges to excellence--Recognizing high quality care: Analysis of physician quality and resource use. *American Journal of Managed Care.* 2008 Oct;14(10):670-7.

39. Bae, SJ, **Rosenthal MB.** Patients with multiple chronic conditions do not receive lower quality of preventive care. *Journal of General Internal Medicine.* 2008 Sept;23(12):1933-9.

40. Timbie JW, Shahian DM, Newhouse JP, **Rosenthal MB**, Normand S-LT. Composite measures for hospital quality using quality-adjusted life years. *Statistics in Medicine*. 2009 Jan;28(8):1238-54.

41. **Rosenthal MB**, Landon BE, Normand S-LT, Ahmad TS, Epstein AM. Engagement of health plans and employers in addressing racial and ethnic disparities in health care. *Medical Care Research and Review.* 2009 Apr;66(2):219-31.

42. DeBrantes FS, D'Andrea G, **Rosenthal MB**. Should health care come with a warranty? *Health Affairs.* 2009 Jun;28(4):w678-87.

43. Huskamp HA, **Rosenthal MB**. Health risk appraisals: How much do they influence employees' health behavior? *Health Affairs.* 2009 Sept/Oct;28(5):1532-40.

44. **Rosenthal MB**, Li Z, Robertson AD, Milstein A. Impact of financial incentives for prenatal care on birth outcomes and spending. *Health Services Research.* 2009 Oct;44(5):1465-79.

45. **Rosenthal MB**, Li Z, Milstein A. Do patients continue to see physicians who are removed from a PPO network? *American Journal of Managed Care*. 2009 Oct;15(10):713-9.

46. Bae SJ, **Rosenthal MB**. Pharmaceutical promotion, prior authorisation and the use of erectile dysfunction medications in the US Medicaid population. *Journal of Management and Marketing in Healthcare.* 2009 Nov;2(4):384-400.

47. Mullen K, Frank RG, **Rosenthal MB**. Can you get what you pay for? Pay-for-performance and the quality of health care providers. *RAND Journal of Economics.* 2010 Spring;41(1):64-91.

48. Sinaiko A, **Rosenthal MB**. Consumer experience with a tiered physician network: Early evidence. *American Journal of Managed Care.* 2010 Feb;16(2):123-30.

49. Gilfillan RJ, Tomcavage J, **Rosenthal MB**, Davis DE, Graham J, Roy JA, Pierdon SB, Bloom FJ Jr, Graf TR, Goldman R, Weikel KM, Hamory BH, Paulus RA, Steele GD Jr. Value and the medical home: Effects of transformed primary care. *American Journal of Managed Care*. 2010 Aug;16(8):607-14.

50. Van Herck P, De Smedt D, Annemans L, Remmen R, **Rosenthal MB**, Sermeus W. Systematic review: Effects, design choices, and context of pay-for-performance in health care. *BMC Health Services Research*. 2010 Aug; 10(1):247.

51. Weinick RM, Chien AT, **Rosenthal MB**, Bristol SJ, Salamon J. Hospital executives' perspectives on pay-for-performance and racial/ethnic disparities in care. *Medical Care Research and Review.* 2010 Oct;67(5):574-89.

52. Choudhry NK, **Rosenthal MB**, Milstein A. Assessing the evidence for value-based insurance design. *Health Affairs.* 2010 Nov;29(11)1988-94.

53. Kullgren JT, Galbraith AA, Hinrichsen VL, Miorshnik I, Penfold RB, **Rosenthal MB**, Landon BE, Lieu TA. Health care use and decision making among lower-income families in high-deductible health plans. *Archives of Internal Medicine*. 2010 Nov 22; 170(21):1918-25.

54. Galbraith AA, Ross-Degnan R, Somerai SB, Abrams AM, Kleinman K, **Rosenthal MB**, Wharam JF, Adams AS, Miroshnik I, Lieu TA. Use of well-child visits in high-deductible health plans. *American Journal of Managed Care.* 2010 Nov;16(11):833-40.

55. Chien AT, Li Z, **Rosenthal MB**. Improving timely childhood immunizations through pay for performance in Medicaid-managed care. *Health Services Research.* 2010 Dec;45(6p2):1934-47.

56. Turbyville S, **Rosenthal MB**, Pawlson G, Scholle S. Health plan resource use: Bringing us closer to value-based decisions. *American Journal of Managed Care.* 2011 Jan;17(1):68-74.

57. Galbraith AA, Ross-Degnan R, Soumerai S, **Rosenthal MB**, Gay C, Lieu TA. Nearly half of families in high-deductible health plans whose members have chronic conditions face substantial financial burden. *Health Affairs*. 2011 Feb;30(2):322-31.

58. Singer SJ, Burgers J, Friedberg M, **Rosenthal, MB**, Leape L, Schneider, E. Defining and measuring integrated patient care: Promoting the next frontier in health care delivery. *Medical Care Research and Review*. 2011 Feb;68(1),112-27.

59. Landon BE, **Rosenthal MB**, Normand S-LT, Spettell C, Lessler A, Underwood HR, Newhouse JP. Incentive formularies: Spending and utilization for 3 common drug classes. *American Journal of Pharmacy Benefits*. 2011 May/Jun;3(3):152-64.

60. Hussey PS, Ridgely MS, **Rosenthal MB**. The PROMETHEUS bundled payment experiment: Slow start shows problems in implementing new payment models. *Health Affairs*. 2011 Nov;30(11):2116-24.

