Case No. 22-3750/22-3751/22-3753/22-3841/22-3843/22-3844

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

-------------------------------

TRUMBULL COUNTY, OH, et al

    Plaintiffs - Appellees

v.

PURDUE PHARMA L.P., et al

    Defendants

and

WALGREENS BOOTS ALLIANCE, INC., et al. (22-3750/3841)
CVS PHARMACY, INC., et al (22-3751/3843)
WALMART, INC. (22-3753/3844)

    Defendants - Appellants


Upon consideration of Ms. Zoe A. Jacoby's motion to withdraw as counsel for Walgreen Company, Walgreen Eastern Co., Inc. and Walgreens Boots Alliance, Inc.,

It is **ORDERED** that the motion be and it hereby is, **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 05, 2024