# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Erie County Medical Center Corporation, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Case No. 1:21-op-45116 | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## MOTION OF PLAINTIFF ERIE COUNTY MEDICAL CENTER CORP. FOR RECONSIDERATION OF, AND TO VACATE, THREE ORDERS

Plaintiff Erie County Medical Center Corporation ("ECMC"), one of several named plaintiffs in the above-captioned constituent case, hereby moves, pursuant to Fed. R. Civ. P. 59(a), and the common law, for reconsideration of three unnumbered orders (docket entries without written orders) dismissing certain claims brought by ECMC.

The three orders include the following two docket entries entered August 9, 2022:

Order [non-document] regarding Settling Distributor Defendants' Motion to Dismiss (Related Doc# 4588). The Motion to Dismiss is granted as to 22-op-45024, 21-op-45116, and 19-op-46078 because the claims in these cases are barred by statute. See Courts Order in Doc.# 4547. Judge Dan Aaron Polster on 8/9/22. (P,R) (Entered: 08/09/2022)

Order [non-document] regarding Janssen Defendants' Amended Motion to Dismiss (Related Doc# 4591). The Motion to Dismiss is granted with respect to the cases listed in Exhibit B of the motion because the claims in these cases are barred by statute. See Courts Order in Doc.# 4547. Judge Dan Aaron Polster on 8/9/22. (P,R) (Entered: 08/09/2022)

The third of the orders is the following docket entry entered August 8, 2024:

Order [non-document]: For the reasons stated in this Court's Order at docket no. [4547], and also the reasons stated in *Town of Babylon v. James*, 2023 WL 8734201 (Sept. 19, 2023), the Motion to Dismiss Claims Filed By Non-Participating New York Subdivisions (docket no. [5562]) is GRANTED. Entered on behalf of Judge Dan Aaron Polster on 8/8/2024. (M,CE)

For the reasons stated in the memorandum of law filed herewith, ECMC respectfully prays that the Court vacate the three orders dismissing its claims as to certain defendants.

Dated: September 6, 2024   Respectfully submitted,

By: */s/ Don Barrett*
John W. ("Don") Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com

**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
Marco Cercone
Arthur N. Bailey
1600 Liberty Building
Buffalo, NY 14202
(716)854-3400
cercone@ruppbaase.com
bailey@ruppbaase.com

**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca
Monica Miller
Jennifer E. Kelly
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
charlesl@cuneolaw.com
monica@cuneolaw.com
jkelly@cuneolaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Don Barrett*
John W. ("Don") Barrett