UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>CT20: *Town of Hull, MA v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:19-op-46172-DAP<br><br>CT21: *County of Monterey v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINTS UNDER SEAL** |

Pursuant to Local Rule 5.2, Plaintiffs seek the Court's leave to file their supplemental and amended allegations against the PBM Defendants[1] under seal pending resolution of any assertions of confidentiality by the same method utilized in Cases Track 12, Track 13, Track 14, and Track 15, The PBM Bellwether Cases. Plaintiffs' supplemental and amended allegations against the PBM Defendants contain material potentially subject to the Court's standing protective and confidentiality orders because Defendants have marked the material as confidential. *See* Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (July 5, 2019), Dkt. 1813; Order Amending Case Management Order No. 2 (Protective Order) (Feb. 11, 2019), Dkt. 1357; Case Management Order No. 2: Protective Order (May 15, 2018), Dkt. 441. Plaintiffs make

---

[1] In these bellwethers against the Albertsons Defendants, Plaintiffs are filing separate supplemental and amended allegations against the PBMs. The supplemental and amended allegations against the Albertsons Defendants do not contain confidential information and do not need to be filed under seal. Consistent with other bellwethers, Plaintiffs will sever the non-Albertsons Defendants from the claims to be litigated in Tracks 20 and 21. Plaintiffs will file those motions at the appropriate time.

1

this motion to prevent unauthorized disclosure of this material and to comply with the Court's standing orders.  In the Track 12, Track 13, Track 14, and Track 15 cases, the Court ordered Plaintiffs to file the supplemental allegations under seal and required defendants to identify any confidential information within five days.  Accordingly, Plaintiffs request that the Court order Defendants to indicate whether they will request any redactions no later than five days after Plaintiffs' supplemental and amended allegations against the PBM Defendants are served.  For the reasons above, the Court should grant Plaintiffs' motion, permit them to file their supplemental and amended allegations against the PBM Defendants under seal, and order Defendants to indicate within five days of service whether they will request any redactions.

Date:  September 6, 2024                              Respectfully Submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr.
FARRELL & FULLER
270 Munoz Rivera Ave., Suite 201
San Juan, PR 00918
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Russell W. Budd
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
cmansour@baronbudd.com

Daniel Alberstone
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd #1600
Los Angeles, CA 91436
Tel.: (818) 839-2333
dalberstone@baronbudd.com
mpifko@baronbudd.com

J. Burton LeBlanc
**BARON & BUDD, P.C.**
2600 Citiplace Drive, Suite 400
Baton Rouge, Louisiana 70808
Tel.: (225) 927-5441
bleblanc@baronbudd.com

Michael J. Fuller
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
(939) 293-8244
(939) 293-8245 fax
Mike@FarrellFuller.com

3

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

Peter J. Mougey
Page A. Poerschke
Laura S. Dunning
Jeffrey Gaddy
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7140
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

R. Edison Hill
James C. Peterson
Aaron L. Harrah
**HILL PETERSON CARPER BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
Tel.: (800) 822-5667
rehill@hpcbd.com
jcpeterson@hpcbd.com
aaron@hpcbd.com

*Attorneys for Plaintiffs*
*Town of Hull, MA and County of Monterey*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record and may be obtained through the Court CM/ECF System.

/s/Peter H. Weinberger
Peter H. Weinberger (0022076)