# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>CT20: *Town of Hull, MA v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:19-op-46172-DAP<br><br>CT21: *County of Monterey v. AmerisourceBergen Drug Corporation, et al.,* Case No. 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFFS' PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINTS UNDER SEAL** |

Civil Local Rule 5.2 provides that "[n]o document will be accepted for filing under seal unless a … prior court order authorizes the filing of sealed documents." The Court has ordered that the two above-captioned cases be remanded for bellwether proceedings and that Plaintiffs may amend their complaints. Amended Case Management Order (Jun. 10, 2024); Dkt. 5481. Plaintiffs seek the Court's leave to file their supplemental and amended allegations against only the PBM Defendants under seal. Plaintiffs' supplemental and amended allegations will contain material subject to the Court's standing protective and confidentiality orders because Defendants have marked the material as confidential. *See* Order Amending Procedures Regarding Redactions and Filing of Briefs Under Seal (July 5, 2019), Dkt. 1813; Order Amending Case Management Order No. 2 (Protective Order) (Feb. 11, 2019), Dkt. 1357; Case Management Order No. 2: Protective Order (May 15, 2018), Dkt. 441. Accordingly, Plaintiffs will be given leave to file their supplemental and amended allegations against the PBM Defendants under seal.

For the reasons above, Plaintiffs' motion is GRANTED. The PBM Defendants are ORDERED to indicate whether they will request any redactions no later than five days after Plaintiffs' amended complaints are served.

**IT IS SO ORDERED.**

                                                                               _____
                                                                               DAN AARON POLSTER
                                                                               UNITED STATES DISTRICT JUDGE

Dated:  September \_\_\_, 2024