UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CT20: *Town of Hull v. AmerisourceBergen Drug Corporation, et al.*<br><br>Case No.: 1:19-op-46172-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF FILING SUPPLEMENTAL AND AMENDED COMPLAINTS**

Pursuant to the Court's June 10, 2024 Order (Doc. #5481) and August 8, 2024 Order (Doc. #5581), Plaintiff, TOWN OF HULL, hereby provides notice that the following supplemental and amended complaints are being filed in the main MDL and individual docket for this matter:

Plaintiff Town of Hull's Supplemental and Amended Allegations to be Added to the Complaint Against The Albertsons Defendants, The Indivior Defendants and The Mylan Defendants;

Plaintiff Town of Hull's Supplemental and Amended Allegations to be Added to the Complaint Against The PBM Defendants **(Filed Under Seal)**.

Plaintiff intends to, consistent with other bellwethers, sever the other non-Albertsons Defendants from the claims to be litigated in Track 20.  Plaintiff will file those motions at the appropriate time.

1

Date:  September 9, 2024          RESPECTFULLY SUBMITTED,

**TOWN OF HULL, MA**

/**s**/Mark. P. Pifko
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Blvd., #1600
Los Angeles, CA 91436
Tel.: (818) 839-2333
mpifko@baronbudd.com

James B. Lampke
**TOWN COUNSEL – TOWN OF HULL**
115 North Street, Suite 3
Hingham, MA 02043
Tel.: 781-749-9922
Fax: 781-749-9923
jlampke@town.hull.ma.us

Richard Sandman
**SANDMAN LAW**
501 Congress Street, Suite 2021
Boston, MA 02210
Tel.: 617-336-6161
rich@sandman-law.com

Thomas T. Merrigan
Peter M. Merrigan
Jonathan Tucker Merrigan
**SWEENEY MERRIGAN LAW**
268 Summer Street, LL
Boston, MA 02210
Tel.: (617) 391-9001
Fax: (617) 357-9001
tom@sweeneymerrigan.com
peter@sweeneymerrigan.com
tucker@sweeneymerrigan.com

Mark R. Reich
**KP LAW**
101 Arch Street
Boston, MA 02110
Tel.: (617) 654-1786
mreich@k-plaw.com

Russell W. Budd
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
rbudd@baronbudd.com
cmansour@baronbudd.com

J. Burton LeBlanc
**BARON & BUDD, P.C.**
2600 Citiplace Drive, Suite 400
Baton Rouge, Louisiana 70808
Tel.: (225) 927-5441
bleblanc@baronbudd.com

Dan Alberstone
**BARON & BUDD, P.C.**
15910 Ventura Blvd., #1600
Los Angeles, CA 91436
Tel.: (818) 839-2333
dalberstone@baronbudd.com

Catherine Hancock Dorsey
**BARON & BUDD, P.C.**
2600 Virginia Ave. NW, Suite 612
Washington, DC 20037
Tel.: (202) 333-4562
cdorsey@baronbudd.com

Paul T. Farrell, Jr. (MDL 2804 Co-Lead Counsel)
Michael J. Fuller
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Tel.: (939) 293-8244
Paul@FarrellFuller.com
Mike@FarrellFuller.com

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

Peter J. Mougey
Page A. Poerschke
Laura S. Dunning
Jeffrey Gaddy
**LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR
& MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7140
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

R. Edison Hill
James C. Peterson
Aaron L. Harrah
**HILL PETERSON CARPER BEE
& DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
Tel.: (800) 822-5667
rehill@hpcbd.com
jcpeterson@hpcbd.com
aaron@hpcbd.com

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of September, a true and correct copy of the foregoing document has been served upon all parties so registered via the Court's electronic filing system.

/s/ Mark P. Pifko
Mark P. Pifko