UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CT-21: *County of Monterey v. AmerisourceBergen Drug Corporation et al.,* 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF FILING SUPPLEMENTAL AND AMENDED COMPLAINTS**

Pursuant to the Court's June 10, 2024 Order (Doc. #5481) and August 8, 2024 Order (Doc. #5581), Plaintiffs, COUNTY OF MONTEREY, and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through Monterey County Counsel, (collectively "Plaintiffs") hereby provide notice that the following supplemental and amended complaints are being filed in the main MDL and individual docket for this matter:

- Plaintiffs County of Monterey's and The People of the State of California Acting By and through The Monterey County Counsel's Supplemental and Amended Allegations to be Added to the Complaint Against The Albertsons Defendants, The Aurolife Defendants, The Indivior Defendants, and Sun Pharmaceutical Industries, Inc.;

- Plaintiffs County of Monterey's and The People of the State of California Acting By and through The Monterey County Counsel's Supplemental and Amended Allegations to be Added to the Complaint Against The PBM Defendants **(Filed Under Seal)**.

Plaintiffs intend to, consistent with other bellwethers, sever the other non-Albertsons Defendants from the claims to be litigated in Track 21. Plaintiffs will file those motions at the appropriate time.

| | |
|---|---|
| Dated: September 9, 2024 | RESPECTFULLY SUBMITTED:<br><br>COUNTY OF MONTEREY AND THE PEOPLE OF THE STATE OF CALIFORNIA ACTING BY AND THROUGH THE COUNTY OF MONTEREY'S COUNTY COUNSEL<br><br>*/s/ John Fiske*<br>John Fiske<br>**BARON & BUDD, P.C.**<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>Tel.: (858) 225-7200<br>jfiske@baronbudd.com<br><br>Samuel B. Beiderwell<br>**OFFICE OF THE COUNTY COUNSEL OF MONTEREY DEPUTY COUNTY COUNSEL**<br>168 West Alisal Street, 3rd Floor<br>Salinas, CA 93901<br>Tel.: (831) 755-5045<br>Fax: (831) 755-5283<br>BeiderwellSB@co.monterey.ca.us<br><br>Dan Alberstone<br>Mark P. Pifko<br>**BARON & BUDD, P.C.**<br>15910 Ventura Blvd., #1600<br>Los Angeles, CA 91436<br>Tel.: (818) 839-2333<br>dalberstone@baronbudd.com<br>mpifko@baronbudd.com<br><br>Russell W. Budd<br>Christine C. Mansour<br>**BARON & BUDD, P.C.**<br>3102 Oak Lawn Ave, Suite 1100<br>Dallas, Texas 75219<br>Tel.: (214) 521-3605<br>rbudd@baronbudd.com<br>cmansour@baronbudd.com<br><br>J. Burton LeBlanc<br>**BARON & BUDD, P.C.**<br>2600 Citiplace Drive, Suite 400 |

Baton Rouge, Louisiana 70808
Tel.: (225) 927-5441
bleblanc@baronbudd.com

Catherine Hancock Dorsey
**BARON & BUDD, P.C.**
2600 Virginia Ave. NW, Suite 612
Washington, DC 20037
Tel.: (202) 333-4562
cdorsey@baronbudd.com

Paul T. Farrell, Jr. (MDL 2804 Co-Lead Counsel)
Michael J. Fuller
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Tel.: (939) 293-8244
Fax: (939) 293-8245
Paul@FarrellFuller.com
Mike@FarrellFuller.com

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

Peter J. Mougey
Page A. Poerschke
Laura S. Dunning
Jeffrey Gaddy
**LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN, BARR
& MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7140
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

R. Edison Hill
James C. Peterson

3

Aaron L. Harrah
**HILL PETERSON CARPER BEE
& DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
Tel.: (800) 822-5667
rehill@hpcbd.com
jcpeterson@hpcbd.com
aaron@hpcbd.com

*Attorneys for Plaintiffs*

4

**CERTICATE OF SERVICE**

I hereby certify on this 9th day of September, a true and correct copy of the foregoing document has been served upon all parties so registered via the Court's electronic filing system.

/s/ John Fiske
John Fiske