UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Erie County Medical Center Corporation, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Case No. 1:21-op-45116 | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### NOTICE OF WITHDRAWAL OF MOTION OF PLAINTIFF ERIE COUNTY MEDICAL CENTER CORP. FOR RECONSIDERATION OF, AND TO VACATE, THREE ORDERS

Plaintiff Erie County Medical Center Corporation hereby gives notice of withdrawal of the "Motion of Plaintiff Erie County Medical Center Corp. for Reconsideration of, and to Vacate, Three Orders" [Doc. No. 5619], filed September 6, 2024.

Dated: September 10, 2024

By:*/s/ Don Barrett*
John W. ("Don") Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
(662) 834-2488
dbarrett@barrettlawgroup.com

**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
Marco Cercone
Arthur N. Bailey
1600 Liberty Building
Buffalo, NY 14202
(716)854-3400
cercone@ruppbaase.com
bailey@ruppbaase.com

**CUNEO GILBERT & LADUCA, LLP**
Charles J. LaDuca

>Monica Miller
>Jennifer E. Kelly
>4725 Wisconsin Avenue, NW, Suite 200
>Washington, DC 20016
>Telephone: (202)789-3960
>charlesl@cuneolaw.com
>monica@cuneolaw.com
>jkelly@cuneolaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>/s/ *Don Barrett*
>John W. ("Don") Barrett