# RETURN OF SERVICE

**Court:** UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

**Case No.:** 1:17-MD-02804-DAP

**Plaintiff:** In Re: National Prescription Opiate Litigation
vs.
**Defendant:**

I, __PAUL G HUGHES__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __RHODE ISLAND__.

**Type of Process:** Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**Defendant to be served:** CVS Pharmacy, Inc., c/o CT Corporation

**Address where attempted or served:** 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914

On __9-11-2024__ at __12:35 PM__ I (X) Served ( ) Non-served the within named defendant in the following manner:

  INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally;

  CORPORATE SERVICE: By leaving a copy of this process with __SAMANTHA DOYLE__
(Title) __Process Specialist__, a person authorized to accept service and informed the person of the contents thereof.

  SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2024.

  NON SERVICE: I have been unable to effect service because of the following reason(s):
  _____
  _____

Description of person process was left with:

Sex: __F__   Race: __Caucasian__   Hair: __BROWN__   Approx. Age: __28__   Height: __5'7"__   Weight: __130__

Comments: __NO GLASSES__

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __Rhode Island__

County of __Providence__

Subscribed and Sworn to before me on this

__11__ day of __SEPTEMBER__, 2024

_Signature of Notary Public_

X _[signature]_
9-11-2024
(Executed on)
**R.I. CONSTABLE # 6063**
**PAUL G. HUGHES**

Job: 654886
File: 1077795

LINDA G. HUGHES
Notary Public, State of Rhode Island
My Commission Expires April 29, 2028