**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE | : | MDL 2804 |
| LITIGATION | : | Case No. 17-md-2804 |
| *This document relates to:* | : | Hon. Dan Aaron Polster |
| *County of Los Angeles and the People of the State of California v. CVS Health Corporation et al.*, Case No. 1:22-op-45032-DAP | : : : : : | |

**MOTION OF PLAINTIFF LOS ANGELES COUNTY AND THE PEOPLE OF THE STATE OF CALIFORNIA TO CORRECT INADVERTENT OMISSION AND JOIN OMNIBUS MOTION FOR LEAVE TO AMEND TO ADD TRIS PHARMA, INC. [ECF 5554]**

Plaintiff County of Los Angeles and the People of the State of California hereby moves to correct its inadvertent omission from and to join Plaintiffs' Omnibus Motion for Leave to Amend to add Tris Pharma, Inc. (ECF 5554). In support of this Motion, Plaintiff states as follows.

On July 8, 2024, Plaintiff completed and executed through counsel its Authorization for the PEC to File Motions to Amend Complaints Against Select Defendants, <u>Exhibit A</u> hereto, which Defendants included Tris Pharma, Inc. *Id.* at 2. Plaintiff timely submitted its Authorization to the PEC on July 9, 2024.

On July 24, 2024, Plaintiff's counsel inadvertently listed Plaintiff on an amended form with which counsel meant to remove a different plaintiff and that counsel sent to the PEC prior to the filing of the Omnibus Motion for Leave to Amend. Based on counsel's erroneous submission, the PEC did not include Plaintiff herein among those Plaintiffs seeking leave to amend to add

Defendant Tris Pharma.  *See* ECF 5554-1 (Omnibus Motion Ex. A—Amending Plaintiffs Seeking Leave to Add the Tris Defendants).

The Court should allow Plaintiff to correct this inadvertent omission and join the Omnibus Motion for Leave to Amend to Add Tris Pharma, Inc.  This relief is warranted for several reasons.

First, Plaintiff's July 8 Authorization demonstrates that Plaintiff may appropriately bring claims against Tris Pharma.  The recently-produced 2015-2019 ARCOS data show that Tris Pharma had a 5.14% opioid market share by dosage unit in Los Angeles County during this period, after having had only a 0.04% market share during the earlier 2006-2014 period shown in the earlier-produced ARCOS data.  *See* Ex. A (Authorization) at 2, line 3; *see also* Omnibus Motion for Leave at 1 ("Leave should be granted because . . . in the period 201[5]-2019, Tris had a market share of 5% or more in each of the Amending Plaintiff[s'] jurisdictions.  . . .  During the earlier period for which ARCOS data had been made available, 2006-2014, Tris had less than a 5% market share in each of the Amending Plaintiffs' jurisdictions.").  Plaintiff thus is an appropriate party to amend to bring claims against Tris Pharma based on its later-period opioid market share.

Second, Tris Pharma will not be prejudiced by Plaintiff's joining the Omnibus Motion for Leave.  If allowed to join and amendment is granted, this action by Plaintiff would be one of over 150 such MDL cases with added claims against Tris.  *See* ECF 5554-1 (Amending Plaintiffs vs. Tris Defendants).  Moreover, this marginal addition of one Plaintiff will not prejudice Tris in responding to the Omnibus Motion for Leave to Amend since the Court recently granted Tris a more-than two-month extension of time until December 6 to response to the Omnibus Motion.  *See* Aug. 30, 2024 Text Order granting Tris's Motion for Extension.  Finally, Tris will not be prejudiced by having Plaintiff asserting claims against it in this MDL since, if the Court denies this request to join, Plaintiff still will be free to bring suit against Tris outside of the MDL in state or federal court.

By contrast, if the request to join is denied and Plaintiff is forced to sue Tris outside of the MDL, Plaintiff will be prejudiced by the loss of the efficiencies created by these coordinated proceedings for claims involving common facts pertaining to Tris's opioid marketing and distribution practices.

For all of these reasons, the Court should grant Plaintiff's Motion and allow it to join the Omnibus Motion for Leave to Amend to Add Tris Pharma, Inc.

Dated: September 18, 2024

    Respectfully submitted,

    */s/Linda Singer*
    Linda Singer
    MOTLEY RICE LLC
    401 9th Street NW, Suite 630
    Washington, D.C. 20004
    (202) 386-9626
    (202) 386-9622 (Fax)
    lsinger@motleyrice.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

    */s/Linda Singer*
    Linda Singer