# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## KROGER'S MOTION FOR LEAVE TO FILE STATUS REPORT ON PENDING MULTISTATE SETTLEMENT UNDER SEAL

Pursuant to Local Rule 5.2, The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, Kroger Texas LP and Harris Teeter, LLC, f/k/a Harris Teeter, Inc. f/k/a RDK Investment Company and Harris Teeter Supermarkets, Inc. (collectively "Kroger") respectfully seek leave to file under seal their Status Report on Pending Multistate Settlement.

Local Rule 5.2: states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

The document that Kroger seeks to file under seal reflects confidential information related to Kroger's Multistate Settlement that is necessary to accurately apprise the court of the current status of Kroger's Multistate Settlement. Accordingly, Kroger respectfully submits that the document constitutes "other material of a similar nature with respect to the need for privacy" and therefore falls within category (7) of materials that this Court has permitted to be redacted or placed under seal. *See, e.g.,* Dkt. 2909 (Nov. 5, 2019 Order Regarding Redacting and Sealing Documents).

23604462.1

Date:  September 20, 2024    Respectfully submitted,

***The Kroger Co., Kroger Limited Partnership I, Kroger Limited Partnership II, Kroger Texas L.P. and Harris Teeter, LLC f/k/a Harris Teeter, Inc. f/k/a RDK Investment Company and Harris Teeter Supermarkets, Inc.***

*/s/ Ronda L. Harvey*
Ronda L. Harvey Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
**STEPTOE & JOHNSON PLLC**
Chase Tower, 17th Floor
707 Virginia Street, East
Charleston, West Virginia 25301
304-353-8000 Main
304-353-8160 Direct
304-933-8704 Facsimile
Ronda.Harvey@Steptoe-Johnson.com
Ashley.Odell@Steptoe-Johnson.com

Chantale Fiebig
Dan Nadratowski
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street N.W.
Washington, D.C. 20036
Tel: 202-682-7000
Chantale.fiebig@weil.com
Daniel.nadratowski@weil.com

23604462.1

11445309.1

## CERTIFICATE OF SERVICE

I certify that on this 20th day of September, 2024, the foregoing document was filed using the Court's CM/ECF system which will electronically send a copy of the document to all counsel of record.

/s/ Ronda L. Harvey
Ronda L. Harvey Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
**STEPTOE & JOHNSON PLLC**
Chase Tower, 17th Floor
707 Virginia Street, East
Charleston, West Virginia 25301
304-353-8000 Main
304-353-8160 Direct
304-933-8704 Facsimile
Ronda.Harvey@Steptoe-Johnson.com
Ashley.Odell@Steptoe-Johnson.com
*Counsel for Kroger Defendants*