UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *All TPP Cases* | Judge Dan Aaron Polster |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs under Seal" issued by Special Master Cohen on June 24, 2019, and agreement of the parties, and the Court's July 31, 2024 order directing TPP Plaintiffs to "identify an appropriate non-bellwether case in which to state class action allegations and shall submit a proposed amended complaint" by noon on August 30, 2024, which deadline the Court subsequently extended to noon on September 20, 2024, the Plaintiffs in TPP Track cases served the Defendants, the Court, and the Special Master by email on September 20, 2024, with the following document:

**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN; BIOS COMPANIES, INC. WELFARE PLAN and BIOS COMPANIES, INC. AS PLAN SPONSOR AND FIDUCIARY OF BIOS COMPANIES, INC. WELFARE PLAN'S CONSOLIDATED AND AMENDED THIRD PARTY PAYOR CLASS ACTION COMPLAINT AND JURY DEMAND**

TPP Plaintiffs hereby submit the proposed amended complaint and identify this case as an appropriate non-bellwether case in which to state class allegations. This placeholder class action complaint will not be litigated pending further Court Order (after due notice and an opportunity to be heard), such as for purposes of facilitating and approving any potential settlement. The placeholder complaint need not be responded to by Defendants.

Dated: September 20, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Peter H. Weinberger*
　　　　　　　　　　　　　　　　　　Peter H. Weinberger (0022076)
　　　　　　　　　　　　　　　　　　**SPANGENBERG SHIBLEY & LIBER**
　　　　　　　　　　　　　　　　　　1001 Lakeside Ave. East, Suite 1700
　　　　　　　　　　　　　　　　　　Cleveland, OH 44114
　　　　　　　　　　　　　　　　　　Telephone: (216) 696-3232
　　　　　　　　　　　　　　　　　　pweinberger@spanglaw.com

　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*

　　　　　　　　　　　　　　　　　　Elizabeth J. Cabraser
　　　　　　　　　　　　　　　　　　Eric B. Fastiff
　　　　　　　　　　　　　　　　　　Miriam E. Marks
　　　　　　　　　　　　　　　　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3339
　　　　　　　　　　　　　　　　　　Telephone: (415) 956-1000
　　　　　　　　　　　　　　　　　　Facsimile: (415) 956-1008
　　　　　　　　　　　　　　　　　　ecabraser@lchb.com
　　　　　　　　　　　　　　　　　　efastiff@lchb.com
　　　　　　　　　　　　　　　　　　mmarks@lchb.com

Paulina do Amaral
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
pdoamaral@lchb.com

Dan Drachler
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
1215 Fourth Avenue, Suite 1350
Seattle, WA  98161
Telephone: (206) 895-5005 ext. 2373
Facsimile: (206) 895-3131
ddrachler@lchb.com

Paul J. Geller
Mark Dearman
Dory Antullis
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
(561) 750-3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

*Counsel for American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan; Bios Companies, Inc., Welfare Plan; and Bios Companies, Inc. as Plan Sponsor and Fiduciary of Bios Companies, Inc. Welfare Plan*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 20th day of September, 2024, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

            */s/Peter H. Weinberger*
            Peter H. Weinberger