# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Hon. Dan Aaron Polster |
| *Masiowski v. AmerisourceBergen Drug Corporation, et al.*, 1:18-op-45985-DAP | |

## DISTRIBUTOR DEFENDANTS' JOINDER TO MOTION TO DISMISS PLAINTIFF MICHAEL MASIOWSKI'S COMPLAINT FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET

Distributor Defendants Cardinal Health, Inc., AmerisourceBergen Drug Corporation, and McKesson Corporation hereby join the Motion to Dismiss Plaintiff's Michael Masiowski's Complaint for Failure to Submit a Fact Sheet filed by CVS Pharmacy, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (Dkt. 5636) ("the Motion").  For the reasons set forth in the Motion, Plaintiff's Complaint should be dismissed with prejudice.

Dated:  September 20, 2024

                                              Respectfully submitted,

                                              */s/ Robert A. Nicholas*
                                              Robert A. Nicholas
                                              Shannon E. McClure
                                              Joseph J. Mahady
                                              Anne Rollins Bohnet
                                              REED SMITH LLP
                                              Three Logan Square
                                              1717 Arch Street, Suite 3100
                                              Philadelphia, PA  19103
                                              Telephone:  (215) 851-8100
                                              Fax:  (215) 851-1420
                                              rnicholas@reedsmith.com

smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

*/s/ Enu A. Mainigi*
Enu A. Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC  20024
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
Telephone:  (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record this 20 day of September, 2024, by this Court's CM/ECF e-filing notification system.

*/s/ Robert A. Nicholas*
Robert A. Nicholas
