UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *Masiowski v. AmerisourceBergen Drug Corporation, et al.,* 1:18-op-45985-DAP | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

**TEVA DEFENDANTS' JOINDER TO
MOTION TO DISMISS PLAINTIFF MICHAEL MASIOWSKI'S
COMPLAINT FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET**

Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, and Watson Laboratories, Inc. (the "Teva Defendants")[1] hereby join the Motion to Dismiss Plaintiff's Michael Masiowski's Complaint for Failure to Submit a Fact Sheet filed by CVS Pharmacy, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (Dkt. 5636) ("the Motion"). For the reasons set forth in the Motion, Plaintiff's Complaint should be dismissed with prejudice.

Dated: September 23, 2024

                                                Respectfully submitted,

                                                */s/ Eric W. Sitarchuk*
                                                Eric W. Sitarchuk
                                                Evan K. Jacobs
                                                MORGAN LEWIS & BOCKIUS LLP
                                                2222 Market Street
                                                Philadelphia, PA 19103-3007
                                                eric.sitarchuk@morganlewis.com
                                                evan.jacobs@morganlewis.com

---

[1] Teva Pharmaceuticals Industries Ltd. (incorrectly named in the Complaint as "Teva Pharmaceuticals Industries, Ltd.") is an Israeli corporation and has not been served in this action.

(215) 963-5000

*Attorneys for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc., Actavis LLC, and Watson Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Evan K. Jacobs*
Evan K. Jacobs