# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| **THIS DOCUMENT RELATES TO**: | **Case No. 17-MD-2804** |
| *City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12) | **Judge Dan Aaron Polster** |

## JOINT STIPULATION AND ORDER

Plaintiff City of Rochester, the PEC, OptumRx, Inc., Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc. hereby stipulate as follows:

1. The deadline for OptumRx, Inc., Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc. to answer the City of Rochester's complaint (Dkt. 1) and supplemental and amended allegations to the complaint (Dkt. 110) is currently September 23, 2024.

2. OptumRx, Inc., Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc. agree to answer both (1) the City of Rochester's June 2019 verified complaint and (2) the City of Rochester's March 2024 supplemental and amended allegations to the complaint.

3. The time for OptumRx, Inc., Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc. to file their answers is extended to October 7, 2024.

4. The PEC and the City of Rochester agree not to claim that OptumRx, Inc., Express Scripts, Inc., or ESI Mail Pharmacy Service, Inc. have defaulted or waived any defenses by not answering on September 23, 2024.

SO ORDERED

Date:  September 23, 2024                              s/Dan Aaron Polster
                                                       The Honorable Dan A. Polster

Respectfully submitted,

**Counsel for OptumRx, Inc.:**

*/s/ Brian D. Boone*
Brian D. Boone
Emily C. McGowan
Brandon C.E. Springer
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com
emily.mcgowan@alston.com
brandon.springer@alston.com

William H. Jordan
D. Andrew Hatchett
Bradley Harder
Caroline R. Strumph
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
bill.jordan@alston.com
andrew.hatchett@alston.com
bradley.harder@alston.com
caroline.strumph@alston.com

Bradley M. Smyer
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
brad.smyer@alston.com

**Plaintiffs' Co-Lead Counsel:**

*/s/  Pete Weinberger*
Paul Farrell, Jr.
**FARRELL & FULLER**
1311 Ponce de Leone Ave. Suite 202
San Juan, PR 00907
paul@farrellfuller.com

Joe Rice
Linda Singer
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com
lsinger@motleyrice.com

Peter H. Weinberger
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
pweinberger@spanglaw.com

Jayne Conroy
Laura Fitzpatrick
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com

| | |
|---|---|
| **Counsel for Express Scripts, Inc. and ESI Mail Pharmacy Service, Inc.:** | **Counsel for the City of Rochester, NY:** |
| */s/ Jonathan G. Cooper* <br> Michael J. Lyle <br> Jonathan G. Cooper <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 1300 I St. NW, Suite 900 <br> Washington, DC 20005 <br> Tel: (202) 538-8000 <br> mikelyle@quinnemanuel.com <br> jonathancooper@quinnemanuel.com <br><br> *Attorneys for Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc.* | Hunter J. Shkolnik <br> Paul J. Napoli <br> **NSPR Law Services LLC** <br> 1302 Avenida Ponce de Leon <br> Santurce, Puerto Rico 00907 <br> hunter@nsprlaw.com <br> pnapoli@nsprlaw.com <br><br> Salvatore C. Badala <br> Shayna E. Sacks <br> Joseph L. Ciaccio <br> **Napoli Skholnik PLLC** <br> 360 Lexington Avenue, 11th Floor <br> New York, NY 10017 <br> sbadala@napolilaw.com <br> ssacks@napolilaw.com <br> jciaccio@napolilaw.com |