**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *All Actions* ) ) ) | JUDGE DAN AARON POLSTER |

**COMMONWEALTH OF KENTUCKY'S MOTION FOR LEAVE TO FILE STATUS REPORT ON PENDING KROGER MULTISTATE SETTLEMENT UNDER SEAL**

Pursuant to Local Rule 5.2, the Commonwealth of Kentucky ("Kentucky") respectfully seeks leave to file under seal its Status Report on Pending Kroger Multistate Settlement.

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

The document that Kentucky seeks to file under seal reflects confidential information related to Kroger's Multistate Settlement that is necessary to accurately apprise the court of the current status of Kroger's Multistate Settlement. Accordingly, Kentucky respectfully submits that the document constitutes "other material of a similar nature with respect to the need for privacy" and therefore falls within category (7) of materials that this Court has permitted to be redacted or placed under seal. *See, e.g.*, Dkt. 2909 (Nov. 5, 2019 Order Regarding Redacting and Sealing Documents).

Dated: September 23, 2024

Respectfully submitted,

RUSSELL COLEMAN
ATTORNEY GENERAL

By counsel,

*/s/Linda Singer*
Linda Singer

Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
lsinger@motleyrice.com
Tel: (202) 232-5504

Robert M. Duncan
J. Christian Lewis
Justin Clark
Office of the Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
robertm.duncan@ky.gov
christian.lewis@ky.gov
justind.clark@ky.gov
Tel: (502) 696-5300

*Counsel for Commonwealth of Kentucky*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Linda Singer*
Linda Singer