GRANTED. IT IS SO ORDERED.

s/Dan Aaron Polster
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: September 24, 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL NO. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *All Actions* ) ) ) | JUDGE DAN AARON POLSTER |

## COMMONWEALTH OF KENTUCKY'S MOTION FOR LEAVE TO FILE STATUS REPORT ON PENDING KROGER MULTISTATE SETTLEMENT UNDER SEAL

Pursuant to Local Rule 5.2, the Commonwealth of Kentucky ("Kentucky") respectfully seeks leave to file under seal its Status Report on Pending Kroger Multistate Settlement.

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

The document that Kentucky seeks to file under seal reflects confidential information related to Kroger's Multistate Settlement that is necessary to accurately apprise the court of the current status of Kroger's Multistate Settlement. Accordingly, Kentucky respectfully submits that the document constitutes "other material of a similar nature with respect to the need for privacy" and therefore falls within category (7) of materials that this Court has permitted to be redacted or placed under seal. *See, e.g.*, Dkt. 2909 (Nov. 5, 2019 Order Regarding Redacting and Sealing Documents).

Dated: September 23, 2024

Respectfully submitted,

RUSSELL COLEMAN
ATTORNEY GENERAL

By counsel,

*/s/Linda Singer*
Linda Singer