# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Masiowski v. AmerisourceBergen Drug Corporation, et al.*, 1:18-op-45985-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### THE PHARMACY DEFENDANTS' UNOPPOSED MOTION REGARDING DEADLINES TO BRIEF PLAINTIFF MICHAEL MASIOWSKI'S MOTION TO AMEND COMPLAINT AND CORRECTED MOTION TO AMEND COMPLAINT

Defendants CVS Pharmacy, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (the "Pharmacy Defendants") hereby request that the Court decide the Pharmacy Defendants' pending Motion to Dismiss Plaintiff Michael Masiowski's Complaint for Failure to Submit a Plaintiff Fact Sheet ("Motion to Dismiss") before Pharmacy Defendants respond to Plaintiff Michael Masiowski's Motion for Leave to Amend and Corrected Motion for Leave to Amend. The Pharmacy Defendants conferred with Plaintiff's counsel who indicated that he did not oppose this Motion.

The Pharmacy Defendants were not named in Plaintiff's original Complaint. Plaintiff filed a Motion for Leave to Amend on July 29, 2024, and a Corrected Motion for Leave to Amend on August 8, 2024, which purported to add the Pharmacy Defendants, as well as other defendants. Doc. 33 (1:18-op-45985); Doc. 5582. The deadline for defendants to respond to Plaintiff's Motion for Leave to Amend and Corrected Motion for Leave to Amend is currently September 30, 2024. Doc. 5522.

On September 18, 2024, the Pharmacy Defendants filed their pending Motion to Dismiss.[1] Doc. 5636. The current deadline for Plaintiff to respond to the Pharmacy Defendants' Motion to Dismiss is October 18, 2024.

The Pharmacy Defendants request, for purposes of economy and judicial efficiency, that the Court first decide the Pharmacy Defendants' Motions to Dismiss and extend the deadline for defendants to respond, if necessary, to Plaintiff's Motion for Leave to Amend and Corrected Motion for Leave to Amend to ten (10) business days after the Court issues a decision on the Motion to Dismiss.

Dated: September 27, 2024
Respectfully submitted,

/s/ Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

---

[1] Cardinal Health, Inc., AmerisourceBergen Drug Corporation, McKesson Corporation, Actavis LLC, Actavis Pharma, Inc., Cephalon, Inc., Teva Pharmaceuticals USA, Inc., and Watson Laboratories, Inc. also filed motions to join the pending Motion to Dismiss. Docs. 5639, 5644.

2

/s/  Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Jean K. Tinkham
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
jean.tinkham@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served

Dated:  September 27, 2024

Respectfully submitted,

*/s/   Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*