# EXHIBIT B

# Steele, Fiona

| | |
|---|---|
| **From:** | Singer, Linda <lsinger@motleyrice.com> |
| **Sent:** | Monday, September 16, 2024 4:08 PM |
| **To:** | David R. Cohen (David@SpecialMaster.Law) |
| **Cc:** | Steele, Fiona; Weinberger, Peter H.; Do Amaral, Paulina; Gay, Josh |
| **Subject:** | amendment related request |

You don't often get email from lsinger@motleyrice.com. Learn why this is important

Special Master Cohen (and all):

We write to ask your leave to correct an error that inadvertently left Los Angeles County off the list of jurisdictions seeking leave to amend its complaint to add Tris Pharma. I have cc'd counsel for Tris and have conferred with Ms. Steele and know that she is vetting the issue on her end. In the interest of time, I let her know that I would send this email at 4:00 today.

Los Angeles County timely provided its authorization, which was conveyed by Motley Rice to the PEC on July 9th. However, in an email to the PEC seeking to remove one of our clients (Ventura County) from the list of plaintiffs pursuing amendments, we mistakenly also referenced Los Angeles County. On September 10th, we noticed the error and informed the PEC to request a correction in the upcoming filing.

Please let us know if you have any questions. We regret the error and do not believe that the failure to include this single county prejudices the defendant. Conversely, Los Angeles County, which complied with the PEC's guidelines and deadlines, would be unfairly prejudiced.

With apologies and thanks for your consideration,
Linda Singer



**Linda Singer** (she / her)
Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626  **f.** 202.386.9622
lsinger@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.