# Exhibit B

| | |
|---|---|
| **From:** | Peter H. Weinberger <PWeinberger@spanglaw.com> |
| **Sent:** | Monday, October 7, 2024 3:32 PM |
| **To:** | Dan Polster; david@specialmaster.law |
| **Cc:** | Optum Opioid Team; ESI-Opioids; PBM; Paul Farrell Jr.; Joe Rice; Jayne Conroy; Singer, Linda; Hunter Shkolnik; Russell Budd; Mark Pifko; Paul Geller; Joanne Cicala; Jack Garvey; ksharp@sanfordheisler.com; 'wespivey@kaufcan.com'; phodonnell@kaufcan.com; W. Mark Lanier (wml@lanierlawfirm.com); Eric Holland; rloomer@trdlp.com; 'jdavis@trdlp.com'; James Young x6172; jangoff@findjustice.com; rbonsignore@classactions.us; david.scott@scott-scott.com; jscolnick@scott-scott.com; dbroggi@scott-scott.com; jcleemann@scott-scott.com |
| **Subject:** | PEC's Notice in Compliance with October 4, 2024 Order re: PBM Bellwethers.Fw: Lit Hold notice filed by you on 8/13   NEWDRAFT email notice for your review |
| **Attachments:** | 20240927 Pre-Amendment PBM MDL lit hold tracker.docx |

**EXTERNAL SENDER – Proceed with caution**

Dear Judge Polster, SM Cohen, and PBM Defense Counsel:

Pursuant to the Court's order entered October 4, 2024,  and from the attached list of the pending PBM cases set forth in Doc 5589,  the PEC provides notice that counsel for the following plaintiffs have certified that a notice of litigation hold was sent and properly implemented at the time the underlying complaints were filed:

Subdivisions represented by Scott and Scott (whose clients have declined to act as a bellwether):
- City of Middletown, CT
- City of Paterson, NJ
- City of Portsmouth, VA
- Norwich, CT
- Town of Enfield, CT
- Wethersfield, CT

Subdivisions represented by Cicala Law Firm  and Sanford Heisler:

1

| Case number | Case Title | State | Complaint Filed | Plaintiff Sent Litigation Hold? | Date Implemented |
|---|---|---|---|---|---|
| 1:19-op-45766-DAP | Fairfax County Board Of Supervisors | VA | 4/30/2019 | Y | 7/11/2019 |
| 1:19-op-45236-DAP | Giles County | VA | 8/27/2018 | Y | 6/6/2018, revised from 6/1/2018 |
| 1:20-op-45172-DAP | Henrico County | VA | 1/23/2020 | Y | 1/22/2020 |
| 1:21-op-45078-DAP | The County Board of Arlington County | VA | 4/8/2019 | Y | 6/9/2020 |

A number of other cases, to wit, cases venued in the 2nd Circuit and venued in Ohio, can be certified as in compliance on the dates reflected in the chart, but would not meet the Court's criteria for bellwether cases.

The PEC therefore recommends that the Court postpone selecting additional bellwethers until the amendment process is complete.

