UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>**COUNTY OF MULTNOMAH**<br><br>VS<br><br>**PURDUE PHARMA, LP ET AL.**<br><br>CASE NO.: 1:18-op-45377 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, County of Multnomah, through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Target Stores <u>only</u>.

Dated: <u>October 8, 2024</u>          RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　*/s/ Craig L. Lowell*
　　　　　　　　　　　　　　　　　　　Craig L. Lowell
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*County of Multnomah*