**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania<br><br>Sheet Metal Workers Local No. 25 Health & Welfare Fund<br><br>Louisiana Assessors Insurance Fund<br><br>Pioneer Telephone Cooperative Inc. Employee Benefits Plan | **MDL No. 2804**<br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**Case No. 1:17-OP-45177**<br>**Case No. 1:18-OP-45002**<br>**Case No. 1:18-OP-46223**<br>**Case No. 1:18-OP-46186** |

## THIRD PARTY PAYOR BELLWETHERS' NOTICE OF CLAIMS TO BE LITIGATED AS PART OF CURRENT BELLWETHER PROCEEDING

On October 2, 2024, this Court entered the Second Amended Case Management Order for Third Party Payor Bellwether Cases (the "CMO"). ECF 5666. The Third Party Payor Bellwether Cases include *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP, et al.,* ("UFCW NEPA")*,* Case No. 1:17-OP-45177; *Local No. 25 Sheet Metal Workers Health & Welfare Fund v. Purdue Pharma, LP, et al*., ("Local 25"), Case No. 1:18-OP-45002; *Louisiana Assessors Insurance Fund a/k/a The Insurance Committee of the Assessors' Insurance Fund v. AmerisourceBergen Drug Corp., et al.,* ("LAIF"), Case No. 1:18-OP-46223; and *Pioneer Telephone Cooperative Inc. Employee Benefits Plan et al. v. Purdue Pharma, LP, et al*., ("Pioneer"), Case No. 1:18-OP-46186. ECF 5225.

The Second Amended CMO provides that within seven days following its entry, *i.e.*, by October 9, 2024, each TPP Bellwether Plaintiff shall identify in a formal notice filed on the docket,

the claims to be litigated as part of the current bellwether proceedings as reflected in Special Master David R. Cohen's email dated September 27, 2024. Dkt. No. 5666 at §(A)(1). The CMO further provides that the remaining claims from each complaint will be severed pursuant to Fed.R.Civ.P. 42(b) and stayed pending further Order.[1] *Id.*

**NOW COME** the TPP Bellwether Plaintiffs who identify the following claims to be litigated as part of the current bellwether proceeding, while fully reserving all other claims, which are severed and stayed:[2]

**UFCW NEPA – Case Track 16 (CT16):**
1. RICO Claims
2. Consumer Fraud Claim
3. Civil Conspiracy

**Local 25 – Case Track 17 (CT17):**
1. RICO Claims
2. Civil Conspiracy

**LAIF – Case Track 18 (CT18):**
1. RICO Claims
2. Louisiana State Racketeering Claims
3. Civil Conspiracy
4. Louisiana Unfair Trade Practices/ Consumer Protection Claim

**Pioneer – Case Track 19 (CT19):**
1. RICO Claims
2. Civil Conspiracy

---

[1] Thus, the only claims that Defendants will be required to move to dismiss or answer at this time are those claims identified in this notice. *See* Dkt. No. 5666.

[2] TPP Bellwether Plaintiffs' Amended Complaints assert a variety of claims against Defendants. In addition to the claims to be litigated listed here, Plaintiffs requested that their unjust enrichment claims (Local 25 and Pioneer) and ERISA claim (Pioneer) be included in the claims to be litigated in their respective bellwether tracks. *See, e.g.* Dkt. No. 5666, n. 2. Despite Plaintiffs' intention to pursue these additional claims now, the Court made a case management decision to sever the TPP Bellwether Plaintiffs' claims other than (1) Federal RICO and state law analogs; (2) Conspiracy; and (3) Consumer Fraud, as reflected in Special Master Cohen's email dated September 27, 2024, and in turn, memorialized here.

WHEREFORE, Third Party Payor Bellwethers pray this notice be deemed good and sufficient, and further reserve all claims severed and stayed.

Dated: October 9, 2024           Respectfully submitted,

*Plaintiffs' Co-Lead Counsel*

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*

  *s/Peter Weinberger*
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund*:*

Eric L. Young
Brandon J. Lauria
**YOUNG LAW GROUP, P.C.**
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
Phone: 215-367-5151
Fax: 215-367-5143
Eyoung@young-lawgroup.com
Blauria@young-lawgroup.com

*Counsel for Plaintiff*

James R. Dugan, II
David S. Scalia
Monica M. Vela-Vick
**THE DUGAN LAW FIRM, APLC**
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
Phone: 504-648-0180
Fax: 504-648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
monica@dugan-lawfirm.com


*MDL Chair TPP Committee of the Executive Committee and Counsel for Plaintiff*

W. Mark Lanier
Alex Abston
**THE LANIER LAW FIRM, PC**
10940 W. Sam Houston Pkwy N. Ste 100
Houston, TX 77064
Tel: 713-659-5200
Fax: 713-659-2204
mark.lanier@lanierlawfirm.com
alex.abston@lanierlawfirm.com

4

Evan Janush
**THE LANIER LAW FIRM, PLLC**
535 Madison Ave., 12th Floor
New York, NY 10022
Tel: 212-421-2800
Fax: 212-253-4094
evan.janush@lanierlawfirm.com

Roberta D. Liebenberg
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: 215-567-6565
rliebenberg@finekaplan.com

Richard J. Hollawell
**RICHARD J. HOLLAWELL & ASSOCIATES**
121 Saratoga Lane
Woolwich Township, NJ 08085
Phone: 800-681-3550
rjh@richardhollawell.com


**Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan:**

Elizabeth J. Cabraser
Eric B. Fastiff
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor San
Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
efastiff@lchb.com


Paulina do Amaral
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor New
York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
pdoamaral@lchb.com

Dan Drachler
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA  98161
Telephone: (206) 895-5005 ext. 2373
Facsimile: (206) 895-3131
ddrachler@lchb.com

**Counsel for Louisiana Assessors' Insurance Fund a/k/a The Insurance Committee of The Assessors' Insurance Fund:**

**IRPINO, AVIN & HAWKINS**
Anthony D. Irpino
Pearl A. Robertson
2216 Magazine Street
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
probertson@irpinolaw.com

**STAG LIUZZA, L.L.C.**
Michael G. Stag
Ashley M. Liuzza
D. Rogenes
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mrogenes@stagliuzza.com

**ALVENDIA, KELLY & DEMAREST, LLC**
Roderick Alvendia
J. Bart Kelly
Jeanne Demarest
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000

Facsimile: (504) 200-0001
rico@akdlalaw.com
bart@akdlalaw.com
jeanne@akdlalaw.com

**SMITH & FAWER, L.L.C.**

Randall A. Smith
Stephen M. Gelé
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Fax: (504) 525-2205
rasmith@smithfawer.com
sgele@smithfawer.com

**JOHN YOUNG LAW FIRM, LLC**

John F. Young
3408 6th Street
Metairie, La. 70002
Telephone: (504) 352-8855
john@johnyoungla.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

s/*Peter H. Weinberger*
Peter H. Weinberger