| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:17-op-45101 | Todd Entrekin, Sheriff Etowah County, Alabama | AL |
| 1:18-op-45005 | Colbert County, Alabama | AL |
| 1:18-op-45005 | Franklin County, Alabama | AL |
| 1:18-op-45005 | The City of Tuscumbia, Alabama | AL |
| 1:18-op-45190 | City of Talladega, Alabama, a municipal corporation | AL |
| 1:18-op-45230 | The Town of Grant, Alabama | AL |
| 1:20-op-45261 | City of Jacksonville, Alabama | AL |
| 1:18-op-45613 | The People of the State of California, acting by and through the County of San Diego | CA |
| 1:18-op-45618 | The People of the State of California, acting by and through the County of Mariposa | CA |
| 1:18-op-45619 | The People of the State of California, acting by and through the County of Tuolumne | CA |
| 1:18-op-45631 | The People of the State of California, acting by and through the County of Imperial | CA |
| 1:18-op-45643 | The People of the State of California, acting by and through the County of Merced | CA |
| 1:18-op-45644 | The People of the State of California, acting by and through the County of Fresno | CA |
| 1:18-op-45645 | The People of the State of California, acting by and through the County of Calaveras | CA |
| 1:18-op-45646 | The People of the State of California, acting by and through the County of Inyo | CA |
| 1:18-op-45647 | The People of the State of California, acting by and through the County of Madera | CA |
| 1:18-op-45878 | The People of the State of California, acting by and through the County of Riverside | CA |
| 1:18-op-46032 | The People of the State of California, acting by and through the County of San Bernardino | CA |
| 1:18-op-46075 | The People of the State of California, acting by and through the County of Amador | CA |
| 1:18-op-46092 | The People of the State of California, acting by and through Interim Eureka City Attorney, Robert Norris Black | CA |
| 1:19-op-45128 | The People of the State of California | CA |
| 1:19-op-45351 | The People of the State of California, acting by and through the Yolo County Counsel | CA |
| 1:19-op-45768 | The People of the State of California, acting by and through the City of San Jose | CA |
| 1:20-op-45055 | City of Anaheim | CA |
| 1:20-op-45055 | City of Encinitas | CA |
| 1:20-op-45055 | The People of the State of California, by and through Alameda County Counsel Donna Ziegler | CA |
| 1:20-op-45055 | Costa Mesa City Attorney Kimberly Hall Barlow | CA |
| 1:20-op-45055 | Anaheim City Attorney Robert Fabela | CA |
| 1:20-op-45055 | Santa Ana City Attorney Sonia R. Carvalho | CA |
| 1:20-op-45055 | San Clemente City Attorney Scott C. Smith | CA |
| 1:20-op-45055 | Encinitas City Attorney Leslie Devaney | CA |
| 1:20-op-45055 | La Habra City Attorney Richard D. Jones | CA |

| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:20-op-45055 | La Mesa City Attorney Glenn Sabine | CA |
| 1:20-op-45055 | Oxnard City Attorney Stephen Fischer | CA |
| 1:20-op-45055 | Placentia City Attorney Christian Bettenhausen | CA |
| 1:20-op-45143 | The People of the State of California, by and through Fullerton and Westminster City Attorney Richard D. Jones | CA |
| 1:20-op-45189 | The People of the State of California, acting by and through the City of Chico | CA |
| 1:20-op-45242 | The People of the State of California, acting by and through the City of Lakeport | CA |
| 1:20-op-45251 | The People of the State of California, acting by and through the City of Clearlake | CA |
| 1:20-op-45255 | The People of the State of California, by and through Dublin City Attorney John Bakker | CA |
| 1:20-op-45255 | The People of the State of California, by and through Murrieta City Attorney Leslie Devaney | CA |
| 1:20-op-45290 | The People of the State of California, acting by and through the City of Sacramento City Attorney Susana Alcala Wood | CA |
| 1:22-op-45030 | People of the State of California, acting by and through Santa Clara County Counsel James R. Williams | CA |
| 1:19-op-45036 | Tri-County Health Department | CO |
| 1:18-op-45303 | Mills County | IA |
| 1:21-op-45051 | Cerro Gordo County | IA |
| 1:21-op-45051 | Cherokee County | IA |
| 1:21-op-45051 | Chickasaw County | IA |
| 1:21-op-45051 | Emmet County | IA |
| 1:21-op-45051 | Fremont County | IA |
| 1:21-op-45051 | Hancock County | IA |
| 1:21-op-45051 | Henry County | IA |
| 1:21-op-45051 | Ida County | IA |
| 1:21-op-45051 | Jones County | IA |
| 1:21-op-45051 | Keokuk County | IA |
| 1:21-op-45051 | Madison County | IA |
| 1:21-op-45051 | Muscatine County | IA |
| 1:21-op-45051 | Osceola County | IA |
| 1:21-op-45051 | Pocahontas County | IA |
| 1:21-op-45051 | Poweshiek County | IA |
| 1:21-op-45051 | Webster County | IA |
| 1:21-op-45051 | Winnebago County | IA |
| 1:21-op-45051 | Wright County | IA |
| 1:17-op-45049 | The People of the State of Illinois | IL |
| 1:17-op-45049 | The People of Jersey County | IL |
| 1:17-op-45078 | The People of the State of Illinois | IL |
| 1:17-op-45078 | The People of Christian County | IL |
| 1:18-op-45138 | The People of the State of Illinois | IL |
| 1:18-op-45138 | The People of Coles County | IL |
| 1:18-op-45310 | The People of the State of Illinois | IL |

| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:18-op-45310 | The People of Winnebago County | IL |
| 1:18-op-45519 | The People of the State of Illinois | IL |
| 1:18-op-45519 | The People of Massac County | IL |
| 1:18-op-45527 | The People of the State of Illinois | IL |
| 1:18-op-45527 | The People of Livingston County | IL |
| 1:18-op-45528 | The People of the State of Illinois | IL |
| 1:18-op-45528 | The People of Saline County | IL |
| 1:18-op-45539 | The People of the State of Illinois | IL |
| 1:18-op-45539 | The People of Jefferson County | IL |
| 1:18-op-45606 | The People of the State of Illinois | IL |
| 1:18-op-45606 | The People of Lee County | IL |
| 1:18-op-46147 | The People of the State of Illinois | IL |
| 1:18-op-46147 | The People of Schuyler County | IL |
| 1:18-op-46148 | The People of the State of Illinois | IL |
| 1:18-op-46148 | The People of Johnson County | IL |
| 1:18-op-46294 | The People of the State of Illinois | IL |
| 1:18-op-46294 | The People of Calhoun County | IL |
| 1:19-op-45055 | The People of the State of Illinois | IL |
| 1:19-op-45286 | The People of the State of Illinois | IL |
| 1:19-op-45286 | The People of Union County | IL |
| 1:20-op-45154 | The People of the State of Illinois | IL |
| 1:20-op-45154 | The People of Sangamon County | IL |
| 1:20-op-45194 | The People of the State of Illinois | IL |
| 1:20-op-45194 | The People of Franklin County | IL |
| 1:18-op-46140 | Jay County | IN |
| 1:19-op-45377 | Tim Liesmann, Wabaunsee County Attorney | KS |
| 1:19-op-45379 | Andrea Purvis, Dickinson County Attorney | KS |
| 1:19-op-45382 | Joe Lee, Elk County Attorney | KS |

| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:19-op-45387 | Thomas Burgardt, Finney County Counselor | KS |
| 1:19-op-45388 | David Black, Stanton County Attorney | KS |
| 1:19-op-45390 | Laura Lewis, Meade County Attorney | KS |
| 1:19-op-45391 | Russell Hasenbank, Seward County Attorney | KS |
| 1:19-op-45393 | Eric Witcher, Morton County Attorney | KS |
| 1:19-op-45394 | Jessica Akers, Grant County Attorney | KS |
| 1:19-op-45781 | City of Wichita, Jennfier Magana, City Attorney | KS |
| 1:20-op-45063 | BRECKINRIDGE COUNTY FISCAL COURT, ON BEHALF OF BRECKINRIDGE COUNTY ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED KENTUCKY COUNTIES (FISCAL COURTS) | KY |
| 1:20-op-45063 | GREEN COUNTY FISCAL COURT, ON BEHALF OF GREEN COUNTY ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED KENTUCKY COUNTIES (FISCAL | KY |
| 1:20-op-45063 | MEADE COUNTY FISCAL COURT, ON BEHALF OF MEADE COUNTY ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED KENTUCKY COUNTIES (FISCAL COURTS) | KY |
| 1:20-op-45063 | OHIO COUNTY FISCAL COURT, ON BEHALF OF OHIO COUNTY ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED KENTUCKY COUNTIES (FISCAL COURTS) | KY |
| 1:18-op-45492 | Dr. Charles Preston in his official capacity as the Coroner of St. Tammany Parish | LA |
| 1:18-op-46222 | Red River Parish | LA |
| 1:20-op-45157 | Board of Supervisors of Louisiana State University and Agricultural and Mechanical College | LA |
| 1:20-op-45627 | University System of Louisiana | LA |
| 1:18-op-45083 | Genesee County | MI |
| 1:18-op-45904 | Jackson County | MI |
| 1:19-op-45371 | Jefferson County | MO |
| 1:19-op-45371 | Crawford County | MO |
| 1:19-op-45371 | Dent County | MO |
| 1:19-op-45371 | Dunklin County | MO |
| 1:19-op-45371 | Franklin County | MO |
| 1:19-op-45462 | Chatham County, North Carolina, and others similarly situated | NC |
| 1:18-op-45573 | City of Dover, New Hampshire | NH |
| 1:17-op-45004 | State of Ohio Ex. Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley | OH |
| 1:18-op-45132 | The State of Ohio Ex Rel., The Director of Law of the City of Cleveland, Barbara A. Langhenry | OH |
| 1:18-op-45767 | Boston Township | OH |
| 1:18-op-45767 | VALLEY FIRE DISTRICT | OH |
| 1:18-op-45767 | STATE OF OHIO EX REL., THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON, LISA MILLER | OH |
| 1:18-op-45767 | THE DIRECTOR OF LAW FOR THE CITY OF TALLMADGE, MEGAN RABER | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS, RUSS BALTHIS, | OH |

| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF FAIRLAWN, BRYAN NACE | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF GREEN, INTERIM LAW DIRECTOR BILL CHRIS | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF MOGADORE, MARSHAL M. PITCHFORD | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF MUNROE FALLS, TOM KOSTOFF | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF NEW FRANKLIN, IRVING B. SUGERMAN | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF NORTON, JUSTIN MARKEY | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR THE CITY OF STOW, AMBER ZIBRITOSKY | OH |
| 1:18-op-45767 | THE VILLAGE SOLICITOR FOR THE VILLAGE OF BOSTON HEIGHTS, MARSHAL PITCHFORD | OH |
| 1:18-op-45767 | THE SOLICITOR FOR BOSTON TOWNSHIP, ED PULLEKINS | OH |
| 1:18-op-45767 | SOLICITOR FOR THE VILLAGE OF CLINTON, MARSHAL PITCHFORD | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR COPLEY TOWNSHIP, IRVING B. SUGERMAN | OH |
| 1:18-op-45767 | THE LAW DIRECTOR FOR COVENTRY TOWNSHIP, IRVING B. SUGERMAN | OH |
| 1:18-op-45767 | THE SOLICITOR FOR THE VILLAGE OF LAKEMORE, IRVING B. SUGERMAN | OH |
| 1:18-op-45767 | THE SOLICITOR FOR THE VILLAGE OF PENINSULA, BRAD BRYAN | OH |
| 1:18-op-45767 | THE LAW SOLICITOR FOR THE VILLAGE OF RICHFIELD, WILLIAM HANNA | OH |
| 1:18-op-45767 | THE SOLICITOR THE VILLAGE OF SILVER LAKE, BOB HEYDOR | OH |
| 1:18-op-45767 | THE ADMINISTRATOR & LEGAL COUNSEL FOR SPRINGFIELD TOWNSHIP, WARREN | OH |
| 1:18-op-46006 | City of Aurora, Ohio | OH |
| 1:18-op-46006 | The State of Ohio ex rel. Prosecuting Attorney of Portage County, Victor V. Viglucci | OH |
| 1:18-op-46006 | Frank J. Cimino, Law Director, City of Ravenna, Ohio | OH |
| 1:18-op-46006 | Hope L. Jones, Law Director, City of Kent, Ohio | OH |
| 1:18-op-46006 | Dean E. Depiero, Law Director, City of Aurora, Ohio | OH |
| 1:18-op-46326 | The State of Ohio Ex Re. Mathias H. Heck, Jr., Prosecuting Attorney | OH |
| 1:18-op-46349 | The State of Ohio Ex Rel. Prosecuting Attorney of Stark County, John D. Ferrero | OH |
| 1:19-op-45098 | The State of Ohio Ex Rel. Prosecuting Attorney of Tuscarawas County, Ryan Styer | OH |
| 1:20-op-45065 | The State of Ohio Ex Rel. Prosecuting Attorney of Fayette County, Jess Weade | OH |
| 1:19-op-45352 | Board of County Commissioners of the County of Tulsa | OK |
| 1:18-op-45197 | Municipality of Cayey, on behalf of themselves and others similarly situated | PR |
| 1:19-op-45132 | Jefferson County, Tennessee | TN |
| 1:17-op-45075 | McLennan County | TX |
| 1:17-op-45154 | Rusk County | TX |
| 1:17-op-45159 | Bowie County | TX |
| 1:17-op-45161 | Titus County | TX |
| 1:17-op-45162 | Lamar County | TX |
| 1:18-op-45030 | Montgomery County | TX |
| 1:18-op-45064 | Wichita County | TX |
| 1:18-op-45081 | Smith County | TX |

| Docket Number | Plaintiff Name | Plaintiff State |
|---|---|---|
| 1:18-op-45169 | Clay County | TX |
| 1:18-op-45175 | Webb County | TX |
| 1:18-op-45863 | Brazos County | TX |
| 1:18-op-45867 | Gonzales Healthcare System | TX |
| 1:18-op-45869 | Ochiltree County Hospital District | TX |
| 1:18-op-46081 | Kaufman County | TX |
| 1:19-op-45684 | Henderson County | TX |
| 1:21-op-45077 | Tarrant County Hospital District, d/b/a JPS Health Network | TX |
| 1:22-op-45009 | Coryell County, Texas | TX |
| 1:19-op-45791 | Town of Bennington, Vermont | VT |
| 1:18-op-45173 | La Conner School District | WA |
| 1:18-op-45173 | Mount Vernon School District | WA |