**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: *Track 9*<br>Case No. 1:18-op-45274-DAP<br><br>TARRANT COUNTY, TEXAS,<br>        Plaintiff,<br>   v.<br>PURDUE PHARMA, et al.,<br>        Defendants. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF PLAINTIFF'S OPPOSITION TO THE ALBERTSONS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT**

PLEASE TAKE NOTICE that, pursuant to the "Directions Regarding Filing of Briefs Under Seal" issued by Special Master Cohen on June 24, 2019 (Dkt. #1719) and the Court's "Order Amending Procedures Regarding Redactions and Filings of Briefs Under Seal" dated July 5, 2019 (Dkt. #1813), Plaintiff in the Track Nine Case, Tarrant County, Texas, served the Albertsons Defendants,[1] the Court, and the Special Masters by email on October 10, 2024, the following documents:

1. Plaintiff's Opposition to the Albertsons Defendants' Motion for Summary Judgment and Memorandum of Law in Support;

2. The Declaration of M. Michelle Carreras in support of Plaintiff's Opposition to the Albertsons Defendants' Motion for Summary Judgment and Memorandum of Law in Support; and

3. Exhibits 1 through 63 as reflected on the Exhibit List as Attachment 1.

---

[1] The "Albertsons Defendants" are Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, and United Supermarkets, LLC.

1

Dated: October 10, 2024

        Respectfully submitted,

        *Plaintiffs' Co-Lead Counsel*

        Jayne Conroy
        SIMMONS HANLY CONROY
        112 Madison Avenue, 7th Floor
        New York, NY 10016
        (212) 784-6400
        (212) 213-5949 (fax)
        jconroy@simmonsfirm.com

        Joseph F. Rice
        MOTLEY RICE LLC
        28 Bridgeside Blvd.
        Mt. Pleasant, SC  29464
        (843) 216-9000
        (843) 216-9290 (Fax)
        jrice@motleyrice.com

        Paul T. Farrell, Jr., Esq.
        FARRELL & FULLER LLC
        270 Munoz Rivera Avenue
        San Juan, PR  00918
        (304) 654-8281
        paul@farrellfuller.com

        *Plaintiffs' Liaison Counsel*

        */s/ Peter H. Weinberger*
        Peter H. Weinberger (0022076)
        SPANGENBERG SHIBLEY & LIBER
        1001 Lakeside Avenue East, Suite 1700
        Cleveland, OH  44114
        (216) 696-3232
        (216) 696-3924 (Fax)
        pweinberger@spanglaw.com

*Counsel for Plaintiff Tarrant County*

*/s/ W. Mark Lanier*
W. Mark Lanier
Leila C. Ayachi
THE LANIER LAW FIRM P.C.
10940 W. Sam Houston Parkway N.
Houston, TX 77064
(713) 659-5200
(713) 659-2204
mark.lanier@lanierlawfirm.com
leila.ayachi@lanierlawfirm.com

*/s/ Evan Janush*
Evan Janush
THE LANIER LAW FIRM P.C.
535 Madison Avenue
New York, NY 10022
(212) 421-2800
(212) 421-2878
evan.janush@lanierlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

            */s/Peter H. Weinberger*
            Peter H. Weinberger