# NOTICE OF SERVICE: ATTACHMENT 1

EXHIBIT LIST

FOR

PLAINTIFF'S OPPOSITION TO THE ALBERTSONS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: *Track 9*<br>Case No. 1:18-op-45274-DAP<br><br>TARRANT COUNTY, TEXAS,<br>        Plaintiff,<br>    V.<br>PURDUE PHARMA, et al.,<br>        Defendants. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**Exhibit List**

| | |
|---|---|
| Ex. 1 | Transcript of the deposition of Albertsons' 30(b)(6) witness, Anthony Provenzano, dated August 10, 2023 |
| Ex. 2 | Exhibit 6 to the 8/10/23 deposition of Albertsons' 30(b)(6) witness, Anthony Provenzano (ALB-MDLCT9-00386118-152) |
| Ex. 3 | Transcript of the deposition of Carmen A. Catizone, MS, RPh, DPh, dated May 23, 2024 |
| Ex. 4 | Exhibit 18 to the 5/23/24 deposition of Carmen A. Catizone, MS, RPh, DPh (ALB-NM00015258-260) |
| Ex. 5 | Exhibit 23 to the 5/23/24 deposition of Carmen A. Catizone, MS, RPh, DPh (ALB-NM00009720-726, 786-796) |
| Ex. 6 | Exhibit 21 to the 3/20/24 deposition of the Texas Medical Board's 30(b)(6) witness, Christopher Palazola (ALB-MDLCT9-00167753-773) |
| Ex. 7 | Excerpts from Exhibit 2 to the 5/16/24 deposition of Anna Lembke, M.D. (Lembke's CT9 Expert Report) |
| Ex. 8 | Transcript of the deposition of David Hicks, dated July 19, 2023 |
| Ex. 9 | Exhibit 4 to the 7/19/23 deposition of David Hicks (ALB-MDLCT9-00351916-918) |
| Ex. 10 | Transcript of the deposition of Scott Johnson, dated July 12, 2023 |

| Ex. 11 | Exhibit 9 to the 7/12/23 deposition of Scott Johnson (ALB-MDLCT9-00045707-710) |
|---|---|
| Ex. 12 | Transcript of the deposition of Anna Lembke, M.D., dated May 16, 2024 |
| Ex. 13 | Exhibit 29 to the 5/16/24 deposition of Anna Lembke, M.D. (PKY181291507-512) |
| Ex. 14 | Transcript of the deposition of Nikki Price, dated July 28, 2023 |
| Ex. 15 | Exhibit 8 to the 8/10/23 deposition of Albertsons' 30(b)(6) witness, Anthony Provenzano (ALB-MDLCT9-00014044-046) |
| Ex. 16 | Exhibit 5 to the 7/19/23 deposition of David Hicks (ALB-MDLCT9-00383753) |
| Ex. 17 | Transcript of the deposition of Joseph T. Rannazzisi, dated May 30, 2024 |
| Ex. 18 | Exhibit 10 to the 8/10/23 deposition of Albertsons' 30(b)(6) witness, Anthony Provenzano (ALB-MDLCT9-00414778-779) |
| Ex. 19 | Transcript of the deposition of Donald Bowman, dated July 18, 2023 |
| Ex. 20 | Exhibit 3 to the 7/19/23 deposition of David Hicks (ALB-MDLCT9-00350447-448) |
| Ex. 21 | Exhibit 6 to the 7/28/23 deposition of Nikki Price (ALB-NM00029299-303) |
| Ex. 22 | Exhibit 3 to the 7/18/23 deposition of Donald Bowman (ALB-MDLCT9-00122497) |
| Ex. 23 | Exhibit 4 to the 7/18/23 deposition of Donald Bowman (ALB-MDLCT9-00135844-846) |
| Ex. 24 | Exhibit 6 to the 7/19/23 deposition of David Hicks (ALB-MDLCT9-00073285-288) |
| Ex. 25 | Exhibit 2 to the 7/12/23 deposition of Scott Johnson (ALB-NM00021460-465) |
| Ex. 26 | Exhibit 4 to the 7/12/23 deposition of Scott Johnson (ALB-NM00006131-133) |
| Ex. 27 | Exhibit 6 to the 7/12/23 deposition of Scott Johnson (ALB-NM00014384, 386) |
| Ex. 28 | Transcript of the deposition of Tim Mills, dated July 25, 2023 |
| Ex. 29 | Exhibit 5 to the 7/12/23 deposition of Scott Johnson (ALB-NM00017941) |
| Ex. 30 | Exhibit 8 to the 7/12/23 deposition of Scott Johnson (ALB-NM00015706-710 & attachment) |
| Ex. 31 | Exhibit 2 to the 7/25/23 deposition of Tim Mills (ALB-NM00014412-413) |
| Ex. 32 | Transcript of the deposition of Craig McCann, Ph.D., dated May 15, 2024 |

