# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>MDL Case No. 17-md-2804 | JUDGE DAN AARON POLSTER<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE** that Attorney Derek P. Hartman of the law firm Cavitch, Familo & Durkin Co., L.P.A., 1300 East Ninth Street, 20th Floor, Cleveland, Ohio 44114, hereby enters his appearance and joins Gregory E. O'Brien as counsel for Defendant, Discount Drug Mart Inc., in the following captioned cases:

| MDL Case No. | Caption |
|---|---|
| 1:17-op-45000 | City of Lorain v. Purdue |
| 1:17-op-45004 | County of Cuyahoga et al. v. Purdue |
| 1:18-op-45012 | Ashland Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45038 | Fairfield Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45059 | Morrow Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45078 | Cty. of Lorain v. Purdue |
| 1:18-op-45090 | County of Summit et al. v. Purdue |
| 1:18-op-45132 | City of Cleveland et al. v. Purdue |
| 1:18-op-45150 | Wayne Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45162 | Franklin Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45163 | City of Lebanon v. AmerisourceBergen |
| 1:18-op-45240 | City of Lakewood v. Purdue |
| 1:18-op-45254 | Sandusky Cty. Bd. v. Purdue |
| 1:18-op-45256 | Geauga Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45266 | Delaware Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45288 | Crawford Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45291 | Erie Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45292 | Huron Cty. Bd. v. AmerisourceBergen |
| 1:18-op-45306 | Minute Men, Inc. v. Purdue |
| 1:18-op-45432 | Cleveland Bakers & Teamsters H&W et al. v. Purdue |
| 1:18-op-45767 | City of Barberton et al. v. Purdue |
| 1:18-op-46015 | City of North Ridgeville v. Purdue |

| | |
|---|---|
| 1:18-op-46078 | Wyandot Cty. Bd. v. AmerisourceBergen |
| 1:18-op-46079 | Carroll Cty. Bd. v. AmerisourceBergen |
| 1:18-op-46203 | City of Ashland v. AmerisourceBergen |
| 1:18-op-46344 | MH&RS Bd. of Allen, etc. v. Purdue |
| 1:19-op-45072 | Ohio Carpenters Health Fund v Purdue |
| 1:19-op-45098 | Tuscarawas Cty. Bd. v. Purdue |
| 1:19-op-45839 | County of Medina v. Purdue |
| 1:21-op-45109 | Village of Lexington v. Actavis |

Please forward copies of all future pleadings, correspondence and notices to the undersigned.

Respectfully submitted,

/s/ Derek P. Hartman
Derek P. Hartman (0087869)
Gregory E. O'Brien (0037073)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone: 216-621-7860
Facsimile: 216-621-3415
Email: dhartman@cavitch.com
gobrien@cavitch.com

*Attorneys for Defendant*
*Discount Drug Mart, Inc.*

2

## CERTIFICATE OF SERVICE

On this 10th day of October, 2024, the foregoing **Notice of Appearance of Counsel** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Derek P. Hartman
Derek P. Hartman (0087869)

*One of the Attorneys for Defendant*
*Discount Drug Mart, Inc.*