UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br>*Case No. 1:18-op-46238-DAP* | MDL No. 2804<br><br>Case No. I:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Nye County, Nevada (the "Dismissing Plaintiff") and the Teva Defendants[1] that, pursuant to the election of the Dismissing Plaintiff to participate in the Teva-Nevada Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated June 6, 2023, is binding on the Dismissing Plaintiff and the Teva Defendants, and has an Effective Date of October 4, 2023 (a copy of which is attached as Appendix A), all claims of the Dismissing Plaintiff against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

---

[1] Pursuant to Section I.A of the Teva Settlement Agreement, the Teva Defendants are each and every "Released Entity" as set forth in Section I and Exhibit J of the Teva Settlement Agreement, dated November 22, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Teva Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Teva Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

Dated: October 15, 2024

      Respectfully submitted,

      /s/ Peter J. Mougey
      Peter J. Mougey
      Jeff R. Gaddy
      Levin, Papantonio, Proctor, Buchanan.
      O'Brien, Barr, and Mougey, P.A.
      316 S. Baylen St., Ste. 600
      Pensacola, FL 32502
      P. 850-435-7068
      F. 850-436-6068
      pmougey@levinlaw.com
      jgaddy@levinlaw.com

      Attorneys for City of Nye

Agreed as to form and substance:

TEVA

/s/Eric W. Sitarchuk
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

Attorneys for the Teva Defendants

SO ORDERED this ___ day of _____ 2024.

_____
The Hon. Dan Aaron Polster
United States District Judge