UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br>*Case No. 1:18-op-46238-DAP*<br>*Case No. 1:19-op-45648-DAP*<br>*Case No. 1:19-op-45649-DAP* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

# DISMISSING WITH PREJUDICE CLAIMS
# PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs Boulder City, Nevada; Nye County, Nevada; and City of Mesquite, Nevada (collectively, the "Dismissing Plaintiffs") and the Teva Defendants[1] that, pursuant to the election of the Dismissing Plaintiffs to participate in the Teva-Nevada Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated June 6, 2023, is binding on the Dismissing Plaintiffs and the Teva Defendants, and has an Effective Date of October 4, 2023 (a copy of which is attached as Appendix A), all claims of the Dismissing Plaintiffs against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

---

[1] Pursuant to Section I.A of the Teva Settlement Agreement, the Teva Defendants are each and every "Released Entity" as set forth in Section I and Exhibit J of the Teva Settlement Agreement, dated November 22, 2022, a copy of which is attached as Appendix B. Appendix C, also attached hereto, represents a good faith effort by the Teva Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Teva Defendants subsequently identify any Released Entity that should have been included on Appendix C, they will inform the Clerk of the Court.

The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

Dated: October 15, 2024

                                              Respectfully submitted,

                                              */s/ Alex J. Dravillas*_____
Ashley C. Keller
Alex J. Dravillas
KELLER POSTMAN LLC
150 N. Riverside Plaza,
Suite 4100
Chicago, IL 60606
ack@kellerpostman.com
ajd@kellerpostman.com
(312) 741-5220

J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
mike@consovoymccarthy.com
(703) 243-9423

Bruce L. Woodbury
WOODBURY LAW
50 S. Stephanie Street
Suite 201
Henderson, NV 89012
bruce@woodbury-law.com
(702) 933-0777

*Attorneys for Boulder City*

*/s/ Alex J. Dravillas*_____
Ashley C. Keller
Alex J. Dravillas
KELLER POSTMAN LLC

150 N. Riverside Plaza,
Suite 4100
Chicago, IL 60606
ack@kellerpostman.com
ajd@kellerpostman.com
(312) 741-5220

J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd
Suite 700
Arlington, VA 22209
mike@consovoymccarthy.com
(703) 243-9423

Bruce L. Woodbury
WOODBURY LAW
50 S. Stephanie Street
Suite 201
Henderson, NV 89012
bruce@woodbury-law.com
(702) 933-0777

*Attorneys for City of Mesquite*

Agreed as to form and substance:

 **TEVA**

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

 *Attorneys for the Teva Defendants*

3

SO ORDERED this __ day of _____, 2024.

_____
The Hon. Dan Aaron Polster
United States District Judge