UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*City of Paterson v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45371 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF AMENDED CERTIFICATION**

By email dated October 7, 2024, the City of Paterson, New Jersey certified to the Plaintiffs' Executive Committee (PEC) that it had circulated a litigation hold in connection with *City of Paterson v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45371, and additionally stated that, as of that date, it was not prepared to serve as a bellwether plaintiff in litigation against pharmacy benefit managers (PBMs).

After reconsidering the resources available for litigation, Paterson amends its October 7, 2024 certification as follows: Paterson is committed to being a bellwether and will devote all necessary resources to the endeavor, subject to further vetting of its candidacy by the Court and the parties.

DATED:  October 17, 2024					**SCOTT+SCOTT ATTORNEYS AT LAW LLP**


							<u>*s/ Donald A. Broggi*					</u>
							Donald A. Broggi
							Joseph G. Cleemann
							The Helmsley Building
							230 Park Avenue 24th Floor,
							New York, New York 10169
							Telephone: 212.519.0518
							E-mail: dbroggi@scott-scott.com
							E-mail: jcleeman@scott-scott.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  *s/ Donald A. Broggi*
                                                  Donald A. Broggi