# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*Strafford County, New Hampshire v. Evernorth Health, Inc., et al.* Case No. 1:23-op-45006-DAP (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-MD-2804-DAP<br><br>Judge Aaron Polster |

## NOTICE OF WITHDRAWAL

Please take notice that John F. Garvey of Stranch, Jennings & Garvey, PLLC hereby withdraws as counsel of record for Plaintiff in the above-captioned action.

Dated: October 22, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/John F. Garvey*
　　　　　　　　　　　　　　　　　　　　**STRANCH, JENNINGS & GARVEY, PLLC**
　　　　　　　　　　　　　　　　　　　　John F. Garvey, #35879
　　　　　　　　　　　　　　　　　　　　Peabody Plaza
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 1510
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　(314) 390-6750
　　　　　　　　　　　　　　　　　　　　jgarvey@stranchlaw.com

## Certificate of Filing

The undersigned hereby certifies that the foregoing Notice of Withdrawal has been filed electronically with the Court on this 22nd day of October, 2024, thereby serving all registered parties of record.

　　　　　　　　　　　　　　　　　　　　*/s/John F. Garvey*