# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | Case No. 1:17-MD-2804 |
| | ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: "*All Cases*" | ) ) ) ) ) | FEE PANEL ORDER NO. 41 REGARDING SUPPLEMENTAL APPLICATIONS FOR COSTS |

The undersigned has previously received from counsel applications for reimbursement of eligible costs and expenses incurred **through December 9, 2022** from the seven Subdivision Cost and Expense Funds created pursuant to national opioid settlements with the following defendants: (1) Certain Distributors (McKesson Corporate, AmerisourceBergen Corporation n/k/a Cencora, and Cardinal Health, Inc.); (2) Janssen Pharmaceuticals, Inc.; (3) Allergan Finance LLC; (4) Teva Pharmaceuticals, Inc.; (5) Walmart, Inc.; (6) CVS Health Corporation; and (7) Walgreens Co. *See* FPO No. 24 (docket no. 5110). Since then, reimbursement funds from the Endo Public Opioid Political Subdivisions Costs and Fees Fund have become available, to be distributed in accordance with terms and procedures previously established for the Joint Global Cost and Expense Fund. *See* Endo Public Opioid Trust Agreement, Exhibit 3.

Accordingly, the undersigned will now receive applications for reimbursement of costs and expenses incurred **through December 31, 2023** from all eight of the above-referenced Subdivision Cost and Expense Funds (collectively, the "Joint Global Cost and Expense Fund").

Applicants seeking reimbursement from these funds must submit an application using the Rubris Crosslink system. Firms that have previously submitted a Joint Global Cost and Expense Fund Application will receive a task notification from Crosslink to supplement their application

with costs and expenses incurred through December 2023. New Applicants may request access to the application by emailing CrosslinkSupport@Rubris.com and including in the Subject Line: "Request for Application to the Joint Global Cost and Expense Fund."

Application exemplars and detailed application instructions are available in Crosslink and posted to the Fee Panel's website at www.OpioidFeePanelDocuments.com.  Applications are due no later than **Friday, December 20, 2024**.  Late applications will not be accepted without prior written leave of the Cost and Expense Fund Administrator and only for good cause shown.

**IT IS SO ORDERED**.

/s/ <u>**David R. Cohen**</u>
**Cost and Expense Fund Administrator**

**Dated:  October 22, 2024**