UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*City of Middletown v. Purdue Pharma, L.P., et al.,* No. 19-op-45651-DAP<br><br>*City of Norwich v. Purdue Pharma, L.P., et al.,* No. 19-op-45840-DAP<br><br>*City of Paterson v. Purdue Pharma, L.P., et al.,* No. 1:18-op-45371-DAP<br><br>*City of Portsmouth v. Purdue Pharma, L.P., et al.,* No. 1:19-op-45856-DAP<br><br>*Town of Enfield v. Purdue Phrama, L.P., et al.,* No. 19-op-45581-DAP<br><br>*Town of Wethersfield v. Purdue Pharma, L.P., et al.,* No. 1:19-op-45663-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF VOLUNTARY DISMISSALS**

In accordance with the Court's directive at the October 17, 2024 status conference, the plaintiffs in the following cases have voluntarily dismissed without prejudice their claims against the pharmacy benefit manager (PBM) defendants:

- *City of Middletown v. Purdue Pharma, L.P., et al.,* No. 19-op-45651-DAP (*see* ECF No. 64);

- *City of Norwich v. Purdue Pharma, L.P., et al.,* No. 19-op-45840-DAP (*see* ECF No. 88);

1

- *City of Paterson v. Purdue Pharma, L.P., et al.,* No. 1:18-op-45371-DAP (*see* ECF No. 76);

- *City of Portsmouth v. Purdue Pharma, L.P., et al.,* No. 1:19-op-45856-DAP (*see* ECF No. 72);

- *Town of Enfield v. Purdue Pharma, L.P., et al.,* No. 19-op-45581-DAP (*see* ECF No. 94); and

- *Town of Wethersfield v. Purdue Pharma, L.P., et al.,* No. 1:19-op-45663-DAP (*see* ECF No. 63).

DATED:  October 22, 2024          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Donald A. Broggi*
Donald A. Broggi
Joseph G. Cleemann
The Helmsley Building
230 Park Avenue 24th Floor,
New York, New York 10169
Telephone: 212.519.0518
E-mail: dbroggi@scott-scott.com
E-mail: jcleeman@scott-scott.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                              */s/ Donald A. Broggi*
                                              Donald A. Broggi