UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*See* List of Cases Attached as Ex. 1 | MDL 2804<br><br>Case No. 1:17-md-2804-DAP<br><br>Hon. Dan Aaron Polster |

## CERTIFICATION

Pursuant to the Court's Order entered on October 4, 2024 and the Court's instructions during the status conference on October 17, 2024, Counsel hereby certifies that the information contained in Dkt. 5589-1 for the attached list of Virginia cases remains true and accurate to the best of Counsel's knowledge and belief.[1]

Counsel draws particular attention to the following cases with litigation holds implemented on the dates identified:

| Case number | Case Title | State | Complaint Filed | Plaintiff Sent Litigation Hold? | Date Implemented |
|---|---|---|---|---|---|
| 1:19-op-45766-DAP | Fairfax County Board of Supervisors | VA | 4/30/2019 | Y | 7/11/2019 |
| 1:19-op-45236-DAP | Giles County | VA | 8/27/2018 | Y | 6/6/2018 |
| 1:20-op-45172-DAP | Henrico County | VA | 1/23/2020 | Y | 1/22/2020 |
| 1:21-op-45078-DAP | The County Board of Arlington County | VA | 4/1/2019[2] | Y | 6/9/2020 |

In the process of re-confirming the above details, Counsel was informed that, notwithstanding the implementation of a litigation hold in Henrico County, the Henrico County

---

[1] For Giles County, Case No. 1:19-op-45236-DAP, the implementation date should be June 6, 2018, rather than June 1, 2018.
[2] A prior submission listed Arlington County's filing as April 8, 2019. The correct date is April 1, 2019.

Department of Social Services (DSS) (a County-State partnership) no longer has access to certain hard copy records. These hard copy records consisted of family assessment and investigative files, family preservation files, and case records dated during the relevant time period. Counsel is prepared to supply further detail regarding these hard copy files upon request.

DATED: 10/23/24

        Respectfully submitted,

*/s/ Kevin Sharp*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Kevin Sharp
ksharp@sanfordheisler.com
Grant Morris
gmorris@sanfordheisler.com
Christine Dunn
cdunn@sanfordheisler.com
Jonathan Tepe
jtepe@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

*/s/ Joanne Cicala*
**THE CICALA LAW FIRM PLLC**
Joanne Cicala
joanne@cicalapllc.com
Josh Wackerly
josh@cicalapllc.com
Johan Conrod
johan@cicalapllc.com
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

*/s/ W. Edgar Spivey*
**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey
wespivey@kaufcan.com

Patrick. H. O. Donnell
phodonnell@kaufcan.com
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Tel: (757) 624-3196
Fax: (888) 360-9092

***Attorneys for Plaintiffs Listed in Ex. 1***

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                  */s/ Kevin Sharp*
                                                  Kevin Sharp
                                                  Sanford, Heisler, Sharp, McKnight, LLP

# **EXHIBIT 1**

| Case number | Case Title | State |
|---|---|---|
| 1:19-op-45715-DAP | Accomack County | VA |
| 1:19-op-45700-DAP | Alleghany County | VA |
| 1:20-op-45046-DAP | Amherst County | VA |
| 1:19-op-45687-DAP | Board of Supervisors, Prince William County | VA |
| 1:20-op-45064-DAP | Botetourt County | VA |
| 1:19-op-45851-DAP | Charlotte County | VA |
| 1:20-op-45173-DAP | Chesterfield County | VA |
| 1:19-op-45246-DAP | City of Alexandria | VA |
| 1:19-op-45719-DAP | City of Bristol | VA |
| 1:20-op-45159-DAP | City of Buena Vista | VA |
| 1:19-op-45712-DAP | City of Chesapeake | VA |
| 1:19-op-45799-DAP | City of Covington | VA |
| 1:19-op-46850-DAP | City of Emporia | VA |
| 1:20-op-45177-DAP | City of Fairfax | VA |
| 1:19-op-45898-DAP | City of Fredericksburg | VA |
| 1:19-op-45243-DAP | City of Galax | VA |
| 1:19-op-45693-DAP | City of Lexington | VA |
| 1:19-op-45249-DAP | City of Norton | VA |
| 1:19-op-46154-DAP | City of Radford | VA |
| 1:19-op-45696-DAP | City of Roanoke | VA |
| 1:19-op-45697-DAP | City of Salem | VA |
| 1:19-op-46152-DAP | City of Waynesboro | VA |
| 1:20-op-45176-DAP | City of Winchester | VA |
| 1:19-op-45849-DAP | Culpeper County | VA |
| 1:19-op-46153-DAP | Cumberland County | VA |
| 1:19-op-45252-DAP | Dickenson County | VA |
| 1:20-op-45291-DAP | Dinwiddie County | VA |
| 1:19-op-45766-DAP | Fairfax County Board Of Supervisors | VA |
| 1:19-op-45686-DAP | Fauquier County | VA |
| 1:19-op-45698-DAP | Floyd County | VA |
| 1:19-op-45701-DAP | Franklin County | VA |
| 1:20-op-45233-DAP | Frederick County | VA |
| 1:19-op-45236-DAP | Giles County | VA |
| 1:20-op-45175-DAP | Goochland County | VA |
| 1:19-op-45848-DAP | Greensville County | VA |

| | | |
|---|---|---|
| 1:19-op-45692-DAP | Halifax County | VA |
| 1:20-op-45172-DAP | Henrico County | VA |
| 1:19-op-45245-DAP | Henry County | VA |
| 1:20-op-45145-DAP | Isle Of Wight County | VA |
| 1:20-op-45138-DAP | King and Queen County | VA |
| 1:19-op-45251-DAP | Lee County | VA |
| 1:19-op-45842-DAP | Loudoun County | VA |
| 1:19-op-45720-DAP | Louisa County | VA |
| 1:19-op-45702-DAP | Madison County | VA |
| 1:20-op-45174-DAP | Mecklenburg County | VA |
| 1:19-op-45234-DAP | Montgomery County | VA |
| 1:20-op-45144-DAP | Northampton County | VA |
| 1:19-op-45688-DAP | Northumberland County | VA |
| 1:19-op-45275-DAP | Page County | VA |
| 1:19-op-46149-DAP | Patrick County | VA |
| 1:19-op-45247-DAP | Pittsylvania County | VA |
| 1:19-op-45929-DAP | Prince George County | VA |
| 1:19-op-45695-DAP | Roanoke County | VA |
| 1:19-op-45694-DAP | Rockbridge County | VA |
| 1:19-op-46150-DAP | Shenandoah County | VA |
| 1:20-op-45178-DAP | Stafford County | VA |
| 1:21-op-45078-DAP | The County Board of Arlington County | VA |
| 1:19-op-45254-DAP | Washington County | VA |