# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*County of Summit, OH*<br>*1:23-op-45001-DAP* | MDL NO. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## CERTIFICATION

Pursuant to the Court's Order entered on October 4, 2024 and the Court's instructions during the status conference on October 17, 2024, Counsel hereby certifies that the information in Dkt. 5589-1 as to Summit County, Ohio, which confirms that a litigation hold was implemented as of March 21, 2018, remains true and accurate.

Dated: October 23, 2024          Respectfully submitted,

                                          */s/Linda Singer*
                                          Linda Singer
                                          MOTLEY RICE LLC
                                          401 9th Street NW, Suite 630
                                          Washington, D.C. 20004
                                          (202) 386-9626
                                          (202) 386-9622 (Fax)
                                          lsinger@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                          */s/Linda Singer*
                                          Linda Singer