UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BUTLER COUNTY BOARD OF COMMISSIONERS, OHIO,** | : | MDL No. 2804 |
| | : | CASE NO. 17-MD-2804 |
| | : | Judge Dan Aaron Polster |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **PURDUE PHARMA, L.P., et al.,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION

Pursuant to the Court's Order entered on October 4, 2024, and the Court's instructions relayed to Counsel from the status conference on October 17, 2024, Counsel hereby certifies that the information filed in ECF No. 5589-1 regarding the Butler County Board of Commissioners, Ohio, remains true and accurate regarding the issuance of a litigation hold. Please note that ECF No. 5589-1 provided that the litigation hold was implemented on July 18, 2018, but the true and accurate date is July 11, 2018. In addition, Counsel makes this confirmation based upon memory of the discussion with various county department heads and our fielding questions from them about the extent of the hold. Unfortunately, after moving firms and changing document management systems on numerous occasions, a hard copy of the litigation hold distributed at the meeting was unable to be located. In an abundance of caution, Counsel re-issued a litigation hold with Butler County departments heads on September 13, 2024.

Date: October 23, 2024

Respectfully submitted,

 /s/ Mark H. Troutman
Mark H. Troutman (0076390), Trial Attorney

Shawn Judge (0069493)
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, Ohio 43240
Ohio Direct: (614) 908-4081
California Direct: (510) 340-4214
Mobile Phone: (614) 638-7376
Fax: (510) 350-9701
mht@classlawgroup.com
skj@classlawgroup.com

*Attorneys for Plaintiff Butler County Board of Commissioners, Ohio*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, a copy of the foregoing **CERTIFICATION** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Mark H. Troutman*
Mark H. Troutman (0076390), Trial Attorney