# RETURN OF SERVICE

Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Case No.: 1:17-MD-02804-DAP

Plaintiff: In Re: National Prescription Opiate Litigation
vs.
Defendant:

I, __Raad Ibrahim__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __New York__.

Type of Process: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Defendant to be served: Caremark, L.L.C., c/o CT Corporation System

Address where attempted or served: 28 Liberty Street, New York, NY 10005

On __10/23/24__ at __10:57AM__, I (X) Served ( ) Non-served the within named defendant in the following manner:

INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

X CORPORATE SERVICE: By leaving a copy of this process with __Vincenza Cipriano__ (Title) __Agent for Service__, a person authorized to accept service and informed the person of the contents thereof.

SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2024.

NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: __F__ Race: __White__ Hair: __Black__ Approx. Age: __55-65__ Height: __5'1-5'3__ Weight: __150-130__

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __New York__

County of __Kings__

X _____

__10/23/24__
(Executed on)

Subscribed and Sworn to before me on this

__23__ day of __October__, 20__24__

_____
Signature of Notary Public

Job: 657648
File: 1077795

Ahmed M. Elwasli
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EL6391019
Qualified in Kings County
Commission Expires 04/29/2027