UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>CT21: County of Monterey v. AmerisourceBergen Drug Corporation, et al.<br>1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs County of Monterey and the People of the State of California acting by and through the Monterey County Counsel, hereby give notice through undersigned counsel that the above-captioned action is voluntarily dismissed, without prejudice, against Indivior Inc., Indivior plc, Reckitt Benckiser Group plc, and Aquestive Therapeutics, Inc. (defined in the Amended Complaint as the "Indivior Defendants").

Dated: October 25, 2024　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　s/ Anthony J. Majestro
　　　　　　　　　　　　　　　　　　　Anthony J. Majestro (WVSB 5165)
　　　　　　　　　　　　　　　　　　　POWELL & MAJESTRO, PLLC
　　　　　　　　　　　　　　　　　　　405 Capitol Street, Suite 807
　　　　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　　　　Tel.: (304) 346-2889
　　　　　　　　　　　　　　　　　　　Fax: (304) 346-2895
　　　　　　　　　　　　　　　　　　　amajestro@powellmajestro.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was delivered via the Court's electronic system, which electronically transmitted notice of such filing to all counsel of record this 25th day of October, 2024.

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*