UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>CT21: County of Monterey v. AmerisourceBergen Drug Corporation, et al. 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs County of Monterey and The People of the State of California, through their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Sun Pharmaceutical Industries, Inc.

Dated: October 25, 2024                RESPECTFULLY SUBMITTED,

/s/ John Fiske
John Fiske
BARON & BUDD, P.C.
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel.: (858) 225-7200
jfiske@baronbudd.com

Samuel B. Beiderwell
**OFFICE OF THE COUNTY COUNSEL OF MONTEREY DEPUTY COUNTY COUNSEL**
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Tel.: (831) 755-5045
Fax: (831) 755-5283
BeiderwellSB@co.monterey.ca.us

s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO PLLC
405 Capitol Street, Suite 807
Charleston, WV 25301
Phone: 304-346-2889; Fax: 304-346-2895
amajestro@powellmajestro.com

*Attorneys for County of Monterey and The People of the State of California Acting By and Through the County of Monterey's County Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was delivered via the Court's electronic system, which electronically transmitted notice of such filing to all counsel of record this 25th day of October, 2024.

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*