UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>CT20: Town of Hull v. AmerisourceBergen Drug Corporation, et al.<br>1:19-op-46172-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Town of Hull, through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Indivior Inc., Indivior plc, Reckitt Benckiser Group plc, and Aquestive Therapeutics, Inc. (defined in the Amended Complaint as the "Indivior Defendants").

Dated: October 25, 2024　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　s/ Anthony J. Majestro
　　　　　　　　　　　　　　　　　　　　Anthony J. Majestro (WVSB 5165)
　　　　　　　　　　　　　　　　　　　　POWELL & MAJESTRO, PLLC
　　　　　　　　　　　　　　　　　　　　405 Capitol Street, Suite 807
　　　　　　　　　　　　　　　　　　　　Charleston, WV 25301
　　　　　　　　　　　　　　　　　　　　Tel.: (304) 346-2889
　　　　　　　　　　　　　　　　　　　　Fax: (304) 346-2895
　　　　　　　　　　　　　　　　　　　　amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was delivered via the Court's electronic system, which electronically transmitted notice of such filing to all counsel of record this 25th day of October, 2024.

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*