# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>CT20: *Town of Hull v. AmerisourceBergen Drug Corporation, et al.*<br><br>Case No.: 1:19-op-46172-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Town of Hull, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Viatris Inc., Mylan Pharmaceuticals Inc., Mylan Technologies Inc., and Meda Pharmaceuticals Inc. (defined in the Amended Complaint as "The Mylan Defendants" or "Mylan").

Dated: October 25, 2024        RESPECTFULLY SUBMITTED,

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was delivered via the Court's electronic system, which electronically transmitted notice of such filing to all counsel of record this 25th day of October, 2024.

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*