# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

## STATUS REPORT
## OF AUBURN PHARMACEUTICAL COMPANY

      Defendant Auburn, by its undersigned attorneys, respectfully submits this Status Report. Auburn has provided the market share data for the jurisdiction in which each Plaintiff has sued the Defendant. It has also sent each Plaintiff that has sued it a letter demonstrating that Auburn is not a viable Defendant and its inclusion as a Tier 3 Defendant only weakens and dilutes the strength of each Plaintiff's case in this Lawsuit and has received voluntarily dismissals by multiple Plaintiffs.  Counsel for Auburn has also reached out to Peter Weinberger to attempt to secure additional voluntary dismissals.

| | |
|---|---|
| Dated: October 28, 2024 | Respectfully Submitted,<br><br>/s/ James C. Wright<br>James C. Wright, Attorney at Law<br>Zausmer, PC<br>32255 Northwestern Highway<br>Suite 225<br>Farmington Hills, MI  48334<br>(248) 851-4111<br>Fax:  (248) 851-0100<br>jwright@zausmer.com<br>Ohio Bar Number 00809070 |

{05197059}
#10065691.1

**CERTIFICATE OF SERVICE**

      I certify that the foregoing was electronically filed on October 28, 2024, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                                                                                 /s/ James C. Wright  
                                                                      James C. Wright, Attorney at Law