# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster ) |
| *ALL THIRD PARTY PAYOR ACTIONS* | ) |

**SETTLING DISTRIBUTORS' NOTICE OF FILING DECLARATION REGARDING DISSEMINATION OF NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

In connection with the Third Party Payor ("TPP") Plaintiffs' Motion for Final Approval of Class Action Settlement and for Attorneys' Fees, Expenses, and Service Awards (*see* ECF No. 5694), Defendants Cencora, Inc. (f/k/a AmerisourceBergen Corporation), Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors") submit as Exhibit A the attached Declaration of Kyle S. Bingham, dated September 9, 2024, concerning Settling Distributors' compliance with the Class Action Fairness Act, 28 U.S.C. § 1715, and the Court's Order Granting TPP Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 5616 at 5)**.**

| | |
|---|---|
| DATED:  October 29, 2024 | Respectfully submitted, |
| | */s/ Elaine Golin* |
| | Elaine Golin (NY Bar #2887586) |
| | **WACHTELL, LIPTON, ROSEN & KATZ** |
| | 51 West 52nd Street |
| | New York, NY 10019 |
| | Telephone: (212) 403-1000 |
| | EPGolin@wlrk.com |
| | |
| | */s/ Enu A. Mainigi* |
| | Enu A. Mainigi |
| | Jennifer G. Wicht |
| | Steven Pyser |
| | Ashley Hardin |
| | **WILLIAMS & CONNOLLY LLP** |
| | 680 Maine Ave SW |
| | Washington, DC  20024 |
| | Telephone: (202) 434-5000 |
| | emainigi@wc.com |
| | jwicht@wc.com |
| | spyser@wc.com |
| | ahardin@wc.com |
| | |
| | *Counsel for Cardinal Health, Inc.* |

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
Joseph J. Mahady
Anne Rollins Bohnet
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com
jmahady@reedsmith.com
abohnet@reedsmith.com

*Counsel for Cencora, Inc. f/k/a AmerisourceBergen Corporation*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

      By: */s/ Elaine Golin*
      Elaine Golin