**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | **MDL 2804** |
| OPIATE LITIGATION | ) | |
| | ) | **Case No. 1:17-md-2804** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| ALL THIRD PARTY PAYOR ACTIONS | ) | |

**DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.      My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 500 class action settlements.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.       The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5.      At the direction of counsel for Defendants Cencora, Inc., Cardinal Health, Inc. and McKesson Corporation, 57 federal and state officials (the Attorney General of the United

States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.     Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.     On September 9, 2024, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS Priority Mail to 54 officials (the Attorneys General of 48 states, the District of Columbia, and the United States Territories).  As per the direction of the Office of the Nevada and Connecticut Attorneys General, the Notice was sent to the Nevada and Connecticut Attorneys General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Priority Mail, Email, and UPS) is included as **Attachment 1**.

8.     The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9.     The cover letter was accompanied by a CD, which included the following:

    a.     **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

        o   United Food Class Action Complaint (filed November 9, 2017);

        o   Sheet Metal Workers Class Action Complaint (filed November 9, 2017);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

  o Plaintiffs' Original Class Action Complaint (filed October 9, 2018); and

  o Louisiana Assessors' Insurance Fund Class Action Complaint (filed October 25, 2018).

b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Proposed Long-Form Notice *(Exhibit B to the Joint Declaration)*;

- Proposed Postcard Notice *(Exhibit C to the Joint Declaration)*; and

- Proposed Claim Form *(Exhibit D to the Joint Declaration)*.

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Federal Rule of Civil Procedure 23(e);

- Joint Declaration of Paul J. Geller and Elizabeth J. Cabraser in Support of Third Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Federal Rule of Civil Procedure 23(e);

  o Class Action Settlement Agreement Among Third Party Payors and Settling Distributors *(Exhibit A to the Joint Declaration)*;

   ▪ List of Actions *(Exhibit A to the Class Action Settlement Agreement)*;

   ▪ Non-Exhaustive List of Plaintiff-Class Members *(Exhibit B to the Class Action Settlement Agreement)*;

   ▪ Aetna Affiliates *(Exhibit C to the Class Action Settlement Agreement)*;

   ▪ Anthem Affiliates *(Exhibit D to the Class Action Settlement Agreement)*;

   ▪ Cigna Affiliates *(Exhibit E to the Class Action Settlement Agreement)*;

- ▪ Humana Affiliates *(Exhibit F to the Class Action Settlement Agreement)*;

- ▪ UnitedHealth Affiliates *(Exhibit G to the Class Action Settlement Agreement)*;

- ▪ Proposed Claim Form *(Exhibit H to the Class Action Settlement Agreement)*;

- ▪ [Proposed] Order Granting Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule of Civil Procedure 23(e) *(Exhibit I to the Class Action Settlement Agreement)*;

- ▪ [Proposed] Final Order and Judgment Granting Third Party Payor Plaintiffs' Motion for Final Approval of Class Action Settlement, and Award of Attorneys' Fees and Expenses and Settlement Class Representative Service Awards *(Exhibit J to the Class Action Settlement Agreement)*;

- o Declaration of Eric J. Miller in Support of Third Party Payor Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement *(Exhibit E to the Joint Declaration)*;

- o Expert Report of Professor Meredith Rosenthal Regarding Allocation of Settlement Proceeds *(Exhibit F to the Joint Declaration)*; and

- • Order Granting Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule of Civil Procedure 23(e) (Sept. 3, 2024).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 9, 2024.

KYLE S. BINGHAM

Attachment 1

**CAFA Notice Service List**

## USPS Priority Mail

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 500 South Second Street | | Springfield | IL | 62701 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Liz Murrill | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | Utah State Capitol Complex | 350 North State Street Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | 3rd Floor PO Box 7 | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | ITC Bldg. | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | PO Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Gordon C. Rhea | 3438 Kronprindsens Gade | GERS BLDG 2nd Floor | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Appropriate Official | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Connecticut | All documents sent to CT AG at their dedicated CAFA email inbox. | CT |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |

**CAFA Notice Service List**

**UPS**

| Appropriate Official | FullName | Address1 | Address2 | City | State |
|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC |

Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

September 9, 2024

**VIA UPS OR USPS PRIORITY MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
|:---:|

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation ("Defendants") relating to the proposed class action settlement of opioid-related litigation brought by various Third Party Payors.

- **Case:** *In re National Prescription Opiate Litigation*, Case No. 1:17-md-2804-DAP (MDL).

- **Court:** United States District Court for the Northern District of Ohio.

- **Defendants:** Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation.

