**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** <br> **Case No. 17-md-2804** |
| **This Document Relates to:** | **Judge Dan Aaron Polster** |
| *City of Sacramento, et al.* <br> *v.* <br> *Teva Pharmaceutical Industries, Ltd., et al.,* <br> No. 1:20-op-45290-DAP | **Case No. 1:20-op-45290-DAP** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS ASSERTED AGAINST BRYANT RANCH PREPACK**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the City of Sacramento voluntarily dismisses without prejudice the claims it asserted against Bryant Ranch Prepack. Dismissal pursuant to Rule 41(a)(1)(A)(i) is proper because Bryant Ranch Prepack has neither answered the complaint nor moved for summary judgment.

Dated:        October 30, 2024          */s/ Robert S. Peck*
                                                              Robert Peck

                                                              Robert S. Peck
                                                              Center for Constitutional Litigation, P.C.
                                                              1901 Connecticut Avenue, NW
                                                              Suite 1101
                                                              Washington, DC 20009
                                                              Phone:  (202) 944-2874
                                                              robert.peck@cclfirm.com

                                                              Susana Alcala Wood
                                                              City Attorney
                                                              City of Sacramento
                                                              915 I Street, 4th Floor
                                                              Sacramento, CA 95814-2608
                                                              Phone:  (916) 808-5346
                                                              Fax:  (916) 808-7455
                                                              sawood@cityofsacramento.org

                                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, a copy of the above and foregoing was electronically filed using the CM/ECF system, which will send a notification to all counsel of record.

*/s/ Robert S. Peck*