# EXHIBIT 9


EXHIBIT
4

| | |
|---|---|
| **Date:** | Tuesday, December 27 2016 07:23 PM |
| **Subject:** | Re: Mckesson special |
| **From:** | Store 4234 c01 - Pharmacy General |
| **To:** | David Hicks <David.Hicks2@safeway.com>; |

Thanks.

Rahul V.Gandhi.
Albertsons 4234
3001 S.Central expressway,
McKinney, Tx-75069.
Phone: 972-548-1088.
Fax:    972-548-1668.

---

**From:** David Hicks
**Sent:** Tuesday, December 27, 2016 7:47:38 PM
**To:** Store 4234 c01 - Pharmacy General
**Subject:** Re: Mckesson special

They've been submitted.


Get Outlook for iOS

**From:** Store 4234 c01 - Pharmacy General
**Sent:** Tuesday, December 27, 2016 7:29:53 PM
**To:** David Hicks
**Subject:** Re: Mckesson special

Hi David,
     I just added 1 more medication for a Medicaid covered NDC, I am very busy to send you the details but patient needs it ASAP. Can you please approve that NDC.

Thanks,
Rahul V.Gandhi

Albertsons 4234
3001 S.Central expressway,
McKinney, Tx-75069.
Phone: 972-548-1088.
Fax:    972-548-1668.

---

**From:** Store 4234 c01 - Pharmacy General
**Sent:** Tuesday, December 27, 2016 3:51:21 PM
**To:** David Hicks
**Subject:** Re: Mckesson special

Hi David,
        Below is the info you asked for,

He also filled the same Rx on 11/04/16 and 12/02/16 but it's not listed on PMP website.

 ALB-MDLCT9-00351916

| Filled | ID | Written | Drug | QTY | Days | Prescriber | Rx # | Pharmacy* | Refills | MME/D | Pymt Type | PMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2016 | 1 | 12/22/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 120.0 | 30 | AF KAZ 2309895 | ALBER (1659) | 0 | 40.0 | Medicare | TX | < Opioid
| 12/02/2016 | 1 | 12/01/2016 | CARISOPRODOL | 350 MG TABLET | 90.0 | 30 | SY AZI 4323392 | ALBER (1659) | 0 | | Comm Ins | TX | < Muscle Relaxant
| 12/02/2016 | 1 | 12/01/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30.0 | 30 | SY AZI 4323391 | ALBER (1659) | 0 | | Comm Ins | TX |
| 11/18/2016 | 1 | 11/18/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 90.0 | 30 | SY AZI 2309709 | ALBER (1659) | 0 | 30.0 | Comm Ins | TX |
| 11/08/2016 | 2 | 11/08/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 40.0 | 10 | MI MCB 1407975 | WALGR (4601) | 0 | 40.0 | Private Pay | TX |
| 11/07/2016 | 1 | 09/07/2016 | CLONAZEPAM | 1 MG TABLET | 135.0 | 30 | SY AZI 4322793 | ALBER (1659) | 2 | | Comm Ins | TX | < Benzodiazepine
| 11/05/2016 | 1 | 08/15/2016 | CARISOPRODOL | 350 MG TABLET | 90.0 | 30 | SY AZI 4322666 | ALBER (1659) | 2 | | Comm Ins | TX |
| 11/04/2016 | 1 | 09/06/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30.0 | 30 | SY AZI 4322804 | ALBER (1659) | 2 | | Comm Ins | TX |
| 10/20/2016 | 1 | 10/18/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 90.0 | 30 | SY AZI 2309560 | ALBER (1659) | 0 | 30.0 | Comm Ins | TX |
| 10/14/2016 | 1 | 10/13/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 60.0 | 10 | MI MCB 2309535 | ALBER (1659) | 0 | 60.0 | Comm Ins | TX |
| 10/10/2016 | 1 | 09/07/2016 | CLONAZEPAM | 1 MG TABLET | 135.0 | 30 | SY AZI 4322793 | ALBER (1659) | 1 | | Comm Ins | TX |
| 10/08/2016 | 1 | 08/15/2016 | CARISOPRODOL | 350 MG TABLET | 90.0 | 30 | SY AZI 4322666 | ALBER (1659) | 1 | | Comm Ins | TX |
| 10/07/2016 | 1 | 09/06/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30.0 | 30 | SY AZI 4322804 | ALBER (1659) | 1 | | Comm Ins | TX |
| 09/22/2016 | 1 | 09/22/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 90.0 | 30 | SY AZI 2309425 | ALBER (1659) | 0 | 30.0 | Comm Ins | TX |
| 09/13/2016 | 1 | 09/07/2016 | CLONAZEPAM | 1 MG TABLET | 135.0 | 30 | SY AZI 4322793 | ALBER (1659) | 0 | | Comm Ins | TX |
| 09/08/2016 | 1 | 09/06/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30.0 | 30 | SY AZI 4322804 | ALBER (1659) | 0 | | Comm Ins | TX |
| 09/07/2016 | 1 | 09/07/2016 | PROMETHAZINE-CODEINE | SYRUP | 600.0 | 30 | SY AZI 4322795 | ALBER (1659) | 0 | 6.0 | Comm Ins | TX |
| 08/16/2016 | 1 | 08/16/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 90 | 30 | Za Zaf 2309209 | ALBER (1659) | 0 | 30.0 | Comm Ins | TX |
| 08/15/2016 | 1 | 08/15/2016 | CARISOPRODOL | 350 MG TABLET | 90 | 30 | Sy Azi 4322666 | ALBER (1659) | 0 | | Private Pay | TX |
| 08/11/2016 | 2 | 07/14/2016 | PROMETHAZINE-CODEINE | SYRUP | 600 | 30 | Sy Azi 4322475 | ALBER (1659) | 1 | 6.0 | Comm Ins | TX |
| 08/11/2016 | 2 | 05/18/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30 | 30 | Sy Azi 4322141 | ALBER (1659) | 3 | | Comm Ins | TX |
| 07/19/2016 | 2 | 07/19/2016 | HYDROCODON-ACETAMINOPHN | 10-325 | 90 | 30 | Sy Azi 2309086 | ALBER (1659) | 0 | 30.0 | Medicare | TX |
| 07/16/2016 | 2 | 01/26/2016 | CLONAZEPAM | 0.5 MG TABLET | 270 | 54 | Sy Azi 4321310 | ALBER (1659) | 2 | | Medicare | TX |
| 07/15/2016 | 2 | 05/19/2016 | CARISOPRODOL | 350 MG TABLET | 90 | 30 | Sy Azi 4322146 | ALBER (1659) | 2 | | Private Pay | TX |
| 07/14/2016 | 2 | 07/14/2016 | PROMETHAZINE-CODEINE | SYRUP | 600 | 30 | Sy Azi 4322475 | ALBER (1659) | 0 | 6.0 | Private Pay | TX |
| 07/14/2016 | 2 | 05/18/2016 | ZOLPIDEM TARTRATE | 10 MG TABLET | 30 | 30 | Sy Azi 4322141 | ALBER (1659) | 2 | | Medicare | TX |

Thanks,
Rahul V. Gandhi
Albertsons 4234
3001 S. Central expressway,
McKinney, Tx-75069.
Phone: 972-548-1088.
Fax:    972-548-1668.

---

**From:** David Hicks
**Sent:** Monday, December 26, 2016 7:29:48 PM
**To:** Store 4234 c01 - Pharmacy General
**Subject:** Re: Mckesson special

So this is a highly abused medication and highly sought after product. Fax me a copy of their PMP so I can review it. 623-869-1519


Get Outlook for iOS

---

**From:** Store 4234 c01 - Pharmacy General
**Sent:** Monday, December 26, 2016 5:32:13 PM
**To:** David Hicks
**Subject:** Mckesson special

Hi David,
      Can you please override the McKesson order for us, the patient only want the HiTech brand Promethazin/Codeine syrup, he and his wife both take it and they say any other brand doesn't work for them. They buy all their RX's from us and some of them are Hi priced too. The preferred generic cost us $5.07/bottle and the HiTech brand is $10.50 per bottle patient pays $27 for 600ml.

Wish You Merry Christmas and A Very Happy New Year.

Thanks,
Rahul V.Gandhi

Albertsons 4234
3001 S.Central expressway,
McKinney, Tx-75069.
Phone: 972-548-1088.
Fax:     972-548-1668.

CONFIDENTIAL

ALB-MDLCT9-00351918