# EXHIBIT 11

**Subject:** RE: EXTERNAL: RE: New Package size considerations

**Start:** 6/2/2017 9:30 AM
**End:** 6/2/2017 10:00 AM
**Show Time As:** Busy

**Recurrence:** (none)

**Organizer:** Scott Johnson
**Required Attendees:** Scott Johnson

**Attachments:** RE: EXTERNAL: RE: New Package size considerations



CONFIDENTIAL

ALB-MDLCT9-00045707

Date: Thursday, May 4 2017 03:02 PM
Subject: RE: EXTERNAL: RE: New Package size considerations
From: Scott Johnson
To: Owen, Jill <Jill.Owen@McKesson.com>;
CC: Scott Johnson <Scott.Johnson@albertsons.com>;

Move to 100 ct on Tramadol and keep me posted on the timeline

Thank you,

Scott Johnson
Group Director, Pharmacy Procurement



250 E. ParkCenter Blvd
Boise, ID 83706
Office 208.395.4233 | Mobile 602.614.0493 | Fax 208.395.4116
Scott.johnson@albertsons.com

**THIS E-MAIL MAY BE CONFIDENTIAL: THIS E-MAIL MAY CONTAIN** INFORMATION THAT IS CONFIDENTIAL, PROTECTED BY THE ATTORNEY/CLIENT OR OTHER PRIVILEGES, AND/OR NON-PUBLIC INFORMATION. IT IS INTENDED TO BE CONVEYED ONLY TO THE DESIGNATED RECIPIENT OR RECIPIENTS. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS MESSAGE, PLEASE (A) DO NOT READ, COPY OR DISCLOSE THE CONTENTS OF THIS COMMUNICATION TO OTHERS, (B) NOTIFY THE SENDER AT (208)395-4233, AND (C) RETURN THE MESSAGE AND DELETE IT FROM YOUR SYSTEM. UNAUTHORIZED USE, DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF **THIS MESSAGE IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

---

**From:** Owen, Jill [mailto:Jill.Owen@McKesson.com]
**Sent:** Thursday, May 04, 2017 2:22 PM
**To:** Scott Johnson
**Subject:** EXTERNAL: RE: New Package size considerations

Hi Scott,

I was hoping we could wait to discuss this live next week, but for one of the items, Tramadol (below) NS is asking to submit a PO this week in order for them to have enough inventory by the end of June to support your demand. If we want to move ahead with getting the 100CT as the preferred in order to block the larger pack size to help with diversion, it looks like we need to give them a green light as soon as possible.

As you can see below at left of the table, the current volume on the 1,000 CT is 49K and converted to 100CT, that becomes a large volume for them to ramp up.

| SELL DSCR | PACK SIZE | CONNECT SLOT | PREFERRED ITEM | INVOICE PRICE | Current |
|---|---|---|---|---|---|
| TRAMADOL HCl TB 50MG1000NSTAR@ | 1000 | A | Y | $13.60 | |

There are a number of other items that may also need to wait until June, but we can discuss those next week.

If it's possible to get your thoughts before Wednesday's call, that would be great. If not, understandable.

Thanks!

CONFIDENTIAL

ALB-MDLCT9-00045708

**From:** Scott Johnson [mailto:Scott.Johnson@albertsons.com]
**Sent:** Tuesday, April 18, 2017 10:50 AM
**To:** Owen, Jill <Jill.Owen@McKesson.com>
**Cc:** Scott Johnson <Scott.Johnson@albertsons.com>
**Subject:** New Package size considerations

Jill,

From the one stop file from today.
Want to know that we can only ship package sizes 100 on all of these?

If we need to block some larger sizes if we have not, we can.

Thank you,

Scott Johnson
Group Director, Pharmacy Procurement



250 E. ParkCenter Blvd
Boise, ID 83706
Office 208.395.4233 I Mobile 602.614.0493 I Fax 208.395.4116
Scott.johnson@albertsons.com

**THIS E-MAIL MAY BE CONFIDENTIAL: THIS E-MAIL MAY CONTAIN** INFORMATION THAT IS CONFIDENTIAL, PROTECTED BY THE ATTORNEY/CLIENT OR OTHER PRIVILEGES, AND/OR NON-PUBLIC INFORMATION. IT IS INTENDED TO BE CONVEYED ONLY TO THE DESIGNATED RECIPIENT OR RECIPIENTS. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS MESSAGE, PLEASE (A) DO NOT READ, COPY OR DISCLOSE THE CONTENTS OF THIS COMMUNICATION TO OTHERS, (B) NOTIFY THE SENDER AT (208)395-4233, AND (C) RETURN THE MESSAGE AND DELETE IT FROM YOUR SYSTEM. UNAUTHORIZED USE, DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF **THIS MESSAGE IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

**From:** Owen, Jill [mailto:Jill.Owen@McKesson.com]
**Sent:** Tuesday, April 18, 2017 11:25 AM
**To:** Scott Johnson
**Subject:** EXTERNAL: RE: New Package size considerations

Hi Scott,

Thanks for the heads up. In order to determine if we can move on these items, I need to identify the exact items by McKesson item number and then work with several teams to do analysis over the inventory. This will allow them to advise on an ETA.

While I should be able to identify some of your preferred items within these families with the name and strength you have provided below, I will need further details to pull the complete list. Could you provide the GPI, GCN, or item numbers of the items for which there is concern?

I will also add this to the agenda for tomorrow.

Thanks!

**From:** Scott Johnson [mailto:Scott.Johnson@albertsons.com]
**Sent:** Tuesday, April 18, 2017 7:42 AM
**To:** Owen, Jill <Jill.Owen@McKesson.com>

CONFIDENTIAL

ALB-MDLCT9-00045709

**Cc:** Scott Johnson <Scott.Johnson@albertsons.com>
**Subject:** New Package size considerations

Jill,

The following families of drugs are causing some diversion issues.
We are curious given our demand, could we move to 100 ct on all items and when?

- Tramadol 50mg
- Generic Tylenol #3
- Carisoprodol 350mg
- Hydrocodone combo products (we believe these are already 100ct)
- Oxycodone and Oxycodone/combo products (we believe already 100ct)

Please add this to our agenda for discussion on the generic call tomorrow.

Thank you,

Scott Johnson
Group Director, Pharmacy Procurement



250 E. ParkCenter Blvd
Boise, ID 83706
Office 208.395.4233 | Mobile 602.614.0493 | Fax 208.395.4116
Scott.johnson@albertsons.com

**THIS E-MAIL MAY BE CONFIDENTIAL: THIS E-MAIL MAY CONTAIN** INFORMATION THAT IS CONFIDENTIAL, PROTECTED BY THE ATTORNEY/CLIENT OR OTHER PRIVILEGES, AND/OR NON-PUBLIC INFORMATION. IT IS INTENDED TO BE CONVEYED ONLY TO THE DESIGNATED RECIPIENT OR RECIPIENTS. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS MESSAGE, PLEASE (A) DO NOT READ, COPY OR DISCLOSE THE CONTENTS OF THIS COMMUNICATION TO OTHERS, (B) NOTIFY THE SENDER AT (208)395-4233, AND (C) RETURN THE MESSAGE AND DELETE IT FROM YOUR SYSTEM. UNAUTHORIZED USE, DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF **THIS MESSAGE IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.