# EXHIBIT 16

**EXHIBIT**

**5**

| | |
|---|---|
| **Date:** | Saturday, January 12 2019 05:20 PM |
| **Subject:** | FW: SEVEN DAYS SUPPLY ON OPIATE NAIVE PATIENTS |
| **From:** | David Hicks |
| **To:** | Julie Spier <Julie.Spier@albertsons.com>; |
| **CC:** | Kim Parta <Kim.Parta@albertsons.com>; Don Bowman <Don.Bowman@albertsons.com>; |

I get this question a lot lately
I keep saying it's up to their professional discretion, but we may need a better position as a company?

Thanks, David

**From:** Store 4105 c01 - Pharmacy General
**Sent:** Saturday, January 12, 2019 12:00 PM
**To:** David Hicks <David.Hicks2@albertsons.com>; Kim Parta <Kim.Parta@albertsons.com>
**Subject:** SEVEN DAYS SUPPLY ON OPIATE NAIVE PATIENTS

Hi,

I just needed some clarification on filling scripts on opiate medications for acute pain.

From what I understand , one the steps taken to deal with opiate crisis is to limit only 7 days supply on patients that are treated for acute pain .Some pharmacies like Walmart and Cvs has a rule in place for that and some insurance companies like caremark , medicare and Medicaid have rejected scripts for more than 7 days supply unless we got a prior authorization from the dr for a larger quantity. Cdc is also recommending the same and the cms and learning cart training we did talks about the same limitation.

So is this rule a company policy or insurance policy or rule or law and what is our policy regarding this opiate crisis???

If it is not an Albertson's policy , are we filling all scripts with the quantity prescribed by the md irrespective of if it is for acute or chronic pain with out limiting it to a seven days supply?

Also, if the insurance is rejecting and saying that we cannot fill it for more days supply and the patient want to pay cash, can we override the insurance rejection and fill the script on cash which is the case with most patients??

Thank you .

Regards,

Kavitha

CONFIDENTIAL