# EXHIBIT 18

From: Lynette Berggren [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CB90A73F8F1B47E1B9D4F757B8F831BD-LBERG34]
Sent: 8/22/2019 9:59:00 PM
To: Anthony Provenzano [Anthony.Provenzano@albertsons.com]
Subject: RE: EXTERNAL EMAIL: RE: DEA 0060 Follow Up Items



Ok I plan to just throw this in my file for the next meeting updates. OK with you?

--Lynette
(208) 395-5927 (Office)
(208) 724-0828 (Cell)
lynette.berggren@albertsons.com

From: Anthony Provenzano <Anthony.Provenzano@albertsons.com>
Sent: Thursday, August 22, 2019 3:47 PM
To: Lynette Berggren <Lynette.Berggren@albertsons.com>; Jessica Covaci <Jessica.Covaci@albertsons.com>
Subject: RE: EXTERNAL EMAIL: RE: DEA 0060 Follow Up Items

My thoughts in red.

From: Lynette Berggren <Lynette.Berggren@albertsons.com>
Sent: Thursday, August 22, 2019 1:23 PM
To: Jessica Covaci <Jessica.Covaci@albertsons.com>
Cc: Anthony Provenzano <Anthony.Provenzano@albertsons.com>
Subject: FW: EXTERNAL EMAIL: RE: DEA 0060 Follow Up Items

FYI. See below – Larry's suggestions for our red flags document and P&Ps.

--Lynette
(208) 395-5927 (Office)
(208) 724-0828 (Cell)
lynette.berggren@albertsons.com

From: Larry Cote <larry@cotelawpllc.com>
Sent: Thursday, August 22, 2019 12:45 PM
To: Lynette Berggren <Lynette.Berggren@albertsons.com>
Subject: EXTERNAL EMAIL: RE: DEA 0060 Follow Up Items

Just a few comments on these:

Do you want/need to articulate a policy that if the red flags cannot be resolved, the pharmacist should not fill the rx? No. Pharmacist may need to fill another script to prevent withdrawal, etc. (last and final fill). We need to word it to give them some flexibility for patient safety sake. Should you duplicate the red flags found in the P&P in the Appropriate Dispensing document? Probably

For the Excerpted P&P:

- I understand the age range red flag (16-45); however, I don't like it because my experience is that pharmacists are very literal and will give less time and energy to prescriptions written for people who are not in that age range. Not sure it hurts having it in there. Alone, doesn't really count as a red flag. This is more one that you look at if other things make you concerned.

- Should you add patient distance to "Patient Behavior" OK
- For "Prescriber Concerns" you reference "out of state." Should you also include out of trade area or locale of store? OK

---

**From:** Lynette Berggren <Lynette.Berggren@albertsons.com>
**Sent:** Tuesday, August 13, 2019 11:19 AM
**To:** Larry Cote <larry@cotelawpllc.com>
**Subject:** FW: DEA 0060 Follow Up Items

Hi Larry,

Attached are our appropriate dispensing docs. Let me know if you have suggestions.

Thanks!

--Lynette
(208) 395-5927 (Office)
(208) 724-0828 (Cell)
lynette.berggren@albertsons.com

---

**From:** Jessica Covaci <Jessica.Covaci@albertsons.com>
**Sent:** Monday, August 12, 2019 2:10 PM
**To:** Lynette Berggren <Lynette.Berggren@albertsons.com>
**Subject:** DEA 0060 Follow Up Items

Lynette – attached are copies of the appropriate dispensing materials referenced to share with Larry. It's a standalone doc and the excerpt from P&P.

Thanks.

Jess

---

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.