# EXHIBIT 20

| | |
|---|---|
| **Date:** | Sunday, October 30 2016 01:24 PM |
| **Subject:** | Re: Generic override |
| **From:** | David Hicks |
| **To:** | Store 2588 c01 - Pharmacy General <S2588C01@tomthumb.com>; |

I basically boil it down to "is she a good customer?"

If she's new to us then we can't really say.
I don't like that she claims we we gave her something we didn't. Narcotics and hydrocodone special request really concern me. I will have to trust your judgment on what you want to do. At the end of the day it is about being profitable and we would want to do the 500 count bottle. As long as we are profitable then I will approve. But it is up to you if you want to take this on.


Get Outlook for iOS

---

**From:** Store 2588 c01 - Pharmacy General
**Sent:** Sunday, October 30, 2016 12:52:35 PM
**To:** David Hicks
**Subject:** Re: Generic override

The prescription is for #150 per month.  There is a 500 count bottle with a cost of $173.22.  Reimbursement is $26.25 and a copay of $39.00=$65.25.  She said she is willing to pay out of pocket for it though ($128.99)

She is a new customer that gets chronic pain meds every month.  She's been on the Mallinkrodt for a year already.  Says it makes her sick but honestly I'm okay with not special ordering for her.  She claims the RX filled here last month had some Watson tablets in it.  I told her it's not possible since we don't even carry that mfg.  She was adamant but I know it can't be right.  As far as PMP, she gets the same 3 narcotics each month, same pharmacy.

What do you think we should do?  I agree I don't want to open a can of worms with special ordering C2's but it is a consistent prescription.

---

**From:** David Hicks
**Sent:** Sunday, October 30, 2016 11:04:14 AM
**To:** Store 2588 c01 - Pharmacy General
**Subject:** Re: Generic override

typically this price difference is not worth it, if we lose money is it worth doing?
How many is the rx for, what's our reimbursement?
Are we being fully reimbursed our cost?
is there another pack size available at a better cost?
do we know this customer? does their PMP profile look clean. (not a good idea to special order C2's)

---

**From:** Store 2588 c01 - Pharmacy General
**Sent:** Friday, October 28, 2016 8:26:43 PM
**To:** David Hicks
**Subject:** Generic override

CONFIDENTIAL

ALB-MDLCT9-00350447

David,

I have a customer that is requesting we order a different manufacturer of her hydrocodone 10/325.  The Mallinkrodt makes her sick she says.

Hydrocodone 10/325mg by Watson(Actavis)
MCK 3271095
Cost $36.90 for 1 bottle vs $6.57 for Mallinkrodt
PO number: 161458410

She needs 3 bottles.

Let me know if this something we can do.

Thank,
Christina #2588

CONFIDENTIAL

ALB-MDLCT9-00350448