# EXHIBIT 22

**Date:** Monday, July 23 2018 09:26 AM
**Subject:** Fraud
**From:** Store 4163 c01 - Pharmacy General
**To:** Don Bowman <Don.Bowman@albertsons.com>;

Hey Don,

I just got a confirmation today on a fraud prescription Oxycodone 30mg. Patient is ▆▆▆▆▆▆ ▆▆▆▆▆▆ for Oxycodone 30mg. Hes going around Arlington/DFW. Doctor Gregory Skie had a script pad stolen. Just FYI.



CONFIDENTIAL

ALB-MDLCT9-00122497