# EXHIBIT 23

| | |
|---|---|
| Date: | Wednesday, July 24 2019 01:13 PM |
| Subject: | RE: Possible Fake Escribe DR TODD AKINS |
| From: | Marc Allgood |
| To: | Don Bowman <Don.Bowman@albertsons.com>; Charlie Painter <Charlie.Painter@albertsons.com>; BoiRxSys <BoiRxSys@albertsons.com>; |
| CC: | Julie Spier <Julie.Spier@albertsons.com>; |
| Attachments: | image002.png; image001.jpg |

Don,

I am going to need the prescriber being used AND his correct information (I see it's a Todd Akins that is an anesthesiologist from Houston). We'll need to contact them, validate that there is and has been a compromise if his information. Then we can go through the proper channels to have his information inactivated.

Can you please get me any additional information you can?

Rx Systems Team,

If you can search the prescriber central database and identify the prescriber and their office – we can move ahead of a response from Don. Once we have the information, please contact the prescriber's office, explain the issue reported, and validate their eprescribing capabilities. Then please open a case with ERx Network via email to begin the process of investigation of this prescriber activity and potentially shut the prescriber off the network. (Surescripts/ERx network decision).

Thank You,

Marc E. Allgood
Director, Pharmacy Systems and Process Redesign

**Albertsons Companies** | Pharmacy Store Support Center
250 Parkcenter Blvd Boise ID 83706
Office. **208-395-4035** | Cell. 847.630.0686
Marc.Allgood@albertsons.com




**From:** Don Bowman <Don.Bowman@albertsons.com>
**Sent:** Wednesday, July 24, 2019 1:08 PM
**To:** Charlie Painter <Charlie.Painter@albertsons.com>; Marc Allgood <Marc.Allgood@albertsons.com>
**Cc:** Julie Spier <Julie.Spier@albertsons.com>
**Subject:** RE: Possible Fake Escribe DR TODD AKINS

All- this continues to be an issue- Now occurring in Austin as well as DFW area- Got the message below from an Austin Randalls

*Hey Don,*
*Deb over at People's called to give us the heads up that they got some fraudulent E-rxs for oxycodone (and some other cheap antibiotics that didn't make sense, ie 30 days of amoxicillin etc). Apparently theres a mole in a legit Dr's office sending out E-rx for fake patients under Dr. Akins name. She called the Dr who is an anesthesiologist out of Houston who is not set up for e-rxs and doesn't prescribe anything*

*stronger than Tylenol#3 and reported that his info was compromised about 2 months ago. If you call the number listed on the Rx it basically puts you through to a simple automated line that routes you to a cell phone. Deb ran the PDMP and saw that some Randalls had filled their stuff so she wanted me to spread the word.*


Don Bowman, RPh

Divisional Pharmacy Manager

"Your Favorite Local Supermarket"
  
Southern Division

Mobile 817-266-2181
Fax 623-336-6235
Donald.bowman@safeway.com


**From:** Don Bowman <Don.Bowman@albertsons.com>
**Sent:** Tuesday, April 23, 2019 2:30 PM
**To:** Charlie Painter <Charlie.Painter@albertsons.com>; Marc Allgood <Marc.Allgood@albertsons.com>
**Cc:** Julie Spier <Julie.Spier@albertsons.com>
**Subject:** Fwd: Possible Fake Escribe

I feel like we have already dealt with this possible phony Md in the Fort Worth area.  Can we find out?

Sent by my iPhone
Don Bowman, RPh
Division Pharmacy Manager
Albertsons/ Randalls/ Tom Thumb
DFW/ Austin
C 817-266-2181
F 623-336-6235

---

**From:** Store 3312 c01 - Pharmacy General <s3312c01@safeway.com>
**Sent:** Monday, April 22, 2019 6:53 PM
**To:** Don Bowman
**Subject:** Possible Fake Escribe

Hi Don,

We have received a possible fake escribe under a Dr. Todd Akins (DEA: BA7627891) twice over the past 3 days. One for an oxycodone 30mg #96 and the second for an oxycodone 30mg #120 for the SAME patient. The address on the escribe is from the Baylor Scott & White Hospital on 1400 8th Ave, but we called them and they state this doctor is not one of their physicians and this patient has not been seen by them. If you search the doctor, he actually shows as an anesthesiologist out of Houston. The pt does not have any history of taking this med in the PMP. Of course I cannot get in touch with the doctor to 100% confirm it is fake, but this has red flags all over it.

CONFIDENTIAL

ALB-MDLCT9-00135845

I just wanted to report this as I am not aware of seeing a fraudulent escribe with an altered address on it previously.

Thanks,
Glenda


Tom Thumb pharmacy #3312|2400 West 7th, Fort Worth, TX 76107

Ph: 817-302-1405|Fax: 817-302-1410|Email: s3312c01@safeway.com

CONFIDENTIAL

ALB-MDLCT9-00135846