# EXHIBIT 24

| | |
|---|---|
| Date: | Friday, March 1 2019 12:46 PM |
| Subject: | - 4290 Rx Issues |
| From: | Jordan Jones |
| To: | David Hicks <David.Hicks2@albertsons.com>; |
| CC: | Brian Meason <Brian.Meason@safeway.com>; Julie Spier <Julie.Spier@albertsons.com>; |
| Attachments: | 4290 ▓▓▓ WW (poor Job Perf.) 3-19.doc; image001.jpg |

Attached please find the approved warning letter for ▓▓▓. Please send/FAX me a signed copy. J

---

**From:** David Hicks
**Sent:** Thursday, February 28, 2019 10:38 AM
**To:** Jordan Jones <Jordan.Jones@albertsons.com>
**Cc:** Brian Meason <Brian.Meason@safeway.com>; Julie Spier <Julie.Spier@albertsons.com>; Andy Rodriguez <Andy.Rodriguez@albertsons.com>
**Subject:** Follow up - 4290 Rx Issues

Jordan
As a follow up to this visit, I went by to there has been little improvement at store 4290. I visited with Brian and we both feel we are in need of change at our manager position in Azle.

We have had numerous conversations over the store operations and overall expectations. Below is a summary of conversations I had with ▓ in early January. On the heels of this meeting there was a sub▓ compliance evaluation that had to be addressed.

Overall Q4 metrics—
- Rx sales ended ▓
- Rx script count ▓
- No outreach or networking within the community to help turn around and drive sales.
- Flu shots ended at ▓ shots. This is well below division average (▓), below store goal (▓), and were ▓▓▓ to prior year (in a year where the division was ▓)
- No flu clinics completed this past flu season. (Goal is ▓/store)
- OIMZ (Other Immunizations) average was ▓ shots per week. (Goal is ▓/week) and was ▓ over prior year
- Inventory is ▓▓ over goal
- Labor is missed on average ▓ technician hours per week

Additionally, Pharmacy standards/conditions are poor. There has been little improvement in overall pharmacy organization/cleanliness. Supplies and clutter is abundant in pharmacy area. Daily orders are not put away in a timely manner. Out of dates were a chronic problem that they have now gotten on top of. But in the process of focusing on this there are other areas of opportunity that is missed.

Over the past 2 months I have had several meetings, offering guidance and setting expectations with ▓. I scheduled one of our high talent Rx managers to work extra in this store for a full week to help with training and offer additional help with workflow and productivity. This seemed to have helped for a few weeks but has had minimal lasting effect. One of her biggest deficiencies continues to be the timing it takes for her to complete filling prescriptions. ▓ is very deliberate with her checking process and it takes longer than average for her to move prescriptions through the workflow process. This slows down the staff and productivity of the pharmacy. Eventually, all the other routine tasks get left undone.

After another follow up visit yesterday, I visited for awhile with Brian and we feel that ▓ is simply not cut out to do the job. We need some guidance in what next steps or process we need to follow to consider removing or replacing her at this position.

Thanks, David

**From:** David Hicks

**Sent:** Sunday, January 13, 2019 4:25 PM
**To:** Jordan Jones - Albertsons (Jordan.Jones@albertsons.com) <Jordan.Jones@albertsons.com>
**Subject:** 4290 Rx Issues

Jordan, as a follow up to our conversation last week I am sending you some notes around overall operations and job execution at 4290.

Rx Manager ▮ is routinely behind in day to day work duties. Basically she and her team are not efficiently moving prescriptions through workflow. This is creating longer than needed wait times and impacting customer service. Store routinely runs with 1 hour+ wait times to fill prescriptions. (We've even had complaints from some of our own employees about this.) ▮ frequently works 2-3 hours past her shift, sometimes past midnight, to catch up on each days work. Prescriptions are left behind from one day to the next and over time there are ▮ prescription back logged and not completed. Additionally, some of the extra tasks, outside of rx filling, get left undone and follow up reminders are needed.

Operational areas of concern:
- Sales are down ▮ this quarter, Rx counts down ▮.
- Immunization numbers are below expectations. Flu shots at ▮ of goal. Rest of division ▮
  - ▮ flu shots, Div. average ▮ shots
- Working capital numbers are ▮ above target
- Recent field evaluation have been okay, but no passing scores. (▮, ▮, ▮)

All of this was addressed on 1/8/19 in a meeting with ▮ (PIC) and Phillip (staff). Also visited with Brian Meason and he is frustrated with ongoing service issues and long wait times as well.

In August 2018, Don Bowman had a visit with ▮ where they discussed workflow/ efficiency/ organization. Store was continuously behind on days that ▮ works. Her time with DV was well behind normal RPh standards- ▮ per script.

This week I have scheduled an extra pharmacist out there to assist with some additional training and workflow organization. This should help remove any barriers about not knowing company policy or expectations. I will be following up over the coming weeks.

*David Hicks, RPh*
**Division Pharmacy Manager**

"Your Favorite Local Supermarket"
Albertsons  Randalls  Tom Thumb
Southern Division

Mobile: 214-603-9321
david.hicks2@safeway.com



"Your Favorite Local Supermarket"
Albertsons  Randalls  Tom Thumb
Southern Division

March 2, 2019        **By Hand Delivery**        EID#5933873

▮
Pharmacy Manager
Store #4290
Azle, TX

    Re:   **Warning for Poor Work Performance, Poor Customer Service and Compliance**

Dear ▮:

As you know, for the last few months we have had numerous conversations regarding pharmacy operations and overall expectations for your department. During this period your work performance has been sub-standard and unacceptable. You and your team are routinely behind on day to day work duties and are not efficiently moving prescriptions through workflow. This is creating longer than needed wait times and is impacting customer service.

Your store routinely runs with more than 1 hour wait times to fill prescriptions. In fact, we have even had complaints from some of our own employees about this. You frequently work 2-3 hours past the end of your shift to catch up on the day's work. Prescriptions are left behind from one day to the next and sometimes there are ▮ prescriptions back logged and not completed. Additionally, some of the extra tasks, outside of filling prescriptions, are left undone and follow up reminders are needed. During this period, Pharmacy standards and conditions are poor and there has been little improvement in overall pharmacy organization and cleanliness. Daily orders and supplies are not put away in a timely manner leaving your pharmacy cluttered. Out of dates are a chronic problem.

On January 15, 2019, your pharmacy received a ▮ compliance evaluation that was addressed with you in a reminder letter given to you on January 24th. Your unacceptable Q4 metrics are as follows:

- Rx sales ended ▮
- Rx script count ▮
- No outreach or networking within the community to help turn around and drive sales.
- Flu shots ended at ▮ shots. This is well below division average (▮), below store goal (▮), and were ▮ to prior year (in a year where the division was ▮)
- No flu clinics completed this past flu season. (Goal is ▮/store)
- OIMZ (Other Immunizations) average was ▮ shots per week. (Goal is ▮/week) and was ▮ over prior year
- Inventory is ▮ over goal
- Labor is missed on average ▮ technician hours per week

When you were issued your most recent performance evaluation for the first 2 quarters of FY 2018, you were rated closer to "Inconsistent" than achieves expectations, and were rated "Unsatisfactory" in inventory levels. It was also noted that you failed your compliance evaluations. Comments on your evaluation were that your "Task execution is slow. Store is behind on workflow. Leading to longer wait times and customer service issues. Overall store standards are missing. Organization is lacking and [you] need to manage time better to make sure managerial tasks stay current."

CONFIDENTIAL                                                              ALB-MDLCT9-00073287

March 2, 2019
Page 2

Clearly you disregarded the feedback provided to you, which in my view is insubordinate.

Because of your poor job performance, you are being issued this warning to provide you with an opportunity to understand the severity of these deficiencies and correct them. We will no longer tolerate your inadequate productivity, poor customer service and failure to perform your job in the way you have been instructed.

Over the next 30 days we will evaluate your job performance. You are expected to make and maintain improvements in the areas noted in this letter. Each Friday, you must submit to me and the DPM an email in which you identify the steps you have taken to address our concerns. We will monitor your progress. If you do not follow the direction provided or fail to improve your substandard job performance, or you provide poor service, you will be subject to further corrective action.

Please accept this letter in the constructive manner in which is intended. If you have any questions, please ask us.

Sincerely,            Sincerely,            **I have read, understand, and agree to comply with the terms of this letter.** (This does not create a contract of employment.)


Brian Meason        David Hicks            _____    _____
Store Director        DPM                                                 Date

cc:    Human Resources
       Personnel File