# EXHIBIT 29

| | |
|---|---|
| **From:** | Johnson, ScottM |
| **Sent:** | Thursday, July 10, 2014 10:01 AM |
| **To:** | Price, Nikki |
| **Cc:** | Johnson, ScottM |
| **Subject:** | SOM |
| **Attachments:** | image001.jpg |

Nikki,

Lynette indicates we do NOT need to report each time we remove product from an order.
We MUST report to DEA once we believe it is SUSPICIOUS.

Secondly, for guardrails

Bottle size 100 or <

| Bottle count | trigger |
|---|---|
| 0-3 bottles | 2 bottles |
| 4-8    " | 60% |
| 9-12  " | 35% |
| 13-18 " | 25% |
| 19 & up | 20% |

Bottle size >100, we might consider using dosage units for a trigger

Scott Johnson
Director, Pharmacy Procurement
250 E. ParkCenter Blvd
Boise, ID  83706
(208)395-4233
Scott.Johnson@albertsons.com



**THIS E-MAIL MAY BE CONFIDENTIAL:** THIS E-MAIL MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PROTECTED BY THE ATTORNEY/CLIENT OR OTHER PRIVILEGES, AND/OR NON-PUBLIC INFORMATION. IT IS INTENDED TO BE CONVEYED ONLY TO THE DESIGNATED RECIPIENT OR RECIPIENTS. IF YOU ARE NOT AN INTENDED RECIPIENT OF THIS MESSAGE, PLEASE (A) DO NOT READ, COPY OR DISCLOSE THE CONTENTS OF THIS COMMUNICATION TO OTHERS, (B) NOTIFY THE SENDER AT (208)395-4233, AND (C) RETURN THE MESSAGE AND DELETE IT FROM YOUR SYSTEM. UNAUTHORIZED USE, DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF **THIS MESSAGE IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.**

1



Johnson
EXHIBIT 5
DATE 1.13.23
Kate E. Roundy, CR 50582

ALB-NM00017941