# EXHIBIT 30

| | |
|---|---|
| **From:** | Darrell Adams |
| **Sent:** | Monday, June 6, 2016 2:15 PM |
| **To:** | Christie Stoneback; David Green; Janis Levit; Janis Levit - Albertsons; Joe Leyba; Julie Spier; Lionel Moore; Nikki Price; Ryan McCann; Ryan McCann - Albertsons |
| **Cc:** | Thomas Rousonelos; Nasri Massaad; Daniel Salemi; Scott Johnson; Marc Allgood; Matthew Churns; Erin Shaal; Jenny Svendsen - Albertsons; Alye Batterton |
| **Subject:** | Ponca Draw Down **Update** |
| **Attachments:** | image001.png; Push to stores from Ponca wk 6-7-16 to 6-11-16.xlsx |

DPOs-

Wanted to provide a couple updates that we have received:

- We only have a couple more weeks of PONCA inventory left:
    - Approximately 8.6 million dollars left to move, which is down from 25.4 million in total inventory 4 weeks ago.
    - Much of this decrease was due to normal draw down vs getting pushed out.
        - We have seen a 1.5 million dollar lift in store inventory since the push started.
- All medications, **Including CIIs** are being pushed out to the stores:
    - Only stores on CSOS are receiving the CIIs
    - Store will see product coming in that they do not need or ordered in the past
        - This is a necessary evil with the Ponca flush
- Once Ponca is out of a medication, the medication reordering will switch to McKesson for future ordering.
- I have attached the list of medications that are going to be pushed and focused on for this week.

Let me know if you have any questions.

Thank You!

**Darrell J. Adams, PharmD**
Manager, Pharmacy Operations
Cell: 817-229-9964
Office: 208-395-3896
Fax: 208-395-4124
Darrell.adams@albertsons.com



3 S.... Scripts... Standards... Service !
**New Albertsons, Inc.** | Pharmacy Store Support Center

Johnson
EXHIBIT 8
DATE 7-12-23
Kate E. Roundy, CR 50582

Confidentiality Notice: This e-mail may contain confidential, legally privileged, or protected health information that is intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply to the sender to allow proper delivery, and then destroy any printed copies. Thank you.

1

**From:** Darrell Adams
**Sent:** Thursday, June 02, 2016 3:30 PM
**To:** Christie Stoneback; David Green; Janis Levit; Janis Levit - Albertsons; Joe Leyba; Lionel Moore; Nikki Price; Ryan McCann; Ryan McCann - Albertsons
**Cc:** Thomas Rousonelos; 'Massaad, Nasri 51000'; Daniel Salemi - Albertsons (Daniel.Salemi@albertsons.com); Scott Johnson; Marc Allgood; Matthew Churns; 'Shaal, Erin'; Fprxsys@albertsons.com; Svendsen, Jenny (Jenny.Svendsen@albertsons.com); Alye Batterton; BoiRxSys
**Subject:** Ponca Draw Down To Begin Today

To:     ARx DPOs

From: Pharmacy operations

Date:   June 2nd, 2016

### Overview:

- As you are your teams may already be aware, we now have begun the Ponca Warehouse Inventory reduction for the ARx stores.
    - This process began a couple weeks ago in the EPS stores and was slowly introduced to the ARx stores over the last 2 to 3 weeks.
    - Many of you have reported multiple stores receiving double Ponca orders as a result of this week's draw down.
        - This is due to the dials being turned up on more products to cause a larger purge of inventory.
- Any ARx store that pulls from Ponca will have their Generic order points adjusted to evoke a system generated Ponca order over and above a normal order.
    - All ARx stores will begin to see a variable increase in items on their Ponca orders until Ponca is completely depleted.

### Action:

- Please Alert Your ARx stores of this ordering change.
- It is imperative that the stores **DO NOT** negatively adjust their orders, on the Ponca items, as this will cause many potential issues.
- Let me know of any potential issues that may arise.

Thank You!

**Darrell J. Adams, PharmD**
Manager, Pharmacy Operations
Cell: 817-229-9964
Office: 208-395-3896
Fax: 208-395-4124
Darrell.adams@albertsons.com



3 S.... Scripts... Standards... Service !
**New Albertsons, Inc.** | Pharmacy Store Support Center

2

HIGHLY CONFIDENTIAL

ALB-NM00015707

Confidentiality Notice: This e-mail may contain confidential, legally privileged, or protected health information that is intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please reply to the sender to allow proper delivery, and then destroy any printed copies. Thank you.

HIGHLY CONFIDENTIAL

ALB-NM00015708



ALB-NM00015709

Filename:   Push to stores from Ponca wk 6-7-16 to 6-11-16.xlsx

Comments:   SEE NATIVE FILE

HIGHLY CONFIDENTIAL

ALB-NM00015710

| Desc | NDC |
|---|---|
| CLARITHROMYCIN 500MG TAB | 527193206 |
| CLINDAMYCIN HCL 150MG CAP | 713317101 |
| CAMRESE TABLET | 93313482 |
| AMOX CLAV-K 600-42.9/5ML SUS | 143985375 |
| AMOX CLAV-K 600-42.9/5ML SUS | 143985316 |
| SIMVASTATIN 40MG TABLET | 68180046403 |
| DOXYCYCLINE HYC DR 150MG | 68308071510 |
| BRIMONIDINE 0.15% OPHTH SOLN | 61314014410 |
| AMOX 200MG/5ML ORAL SUSP | 93416073 |
| BUPROPION SR 200MG TABLETS | 43547029009 |
| AMOX-CLAV ER 1000/62.5MG TAB | 43598022040 |
| TIAGABINE HCL 4MG TABLET | 55253060130 |
| GRANISETRON 1MG TABLET | 93748512 |
| NAPROXEN DR 500MG TAB | 93100601 |
| URSODIOL 250MG TABLET | 591299801 |
| OPTICHAMBER- DIA W/SMAL MASK | 8373982300 |
| CEFPROZIL 250MG/5ML SUSP | 68180040203 |
| AMOX CLAV-K 600-42.9/5ML SUS | 143985324 |
| ACARBOSE 25MG TAB | 69543012010 |
| TAMOXIFEN CITRATE 10MG TAB | 93078406 |
| MOMETASONE FUR 50MCG NS | 60505083001 |
| KETOROLAC 10MG TABLET | 93031401 |
| LAMOTRIGINE 25MG CHEWTAB | 68462022901 |
| AMOXICILLIN 125MG/5ML SUSP. | 781603955 |
| WARFARIN SODIUM 2.5MG TABLET | 51672402903 |
| GLYBURIDE 5MG TABLET | 93834401 |
| NEO/POLYMYXIN B/HC OPHT SUSP | 61314064175 |
| PROMETHAZINE SYR 6.25MG/5ML | 60432060816 |
| WARFARIN SODIUM 2MG TABLET | 51672402803 |
| FELODIPINE ER 2.5MG TABLET | 13668013201 |
| DESONIDE 0.05% OINTMENT | 45802042335 |
| AMOX/CLAV 250/62.5/5 SUSP | 43598020453 |
| DESONIDE LOTION 0.05% | 51672407904 |
| CEFDINIR 125MG/5ML SUSP | 68180072210 |
| METRONIDAZOLE GEL 1% PUMP | 51672529509 |
| TERAZOSIN 1MG CAPSULE | 781205101 |
| LEVALBUTEROL 1.25MG/3ML INHA | 93414864 |
| MOEXIPRIL 15MG TABLET | 93515001 |
| TACROLIMUS OINTMENT 0.1% | 168041660 |
| ERYTHROMYCIN-BENZOYL GEL | 781705449 |
| NIZATIDINE 150MG CAPSULE | 68462042560 |
| DIVALPROEX DR 125MG TABLET | 832712211 |
| CALCIPOTRIENE 0.005% OINT | 66993087861 |
| TOLTERODINE 2MG TABLET | 93001806 |
| GALANTAMINE ER 16MG CAP | 47335083683 |
| AMOXICILLIN SUSP. 250/5ML | 781604158 |

| Drug | NDC |
|---|---|
| BUPROPION SR 150MG TAB | 43547028910 |
| NYSTATIN/TRIAM OINTMENT | 472015515 |
| TOLTERODINE 1MG TABLET | 93001006 |
| AMOXICILLIN 250MG CHEW TAB | 93226801 |
| ACEBUTOLOL 200MG CAPSULE | 378120001 |
| CLARITHROMYCIN ER 500MG TAB | 591280560 |
| CLOBETASOL 0.05% SHAMPOO | 781713704 |
| DEXAMETHASONE 0.5MG/5ML SOLN | 54317757 |
| BETAMETHASONE VAL 0.1% LOT | 168004160 |
| CLOBETASOL 0.05% GEL | 45802092596 |
| TRETINOIN GEL 0.05% | 68682080045 |
| AMOX CLAV POT OS 400/57/5 | 781610446 |
| BENZONATATE 100MG CAP | 68382024701 |
| POTASSIUM CHL ER 8MEQ TAB | 574027401 |
| MOXIFLOXACIN 400MG TABLET | 55111011230 |
| AMMONIUM LACTATE CREAM 12% | 45802049383 |
| TELMISART HCTZ 80-12.5MG TB | 13668016072 |
| VORICONAZOLE 200MG TABLET | 93529056 |
| ACARBOSE 50MG TAB | 69543012110 |
| WARFARIN SODIUM 5MG TABLET | 51672403203 |
| TILIA FE 3X28 TAB | 52544005431 |
| BETHANECHOL 25MG TABLET | 50111032501 |
| ADAPALENE 0.3% GEL | 472012645 |
| FLUTICASONE 0.05% CREAM | 713063131 |
| AZITHROMYCIN 200MG/5ML SOLN | 93202694 |
| ZONISAMIDE 50MG CAP | 68462012901 |
| WARFARIN SODIUM 1MG TABLET | 51672402703 |
| AMMONIUM LACTATE 12% LOTION | 45802041954 |
| CIMETIDINE 400MG TABLET | 93820401 |
| PROCHLORPERAZINE 25MG SUPP | 713013512 |
| GALANTAMINE ER 24 MG CAP | 47335083783 |
| NYSTATIN OINTMENT | 472016615 |
| FLUOCINONIDE CRM .05% | 51672125301 |
| BETAMETHASONE DP/AUG UNG | 472038215 |
| METRONIDAZOLE GEL 1% PUMP | 51672529503 |
| FLUOROURACIL 5% CREAM | 378479106 |
| CLOTRIM/BETAMETHASONE LOTION | 51672130803 |
| TELMISARTAN HCTZ 80-25MG TB | 13668016172 |
| TIMOLOL 0.5% OPHTHALMIC SOLN | 17478028811 |
| SULFAMETHOXAZOLE/TMP SS TAB | 53746027101 |
| RIVASTIGMINE 4.6MG/24HR PATC | 47781030403 |
| PROPAFENONE 225MG TABLET | 603544921 |
| NIFEDIPINE 10MG CAPSULE | 43386044024 |
| BETAMETHASONE DP/AUG 0.05LOT | 51672134004 |
| GUANFACINE 2MG TAB | 65162071310 |
| HYOSCYAMINE 0.125MG TABLET | 51525011201 |
| TRIAMCINOLONE 0.1% LOTION | 603786449 |

| Drug | Code |
|---|---|
| TACROLIMUS OINTMENT 0.1% | 168041630 |
| CALCITRIOL 0.5MCG CAPSULES | 93065801 |
| ALCLOMETASONE DIP 0.05% CRM | 68462030017 |
| CYCLOSPORINE MODIF 25MG CAP | 93574065 |
| AZITHROMYCIN 100MG/5ML SUSP | 93202723 |
| METOPROLOL TARTRATE 100MG TA | 65862006499 |
| NTG TRNSD .2MG/HR SYSTEM | 378910493 |
| PORTIA 28 TABLET | 555902058 |
| CARBAMAZEPINE ER 400MG TAB | 51672412501 |
| CARBID/LEVOD/ENTAC 100MG TAB | 47335000388 |
| CYPROHEPTADINE HCL 4MG TAB | 50742019001 |
| TIMOLOL 0.25% DRPS 5 ML | 60758080205 |
| DESMOPRESSIN ACET 0.01% NS | 66993002501 |
| OPTICHAMBER-DIA W/MD MASK | 8373982600 |
| BISOPROLOL/HCTZ 10/6.25 TAB | 29300018901 |
| AZITHROMYCIN 500MG TAB | 50111078855 |
| CANDESARTAN/HCTZ 32/12.5 TAB | 378300277 |
| MERCAPTOPURINE 50MG TAB | 378354752 |
| ENOXAPARIN 40MG/0.4ML INJ | 955100410 |
| PRAZOSIN HCL 5MG CAPS | 93406901 |
| GIANVI 3MG/0.02MG TAB | 93542358 |
| NYSTATIN/TRIAMCINOLONE CREAM | 472015060 |
| CHLORZOXAZONE 500MG TABLET | 591252001 |
| CLONIDINE 0.2MG/DAY PATCH | 378087299 |
| AZITHROMYCIN 200MG/5ML SOLN | 93202623 |
| FAMCICLOVIR 250MG TAB | 33342002507 |
| INDOMETHACIN 25MG CAPS | 68462040601 |
| CEFPODOXIME 200MG TAB | 65862009620 |
| LEVALBUTEROL 0.63MG/3ML INHA | 93414664 |
| HYDROCORTISONE VAL 0.2% CRM | 713066860 |
| LITHIUM CARBONATE 300MG CAP | 31722054510 |
| CLONIDINE 0.1MG/DAY PATCH | 378087199 |
| PROPRANOLOL ER 120MG CAPSULE | 51991081901 |
| PROCTOZONE-HC 2.5% CREAM | 64980032430 |
| PROBENECID 500MG | 378015601 |
| AMOXICILLIN 875MG TABLET | 65862001501 |
| LAMOTRIGINE XR 100MG TABLET | 49884056311 |
| DESONIDE 0.05% CREAM | 51672128003 |
| CEFDINIR 125MG/5ML SUSP | 68180072220 |
| ONDANESTRON ODT 8MG | 57237007810 |
| ENALAPRIL MALEATE 20MG TAB | 64679092602 |
| AMLODIP/VALSART 10/160MG TAB | 93769156 |
| POTASSIUM CHLORIDE 20 MEQ PK | 66758012034 |
| DORZOLAMIDE/TIMOLOL EYE DROP | 50383023310 |
| MONTELUKAST 10MG TABLET | 55111072510 |
| BETAMETHASONE DP/AUG UNG | 472038245 |
| POTASSIUM CHL 10% ORAL SOLN | 603154258 |

| Drug | Code |
|---|---|
| PIOGLIT-METFORM 15/850MG TAB | 378157591 |
| ALLOPURINOL 100MG TAB | 55111072910 |
| CARBIDOPA/LEVO 25/100MG TAB | 93029301 |
| ENALAPRIL MALEATE 2.5MG TAB | 64679092302 |
| AZITHRYOMYCIN 250MG TAB | 93714656 |
| METOCLOPRAMIDE HCL 5MG TAB | 93220401 |
| IRBESARTAN 150MG TAB | 54025122 |
| DICLOFENAC POTASSIUM 50MG TB | 93094801 |
| TRIAMCINOLONE 0.1% CREAM | 67877025145 |
| FINASTERIDE 5MG TABLET | 16729009010 |
| MONTELUKAST 5MG CHEWABLE TAB | 54028913 |
| BENAZEPRIL 40MG TABLET | 43547033810 |
| NABUMETONE 750MG TAB | 591367101 |
| ETODOLAC 500MG TAB | 93189301 |
| METRONIDAZOLE 0.75% GEL | 713063737 |
| FOLBIC TABLET | 51991038490 |
| METFORMIN 850MG TABLET | 65862000901 |
| PIOGLIT-METFORM 15/500MG TAB | 378155091 |
| DIVALPROEX ER 250MG TABLET | 68382031401 |
| LEVOTHYROXINE 25MCG TABLET | 378180001 |
| METOPROLOL ER 25MG TABLET | 55111046601 |
| CLINDAMYCIN 2% VAGINAL CREAM | 168027740 |
| VALACYCLOVIR 500MG TABLET | 378427593 |
| CARVEDILOL 12.5MG TAB | 68382009405 |
| SULFACETAMIDE SOD 10% LOTION | 45802089626 |
| PRAMIPEXOLE 0.125MG TAB | 13668009190 |
| FLUOCINOLONE 0.01% SOLUTION | 168005960 |
| TOLTERODINE ER 2MG CAP | 378340293 |
| GABAPENTIN 300MG CAPSULE | 31722022201 |
| AMOX/CLAV 250/62.5/5 SUSP | 43598020452 |
| METFORMIN ER 1000MG TABLET | 68180033707 |
| VALSARTAN 80MG TAB | 31722074690 |
| CEFADROXIL 500MG CAPSULE | 16714038801 |
| DICLOFENAC/MISO 50/200MCG TB | 59762002801 |
| PAROXETINE ER 25MG TABLET | 378200493 |
| FOLTANX TABLET | 51991081390 |
| BACITRACIN 500U/GM EYE OINT | 574402235 |
| MINOXIDIL 2.5MG TAB | 49884025601 |
| TAMSULOSIN 0.4MG CAP | 68382013201 |
| CLOBETASOL OINT .05% | 51672125901 |
| NYSTATIN CREAM 30GM | 713067831 |
| AZELASTINE HCL 0.15% NS | 51525023403 |
| ENOXAPARIN 60MG/0.6ML INJ | 955100610 |
| RISEDRONATE 35MG TAB | 591207504 |
| OPTICHAMBER-DIAMOND | 8373747800 |
| CHOLESTYRAMINE POWDER | 49884046566 |
| KETOROLAC 0.4% OPHTH SOLN | 60758077305 |

| Drug | NDC |
|---|---|
| METHYLPREDNISOLE 4MG DP | 59762444002 |
| FUROSEMIDE 80MG TAB | 54430129 |
| CEFUROXIME 250MG TABLET | 68180030220 |
| BENAZEPRIL-HCTZ 20/25MG TAB | 378477501 |
| AMIODARONE 200MG TABLET | 68382022714 |
| PENTOXIFYLLINE 400MG TAB | 60505003306 |
| POLYMYXIN B-TMP OPHTH SOLN | 24208031510 |
| DOXYCYCLINE 100MG TAB | 378016789 |
| CYCLOBENZAPRINE 5MG TAB | 378077101 |
| GATIFLOXACIN 0.5% OPHTH SOLN | 68180043501 |
| DIVALPROEX DR 250MG TABLET | 832712311 |
| LEVETIRACETAM 100MG/1ML OS | 51991065116 |
| DOXEPIN 10MG CAPSULE | 378104901 |
| CLOTRIMAZOLE/BETAMETH CREAM | 472037915 |
| ECONAZOLE NITRATE 1% CREAM | 51672130302 |
| VALPROIC ACID 250MG CAP | 69387010701 |
| WARFARIN 1MG TABLET | 51672402701 |
| FENOFIBRIC ACID DR 135MG CAP | 68180012909 |
| PAROXETINE 40MG TABLET | 68382000106 |
| IBUPROFEN 600MG TABLET | 55111068305 |
| CLINDAMYCIN LOTION 10MG/ML | 59762374401 |
| RISEDRONATE 150MG TABLET | 378415032 |
| FENOFIBRATE 200MG CAPSULE | 115053301 |
| LOSARTAN 25MG TAB | 13668011390 |
| KETOCONAZOLE SHAMPOO 2% | 781709004 |
| LEVOTHYROXINE 88MCG TABLET | 378180701 |
| DICYCLOMINE 20MG TABLET | 378162001 |
| CARBIDOPA/LEVO 25/250MG TAB | 93029401 |
| CLOBETASOL 0.05% SOLUTION | 50383026650 |
| FENOFIBRATE 145MG TABLET | 378306677 |
| CYCLOBENZAPRINE 10MG | 378075110 |
| AMLODIPINE-ATORVAST 5/10 TB | 43598032230 |
| TRIAMCINOLONE 0.1% PASTE | 64980032005 |
| SIMVASTATIN 5MG TAB | 93715298 |
| LETROZOLE 2.5MG TABLET | 51991075933 |
| LEVOTHYROXINE 50MCG TABLET | 378180301 |
| MINOCYCLINE HCL 100MG TABLET | 49884051303 |
| PREVALITE POWDER PACK | 245003660 |
| METHOCARBAMOL 750MG TABLET | 31722053401 |
| PAROXETINE ER 37.5MG TAB | 378200593 |
| FLECAINIDE 100MG TABLET | 54001125 |
| VENLAFAXINE ER 37.5MG CAP | 65862052730 |
| DICYCLOMINE 10MG CAPSULE | 378161001 |
| ESTRADIOL/NORETH 1/0.5MG TAB | 51991047428 |
| ADAPALENE 0.1% CREAM | 45802045384 |
| GABAPENTIN 100MG CAPSULE | 31722022101 |
| BENZTROPINE MES 1MG TAB | 76385010401 |

| Drug | NDC |
|---|---|
| CHLORTHALIDONE 25MG TABLET | 378022201 |
| HYDROXYXINE PAMOATE 50MG CAP | 591080101 |
| MUPIROCIN 2% OINTMENT | 51672131200 |
| OLOPATADINE NS 0.6% | 60505084505 |
| LEVETIRACETAM 500MG TABLET | 68180011316 |
| AMLODIPINE/BENAZ 5/40MG CAP | 65862058501 |
| GAVILYTE-C PEG 3350 SOLN | 43386006019 |
| OMEPRAZOLE DR 20MG CAPSULE | 55111015810 |
| TIMOLOL 0.5% OPHTHALMIC SOLN | 17478028810 |
| CLOBETASOL OINT .05% | 51672125902 |
| TIZANIDINE 4MG TABLET | 55111018015 |
| CIPROFLOXACIN 500MG TABLET | 55111012701 |
| DOXYCYCLINE MONO 100MG TAB | 23155013525 |
| LEVOTHYROXINE 150MCG TABLET | 378181501 |
| NORTRIPTYLINE 10MG CAPSULE | 93081001 |
| VALSARTAN-HCTZ 80-12.5MG TAB | 378632177 |
| TRIAMCINOL .1% CRM | 168000480 |
| ZIPRASIDONE 20MG CAPSULE | 55111025660 |
| FLUOCINONIDE CRM .05% | 51672125302 |
| IPRATROPIUM 0.03% NASAL SOLN | 24208039830 |
| ESTRADIOL 2MG TAB | 555088702 |
| ATENOLOL 50MG TABLET | 68382002310 |
| CEFDINIR 250MG/5ML SUSP | 68180072320 |
| LABETALOL 200MG HCL TAB | 49884012301 |
| LORATADINE 10MG TABLET | 781507701 |
| CEFPROZIL 500MG TABLET | 68180040401 |
| AMLODIP/VALSART 5/320MG TAB | 93769256 |
| BUPROPION XL 150MG TABLET | 115681108 |
| LAMOTRIGINE XR 50MG TABLET | 49884056211 |
| METFORMIN HCL XR 500MG TAB | 53746017805 |
| METHOTREXATE 2.5MG TABLET | 54455025 |
| AMLODIP/VALSART 10/320MG TAB | 93769356 |

| Desc | NDC |
|---|---|
| CHERATUSSIN AC SYRUP | 603107554 |
| PROMETHAZINE VC/COD SYRUP | 603158858 |
| BROMPHENIRAMINE DEXTRO 473ML | 60432027516 |
| TRAMADOL HCL ER 300MG TAB | 68180069906 |
| CARISOPRODOL 350MG TAB | 603258228 |
| ESZOPICLONE 1MG TABLET | 55111062930 |
| CHERATUSSIN AC SYRUP | 603107558 |
| ZALEPLON 10MG CAPSULE | 93526901 |
| ACETAMINOPHEN/CODEINE SOLUTI | 60432024516 |
| DIPHENOXY/ATROP 2.5/0.25 TAB | 378041510 |
| TEMAZEPAM 7.5MG CAPSULE | 67877014801 |
| PHENOBARBITAL 20MG/5ML ELIX | 603150858 |
| DIAZEPAM 10MG RECTAL GEL | 93613832 |
| LORAZEPAM 2MG TABLET | 591024201 |
| PHENTERMINE 37.5MG TABLET | 10702002501 |
| CLONAZEPAM 2MG TAB | 93083401 |
| BUPRENORPHI-NALOXO 8-2MG TAB | 228315573 |
| PHENTERMINE 15MG CAPSULE | 10702002601 |
| DEXTROAMPHETAMINE 10MG TAB | 13107003601 |
| FENTANYL 1200MCG LOZENGE | 49884046355 |
| FENTANYL 1600MCG LOZENGE | 49884046455 |
| MORPHINE ER 200MG TABLET | 42858080501 |
| DEXTROAMPHETAMINE ER 10MG CP | 555095502 |
| HYDROCODONE COMPOUND SYRUP | 50383004316 |
| FENTANYL 800MCG LOZENGE | 49884046255 |
| DEXTROAMPHETAMINE ER 15MG CP | 555095602 |

| | |
|---|---|
| DEXTROAMPHETAMINE 5MG TAB | #N/A |
| HYDROCODO/CHLORPHE ER 10-8MG | 27808008602 |