# EXHIBIT 33



EXHIBIT: 5
WITNESS: Albertsons
8 10 23
TUCKER & ASSOCIATES

**Albertsons' Above-Threshold Report (Tarrant County)**

ALB-MDLCT9-00000028 – Excerpts

| Row | Date | Store No. | Item Description | Comments | Comments2 | Item Size | Qty Ordered | AVG QTY | Bottles Over | Percent Over |
|-----|------|-----------|------------------|----------|-----------|-----------|-------------|---------|--------------|--------------|
| 4465 | 01/18/15 | 560 | HYDROCODNE/APAP10/325MG 100S | dispenced over 3000 last week | | 100CT | 30 | 11.7 | 18.3 | 156% |
| 4921 | 02/11/15 | 560 | HYDROCODNE/APAP10/325MG 100S | go thru 2000 to 2100 per wk | | 100CT | 22 | 10.3 | 11.7 | 113% |
| 4965 | 02/15/15 | 560 | HYDROCODNE/APAP10/325MG 100S | used 3400 last week | | 100CT | 25 | 10.5 | 14.5 | 138% |
| 5182 | 03/01/15 | 560 | METHADONE HCL 10MG TABLET | dispenced 2500 last week | | 100CT | 19 | 7.8 | 111.2 | 143% |
| 5336 | 03/08/15 | 560 | ZOLPIDEM TARTRATE 10MG TAB | go thru 1600-2400 per week | | 100CT | 23 | 10.5 | 12.5 | 119% |
| 5337 | 03/08/15 | 560 | HYDROCODNE/APAP10/325MG 100S | go thru 1200-1600 per week | | 100CT | 17 | 7.8 | 9.2 | 117% |
| 6060 | 04/22/15 | 560 | HYDROCODNE/APAP5/325MG 100CT | dispence 600 to 900 per week | | 100CT | 7 | 3.5 | 3.5 | 100% |
| 6065 | 04/23/15 | 4142 | HYDROCODNE/APAP10/325MG 100S | stocking up for all the pts coming in | | 100CT | 30 | 9.6 | 20.4 | 212% |
| 6066 | 04/23/15 | 4267 | HYDROCODNE/APAP10/325MG 100S | new pt | | 100CT | 8 | 2.9 | 5.1 | 175% |
| 6912 | 06/22/15 | 4124 | HYDROMORPHONE 4MG TAB | a new pt script, upt order | | 100CT | 7 | 2.6 | 4.4 | 169% |
| 7035 | 06/29/15 | 4267 | FENTANYL 25MCG/HR PATCH | new pain dr close by | | 5CT | 8 | 3 | 5 | 166% |
| 7264 | 07/16/15 | 4267 | OXYCODONE HCL 15MG TABLET | new pain mng dr using the 15 mg | | 100CT | 8 | 3.5 | 4.5 | 128% |
| 7953 | 09/03/15 | 4242 | HYDROMORPHONE 4MG TAB | 2 pts get 500 per month | | 100CT | 10 | 3.3 | 6.7 | 203% |
| 8092 | 09/15/15 | 4267 | OXYCODONE HCL 15MG TABLET | new pts | | 100CT | 8 | 3.2 | 4.8 | 150% |

| Row | Date | Store No. | Item Description | Comments | Comments2 | Item Size | Qty Ordered | AVG QTY | Bottles Over | Percent Over |
|------|----------|------|------------------------------|-----------------------------------|--|-------|----|------|------|-------|
| 8217 | 09/23/15 | 560 | HYDROCODNE/APAP10/325MG 100S | went thru 2098 last week | | 100CT | 25 | 11.1 | 13.9 | 125% |
| 8750 | 11/17/15 | 4102 | FENTANYL 25MCG/HR PATCH | they have a lot of pt on this | | 5CT | 10 | 3.1 | 6.9 | 222% |
| 8751 | 11/17/15 | 4102 | FENTANYL 50MCG/HR PATCH | theyhave a lot of pt on this | | 5CT | 8 | 2.8 | 5.2 | 185% |
| 10435 | 05/17/16 | 4151 | OXYCODONE HCL 10MG TABLET | lot of new pts getting lg amounts | | 100CT | 10 | 4.8 | 5.2 | 108% |
| 10692 | 06/19/16 | 560 | TRAMADOL 50MG TABLET | increased in to stores | | 500CT | 44 | 1.5 | 42.5 | 2833% |
| 10693 | 06/19/16 | 560 | DIAZEPAM 5MG TABLET | increased in to stores | | 100CT | 32 | 1.6 | 30.4 | 1900% |
| 19026 | 09/24/14 | 4290 | HYDROCODONE-APAP 10-325 TABL | getting pts from wal mart and CVS | | 500CT | 10 | 2 | 8 | 333% |
| 19476 | 10/19/14 | 560 | OXYCODONE HCL 5MG TABLET | dispence 1600 per week need them | | 100CT | 13 | 5.2 | 7.8 | 150% |
| 19918 | 11/09/14 | 560 | METHADONE HCL 10MG TABLET | always dispence this amount | | 100CT | 19 | 6 | 13 | 206% |
| 19989 | 11/16/14 | 560 | OXYCODONE -APAP 10/325 TAB | dispenced 1300 to 1400 per week | | 100CT | 12 | 4 | 8 | 186% |
| 19990 | 11/16/14 | 560 | OXYCODONE HCL 5MG TABLET | dispenced 1600 to 1700 per week | | 100CT | 12 | 5 | 7 | 148% |
| 20086 | 11/30/14 | 560 | OXYCODONE/APAP 5/325MG 100CT | this is usually what they get | | 100CT | 15 | 5 | 10 | 196% |
| 20160 | 12/07/14 | 560 | METHADONE HCL 10MG TABLET | dispenced 2000 last week | | 100CT | 18 | 6 | 12 | 200% |
| 20234 | 12/14/14 | 560 | OXYCODONE HCL 5MG TABLET | dispence 1600 per week have 660 on hand | | 100CT | 11 | 5 | 6 | 113% |