# EXHIBIT 41

Message
_____

| | |
|---|---|
| From: | Vinny Taneja [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EB504C3890134548861B460EC29F46CE-VINNY TANEJ] |
| Sent: | 3/29/2018 7:45:01 PM |
| To: | Alma R. Espinoza [arespinoza@tarrantcounty.com] |
| Subject: | Fwd: TC Opioid Report |
| Attachments: | 2018.03.29_Opioids in TC_Updated.pdf |

I need 6 copies, just like today's.

Only change on the label, under FOUO plz write "For Official Use Only" and stick the label to the top right corner

Thanks

Vinny Taneja, MBBS; MPH
Director
Tarrant County Public Health
PH: 817-321-5301


-------- Original message --------
From: Vinny Taneja <vtaneja@TarrantCounty.com>
Date: 3/29/18 1:24 PM (GMT-06:00)
To: Kelly Hanes <dkhanes@TarrantCounty.com>
Subject: Fwd: TC Opioid Report




Vinny Taneja, MBBS; MPH
Director
Tarrant County Public Health
PH: 817-321-5301


-------- Original message --------
From: Talmage Holmes <THolmes@tarrantcounty.com>
Date: 3/29/18 9:10 AM (GMT-06:00)
To: Vinny Taneja <vtaneja@TarrantCounty.com>
Subject: FW: TC Opioid Report


Vinny,
Attached is the TC Opioid report from Micky along with her explanation regarding pending data.
Tal

Talmage M. Holmes, PhD, MPH
Associate Director, Disease Control and Prevention

Exhibit
0008

TANEJA

Confidential

Tarrant County Public Health
1100 South Main
Ft. Worth, Texas 76104
Phone:  817-321-5377
Fax: 817-321-5331
tholmes@tarrantcounty.com

**From:** Micky M. Moerbe
**Sent:** Thursday, March 29, 2018 8:10 AM
**To:** Talmage Holmes <THolmes@tarrantcounty.com>
**Cc:** Russell W. Jones <rwjones@TarrantCounty.com>; Abigail L. Cheney <ALCheney@tarrantcounty.com>; Danielle N.
Carlton <DNCarlton@tarrantcounty.com>
**Subject:** TC Opioid Report

Dr. Holmes:

Attached is a PDF of the updated Opioid report.  Results from the data we received from Medical
Examiner's office are presented on pages 2 and 3.  Otherwise the information is the same as the
draft sent out last week.

Please note that results from the Texas State Board of Pharmacy are still pending.  These data will
allow us to describe the persons receiving prescriptions by gender, city, ZIP code, number of pills
prescribed, and number of refills available.  We are waiting for some variable clarifications from the
Texas State Board of Pharmacy and therefore do not have an estimate yet for when these results
may be available.  With over 3 million prescriptions filled by licensed pharmacies located in Tarrant
County per year, it will understandably take some time to clean those data and we have three years
of prescriptions to analyze.  I assure you this is a priority and we are working diligently to provide
accurate and meaningful results.

Please let me know if there are any changes needed.  I truly appreciate your help and guidance
through this process,

~Micky

*******************************************************
***Micky M. Moerbe, MPH, CPH***
Biostatistician
Division of Epidemiology & Health Information
Tarrant County Public Health
1101 S. Main Street, Suite 2200
Fort Worth, TX  76104
P: (817) 321-4877
F: (817) 850-8921
E: mmmoerbe@tarrantcounty.com



Let us know how we're doing
by completing a brief survey at
https://www.surveymonkey.com/r/WGRWCJR

Confidential

Confidential

TARRANT_00343781

**Tarrant County Public Health**
*Division of Epidemiology and Health Information*

## Opioids in Tarrant County

**Figure 1.  Opioid-related deaths among residents of Tarrant County, Texas, and the United States, 2000-2016**



*Includes deaths with opium, heroin, other opioids, methadone, other synthetic narcotics or other and unspecified narcotics listed as contributing cause of death*
*Rate per 1000,000 population age-adjusted to 2000 U.S. standard population*
*Data source: National Center for Health Statistics, Centers for Disease Control and Prevention*

- The National Center for Health Statistics reported 97 opioid-related deaths in Tarrant County in 2016, almost three times more than drunk driving fatalities (n=35).  Among those opioid-related deaths, 70% were male, 70% were non-Hispanic white, and the most frequent age group was 25-34 years (27%).

- In 2016, 45% of drug overdose deaths in Tarrant County involved an opioid.

- The age-adjusted mortality rate for opioid-related deaths in Tarrant County was 4.8 deaths per 100,000 population in 2016.  The mortality rate for Tarrant County was the lowest among the five most populous counties in Texas and was significantly lower than the opioid-related mortality rate of Travis County (9.3).  The other county mortality rates were as follows: Harris (5.5), Dallas (6.7), and Bexar (6.4).

**Figure 2.  Opioid deaths among Tarrant County residents reported by the Tarrant County Medical Examiner's Office per month from January 2015 through February 2018**



*Data source: Tarrant County Medical Examiner's Office*

**Figure 3.  Percentage of opioid deaths among Tarrant County residents reported by the Tarrant County Medical Examiner's Office by selected demographics, January 2015 through February 2018 (n=261)**



*NH = Non-Hispanic*
*Data source: Tarrant County Medical Examiner's Office*

**Figure 4.  Percentage of opioid deaths among Tarrant County residents reported by the Tarrant County Medical Examiner's Office by manner of death, January 2015 through February 2018 (n=261)**



*Data source: Tarrant County Medical Examiner's Office*

- From January 2015 through February 2018, the Tarrant County Medical Examiner's office reported the following opioid deaths by decedent city:
  o 108 among residents of Fort Worth
  o 43 among residents of Arlington
  o 15 among residents of North Richland Hills
  o 12 among residents of Hurst.
  Remining cities each had less than 10 deaths

- From January 2015 through February 2018, the Tarrant County Medical Examiner's office reported the following opioid deaths by decedent ZIP code:
  o 14 among residents of ZIP code 76180
  o 10 among residents of ZIP code 76137
  o 10 among residents of ZIP code 76053
  Remining ZIP codes each had less than 10 deaths

**Figure 5.  Opioid prescription rates among residents of the United States, the State of Texas, and the five most populous counties in Texas, 2006–2016**



*Rate is number of retail opioid prescriptions dispensed per 100 residents*

*Note: Y-axis begins at 40.0, not zero*

*Data source: National Center for Injury Prevention and Control*

- In 2016, Tarrant County had the highest rate of opioid prescriptions (66.7 per 100 residents) among the five most populous counties in Texas, followed by Bexar County (54.6), Travis County (51.2), Dallas County (50.6), and Harris County (46.2).

- The Tarrant County opioid prescription rate decreased 21% from 2012 to 2016 (84.8 vs. 66.7 opioid prescriptions per 100 residents)

- The Tarrant County opioid prescription rate in 2016 ranked 88th among Texas counties (ranking among 218 of the 254 Texas counties with available data).  Childress County had the highest prescription rate at 177.3 opioid prescriptions per 100 residents.

**Figure 6.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents, 2000-2017**



*Tarrant County location is self-reported; Exposure may involve more than one opioid*
*Data source: Texas Poison Center Network*

**Figure 7.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents by drug type, 2000-2017**



*Tarrant County location is self-reported; Exposure may involve more than one opioid*
*Data source: Texas Poison Center Network*

- In 2017, Hydrocodone accounted for the largest proportion (38%) of all opioid exposures reported to the Texas Poison Center Network among Tarrant County residents, followed by Tramadol (29%) and Codeine (19%).

- The drug Tramadol had the greatest increase in reports among Tarrant County residents with an almost 800% increase from 11 reported exposures in the year 2000 to 97 reported exposures in 2017.

**Figure 8.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents by exposure intent, 2000-2017**



*Exposure intent defined as:*

*Unintentional - Exposure resulting from an unforeseen or unplanned event*

*Intentional - Exposure resulting from a purposeful action*

*Adverse Reaction - Unwanted effects due to an allergic, hypersensitivity, or idiosyncratic response to the active ingredient(s), inactive ingredient(s) or excipient of a drug, chemical, cosmetic, food or other substance when the exposure involves the normal, prescribed, labeled or recommended use of the substance*

*Tarrant County location is self-reported; Exposure may involve more than one opioid*

*Data source: Texas Poison Center Network*

**Figure 9.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents by Naloxone recommendation, 2000-2017**



*Naloxone recommendation indicates that Texas Poison Center Network personnel responding to the opioid exposure call recommended naloxone use for the victim.  These numbers to not reflect the number of opioid exposure victims who were actually administered Naloxone.*

*Tarrant County location is self-reported; Exposure may involve more than one opioid*

*Data source: Texas Poison Center Network*

**Figure 10.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents by gender, 2000-2017**



*Tarrant County location is self-reported; Exposure may involve more than one opioid*

*Data source: Texas Poison Center Network*

**Figure 11.  Number of opioid exposures reported to the Texas Poison Center Network among Tarrant County residents by age group, 2000-2017**



*Tarrant County location is self-reported; Exposure may involve more than one opioid*
*Data source: Texas Poison Center Network*

- In 2017, the largest number of opioid exposures reported to the Texas Poison Center Network were among Tarrant County residents aged 30-39 years (n=63), followed by residents aged 20-29 years (n=58) and residents aged 60 years or more (n=52).

- Reported opioid exposures among Tarrant County residents aged 0-5 years decreased 39% from 72 exposures in 2005 to 44 exposures in 2017.

**Figure 12  Opioid-related emergency department visits among Tarrant County residents, January 2017 – March 2018**



There were a total of 298 ED visits due to opioids identified in 2017.  There have been 98 such visits thus far in 2018 (Jan-Mar).

*Data source: Electronic Surveillance System for the Early Notification of Community-based Epidemics (ESSENCE)*

- In 2017, there were 3,298,312 prescriptions filled by licensed pharmacies located in Tarrant County.  Of those total prescriptions, 1,438,071 (44%) were drugs classified as Opiate Agonists and 54,030 (2%) were Opiate Partial Agonists *(Data source: Texas State Board of Pharmacy)*.

Action items:

- **National Prescription Drug Take Back Day** Saturday April 28, 2018.  The event aims to provide a safe, convenient, and responsible means of disposing of prescription drugs, while also educating the general public about the potential for abuse of medications.  Marketing materials are available at: https://takebackday.dea.gov/content/take-back-day-2018

- Below is a list of US Department of Justice- Drug Enforcement Administration Controlled Substance Public Disposal Locations in Tarrant County

| Business Name | Address | City, State, Zip |
|---|---|---|
| CVS Pharmacy, Inc. | 5900 W. Pleasant Ridge Rd. | Arlington, TX  76016 |
| KVG Enterprises Inc. Randol Mill Pharmacy | 1014 North Fielder Rd. | Arlington, TX  76012 |
| Ray's Town North Pharmacy | 975 N Cooper St. | Arlington, TX  76011 |
| Walgreen Co. | 3400 Matlock Rd. | Arlington, TX  76015 |
| Allied Pharmacy Services | Jerry W. Jackson 801 Stadium Dr., #111 | Arlington, TX  76011 |
| JPS Health System | 1500 South Main St., Ste OPC 1 | Fort Worth, TX  76104 |
| Cook Children's Pharmacy 1 | 801 7th Ave., Ste 1700 | Fort Worth, TX  76104 |
| AHF Pharmacy | 400 N Beach St., Ste 102 | Fort Worth, TX  76111 |
| Perronerx, LLC | 3923 Hwy 377 South | Fort Worth, TX  76116 |
| Walgreen Co. | 6205 Westcreek Dr. | Fort Worth, TX  76133 |
| Walgreen Co. | 4520 Western Center Blvd. | Haltom City, TX 76137 |
| Walgreen Co. | 780 W. Bedford Euless Rd. | Hurst, TX  76053 |
| CVS Pharmacy, Inc. | 101 N. Rufe Snow Dr. | Keller, TX  76248 |
| Q I C Pharmacy Services | 1831 East Broad St., Ste 213 | Mansfield, TX  76063 |
| Walgreen Co. | 1317 S. Main St. | Weatherford, TX 76086 |