# EXHIBIT 44

EXHIBIT 9

Albertsons - Store Number 3625  
Safeway Pharmacy #3625  
DEA: BT7964617  
302 South Park Blvd., Grapevine, TX 76051  
Tarrant County

**Summary of Selected Hydrocodone and Oxycodone Dispensed by Albertsons Store 3625**  
**in Dosage Units**

| Drug | Total | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocodone 5mg | 240,439 | 19,497 | 23,028 | 22,216 | 20,195 | 19,168 | 21,315 | 18,174 | 17,030 | 16,548 | 11,547 | 9,559 | 11,519 | 9,651 | 10,171 | 7,438 | 3,383 |
| Hydrocodone 7.5mg | 201,733 | 16,783 | 19,791 | 20,831 | 18,380 | 19,132 | 17,439 | 15,326 | 14,767 | 13,558 | 11,707 | 8,849 | 5,375 | 5,280 | 4,856 | 7,137 | 2,522 |
| Hydrocodone 10mg | 466,109 | 19,516 | 31,797 | 31,289 | 27,081 | 31,203 | 30,170 | 31,478 | 29,033 | 40,231 | 48,165 | 41,064 | 31,376 | 27,412 | 16,819 | 21,000 | 8,475 |
| **Subtotal** | **908,281** | **55,796** | **74,616** | **74,336** | **65,656** | **69,503** | **68,924** | **64,978** | **60,830** | **70,337** | **71,419** | **59,472** | **48,270** | **42,343** | **31,846** | **35,575** | **14,380** |
| | | | | | | | | | | | | | | | | | |
| Oxycodone 5mg | 64,766 | 3,401 | 2,559 | 1,310 | 1,488 | 600 | 170 | 420 | 3,524 | 9,190 | 9,660 | 6,679 | 6,602 | 6,119 | 6,032 | 4,926 | 2,086 |
| Oxycodone 7.5mg | 10,272 | 220 | 120 | 640 | 1,725 | 932 | 720 | 850 | 440 | 305 | 1,210 | 1,155 | 820 | 579 | 334 | 222 | 0 |
| Oxycodone 10mg | 32,959 | 1,838 | 1,582 | 2,189 | 1,771 | 450 | 2,172 | 2,151 | 1,445 | 1,195 | 2,724 | 4,468 | 3,625 | 2,898 | 2,618 | 1,217 | 616 |
| Oxycodone 15mg | 4,152 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 310 | 690 | 120 | 0 | 700 | 540 | 150 | 1,002 | 640 |
| Oxycodone 20mg | 11,405 | 2,929 | 1,553 | 1,060 | 290 | 14 | 116 | 60 | 1,090 | 2,907 | 810 | 570 | 0 | 6 | 0 | 0 | 0 |
| Oxycodone 30mg | 25,059 | 0 | 0 | 0 | 0 | 750 | 30 | 0 | 1,380 | 4,070 | 4,969 | 5,130 | 3,570 | 2,748 | 2,412 | 0 | 0 |
| Oxycodone 40mg | 4,054 | 2,408 | 842 | 90 | 60 | 270 | 150 | 0 | 0 | 0 | 60 | 90 | 0 | 84 | 0 | 0 | 0 |
| Oxycodone 60mg | 300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 210 | 90 | 0 | 0 | 0 | 0 | 0 |
| Oxycodone 80mg | 3,780 | 1,710 | 0 | 60 | 0 | 0 | 0 | 0 | 810 | 1,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Subtotal** | **156,747** | **12,506** | **6,656** | **5,349** | **5,334** | **3,016** | **3,358** | **3,481** | **8,999** | **19,827** | **19,673** | **18,002** | **15,401** | **12,890** | **11,546** | **7,367** | **3,342** |
| | | | | | | | | | | | | | | | | | |
| **Other Opioid Drug** | **158,034** | **11,371** | **12,293** | **13,385** | **7,844** | **9,398** | **8,451** | **10,070** | **6,711** | **10,770** | **13,740** | **9,748** | **5,313** | **10,366** | **10,162** | **12,923** | **5,489** |
| | | | | | | | | | | | | | | | | | |
| **All Opioid Drugs** | **1,223,062** | **79,673** | **93,565** | **93,070** | **78,834** | **81,917** | **80,733** | **78,529** | **76,540** | **100,934** | **104,832** | **87,222** | **68,984** | **65,599** | **53,554** | **55,865** | **23,211** |

Data source: Albertsons Dispensing Data (1/2006 - 5/2021)