# EXHIBIT 45

EXHIBIT 10

Albertsons - Store Number 1780
Safeway Pharmacy #1780
DEA: BT8010744
1000 Keller Parkway, Keller, TX 76248
Tarrant County

**Summary of Selected Hydrocodone and Oxycodone Dispensed by Albertsons Store 1780**
**in Dosage Units**

| Drug | Total | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrocodone 5mg | 224,272 | 16,592 | 19,604 | 18,353 | 17,539 | 20,055 | 25,097 | 19,854 | 16,779 | 14,642 | 11,156 | 10,246 | 9,334 | 8,611 | 6,417 | 7,459 | 2,534 |
| Hydrocodone 7.5mg | 188,609 | 16,955 | 17,745 | 11,940 | 12,464 | 13,267 | 14,038 | 11,293 | 11,644 | 9,564 | 13,846 | 15,001 | 12,523 | 10,650 | 7,859 | 7,653 | 2,167 |
| Hydrocodone 10mg | 511,492 | 20,022 | 16,326 | 19,792 | 21,806 | 26,484 | 36,498 | 42,884 | 35,258 | 39,529 | 46,699 | 40,096 | 45,077 | 39,117 | 36,393 | 32,363 | 13,148 |
| **Subtotal** | **924,373** | **53,569** | **53,675** | **50,085** | **51,809** | **59,806** | **75,633** | **74,031** | **63,681** | **63,735** | **71,701** | **65,343** | **66,934** | **58,378** | **50,669** | **47,475** | **17,849** |
| Oxycodone 5mg | 26,380 | 450 | 303 | 1,494 | 224 | 30 | 228 | 250 | 550 | 719 | 3,076 | 3,540 | 4,526 | 2,765 | 3,491 | 3,638 | 1,096 |
| Oxycodone 7.5mg | 11,939 | 0 | 0 | 0 | 130 | 70 | 0 | 1,440 | 1,610 | 1,750 | 1,859 | 1,330 | 220 | 920 | 800 | 1,180 | 630 |
| Oxycodone 10mg | 78,805 | 2,945 | 1,884 | 1,568 | 2,880 | 2,710 | 2,655 | 3,645 | 4,622 | 4,205 | 7,974 | 11,497 | 7,180 | 9,406 | 7,904 | 6,230 | 1,500 |
| Oxycodone 15mg | 53,290 | 1,900 | 1,788 | 210 | 30 | 100 | 1,812 | 4,686 | 6,342 | 8,269 | 5,702 | 6,780 | 7,230 | 4,781 | 1,580 | 1,500 | 580 |
| Oxycodone 20mg | 27,858 | 3,444 | 2,013 | 2,099 | 1,560 | 2,580 | 1,565 | 450 | 30 | 810 | 712 | 964 | 3,170 | 2,786 | 3,015 | 1,940 | 720 |
| Oxycodone 30mg | 65,050 | 240 | 450 | 2,860 | 4,130 | 4,620 | 5,666 | 4,240 | 5,923 | 7,481 | 6,382 | 3,390 | 4,965 | 8,453 | 5,340 | 910 | 0 |
| Oxycodone 40mg | 8,834 | 2,911 | 2,191 | 1,327 | 1,448 | 352 | 525 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 |
| Oxycodone 60mg | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oxycodone 80mg | 1,729 | 0 | 132 | 0 | 150 | 982 | 405 | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Subtotal** | **273,885** | **11,890** | **8,761** | **9,558** | **10,552** | **11,444** | **12,856** | **14,711** | **19,137** | **23,234** | **25,785** | **27,501** | **27,291** | **29,111** | **22,130** | **15,398** | **4,526** |
| **Other Opioid Drug** | **163,721** | **8,995** | **12,460** | **14,727** | **11,678** | **8,895** | **13,834** | **11,717** | **7,753** | **10,025** | **11,617** | **10,850** | **10,551** | **11,478** | **8,426** | **7,735** | **2,980** |
| **All Opioid Drugs** | **1,361,979** | **74,454** | **74,896** | **74,370** | **74,039** | **80,145** | **102,323** | **100,459** | **90,571** | **96,994** | **109,103** | **103,694** | **104,776** | **98,967** | **81,225** | **70,608** | **25,355** |

Data source: Albertsons Dispensing Data (1/2006 - 5/2021)