# EXHIBIT 47

Message

| | |
|---|---|
| **From:** | Floyd L. Heckman Jr. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5CC6F744085F41D8B6AE67CDD3D070CD-FLOYD L. HE] |
| **Sent:** | 8/2/2017 10:53:13 PM |
| **To:** | Floyd L. Heckman Jr. [flheckman@tarrantcounty.com] |
| **Subject:** | Fwd: RE: Opiate Overdose Data |

Get Outlook for Android

---

**From:** Floyd L. Heckman Jr.
**Sent:** Thursday, May 11, 2017 2:17:34 PM
**To:** Bill E. Waybourn
**Subject:** RE: Opiate Overdose Data

Sheriff,

I have not heard of or read any hard projections for the near future in our area.

Based on what we have seen over the last few months, I expect that we will see more prescription medication abusers transitioning to Heroin, because the high is much cheaper. It is certain segments of the heroin user group who are eventually getting the fentanyl related products (unaware of the potency) and overdosing. The profit margin for selling fentanyl and fentanyl related analogs is very high, so it seems likely that as more people discover how to access these products from China, we will continue to see it more frequently in our community. I anticipate we will have both more overdoses, and more non-fatal fentanyl overdoes thanks to Narcan being administered to victims. The Medical Examiner's office told me they expect to see an increase in opiate related overdose deaths in the future.

Respectfully,

-Floyd

---

**From:** Bill E. Waybourn
**Sent:** Tuesday, May 09, 2017 8:12 PM
**To:** Floyd L. Heckman Jr.
**Subject:** Re: Opiate Overdose Data

Thank you, do you have info on the trend this year?

Sent from my iPhone
At Your Service,
Bill E Waybourn, NA229
Tarrant County Sheriff
817-884-3098

**Exhibit 0007**
Bill Waybourn

On May 9, 2017, at 12:09 PM, Floyd L. Heckman Jr. <FLHeckman@TarrantCounty.com> wrote:

Sheriff,

This is a summary of overdose data from the Tarrant County Medical Examiner's Office for 2015 and 2016.

The TCME data shows overdose deaths (opiate and non-opiate related) in Tarrant County (accidental and intentional) increased from 195 in 2015 to 262 in 2016, **an increase of 34%.**

In 2015 there were 141 Drug Overdose deaths caused by or related to Opioid use. Sixty-six deaths, (47%) were related to Heroin use.

In 2016 there were 173 Drug Overdose deaths caused by or related to Opioid use, **a 22.7% increase**. Sixty-two deaths, (35.5%) were related to Heroin use.

In 2016, 11 deaths were related to U47700, the fentanyl analog - 2016 is when the TCME began testing for the U47700 analog.

If you need further information, please let me know.

Respectfully,

*Lieutenant Floyd Heckman #3475*
Tarrant County Sheriff's Office
Combined Narcotics Enforcement Team
Office: 817-492-5222
Cell: 817-201-9218
fheckman@tarrantcounty.com

<image003.png>

Confidentiality Notice: This email, including any attachments, may contain confidential and privileged information which is intended for the exclusive use of all individual or entity to whom the transmission is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of the transmission or its contents is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete the transmission from your computer.