# EXHIBIT 48

Message

| | |
|---|---|
| From: | Calvin C. Bond [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E2DF1D7B37E24882A8CD7EC49A990F0E-CALVIN C. B] |
| Sent: | 8/3/2018 6:11:52 PM |
| To: | David S. McClelland [dsmcclelland@tarrantcounty.com] |
| CC: | Keitha Hallenbeck [kmhallenbeck@tarrantcounty.com]; Raul D. Rodriguez [rdrodriguez@tarrantcounty.com]; Courtney N. Wright [cnwright@tarrantcounty.com] |
| Subject: | RE: Overdose Statistics |

Chief, we will try to get you more info. Below is overdose data that Capt. Heckman and I put together last year in order to get approval for our personnel to carry Narcan. More to follow hopefullyl

This is a summary of overdose data from the Tarrant County Medical Examiner's Office for 2015 and 2016. The PowerPoint presentation was put together by a medical student who was doing his rotation at the Tarrant County M.E.'s Office this Spring. The presentation reflects local and national data.

The TCME data shows overdose deaths (opiate and non-opiate related) in Tarrant County (accidental and intentional) increased from 195 in 2015 to 262 in 2016, **an increase of 34%.**

In 2015 there were 141 Drug Overdose deaths caused **by or related to Opioid use**. Sixty-six deaths, (47%) were related to Heroin use.

In 2016 there were 173 Drug Overdose deaths caused **by or related to Opioid use, a 22.7% increase**. Sixty-two deaths, (35.5%) were related to Heroin use.

In 2016, 11 deaths were related to U47700, the fentanyl analog - 2016 is when the TCME began testing for the U47700 analog.

As I told you earlier, we are seeing an increase in counterfeit pharmaceuticals being made and distributed in Tarrant County. We have seen both counterfeit Hydrocodone and Xanax that contain the U47700 fentanyl analog in our area.

**From:** David S. McClelland
**Sent:** Friday, August 3, 2018 1:01 PM
**To:** Keitha Hallenbeck <kmhallenbeck@TarrantCounty.com>; Calvin C. Bond <CCBond@tarrantcounty.com>
**Cc:** Mike Simonds <MESimonds@TarrantCounty.com>
**Subject:** Overdose Statistics

Commander & Lt. -

Do you guys have the ability to give me statistics for overdoses for 2016, 2017, and so far this year?

We are thinking about using them in the budget presentation Monday morning. Thanks!

At Your Service,
David McClelland
Chief of Staff - Attorney
Tarrant County Sheriff's Office

Exhibit 0012 HECKMAN

O| 817.884.2050
C| 682.402.4109

This message was sent from a cellular device, so please forgive any typographical errors.

Confidential

TARRANT_00684007