# EXHIBIT 50

Message

| | |
|---|---|
| **From:** | Calvin C. Bond [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E2DF1D7B37E24882A8CD7EC49A990F0E-CALVIN C. B] |
| **Sent:** | 5/24/2021 6:17:32 PM |
| **To:** | Mike Simonds [mesimonds@tarrantcounty.com] |
| **CC:** | Niki Kestenbaum [enkestenbaum@tarrantcounty.com] |
| **Subject:** | FW: Overdose death trends requested by Sheriff |
| **Attachments:** | Fentanyl Education Info For FWDO City of Fort Worth.docx; Fentanyl Education Info FWDO POC for Outer Counties.docx |

FYI

The Sheriff asked for information on this issue this morning. This is what I sent him.

**From:** Calvin C. Bond
**Sent:** Monday, May 24, 2021 1:06 PM
**To:** Katye D. Travis <kdtravis@TarrantCounty.com>
**Subject:** Overdose death trends requested by Sheriff

Katye, it is very hard (impossible) to get any recent overdose death stats and data. The most recent and reputable info I can find is listed below:

National Institute of Health
Annual fentanyl-involved deaths by jurisdiction

Dallas/Fort Worth (This includes Dallas, Tarrant, Denton, Parker and Johnson Counties) as of June 2020 (most recent)

Trends:

2017-2018 -47% (decrease from 2016-2017)
2018-2019 + 60% (increase from 2017-2018)
2019-2020 **Projected +400%** (Increase from 2019 to 2020)

Background information: **(SENSITIVE-DON'T RELEASE)** DEA Fort Worth reports significant increase in large scale fentanyl traffickers operating in Tarrant County. Fentanyl is coming in from the Mexican drug cartels, along with China/Europe suppliers as well. DEA is working 10-15 fentanyl drug overdose deaths in Tarrant County now.

It's not official but it looks like 128 Fentanyl related overdose deaths last year and 60 so far this year according to what DEA obtained from the Tarrant County ME's office.

I have attached two info flyers that DEA Fort Worth recently sent out.

Please let me know if you have any questions.


RESPECTFULLY,

CALVIN C. BOND
CHIEF DEPUTY
CRIMINAL INVESTIGATIONS & WARRANTS
TARRANT COUNTY SHERIFF'S OFFICE
TARRANT COUNTY PLAZA BUILDING

**Exhibit 0041**
SIMONDS

200 TAYLOR STREET, 7TH FLOOR
FORT WORTH, TEXAS 76196
(817) 884-1278 (DIRECT)
CCBOND@TARRANTCOUNTY.COM



Confidential                                                                                                          TARRANT_00853467