# EXHIBIT 51

Message
___

| | |
|---|---|
| From: | David A. Grantham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=608292d86e4c4d3eaa056d03ea25ef94-David A. Gr] |
| Sent: | 6/29/2021 12:38:43 PM |
| To: | Bill E. Waybourn [bewaybourn@tarrantcounty.com] |
| Subject: | For POTUS briefing |
| Flag: | Follow up |

- Tarrant County has every major Mexican cartel present in our jurisdiction, primarily Jalisco New Generation cartel, Gulf cartel and Los Zetas.

- CJNG and Gulf cartel have recently been distributing "high quality" cocaine in the local area that is likely, based on quality, tied back to Venezuela and the Cartel of the Suns.

- Tarrant County is a prime location for Mexican cartels who take advantage of the elaborate highway system to quickly and efficiently deliver narcotics across the United States.

- Because of that, Mexican cartels have decision makers on the ground – meaning those high-level individuals who DO NOT have to call back to Mexico for a decision.

- Cartels also distribute enormous amounts of drugs locally since Dallas and Tarrant counties are major population centers – the 2nd and 3rd largest counties in Texas.

- Fentanyl, once only a drug sold by a handful of dealers, is currently "flooding" the DFW area in both pill and powder form.

- Low-level dealers have access to such large quantities of fentanyl powder that they have turned to making their own pills and "cutting" – or mixing – the fentanyl powder with other drugs, especially heroin, to increase potency and make more money.

- There is obviously no quality control, so overdose deaths have steadily risen since the beginning of 2021.


DAVID GRANTHAM, PHD
DIRECTOR OF INTELLIGENCE
TARRANT COUNTY SHERIFF'S OFFICE
817-884-3715 OFFICE
817-228-9976 CELL

CONFIDENTIALITY NOTICE: This electronic transmission and any documents or other writings sent with it may contain information that is confidential, proprietary and/or privileged. It is intended for the sole use of the intended recipient. If you have received this communication in error, please promptly notify the sender at the Tarrant County Sheriff's Office by reply email and destroy the original message. Any inadvertent disclosure does not constitute a waiver of the attorney-client privilege or any other privilege. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the intended recipient is strictly prohibited.

**Exhibit 0013**
Bill Waybourn