# EXHIBIT 54

Message

---

**From:**  Charles A. Eckert [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CAC30764C7C84650A35F8B02E128615F-CHARLES A.]
**Sent:**  5/22/2019 4:42:07 PM
**To:**  Bill E. Waybourn [bewaybourn@tarrantcounty.com]; Mike Simonds [mesimonds@tarrantcounty.com]; David S.
McClelland [dsmcclelland@tarrantcounty.com]; Randy A. Cundiff [racundiff@tarrantcounty.com]; Henry Reyes
[hreyes@tarrantcounty.com]
**Subject:**  Pregnant females on methadone

Sheriff,

You asked in the Command Staff meeting about the protocol for pregnant females addicted to heroin coming in on
methadone.  I met with Paul today regarding other items and requested information regarding the topic.  Here is what
he related:

1.     Pregnant females coming in on methadone are sent straight to JPS for screening and to be seen by an OB dr.
2.     The pregnant females stay on methadone protocol and all methadone is provided by JPS.
3.     Dr. Shaw and Dr. Celesti are licensed providers for pregnant, female methadone protocol.
4.     Every Wednesday pregnant females on methadone receive one on one counseling regarding their care and the
need to follow up with the JPS Clinic upon release for continued care.  They are provided pamphlets with information
about pregnancy care while on methadone.  Additionally, upon release the JPS Clinic contacts the females to get them
into the clinic.


Paul stated he is very proud of the care that is provided to these females and they go out of their way to ensure not only
the inmate's safety, but the safety of the unborn child.

He also states that he has spoken with David Dropkin, who is the Treatment Center Director about further care of the
these females after they are released.

I hope this answers your questions or concerns,

Chief Eckert

<div style="border:2px solid black; background:#FFD700; display:inline-block; padding:8px; text-align:center;">

**Exhibit
0014**

8/17/2023
REYES

</div>

Confidential