# EXHIBIT
# 55

# TARRANT COUNTY SHERIFF'S OFFICE

## COMBINED NARCOTICS ENFORCEMENT TEAM
### WORKLOAD MEASURES AND PROJECTIONS

| Workload Measures | FY 2015 (NICU) | 2016 (CNET) | 2017 YTD | 2018 Est. |
|---|---|---|---|---|
| NARCOTIC SEARCH WARRANTS | 23 | 32 | 12 | 40 |
| COMPUTER/CELL PHONE SEARCH WARRANTS | 0 | 18 | 6 | 40 |
| CONSENT SEARCHES | 5 | 47 | 2 | 50 |
| NARCOTIC CASES ASSIGNED | 176 | 433 | 69 | 475 |
| NARCOTIC CASES CLOSED | | 189 | 24 | |
| FELONY ARRESTS | 60 | 156 | 37 | |
| ASSIST OTHER AGENCY | 2 | 58 | 12 | |
| LABS SEIZED | 1 | 0 | 0 | |
| METHAMPHETAMINE | 3,508gr. | 4,206gr. | 425gr. | |
| COCAINE | 3,537gr. | 2,870gr. | 39gr. | |
| HEROIN | 1,550gr. | 276gr | 27 | |
| FENTANYL | 0 | 1,207gr. | 0 | |
| NBOMe | 0 | 469gr. | 0 | |
| Alpha-PVP | 0 | 27gr. | 0 | |
| GHB | 1100gr. | 9932gr. | 0 | |
| RX (D.U.) | 2389 | 15,077 | 162 | |
| HYDRO-MARIJUANA | 12,192gr. | 358,103gr. | 18,772gr. | |
| MARIJUANA | 29,508gr. | 128gr. | | |
| THC | 2,284gr. | 1,102gr. | 3,470gr. | |
| WEAPONS SEIZED | 0 | 18 | 15 | |
| VEHICLE SEIZED | 12 | 16 | 3 | |
| INV. GAMBLING MACHINES SEIZED | 189 | 63 | 0 | |
| GAMBLING MONEY SEIZED | $4,455 | 0 | 0 | |
| GAMBLING SEARCH WARRANTS | 2 | 0 | 0 | |

**Exhibit
0007**

Confidential

Summary of drug seizures by CNET for 2016 show an increase of over 500% in concentrated THC and high grade Marijuana seizures.

CNET seizures of prescription drugs increased in several categories by over 600% in 2016.  CNET is also beginning to see an increase in counterfeit pharmaceuticals such as Alprazolam.

CNET investigators seized ounce and multi-pound quantities of designer drugs such as NBOMe and Alpha-PVP for the first time in 2016.  We expect seizures of this category of designer drugs to increase as the availability of these drugs in our community grows.

Tarrant County Medical Examiner's Office show that overdose deaths in Tarrant County (accidental and intentional) increased from 195 in 2015 to 262 in 2016, an increase of 34%.

TARRANT_00854819