# EXHIBIT 56

Case: 1:17-md-02804-DAP Doc #: 5726-57 Filed: 10/30/24 2 of 19. PageID #: 654215



# Tarrant County
## Sheriff's Office

ANNUAL REPORT

Exhibit 0019 SIMONDS

Confidential　　　　　TARRANT_00885303



# WE REMEMBER ONE OF OUR OWN

## MARK DIEBOLD

We must always take time to honor and remember the brave men and women that gave their last full measure of devotion. This year we take time to remember Mark Diebold. He was a Deputy Constable and a member of the Tarrant County Sheriff's Office SWAT Team. If that was all he was, that would be enough, but he was also a friend, mentor, husband, and father.

Mark left his mark on this agency, this county, and this world. His impact is still being felt today. Most will say that he was known for delivering a baby on the side of the road, but those that knew him will tell you that he was most known for his humor and his unwavering faith.

Rest easy brother...we will take it from here.



**End of Watch: September 7, 2017**

Confidential                                                                                       TARRANT_00885304

On January 1, 2017, I had the honor of being sworn in as the 39th Sheriff of Tarrant County. It was not until I had officially been sworn in that I could truly see where the operations of the Tarrant County Sheriff's Office (TCSO) stood—there were policies that needed to be repealed or amended. It was my vision to create change while carrying out our mission, which is being that line between evil and good. It has always been my goal to create an environment where citizens feel safe and businesses flourish without the fear of crime.

One of TCSO's greatest strengths is its noble workforce. Under my administration, we began a philosophical shift, empowering team members to do their job. I wanted every employee to feel that they had discretion in their job, that deputies could conduct the duties outlined by the law using their own decision and critical thinking skills. All team members were to be professional, however, I also wanted them to be safe. We immediately began to train on pepper spray and handcuffing techniques. Warrant deputies began to carry tasers which has drastically reduced assaults on our deputies. In the past two years, TCSO has invested in training and providing the tools necessary to help with de-escalation scenarios that commonly occur in our line of work.

The past two years have been about growth. Coming into Office, I found some of the technology outdated, and that we were operating with at or below minimum personnel. Throughout this report, you will notice that our workload measures have increased. For instance, in 2016 we made just over 100 DWI arrests. In 2018, we made 591 DWI arrests. Similar increases can be seen throughout the agency, especially in our Investigations Division. In the past two years, we've implemented two brand



new units: Human Trafficking and Intelligence. Both of these new units have been paramount to my vision for the TCSO. One fighting the good fight, by being proactive.

In order to be proactive, we have made great strides to be good neighbors with fellow law enforcement agencies in Tarrant County. Our SWAT team is formed of deputies that belong to TCSO and multiple Tarrant County Constable's Offices. Training and working together, our SWAT team has performed over 60 missions and supported other local agencies including the Fort Worth Police Department. Today, personnel from outside agencies work side by side with TCSO deputies. Our deputies work closely with the Federal Bureau of Investigations, the United States Secret Service, the Department of Homeland Security, the Texas Rangers, the Texas Department of Public Safety, and all other local law enforcement agencies. This cooperative effort between agencies makes Tarrant County a safer place to live and work.

Confidential

The most significant change I made in 2018 was how I followed the law as outlined in section 2.18 of the Texas Code of Criminal Procedure. This law states that, "When a prisoner is committed to jail by warrant from a magistrate or court, he shall be placed in jail by the sheriff." For the past 40 years it was the accepted practice in Tarrant County that TCSO would not accept city prisoners into our county jail until a case had been officially accepted by the Tarrant County Criminal District Attorney's Office. This practice meant the TCSO was the only Sheriff's Office in Texas that was not operating under section 2.18. As Sheriff, I made the decision to follow Texas law.

Our jail population has risen significantly, however, our jail staffing has not increased accordingly. To meet the increased demands, we must increase our staff. The TCSO Detention Bureau passed it's recent jail inspection conducted by the Texas Commission of Jail Standards. This marked the 25th consecutive year that the Tarrant County Jail passed inspection.

When I first took office, I inherited some things that were outdated and a style of leadership that was autocratic. I also found an incredible team that had accomplished a great deal and were willing and eager to embrace the goals that we set out to achieve. However, there is always more to be done. My command staff and I will press forward with our strategic plan for the future. I hope to accomplish a staffing study to see the true needs of our organization and to ensure that our facilities match those needs. I want the TCSO to be up to date with training and technology in order to have a safer, more efficient and more effective law enforcement agency that is always ready to stand between evil and good. Thank you for taking just a peek at who we are by reading this annual report.

At Your Service,

*Bill E Waybourn*

## TCSO MISSION STATEMENT

Our mission is to PROTECT by courageously standing between evil and good with honor, while striving to SERVE with respect, always putting others before self.

Confidential                                    TARRANT_00885306

## Special Report: Human Trafficking

Human trafficking is currently the 3rd largest criminal enterprise across the world. And unfortunately, the DFW region, with a large international airport and major highways intersecting, allows traffickers to easily transport their victims. With the intent to stop this horrendous crime, Sheriff Bill E. Waybourn created TCSO's first Human Trafficking Task Force to combat the growing crime.

Comprised of a supervisor and three investigators, the task force's mission is to investigate human trafficking and internet facilitated crimes against children cases throughout Tarrant County. Current members of the unit have a combined thirty years of investigative experience. Investigators also hold over one hundred training hours specifically on human trafficking.

Working in collaboration with other law enforcement agencies and social service providers, the unit is committed to rescuing victims of human trafficking and conducting investigations that lead to the prosecution of human traffickers and online predators. Their approach is proactive, aiming to identify victims that have been trafficked or illegally traded and forced into lives of commercial sex, forced labor or domestic servitude.

The unit is active in the Tarrant County Five Stones Taskforce, a community network engaged in collaborative efforts to end domestic minor sex trafficking in Tarrant County, as well as the North Texas Anti-Trafficking Team through the US Attorney's Office.

The unit is also a member of the Dallas Internet Crimes Against Children Taskforce which focuses on internet facilitated crimes against children. This type of crime sees individuals try to sexually exploit children via the internet.

### 60 Felonies:
- 7 Sexual Assault of a Child
- 1 Sexual Performance of a Child
- 3 Compelling Prostitution
- 2 Trafficking a Person
- 41 Online Solicitation of Minor
- 3 Possession of a Controlled Substance
- 1 Aggravated Assault with a Deadly Weapon

### 80 Misdemeanors:
- 78 Prostitution (focus on demand)
- 1 Possession of Marijuana
- 1 Evading Arrest

# We are
# DETENTION



The Tarrant County Sheriff's Office runs the **3rd largest jail** in the state of Texas. The Detention Bureau is the largest division in the Sheriff's Office with over 880 uniformed officers and 75 civilians in place to operate a safe, secure, humane and efficient jail.

Our Detention Bureau is made up of five facilities which can hold up to 5,004 inmates and services all 902 square miles of Tarrant County. The system's average daily inmate population was just under 3,800 in 2017, an increase from 2016. The average daily population for 2018 also saw a steady increase in population, with an average of 3,974 inmates in our facilities. This translates into over **4.3 million meals** prepared and served, 55,894 releases processed, and a total of 56,048 inmates booked into the system during 2018.

Starting in 2017, the Detention Bureau has placed special emphasis on training and building professional designations. A total of 82 Detention Officers achieved professional certification through the American Correctional Association (ACA), by obtaining designation as a Certified Corrections Manager, Certified Corrections Supervisor, or Certified Corrections Officer. This accomplishment was noted in the September-October and November-December 2017 editions of *Corrections Today* magazine. Our Detention Bureau also revitalized the Field Training Officer program, which aims to provide guidance, mentoring and coaching to all our new hires.

## Top Calls 2018



- Suspicious Vehicle 13%
- Residential Alarms 30%
- Domestic Disturbance 19%
- Welfare Check 16%
- Animal Calls 22%

## 9-1-1
### What's Your Emergency?

The Tarrant County Sheriff's 9-1-1 Emergency Communications Division currently has a staffing level of 28 individuals who are non-commissioned and part-time personnel. The Emergency Communications Division has three shifts to provide 24-hour service to the public. All dispatchers are required to monitor assigned radio channels as well as answer administrative and 9-1-1 phone calls. Dispatch is responsible for monitoring all TCSO divisions, including Patrol, Warrants, Transportation Units, and the Constables Offices. Dispatch also provides assistance upon request to many special units such as the Fire Marshal, District Attorney Investigators, and Crisis Negotiation Teams.

# Courtesy Patrol

The TCSO Courtesy Patrol is a TXDOT grant funded roadside assistance program serving the citizens of Tarrant County. The program provides assistance to motorists on the State highways located within the county. They are funded through grants from TXDOT and NCTCOG.







Courtesy Patrol

| | Flat Tires | Road Debris | Stranded Motorists |
|---|---|---|---|
| 2017 | 3132 | 1927 | 22020 |
| 2018 | 3591 | 1738 | 22961 |

Confidential

TARRANT_00885309

# SPECIALTY UNITS
## SEED    LEEP    SCOPE



## SEED

The Sheriff's Environmental Enforcement Division focuses on environmental issues involving unclean premises, illegal dumpsites, potential water contamination and discarded property and vehicles. SEED deputies work closely with Tarrant County Public Health and the Texas Commission on Environmental Quality.

## SCOPE

TCSO has one Sheriff's Community Oriented Policing and Enforcement Deputy, who conducts crime prevention programs for schools and neighborhood groups. Our SCOPE Deputy is actively involved in special events like the Tarrant County Youth Safety Fair and National Night Out.



## LEEP

Every Sheriff's Office in Texas is responsible for providing a means to locate, capture or return loose livestock that is away from its owner. This task falls to our Livestock Estray Enforcement Program which is staffed by 3 Deputies, all of whom are experienced horsemen and have significant experience handling livestock and farm animals. LEEP works with a variety of animals, including horses, cows, sheep, pigs, emus and goats, meaning everyday can be wildly different from the next.



# Patrol

There are 100 square miles in unincorporated Tarrant County, which is approximately the size of the City of Arlington. The exception is the county is much more geographically spread out. The Patrol Division is currently divided into 6 patrol beats. There are 3 beats each in the North and South Districts.

Patrol is currently staffed with a total of 101 team members. Courtesy Patrol, SCOPE, LEEP, and SEED all fall under the patrol banner.

## DWI ARRESTS



- 2016: 185
- 2017: 251
- 2018: 591

## ANNUAL ARRESTS

- 2016: 682
- 2017: 716
- 2018: 1176

**DWI ARRESTS ARE UP 220% SINCE 2016**



ARRESTS ARE UP 72% SINCE 2016!

## DISPATCH CALLS FOR SERVICE

- 2016: 31,829
- 2017: 33,420
- 2018: 41,276



## Patrol by the NUMBERS

- DISPATCH CALLS FOR SERVICE UP 30%
- TRAFFIC STOPS ARE UP 38% SINCE 2016
- COURTESY PATROL HELP OVER 30,000 PEOPLE IN 2018

## Special Report:
# INTELLIGENCE

Established in September 2017 at the direction of Sheriff Waybourn, our Department of Intelligence (DOI) was created in response to the increased need for timely information sharing and exchange of crime-related information within the Tarrant County Sheriff's Office and among other members of the law enforcement and emergency management community. Dr. David Grantham was hired to develop an innovative program with the informal mission statement, "Think globally, act locally." It's an especially clear statement when one thinks of Tarrant County as an increasingly globalized region. Internet, international travel, global trade, and a large number of intersecting interstate highways has created a Tarrant County that now belongs to a growing DFW metroplex where timely information sharing helps protect the local cities that make up this hub of global business and travel.

With a growing team of intelligence professionals, this specialized department converts raw information and data into actionable intelligence to support law enforcement operations, criminal prosecution, and public safety. Collecting criminal intelligence while protecting civil liberties equips the Sheriff and senior staff with the knowledge and information necessary to make informed judgments and take appropriate actions to effectively counter and control criminal activities in Tarrant County.

"When done correctly, criminal intelligence provides public safety officials the knowledge that allows them to craft a pro-active response to crime," Dr. Grantham advised.

The TCSO-DOI has seen several successes during its short time in existence. The department has already generated intelligence information that proved vital to the nationwide Organized Crime Drug Enforcement Task Force targeting violent white separatist gangs, uncovered a major drug distribution center in Dallas/Fort Worth, and discovered information that led New York state police to identify and stop a potential active shooter. From Mexican cartel smuggling techniques to criminal activity on the dark web, the intelligence department has published over 250 reports and disseminated those to over 25 federal, state and local law enforcement agencies across the country. The department's work garnered praise from the Drug Enforcement Agency (DEA), Texas Department of Public Safety and the Federal Bureau of Investigation.

Over the next several years, the TCSO Department of Intelligence hopes to develop further its Threat Intelligence Program – designed to identify and mitigate potential threats to public safety, like active shooters, and help keep critical infrastructure secure, like water and energy – through the use of digital intelligence analysis and community interaction.

Confidential                                                                     TARRANT_00885312

# Judicial

Judicial is the largest operational division within the Sheriff's Office apart from Detention, consisting of 187 employees. These deputies are tasked with providing security for the judiciary, their staff, citizens and defendants whom enter any Tarrant County facility. Tarrant County operates 52 full time courtrooms, 7 auxiliary courts, plus the Commissioner's Court, in 7 different buildings. We are charged with the safety and operations that occur daily within each of these courtrooms. With honor, empowerment, leadership, and excellence being our focus for our team, we strive to ensure that all citizens are able to conduct their business smoothly and with peace of mind.

# Bike Patrol



Our Bike Patrol responded to over 1,500 calls in 2018

The Tarrant County Sheriff's Office Downtown Bike Patrol evolved from Sheriff Waybourn's initiative to bring about a safer downtown Fort Worth. Upon taking office in January 2017, one of his first goals was to create a Downtown Patrol. The Downtown Patrol would focus on what's commonly called the County-Corridor, where employees, jurors, and citizens often walk between County buildings along Weatherford Street. Two deputies were selected to start patrolling downtown during the day, to assist citizens and engage with those observed violating the law. In early 2018, our Downtown Patrol was expanded, adding two more deputies on an evening shift. The deputies began using police bikes, officially creating TCSO's first Bike Patrol Unit. Bicycles are more cost effective compared to other modes of transportation and easy to use in the city environment. A typical police bicycle costs only $1,300 and the deputies are trained to repair them themselves. Provided by generous donations, our Bike Patrol now has a fleet of twelve bicycles used by full-time bike deputies, with an additional six deputies fully bike-trained and ready to provide support when needed. TCSO bike deputies routinely partner with Fort Worth Police Department's Bike Unit to conduct joint training, operations, and assist with marches and other large public events downtown. Since the Downtown Patrol was deployed by Sheriff Waybourn, our deputies have answered calls for service, worked accidents, assisted citizens with directions, assisted FWPD and other downtown security partners, saved a toddler with CPR and even delivered a baby.

# CRIMINAL INVESTIGATIONS

The Criminal Investigations Division (CID) of the Tarrant County Sheriff's Office is comprised of 9 detectives, a Sgt., and a Lt. Each year, over 4,000 new investigations are assigned to this division with a clearance rate of 48%. A detective and a supervisor are assigned on a rotational basis to be on-call for major crimes



**TOTAL CASES WORKED** — Investigations is up 80% since 2016. 2016: 2432; 2017: 2829; 2018: 4370.

24 hours a day. However each of the team members may be called out at any time of the day or night to assist with an investigation. CID has two detectives assigned to full-time Crimes Against Children investigations which includes reviewing any CPS report made in Tarrant County. CID has assisted or conducted major case investigations for cities inside Tarrant County several times in 2017. The Criminal Investigations role was expanded in 2017 with major case investigations in the jail and possession of marijuana cases. The detectives in CID have worked closely with the Texas Rangers to assist them in major investigations.

In 2018, CID began to dismantle game rooms in Tarrant County in a bid to stop illegal gambling and the drug usage and violent crime that tends to follow it. Working with Property and Patrol, a total of 30 game rooms were closed. TCSO seized over $160,000 in cash and 855 machines during these operations. This money will go back to Tarrant County. 30 persons were arrested.



Facts about CID:
- DEATHS HAVE RISEN FROM 57 IN 2016 TO 76 IN 2018
- ASSAULTS ARE UP OVER 500% IN 2018
- DID YOU KNOW THAT CID WILL INVESTIGATE CASES IN THE JAIL?
- AT THE END OF 2018 WE STILL HAVE 15,000 ACTIVE WARRANTS

Confidential    TARRANT_00885314

# Warrants
## Mental Health issues are on the rise!

TCSO's Warrants Division has 70 personnel assigned to it and this year they served 8824 warrants. The Warrants Division is tasked with entering and serving warrants and transporting or extraditing inmates. Within the Warrants Division, there are deputies that focus on different types of warrants, including criminal, mental, and fugitive. When a criminal or fugitive warrant is received by Warrants, we enter it into our mainframe and then complete a background packet on the wanted subject. Once the packet is complete a Warrants Deputy conducts an investigation in an attempt to locate the wanted subject.

In 2017, TCSO was able to add one additional Mental Warrant Deputy, growing the Mental Warrants Division total to five deputies. This will better assist with the growing demands of the MHMR needs in Tarrant County.

# Inmate Services & Chaplain



The Inmate Services & Chaplain's Office supports, educates, and motivates those citizens incarcerated in our jail. We strive to reduce recidivism by partnering with community outreach programs. Realizing that the individuals we meet and assist are all facing situational challenges, the Inmate Services & Chaplain's Office treats each individual they meet with compassion, helping others restore their self-worth. We work closely with outside organizations and have hosted events such as the Bill Glass Behind the Walls the past two years. Inmate services holds educational classes and worked hard in 2017 to produce a Veteran's pod at our Green Bay Facility. In late 2017, Inmate Services worked to bring a viable High School Equivalency program which led to its creation in 2018. This program lets inmates earn a GED. 18 inmates earned their HSE in 2018. The Chaplain's Office also maintains TCSO's Honor Guard.

Confidential

TARRANT_00885315

# INTERNAL AFFAIRS DIVISION

The mission of the Internal Affairs Division is to assist the Sheriff's Administration in maintaining the public's trust. This is done by conducting administrative investigations of officer-involved critical incidents and complaints received on all employees of the Tarrant County Sheriff's Office. Critical incidents include officer-involved shootings, pursuits resulting in serious injury, or any incident resulting in serious injury or death of a person, regardless of any allegations of misconduct. In addition, all complaints of misconduct, whether received from citizens or department employees, are investigated in accordance with Sheriff's Civil Service Rules. All complaints are evaluated to determine the severity of the complaint and the possible impact on the employee in question.

**Our Level 3 disciplines have decreased by over 25% since 2016**

**Total cases have dropped off by about 34% since 2016**

# LABOR DETAIL

TCSO's Labor Detail Program is a unique concept that allows persons convicted of a crime to give back to the community by serving out their Court ordered sentence by doing community service type work. In lieu of working off hours ordered by the Courts, these participants are working off days in jail. Labor Detail participants are assigned to work for City, County and State agencies as well as non-profit organizations and churches. By utilizing participants in this program, we benefit the citizens of Tarrant County by providing man-power, at no cost, to help with the many projects in our local government facilities, clean-up around churches, city parks and historical cemeteries and, assist many non-profits. Our mission is to provide humane and dignified treatment for the participants under our care and custody, while continuing to foster cooperation and trust, helping to solve problems within the community and improving the quality of life in Tarrant County.

In 2018, the Labor Detail Division averaged between **290 and 320 actively registered participants** on a daily basis. With these participants reporting at least one day a week we were able to provide a total of 12,345 participant's labor to the community for the year. We had **711 participants complete the program**.

# PROPERTY

The Tarrant County Sheriff's Office Property Room is responsible for the care, control, inventory and chain of custody for all property and evidence that is received, recovered, stored and/or released. The secure storage of every piece of property or evidence is critical since the outcome of a criminal case may be determined by the documented care, custody, and control of that piece of evidence.

We are responsible for storing evidence for the Sheriff's Office, the Combined Narcotics Enforcement Team, the Tarrant County Courts, and the Auto Theft Task Force.

# Records

The Tarrant County Sheriff's Office Records Division was created in 2001 to manage the increasing number of records and information generated by the Tarrant County Sheriff's Office. The Records Division has grown from just processing paper records and handling a few records requests each year to managing a large volume of records in paper and digital format, stored at 10 different locations, and providing documents for thousands of records requests each year. The mission of the Tarrant County Sheriff's Office Records Division is to provide efficient, economical, and effective controls over the creation, distribution, dissemination (internally or externally to other government agencies or citizens), organization, use, and disposition of all type of government records in any format through a comprehensive system of integrated procedures for the management of records from creation to their ultimate disposition, consistent with the requirements of the Texas Local Government Records Act, Texas State Library and Archives Commission, Tarrant County, and accepted records practices.



> The S.O. Technology Department has written multiple programs to interface with Tarrant County Software

# Information Technology

The primary responsibilities of this office include the resolving of hardware and software computer problems, networking issues, backup/recovery, installing and maintaining servers, monthly Microsoft Security patches for over 500+ PC/laptops. The staff continues to support over 40 applications created within the Sheriff's Office IT Division, which often directly affects another division's ability to work. Some examples include; Patrol's in-car video systems, and the Detention Bureau's Activity Log which averages 2.5 million entries per year!

# THE TRAINING ACADEMY

The Tarrant County Sheriff's Office Training Division is committed to delivering relevant training to prepare our officers mentally, physically, and morally to meet the highest standards of our law enforcement profession, while fostering a spirit of life-long learning to better meet the needs of those we serve and protect. Our Training Division is responsible for coordinating our Jail Academy, where new hires obtain a Basic Jailer's License, in addition to holding law enforcement training courses for TCOLE credit that is open to both TCSO members and the wider law enforcement community. The Training Academy is also the center for hiring new personnel.

The Training Academy held 6 Detention Academies, graduating 157 new Detention Officers in 2017 and provided approximately 270 training classes totaling about 50,000 hours of training.



# SPECIAL OPERATIONS

The Tarrant County Sheriff's Office participates in several task forces and special operational units. These partnerships benefit Tarrant County by providing special investigation units, combating crimes such as human trafficking and narcotics, and provides further law enforcement coverage in Tarrant County. Below is a brief description of Special Operational Units and Task Forces.

# U.S. MARSHAL'S NORTH TEXAS FUGITIVE TASK FORCE

TCSO supplies one deputy to the North Texas Fugitive Task Force which targets violent fugitives. Other participating agencies include Dallas, Fort Worth, and Grand Prairie Police Departments.

# NORTH TEXAS JOINT TERRORISM TASK FORCE

A vital piece of the 2017 counter terrorism mission in Tarrant County, was maintaining a strong, working relationship with the FBI, as well as establishing and maintaining partnerships with smaller, neighboring law enforcement entities. One TCSO deputy works on the North Texas Joint Terrorism Task Force, collaborating with the FBI and several law enforcement agencies in North Texas, focusing on addressing terrorism concerns.

# COMBINED NARCOTICS ENFORCEMENT TEAM

The Tarrant County Sheriff's Office partnered with many local police departments in Tarrant County to form the Combined Narcotics Enforcement Team (CNET). CNET is comprised of investigators from the Bedford, Euless, Hurst, and Grapevine Police Departments, along with the Tarrant County District Attorney's Office and the Tarrant County Sheriff's Office. The investigation of narcotics knows no geographical boundaries and often requires special skills and equipment. The team effort at CNET allows for the pooling of resources.

# DEA TASK FORCE

Due to the incredible increase in opioid addiction, including pharmaceutical drug abuse, the Tarrant County Sheriff's Office has partnered with the Federal Drug Enforcement Administration on their Tactical Diversion Squad.

The Tactical Diversion Squad (TDS) combine DEA resources with those of federal, state and local law enforcement agencies in an innovative effort to investigate, disrupt, and dismantle those suspected of violating the Controlled Substances Act or other appropriate federal, state or local statutes pertaining to the diversion of illicit pharmaceutical controlled substances or listed chemicals.

The Task Force allows for the unification of separate Federal, State and local agencies. They help coordinate the various judicial districts to maximize the effectiveness of multiple investigations and prosecutions of those involved. We also support traditional Diversion Groups when law enforcement authority is required.

# TARRANT REGIONAL AUTO CRIMES TASK FORCE

The Tarrant Regional Auto Crimes Task Force is a grant funded multi-agency group of law enforcement professionals under the Tarrant County Sheriff's Office. Funding for the program is provided by the Automobile Burglary and Theft Prevention Authority and the participating agencies. The Task Force consist of representatives from the Tarrant County Sheriff's Office, Parker County Sheriff's Office, National Insurance Crime Bureau, Texas Department of Public Safety, Texas Department of Motor Vehicles, Fort Worth, Arlington, Haltom City, Hurst, and Euless Police Departments. Sheriff Waybourn is the Chairman of the governing body for the Task Force, with each participating agencies' head and the Tarrant County District Attorney serving on the Board.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TARRANT_00885319

# TARRANT COUNTY SHERIFF'S COMMAND STAFF



Sheriff Bill Waybourn

Senior Chief Mike Simonds

Chief of Staff David McClelland

Executive Chief Craig Driskell

Executive Chief Randy Cundiff

Chief Roy D. Kurban

Chief Steven Sparks

Chief Jerry Vennum

Chief Henry Reyes

Chief Charles Eckert

Chief Tim Canas