# EXHIBIT 60

**Message**

---

**From:** Elaine K. Johnson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=649E1D0F329443F7A2B1329194A61D40-ELAINE K. J]
**Sent:** 6/8/2017 3:26:54 PM
**To:** Brandie J. Bingham [bjbingham@tarrantcounty.com]
**CC:** Mike Simonds [mesimonds@tarrantcounty.com]
**Subject:** RE: Narcan Nasal Spray

Hi all,

I have been working on this for a few weeks now after Renee Bacsik in the SO's office reached out to me. The following information has all been communicated to her:

I had an extended conversation with the Medical Director, Dr. Colquitt, about this. Since it is a controlled substance, she said that a policy of use would have to be written and there would have to be required training. There has been some conversation about this in Public Health but I do not know to what extent.

Next step would be for meetings to be conducted with all the "higher ups" to discuss all the implications of using Narcan. I don't know who all would have to be involved. For sure, Dr. Colquitt, the Sheriff, perhaps the County Administrator and either the Director of PH or Deputy Director of PH.

*Elaine K. Johnson*
Senior Buyer
Tarrant County Purchasing
100 E. Weatherford Street, Suite 303
Fort Worth, Texas 76196
ekjohnson@tarrantcounty.com
817-212-7549

---

**From:** Brandie J. Bingham
**Sent:** Thursday, June 08, 2017 9:48 AM
**To:** Elaine K. Johnson
**Cc:** Mike Simonds
**Subject:** Narcan Nasal Spray

Elaine,

I received a call from Sr. Chief Simonds with the SO today regarding the purchase of Narcan Nasal Spray for all first responders. The medication is an antidote to opioids that the officers could administer to themselves should they come into contact with opioids or for a person that they are providing assistance to.

It appears that this purchase will fall under NIGP commodity code 269 for Pharmaceuticals, which is assigned to you.

I looked up the nasal spray and saved the attached information for you.

When you are available please contact Sr. Chief Simonds at extension 2187 or his cell 817-994-8905.

Thank you,

**Brandie Bingham**
Senior Buyer

> **Exhibit 0045**
> SIMONDS

Tarrant County Purchasing
100 E. Weatherford St., Suite 303
Fort Worth, TX 76196
P: 817-884-3246
F: 817-212-3043
bjbingham@tarrantcounty.com





Achievement of Excellence in Procurement
Award— 1998, 1999, 2000
2001, 2002, 2003, 2004, 2005
2006, 2007, 2008, 2009, 2010
2011, 2012, 2013, 2014, 2015

Confidential

TARRANT_00860060