# EXHIBIT 61

# TARRANT COUNTY
## Purchase Order



Page
1 of  1

| BILL TO: | PO No: | 4500238217 |
|---|---|---|

**BILL TO:**
TARRANT COUNTY AUDITORS OFFICE
100 E. Weatherford, Suite 506
Fort Worth, Texas 76196-0103
(817)884-1205 (817)884-1104(Fax)
EMAIL INVOICES TO:
SAP-Invoices@tarrantcounty.com

PO No:          4500238217
PO Date:        10/10/2017
Contact Person:  Elaine Johnson
Phone No:       817-212-7549
Fax No:         817-850-2348
Email: EKJohnson@tarrantcounty.com
Purchasing:     817-884-1414

Vendor #:  7006335
Contact Person:  CUSTOMER SERVICE
MOORE MEDICAL LLC
ACCT #-ME-21154332-HEALTH-21206786
NANCY VITULANO
1690 NEW BRITAIN AVE
FARMINGTON CT  06050
Office:  800-234-1464-543
Fax:   800-944-6667

Bid/Quote #:          2018-074-I
                      FED.I.D.75-6001170
                      STATE 75-73-0285-K

Deliver By:           10/18/2017
Terms of Payment:     NET 30
                      FOB DESTINATION

**Please deliver to:**
SHERIFF'S ACCOUNTING CENTER
200 TAYLOR ST, RM 723
FORT WORTH TX  76196
Tel:  817-884-3118

**Note:**
Delivery to SO Accounting 884-3509
Delivery for Joni Bryant

NOTE: By acceptance of this Purchase Order you certify that neither you nor your principal is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any federal department or agency in accordance with Federal Executive Order 12549 "Debarment and Suspension."

| Item | Our Material # | Description | Order Qty. | Unit | Price per Unit | Net Value |
|---|---|---|---|---|---|---|
| 00010 | | Narcan (Naloxone HCL) Nasal Spray 4mg - | 75 | PAC | 75.0000 | 5,625.00 |
| | | TOTAL VALUE | | | | $ 5,625.00 |

**Exhibit
0022**

HECKMAN

**SPECIAL INSTRUCTIONS**
This order confirms acceptance of your bid to furnish items listed herein.  The above Purchase Order Number must be shown on tab, box, bill of lading or express, receipt and invoice.  No responsibility will be assumed for verbal orders given by employees outside of the Purchasing Department.  If unable to ship material as promised, please advise when shipment can be made.  The County reserves the right to cancel all or any part if not shipped as specified.

*Elaine Johnson*

For  **JACK BEACHAM, C.P.M, A.P.P.**
PURCHASING AGENT

TARRANT_00854910