# EXHIBIT 63

Budget Year June 1, 2016 - May 31, 2017

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, |
| Texas Health and Human Services (Federal SUD Block Grant) | $149,093.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $149,553.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $149,734.00 | Substance Abuse Prevention |
| Substance Abuse and Mental Health Services Administration | $125,000.00 | Substance Abuse Prevention |
| Tarrant County | $198,987.00 | Administration of Family Recovery Court |
| Cancer Prevention Research Institute of Texas | $113,000.00 | Tobacco Prevention |
| Texas Health and Human Services | $253,950.00 | Substance Abuse Prevention |

EXHIBIT 22

CHAL0001197

Budget Year June 1, 2017 - May 31, 2018

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,093.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,553.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,734.00 | Substance Abuse Prevention |
| Substance Abuse and Mental Health Services Administration | $ 125,000.00 | Substance Abuse Prevention |
| Tarrant County | $ 198,987.00 | Administration of Family Recovery Court |
| Cancer Prevention Research Institute of Texas | $ 100,000.00 | Tobacco Prevention |
| Texas Health and Human Services | $ 143,750.00 | Substance Abuse Prevention |

EXHIBIT 23

CHAL0001199

Budget Year June 1, 2018 - May 31, 2019

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,093.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,553.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 149,734.00 | Substance Abuse Prevention |
| Substance Abuse and Mental Health Services Administration | $ 62,939.00 | Substance Abuse Prevention |
| Tarrant County | $ 206,441.00 | Administration of Family Recovery Court |
| Cancer Prevention Research Institute of Texas | $ 75,000.00 | Tobacco Prevention |
| Substance Abuse and Mental Health Services Administration | $ 50,038.00 | Administration Family Recovery Court |
| Texas Health and Human Services | $ 143,750.00 | Substance Abuse Prevention |

EXHIBIT 24

CHAL0001201

Budget Year June 1, 2019 - May 31, 2020

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, Planning |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 143,047.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 137,538.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 139,203.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 95,093.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 95,093.00 | Substance Abuse Prevention |
| Texas Health and Human Services (SAMHSA) | $ 62,201.00 | Substance Abuse Prevention |
| Substance Abuse and Mental Health Services Administration | $ 123,621.00 | Substance Abuse Prevention |
| Tarrant County | $ 213,825.00 | Administration of Family Recovery Court |
| Office of the Governor | $ 10,000.00 | Administration of Family Recovery Court |
| Substance Abuse and Mental Health Services Administration | $ 45,826.00 | Administration Family Recovery Court |
| Cancer Prevention Research Institute of Texas | $ 56,616.00 | Tobacco Prevention |



EXHIBIT 25

CHAL0001204

Budget Year June 1, 2020 - May 31, 2021

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, Planning |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,796.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Substance Abuse and Mental Health Services Administration | $ 125,000.00 | Substance Abuse Prevention |
| Tarrant County | $ 215,932.00 | Administration of Family Recovery Court |
| Substance Abuse and Mental Health Services Administration | $ 50,038.00 | Administration Family Recovery Court |

EXHIBIT 26

CHAL0001205

Budget Year June 1, 2021 - May 31, 2022

| Source | Amount | Purpose of Funds |
|---|---|---|
| Tarrant County | $ 50,000.00 | Substance Abuse Education, Planning |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,796.00 | Substance Abuse Prevention |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 126,797.00 | Substance Abuse Prevention |
| Center for Disease Control and Prevention | $ 125,000.00 | Substance Abuse Prevention |
| Tarrant County | $ 255,932.00 | Administration of Family Recovery Court |
| Substance Abuse and Mental Health Services Administration | $ 67,316.00 | Administration Family Recovery Court |

EXHIBIT 27
PENGAD 800-631-6989
CHAL0001207

Budget Year June 1, 2022 - May 31, 2023

| Source | Amount |
|---|---|
| Tarrant County | $ 50,000.00 |
| Texas Health and Human Services (Federal SUD Block Grant) | $ 633,985.00 |
| Texas Health and Human Services (Federal COVID Funds) | $ 1,063,730.00 |
| Center for Disease Control and Prevention | $ 125,000.00 |
| Tarrant County | $ 255,932.00 |
| Substance Abuse and Mental Health Services Administration | $ 29,873.00 |

EXHIBIT 28
PENGAD 800-631-6989

CHAL0001209

**Purpose of Funds**
Substance Abuse Education, Planning
Substance Abuse Prevention
Mitigate the Trauma caused by COVID in Underserved Communities
Substance Abuse Prevention
Administration of Family Recovery Court
Administration Family Recovery Court

CHAL0001210