UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *Tier 2/3 Defendant Cases* | ) ) **MINUTE ORDER** ) |

On October 30, 2024, the Court held a video status conference with representatives of the PEC and counsel for various defendants that are working towards, but have not yet achieved, resolution of all of their cases.

During the conference, the Court set several follow-up status conferences with specific individual defendants and groups of defendants. The Court also directed the parties to submit status reports via email to the Court and the Special Master. (Note, because these follow-up status conferences address settlement, they are *not* open to the public, and the status reports should *not* be filed on the docket.)

The dates for these status conferences and status reports are as follows:

For the group referred to as the "Group of 8 Defendants," the parties will submit a status report on the progress of settlement negotiations and finalization of settlement agreements by **December 19, 2024, at 3:00 PM**. If those defendants have not reached final, signed settlement agreements, the Court will hold an in-person conference with counsel and parties on **January 8, 2025 starting at noon, and continuing on January 9 starting at 9:00 am if necessary.**

For the subgroup referred to as the "Mediating Defendants," the Court will hold a video status conference on **December 23, 2024, at 10:30 AM**. A link for that video conference will be

provided via email to those required to attend. Status reports are due on **December 19, 2024, at 12:00 PM**.

The Court will hold an in-person settlement conference with Kroger on **November 6, 2024, at 11:00 AM**. The following individuals are *required* to attend: (1) representatives of the PEC handling the Kroger negotiations; (2) counsel for Kroger and an executive level client representative with settlement authority; and (3) a representative of the Kentucky Attorney General's office.  This conference may be cancelled if *all* parties report that *all* outstanding issues have been resolved.

The Court will hold a video status conference for Costco on **November 13, 2024, at 4:30 PM**. A link for that video conference will be provided via email to those required to attend. Status reports are due on **November 12, 2024, at 12:00 PM**.

Finally, the Court will hold a video status conference for Hy-Vee on **January 8, 2025, at 9:30 AM**. A link for that video conference will be provided via email to those required to attend. Status reports are due on **January 6, 2025, at 12:00 PM**.

       **IT IS SO ORDERED.**

       /s/ Dan Aaron Polster October 31, 2024  
       **DAN AARON POLSTER**  
       **UNITED STATES DISTRICT JUDGE**