# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*Kris Koechley, Administrator of the Estate of James P. Koechley v. Purdue Pharma, Inc., et al.*<br>Case No. 1:18-op-46165 | Case No. 1:17-md-02804<br>MDL 2804<br><br>Judge Dan Aaron Polster |

## DISMISSAL OF DEFEFNDANT COMPREHENSIVE CENTER FOR PAIN MANAGEMENT

Now comes Charles E. Boyk of Charles E. Boyk Law Offices to hereby dismiss defendant Comprehensive Center for Pain Management, without prejudice, of the above-captioned matter, with each party to bear their own attorneys' fees and costs.

Dated: October 31, 2024          Respectfully submitted,

/s/    Charles E. Boyk

Charles E. Boyk
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, OH 43528
Phone: (419) 241-1395
Facsimile: (419) 241-8731
cboyk@charlesboyk-law.com
*Attorney for Plaintiff*

## **CERTIFICATION**

I hereby certify that on October 31, 2024, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

    Respectfully Submitted,

    /s/ Charles E. Boyk
    Charles E. Boyk
    Charles E. Boyk Law Offices
    1500 Timberwolf Drive
    Holland, Ohio 43528
    Telephone: 419-241-1395
    Fax: 419-241-8731
    cboyk@charlesboyk-law.com
    *Attorney for Plaintiff*