# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*Kris Koechley, Administrator of the Estate of James P. Koechley v. Purdue Pharma, Inc., et al.*<br>Case No. 1:18-op-46165 | Case No. 1:17-md-02804<br>MDL 2804<br><br>Judge Dan Aaron Polster |

## DISMISSAL OF DEFEFNDANT DECA HEALTH INC.

Now comes Charles E. Boyk of Charles E. Boyk Law Offices to hereby dismiss defendant Deca Health, Inc., without prejudice, of the above-captioned matter, with each party to bear their own attorneys' fees and costs.

Dated: October 31, 2024    Respectfully submitted,

/s/    Charles E. Boyk

Charles E. Boyk
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, OH 43528
Phone: (419) 241-1395
Facsimile: (419) 241-8731
cboyk@charlesboyk-law.com
*Attorney for Plaintiff*

**CERTIFICATION**

I hereby certify that on October 31, 2024, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

    Respectfully Submitted,

    /s/ Charles E. Boyk
    Charles E. Boyk
    Charles E. Boyk Law Offices
    1500 Timberwolf Drive
    Holland, Ohio 43528
    Telephone: 419-241-1395
    Fax: 419-241-8731
    cboyk@charlesboyk-law.com
    *Attorney for Plaintiff*