UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL THIRD PARTY PAYOR ACTIONS* | ) MDL 2804<br>)<br>) Case No. 1:17-md-2804<br>)<br>) Judge Dan Aaron Polster<br>)<br>) |

**JOINT STIPULATION AND ORDER
MODIFYING SCHEDULE**

On September 3, 2024, this Court granted preliminary approval to a proposed class action settlement between Third Party Payor Plaintiffs and Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors"), appointed Settlement Class Representatives and Interim Settlement Class Counsel, and set a schedule for dissemination of notice, claims administration, objections and exclusion requests, additional briefing, and a final fairness hearing. ECF 5616 at 4-6. After conferral, Settlement Class Representatives and Settling Distributors hereby agree and stipulate to an extension of the November 4, 2024 event deadline for one week, to November 11, 2024. *See id* at 6. All other dates remain unchanged.

**IT IS SO ORDERED.**

DATED: __11/4/2024__        _s/Dan Aaron Polster_____
                                                    THE HONORABLE DAN A. POLSTER
                                                    UNITED STATES DISTRICT JUDGE

- 1 -

DATED:  November 4, 2024                     Respectfully submitted

By: */s/ Elaine P. Golin*
Elaine P. Golin
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY  10019
Telephone: (212) 403-1118
epgolin@wlrk.com

*Counsel for Defendant Cardinal Health, Inc.*

By: */s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street NW
Washington, DC  20001
Telephone:  (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

By: */s/ Shannon E. McClure*
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
Telephone: (215) 851-8100
smcclure@reedsmith.com

*Counsel for Defendant Cencora, Inc.*

By: */s/ Paul J. Geller*
Paul J. Geller
Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750 3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com

*Interim Settlement Class Counsel; Counsel for Cleveland Bakers and Teamsters Health and Welfare Fund, and Pipe Fitters Local Union No. 120 Insurance Fund*

By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com

*Interim Settlement Class Counsel; Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan*

James R. Dugan, II
**THE DUGAN LAW FIRM, PC**
One Canal Place, Suite 1000
New Orleans, LA 70130

*Third Party Payor PEC Representative; Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund*

Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
**MOTLEY RICE**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
**FARRELL & FULLER LLC**
270 Munoz Rivera Ave., Suite 201
San Juan, PR 00918
Telephone: (304) 654-8281
paul@farrelfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Ave. East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*