UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

Please take notice that Thomas C. Mahlum of the law firm Robins Kaplan LLP enters his appearance as counsel for United HealthCare Services, Inc. in the above-captioned matter.

Date:  November 7, 2024

*/s/ Thomas C. Mahlum*
Thomas C. Mahlum (Minn. Bar No. 0259391)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
TMahlum@RobinsKaplan.com
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181