| Case number | Case Title | State | Counsel gave Notice of Litigation Hold? | Notice Date | Plaintiff Implemented? | Date Implemented | Counsel | Plaintiff committed to being a bellwether | Plaintiffs' counsel prepared and committed to litigate | PEC prepared and committed to litigate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1:19-op-46151-DAP | Allegany County | NY | Y | 4/24/2019 | Y | 5/1/2019 | Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Broadview Heights | OH | Y | 8/15/2018 | Y | 9/7/2018 | Climaco, Wilcox, Peca & Garofoli, C.O., L.P.A.; Napoli Shkolnik, PLLC; Kalish Law LLC; The Czack Law Firm, LLC; | Y | Y | Y |
| 1:19-op-45843-DAP | City of Auburn | NY | Y | 5/13/2019 | Y | 6/3/2019 | Napoli Shkolnik PLLC | Y | Y | Y |
| 1:19-op-45852-DAP | City of Ogdensburg | NY | Y | 3/28/2019 | Y | 4/10/2019 | Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | County of Cuyahoga | OH | Y | 2/20/2018 | Y | 2/20/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45001-DAP | County of Summit | OH | Y | 3/21/2018 | Y | 3/21/2018 | Motley Rice LLC | Y | Y | Y |
| 1:23-op-45003-DAP | Dayton | OH | Y | 2/20/2018 | Y | 2/23/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Euclid | OH | Y | 8/15/2018 | Y | 8/16/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Findlay City | OH | Y | 8/15/2018 | Y | 8/15/2018 | Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Garfield Heights | OH | Y | 8/15/2018 | Y | 8/15/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:19-op-45236-DAP | Giles County | VA | Y | 6/1/2018 | Y | 6/1/2018 | Sanford Heisler Sharp, LLP; The Cicala Law Firm PLLC; Kaufman Canoles, P.C. | Y | Y | N |
| 1:23-op-45003-DAP | Lorain County | OH | Y | 2/20/2018 | Y | 2/20/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | North Ridgeville | OH | Y | 8/15/2018 | Y | 8/15/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | North Olmstead | OH | Y | 8/15/2018 | Y | 8/24/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Olmstead Falls | OH | Y | 8/15/2018 | Y | 8/16/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Parma | OH | Y | 2/20/2018 | Y | 2/26/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Painsville Township | OH | Y | 8/15/2018 | Y | 9/7/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Parma Heights | OH | Y | 8/15/2018 | Y | 8/15/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Sandusky | OH | Y | 6/8/2018 | Y | 6/11/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Seven Hills | OH | Y | 4/24/2019 | Y | 4/24/2019 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45006-DAP | Strafford County | NH | Y | 7/10/2018 | Y | 7/10/2018 | Bonsignore Trial Lawyers, PLLC | Y | Y | N |
| 1:23-op-45003-DAP | Strongsville | OH | Y | 8/15/2018 | Y | 8/23/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Toledo | OH | Y | 2/20/2018 | Y | 3/1/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |
| 1:23-op-45003-DAP | Warren | OH | Y | 2/20/2018 | Y | 2/20/2018 | Plevin & Gallucci; Napoli Shkolnik PLLC | Y | Y | Y |