UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Case No. 1:20-op-45249-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND [PROPOSED] ORDER**
**DISMISSING WITH PREJUDICE CLAIMS**
**PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff View Point Health and the Teva Defendants[1] that, pursuant to the election of the Dismissing Plaintiffs to participate in the Teva Global Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated November 22, 2022, is binding on Plaintiff and the Teva Defendants, and has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix A), all claims of Plaintiff against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

Dated: November 8, 2024

---

[1] The Teva Defendants are each and every "Released Entity" as set forth in Section I and Exhibit J of the Teva Settlement Agreement, dated November 22, 2022, a copy of which is attached as Appendix A. Appendix B, also attached hereto, represents a good faith effort by the Teva Defendants to list all Released Entities that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix B is not intended to limit the scope of Released Entities, and to the extent that Dismissing Plaintiffs or Teva Defendants subsequently identify any Released Entity that should have been included on Appendix B, they will inform the Clerk of the Court.

Respectfully submitted,

*Courtney L. Mohammadi*
Courtney L. Mohammadi
Georgia Bar No. 566460
Jay F. Hirsch
Georgia Bar No. 357185
**Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C.**
3391 Peachtree Road, NE, Suite 300
P.O. Box 19337 (31126-1337)
Atlanta, GA 30326
(404) 523-7706
courtneymohammadi@pmkm.com
efile@pmkm.com
jayhirsch@pmkm.com

*Counsel for Plaintiffs CSBs*

Agreed as to form and substance:

**TEVA**

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

*Attorneys for the Teva Defendants*

SO ORDERED this __ day of _____, 2024.

_____

The Hon. Dan Aaron Polster
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email-addresses on file with the Court.

*/s/ Courtney Mohammadi*
Courtney Mohammadi
Georgia Bar No.: 566460