# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | |
| "United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania" | Case No. 1:17-OP-45177 |
| "Sheet Metal Workers Local No. 25 Health & Welfare Fund" | Case No. 1:18-OP-45002 |
| "Louisiana Assessors Insurance Fund" | Case No. 1:18-OP-46223 |
| "Pioneer Telephone Cooperative Inc. Employee Benefits Plan" | Case No. 1:18-OP-46186<br>Judge Dan Aaron Polster |

## STIPULATION OF DISMISSAL AS TO CERTAIN WALMART DEFENDANT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned stipulate that Wal-Mart Stores East, LP is hereby dismissed with prejudice from *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP et al.,* Case No. 1:17-OP-45177 (N.D. Ohio); *Local No. 25 Sheet Metal Workers Health & Welfare Fund v. Purdue Pharma, LP et al.,* Case No. 1:18-OP-45002 (N.D. Ohio); *Louisiana Assessors Insurance Fund v. AmerisourceBergen Drug Corporation et al.,* Case No. 1:18-OP-46223 (N.D. Ohio); and *Pioneer Telephone Cooperative Inc Employee Benefits Plan et al v. Purdue Pharma LP et al.,* Case No. 1:18-OP-46186 (N.D. Ohio) (together, the "TPP Bellwether Cases") with each party to bear its own fees and costs. Walmart Inc. agrees and stipulates that it will not dispute liability or damages on the ground that the dismissed Walmart entity, rather than Walmart Inc., is not named as a defendant in the TPP Bellwether Cases, Case Tracks 16-19.

November 8, 2024

| | |
|---|---|
| */s/ Tina M. Tabbachi* <br> Tina M. Tabacchi <br> Tara A. Fumerton <br> JONES DAY <br> 77 West Wacker <br> Chicago, IL 60601 <br> Phone: (312) 269-4335 <br> Fax: (312) 782-8585 <br> E-mail: tmtabacchi@jonesday.com <br>          tfumerton@jonesday.com <br><br> *Attorneys for Walmart Inc.* | s/ *Eric L. Young* <br> Eric L. Young, Esquire <br> Brandon J. Lauria, Esquire <br> **YOUNG LAW GROUP, P.C.** <br> 3031C Walton Road, Suite 301 <br> Plymouth Meeting, PA 19462 <br> Phone: 215-367-5151 <br> Fax: 215-367-5143 <br> Eyoung@young-lawgroup.com <br> Blauria@young-lawgroup.com <br><br> *Attorneys for Plaintiffs* |
| */s/ James R. Dugan, II* <br> James R. Dugan, II <br> David S. Scalia <br> Monica M. Vela-Vick <br> **THE DUGAN LAW FIRM, APLC** <br> 365 Canal Street <br> One Canal Place, Suite 1000 <br> New Orleans, LA 70130 <br> Phone: 504-648-0180 <br> Fax: 504-648-0181 <br> jdugan@dugan-lawfirm.com <br> dscalia@dugan-lawfirm.com <br> monica@dugan-lawfirm.com <br><br> *MDL Chair TPP Committee of the Executive Committee and Attorneys for Plaintiffs* | /s/ *W. Mark Lanier* <br> W. Mark Lanier <br> Alex Abston <br> **THE LANIER LAW FIRM, PC** <br> 10940 W. Sam Houston Pkwy N. Ste 100 <br> Houston, TX 77064 <br> Tel: 713-659-5200 <br> Fax: 713-659-2204 <br> mark.lanier@lanierlawfirm.com <br> alex.abston@lanierlawfirm.com <br><br> *Attorneys for Plaintiffs* |

/s/ *Evan Janush*
Evan Janush
**THE LANIER LAW FIRM, PLLC**
535 Madison Ave., 12th Floor
New York, NY 10022
Tel: 212-421-2800
Fax: 212-253-4094
evan.janush@lanierlawfirm.com

*Attorneys for Plaintiffs*

s/ *Richard J. Hollawell*
Richard J. Hollawell
**RICHARD J. HOLLAWELL & ASSOCIATES**
121 Saratoga Lane
Woolwich Township, NJ 08085
Phone: 800-681-3550
rjh@richardhollawell.com

*Attorneys for Plaintiffs*

/s/ *Paulina do Amaral*
Paulina do Amaral
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
pdoamaral@lchb.com

*Attorneys for Plaintiffs*

/s/ *Roberta D. Leibenberg*
Roberta D. Liebenberg
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: 215-567-6565
rliebenberg@finekaplan.com

*Attorneys for Plaintiffs*

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
Dan Drachler
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
efastiff@lchb.com
ddrachler@lchb.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

       /s/ Tara Fumerton
Tara Fumerton

*Counsel for Walmart Inc.*