# EXHIBIT A

## CERTIFICATION TO OBJECTION TO CLASS ACTION SETTLEMENT

*In re National Prescription Opiate Litigation,*
No. 1:17-md-2804 (N.D. Ohio) (MDL 2804).

Dear Settlement Administrator and Class Counsel:

For the reasons set forth in the attached Memorandum in Support of Objection, incorporated herein by reference, United HealthCare Services, Inc. ("United"), on behalf of itself and its wholly-owned subsidiaries, certifies that it is a member of the Class in *In re National Prescription Opiate Litigation Antitrust Litigation*, No. 1:17-md-2804 (N.D. Ohio) (MDL 2804). Documentation proving that United is a class member is attached as Exhibit 1. Specifically, attached as Exhibit 1 is the approved claim which United filed with the TPP Trust in connection with the Mallinckrodt bankruptcy which consisted of expenditures for certain opioid prescriptions and the treatment of opioid use disorder. That claim included expenditures were incurred across various lines of business, including Medicare plans, Managed Medicaid plans, fully insured plans. It also included the claims of United's self-funded customers for whom United serves as a third-party administer.

United, through its undersigned counsel, has not previously objected to a class action settlement.

Signed: _____

Name:  Jonathan Wilson

Title:  Deputy General Counsel

**United HealthCare Services, Inc.**

Date: November 11, 2024

Entity Name:  United Healthcare Services, Inc.

Entity Address:  c/o Thomas C. Mahlum
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402

Phone: (612) 349-8500