# EXHIBIT B

| Part 1: | Identify the Claim |
|---|---|
| **1. Who is the current creditor?** | United HealthCare Services, Inc., on behalf of itself, parents, affiliates, and subsidiaries. <br> Name of the entity to be paid for this claim (including other names the creditor used with the debtor, including d/b/a) |
| **2. Proof of Claim number of previously filed claim, if any, that is superseded by this claim?** | Claim number: __N/A__ |
| **3. Has anyone else filed a claim on behalf of this creditor?** | ☐ Yes   ☒ No <br> If yes, please provide the filer and claim number <br>     Filer: _____ <br>     Claim number: _____ |
| **4. Last 4 digits of creditor's federal tax identification number (FEIN)?** | FEIN: __9__ __2__ __4__ __5__ |

| Part 2: | Contact Info for Notices and Distributions |
|---|---|
| **1. Who should receive notice?** | Name: Thomas C. Mahlum, Esq. <br> *First name   Middle name   Last name* <br><br> Title: Partner <br><br> Company: Robins Kaplan LLP <br> Identify the corporate servicer as the company if the authorized agent is a servicer <br><br> Address: 800 LaSalle Ave., Ste. 2800 <br> *Number   Street* <br><br> Minneapolis   MN   55402 <br> *City   State   Zip code* <br><br> Phone Number: 612.349.8500 <br><br> E-mail Address: TMahlum@RobinsKaplan.com (required) |
| **2. Where should distributions be sent?** | Name: Thomas C. Mahlum, Esq. <br> *First name   Middle name   Last name* <br><br> Title: Partner <br><br> Company: Robins Kaplan LLP <br> Identify the corporate servicer as the company if the authorized agent is a servicer <br><br> Address: 800 LaSalle Ave., Ste. 2800 <br> *Number   Street* <br><br> Minneapolis   MN   55402 <br> *City   State   Zip code* <br><br> Phone Number: 612.349.8500 <br><br> E-mail Address: TMahlum@RobinsKaplan.com (required) |

| Part 3: | Amount of TPP Abatement Claim |
|---|---|
| **1. Total amount of the claim, as calculated by the instructions that begin on page 6 herein.** | Claim Amount: $ ___$12,964,957,531.43___ |
| **2. Components of TPP Abatement Claim, per instructions for calculation.** | a. Number of creditor's plan members, subscribers, or covered dependents prescribed drugs identified on NDC List on Appendix A between January 1, 2008 and December 31, 2020. (Note: Count each member only once regardless of the number of prescriptions they had): __8,244,043__<br><br>b. Number of prescriptions paid by creditor for drugs in item a: __48,389,272__<br><br>c. Total dollars paid by creditor for such prescriptions __$1,233,235,693.63__<br><br>d. Number of plan members in item a who were diagnosed with Opioid Use Disorder (Appendix B): __898,040__<br><br>e. For members in item d, dollar amount of medical claims with ICD, CPT or HCPS codes (Appendix C): __$11,731,721,837.80__<br><br>f. The total number of members, subscribers, and covered dependents covered by your plan or administered by your plan as of January 1, 2021: __52,200,000__ |
| **3. If any of the amounts provided in response to Questions 1 or 2 hereof require an explanation, please provide here.** | _____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____<br>_____ |

| Part 4: | Sign Below |
|---|---|
| **The person completing this TPP Abatement Claim must sign and date it.**<br><br>**If you file this claim electronically, FRBP 5005(a)(2) establishes a local rule specifying what a signature is.**<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br>☒ I am the creditor<br>☐ I am the creditor's attorney or authorized agent<br><br>I understand that an authorized signature on this *Third-Party Payor Abatement Claim Form* serves as an acknowledgement and certification that when calculating the amount of the claim, the Third-Party Payor on whose behalf the form is submitted has complied with the TPP Claim Calculation Methodology[1] set forth in the Instructions.<br><br>I have examined the information in this *Third-Party Payor Abatement Claim Form* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>_/s/_____<br>Signature<br><br>**Print the name of the person who is completing and signing this form**<br><br>Name: Dr. Rhonda Randall<br>First name / Middle name / Last name<br><br>Title: Chief Medical Officer<br><br>Company: United HealthCare Services, Inc.<br>Identify the corporate servicer as the company if the authorized agent is a servicer<br><br>Address: 9700 Health Care Lane<br>Number / Street<br>Minnetonka / MN / 55343<br>City / State / Zip code<br><br>E-mail: prov_capreport@uhc.com |

---

[1] This is alternatively referred to as the Maximum Eligible Amount Calculation Methodology.