**Exhibit A**

*Plaintiffs in Currently Pending Cases Against the PBM Defendants that Plaintiffs and the PEC Did Not Certify as Ready to Litigate*

| Plaintiff Name | Case Caption | MDL Case No. |
|---|---|---|
| Arlington County, VA | *County Board of Arlington v. Mallinckrodt PLC., et al.* | 1:21-op-45078 |
| Isle of Wight County, VA | *Isle of Wight County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45145 |
| Northampton County, VA | *Northampton County, Virginia v. Mallinckrodt PLC, et al* | 1:20-op-45144 |
| Chesterfield County, VA | *Chesterfield County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45173 |
| Goochland County, VA | *Goochland County v. Mallinckrodt PLC, et al* | 1:20-op-45175 |
| Henrico County, VA | *Henrico County v. Mallinckrodt PLC, et al* | 1:20-op-45172 |
| King and Queen County, VA | *King and Queen County, Virginia v. Mallinckrodt, PLC* | 1:20-op-45138 |
| Saratoga Springs, NY | *City of Saratoga Springs v. Purdue Pharma, L.P., et al.* | 1:19-op-45857 |
| Amherst County, VA | *Amherst County, Virginia v. Mallinckrodt PLC., et al.,* | 1:20-op-45046 |
| Botetourt County, VA | *Botetourt County, Virginia v. Mallinckrodt PLC., et al.* | 1:20-op-45064 |
| Buchanan County, VA | *Buchanan County v. Purdue Pharma, LP, et al.* | 1:19-op-45253 |
| Charlotte County, VA | *Charlotte County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45851 |
| City of Bristol, VA | *City of Bristol v. Purdue Pharma, L.P., et al.* | 1:19-op-45719 |
| City of Buena Vista, VA | *City of Buena Vista, Virginia v. Mallinckrodt, PLC, et al.* | 1:20-op-45159 |
| City of Covington, VA | *City of Covington v. Purdue Pharma, L.P., et al.* | 1:19-op-45799 |
| City of Galax, VA | *City of Galax v. Purdue Pharma, LP, et al.* | 1:19-op-45243 |
| City of Lexington, VA | *City of Lexington v. Purdue Pharma, L.P., et al.* | 1:19-op-45693 |
| City of Norton, VA | *City of Norton v. Purdue Pharma, LP, et al.* | 1:19-op-45249 |
| City of Radford, VA | *City of Radford v. Purdue Pharma L.P.* | 1:19-op-46154 |
| City of Roanoke, VA | *City of Roanoke v. Purdue Pharma, L.P., et al.* | 1:19-op-45696 |
| City of Salem, VA | *City of Salem v. Purdue Pharma, L.P., et al.* | 1:19-op-45697 |
| City of Waynesboro, VA | *City of Waynesboro, Virginia v. Purdue Pharma L.P.* | 1:19-op-46152 |
| City of Winchester, VA | *City of Winchester v. Mallinckrodt PLC, et al.* | 1:20-op-45176 |
| Culpeper County, VA | *Culpeper County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45849 |
| Cumberland County, VA | *Cumberland County, Virginia v. Purdue Pharma L.P.* | 1:19-op-46153 |
| Dickenson County, VA | *Dickenson County v. Purdue Pharma, L.P., et al.* | 1:19-op-45252 |
| Floyd County, VA | *Floyd County v. Purdue Pharma, L.P., et al.* | 1:19-op-45698 |
| Frederick County, VA | *Frederick County, Virginia v. Mallinckrodt PLC, et al.* | 1:20-op-45233 |
| Halifax County, VA | *Halifax County v. Purdue Pharma, L.P., et al.* | 1:19-op-45692 |
| Henry County, VA | *Henry County v. Purdue Pharma, LP, et al.* | 1:19-op-45245 |
| Lee County, VA | *Lee County v. Purdue Pharma, LP, et al.* | 1:19-op-45251 |

Case: 1:17-md-02804-DAP  Doc #: 5748-1  Filed: 11/12/24  2 of 3.  PageID #: 655344

| Plaintiff Name | Case Caption | MDL Case No. |
|---|---|---|
| Louisa County, VA | *Louisa County v. Purdue Pharma, L.P., et al.* | 1:19-op-45720 |
| Madison County, VA | *Madison County v. Purdue Pharma, L.P., et al.* | 1:19-op-45702 |
| Montgomery County, VA | *Montgomery County v. Purdue Pharma, LP, et al.* | 1:19-op-45234 |
| Page County, VA | *Page County v. Purdue Pharma, LP, et al.* | 1:19-op-45275 |
| Patrick County, VA | *Patrick County, Virginia v. Purdue Pharma L.P.* | 1:19-op-46149 |
| Pittsylvania County, VA | *Pittsylvania County v. Purdue Pharma, LP, et al.* | 1:19-op-45247 |
| Roanoke County, VA | *Roanoke County v. Purdue Pharma, L.P., et al.* | 1:19-op-45695 |
| Rockbridge County, VA | *Rockbridge County v. Purdue Pharma, L.P., et al.* | 1:19-op-45694 |
| Shenandoah County, VA | *Shenandoah County, Virginia v. Purdue Pharma, L.P.* | 1:19-op-46150 |
| Washington County, VA | *Washington County v. Purdue Pharma, LP, et al.* | 1:19-op-45254 |
| City of Fredericksburg, VA | *City of Fredericksburg, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45898 |
| Dinwiddie County, VA | *Dinwiddie County, Virginia v. Mallinckrodt, PLC et al.* | 1:20-op-45291 |
| Northumberland County, VA | *Northumberland County v. Purdue Pharma, L.P., et al.* | 1:19-op-45688 |
| Camden County, MO | *Camden County v. Williams et al.* | 1:20-op-45068 |
| Stafford County, VA | *Stafford County, Virginia v. Mallinckrodt, PLC* | 1:20-op-45178 |
| Fauquier County, VA | *Fauquier County v. Purdue Pharma, L.P., et al.* | 1:19-op-45686 |
| City of Fairfax, VA | *City of Fairfax, Virginia v. Mallinckrodt, PLC* | 1:20-op-45177 |
| City of Emporia, VA | *City of Emporia, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-46850 |
| Greensville County, VA | *Greensville County, Virginia v. Purdue Pharma, L.P., et al.* | 1:19-op-45848 |
| Prince George County, VA | *Prince George County, Virginia v. Purdue Pharma L.P., et al.* | 1:19-op-45929 |
| City of Amsterdam, NY | *City of Amsterdam v. Purdue Pharma L.P., et al.* | 1:19-op-46162 |
| Alleghany County, VA | *Alleghany County v. Purdue Pharma, L.P., et al.* | 1:19-op-45700 |
| Franklin County, VA | *Franklin County v. Purdue Pharma, L.P., et al.* | 1:19-op-45701 |
| Accomack County, VA | *Accomack County v. Purdue Pharma, L.P., et al.* | 1:19-op-45715 |
| City of Chesapeake, VA | *City of Chesapeake v. Purdue Pharma, L.P., et al.* | 1:19-op-45712 |
| Mecklenburg County, VA | *Mecklenburg County, Virginia v. Purdue Pharma, L.P., et al.* | 1:20-op-45174 |
| St. Francois County, MO | *St. Francois County v. Dannie E. Williams, et al.* | 1:19-op-45847 |
| City of Springfield, MO | *City of Springfield v. Purdue Pharma, L.P., et al.* | 1:18-op-45899 |
| Prince William County, VA | *Bd. of Supervisors, Prince William Cnty. v. Purdue Pharma, L.P., et al.* | 1:19-op-45687 |
| City of Alexandria, VA | *City of Alexandria v. Purdue Pharma, LP, et al.* | 1:19-op-45246 |
| Fairfax County, VA | *Fairfax County Board of Supervisors v. Purdue Pharma, L.P., et al.* | 1:19-op-45766 |
| Loudoun County, VA | *Loudoun County v. Purdue Pharma, L.P., et al.* | 1:19-op-45842 |
| Butler County, OH | *Butler County Bd. of Comm'rs v. Evernorth Health, Inc. et al* | 1:23-op-45002 |
| Jefferson County, NY | *County of Jefferson, NY v. Purdue Pharma, L.P.* | 1:19-op-45437 |

2

| Plaintiff Name | Case Caption | MDL Case No. |
|---|---|---|
| Town of Bennington, VT | *Town of Bennington, Vermont v. Purdue Pharma, L.P. et al.* | 1:19-op-45791 |
| Town of Brattleboro, VT | *Town of Bennington, Vermont v. Purdue Pharma, L.P. et al.* | 1:19-op-45792 |
| Town of Sharon, VT | *Town of Bennington, Vermont v. Purdue Pharma, L.P. et al.* | 1:19-op-45793 |
| Butler County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45372 |
| Cape Girardeau County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45373 |
| Christian County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45374 |
| City of Joplin, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45375 |
| Crawford County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45376 |
| Dent County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45377 |
| Dunklin County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45378 |
| Greene County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45379 |
| Iron County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45380 |
| Jasper County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45381 |
| Madison County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45382 |
| Perry County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45383 |
| Ste. Genevieve County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45384 |
| Stone County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45385 |
| Taney County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45386 |
| Texas County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45387 |
| Washington County, MO | *Butler County, et al. v. Williams, et al.* | 1:19-op-45388 |
| Jefferson County, OH | *County of Cuyahoga, et al. v. Mylan Pharmaceuticals, et al.* | 1:23-op-45003 |
| Ashtabula, OH | *County of Cuyahoga, et al. v. Mylan Pharmaceuticals, et al.* | 1:23-op-45003 |
| City of Lorain, OH | *County of Cuyahoga, et al. v. Mylan Pharmaceuticals, et al.* | 1:23-op-45003 |
| Harrison, OH | *County of Cuyahoga, et al. v. Mylan Pharmaceuticals, et al.* | 1:23-op-45003 |
| Warrensville Heights, OH | *County of Cuyahoga, et al. v. Mylan Pharmaceuticals, et al.* | 1:23-op-45003 |
| Giles County, VA | *Giles County v. Purdue Pharma, L.P., et al.* | 1:19-op-45236 |
| Strafford County, NH | *Strafford County v. Evernorth Health, Inc., et al.* | 1:23-op-45006 |