Motion Denied.  See docket no. 5682 at 6 ("Going forward, any similar motion to correct an 'inadvertent omission' in an Authorization Form will be denied.").

IT IS SO ORDERED.

*s/Dan Aaron Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: 11/12/2024

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases Identified in Footnote 1 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## MOTION TO CORRECT
## INADVERTENT OMISSION

Moving Plaintiffs,[1] by Counsel, Baron & Budd, P.C., Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., Farrell & Fuller, LLC, Powell & Majestro, PLLC, Hill, Peterson, Carper, Bee & Deitzler, PLLC, McHugh Fuller Law Group ("National Consortium"), move to correct the inadvertent omission from and request the Court's permission to join Plaintiffs' Omnibus Motion for Leave to Amend to Add Optum Defendants and Memorandum of Law in Support (ECF 5547) and Plaintiffs' Omnibus Motion for Leave to Amend to Add Express Scripts Defendants and Memorandum of Law in Support (ECF 5548).  In support of this Motion, Moving Plaintiffs state as follows.

As this Court is aware, with respect to the fourteen motions for leave to amend filed by the PEC, members of the National Consortium were tasked with compiling the lists of *all* the MDL

---

[1] Troy, AL (1:18-op-45947), Chula Vista, CA (1:19-op-45750), Lassen County, CA (1:18-op-45609), Shasta County, CA (1:18-op-45651), Holmes County, FL (1:18-op-45456), Pensacola, FL (1:18-op-45331), Pratt County, KS (1:18-op-45451), Agawam, MA (1:18-op-45792), Aquinnah, MA (1:18-op-46091), Grafton, MA (1:18-op-45753), Hopedale, MA (1:18-op-45708), Newburyport, MA (1:18-op-45837), Palmer, MA (1:18-op-45812), Shirley, MA (1:18-op-45880), Swampscott, MA (1:18-op-45911), Wellfleet, MA (1:19-op-45556), Columbia County, PA (1:17-op-45068), Utah County, UT (1:18-op-46184), Wyandotte Nation, KS (1:19-op-45601).