IT IS SO ORDERED.

*s/Dan Aaron Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated 11/12/2024

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | |
| "United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania" | Case No. 1:17-OP-45177 |
| "Sheet Metal Workers Local No. 25 Health & Welfare Fund" | Case No. 1:18-OP-45002 |
| "Louisiana Assessors Insurance Fund" | Case No. 1:18-OP-46223 |
| "Pioneer Telephone Cooperative Inc. Employee Benefits Plan" | Case No. 1:18-OP-46186<br>**Judge Dan Aaron Polster** |

## STIPULATION OF DISMISSAL AS TO CERTAIN WALMART DEFENDANT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned stipulate that Wal-Mart Stores East, LP is hereby dismissed with prejudice from *United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Purdue Pharma, LP et al.,* Case No. 1:17-OP-45177 (N.D. Ohio); *Local No. 25 Sheet Metal Workers Health & Welfare Fund v. Purdue Pharma, LP et al.,* Case No. 1:18-OP-45002 (N.D. Ohio); *Louisiana Assessors Insurance Fund v. AmerisourceBergen Drug Corporation et al.,* Case No. 1:18-OP-46223 (N.D. Ohio); and *Pioneer Telephone Cooperative Inc Employee Benefits Plan et al v. Purdue Pharma LP et al.,* Case No. 1:18-OP-46186 (N.D. Ohio) (together, the "TPP Bellwether Cases") with each party to bear its own fees and costs. Walmart Inc. agrees and stipulates that it will not dispute liability or damages on the ground that the dismissed Walmart entity, rather than Walmart Inc., is not named as a defendant in the TPP Bellwether Cases, Case Tracks 16-19.