# EXHIBIT 3

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) |
| **To:** | do Amaral, Paulina; "Sheila Schebek"; carrie_roush@ohnd.uscourts.gov; mdl@ohnd.uscourts.gov; CT16-19TPPopioidbwteam@simmonsfirm.com; Kaspar Stoffelmayr; Kate Swift; matthew.ford@bartlitbeck.com; External User - Eric Delinsky; External User - Sasha Miller; Hynes, Paul B.; Tina Tabacchi; Zhou, Jason Z.; TerriAnne Benedetto; James R. Dugan, II; Laura Fitzpatrick; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonAK.com; Kracht, Torsten M.; CITERAF@gtlaw.com; External User - Gretchen Miller; creiser@axinn.com; Duffee, Nicholas D.M.; eyung@axinn.com; doakes@axinn.com; James P. Ellison; Burman, David J. (SEA); Roberts, Tyler (SEA); Gregory E. O"Brien; rice_bscr-law.com; rice@bakersterchi.com; jmatthews@foley.com; Koski, Katy E.; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Gregory.Franklin@gtlaw.com; monica.brownewell@btlaw.com; Fiterman, Amy R.; Collins, Rory F.; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; Byrd, Timothy; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@Steptoe-Johnson.com; Ashley.Odell@Steptoe-Johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@weil.com; paul.lafata@dechert.com; Dory Antullis; Drachler, Dan; Cabraser, Elizabeth J.; Peter H. Weinberger |
| **Subject:** | Re: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint |
| **Date:** | Friday, October 11, 2024 5:36:39 AM |

That is fine



========================

This email sent from:

David R. Cohen Co. LPA

24400 Chagrin Blvd., Suite 300

Cleveland, OH 44122

216-831-0001 tel

866-357-3535 fax

www.SpecialMaster.law

---

**From:** do Amaral, Paulina <Pdoamaral@lchb.com>
**Sent:** Thursday, October 10, 2024 6:39 PM
**To:** 'Sheila Schebek' <SMS@spanglaw.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; carrie_roush@ohnd.uscourts.gov <carrie_roush@ohnd.uscourts.gov>; mdl@ohnd.uscourts.gov <mdl@ohnd.uscourts.gov>; CT16-19TPPopioidbwteam@simmonsfirm.com <CT16-19TPPopioidbwteam@simmonsfirm.com>; Kaspar Stoffelmayr <Kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlitbeck.com>; matthew.ford@bartlitbeck.com <matthew.ford@bartlitbeck.com>; External User - Eric Delinsky <edelinsky@zuckerman.com>; External User - Sasha Miller <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Tina Tabacchi <tmtabacchi@jonesday.com>; Zhou, Jason Z. <jzhou@jonesday.com>; TerriAnne Benedetto <tbenedetto@dugan-lawfirm.com>; James R. Dugan, II <jdugan@dugan-lawfirm.com>; Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>; EXT-OpioidsTPPDefendants@groups.jonesday.com <EXT-OpioidsTPPDefendants@groups.jonesday.com>; tkracht@huntonAK.com <tkracht@huntonAK.com>; Kracht, Torsten M. <tkracht@hunton.com>; CITERAF@gtlaw.com <citeraf@gtlaw.com>; External User - Gretchen Miller <millerg@gtlaw.com>; creiser@axinn.com

<creiser@axinn.com>; Duffee, Nicholas D.M. <nduffee@axinn.com>; eyung@axinn.com <eyung@axinn.com>; doakes@axinn.com <doakes@axinn.com>; James P. Ellison <jellison@hpm.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Gregory E. O'Brien <gobrien@cavitch.com>; rice_bscr-law.com <rice@bscr-law.com>; rice@bakersterchi.com <rice@bakersterchi.com>; jmatthews@foley.com <jmatthews@foley.com>; Koski, Katy E. <kkoski@foley.com>; Kara.Kapke@btlaw.com <Kara.Kapke@btlaw.com>; Meredith.White@btlaw.com <Meredith.White@btlaw.com>; Gregory.Franklin@gtlaw.com <Gregory.Franklin@gtlaw.com>; monica.brownewell@btlaw.com <monica.brownewell@btlaw.com>; Fiterman, Amy R. <amy.fiterman@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; kerry.bundy@faegredrinker.com <kerry.bundy@faegredrinker.com>; terry.henry@blankrome.com <terry.henry@blankrome.com>; fiona.steele@blankrome.com <fiona.steele@blankrome.com>; toliver@carrallison.com <toliver@carrallison.com>; dplunkett@mcglinchey.com <dplunkett@mcglinchey.com>; Byrd, Timothy <tbyrd@mcglinchey.com>; maria.durant@hoganlovells.com <maria.durant@hoganlovells.com>; michael.connelly@troutman.com <michael.connelly@troutman.com>; hyung.steele@troutman.com <hyung.steele@troutman.com>; adam.levin@hoganlovells.com <adam.levin@hoganlovells.com>; rebecca.mandel@hoganlovells.com <rebecca.mandel@hoganlovells.com>; lauren.colton@hoganlovells.com <lauren.colton@hoganlovells.com>; Ronda.Harvey@Steptoe-Johnson.com <Ronda.Harvey@Steptoe-Johnson.com>; Ashley.Odell@Steptoe-Johnson.com <Ashley.Odell@Steptoe-Johnson.com>; Chantale.fiebig@weil.com <Chantale.fiebig@weil.com>; Daniel.nadratowski@weil.com <Daniel.nadratowski@weil.com>; paul.lafata@dechert.com <paul.lafata@dechert.com>; Dory Antullis <DAntullis@rgrdlaw.com>; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>

**Subject:** RE: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

Dear Special Master Cohen,

In recognition of ongoing settlement discussions with a number of the defendants included in the Placeholder Complaint served on September 20, 2024, the TPP plaintiffs intend to remove allegations pertaining to certain defendants prior to filing the complaint on the docket.  To that end, the TPP Plaintiffs request that the deadline in paragraph A4 of the CMO (Dkt. 5666), which requires that they file the Placeholder Complaint on the docket by Oct. 11, 2024, be extended to **October 21, 2024**.

Respectfully,

Paulina do Amaral

        **Paulina do Amaral**
        **Partner**
        pdoamaral@lchb.com
        t 212.355.9500
        f 212.355.9592
        Lieff Cabraser Heimann & Bernstein, LLP

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Sheila Schebek <SMS@spanglaw.com>
**Sent:** Friday, September 20, 2024 12:04 PM
**To:** david@specialmaster.law; carrie_roush@ohnd.uscourts.gov; mdl@ohnd.uscourts.gov; CT16-19TPPopioidbwteam@simmonsfirm.com; Kaspar Stoffelmayr <Kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlitbeck.com>; matthew.ford@bartlitbeck.com; External User - Eric Delinsky <edelinsky@zuckerman.com>; External User - Sasha Miller <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Tina Tabacchi <tmtabacchi@jonesday.com>; Zhou, Jason Z. <jzhou@jonesday.com>; TerriAnne Benedetto <tbenedetto@dugan-lawfirm.com>; James R. Dugan, II <jdugan@dugan-lawfirm.com>; Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonAK.com; Kracht, Torsten M. <tkracht@hunton.com>; CITERAF@gtlaw.com; External User - Gretchen Miller <millerg@gtlaw.com>; creiser@axinn.com; Duffee, Nicholas D.M. <nduffee@axinn.com>; eyung@axinn.com; doakes@axinn.com; James P. Ellison <jellison@hpm.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Gregory E. O'Brien <gobrien@cavitch.com>; rice_bscr-law.com <rice@bscr-law.com>; rice@bakersterchi.com; jmatthews@foley.com; Koski, Katy E. <kkoski@foley.com>; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Gregory.Franklin@gtlaw.com; monica.brownewell@btlaw.com; Fiterman, Amy R. <amy.fiterman@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; Byrd, Timothy <tbyrd@mcglinchey.com>; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@Steptoe-Johnson.com; Ashley.Odell@Steptoe-Johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@weil.com; paul.lafata@dechert.com; Dory Antullis <DAntullis@rgrdlaw.com>; do Amaral, Paulina <Pdoamaral@lchb.com>; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>
**Subject:** [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

Dear Special Master Cohen, Ms. Roush, and Counsel:  Attached please find the Consolidated and Amended Third Party Payor Class Action Complaint and Jury Demand in the American Federation, etc. case.  Best, Sheila

Sheila Schebek
Client and Case Services Manager
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
SMS@spanglaw.com | www.spanglaw.com

Spangenberg Shibley & Liber

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.