# EXHIBIT 5

| | |
|---|---|
| **From:** | Drachler, Dan |
| **To:** | "MillerG@gtlaw.com"; do Amaral, Paulina; david@specialmaster.law |
| **Cc:** | SMS@spanglaw.com; ct16-19tppopioidbwteam@simmonsfirm.com; Kaspar.stoffelmayr@bartlit-beck.com; kate.swift@bartlitbeck.com; matthew.ford@bartlitbeck.com; edelinsky@zuckerman.com; smiller@zuckerman.com; PHynes@zuckerman.com; tmtabacchi@jonesday.com; jzhou@jonesday.com; tbenedetto@dugan-lawfirm.com; jdugan@dugan-lawfirm.com; lfitzpatrick@simmonsfirm.com; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonak.com; tkrach.t@hunton.com; CITERAF@gtlaw.com; creiser@axinn.com; nduffee@axinn.com; eyung@axinn.com; doakes@axinn.com; jellison@hpm.com; Burman, David J. (SEA); Roberts, Tyler (SEA); gobrien@cavitch.com; rice@bscr-law.com; rice@bakersterchi.com; jmatthews@foley.com; kkoski@foley.com; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Gregory.Franklin@gtlaw.com; monica.brownewell@btlaw.com; amy.fiterman@faegredrinker.com; rory.collins@faegredrinker.com; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; tbyrd@mcglinchey.com; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@steptoe-johnson.com; Ashley.Odell@steptoe-johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@wei.l.com; paul.lafata@dechert.com; DAntullis@rgrdlaw.com; Cabraser, Elizabeth J.; PWeinberger@spanglaw.com |
| **Subject:** | RE: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint |
| **Date:** | Wednesday, October 16, 2024 11:51:39 AM |

Gretchen,

We are in receipt of your email dated October 15, 2024 regarding the TPP placeholder amended complaint. Please be advised that on July 31, 2024, the Court entered a non-document order directing that "on or before 12:00 p.m. on August 30, 2024, Plaintiffs shall identify an appropriate non-bellwether case in which to state class action allegations and shall submit a proposed amended complaint." The purpose of this complaint was to serve as a placeholder for Third Party Payor Plaintiffs' non-bellwether class action claims "for purposes of facilitating and approving any potential settlement." Doc. 5666 at 3. The deadline was later extended to September 20, 2024. Doc. 5612.

On September 20, 2024, Plaintiffs identified DC 37's case (No. 1:17-cv-2585) "as an appropriate non-bellwether case in which to state class allegations," and filed a Consolidated and Amended Third Party Payor Class Action Complaint and Jury Demand proposed to be filed in that case, as this Court had ordered. See Doc. 5638. In their Notice of Service, TPP Plaintiffs stated that "[t]his placeholder class action complaint will not be litigated pending further Court Order (after due notice and an opportunity to be heard), such as for purposes of facilitating and approving any potential settlement. The placeholder complaint need not be responded to by Defendants." Id. Therefore, since the procedure for submitting the placeholder complaint was determined more recently, it is not related or subject to the May 23, 2024 order regarding final amendments.

Moreover, even if the May 23, 2024 order was relevant to the placeholder complaint, DC 37 timely requested amendment of its existing class action complaint as to the Ahold Delhaize, Albertsons, Alvogen, Aurobindo, Aurolife, Costco, KVK-Tech, Lupin, Publix, Target, Tris, and Winn-Dixie entities.

In sum, the placeholder complaint preserves claims against all Defendants without imposing any burden on the entities identified in your email.

Nevertheless, on October 10, 2024, TPP Plaintiffs agreed "to remove allegations pertaining to certain defendants." We are in the process of determining which entities will be removed as defendants. We will let be in touch with you as soon as that determination has been made.

As far as the request to provide any redactions to the placeholder complaint, that request was made as a courtesy to you. Regardless of whether these entities are defendants, there may be information contained in the complaint that they believe should be redacted. If you choose not to propose redactions all of the material in the complaint will become public.

Please let us know if you have further questions or concerns.

Thanks,

Dan Drachler
Of Counsel
ddrachler@lchb.com
t 206.895.5005 ext. 2373
f 206.895.3131
Lieff Cabraser Heimann & Bernstein, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
www.lieffcabraser.com


-----Original Message-----
From: MillerG@gtlaw.com <MillerG@gtlaw.com>
Sent: Tuesday, October 15, 2024 12:36 PM
To: do Amaral, Paulina <Pdoamaral@lchb.com>; david@specialmaster.law
Cc: SMS@spanglaw.com; ct16-19tppopioidbwteam@simmonsfirm.com; Kaspar.stoffelmayr@bartlit-beck.com; kate.swift@bartlitbeck.com; matthew.ford@bartlitbeck.com; edelinsky@zuckerman.com; smiller@zuckerman.com; PHynes@zuckerman.com; tmtabacchi@jonesday.com; jzhou@jonesday.com; tbenedetto@dugan-lawfirm.com; jdugan@dugan-lawfirm.com; lfitzpatrick@simmonsfirm.com; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonak.com; tkrach.t@hunton.com; CITERAF@gtlaw.com; creiser@axinn.com; nduffee@axinn.com; eyung@axinn.com; doakes@axinn.com; jellison@hpm.com; dburman@perkinscoie.com; troberts@perkinscoie.com; gobrien@cavitch.com; rice@bscr-law.com; rice@bakersterchi.com; jmatthews@foley.com; kkoski@foley.com; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Gregory.Franklin@gtlaw.com; monica.brownewell@btlaw.com; amy.fiterman@faegredrinker.com; rory.collins@faegredrinker.com; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; tbyrd@mcglinchey.com; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@steptoe-johnson.com; Ashley.Odell@steptoe-johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@wei.l.com; paul.lafata@dechert.com; DAntullis@rgrdlaw.com; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; PWeinberger@spanglaw.com

Subject: RE: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

Dear Paulina and Special Master Cohen,

I am resending the attached email from October 2nd regarding newly added defendants to the proposed class action complaint. (Upon receiving this email, I realized I used a different email address for Special Master Cohen than what is listed here. My apologies for that.) Although the below email exchange relates to removing certain defendants from the proposed amended complaint due to pending settlement discussions, it does not appear to respond regarding the process of adding new defendants by virtue of this proposed complaint. The newly added defendants referenced in the attached email would welcome clarity as to whether this complaint will continue to seek to add these new defendants outside of the motion to amend process.

Thank you,
Gretchen Miller


Gretchen N. Miller
Shareholder

Greenberg Traurig, LLP
77 West Wacker Drive | Suite 3100 | Chicago, IL 60601 T +1 312.456.6783 | F +1 312.899.0364 | C +1 312.848.3271 MillerG@gtlaw.com | www.gtlaw.com


-----Original Message-----
From: do Amaral, Paulina <Pdoamaral@lchb.com>
Sent: Friday, October 11, 2024 8:49 AM
To: David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
Cc: Sheila Schebek <SMS@spanglaw.com>; carrie_roush@ohnd.uscourts.gov; mdl@ohnd.uscourts.gov; ct16-19tppopioidbwteam@simmonsfirm.com; Kaspar Stoffelmayr <Kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlitbeck.com>; matthew.ford@bartlitbeck.com; External User - Eric Delinsky <edelinsky@zuckerman.com>; External User - Sasha Miller <smiller@zuckerman.com>; Hynes, Paul B. <PHynes@zuckerman.com>; Tina Tabacchi <tmtabacchi@jonesday.com>; Zhou, Jason Z. <jzhou@jonesday.com>; TerriAnne Benedetto <tbenedetto@dugan-lawfirm.com>; James R. Dugan, II <jdugan@dugan-lawfirm.com>; Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonak.com; Kracht, Torsten M. <tkrach.t@hunton.com>; Citera, Francis (Shld-Chi-LT) <CITERAF@gtlaw.com>; Miller, Gretchen (Shld-Chi-LT) <MillerG@gtlaw.com>; creiser@axinn.com; Duffee, Nicholas D.M. <nduffee@axinn.com>; eyung@axinn.com; doakes@axinn.com; James P. Ellison <jellison@hpm.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Gregory E. O'Brien <gobrien@cavitch.com>; rice_bscr-law.com <rice@bscr-law.com>; rice@bakersterchi.com; jmatthews@foley.com; Koski, Katy E. <kkoski@foley.com>; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Franklin, Gregory (Assoc-DAL-LT) <Gregory.Franklin@gtlaw.com>; monica.brownewell@btlaw.com; Fiterman, Amy R. <amy.fiterman@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; Byrd, Timothy <tbyrd@mcglinchey.com>; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@steptoe-johnson.com; Ashley.Odell@steptoe-johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@weil.com <Daniel.nadratowski@wei.l.com>; paul.lafata@dechert.com; Dory Antullis <DAntullis@rgrdlaw.com>; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>
Subject: Re: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

*EXTERNAL TO GT*

Thank you.

Sent from my iPhone

On Oct 11, 2024, at 8:36 AM, David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> wrote:


That is fine



=======================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
https://urldefense.com/v3/__http://www.SpecialMaster.law__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1XeVp6dM$
<https://urldefense.com/v3/__http://www.specialmaster.law/__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1GDfy_qY$ >


_____
From: do Amaral, Paulina <Pdoamaral@lchb.com>
Sent: Thursday, October 10, 2024 6:39 PM
To: 'Sheila Schebek' <SMS@spanglaw.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>; carrie_roush@ohnd.uscourts.gov <carrie_roush@ohnd.uscourts.gov>; mdl@ohnd.uscourts.gov <mdl@ohnd.uscourts.gov>; CT16-

19TPPopioidbwteam@simmonsfirm.com <CT16-19TPPopioidbwteam@simmonsfirm.com>; Kaspar Stoffelmayr <Kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlitbeck.com>; matthew.ford@bartlitbeck.com <matthew.ford@bartlitbeck.com>; External User - Eric Delinsky <edelinsky@zuckerman.com>; External User - Sasha Miller <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Tina Tabacchi <tmtabacchi@jonesday.com>; Zhou, Jason Z. <jzhou@jonesday.com>; TerriAnne Benedetto <tbenedetto@dugan-lawfirm.com>; James R. Dugan, II <jdugan@dugan-lawfirm.com>; Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>; EXT-OpioidsTPPDefendants@groups.jonesday.com <EXT-OpioidsTPPDefendants@groups.jonesday.com>; tkracht@huntonAK.com <tkracht@huntonAK.com>; Kracht, Torsten M. <tkracht@hunton.com>; CITERAF@gtlaw.com <citeraf@gtlaw.com>; External User - Gretchen Miller <millerg@gtlaw.com>; creiser@axinn.com <creiser@axinn.com>; Duffee, Nicholas D.M. <nduffee@axinn.com>; eyung@axinn.com <eyung@axinn.com>; doakes@axinn.com <doakes@axinn.com>; James P. Ellison <jellison@hpm.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Gregory E. O'Brien <gobrien@cavitch.com>; https://urldefense.com/v3/__http://rice_bscr-law.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1xVd1te8$ <rice@bscr-law.com>; rice@bakersterchi.com <rice@bakersterchi.com>; jmatthews@foley.com <jmatthews@foley.com>; Koski, Katy E. <kkoski@foley.com>; Kara.Kapke@btlaw.com <Kara.Kapke@btlaw.com>; Meredith.White@btlaw.com <Meredith.White@btlaw.com>; Gregory.Franklin@gtlaw.com <Gregory.Franklin@gtlaw.com>; monica.brownewell@btlaw.com <monica.brownewell@btlaw.com>; Fiterman, Amy R. <amy.fiterman@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; kerry.bundy@faegredrinker.com <kerry.bundy@faegredrinker.com>; terry.henry@blankrome.com <terry.henry@blankrome.com>; fiona.steele@blankrome.com <fiona.steele@blankrome.com>; toliver@carrallison.com <toliver@carrallison.com>; dplunkett@mcglinchey.com <dplunkett@mcglinchey.com>; Byrd, Timothy <tbyrd@mcglinchey.com>; maria.durant@hoganlovells.com <maria.durant@hoganlovells.com>; michael.connelly@troutman.com <michael.connelly@troutman.com>; hyung.steele@troutman.com <hyung.steele@troutman.com>; adam.levin@hoganlovells.com <adam.levin@hoganlovells.com>; rebecca.mandel@hoganlovells.com <rebecca.mandel@hoganlovells.com>; lauren.colton@hoganlovells.com <lauren.colton@hoganlovells.com>; Ronda.Harvey@Steptoe-Johnson.com <Ronda.Harvey@Steptoe-Johnson.com>; Ashley.Odell@Steptoe-Johnson.com <Ashley.Odell@Steptoe-Johnson.com>; Chantale.fiebig@weil.com <Chantale.fiebig@weil.com>; Daniel.nadratowski@weil.com <Daniel.nadratowski@weil.com>; paul.lafata@dechert.com <paul.lafata@dechert.com>; Dory Antullis <DAntullis@rgrdlaw.com>; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>
Subject: RE: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

Dear Special Master Cohen,

In recognition of ongoing settlement discussions with a number of the defendants included in the Placeholder Complaint served on September 20, 2024, the TPP plaintiffs intend to remove allegations pertaining to certain defendants prior to filing the complaint on the docket.  To that end, the TPP Plaintiffs request that the deadline in paragraph A4 of the CMO (Dkt. 5666), which requires that they file the Placeholder Complaint on the docket by Oct. 11, 2024, be extended to October 21, 2024.

Respectfully,

Paulina do Amaral

<image001.gif>

Paulina do Amaral

Partner

pdoamaral@lchb.com<mailto:pdoamaral@lchb.com>
t 212.355.9500
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
https://urldefense.com/v3/__http://www.lieffcabraser.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1_gUb_kc$
<https://urldefense.com/v3/__http://www.lieffcabraser.com/__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1n20fhCs$ >

From: Sheila Schebek <SMS@spanglaw.com>
Sent: Friday, September 20, 2024 12:04 PM
To: david@specialmaster.law; carrie_roush@ohnd.uscourts.gov; mdl@ohnd.uscourts.gov; CT16-19TPPopioidbwteam@simmonsfirm.com; Kaspar

Stoffelmayr <Kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlitbeck.com>; matthew.ford@bartlitbeck.com; External User - Eric Delinsky <edelinsky@zuckerman.com>; External User - Sasha Miller <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Tina Tabacchi <tmtabacchi@jonesday.com>; Zhou, Jason Z. <jzhou@jonesday.com>; TerriAnne Benedetto <tbenedetto@dugan-lawfirm.com>; James R. Dugan, II <jdugan@dugan-lawfirm.com>; Laura Fitzpatrick <lfitzpatrick@simmonsfirm.com>; EXT-OpioidsTPPDefendants@groups.jonesday.com; tkracht@huntonAK.com; Kracht, Torsten M. <tkracht@hunton.com>; CITERAF@gtlaw.com; External User - Gretchen Miller <millerg@gtlaw.com>; creiser@axinn.com; Duffee, Nicholas D.M. <nduffee@axinn.com>; eyung@axinn.com; doakes@axinn.com; James P. Ellison <jellison@hpm.com>; Burman, David J. (SEA) <dburman@perkinscoie.com>; Roberts, Tyler (SEA) <troberts@perkinscoie.com>; Gregory E. O'Brien <gobrien@cavitch.com>; https://urldefense.com/v3/__http://rice_bscr-law.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1xVd1te8$ <rice@bscr-law.com>; rice@bakersterchi.com; jmatthews@foley.com; Koski, Katy E. <kkoski@foley.com>; Kara.Kapke@btlaw.com; Meredith.White@btlaw.com; Gregory.Franklin@gtlaw.com; monica.brownewell@btlaw.com; Fiterman, Amy R. <amy.fiterman@faegredrinker.com>; Collins, Rory F. <rory.collins@faegredrinker.com>; kerry.bundy@faegredrinker.com; terry.henry@blankrome.com; fiona.steele@blankrome.com; toliver@carrallison.com; dplunkett@mcglinchey.com; Byrd, Timothy <tbyrd@mcglinchey.com>; maria.durant@hoganlovells.com; michael.connelly@troutman.com; hyung.steele@troutman.com; adam.levin@hoganlovells.com; rebecca.mandel@hoganlovells.com; lauren.colton@hoganlovells.com; Ronda.Harvey@Steptoe-Johnson.com; Ashley.Odell@Steptoe-Johnson.com; Chantale.fiebig@weil.com; Daniel.nadratowski@weil.com; paul.lafata@dechert.com; Dory Antullis <DAntullis@rgrdlaw.com>; do Amaral, Paulina <Pdoamaral@lchb.com>; Drachler, Dan <ddrachler@lchb.com>; Cabraser, Elizabeth J. <ECABRASER@lchb.com>; Peter H. Weinberger <PWeinberger@spanglaw.com>
Subject: [EXT] American Federation Consolidated and Amended Third Party Payor Class Action Complaint

Dear Special Master Cohen, Ms. Roush, and Counsel: Attached please find the Consolidated and Amended Third Party Payor Class Action Complaint and Jury Demand in the American Federation, etc. case. Best, Sheila

Sheila Schebek
Client and Case Services Manager
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax
SMS@spanglaw.com<mailto:SMS@spanglaw.com> |
https://urldefense.com/v3/__http://www.spanglaw.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1BHpESvw$
<https://urldefense.com/v3/__https://www.spanglaw.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1co42v3Y$ > [Spangenberg Shibley & Liber]
<https://urldefense.com/v3/__https://www.spanglaw.com__;!!DUT_TFPxUQ!Eely_0TAK0PZ2Kw2ZHvIUGvZI_ZOfYA4GQOWXdOzFdPtKg0sV1L-69LbHS7YII5NSKbBcut1co42v3Y$ >

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---------------------------------------------------------------------
If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.