# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | MDL 2804 |
| ) | |
| ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Dan Aaron Polster |
| *Hospital Cases* ) | |
| ) | **ORDER SETTING BELLWETHER** |
| ) | **PROCESS FOR HOSPITALS** |

On November 13, 2024, the Court set the following deadlines for the Hospitals bellwether selection process:

On or before **12:00 PM, December 5, 2024**, the PEC and Hospitals should notify the Court that they have: (1) agreed upon one bellwether case; or, if they cannot agree, (2) each side should file their selections of two potential bellwether cases.

If the parties do not agree on the bellwether case, they must file a document striking one of the opposing sides' two picked cases, on or before **12:00 PM, December 11, 2024**.

If the parties have agreed on the bellwether case, they must file a joint proposed case management order for the new bellwether case on or before **12:00 PM, December 18, 2024.**  If they have not agreed on the bellwether cases, their jointly proposed case management order will be due on or before **12:00 PM, December 23, 2024.**

       **IT IS SO ORDERED.**


     /s/ Dan Aaron Polster  November 13, 2024
     **DAN AARON POLSTER**
     **UNITED STATES DISTRICT JUDGE**