## RETURN OF SERVICE

Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Case No.: 1:17-MD-02804-DAP

Plaintiff: **In Re: National Prescription Opiate Litigation**
vs.
Defendant:

I, **William Bailey**, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and that within the boundaries of the state were service was effected, I am authorized by law to perform said service.

Type of Process: **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

Defendant to be served: **Sam's West, Inc., c/o The Corporation Trust Company**

Address where attempted or served: **Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**

On **11/4/2024** at **2:13 PM**, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with **Chimere Books** (Title) **Intake Specialist**, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of ____ years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2024.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s): _____

Description of person process was left with:

Sex: **F** Race: **Black** Hair: **Black** Approx. Age: **35** Height: **5'7"** Weight: **220 lb**

Comments: _____

Under penalties as provided by law pursuant to the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

FURTHER AFFIANT SAYETH NOT.

State of **DELAWARE**

County of **NEW CASTLE**

X _____ 11/5/2024
**William Bailey**
(Print Name)

Subscribed and Sworn to before me on this

**5** day of **November**, 20**24**

_____
Signature of Notary Public

Job: 658507
File: 1077795

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028