RETURN OF SERVICE

Court: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Case No.: 1:17-MD-02804-DAP

Plaintiff: In Re: National Prescription Opiate Litigation
vs.
Defendant:

I, __William Bailey__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and that within the boundaries of the state were service was effected, I am authorized by law to perform said service.

Type of Process: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Defendant to be served: Walmart, Inc., c/o The Corporation Trust Company

Address where attempted or served: Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

On __11/4/2024__ at __2:13 PM__, I (X) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with __Chimere Books__
(Title) __Intake Specialist__, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of _____ years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2024.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

_____

Description of person process was left with:

Sex: __F__  Race: __Black__  Hair: __Black__  Approx. Age: __35__  Height: __5'7"__  Weight: __220 lb__

Comments: _____

Under penalties as provided by law pursuant to the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

FURTHER AFFIANT SAYETH NOT.

State of __DELAWARE__

County of __NEW CASTLE__

X _____ 11/5/2024
William Bailey
(Print Name)

Subscribed and Sworn to before me on this

__5__ day of __November__, 20__24__

Signature of Notary Public

Job: 658508
File: 1077795

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2028