# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge:  Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned, Alaura R.M. Perdzock of Jones Day, hereby withdraws as counsel of record for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC.  The Allergan Defendants remain represented by counsel from Jones Day and/or Kirkland & Ellis.

Dated: November 14, 2024

Respectfully submitted,

*/s/ Alaura R.M. Perdzock*
Alaura R.M. Perdzock
aperdzock@jonesday.com
PA Bar No. 320544
GA Bar No. 722361
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA  30361
Telephone:  404.581.3939

*Attorneys for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., and Allergan Sales, LLC*