# Exhibit 2

| Case No. |
|---|
| 1:18-op-45144-DAP |
| 1:18-op-45226-DAP |
| 1:18-op-45307-DAP |
| 1:18-op-45307-DAP |
| 1:18-op-45307-DAP |
| 1:18-op-45372-DAP |
| 1:18-op-45489-DAP |
| 1:18-op-45489-DAP |
| 1:18-op-45489-DAP |
| 1:18-op-45598-DAP |
| 1:18-op-45598-DAP |
| 1:18-op-45662-DAP |
| 1:18-op-45756-DAP |
| 1:18-op-45756-DAP |
| 1:18-op-46302-DAP |
| 1:19-op-45123-DAP |
| 1:19-op-45123-DAP |
| 1:19-op-45123-DAP |
| 1:19-op-45123-DAP |
| 1:19-op-45100-DAP |
| 1:19-op-45140-DAP |
| 1:19-op-45140-DAP |
| 1:19-op-45140-DAP |
| 1:19-op-45140-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45353-DAP |
| 1:19-op-45657-DAP |
| 1:19-op-45657-DAP |
| 1:19-op-45657-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |

| 1:19-op-45710-DAP |
|---|
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45710-DAP |
| 1:19-op-45786-DAP |
| 1:19-op-45895-DAP |
| 1:19-op-45921-DAP |
| 1:19-op-45921-DAP |
| 1:19-op-45921-DAP |
| 1:19-op-45921-DAP |
| 1:19-op-45921-DAP |
| 1:19-op-45971-DAP |
| 1:19-op-46020-DAP |
| 1:19-op-46071-DAP |
| 1:19-op-46071-DAP |
| 1:19-op-46101-DAP |
| 1:19-op-46135-DAP |
| 1:19-op-46165-DAP |
| 1:19-op-46165-DAP |
| 1:19-op-46165-DAP |
| 1:19-op-46165-DAP |
| 1:19-op-46165-DAP |
| 1:19-op-46165-DAP |
| 1:20-op-45043-DAP |
| 1:20-op-45068-DAP |
| 1:20-op-45073-DAP |
| 1:20-op-45127-DAP |
| 1:20-op-45127-DAP |
| 1:20-op-45127-DAP |
| 1:20-op-45293-DAP |
| 1:21-op-45116-DAP |
| 1:21-op-45116-DAP |
| 1:22-op-45026-DAP |