UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804

Case No. 1:17-md-2804

Judge Dan Aaron Polster

**CERTAIN DEFENDANTS' ASSENTED TO MOTION TO JOIN EXTENDED
DEADLINE TO OPPOSE MOTIONS FOR LEAVE TO AMEND**

On November 12, 2024, the Court issued a margin order granting the PBM Defendants' motion seeking, in part, an extension of the deadline to file an opposition to Plaintiffs' motions for leave to amend. (ECF No. 5747). The deadline set for the PBM Defendants to file opposition brief(s) is now January 16, 2025. The undersigned defendants[1], each of whom is likewise the subject of motions to amend, ask the Court to grant the same extension of time for opposition briefs so that all briefing for the undersigned and PBM Defendants will be filed by January 16, 2025.[2] The PEC has indicated its assent to the request.

Good cause supports granting this request as many of the Plaintiffs who have moved to amend and add the PBM Defendants have also sought to add one or more of the undersigned

---

[1] The defendants are Aurobindo Pharma USA, Inc., and Aurolife Pharma LLC, Winn-Dixie Stores, Inc., Southeastern Grocers, Inc., and Winn-Dixie Logistics, LLC (f/k/a Winn-Dixie Logistics, Inc.), Albertsons Companies, Inc, Albertson's LLC, Acme Markets, Inc., Randall's Food & Drug, LP, Safeway Inc., and United Supermarkets, LLC, KVK-Tech, Inc., Publix Super Markets, Inc., Lupin Pharmaceuticals, Inc., Alvogen, Inc., Target Corporation, Discount Drug Mart, Inc., Costco Wholesale Corporation, Tris Pharma, Inc. and the Ahold Delhaize Defendants.

[2] Defendants preserve, and do not waive, all defenses and objections, including those related to personal jurisdiction, venue, and service.

4893-2843-0073.1

defendants. *See* ECF Nos. 5547-1, 5548-1, 5550-1, 5551-1, 5552-1, 5553-1, 5554-1, 5556-1, 5557-1, 5558-1, 5559-1, 5560-1, 5561-1, 5563-1, 5565-1, 5567-1, 5570-1. By granting this request, these parties' briefing as to each individual case subject to a motion to amend will be on a concurrent track.

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua A. Klarfeld* | */s/ Meredith Thornburgh White* |
| Joshua A. Klarfeld | Meredith Thornburgh White |
| **UB GREENSFELDER LLP** | Kara M. Kapke |
| 1660 West 2nd Street, Suite 1100 | **BARNES & THORNBURG LLP** |
| Cleveland, OH 44113 | 11 South Meridian Street |
| Tel: (216) 583-7192 | Indianapolis, IN 46204 |
| jklarfeld@ubglaw.com | Tel: (317) 236-1313 |
| | mwhite@btlaw.com |
| *Attorney for Aurobindo Pharma* | kkapke@btlaw.com |
| *USA, Inc., and Aurolife Pharma LLC* | |
| | *Attorneys for Publix Super Markets, Inc.* |
| */s/ Katy E. Koski* | */s/ Francis A. Citera* |
| James W. Matthews | Francis A. Citera |
| Katy E. Koski | Gretchen N. Miller |
| **FOLEY & LARDNER LLP** | **GREENBERG TRAURIG, LLP** |
| 111 Huntington Avenue | 77 W. Wacker Drive, Suite 3100 |
| Boston, MA 02199 | Chicago, IL 60601 |
| Tel.: 617.342.4000 | Tel: (312) 456-8400 |
| jmatthews@foley.com | Fax: (312) 456-8435 |
| kkoski@foley.com | citeraf@gtlaw.com |
| | millerg@gtlaw.com |
| *Attorneys for Lupin Pharmaceuticals, Inc.* | |
| | *Attorneys for Albertsons Companies, Inc, Albertson's LLC, Acme Markets, Inc., Randall's Food & Drug, LP, Safeway Inc., United Supermarkets, LLC* |

1

*/s/ Amy R. Fiterman*
Amy R. Fiterman (MN #0285493)
Rory F. Collins (MN #0397415)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Fax: 612-766-1600
Email: amy.fiterman@faegredrinker.com
 rory.collins@faegredrinker.com

James Stephen Bennett (IN #22869-02)
**FAEGRE DRINKER BIDDLE & REATH LLP**
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: 260-424-8000
Fax: 260-460-1700
Email: stephen.bennett@faegredrinker.com

*Attorneys for Defendant Target Corporation*

*/s/ Craig M. Reiser*
Craig M. Reiser
Eva H. Yung
**Axinn, Veltrop & Harkrider LLP**
114 West 47th Street
New York, New York 10036
Telephone: (212) 728-2200
Fax: (212) 728-2201
creiser@axinn.com
eyung@axinn.com

*Attorneys for Alvogen, Inc.*

*/s/ Daniel T. Plunkett*
Daniel T. Plunkett (La Bar No. 21822)
Timothy G. Byrd, Jr. (La. Bar No. 35691)
**McGlinchey Stafford**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
dplunkett@mcglinchey.com
tbyrd@mcglinchey.com

*Attorneys for Southeastern Grocers, Inc., Winn-Dixie Logistics, LLC. and Winn-Dixie Stores, Inc.*

*/s/ Gregory E. O'Brien*
Gregory E. O'Brien (0037073)
**Cavitch Familo & Durkin, Co. LPA**
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
Telephone (216)621-7860
Facsimile (216)621-3415
Email gobrien@cavitch.com

*Attorney for Discount Drug Mart, Inc.*

*/s/ Thomas E. Rice*
Thomas E. Rice
**BAKER STERCHI COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Tel:     (816) 471-2121
Fax:    (816) 472-0288
rice@bakersterchi.com

*Attorneys for Defendant KVK-Tech, Inc.*

2

3

| | |
|---|---|
| /s/ *Terry M. Henry* | */s/ David J. Burman* |
| Terry M. Henry | David J. Burman, WSBA No. 10611 |
| Fiona Steele | Tyler S. Roberts, WSBA No. 52688 |
| **BLANK ROME** | **Perkins Coie LLP** |
| One Logan Square | 1201 Third Avenue, Suite 4900 |
| 130 North 18th Street | Seattle, WA 98101-3099 |
| Philadelphia, PA 19103 | Telephone: 206.359.8000 |
| Tel: (215) 569-5644 | Facsimile: 206.359.9000 |
| Email: Terry.Henry@BlankRome.com | Email: DBurman@perkinscoie.com |
| Email: Fiona.Steele@BlankRome.com | Email: TRoberts@perkinscoie.com |

*Attorneys for Specially Appearing Tris Pharma, Inc.*    *Attorneys for Costco Wholesale Corporation*

*/s/ Torsten M. Kracht*
Torsten M. Kracht
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave NW
Washington, DC 20037
202.368.4823
Tkracht@hunton.com

*Counsel for The Ahold Delhaize Defendants*