UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All PBM Cases | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

**PBM DEFENDANTS' SECOND STATEMENT
REGARDING REPLACEMENT BELLWETHER SELECTION**

In accordance with the Court's Third Order Regarding Additional PBM Bellwether Case (ECF No. 5755), the PBM Defendants confirm the following two cases as their replacement PBM bellwether selections:

(1) *Allegany County, NY*, No. 1:19-op-46151-DAP; and

(2) *City of Ogdensburg, NY*, No. 1:19-op-45852-DAP.

The PBM Defendants select these cases subject to the statements and arguments set forth in the PBM Defendants' Statement Regarding Replacement Bellwether Selection (ECF No. 5748) and incorporate that Statement by reference. The PBM Defendants maintain their objections to the PEC's and Plaintiffs' counsel's manipulation of the bellwether process, including through strategic dismissals of cases they previously certified were ready to proceed as bellwethers.

Date: November 18, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Brian D. Boone | /s/ Jonathan G. Cooper |
| Brian D. Boone | Michael J. Lyle |
| **ALSTON & BIRD LLP** | Jonathan G. Cooper |
| 1120 South Tryon Street, Suite 300 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Charlotte, NC 28203 | 1300 I St. NW, Suite 900 |
| T: (704) 444-1000 | Washington, DC 20005 |
| brian.boone@alston.com | T: (202) 538-8000 |
| | mikelyle@quinnemanuel.com |
| William H. Jordan | jonathancooper@quinnemanuel.com |
| D. Andrew Hatchett | |
| **ALSTON & BIRD LLP** | *Attorneys for Express Scripts, Inc.* |
| 1201 W. Peachtree St. NW, Suite 4900 | |
| Atlanta, GA 30309 | |
| T: (404) 881-7000 | |
| bill.jordan@alston.com | |
| andrew.hatchett@alston.com | |

*Attorneys for OptumRx, Inc.*