UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track 8 - 1:18-op-45817-DAP*<br>*Track 9 - 1:18-op-45274-DAP*<br>*Track 10 - 1:19-op-45346-DAP* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF STAY
OF ALL PROCEEDINGS AND EXTENSION OF DEADLINES IN MDL TRACKS 8 – 10**

The motion to stay all proceedings and extend all current deadlines as to Kroger is **GRANTED** in MDL Tracks 8 - 10. Proceedings will be stayed until December 31, 2024, and all deadlines as to Kroger will be extended by 43 days.

**IT IS SO ORDERED**

Date: _____

_____
Dan Aaron Polster
US District Judge

*Attorneys for Kroger*
Ronda L. Harvey, Esq. (WVSB 6326)
Ashley Hardesty Odell, Esq. (WVSB 9380)
**STEPTOE & JOHNSON PLLC**
Chase Tower, 17th Floor
707 Virginia Street, East (25301)
P. O. Box 1588
Charleston, West Virginia 25326-1588
304-353-8000 Main
304-353-8160 Direct
304-933-8704 Facsimile
Ronda.Harvey@Steptoe-Johnson.com
Ashley.Odell@Steptoe-Johnson.com

23807111.1

*Plaintiffs' Co-Lead Counsel*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Liaison Counsel*
Peter Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

**Counsel for Cobb County, GA (CT8):**
Jayne Conroy
SIMMONS HANLY CONROY LLP
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Sarah S. Burns
Jo Anna Pollock
SIMMONS HANLY CONROY LLP
One Court Street
Alton, IL 62002

2

(618) 259-2222
sburns@simmonsfirm.com
jpollock@simmonsfirm.com

Erin K. Dickinson
Charles J. Crueger
CRUEGER DICKINSON LLC
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868
ekd@cruegerdickinson.com
cjc@cruegerdickinson.com

COBB COUNTY ATTORNEY'S OFFICE
H. William Rowling, Jr.
County Attorney
Lauren Bruce
Assistant County Attorney
100 Cherokee Street, Suite 300
Marietta, GA 30090
(770) 528-4000
H.William.Rowling@cobbcounty.org
Lauren.Bruce@cobbcounty.org

**Counsel for Tarrant County, TX (CT9):**
W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Parkway N.
Houston, TX 77064
(713) 659-5200
mark.lanier@lanierlawfirm.com
Evan Janush
THE LANIER LAW FIRM
535 Madison Ave., 12th Floor
New York, NY 10022
(212) 421-2800
evan.janush@lanierlawfirm.com
Tom Hall
THE LAW OFFICES OF TOM HALL
2605 Airport Freeway, Suite 100
Fort Worth, TX 76111
docket@opioidcounsel.com

**Counsel for Durham County, NC (CT10):**
Michael J. Fuller, Jr.
Paul T. Farrell, Jr.

3

23807111.1

FARRELL & FULLER, LLC
1311 Ponce de Leon Ave., Suite 202
San Juan, Puerto Rico 00907
(939) 293-8244
mike@farrellfuller.com
paul@farrellfuller.com

Paul D. Coates
PINTO, COATES, KYRE & BOWERS
3203 Brassfield Rd.
Greensboro, NC 27410
(336) 282-8848
pcoates@pckb-law.com

Russell W. Budd
Christine C. Mansour
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
rbudd@baronbudd.com
cmansour@baronbudd.com

J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 Citiplace Drive
Baton Rouge, LA 70808
(225) 927-5441
bleblanc@baronbudd.com

Mark P. Pifko
BARON & BUDD, P.C.
15910 Ventura Blvd. #1600
Encino, CA 91436
(818) 839-2333
mpifko@baronbudd.com

Peter J. Mougey
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR, MOUGEY P.A.
316 S. Baylen Street
Pensacola, FL 32502
(850) 435-7000
pmougey@levinlaw.com

James C. Peterson

4

23807111.1

HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
(304) 345-5667
jcpeterson@hpcdb.com

Anthony J. Majestro
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
(304) 346-2889
amajestro@powellmajestro.com

Donald R. Vaughan
DONALD R. VAUGHAN AND ASSOCIATES
612 W. Friendly Avenue
Greensboro, NC 27401
(336) 273-1415
don.vaughan@vaughanlaw.com

James D. Williams
THE LAW OFFICES OF JAMES D. WILLIAMS, JR., P.A.
3200 Croasdaile Drive, Suite 604
Durham, NC 27705
(919) 382-8115
attyjdw@aol.com

George B. Daniel, Esq.
GEORGE B. DANIEL, P.A.
139 E. Main Street
Yanceyville, NC 27401
(336) 694-5473
gdaniel@danielthomaslaw.com

A. Leon Stanback, Jr.
A. LEON STANBACK, JR., ATTORNEY AT LAW
4011 Crown Hill Drive
Durham, NC 27707
(919) 614-6062
lstanback@aol.com

23807111.1