# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Case No. 1:19-op-45648-DAP* | ) ) |
| *Case No. 1:19-op-45649-DAP* | ) ) |

MDL No. 2804

Case No. 1:17-md-02804

Honorable Dan A. Polster

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS PURSUANT TO ALLERGAN SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiffs Boulder City, Nevada; and City of Mesquite, Nevada (collectively, the "Dismissing Plaintiffs") and the Allergan Defendants[1] that, pursuant to the Allergan Public Global Opioid Settlement Agreement, all claims of Plaintiffs against the Allergan Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs. This dismissal of claims extends to the Allergan Defendants only, and not to any other defendant in this action.

Respectfully submitted this 19 day of November, 2024.

---

[1] The Allergan Defendants are each and every "Released Entity" as set forth in ¶ 76 of the Allergan Public Global Opioid Settlement Agreement, available at https://nationalopioidsettlement.com/wp-content/uploads/2023/08/Final-Allergan-Settlement-Agreement-8-29-23.pdf

| | |
|---|---|
| */s/ Alex J. Dravillas* | */s/ Rebecca Fitzpatrick, P.C.* |
| Ashley C. Keller | Rebecca Fitzpatrick, P.C. |
| Alex J. Dravillas | Maria Pellegrino Rivera |
| KELLER POSTMAN LLC | KIRKLAND & ELLIS LLP |
| 150 N. Riverside Plaza, Suite 4100 | 333 West Wolf Point Plaza |
| Chicago, IL 60606 | Chicago, Illinois 60654 |
| ack@kellerpostman.com | Telephone: (312) 862-2000 |
| ajd@kellerpostman.com | Facsimile: (312) 862-2200 |
| (312) 741-5220 | rebecca.fitzpatrick@kirkland.com |
| | mrivera@kirkland.com |
| J. Michael Connolly | Catie Ventura |
| CONSOVOY MCCARTHY PLLC | Robert C. "Mike" Brock |
| 1600 Wilson Blvd | KIRKLAND & ELLIS LLP |
| Suite 700 | 1301 Pennsylvania Avenue, N.W |
| Arlington, VA 22209 | Washington, D.C. 20004 |
| mike@consovoymccarthy.com | Telephone: (202) 389-5000 |
| (703) 243-9423 | Facsimile: (202) 389-5200 |
| | catie.ventura@kirkland.com |
| Bruce L. Woodbury | mike.brock@kirkland.com |
| WOODBURY LAW | |
| 50 S. Stephanie Street | *Attorneys for Allergan Defendants* |
| Suite 201 | |
| Henderson, NV 89012 | |
| bruce@woodbury-law.com | |
| (702) 933-0777 | |

*Attorneys for Boulder City, and City of Mesquite*

SO ORDERED this ___ day of _____, 2024.


_____
The Hon. Dan Aaron Polster
United States District Judge