# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | **Case No. 1:17-md-2804** <br> **Judge Dan Aaron Polster** |
| *ALL THIRD PARTY PAYOR ACTIONS* | ) | |

## INTERIM SETTLEMENT CLASS COUNSEL'S
## NOTICE OF FILING SUPPLEMENTAL OPT-OUT REPORT

3135741.1

Pursuant to the Court's Order Granting Third Party Payor Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Federal Rule of Civil Procedure 23(e) (ECF 5616, at 8), attached hereto as Exhibit A is the Supplemental Opt-Out Report. This report includes an additional entity that, on November 4, 2024, submitted its opt-out request to incorrect email addresses (info@TPPOpiodsettlement.com and OptOut@TPPOpiodSettlement.com) rather than the correct email addresses (info@TPPOpioidsettlement.com and OptOut@TPPOpioidSettlement.com).  The parties have agreed to deem this a timely and complete opt out despite the typographical error.

DATED: November 19, 2024           Respectfully submitted,

*/s/ Paul J. Geller*
Paul J. Geller
Mark J. Dearman
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750 3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com

*Interim Settlement Class Counsel; Counsel for Cleveland Bakers and Teamsters Health and Welfare Fund, and Pipe Fitters Local Union No. 120 Insurance Fund*

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com

*Interim Settlement Class Counsel; Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan*

*/s/ James R. Dugan, II*
James R. Dugan, II
**THE DUGAN LAW FIRM, PC**
One Canal Place, Suite 1000
New Orleans, LA 70130
jdugan@dugan-lawfirm.com

*Third Party Payor PEC Representative; Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund*

*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Ave. East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
jconroy@simmonsfirm.com

3135741.1

>Joseph F. Rice
>**MOTLEY RICE**
>28 Bridgeside Blvd.
>Mt. Pleasant, SC 29464
>Telephone: (843) 216-9000
>jrice@motleyrice.com
>
>Paul T. Farrell, Jr., Esq.
>**FARRELL & FULLER LLC**
>270 Munoz Rivera Ave., Suite 201
>San Juan, PR 00918
>Telephone: (304) 654-8281
>paul@farrelfuller.com
>
>*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser

3135741.1