# EXHIBIT A

*In Re: National Prescription Opiate Litigation, No. 1:17-md-2804*

*TPP-Distributors Settlement*

*Supplemental* Opt-Out Report

| | **Entity Name** | **Postmark Date** | **Was Required Information Provided** |
|---|---|---|---|
| 1. | Central Painting & Sandblasting, Inc | 9/25/2024 (timely) | Yes |
| 2. | Citation Oil & Gas Corp | 10/16/2024 (timely) | Yes |
| 3. | Donegal Mutual Insurance Company | 10/29/2024 (timely) | Yes |
| 4. | Asbestos Workers Philadelphia Welfare Fund | 11/1/2024 (timely) | Yes |
| 5. | Avon Grove School District | 11/4/2024 (timely) | Yes |
| 6. | Ohio Farmers Insurance Company Group Health Plan | 11/7/2024 (timely) | Yes |
| 7. | Plumbers' Local Union No. 690 Health Plan | 11/4/2024 (timely) | Yes |