# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| | JUDGE DAN AARON POLSTER |
| *This document relates to:* | |
| *City of Annapolis, Maryland v. Purdue Pharma, L.P., et al.* | Case No. 1:19-op-45710-DAP |

## MASTER STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the City of Annapolis, Maryland ("Plaintiff") and the Teva Defendants[1] that, pursuant to the election of Plaintiff to participate in the Teva Global Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated November 22, 2022, is binding on Plaintiff and the Teva Defendants, and has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix A), all claims of Plaintiff against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

---

[1] The Teva Defendants are each and every "Released Entity," including Teva Pharmaceuticals USA, Inc., and Cephalon Inc., as set forth in Section I and Exhibit J of the Teva Settlement Agreement.

Dated: November 20, 2024

Agreed as to form and substance:

                                                Respectfully submitted,

                                                **CITY OF ANNAPOLIS**
                                                **OFFICE OF LAW**

                                                */s/  D. Michael Lyles*
                                                D. Michael Lyles, City Attorney, #13120
                                                160 Duke of Gloucester Street
                                                Annapolis, Maryland 21401
                                                (410) 263-7954, (410) 268-3916 Fax
                                                dmlyles@annapolis.gov
                                                *Attorney for Plaintiff, City of Annapolis, Maryland*

TEVA

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

*Attorneys for Teva*


SO ORDERED this __ day of _____, 2024.


_____
The Hon. Dan Aaron Polster

2