**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Estate of Bruce Brockel, Deceased by and through Donna Brockel, as Personal Representative v. Endo Pharmaceuticals, Inc., et al.,*<br><br>ND Ohio Member Case No. 1:21-op-45089-DAP | MDL No. 2804<br><br>Case No.: 1:17-md-2804<br><br>Hon. Dan A. Polster |

**CONSENT TO CHANGE ATTORNEY**

**IT IS HEREBY CONSENTED** that BIEDERMANN HOENIG SEMPREVIVO of One Grand Central Place, 60 East 42nd Street, New York, New York 10165, be substituted as attorneys of record for defendants ZYDUS PHARMACEUTICALS USA, INC., and NESHER PHARMACEUTICALS (USA) LLC in *only* the case pending before this court entitled: *The Estate of Bruce Brockel, Deceased by and through Donna Brockel, as Personal Representative v. Endo Pharmaceuticals, Inc.,* et al Case No., 1:21-op-45089-DAP Northern District of Ohio "*Brockel* action") the above-captioned action in place and stead of MORRISON MAHONEY LLP as of the date hereof, and that this substitution is effective without further notice.

Dated: New York, New York
      October 10, 2024

| | |
|---|---|
| **MORRISON MAHONEY LLP** | **BIEDERMANN  HOENIG  SEMPREVIVO** |
| *Outgoing Attorneys for Defendants* | *Incoming Attorneys for Defendants* |
| *ZYDUS PHARMACEUTICALS USA, INC., and* | *ZYDUS PHARMACEUTICALS USA, INC., and* |
| *NESHER PHARMACEUTICALS (USA) LLC* | *NESHER PHARMACEUTICALS (USA) LLC* |

By:_____

    Demi Sophocleous, Esq.
    dsophocleous@morrisonmahoney.com
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005
    Phone:  (212) 825-1212
    Fax:     (646) 576-8910

By:_____

    Nicole M. Battisti, Esq.
    nicole.battisti@lawbhs.com
    One Grand Central Place
    60 East 42nd Street
    New York, New York 10165
    Phone:  (646) 218-7560
    Fax:     (646) 218-7510

**ZYDUS PHARMACEUTICALS USA, INC**

By: _____

Acknowledgement

STATE OF _New Jersey_ :

:

COUNTY OF _Hudson_ :

On this _30th_ day of ~~August~~ November, 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared _Crystal fisher_ personally known to me to be _General Counsel_, at **ZYDUS PHARMACEUTICAL USA, INC.**, and he/she acknowledged to me that he/she was duly authorized by the company to execute the foregoing consent and that he/she executed same.

_____
Notary

ANDREA M MOORE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 8, 2028
COMMISSION: #2439344

**NESHER PHARMACEUTICALS (USA) LLC**

By: _____

Acknowledgement

STATE OF _New Jersey_ :

:

COUNTY OF _Hudson_ :

On this _30th_ day of ~~August~~ November, 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared _Crystal fisher_ personally known to me to be _General Counsel_, at **NESHER PHARMACEUTICALS (USA) LLC.**, and he/she Acknowledged to me that he/she was duly authorized by the company to execute the foregoing consent and that he/she executed same.

_____
Notary

ANDREA M MOORE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 8, 2028
COMMISSION: #2439344