**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| | ) | Judge Dan Aaron Polster |
| *Cobb County v. Purdue Pharma, L.P., et al.* Case No. 18-op-45817 (Track 8) | ) ) ) ) ) ) | **ORDER CLARIFYING SUGGESTION OF REMAND AND SEVERING CERTAIN DEFENDANTS** |

On November 18, 2024, the Court issued a Suggestion of Remand suggesting the Judicial Panel on Multidistrict Litigation remand *Cobb County v. Purdue Pharma L.P. et al*, case no. 1:18-op-45817-DAP (N.D. Ohio) to the Northern District of Georgia. *See* Docket no. 5768.

In that Suggestion, the Court indicated that the above-captioned case was designed to test "claims asserted by a City or County against pharmacy-defendant Publix." Order at 3. The Court now makes clear that its Suggestion of Remand was only intended to remand claims by Cobb County against Publix.

Accordingly, for the avoidance of doubt, the Court now severs and stays claims against all non-Publix entities.

**IT IS SO ORDERED.**

  /s/ Dan Aaron Polster  November 22, 2024
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**