# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | Judge Dan Aaron Polster |
| *See attached* | |

## STIPULATION AND [PROPOSED] ORDER
## DISMISSING WITH PREJUDICE CLAIMS
## PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff's on the attached list and the Teva Defendants[1] that, pursuant to the election of Plaintiff to participate in the Teva Global Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated November 22, 2022, is binding on Plaintiff and the Teva Defendants, and has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix A), all claims of Plaintiff against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

Dated: November 22, 2024

Agreed as to form and substance:

---

[1] The Teva Defendants are each and every "Released Entity," including Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., as set forth in Section I and Exhibit J of the Teva Settlement Agreement.

          Respectfully submitted,

          /s/ *Ronald E. Johnson, Jr.*
          Ronald E. Johnson, Jr.
          Sarah N. Emery
          HENDY, JOHNSON, VAUGHN, EMERY
          2380 Grandview Drive
          Ft. Mitchell, Ky 41017
          Telephone: (859) 578-4444
          Facsimile: (859) 567-9066
          rjohnson@justicestartshere.com
          semery@justicestartshere.com

          Christopher L. Rhoads
          RHOADS & RHOADS
          115 East Second Street, Suite 100
          PO Box 2023
          Owensboro, KY 42302
          Telephone: (888) 709-9329
          Facsimile: (270) 683-1653
          chris@rhoadsandrhoads.com

          *Attorneys for Plaintiff's*

TEVA

/s/ *Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

*Attorneys for the Teva Defendants*


SO ORDERED this ___ day of _____, 2024.


_____
The Hon. Dan Aaron Polster