THE FISCAL COURT OF BREATHITT COUNTY KENTUCKY
Case No. 1:19-op-46082

THE FISCAL COURT OF CALDWELL COUNTY KENTUCKY
Case No. 1:19-op-46001

THE FISCAL COURT OF CALLOWAY COUNTY KENTUCKY
Case No. 1:20-op-45038

CITY OF CAMPBELLSVILLE
1:19-op-46057

CITY OF COLUMBIA
Case No. 1:19-op-46129

CITY OF OWENSBORO
Case No. 1:21-op-45076

CITY OF RUSSELL SPRINGS
Case No. 1:20-op-45125

FISCAL COURT OF CLINTON COUNTY KENTUCKY
Case No. 1:19-op-45901

FISCAL COURT OF DAVIESS COUNTY KENTUCKY
Case No. 1:19-op-46171

FISCAL COURT OF FULTON COUNTY KENTUCKY
Case No. 1:20-op-45045

FISCAL COURT OF HANCOCK COUNTY KENTUCKY
Case No. 1:19-op-46027

FISCAL COURT OF HARRISON COUNTY KENTUCKY
Case No. 1:19-op-46030

FISCAL COURT OF HART COUNTY KENTUCKY
Case No. 1:19-op-45994

FISCAL COURT OF HICKMAN COUNTY KENTUCKY
Case No. 1:20-op-45254

FISCAL COURT OF LARUE COUNTY KENTUCKY
Case No. 1:19-op-45950

FISCAL COURT OF LOGAN COUNTYKENTUCKY
Case No. 1:19-op-45951

FISCAL COURT OF MASON COUNTY KENTUCKY
Case No. 1:19-op-45868

FISCAL COURT OF MCLEAN COUNTY KENTUCKY
Case No. 1:20-op-45200

FISCAL COURT OF MERCER COUNTY KENTUCKY
Case No. 1:19-op-45952

FISCAL COURT OF MUHLENBERG COUNTY KENTUCKY
Case No. 1:19-op-46053

FISCAL COURT OF RUSSELL COUNTY KENTUCKY
Case No. 1:19-op-46096

THE FISCAL COURT OF SPENCER COUNTY KENTUCKY
Case No. 1:19-op-46029

FISCAL COURT OF TAYLOR COUNTY KENTUCKY
Case No. 1:19-op-46007

FISCAL COURT OF TODD COUNTY KENTUCKY
Case No. 1:19-op-45949

FISCAL COURT OF WEBSTER COUNTY KENTUCKY
Case No. 1:19-op-46098