# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *Town of Hull v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 1:19-op-46172 | ) ) ) ) | **Judge Dan Aaron Polster** |

## STIPULATION OF DISMISSAL AS TO CERTAIN DEFENDANTS WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned stipulate that the Defendants Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Shaw's Supermarkets, Inc., Star Markets Company, Inc., and Osco Drug of Massachusetts, LLC (collectively, "Albertsons Defendants"), are hereby dismissed without prejudice from *Town of Hull v. AmerisourceBergen Drug Corp., et al.*, Case No. 1:19-op-46172-DAP (N.D. Ohio); with each party to bear its own fees and costs.

Dated: November 25, 2024

| | |
|---|---|
| /s/ Francis A. Citera | /s/ James B. Lampke |
| Francis A. Citera, citeraf@gtlaw.com | James B. Lampke |
| Gretchen N. Miller, millerg@gtlaw.com | **TOWN COUNSEL – TOWN OF HULL** |
| **GREENBERG TRAURIG, LLP** | 115 North Street, Suite 3 |
| 77 W. Wacker Drive, Suite 3100 | Hingham, MA 02043 |
| Chicago, IL 60601 | Tel.: 781-749-9922 |
| Tel: (312) 456-8400 | Fax: 781-749-9923 |
| Fax: (312) 456-8435 | Jlampke@town.hull.ma.us |
| | |
| *Counsel for Defendants Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Shaw's Supermarkets, Inc., Star Markets Company, Inc., and Osco Drug of Massachusetts, LLC* | *Attorney for Plaintiff* |

| | |
|---|---|
| Mark.P. Pifko<br>**BARON & BUDD, P.C**.<br>15910 Ventura Blvd., #1600<br>Los Angeles, CA 91436<br>Tel.: (818) 839-2333<br>mpifko@baronbudd.com<br><br>*Attorney for Plaintiff* | Richard Sandman<br>**SANDMAN LAW**<br>501 Congress Street, Suite 2021<br>Boston, MA 02210<br>Tel.: 617-336-6161<br>rich@sandman-law.com<br><br>*Attorney for Plaintiff* |
| Thomas T. Merrigan<br>Peter M. Merrigan<br>Jonathan Tucker Merrigan<br>**SWEENEY MERRIGAN LAW**<br>268 Summer Street, LL<br>Boston, MA 02210<br>Tel.: (617) 391-9001<br>Fax: (617) 357-9001<br>tom@sweeneymerrigan.com<br>peter@sweeneymerrigan.com<br>tucker@sweeneymerrigan.com<br><br>*Attorneys for Plaintiff* | Mark R. Reich<br>**KP LAW**<br>101 Arch Street<br>Boston, MA 02110<br>Tel.: (617) 654-1786<br>mreich@k-plaw.com<br><br>*Attorney for Plaintiff* |
| Russell W. Budd<br>Christine C. Mansour<br>**BARON & BUDD, P.C**.<br>3102 Oak Lawn Ave, Suite 1100<br>Dallas, Texas 75219<br>Tel.: (214) 521-3605<br>rbudd@baronbudd.com<br>cmansour@baronbudd.com<br><br>*Attorneys for Plaintiff* | J. Burton LeBlanc<br>**BARON & BUDD, P.C**.<br>2600 Citiplace Drive, Suite 400<br>Baton Rouge, Louisiana 70808<br>Tel.: (225) 927-5441<br>bleblanc@baronbudd.com<br><br>*Attorney for Plaintiff* |
| Dan Alberstone<br>**BARON & BUDD, P.C.**<br>15910 Ventura Blvd., #1600<br>Los Angeles, CA 91436<br>Tel.: (818) 839-2333<br>dalberstone@baronbudd.com<br><br>*Attorney for Plaintiff* | Catherine Hancock Dorsey<br>**BARON & BUDD, P.C.**<br>2600 Virginia Ave. NW, Suite 612<br>Washington, DC 20037<br>Tel.: (202) 333-4562<br>cdorsey@baronbudd.com<br><br>*Attorney for Plaintiff* |

Paul T. Farrell, Jr.
Michael J. Fuller
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
Tel.: (939) 293-8244
Paul@FarrellFuller.com
Mike@FarrellFuller.com

*MDL 2804 Co-Lead Counsel*

Peter J. Mougey
Page A. Poerschke
Laura S. Dunning
Jeffrey Gaddy
**LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A**.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7140
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

*Attorneys for Plaintiff*

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com

*Attorney for Plaintiff*

R. Edison Hill
James C. Peterson
Aaron L. Harrah
**HILL PETERSON CARPER BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
Tel.: (800) 822-5667
rehill@hpcbd.com
jcpeterson@hpcbd.com
aaron@hpcbd.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing ***STIPULATION OF DISMISSAL AS TO CERTAIN ALBERTSONS DEFENDANTS***, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 25th day of November, 2024.

                                                   */s/ Francis A. Citera*
                                                   Francis A. Citera