THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*See attached* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**STIPULATION AND ORDER**
**DISMISSING WITH PREJUDICE CLAIMS**
**PURSUANT TO TEVA GLOBAL OPIOID SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff's on the attached list and the Teva Defendants[1] that, pursuant to the election of Plaintiff to participate in the Teva Global Opioid Settlement Agreement (the "Teva Settlement Agreement"), which is dated November 22, 2022, is binding on Plaintiff and the Teva Defendants, and has an Effective Date of August 7, 2023 (a copy of which is attached as Appendix A), all claims of Plaintiff against any Teva Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Teva Settlement Agreement to the extent provided under that Agreement.

Dated: November 22, 2024

Agreed as to form and substance:

---

[1] The Teva Defendants are each and every "Released Entity," including Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., as set forth in Section I and Exhibit J of the Teva Settlement Agreement.

Respectfully submitted,

/s/ *Ronald E. Johnson, Jr.*
Ronald E. Johnson, Jr.
Sarah N. Emery
HENDY, JOHNSON, VAUGHN, EMERY
2380 Grandview Drive
Ft. Mitchell, Ky 41017
Telephone: (859) 578-4444
Facsimile: (859) 567-9066
rjohnson@justicestartshere.com
semery@justicestartshere.com

Christopher L. Rhoads
RHOADS & RHOADS
115 East Second Street, Suite 100
PO Box 2023
Owensboro, KY 42302
Telephone: (888) 709-9329
Facsimile: (270) 683-1653
chris@rhoadsandrhoads.com

*Attorneys for Plaintiff's*

TEVA

/s/ Eric W. Sitarchuk
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com
(215) 963-5000

*Attorneys for the Teva Defendants*

SO ORDERED this 25th day of November, 2024.

s/Dan Aaron Polster
The Hon. Dan Aaron Polster
U.S. DISTRICT JUDGE