# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Paintsville Hospital Company, LLC, et al. v. Amneal Pharmaceuticals, LLC, et al.*; Case No. 1:20-op-45293-DAP | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITHOUT PREJUDICE

Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses their claims against Defendant Practice Fusion Inc. This dismissal is without prejudice and is effective immediately upon filing this notice.

The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiffs' claims against other Defendants included in this case. Each party shall bear its own costs.

Dated: November 25, 2024               Respectfully Submitted,

*/s/ John W. Barrett*
John W. ("Don") Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 25th day of November 2024, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

>*/s/ John W. Barrett*
>John W. ("Don") Barrett