# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL THIRD PARTY PAYOR ACTIONS* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE

On September 3, 2024, this Court granted preliminary approval to a proposed class action settlement between Third Party Payor Plaintiffs and Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors"), appointed Settlement Class Representatives and Interim Settlement Class Counsel, and set a schedule for dissemination of notice, claims administration, objections and exclusion requests, additional briefing, and a final fairness hearing. ECF 5616 at 4-6. On November 11, 2024, United HealthCare Services, Inc. ("United") filed an objection to the settlement. ECF 5746. After conferral, Settling Distributors and United hereby agree and stipulate to an extension of the December 2, 2024 event deadline by one week, to December 9, 2024. *See* ECF 5616 at 6. All other dates remain unchanged.

Settlement Class Representatives do not object to this extension.

**IT IS SO ORDERED.**

DATED: _____  _____
THE HONORABLE DAN A. POLSTER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DATED: November 27, 2024 | Respectfully submitted, |

By: */s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Timothy C. Hester
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5281
ghobart@cov.com
thester@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

By: */s/ Elaine P. Golin*
Elaine P. Golin
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
epgolin@wlrk.com

*Counsel for Cardinal Health, Inc.*

By: */s/ Michael T. Reynolds*
Michael T. Reynolds
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
mreynolds@cravath.com

*Counsel for Cencora, Inc.*

By: */s/ Thomas C. Mahlum*
Thomas C. Mahlum
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
tmahlum@robinskaplan.com
ebarstad@robinskaplan.com

*Attorneys for United HealthCare Services, Inc.*

By: */s/ Paul J. Geller*
Paul J. Geller
Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750 3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com

*Interim Settlement Class Counsel; Counsel for Cleveland Bakers and Teamsters Health and Welfare Fund, and Pipe Fitters Local Union No. 120 Insurance Fund*

By: */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com

*Interim Settlement Class Counsel; Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan*

By: */s/ James R. Dugan, II*
James R. Dugan, II
**THE DUGAN LAW FIRM, PC**
One Canal Place, Suite 1000
New Orleans, LA 70130

*Third Party Payor PEC Representative; Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund*

Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
**MOTLEY RICE**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
**FARRELL & FULLER LLC**
270 Munoz Rivera Ave., Suite 201
San Juan, PR 00918
Telephone: (304) 654-8281
paul@farrelfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Ave. East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

By: */s/ Geoffrey E. Hobart*
Geoffrey E. Hobart