UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF APPEARANCE

Please take notice that Michael T. Reynolds, with the law firm Cravath, Swaine & Moore LLP, hereby enters his appearance as counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.) and AmerisourceBergen Drug Corporation in the above-captioned matter.

Respectfully submitted,

/s/ Michael T. Reynolds
Michael T. Reynolds (NY Bar No. 2772291)
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY  10001
Telephone: (212) 474-1552
Facsimile:  (212) 474-3700
MReynolds@cravath.com

*Counsel for AmerisourceBergen Corporation (n/k/a Cencora, Inc.) and AmerisourceBergen Drug Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 26, 2024, a copy of the foregoing Notice of Appearance was filed with the Court's electronic case filing system and served upon all those participating therein.

/s/ Michael T. Reynolds
Michael T. Reynolds (NY Bar No. 2772291)
CRAVATH, SWAINE & MOORE LLP

*Counsel for AmerisourceBergen Corporation*
  *(n/k/a Cencora, Inc.) and*
  *AmerisourceBergen Drug Corporation*