# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-02804 |
| THIS DOCUMENT RELATES TO: | ) ) | Honorable Dan A. Polster |
| *Case No. 1:18-op-46238-DAP* | ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS PURSUANT TO ALLERGAN SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff Nye County, Nevada and the Allergan Defendants[1] that, pursuant to the Allergan Public Global Opioid Settlement Agreement, all claims of Plaintiff against the Allergan Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs. This dismissal of claims extends to the Allergan Defendants only, and not to any other defendant in this action.

Respectfully submitted this ___ day of December, 2024.

---

[1] The Allergan Defendants are each and every "Released Entity" as set forth in ¶ 76 of the Allergan Public Global Opioid Settlement Agreement, available at https://nationalopioidsettlement.com/wp-content/uploads/2023/08/Final-Allergan-Settlement-Agreement-8-29-23.pdf

Dated:          December 3, 2024

Respectfully submitted,

*/s/Peter J. Mougey*
Peter J. Mougey
Jeff R. Gaddy
Levin, Papantonio, Proctor, Buchanan,
O'Brien, Barr, and Mougey, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
P. 850-435-7068
F. 850-436-6068
pmougey@levinlaw.com
jgaddy@levinlaw.com

*Attorneys for the City of Nye*

Agreed to as to form and substance:

**ALLERGAN**

*/s/ Rebecca Fitzpatrick, P.C.*
Rebecca Fitzpatrick, P.C.
Maria Pellegrino Rivera
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rebecca.fitzpatrick@kirkland.com
mrivera@kirkland.com

Catie Ventura
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
catie.ventura@kirkland.com
mike.brock@kirkland.com

*Attorneys for Allergan Defendants*

SO ORDERED this_ day of _____2024.

_____

The Hon. Dan Aaron Polster
United States District Judge