**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No.: 1:17-md-2804 |
| *This document relates to:* | ) ) | JUDGE DAN AARON POLSTER |
| *ALL CASES* | ) ) ) ) ) ) | **MOTION TO WITHDRAW AS COUNSEL** |

Attorney Mark A. Schneider respectfully requests leave from this Honorable Court to withdraw as counsel on behalf of Plaintiff County of Lorain in the above-captioned matter. Pursuant to Local Rule 83.9, written notice has been provided to Plaintiff County of Lorain and is also provided to all other parties with this filing. For cause, and pursuant to Ohio Rules of Professional Conduct 1.16(b)-(d), counsel requests this Court's permission to withdraw. Plaintiff County of Lorain has no objection and remains represented in this litigation by numerous other attorneys who remain counsel of record in this matter.

WHEREFORE, Mark A. Schneider respectfully requests that this Honorable Court grant his Motion to Withdraw as counsel in this matter.

Respectfully submitted,

/s/ *Mark A. Schneider*
**MARK A. SCHNEIDER (0073122)**
21055 Lorain Road
Fairview Park, OH 44126
Ph. 216-337-6288/Fax: 440-333-7576
mark@masattorney.com
*Co-Counsel for Plaintiff County of Lorain*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 4, 2024**, a true copy of the foregoing *Motion to Withdraw as Counsel* was filed electronically.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/*Mark A. Schneider*
**MARK A. SCHNEIDER (0073122)**
*Co-Counsel for Plaintiff County of Lorain*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) *This document relates to:* ) ) ALL CASES ) ) ) ) ) | MDL No. 2804 Case No.: 1:17-md-2804 **JUDGE DAN AARON POLSTER** **ORDER** |

For good cause shown, Attorney Mark A. Schneider's motion to withdraw as counsel in the above matter is granted.

**IT IS SO ORDERED**.

_____
**JUDGE DAN AARON POLSTER**

3