UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma L.P.*, No. 19-op-45853 (Track 12) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE AND EXHIBITS UNDER SEAL**

Plaintiff has filed a Motion for leave to file under seal Plaintiff's Response to Express Scripts' objection to DR No. 14, Part 33 [ECF No. 5795], together with its supporting exhibits.

Plaintiff requests that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiff to file under seal its Response and all related Exhibits.

1. Plaintiffs' Motion for Leave to File Response and Exhibits Under Seal is hereby GRANTED; and

2. Defendant is hereby directed to state within three (3) business days whether they will assert any redactions to the Response or Exhibits.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE