UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma, L.P., No. 19-op-45853 (Track 12)* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the PBM Defendants' Motion Seeking Leave to File Under Seal their Objection and Exhibits in Support to the Special Master's Order Regarding the Production of Personnel Files, pursuant to Local Rule 5.2 and the Amended Case Management Order No. 2: Protective Order dated October 15, 2021. (Dkt. 4028.), it is hereby ORDERED that the PBM Defendants' Motion is GRANTED.

BY THE COURT:

_____

DAN AARON POLSTER

United States District Judge