| | |
|---|---|
| **From:** | Haley Plourde-Cole |
| **Sent:** | Wednesday, December 4, 2024 10:03 PM |
| **To:** | Laura Dunning; Mildred Conroy; Haley Plourde-Cole; Olga Vieira; ESI-Opioids |
| **Cc:** | Pbm |
| **Subject:** | RE: 2024 ESI Fact Witness Depositions |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

We can produce an overlay of ▮▮▮▮▮▮ handwritten notes with the native image (which appears to be more legible) and will do so as soon as possible.

Regarding ▮▮▮▮▮▮ personnel file, we have not received a discovery request for that file. If a formal discovery request were to be made, we would oppose it, for privacy, relevancy and timeliness grounds, for the same reasons offered by Optum in its 7:09 ET correspondence this evening.

Best,
Haley

**Haley Plourde-Cole**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7044 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
haleyplourdecole@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Wednesday, December 4, 2024 11:25 AM
**To:** Haley Plourde-Cole <haleyplourdecole@quinnemanuel.com>; Mildred Conroy <mconroy@simmonsfirm.com>; Haley Plourde-Cole <000000c5aa490270-dmarc-request@LISTSERV.MOTLEYRICE.COM>; Olga Vieira <olgavieira@quinnemanuel.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

**[EXTERNAL EMAIL from ldunning@levinlaw.com]**

Haley,

It does not appear we have received production of ████████ personnel file and associated materials.  If you believe you have already produced these documents, please identify them in the production.  If the materials have not yet been produced, please produce them both through a load file as well in document form (PDFs and/or native files) through a secure link so that we may access the materials more readily in advance of next week's deposition.

Additionally, please advise when we may expect reproduction of the illegible scans of ████████ handwritten notes in a legible format.

Thank you,
Laura

---

**From:** Haley Plourde-Cole <haleyplourdecole@quinnemanuel.com>
**Sent:** Monday, December 2, 2024 4:09 PM
**To:** Mildred Conroy <mconroy@simmonsfirm.com>; Haley Plourde-Cole <000000c5aa490270-dmarc-request@LISTSERV.MOTLEYRICE.COM>; Laura Dunning <ldunning@levinlaw.com>; Olga Vieira <olgavieira@quinnemanuel.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

Counsel,

Please send a deposition notice for ████████ deposition, including the location (if it will be in person).

Best,
Haley

**Haley Plourde-Cole**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7044 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
haleyplourdecole@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Mildred Conroy <mconroy@simmonsfirm.com>
**Sent:** Wednesday, November 27, 2024 5:18 PM
**To:** Haley Plourde-Cole <000000c5aa490270-dmarc-request@LISTSERV.MOTLEYRICE.COM>; Laura Dunning <ldunning@levinlaw.com>; Olga Vieira <olgavieira@quinnemanuel.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>
**Subject:** Re: 2024 ESI Fact Witness Depositions

**[EXTERNAL EMAIL from mconroy@simmonsfirm.com]**

Haley,

We accept December 11th for ▮▮▮▮▮▮ deposition. In the future, please contact us as soon as possible when a date is no longer available. We are trying to balance schedules on our end, too, and any advanced notice will hopefully make the process go more smoothly.

It is inconvenient and surprising that ▮▮▮▮▮▮ is not available in December.  To avoid any further delay, we do accept January 16th for her deposition. Please let us know ASAP on ▮▮▮▮▮▮ availability.

Have a great Thanksgiving.

Mildred

---

**From:** owner-pbm@listserv.motleyrice.com <owner-pbm@listserv.motleyrice.com> on behalf of Haley Plourde-Cole <000000c5aa490270-dmarc-request@LISTSERV.MOTLEYRICE.COM>
**Sent:** Wednesday, November 27, 2024 10:57 AM
**To:** Laura Dunning <ldunning@levinlaw.com>; Olga Vieira <olgavieira@quinnemanuel.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

**EXTERNAL:** Think before you click!

Counsel,

We are continuing rolling productions of non-custodial documents; you will receive one shortly.

We are continuing to hold dates for ▮▮▮▮▮▮, but as we are now only two weeks away, we can only continue to hold December 11th for his deposition. Please let us know as soon as possible if you would like to proceed with his deposition on this date.

We have spoken with ▮▮▮▮▮▮ regarding her availability and she is not available for any dates in December which do not overlap with ▮▮▮▮▮, which we understand from your Nov. 22 email would not work for the PEC. She is also available for deposition January 16-17 or 29-30.

We will revert as soon as possible with dates for ▮▮▮▮▮▮.

Happy Thanksgiving,

Haley

**Haley Plourde-Cole**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor

New York, NY 10010
212-849-7044 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
haleyplourdecole@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Monday, November 25, 2024 6:57 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

[EXTERNAL EMAIL from ldunning@levinlaw.com]

Olga,

In your emails below and your representations to the Court, you referenced documents that ESI plans to produce that are likely or potentially relevant to the four witnesses for whom we have requested dates.  While the production *deadlines* for noncustodial and Rochester hold back documents are not until 12/06 and 12/20, all productions are required to be rolling.  If there are documents ESI believes may be potentially relevant to the witnesses for whom we requested dates, please produce them sooner than later in your rolling productions and please do not hold those documents back until the deadlines.

ESI has not made a substantial noncustodial production since October 4 – more than seven weeks ago.

Thank you,
Laura

**Laura S. Dunning**
*Securities and Business Litigation*
Shareholder
Levin, Papantonio, Proctor, Buchanan,
O'Brien, Barr, & Mougey, P.A.
205-396-5014
ldunning@levinlaw.com



**From:** Laura Dunning
**Sent:** Sunday, November 24, 2024 6:21 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>
**Subject:** Re: 2024 ESI Fact Witness Depositions

That works

Laura S. Dunning
205.396.5014


On Nov 24, 2024, at 6:07 PM, Olga Vieira <olgavieira@quinnemanuel.com> wrote:

 Does 10 am est work?
**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**

Mobile: 305-496-2988
olgavieira@quinnemanuel.com
www.quinnemanuel.com


On Nov 24, 2024, at 6:44 PM, Laura Dunning <ldunning@levinlaw.com> wrote:

 Let's talk tomorrow morning.  What time is good for you?

Laura S. Dunning
205.396.5014


On Nov 22, 2024, at 7:10 PM, Olga Vieira
<olgavieira@quinnemanuel.com> wrote:

 Sorry, Laura. I wasn't available until now. I'm free tonight, over the
weekend, or we can speak Monday. Let me know what works for you.
Feel free to call or text me at (305) 496-2988.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**

Mobile: 305-496-2988
olgavieira@quinnemanuel.com
www.quinnemanuel.com


On Nov 22, 2024, at 4:46 PM, Laura Dunning
<ldunning@levinlaw.com> wrote:

[EXTERNAL EMAIL from ldunning@levinlaw.com]

Olga – I am around for the next hour or so if you want to talk.

**Laura S. Dunning**
*Securities and Business Litigation*
Shareholder
Levin, Papantonio, Proctor, Buchanan,
O'Brien, Barr, & Mougey, P.A.
205-396-5014
ldunning@levinlaw.com



**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Friday, November 22, 2024 2:44 PM
**To:** Pete Weinberger <PWeinberger@spanglaw.com>; Olga Vieira <000000af4de49972-dmarc-request@listserv.motleyrice.com>
**Cc:** Laura Dunning <ldunning@levinlaw.com>; Matthew Wasserman <matthewwasserman@quinnemanuel.com>; Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

We are talking past each other. Let's have a call to discuss. Happy to speak to you or Laura to resolve this so we can proceed.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Peter H. Weinberger
<PWeinberger@spanglaw.com>
**Sent:** Friday, November 22, 2024 3:42 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; Olga
Vieira <000000af4de49972-dmarc-
request@listserv.motleyrice.com>
**Cc:** Laura Dunning <ldunning@levinlaw.com>; Matthew
Wasserman
<matthewwasserman@quinnemanuel.com>; Pbm
<PBM@listserv.motleyrice.com>; ESI-Opioids <esi-
opioids@quinnemanuel.com>
**Subject:** Re: 2024 ESI Fact Witness Depositions

[EXTERNAL EMAIL from pweinberger@spanglaw.com]

Not until you stop demanding an agreement to
something you are not entitled to.  When you withdraw
your email, I am sure Laura Dunning would be happy to
discuss this further.

Pete

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Friday, November 22, 2024 3:39 PM
**To:** Peter H. Weinberger
<PWeinberger@spanglaw.com>; Olga Vieira
<000000af4de49972-dmarc-
request@listserv.motleyrice.com>
**Cc:** Laura Dunning <ldunning@levinlaw.com>; Matthew
Wasserman
<matthewwasserman@quinnemanuel.com>; Pbm
<PBM@listserv.motleyrice.com>; ESI-Opioids <esi-
opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

Pete,

Judge Polster said we should work together to resolve
this. I'm happy to speak at your convenience.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only
for the personal and confidential use of the recipient(s) named above. This

message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Peter H. Weinberger <PWeinberger@spanglaw.com>
**Sent:** Friday, November 22, 2024 3:36 PM
**To:** Olga Vieira <000000af4de49972-dmarc-request@listserv.motleyrice.com>
**Cc:** Laura Dunning <ldunning@levinlaw.com>; Matthew Wasserman <matthewwasserman@quinnemanuel.com>; Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** Re: 2024 ESI Fact Witness Depositions

[EXTERNAL EMAIL from pweinberger@spanglaw.com]

Olga.

Your position is inconsistent with what Judge Poster stated.  If ESI's production creates a good cause for re-opening a deposition, we will seek permission to do so with the court. Period.  We'll fight it out when it happens, so you can stop demanding something you are not entitled to.  Get the depositions we have asked for scheduled..

Pete
Sent from my iPad

> On Nov 22, 2024, at 3:22 PM, Olga Vieira <000000af4de49972-dmarc-request@listserv.motleyrice.com> wrote:
>
> Hi Laura,
>
> We need your agreement that you will not reopen these depositions based on the known forthcoming productions, as explained below and during the hearing today. Please confirm and we'll ask the witnesses for dates. If you would like to discuss, let me know.

Thanks,
Olga

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Friday, November 22, 2024 2:46 PM
**To:** Olga Vieira <olgavieira@quinnemanuel.com>; Matthew Wasserman <matthewwasserman@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

**[EXTERNAL EMAIL from ldunning@levinlaw.com]**

Olga,

Please continue to hold the proposed December dates for ██████ and please also propose December dates for ██████ and ██████ after December 6.  As noted below, for scheduling purposes, we would like

to preserve at least one day between any 2024 depositions. We also would prefer not to take depositions on December 13, but if that is the only option for certain witnesses, we may be able to make that date work.

Once we receive all proposed dates, we should be able to confirm a December schedule.

Thank you,
Laura

**Laura S. Dunning**
*Securities and Business Litigation*
Shareholder
Levin, Papantonio, Proctor, Buchanan,
O'Brien, Barr, & Mougey, P.A.
205-396-5014
ldunning@levinlaw.com

<image001.png>

---

**From:** Olga Vieira <olgavieira@quinnemanuel.com>
**Sent:** Friday, November 22, 2024 9:00 AM
**To:** Matthew Wasserman <matthewwasserman@quinnemanuel.com>; Laura Dunning <ldunning@levinlaw.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

Laura and Paul,

Following up on the status report to Judge Polster and my conversation with Paul on Wednesday, we are not taking the position that your right to re-open a deposition for good cause should be waived. Instead, we are pointing out that depositions taken in December will

proceed before document production is complete. We expect to complete our non-jurisdiction specific non-custodial productions in Rochester by December 6th and our "reserve/hold back" custodial productions and non-custodial productions for the jurisdiction-specific client and pharmacy samples in Rochester by December 20th. We have also just selected a new bellwether. While custodial productions will be closed as to the custodians already selected, we anticipate that you will seek some (limited) jurisdiction-specific custodians and jurisdiction-specific non-custodial productions. It is possible, and for some witnesses likely, that productions in Rochester in December and for the new bellwether will contain documents germane to the individuals you seek to depose in December. We are simply asking for your agreement that, should you proceed with taking depositions at this time, knowing about these forthcoming productions, you will not later seek to reopen the depositions based on documents produced in these productions, which you are already on notice that you will be getting.

With respect to the specific witnesses you have requested:

1. ███████ works in fraud and special investigations. There may be additional investigative documents produced in Rochester by December 20th, and we assume you will seek investigative documents for Ogdensburg, and you may want to question ███████ regarding these documents. While we have provided dates for ███████ in December, we suggest you hold off on his deposition until we produce documents related to Ogdensburg. If you want to take his deposition on the dates provided, we ask for your agreement that you will not

seek to reopen his deposition based on forthcoming productions in Rochester in December and the future productions related to Ogdensburg.

2. ▆▆▆▆▆ was previously Express Scripts' ▆▆▆▆▆ ▆▆▆. As noted above, we expect to complete our non-jurisdiction specific non-custodial productions in Rochester by December 6th. Assuming you agree that discovery in the new bellwether case will be limited to jurisdiction-specific requests, we think productions germane to ▆▆▆▆ should be complete by December 6th. However, his availability on December 10th or 11th may not be enough time for you to review the final productions and take his deposition on those dates. If you would like to proceed on the dates provided, despite the timing of the December 6th production, please let us know.

3. ▆▆▆▆▆▆ is a former employee who held various client services clinical roles at Express Scripts. As you know, you selected several client services clinical custodians as part of your "reserve/hold back" picks, and it is possible that these custodians' documents may be germane to ▆▆▆▆▆. As noted above, we expect to complete our "reserve/hold back" custodial productions in Rochester by December 20th. In addition, productions in Ogdensburg related to jurisdiction-specific clients may also be germane to ▆▆▆▆▆. We suggest you hold off on ▆▆▆▆▆ deposition until after we

produce documents related to Ogdensburg. If you want to take ████████ deposition in December regardless, then we will check on her availability for December so long as you agree that you will not seek to reopen her deposition based on the forthcoming productions in Rochester in December and the future productions related to Ogdensburg. Quinn Emanuel will be representing ██████ in connection with all opioids matters and her deposition. Please direct all future communications regarding the deposition and related matters to Quinn Emanuel.

4. ████████ is a former employee who worked in pharma manufacturer contracting at Express Scripts. There may be additional pharma manufacturer contracts and related documents produced in Rochester by December 6th. Assuming you agree that discovery in the new bellwether case will be limited to jurisdiction-specific requests, we think productions germane to ████████ should be complete by December 6th. However, this may not be enough time for you to review the final productions and take her deposition in December. If you would like to proceed in December, despite the timing of the December 6th production, please let us know and then we will check on her availability for December. Quinn Emanuel will be representing ████████ in connection with all opioids matters and her deposition. Please direct all future communications regarding the deposition and related matters to Quinn Emanuel.

Let me know if you would like to discuss.

**Olga M. Vieira**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
(305) 496-2988 Mobile
(305) 402-4880 Main Office Number
olgavieira@quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Matthew Wasserman <matthewwasserman@quinnemanuel.com>
**Sent:** Tuesday, November 19, 2024 8:55 AM
**To:** Laura Dunning <ldunning@levinlaw.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

Laura,

We did not expect our proposed condition about redeposing witnesses to be controversial. Judge Polster ordered in the initial Deposition Protocol applicable to all cases in this MDL that "[d]epositions taken in this MDL pursuant to this Order shall not be retaken in this MDL without further order of the court upon good cause shown or an agreement of the parties." ECF No. 643 at 4. And Special Master Cohen told the PEC that it should not be reopening depositions and that "if you're going to start taking depos after you get

custodial productions knowing that there are other productions still to come, both custodial and noncustodial, you need to pick deponents who it seems least likely that that issue will arise." Aug. 16, 2024, Hr'g Tr. 46:12–47:25; 115:18–116:24.

We are happy to coordinate depositions for December, but we must insist on your agreement, in advance, that you will not seek to reopen depositions based on forthcoming document productions that we all know are coming (namely, the December productions in Rochester and the productions in the new bellwether). If the PEC refuses to agree that it will not reopen depositions of these individuals, then we will not hold these dates and will insist that the PEC depose these individuals after productions containing responsive documents that could be germane to these individuals are completed.

**Matthew K. Wasserman** | *Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, DC 20005

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Monday, November 18, 2024 3:47 PM
**To:** Matthew Wasserman <matthewwasserman@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** Re: 2024 ESI Fact Witness Depositions

**[EXTERNAL EMAIL from
ldunning@levinlaw.com]**

---

Matt,

In the event it helps with scheduling, if
we can find acceptable dates for
█████████ and/or █████████ in December
2024, we may be willing to push
█████████ to 2025.

Thanks,
Laura

Laura S. Dunning
205.396.5014

> On Nov 18, 2024, at
> 11:55 AM, Laura
> Dunning
> <ldunning@levinlaw.co
> m> wrote:
>
>
> Matt,
>
> Thank you for the
> proposed
> dates.  Please
> continue to hold the
> dates for █████████ and
> █████████, and please
> also propose a few
> 2024 date options
> each for █████████
> █████████ and █████████
> █████████.
>
> For scheduling
> purposes, we would
> like to preserve at
> least one day between
> any 2024 depositions.
> We also would prefer
> not to take
> depositions on
> December 13, but if

that is the only option for certain witnesses, we may be able to make that date work.

Finally, we object to your proposed condition that witness depositions taken now cannot be re-opened based on later produced documents, but we can discuss that further once potential dates are identified.

Thank you,
Laura

**Laura S. Dunning**
205-396-5014
ldunning@levinlaw.com

\<image001.png\>

---

**From:** Matthew Wasserman <matthewwasserman@quinnemanuel.com>
**Sent:** Friday, November 15, 2024 1:28 PM
**To:** Laura Dunning <ldunning@levinlaw.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>
**Subject:** RE: 2024 ESI Fact Witness Depositions

> **CAUTION:** This email message is **EXTERNAL.**

Laura,

We are open to trying to schedule ██████ and ██████ depositions in 2024, but only if the PEC agrees that it will not seek to depose these witnesses again in this case or for the new bellwether currently being selected. There may be documents not from the deponent's custodial files that Express Scripts later produces by the December 20 deadline related to the client and pharmacy sample and "holdover" custodians or for the new bellwether that could be germane to these witnesses. As just one example, there may be additional, responsive EFWA investigative reports specific to the new bellwether jurisdiction that Express Scripts would need to collect and produce after the new bellwether is chosen and discovery in that case commences. The PEC would need to agree that they could not re-depose ██████ or ██████ because of any later produced documents not from the deponent's custodial files. If you do not agree, then the depositions should wait until after the second bellwether is chosen and Express Scripts has sufficient time to collect and produce responsive documents for the new bellwether.

Provided the PEC agrees that it will not seek to depose these witnesses again in this case or for the new bellwether currently being selected, we can offer December 10 or 11 for ████████ in St. Louis and December 17 or 18 for ████ ████████ in St. Louis.

**Matthew K. Wasserman**
| *Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, DC 20005

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Thursday, November 14, 2024 10:53 AM
**To:** Matthew Wasserman <matthewwasserman@quinnemanuel.com>
**Cc:** Pbm <PBM@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>

**Subject:** 2024 ESI Fact
Witness Depositions

**[EXTERNAL EMAIL from**
**ldunning@levinlaw.com]**

Matt,

Please provide 2024
deposition dates for
the following two fact
witnesses:

1. ██████████
2. ██████████

Thank you,
Laura

**Laura S. Dunning**
*Securities and*
*Business Litigation*
Shareholder
Levin, Papantonio,
Proctor, Buchanan,
O'Brien, Barr, &
Mougey, P.A.
205-396-5014
ldunning@levinlaw.c
om

<image001.png>

To unsubscribe from the PBM list, click
the following link:
https://LISTSERV.MOTLEYRICE.COM/scr
ipts/wa-
MOTLEYRICE.exe?SUBED1=PBM&A=1

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700

Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

<image001.png>

<image001.png>

---

To unsubscribe from the PBM list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=PBM&A=1

This e-mail and any files transmitted with it are privileged and confidential, and they are intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should notify the sender immediately, delete this e-mail and any files transmitted with it from your system, and destroy or return all copies.