# Exhibit D

| | |
|---|---|
| **From:** | David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law> |
| **Sent:** | Friday, November 29, 2024 3:07 PM |
| **To:** | Salvatore C. Badala; Boone, Brian; ESI-Opioids; Olga Vieira; Optum Opioid Team; pbm@listserv.motleyrice.com; Peter Weinberger |
| **Subject:** | Agenda Item 395 |

**EXTERNAL SENDER – Proceed with caution**

Having reviewed the materials submitted, I conclude the City of Rochester made and must honor a commitment to respond to the additional 17 Interrogatories at issue.  The City shall serve objections and responses to those interrogatories on or before December 23, 2024.

No party is permitted to serve any additional discovery requests without leave of Court.

-d


=========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law