| | |
|---|---|
| **From:** | 2804 Discovery, MDL <mdl2804discovery@motleyrice.com> |
| **Sent:** | Wednesday, February 10, 2021 4:00 PM |
| **To:** | DL - MDL 2804 |
| **Subject:** | FW: EXTERNAL-Re: MDL 2804 CT3 Defendants' Production of Personnel Files |

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Wednesday, February 10, 2021 9:55:01 PM
**To:** Weinberger, Peter H. <PWeinberger@spanglaw.com>; Hynes, Paul B. <PHynes@zuckerman.com>; Laura Fitzpatrick <lsingletary@simmonsfirm.com>
**Cc:** EXT-Track3DEFENDANTS@GROUPS.JONESDAY.COM <EXT-Track3DEFENDANTS@GROUPS.JONESDAY.COM>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; Lanier, Mark <wml@lanierlawfirm.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Migliori, Don <dmigliori@motleyrice.com>; Shkolnik, Hunter <Hunter@NapoliLaw.com>
**Subject:** EXTERNAL-Re: MDL 2804 CT3 Defendants' Production of Personnel Files

Dear Counsel:

My rulings regarding the issues raised in Mark Lanier's 1/28/21 letter and Paul Hynes's 2/5/21 letter addressing personnel files are below.  I have discussed these issues with the Court.

- To the extent Plaintiffs seek information regarding a particular deponent's compensation (including bonuses) from sources other than the deponent's personnel file, that request is denied.  This ruling does not preclude any compensation-related questioning of the deponent; it only addresses document discovery.  Further, this ruling does not affect or narrow Defendants' obligations to produce documents responsive to general discovery requests, or pursuant to 30b6 obligations.
- Defendants shall produce from a deponent's personnel file (to the extent it already exists -- no documents need be created) all of the information listed in the bullet-points on page 3 of Lanier's letter.  This information is not limited to that which is "opioid-related," and there should be no redactions along those lines.  These materials may be marked highly confidential and redaction of sensitive information such as SSNs or health information is allowed.
- With respect to discovery of information related to "metrics," as noted during our telecon, the parties should continue to discuss this and let me know if they are still at impasse.

-David
=========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law