# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*City of Huntington, et al. v. Express Scripts Holding Company, et al.*<br><br>1:18-op-45984 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT TARGET STORES** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, the City of Huntington, West Virginia; the City of Charleston, West Virginia; the City of Kenova, West Virginia; and the Town of Ceredo, West Virginia, by and through their undersigned counsel of record, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Target Stores.

Dated: December 12, 2024

*s/John D. Hurst*
John D. Hurst (WVSB #10861)
Motley Rice LLC
50 Clay St, Suite 1
Morgantown, WV 26501
Phone: (304) 413-0456
Fax: (304) 413-0458
Email: jhurst@motleyrice.com

Charles R. Webb (WVSB #4782)
Webb Law Centre
716 Lee Street East
Charleston, WV 25301
Phone: 304-344-9322
Fax: 304-344-1157
Email: rusty@rustywebb.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

                                                *s/John D. Hurst*
                                                John D. Hurst