GRANTED. IT IS SO ORDERED.
*s/Dan Aaron Polster*
DAN AARON POLSTER
U.S. DISTRICT JUDGE
Dated: 12/12/2024

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12) | Judge Dan Aaron Polster |

**PBM DEFENDANTS' MOTION SEEKING LEAVE TO FILE UNDER SEAL THEIR OBJECTION AND EXHIBITS IN SUPPORT TO THE SPECIAL MASTER'S ORDER REGARDING THE PRODUCTION OF PERSONNEL FILES**

The Express Scripts Defendants[1] and OptumRx, Inc. and its affiliates (collectively, the **PBM Defendants**), move pursuant to Local Rule 5.2, seeking leave to file under seal confidential documents as exhibits in support of their Objection to Special Master Cohen's Order regarding the production of personnel files.

On December 6, the Special Master ruled that the PBM Defendants must produce personnel files. The PBM Defendants object to the Special Master's ruling and, in support of the Objection to be filed with the Court, cite several documents to the Objection as exhibits, which have been designated as confidential pursuant to the Amended Case Management Order No. 2: Protective Order dated October 15, 2021. (*See* Dkt. 4028.)

The PBM Defendants request leave from the Court to file the following eight documents under seal:

(1) PBM Defendants' Objection to the Special Master's Order Regarding the Production of Personnel Files;

(2) Exhibit A – December 6, 2024 Hearing Transcript;

---

[1] The Express Scripts Defendants are Express Scripts, Inc., and ESI Mail Pharmacy Service, Inc.

1