# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hospital Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## JOINT MOTION FOR EXTENSION OF DEADLINES FOR HOSPITAL BELLWETHER SELECTION

Plaintiffs and Pharmacy Defendants[1] jointly move the Court to extend the hospital bellwether selection deadlines set in the November 26, 2024 Non-Document Order as follows:

1. Extend the deadline for notifying the Court of an agreed-upon bellwether case or, if agreement is not reached, of each side's two bellwether picks from Dec. 13, 2024, to January 13, 2025;

2. Extend the deadline for striking one of the opposing side's picks (if agreement is not reached) from Dec. 20, 2024, to Jan. 20, 2025; and

3. Extend the deadline for filing a joint proposed CMO from Jan. 17, 2025 to January 27, 2025 (the next status conference is Jan. 29, 2025).

---

[1] Pharmacy Defendants are CVS, Walgreens, and Walmart.

December 12, 2024

| | |
|---|---|
| */s/John W. Barrett* <br> John W. ("Don") Barrett <br> **BARRETT LAW GROUP, P.A.** <br> P.O. Box 927 <br> 404 Court Square North <br> Lexington, Mississippi 39095-0927 <br> Telephone: (662) 834-2488 <br> Facsimile: (662) 834-2628 <br> Email: dbarrett@barrettlawgroup.com <br><br> *Plaintiffs' Hospital Liaison Counsel* | */s/ Tara A. Fumerton* <br> Tina M. Tabacchi <br> Tara A. Fumerton <br> JONES DAY <br> 110 North Wacker Dr., Suite 4800 <br> Chicago, IL 60606 <br> Phone: (312) 782-3939 <br> tfumerton@jonesday.com <br> tfumerton@jonesday.com <br><br> *Counsel for Walmart Inc.* <br><br> */s/ Kaspar J. Stoffelmayr* <br> Kaspar J. Stoffelmayr <br> Katherine M. Swift <br> Matthew R. Ford <br> BARTLIT BECK LLP <br> 54 West Hubbard Street <br> Chicago, IL 60654 <br> Phone: (312) 494-4400 <br> kaspar.stoffelmayr@bartlitbeck.com <br> kate.swift@bartlitbeck.com <br> matthew.ford@bartlitbeck.com <br><br> *Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.* <br><br><br> */s/ Eric R. Delinsky* <br> Eric R. Delinsky <br> Alexandra W. Miller <br> Paul B. Hynes, Jr. <br> ZUCKERMAN SPAEDER LLP <br> 1800 M. Street NW, Suite 1000 <br> Washington, DC 20036 <br> Phone: (202) 778-1800 <br> edelinsky@zuckerman.com <br> smiller@zuckerman.com <br> phynes@zuckerman.com <br><br> *Counsel for CVS Pharmacy, Inc.* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Tara A. Fumerton*
Tara A. Fumerton

*Counsel for Walmart Inc.*