## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

### PARTIES' JOINT MOTION TO MODIFY THE SECOND AMENDED CASE MANAGEMENT ORDER FOR THIRD PARTY PAYOR BELLWETHER CASES

On October 2, 2024, the Court Entered the Second Amended Case Management Order for Third Party Bellwether Cases, ECF No. 5666. The Court has previously indicated that any party may apply at any time for a modification or exception to its Case Management Orders. *See, e.g.,* Case Management Order One, Apr. 11, 2018, ECF No. 232.

The Parties jointly request the following modifications to the Court's Second Amended Case Management Order, Oct. 2, 2024, ECF No. 5666:

| Event | Original Date | Revised Date |
|---|---|---|
| Deadline for Agreement on Custodians and Search Terms | Dec. 16, 2024 | Jan. 17, 2025 |
| Motions to Dismiss on Substantive Issues | Jan. 24, 2025 | Feb. 25, 2025 |
| Commencement of Custodial Document Production | Jan. 31, 2025 | Mar. 14, 2025 |
| Answers Due if no Motions to Dismiss are Filed | Feb. 24, 2025 | Mar. 26, 2025 |
| Response to Motions to Dismiss on Substantive Issues | Mar. 25, 2025 | Apr. 26, 2025 |
| Replies in Support of Motions to Dismiss on Substantive Issues | Apr. 15, 2025 | May 17, 2025 |

Good cause supports granting this request, because the Parties previously agreed to move the date to exchange proposed search terms from November 1, 2024 to November 15, 2024, and certain claims data productions remain outstanding. The Parties have met and conferred concerning the requested modification, and granting it will enable this matter to proceed in an efficient and expeditious matter. All other deadlines set by the Second Amended Case Management Order would remain unaffected.

Dated: December 12, 2024                           Respectfully submitted,

**Defendants:**

/s/ Joseph N. Parsons
Joseph N. Parsons
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Tel.: (412) 394-9590
jparsons@jonesday.com

Janine Cone Metcalf
Michael Fraser Stoer
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Tel.: (404) 521-3939
jmetcalf@jonesday.com
mstoer@jonesday.com

Maria Pellegrino Rivera
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel.: (312) 862-2740
mrivera@kirkland.com

*Counsel for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., Allergan Sales, LLC*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceutical, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M. Street NW, Suite 1000
Washington, DC 20036
Tel.: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

/s/ Eric W. Sitarchuk
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Tel.: (215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc., and Actavis Laboratories FL, Inc.*

<div style="display: flex;">

<div>

*/s/ Matthew R. Ford*
Matthew R. Ford
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel.: (312) 494-4400
matthew.ford@bartlitbeck.com

Eric F. Dement
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel.: (303) 592-3138
eric.dement@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

</div>

<div>

*/s/ Tara A. Fumerton*
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
111 North Wacker
Suite 4800
Chicago, IL 60606
Tel.: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

</div>

</div>

**Plaintiffs:**

/s/ Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Tel.: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel.: (843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
Tel.: (304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/James R. Dugan II
James R. Dugan II
Dugan Law Firm
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA  70130
Tel.: (504) 648-0180
jdugan@dugan-lawfirm.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Suite 2900
San Francisco, CA  94111
Tel.: (415) 956-1000
ecabraser@lchb.com

Paul J. Geller
Robbins Geller Rudman & Dowd
225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Tel.: (561) 750-3000
pgeller@rgrdlaw.com

*Plaintiffs' Executive Committee Members Representing TPP Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

<u>/s/ Michael F. Stoer</u>
Janine Cone Metcalf
Michael Fraser Stoer
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Tel.:  (404) 521-3939
jmetcalf@jonesday.com
mstoer@jonesday.com

*Counsel for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., Allergan Sales, LLC*