UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

### ORDER MODIFYING THE SECOND AMENDED CASE MANAGEMENT ORDER FOR THIRD PARTY PAYOR BELLWETHER CASES

AND NOW, this 13th day of December, 2024, upon consideration of the Parties' Joint Motion to Modify the Second Amended Case Management Order for Third Party Bellwether Cases, the Second Amended Case Management Order for Third Party Bellwether Cases, Oct. 2, 2024, ECF No. 5666, and Case Management Order One, Apr. 11, 2018, ECF No. 232, it is hereby ORDERED that the Parties' Joint Motion is GRANTED and the Court's Second Amended Case Management Order is hereby MODIFIED as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Deadline for Agreement on Custodians and Search Terms | Dec. 16, 2024 | Jan. 17, 2025 |
| Motions to Dismiss on Substantive Issues | Jan. 24, 2025 | Feb. 25, 2025 |
| Commencement of Custodial Document Production | Jan. 31, 2025 | Mar. 14, 2025 |
| Answers Due if no Motions to Dismiss are Filed | Feb. 24, 2025 | Mar. 26, 2025 |
| Response to Motions to Dismiss on Substantive Issues | Mar. 25, 2025 | Apr. 26, 2025 |
| Replies in Support of Motions to Dismiss on Substantive Issues | Apr. 15, 2025 | May 17, 2025 |

All other deadlines set by the Second Amended Case Management Order remain unaffected.

BY THE COURT:

Dated: 12/13/2024

*s/Dan Aaron Polster*
DAN AARON POLSTER
United States District Judge