**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL 2804 |
| | |
| **THIS DOCUMENT RELATES TO:** | Case No. 1:17-md-2804 |
| | |
| *ALL THIRD PARTY PAYOR ACTIONS* | Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE**

Angela M. Lavin, of the firm of Wegman Hessler Valore, hereby enters her appearance as counsel for certain members of the putative TPP Settlement Class identified on list attached hereto as Exhibit A, all of whom seek to exercise their right to opt out of the TPP Class Settlement. Please include the undersigned on future pleadings and correspondence.

Date: December 13, 2024

Respectfully submitted:

*/s/ Angela M. Lavin*
Angela M. Lavin        (0069604)
WEGMAN HESSLER VALORE
6055 Rockside Woods Blvd., Ste., 200
Cleveland, Ohio 44131
Telephone: (216) 642-3342
Facsimile:  (216) 642-8826
Email: amlavin@wegmanlaw.com

*Attorney for certain members of the TPP Settlement Class*

## **CERTIFICATE OF SERVICE**

The foregoing *Notice of Appearance* was filed on this 13th day of December, 2024 using the Court's electronic filing system. The Parties will receive notice of this filing by operation of that system and may access this filing at its convenience.

*/s/ Angela M. Lavin*
Angela M. Lavin            (0069604)
*Attorney for certain members of the TPP Settlement Class*