# EXHIBIT A

| TAB | List of TPP Settlement Class Opt Outs | Address | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| A | Ohio AFSCME Care Plan | 1603 East 27th Street | | Cleveland | OH | 44114- |
| B | AFSCME Local # 54 | 425 Eagle Rock Ave | Suite 105 | Roseland | NJ | 07068- |
| C | AFSCME Local #590 Health & Welfare Fund | 425 Eagle Rock Ave | Suite 105 | Roseland | NJ | 07068- |
| D | Asbestos Workers Philadelphia Welfare Fund | 2014 Hornig Road | | Philadelphia | PA | 19116- |
| E | Avon Grove School District | 375 S. Jennersville Road | | West Grove | PA | 19390- |
| F | Big Spring School District | 45 Mount Rock Road | | Newville | PA | 17241- |
| G | Dunmore Borough | 400 S. Blakely Street | | Dunmore | PA | 18512- |
| H | Chester County Intermediate Unit (CCIU) | 455 Boot Road | | Downingtown | PA | 19335- |
| I | Cement Masons Union Local 592 Welfare Plan | 7821 Bartram Ave | Suite 102 | Philadelphia | PA | 19153- |
| J | OPCMIA 526 Combined Funds, Inc. | 1900 Andrew Street | | Munhall | PA | 15120- |
| K | Chester Water Authority | 415 Welsh Street | | Chester | PA | 19013- |
| L | Coatesville Area School District | 3030 C.G. Zinn Road | | Thorndale | PA | 19372- |
| M | Downingtown Area School District | 540 Trestle Place | | Downingtown | PA | 19335- |
| N | Graphic Communications National H & W Fund | 60 Boulevard of the Allies | 5th Floor | Pittsburgh | PA | 15222- |
| O | Great Valley School District | 100 Lindenwood Drive | | Malvern | PA | 19355- |
| P | Philadelphia Firefighters & Paramedics Health Plan Local 22 | 415 N. 5th Street | | Philadelphia | PA | 19123- |
| Q | IAM District 15 Health Fund | 140 Sylvan Avenue, Suit | c/o Zenith | Englewood Cliff | NJ | 07632- |
| R | IBEW 81 Health & Welfare Fund | 425 Eagle Rock Ave | Suite 105 | Roseland | NJ | 07068- |
| S | IBEW 126 Health & Welfare Fund | 632 East Broad St | | Souderton | PA | 18964- |
| T | IBEW 607 Health & Welfare Fund | 425 Eagle Rock Ave | Suite 105 | Roseland | NJ | 07068- |
| U | IBEW Local Union No. 654 Health & Welfare Fund | 3729 Chichester Ave. | | Boothwyn | PA | 19061- |
| V | NECA Local Union 313 IBEW Welfare Fund | c/o 501 Carr Road | Suite 220 | Wilmington | DE | 19809- |
| W | IUPAT DC  21 | 2980 Southampton Road | | Philadelphia | PA | 19154- |
| X | Kennett Consolidated School District | 300 East South Street | | Kennett Square | PA | 19348- |
| Y | Laborers District Council Building & Construction H&W | 665 North Broad St | 2nd Floor | Philadelphia | PA | 19123- |
| Z | Laborers DC Heavy & Highway H&W | 665 North Broad St | 2nd Floor | Philadelphia | PA | 19123- |
| AA | Ohio Laborers' District Council - Ohio Contractor's | 800 Hillsdowne Road | | Westerville | OH | 43081- |
| BB | Law Enforcement Health Benefits | 2233 Spring Garden Sreet | | Philadelphia | PA | 19130- |
| CC | Local 274 Health & Welfare Fund | 22 S. 22nd Street | | Philadelphia | PA | 19103- |
| DD | Lower Moreland Township School District | 2551 Murray Avenue | | Huntington Vall | PA | 19006- |
| EE | Octorara Area School District | 228 Highland Road | | Atglen | PA | 19310- |
| FF | Operating Engineers Local #66 | 111 Zeta Drive | | Pittsburgh | PA | 15238- |
| GG | IUOE Welfare Fund | 1375 Virginia Drive | Suite 245 | Fort Washingto | PA | 19034- |
| HH | Owen J. Roberts School District | 901 Ridge Road | | Pottstown | PA | 19465- |
| II | Phoenixville Area School District | 386 City Line Avenue | | Phoenixville | PA | 19460- |
| JJ | Plumbers & Pipefitters Local 74 | 1000 N. West Street 12t | Suite 1267 | Wilmington | DE | 19801- |
| KK | Plumbers Local 690 | 2791 Southampton Road | | Philadelphia | PA | 19154- |
| LL | Quakertown Community School District | 100 Commerce Drive | | Quakertown | PA | 18951- |
| MM | School Cafeteria Employees Union #634 | 911 Ridgebrook Rd | | Sparks | MD | 21152- |
| NN | PSSU Local Unit Health & Welfare Fund | 2589 Interstate Drive | | Harrisburg | PA | 17110- |
| OO | Service Employees International Union Local 32BJ, District 36 BOLR | 1515 Market Street | Suite 1020 | Philadelphia | PA | 19102- |
| PP | Spring-Ford Area School District | 857 South Lewis Road | | Royersford | PA | 19468- |
| QQ | Steamfitters Local Union No. 420 | 14420 Townsend Road | Suite B | Philadelphia | PA | 19154- |
| RR | Teamsters Local 641 Welfare Fund (inc 660) | 714 Rahway Ave, 2nd Floor | | Union | NJ | 07083- |
| SS | Teamsters Local 830 Welfare Fund | 12298 Townsend Road, | 2nd Floor | Philadelphia | PA | 19154- |
| TT | Teamsters Health & Welfare Fund of Philadelphia & Vicinity | 2500 McClellan Ave., | Suite 140 | Pennsauken | NJ | 08109- |
| UU | Health Fund #917 | 22 North Tyson Avenue | 1st Floor | Floral Park | NY | 11001- |
| VV | Teamsters Industrial Employees Welfare Fund | 303 Molnar Drive | | Elmwood Park | NJ | 07407- |
| WW | Teamsters Joint Council No. 53 Health & Welfare Fund | 2500 McClellan Ave., | Suite 140 | Pennsauken | NJ | 08109- |
| XX | Toledo Electrical Welfare Fund | 727 Lime City Road | Suite 200 | Rossford | OH | 43460- |
| YY | Tredyffrin-Easttown School District | 940 West Valley Road | Suite 1700 | Wayne | PA | 19087- |
| ZZ | Trucking Employees of North Jersey Welfare Fund | 303 Molnar Drive | | Elmwood Park | NJ | 07407- |
| AAA | UAW Local 259 Social Security Department | 140 Sylvan Avenue, Suit | c/o Zenith | Englewood Cliff | NJ | 07632- |
| BBB | UAW Local 259n (Local 365 Welfare Fund) | 140 Sylvan Avenue, Suit | c/o Zenith | Englewood Cliff | NJ | 07632- |
| CCC | United Food and Commercial Workers Union-Employer Health & Wel | 9199 Market Place | Suite 1 | Broadview Heig | OH | 44147- |
| DDD | UFCW Health & Welfare Fund | | | | | |
| EEE | UFCW Local 152 HWF | 3120 Fire Road | Suite 201 | Egg Harbor Tow | NJ | 08234- |
| FFF | UFCW Local 360 Health Fund | 400 Commerce Lane | | West Berlin | NJ | 08091- |

| | | | | | | |
|---|---|---|---|---|---|---|
| **GGG** | UFCW Tri-State Health & Welfare Fund | 3120 Fire Road | Suite 201 | Egg Harbor Tow | NJ | 08234- |
| **HHH** | United Independent Union Welfare Fund | 22 W. Church Street | | Blackwood | NJ | 08012- |
| **III** | Upper Darby School District | 8201 Lansdowne Avenue | | Upper Darby | PA | 19083- |
| **JJJ** | Upper Dublin School District | 1580 Fort Washington Avenue | | Maple Glen | PA | 19002- |
| **KKK** | USW Local 10-00086 Merck EES H&W Plan | 601 Dresher Road | Suite 201 | Horsham | PA | 19044- |
| **LLL** | West Chester Area School District | 782 Springdale Drive | | Exton | PA | 19341- |
| **MMM** | West Virginia Pipe Trades H&W Fund | 6500 Brooktree Road, S | c/o Beacor | Wexford | PA | 15090- |