# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL THIRD PARTY PAYOR ACTIONS* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Donald E. Haviland, Jr. and William H. Platt II, of Haviland Hughes, hereby enters their appearance as co-counsel, with Attorney Angela M. Lavin of Wegman Hessler Valore, for Toledo Electrical Welfare Fund, located at 727 Lime City Road, Suite 200, Rossford, OH 43460; Ohio AFSCME Care Plan, located at 1603 East 27th Street, Cleveland, OH 44114; United Food & Commercial Workers Union-Employer Health & Welfare Fund, located at 9199 Market Place, Suite 1, Broadview Heights, OH 44157 and sixty-two (62) other members of the putative TPP Settlement Class, whose name and addresses are included on the list attached hereto as Exhibit A, all of whom seek to exercise their right to opt out of the TPP Class Settlement.

Please include the undersigned on all future notices of filings and communications.

Date: December 13, 2024

Respectfully submitted:

*/s/ Donald Haviland Jr.*
Donald E. Haviland, Jr. (PA Bar No. 66615)
William H. Platt, II (PA Bar No. 83585)
**Haviland Hughes**
124 S. Maple Ave., Suite 220
Ambler, Pa 19002
Ph 215-609-4661
Fax 215-392-4400

haviland@havilandhughes.com
platt@havilandhughes.com

*Attorney for certain members of the TPP Settlement Class*

# CERTIFICATE OF SERVICE

The foregoing *Notice of Appearance* was served this 13th day of December, 2024 to Counsel for relevant parties via email as follows:

| | |
|---|---|
| Paul J. Geller<br>Mark J. Dearman<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: (561) 750 3000<br>pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>*Interim Settlement Class Counsel; Counsel for Cleveland Bakers and Teamsters Health and Welfare Fund, and Pipe Fitters Local Union No. 120 Insurance Fund* | Elizabeth J. Cabraser<br>Eric B. Fastiff<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>ecabraser@lchb.com<br>efastiff@lchb.com<br>*Interim Settlement Class Counsel; Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan* |
| James R. Dugan, II<br>THE DUGAN LAW FIRM, PC<br>One Canal Place, Suite 1000<br>New Orleans, LA 70130<br>jdugan@dugan-lawfirm.com<br>*Third Party Payor PEC Representative; Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund* | Peter H. Weinberger (0022076)<br>SPANGENBERG SHIBLEY & LIBER<br>1001 Lakeside Ave. East, Suite 1700<br>Cleveland, OH 44114<br>Telephone: (216) 696-3232<br>pweinberger@spanglaw.com<br>*Plaintiffs' Liaison Counsel* |
| Jayne Conroy<br>SIMMONS HANLY CONROY<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>jconroy@simmonsfirm.com | Joseph F. Rice<br>MOTLEY RICE<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9000<br>jrice@motleyrice.com |

*Plaintiff's Co-lead Counsel*
Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Ave., Suite 201
San Juan, PR 00918
Telephone: (304) 654-8281
paul@farrelfuller.com
*Plaintiffs' Co-Lead Counsel*

*Plaintiff's Co-Lead Counsel*


*/s/ Donald Haviland Jr.*
Donald E. Haviland, Jr. (PA Bar No. 66615)
*One of the attorneys for certain members of the TPP Settlement Class*