# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) | **Judge Dan Aaron Polster** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *All Cases* | ) ) | |
| | ) | **ORDER REGARDING** |
| | ) | **PAYMENT BY DEFENDANTS** |
| | ) | **TO SPECIAL MASTER FUND** |

The Court has received reports regarding a failure of payment by defendants to the Special Master and his team. Specifically, the Court has received information that: (1) defendants did not pay in full one of the Special Master's staff's last monthly bill, despite being ordered to do so; (2) the reason defendants made partial instead of full payment is that the Defendant Special Master Fund, into which defendants make deposits and from which their payments to the Special Master and his staff are made, had insufficient funds; and (3) the two PBM defendants have not made *any* deposits into the Defendant Special Master Fund, despite being ordered to do so. *See generally* docket nos. 229, 5693.

Accordingly, the Court orders certain defendants to **SHOW CAUSE** why they should not be held in contempt of court, and to explain why and how this situation has come to pass. Each defendant that has contributed to the Defendant Special Master Fund, plus the two PBMs, shall file a short written position paper and explanation by **noon on December 23, 2024.** The Court will hold

a show cause hearing via Zoom on January 6, 2025 at 10:00 a.m.; counsel and a client representative for each such defendant shall attend.  A Zoom link will be forwarded to counsel by email. Defendants must also arrange for attendance by a knowledgeable person from Faulk and Winkler, the accounting firm that administers the Defendant Special Master Fund.

    **IT IS SO ORDERED.**

                                         **/s/ *Dan Aaron Polster***
                                         **DAN AARON POLSTER**
                                         **UNITED STATES DISTRICT JUDGE**

**Dated:** December 16, 2024