UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma L.P.*, No. 19-op-45853 (Track 12) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION AND EXHIBITS UNDER SEAL

Plaintiff has filed a Motion for leave to file under seal Plaintiff's Opposition to the PBM Defendants' Objection to Special Master Cohen's Order Regarding the Production of Personnel Files, together with its supporting exhibits.

Plaintiff requests that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiff to file under seal its Response and all related Exhibits.

1. Plaintiffs' Motion for Leave to File Response and Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to the Response or Exhibits and the basis therefor.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

3150091.1