# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| *This document relates to:* | |
| *Poarch Band of Creeks*, 1:20-op-45231 | JUDGE DAN AARON POLSTER |

## SUPPLEMENTAL NOTICE OF ERRATA CONCERNING DOC. NOS.  4623 AND 5270 DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TRIBAL SETTLEMENT AGREEMENT

Undersigned counsel of record for the Tribal Leadership Committee and the Tribal Plaintiff Poarch Band of Creeks, 1:20-op-45231, hereby notify the Court of an additional error associated with the Dismissing Plaintiff's case as listed in Appendix A to Doc. 4623, Stipulation and Order Dismissing With Prejudice Claims Pursuant to Tribal Settlement Agreement (Janssen Defendants).

The above-named Order contains an inadvertent error with respect to the listed Dismissing Plaintiff's case number.  In this case, the docket numbers listed in Appendix A should be supplemented with the additional docket number 1:20-op-45231.

The Tribal Leadership Committee has conferred with Counsel for the Janssen Defendants regarding this correction, and all parties are in agreement.  The Parties therefore request that the Court adopt this correction as noted in this Supplemental Notice of Errata.


**Dated:** December 16, 2024          Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd B. Miller*
Lloyd B. Miller / Donald J. Simon / Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer II*
T. Roe Frazer II
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser by EBF*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP


**JANSSEN DEFENDANTS**

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
*Counsel for Janssen Defendants*

2

**SO ORDERED:**

Dated: _____

                                                 _____
                                                 HON. DAN AARON POLSTER

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 16, 2024, a copy of the foregoing **SUPPLEMENTAL NOTICE OF ERRATA CONCERNING DOC. NOS. 4623 AND 5270 DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TRIBAL SETTLEMENT AGREEMENT** was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Steven J. Skikos*
Steven J. Skikos
