UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that we, Ellison Ward Merkel, Haley Plourde-Cole, and David Mader, counsel of record for Express Scripts, Inc. and ESI Mail Pharmacy Service, Inc., hereby give notice to this Honorable Court, all parties, and all counsel of record in this matter that the New York office of Quinn Emanuel Urquhart and Sullivan, LLP has moved to another office location. Our representation of these defendants will continue, and our new contact information effective immediately is reflected in the signature block below.

Dated: December 16, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: _/s/ Ellison Ward Merkel_
Ellison W. Merkel
Haley Plourde-Cole
David Mader
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
ellisonmerkel@quinnemanuel.com
haleyplourdecole@quinnemanuel.com
davidmader@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc. and ESI Mail Pharmacy Service, Inc.*