# EXHIBIT A

| TAB | List of TPP Settlement Class Opt Outs |
|---|---|
| A | **Ohio AFSCME Care Plan** |
| | 1603 East 27th Street, Cleveland OH 44114 |
| B | **AFSCME Local #54** |
| | 425 Eagle Rock Ave., Suite 105 Roseland, NJ 07068 |
| C | **AFSCME Local #590 Health & Welfare Fund** |
| | 425 Eagle Rock Ave., Suite 105 Roseland, NJ 07068 |
| D | **Asbestos Workers Philadelphia Welfare Fund** |
| | 2014 Hornig Road, Philadelphia, PA 19116 |
| E | **Avon Grove School District** |
| | 375 S. Jennersville Road, West Grove, PA 19390 |
| F | **Big Spring School District** |
| | 45 Mount Rock Road, Newville, PA 17241 |
| G | **Dunmore Borough** |
| | 400 S. Blakely Street, Dunmore, PA 18512 |
| H | **Chester County Intermediate Unit** |
| | 455 Boot Road, Downingtown, PA 19335 |
| I | **Cement Masons Union Local 592 Welfare Plan** |
| | 7821 Bartram Ave, Suite 102, Philadelphia, PA 19153 |
| J | **OPCMIA 526 Combined Funds, Inc**. |
| | 1900 Andrew Street, Munhall, PA 15120 |
| K | **Chester Water Authority** |
| | 415 Welsh Street, Chester, PA 19013 |
| L | **Coatesville Area School District** |
| | 3030 C.G. Zinn Road, Thorndale, PA 19372 |
| M | **Downingtown Area School District** |
| | 540 Trestle Place, Downingtown, PA 19335 |
| N | **Graphic Communications National H & W Fund** |
| | 60 Boulevard of the Allies, 5th floor, Pittsburgh, PA 15222 |
| O | **Great Valley School District** |
| | 100 Lindenwood Drive, Malvern, PA 19355 |
| P | **Philadelphia Firefighters & Paramedics Health Plan Local 22** |
| | 415 N. 5th Street, Philadelphia, PA 19123 |
| Q | **IAM District 15 Health Fund** |
| | 140 Sylvan Avenue, Suite 106, c/o Zenith American Solutions Englewood Cliffs, NJ 07632 |
| R | **IBEW 81 Health & Welfare Fund** |
| | 425 Eagle Rock Ave., Suite 105 Roseland, NJ 07068 |
| S | **IBEW 126 Health & Welfare Fund** |
| | 632 East Broad Street, Souderton, PA 18964 |
| T | **IBEW 607 Health & Welfare Fund** |
| | 425 Eagle Rock Ave., Suite 105 Roseland, NJ 07068 |
| U | **IBEW Local Union No. 654 Health & Welfare Fund** |
| | 3729 Chichester Ave., Boothwyn, PA 19061 |
| V | **NECA Local Union 313 IBEW Welfare Fund** |
| | 501 Carr Road, Suite 220, Wilmington, DE 19809 |
| W | **IUPAT DC 21** |
| | 2980 Southampton Road, Philadelphia, PA 19154 |
| X | **Kennett Consolidated School District** |
| | 300 East South Street, Kennett Square, PA 19348 |

| | | |
|---|---|---|
| Y | **Laborers District Council Building & Construction H&W** | |
| | 665 North Broad St., 2nd Floor, Philadelphia, PA 19123 | |
| Z | **Laborers District Council Heavy & Highway Fund** | |
| | 665 North Broad St., 2nd Floor, Philadelphia, PA 19123 | |
| AA | **Ohio Laborers' District Council - Ohio Contractor's** | |
| | 800 Hillsdowne Road, Westerville, OH 43081 | |
| BB | **Law Enforcement Health Benefits** | |
| | 2233 Spring Garden Sreet, Philadelphia, PA 19130 | |
| CC | **Local 274 Health & Welfare Fund** | |
| | 22 S. 22nd Street, Philadelphia, PA 19103 | |
| DD | **Lower Moreland Township School District** | |
| | 2551 Murray Avenue, Huntington Valley, PA 19006 | |
| EE | **Octorara Area School District** | |
| | 228 Highland Road, Suite 1, Atglen, PA 19310 | |
| FF | **Operating Engineers Local #66** | |
| | 111 Zeta Drive, Pittsburgh, PA 15238 | |
| GG | **IUOE Welfare Fund** | |
| | 1375 Virginia Drive, Suite 245, Fort Washington, PA 19034 | |
| HH | **Owen J. Roberts School District** | |
| | 901 Ridge Road, Pottstown, PA 19465 | |
| II | **Phoenixville Area School District** | |
| | 386 City Line Avenue, Phoenixville, PA 19460 | |
| JJ | **Plumbers & Pipefitters Local #74** | |
| | 1000 N. West Street 12th Floor, Suite 1267, Wilmington, DE 19801 | |
| KK | **Plumbers Local #690** | |
| | 2791 Southampton Road, Philadelphia, PA 19154 | |
| LL | **Quakertown Community School District** | |
| | 100 Commerce Drive, Quakertown, PA 18951 | |
| MM | **School Cafeteria Employees Union #634** | |
| | 911 Ridgebrook Rd, Sparks, MD 21152 | |
| NN | **PSSU Local Unit Health & Welfare Fund** | |
| | 2589 Interstate Drive, Harrisburg, PA 17110 | |
| OO | **Service Employees International Union Local 32BJ, District 36 BOLR Welfare Trust Fund** | |
| | 1515 Market Street, Suite 1020, Philadelphia, PA 19102 | |
| PP | **Spring-Ford Area School District** | |
| | 857 South Lewis Road, Royersford, PA 19468 | |
| QQ | **Steamfitters Local Union No. 420** | |
| | 14420 Townsend Road, Suite B, Philadelphia, PA 19154 | |

| | | |
|---|---|---|
| RR | **Teamsters Local 641 Welfare Fund** | |
| | 714 Rahway Ave, 2nd Floor, Union, NJ 07083 | |
| SS | **Teamsters Local 830 Welfare Fund** | |
| | 12298 Townsend Road, 2nd Floor, Philadelphia, PA 19154 | |
| TT | **Teamsters Health & Welfare Fund of Philadelphia & Vicinity** | |
| | 2500 McClellan Ave., Suite 140, Pennsauken, NJ 08109 | |
| UU | **Health Fund #917** | |
| | 22 North Tyson Avenue, 1st Floor, Floral Park, NY 11001 | |
| VV | **Teamsters Industrial Employees Welfare Fund** | |
| | 303 Molnar Drive, Elmwood Park, NJ 07407 | |
| WW | **Teamsters Joint Council No. 53 Health & Welfare Fund** | |
| | 2500 McClellan Ave., Suite 140, Pennsauken, NJ 08109 | |
| XX | **Toledo Electrical Welfare Fund** | |
| | 727 Lime City Road, Suite 200, Rossford, OH 43460 | |
| YY | **Tredyffrin/Easttown School District** | |
| | 940 West Valley Road, Suite 1700, Wayne, PA 19087 | |
| ZZ | **Trucking Employees of North Jersey Welfare Fund** | |
| | 303 Molnar Drive, Elmwood Park, NJ 07407 | |
| AAA | **UAW Local 259 Social Security Department** | |
| | 140 Sylvan Avenue, Suite 106, c/o Zenith American Solutions, Englewood Cliffs, NJ 07632 | |
| BBB | **UAW Local 259n (Local 365 Welfare Fund)** | |
| | 140 Sylvan Avenue, Suite 106, c/o Zenith American Solutions, Englewood Cliffs, NJ 07632 | |
| CCC | **United Food and Commercial Workers Union-Employer Health & Welfare Fund** | |
| | 9199 Market Place, Suite 1, Broadview Heights, OH 44147 | |
| DDD | **UFCW Health & Welfare Fund** | |
| EEE | **UFCW Local 152 HWF** | |
| | 3120 Fire Road, Suite 201, Egg Harbor Township, NJ 08234 | |
| FFF | **UFCW Local 360 Health Fund** | |
| | 400 Commerce Lane, West Berlin, NJ 08091 | |
| GGG | **UFCW Tri-State Health & Welfare Fund** | |
| | 3120 Fire Road, Suite 201, Egg Harbor Township, NJ 08234 | |
| HHH | **United Independent Union Welfare Fund** | |
| | 22 W. Church Street, Blackwood, NJ 08012 | |
| III | **Upper Darby School District** | |
| | 8201 Lansdowne Avenue, Upper Darby, PA 190836 | |
| JJJ | **Upper Dublin School District** | |
| | 1580 Fort Washington Avenue, Maple Glen, PA 19002 | |
| KKK | **USW Local 10-00086 Merck EES H&W Plan** | |
| | 601 Dresher Road, Suite 201 Horsham, PA 19044 | |
| LLL | **West Chester Area School District** | |
| | 782 Springdale Drive, Exton, PA 19341 | |
| MMM | **West Virginia Pipe Trades H&W Fund** | |
| | 6500 Brooktree Road, Suite 205, c/o Beacon Administrators & Consultants, Inc., Wexford, PA 15090 | |