# EXHIBIT E

**OPT-OUT FORM**
*In re: National Prescription Opiate Litigation*, No. 1:17-md-2804

I, Thomas W. King III, am the Solicitor for the Big Spring School District (the "Fund"). Under penalty of perjury, I am a legally authorized representative of the below-identified Fund, a TPP Class Member, who has authority to exclude the Fund from the Settlement:

> Big Spring School District
> 45 Mount Rock Road
> Newville, Pennsylvania 17241

The Fund is a TPP Class Member by reason of having satisfied the prerequisites of the TPP Class definition, including having paid and/or reimbursed for opioid prescription drugs manufactured, marketed, sold, distributed, or dispensed by any of the Defendants and/or Opioid Supply Chain Members for purposes other than resale during the time period from January 1, 1996 through September 2024. The Fund wishes to be excluded from the TPP Class. The Fund is, or may become, a part of the case filed by Plumbers Local Union No. 690 Health Plan in the Court of Common Pleas of Delaware County, Pennsylvania, Case No. CV-2019-007625. Any further contact about this Opt-Out Form should be directed to Fund counsel identified below.

By: *[signature]*
Thomas W. King III, Esquire
Solicitor
Big Spring School District
c/o Dillon McCandless King Coulter & Graham LLP
128 West Cunningham Street
Butler, PA 16001
724-283-2200

Co-Counsel for the Fund
Donald E. Haviland, Jr., Esquire
haviland@havilandhughes.com
William H. Platt II, Esquire
platt@havilandhughes.com
**Haviland Hughes**
124 S. Maple Ave., Suite 220
Ambler, Pa. 19002
215·609·4661 telephone