# EXHIBIT F

| | |
|---|---|
| **From:** | Bill Platt |
| **To:** | Mark Dearman |
| **Cc:** | OptOut@TPPOpioidSettlement.com; Don Haviland; TPP Opioid Settlement |
| **Subject:** | The emails you requested today. |
| **Date:** | Wednesday, December 4, 2024 2:29:42 PM |
| **Attachments:** | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | FW In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg |
| | In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md- |

02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
FW In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg
FW In re National Prescription Opiate Litigation--Third Party Payor (TPP) Litigation Class Action Settlement 117-md-02804-DAP.msg

Mark,

Thank you for the call today and for your request that we send these emails to you in bulk.  As your co-counsel is aware, the attached emails were timely issued, but mistakenly addressed incorrectly—the second "i" in "opioids" was left out.  Once we learned of the error yesterday, we immediately corrected it. We learned of the error by our own diligence, not from either plaintiff counsel or defense counsel in the MDL who previously accepted a similarly erroneous Opt-Out by our client, Plumbers Local 690.  Your December 19, 2024 amended update to Judge Polster confirms such acceptance.  Prior to Monday evening, we were unaware of the missing "i" in the emails from my assistant (ldillinger@havilandhughes.com) on my behalf. The situation is now rectified.

As of now, you and your co-counsel (and the settling defendants' counsel) should have received all of the following:

1. The timely issued emails sent prior to the November 11, 2024 deadline to opt out;
2. My 62 emails sent to OptOut@TPPOpioidSettlement.com and info@TPPOpioidSettlement.com) yesterday morning, just hours after we learned of the missing "i" in prior  emails;
3. Don Haviland's letter today to the Claims Administrator, which was relayed to Judge Polster by Liaison Counsel and included the names of each client seeks to out of the TPP Class Settlement, and
4. This bundled email, which is duplicative of the 62 emails sent yesterday, but contained in this one email.

If you have any other questions, please contact me.
We would appreciate the final word of MDL Plaintiff Counsel if they object to any of our clients' Opt Outs and reasons why.
Should we need to file a Motion with the Court, we would like to accurately state MDL Counsels' position.

Bill


William H. Platt II
**Haviland Hughes**
124 S. Maple St.
Suite 220
Ambler, PA 19002
215-609-4661
**Ambler – Philadelphia**
**Atlantic City – Lehigh Valley**