# EXHIBIT G

| From: | Peter H. Weinberger |
|---|---|
| To: | Dan Polster; david@specialmaster.law |
| Cc: | Ashley; Elizabeth J. Cabraser; Paul Geller; mreynolds@cravath.com; kmentone@cravath.com; McClure, Shannon E.; EPGolin@wlrk.com; tamyers@wrlk.com; Stein, Emma Sydney; Bhauck@jenner.com; aelliott@jenner.com; Jross@jenner.com; ghobart@cov.com; thester@cov.com; nroman@cov.com; cpistilli@cov.com; Bill Platt; Don Haviland |
| Subject: | Fw: TPP Class Settlement Opt Outs |
| Date: | Wednesday, December 4, 2024 12:24:07 PM |
| Attachments: | image001.png |
| | 2024.12.04.Letter to TPP Class Settlement Claims Administrator.pdf |

Dear Judge Polster and SM Cohen:

At the request of Don Haviland, I am forwarding to you the attached correspondence from MR. Haviland regarding the TPP Class settlement motion.

Pete Weinberger
Liaison Counsel, MDL 2804

**From:** Don Haviland <haviland@havilandhughes.com>
**Sent:** Wednesday, December 4, 2024 11:40 AM
**To:** info@TPPOpioidSettlement.com <info@TPPOpioidSettlement.com>
**Cc:** Padley, Ashley <PadleyA@co.delaware.pa.us>; Peter H. Weinberger
<PWeinberger@spanglaw.com>; ecabraser@lchb.com <ecabraser@lchb.com>;
pgeller@rgrdlaw.com <pgeller@rgrdlaw.com>; mreynolds@cravath.com
<mreynolds@cravath.com>; kmentone@cravath.com <kmentone@cravath.com>; McClure,
Shannon E. <smcclure@reedsmith.com>; EPGolin@wlrk.com <EPGolin@wlrk.com>;
tamyers@wrlk.com <tamyers@wrlk.com>; Stein, Emma Sydney <esstein@wlrk.com>;
Bhauck@jenner.com <Bhauck@jenner.com>; aelliott@jenner.com <aelliott@jenner.com>;
Jross@jenner.com <Jross@jenner.com>; ghobart@cov.com <ghobart@cov.com>; thester@cov.com
<thester@cov.com>; nroman@cov.com <nroman@cov.com>; cpistilli@cov.com
<cpistilli@cov.com>; Bill Platt <platt@havilandhughes.com>
**Subject:** TPP Class Settlement Opt Outs

To whom it may concern, please see attached letter and attachment thereto.

Donald E. Haviland, Jr., Esq
**Haviland Hughes**
***Please note our new address***:
124 S. Maple Ave., Suite 220
Ambler, Pa 19002
Ph 215-609-4661
Fax 215-392-4400
Ambler – Philadelphia
Atlantic City – Lehigh Valley



Peter H. Weinberger
Of Counsel
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com

CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.



## HAVILAND HUGHES

WWW.HAVILANDHUGHES.COM

***Via Electronic Mail (to:*** info@TPPOpioidSettlement.com )
***and First Class Mail, Return Receipt Requested***
In re National Prescription Opiate Litigation
P.O. Box 173026
Milwaukee, WI 53217

> **Re:**     ***In re: National Prescription Opiate Litigation, Case No. 1:17-md-2804-DAP***
> **TPP Class Action Settlement: Opt Outs**

To whom it may concern:

I am writing to provide you with additional copies of the Opt Out Forms submitted to you yesterday via electronic mail, respecting the decision by our clients to opt out of the TPP Class Action Settlement in MDL 2804. For your convenience, I have included an Index of the 65 separate Opt Outs included in this packet. Although the mailing has been sent return receipt requested by the postal service, because the only means of submitting these Opt Out via paper is via delivery to the above post office box which, as you know, does not enable a sender to utilize any faster, secure overnight delivery service.  Accordingly, we ask you to acknowledge receipt of this letter, and to further acknowledge receipt of the mail packet at your P.O. Box once received.

We acknowledge that this correspondence is submitted after the opt out deadline of November 11, 2024. Notwithstanding that issue, which will be otherwise be addressed with the MDL Court in due time, we still require you to provide the above acknowledgements of receipt to avoid any further issue of delivery to the TPP Settlement Claims Administrator.

For your information, it was only first brought to our attention yesterday that our prior email transmittals contained an error in the email addresses. You saw the same via my partner's re-delivery to you yesterday of each of the prior emails. While Interim Class Settlement Counsel were fully aware of the email error and acknowledged the same with the Court (see ECF No. 5775)[1], they failed to raise the issue with undersigned counsel until yesterday. Unfortunately, Interim Settlement Class Counsel appear poised to oppose the requests by my clients to have their

---

[1] In a Notice of Filing of Supplemental Opt-Out Report dated November 19, 2024, Interim Settlement Class Counsel reported that "[t]his report includes an additional entity that, on November 4, 2024, submitted its opt-out request to incorrect email addresses (info@TPPOpiodsettlement.com and OptOut@TPPOpiodSettlement.com) rather than the correct email addresses (info@TPPOpioidsettlement.com and OptOut@TPPOpioidSettlement.com). The parties have agreed to deem this a timely and complete opt out despite the typographical error." That lone Opt Out (by Plumbers Local 690) was sent to the same incorrect email address as all the other, dozens of Opt Outs my firm submitted on or around November 4, 2024.

Dec. 4, 2024
Page 2

opt out decisions honored, despite the apparent excusable neglect of the inadvertent error, requiring us to take extraordinary measure to protect their rights.

By carbon-copy of this letter, we are alerting all interested parties, through counsel, of this situation. Because we timely alerted Judge Dozor in the Court of Common Pleas of Delaware County (the court charged with managing all the Pennsylvania Coordinated Cases) of the opt out decisions of dozens of our clients on November 12, 2024, we have copied His Honor to provide him a further update. Finally, no one in my firm is admitted *pro hac vice* to the bar of the Northern District of Ohio, we ask that Liaison Counsel, Mr. Weinberger, submit a copy of this letter to Judge Polster via appropriate means to alert him as to the situation, and the forthcoming Motion for Leave we intend to file, without the consent of the settling parties.

Respectfully submitted,

*/s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr.
Counsel for Opt Outs on attached Index

cc (w/ encl.):
Hon. Barry C. Dozor (via email, PadleyA@co.delaware.pa.us)
Peter H. Weinberger, Esq., Plaintiffs' Liaison Counsel (via email pweinberger@spanglaw.com)
Elizabeth J. Cabraser, Esq., Settlement Class Counsel (via email, ecabraser@lchb.com)
Paul J. Geller, Esq., Settlement Class Counsel (via email, pgeller@rgrdlaw.com)
Michael T. Reynolds, Esq, Counsel for Cencora (via email, Mreynolds@cravath.com)
Kristina Mentone, Esq., Counsel for Cencora (via email, Kmentone@cravath.com)
Shannon E. McClure, Esq., Counsel for Cencora (via email, smcclure@reedsmith.com)
Elaine P. Golin, Esq., Counsel for Cardinal Health (via email, EPGolin@wlrk.com)
Thomas A. Myers, Esq., Counsel for Cardinal Health (via email, tamyers@wrlk.com)
Emma Sydney Stein, Esq., Counsel for Cardinal Health (via email, esstein@wlrk.com)
Brian Hauck, Esq., Counsel for McKesson (via email, Bhauck@jenner.com)
Andrew Elliott, Esq., Counsel for McKesson (via email, aelliott@jenner.com)
Jenna E. Ross, Esq., Counsel for McKesson (via email, Jross@jenner.com)
Geoffrey E. Hobart, Esq., Counsel for McKesson (via email, ghobart@cov.com)
Timothy C. Hester, Esq., Counsel for McKesson (via email, thester@cov.com)
Neil Roman, Esq., Counsel for McKesson (via email, nroman@cov.com)
Christian J. Pistilli, Esq., Counsel for McKesson (via email, cpistilli@cov.com)

| TAB | List of TPP Settlement Class Opt Outs |
|-----|---------------------------------------|
| A | AFSCME Care Plan of Ohio |
| B | AFSCME H&W Fund 54 |
| C | AFSCME H&W Fund 590 |
| D | Asbestos Workers Philadelphia |
| E | Avon Grove School District |
| F | Big Spring School District |
| G | Borough of Dunmore |
| H | Chester County Intermediate Unit (CCIU) |
| I | Cement Masons Local 592 |
| J | Cement Masons Local 526 (OPCMIA 526 Combined Funds) |
| K | Chester Water Authority |
| L | Coatesville School District |
| M | Downingtown School District |
| N | Graphic Communications |
| O | Great Valley School District |
| P | IAFF Local 22 (Phila Firefighters & Paramedics) |
| Q | IAM District 15 Health Fund |
| R | IBEW Local 81 |
| S | IBEW Local 126 |
| T | IBEW Local 607 |
| U | IBEW Local 654 |
| V | IBEW NECA Local Union 313 |
| W | IUPAT District Council 21 |
| X | Kennett Consolidated School District |
| Y | Laborers DC Building & Construction H&W |
| Z | Laborers DC Heavy & Highway H&W |
| AA | Laborers District Council of Ohio |
| BB | Law Enforcement Health Benefits |
| CC | Local 274 H& W Fund (Unite Here) |
| DD | Lower Moreland School District |
| EE | Octorara School District |
| FF | Operating Engineers Local 66 |
| GG | Operating Engineers Union Local 542 |
| HH | Owen J. Roberts School District |
| II | Phoenixville School District |
| JJ | Plumbers & Pipefitters Local 74 |
| KK | Plumbers Local 690 |
| LL | Quakertown School District |
| MM | School Cafeteria Workers Local 634 |
| NN | SEIU 668 PSSU |
| OO | SEIU Local 32BJ-District 36 BOLR Welfare Fund |
| PP | Spring Ford School District |
| QQ | Steamfitters Local 420 |

| **RR** | Teamsters Local 641 |
| **SS** | Teamsters Local 830 |
| **TT** | Teamsters Health & Welfare Fund of Phila. & Vicinity |
| **UU** | Teamsters Health Fund  Local 917 |
| **VV** | Teamsters Industrial Employees |
| **WW** | Teamsters Joint Council 53 H&W Fund |
| **XX** | Toledo Electrical |
| **YY** | Tredyffrin-Easttown School District |
| **ZZ** | Trucking Employees of North Jersey |
| **AAA** | UAW Local 259 Social Security Department |
| **BBB** | UAW Local 259n (365 Fund) |
| **CCC** | UFCW Union Employer Health & Welfare Fund |
| **DDD** | UFCW Health & Welfare Fund |
| **EEE** | UFCW Local 152 H&W Fund |
| **FFF** | UFCW Local 360 Health Fund |
| **GGG** | UFCW Tri-State H&W Fund |
| **HHH** | United Independent Union Welfare Fund |
| **III** | Upper Darby School District |
| **JJJ** | Upper Dublin School District |
| **KKK** | USW Local 10-00086 Merck EES H&W Fund |
| **LLL** | West Chester School District |
| **MMM** | West Va. Pipe Health & Welfare Local 83 & 565 |