UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Michael Masiowski, MD.,<br>On behalf of himself and all others similarly situated,<br>Plaintiff<br>v.<br><br>Amerisourcebergen Drug Corporation et al,<br><br>Defendants. | Member Case #: 1:18-op-45985-DAP<br><br>Judge Dan Aaron Polster<br>(MDL 2804)<br>Lead case: 1:17-md-02804-DAP |

### NOTICE OF FILING AMENDED EXHIBIT A IN SUPPORT OF PLAINTFF'S MOTION FOR LEAVE TO AMEND

Plaintiff Masiowski hereby notifies the Court, and all other interested parties, of filing Amended Exhibit A, In Support of Plaintiff's Motion for Leave to Amend [Doc. 33] in No. 18-op-45985 And [Doc. 5582] in 1:17-md-2804.

Dated: December 19, 2024

Respectfully submitted,
*/s/ Paul S. Rothstein*
Attorney Paul S. Rothstein
Florida Bar Number: 310123
Attorney Paul S. Rothstein, P.A.
626 N.E. 1st Street
Gainesville, FL 32601
(352) 376-7650
(352) 374-7133
E-Mail: psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this December 19, 2024, I electronically filed the foregoing NOTICE OF FILING AMENDED EXHIBIT A IN SUPPORT OF PLAINTFF'S MOTION FOR LEAVE TO AMEND with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                  */s/ Paul S. Rothstein*
                                                  Paul S. Rothstein