# EXHIBIT A

*In Re: National Prescription Opiate Litigation*, No. 1:17-md-2804
**TPP-Distributors Settlement**
**FINAL Opt-Out Report**

*Note: No TPPs that have filed cases in MDL 2804 have opted out of the TPP-Distributors Settlement. There is 100% MDL TPP participation in the settlement.*

|   | Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|---|
| 1. | Central Painting & Sandblasting, Inc *(included in ECF No. 5722-1, Opt-Out Report)* | 9/25/2024 (timely) | Yes |
| 2. | Citation Oil & Gas Corp *(included in ECF No. 5722-1, Opt-Out Report)* | 10/16/2024 (timely) | Yes |
| 3. | Donegal Mutual Insurance Co. *(included in ECF No. 5722-1, Opt-Out Report)* | 10/29/2024 (timely) | Yes |
| 4. | Asbestos Workers Philadelphia Welfare Fund | 11/1/2024 (timely) | Yes |
| 5. | Avon Grove School District *(included in ECF No. 5722-1, Opt-Out Report)* | 11/4/2024 (timely) | Yes |
| 6. | Ohio Farmers Insurance Company Group Health Plan *(included in ECF No. 5722-1, Opt-Out Report)* | 11/7/2024 (timely) | Yes |
| 7. | Plumbers' Local Union No. 690 Health Plan *(included in ECF No. 5775-1, Supplemental Opt-Out Report)* | 11/4/2024 (later received[1]) | Yes |
| 8. | AFSCME Local #54 | Later received | Yes |
| 9. | AFSCME Local #590 Health & Welfare Fund | Later received | Yes |
| 10. | Big Spring School District *(Received by Notice Administrator after extended opt-out deadline by email on December 4, 2024 and by U.S. Mail on December 6, 2024)* | December 4 and 6, 2024 | Yes |
| 11. | Borough of Dunmore | Later received | Yes |

---

[1] For this and entries denoted "Later received," the settling parties agree as a matter of courtesy not to challenge these entities' opt-out requests as to timeliness based on counsel's emailing them to an incorrect email address. The determination of whether these opt-outs are properly excluded based on timeliness and/or other grounds is a matter for Court determination.

1

|     | Entity Name | Postmark Date | Was Required Information Provided? |
| --- | --- | --- | --- |
| 12. | Cement Masons Union Local 592 Welfare Plan | Later received | Yes |
| 13. | Chester County Intermediate Unit (CCIU) | Later received | Yes |
| 14. | Chester Water Authority | Later received | Yes |
| 15. | Coatesville Area School District | Later received | Yes |
| 16. | Downingtown Area School District | Later received | Yes |
| 17. | Graphic Communications National Health & Welfare Fund | Later received | Yes |
| 18. | Great Valley School District | Later received | Yes |
| 19. | Health Fund 917 | Later received | Yes |
| 20. | IAM District 15 Health Fund | Later received | Yes |
| 21. | IBEW 81 Health & Welfare Fund | Later received | Yes |
| 22. | IBEW 126 Health & Welfare Fund *(Emailed after extended opt-out deadline to James Dugan on December 2, 2024 and received by Notice Administrator by U.S. Mail on December 6, 2024)* | December 2 and 6, 2024 | Yes |
| 23. | IBEW 607 Health & Welfare Fund | Later received | Yes |
| 24. | IBEW Local Union 654 Health & Welfare Fund | Later received | Yes |
| 25. | International Union of Operating Engineers Local 542 [Welfare Fund] | Later received | Yes |
| 26. | IUPAT District Council 21 | Later received | Yes |
| 27. | JC 53 Health & Welfare Fund | Later received | Yes |
| 28. | Kennett Consolidated School District | Later received | Yes |
| 29. | Laborers' District Council Building and Construction Health and Welfare Fund | Later received | Yes |
| 30. | Laborers' District Council Heavy and Highway Construction Health and Welfare Fund | Later received | Yes |
| 31. | Law Enforcement Health Benefits, Inc. | Later received | Yes |
| 32. | Local 274 Health & Welfare Fund | Later received | Yes |
| 33. | Lower Moreland Township School District | Later received | Yes |
| 34. | NECA Local Union 313 IBEW Health & Welfare Fund | Later received | Yes |
| 35. | Octorara Area School District | Later received | Yes |

|     | Entity Name | Postmark Date | Was Required Information Provided? |
| --- | --- | --- | --- |
| 36. | Ohio AFSCME Care Plan | Later received | Yes |
| 37. | Ohio Laborers' District Council – Ohio Contractor's Association Insurance Fund | Later received | Yes |
| 38. | OPCMIA 526 Combined Funds, Inc. *(Emailed after extended opt-out deadline to James Dugan on December 2, 2024 and received by Notice Administrator by U.S. Mail on December 6, 2024)* | December 2 and 6, 2024 | Yes |
| 39. | Operating Eng Local 66 Welfare Fund | Later received | Yes |
| 40. | Owen J. Roberts School District | Later received | Yes |
| 41. | Philadelphia Firefighters & Paramedics Health Plan Local 22 (IAFF Local 22) | Later received | Yes |
| 42. | Phoenixville Area School District | Later received | Yes |
| 43. | Plumbers & Pipefitters Local 74 Welfare Fund | Later received | Yes |
| 44. | Quakertown Community S.D. | Later received | Yes |
| 45. | School Cafeteria Employees UNITEHERE Local No. 634 Health & Welfare Fund | Later received | Yes |
| 46. | SEIU 668 PSSU Health and Welfare Fund | Later received | Yes |
| 47. | SEIU Local 32BJ, District 36 BOLR Welfare Trust Fund | Later received | Yes |
| 48. | Spring-Ford Area School District | Later received | Yes |
| 49. | Steamfitters Local Union No. 420 | Later received | Yes |
| 50. | Teamsters Health & Welfare Fund *(Form received, but appears to be for Teamsters Health & Welfare Fund of Phila. & Vicinity)* | Later received | Yes |
| 51. | Teamsters Industrial Employees Welfare Fund | Later received | Yes |
| 52. | Teamsters Local 641 Welfare Fund | Later received | Yes |
| 53. | Teamsters Local 830 Health & Welfare Fund | Later received | Yes |
| 54. | Toledo Electrical Welfare Fund | Later received | Yes |
| 55. | Tredyffrin-Easttown School District | Later received | Yes |
| 56. | Trucking Employees of North Jersey | Later received | Yes |
| 57. | UAW Local 259 Social Security Department | Later received | Yes |

|     | **Entity Name** | **Postmark Date** | **Was Required Information Provided?** |
| --- | --- | --- | --- |
| 58. | UAW Local 259n (365 Welfare Fund) | Later received | Yes |
| 59. | UFCW Health & Welfare Fund | Later received | Yes |
| 60. | UFCW Local 152 Health & Welfare Fund | Later received | Yes |
| 61. | UFCW Local 360 Health Fund | Later received | Yes |
| 62. | UFCW Tri-State Health & Welfare Fund | Later received | Yes |
| 63. | UFCW Union-Employer Health & Welfare Fund | Later received | Yes |
| 64. | United Independent Union Welfare Fund | Later received | Yes |
| 65. | Upper Darby School District | Later received | Yes |
| 66. | Upper Dublin School District | Later received | Yes |
| 67. | USW Local 10-00086 Merck EES H&W Fund | Later received | Yes |
| 68. | West Chester Area School District | Later received | Yes |
| 69. | West Va. Pipe Health & Welfare Local 83 & 565 [opt-out form has handwritten "W.V.P.T." and "Local 83 & 565"] | Later received | Yes |