UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL THIRD PARTY PAYOR ACTIONS* | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**REPLY MEMORANDUM IN SUPPORT OF
MOTION FOR APPROVAL OF OPT OUTS FROM TPP CLASS ACTION
SETTLEMENT, OR IN THE ALTERNATIVE,
<u>FOR LEAVE TO FILE LATE OBJECTIONS</u>**

Undersigned counsel for two Third Party Payors ("**TPPs**"), OPCMIA 526 Combined Funds, f/k/a Cement Masons Local No. 526 ("**OPCMIA 526**") and IBEW Local 126 Health & Welfare Fund ("**IBEW 126**"), and one school district, Big Spring School District ("**Big Spring**") (collectively, the "**Late TPP Opt Outs**") hereby file their omnibus reply, attached hereto and incorporated herein, to the two briefs filed in opposition[1] to their Motion for Leave of Court to allow their late opt outs from the TPP Class Action Settlement (Motion for Leave at ECF 5824).

December 27, 2024

Respectfully submitted,

/s/Donald E. Haviland, Jr.
Donald E. Haviland, Jr. (PA Bar No. 66615)
William H. Platt II (PA Bar No. 83585)
**HAVILAND HUGHES**
124 S. Maple Way, Suite 220
Ambler, PA 19002
Ph: (215) 609-4661
Fax: (215) 392-4400
haviland@havilandhughes.com
platt@havilandhughes.com

---

[1] On Friday, December 20, 2024, two responsive briefs were filed by Opponents, one by "Class Plaintiffs" (*ie*. Interim TPP Settlement Class Counsel) (ECF 5831) and the other by Settling Distributors (ECF 5830). Because the briefs largely repeat arguments in opposition, Late TPP Opt Outs hereby file this Omnibus Memorandum addressing all arguments in one reply brief.

1

And

/s/Angela M. Lavin
Angela M. Lavin (0069604)
Wegman Hessler Valore
6055 Rockside Woods Blvd., #200
Cleveland, Ohio 44131
Ph: 216-642-3342
Fax: 216-642-8826
amlavin@wegmanlaw.com

*Attorneys for certain members of the TPP Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing *Reply* was filed electronically with the Court this 27th day of December 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Angela M. Lavin
*One of the Attorneys for certain members of the TPP Settlement Class*