# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| ) | |
| *MULTIPLE CASES –* ) | |
| *SEE ATTACHED LIST* ) | CASE NUMBER: |
| ) | *See Attached List* (MDL 2804) |
| ) | |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS

Notice is hereby given that, subject to approval by the court, SuperValu, Inc., Advantage Logistics, Advantage Logistics Midwest, and Advantage Logistics USA West LLC substitute Trevor K. Scheetz (6306924 (IL)), Matthew H. Rice (97290 (OH)), Joseph M. Vanek (6197046 (IL)), Greg Shinall (6204392 (IL)), and David P. Germaine (6274984 (IL)), as counsel of record in place of Francis A. Citera and Gretchen N. Miller. Contact information for new counsel is:

Firm Name: Sperling Kenny Nachwalter, LLC
Address: 321 North Clark Street, 25th Floor, Chicago, Illinois 60654
Telephone: (312) 641-3200        Facsimile: (312 641-6492)
Email: tscheetz@sperlingkenny.com
mrice@sperlingkenny.com
jvanek@sperlingkenny.com
shinall@sperlingkenny.com
dgermaine@sperlingkenny.com

I consent to the above substitution.        */s/Kim J. Mydrahl*, for Supervalu, Inc.,
Date: January 2, 2025                Advantage Logistics, Advantage
                        Logistics Midwest, Inc., and Advantage
                        Logistics USA West LLC

I consent to being substituted.        */s/ Francis A. Citera*
Date: January 2, 2025                */s/ Gretchen N. Miller*

I consent to the above substitution.        */s/ Trevor K. Scheetz*
Date: January 2, 2025                */s/ Matthew H. Rice*
                        */s/ Joseph M. Vanek*
                        */s/ Greg Shinall*
                        */s/ David Germaine*

**The substitution of attorneys is hereby approved and so ORDERED.**

Date: _____        _____
                                Judge