**Sperling Kenny Nachwalter, LLC**
**Substitute Appearance Case List**

| # | Case Caption | Case No. | Defendant(s) |
|---|---|---|---|
| 1. | *Canyon County, ID v. Purdue Pharma L.P., et al.* | 1:18-op-46277 | SuperValu, Inc. d/b/a Advantage Logistics |
| 2. | *County of Adams, et al. v. Purdue Pharma L.P., et al.* | 1:18-op-46062 | SuperValu, Inc. d/b/a Advantage Logistics |
| 3. | *Ada County v. Purdue Pharma, L.P., et al.* | 1:19-op-45775 | Advantage Logistics |
| 4. | *Bingham County v. Purdue Pharma, L.P., et al.* | 1:19-op-45758 | 1. Advantage Logistics<br>2. SuperValu, Inc. d/b/a Advantage Logistics |
| 5. | *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.* | 1:18-op-45749 | Advantage Logistics |
| 6. | *Northern Cheyenne Tribe v. Purdue Pharma, L.P., et al.* | 1:19-op-45010 | Advantage Logistics |
| 7. | *County of Clackamas, et al. v. Purdue Pharma L.P., et al.* | 1:18-op-45442 | Advantage Logistics |
| 8. | *Klamath Tribes v. Purdue Pharma L.P., et al.* | 1:19-op-45786 | Advantage Logistics |
| 9. | *Northern Arapaho Tribe v. Purdue Pharma L.P., et al.* | 1:18-op-45438 | Advantage Logistics |
| 10. | *City of Chula Vista, CA v. AmerisourceBergen Drug Corp., et al.* | 1:19-op-45750 | Advantage Logistics |
| 11. | *Nez Perce Tribe, ID v. Purdue Pharma L.P., et al.* | 1:18-op-45730 | Advantage Logistics |
| 12. | *Sangamon County, IL, et al. v. Teva Pharmaceutical Industries, LTD., et al.* | 1:20-op-45154 | Advantage Logistics |

| # | Case Caption | Case No. | Defendant(s) |
|---|---|---|---|
| 13. | *Polk County, IA v. Purdue Pharma L.P., et al.* | 1:18-op-45116 | Supervalu, Inc. d/b/a Advantage Logistics |
| 14. | *Adair County, IA, et al. v. Purdue Pharma L.P., et al.* | 1:18-op-45122 | Supervalu, Inc. d/b/a Advantage Logistics |
| 15. | *Black Hawk County, IA, et al. v. Purdue Pharma L.P., et al.* | 1:18-op-45303 | Supervalu, Inc. d/b/a Advantage Logistics |
| 16. | *Allamakee County, IA v. Purdue Pharma L.P., et al.* | 1:18-op-45983 | Supervalu, Inc. d/b/a Advantage Logistics |
| 17. | *Appanoose County, IA, et al. v. Allergan PLA f/k/a Actavis PLC, et al.* | 1:21-op-45051 | Supervalu, Inc. d/b/a Advantage Logistics |
| 18. | *Ramsey County, MN v. Purdue Pharma L.P., et al.* | 1:17-op-45073 | Advantage Logistics |
| 19. | *Washington County, MN v. Purdue Pharma L.P., et al.* | 1:17-op-45074 | Advantage Logistics |
| 20. | *Anoka County, MN v. Purdue Pharma L.P., et al.* | 1:18-op-45101 | Supervalu, Inc. d/b/a Advantage Logistics |
| 21. | *Itasca County, MN v. Purdue Pharma L.P., et al.* | 1:18-op-45958 | Advantage Logistics USA West LLC |
| 22. | *Dakota County, MN v. Purdue Pharma L.P., et al.* | 1:18-op-46112 | Advantage Logistics USA West LLC |
| 23. | *St. Louis County, MO v. Purdue Pharma L.P., et al.* | 1:17-op-45083 | Supervalu, Inc. d/b/a Advantage Logistics |
| 24. | *Jackson County, MO v. Purdue Pharma L.P., et al.* | 1:18-op-45965 | Supervalu, Inc. d/b/a Advantage Logistics |
| 25. | *City of Kansas City, MO v. Purdue Pharma L.P., et al.* | 1:18-op-46029 | Supervalu, Inc. d/b/a Advantage Logistics |
| 26. | *St. Charles County, MO v. Purdue Pharma L.P., et al.* | 1:18-op-46059 | Supervalu, Inc. d/b/a Advantage Logistics |
| 27. | *City of Great Falls, MT, et al. v. Purdue Pharma L.P., et al.* | 1:19-op-45083 | Supervalu, Inc., sued individually and as successor-by-merger to Advantage Logistics Midwest, Inc. |
| 28. | *Missoula County, MT v. Purdue Pharma L.P., et al.* | 1:19-op-45112 | Advantage Logistics |
| 29. | *City of Laconia, NH v. AmerisourceBergen Drug Corp., et al.* | 1:18-op-45583 | Advantage Logistics |
| 30. | *Pasquotank County, NC v. AmerisourceBergen Drug Corp., et al.* | 1:18-op-45986 | Advantage Logistics |

| # | Case Caption | Case No. | Defendant(s) |
|---|---|---|---|
| 31. | *Camden County, NC v. AmerisourceBergen Drug Corp., et al.* | 1:19-op-45001 | Advantage Logistics Midwest, Inc. |
| 32. | *Bon Secours Health System, Inc., VA, et al. v. Purdue Pharma L.P., et al.* | 1:18-op-45820 | Advantage Logistics |
| 33. | *City of Virginia Beach, VA, et al. v. AmerisourceBergen Drug Corp., et al.* | 1:18-op-46137 | Advantage Logistics |
| 34. | *City of Norfolk, VA v. AmerisourceBergen Drug Corp., et al.* | 1:19-op-45926 | Advantage Logistics |
| 35. | *Thurston County, WA v. Purdue Pharma L.P., et al.* | 1:18-op-45409 | Advantage Logistics |
| 36. | *Tulalip Tribes, WA v. Purdue Pharma L.P., et al.* | 1:18-op-45589 | Advantage Logistics |
| 37. | *Kitsap County, WA v. Purdue Pharma L.P., et al.* | 1:18-op-45956 | Advantage Logistics |
| 38. | *City of Olympia, WA v. Purdue Pharma L.P., et al.* | 1:18-op-46021 | Advantage Logistics |
| 39. | *City of Bainbridge Island, WA v. Richard S. Sackler, et al.* | 1:18-op-45981 | Advantage Logistics |