**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL. No. 2804**<br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Grace Assaye of the law firm ALSTON & BIRD LLP enters her

appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: January 2, 2025

Respectfully submitted,

 */s/ Grace Assaye*
Grace Assaye
New York Bar No. 5855945
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
grace.assaye@alston.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 2, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court, using the CM/ECF system, which will serve notification of such filing on all counsel of record in this action.

By: _/s/ Grace Assaye_

Grace Assaye
ALSTON & BIRD LLP
grace.assaye@alston.com

*Counsel for Defendant OptumRx, Inc.*