No.  24-3486

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
┌─────────────────────────────┐
│           FILED             │
│        Jan 6, 2025          │
│   KELLY L. STEPHENS, Clerk  │
└─────────────────────────────┘
```

In re:  PUBLIX SUPER MARKETS, INC.,

     Petitioner.


Before:  GILMAN, GIBBONS, and THAPAR, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is DENIED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk