UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF APPEARANCE

Please take notice that Bradley M. Smyer of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: January 6, 2025

Respectfully submitted,

*/s/ Bradley M. Smyer*
Bradley M. Smyer
Texas Bar No. 24068237
**ALSTON & BIRD LLP**
2200 Ross Avenue
Chase Tower, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
brad.smyer@alston.com