UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF APPEARANCE

Please take notice that Ryan P. Ethridge of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: January 6, 2025

                                                              Respectfully submitted,

                                                              */s/ Ryan P. Ethridge*
                                                              Ryan P. Ethridge
                                                              North Carolina Bar No. 38147
                                                              **ALSTON & BIRD LLP**
                                                              555 Fayetteville Street
                                                              Suite 600
                                                              Raleigh, NC 27601
                                                             Tel.: (919) 862-2200
                                                             Fax: (919) 862-2260
                                                             ryan.ethridge@alston.com