**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL. No. 2804**<br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that Debolina Das of the law firm ALSTON & BIRD LLP enters her

appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: January 6, 2025

Respectfully submitted,

*/s/ Debolina Das*
Debolina Das
New York Bar No. 5469994
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9400
Fax: (212) 210-9444
debolina.das@alston.com