## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 07, 2025

Mr. Brian D. Boone
Alston & Bird
1120 S. Tryon Street
Suite 300
Charlotte, NC 28203-6818

Mr. William Herman Jordan
Alston & Bird
1201 W. Peachtree Street, N.E.
Suite 4900
Atlanta, GA 30309

Mr. Christopher George Michel
Quinn, Emanuel, Urquhart & Sullivan
1300 I Street, N.W.
Suite 900
Washington, DC 20005

Re: Case No. 25-3006, *In re: Express Scripts, Inc., et al*
Originating Case No. 1:17-md-02804

Dear Sir or Madam,

  The petition for writ of mandamus or prohibition has been docketed as case number **25-3006** with the caption listed above.  If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

  Counsel for petitioner must file an Appearance of Counsel form and, if not admitted, apply for admission to the 6th Circuit Bar by **January 21, 2025**.  The forms are available on the court's website.

The district court judge to whom this petition refers has been served with this letter.

                                                        Sincerely yours,

                                                        s/Jill E. Colyer
                                                        Case Management Specialist
                                                        Direct Dial No. 513-564-7024

cc:  Ms. Sandy Opacich