No.  25-3006

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jan 7, 2025
KELLY L. STEPHENS, Clerk
```

In re:  EXPRESS SCRIPTS, INC., et al.       )
                                               )          O R D E R

       Petitioners.               )

Several pharmacy benefit manager defendants petition for a writ of mandamus directing the district court to reverse two orders requiring production of certain discovery.  They move for a stay pending consideration of their petition and seek an administrative stay of those discovery obligations until this court rules on the stay motion.

Although we have not adopted a standard for when an administrative stay is appropriate, *see Breeze Smoke, LLC v. U.S. Food & Drug Admin.*, No. 21-3902, 2021 U.S. App. LEXIS 32268, at \*1–2 (6th Cir. Oct. 27, 2021) (order), other circuits "have held that the touchstone of this analysis is whether an administrative stay is needed to preserve the status quo," while providing a "sufficient opportunity to consider the merits of the motion for a stay."  *Arizona v. Biden*, No. 22-3272, 2022 U.S. App. LEXIS 9522, at \*2–3 (6th Cir. Apr. 8, 2022) (order) (cleaned up); *see also Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (order) (collecting cases).

Accordingly, Petitioners' motion for an administrative stay is **GRANTED**.  Petitioners' obligations to produce discovery pursuant to the district court's December 23, 2024, orders, (R. 5832 & 5833) are **ADMINISTRATIVELY STAYED** pending further order of the court.

No. 25-3006
-2-

The Clerk is **DIRECTED** to provide a copy of this order to the Plaintiffs Executive

Committee, and the Plaintiffs Executive Committee is **DIRECTED** to respond to the stay motion.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk