**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This Document Relates To: | CASE NO. 17-MD-2804 |
| *All Cases Naming Alvogen, Inc. as a Defendant* | Judge Dan A. Polster |

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF COURT:

Please take notice that Axinn, Veltrop & Harkrider LLP has relocated its New York office to the following:

**Axinn, Veltrop & Harkrider LLP
630 Fifth Avenue, 33rd Floor
New York, NY 10111**

The Firm's telephone, fax numbers, and email addresses remain unchanged. Please direct any hard copy service to the new address.

Dated: January 9, 2025

Respectfully Submitted,

*/s/ Craig M. Reiser*
Craig M. Reiser
Eva Yung
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
212.728.2200
212.728.2201 (fax)
creiser@axinn.com
eyung@axinn.com

*Counsel for Defendant Alvogen, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECFF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

    Respectfully Submitted,

    */s/ Craig M. Reiser*
    Craig M. Reiser
    AXINN, VELTROP & HARKRIDER LLP
    630 Fifth Avenue, 33rd Floor
    New York, New York 10111
    212.728.2200
    212.728.2201 (fax)
    creiser@axinn.com

    *Counsel for Defendant Alvogen, Inc.*