IIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Prescription Opiate Litigation | Case No. 1:17-md-2804 |
| This Document Relates to: *All Third Party Payor Actions* | MDL Docket No. 2804 |
| | Judge Dan Aaron Polster |

**[PROPOSED] ORDER FOR OBJECTOR
UNITED HEALTHCARE SERVICES, INC. TO FILE A REPLY**

Upon motion of Objector United HealthCare Services, Inc. ("United") and good cause appearing,

IT IS HEREBY ORDERED that United has leave to submit a Reply and supporting Memorandum to Third Party Payors Plaintiffs' and Settling Distributors' Responses to United's Objection.

DATED this ___ day of _____, 2025.

_____
Hon. Dan Aaron Polster
United States District Judge

1

95769875.1