IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Prescription Opiate Litigation | Case No. 1:17-md-2804 |
| This Document Relates to: *All Third Party Payor Actions* | MDL Docket No. 2804 |
| | Judge Dan Aaron Polster |

# UNITED HEALTHCARE SERVICES, INC.'S
# MOTION FOR LEAVE TO TAKE DISCOVERY

Objector United HealthCare Services, Inc. ("United"), by and through its undersigned counsel, hereby moves for leave to take discovery for the reasons explained in its Reply to Third Party Payor Plaintiffs' and Settling Distributors Responses to Its Objection, should leave to file the aforementioned Reply be granted.

A proposed form of order accompanies this motion.

Dated: January 10, 2025

Respectfully submitted,

 */s/ Thomas C. Mahlum*
Thomas C. Mahlum
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 349-8500
TMahlum@RobinsKaplan.com
EBarstad@RobinsKaplan.com

*Attorneys for United HealthCare Services, Inc.*

95774920.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2025, a copy of the foregoing was served on all counsel of record by filing the same with the Court's CM/ECF System.

*/s/ Thomas C. Mahlum*
Thomas C. Mahlum

95774920.1