IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Prescription Opiate Litigation | Case No. 1:17-md-2804 |
| This Document Relates to: *All Third Party Payor Actions* | MDL Docket No. 2804 |
| | Judge Dan Aaron Polster |

**[PROPOSED] ORDER FOR OBJECTOR
UNITED HEALTHCARE SERVICES, INC. TO TAKE DISCOVERY**

Upon motion of Objector United HealthCare Services, Inc. ("United") and good cause appearing,

IT IS HEREBY ORDERED that United has leave to take the discovery requested in its Reply to Third Party Payor Plaintiffs' and Settling Distributors Responses to Its Objection.

DATED this ___ day of _____, 2025.

_____
Hon. Dan Aaron Polster
United States District Judge

95774920.1