UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 )<br>) Case No. 1:17-md-2804<br>)<br>) Judge Dan Aaron Polster<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Jenna E. Ross, with the law firm Jenner & Block LLP, hereby enters her appearance as counsel for McKesson Corporation in the above-captioned matter.

Respectfully submitted,

*/s/* Jenna E. Ross
Jenna E. Ross (NY Bar No. 5211016)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1668
Facsimile: (212) 909-0805
JRoss@jenner.com

*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 10, 2025, a copy of the foregoing Notice of Appearance was filed with the Court's electronic case filing system and served upon all those participating therein.

By: */s/* Jenna E. Ross
Jenna E. Ross (NY Bar No. 5211016)
JENNER & BLOCK LLP

*Counsel for McKesson Corporation*