# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL 2804** |
| | **Case No. 1:17-md-2804-DAP** |
| **This document relates to:** | **Hon. Dan Aaron Polster** |
| *City of Fairfax, Virginia v. Mallinckrodt PLC, et al.*, Case No. 1:20-op-45177 | |

## NOTICE OF WITHDRAWAL OF CORRECTED OMNIBUS MOTION FOR LEAVE TO AMEND TO ADD COSTCO WHOLESALE CORPORATION AND MEMORANDUM OF LAW IN SUPPORT [DOC. NO. 5568]

On August 1, 2024, the Plaintiffs' Liaison Counsel filed the "Corrected Omnibus Motion for Leave to Amend to Add Costco Wholesale Corporation and Memorandum of Law in Support" on behalf of multiple plaintiffs, including the City of Fairfax, Virginia, jointly identified as the "Amending Plaintiffs" [Doc. No. 5568]. Plaintiff City of Fairfax, Virginia, by and through its undersigned counsel, hereby gives notice of withdrawal of its participation as one of the "Amending Plaintiffs", and respectfully withdraws said motion as it pertains to Plaintiff City of Fairfax, Virginia. Because the motion [Doc. No. 5568] was filed on behalf of multiple plaintiffs, this withdrawal only applies to the Plaintiff City of Fairfax, Virginia and its case (Case No. 1:20-op-45177).

DATED: 1/10/2025

            Respectfully submitted,

            */s/ Kevin Sharp*
            **SANFORD HEISLER SHARP MCKNIGHT, LLP**
            Kevin Sharp
            ksharp@sanfordheisler.com
            Grant Morris
            gmorris@sanfordheisler.com
            Christine Dunn

cdunn@sanfordheisler.com
Jonathan Tepe
jtepe@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

*/s/ Joanne Cicala*
**THE CICALA LAW FIRM PLLC**
Joanne Cicala
joanne@cicalapllc.com
Josh Wackerly
josh@cicalapllc.com
Johan Conrod
johan@cicalapllc.com
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

*/s/ W. Edgar Spivey*
**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey
wespivey@kaufcan.com
Patrick. H. O. Donnell
phodonnell@kaufcan.com
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Tel: (757) 624-3196
Fax: (888) 360-9092

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Kevin Sharp*
Kevin Sharp