# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804; 1:19-op45928<br><br>Hon. Dan A. Polster |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of Plaintiff, County of Burlington, New Jersey in the above captioned matter.

Dated: January 10, 2025        Respectfully submitted,

                                          */s/ Kevin P. O'Brien*
                                          KEVIN P. O'BRIEN, ESQUIRE
                                          Stampone O'Brien Dilsheimer Holloway
                                          500 Cottman Avenue
                                          Cheltenham, PA 19012
                                          (215)663-0400
                                          kobrien@stamponelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

                                             */s/ Kevin P. O'Brien*
                                             KEVIN P. O'BRIEN, ESQUIRE