UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804; 1:19-op45928<br><br>Hon. Dan A. Polster |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, by and through the undersigned counsel, Plaintiff, County of Burlington, and provides notice that the Plaintiff, pursuant to Fed. R. Civ. P. 41, voluntarily dismisses Defendant The American Academy of Pain Management only with prejudice and without costs as to the Defendant.

This Notice does not dismiss claims against other Defendants.

Dated:  January 13, 2025         Respectfully submitted,

*/s/ Kevin P. O'Brien*
KEVIN P. O'BRIEN, ESQUIRE
Stampone O'Brien Dilsheimer Holloway
500 Cottman Avenue
Cheltenham, PA 19012
(215)663-0400
kobrien@stamponelaw.com

ANDREW SMITH, ESQUIRE
Smithbridge, LLP
1487 Route 38 West
Hainesport, NJ 08036
(609)534-7244
andrew@smithbridgellp.com

HARRIS L. POGUST, ESQUIRE
Pogust Millrood, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
(610)941-4204
hpogust@pogustmillrood.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

<i>/s/ Kevin P. O'Brien</i><br>
KEVIN P. O'BRIEN, ESQUIRE