# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All cases* | MDL No. 2804<br><br>CASE NO.: 17-md-2804<br><br>**JUDGE DAN AARON POLSTER** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Brian N. Ramm hereby withdraws as counsel of record for Defendant Dakota Drug, Inc. ("Dakota Drug"), as he has retired from the practice of law and therefore is no longer with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP.

Attorneys Warren T. McClurg II and James J. Walsh, Jr. will remain as counsel of record for Dakota Drug.

Dated: January 14, 2025

Respectfully submitted,

/s/ *James J. Walsh, Jr.*
Warren T. McClurg II (Ohio No. 0089098)
James J. Walsh, Jr. (Ohio No. 0096660)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, OH  44114
Tel.: 216-363-4500
Fax.: 216-363-4588
wmcclurg@beneschlaw.com
jwalsh@beneschlaw.com

*Attorneys for Defendant Dakota Drug, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 14th day of January, 2025, a copy of the foregoing *Notice of Withdrawal of Counsel* was filed electronically via the Court's e-filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.  Counsel is unaware of any parties requiring service by other means.

            */s/ James J. Walsh, Jr.*
            *One of the Attorneys for Defendant Dakota Drug, Inc.*