UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | | |
| *City of Rochester v. Purdue Pharma, L.P.,* | | |
| *No. 19-op-45853 (Track 12)* | | |

**NOTICE OF FILING UNSEALED VERSIONS OF PLAINTIFF CITY OF ROCHESTER'S RESPONSE TO EXPRESS SCRIPTS' OBJECTION TO DISCOVERY RULING NO. 14, PART 33 AND MOTION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B); AND EXHIBITS THERETO**

The Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, unsealed versions of Plaintiff City of Rochester's response to Express Scripts' objection to Discovery Ruling No. 14, Part 33 and motion for interlocutory appeal pursuant to 28 U.S.C. § 1292(B), and exhibits A, B and C attached thereto.

On November 26, 2024, Express Scripts filed its Objection to Discovery Ruling No. 14, Part 33 Regarding Express Scripts' Privilege Claims; Motion For Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) ("Express Scripts' Objection"). *See* dkt. no. 5795. On December 10, 2024, Plaintiff City of Rochester served and filed under seal its response, including exhibits A, B and C thereto, in opposition to Express Scripts' Objection. *See* dkt. nos. 5808, 5808-1, 5808-2, 5808-3. The instant notice of filing unsealed versions relates to the December 10, 2024 filings by the City of Rochester.

Dated: January 14, 2025                    Respectfully submitted,

                                                Jayne Conroy
                                                SIMMONS HANLY CONROY
                                                112 Madison Avenue, 7th Floor
                                                New York, NY 10016
                                                (212) 784-6400
                                                jconroy@simmonsfirm.com

                                                Joseph F. Rice
                                                MOTLEY RICE
                                                28 Bridgeside Blvd.
                                                Mt. Pleasant, SC 29464
                                                (843) 216-9000
                                                (843) 216-9290 (Fax)
                                                jrice@motleyrice.com

                                                Paul T. Farrell, Jr., Esq.
                                                FARRELL & FULLER LLC
                                                270 Munoz Rivera Ave., Suite 201
                                                San Juan, PR 00918
                                                (304) 654-8281
                                                paul@farrellfuller.com

                                                *Plaintiffs' Co-Lead Counsel*

                                                Peter H. Weinberger (0022076)
                                                SPANGENBERG SHIBLEY & LIBER
                                                1001 Lakeside Avenue East, Suite 1700
                                                Cleveland, OH 44114
                                                (216) 696-3232
                                                (216) 696-3924 (Fax)
                                                pweinberger@spanglaw.com

                                                *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of January, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                                s/Peter H. Weinberger
                                                Peter H. Weinberger