# EXHIBIT A

> **XXNote: All sales answer for integrated and direct bids.**
>
> **For more information for integrated bids, refer to [ HYPERLINK "https://www.gosavo.com/Document/Document.aspx?id=1933333&view=&srlid=14169593&srisprm=False&srlidx=1&srpgidx=1&srpgsz=50" ].**

Has your Company had internal audits during the last 5 years?

PBM confirms its mail service and specialty pharmacies follow stringent quality control protocols, in addition to performing internal audits designed to ensure compliance with applicable laws and to detect dispensing errors. Copies of PBM's quality control protocols and internal audit results will be provided to client upon request. PBM agrees to credit or refund [Client] 100% of funds recovered due to mail service and/or specialty pharmacy audit.

If you own your own mail and specialty facility, do your own employees perform audits of these facilities? If so, how do you maintain objectivity? Do the internal auditors "live" at the facility they audit or travel among the facilities?

Describe your internal audit procedures and deviation and CAPA system.

> **XXNote: Include the highlighted text only if we are asked if we've historically conducted audits over the past X number of years. Customize the number of years to match the question.**

Yes. During the past five years, we have conducted internal audits. We perform several types of audits, including regularly scheduled self audits, internal audits, and pharmacy compliance audits.

## Self Audits

Our specialty pharmacies continually perform individual operational audits, or self audits, that assess adherence to corporate operating procedures and professional practice standards. After self audits are complete, our Pharmacy Audit group, conducts separate validation reviews in selected pharmacies to test the validity of the self-audit performed by the pharmacy.



[Client]
[Due Date]

[ PAGE \* MERGEFORMAT ]

All of the materials in this proposal and any materials subsequently disclosed in any media form that relate to this proposal ("Proposal Materials") are confidential and the sole and exclusive proprietary property of Express Scripts Holding Company, and all rights, titles and interests are vested in Express Scripts. The Proposal Materials are provided to [Client] for your exclusive use, and for the sole purpose, to evaluate Express Scripts prescription drug program. The Proposal Materials may not be distributed, copied or made available for review or use to any other party. If you use any consultant or other party to review the Proposal Materials, you may divulge the Proposal Materials to them on the condition that each recipient agrees to be bound by the restrictions Express Scripts has placed on the use and disclosure of the Proposal Materials. This disclaimer is applicable to any recipient assisting or participating in the evaluation of these Proposal Materials on behalf of [Client].
© 2012 Express Scripts Holding Company. All Rights Reserved.

> **XXNote: Include the highlighted text only if we are asked if our auditors are based at or "live" at our dispensing facilities.**

The Pharmacy Audit group reports into the Office of the General Counsel, not to any operational group. This reporting structure ensures that objectivity is maintained. Our auditors do not "live" at the facilities that they audit, they travel from facility to facility.

## Internal Audits

Our independent, professionally-staffed Internal Audit department ensures the adequacy and effectiveness of our overall internal control environment and advisory activities. Internal Audit has authorization for unrestricted and timely access to facilities, personnel, assets, systems, and information that the department considers relevant to the effective performance of its objectives.

In accordance with professional standards and accepted practice, Internal Audit reviews all aspects of our operational processes, including clinical and dispensing; and our financial and information systems environments. These reviews take place for all specialty divisions and subsidiaries, and, as provided by agreement, third parties, joint ventures and other relationships. Audits may encompass a single function, activity, or system, a department, or an entire division.

The timing and scope of audits and intervals between audits are based on risk assessment and evaluation. Audits are conducted as frequently as monthly and in some months, there are commonly multiple audits performed simultaneously. One hundred percent of our mail-order pharmacy network is audited annually. One hundred percent of our pharmacies are audited annually.

Internal Audit assesses business environment to determine whether:

- Activities and transactions are authorized in compliance with management policies and procedures
- Transactions are properly and accurately substantiated, recorded and reported
- Assets, including information, are safeguarded
- Resources are used in an economical and efficient manner

Internal Audit reports its findings, making recommendations to the appropriate managers, who are responsible for implementing related action plans. Internal Audit also meets with the Audit Committee and senior executives during the year to report on plans, activities, findings, and concerns.

> **XXNote: Include the highlighted text only if we are asked to credit or refund the client for funds recovered from an audit.**



[Client]

[Due Date]

[ PAGE \* MERGEFORMAT ]

CONFIDENTIAL ESI_MDL_000964190

Internal audits are not conducted on a client-specific basis. Therefore, the audit process does not drive recovery of funds to a client.

## Pharmacy Compliance Audits

Our Pharmacy Compliance Audit group regularly assesses pharmacy operations compliance with:

- Pharmacy laws and rules of the state in which our pharmacy is located
- Non-resident pharmacy laws
- Professional practice standards and standard operating procedures
- Generally-recognized standards and ethics within the pharmacy profession
- Prudent business practices

Compliance audits are conducted in accordance with a written audit plan and performed primarily onsite by a pharmacy audit team. During the compliance audit, the audit team observes pharmacy practices; reviews pharmacy documents, records, and facilities; interviews pharmacy management and staff; and performs other recognized audit practices that reveal the status of pharmacy performance against the issues identified above. Reports of the audit results are prepared by the Pharmacy Compliance Audit group and discussed with management of all pharmacies. Copies of audit reports are provided to senior management and the Chief Compliance Officer. Pharmacy management is responsible for taking corrective action for all matters requiring attention that are identified through these audits.

XXNote: Include this section only when specifically requested.

## Deviation Processes and Corrective and Preventive Actions

Our corporate reliability program identifies and responds to key process deviations or service level issues, and develops appropriate corrective and preventive actions (CAPA). As failures or events are discovered, an issue tracking process is initiated that ensures immediate attention throughout the organization. Key business area owners across the enterprise participate in reliability forums conducted every other day to review and assess any events or issues still outstanding. Discussions are focused on action planning for issue resolution, with emphasis placed on root cause analyses and preventative measures necessary to ensure there are no repeat occurrences.



[Client]

[Due Date]

[ PAGE \* MERGEFORMAT ]