# EXHIBIT B



A discussion with Pharmacy Compliance

# Express Scripts
## Pharmacy Compliance Audit Process

February 11th 2014

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

ESI_MDL_000986594





Express Scripts is committed to conducting business ethically, with integrity and in accordance with all applicable laws, rules and regulations.

*Chris Wiehl, Chief Compliance Officer*

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

3

HIGHLY CONFIDENTIAL

ESI_MDL_000986595





ESI_MDL_000986597





**Audit Tools**

## Standardized Categories

Pharmacy Practice –

> PIC interview
> Pharmacy/Pharmacist/Pharmacist-in-Charge responsibilities
> Pharmacy Technicians
> Shared Services
> Non Dispensing activities performed outside of a pharmacy
> Patient profiling/DUR/Counseling
> Non sterile compounding
> Substitution
> Prescription transfer
> Computer records
> FAX/electronic prescribing
> Reference materials
> Integrity of pharmaceuticals
> Prescription records
> Automated dispensing systems
> Labeling

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

6

HIGHLY CONFIDENTIAL

ESI_MDL_000986598

# Audit Tools



## Standardized Categories

Controlled Substances –

- Validate the PICs understanding of statutes, regulations and rules
- Security in the facility
- Access to areas
- Ordering Process
- Receiving and holding process
- Receiving documentation – written and electronic
- Handling/dispensing processes
- Return process
- Inventories
- Lost Orders
- Transfers
- Required Records
- DOJ Agreement

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

7

HIGHLY CONFIDENTIAL

ESI_MDL_000986599

## Audit Tools

EXPRESS SCRIPTS®

### Standardized Categories

USP 797 –   **Responsibility of all compounding personnel**
**Beyond use dating**
**Personnel training and evaluation in aseptic manipulations**
**Aseptic manipulations**
**Garbing and gloving**
**Environmental Quality and Control**
**Facility design**
**Equipment**
**Cleaning**
**Environmental Monitoring**
**Personnel Procedures**
**Aseptic Compounding Procedures**
**Bulk drug substance**
**Single dose and multiple dose containers**
**Hazardous drugs as CSPs**
**Sterilization Methods**
**Processing**
**Finished preparation release checks and tests**
**Maintaining quality after leaving the pharmacy**
**Patient monitoring and adverse event reporting**
**QA program**

HIGHLY CONFIDENTIAL

ESI_MDL_000986600





**Audit Tools**

## Standardized Categories

**Distribution Practice –**

**Manager in Charge/Supervisor/Employee**
**Policy and Procedures**
**Documentation**
**Facility**
**Security**
**Pharmaceutical Integrity**
**Reporting Requirements**

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

9

HIGHLY CONFIDENTIAL

ESI_MDL_000986601



ESI_MDL_000986602



ESI_MDL_000986603





## Resolution and Remediation

- DPP/PIC/MIC will identify a plan of remediation, the owner and the expected date of completion
- QMART tracks and trends progress of completion

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

13

ESI_MDL_000986605




## Accessing the Audit Tools

The audit tools are located on the Pharmacy Compliance SharePoint site.

http://esidepartments/sites/Dep020/pharmacypractice/default.aspx

Corporate Compliance/Pharmacy Practice/Self Assessments and
Templates/Mail - OR - Specialty - OR - Distribution Center – OR -
Nursing/Your location

HIGHLY CONFIDENTIAL



ESI_MDL_000986607





ESI_MDL_000986609



**Complete column B**

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company. All Rights Reserved.

18



HIGHLY CONFIDENTIAL

ESI_MDL_000986611



**Write a detailed description of how/why the pharmacy is compliant.**

Example –

Joe DPP (MO Pharmacist license number) has been designated by the organization as PIC of ESI Mail Pharmacy Service, Inc., located at 4600 Hanley Rd, St. Louis, MO with permit #2000148285 which expires 10-31-2015.  The permit is posted on the wall in the southwest corner of the building under the tour path.

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

20

ESI_MDL_000986612



## Completing the Audit Tools

EXPRESS SCRIPTS®

**Example –**

Adequate security is in place to maintain patient confidentiality.  Pharmacy system safeguards that are in place include:  Access controls include authentication controls, system access controls, audit logs and remote authentication.  Authentication controls include unique user IDs, passwords, cyclic password prohibitions, password aging/expiration, and limits to consecutive unsuccessful attempts to enter a password.  System access controls include last log in, auto time-out, access privilege termination when employee leaves company, and dormant user IDs.  Audit logging controls are used as a security measure.  Remote authentication controls are employed.  Unauthorized access detection is done via audit logging of the authentication process.  Modification or manipulation of prescription order information or patient profiles is fingerprinted in the system.

Confidential and Proprietary Information
© 2012 Express Scripts Holding Company.  All Rights Reserved.

21

21



## Completing the Audit Tools

EXPRESS SCRIPTS®

Score the site compliance.

Key:     0 – Non compliant
         1 – Partial compliance
         2 – Compliant
         3 – Not Applicable

Type the number in the red column and the
Box will change colors automatically.

22







ESI_MDL_000986617



ESI_MDL_000986618