# EXHIBIT C

| | |
|---|---|
| From: | Lang, Douglas R. (EHQ) [DRLang@express-scripts.com] |
| Sent: | 9/11/2019 2:54:14 PM |
| To: | Smither, Eric S. (FOH) [Eric_Smither@express-scripts.com] |
| CC: | Peppers, Susan K. (FOH) [SKPeppers@express-scripts.com]; Nemeth, Joseph B. (FOH) [Joe_Nemeth@express-scripts.com]; Milnes II, Bob (DOH) [RMilnesII@express-scripts.com]; Lang, Douglas R. (EHQ) [DRLang@express-scripts.com] |
| Subject: | RE: Pharmacy Practice Compliance audits |

Eric,

It has always been the positon of Pharmacy Compliance, if the Pharmacy Compliance audit team audits a pharmacy location within the required self-assessment time frame period. The site is not required to perform any self-assessment for audits in the same time frame performed by the Pharmacy compliance audit team. For example, the team is at Florence. We will performing a CS, Pharmacy Practice Front end and Backend audit. The Florence location will not be required to perform it CS audit due on 09/30/19. It will not be required to perform its Pharmacy Practice Audit that is due on 10/31/19.

Does this answer your question?


Douglas R. Lang, R.Ph.
Vice-President, Pharmacy Compliance
Express Scripts, Inc.
One Express Way, Mailstop: HQ2E03
Saint Louis, MO. 63123
(O) 314-989-5901
(O) 800-322-5455 ext 34-5901
(F) 866-273-5786



**From:** Smither, Eric S. (FOH) <Eric_Smither@express-scripts.com>
**Sent:** Wednesday, September 11, 2019 11:33 AM
**To:** Lang, Douglas R. (EHQ) <DRLang@express-scripts.com>
**Cc:** Peppers, Susan K. (FOH) <SKPeppers@express-scripts.com>; Nemeth, Joseph B. (FOH) <Joe_Nemeth@express-scripts.com>; Milnes II, Bob (DOH) <RMilnesII@express-scripts.com>
**Subject:** Pharmacy Practice Compliance audits

Doug
A few years back I seem to recall that when your team did an audit in a given quarter that we gave the DPPS a buy to not do their self- audits. Didn't seem to be terribly productive to audit the same thing in the quarter.  Would save our teams a bit of work if correct.  And does it apply to both CS and Non-CS?