# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No.: 1:17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| Express Scripts cases listed in Dkt. Nos. 5546-1, 5548-1, 5565-1 | |

## EXPRESS SCRIPTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS B–F TO THE DECLARATION OF LESLIE ACHTER

Pursuant to Local Rule 5.2, the Express Scripts Defendants[1] seek leave of Court to file under seal Exhibits B–F to the forthcoming Declaration of Leslie Achter in Support of the PBM Defendants' Opposition to Plaintiffs' Omnibus Motion for Leave to Amend.

The Express Scripts Defendants respectfully request leave to file these documents under seal to ensure there is no inadvertent disclosure of confidential information. The exhibits contain unredacted excerpts of certain confidential contract provisions from five client contracts between Express Scripts, Inc. and certain moving plaintiffs.[2] The unredacted contract excerpts contain proprietary and client-specific contract terms. The information contained in these documents has

---

[1] The Express Scripts Defendants are Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc. (formerly Express Scripts Holding Company); and Express Scripts Specialty Distribution Services, Inc.

[2] Specifically, the exhibits contain excerpts of contracts with MDL plaintiffs City of Fayetteville (Case No. 1:18-op-45726-DAP), City of Portland (Case No. 1:18-op-45633-DAP), Rock County (Case No. 1:17-op-45108-DAP), Winnebago County (Case No. 1:18-op-45310-DAP), and Cecil County (Case No. 1:18-op-45100-DAP).

been designated highly confidential under the Amended Case Management Order No. 2. *See* Dkt. Nos. 441, 1357, 2688.

Accordingly, the Express Scripts Defendants respectfully seek leave to file Achter Exhibits B–F under seal.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Jonathan G. Cooper*
Michael J. Lyle
Jonathan G. Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Express Scripts Defendants*