UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Express Scripts cases listed in Dkt. Nos. 5546-1, 5548-1, 5565-1 | MDL No. 2804<br><br>Case No.: 1:17-MD-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING EXPRESS SCRIPTS' DEFENDANTS MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS B–F TO THE DECLARATION OF LESLIE ACHTER

The Express Scripts Defendants have filed a motion for leave to file under seal Exhibits B–F to the Declaration of Leslie Achter in support of their forthcoming Opposition to the Omnibus Motion for Leave to Amend.

The Express Scripts Defendants request that, to ensure there are no inadvertent disclosures of information subject to Amended Case Management Order No. 2 and to comply with this Court's orders, the Court permit the Express Scripts Defendants to file these exhibits under seal.

Express Scripts Defendants' Motion For Leave To File Under Seal Exhibits B–F To The Declaration Of Leslie Achter is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

BY THE COURT:

_____

DAN AARON POLSTER
United States District Judge