# EXHIBIT A

## *In Re: National Prescription Opiate Litigation*, No. 1:17-md-2804
## TPP-Distributors Settlement
## FINAL Opt-Out Report

*Note: No TPPs that filed cases in MDL 2804 opted out of the TPP-Distributors Settlement. There is 100% MDL TPP participation in the Settlement.*

| Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|
| Central Painting & Sandblasting, Inc *(included in ECF No. 5722-1, Opt-Out Report)* | 9/25/2024 (timely) | Yes |
| Citation Oil & Gas Corp *(included in ECF No. 5722-1, Opt-Out Report)* | 10/16/2024 (timely) | Yes |
| Donegal Mutual Insurance Co. *(included in ECF No. 5722-1, Opt-Out Report)* | 10/29/2024 (timely) | Yes |
| Asbestos Workers Philadelphia Welfare Fund | 11/1/2024 (timely) | Yes |
| Avon Grove School District *(included in ECF No. 5722-1, Opt-Out Report)* | 11/4/2024 (timely) | Yes |
| Ohio Farmers Insurance Company Group Health Plan *(included in ECF No. 5722-1, Opt-Out Report)* | 11/7/2024 (timely) | Yes |
| Plumbers' Local Union No. 690 Health Plan *(included in ECF No. 5775-1, Supplemental Opt-Out Report)* | 11/4/2024 (Later received[2]) | Yes |
| AFSCME Local #54 | Later received | Yes |
| AFSCME Local #590 Health & Welfare Fund | Later received | Yes |
| Big Spring School District *(Received by Notice Administrator after extended opt-out deadline by email on December 4, 2024 and by U.S. Mail on December 6, 2024)* | December 4 and 6, 2024 | Yes |

---

[2] For this and entries denoted "Later received," the Settling Parties agreed as a matter of courtesy not to challenge these entities' opt-out requests as to timeliness based on counsel's emailing them to an incorrect email address. For three other entities that the Settling Parties challenged, the Court ruled on December 30, 2024 that they were properly excluded. Accordingly, all of the entities on the list are properly excluded from the Settlement Class, although the Settling Distributors reserve all rights, including as to whether these entities have released their claims in a prior settlement and/or are not properly deemed TPPs.

| Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|
| Borough of Dunmore | Later received | Yes |
| Cement Masons Union Local 592 Welfare Plan | Later received | Yes |
| Chester County Intermediate Unit (CCIU) | Later received | Yes |
| Chester Water Authority | Later received | Yes |
| Coatesville Area School District | Later received | Yes |
| Downingtown Area School District | Later received | Yes |
| Graphic Communications National Health & Welfare Fund | Later received | Yes |
| Great Valley School District | Later received | Yes |
| Health Fund 917 | Later received | Yes |
| IAM District 15 Health Fund | Later received | Yes |
| IBEW 81 Health & Welfare Fund | Later received | Yes |
| IBEW 126 Health & Welfare Fund *(Emailed after extended opt-out deadline to James Dugan on December 2, 2024 and received by Notice Administrator by U.S. Mail on December 6, 2024)* | December 2 and 6, 2024 | Yes |
| IBEW 607 Health & Welfare Fund | Later received | Yes |
| IBEW Local Union 654 Health & Welfare Fund | Later received | Yes |
| International Union of Operating Engineers Local 542 [Welfare Fund] | Later received | Yes |
| IUPAT District Council 21 | Later received | Yes |
| JC 53 Health & Welfare Fund | Later received | Yes |
| Kennett Consolidated School District | Later received | Yes |
| Laborers' District Council Building and Construction Health and Welfare Fund | Later received | Yes |

19

3163029.4

| Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|
| Laborers' District Council Heavy and Highway Construction Health and Welfare Fund | Later received | Yes |
| Law Enforcement Health Benefits, Inc. | Later received | Yes |
| Local 274 Health & Welfare Fund | Later received | Yes |
| Lower Moreland Township School District | Later received | Yes |
| NECA Local Union 313 IBEW Health & Welfare Fund | Later received | Yes |
| Octorara Area School District | Later received | Yes |
| Ohio AFSCME Care Plan | Later received | Yes |
| Ohio Laborers' District Council – Ohio Contractor's Association Insurance Fund | Later received | Yes |
| OPCMIA 526 Combined Funds, Inc. *(Emailed after extended opt-out deadline to James Dugan on December 2, 2024 and received by Notice Administrator by U.S. Mail on December 6, 2024)* | December 2 and 6, 2024 | Yes |
| Operating Eng Local 66 Welfare Fund | Later received | Yes |
| Owen J. Roberts School District | Later received | Yes |
| Philadelphia Firefighters & Paramedics Health Plan Local 22 (IAFF Local 22) | Later received | Yes |
| Phoenixville Area School District | Later received | Yes |
| Plumbers & Pipefitters Local 74 Welfare Fund | Later received | Yes |
| Quakertown Community S.D. | Later received | Yes |
| School Cafeteria Employees UNITEHERE Local No. 634 Health & Welfare Fund | Later received | Yes |
| SEIU 668 PSSU Health and Welfare Fund | Later received | Yes |
| SEIU Local 32BJ, District 36 BOLR Welfare Trust Fund | Later received | Yes |
| Spring-Ford Area School District | Later received | Yes |

20

3163029.4

| Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|
| Steamfitters Local Union No. 420 | Later received | Yes |
| Teamsters Health & Welfare Fund *(Form received, but appears to be for Teamsters Health & Welfare Fund of Phila. & Vicinity)* | Later received | Yes |
| Teamsters Industrial Employees Welfare Fund | Later received | Yes |
| Teamsters Local 641 Welfare Fund | Later received | Yes |
| Teamsters Local 830 Health & Welfare Fund | Later received | Yes |
| Toledo Electrical Welfare Fund | Later received | Yes |
| Tredyffrin-Easttown School District | Later received | Yes |
| Trucking Employees of North Jersey | Later received | Yes |
| UAW Local 259 Social Security Department | Later received | Yes |
| UAW Local 259n (365 Welfare Fund) | Later received | Yes |
| UFCW Health & Welfare Fund | Later received | Yes |
| UFCW Local 152 Health & Welfare Fund | Later received | Yes |
| UFCW Local 360 Health Fund | Later received | Yes |
| UFCW Tri-State Health & Welfare Fund | Later received | Yes |
| UFCW Union-Employer Health & Welfare Fund | Later received | Yes |
| United Independent Union Welfare Fund | Later received | Yes |
| Upper Darby School District | Later received | Yes |
| Upper Dublin School District | Later received | Yes |
| USW Local 10-00086 Merck EES H&W Fund | Later received | Yes |
| West Chester Area School District | Later received | Yes |

21

3163029.4

| Entity Name | Postmark Date | Was Required Information Provided? |
|---|---|---|
| West Va. Pipe Health & Welfare Local 83 & 565 [opt-out form has handwritten "W.V.P.T." and "Local 83 & 565"] | Later received | Yes |