## Exhibit B - Non-Exhaustive List of Plaintiff Class Members

Aboffs, Inc.

Advanced C4 Solutions, Inc.

AFL-CIO Local 475 Health and Welfare Fund

Agricultural Group Compensation Self-Insured Fund

Al Marino, Inc.

Allied Security Health and Welfare Fund

American Federation of State, County and Municipal Employees District Council 33 Health and Welfare Fund

American Federation of State, County, and Municipal Employees District Council 37 Health and Security Plan

American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund

American Resources Insurance Co., Inc.

Arizona Counties Insurance Pool

Arizona Municipal Risk Retention Pool

Arizona School Alliance for Workers' Compensation, Inc.

Arkansas Municipal League

Asbestos Workers Local Union No. 2 Welfare Fund

Association of Arkansas Counties

Association of Arkansas Counties Risk Management Fund

Austin and Williams, Inc.

Bios Companies, Inc. Welfare Plan

Bios Companies, Inc. as Plan Sponsor and Fiduciary of Bios Companies, Inc. Welfare Plan

Black Prince Distillery, Inc.

Bricklayers and Allied Craftworkers Local Union No. 1 of PA/DE Health and Welfare Fund

Brighton Health Plan Solutions, LLC d/b/a MagnaCare Administrative Services

Brighton Health Plan Solutions, LLC d/b/a MagnaCare Administrative Services and MagnaCare, LLC

Brookhaven Ambulance Co., Inc. d/b/a South Country Ambulance

Building Service Local 2 Welfare Fund

Building Trades Welfare Benefit Fund

Cardoza Plumbing Corporation

Carpenters Health and Welfare of Philadelphia and Vicinity

Cedar International Services, LLC

Central California Alliance for Health

Central States, Southeast and Southwest Areas Health and Welfare Fund

Cleveland Bakers and Teamsters Health and Welfare Fund

Commission on Medical Care, d/b/a Partnership Health Plan of California

CWA Local 1182 and 1183 Health and Welfare Funds

Drywall Tapers Insurance Fund

Eastern Atlantic Carpenters Health Fund

Fire and Police Retiree Health Care Fund, San Antonio

Flint Plumbing and Pipefitting Industry Health Care Fund

Gordon L. Seaman, Inc.

Health Plan of San Joaquin

Hollow Metal Trust Fund

Hui Huliau

IBEW Local 25 Health and Benefit Fund

IBEW Local 38 Health and Welfare Fund

IBEW Local 716 Electrical Medical Trust

IBEW Local 90 Benefits Plan

Illinois Public Risk Fund

ILWU-PMA Welfare Plan

1

Inland Empire Health Plan

Intergovernmental Personnel Benefit Cooperative

Intergovernmental Risk Management Agency

International Brotherhood of Trade Unions Local 713 Health Plan

International Construction, Inc.

International Intimates, Inc.

International Union of Painters and Allied Trades 1974

Iron Workers Local 361 Health Fund

Iron Workers Local 40 Health Fund

Iron Workers Local 417 Health Fund

Ironworkers Local 580 Health and Benefit Fund

IUOE Local 138 Health Benefit Fund

Kaya Associates, Inc.

Kentucky League of Cities Insurance Services

L.A. Care Health Plan

Laborers 17 Heath Benefit Fund

Laborers Local 1298 of Nassau and Suffolk Counties Welfare Fund

Laborers Local 235 Welfare Fund LNO, Inc.

Local 381 Group Insurance Fund Local 8A-28A Welfare Fund

Louisiana Agricultural Compensation Self- Insurance Fund

Louisiana Assessors' Insurance Fund a/k/a the Insurance Committee of the Assessors' Insurance Fund

Louisiana Loggers Self-Insured Fund

MAO-MSO Recovery II, LLC

Marketing Services of Indiana, Inc.

Mayflower Municipal Health Group

Medford Volunteer Ambulance

Medical Mutual of Ohio

Metallic Lathers and Reinforcing Ironworkers Local 46 Health and Benefit Fund

Minute Men Select, Inc.

Minute Men, Inc.

MSI Corporation

MSP Recovery Claims, Series, LLC

MSPA Claims 1, LLC

Municipal Health Benefit Fund

Municipal League Workers' Compensation Trust

Municipal Legal Defense Program

National Roofers Union and Employers Joint Health and Welfare Fund

New York City District Council of Carpenters Welfare Fund

Noitu Insurance Trust Fund

Northwest Arizona Employee Benefit Trust

Ohio Carpenters' Health Fund

Painting Industry Insurance Fund

Phillip Fyman and Alexander Weingarten, M.D., P.C.

Pioneer Telephone Cooperative, Inc. Employee Benefits Plan

Pioneer Telephone Cooperative, Inc., (PTCI) as Plan Sponsor and Fiduciary of PTCI Employee Benefits Plan

Pipe Fitters Local Union No. 120 Insurance Fund

Pipefitters Local 636 Insurance Fund

Plumbers and Steamfitters Local 166 Health and Welfare Fund

Plumbers Local Union No. 1 Welfare Fund

Plumbers Local Union No. 68 Welfare Fund

Plumbers Local Union No. 690 Health Plan

Public Service Insurance Co.

Risk Management, Inc.

Roofers Local 149 Security Benefit Trust Fund

Roofers Local 8 WBPA Fund

-2-

San Francisco Health Plan

Santa Barbara San Luis Obispo Regional Health Authority, d/b/a Cencal Health

Security Health Plan of Wisconsin, Inc.

Sheet Metal Workers Local 19 Health Fund

Sheet Metal Workers Local 38 Insurance and Welfare Fund

Sheet Metal Workers Local No. 25 Health and Welfare Fund

South Central UFCW Unions and Employers Health and Welfare Trust

Southern Tier Building Trades Benefit Plan

Structural Steel 806 Health Plan

Suffolk Transportation Services, Inc.

Teamsters Health Services and Insurance Plan 404

Teamsters Local 237 Retirees' Benefit Fund

Teamsters Local 237 Welfare Fund

Teamsters Local 445 Welfare Fund

Teamsters Local 456 Welfare Fund

Teamsters Local 493 Health Services and Insurance Plan

Teamsters Local 671 Health Services and Insurance Plan

Teamsters Local 677 Health Services and Insurance Plan

UFCW Local 1500 Welfare Fund UFCW Local 342 Healthcare Fund

UFCW Local 342 Welfare Fund

Uniformed Fire Officers Association Benefits Fund

United Crafts Benefits Fund

United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania

United Food and Commercial Workers Local 1000 Oklahoma Health and Welfare Fund

United Food and Commercial Workers Local 1995 and Employers Health and Welfare Fund

United Food and Commercial Workers Union UFCW Local 1529 and Employers Health and Welfare Plan and Trust

United Food and Commercial Workers Unions and Employers Health and Welfare Fund - Atlanta

United Wire, Metal and Machine Local 810 Health Benefit Fund

UOPW Local 175 Welfare Fund

Ventura County Medi-Cal Managed Care

Wayne Farms, LLC

Westchester Heavy Construction Laborers Local 60 Health and Welfare Fund

Zenith Insurance Co.

ZNAT Insurance Co.

3163029.4