# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | CASE NO. 1:17-MD-2804 |
| ) | |
| ) | Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *PBM Bellwether Cases* ) | |
| ) | **ORDER REGARDING** |
| ) | **DEPOSITION SCHEDULING** |
| ) | |

The Court has learned that plaintiffs have suspended the taking of depositions of PBM Defendant witnesses, pending determination of the PBMs' recent petition for writ of mandamus, because PBMs have stated they will oppose reopening depositions if the Sixth Circuit denies the petition.

To ensure the litigation proceeds in as timely a fashion as possible, this Order makes clear that: (1) plaintiffs should proceed with scheduling of these depositions; and (2) plaintiffs may reopen the depositions to obtain testimony regarding subsequently-produced documents if the Sixth Circuit denies the petition.

    **IT IS SO ORDERED.**

                                                      /s/ *Dan Aaron Polster*
                                                      **DAN AARON POLSTER**
                                                      **UNITED STATES DISTRICT JUDGE**

**Dated:** January 15, 2025