# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>CASE NOS.   1:18-OP-45240-DAP<br>               1:21-OP-45109-DAP | MDL 2804<br><br>CASE NO. 1:17-MD-2804-DAP<br><br>HON. DAN AARON POLSTER |

**MR. THOMAS MCCONNELL'S DECLARATION IN SUPPORT OF DISCOUNT DRUG MART, INC.'S MOTION TO DISMISS CITY OF LAKEWOOD AND VILLAGE OF LEXINGTON'S ACTIONS AGAINST DISCOUNT DRUG MART, INC. WITH PREJUDICE FOR FAILURE OF SERVICE OF PROCESS**

The undersigned, Mr. Thomas McConnell, being first duly sworn according to law, deposes and states as follows:

1. I am an authorized representative of Defendant Discount Drug Mart, Inc. ("**DDM**"), over the age of eighteen (18), and have personal knowledge and am competent to attest to the facts set forth in this declaration. Specifically, I was hired by DDM in January of 1989 and served as its Vice-President of Finance. Approximately two (2) years later, I became Chief Financial Officer and Senior Vice-President of Finance. I currently serve as the Vice-President of Finance.

2. I am familiar with *In re National Prescription Opiate Litigation*, No. 1:17–md–2804–DAP (N.D. Ohio) (the "*MDL*") and have served as DDM's corporate representative during depositions on certain topics which have been conducted in the MDL.

3. Specifically, I am familiar with the cases styled: 1) *City of Lakewood v. Purdue Pharma, L.P., et al.*, No. 1:18-op-45240-DAP (N.D. Ohio) (the "*Lakewood Action*"); and 2) *Village of Lexington v. Actavis LLC, et al.*, No. 1:21-op-45109-DAP (N.D. Ohio) (the "*Lexington Action*").

4. To my knowledge, DDM has not been served with a copy of the Summons and operative Complaint via certified mail, regular mail, personal service, service by

1

publication, or any other means in the Lakewood Action.

5. To my knowledge, DDM has not been served with a copy of the Summons and operative Complaint via certified mail, regular mail, personal service, service by publication, or any other means in the Lexington Action.

**FURTHER, AFFIANT SAYETH NAUGHT.**

**IN WITNESS WHEREOF,** this Declaration is executed this 14th day of January, 2025.

_____
Name: Thomas McConnell
Title: Vice-President of Finance, Discount Drug Mart, Inc.

**STATE OF** OHIO )
                  §
**COUNTY OF** Medina )

Before me on the 14th day of January, 2025, **Thomas McConnell,** personally appeared, known to me to be the identical person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed and the free and voluntary act and deed of Discount Drug Mart, Inc. for the uses and purposes set forth hereinabove.

Witness my hand and official seal:

_____
Notary Public
Printed Name: MARCIA G. RAGER

My Commission Expires:

07/06/2025
(SEAL)

MARCIA G. RAGER
Notary Public, State of Ohio
My Commission Expires: 07/06/2025

2