# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | CASE NO. 1:17–MD–2804–DAP |
| *THIS DOCUMENT RELATES TO* | |
| | HON. DAN AARON POLSTER |
| CASE NOS.  1:18–OP–45899–DAP | |
| 1:18–OP–45393–DAP | |
| 1:18–OP–45001–DAP | |
| 1:18–OP–45013–DAP | |
| 1:18–OP–45240–DAP | |

## MR. THOMAS MCCONNELL'S DECLARATION IN SUPPORT OF DISCOUNT DRUG MART, INC.'S MEMORANDUM IN OPPOSITION TO CORRECTED OMNIBUS MOTION FOR LEAVE TO AMEND TO ADD DISCOUNT DRUG MART, INC. AND MEMORANDUM OF LAW IN SUPPORT

The undersigned, Mr. Thomas McConnell, being first duly sworn according to law, deposes and states as follows:

1.      I am an authorized representative of Defendant Discount Drug Mart, Inc. ("*DDM*"), over the age of eighteen (18), and have personal knowledge and am competent to attest to the facts set forth in this declaration. Specifically, I was hired by DDM in January of 1989 and served as its Vice–President of Finance. Approximately two (2) years later, I became Chief Financial Officer and Senior Vice–President of Finance. I currently serve as the Vice–President of Finance.

2.      I am familiar with *In re National Prescription Opiate Litigation*, No. 1:17–md–2804–DAP (the "*MDL*") and have served as DDM's corporate representative during depositions on certain topics which have been conducted in the MDL. I have reviewed the Corrected Omnibus Motion for Leave to Amend to Add DDM and Memorandum in Support (the "*Motion*") which was filed on August 1, 2024 as ECF No. 5569, and am familiar with the facts alleged therein.

3.      In the Motion, the following Plaintiffs (collectively, the "*Out–of–State Plaintiffs*") seek leave to amend their complaints to join and assert claims against DDM

1

in cases which were filed over six (6) years ago in federal district courts located in Missouri, Kentucky, and Massachusetts (collectively, the *"Out–of–State Cases"*):

- *City of Springfield v. Purdue Pharma, L.P., et al.*, No. 1:18–op–45899–DAP (N.D. Ohio May 30, 2018);[1]

- *Fiscal Court of Elliott County v. AmerisourceBergen Drug Corporation, et al.*, No. 1:18–op–45393–DAP (N.D. Ohio Mar. 22, 2018);[2] and

- *Teamsters Health Servs. & Ins. Plan Local 404 v. Purdue Pharma, L.P., et al.*, No. 1:18–op–45001–DAP (N.D. Ohio Nov. 28, 2017). [3] [4]

4. In the Motion, the following Plaintiff (the *"New York Plaintiff"*) seeks leave to amend its complaint to join and assert claims against DDM in a case which was filed in this Court (the *"New York Case"*) over six (6) years ago by a non–profit health and welfare benefit plan from New York City whose membership is limited to New York City employees, retirees, and their families:

- *American Federation of State, County, and Municipal Employees District Council 37 Health & Security Plan, et al. v. Purdue Pharma, L.P., et al.*, No. 1:18–op–45013–DAP (N.D. Ohio Dec. 12, 2017).

*Id.*

5. In support of their request to amend their respective Complaints to join and assert claims against DDM in the Out–of–State Cases and New York Case, the Out–of–State Plaintiffs and New York Plaintiff rely upon facts which are not true. Specifically, the Out–of–State Plaintiffs and New York Plaintiff allege:

---

[1] This case was originally filed in the Western District of Missouri as *City of Springfield v. Purdue Pharma, L.P., et al.*, No. 6:18–cv–03167 (W.D. Mo. May 30, 2018).

[2] This case was originally filed in the Eastern District of Kentucky as *Fiscal Court of Elliott County v. AmerisourceBergen Drug Corporation, et al.*, No. 0:18–cv–00036–GFVT (E.D. Ky. Mar. 22, 2018).

[3] This case was originally filed in the District Court of Massachusetts as *Teamsters Health Servs. & Ins. Plan Local 404 v. Purdue Pharma, L.P., et al.*, No. 3:17–cv–12342–MGM (D. Mass. Nov. 28, 2017).

[4] *See* Motion at Ex. A.

- DDM had a dispensing market share of 5% or more *in each of* their respective jurisdictions;[5] and

- DDM has sold prescription opioids to citizens in Missouri, Kentucky, Massachusetts, and New York.

These facts are untrue.

6.     Specifically, DDM is an Ohio corporation with its principal place of business located at 211 Commerce Drive in Medina, Ohio. Currently, DDM operates 78 stores in over 20 Ohio counties, with its footprint stretching from Cleveland to Dayton. DDM has never owned or operated a store in Missouri, Kentucky, Massachusetts, or New York. In fact, DDM has never owned or operated any stores outside of the State of Ohio.

7.     The following mark is used on DDM's website https://discount-drugmart.com/ and in marketing and various promotions:



DDM is the registered holder of the above service mark through a registration issued by United States Patent and Trademark Office (Discount Drug Mart – Food Market, Registration No. 6435467, U.S. Patent & Trademark Office).

8.     I have reviewed DDM's Memorandum in Opposition to Corrected Omnibus Motion for Leave to Amend to Add DDM and Memorandum of Law in Support, including all Exhibits attached thereto (collectively, *"DDM's Response"*).

9.     Having reviewed DDM's Response, I attest that Dan's Discount Drug Mart, Inc. of Springfield, Missouri has no affiliation whatsoever with DDM. Specifically, this entity, its public filings, its location, its marks, its website, its online presence, and the individuals referenced in DDM's Response are unaffiliated with DDM, which operates 78 stores in Ohio from its headquarters in Medina, Ohio.

10.     Having reviewed DDM's Response, I attest that Discount Drug Mart, Inc.

---

[5] *See* Motion at 1.

of Elliott County, Kentucky has no affiliation whatsoever with DDM. Specifically, this entity, its public filings, its location, its marks, its online presence, and the individuals referenced in DDM's Response are unaffiliated with DDM, which operates 78 stores in Ohio from its headquarters in Medina, Ohio.

**FURTHER, AFFIANT SAYETH NAUGHT.**

**IN WITNESS WHEREOF,** this Declaration is executed this 14ᵀᴴ day of January, 2025.

Name:        Thomas McConnell
Title:        Vice–President of Finance, Discount Drug Mart, Inc.

STATE OF ___Ohio___        )
                                      §
COUNTY OF ___Medina___        )

Before me on the 14ᵀᴴ day of January, 2025, **Thomas McConnell,** personally appeared, known to me to be the identical person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed and the free and voluntary act and deed of Discount Drug Mart, Inc. for the uses and purposes set forth hereinabove.

Witness my hand and official seal:

Notary Public
Printed Name: ___MARCIA G. RAGEN___

My Commission Expires:

___07/06/2025___
(S E A L)

MARCIA G. RAGER
Notary Public, State of Ohio
My Commission Expires: 07/06/2025

4