```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4                         - - -
 5   IN RE:  NATIONAL           :
     PRESCRIPTION               :   MDL No. 2804
 6   OPIATE LITIGATION          :
     _____:   Case No.
 7                              :   1:17-MD-2804
     THIS DOCUMENT RELATES      :
 8   TO ALL CASES               :   Hon. Dan A. Polster
 9                         - - -
10             Thursday, December 6, 2018
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
12
                           - - -
13
14        Videotaped deposition of JASON BRISCOE, held
15   at the offices of Cavitch, Familo & Durkin,
16   1300 East Ninth Street, Cleveland, Ohio, commencing at
17   9:05 a.m., on the above date, before Carol A. Kirk,
18   Registered Merit Reporter and Notary Public.
19
20                         - - -
21
22              GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                   deps@golkow.com
24
```

**EXHIBIT B**

Highly Confidential - Subject to Further Confidentiality Review

1    understanding is DDM just does business in Ohio.

2    Am I mistaken?

3          A.    And my question for you was just

4    retail locations.

5          Q.    Okay.  But DDM only does business

6    in Ohio, correct?

7          A.    You got it.  Yes.

8          Q.    And the distribution center for

9    the pharmaceuticals is in Ohio, correct?

10         A.    Yes.

11         Q.    And the pharmacies are all located

12   in Ohio, correct?

13         A.    Yes.

14         Q.    All the organizational structure

15   at the operational level is in Ohio?

16         A.    Yes.

17         Q.    All right.  So -- now, the report,

18   we -- that report, the average is just based on

19   bottles?

20         A.    But it provides granularity to

21   what is leading to that number.  So if you were

22   to look at the report, it would provide any NDC

23   and associated package size within a drug

24   family.