```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   _____
 4   IN RE:  NATIONAL PRESCRIPTION   | MDL NO. 2804
     OPIATE LITIGATION               | Case No.
 5                                   |       1:17-MD-2804
                                     |
 6   APPLIES TO ALL CASES            | Hon. Dan A. Polster
     _____
 7
 8
 9                    HIGHLY CONFIDENTIAL
10         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12
13                  DEPOSITION FOR PLAINTIFFS
14
15   DEPONENT:       THOMAS McCONNELL
16   DATE:           DECEMBER 12, 2018
17
18
19   REPORTER:       KIMBERLEY KEENE, RPR
20
21
22
23
24                                              EXHIBIT C
25
```

Golkow Litigation Services                                Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1   DDM's other stores and Gentry and then the store?  I
 2   mean, or is it just kind of an isolated?  I mean --
 3        A.   It's -- it's isolated, but -- but it's --
 4   when we get a patient that needs a specialty drug, we
 5   refer them to Gentry.  But then, again, a lot of times
 6   they still can't fill them because they don't have the
 7   right to -- they can't buy that drug, you know what I
 8   mean?  Or -- or the healthcare plan won't pay us.
 9        Q.   Okay.  And I'll get to the other
10   corporations, but fair to say that -- I mean, at least
11   in medical articles I reviewed in pharmaceutical
12   magazines, sounds like DDM has been expanding
13   throughout the years.
14            Is that a fair characterization?
15        A.   Yes.
16        Q.   And all its stores are currently in Ohio?
17        A.   Yes.
18        Q.   Is that the same for Gentry, too?  I mean,
19   its store or its location?
20        A.   Its location is -- is in Medina, Ohio, yes.
21        Q.   All right.  Is discount -- has DDM ever
22   thought about expanding to another state or anything
23   like that, or having a national presence or anything
24   to that effect?
25        A.   From a retail perspective, we've looked and
```