# State of Missouri

## Rebecca McDowell Cook, Secretary of State
P.O. Box 778, Jefferson City, Mo. 65102

Corporation Division



**FILED AND CERTIFICATE OF INCORPORATION ISSUED**

**FEB 08 1996**

*Rebecca McDowell Cook*
**SECRETARY OF STATE**

## Articles of Incorporation
(To be submitted in duplicate by an attorney or an incorporator.)

The undersigned natural person(s) of the age of eighteen years or more for the purpose of forming a corporation under The General and Business Corporation Law of Missouri adopt the following Articles of Incorporation:

### Article One

The name of the corporation is  TYBG INC

### Article Two

The address, including street and number, if any, of the corporation's initial registered office in this state is
1125 W BROADMOOR ST SPRINGFIELD MO 65807

and the name of its initial agent at such address is
RUSSELL SEAVER

### Article Three

The aggregate number, class and par value, if any, of shares which the corporation shall have authority to issue shall be:
30,000 SHARES OF COMMON STOCK AT A PAR VALUE OF $1.00.

The preferences, qualifications, limitations, restrictions, and the special or relative rights, including convertible rights, if any, in respect to the shares of each class are as follows:
IN ADDITION TO THE NORMAL PREEMPTIVE RIGHTS, THE STOCKHOLDERS SHALL HAVE PREEMPTIVE RIGHTS TO THE ORIGINALLY AUTHORIZED, BUT UNISSUED STOCK AND TREASURY SHARES.

**EXHIBIT D**

Corp. #41 (12-94)

## Article Four

The extent, if any, to which the preemptive right of a shareholder to acquire additional shares is limited or denied.

```
NO LIMITATIONS TO THE PREEMPTIVE RIGHTS OF A SHAREHOLDER
SHALL EXIST.
```

## Article Five

The name and place of residence of each incorporator is as follows:

| Name | Street | City |
|---|---|---|
| DANIEL B DREWRY | 317 STATE HIGHWAY 125 | SPRINGFIELD MO 65802 |

## Article Six

(Designate which and complete the applicable paragraph.)

[X] The number of directors to constitute the first board of directors is ___2___. Thereafter the number of directors shall be fixed by, or in the manner provided by the bylaws. Any changes in the number will be reported to the Secretary of State within thirty calendar days of such change.

OR

[ ] The number of directors to constitute the board of directors is _____. (The number of directors to constitute the board of directors must be stated herein if there are to be less than three directors. The person to constitute the first board of directors may, but need not, be named.)

## Article Seven

The duration of the corporation is ___PERPETUAL___

Corp. #41 (Page 2)

## Article Eight

The corporation is formed for the following purposes:

TO ENGAGE IN ALL TYPES OF RETAIL AND WHOLESALE ACTIVITY, PRIMARILY BUT NOT LIMITED TO PHARMACEUTICS, INCLUDING THE MANUFACTURE AND SALE OF PHARMACEUTICALS AND OTHER RELATED PRODUCTS.

TO BUY, SELL, AND OTHERWISE ENGAGE IN THE ACQUISITION AND DISPOSAL AND THE USE OF ANY AND ALL REALESTATE AND PERSONAL PROPERTY FOR USE IN THE BUSINESS OF THE COMPANY OR FOR RESALE, IN THE UNITED STATES AND ELSEWHERE; TO ERECT ALL NECESSARY AND CONVIENIENT WORKS AND APPLIANCES; TO AID IN, OR SUBSCRIBE FOR, OR SUBSIDIZE ANY SUCH OBJECTS, TOGETHER WITH THE DOING OF EVERY ACT DEEMED PROPER, NECESSARY AND INCIDENTAL TO AND FOR THE PURPOSES OF THIS COMPANY.

TO BORROW MONEY, ISSUE NOTES, BONDS, DEBENTURES OR OTHER OBLIGATIONS OF THE CORPORATION AND TO SECURE THE PAYMENT OF SAME MORTGAGE, PLEDGE DEEDS OF TRUST, OR OTHER INSTRUMENTS IN WRITING.

TO SUBSCRIBE, CAUSE TO BE SUBSCRIBED FOR, PURCHASE, SELL, OWN, HOLD, MORTGAGE, PLEDGE, TRADE IN AND EXCHANGE, DISCOUNT, AND RE-DISCOUNT NOTES, DRAFTS, BILLS OF EXCHANGE, STOCKS, INCLUDING THE STOCK OF THIS COMPANY, BONDS, SECURITIES, DEEDS, MORTGAGES, DEBENTURES AND OTHER OBLIGATIONS AND SECURITIES OF ALL KINDS, AND BOTH AS PRINCIPAL AND AGENT.

TO ENGAGE IN THE BUSINESS OF TRANSPORTING PERSONS AND PROPERTIES FOR HIRE BY CONTRACT AND OTHERWISE AND TO ACT AS A CONTRACT HAULER.

TO OPERATE BOTH PUBLIC AND PRIVATE WAREHOUSES, TO STORE, TRANSPORT, FORWARD, RENT SPACE FOR STORAGE, LEASE AND SUBLEASE ALL KINDS OF PROPERTY AND ACT AS FORWARDING AGENT.

TO DO ANY AND ALL KINDS OF BUSINESS NOT OTHERWISE PROHIBITED BY LAW.

**FILED AND CERTIFICATE OF INCORPORATION ISSUED**

**FEB 08 1996**

Rebecca McDowell Cook
SECRETARY OF STATE

IN WITNESS WHEREOF, these Articles of Incorporation have been signed this ____8th____ day of ____February____, 19_96_.

_Daniel B Drewry_
DANIEL B DREWRY

Corp. #41 (Page 3)

State of __Missouri__  
County of __Greene__  } ss.

I, __Deborah K Mynatt__, a Notary Public, do hereby certify that on this __8th__ day of __February__, 19__96__, personally appeared before me __Daniel B Drewry__ (and _____,) who being by me first duly sworn, (severally) declared that he is (they are) the person(s) who signed the foregoing document as incorporator(s), and that the statements therein contained are true.

(Notarial Seal)

__Deborah K Mynatt__  
Notary Public

My commission expires _____

DEBORAH K. MYNATT   Notary Public  
Greene County        State of Missouri  
My Commission Expires June 29, 1999

FILED AND CERTIFICATE OF  
INCORPORATION ISSUED

FEB 08 1996

__Rebecca McDowell Cook__  
SECRETARY OF STATE

Corp. #41 (Page 4)

No. 00422215

# STATE OF MISSOURI



**Rebecca McDowell Cook**
**Secretary of State**

CORPORATION DIVISION

CERTIFICATE OF INCORPORATION

WHEREAS, DUPLICATE ORIGINALS OF ARTICLES OF INCORPORATION OF

TYBG INC.

HAVE BEEN RECEIVED AND FILED IN THE OFFICE OF THE SECRETARY OF STATE, WHICH ARTICLES, IN ALL RESPECTS, COMPLY WITH THE REQUIREMENTS OF GENERAL AND BUSINESS CORPORATION LAW;

NOW, THEREFORE, I, REBECCA MCDOWELL COOK, SECRETARY OF STATE OF THE STATE OF MISSOURI, BY VIRTUE OF THE AUTHORITY VESTED IN ME BY LAW, DO HEREBY CERTIFY AND DECLARE THIS ENTITY A BODY CORPORATE, DULY ORGANIZED THIS DATE AND THAT IT IS ENTITLED TO ALL RIGHTS AND PRIVILEGES GRANTED CORPORATIONS ORGANIZED UNDER THE GENERAL AND BUSINESS CORPORATION LAW.

IN TESTIMONY WHEREOF, I HAVE SET MY HAND AND IMPRINTED THE GREAT SEAL OF THE STATE OF MISSOURI, ON THIS, THE 8TH DAY OF FEBRUARY, 1996.

*Rebecca McDowell Cook*
Secretary of State

$58.00

S.O.S. #30