

# State of Missouri

No. X <u>00 341689</u>

**Rebecca McDowell Cook, Secretary of State**

Corporation Division



## Registration of Fictitious Name
(Submit in duplicate with a filing fee of $7)

This information is for the use of the public and gives no protection to the name. There is no provision in this Chapter to keep another company or corporation from adopting and using the same name. (RSMo 417)

We, the undersigned, are doing business under the following name, and at the following address:

Name to be registered: <u>Dan's Discount Drug Mart</u>

Missouri Business Address: <u>2545 N Kansas Expressway</u>
(P.O. Boxes not accepted)

City, State and Zip Code: <u>Springfield Mo 65803</u>

The parties having an interest in the business, and the percentage they own are (if a corporation is owner, indicate corporation name and percentage owned). If all parties are jointly and severally liable, percentage of ownership need not be listed:

| Name of Owners, Individual or Corporate | Street and Number | City | State and Zip Code | If listed, Percentage of ownership must equal 100% |
|---|---|---|---|---|
| TYBG Inc. 00422215 | 2545 N Kansas | Springfield | MO 65803 | 100% |

(Must be typed or printed)

Return to: Secretary of State
Corporation Division
P.O. Box 778
Jefferson City, Mo. 65102

FILED

JUL 24 1998

Rebecca McDowell Cook
SECRETARY OF STATE

**EXHIBIT E**

Corp. #56 (12-94)

The undersigned, being all the parties owning interest in the above company, being duly sworn, upon their oaths each did say that the statements and matters set forth herein are true.

Individual Owners Sign Here

X _____    X _____

X _____    X _____

X _____    X _____

The undersigned corporation has caused this application to be executed in its name by its President or Vice-President and its Secretary or Assistant Secretary, this _____

day of _____, 19 _____.

If Corporation is Owner, Corporate Officers Execute Here

X00 344689

_TYBG Inc._
(Exact Corporate Title)

By _Daniel B Drewry_
Its President or Vice-President

By _Hanna L Drewry_
Its Secretary or Assistant Secretary

(Corporate Seal)
If no seal, state "none".

FILED
JUL 24 1998
_Rebecca McDowell Cook_
SECRETARY OF STATE

State of Missouri
County of ~~FB~~ Greene } ss

I, _Deborah K Mynatt_, A Notary Public, do hereby certify that on the _24th_ day of _July_, 19 _98_, personally appeared before me _Daniel B Drewry_, and being first duly sworn by me, acknowledged that _____ he signed as his own free act and deed the foregoing document in the capacity therein set forth and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

(Notarial Seal)

_Deborah K Mynatt_
Notary Public
DEBORAH K. MYNATT   Notary Public
Greene County        State of Missouri
My commission expires _My Commission Expires June 29, 1999_

Corp. #56