# NOTICE OF EXPIRATION
# FOR A FICTITIOUS NAME REGISTRATION

X00341689
DAN'S DISCOUNT DRUG MART
2545 N KANSAS EXPY
SPRINGFIELD, MO 65803-1184

October 17, 2009

DAN'S DISCOUNT DRUG MART
X00341689

The above business has failed to comply with Section 417.210 RSMo, by:

*Failure to renew a fictitious name registration.*

Therefore, the above business stands **expired** under the provisions of Section 417.210 as of October 17, 2009.

If you wish to file a new fictitious name registration, please visit our web site at www.sos.mo.gov/business/corporations or for further information, please contact the Corporations Division toll free at (866) 223-6535.

**Rich Lamb**
Executive Deputy Secretary of State

**EXHIBIT F**