

# State of Missouri

**Robin Carnahan, Secretary of State**

**Corporations Division**
P.O. Box 1366
Jefferson City, Missouri 65102

File Number: 201005790390

X00664074

Date Filed: 04/07/2010

Expiration Date: 06/03/2015

**Robin Carnahan**

**Secretary of State**

## Registration of Fictitious Name
(Submit with filing fee of $7.00)
*(Must be typed or printed)*

This information is for the use of the public and gives no protection to the name being registered. There is no provision in this Chapter to keep another person or business entity from adopting and using the same name. The fictitious name registration expires 5 years from the filing date. (Chapter 417, RSMo)

**Please check one box:**

☐ New Registration     ☑ Renewal  X00664074     ☐ Amendment _____     ☐ Correction _____
                            Charter Number              Charter Number                Charter Number

**The undersigned is doing business under the following name, and at the following address:**

Business name to be registered: Dan's Discount Drug Mart

Business address: 2625 N. Kansas Expressway
*(PO Box may only be used in addition to a physical street address)*

City, State and Zip Code: Springfield MO 65803

**Owner Information:**

If a business entity is an owner, indicate business name and percentage owned. If all parties are jointly and severally liable, percentage of ownership need not be listed. Please attach a separate page for more than three owners. The parties having an interest in the business, and the percentage they own are:

| Name of Owners, Individual or Business Entity | Charter # Required If Business Entity | Street and Number, City and State, Zip Code | If listed, Percentage of ownership must equal 100% |
|---|---|---|---|
| Show-Me Pharmacy, Inc. | 00638748 | 2625 North Kansas Expressway  Springfield, MO 65803 | 100% |

**All owners must affirm by signing below**

In Affirmation thereof, the facts stated above are true and correct:

*(The undersigned understands that false statements made in this filing are subject to the penalties of a false declaration under Section 575.060 RSMo)*

| *Electronically Signed By:* | Sean McQueary | Sean McQueary | 04/07/2010 |
|---|---|---|---|
| | *Authorized Signature* | *Printed Name* | *Date* |

# EXHIBIT G

Name and address to return filed document:

Name: _____

Address: _____

City, State, and Zip Code: _____

Corp. 56 (11/2008)