# NOTICE OF EXPIRATION
# FOR A FICTITIOUS NAME REGISTRATION

X00664074
Dan's Discount Drug Mart
2625 N. Kansas Expressway
Springfield MO  65803

*Dan's Discount Drug Mart*
*X00664074*

The above business has failed to comply with Section 417.210 RSMo, by:

*Failure to renew a fictitious name registration.*

Therefore, the above business stands **expired** under the provisions of Section 417.210 as of 6/10/2015.

You may have already filed a new fictitious name registration within the last 5 years and failed to cancel your old registration. Please check the charter number to determine if this notice refers to that old registration.

If your current fictitious registration is expired and you are still in business using the name listed above, you will need to file a **new fictitious name registration,** at which time you will receive a new charter number. To file online please visit our website at www.sos.mo.gov/fileonline to login or create an account. After logging in, click "Register Fictitious Name", located in the Fictitious Name Registration box. You may also mail a completed fictitious name registration form, with the $7.00 filing fee, to P.O. Box 778, Jefferson City, MO 65102.

For further assistance, you may contact the Corporation Division toll free at 1-866-223-6535 or email us at corporations@sos.mo.gov.

Barbara J Wood
**Executive Deputy Secretary of State**

**EXHIBIT H**