**PARID: 1303401007**                                                      **ROLL: RP_GM**
**TYBG ENT LLC**

| | |
|---|---|
| Property Name | DAN'S DISCOUNT DRUG |
| Property Address | 2623 2625 N KANSAS EXPY    SPRINGFIELD |
| Subdivision | NONE |
| Tax District | 105: SPRINGFIELD R12 |
| School District | R12: SPRINGFIELD |
| Living Unit | |
| Residential SqFt | |
| Commercial SqFt | 4,952 |
| Class | Commercial |
| Brief Tax Description | .34A BEG 202 FT N & 53.9 FT W SE COR NE1/4 SE1/4 3/29/22 W 130 FT N 115 FT E130 FT S 115 FT TO BEG |
| | (Note:Not to be used on legal documents) |
| Calculated Acres | .3432 |
| | SECTION   TOWNSHIP   RANGE |
| | 3            29N             22W |

| | |
|---|---|
| Sale Date | 03-MAR-2000 |
| Book/Page | 2731/0566 |

## Mailing Information

| | |
|---|---|
| Owner | TYBG ENT LLC |
| Address | 3970 E TURTLE HATCH RD |
| City, State, Zip | SPRINGFIELD MO 65809-3749 |
| Date last Updated | 16-SEP-2024 |

## Market/Assessed Value

| | |
|---|---|
| Residential Market | 0 |
| Residential Assessed = Residential Market *19% | 0 |
| Agriculture Market | 0 |
| Agriculture Assessed = Agriculture Market * 12% | 0 |
| Commercial Market | 556,700 |
| Commercial Assessed = Commercial Market * 32% | 178,150 |
| TOTAL MARKET | 556,700 |

**EXHIBIT I**

Case: 1:17-md-02804-DAP  Doc #: 5874-9  Filed: 01/16/25  2 of 2.  PageID #: 659856

| | |
|---|---|
| TOTAL ASSESSED | 178,150 |
| Previous Year Market | 387,300 |

### TOTALS

| | |
|---|---|
| Appraised Land | 74,800 |
| Appraised Improvements | 481,900 |
| Total Appraised | 556,700 |
| Land Assessed | 23,940 |
| Improvements Assessed | 154,210 |
| Total Assessed | 178,150 |