Kentucky.gov



# Kentucky Secretary of State
# Michael G. Adams



# DISCOUNT DRUG MART, INC.

[File Annual Report]  [Change Address or Registered Agent]
[File Certificate of Assumed Name (DBA)]  [File Dissolution]  [Upload a filing]
[File Registered Agent Resignation]

Print & Mail | Subscribe to changes made to this entity | Certificate of Good Standing

## General Information

| | |
|---|---|
| Organization Number | 0229979 |
| Name | DISCOUNT DRUG MART, INC. |
| Profit or Non-Profit | P  Profit |
| Company Type | KCO  Kentucky Corporation |
| Industry | Miscellaneous Retail |
| Number of Employees | Small (0 19) |
| Primary County | Elliott |
| Status | A  Active |
| Standing | G  Good |
| State | KY |
| File Date | 6/1/1987 |
| Organization Date | 6/1/1987 |
| Last Annual Report | 6/25/2024 |
| Principal Office | P.O. BOX 187 |
| | SANDY HOOK, KY 41171 |
| Registered Agent | DEBORAH BREWER |
| | 121 S KY 7 |
| | SANDY HOOK, KY 41171 |
| Authorized Shares | 1000 |

[Show Current Officers]
[Show Initial Officers]

EXHIBIT J

**Images available online**

Documents filed with the Office of Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| Filing | File Date | # of Pages |
|---|---|---|
| **Annual Report** | 6/25/2024 | 1 page |
| **Annual Report** | 6/15/2023 | 1 page |
| **Annual Report** | 5/25/2022 | 1 page |
| **Annual Report** | 8/30/2021 | 1 page |
| **Annual Report** | 6/29/2020 | 1 page |
| **Annual Report** | 6/27/2019 | 1 page |
| **Annual Report** | 6/27/2018 | 1 page |
| **Annual Report** | 6/26/2017 | 1 page |
| **Annual Report** | 6/29/2016 | 1 page |
| **Registered Agent name/address change** | 6/2/2015 | 1 page |
| **Annual Report** | 6/2/2015 | 1 page |
| **Annual Report** | 5/28/2014 | 1 page |
| **Annual Report** | 6/18/2013 | 1 page |
| **Annual Report** | 1/26/2012 | 1 page |
| **Annual Report** | 6/13/2011 | 1 page |
| **Annual Report** | 10/15/2010 | 1 page |
| **Annual Report** | 5/19/2009 | 1 page |
| **Annual Report** | 5/2/2008 | 1 page |
| **Annual Report** | 8/7/2007 | 1 page |
| **Annual Report** | 6/29/2006 | 1 page |
| **Annual Report** | 3/30/2005 | 1 page |
| **Statement of Change** | 1/13/2004 | 1 page |
| **Reinstatement** | 1/5/2004 | 2 pages |
| **Administrative Dissolution** | 11/7/1996 | 1 page |

| | | |
|---|---|---|
| **Annual Report** | 7/1/1996 | 1 page |
| **Annual Report** | 7/1/1995 | 1 page |
| **Annual Report** | 4/5/1994 | 1 page |
| **Statement of Change** | 6/12/1993 | 1 page |
| **Annual Report** | 3/17/1993 | 1 page |
| **Annual Report** | 3/18/1992 | 1 page |
| **Annual Report** | 7/1/1991 | 1 page |
| **Annual Report** | 7/1/1990 | 2 pages |
| **Statement of Change** | 9/21/1989 | 1 page |
| **Sixty Day Notice** | 9/1/1989 | 1 page |
| **Annual Report** | 7/1/1989 | 1 page |

Show Activities
Show Microfilm

Contact    Site Map

Privacy    Security    Disclaimer    Accessibility

© Commonwealth of Kentucky
All rights reserved

Kentucky Unbridled Spirit