# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company**         DISCOUNT DRUG MART, INC.
**Company ID**      0229979.09.99999
**Date Filed**      6/29/2006 5:56:35 PM
**Fee**             $15.00

## Principal Office

## Registered Agent

P.O. BOX 187
SANDY HOOK, KY 41171

DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

## Officers

| President | Deborah Brewer | Sandy Hook KY 41171 |
| Secretary | Deborah Brewer | Sandy Hook KY 41171 |

## Signatures

**Signature**       Deborah Brewer
**Title**           President

EXHIBIT K

# Kentucky Secretary of State
# Annual Report

## This Annual Report was submitted electronically

**Company**          DISCOUNT DRUG MART, INC.
**Company ID**       0229979.09.99999
**Date Filed**       8/7/2007 3:26:32 PM
**Fee**              $15.00

## Principal Office          Registered Agent

P.O. BOX 187                 DEBORAH BREWER
SANDY HOOK, KY 41171         108 MAIN STREET
                             SANDY HOOK, KY 41171

## Officers

| President | Deborah Brewer | Sandy Hook KY 41171 |
| Secretary | Deborah Brewer | Sandy Hook KY 41171 |

## Signatures

**Signature**        Deborah Brewer
**Title**            President



You can file your annual report online using a credit card or prepaid account. Visit our web site at sos.ky.gov/annualreports

**COMMONWEALTH OF KENTUCKY**
**TREY GRAYSON, SECRETARY OF STATE**
**ANNUAL REPORT**
**DUE JUNE 30, 2008**

0229979

| ORGANIZATION ID # | STATE OR COUNTRY OF INCORPORATION | ORGANIZATION DATE | FILING FEE |
|---|---|---|---|
| 0229979 | KY | 06/01/1987 | $15.00 |

**(1) EXACT CORPORATE NAME AND CURRENT PRINCIPAL OFFICE ADDRESS**
Changes made to the principal office address cannot be made on this form. Check (3)A to request a form to be mailed or download the form from our web site.

DISCOUNT DRUG MART, INC.
P.O. BOX 187
SANDY HOOK, KY 41171

**RECEIVED**
APR 29 2008
SECRETARY OF STATE
COMMONWEALTH OF KY

**(2) CURRENT REGISTERED AGENT AND REGISTERED OFFICE ADDRESS**
Changes made to the registered agent or registered office cannot be made on this form. Complete (3) to request a form to be mailed or download form from web site.

DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**(3) A.** ☐ Statement of Change of Designated or Principal Office Address Form
**B.** ☐ Statement of Change of Registered Agent or Registered Office Form
MAIL FORM TO

**(4) PRINCIPAL OFFICERS** If (5) is blank, type or print the **names and business addresses** of the current principal officers. If sole officer, please note. The annual report will be returned if business addresses are not listed. If the corporation has previously filed an annual report, verify the names and titles of officers listed below. Please note any additions to or changes in the principal officers and **give the business address** for each person listed.

| Title | Name | Address |
|---|---|---|
| President | Deborah Brewer | 108 Main Street Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 108 Main Street Sandy Hook KY 41171 |

**(5) DIRECTORS** Type or print the **names and business addresses** of the corporation's directors. No listing of directors is verification that the corporation has dispensed with directors (KRS 271B.8-010(3)). **Nonprofit corporations must list three (3) or more directors** (KRS 273.211). The annual report will be returned if business addresses are not listed.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |

**(6)** Check here if you are a cooperative corporation or association organized under KRS 272. ☐
Check here if you are a rural electric or rural telephone cooperative corporation organized under KRS 279. ☐

**I VERIFY THAT THE INFORMATION IN THIS ANNUAL REPORT IS CURRENT AS OF THE DATE THIS REPORT IS EXECUTED.**

_Deborah Brewer_ / _Deborah Brewer_ / _President_ / 4-22-08
Signature of Officer or Chairman of the Board / Type or Print Name / Title / Date

**ANNUAL REPORT AND FILING FEE**
Submit for filing the completed annual report form and correct filing fee as indicated above. Make check payable to the **"Kentucky State Treasurer"**. Please do not send cash.

**MAILING ADDRESS**
Trey Grayson
Secretary of State
P O Box 1150
Frankfort, KY 40602-1150

**OFFICE LOCATION**
Secretary of State
State Capitol, Room 154
700 Capital Avenue
Frankfort, KY 40601
(502)-564-2848

NOTE: P O Box 1150 is for **annual report filings only.**

**Org ID:** 0229979

2009 Annual Report
Due June 30, 2009

State of KY Fee: $15.00

## DISCOUNT DRUG MART, INC.

| | |
|---|---|
| **Principal Office** | P.O. BOX 187, SANDY HOOK KY 41171 |
| **Registered agent** | DEBORAH BREWER, 108 MAIN STREET, SANDY HOOK KY 41171 |
| **Officers** | |
| President | Deborah Brewer, 108 MAIN ST  SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer, 108 MAIN ST  SANDY HOOK, KY 41171 |

**Directors**

Profit corporations must list directors unless the company has dispensed with directors. If needed, attach a list of the corporation's directors.

File your annual report online with a credit card or prepaid account. Visit our web site at sos.ky.gov/annualreports

Sign below and return to the Secretary of State's office with the required list(s).

RECEIVED
MAY 1 9 2009
SECRETARY OF STATE
COMMONWEALTH OF KY

_____  President  1/14/09
Signature of officer or chairman of the board   Title   Date

# Commonwealth of Kentucky
# Trey Grayson, Secretary of State

**PARP**
0229979
Trey Grayson
Secretary of State
Received and Filed
10/15/2010 11:36:55 PM
Fee receipt: $15.00

Trey Grayson
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report Online Filing**

**ARP**

**Company:** DISCOUNT DRUG MART, INC.
**Company ID:** 0229979
**State of origin:** Kentucky
**Formation date:** 6/1/1987 12:00:00 AM
**Date filed:** 10/15/2010 11:36:55 PM
**Fee:** $15.00

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |

**Signatures**
Signature: Deborah Brewer
Title: President

# Commonwealth of Kentucky
## Elaine N. Walker, Secretary of State

PARP
0229979
Elaine N. Walker
Secretary of State
Received and Filed
6/13/2011 3:59:54 PM
Fee receipt: $15.00

Elaine N. Walker
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report Online Filing**

**ARP**

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/13/2011 3:59:54 PM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

## Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary of State

0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
1/26/2012 7:41:36 PM
Fee receipt: $15.00
PARP

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report Online Filing**

**ARP**

| | |
|---|---|
| **Company:** | DISCOUNT DRUG MART, INC. |
| **Company ID:** | 0229979 |
| **State of origin:** | Kentucky |
| **Formation date:** | 6/1/1987 12:00:00 AM |
| **Date filed:** | 1/26/2012 7:41:36 PM |
| **Fee:** | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

## Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o[f State]

```
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
  6/18/2013 5:09:30 PM
Fee receipt:  $15.00
                     PARP
```

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report
Online Filing**

**ARP**

| | |
|---|---|
| **Company:** | DISCOUNT DRUG MART, INC. |
| **Company ID:** | 0229979 |
| **State of origin:** | Kentucky |
| **Formation date:** | 6/1/1987 12:00:00 AM |
| **Date filed:** | 6/18/2013 5:09:30 PM |
| **Fee:** | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

```
                                                                      PARP
                                                        0229979
                                                        Alison Lundergan Grimes
      Commonwealth of Kentucky                          KY Secretary of State
   Alison Lundergan Grimes, Secretary o                 Received and Filed
                                                          5/28/2014 5:51:24 PM
                                                        Fee receipt:  $15.00
```

| Alison Lundergan Grimes<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report<br>Online Filing** | **ARP** |
|---|---|---|

**Company:** DISCOUNT DRUG MART, INC.
**Company ID:** 0229979
**State of origin:** Kentucky
**Formation date:** 6/1/1987 12:00:00 AM
**Date filed:** 5/28/2014 5:51:24 PM
**Fee:** $15.00

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
108 MAIN STREET
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |
| Secretary | Deborah Brewer | 108 MAIN ST SANDY HOOK, KY 41171 |

**Signatures**
Signature        Deborah Brewer
Title            President

**Commonwealth of Kentucky**
**Alison Lundergan Grimes, Secretary o**

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report
Online Filing**

**ARP**

PARP
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/2/2015 1:01:08 PM
Fee receipt: $15.00

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/2/2015 1:01:08 PM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

**Signatures**
Signature        Deborah Brewer
Title            President

## Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o

PARP
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/29/2016 1:16:32 PM
Fee receipt: $15.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing

**ARP**

| | |
|---|---|
| **Company:** | DISCOUNT DRUG MART, INC. |
| **Company ID:** | 0229979 |
| **State of origin:** | Kentucky |
| **Formation date:** | 6/1/1987 12:00:00 AM |
| **Date filed:** | 6/29/2016 1:16:32 PM |
| **Fee:** | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

PARP
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/26/2017 2:18:13 PM
Fee receipt: $15.00

# Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report Online Filing**

**ARP**

**Company:** DISCOUNT DRUG MART, INC.
**Company ID:** 0229979
**State of origin:** Kentucky
**Formation date:** 6/1/1987 12:00:00 AM
**Date filed:** 6/26/2017 2:18:13 PM
**Fee:** $15.00

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY  41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY  41171 |

| | |
|---|---|
| County: | Elliott |
| Business size: | Small |
| Ownership: | Women-owned |
| Business type: | Miscellaneous Retail |

**Signatures**
| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

## Commonwealth of Kentucky
## Alison Lundergan Grimes, Secretary o

| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State<br>P. O. Box 1150<br>Frankfort, KY 40602-1150<br>(502) 564-3490<br>http://www.sos.ky.gov | **Annual Report<br>Online Filing** | **ARP** |

```
PARP
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
  6/27/2018 2:12:42 PM
Fee receipt:  $15.00
```

**Company:** DISCOUNT DRUG MART, INC.
**Company ID:** 0229979
**State of origin:** Kentucky
**Formation date:** 6/1/1987 12:00:00 AM
**Date filed:** 6/27/2018 2:12:42 PM
**Fee:** $15.00

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

| | |
|---|---|
| County: | Elliott |
| Business size: | Small |
| Ownership: | Women-owned |
| Business type: | General Merchandise Stores |

**Signatures**
**Signature** Deborah Brewer
**Title** President

**Commonwealth of Kentucky**
**Alison Lundergan Grimes, Secretary o**

PARP
0229979
Alison Lundergan Grimes
KY Secretary of State
Received and Filed
6/27/2019 1:21:26 PM
Fee receipt: $15.00

Alison Lundergan Grimes
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report**
**Online Filing**

ARP

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/27/2019 1:21:26 PM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**
| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

| | |
|---|---|
| County: | Elliott |
| Business size: | Small |
| Ownership: | Women-owned |
| Business type: | Health Services |

**Signatures**
| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

**Commonwealth of Kentucky**
**Michael G. Adams, Secretary of State**

PARP
0229979
Michael G. Adams
KY Secretary of State
Received and Filed
6/29/2020 6:54:11 PM
Fee receipt: $15.00

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report Online Filing**

**ARP**

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/29/2020 6:54:11 PM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

## Commonwealth of Kentucky
## Michael G. Adams, Secretary of State

PARP
0229979
Michael G. Adams
KY Secretary of State
Received and Filed
8/30/2021 11:53:35 AM
Fee receipt: $15.00

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing

**ARP**

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 8/30/2021 11:53:35 AM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY  41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY  41171 |

**Signatures**

| | |
|---|---|
| Signature | DEBORAH BREWER |
| Title | OFFICER |

PARP

0229979
Michael G. Adams
KY Secretary of State
Received and Filed
5/25/2022 9:41:55 AM
Fee receipt: $15.00

## Commonwealth of Kentucky
## Michael G. Adams, Secretary of State

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing

**ARP**

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 5/25/2022 9:41:55 AM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

**Commonwealth of Kentucky**
**Michael G. Adams, Secretary of St**

PARP
0229979
Michael G. Adams
KY Secretary of State
Received and Filed
6/15/2023 11:51:52 AM
Fee receipt: $15.00

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

# Annual Report
# Online Filing
# For the Year 2023

**ARP**

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/15/2023 11:49:21 AM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| | | |
|---|---|---|
| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

**Signatures**

| | |
|---|---|
| Signature | Deborah Brewer |
| Title | President |

**Commonwealth of Kentucky**
**Michael G. Adams, Secretary of St**

PARP
0229979
Michael G. Adams
KY Secretary of State
Received and Filed
6/25/2024 11:01:44 AM
Fee receipt: $15.00

Michael G. Adams
Secretary of State
P. O. Box 1150
Frankfort, KY 40602-1150
(502) 564-3490
http://www.sos.ky.gov

**Annual Report**
**Online Filing**
**For the Year 2024**

ARP

| | |
|---|---|
| Company: | DISCOUNT DRUG MART, INC. |
| Company ID: | 0229979 |
| State of origin: | Kentucky |
| Formation date: | 6/1/1987 12:00:00 AM |
| Date filed: | 6/25/2024 11:00:55 AM |
| Fee: | $15.00 |

**Principal Office**
P.O. BOX 187
SANDY HOOK, KY 41171

**Registered Agent Name/Address**
DEBORAH BREWER
121 S KY 7
SANDY HOOK, KY 41171

**Current Officers**

| President | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |
| Secretary | Deborah Brewer | 121 S KY 7 Sandy Hook, KY 41171 |

| | |
|---|---|
| County: | Elliott |
| Business size: | Small |
| Business type: | Miscellaneous Retail |

**Signatures**

| Signature | Deborah Brewer |
| Title | President |