UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Exhibit A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO KROGER SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant The Kroger Co., ("Kroger")[1] that, pursuant to the election of each Dismissing Plaintiff to participate in the Kroger Settlement Agreement, which is dated March 22, 2024, and is binding on the Dismissing Plaintiffs and Kroger, and which has an Effective Date of December 30, 2024 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against Kroger, including any entity identified on the attached Appendix C, are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Kroger Settlement Agreement to the extent provided under that Agreement.[2]

---

[1] The Released Entities are set forth in Section I.MMM and Exhibit J of the Kroger Settlement Agreement, dated as of March 22, 2024, a copy of which is attached as Appendix B.

[2] To the extent any Plaintiff Subdivision is inadvertently included on Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

Dated: February 3, 2025    Respectfully submitted,

Agreed as to form and substance:

              */s/Jayne Conroy*
              Jayne Conroy
              SIMMONS HANLY CONROY
              112 Madison Avenue, 7th Floor
              New York, NY 10016
              (212) 784-6400
              (212) 213-5949 (fax)
              jconroy@simmonsfirm.com

              */s/Joseph F. Rice*
              Joseph F. Rice
              MOTLEY RICE LLC
              28 Bridgeside Blvd.
              Mt. Pleasant, SC 29464
              (843) 216-9000
              (843) 216-9290 (Fax)
              jrice@motleyrice.com

              */s/Paul T. Farrell, Jr.*
              Paul T. Farrell, Jr., Esq.
              FARRELL & FULLER LLC
              270 Munoz Rivera Ave., Suite 201
              San Juan, PR  00918
              (304) 654-8281
              paul@farrellfuller.com

              *Plaintiffs' Co-Lead Counsel*

              */s/Peter H. Weinberger*
              Peter H. Weinberger (0022076)
              SPANGENBERG SHIBLEY &LIBER
              1001 Lakeside Avenue East, Suite 1700
              Cleveland, OH 44114
              (216) 696-3232
              (216) 696-3924 (Fax)
              pweinberger@spanglaw.com

              *Plaintiffs' Liaison Counsel*

**Kroger**

*/s/ Chantal Fiebig*
Weil, Gotshal & Manges LLP
2001 M Street NW
Suite 600
Washington, DC 20036
202 682 7130 Direct
202 857 0940 Fax
*chantal.fiebig@weil.com*

*Attorneys for Defendant Kroger Co.*


SO ORDERED this __ day of _____, 2025.

_____

Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

>*/s/Peter H. Weinberger*
>Peter H. Weinberger