# APPENDIX A

| MDL Docket Number | Plaintiff Name | State |
|---|---|---|
| 1:17-op-45004 | Cuyahoga County | OH |
| 1:17-op-45033 | Clermont County | OH |
| 1:17-op-45034 | Belmont County | OH |
| 1:17-op-45035 | Brown County | OH |
| 1:17-op-45037 | Jackson County | OH |
| 1:17-op-45038 | Scioto County | OH |
| 1:17-op-45039 | Pike County | OH |
| 1:17-op-45040 | Ross County | OH |
| 1:17-op-45041 | Cincinnati city | OH |
| 1:17-op-45042 | Portsmouth city | OH |
| 1:17-op-45044 | Hocking County | OH |
| 1:17-op-45078 | Christian County | IL |
| 1:17-op-45081 | Lafayette city | IN |
| 1:17-op-45083 | St Louis County | MO |
| 1:17-op-45093 | Adams County | WI |
| 1:17-op-45095 | Marathon County | WI |
| 1:17-op-45096 | Green County | WI |
| 1:17-op-45098 | Sauk County | WI |
| 1:17-op-45099 | Iowa County | WI |
| 1:17-op-45104 | Door County | WI |
| 1:17-op-45106 | Fond Du Lac County | WI |
| 1:17-op-45107 | Douglas County | WI |
| 1:17-op-45108 | Rock County | WI |
| 1:17-op-45112 | Eau Claire County | WI |
| 1:17-op-45114 | Washington County | WI |
| 1:17-op-45115 | Grant County | WI |
| 1:17-op-45116 | Rusk County | WI |
| 1:17-op-45118 | Columbia County | WI |
| 1:17-op-45119 | Shawano County | WI |
| 1:17-op-45120 | Oconto County | WI |
| 1:17-op-45121 | Jackson County | WI |
| 1:17-op-45122 | Jefferson County | WI |
| 1:17-op-45123 | Washburn County | WI |
| 1:17-op-45124 | Langlade County | WI |
| 1:17-op-45125 | Florence County | WI |
| 1:17-op-45126 | Price County | WI |
| 1:17-op-45127 | Wood County | WI |
| 1:17-op-45128 | Sheboygan County | WI |
| 1:17-op-45129 | Oneida County | WI |
| 1:17-op-45130 | Ashland County | WI |
| 1:17-op-45131 | Burnett County | WI |
| 1:17-op-45132 | Chippewa County | WI |

| | | |
|---|---|---|
| 1:17-op-45133 | Dunn County | WI |
| 1:17-op-45134 | Forest County | WI |
| 1:17-op-45135 | Manitowoc County | WI |
| 1:17-op-45136 | Marquette County | WI |
| 1:17-op-45137 | Sawyer County | WI |
| 1:17-op-45138 | Trempealeau County | WI |
| 1:17-op-45139 | Waushara County | WI |
| 1:17-op-45141 | Buffalo County | WI |
| 1:17-op-45142 | Calumet County | WI |
| 1:17-op-45143 | Dodge County | WI |
| 1:17-op-45144 | Kenosha County | WI |
| 1:17-op-45145 | Marinette County | WI |
| 1:17-op-45146 | Monroe County | WI |
| 1:17-op-45147 | St Croix County | WI |
| 1:17-op-45148 | Vernon County | WI |
| 1:17-op-45150 | Clark County | WI |
| 1:17-op-45164 | Sheriff of Avoyelles Parish | LA |
| 1:17-op-45165 | Pierce County | WI |
| 1:17-op-45166 | Waupaca County | WI |
| 1:17-op-45167 | Lincoln County | WI |
| 1:17-op-45168 | Bayfield County | WI |
| 1:17-op-45178 | Sheriff of Rapides Parish | LA |
| 1:17-op-45179 | Sheriff of Calcasieu Parish | LA |
| 1:17-op-45180 | Sheriff of Lafayette Parish | LA |
| 1:18:op-46269 | Carroll County | GA |
| 1:18-op-45016 | New Castle city | IN |
| 1:18-op-45025 | Sedgwick County | KS |
| 1:18-op-45031 | Ottawa County | OH |
| 1:18-op-45037 | Butler County | OH |
| 1:18-op-45038 | Fairfield County | OH |
| 1:18-op-45041 | Licking County | OH |
| 1:18-op-45045 | Lawrence County | OH |
| 1:18-op-45046 | Darke County | OH |
| 1:18-op-45047 | Logan County | OH |
| 1:18-op-45055 | Sheridan town | IN |
| 1:18-op-45059 | Morrow County | OH |
| 1:18-op-45065 | Champaign County | OH |
| 1:18-op-45088 | Metropolitan Government of Nashville & Davidson County | TN |
| 1:18-op-45093 | Sheriff of Washington Parish | LA |
| 1:18-op-45099 | Sheriff of Jefferson Davis Parish | LA |
| 1:18-op-45109 | Greenwood city | IN |
| 1:18-op-45117 | Winnebago County | WI |
| 1:18-op-45117 | Richland County | WI |

| | | |
|---|---|---|
| 1:18-op-45117 | Portage County | WI |
| 1:18-op-45117 | Racine County | WI |
| 1:18-op-45117 | Ozaukee County | WI |
| 1:18-op-45117 | Pepin County | WI |
| 1:18-op-45117 | Outagamie County | WI |
| 1:18-op-45117 | Kewaunee County | WI |
| 1:18-op-45117 | Juneau County | WI |
| 1:18-op-45117 | Iron County | WI |
| 1:18-op-45117 | Crawford County | WI |
| 1:18-op-45117 | Brown County | WI |
| 1:18-op-45121 | Allen County | IN |
| 1:18-op-45123 | Fort Wayne city | IN |
| 1:18-op-45124 | Noblesville city | IN |
| 1:18-op-45125 | Atlanta town | IN |
| 1:18-op-45128 | Vigo County | IN |
| 1:18-op-45129 | Terre Haute city | IN |
| 1:18-op-45131 | Jennings County | IN |
| 1:18-op-45132 | Cleveland city | OH |
| 1:18-op-45134 | Williamson County | TN |
| 1:18-op-45137 | Muskingum County | OH |
| 1:18-op-45140 | Sheriff of Vernon Parish | LA |
| 1:18-op-45142 | Sheriff of Allen Parish | LA |
| 1:18-op-45143 | Sheriff of Sabine Parish | LA |
| 1:18-op-45151 | Elwood city | IN |
| 1:18-op-45151 | Alexandria city | IN |
| 1:18-op-45151 | Madison County | IN |
| 1:18-op-45154 | Sheriff of Ouachita Parish | LA |
| 1:18-op-45158 | Monroe County | MI |
| 1:18-op-45159 | Connersville city | IN |
| 1:18-op-45159 | Fayette County | IN |
| 1:18-op-45162 | Franklin County | OH |
| 1:18-op-45163 | Lebanon city | OH |
| 1:18-op-45165 | Candler County | GA |
| 1:18-op-45167 | Candler County, Hospital Authority | GA |
| 1:18-op-45172 | Howard County | IN |
| 1:18-op-45189 | Sheriff of Evangeline Parish | LA |
| 1:18-op-45200 | Morgan County | AL |
| 1:18-op-45201 | Decatur city | AL |
| 1:18-op-45218 | Athens-Clarke County unified government | GA |
| 1:18-op-45219 | Oconee County | GA |
| 1:18-op-45221 | Mecklenburg County | NC |
| 1:18-op-45233 | Augusta-Richmond County consolidated government | GA |
| 1:18-op-45235 | Bloomington city | IN |

| | | |
|---|---|---|
| 1:18-op-45237 | Jeff Davis County | GA |
| 1:18-op-45238 | Crisp County | GA |
| 1:18-op-45245 | Perry County | OH |
| 1:18-op-45250 | Sumter County | GA |
| 1:18-op-45258 | Rutherford County | TN |
| 1:18-op-45259 | Sheriff of East Carroll Parish | LA |
| 1:18-op-45260 | Sheriff of West Carroll Parish | LA |
| 1:18-op-45262 | Oglethorpe County | GA |
| 1:18-op-45266 | Delaware County | OH |
| 1:18-op-45272 | Hamilton County | OH |
| 1:18-op-45277 | Menominee County | WI |
| 1:18-op-45277 | Lafayette County | WI |
| 1:18-op-45277 | La Crosse County | WI |
| 1:18-op-45277 | Barron County | WI |
| 1:18-op-45282 | Whitfield County | GA |
| 1:18-op-45282 | Rome city | GA |
| 1:18-op-45282 | Floyd County | GA |
| 1:18-op-45282 | Chattooga County | GA |
| 1:18-op-45282 | Cartersville city | GA |
| 1:18-op-45283 | Irwin County | GA |
| 1:18-op-45284 | Cook County | GA |
| 1:18-op-45286 | Hall County | GA |
| 1:18-op-45288 | Crawford County | OH |
| 1:18-op-45290 | Seneca County | OH |
| 1:18-op-45291 | Erie County | OH |
| 1:18-op-45296 | Madison County | GA |
| 1:18-op-45297 | Walton County | GA |
| 1:18-op-45300 | West Lafayette city | IN |
| 1:18-op-45304 | Cleveland County | NC |
| 1:18-op-45309 | Rockford city | IL |
| 1:18-op-45310 | Winnebago County | IL |
| 1:18-op-45325 | Sheriff of East Baton Rouge Parish | LA |
| 1:18-op-45326 | Athens County | OH |
| 1:18-op-45334 | Decatur County | GA |
| 1:18-op-45339 | Jefferson County | IL |
| 1:18-op-45346 | Martinsville city | IN |
| 1:18-op-45365 | Jefferson County | OH |
| 1:18-op-45374 | Fulton County | GA |
| 1:18-op-45377 | Multnomah County | OR |
| 1:18-op-45378 | Banks County | GA |
| 1:18-op-45379 | Twiggs County | GA |
| 1:18-op-45381 | Elbert County | GA |
| 1:18-op-45382 | Hospital Authority of Bainbridge and Decatur County | GA |

| | | |
|---|---|---|
| 1:18-op-45383 | Bainbridge city | GA |
| 1:18-op-45394 | Bulloch County | GA |
| 1:18-op-45400 | South Bend city | IN |
| 1:18-op-45403 | Madison County | TN |
| 1:18-op-45407 | Macon-Bibb County Unified Government | GA |
| 1:18-op-45410 | Clark County | WA |
| 1:18-op-45418 | Montgomery County | TN |
| 1:18-op-45424 | Jones County | GA |
| 1:18-op-45425 | Warren County | GA |
| 1:18-op-45439 | Jackson County | IN |
| 1:18-op-45442 | Yamhill County | OR |
| 1:18-op-45442 | Washington County | OR |
| 1:18-op-45442 | Lane County | OR |
| 1:18-op-45442 | Josephine County | OR |
| 1:18-op-45442 | Jackson County | OR |
| 1:18-op-45442 | Clatsop County | OR |
| 1:18-op-45442 | Columbia County | OR |
| 1:18-op-45442 | Clackamas County | OR |
| 1:18-op-45451 | Pratt County | KS |
| 1:18-op-45453 | Clinch County Hospital Authority | GA |
| 1:18-op-45454 | Tifton city | GA |
| 1:18-op-45486 | Gainesville city | GA |
| 1:18-op-45490 | Butts County | GA |
| 1:18-op-45491 | Dougherty County | GA |
| 1:18-op-45495 | Milledgeville city | GA |
| 1:18-op-45497 | Catoosa County | GA |
| 1:18-op-45503 | Dekalb County | GA |
| 1:18-op-45504 | Jasper County | GA |
| 1:18-op-45505 | Ben Hill County | GA |
| 1:18-op-45508 | Lincoln County | GA |
| 1:18-op-45509 | Mcduffie County | GA |
| 1:18-op-45516 | Sandy Springs city | GA |
| 1:18-op-45528 | Saline County | IL |
| 1:18-op-45529 | Marion County | OH |
| 1:18-op-45535 | Hancock County | GA |
| 1:18-op-45550 | Savannah city | GA |
| 1:18-op-45559 | Habersham County | GA |
| 1:18-op-45562 | Taliaferro County | GA |
| 1:18-op-45563 | Washington County | GA |
| 1:18-op-45570 | Auglaize County | OH |
| 1:18-op-45572 | Hancock County | OH |
| 1:18-op-45574 | Tattnall County | GA |
| 1:18-op-45576 | Toombs County | GA |

| | | |
|---|---|---|
| 1:18-op-45578 | Newton County | GA |
| 1:18-op-45581 | Jackson County | GA |
| 1:18-op-45602 | Worth County | GA |
| 1:18-op-45603 | Fitzgerald city | GA |
| 1:18-op-45607 | Columbia County | GA |
| 1:18-op-45608 | Sacramento County | CA |
| 1:18-op-45609 | Lassen County | CA |
| 1:18-op-45613 | San Diego County | CA |
| 1:18-op-45615 | Monterey County | CA |
| 1:18-op-45618 | Mariposa County | CA |
| 1:18-op-45619 | Tuolumne County | CA |
| 1:18-op-45626 | Mono County | CA |
| 1:18-op-45627 | Butte County | CA |
| 1:18-op-45628 | Nevada County | CA |
| 1:18-op-45629 | El Dorado County | CA |
| 1:18-op-45631 | Imperial County | CA |
| 1:18-op-45633 | Portland city | OR |
| 1:18-op-45638 | St. Marys city | OH |
| 1:18-op-45640 | Sutter County | CA |
| 1:18-op-45641 | Modoc County | CA |
| 1:18-op-45642 | Placer County | CA |
| 1:18-op-45643 | Merced County | CA |
| 1:18-op-45644 | Fresno County | CA |
| 1:18-op-45645 | Calaveras County | CA |
| 1:18-op-45646 | Inyo County | CA |
| 1:18-op-45647 | Madera County | CA |
| 1:18-op-45648 | Yuba County | CA |
| 1:18-op-45649 | Plumas County | CA |
| 1:18-op-45650 | Trinity County | CA |
| 1:18-op-45651 | Shasta County | CA |
| 1:18-op-45655 | Del Norte County | CA |
| 1:18-op-45665 | Knox County | OH |
| 1:18-op-45666 | Brownstown town | IN |
| 1:18-op-45668 | Shelby County | OH |
| 1:18-op-45673 | Seymour city | IN |
| 1:18-op-45680 | Tehama County | CA |
| 1:18-op-45712 | Dooly County | GA |
| 1:18-op-45713 | Charlton County | GA |
| 1:18-op-45714 | Brantley County | GA |
| 1:18-op-45715 | Troup County | GA |
| 1:18-op-45716 | Johnson County | GA |
| 1:18-op-45717 | Camden County | GA |
| 1:18-op-45718 | Reno County | KS |

| | | |
|---|---|---|
| 1:18-op-45736 | Hartselle city | AL |
| 1:18-op-45740 | Otero County | CO |
| 1:18-op-45740 | Las Animas County | CO |
| 1:18-op-45740 | Conejos County | CO |
| 1:18-op-45740 | Chaffee County | CO |
| 1:18-op-45740 | Alamosa County | CO |
| 1:18-op-45740 | Alamosa city | CO |
| 1:18-op-45747 | Cabarrus County | NC |
| 1:18-op-45758 | Gwinnett County | GA |
| 1:18-op-45774 | Iredell County | NC |
| 1:18-op-45794 | Peru city | IN |
| 1:18-op-45796 | Tippecanoe County | IN |
| 1:18-op-45800 | Lakewood city | CO |
| 1:18-op-45800 | Wheat Ridge city | CO |
| 1:18-op-45801 | Pueblo County | CO |
| 1:18-op-45805 | Lawrence city | IN |
| 1:18-op-45817 | Cobb County | GA |
| 1:18-op-45827 | Franklin County | IN |
| 1:18-op-45828 | Morgan County | IN |
| 1:18-op-45832 | Green Lake County | WI |
| 1:18-op-45845 | Fishers city | IN |
| 1:18-op-45846 | Zionsville town | IN |
| 1:18-op-45848 | Harvey County | KS |
| 1:18-op-45878 | Riverside County | CA |
| 1:18-op-45884 | Sheriff of Morehouse Parish | LA |
| 1:18-op-45898 | Cowley County | KS |
| 1:18-op-45945 | Laurens County | GA |
| 1:18-op-45946 | Houston County | GA |
| 1:18-op-45961 | Jeffersonville city | IN |
| 1:18-op-45963 | Delaware County | IN |
| 1:18-op-45965 | Jackson County | MO |
| 1:18-op-45971 | Eaton County | MI |
| 1:18-op-46008 | Kittitas County | WA |
| 1:18-op-46023 | Jefferson County | WA |
| 1:18-op-46024 | Hamilton city | OH |
| 1:18-op-46025 | Ironton city | OH |
| 1:18-op-46029 | Kansas City city | MO |
| 1:18-op-46032 | San Bernardino County | CA |
| 1:18-op-46056 | Westfield city | IN |
| 1:18-op-46057 | Kingman city | AZ |
| 1:18-op-46059 | St Charles County | MO |
| 1:18-op-46062 | Payette County | ID |
| 1:18-op-46062 | Latah County | ID |

| | | |
|---|---|---|
| 1:18-op-46062 | Owyhee County | ID |
| 1:18-op-46062 | Minidoka County | ID |
| 1:18-op-46062 | Caribou County | ID |
| 1:18-op-46062 | Elmore County | ID |
| 1:18-op-46062 | Cassia County | ID |
| 1:18-op-46062 | Boise County | ID |
| 1:18-op-46062 | Blaine County | ID |
| 1:18-op-46062 | Bonneville County | ID |
| 1:18-op-46062 | Adams County | ID |
| 1:18-op-46074 | Scott County | VA |
| 1:18-op-46075 | Amador County | CA |
| 1:18-op-46096 | Branch County | MI |
| 1:18-op-46103 | Beech Grove city | IN |
| 1:18-op-46134 | HURON CHARTER TOWNSHIP | MI |
| 1:18-op-46134 | VAN BUREN CHARTER TOWNSHIP | MI |
| 1:18-op-46134 | Romulus city | MI |
| 1:18-op-46134 | NORTHVILLE CHARTER TOWNSHIP | MI |
| 1:18-op-46134 | CANTON CHARTER TOWNSHIP | MI |
| 1:18-op-46134 | Livonia city | MI |
| 1:18-op-46134 | Wayne city | MI |
| 1:18-op-46135 | CLINTON CHARTER TOWNSHIP | MI |
| 1:18-op-46137 | Virginia Beach city | VA |
| 1:18-op-46147 | Schuyler County | IL |
| 1:18-op-46148 | Johnson County | IL |
| 1:18-op-46155 | Ripley County | IN |
| 1:18-op-46161 | Laurel city | MS |
| 1:18-op-46171 | Lee County | GA |
| 1:18-op-46177 | Lucas County | OH |
| 1:18-op-46182 | Richmond city | IN |
| 1:18-op-46182 | Pendleton town | IN |
| 1:18-op-46182 | Franklin city | IN |
| 1:18-op-46184 | Utah County | UT |
| 1:18-op-46188 | Lawrence County | IN |
| 1:18-op-46189 | Cole County | MO |
| 1:18-op-46190 | Gasconade County | MO |
| 1:18-op-46191 | Osage County | MO |
| 1:18-op-46192 | Pulaski County | MO |
| 1:18-op-46193 | Reynolds County | MO |
| 1:18-op-46194 | Maries County | MO |
| 1:18-op-46195 | Phelps County | MO |
| 1:18-op-46196 | Warren County | MO |
| 1:18-op-46197 | Montgomery County | MO |
| 1:18-op-46198 | Ozark County | MO |

| | | |
|---|---|---|
| 1:18-op-46199 | Muskegon County | MI |
| 1:18-op-46201 | Benton County | IN |
| 1:18-op-46234 | Sheriff of Richland Parish | LA |
| 1:18-op-46238 | Nye County | NV |
| 1:18-op-46262 | Ripley County | MO |
| 1:18-op-46263 | Lewis County | MO |
| 1:18-op-46264 | Shelby County | MO |
| 1:18-op-46265 | Audrain County | MO |
| 1:18-op-46277 | Canyon County | ID |
| 1:18-op-46284 | Union County | GA |
| 1:18-op-46294 | Calhoun County | IL |
| 1:18-op-46296 | Rockdale County | GA |
| 1:18-op-46300 | Coos County | OR |
| 1:18-op-46308 | Atlanta city | GA |
| 1:18-op-46317 | Washington County | TN |
| 1:18-op-46326 | Montgomery County | OH |
| 1:18-op-46330 | Davidson County | NC |
| 1:18-op-46333 | New Albany city | IN |
| 1:18-op-46337 | Albany city | GA |
| 1:18-op-46339 | Findlay city | OH |
| 1:18-op-46344 | Mental Health & Recovery Services Board of Allen, Auglaize, and Hardin Counties | OH |
| 1:18-op-46350 | Webster County | MO |
| 1:18-op-46352 | Moniteau County | MO |
| 1:18-op-46357 | Huntington city | IN |
| 1:19-op-45006 | Madison County | AL |
| 1:19-op-45016 | Mooresville town | IN |
| 1:19-op-45017 | Plainfield town | IN |
| 1:19-op-45027 | Sheriff of Ascension Parish | LA |
| 1:19-op-45034 | Thornton city | CO |
| 1:19-op-45035 | Jefferson County | CO |
| 1:19-op-45036 | Hudson town | CO |
| 1:19-op-45036 | Teller County | CO |
| 1:19-op-45036 | Larimer County | CO |
| 1:19-op-45036 | Black Hawk city | CO |
| 1:19-op-45036 | Fremont County | CO |
| 1:19-op-45036 | Denver County-Denver City | CO |
| 1:19-op-45036 | Broomfield County-Broomfield City | CO |
| 1:19-op-45036 | Boulder County | CO |
| 1:19-op-45036 | Arapahoe County | CO |
| 1:19-op-45036 | Northglenn city | CO |
| 1:19-op-45036 | Aurora city | CO |
| 1:19-op-45036 | Adams County | CO |

| | | |
|---|---|---|
| 1:19-op-45036 | Commerce City city | CO |
| 1:19-op-45036 | Westminster city | CO |
| 1:19-op-45045 | Bartow County | GA |
| 1:19-op-45046 | Polk County | GA |
| 1:19-OP-45068 | Douglas County | NE |
| 1:19-op-45068 | Douglas County | MO |
| 1:19-op-45096 | Noble County | OH |
| 1:19-op-45117 | Mohave County | AZ |
| 1:19-op-45169 | Sheriff of Ware County | GA |
| 1:19-op-45171 | Wilkes County | GA |
| 1:19-op-45172 | Towns County | GA |
| 1:19-op-45173 | Mcintosh County | GA |
| 1:19-op-45174 | Cherokee County | GA |
| 1:19-op-45175 | Glascock County | GA |
| 1:19-op-45176 | Pulaski County | GA |
| 1:19-op-45177 | Rabun County | GA |
| 1:19-op-45178 | Effingham County | GA |
| 1:19-op-45179 | Pike County | GA |
| 1:19-op-45180 | Early County | GA |
| 1:19-op-45181 | Seminole County | GA |
| 1:19-op-45194 | Clay County | GA |
| 1:19-op-45195 | Stephens County | GA |
| 1:19-op-45196 | Long County | GA |
| 1:19-op-45197 | Clinch County | GA |
| 1:19-op-45198 | Screven County | GA |
| 1:19-op-45199 | Springfield city | GA |
| 1:19-op-45200 | Liberty County | GA |
| 1:19-op-45201 | Jefferson County | GA |
| 1:19-op-45202 | Randolph County | GA |
| 1:19-op-45203 | Greene County | GA |
| 1:19-op-45204 | Wayne County | GA |
| 1:19-op-45207 | Burke County | GA |
| 1:19-op-45208 | Spalding County | GA |
| 1:19-op-45209 | Emanuel County | GA |
| 1:19-op-45210 | Dawson County | GA |
| 1:19-op-45211 | Lumpkin County | GA |
| 1:19-op-45215 | Danville town | IN |
| 1:19-op-45220 | Memphis city | TN |
| 1:19-op-45228 | Bay County | MI |
| 1:19-op-45229 | Meigs County | OH |
| 1:19-op-45230 | Washington County | OH |
| 1:19-op-45274 | Miller County | MO |
| 1:19-op-45286 | Union County | IL |

| | | |
|---|---|---|
| 1:19-op-45292 | Montgomery County | GA |
| 1:19-op-45293 | Fayette County | GA |
| 1:19-op-45298 | Brighton city | CO |
| 1:19-op-45308 | Sheriff of Houston County | GA |
| 1:19-op-45341 | Lafayette County | MS |
| 1:19-op-45346 | Durham County | NC |
| 1:19-op-45351 | Yolo County | CA |
| 1:19-op-45360 | Sheriff of Bibb County | GA |
| 1:19-op-45361 | Sheriff of Baldwin County | GA |
| 1:19-op-45375 | Boone County | MO |
| 1:19-op-45378 | Callaway County | MO |
| 1:19-op-45383 | Wright County | MO |
| 1:19-op-45387 | Finney County | KS |
| 1:19-op-45391 | Seward County | KS |
| 1:19-op-45401 | Shannon County | MO |
| 1:19-op-45406 | Knox County | MO |
| 1:19-op-45408 | Schuyler County | MO |
| 1:19-op-45409 | Randolph County | MO |
| 1:19-op-45440 | Fulton County | OH |
| 1:19-op-45512 | Curry County | OR |
| 1:19-op-45546 | Richmond city | VA |
| 1:19-op-45551 | Desoto County | MS |
| 1:19-op-45560 | Calhoun County | MI |
| 1:19-op-45561 | Kalamazoo County | MI |
| 1:19-op-45566 | PITTSFIELD CHARTER TOWNSHIP | MI |
| 1:19-op-45572 | Sheridan city | CO |
| 1:19-op-45573 | Federal Heights city | CO |
| 1:19-op-45575 | Yuma County | CO |
| 1:19-op-45602 | Leavenworth County | KS |
| 1:19-op-45609 | Calvert County | MD |
| 1:19-op-45610 | Dorchester County | MD |
| 1:19-op-45611 | Cambridge city | MD |
| 1:19-op-45730 | Danville city | VA |
| 1:19-op-45733 | Pemiscot County | MO |
| 1:19-op-45742 | Fairfield city | OH |
| 1:19-op-45750 | Chula Vista city | CA |
| 1:19-op-45758 | Bingham County | ID |
| 1:19-op-45768 | San Jose city | CA |
| 1:19-op-45781 | Wichita city | KS |
| 1:19-op-45785 | Barber County | KS |
| 1:19-op-45790 | Chariton County | MO |
| 1:19-op-45806 | Jackson city | MS |
| 1:19-op-45907 | Wise County | VA |

| | | |
|---|---|---|
| 1:19-op-45908 | Vancouver city | WA |
| 1:19-op-45923 | Mesa County | CO |
| 1:19-op-45926 | Norfolk city | VA |
| 1:19-op-45977 | Greeley city | CO |
| 1:19-op-46133 | Middletown city | OH |
| 1:19-op-46168 | Clark County | NV |
| 1:20-op-45065 | Fayette County | OH |
| 1:20-op-45080 | Evans County | GA |
| 1:20-op-45081 | Appling County | GA |
| 1:20-op-45123 | District Attorney of Rapides Parish | LA |
| 1:20-op-45123 | Rapides Parish/Police Jury | LA |
| 1:20-op-45154 | Sangamon County | IL |
| 1:20-op-45189 | Chico city | CA |
| 1:20-op-45190 | Hinds County | MS |
| 1:20-op-45191 | West Frankfort city | IL |
| 1:20-op-45192 | Herrin city | IL |
| 1:20-op-45194 | Franklin County | IL |
| 1:20-op-45214 | Bolivar County | MS |
| 1:20-op-45215 | Marion city | IL |
| 1:20-op-45242 | Lakeport city | CA |
| 1:20-op-45251 | Clearlake city | CA |
| 1:20-op-45263 | Ford County | KS |
| 1:20-op-45282 | Auburn city | AL |
| 1:21-op-45088 | Pinal County | AZ |
| 1:21-op-45090 | Prescott city | AZ |
| 1:23-CV-01193 | Henry County | GA |
| 1:23-CV-01193 | Forsyth County | GA |
| 1:23-CV-01193 | Clayton County | GA |
| 1:23-op-45003 | Sandusky County | OH |
| 1:23-op-45003 | Dayton city | OH |
| 1:23-op-45003 | Toledo city | OH |
| 1:23-op-45009 | Arlington town | TN |
| 1:23-op-45009 | Shelby County | TN |
| 1:23-op-45009 | Arcola town | MS |
| 1:23-op-45009 | Madison County | MS |
| 1:23-op-45009 | Mound Bayou city | MS |
| 1:23-op-45009 | Pontiac city | MI |
| 1:23-op-45009 | Shreveport city | LA |
| 1:23-op-45009 | Johnson County | KS |
| 1:23-op-45010 | Winston County | AL |
| 1:23-op-45010 | Lee County | AL |
| 18-op-45060 | Clinton County | OH |
| 18-op-45282 | Helen city | GA |

| | | |
|---|---|---|
| 18-op-45282 | Ringgold city | GA |
| 18-op-45282 | Ashburn city | GA |
| 18-op-45282 | Chatsworth city | GA |
| 18-op-45282 | Jackson city | GA |
| 18-op-45282 | Dawsonville city | GA |
| 18-op-45282 | Telfair County | GA |
| 18-op-45282 | Murray County | GA |
| 18-op-45282 | Valdosta city | GA |
| 18-op-45282 | Snellville city | GA |
| 18-op-45282 | McDonough city | GA |
| 18-op-45282 | Calhoun city | GA |
| 18-op-45282 | Gordon County | GA |
| 18-op-45282 | Colquitt County | GA |
| 18-op-45282 | Moultrie city | GA |
| 18-op-45282 | Marietta city | GA |
| 18-op-45282 | Woodstock city | GA |
| 18-op-45282 | Villa Rica city | GA |
| 18-op-45282 | Winder city | GA |
| 19-op-45575 | Yuma County | AZ |