IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: National Prescription Opiate Litigation | Case No. 1:17-md-2804 |
| This Document Relates to:<br>*All Third Party Payor Actions* | MDL Docket No. 2804 |
| | Judge Dan Aaron Polster |

NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 4, notice is hereby given that Objector United HealthCare Services, Inc. appeals to the United States Court of Appeals for the Sixth Circuit from the Final Order and Judgment Granting Third Party Payor Plaintiffs' Motion for Final Approval of Class Action Settlement, and Award of Attorneys' Fees and Expenses and Settlement Class Representative Service Awards entered in this action on January 15, 2025 (ECF 5869) and all prior orders and decisions affecting the judgment.

Dated: February 13, 2025

Respectfully submitted,

*/ s/ Thomas C. Mahlum*
Thomas C. Mahlum
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
TMahlum@RobinsKaplan.com
EBarstad@RobinsKaplan.com

*Attorneys for United HealthCare Services, Inc.*

95860125.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, a copy of the foregoing was served on all counsel of record by filing the same with the Court's CM/ECF System.

*/s/ Thomas C. Mahlum*
Thomas C. Mahlum

95860125.1