UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION **THIS DOCUMENT RELATES TO**: *City of Rochester, NY v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12) *County of Ogdensburg, NY v. Purdue Pharma, L.P.*, No. 19-op-45825 (Track 22) | MDL 2804 Case No. 1:17-md-2804 Judge Dan Aaron Polster |

**PBMS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE SUPPLEMENTAL DISCOVERY**

OptumRx and Express Scripts (**PBMs**) respectfully request that the Court further extend by four days—from Noon on February 14 to Noon on February 18—the deadline the Court recently set, *see* February 6, 2025 Non-Document Order, to respond to the PEC's motion for leave to serve supplemental discovery on the PBMs, *see* ECF No. 5938, so that the PBMs may continue to confer with the PEC about potentially resolving some or all of the issues raised in the PEC's motion. Even with this extension, the PBMs would still be responding sooner than the 14 days provided under Local Rule 7.1(d).

Respectfully submitted,

*/s/ Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704) 444-1000
brian.boone@alston.com

*Attorney for Defendant OptumRx, Inc.*

*/s/ Jonathan G. Cooper*
Mike Lyle
Jonathan G. Cooper
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Attorneys for Express Scripts Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 13, 2025, a copy of the foregoing was served on all counsel of record by filing the same with the Court's ECF system.

                                                        */s/ Jonathan G. Cooper*
                                                        Jonathan G. Cooper