# EXHIBIT 4

**From:** Hooker, Matthew <Matthew.Hooker@alston.com>
**Sent:** Tuesday, February 18, 2025 5:58 PM
**To:** Eric Romano <eric@romanolawgroup.com>
**Cc:** Peter H. Weinberger <PWeinberger@spanglaw.com>; Daniel McIntyre <Daniel.McIntyre@stlucieco.gov>; Hatchett, Andrew <Andrew.Hatchett@alston.com>
**Subject:** RE: Optum Public Records requests

Eric,

Thanks for your email. St. Lucie County held a formal council meeting in November 2024 to vote on the decision to join the omnibus motion for leave to add Publix (https://stluciecofl.portal.civicclerk.com/event/2917/media). Did it hold a similar meeting for OptumRx and Express Scripts? If not, can you please identify who from the County approved the formal decision to join the omnibus motions for leave to add OptumRx and Express Scripts?


Matthew P. Hooker
Senior Associate
**ALSTON & BIRD**
1120 S. Tryon St., Suite 300
Charlotte, NC 28203
+1 704 444 1251 (O)
+1 240 678 6807 (M)
Matthew.Hooker@alston.com

**From:** Eric Romano <eric@romanolawgroup.com>
**Sent:** Tuesday, February 18, 2025 3:17 PM
**To:** Hooker, Matthew <Matthew.Hooker@alston.com>; Hatchett, Andrew <Andrew.Hatchett@alston.com>
**Cc:** 'pweinberger@spanglaw.com' <pweinberger@spanglaw.com>; Daniel McIntyre <Daniel.McIntyre@stlucieco.gov>
**Subject:** Optum Public Records requests

**EXTERNAL SENDER – Proceed with caution**

Matthew,

St. Lucie County, FL authorized us to add additional defendants, including Optum, on June 28, 2024.  The records documenting this authorization constitute attorney-client privileged communications and are exempt from disclosure.  We are continuing to review records for our other clients and will respond to your other requests as soon as possible.



## Eric Romano

Board Certified by the Florida Bar and the National Board of Trial Advocacy in Criminal Trial Law

**ROMANO LAW GROUP**
**PLEASE NOTE OUR NEW ADDRESS:**
2701 Okeechobee Blvd.
West Palm Beach, FL 33409
(561) 533-6700
**romanolawgroup.com**