# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 )  ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *All Cases* | ) ) **ORDER RE: MICHAEL KAHN** ) ) ) ) |

On February 24, 2025, the PBMs filed a motion for disclosure of *ex parte* communications. Docket No. 5968. In their motion, the PBMs cite recorded comments made by Attorney Michael Kahn to the Oviedo City Government on 2/4/2019. [1] Because these comments cast aspersions on the integrity of the Court, certain counsel for the Plaintiffs, and the MDL in general, the Court hereby ORDERS Attorney Michael Kahn to appear and explain his recorded remarks. The hearing will take place on March 12, 2025 at 1:30 p.m. at the Northern District of Ohio Federal Court, Courtroom 18B. Mr. Kahn and any counsel desiring to question him are required to appear.

**IT IS SO ORDERED.**

/s/ Dan Aaron Polster  February 25, 2025
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

---

[1] City Council Regular Meeting - 2/04/2019 at 1:12:45