UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma L.P.*, No. 19-op-45853 (Track 12)<br><br>*County of Ogdensburg, NY v. Purdue Pharma LP,* No. 19-op-45852 (Track 22) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLIES AND EXHIBITS UNDER SEAL**

Plaintiffs have filed a Motion for leave to file under seal Plaintiffs' Replies to OptumRx and Express Scripts' Oppositions to Motion for Leave to Serve Supplement Discovery [Docs. 5950 and 5948].

Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiffs to file under seal its Response and all related Exhibits.

1. Plaintiffs' Motion for Leave to File Replies and Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to the Response or Exhibits.

IT IS SO ORDERED.

Dated: 2/25/2025

*s/Dan Aaron Polster*
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**