# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2804 <br><br> Case No. 1:17-md-2804 <br><br> JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | | |
| *City of Rochester v. Purdue Pharma, L.P.,* No. 19-op-45853 (Track 12) | | |
| *City of Ogdensburg v. Purdue Pharma, L.P.,* No. 19-op-45852 (Track 22) | | |

## NOTICE OF FILING UNSEALED VERSIONS OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO SERVE SUPPLEMENTAL DISCOVERY ON OPTUM DEFENDANTS; AND EXHIBITS THERETO

The Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, unsealed versions of the above-named Plaintiffs' Reply in Further Support of Their Motion for Leave to Serve Supplemental Discovery on Optum Defendants, and exhibits A thru L attached thereto.

On February 25, 2025, Plaintiffs served and filed under seal their above-referenced reply and exhibits. *See* dkt. no. 5980. The instant notice of filing unsealed versions relates to that February 25, 2025 filing.

As a result of the meet and confer process between the PEC and Optum, and pursuant to the Court's various orders on public filing of materials, *see e.g.*, dkt. nos. 1719, 1831, the above-referenced February 25, 2025 reply and exhibits A thru F and H thru L thereto, are now filed publicly without redactions, and exhibit G thereto is now filed publicly with redactions.

Dated: March 7, 2025                                   Respectfully submitted,

                                                        Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

s/Peter H. Weinberger
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7th day of March, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                                        s/Peter H. Weinberger
                                                        Peter H. Weinberger