# EXHIBIT E

| | |
|---|---|
| **From:** | Sabin, Brian [brian.sabin@optum.com] |
| **Sent:** | 4/14/2017 11:42:29 AM |
| **To:** | Chuang, Amy [amy.chuang@optum.com]; Nocito, Esteban P [esteban.nocito@optum.com] |
| **CC:** | Gilbertson, Jenna M [From Catamaran] [Jenna.Gilbertson@optum.com]; Rogers, Kent D [kent.rogers@optum.com]; Sulick, Judith A [judy.sulick@optum.com]; Tjioe, Daniel [daniel.tjioe@optum.com]; Calabrese, David [From Catamaran] [David.Calabrese@optum.com] |
| **Subject:** | RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications |

Team;

We have a QL on Oxycontin 80mg that allows for an MED of 480mg. I assume that's higher than the MED we are setting up in the system.

Based solely on the Purdue contract, **I would highly suggest delaying the MED implementation on all clients until 1/1/2018** – as we are doing with the new criteria – so we have time to ensure we can protect rebates. Purude has a clause built into their agreement that mandates that ALL strengths be unrestricted. So we cannot sacrifice rebates on only the 80mg strength here. We would sacrifice rebates on *all* Oxycontin scripts.


Regards,
**Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman, Irvine, CA 92614
Office 949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com
www.optumrx.com

*Our* United Culture. The way forward.

▪ Integrity▪ Compassion ▪ Relationships ▪ Innovation ▪ Performance

---

**From:** Chuang, Amy
**Sent:** Wednesday, April 12, 2017 10:04 AM
**To:** Sabin, Brian; Nocito, Esteban P
**Cc:** Gilbertson, Jenna M [From Catamaran]; Rogers, Kent D; Sulick, Judith A; Tjioe, Daniel; Calabrese, David [From Catamaran]
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian,

The GPIs you have are obsolete GPIs and have been replaced with the ones I have. The obsolete GPIs were for the old formulation without the abuse deterrent.

Thanks,
Amy

---

**From:** Sabin, Brian
**Sent:** Wednesday, April 12, 2017 9:58 AM
**To:** Chuang, Amy; Nocito, Esteban P
**Cc:** Gilbertson, Jenna M [From Catamaran]; Rogers, Kent D; Sulick, Judith A; Tjioe, Daniel; Calabrese, David [From Catamaran]
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　OPTUMRX_JEFFCO_0000107098

Amy, pardon me, but as far as I can tell, the GPIs for Oxycontin are actually as follows. I'm not very good with GPIs though, so I just need to confirm that these still match even though they aren't the same GPI (the 'A' is confusing me):

| GPIs I found | GPI Number | GPI Name | GPI Strength | Unit of Measure | MME Conversion Factor | MED |
|---|---|---|---|---|---|---|
| 65100075107410 | 6510007510A710 | OXYCOD TAB ER12H DETER 10MG | 010.000 | MG | 001.500 | 15.00 |
| 65100075107415 | 6510007510A715 | OXYCOD TAB ER12H DETER 15MG | 015.000 | MG | 001.500 | 22.50 |
| 65100075107420 | 6510007510A720 | OXYCOD TAB ER12H DETER 20MG | 020.000 | MG | 001.500 | 30.00 |
| 65100075107430 | 6510007510A730 | OXYCOD TAB ER12H DETER 30MG | 030.000 | MG | 001.500 | 45.00 |
| 65100075107440 | 6510007510A740 | OXYCOD TAB ER12H DETER 40MG | 040.000 | MG | 001.500 | 60.00 |
| 65100075107460 | 6510007510A760 | OXYCOD TAB ER12H DETER 60MG | 060.000 | MG | 001.500 | 90.00 |
| 65100075107480 | 6510007510A780 | OXYCOD TAB ER12H DETER 80MG | 080.000 | MG | 001.500 | 120.00 |

Regards,
**Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman, Irvine, CA 92614
Office  949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com
www.optumrx.com

*Our* United Culture. The way forward.

▪ Integrity ▪ Compassion ▪ Relationships ▪ Innovation ▪ Performance

---

**From:** Chuang, Amy
**Sent:** Wednesday, April 12, 2017 7:28 AM
**To:** Sabin, Brian
**Cc:** Nocito, Esteban P; Rogers, Kent D
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian,

The conversion factor (MME) for Oxycontin is 1.5. The last column shows the MED.

| GPI Number | GPI Name | GPI Strength | Unit of Measure | MME Conversion Factor | MED |
|---|---|---|---|---|---|
| 6510007510A710 | OXYCOD TAB ER12H DETER 10MG | 010.000 | MG | 001.500 | 15.00 |
| 6510007510A715 | OXYCOD TAB ER12H DETER 15MG | 015.000 | MG | 001.500 | 22.50 |
| 6510007510A720 | OXYCOD TAB ER12H DETER 20MG | 020.000 | MG | 001.500 | 30.00 |
| 6510007510A730 | OXYCOD TAB ER12H DETER 30MG | 030.000 | MG | 001.500 | 45.00 |
| 6510007510A740 | OXYCOD TAB ER12H DETER 40MG | 040.000 | MG | 001.500 | 60.00 |
| 6510007510A760 | OXYCOD TAB ER12H DETER 60MG | 060.000 | MG | 001.500 | 90.00 |

| 6510007510A780 | OXYCOD TAB ER12H DETER 80MG | 080.000 | MG | 001.500 | 120.00 |

Thanks,
Amy

---

**From:** Sabin, Brian
**Sent:** Friday, April 07, 2017 9:29 AM
**To:** Chuang, Amy
**Cc:** Nocito, Esteban P; Rogers, Kent D
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Amy, I can't locate Oxycontin on this list through name or GPI. Can you provide the MED conversion for it?

Based on contract language, it looks like we must allow up to four 80mg tablets. So I assume that's too much, but can't find the conversion. I'll be honest, I didn't negotiate these QLs, but this is totally out of whack.

5mg – 60mg we can have a QL of 2 tabs per day, but
80mg cannot have a QL less than 4 tabs per day or else we aren't rebate eligible

I'll have to work to correct this (unless it's within the MED).


Regards,
**Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman, Irvine, CA 92614
Office 949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com
www.optumrx.com

*Our* United Culture. The way forward.

■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

---

**From:** Chuang, Amy
**Sent:** Wednesday, March 15, 2017 1:53 PM
**To:** Guren, Michael; Sabin, Brian; Nordstrom, Jodi L; Nocito, Esteban P
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian and Esteban,

Attached are the documents you requested. Let me know if you have questions.

1. CDUR MEDLIMIT drug list
2. CMS 2017 Call Letter (See top of page 2 for MED threshold recommendations)
3. Commercial/Medicaid clients currently with this edit
4. Commercial PA criteria – this is currently being updated to be more relaxed as required by CMS. We will be making the same changes to the commercial criteria which will be available in 2 weeks.
a. CMS indicates that this edit is intended to be a safety edit which means we should allow coverage if the provider attests the higher dose is medically necessary. We do not need to check for other elements such as chart documentation is maintained or lower doses have been ineffective. What we will definitely need is the prescriber to

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OPTUMRX_JEFFCO_0000107100

attest either verbally or written that the dose is medically necessary.  We will no longer require chart documentation to confirm the opioid is used for cancer indications as well.  However, in order to approve the MED at the 9999.99 level, we can still require the provider to confirm (verbally or written) that the opioids are used for management of cancer pain.

Thank you,
Amy

---

**From:** Guren, Michael
**Sent:** Wednesday, March 15, 2017 11:27 AM
**To:** Sabin, Brian; Nordstrom, Jodi L; Chuang, Amy
**Cc:** Rogers, Kent D; Matsuoka, Denis Y
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian-

I am working with Denis Matsuoka, leading Daniel's team, as part of a cDUR MED workgroup to help define the right MED thresholds for Commercial clients.  I'll be sure to tie this back to his team.

Thanks,

Mike

---

Michael Guren, PharmD
Senior Director, Clinical Products | OptumRx

2300 Main Street, Irvine, CA 92614 (CA134-0425)
Office : 949-252-5547
michael.guren@optum.com

---

**From:** Sabin, Brian
**Sent:** Wednesday, March 15, 2017 11:12 AM
**To:** Guren, Michael; Nordstrom, Jodi L; Chuang, Amy
**Cc:** Rogers, Kent D
**Subject:** Morphine Equivalent Dosing (MED) Edits & Trade Implications

Team,

After discussing with Esteban, there's a lot of confusion about how this whole phone call came about.  Is this process that was implemented effective 1/1/2017 an offshoot process happening outside of the ongoing discussions we're having with Daniel Tjioe's team?

Our assumption *was* this was a clarification call regarding these PBM-wide discussions, but after our discussion we're concerned that this is a separate – and possibly conflicting – process entirely.

**Regards,**
**Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman,  Irvine, CA 92614
Office  949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OPTUMRX_JEFFCO_0000107101

www.optumrx.com

*Our* United Culture. The way forward.

■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY	OPTUMRX_JEFFCO_0000107102