# EXHIBIT F

| | |
|---|---|
| **From:** | Calabrese, David [/O=SYSTEMS XCELLENCE/OU=SX/CN=RECIPIENTS/CN=DCALABRESE] |
| **Sent:** | 3/24/2017 10:45:23 AM |
| **To:** | Lagerstrom, Edward [ed.lagerstrom@optum.com] |
| **Subject:** | FW: Morphine Equivalent Dosing (MED) Edits & Trade Implications |
| **Importance**: | High |

I am really having a hard time with the lack of appreciation from Bob on where we are headed with our clinical efforts here.

I do fully appreciate the contractual implications that this creates, but communications and pushback like his below lead me to believe that his priorities are way out of order.

WE need to be driving the bus with Pharma and not vice versa. How can they be dictating to us how we manage things from a 'clinical' perspective (e.g., C-DUR edits; clinical UM edits)?

I understand the contractual need to not disadvantage preferred products versus non-preferred, or even preferred versus other preferreds, but in this case we are treating ALL opioids similarly for the sake of <u>protecting patients</u>.

What am I missing?

Do you have some time to talk?

---

**From:** Calabrese, David
**Sent:** Friday, March 24, 2017 11:34 AM
**To:** Lahman, Robert C <bob.lahman@optum.com>; Rogers, Kent D <kent.rogers@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Having lost a loved one to opioid OD (something that I'm sure you have zero appreciation for), my 'attitude' as you put it is <u>not one directed toward you or your team</u>!

My attitude is toward the gross overprescribing and overpromotion of these medications to our country's citizens, the countless deaths, and my commitment to doing whatever is within my power to put an end to it.

The timing and communication is also not 'on me'. This is an initiative that is directed at the highest level of the organization (Migliori/Renfro) and I have been asked to carry out one component of it in the timeline handed to us. I have to answer to the delivery of that. I have kept you both apprised of where this was headed for months, as has our UM team via BIC meetings.

Maybe you should be the one to take a step back and look at the bigger picture here. I need <u>you on board with doing your job</u> and convincing the mfgs that we drive the ship here in terms of how their drugs get used, not them!

If you'd prefer, I will go to Ed and Migliori to discuss.

Call me should you wish.

---

**From:** Lahman, Robert C
**Sent:** Friday, March 24, 2017 11:01 AM
**To:** Calabrese, David <David.Calabrese@optum.com>; Rogers, Kent D <kent.rogers@optum.com>
**Cc:** Gilbertson, Jenna <Jenna.Gilbertson@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

David,

I agree with you but you also have to be mindful of our contracts. We have to have time to make the adjustments needed and we need to know exactly what those adjustments are. You have been around a while and you know this. This program was not implemented with the right communication and timing. This falls on you. Stop with the attitude and help us make sure we are compliant with our contracts.

Bob

**From:** Calabrese, David [mailto:David.Calabrese@optum.com]
**Sent:** Friday, March 24, 2017 7:19 AM
**To:** Rogers, Kent D
**Cc:** Gilbertson, Jenna M [From Catamaran]; Lahman, Robert C
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

OK. Thanks.

If our opioid mfg industry partners can't appreciate the magnitude of the problem we are facing; the immediacy of the need for intervention; and the clinical value of our efforts here, I would question whether they are the right partner for us longer term.

**From:** Rogers, Kent D
**Sent:** Friday, March 24, 2017 10:15 AM
**To:** Calabrese, David <David.Calabrese@optum.com>
**Cc:** Gilbertson, Jenna <Jenna.Gilbertson@optum.com>; Lahman, Robert C <bob.lahman@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

David,

I'm reviewing the details below and getting with my team. The challenge here is that the specifics of these edits hadn't been reviewed prior to the decision to implement. While we did discuss the "hard edits" the distinction I mentioned was referencing short vs long acting opioids application. Any edits on the LA Opioids would have to be thoroughly reviewed regardless of the characterization. Of particular concern is that we learned several clients have already implemented soft edits but there's still confusion on which class and what the exact language looks like.

I'm digging in on this today and will get back with you.

Kent




Sent with Good (www.good.com)


-----Original Message-----
**From:** Calabrese, David [David.Calabrese@optum.com]
**Sent:** Friday, March 24, 2017 08:49 AM Central Standard Time
**To:** Rogers, Kent D

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    OPTUMRX_JEFFCO_0000360075

**Cc:** Gilbertson, Jenna M [From Catamaran]
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Kent: please advise here.

We have several C-DUR edits that we need to roll out to clients 7/1 as part of this Corporate-wide initiative. When we last spoke, we agreed to hold off on hard edits (PA) for the LA-Opioids until 1/1/18 to allow you time to advise the mfgs, but you had advised that soft edits were not an issue. We cannot afford to water this effort down even further now by delaying these edits as well.

---

**From:** Gilbertson, Jenna
**Sent:** Wednesday, March 22, 2017 5:22 PM
**To:** Calabrese, David <David.Calabrese@optum.com>
**Subject:** FW: Morphine Equivalent Dosing (MED) Edits & Trade Implications

FYI Only, but let me know if you have thoughts or recommendations.....

Amy and Mike are working with IR to understand if we may have rebate implications for broadly rolling out our CDUR edit even as a SOFT edit.

It seems IRs is concerned with even SOFT rejects and based on Medicare data from January, roughly 75% of the soft rejects are not getting paid.

I wanted to just make you aware of this at this point, looks like Denis is plugged in per below emails.

Amy is going to start plugging me into the IR discussions as well, but wondering if you and/or CLT had more strategic discussions with IR around impacts to opioid claim volume and our strategy to 'limit the supply' / 'limit early exposure'?

If we are unable to move forth with even a SOFT reject on CDUR MED LIMIT, we will have to assess if we can even roll out the below edits for Q3/Q4+:

- CDUR DDI: Benzo/ Opioid
- CDUR DDI: Bupu / Opioid
- CDUR DDI: Prenatal Vitamin / Opioid
- CDUR MED LIMIT
- UMs on LA Opioids for 1/1/18

---

**From:** Gilbertson, Jenna
**Sent:** Wednesday, March 22, 2017 4:05 PM
**To:** Chuang, Amy <amy.chuang@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

They need to be very clear on what we can't violate and for which clients. Not just that we can't impact utilization, unless there are market share rebates we are trying to hit and then this is a much broader discussion that needs to happen between Sumit, David, Denis and IR leadership.

Also, I don't believe that Medicare clients have rebates on LAO, do they?

**From:** Chuang, Amy
**Sent:** Wednesday, March 22, 2017 4:00 PM

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OPTUMRX_JEFFCO_0000360076

**To:** Gilbertson, Jenna <Jenna.Gilbertson@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Jenna,

We had a meeting with IR and explained the MEDLIMIT edit to them. Their concern is that with soft and hard rejects, we will be decreasing utilization of rebated products which would be against the rebate contract. Even with soft rejects, they wanted to understand how many of those are not overridden. So far Tony's analysis of January data is not looking good. About 75% of MEDLIMIT soft rejects don't get paid. Now of course this is January data and pharmacies don't know what they're doing yet but we only have access to January data.

Thanks,

Amy

---

**From:** Gilbertson, Jenna [mailto:Jenna.Gilbertson@optum.com]
**Sent:** Wednesday, March 22, 2017 1:45 PM
**To:** Chuang, Amy
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Thanks for looping me in Amy! Is IR clear that the MED LIMIT is not just looking at LA Opioids? And we aren't doing anything to disadvantage preferred LAO's?

In talking with Nathan their concern with the LAO UM was that we were limiting supply thru a days supply edit, so the CDUR MED LIMIT Edit should be okay.

Let me know if you want me to hop on a call with IR or if we even need to bring David and Kent together for a call.

**From:** Chuang, Amy
**Sent:** Wednesday, March 22, 2017 3:28 PM
**To:** Sabin, Brian <brian.sabin@optum.com>; Guren, Michael <michael.guren@optum.com>; Nordstrom, Jodi L <jodi.nordstrom@optum.com>
**Cc:** Rogers, Kent D <kent.rogers@optum.com>; Matsuoka, Denis Y <denis.matsuoka@optum.com>; Nocito, Esteban P <esteban.nocito@optum.com>; Sulick, Judith A <judy.sulick@optum.com>; Gilbertson, Jenna <Jenna.Gilbertson@optum.com>
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian,

There are 2 different things happening for opioids.
1. Daniel's team: UMs for long acting and short acting opioids.
a. Short acting opioid UM: starting 7/1
b. Long acting opioid UM: pushed to 1/1/18
2. CDUR MEDLIMIT edit
a. Medicare: This started 1/1/17 for all Medicare clients as a CMS requirement (The thresholds can vary by client but the standard is soft reject at 120mg and hard reject at 200mg per CMS recommendation)
b. Medicaid: 2 clients have also signed up for the edit due to state requirements (both set up with soft reject only). In addition, UHC C&S has 2 states requiring this edit starting 7/1 with hard rejects at very low MED thresholds (90 and 120).
c. Commercial: 7 clients have signed up for the edit. 6 with soft reject only and 1 with soft and hard rejects.

We have been in touch with Nathan Merrill on Daniel's team on the SA and LA opioid UMs.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OPTUMRX_JEFFCO_0000360077

Thanks!
Amy

---

**From:** Sabin, Brian
**Sent:** Wednesday, March 22, 2017 1:15 PM
**To:** Guren, Michael; Nordstrom, Jodi L; Chuang, Amy
**Cc:** Rogers, Kent D; Matsuoka, Denis Y; Nocito, Esteban P; Sulick, Judith A
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Michael/Jodi/Amy,

There's still some confusion on our end about the conversation we had last week. It sounds like you said that these particular clients have already had an MED implemented on the *Long Acting* Opioids effective 1/1/2017. Can you verify a few things for us?

- How many Med D, Commercial, and Managed Medicaid clients currently have an MED?
- What is that MED?
- When was if effective?

Also, until our conversation last week, Esteban and I were under the impression that we were only looking at new Criteria that was supposed to be effective 7/1/2017 – later delayed until 1/1/2018 – and determining whether or not we would also include the MED at that effective date. So this was a bit of a surprise to us finding out that current clients may have already had the MED implemented.
- Are you working together or separately from Daniel's team regarding the new Opioid guidance and why weren't we made aware of this possible MED back when this topic was first brought up by the UM team (I want to think that was in January)?

Regards,
**Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman, Irvine, CA 92614
Office  949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com
www.optumrx.com

*Our* United Culture. The way forward.

Integrity  Compassion  Relationships  Innovation  Performance

---

**From:** Guren, Michael
**Sent:** Wednesday, March 15, 2017 11:27 AM
**To:** Sabin, Brian; Nordstrom, Jodi L; Chuang, Amy
**Cc:** Rogers, Kent D; Matsuoka, Denis Y
**Subject:** RE: Morphine Equivalent Dosing (MED) Edits & Trade Implications

Hi Brian-

I am working with Denis Matsuoka, leading Daniel's team, as part of a cDUR MED workgroup to help define the right MED thresholds for Commercial clients. I'll be sure to tie this back to his team.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                    OPTUMRX_JEFFCO_0000360078

Thanks,

Mike

---

**Michael Guren, PharmD**

Senior Director, Clinical Products | OptumRx

2300 Main Street, Irvine, CA 92614 (CA134-0425)
Office : 949-252-5547
michael.guren@optum.com

---

**From:** Sabin, Brian
**Sent:** Wednesday, March 15, 2017 11:12 AM
**To:** Guren, Michael; Nordstrom, Jodi L; Chuang, Amy
**Cc:** Rogers, Kent D
**Subject:** Morphine Equivalent Dosing (MED) Edits & Trade Implications

Team,

After discussing with Esteban, there's a lot of confusion about how this whole phone call came about.  Is this process that was implemented effective 1/1/2017 an offshoot process happening outside of the ongoing discussions we're having with Daniel Tjioe's team?

Our assumption *was* this was a clarification call regarding these PBM-wide discussions, but after our discussion we're concerned that this is a separate – and possibly conflicting – process entirely.


**Regards,
Brian Sabin**
Manager, Industry Relations | OptumRx
17900 Von Karman,  Irvine, CA 92614
Office  949/988-6314
M/S#CA016-0202
Brian.Sabin@Optum.com
www.optumrx.com

*Our* United Culture. The way forward.

▪ Integrity▪ Compassion ▪ Relationships ▪ Innovation ▪ Performance

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.