# EXHIBIT L

# OptumRx Pharma Summit

**Maximizing Value to our Manufacturer Partners**

March 30, 2017

OPTUMRx®



# General Session Overview

| OptumRx Update | Value Story | Briova Update | PBM Of The Future | Rebate Update |
|---|---|---|---|---|
|  |  |  |  |  |
| Mark Thierer | Bruce Mead | Mike Zeglinski | Curt Medeiros / Kent Rogers | Bob Lahman |

**Q&A Panel**



3



# OptumRx Update

**Mark Thierer**, CEO OptumRx





# Harnessing the Power of Pharmacy
## Leveraging scale and reach

### VOLUME

1.2B

scripts processed

### SCALE



$80B

total pharmacy spend

### REACH



64M

pharmacy members served

# Momentum In The Market

## Winning on value

   

# Differentiated Value Proposition

## Aligned with your interests







## Smarter

building new bridges

## Easier

simplifying the experience

## Healthier

guarding clients' interests

# Next Generation Pharmacy Care Services
## Helping the health system work better for everyone



**Empowering Physicians**  **Synchronizing Engagement**  **Partnering with Retail**  **Innovating with Pharma**  **Transforming the PBM Model**

# Value Story

**Bruce Mead**, SVP Client Relations, Growth, Marketing





# Placeholder Slide

3/20: Bruce has a few more slides he's finishing up to insert before the value story slides.



11

# Delivering better outcomes



Harness the **POWER** OF **Pharmacy**



**$11-16**
PMPM savings

**12%**
increased adherence

**60%**
program enrollment

**25%**
lower 90-day readmissions

**7%**
reduction in ER admissions

**2.8%**
pharmacy trend



# Helping to make the health system work better for everyone





Pharmacy care services

Population health management

**Data and analytics**

Health care delivery

Health care operations

| PROVIDERS | EMPLOYERS | HEALTH PLANS | LIFE SCIENCES | CARE DELIVERY | INDIVIDUALS |
|---|---|---|---|---|---|
|  4/5 |  4/5 |  300 |  100 |  20K |  115 |
| U.S. hospitals | of Fortune 500 | health plans | organizations around the globe | aligned physicians in 26 markets | million empowered consumers |



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



# Delivering a transformational pharmacy care services model

VOLUME

 **1.2B**

scripts processed

SCALE

 **$80B**

total pharmacy spend

REACH

 **64M**

pharmacy members served

## Scale

More than 1.2B prescriptions and managing over $80B in spend for more than 64M consumers

## Resources

115,000 Optum employees – including 20,000 physicians and nurses – all a part of a Fortune 6 innovation company

## Knowledge

180M lives of claims data, and billions of medical procedures, lab results and diagnoses

## Perspective

Deep healthcare insights, unique partnerships and the willingness to adapt and be flexible, allowing Optum to create value where others simply can't

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



# Employers' biggest concerns

## Specialty Drug Costs



Average annual industry trend in specialty costs exceeds 21% over the last 3 years.[1]

## Consumer Engagement



78% of employers cite lack of engagement as a top obstacle to a successful health and wellbeing program.[3]

## Fragmented Care



Poor health care coordination nearly doubles the cost of patient care.[2]

## Overall Cost Increases



Total health care costs have increased 82% over the last 10 years.[4]



1. Holcomb, Katie and Harris, Justin. Milliman Research Report – Commercial Specialty Medication Research: 2016 Benchmark Projections – December 28, 2015. 2. Brigham R. Frandsen, PhD; Karen E. Joynt, MD, MPH; James B. Rebitzer, PhD; and Ashish K. Jha, MD, MPH, Care Fragmentation, Quality, and Costs Among Chronically Ill Patients; American Journal Managed Care, May 2015. 3. Improving workforce health and productivity – U.S. Report, Willis Towers Watson, 2016. 4. The Future of Health Calling All Employers: Be Agents of Change - Highlighting results from the 2015 Aon Hewitt Health Care Survey.

# Going beyond the traditional pharmacy approach



**Old Approach**

Mail-driven model

Retail-driven model



## OptumRx: Value over volume

Channel flexibility

Synchronized engagement

Site of care strategies

Tailored offerings

Empowering physicians

Aligned with **your goals** to lower total health care costs



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Harness the power of pharmacy

We excel at managing pharmacy cost **AND** addressing 100% of health care spend

## PHARMACY BENEFIT MANAGEMENT

- Formulary and drug cost management
- Specialty pharmacy
- Clinical and utilization programs
- Network management
- Member services and adherence
- Home delivery



## PHARMACY CARE SERVICES



### Smarter
- Synchronizing health care
- Lowest total cost approach



### Easier
- Empowering physicians
- Holistic member experience



### Healthier
- Improving overall health care costs and clinical outcomes



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

# Smarter approach to delivering for our **clients**



## ALIGNING WITH YOUR GOALS

**Smarter**

## TRANSFORMING HEALTH CARE

Every client's data tells a story and we work with you to write the next chapter.



Client Analysis ● ● ● ● ➤ Tailored Solutions

- Analyzing population and diagnosing concerns
- Implementing solutions tailored to the need
- Innovating new solutions for tomorrow

Making health care work better for you from pharmacy to health care's biggest challenges.

**Doing what's right:**
- Managing drug price increases
- Driving to lowest net cost
- Requiring stringent quality standards

**Leveraging Optum:**
- Synchronizing benefits
- Tackling the opioid epidemic
- Managing complex conditions



# Smarter, easier ways in how we empower **physicians**

 **Visibility at the point of care**    |   Drug cost   |   Formulary placement   |   Prior authorization   |   Clinical alerts

Empowering physicians with resources to support patients in real time at the point of prescribing.

| **Streamlining Prior Authorizations** | **Enabling Better Decisions** | **Improving Plan Performance** |
|---|---|---|
| • Fully-automated member-specific tool<br>• Reducing prior authorization turnaround<br>• Avoiding disruption | • Transparency for Rx cost and coverage<br>• Integrating with EMR<br>• Real-time clinical information | • Reducing cost<br>• Increasing adherence<br>• Improving health outcomes |
|  Smarter |  Easier |  Healthier |



# Smarter engagement

Finding the right **members** at the right time

We constantly scan for

## health and savings
## opportunities

for members at risk

today and tomorrow.

- Powered by a holistic data engine
- Enabling a 360-degree member view
- Driving clinical, savings and health actions



Smarter

Pharmacy opportunities:
health and savings

Medical opportunities:
care, wellness, behavioral



# Easier experience:
Inspiring **members** to take action

Then we engage

your members

where they are with

## prioritized
## opportunities.

- Leveraging the most frequently used health care touch point
- Using personalized member tools
- Going beyond the traditional PBM, closing more gaps in care



Easier

Simplifying the experience and
making the most of every interaction.



21

# Driving **healthier** outcomes

OptumRx takes a whole-patient approach to deliver:

- Value over volume
- 360° engagement
- Lower overall costs



 Healthier

| Improved **health outcomes** | Lower total **cost-of-care** |
|---|---|
| **12%** increase in adherence on average for targeted population | **2.8%** year-to-date pharmacy trend |
| **25%** lower 90-day readmissions for oncology and transplant | **7%** reduction in inpatient and emergency room admits |
| **60%** enrollment in condition management programs through pharmacy | **$11-16** PMPM savings on medical costs savings |



# Next generation pharmacy care services
## Helping to make the health system work better for everyone

OptumRx aligns with your interests,
solving health care's biggest problems



**Empowering Physicians**

*to make the best decisions*

**Synchronizing Engagement**

*to impact total healthcare costs*

**Partnering with Retail**

*to improve care and deliver choice*

**Innovating with Pharma**

*to deliver lowest net cost*

**Transforming the PBM Model**

*to align with your interests*

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



# Why OptumRx? Because health care is a journey

OptumRx pharmacy care services maximizes the
power of Optum and creates clients for life.




**Smarter**
building new bridges


**Easier**
simplifying the experience


**Healthier**
guarding clients' interests



24



# Briova Update

**Mike Zeglinski**, SVP Briova Specialty





# BriovaRx Differentiation



**Care Model**

- Lowering overall health care costs
- Superior condition-specific support
- Improved outcomes



**Custom Client Solutioning**



SYNCHRONIZATION

Population-based care management



# BriovaRx National Presence








LEGEND:
- BriovaRx Specialty Pharmacies
- State-of-the-Art Central Fill Locations
- AxelaCare Home Infusion Pharmacies

- BriovaRx is 3rd largest specialty provider
- AxelaCare is 4th largest national home infusion provider
- Best in class patient-centric model
- 2.4M total prescriptions

- Distribution facilities
  * 2 national pharmacies
  * 17 regional pharmacies
  * 33 home infusion pharmacies

- Serve patients in 50 states



# BriovaRx Therapy Solutions





▼ CONNECTED CARE ▼

Patient

Provider

Payer

Pharma



29

# End-to-end patient care and management



**Treatment History**
- Past treatment
- Current medications
- Existing side effects

**Drug Counseling**
- Side effects
- Administration
- Dosing

**Screenings & Referrals**
- Depression screening
- Behavior health referrals
- Condition-specific screening

**Other BriovaRx Support**
- Financial resources
- Condition tips
- BriovaLive & Community

**Coverage & Prior Authorization**
- Benefit coverage review
- Prior auth confirmation

**Schedule Delivery**
- Confirm address & phone
- Offer text reminders

**Refills & Support**
- Direct line to team
- Refill reminder calls
- Ongoing healthcare support

Initial Assessment

Coverage & Delivery

Refills

Customer Care Advocate

Customer Care Coordinator

One-call resolution goal | Real-time solutioning | Zero transfers | Condition-specific phone numbers

OPTUM Rx®

30

# Data-driven care and support

## Opportunities

▼ **Depression Screening**
▼ **Cancer Support Programs**
▼ **Medication Alert**

**3 Opportunities Identified**
1. Depression Screening
2. Cancer Support Programs
3. Medication Alert

Pharmacy claims

Medical claims



# BriovaLive



On-demand online session with a pharmacist

Sessions will be recorded and available after live chat









# BriovaCommunity










35



# BriovaRx Connect provider portal

**BriovaRx Connect**®

– Secure web-based portal

– Ongoing clinical reporting

– 24/7 access to patient's:
  - Medication dosage
  - Diagnosis
  - Referral activities
  - Prescription and PA status
  - Other important assessment data





37

# Script Connect™
## Driving enhanced provider engagement







# Our synchronized approach





# Health care advisor: Connected engagement





ONE 800# & email





ONE TEAM



Health Care Advisor

Staffed by OptumRx

The Health Care Advisor connects the member with specialists across Optum and the broader health care system

| Health Care Advisor – scope of services |
| --- |
| ✓ Provider network search & appointments |
| ✓ Pharmacy benefits & claims support |
| ✓ Prescription Home Delivery services |
| ✓ Rx Lower Cost Alternatives & adherence support |
| ✓ Health & Wellness incentives & program referrals |
| ✓ Preventive Shared Decision Making |



Advanced Nurse Advisor



Specialized Rx Services



Other Health Resources

| Advanced Nurse Advisor |
| --- |
| Clinical Shared Decision Making |
| Triage and health education |
| Health & Wellness coaching and enrollment |
| Care Management engagement  and referrals |

| OptumRx– specialized roles & services |
| --- |
| Pharmacist on the Care Team – medication consultations |
| Specialty Rx – admin., pre-auth, pharmacist support |
| Consulting Pharmacists – 24x7 support |

| Other Services / Partners |
| --- |
| Benefit carriers (medical, dental, vision, etc.) |
| Behavioral & EAP services |
| Second opinion services |



# Health Care Advisor: Smarter engagement via consumer dashboard





# What we've learned about specialty members



**Health Ownership**

Specialty members compared other members
with chronic conditions

## 2 to 4 times

**Less Engaged** in
health ownership

**Complex Conditions & Care**

75%
of members

taking specialty medications
**have other conditions**



43

# Our data engine enables a holistic view of each patient





# Our holistic approach offers total cost management

| COMPLEX CARE | MULTIPLE CONDITIONS & DRUGS | FRAGMENTED CARE |

**CONNECTED CARE TEAM**

ADVOCACY        SERVICES        COST        OUTCOMES

## 9%

lower specialty spend with
OptumRx Specialty
Management

## 24%

lower 90 day readmissions for
oncology and transplant



45

# Two studies compare BriovaRx with other pharmacies


**1**

## Lower Hospital Readmission Rates
All causes – Oral Oncology and Transplant

**23-33% decrease***

**Average savings*** per readmission

**$14,900**
**Transplant**

**$17,500**
**Oral Oncology**

**2**

## Impact to Overall Healthcare Costs
Oral Oncology

| Timeframe | Average Savings | Percent Savings |
|-----------|-----------------|-----------------|
| 3 months | **$5,880** | **11.4%*** |
| 6 months | **$8,430** | **9.1%*** |
| 9 months | **$10,489** | **7.9%** |
| 12 months | **$11,959** | **6.9%** |

**BriovaRx members taking oral oncology specialty medications experience an immediate and maintained total cost savings (Rx & Medical) vs. matched members using other pharmacies.**

*Results were statistically significant
Note – Chronic Inflammatory results at 9 months show $1,500 lower total health care costs, (approaching statistical  significance)









# Break

20 minutes



49

# PBM of the Future

**Curt Medeiros**, President Optum Life Sciences





# The Blind Men and the Elephant





# The Blind Men and the Triple Aim???



Payers



Policy setters



Consumers



OUTCOMES

COST

SATISFACTION



IDNs / ACOs



Care providers



# Optum Data and Analytics Strategy

Broaden and deepen **DATA**

Expand scope of **INSIGHTS**

Automate and speed **DELIVERY**

Leverage across **MARKETS**



Only person-linked Integrated dataset:

# 25 million EHR linked claims

Physician Notes:
## >1 billion notes

Largest EHR dataset:
## 86 million lives

## >300
*data scientists, researchers and commercial experts*

## >200
peer reviewed publications and conference presentations per year

Largest eligibility controlled claims dataset:
## 160 million lives

Most used clinical research tools: SF-36
## >25K peer reviewed articles



COST EFFECTIVENESS

*PATIENT REPORTED OUTCOMES*

*REAL-WORLD*

*EVIDENCE*

*PREDICTIVE MODELING*

MARKET AND COMMERCIAL ANALYTICS

COMPARATIVE SAFETY

**PHYSICAL AND MENTAL HEALTH STATUS**

COMPARATIVE EFFECTIVENESS

HEALTH OPERATIONS RESEARCH

*CLINICAL INTERVENTION DESIGN AND EVALUATION*



# Our Objective – Eliminate Three Pillars

There are three main pillars of insights needed to tell the full story of which care works best and why







We combine these three perspectives to provide the most complete view of patient perspective, cost and outcomes available in the market today.



56

# Optum Linkable Data Ecosystem



**Genomics**

**Oncology**

**Specialty pharmacy data**

**600 Consumer Variables**

**Claims Data**

**Clinical / EHR Data**

160 million lives

86 million patients

**Rare disease**

**CPG/Front store data**

**Device & Streaming Data**

**35 million All-Payer Claims Lives**

**Media & digital exposure**

**Registry data**

Medical Device Data Integration Example

Blood glucose data
+
integrated EHR and claims

Comparative effectiveness and costs for TYPE I Diabetics across devices



# Optum offers a platform in all health care settings



## Optum is engaged across the entire health care spectrum

- Offers multiple routes to partner

- Data analysis is the driver to identify gaps in care

- Ideal partnership goals include:
  - Closing gaps in care
  - Increasing QoL
  - Reducing long-term health care costs



58

# Building Blocks for Success



Data **+** Optum products **+** Channels **=** Integrated experience

Right **Care** • Right **Time** • Right **Place** • Right **Cost**



OUTCOMES BASED
CONTRACTS

NOVEL BENEFIT
DESIGNS

*THE FUTURE*

NEW TREATMENT
PATHWAYS

CLINICAL DECISION
SUPPORT



# Optum Real-World Analytics App Store



- Support your entire organizations Real World Data needs in one place

- World class application portal, linking to industry best practices & Real World Data applications.

- Data and analytics validated by UHG & OPTUM experts

- Statistical complexity simplified , from days to hours or minutes

- Access to all OPTUM applications through common SSO entry point, 18 new applications in development

- Purpose built applications, intuitive screens, design, and flow meeting the Real World Data & analytical needs of Commercial, HEOR, R&D and Epidemiology organizations

- Collaboration and information sharing across applications

# Patient Journey Application



# Market Insight

## POPULATION INSIGHT



### POPLULATION

| | |
|---|---|
| Covered PMPM | $198.50 |
| Days per 1000 | 42.7 |
| Claim risk score | 0.761 |
| Paid PMPM | $140.80 |
| Paid PMPM (C.C.) | $26.28 |
| ER visits per 1000 | 167.8 |
| Pharmacy paid PMPM | N/A |
| Plan cost share (net) | 73.0% |
| Nurse engagement | 0.4% |
| Premium provider utilization | 39.2% |
| Paid | $4.74M |
| Contracted discounts | 0.724 |
| Touched members | 60 |
| Activation | 53.2% |

### COMMUNITY MEASURES





# Outcomes Embedded in Provider Tools

**UnitedHealth Care Prior Authorization Tool for Oncology treatment**

- Patient's clinical condition determines treatment options
- Outcomes data displayed alongside treatment options to better inform treatment choice





64

# PHASE 1:

# Value Based Contracting



# Value Based Contracting: Overview

## What is Value Based Contracting?

- Traditional rebate contracts base payment on the formulary positioning of a drug.

- Value Based Contracting (VBC) sets payment or non-payment on the performance of a drug (or on an outcome metric)

- VBC is a more mature reimbursement strategy in medical care delivery than in pharmacy.

- UnitedHealthcare expects to reach $65B in value-based payments for medical care by 2018

- Value-based contracts for Rx have only been in place for a year or two (industry-wide) and their results are still being evaluated.





66

# Value Based Contracting: Overview

**Current State:**



- Conceptually, Value Based Contracting has been around for a long time

- Operationally, Value Based Contracting for pharmacy is in its infancy, with limited evidence to examine

- Interest in implementing Value Based contracts is growing across stakeholders

- Is not a fit for all medications

- Pharma, payers and employers are in the learning mode at this stage

- OptumRx and UnitedHealthcare continue to collect and understand this new contracting approach by expanding Value Based Contracting in a measured way



# **The Buzz On Value Based Contracting:** Reality vs. Perception



### Proven Concept

It is too early in the process of evaluating Value-Based Contracting to determine broader application to all contractual agreements.



### Everyone Is Engaged In VBCs

Despite reports that health insurers and pharmacy-benefit managers have signed at least a dozen such deals with pharma since 2014, including Cigna, Harvard Pilgrim and Express Scripts, targeting high-cost drugs in categories including cancer and hepatitis C, the quality and breadth of these agreements is yet to be clarified.



### The Optum Organization Is Engaged In Value Based Contracting

We are actively engaged in contractual negotiations with multiple manufacturers across a broad array of disease states and continue to work on new opportunities.



# How We Get There

**Phase I**
Value-Based Contracting

**Phase II**
Outcomes-Based Agreements

Value-Based Formulary



69

# The Value Based Formulary Concept


A value-based formulary (VBF) is structured based on drug value rather than its cost.


A focus on *chronic conditions:*
- With noteworthy symptoms burden
- That impact functioning
- With a competitive treatment landscape


Aligns coverage, tiers or co-pays with relative efficacy to obtain *better clinical outcomes, adherence and economic benefit*


Designed around clinical data derived from drug development. The OptumRx difference:
- Real-world data
- Patient-centered evidence



# **Value Based Contracting:** Current State OptumRx

OptumRx & UHC have implemented or are considering VBC contracts in the following areas*:



- ➢ Multiple Sclerosis
- ➢ Choleterol Lowering Therapy
- ➢ Oncology

- ➢ Diabetes
- ➢ Rheumatoid Arthritis
- ➢ Anticoagulants

* Note:  evidence will drive final decisions regarding disease states and specific medications to be included

Objectives:



**1** Bring value to our clients and members

**2** Maximize Learnings

**3** Build a meaningful portfolio attractive to our broad client base



71

# Value Based Contracting: The Future?

**Will Value Based Contracts Replace Rebate Contracts?**

- We expect VBC to be one of many reimbursement strategies, to be deployed where appropriate with a dedicated infrastructure that supports the unique nature of these agreements

- The learnings from this initial phase of contracting will inform future iterations that may include more formal outcomes-based agreements that ultimately lead to a value-based formulary

- This will be an effort that evolves over time and become additive to the current construct of traditional rebate contracts for formulary access but not replace it altogether



# Rebate Update

**Bob Lahman**, SVP Industry Relations









# 2017 OptumRx Pharmacy Benefit – All Business

## 53.8 Million Lives

 **22.4M** (42%)

 **26.4M** (49%)

**80%** of lives are in a Highly Managed benefit design



MM/CHIP 4.4M (600K Ext)

ESI 5.0M

PBM Commercial 19.2M

Part D 11.6M (2.6M Ext)

UHC Commercial 13.6M



# Value and Flexibility for our Clients



LEAST MANAGED  $  ...  $$$  HIGHEST MANAGED

| | Select Formulary | | | | | | Premium Formulary |
|---|---|---|---|---|---|---|---|
| **Open/ Non-Incentivized** | **Select Base** | **Open Non-Incentivized + bundles** (NEW for 2017) | **Select Base + bundles** (NEW for 2017) | **Open / Non-Incentivized Focused** | **Select Focused** | **Select Comprehensive (All 4 bundles)** | **Premium (Exclusion) Formulary** |
| Open Benefits | 3 tier | Open Benefits | 3 tier | Open Benefits | 3 tier | 3 tier, Closed benefits | 3 tier, Closed benefits |
| <$10 copay differential  No UM required or ala carte UM | $10 or greater copay between 2nd and 3rd tier  No UM required or ala carte UM | <$10 copay differential  1-3 Focused UM bundles | $10 or greater copay between 2nd and 3rd tier  1-3 Focused UM bundles | < $10 copay differential + UM required for all 4 bundles | $10 or greater copay between 2nd and 3rd tier + UM required for all 4 bundles | Must have complete suite of Core UMs  Approximately 350 UM programs including QL, ST and PA | 28 Therapeutic Categories with 80 products excluded + 4 specialty categories that require PA |

Same rebate value →

Increasing ingredient cost savings

**Target Customer:** Commercial with *Open 2-tier copay only* or *Select 3-tier copay only* plan designs



76

# 2017 OptumRx Pharmacy Benefit – Commercial Business

## 32.8 Million Lives



**19.2M** (59%)



**13.6M** (41%)

**83%** of lives are in a Highly Managed benefit design



Covered
1.5M

Managed
4.2M

Focused UM
2.2M

UHC
Commercial
13.6M

Highly
Managed
6.7M

Premium
PDL
4.6M



77

# 2017 OptumRx Pharmacy Benefit – Commercial Business (PBM only)

**19.2 Million Lives**

**70%** of lives are in a Highly Managed benefit design





78

# OptumRx Commercial PBM – Continued Movement up the Continuum





# Comparison of PBMs – Commercial Lives with and without Controls





Our goal at **OptumRx** is to deliver **more market share** to preferred products **than any other PBM**



# Changes to Focused UM Group in 2017

| Focused UM Program (2016) |
| --- |

**Diabetes:**
- Blood Glucose Monitoring
- Non-Insulin

**Respiratory:**
- Asthma
- COPD

**Specialty:**
- Cystic Fibrosis
- Growth Hormones
- Hepatitis C
- Immunomodulators
- Multiple Sclerosis
- Cholesterol (PCSK9)

**Miscellaneous:**
- Cholesterol Agents (Crestor)
- Inflammatory Bowel Disease (IBD)

| Focused UM Programs (2017) |
| --- |

**Diabetes:**
- Blood Glucose Monitoring
- Non-Insulin
- **Basal Insulin**

**Respiratory:**
- Asthma
- COPD

**Specialty:**
- Cystic Fibrosis
- Growth Hormones
- Hepatitis C
- Immunomodulators
- Multiple Sclerosis
- Cholesterol (PCSK9)

**Miscellaneous:**
- **Overactive Bladder**
- **Long-Acting Opioids**
- **Pancreatic Enzymes**
- **Epinephrine Injectors**
- Inflammatory Bowel Disease (IBD)

**New in 2017**



82

# OptumRx Market Share Optimization Programs

1) <u>Deliver Initiative</u>

- Data mining efforts and action steps
- Workshop this afternoon
  - Ed Lagerstrom
  - Kent Rogers

2) <u>Clinical Programs</u>

- Workshop this afternoon
  - David Calabrese



83

# OptumRx Market Share Optimization Programs

3)  <u>Provider Outreach Marketing Pilot</u>

- Goal is to drive formulary compliance
- Pilot will start in April and consist of 3 manufacturers
    - Eli Lilly, BI, J&J
- Email and direct mail program
- Target 9,000 providers
- Partnering with MNG Direct
    - Gary Steier
    - Kevin Blaine



84

# Network Programs Driving Value to our Manufacturer Partners

1) <u>Wholesaler Accreditation Program</u>

- Effective 10/1/2016, all pharmacy providers are required to source covered products from VAWD accredited wholesale distributors
- What is VAWD?
  - (Verified-Accredited Wholesale Distributers) is an accreditation offered by the National Association of Boards of Pharmacies (NABP) to wholesaler drug distributors
- Primary elements of VAWD accreditation
  - ✓ License verifications
  - ✓ Full scale Policy & Procedure review
  - ✓ Facility review (e.g. lighting, ventilation, temperature control, sanitation, humidity control, security, etc..)
- Approximately 570 VAWD accredited today

2) <u>Retailer Accreditation Program</u>



85

# Other Programs Driving Value to our Manufacturer Partners

1) <u>Fraud Waste and Abuse Team</u>

- **"Grey Market" identification**
  - OptumRx Pharmacy Network Audit Department will determine if the pharmacy has sufficient drug inventory to cover purchases. If any shortages are identified, we require verification from supplier or manufacturer where the inventory was purchased. In these cases, we may find that a pharmacy is purchasing products from the "Grey Market", products that may be bought and sold outside of the manufacturer's authorized channels.

- **Quality assurance**
  - OptumRx Pharmacy Network onsite facility reviews and assess for proper storage and handling of medications, minimizing manufacturer returns for damaged/expired products

- **Proper dispensing of drugs**
  - OptumRx Real-Time Audit screens 100% of claims, subjecting them to the filters and algorithms which immediately risk scores and ranks highest risk aberrancy claims for potential review. This ensures the manufacturer's products are being dispensed accurately.
  - Our onsite compliance reviews can detect when pharmacies bill for the brand name product  but generics are dispensed



# OptumRx welcomes CalPERS to this year's summit!



- Kathy Donneson
- Victoria Eberle
- Melissa Mantong



CalPERS will have a room….



# Q&A Panel

All Speakers





# What's Next?

## LUNCH

12:00 – 1:30pm PST

Get room details from Patrick

## SOCIAL EVENT

5:30 – 7:30pm PST

Get room details from Patrick

## BREAKOUT SESSIONS



**OptumRx Deliver Initiative**
- Ed Lagerstrom, EVP Network & Industry Relations
- Kent Rogers, SVP Industry Relations



**Clinical Update and Drug Vigilance Programs**
- David Calabrese, Chief Pharmacy Officer OptumRx



**Specialty Contracting and LDD Update**
- Kelly Pokuta, VP Industry Relations
- Amy Nordman, Director Industry Relations



**Part D Update and Overview**
- Carolyn Ong-Seto, VP Industry Relations
- Mike Yee, Sr. Director Industry Relations



89