**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.,* | **MDL No. 2804**<br>**Case No. 17-md-2804**<br><br><br>**Case No. 18-op-46046**<br><br><br><br>**Judge Dan Aaron Polster** |

**ENTRY OF APPEARANCE**

COME NOW, Shannon M. McNulty of Clifford Law Offices, P.C., Illinois Bar ID Number 6281984 and hereby enters an appearance as counsel of record on behalf of Plaintiff, Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare, in the above-referenced case.

Dated: March 10, 2025

Respectfully submitted,

*/s/ Shannon M. McNulty*
Shannon M. McNulty
CLIFFORD LAW OFFICES,
P.C. 120 N. LaSalle St., 36th Floor
Chicago, Illinois 60602
smm@cliffordlaw.com
312-899-9090

*One of the Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which caused all parties or counsel of record to be served.

Dated: March 6, 2025

Respectfully submitted,

*/s/ Shannon M. McNulty*
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., 36th Floor
Chicago, Illinois 60602
smm@cliffordlaw.com
312-899-9090