**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This Document Relates to:*<br><br>*All Cases Naming Auburn Pharmaceutical Company as a Defendant, as Reported Herein* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Defendant Auburn Pharmaceutical Company, by its undersigned attorney, respectfully submits this Notice of Withdrawal of Attorney for the reasons that Defendant Auburn Pharmaceutical Company has been voluntarily dismissed from all suits in which it was a named interested party and therefore no longer needs to be a party to the MDL or have service made on its attorney of record, James C. Wright of Zausmer, PC.

Dated: March 10, 2025                                  Respectfully Submitted,

/s/ James C. Wright_____
James C. Wright, Attorney at Law
Zausmer, PC
32255 Northwestern Highway
Suite 225
Farmington Hills, MI  48334
(248) 851-4111
Fax:  (248) 851-0100
jwright@zausmer.com
Ohio Bar Number 00809070

{05197059}
10300689.1

**CERTIFICATE OF SERVICE**

     I certify that the foregoing was electronically filed on March 10, 2025, with the Clerk of Court using the CM/ECF notification system thereby giving notice to all counsel of record.

                                                                /s/ James C. Wright      .
                                                              James C. Wright, Attorney at Law

{05197059}
10300689.1