# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL. No. 2804<br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that Thomas G. Walker of the law firm ALSTON & BIRD LLP enters his appearance as counsel for Defendant OptumRx, Inc. in the above-captioned action.

Dated: March 10, 2025

                                                             Respectfully submitted,

                                                             */s/ Thomas G. Walker*
                                                             Thomas G. Walker
                                                             North Carolina Bar No. 17635
                                                            **ALSTON & BIRD LLP**
                                                            1120 S. Tryon Street, Suite 300
                                                            Charlotte, NC 28203
                                                            Tel.: (704) 444-1000
                                                            Fax: (704) 444-1111
                                                            thomas.walker@alston.com