UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Kiel B. Ireland CA Bar Number 316287, of Quinn Emanuel Urquhart & Sullivan, LLP, hereby enters his appearance for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc. (formerly known as Express Scripts Holding Co.), in the above-captioned action.

Dated: March 10, 2025

By: **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/ Kiel B. Ireland
Kiel B. Ireland
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
Tel: (213) 443-3000
kielireland@quinnemanuel.com

*Attorney for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., and Evernorth Health, Inc.*