**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>Case Nos. 1:17-md-2804<br>            1:18-op-45817<br><br>Judge Dan Aaron Polster |

**PUBLIX SUPER MARKETS, INC'S MOTION**
**TO ENFORCE THE COURT'S ORDERS AND**
**DISMISS "ZERO-PERCENT MARKET SHARE" CLAIMS**

Publix Super Markets, Inc. respectfully moves the Court to enforce its orders which instructed Plaintiffs to dismiss cases against Publix in which Publix had no market share of opioids within that jurisdiction.

The Court ordered Plaintiffs to "begin dismissal of [cases] with prejudice" where "Pharmacy Defendants have zero-percent market share in the relevant jurisdictions." ECF No. 3688 at 2; *see also* ECF No. 5455 at 2 (ordering the PEC to also "review every case carefully and dismiss any defendant that plaintiffs' counsel does not intend to zealously pursue in litigation"); ECF No. 3685 at 6:2–23 (the Court explaining that "If the defendants have no market share, they shouldn't be in the case, period."). Yet there remain Plaintiffs in this MDL who have not dismissed their claims against Publix, despite Publix having zero-percent market share in their jurisdictions.

For the reasons stated in Publix's accompanying memorandum, the Court should enforce its prior orders and, pursuant to its inherent powers and Fed. R. Civ. P. 41(b), dismiss with prejudice the following Plaintiffs' claims as to Publix, and for all other just and appropriate relief:

1. Miami Gardens, FL, 1:18-op-45873-DAP
2. Peach County, GA, 1:18-op-45579-DAP
3. Bay Minette, AL, 1:22-op-45018-DAP
4. Brookwood, AL, 1:20-op-45272-DAP
5. Hartselle, AL, 1:18-op-45736-DAP
6. Loxley, AL, 1:22-op-45018-DAP
7. Summerdale, AL, 1:22-op-45018-DAP
8. Robertsdale, AL, 1:20-op-45272-DAP, and
9. Prichard City, AL, 1:18-op-45690-DAP.

Dated: March 13, 2025,                    Respectfully submitted,


*/s/ Kara M. Kapke*
Meredith Thornburgh White (IN 28094-49)
Kara M. Kapke (IN 25906-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
mwhite@btlaw.com
kkapke@btlaw.com

Michael P. Kohler
MILLER & MARTIN PLLC
1180 West Peachtree Street, N.W.
Ste. 2100
Atlanta, GA 30309-3407
Telephone: 404-962-6403
Facsimile: 404-962-6300
michael.kohler@millermartin.com

*Attorneys for Defendant Publix Super Markets, Inc.*