# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION )
OPIATE LITIGATION )
) MDL No. 2804
)
) Case Nos. 1:17-md-2804
)          1:18-op-45817
)
) Judge Dan Aaron Polster
)
)

## DECLARATION OF MEGAN DURKEE

I, Megan Durkee, pursuant to 28 U.S.C. § 1746, submit the following declaration:

1. My name is Megan Durkee, Manager of Lease Administration and Compliance, Publix Super Markets, Inc. I am over 18 years of age. I am of sound mind and based on my personal knowledge, if called as a witness, I could and would competently testify to the statements in this declaration.

2. I am familiar with the locations of Publix stores and pharmacies, including Publix No. 1291 (also known as "Publix at Gunn Battle"), based on records available to me that are maintained in the ordinary course of business, including leasing documents, publicly available property records, and county tax records.

3. It is Publix's practice to identify the city/county of a new store for purposes of tax compliance based on a combination of landlord verification at the time the store is constructed, along with city/county property appraiser records for the site in question.

4. Publix Store No. 1291 has a mailing address of 6015 Watson Blvd., Byron, Georgia 31008-6650 (*see* https://www.publix.com/locations/1291-publix-at-gunn-battle) and is located in the Gunn Battle Shopping Center, 6009 Watson Blvd., Byron, Georgia 31008-6650.

5. Store 1291 contains a pharmacy and both the store and the pharmacy opened in December of 2010.

6. Leasing documents and Houston County, Georgia public records establish that Publix Store No. 1291 is located within Houston County, Georgia.

7. Attached as Exhibit 1 are true and accurate excerpts from Publix's confidential lease (as amended February 17, 2025) with FREP IV – Gunn Battle, LLC, the owner of the Gunn Battle Shopping Center where Store No. 1291 is located. The lease includes the legal description of the property Publix leases for Store No. 1291, which is described as Lot 1 of "Land Lot 69, 5th District, City of Warner Robins, Houston County, Georgia."

8. Public records maintained by Houston County, Georgia list the Gunn Battle Shopping Center (in which Store No. 1291 is located) as within the limits of Houston County. These records are available at qPublic.net by selecting "Real Property Search", and in "Search by Owner Name" typing in "Gunn Battle". The only result is for the Gunn Battle Shopping Center with a location of 6009 Watson Blvd at "Landlot/District 69/5", matching the description in the lease for Store No. 1291. See qPublic.net - Houston County, GA - Report: 0W78L0 050000.

9. Because Store No. 1291 is within Houston County, Publix is subject to Houston County's tax jurisdiction. Publix has paid personal property taxes to Houston County, GA for the Publix store and pharmacy location at 6015 Watson Blvd. (Store No. 1291) since the store opened in late 2010. This information can be located at: https://www.houstoncountytax.com/index.html Next, a user should select "Search & Pay Taxes", then select to search by "Property Address" and type in "6015 Watson". See

https://houstonwarnerga.governmentwindow.com/select_bill.html?search_mode=search2&tax_y

Case: 1:17-md-02804-DAP  Doc #: 6020-1  Filed: 03/13/25  4 of 10.  PageID #: 672534

ear=2024&name=PUBLIX+SUPER+MARKETS++&map_code=P34315&logic_unique_key=P34315.

10.     As a result, Publix's own internal documents and records have always listed Publix Store No. 1291 at 6015 Watson Blvd in Byron, Georgia as in Houston County, GA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  March 12, 2025

Respectfully submitted,

Megan Durkee

3

# Exhibit 1
# To Declaration of Megan Durkee

## THIRD AMENDMENT
## TO LEASE AGREEMENT

THIS THIRD AMENDMENT TO LEASE AGREEMENT (this "Amendment") is made and entered into as of the 17th day of February 2025, by and between **FREP IV – GUNN BATTLE, LLC**, a Florida limited liability company ("Landlord"), and **PUBLIX SUPER MARKETS, INC.**, a Florida corporation ("Tenant"), with reference to the following facts:

A. Landlord's predecessor-in-interest and Tenant entered into that certain Lease Agreement dated November 19, 2008, as amended by that certain First Amendment to Lease Agreement dated February 2, 2010, as further amended by that certain Second Amendment to Lease Agreement dated September 29, 2017 (as amended, the "Lease"), whereby Landlord demised to Tenant, and Tenant hired from Landlord certain Premises consisting of a Storeroom, Sidewalk Area, and Service Area located in the Publix at Gunn Battle Shopping Center, City of Byron, Houston County, Georgia, as more specifically set forth in the Lease.

B. Landlord and Tenant now desire to modify and amend the Lease as set forth herein.

IN CONSIDERATION OF the sum of ten dollars ($10.00), the foregoing facts, the mutual covenants, conditions and agreements set forth below, and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, Landlord and Tenant hereby agree as follows:

1. Exhibit A – Site Plan. The Site Plan attached to the Lease as Exhibit A is hereby deleted in its entirety and replaced with the Site Plan attached to this Amendment as Exhibit A and by this reference made a part hereof. All references to the "Site Plan" and Exhibit A in the Lease shall mean the Site Plan attached as Exhibit A to this Amendment.

2. Exhibit B – Shopping Center Tract Legal Description. The Shopping Center Tract Legal Description attached to the Lease as Exhibit B is hereby deleted in its entirety and replaced with the Shopping Center Tract Legal Description attached to this Amendment as Exhibit B and by this reference made a part hereof. All references to the "Shopping Center Tract Legal Description" and Exhibit B in the Lease shall mean the Shopping Center Tract Legal Description attached as Exhibit B to this Amendment.

3. Exhibit B-1 – Outparcel Legal Description. The Outparcel Legal Description attached to the Lease as Exhibit B-1 is hereby amended by deleting therefrom the legal descriptions for Outlots 2 and 3A in their entirety and replaced with the Legal Description for Outlots 2 and 3A attached to this Amendment as Exhibit B-1 and by this reference made a part hereof. All references to the "Outparcel Legal Description" and Exhibit B-1 in the Lease shall mean the Outparcel Legal Description as modified by this Amendment. All references to Outlot 2 and Outlot 3A in the Lease shall mean the outlots described on Exhibit B-1 to this Amendment, respectively.

4. Definitions; Effect on Lease. All capitalized terms in this Amendment, unless otherwise defined or modified herein, shall have the same meaning as set forth in the Lease. Except as modified herein, the Lease remains unchanged. In the event of a conflict between the Lease and this Amendment, this Amendment shall control and govern.

## EXHIBIT B

## SHOPPING CENTER TRACT LEGAL DESCRIPTION

LOT 1

Lot 1 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136), being in Land Lot 69, 5th District, City of Warner Robins, Houston County, Georgia; the bearings of which are based on State Plane Grid (Georgia West Zone) and being more particularly described as follows:

Commencing at the Southern point of the mitered intersection connecting the Westerly Right-of-Way of S.R. 11 (variable r.w.) and the Southerly Right-of-Way of S.R. 247 Connector (variable r.w.); Thence along the said Westerly Right-of-Way, S20°05'43"W a distance of 279.12 feet to a No4 rebar with cap, said rebar also being the Point of Beginning of the Tract herein described;

Thence continuing along said Westerly Right-of-Way the following courses and distances: S08°27'25"W a distance of 247.94 feet to a No4 rebar with cap, S20°05'27"W a distance of 197.72 feet to a No4 rebar with cap, said rebar also being on the Northerly line of lands now or formerly owned by Dan Gunn, III (Db 6691 Pg 146); Thence along said Northerly line the following courses and distances: N52°38'05"W a distance of 85.90 to a No4 rebar with cap, Northerly 140.54 feet along a curve to the right - having a radius of 235.50 feet, a chord bearing of N71°56'24"W, and a chord distance of 138.46 feet - to a No4 rebar with cap, N66°00'02"W a distance of 65.57 feet to a No4 rebar with cap, S45°20'06"W a distance of 99.18 feet to a No4 rebar with cap, S89°48'25"W a distance of 160.41 feet to a No4 rebar with cap, S32°56'32"W a distance of 84.72 feet to a No4 rebar with cap, S00°13'57"E a distance of 48.43 feet to a No4 rebar with cap, S44°48'25"W a distance of 26.55 feet to a No4 rebar with cap, S85°36'38"W a distance of 232.49 feet to a No4 rebar with cap, S54°28'46"W a distance of 201.02 feet to a No4 rebar with cap, S00°05'42"W a distance of 109.93 feet to a No4 rebar with cap, N89°55'37"E a distance of 176.95 feet to a No4 rebar with cap, S45°04'23"E a distance of 63.64 feet to a No4 rebar with cap, S00°04'23"E a distance of 163.06 feet to a No4 rebar with cap, S44°54'57"W a distance of 56.40 feet to a No4 rebar with cap, S89°45'27"W a distance of 252.82 feet to a No4 rebar with cap, said rebar also being on the Easterly line of said Dan Gunn, III lands; Thence along said Easterly line the following courses and distances: N00°05'42"E a distance of 1311.05 feet to a No4 rebar with cap, S87°42'12"E a distance of 20.02 feet to a No4 rebar with cap, N00°05'47"E a distance of 28.22 feet to a No4 rebar with cap, said rebar also being on the Southerly Right-of-Way of S.R. 247 Connector (variable r.w.), Thence along said Southerly Right-of-Way, N89°48'25"E a distance of 102.37 feet to a No4 rebar with cap, said rebar also being on the Westerly line of lands now or formerly owned by Waffle House, Inc. (Db 7660 Pg 260); Thence along said Westerly line the following courses and distances: Southerly 73.07 feet along a curve to the left - having a radius of 69.50 feet, a chord bearing of S29°55'36"W, and a chord distance of 69.75 feet - to a No4 rebar with cap, S00°11'35"E a distance of 125.17 feet to a No4 rebar with cap, S46°47'11"E a distance of 28.38 feet to a No4 rebar with cap, said rebar also being on the Southerly line of said Waffle House, Inc. lands; Thence along said Southerly line, N89°48'25"E a distance of 89.00 feet to a No4 rebar with cap, said rebar also being on the Southerly line of Lot 3A of Lot Survey for Grindstaff Georgia Properties, LLC (Pb 79 Pg 203), said Lot also being a portion of Lot 3 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136); Thence along said Southerly line, N89°48'25"E a distance of 107.06 feet to a No4 rebar with cap, said rebar also being on the Easterly line of said Lot 3B; Thence along said Easterly line, N00°11'35"W a distance of 705.00 feet to a No4 rebar with cap, said rebar also being on said Southerly Right-of-Way; Thence along said Southerly Right-of-Way, N89°48'25"E a distance of 10.00 feet to a No4 rebar with cap, said rebar also being on the Westerly line of Lot 2 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136); Thence along said Westerly line, S00°11'35"E a distance of 205.00 feet to a No4 rebar with cap, said rebar also being on the Southerly line of said Lot 2; Thence along said Southerly line, N89°48'25"E a distance of 207.82 feet to a No4 rebar with cap, said rebar being on the Easterly line of said Lot 2; Thence along said Easterly line the following courses and distances: N44°48'25"E a distance of 27.58 feet to a No4 rebar with cap, N00°11'35"W a distance of 149.95 feet to a No4 rebar with cap, N26°42'19"W a distance of 28.65 feet to a No4 rebar with cap, said rebar also being on said Southerly Right-of-Way; Thence along said Southerly Right-of-Way, N82°46'03"E a distance of 80.91 feet to a No4 rebar with cap, said rebar also being on the Westerly line of lands now or formerly owned by Professional Resource Development, Inc. (Db 6691 Pg 150); Thence along said Westerly line the following courses and distances:

B

*Publix at Gunn Battle Shopping Center, City of Byron, Houston County, Georgia (Store #1291)*

S36°15'12"W a distance of 44.63 feet to a No4 rebar with cap, S00°11'35"E a distance of 1&#8239;
No4 rebar with cap, S45°11'35"E a distance of 13.44 feet to a No4 rebar with cap, said reba
the Southerly line of said Professional Resource Development, Inc. lands; Thence along said
N89°48'25"E a distance of 196.03 feet to a No4 rebar with cap, said rebar also being on the
Professional Resource Development, Inc. lands; Thence along said Easterly line, N00°11'35'
186.00 feet to a No4 rebar with cap, said rebar also being on said Southerly Right-of-Way;
said Southerly Right-of-Way the following courses and distances: N89°48'25"E a distance of
No4 rebar with cap, N00°11'35"W a distance of 20.00 feet to a No4 rebar with cap, N89°48
of 104.93 feet to a No4 rebar with cap, said rebar also being on the Westerly line of lands r
owned by Dhanraj, Inc. (Db 6235 Pg 246); Thence along said Westerly line the following co
distances: S58°06'25"E a distance of 37.65 feet to a No4 rebar with cap, Southerly 338.67 f
curve to the left - having a radius of 375.00 feet, a chord bearing of S27°24'51"E, and a cho
327.28 feet - to the Point of Beginning.

B
*Publix at Gunn Battle Shopping Center, City of Byron, Houston County, Georgia (Store #1291)*

## EXHIBIT B-1

## LEGAL DESCRIPTION FOR OUTLOTS 2 AND 3A

### OUTLOT 2

Lot 2 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136), being in Land Lot 69, 5th District, City of Warner Robins, Houston County, Georgia; the bearings of which are based on State Plane Grid (Georgia West Zone) and being more particularly described as follows:

Commencing at the Southern point of the mitered intersection connecting the Westerly Right-of-Way of S.R. 11 (variable r.w.) and the Southerly Right-of-Way of S.R. 247 Connector (variable r.w.); Thence along the said miter, N35°03'14"W a distance of 60.00 feet to said Southerly Right-of-Way; Thence along said Southerly Right-of-Way the following courses and distances: S89°48'25"W a distance of 244.11 feet, S89°48'25"W a distance of 104.93 feet, S00°11'35"E a distance of 20.00 feet, S89°48'25"W a distance of 47.98 feet, S89° 48'25"W a distance of 12.01 feet, N00°11'35'W a distance of 20.00 feet, S89°48'25"W a distance of 67.00 feet, N78°53'04"W a distance of 101.99 feet, S82°46'03'W a distance of 80.91 feet to a No.4 rebar with cap, said rebar also being the Point of Beginning:

Thence departing said Southerly Right-of-Way and along the Westerly line of Lot 1 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136), the following courses and distances: S26°42'19"E a distance of 28.65 feet to a No.4 rebar with cap, S00°11'35"E a distance of 149.95 feet to a No.4 rebar with cap, S44°48'25'W a distance of 27.58 feet to a No.4 rebar with cap, said rebar also being on the Northerly line of said Lot 1; Thence along said Northerly line of Lot 1, S89°48'25"W a distance of 207.82 feet to a No.4 rebar with cap, said rebar also being on the Easterly line of said Lot 1; Thence along said Easterly line of said Lot 1, N00°11'35"W a distance of 205.00 feet to a No.4 rebar with cap, said rebar also being on said Southerly Right-of-Way; Thence along said Southerly Right-of-Way the following courses and distances: N89°48'25"E a distance of 123.72 feet to a No.4 rebar with cap, S79°16' 46"E a distance of 68.04 feet to a No.4 rebar with cap, N82°46'03"E a distance of 24.19 feet to the Point of Beginning.

Containing 1.04 acres or 45,302 square feet.

### OUTLOT 3A

Lot 3A of Lot Survey for Grindstaff Georgia Properties, LLC (Pb 79 Pg 203), said Lot also being a portion of Lot 3 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136), being in Land Lot 69, 5th District, City of Warner Robins, Houston County, Georgia; the bearings of which are based on State Plane Grid (Georgia West Zone) and being more particularly described as follows:

Commencing at the Southern point of the mitered intersection connecting the Westerly Right-of-Way of S.R. 11 (variable r.w.) and the Southerly Right-of-Way of S.R. 247 Connector (variable r.w.); Thence along the said miter, N35°03'14"W a distance of 60.00 feet to said Southerly Right-of-Way; Thence along said Southerly Right-of-Way the following courses and distances: S89°48'25"W a distance of 244.11 feet, S89°48'25"W a distance of 104.93 feet, S00°11'35"E a distance of 20.00 feet, S89°48'25"W a distance of 47.98 feet, S89°48'25"W a distance of 12.01 feet, N00°11'35"W a distance of 20.00 feet, S89°48'25"W a distance of 67.00 feet, N78°53'04"W a distance of 101.99 feet, S82°46'03"W a distance of 80.91 feet, S82°46'03"W a distance of 24.19 feet, N79°16'46"W a distance of 68.04 feet, S89°48'25"W a distance of 123.72 feet, S89°48'25"W a distance of 10.00 feet to a Nº4 rebar with cap, said rebar also being the **Point of Beginning.**

Thence departing said Southerly Right-of-Way and along the Westerly line of Lot 1 of Final Plat for Gunn Battle Retail, LLC; Publix at Gunn Battle (Pb 74 Pg 136), S00°11'35"E a distance of 205.00 feet to a Nº4 rebar with cap, said rebar also being on the Northerly property line of said Lot 1; Thence along said Northerly line of Lot 1, S89°48'25"W a distance of 107.06 feet to a Nº4 rebar with cap, said rebar also being on

B-1

*Publix at Gunn Battle Shopping Center, City of Byron, Houston County, Georgia (Store #1291)*

the Easterly line of lands now or formerly owned by Waffle House, Inc. (Db 7660 Pg 260); Thence along Easterly line N00°05'07"W a distance of 205.00 to a N°4 rebar with cap, said rebar also being said Southerly Right-of-Way; Thence along said Right-of-Way, N89°48'25"E a distance of 106.68 feet to the **Point of Beginning**.

Containing 0.5 acre or 21,780 square feet.