# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *Tier 2/3 Defendant Cases* | ) ) **ORDER** |

On March 13, 2025, the Court met with the PEC, a group of manufacturer defendants ("Group of Six"), and representatives of several state Attorneys General. In light of that meeting and subsequent reports received from the parties and the mediator, the Court now **ORDERS** as follows.

1. For each of the Group of Six manufacturing defendants that has reached *full* agreement on all provisions in the applicable MSA and associated exhibit regarding injunctive relief, a representative of that defendant, the PEC, and the Attorneys General shall jointly confirm this fact to the Court as soon as possible and at the latest by noon on April 4, 2025. Confirmation should be sent to Special Master Cohen.

2. If any Group of Six defendant cannot so confirm, that defendant, the PEC, and representatives of the Attorneys General shall appear in-person before the Court on April 7, 2025 at 1:00 PM.

3. Defendant Mylan, the PEC, and representatives of the Attorneys General are further ordered to confirm by noon on March 28, 2025, that they have reached *substantial* agreement regarding all provisions in the applicable MSA and associated exhibit regarding injunctive relief. Confirmation should be sent to Special Master Cohen. If they cannot so confirm, Mylan and the PEC shall initiate the bellwether trial process by each submitting

to the Court by noon on April 7, 2025 two potential bellwether cases.  Each side shall strike one of the other side's picks by April 16, 2025, and the Court will thereafter enter Case Management Orders.

**IT IS SO ORDERED.**

       **/s/ Dan Aaron Polster  March 14, 2025**
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**