# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This Document Relates to:* | Case No. 1:17-md-2804 |
| *All Cases Noted on Attached Exhibit* | JUDGE DAN AARON POLSTER |

## STIPULATION AND ORDER DISMISSING WITH PREJUDICE RELEASED CLAIMS AGAINST THE KROGER DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Kentucky Subdivisions identified in Appendix A - Amended (collectively, "Dismissing Plaintiffs"), and The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II (collectively, "Kroger") that, pursuant to the election of each Dismissing Plaintiff to participate in the Kroger Kentucky Statewide Opioid Settlement Agreement, which is dated October 31, 2024, which is binding on the Dismissing Plaintiffs and the Kroger Defendants, and which has an Effective Date of December 30, 2024 all claims of each Dismissing Plaintiff against any Kroger Defendant are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Date: April 1, 2025

Respectfully submitted,

**STEPTOE & JOHNSON PLLC**

*/s/ Ronda L. Harvey*
Ronda L. Harvey, Esq.
Chase Tower, 17th Floor
707 Virginia Street, East
Charleston, West Virginia 25301
304-353-8000 Main
304-353-8160 Direct
304-933-8704 Facsimile

1

Ashley Hardesty Odell, Esq.
STEPTOE & JOHNSON PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, West Virginia 26501
304-598-8000 Main
304-598-8150 Direct
304-598-8116 Facsimile
Ashley.Odell@Steptoe-Johnson.com

**WEIL, GOTSHAL & MANGES LLP**
Chantale Fiebig
WEIL GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, D.C. 20036
Tel: (202) 682-7200
Email: chantale.fiebig@weil.com

*Counsel for The Kroger Co., Kroger Limited Partnership I, and Kroger Limited Partnership II*

SO ORDERED this 2nd Day of April, 2025.

 *s/Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge

2