UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br><br>*United Food & Commercial Workers Health & Welfare Fund of Northeastern Pennsylvania*, Case No. 17-op-45177 (Track 16)<br><br>*Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002 (Track 17)<br><br>*Louisiana Assessors Ins. Fund*, Case No. 18-op-46223 (Track 18)<br><br>*Pioneer Telephone Cooperative, Inc. Employee Benefits Plan*, Case No. 18-op-46186 (Track 19) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |

ORDER

IT IS HEREBY ORDERED that the entities to whom subpoenas were issued by the Third Party Payor Bellwether Plaintiffs regarding medical and/or pharmacy claims data production shall fully produce or facilitate production to Rawlings ("Plaintiffs' Data Vendor") of all data corresponding with the fields set forth in the attached Exhibit 2,[1] to the extent the subpoenaed parties possess such data.  (*See* ECF 5876) (listing entities). The medical and/or pharmacy data shall be produced to Plaintiffs' Data Vendor pursuant to paragraph 1 of this Court's May 29, 2024 Order Governing Production of Medical and Pharmacy Claims Data in Third Party Payor Plaintiff Bellwethers – Tracks 16-19 (ECF 5468). Plaintiffs' Data Vendor shall thereafter prepare the data for production utilizing the instructions for each field in the attached Exhibit 3 and produce the data to all TPP Bellwether Plaintiffs and Defendants in the manner set forth in ECF 5468.

DATED:  April 4, 2025

                                                  *s/Dan Aaron Polster*
                                                  DAN AARON POLSTER
                                                  UNITED STATES DISTRICT JUDGE

---

[1] There is no Exhibit 1 to this Order because the parties and third parties have routinely referred to Exhibit 2 as Exhibit 2.