**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania<br><br>Sheet Metal Workers Local No. 25 Health & Welfare Fund<br><br>Louisiana Assessors Insurance Fund<br><br>Pioneer Telephone Cooperative Inc. Employee Benefits Plan | **MDL No. 2804**<br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**Case No. 1:17-OP-45177**<br>**Case No. 1:18-OP-45002**<br>**Case No. 1:18-OP-46223**<br>**Case No. 1:18-OP-46186** |

**STIPULATED ORDER REGARDING ANSWERING THE
OCTOBER 28, 2024, SUPPLEMENTAL AND AMENDED COMPLAINTS**

WHEREAS, TPP Bellwether Plaintiffs identified certain claims "to be litigated as part of the current bellwether proceeding" and "severed and stayed" all remaining claims, Dkt. 5675 ("Notice") at 2,

WHEREAS, the parties agreed, and the Court ordered in the Case Management Order entered on October 2, 2024, that the "only claims that defendants will be required to move to dismiss or answer at this time are the claims identified in the" Notice as claims to be litigated as part of the current bellwether proceedings, Dkt. 5666 at 2,

WHEREAS, the Parties agree on a streamlined process for answering each of the TPP Bellwether Plaintiffs' Supplemental and Amended Allegations to be Added To Plaintiff's Complaint, which were filed on October 28, 2024 ("Amended Complaints"),[1]

---

[1] Redacted versions of the Amended Complaints are found at Docket Numbers 5714–17.

To facilitate moving this case forward efficiently, the Parties submit this Stipulated Order and stipulate and agree that:

1.      Defendants will be required to only answer the allegations set forth in the Amended Complaints for the claims identified in the Notice as claims to be litigated as part of the current bellwether proceedings ("Bellwether Claims").

2.      Defendants will have no obligation to answer any prior complaints or pleadings incorporated by reference into the Amended Complaints ("Prior Pleadings").  By not answering the Prior Pleadings, Defendants do not admit any claims or allegations in the Prior Pleadings and reserve all defenses to those claims and allegations.

3.      Defendants will have no obligation to answer or state affirmative defenses to claims for relief in the Amended Complaints that were severed and stayed pursuant to the Notice ("Non-Bellwether Claims").  Specifically, Defendants will have no obligation to answer or state affirmative defenses to:

- UFCW NEPA (CT16): Claims 3 and 4 (paragraphs 1201-1243; 1244-1273)

- Local 25 (CT17): Claims 3 and 4 (paragraphs 1182-1211; 1212-1222)

- LAIF (CT18): Claims 5 and 6 (paragraphs 1263-1271; 1272-1302)

- Pioneer (CT19): Claims 3, 4, and 6 (paragraphs 1193-1222; 1223-1233; 1249-1259)

4.      By not answering or stating affirmative defenses to the Non-Bellwether Claims, Defendants do not admit any corresponding claims or allegations and reserve all defenses to those claims and allegations.

5.      In responding to the allegations in the Amended Complaints, Defendants' failure to answer the Prior Pleadings or Non-Bellwether Claims will not be construed as an admission of

any of those allegations or claims and will not be a basis for a default judgment with respect to any of those claims or allegations.

6.      Defendants, by entering into this Stipulation, do not waive any defenses to Plaintiffs' claims, including jurisdictional defenses or any objections to the severance of claims for purposes of the bellwether trial.

**SO ORDERED:**


Dated: _____          _____
                                                  The Honorable Dan A. Polster

Dated: April 14, 2025

/s/ Rebecca Fitzpatrick, P.C.
Rebecca Fitzpatrick, P.C.
Maria Pellegrino Rivera
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2690
(312) 862-2200 (Fax)
rebecca.fitzpatrick@kirkland.com
mrivera@kirkland.com

Joseph N. Parsons
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
(412) 394-9590
jparsons@jonesday.com

Janine Cone Metcalf
Michael Fraser Stoer
JONES DAY
1221 Peachtree Street, N.E. Suite 400
Atlanta, GA 30361
(404) 521-3939
jmetcalf@jonesday.com
mstoer@jonesday.com

*Counsel for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., Allergan Sales, LLC*

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.*

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Matthew R. Ford
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
matthew.ford@bartlitbeck.com

Eric F. Dement
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
(303) 592-3100
eric.dement@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

/s/ Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
(202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

4

/s/ *Evan K. Jacobs*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
(215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc.,*
*Cephalon, Inc., Watson Laboratories, Inc.,*
*Warner Chilcott Company, LLC, Actavis*
*Pharma, Inc., Actavis South Atlantic LLC,*
*Actavis Elizabeth LLC, Actavis Mid Atlantic*
*LLC, Actavis Totowa LLC, Actavis LLC,*
*Actavis Kadian LLC, Actavis Laboratories UT, Inc.,*
*and Actavis Laboratories FL, Inc.*

/s/ *Peter Weinberger*
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/ *Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue
San Juan, PR 00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

**Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund:**

/s/ *Eric L. Young*
Eric L. Young
Brandon J. Lauria
YOUNG LAW GROUP, P.C.
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
215-367-5151
215-367-5143 (Fax)
Eyoung@young-lawgroup.com
Blauria@young-lawgroup.com

*Counsel for Plaintiff*

/s/ *James R. Dugan, II*
James R. Dugan, II
David S. Scalia
Monica M. Vela-Vick
THE DUGAN LAW FIRM, APLC
365 Canal Street
One Canal Place, Suite 1000
New Orleans, LA 70130
504-648-0180
504-648-0181 (Fax)
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
monica@dugan-lawfirm.com

*MDL Chair TPP Committee of the Executive*
*Committee and Counsel for Plaintiff*

/s/ *W. Mark Lanier*
W. Mark Lanier
Alex Abston
THE LANIER LAW FIRM, PC
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
713-659-5200
713-659-2204 (Fax)
mark.lanier@lanierlawfirm.com
alex.abston@lanierlawfirm.com

Evan Janush
THE LANIER LAW FIRM, PLLC
535 Madison Ave., 12th Floor
New York, NY 10022
212-421-2800
212-253-4094 (Fax)
evan.janush@lanierlawfirm.com

Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

Richard J. Hollawell
RICHARD J. HOLLAWELL & ASSOCIATES
121 Saratoga Lane
Woolwich Township, NJ 08085
Phone: 800-681-3550
rjh@richardhollawell.com

**Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan:**

/s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
(415) 956-1008 (Fax)
ecabraser@lchb.com
efastiff@lchb.com

Paulina do Amaral
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
(212) 355-9500
(212) 355-9592 (Fax)
pdoamaral@lchb.com

Dan Drachler
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
1215 Fourth Avenue, Suite 1350
Seattle, WA 98161
(206) 895-5005 ext. 2373
(206) 895-3131 (Fax)
ddrachler@lchb.com

**Counsel for Louisiana Assessors' Insurance Fund a/k/a The Insurance Committee of The Assessors' Insurance Fund:**

/s/ *Anthony D. Irpino*

Anthony D. Irpino
Pearl A. Robertson
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
(504) 525-1501 (Fax)
airpino@irpinolaw.com
probertson@irpinolaw.com

Randall A. Smith
Stephen M. Gelé
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
(504) 525-2200
(504) 525-2205 (Fax)
rasmith@smithfawer.com
sgele@smithfawer.com

Michael G. Stag
Ashley M. Liuzza
D. Rogenes
STAG LIUZZA, L.L.C.
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600
(504) 593-9601 (Fax)
mstag@stagliuzza.com
aliuzza@stagliuzza.com
mrogenes@stagliuzza.com

Roderick Alvendia
J. Bart Kelly
Jeanne Demarest
ALVENDIA, KELLY & DEMAREST, LLC
909 Poydras Street, Suite 1625
New Orleans, LA 70112
(504) 200-0000
(504) 200-0001 (Fax)
rico@akdlalaw.com
bart@akdlalaw.com
jeanne@akdlalaw.com

John F. Young
JOHN YOUNG LAW FIRM, LLC
3408 6th Street
Metairie, LA. 70002
(504) 352-8855
john@johnyoungla.com

9

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record on April 14, 2025.

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr