**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | |
| *Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.* | Case No. 18-op-46046<br><br>**JUDGE DAN AARON POLSTER** |

**ORDER MODIFYING THE CASE MANAGEMENT ORDER FOR HOSPITAL BELLWETHER CASE**

AND NOW, this 13th day of May, 2025, upon consideration of the Parties' Joint Motion to Modify the Case Management Order for Hospital Bellwether Case, and as a result of Plaintiff's revised Second Amended Complaint filed on April 30, 2025 in *Saint Elizabeth Med. Ctr., Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.*, No. 18-op-46046, (N.D. Ohio Apr. 30, 2025) (ECF No. 45), it is hereby ORDERED that the Parties' Joint Motion is GRANTED and the Court's Case Management Order for Hospital Bellwether Case, ECF No. 6012, is hereby MODIFIED as follows:

| Paragraph | Original Date | Revised Date |
|---|---|---|
| A.1<br>[Filing of Second Amended Complaint] | March 10, 2025 | April 30, 2025 |
| A.2<br>[Answers] | June 20, 2025 | August 11, 2025 |
| E.1<br>[Motions to Dismiss] | May 12, 2025 | July 2, 2025 |
| E.1<br>[Responses to Motions to Dismiss] | July 7, 2025 | August 27, 2025 |
| E.1<br>[Replies to Motions to Dismiss] | August 4, 2025 | September 24, 2025 |

All other deadlines and provisions included in the Case Management Order for Hospital Bellwether Case (ECF No. 6012) remain unaffected.

**BY THE COURT:**

Dated: May 13, 2025

*s/ Dan Aaron Polster*
DAN AARON POLSTER
United States District Judge