61.   Sinaiko AD, Eastman D, **Rosenthal MB**. How report cards on physicians, physician groups, and hospitals can have greater impact on consumer choices. *Health Affairs*. 2012 Mar;31(3):602-11.

62.   Joynt KE, **Rosenthal MB**. Hospital value-based purchasing: Will Medicare's new policy exacerbate disparities? *Circulation: Cardiovascular Quality and Outcomes*. 2012 Mar;5(2):148-9.

63.   Conti RM, **Rosenthal MB**, Polite BN, Bach PB, Shih YC. Infused chemotherapy use in the elderly after patent expiration. *Journal of Oncology Practice*. 2012 May 1;8(3S):e18s-e23s.

64.   Galbraith AA, Soumerai SB, Ross-Degnan D, **Rosenthal MB**, Gay C, Lieu TA.  Delayed and forgone care for families with chronic conditions in high-deductible health plans. *Journal of General Internal Medicine*. 2012 Sep;27(9):1105-11.

65.   Weissman JS, Bailit M, D'Andrea G, **Rosenthal MB**. The design and application of shared savings programs: Lessons from early adopters. *Health Affairs*. 2012 Sep;31(9):1959-68.

66.   Chien AT, Eastman D, Li Z, **Rosenthal MB**. Impact of a pay for performance program to improve diabetes care in the safety net. *Preventive Medicine*. 2012 Nov;55:S80-5.

67.   Conti RM, Bernstein AC, Villaflor VM, Schilsky RL, **Rosenthal MB**, Bach PB. Prevalence of off-label use and spending in 2010 among patent-protected chemotherapies in a population-based cohort of medical oncologists. *Journal of Clinical Oncology*. 2013 Mar 20;31(9):1134-9.

68.   **Rosenthal MB**, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC. Effect of a multipayer patient-centered medical home on health care utilization and quality: The Rhode Island chronic care sustainability initiative pilot program. *JAMA Internal Medicine*. 2013 Nov 11;173(20):1907-13.

69.   Clarke JL, Miff S, Cutler D, Udow-Phillips M, Wolterman D, **Rosenthal MB**, McGonigal J, Gelinas LS, DeMotte C, Hatlie MJ, Collier S, Hicks D, Doty J, Goeschel C, Rosen M, Weaver SJ, Johnson A, Welch R, Nass PL, McGonigal K. Navigating to excellence: solutions driving exceptional results. *American Journal of Medical Quality*. 2014 Jan-Feb;29(1):3S-18S.

70.   Friedberg MW, Schneider EC, **Rosenthal MB**, Volpp K,Werner R. Association between participation in a multipayer medical home intervention and changes in quality, utilization, and costs of care. *JAMA*. 2014 Feb 26;311(8):815-25.

71.   Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ, Friedberg MW. Practice environments and job satisfaction in patient-centered medical homes. *The Annals of Family Medicine*. 2014 Jul-Aug;12(4):331-7.

72.   Alidina S, Schneider EC, Singer SJ, **Rosenthal MB**. Structural capabilities in small- and medium-sized patient-centered medical homes. *American Journal of Managed Care*. 2014 Jul;20(7):e265-77.

73.   Sinaiko AD, **Rosenthal MB**. The impact of tiered physician networks on patient choices. *Health Services Research*. 2014 Aug; 49(4):1348-63.

74.   Edwards ST, Abrams MK, Baron RJ, Berenson RA, Rich EC, Rosenthal GE, **Rosenthal MB**, Landon BE. Structuring payment to medical homes after the Affordable Care Act. *Journal of General Internal Medicine*. 2014;29(10):1410-3.

75.   JW Peabody, X Huang, R Shimkhada, **Rosenthal MB**. Managing specialty care in an era of heightened accountability: Emphasizing quality and accelerating savings. *American Journal of Managed Care*. 2015 Apr; 21(4):284-292.

76. Colla CH, Sequist TD, **Rosenthal MB**, Schpero WL, Gottlieb DJ, Morden NE. Use of non-indicated cardiac testing in low-risk patients: Choosing wisely. *BMJ: Quality and Safety*. 2014;24(2):149-53.

77. Colla CH, Morden NE, Sequist TD, Schpero WL, **Rosenthal, MB**. Choosing wisely: Prevalence and correlates of low-value health care services in the United States. *Journal of General Internal Medicine*. 2014;30(2):221-8.

78. H Song, AT Chien, J Fisher, J Martin, AS Peters, K Hacker, **MB Rosenthal**, SJ Singer. Development and validation of the primary care team dynamics survey. *Health Services Research*. 2015 Jun;50(3):897-921.

79. Huang X, **Rosenthal MB**. Overuse of cardiovascular services: evidence, causes, and opportunities for reform. *Circulation*. 2015 Jul 21;132(3):205-14.

80. **Rosenthal MB**, Landrum ME, Robbins J, Schneider EC. Pay for performance in Medicaid: Evidence from three natural experiments. *Health Services Research*. 2016 Aug;51(4):1444-66.

81. Friedberg MW, **Rosenthal MB**, Werner RM, Volpp KG,  Schneider EC. Effects of a medical home and shared savings intervention on quality and utilization of care. *JAMA Internal Medicine*. 2015 Aug;175(8):1362-8.

82. **Rosenthal MB**, Sinaiko AD, Eastman D, Chapman B, Partidge G. Impact of the Rochester medical home initiative on primary care practices, quality, utilization, and costs. *Medical Care*. 2015 Nov;53(11):967-73.

83. Asch DA, Troxel AB, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A, Frasch AB, Finnerty D, **Rosenthal MB**, Gangemi K, Volpp KG. Effect of financial incentives to physicians, patients, or both on lipid levels: A randomized clinical trial. *JAMA*. 2015 Nov 10;314(18):1926-35.

84. Song H, Ryan M, Tendulkar S, Fisher J, Martin J, Peters AS, Frolkis JP, **Rosenthal MB**, Chien AT, Singer SJ. Team dynamics, clinical work satisfaction, and patient care coordination between primary care providers: A mixed methods study. *Health Care Management Review*. 2017 Jan/Mar;42(1):28-41.

85. Reibling N, **Rosenthal MB**. The (missed) potential of the patient-centered medical home for disparities. *Medical Care*. 2016 Jan;54(1):9-16.

86. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  A difference-in-difference analysis of changes in quality, utilization and cost following the Colorado multi-payer patient-centered medical home pilot. *Journal of General Internal Medicine*. 2015 Oct;31(3):289-96.

87. Emanuel EJ, Ubel PA, Kessler JB, Meyer G, Muller RW, Navathe AS, Patel P, Pearl R, **Rosenthal MB**, Sacks L, Sen AP, Sherman P, Volpp KG. Using behavioral economics to design physician incentives that deliver high-value care. *Annals of Internal Medicine*. 2016 Jan 19;164(2):114-9.

88. Alidina S, **Rosenthal MB**, Schneider EC, Singer SJ. Coordination within medical neighborhoods: Insights from the early experiences of Colorado patient-centered medical homes. *Health Care Management Review*. 2016 Apr-Jun;41(2):101-12.

89. **Rosenthal MB**, Alidina S, Friedberg MW, Singer SJ, Eastman D, Li Z, Schneider EC.  Impact of the Cincinnati aligning forces for quality multi-payer patient centered medical home pilot on health care quality, utilization, and costs.  *Medical Care Research and Review*. 2016 Oct;73(5):532-45.

90. Sinaiko AD, **Rosenthal MB**. Examining a health care price transparency tool: Who uses it, and how they shop for care. *Health Affairs.* 2016 Apr;35(4): 662-70.

91. Shields MC, **Rosenthal MB**. Quality of inpatient psychiatric care at VA, other government, nonprofit, and for-profit hospitals: A comparison. *Psychiatric Services*. 2017 Mar;68(3):225-30.

92. Colla CH, Kinsella EA, Morden NE, Meyers DJ, **Rosenthal MB**, Sequist TD. Physician perceptions of choosing wisely and drivers of overuse. *The American Journal of Managed Care*. 2016 May;22(5):337-43.

93. Frean M., Shelder S., **Rosenthal MB**, Sequist TD, Sommers BD. Health reform and coverage changes among Native Americans. *JAMA Internal Medicine*. 2016 Jun;176(6):858-60.

94. Peiris D, Phipps-Taylor MC, Stachowski CA, Kao LS, Shortell SM, Lewis VA, **Rosenthal MB**, Colla CH. ACOs holding commercial contracts are larger and more efficient than noncommercial ACOs. *Health Affairs*. 2016 Oct;35(10):1849-56.

95. Sinaiko AD, Joynt KE, **Rosenthal MB**. Association between viewing health care price information and choice of health care facility. *JAMA Internal Medicine*. 2016 Dec;176(12):1868-70.

96. Schiavoni KH, Lehmann LS, Guan W, **Rosenthal MB**, Sequist TD, Chien AT. How primary care physicians integrate price information into clinical decision making. *Journal of General Internal Medicine*. 2016 Aug;32(1):81-7.

97. Enomoto LM, Shrestha DP, **Rosenthal MB**, Hollenbeak CS, Gabbay RA. Risk factors associated with 30-day readmission and length of stay in patients with type 2 diabetes. *Journal of Diabetes and Its Complications*. 2016 Oct;31(1):122-7.

98. Chien AT, Ganeshan S, Schuster MA, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, Sequist TD, **Rosenthal MB**. The effect of price information on the ordering of images and procedures. *Pediatrics*. 2017 Feb;139(2):1-8.

99. Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, **Rosenthal MB**. Payer type and low-value care: Comparing choosing wisely services across commercial and Medicare populations. *Health Services Research*. 2018 Apr;53(2): 730-46.

100. Sinaiko AD, Landrum MB, Meyers DJ, Alidina S, Maeng DD, Friedberg MW, Kern LM, Edwards AM, Flieger SP, Houck PR, Peele P, Reid RJ, McGraves-Lloyd K, Finison K, **Rosenthal MB**. Synthesis of research on patient-centered medical homes brings systematic differences into relief. *Health Affairs (Millwood)*. 2017 Mar;36(3):500-8.

101. Chien AT, Lehmann LS, Hatfield LA, Koplan KE, Petty CR, Sinaiko AD, **Rosenthal MB**, Sequist TD. A randomized trial of displaying paid price information on imaging study and procedure ordering rates. *Journal of General Internal Medicine*. 2016 Dec;32(4):434-8.

102. Thirukumaran CP, Glance LG, Temkin-Greener H, **Rosenthal MB**, Li Y. Impact of Medicare's nonpayment program on hospital-acquired conditions. *Medical Care*. 2017 May;55(5):447-55.

103. Shea JA, Adehare A, Volpp KG, Troxel AB, Finnerty D, Hoffer K, Isaac T, **Rosenthal MB**, Sequist TD, Asch DA. Patients' views of a behavioral intervention including financial incentives. *American Journal of Managed Care*. 2017 Jun;23(6):366-71.

104. Schpero WL, Morden NE, Sequist TD, **Rosenthal MB**, Gottlieb DJ, Colla CH. For selected services, blacks and Hispanics more likely to receive low-value care than whites. *Health Affairs*. 2017 Jun;36(6):1065-9.

105. Elshaug AG, **Rosenthal MB**, Lavis JN, Brownlee S, Schmidt H, Nagpal S, Littlejohns P, Srivastava D, Tunis S, Saini V. Levers for addressing medical underuse and overuse: achieving high-value health care. *Lancet*. 2017 July 8;390:191-202.

106. Brooks, J.V., Singer, S.J., **Rosenthal, MB**., Chien, A.T. and Peters, A.S., 2017. Feeling inadequate: Residents' stress and learning at primary care clinics in the United States. *Medical Teacher*. 2017; pp.1-8.

107. Galbraith AA, Meyers DJ, Ross-Degnan D, Burns ME, Vialle-Valentin CE, Larochelle MR, Touw S, Zhang F, **Rosenthal MB**, Balaban RB. Long-term impact of a postdischarge community health worker intervention on health care costs in a safety-net system. *Health Services Research*. 2017 Dec;52(6):2061-78.

108. Sheridan B, Chien AT, Peters AS, **Rosenthal MB**, Brooks JV, Singer SJ. Team-based primary care: The medical assistant perspective. *Health Care Management Review*, 2018 Apr-Jun;43(2): pp.115-125.

109. Isaac, T., **Rosenthal MB**, Colla, C.H., Morden, N.E., Mainor, A.J., Li, Z., Nguyen, K.H., Kinsella, E.A. and Sequist, TD. Measuring overuse with electronic health records data. *American Journal of Managed Care*. 2018 Jan; 24(1), pp.19-25.

110. **Rosenthal MB**, Colla CH, Morden NE, Sequist TD, Mainor AJ, Li Z, Nguyen KH. Overuse and insurance plan type in a privately insured population. *American Journal of Managed Care*. 2018 Mar; 24(3), pp.140-6.

111. Percac-Lima S, Pace LE, Nguyen KH, Crofton CN, Normandin KA, Singer SJ, **Rosenthal MB**, Chien AT. Diagnostic Evaluation of Patients Presenting to Primary Care with Rectal Bleeding. *Journal of General Internal Medicine*. 2018 Jan; 33(4): 415-22.

112. Haverkamp M, Peiris D, Mainor A, Westert G, **Rosenthal MB**, Sequist T, Colla C. (2018). ACOs with Risk-Bearing Experience Are Likely Taking Steps to Reduce Low-Value Medical Services. *American Journal Of Managed Care, 24*(7), E216.

113. Thirukumaran, CP, Glance LG, **Rosenthal MB**, Temkin-Greener H, Balkissoon R, Mesfin A, Li Y. 2018. Impact of Medicare's Nonpayment Program on Venous Thromboembolism Following Hip and Knee Replacements. *Health Services Research*, 53(6), pp.4381-4402.

114. Sinaiko AD, Chien AT, Hassett MJ, Kakani P, Rodin D, Meyers DJ, Fraile B, **Rosenthal MB**, Landrum MB. 2018. What drives variation in spending for breast cancer patients within geographic regions? *Health Services Research*.

115. Pandya A, Asch DA, Volpp KG, Sy S, Troxel AB, Zhu J, Weinstein MC, **Rosenthal MB**, Gaziano TA. 2018. Cost-effectiveness of Financial Incentives for Patients and Physicians to Manage Low-Density Lipoprotein Cholesterol Levels. *JAMA Network Open*, *1*(5), pp.e182008-e182008.

116. Conti RM, Nguyen KH and **Rosenthal MB**, 2018. Generic prescription drug price increases: which products will be affected by proposed anti-gouging legislation? *Journal of Pharmaceutical Policy and Practice*, *11*(1), p.29.

117. Meyers D.J., Chien AT, Nguyen KH, Li, Z, Singer, SJ and **Rosenthal, MB**, 2019. Association of Team-Based Primary Care With Health Care Utilization and Costs Among Chronically Ill Patients. *JAMA Internal Medicine*, *179*(1), pp.54-61.

118. **Rosenthal MB**, Troxel AB, Volpp KG, Stewart WF, Sequist TD, Jones JB, Hirsch AG, Hoffer K, Zhu J, Wang W, Hodlofski A. 2019. Moderating effects of patient characteristics on the impact of financial incentives. *Medical Care Research and Review*, *76*(1), pp.56-72.

119. Minden SL, Kinkel RP, Machado HT, Levin JS, **Rosenthal MB**, Iezzoni LI, 2019. Use and cost of disease-modifying therapies by Sonya Slifka Study participants: has anything really changed since 2000 and 2009? *Multiple Sclerosis Journal–Experimental, Translational and Clinical*, 5(1), p.2055217318820888.

120. Ganguli, I, Lupo, C, Mainor, AJ, Raymond, S, Wang, Q, Orav, EJ, Chang, CH, Morden, N.E., **Rosenthal MB**, Colla, C.H. and Sequist, T.D., 2019. Prevalence and Cost of Care Cascades After Low-Value Preoperative Electrocardiogram for Cataract Surgery in Fee-for-Service Medicare Beneficiaries. *JAMA internal medicine*.

121. Pace, LE, Percac-Lima, S, Nguyen, KH, Crofton, CN, Normandin, KA, Singer, SJ, **Rosenthal MB** and Chien, A.T., 2019. Comparing Diagnostic Evaluations for Rectal Bleeding and Breast Lumps in Primary Care: a Retrospective Cohort Study. *Journal of general internal medicine*, pp.1-8.

122. Sinaiko, AD, Kakani, P, and **Rosenthal MB**, 2019. Marketwide Price Transparency Suggests Significant Opportunities For Value-Based Purchasing. *Health Affairs*, 38(9), pp.1514-1522.

123. **Rosenthal MB**, Shortell, S, Shah, ND, Peiris, D, Lewis, VA, Barrera, JA, Usadi, B and Colla, CH, 2019 Dec. Physician practices in Accountable Care Organizations are more likely to collect and use physician performance information, yet base only a small proportion of compensation on performance data. *Health services research*, 54(6), pp.1214-1222.

124. Shields, MC, Singer, J, **Rosenthal MB**, Sato, L, Keohane, C, Janes, M, Boulanger, J, Martins N, and Rabson, B. 2019. Patient Engagement Activities and Patient Experience: Are Patients With a History of Depression the Canary in the Coal Mine?. *Medical Care Research and Review*, p.1077558719850705.

125. Garcia Mosqueira, A, **Rosenthal MB** and Barnett, M.L., 2019. The association between primary care physician compensation and patterns of care delivery, 2012-2015. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing*, 56, p.0046958019854965.

126. Agénor, M., Murchison, G.R., Chen, JT, Bowen, DJ, **Rosenthal, MB**, Haneuse, S, and Austin, SB. 2020 Feb. Impact of the Affordable Care Act on human papillomavirus vaccination initiation among lesbian, bisexual, and heterosexual U.S. women. Health Services Research, 55(1), 18-25.

127. Huang, X, Larson, LJ, Wang, L, Spinelli, KJ and **Rosenthal MB**, 2019. Transforming Specialty Practice in Pursuit of Value-Based Care: Results from an Integrated Cardiology Practice. *NEJM Catalyst*, 5(2).

128. Ganguli, I, Simpkin, AL, Colla, CH, Weissman, A, Mainor, AJ, **Rosenthal MB** and Sequist, TD, 2020 Apr. Why do physicians pursue cascades of care after incidental findings? a national survey. *Journal of General Internal Medicine*, pp.1-3.

129. Rodin D, Chien AT, Ellimoottil C, Nguyen PL, Kakani P, Mossanen M, **Rosenthal MB,** Landrum MB, Sinaiko AD. Physician and facility drivers of spending variation in locoregional prostate cancer. *Cancer*. 2020 Apr: 126 (8): 1622-1631

130. Pandya A, Soeteman DI, Gupta A, Kamel H, Mushlin AI**, Rosenthal MB**. Can Pay-for-Performance Incentive Levels be Determined Using a Cost-Effectiveness Framework? *Circulation: Cardiovascular Quality and Outcomes*. 2020 Jul: 13 (7): e006242

131. Brantes F, **Rosenthal MB**, Struijs J. Ensuring the Adoption of the Health Care Warranty: A Well-defined Model to Resolve Issues with Risk and Uncertainty. *NEJM Catalyst Innovations in Care Delivery*. 2020 July: 1(4)

132. Hague E, Comfort L, **Rosenthal MB**, Shortell S, Rodriguez H. Physician Practices and the Late Adoption of Transparent Peer Comparisons for Performance Feedback. *Health Services Research.* 2020 Aug: 55: 114-115

133. Nguyen KH, Chien AT, Meyers DJ, Li Z, Singer SJ, **Rosenthal MB**. Team-Based Primary Care Practice Transformation Initiative and Changes in Patient Experience and Recommended Cancer Screening Rates. *INQUIRY: The Journal of Health Care Organization, Provision, and Financing.* 2020 Aug: 57: 0046958020952911

134. Fisher ES, Shortell SM, O'Malley AJ, Fraze TK, Wood A, Palm M, Colla CH, **Rosenthal MB**, Rodriguez HP, Lewis VA, Woloshin S, Shah N, Meara E. Financial Integration's Impact On Care Delivery And Payment Reforms: A Survey Of Hospitals And Physician Practices. *Health Affairs.* 2020 Aug: 39 (8): 1302-1311

135. Ganguli I, Sheridan B, Gray J, Chernew M, **Rosenthal MB**, Neprash H. Physician work hours and the gender pay gap—evidence from primary care. *New England Journal of Medicine.* 2020 Oct: 383 (14): 1349-1357

136. Ganguli I, Lupo C, Mainor AJ, Wang Q, Orav EJ, **Rosenthal MB**, Sequist TD, Colla CH. Assessment of Prevalence and Cost of Care Cascades After Routine Testing During the Medicare Annual Wellness Visit. *JAMA.* 2020 Dec, 3(12): e2029891-e2029891

137. Rodin D, Glicksman R, Clark R, Kakani P, Cheung MC, Singh S, **Rosenthal MB**, Sinaiko A. Are We Choosing Wisely? Mammographic Surveillance in Older Women with Breast Cancer in Canada and the United States. *International Journal of Radiation Oncology.* 2020 Nov. 108 (3): e386

138. Gourevitch RA, Chien AT, Bambury EA, Shah NT, Riedl C, **Rosenthal MB**, Sinaiko AD. Patterns of Use of a Price Transparency Tool for Childbirth Among Pregnant Individuals with Commercial Insurance. *JAMA Network Open.* 2021 Aug 2;4(8):e2121410-.

139. Shields MC, Singer J, **Rosenthal MB**, Sato L, Keohane C, Janes M, Boulanger J, Martins N, Rabson B. Patient Engagement Activities and Patient Experience: Are Patients With a History of Depression the Canary in the Coal Mine?. *Medical Care Research and Review.* 2021 Jun;78(3):251-9.

140. Ganguli, I, McGlave, C and **Rosenthal, MB**, 2021. National Trends and Outcomes Associated With Presence and Type of Usual Clinician Among Older Adults With Multimorbidity. *JAMA Network Open*, 4(11), pp.e2134798-e2134798.

141. Ganguli, I, Thakore, N, **Rosenthal, MB** and Korenstein, D, 2022. Longitudinal Content Analysis of the Characteristics and Expected Impact of Low-Value Services Identified in US Choosing Wisely Recommendations. *JAMA Internal Medicine.*

142. Curto, V, Sinaiko, AD and **Rosenthal, MB**, 2022. Price Effects of Vertical Integration and Joint Contracting Between Physicians And Hospitals In Massachusetts: Study examines the price effects of vertical integration and joint contracting between physicians and hospitals. *Health Affairs*, 41(5), pp.741-750.

143. Agénor, M. Unger, ES, McConnell, MA, Brown, C. **Rosenthal, MB**, Haneuse, S, Austin, SB. 2023. Affordable Care Act State Medicaid Expansion and Human Papillomavirus Vaccination Among Adolescent and Young Adult US Women: A National Study. *Health Services Research.*

144. Ganguli, I, Orav, EJ, Hailu, R, Lii, J., **Rosenthal, MB**, Ritchie, CS, Mehrotra, A. 2023. Patient Characteristics Associated with Being Offered or Choosing Telephone vs Video Virtual Visits Among Medicare Beneficiaries. *JAMA Network Open*, 6(3), e235242-e235242.

145. Zhu, J, Kamel, H, Gupta, A, Mushlin, AI, Menzies, NA, Gaziano, TA, **Rosenthal, MB**, Pandya, A, 2023. Prioritizing Quality Measures in Acute Stroke Care: A Cost-Effectiveness Analysis. *Annals of Internal Medicine*.

146. Sinaiko, A, Curto, V, Soto, M, Ianni, K, Bambury, E, **Rosenthal, MB**. Variation in Tiered Network Health Plan Penetration and Local Provider Market Characteristics, 2023. *Health Services Research*.

147. Shields, M.C., Hollander, M.A., Busch, A.B., Kantawala, Z. and **Rosenthal, MB**, 2023. Patient-centered inpatient psychiatry is associated with outcomes, ownership, and national quality measures. *Health Affairs Scholar*, *1*(1).

148. Pandey, A, Eastman, D, Hsu, H, Kerrissey, MJ, **Rosenthal, MB** and Chien, AT, 2023. Value-Based Purchasing Design And Effect: A Systematic Review And Analysis: A systematic review of value-based purchasing programs, financial and nonfinancial features, and quality and spending outcomes. *Health Affairs*, *42*(6), pp.813-821.

149. Sinaiko AD, Curto VE, Ianni K, Soto M, **Rosenthal MB**. Utilization, Steering, and Spending in Vertical Relationships Between Physicians and Health Systems. *JAMA Health Forum*. 2023;4(9):e232875.

150. Elani HW, Figueroa JF, Kawachi I, **Rosenthal MB**. Early changes in health coverage and access to dental care associated with Medicaid expansion under the COVID-19 pandemic, *Health Affairs Scholar*, Volume 1, Issue 2, August 2023.

151. Kerrissey M, Jamakandi S, Alcusky M, Himmelstein J and **Rosenthal MB**, 2023. Integration on the Frontlines of Medicaid Accountable Care Organizations and Associations With Perceived Care Quality, Health Equity, and Satisfaction. *Medical Care Research and Review*, *80*(5), pp.519-529.

152. Thirukumaran CP, Fiscella KA, **Rosenthal MB**, Doshi JA, Schloemann DT, Ricciardi BF. Association of race and ethnicity with opioid prescribing for Medicare beneficiaries following total joint replacements. Journal of the American Geriatrics Society. 2023 Sep 29.

153. Barsky BA, Dunn D, Erdman EA, Jolin JR, **Rosenthal MB**. Rates of Opioid Overdose Among Racial and Ethnic Minority Individuals Released From Prison. *JAMA Health Forum* 2023 Dec 1 (Vol. 4, No. 12, pp. e234455-e234455).

154. Unger ES, McConnell M, Austin SB, **Rosenthal MB**, Agénor M. Examining the Association Between Affordable Care Act Medicaid Expansion and Sexually Transmitted Infection Testing Among US Women. Women's Health Issues. 2024 Jan 1;34(1):14-25.

155. Kakani P, Cutler DM, **Rosenthal MB** and Keating NL, 2024. Trends in Integration Between Physician Organizations and Pharmacies for Self-Administered Drugs. *JAMA Network Open*, *7*(2), pp.e2356592-e2356592.

156. Geng, F, McGarry, BE, **Rosenthal, MB**, Zubizarreta, JR, Resch, SC and Grabowski, DC, 2024, April. Preferences for Postacute Care at Home vs Facilities. In *JAMA Health Forum* (Vol. 5, No. 4, pp. e240678-e240678). American Medical Association.

157. Shapiro, GK, Santiago, AT, Pittman, T, Iwano, K, Rodin, G, Cole, H, Zeman, K, Sellmann, S, Oza, AM, Jones, J and **Rosenthal, MB, 2024**. Disparities in clinical trial enrollment at a Canadian comprehensive cancer center: A 15-year retrospective study. *Cancer*.

158. Caldas, B., Portela, M., Stelson, E., Singer, S., Amaral, T., Amaral, C., Escosteguy, C., Martins, M., de Andrade, C.L.T., Soares, L. and Cornish, F., **Rosenthal MB**, and Aveling EL. 2024. Promoting Equity, Diversity, and Inclusion in Surveys: Insights from a Patient-engaged Study

to Assess Long COVID Healthcare Needs in Brazil. *Journal of Clinical Epidemiology*, p.111423.

## Essays and Commentary

1. **Rosenthal MB**.  Provider reimbursement in the twenty-first century. *Oncology Economics*. 2000 May; 1(5): 45-7.

2. **Rosenthal MB**. Comment: The economics of direct-to-consumer advertising of prescription-only drugs: Prescribed to improve consumer welfare? *Journal of Health Services Research and Policy*. 2004 Jan;9(1):39-42.

3. **Rosenthal, MB** How will paying for performance affect patient care? *Virtual Mentor*. 2006 Mar;8(3):162-165.

4. **Rosenthal MB**. P4P: Rumors of its demise may be exaggerated. *American Journal of Managed Care*. 2007 May;13(5):238-9.

5. **Rosenthal MB** and Dudley RA. Pay-for-performance: Will the latest payment trend improve care? *Journal of the American Medical Association*. 2007 Feb;297(7):740-43.

6. **Rosenthal MB.** Nonpayment for performance? Medicare's new reimbursement rule. *New England Journal of Medicine.* 2007 Oct;357(16):1573-5.

7. **Rosenthal MB** Avoiding disincentives to treat in designing pay-for-performance measures. *Virtual Mentor*. 2007 Jul;9(7):483-486.

8. **Rosenthal MB.** Beyond pay for performance--Emerging models of provider-payment reform. *New England Journal of Medicine.* 2008 Sept;359(12):1197-1200.

9. Lee TH, Mongan JJ, Oberlander J, **Rosenthal MB**. Perspective Roundtable: Health care and the recession. *New England Journal of Medicine*. 2009 Jan; 360(4):e5.

10. **Rosenthal MB.** What works in market-oriented health policy? *New England Journal of Medicine.* 2009 May;360(21):2157-60.

11. Gawande AA, Fisher ES, Gruber J, **Rosenthal MB**. Perspective roundtable. The cost of health care — highlights from a discussion about economics and reform. *New England Journal of Medicine*. 2009 Oct 8;361(15):1421-1423.

12. De Brantes F, **Rosenthal MB**, Painter M. Building a bridge from fragmentation to accountability — the Prometheus Payment model. *New England Journal of Medicine*. 2009 Sept 10;361(11):1033-6.

13. Campbell EG, **Rosenthal MB**. Reform of continuing medical education: investments in physician human capital. *Journal of the American Medical Association.* 2009 Oct 28;302(16):1807-8.

14. **Rosenthal MB**, Beckman HB, Dauser Forrest D, Huang ES, Landon BE, Lewis S. Will the patient-centered medical home improve efficiency and reduce costs of care? A measurement and research agenda. *Medical Care Research and Review.* 2010; 67(4):476-84.

15. Sinaiko A, **Rosenthal MB**. Patients' role in accountable care organizations. *New England Journal of Medicine*. 2010 Dec;363(27):2583-5.

16

16. Sinaiko A, **Rosenthal MB**. Increased price transparency in health care — challenges and potential effects. *New England Journal of Medicine*. 2011 Mar;364(10):891-4.

17. Lewis KH, and **MB Rosenthal**. Individual responsibility or a policy solution — Cap and trade for the US diet? *New England Journal of Medicine*. 2011 Oct;365(17):1561-1563.

18. **Rosenthal MB**. Hard choices — Alternatives for reining in Medicare and Medicaid spending. *New England Journal of Medicine*. 2011 May;364(20):1887-1890.

19. **Rosenthal MB**, Cutler DM, and Feder J. The ACO rules — Striking the balance between participation and transformative potential. *New England Journal of Medicine*. 2011;364(20):1887-90.

20. Chien AT, **Rosenthal MB.** Waste not, want not: Promoting efficient use of health care resources. *Annals of Internal Medicine*. 2013 Jan; 158(1):67-68.

21. **Rosenthal MB**, Mello MM. Sunlight as disinfectant — new rules on disclosure of industry payments to physicians. *New England Journal of Medicine*. 2013 May; 368(22):2052-4.

22. **Rosenthal MB**, Farley T, Gortmaker S, Sunstein CR. NEJM Perspective Roundtable: Health promotion and the State. *New England Journal of Medicine*. 2013; 368(25):e34.

23. Wharam JF, Ross-Degnan D, **Rosenthal MB**. The ACA and high-deductible insurance — strategies for sharpening a blunt instrument. *New England Journal of Medicine*. 2013 Oct;369(16): 1481-4.

24. Sinaiko AD, Chien AT, **Rosenthal MB**. The role of states in improving price transparency in health care. *JAMA Internal Medicine*. 2015 Jun;175(6): 886-7.

25. **Rosenthal MB**. Physician payment after the SGR — the new meritocracy. *New England Journal of Medicine*. 2015 Sept;373(13): 1187-9.

26. Conti RM, **Rosenthal MB**. Pharmaceutical policy reform: Balancing affordability with incentives for innovation. *New England Journal of Medicine*. 2016 Feb;374(8): 703-6.

27. Ortiz SE, Rosenthal MB. 2019. Medical Marketing, Trust, and the Patient-Physician Relationship. *JAMA*, *321*(1), pp.40-41.

28. Ubel, PA, **Rosenthal, MB**. 2019. Beyond Nudges—When Improving Health Calls for Greater Assertiveness. *New England Journal of Medicine*, *380*(4), pp.309-311.

29. **Rosenthal MB**. The Growing Problem of Out-of-Pocket Costs and Affordability in Employer-Sponsored Insurance. *JAMA*. 2021 Jul 27;326(4):305-6.

30. Thirukumaran CP, **Rosenthal MB**. The Triple Aim for Payment Reform in Joint Replacement Surgery: Quality, Spending, and Disparity Reduction. *JAMA*. 2021 Aug 10;326(6):477-8.

31. **Rosenthal, MB**, Alidina, S, Ding, H and Kumar, A, 2023. What Can We Learn From Medicaid About Making ACOs Equitable?. *Health Affairs Forefront*.

32. Wharam JF, **Rosenthal MB**. The Increasing Adoption of Out-of-Pocket Cost Caps: Benefits, Unintended Consequences, and Policy Opportunities. *JAMA.* Published online July 27, 2023.

33. **Rosenthal, M.B**., 2023. Novel Alzheimer Disease Treatments and Reconsideration of US Pharmaceutical Reimbursement Policy. *JAMA*.

**Book Chapters**

1. **Rosenthal MB**, Berndt ER, Donohue JM, Epstein AM, Frank RG. Demand Effects of Recent Changes in Prescription Drug Promotion. In Forum for Health Economics and Policy, <u>Frontiers in Health Policy Research</u>, v. 6, David M. Cutler and Alan M. Garber, eds, MIT Press, 2003 June.

2. **Rosenthal MB**, Donohue JM.  Direct-to-Consumer Advertising of Prescription Drugs: A Policy Dilemma. In <u>Ethics, Public Policy, and the Pharmaceutical Industry in the 21st Century</u>, ed. M. Santoro, Cambridge University Press, 2006.

3. **Rosenthal MB**. Can Federal Provider Payment Reform Produce Better, More Affordable Healthcare? In <u>The Future of Healthcare Reform in the United States</u>, eds. A. Malani, M. Schill, University of Chicago Press, 2015.

**Meredith Rosenthal**

**Recent Testimony (July 2020 - July 2024)**

*In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices & Antitrust Litigation*, United States District Court for the District of Kansas, Case No. 2:17-md-02785-DDC-TJJ (MDL No. 2785).

*Adrian Holley, et al. v. Gilead Sciences, Inc.*, United States District Court for the Northern District of California, No 3:18-cv-06972-JST.

*In Re Insulin Pricing Litigation*, United States District Court for the District of New Jersey, Civil Action No. 3:17-cv-00699(BRM)(LHG).

*In re Niaspan Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, MDL No. 2:13-md-2460.

*In re Ranbaxy Generic Drug Application Antitrust Litigation*, United States District Court for the District of Massachusetts, MDL No. 19-md-2878-NMG.

*In re Zetia (ezetimibe) Antitrust Litigation*, United States District Court for the Eastern District of Virginia, Case No. 18-md-2836.

*State of New Hampshire v. Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals Inc., et al.*, Merrimack Superior Court, Docket No. 217-2018-CV-00678.

*United States of America ex rel. Yoash Gohil v. Sanofi-Aventis U.S. Inc., et al.*, United States District Court for the Eastern District of Pennsylvania, No. 2-c-2964.

*United States of America, et. al., ex rel. Michael Bawduniak, and Fernando Villegas v. Biogen Idec Inc*., United States District Court for the District of Massachusetts, Nos. 12-10601-IT and 14-10420-IT.

*In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania, MDL No. 1871, Case No. 07-MD-1871.

*Government Employees Health Association v. Actelion Pharmaceuticals LTD., et al.*, United States District Court for the District of Maryland, Case No. 18-cv-3560-GLR.

*In re Seroquel XR Antitrust Litigation*, United States District Court for the District of Delaware, Case No. 20-1076-CFC.

*In re Actos Direct Purchaser Antitrust Litigation,* United States District Court for the Southern District of New York, Case No. 1:15-cv-03278-RA-SDA.

*In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation*, United States District Court for the Norther District of California, Case no: 21-md-02996-CRB (SK).

**ATTACHMENT B**

ATTACHMENT B: Materials Relied Upon

**Other Documents**

Alpert A., *et al*., "Origins of The Opioid Crisis and Its Enduring Impacts," Quarterly Journal of Economics, 2022, 137(2), pp.1139–79.

ARCOS Retail Drug Summary Reports.

Arteaga C. and Barone V., "A Manufactured Tragedy: The Origins and Deep Ripples of The Opioid Epidemic," Working Paper, October 10, 2023, (https://viquibarone.github.io/baronevictoria/Opioids_ArteagaBarone.pdf).

Davenport S., *et al*., "Economic Impact of Non-Medical Opioid Use in the United States," *Society of Actuaries*, October 2019, (https://www.soa.org/globalassets/assets/files/resources/research-report/2019/econ-impact-non-medical-opioid-use.pdf).

Dennett J.M. and Gonsalves G.S., "Early OxyContin Marketing Linked to Long-Term Spread of Infectious Diseases Associated with Injection Drug Use," Health Affairs, 42(8), 2023, pp. 1081-90.

U.S. Bureau of Labor Statistic's Medical Care Consumer Price Index for all Urban Consumers, Series ID CUSR0000SAM.