Respectfully,

Pete Weinberger
PEC Liaison Counsel

---

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

| Case number | Case Title | State | Counsel gave Notice of Litigation Hold? | Notice Date | Plaintiff Implemented? | Date Implemented |
|---|---|---|---|---|---|---|
| 1:19-op-45715-DAP | Accomack County | VA | Y | 5/29/2018 | Y | 7/21/2024 |
| 1:19-op-46151-DAP | Allegany County | NY | Y | 4/24/2019 | Y | 5/1/2019 |
| 1:19-op-45700-DAP | Alleghany County | VA | Y | 7/9/2018 | Y | 7/8/2024 |
| 1:20-op-45046-DAP | Amherst County | VA | Y | 3/15/2019 | Y | 7/8/2024 |
| 1:23-op-45003-DAP | Ashtabula | OH | Y | 2/20/2018 | Not Known | |
| 1:19-op-45687-DAP | Board of Supervisors, Prince William County | VA | Y | 12/13/2018 | Y | 7/15/2024 |
| 1:20-op-45064-DAP | Botetourt County | VA | Y | 3/28/2019 | Y | 8/5/2024 |
| 1:23-op-45003-DAP | Broadview Heights | OH | Y | 8/15/2018 | Y | 9/7/2018 |
| 1:19-op-45253-DAP | Buchanan County | VA | Not Known | | Not Known | |
| 1:19-op-45371-DAP | Butler County | MO | N | | N | |
| 1:23-op-45002-DAP | Butler County Board of Commissioners | OH | Y | 7/18/2018 | Y | 7/18/2018 |
| 1:20-op-45068-DAP | Camden County | MO | N | | N | |
| 1:19-op-45371-DAP | Cape Girardeau County | MO | N | | N | |
| 1:19-op-45851-DAP | Charlotte County | VA | Y | 3/20/2019 | Y | 7/10/2024 |
| 1:20-op-45173-DAP | Chesterfield County | VA | Y | 6/3/2019 | Y | 7/11/2024 |
| 1:19-op-45371-DAP | Christian County | MO | N | | N | |
| 1:19-op-45246-DAP | City of Alexandria | VA | Y | 2/16/2018 | Y | 7/24/2024 |
| 1:19-op-46162-DAP | City of Amsterdam | NY | Y | 6/26/2019 | Not Known | |
| 1:19-op-45843-DAP | City of Auburn | NY | Y | 5/13/2019 | Y | 6/3/2019 |
| 1:19-op-45719-DAP | City of Bristol | VA | Y | 6/25/2018 | Y | 7/22/2024 |
| 1:20-op-45159-DAP | City of Buena Vista | VA | Y | 5/2/2019 | Y | 8/5/2024 |
| 1:19-op-45712-DAP | City of Chesapeake | VA | Y | 1/2/2019 | Y | 8/1/2024 |
| 1:19-op-45799-DAP | City of Covington | VA | Y | 4/18/2019 | Y | 7/8/2024 |
| 1:19-op-46850-DAP | City of Emporia | VA | Y | 6/11/2019 | Y | 8/13/2024 |
| 1:20-op-45177-DAP | City of Fairfax | VA | Y | 10/11/2019 | Y | 7/26/2024 |
| 1:19-op-45898-DAP | City of Fredericksburg | VA | Y | 7/16/2018 | Y | 7/5/2024 |

| Case Number | Name | State | | Date | | Date |
|---|---|---|---|---|---|---|
| 1:19-op-45243-DAP | City of Galax | VA | Y | 6/4/2018 | Y | 8/8/2024 |
| 1:19-op-45371-DAP | City of Joplin | MO | N | | N | |
| 1:19-op-45693-DAP | City of Lexington | VA | Y | 11/19/2018 | Y | 8/6/2024 |
| 1:23-op-45003-DAP | City of Lorain | OH | Y | 11/5/2018 | Y | 11/5/2018 |
| 1:19-op-45651-DAP | City of Middletown | CT | Y | 4/10/2018 | Y | 4/11/2018 |
| 1:19-op-45249-DAP | City of Norton | VA | Y | 5/16/2018 | Y | 7/25/2024 |
| 1:19-op-45852-DAP | City of Ogdensburg | NY | Y | 3/28/2019 | Y | 4/10/2019 |
| 1:18-op-45371-DAP | City of Paterson | NJ | Y | 9/25/2017 | Y | 9/25/2017 |
| 1:19-op-45856-DAP | City of Portsmouth | VA | Y | 8/27/2018 | Y | 9/18/2018 |
| 1:19-op-46154-DAP | City of Radford | VA | Y | 12/12/2018 | Y | 7/19/2024 |
| 1:19-op-45696-DAP | City of Roanoke | VA | Y | 1/10/2019 | Y | 8/6/2024 |
| 1:19-op-45697-DAP | City of Salem | VA | Y | 3/12/2019 | Y | 7/8/2024 |
| 1:19-op-45857-DAP | City of Saratoga Springs | NY | Y | 2/20/2018 | Not Known | |
| 1:18-op-45899-DAP | City of Springfield | MO | N | | N | |
| 1:19-op-46152-DAP | City of Waynesboro | VA | Y | 9/26/2018 | Y | 8/12/2024 |
| 1:20-op-45176-DAP | City of Winchester | VA | Y | 8/8/2018 | Y | 8/12/2024 |
| 1:19-op-46168-DAP | Clark County | NV | Y | 10/2/2019 | Y | 10/2/2019 |
| 1:23-op-45003-DAP | County of Cuyahoga | OH | Y | 2/20/2018 | Y | |
| 1:19-op-45437-DAP | County of Jefferson | NY | Y | 4/17/2019 | Y | 8/9/2024 |
| 1:23-op-45001-DAP | County of Summit | OH | Y | 3/21/2018 | Y | 3/21/2018 |
| 1:19-op-45371-DAP | Crawford County | MO | N | | N | |
| 1:19-op-45849-DAP | Culpeper County | VA | Y | 3/7/2019 | Y | 7/19/2024 |
| 1:19-op-46153-DAP | Cumberland County | VA | Y | 7/11/2018 | Y | 7/19/2024 |
| 1:23-op-45003-DAP | Dayton | OH | Y | 2/13/2020 | Y | 2/23/2018 |
| 1:19-op-45371-DAP | Dent County | MO | N | | N | |
| 1:19-op-45252-DAP | Dickenson County | VA | Y | 2/28/2018 | Y | 8/7/2024 |
| 1:20-op-45291-DAP | Dinwiddie County | VA | Y | 6/28/2018 | Y | 7/19/2024 |
| 1:19-op-45371-DAP | Dunklin County | MO | N | | N | |
| 1:23-op-45003-DAP | Euclid | OH | Y | 8/15/2018 | Y | 8/16/2018 |
| 1:19-op-45766-DAP | Fairfax County Board Of Supervisors | VA | Y | 3/20/2019 | Y | 7/11/2019 |
| 1:19-op-45686-DAP | Fauquier County | VA | Y | 5/31/2018 | Y | 8/7/2024 |
| 1:23-op-45003-DAP | Findlay | OH | Y | 8/15/2018 | Y | 8/15/2018 |
| 1:19-op-45698-DAP | Floyd County | VA | Y | 7/24/2018 | Y | 8/8/2024 |
| 1:19-op-45701-DAP | Franklin County | VA | Y | 11/2/2018 | Y | 7/8/2024 |
| 20AB-CC00006 | Franklin County | MO | N | | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:20-op-45233-DAP | Frederick County | VA | Y | 2/27/2020 | Y | 7/15/2024 |
| 1:23-op-45003-DAP | Garfield Heights | OH | Y | 8/15/2018 | Y | 8/15/2018 |
| 1:19-op-45236-DAP | Giles County | VA | Y | 6/13/2018 | Y | 6/1/2018 |
| 1:20-op-45175-DAP | Goochland County | VA | Y | 12/6/2019 | Y | 7/25/2024 |
| 1:19-op-45371-DAP | Greene County | MO | N | | N | |
| 1:19-op-45848-DAP | Greensville County | VA | Y | 1/30/2019 | Y | 7/10/2024 |
| 1:19-op-45692-DAP | Halifax County | VA | Y | 4/2/2019 | Y | 8/6/2024 |
| 1:23-op-45003-DAP | Harrison | OH | Y | 2/20/2018 | Y | 2/21/2018 |
| 1:20-op-45172-DAP | Henrico County | VA | Y | 12/17/2019 | Y | 1/22/2020 |
| 1:19-op-45245-DAP | Henry County | VA | Y | 5/25/2018 | Y | 8/8/2024 |
| 1:19-op-45371-DAP | Iron County | MO | N | | N | |
| 1:20-op-45145-DAP | Isle Of Wight County | VA | Y | 9/19/2019 | Y | 8/13/2024 |
| 1:19-op-45371-DAP | Jasper County | MO | N | | N | |
| 1:23-op-45003-DAP | Jefferson County | OH | Y | 3/1/2018 | Not Known | |
| 1:19-op-45371-DAP | Jefferson County | MO | Y | 9/22/2020 | Not Known | |
| 1:20-op-45138-DAP | King and Queen County | VA | Y | 9/10/2018 | Y | 8/8/2024 |
| 1:19-op-45251-DAP | Lee County | VA | Y | 9/18/2018 | Y | 8/9/2024 |
| 1:23-op-45003-DAP | Lorain County | OH | Y | 2/20/2018 | Y | 2/20/2018 |
| 1:19-op-45842-DAP | Loudoun County | VA | Y | 7/23/2018 | Y | 8/8/2024 |
| 1:19-op-45720-DAP | Louisa County | VA | Y | 12/4/2018 | Y | 8/5/2024 |
| 1:19-op-45371-DAP | Madison County | MO | N | | N | |
| 1:19-op-45702-DAP | Madison County | VA | Y | 9/11/2018 | Y | 7/11/2024 |
| 1:20-op-45174-DAP | Mecklenburg County | VA | Y | 3/11/2019 | Y | 7/10/2024 |
| 1:19-op-45234-DAP | Montgomery County | VA | Y | 8/15/2018 | Y | 7/5/2024 |
| 1:23-op-45003-DAP | North Ridgeville | OH | Y | | Y | 8/15/2018 |
| 1:20-op-45144-DAP | Northampton County | VA | Y | 5/9/2018 | Y | 8/13/2024 |
| 1:19-op-45688-DAP | Northumberland County | VA | Y | 4/12/2018 | Y | 8/13/2024 |
| 1:19-op-45840-DAP | Norwich | CT | Y | 5/16/2018 | Y | 5/21/2018 |
| 1:23-op-45003-DAP | North Olmstead | OH | | 8/15/2018 | Y | 8/15/2018 |
| 1:23-op-45003-DAP | Olmstead Falls | OH | Y | 8/15/2018 | Y | 8/16/2018 |
| 1:19-op-45275-DAP | Page County | VA | Y | 5/14/2018 | Y | 7/19/2024 |
| 1:23-op-45003-DAP | Parma | OH | Y | 2/20/2018 | Y | 2/26/2018 |
| 1:23-op-45003-DAP | Painsville Township | OH | Y | 8/15/2018 | Y | 9/17/2018 |
| 1:23-op-45003-DAP | Parma Heights | OH | Y | 8/15/2018 | Y | 8/16/2018 |
| 1:19-op-46149-DAP | Patrick County | VA | Y | 8/13/2018 | Y | 7/8/2024 |
| 1:19-op-45371-DAP | Perry County | MO | N | | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:19-op-45247-DAP | Pittsylvania County | VA | Y | 6/28/2018 | Y | 8/12/2024 |
| 1:19-op-45929-DAP | Prince George County | VA | Y | 5/16/2019 | Y | 8/13/2024 |
| 1:19-op-45695-DAP | Roanoke County | VA | Y | 1/29/2019 | Y | 8/12/2024 |
| 1:19-op-45694-DAP | Rockbridge County | VA | Y | 11/16/2018 | Y | 7/24/2024 |
| 1:23-op-45003-DAP | Sandusky | OH | Y | 6/8/2018 | Y | 6/8/2018 |
| 1:23-op-45003-DAP | Seven Hills | OH | Y | 4/24/2019 | Y | 4/24/2019 |
| 1:19-op-46150-DAP | Shenandoah County | VA | Y | 8/28/2018 | Y | 8/12/2024 |
| 1:19-op-45847-DAP | St. Francois County | MO | N | | N | |
| 1:20-op-45178-DAP | Stafford County | VA | Y | 11/22/2019 | Y | 7/17/2024 |
| 1:19-op-45371-DAP | Ste. Genevieve County | MO | N | | N | |
| 1:19-op-45371-DAP | Stone County | MO | N | | N | |
| 1:23-op-45006-DAP | Strafford County | NH | Not Known | | Y | 7/10/2018 |
| 1:19-op-45371-DAP | Taney County | MO | N | | N | |
| 1:19-op-45371-DAP | Texas County | MO | N | | N | |
| 1:21-op-45078-DAP | The County Board of Arlington County | VA | Y | 9/11/2018 | Y | 6/9/2020 |
| 1:23-op-45003-DAP | Strongsville | OH | Y | 8/23/2018 | Y | 8/23/2018 |
| 1:23-op-45003-DAP | Toledo | OH | Y | 2/20/2018 | Y | 2/27/2018 |
| 1:19-op-45791-DAP | Town of Bennington | VT | Y | 7/23/2019 | Y | 8/12/2024 |
| 1:19-op-45791-DAP | Town of Brattleboro | VT | Y | 10/17/2019 | N | |
| 1:19-op-45581-DAP | Town of Enfield | CT | Y | 5/16/2018 | Y | 5/18/2018 |
| 1:19-op-45791-DAP | Town of Sharon | VT | Y | 11/1/2019 | N | |
| 1:23-op-45003-DAP | Warrensville Heights | OH | Y | 9/18/2018 | Y | 9/18/2018 |
| 1:23-op-45003-DAP | Warren | OH | Y | 2/20/2018 | Y | 2/20/2018 |
| 1:19-op-45371-DAP | Washington County | MO | N | | N | |
| 1:19-op-45254-DAP | Washington County | VA | Y | 4/12/2018 | Y | 7/19/2024 |
| 1:19-op-45663-DAP | Wethersfield | CT | Y | 6/6/2018 | Y | 6/13/2018 |