| Ex. 33 | Exhibit 5 to the 8/10/23 deposition of Albertsons' 30(b)(6) witness, Anthony Provenzano (ALB-MDLCT9-00000028 Excerpts) |
|---|---|
| Ex. 34 | Transcript of the deposition of Katherine Keyes, Ph.D., dated May 14, 2024 |
| Ex. 35 | Transcript of the deposition of Tarrant County's 30(b)(6) witness, G. K. Maenius, dated February 29, 2024 |
| Ex. 36 | Transcript of the deposition of Calvin C. Bond, dated July 7, 2023 |
| Ex. 37 | Transcript of the deposition of Helen Giese, dated June 23, 2023 |
| Ex. 38 | Transcript of the deposition of Billy Earl Waybourn, dated July 6, 2023 |
| Ex. 39 | Transcript of the deposition of Mike Simonds, dated August 15, 2023 |
| Ex. 40 | Transcript of the deposition of Veerinder Taneja, MBBS, MPH, dated August 30, 2023 |
| Ex. 41 | Exhibit 8 to the 8/30/23 deposition of Veerinder Taneja, MBBS, MPH (TARRANT_00343779-781 & attachment) |
| Ex. 42 | Transcript of the deposition of Cheryl Bennett-Wright, dated August 28, 2023 |
| Ex. 43 | Transcript of the deposition of Floyd Heckman, dated August 24, 2023 |
| Ex. 44 | Exhibit 9 to the 7/19/23 deposition of David Hicks (Summary of Selected Hydrocodone and Oxycodone Dispensed by Albertsons Store 3625 in Dosage Units) |
| Ex. 45 | Exhibit 10 to the 7/19/23 deposition of David Hicks (Summary of Selected Hydrocodone and Oxycodone Dispensed by Albertsons Store 1780 in Dosage Units) |
| Ex. 46 | Exhibit 5 to the 6/28/23 deposition of Trace McDonald (Texoma_HIDTA_0254-305) |
| Ex. 47 | Exhibit 7 to the 7/6/23 deposition of Billy Earl Waybourn (TARRANT_00706329-330) |
| Ex. 48 | Exhibit 12 to the 8/24/23 deposition of Floyd Heckman (TARRANT_00684006-007) |
| Ex. 49 | Transcript of the deposition of Dr. Robert Johnson, dated August 9, 2023 |
| Ex. 50 | Exhibit 41 to the 8/15/23 deposition of Mike Simonds (TARRANT_00853466-467) |
| Ex. 51 | Exhibit 13 to the 7/6/23 deposition of Billy Earl Waybourn (TARRANT_00697990) |
| Ex. 52 | Transcript of the deposition of Luann Pelletier, dated July 27, 2023 |

| **Ex. 53** | Transcript of the deposition of Henry Reyes, dated August 17, 2023 |
|---|---|
| **Ex. 54** | Exhibit 14 to the 8/17/23 deposition of Henry Reyes (TARRANT_00697997) |
| **Ex. 55** | Exhibit 7 to the 7/7/23 deposition of Calvin C. Bond (TARRANT_00854818-819) |
| **Ex. 56** | Exhibit 19 to the 8/15/23 deposition of Mike Simonds (TARRANT_00885303-320) |
| **Ex. 57** | Transcript of the deposition of Trace McDonald, dated June 28, 2023 |
| **Ex. 58** | Transcript of the deposition of John Paul Briggs, dated June 7, 2023 |
| **Ex. 59** | Transcript of the deposition of Jennifer Gilley, dated August 18, 2023 |
| **Ex. 60** | Exhibit 45 to the 8/15/23 deposition of Mike Simonds (TARRANT_00860059-060) |
| **Ex. 61** | Exhibit 22 to the 8/24/23 deposition of Floyd Heckman (TARRANT_00854910) |
| **Ex. 62** | Exhibit 9 to the 8/18/23 deposition of Jennifer Gilley (CHAL0000003-008) |
| **Ex. 63** | Exhibits 22-28 to the 8/18/23 deposition of Jennifer Gilley (CHAL0001197, 199, 201, 204-205, 207, 209-210) |