- **Documents Enclosed:** In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     - Defendants are providing the initial complaints for the four federal Third Party Payor bellwether actions selected by the MDL Court. Plaintiffs' counsel served proposed amended complaints in each of these four bellwether actions, but those proposed amended complaints were never finalized or filed on the docket, to Defendants' knowledge.

       o United Food Class Action Complaint (filed November 9, 2017);

       o Sheet Metal Workers Class Action Complaint (filed November 9, 2017);

       o Plaintiffs' Original Class Action Complaint (filed October 9, 2018); and

       o Louisiana Assessors' Insurance Fund Class Action Complaint (filed October 25, 2018).

     - Defendants also advise that there are many other similar initial and/or amended Third Party Payor complaints filed in the MDL and/or in various state courts; the complaints would be extremely voluminous to include here, and the four above complaints from the MDL are largely representative of the types of claims in those lawsuits. Other Third Party Payor complaints are available on the MDL docket and/or on the dockets

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

of the actions listed in Appendix A to the Class Action Settlement Agreement enclosed herein. Defendants can supply additional complaints upon request.

2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has scheduled a Fairness Hearing for Monday, January 13, 2025, at 1:00 p.m.

3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

   - Proposed Long-Form Notice *(Exhibit B to the Joint Declaration)*;

   - Proposed Postcard Notice *(Exhibit C to the Joint Declaration)*; and

   - Proposed Claim Form *(Exhibit D to the Joint Declaration)*.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

   - Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Federal Rule of Civil Procedure 23(e);

   - Joint Declaration of Paul J. Geller and Elizabeth J. Cabraser in Support of Third Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Federal Rule of Civil Procedure 23(e);

     o Class Action Settlement Agreement Among Third Party Payors and Settling Distributors *(Exhibit A to the Joint Declaration)*;

       ▪ List of Actions *(Exhibit A to the Class Action Settlement Agreement)*;

       ▪ Non-Exhaustive List of Plaintiff-Class Members *(Exhibit B to the Class Action Settlement Agreement)*;

       ▪ Aetna Affiliates *(Exhibit C to the Class Action Settlement Agreement)*;

       ▪ Anthem Affiliates *(Exhibit D to the Class Action Settlement Agreement)*;

       ▪ Cigna Affiliates *(Exhibit E to the Class Action Settlement Agreement)*;

       ▪ Humana Affiliates *(Exhibit F to the Class Action Settlement Agreement)*;

       ▪ UnitedHealth Affiliates *(Exhibit G to the Class Action Settlement Agreement)*;

       ▪ Proposed Claim Form *(Exhibit H to the Class Action Settlement Agreement)*;

       ▪ [Proposed] Order Granting Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

> Under Rule of Civil Procedure 23(e) *(Exhibit I to the Class Action Settlement Agreement)*;
>
> - ▪ [Proposed] Final Order and Judgment Granting Third Party Payor Plaintiffs' Motion for Final Approval of Class Action Settlement, and Award of Attorneys' Fees and Expenses and Settlement Class Representative Service Awards *(Exhibit J to the Class Action Settlement Agreement)*;
>
> - o Declaration of Eric J. Miller in Support of Third Party Payor Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement *(Exhibit E to the Joint Declaration)*;
>
> - o Expert Report of Professor Meredith Rosenthal Regarding Allocation of Settlement Proceeds *(Exhibit F to the Joint Declaration)*; and
>
> - • Order Granting Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule of Civil Procedure 23(e) (Sept. 3, 2024).

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** There are no other settlements or agreements between the parties.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment, or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The Class consists of all entities that paid and/or were reimbursed for: (i) opioid prescription drugs manufactured, marketed, sold, distributed, or dispensed by any of the Defendants and/or Opioid Supply Chain Members for purposes other than resale; and/or (ii) paid or incurred costs for treatment related to the misuse, addiction, and/or overdose of opioid drugs, on behalf of individual beneficiaries, insureds, and/or members, during the time period from January 1, 1996 to the date of entry of the Preliminary Approval Order. For clarity, the Class includes, but is not limited to: (a) private contractors of Federal Health Employee Benefits plans; (b) plans for self-insured local governmental entities that have not settled claims in MDL No. 2804; (c) managed Medicaid plans; (d) plans operating under Medicare Part C and/or D; and (e) Taft-Hartley plans.

All Plaintiffs identified in Exhibit B to the Class Action Settlement Agreement are included in the Class. Exhibit B is a non-exhaustive list and does not purport to identify all members of the Class.

At this time, Defendants cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. §1715(b)(7)(A) and (B).

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  To date, the Court has not issued a final order, opinion, or judgment in the above-referenced action. The Court's order granting preliminary approval of the class action settlement is enclosed herein.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures