# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804f |
| | Case No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: | |
| OptumRx and Express Scripts cases listed in ECF Nos. 5546-1, 5547-1, 5548-1, 5565-1 | Judge Dan Aaron Polster |

## THIRD DECLARATION OF ANDREW HATCHETT

I, Andrew Hatchett, declare as follows:

1.      I am an attorney at Alston & Bird LLP and represent OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.; and UnitedHealth Group Incorporated in this case.

2.      I am over eighteen years old, of sound mind, and under no legal disability. I have personal knowledge of the facts set forth in this declaration, and if called to testify in person about those facts, could competently do so under oath.

### A.  Overview of Open-Records Inquiry:

3.      In January 2025, I and other attorneys at Alston & Bird working under my direction began sending public-records requests to certain Moving Plaintiffs that were purporting to seek leave to amend their complaints to add claims against the PBMs.[*] Those requests sought, among

---

[*] In this declaration, I use the term "PBMs" to refer collectively to the following entities even though most are not pharmacy benefit managers: OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; Optum Health Networks, Inc.; UnitedHealth Group Incorporated; Express Scripts, Inc.; Express Scripts Administrators,

other things, (1) documents reflecting the Moving Plaintiff's authorization to outside counsel to assert claims against the PBMs; (2) documents authorizing any opioid-related civil litigation (not limited to claims against the PBMs); and (3) documents reflecting the Moving Plaintiff's engagement letter or retention agreement with outside counsel.

4.      In addition, lawyers with Quinn Emanuel Urquhart & Sullivan, LLP—counsel for Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc.—also sent public-records requests to certain Moving Plaintiffs seeking the same documents. We also engaged other law firms to assist with serving and following up on public-records requests in certain states, including but not limited to jurisdictions that required state residency for the requestor. The other law firms involved in these efforts include Akerman LLP, Bell Giftos St. John LLC, Bradley Arant Boult Cummings LLP, Cooley LLP, Foley & Lardner LLP, Stites & Harbison, PLLC, and Womble Bond Dickinson LLP.

5.      Attached as Exhibit 450 is a true and correct copy of the public-records request sent to the Town of North Kingstown, Rhode Island. Each public-records request sent to the Moving Plaintiffs was substantively the same as Exhibit 450.

6.      In total, the PBMs' counsel have submitted public-records requests to more than 1,000 Moving Plaintiffs.

7.      Most Moving Plaintiffs responded to these public-records requests by producing documents. But some refused to produce documents or asserted privilege over certain documents

---

LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Evernorth Health, Inc.; and Express Scripts Specialty Distribution Services, Inc.

responsive to the requests. Efforts to secure compliance with many public-records requests are still ongoing.

8. Below, I set out certain relevant facts regarding public-records responses from the Moving Plaintiffs discussed in Part II of the PBMs' Amended Joint Opposition to Plaintiffs' Omnibus Motions for Leave to Amend. The facts set forth below are based on my review of the materials or a review conducted by attorneys working under my direction. For ease of reference, the below captions match the numbering in Part II of the PBMs' Amended Joint Opposition. In addition, the below paragraph and exhibit numbers correspond to the unique number assigned to each Moving Plaintiff in Part II.

*B. Factual Details Relevant to Part II:*

*1–4. Intentionally Left Blank.*

*5. Anderson County Fiscal Court v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:17-op-45006-DAP: Plaintiff Anderson County, Kentucky**

Attached as Exhibit 5 is a true and correct copy of a letter from a representative of Anderson County, Kentucky.

*6–45. Intentionally Left Blank.*

*46. People of State of Illinois et al. v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:17-op-45050-DAP: Plaintiff Alexander County, Illinois**

 Attached as Exhibit 46 is a true and correct copy of the PBMs' public-records request to Alexander County, Illinois.

*47–49. Intentionally Left Blank.*

3

50. ***Fiscal Court of Christian County v. AmerisourceBergen Drug Corporation et al.*,** **Case No. 1:17-op-45070-DAP: Plaintiff Christian County, Kentucky**

Attached as Exhibit 50 is a true and correct copy of a letter from a representative of Christian County, Kentucky.

***51–54. Intentionally Left Blank.***

55. ***Boyd County Fiscal Court v. Amerisourcebergen Drug Corporation et al.*,** **Case No. 1:17-op-45084-DAP: Plaintiff Boyd County, Kentucky**

Attached as Exhibit 55 is a true and correct copy of a letter from a representative of Boyd County, Kentucky.

***56–61. Intentionally Left Blank.***

62. ***Adams County v. Purdue Pharma LP et al.*,** **Case No. 1:17-op-45093-DAP: Plaintiff Adams County, Wisconsin**

Attached as Exhibit 62 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Adams County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Adams County, Wisconsin, provided in response to the PBMs' public-records request.

***63. Intentionally Left Blank.***

64. ***Marathon County v. Purdue Pharma LP et al.*,** **Case No. 1:17-op-45095-DAP: Plaintiff Marathon County, Wisconsin**

Attached as Exhibit 64 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Marathon County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Marathon County, Wisconsin, provided in response to the PBMs' public-records request.

**65.**     *Intentionally Left Blank.*

**66.**     *Sauk County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45098-DAP: **Plaintiff Sauk County, Wisconsin**

Attached as Exhibit 66 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Sauk County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Sauk County, Wisconsin, provided in response to the PBMs' public-records request.

**67.**     *Iowa County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45099-DAP: **Plaintiff Iowa County, Wisconsin**

Attached as Exhibit 67 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Iowa County, Wisconsin, and von Briesen & Roper, s.c., and (ii) a 2017 Resolution, which Iowa County, Wisconsin, provided in response to the PBMs' public-records request.

**68–72. Intentionally Left Blank.**

**73.**     *Door County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45104-DAP: **Plaintiff Door County, Wisconsin**

Attached as Exhibit 73 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Door County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Door County, Wisconsin, provided in response to the PBMs' public-records request.

**74.**     *Intentionally Left Blank.*

75. *Fond du Lac County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45106-DAP: Plaintiff Fond Du Lac County, Wisconsin**

Attached as Exhibit 75 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Fond du Lac County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Fond du Lac County, Wisconsin, provided in response to the PBMs' public-records request.

76. *Douglas County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45107-DAP: Plaintiff Douglas County, Wisconsin**

Attached as Exhibit 76 is a true and correct copy of an engagement letter between Douglas County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, which Douglas County, Wisconsin, provided in response to the PBMs' public-records request.

77. *Rock County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45108-DAP: Plaintiff Rock County, Wisconsin**

Attached as Exhibit 77 is a compilation exhibit containing true and correct copies of: (i) an engagement letter from von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Rock County, Wisconsin, provided in response to the PBMs' public-records request.

78–79. *Intentionally Left Blank.*

80. *Eau Claire County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45112-DAP: Plaintiff Eau Claire County, Wisconsin**

Attached as Exhibit 80 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Eau Claire County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Eau Claire County, Wisconsin, provided in response to the PBMs' public-records request.

81.     ***Washington County v. Purdue Pharma Inc et al.***, **Case No. 1:17-op-45114-DAP: Plaintiff Washington County, Wisconsin .**

Attached as Exhibit 81 is a true and correct copy of a 2017 resolution, which Washington County, Wisconsin, provided in response to the PBMs' public-records request.

82.     ***Rusk County v. Purdue Pharma Inc et al.***, **Case No. 1:17-op-45116-DAP: Plaintiff Rusk County, Wisconsin**

Attached as Exhibit 82 is a true and correct copy of an email from a representative of Rusk County, Wisconsin, in response to the PBMs' public-records request.

83.     ***Columbia County v. Purdue Pharma LP et al.***, **Case No. 1:17-op-45118-DAP: Plaintiff Columbia County, Wisconsin**

Attached as Exhibit 83 is a true and correct copy of the PBMs' public-records request to Columbia County, Wisconsin.

84.     ***Shawano County v. Purdue Pharma LP et al.***, **Case No. 1:17-op-45119-DAP: Plaintiff Shawano County, Wisconsin**

Attached as Exhibit 84 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Shawano County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Shawano County, Wisconsin, provided in response to the PBMs' public-records request.

85. *Jackson County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45121-DAP: Plaintiff Jackson County, Wisconsin**

Attached as Exhibit 85 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Jackson County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Jackson County, Wisconsin, provided in response to the PBMs' public-records request.

86. *Jefferson County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45122-DAP: Plaintiff Jefferson County, Wisconsin.**

Attached as Exhibit 86 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Jefferson County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Jefferson County, Wisconsin, provided in response to the PBMs' public-records request.

87. *Washburn County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45123-DAP: Plaintiff Washburn County, Wisconsin**

Attached as Exhibit 87 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Washburn County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Washburn County, Wisconsin, provided in response to the PBMs' public-records request.

88. *Langlade County v. Purdue Frederick Co et al.*, **Case No. 1:17-op-45124-DAP: Plaintiff Langlade County, Wisconsin**

Attached as Exhibit 88 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Langlade County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Langlade County, Wisconsin, provided in response to the PBMs' public-records request.

89.   *Florence County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45125-DAP: Plaintiff Florence County, Wisconsin**

Attached as Exhibit 89 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Florence County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Florence County, Wisconsin, provided in response to the PBMs' public-records request.

90.   *Price County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45126-DAP: Plaintiff Price County, Wisconsin**

Attached as Exhibit 90 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Price County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Price County, Wisconsin, provided in response to the PBMs' public-records request.

91.   *Wood County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45127-DAP: Plaintiff Wood County, Wisconsin**

The PBMs' counsel served a public-records request on Wood County, Wisconsin. Wood County, Wisconsin, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

92. *Sheboygan County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45128-DAP: Plaintiff Sheboygan County, Wisconsin.**

Attached as Exhibit 92 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Sheboygan County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Sheboygan County, Wisconsin, provided in response to the PBMs' public-records request.

93. *Oneida County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45129-DAP: Plaintiff Oneida County, Wisconsin**

The PBMs' counsel served a public-records request on Oneida County, Wisconsin. Oneida County, Wisconsin, provided no documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

94. *Ashland County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45130-DAP: Plaintiff Ashland County, Wisconsin**

Attached as Exhibit 94 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Ashland County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Ashland County, Wisconsin, provided in response to the PBMs' public-records request.

95. *Chippewa County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45132-DAP: Plaintiff Chippewa County, Wisconsin**

Attached as Exhibit 95 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Chippewa County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Chippewa County, Wisconsin, provided in response to the PBMs' public-records request.

96.     ***Dunn County v. Purdue Pharma LP et al.***, **Case No. 1:17-op-45133-DAP: Plaintiff Dunn County, Wisconsin**

Attached as Exhibit 96 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Dunn County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Dunn County, Wisconsin, provided in response to the PBMs' public-records request.

97.     ***Forest County v. Purdue Pharma LP et al.***, **Case No. 1:17-op-45134-DAP: Plaintiff Forest County, Wisconsin**

Attached as Exhibit 97 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Forest County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Forest County, Wisconsin, provided in response to the PBMs' public-records request.

98.     ***Manitowoc County v. Purdue Pharma LP et al.***, **Case No. 1:17-op-45135-DAP: Plaintiff Manitowoc County, Wisconsin**

Attached as Exhibit 98 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Manitowoc County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Manitowoc County, Wisconsin, provided in response to the PBMs' public-records request.

99. *Marquette County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45136-DAP: Plaintiff Marquette County, Wisconsin

The PBMs' counsel served a public-records request on the Marquette County, Wisconsin. The Marquette County, Wisconsin, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

100. *Sawyer County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45137-DAP: Plaintiff Sawyer County, Wisconsin

Attached as Exhibit 100 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Sawyer County, Wisconsin, and (ii) a 2017 Resolution which Sawyer County, Wisconsin, provided in response to the PBMs' public-records request.

101. *Trempealeau County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45138-DAP: Plaintiff Trempealeau County, Wisconsin

Attached as Exhibit 101 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Trempealeau County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Trempealeau County, Wisconsin, provided in response to the PBMs' public-records request.

102. *Waushara County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45139-DAP: Plaintiff Waushara County, Wisconsin

Attached as Exhibit 102 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Waushara County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Waushara County, Wisconsin, provided in response to the PBMs' public-records request.

12

103.     *Intentionally Left Blank.*

104.     *Calumet County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45142-DAP: **Plaintiff Calumet County, Wisconsin**

Attached as Exhibit 104 is a true and correct copy of an engagement letter between Calumet County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, which Calumet County, Wisconsin, provided in response to the PBMs' public-records request.

105.     *Dodge County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45143-DAP: **Plaintiff Dodge County, Wisconsin**

Attached as Exhibit 105 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Dodge County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Dodge County, Wisconsin, provided in response to the PBMs' public-records request.

106.     *Kenosha County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45144-DAP: **Plaintiff Kenosha County, Wisconsin**

Attached as Exhibit 106 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Kenosha County, Wisconsin, and Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, and (ii) an email correspondence, which Kenosha County, Wisconsin, provided in response to the PBMs' public-records request.

107.     *Marinette County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45145-DAP: **Plaintiff Marinette County, Wisconsin**

Attached as Exhibit 107 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Marinette County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 resolution, which Marinette County, Wisconsin, provided in response to the PBMs' public-records request.

108. ***St. Croix County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45147-DAP: Plaintiff St. Croix County, Wisconsin**

Attached as Exhibit 108 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between St. Croix County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which St. Croix County, Wisconsin, provided in response to the PBMs' public-records request.

109. ***Vernon County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45148-DAP: Plaintiff Vernon County, Wisconsin**

Attached as Exhibit 109 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Vernon County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Vernon County, Wisconsin, provided in response to the PBMs' public-records request.

110. ***Clark County v. Purdue Pharma LP et al.*, Case No. 1:17-op-45150-DAP: Plaintiff Clark County, Wisconsin**

Attached as Exhibit 110 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Clark County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Clark County, Wisconsin, provided in response to the PBMs' public-records request.

***111–116. Intentionally Left Blank.***

117.    *People of the State of Illinois et al. v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:17-op-45157-DAP: Plaintiff Hamilton County, Illinois**

Attached as Exhibit 117 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Hamilton County, Illinois, and Goldenberg, Heller & Antognoli, PC., and (ii) an email chain containing responses from a representative of Hamilton County, Illinois, in response to the PBMs' public-records request.

*118–122. Intentionally Left Blank.*

123.    *Pierce County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45165-DAP: Plaintiff Pierce County, Wisconsin**

Attached as Exhibit 123 is a true and correct copy of an engagement letter between Pierce County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, which Pierce County, Wisconsin, provided in response to the PBMs' public-records request.

124.    *Waupaca County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45166-DAP: Plaintiff Waupaca County, Wisconsin**

Attached as Exhibit 124 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Waupaca County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Waupaca County, Wisconsin, provided in response to the PBMs' public-records request.

125.    *Lincoln County v. Purdue Pharma LP et al.*, **Case No. 1:17-op-45167-DAP: Plaintiff Lincoln County, Wisconsin**

Attached as Exhibit 125 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Lincoln County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Lincoln County, Wisconsin, provided in response to the PBMs' public-records request.

**126–136. Intentionally Left Blank.**

137.    *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45007-DAP: Plaintiff Shelby County, Illinois**

The PBMs' counsel served a public-records request on Shelby County, Illinois. Shelby County, Illinois, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

**138–143. Intentionally Left Blank.**

144.    *Rockingham County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45015-DAP: Plaintiff Rockingham County, North Carolina**

Attached as Exhibit 144 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Rockingham County, North Carolina, and McHugh Fuller Law Group, PLLC, and (ii) a 2017 Resolution, which Rockingham County, North Carolina, provided in response to the PBMs' public-records request.

**145–148. Intentionally Left Blank.**

149.    *People of the State of Illinois et al. v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45024-DAP: Plaintiff White County, Illinois**

Attached as Exhibit 149 is a compilation exhibit containing true and correct copies of: (1) a retention agreement between White County, Illinois, and Goldenberg, Heller & Antognoli, PC., and (ii) an email chain containing responses from a representative of White County, Illinois, which White County, Illinois, provided in response to the PBMs' public-records request.

*150–152. Intentionally Left Blank.*

**153.**     ***Buchanan County, Missouri v. AmerisourceBergen Drug Corporation et al.*,** **Case No. 1:18-op-45028-DAP: Plaintiff Buchanan County, Missouri**

Attached as Exhibit 153 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of Buchanan County, Missouri, (ii) a 2017 resolution, and (iii) a 2017 engagement letter agreement between Buchanan County, Missouri, and Wagstaff & Cartmell, LLP, which Buchanan County, Missouri, provided in response to the PBMs' public-records request.

*154–179. Intentionally Left Blank.*

**180.**     ***Genesee, County of v. Purdue Pharma L.P. et al.*,** **Case No. 1:18-op-45083-DAP: Plaintiff Genesee County, Michigan**

Attached as Exhibit 180 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Genese County, Michigan, and Weitz & Luxenberg, P.C., The Sam Bernstein Law Firm PLLC, and the Behm and Behm Law Firm, and (ii) a 2017 Resolution, which Genesee County, Michigan, provided in response to the PBMs' public-records request.

**181.**     ***City of Detroit, Michigan, A Municipal Corporation v. Purdue Pharma L.P. et al.*,** **Case No. 1:18-op-45084-DAP: Plaintiff Detroit City, Michigan**

Attached as Exhibit 181 is a retention agreement between the City of Detroit, Michigan, and Weitz & Luxenberg, P.C., which the City of Detroit, Michigan, provided in response to the PBMs' public-records request.

182.     ***Macomb, County of v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-45085-DAP: Plaintiff Macomb County, Michigan**

Attached as Exhibit 182 is a retention agreement between Macomb County, Michigan, and Weitz & Luxenberg, P.C. and The Sam Berstein Law Firm PLLC, which Macomb County, Michigan, provided in response to the PBMs' public-records request.

***183–186. Intentionally Left Blank.***

187.     ***Cecil County, Maryland v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45100-DAP: Plaintiff Cecil County, Maryland**

Attached as Exhibit 187 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Cecil County, Maryland, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, and (ii) a letter containing responses from a representative of Cecil County, Maryland, in response to the PBMs' public-records request.

188.     ***City of Woburn v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45103-DAP: Plaintiff Woburn City, Massachusetts**

Attached as Exhibit 188 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between the City of Woburn, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, and (ii) an email chain containing responses from a representative of the City of Woburn, Massachusetts, which the City of Woburn, Massachusetts, provided in response to the PBMs' public-records request.

189.     ***Intentionally Left Blank.***

190.     *City of Methuen v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45106-DAP: Plaintiff Methuen Town City, Massachusetts**

Attached as Exhibit 190 is a true and correct copy of a letter from a representative of the City of Methuen, Massachusetts in response to the PBMs' public-records request.

*191.     Intentionally Left Blank.*

192.     *Onslow County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45114-DAP: Plaintiff Onslow County, North Carolina**

Attached as Exhibit 192 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Onslow County, North Carolina, and McHugh Fuller Law Group, PLLC, and (ii) a 2017 Resolution, which Onslow County, North Carolina, provided in response to the PBMs' public-records request.

193.     *City of Jacksonville v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45115-DAP: Plaintiff Jacksonville City, North Carolina**

Attached as Exhibit 193 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Jacksonville, North Carolina, (ii) a retention agreement between the City of Jacksonville, North Carolina, and McHugh Fuller Law Group, PLLC, (iii) a 2017 Resolution, and (iv) an email correspondence, which the City of Jacksonville, North Carolina, provided in response to the PBMs' public-records request.

*194–195. Intentionally Left Blank.*

196.     *Brown County et al. v. Purdue Pharma LP et al.*, **Case No. 1:18-op-45117-DAP: Plaintiff Crawford County, Wisconsin**

Attached as Exhibit 196 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Crawford County, Wisconsin, and von Briesen & Roper, s.c. and

Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Crawford County, Wisconsin, provided in response to the PBMs' public-records request.

197.     *Brown County et al. v. Purdue Pharma LP et al.*, **Case No. 1:18-op-45117-DAP: Plaintiff Kewaunee County, Wisconsin**

Attached as Exhibit 197 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Kewaunee County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Kewaunee County, Wisconsin, provided in response to the PBMs' public-records request.

198.     *Brown County et al. v. Purdue Pharma LP et al.*, **Case No. 1:18-op-45117-DAP: Plaintiff Outagamie County, Wisconsin**

Attached as Exhibit 198 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Outagamie County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Outagamie County, Wisconsin, provided in response to the PBMs' public-records request.

199.     *Brown County et al. v. Purdue Pharma LP et al.*, **Case No. 1:18-op-45117-DAP: Plaintiff Ozaukee County, Wisconsin**

Attached as Exhibit 199 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Ozaukee County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Ozaukee County, Wisconsin, provided in response to the PBMs' public-records request.

**200.** ***Brown County et al. v. Purdue Pharma LP et al.*, Case No. 1:18-op-45117-DAP: Plaintiff Pepin County, Wisconsin**

Attached as Exhibit 200 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Pepin County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Pepin County, Wisconsin, provided in response to the PBMs' public-records request.

**201.** ***Brown County et al. v. Purdue Pharma LP et al.*, Case No. 1:18-op-45117-DAP: Plaintiff Racine County, Wisconsin**

Attached as Exhibit 201 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Racine County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Racine County, Wisconsin, provided in response to the PBMs' public-records request.

**202.** ***Brown County et al. v. Purdue Pharma LP et al.*, Case No. 1:18-op-45117-DAP: Plaintiff Winnebago County, Wisconsin**

Attached as Exhibit 202 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Winnebago County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2017 Resolution, which Winnebago County, Wisconsin, provided in response to the PBMs' public-records request.

**203.** ***Intentionally Left Blank.***

**204.** ***Benton County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45119-DAP: Plaintiff Benton County, Mississippi**

Attached as Exhibit 204 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between Benton County, Mississippi, and Levin, Papantonio, Thomas,

Mitchell, Rafferty & Proctor, PA, and (ii) a letter from a representative of the Benton County, Mississippi, which Benton County, Mississippi, provided in response to the PBMs' public-records request.

**205–219. Intentionally Left Blank.**

220. ***Campbell County v. AmerisourceBergen Drug Corporation et al. (JRG2)*, Case No. 1:18-op-45133-DAP: Plaintiff Campbell County, Tennessee.**

Attached as Exhibit 220 is a compilation exhibit containing true and correct copies of: (i) a 2018 resolution from Campbell County, Tennessee, and (ii) a retention agreement between Campbell County, Tennessee, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Campbell County, Tennessee, provided in response to the PBMs' public-records request.

221. ***Williamson County, Tennessee v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45134-DAP: Plaintiff Williamson County, Tennessee.**

Attached as Exhibit 221 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Williamson County, and (ii) a retention agreement between Williamson County, Tennessee, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Williamson County, Tennessee, provided in response to the PBMs' public-records request.

**222–223. Intentionally Left Blank.**

224. *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45138-DAP: Plaintiff Coles County, Illinois**

Attached as Exhibit 224 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Coles County, Illinois, and (ii) a retention agreement between Coles County, Illinois, and Goldenberg, Heller & Antognoli, PC., which Coles County, Illinois, provided in response to the PBMs' public-records request.

*225–230. Intentionally Left Blank.*

231. *City of Baton Rouge v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45160-DAP: Plaintiff Baton Rouge City, Louisiana**

Attached as Exhibit 231 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of the City of Baton Rouge, Louisiana, and (ii) a retention agreement between the City of Baton Rouge, Louisiana, and Barron & Budd P.C., which the City of Baton Rouge, Louisiana, provided in response to the PBMs' public-records request.

*232–233. Intentionally Left Blank.*

234. *Johnson County v. Amerisourcebergen Drug Corporation et al. (TV1)*, **Case No. 1:18-op-45164-DAP: Plaintiff Johnson County, Tennessee**

Attached as Exhibit 234 is a true and correct copy of a retention agreement between the Johnson County, Tennessee, and McHugh Fuller Law Group, PLLC, which Johnson County, Tennessee, provided in response to the PBMs' public-records request.

*232–242. Intentionally Left Blank.*

23

243. *Skagit County et al. v. Purdue Pharma, LP et al.*, Case No. 1:18-op-45173-DAP: Plaintiff Burlington City, Washington

Attached as Exhibit 243 is a true and correct copy of a retention agreement between the City of Burlington, Washington, and Keller Rhorback L.L.P., which the City of Burlington, Washington, provided in response to the PBMs' public-records request.

*244–272. Intentionally Left Blank.*

273. *Pitt County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45208-DAP: Plaintiff Pitt County, North Carolina

Attached as Exhibit 273 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Pitt County, North Carolina, and (ii) a retention agreement between Pitt County, North Carolina, and McHugh Fuller Law Group, PLLC, which Pitt County, North Carolina, provided in response to the PBMs' public-records request.

*274–304. Intentionally Left Blank.*

305. *Caldwell County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45263-DAP: Plaintiff Caldwell County, North Carolina

Attached as Exhibit 305 is a compilation exhibit containing true and correct copies of: (i) email correspondence from a representative of Caldwell County, North Carolina, and (ii) a retention agreement between Caldwell County, North Carolina, and McHugh Fuller Law Group, PLLC, which Caldwell County, North Carolina, provided in response to the PBMs' public-records request.

*306–309. Intentionally Left Blank.*

310. *Randolph County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45275-DAP: Plaintiff Randolph County, North Carolina

Attached as Exhibit 310 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Randolph County, North Carolina (ii) a retention agreement between Randolph County, North Carolina, and McHugh Fuller Law Group, PLLC, and (iii) a 2018 Resolution, which Randolph County, North Carolina, provided in response to the PBMs' public-records request.

311. *Intentionally Left Blank.*

312. *Barron County et al. v. Purdue Pharma LP et al.*, Case No. 1:18-op-45277-DAP: Plaintiff La Crosse County, Wisconsin

Attached as Exhibit 312 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between La Crosse County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2018 Resolution, which La Crosse County, Wisconsin, provided in response to the PBMs' public-records request.

313–344. *Intentionally Left Blank.*

345. *Hawkins County, TN v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45299-DAP: Plaintiff Hawkins County, Tennessee

Attached as Exhibit 345 is a true and correct copy of a retention agreement between the Hawkins County, Tennessee, and McHugh Fuller Law Group, PLLC, which Hawkins County, Tennessee, provided in response to the PBMs' public-records request.

346–352. *Intentionally Left Blank.*

353. *Orange County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45308-DAP: Plaintiff Orange County, North Carolina

Attached as Exhibit 353 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Orange County, North Carolina (ii) a letter from a representative of Orange County, North Carolina, and (iii) a retention agreement between Orange County, North Carolina, and McHugh Fuller Law Group, PLLC, which Orange County, North Carolina, provided in response to the PBMs' public-records request.

354. *Intentionally Left Blank.*

355. *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45310-DAP: Plaintiff Winnebago County, Illinois

Attached as Exhibit 355 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Winnebago County, Illinois, and (ii) a retention agreement between Winnebago County, Illinois, and Goldenberg, Heller & Antognoli, P.C., which Winnebago County, Illinois, provided in response to the PBMs' public-records request.

356–362. *Intentionally Left Blank.*

363. *City of Easthampton, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45336-DAP: Plaintiff Easthampton City, Massachusetts

The PBMs' counsel served a public-records request on the City of Easthampton, Massachusetts. The City of Easthampton, Massachusetts, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

364–365. *Intentionally Left Blank.*

26

366.     *County of Shiawassee, Michigan v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-45350-DAP: Plaintiff Shiawassee County, Michigan

Attached as Exhibit 366 is a true and correct copy of a retention agreement between Shiawassee County, Michigan, and Weitz & Luxenberg, PC, which Shiawassee County, Michigan, provided in response to the PBMs' public-records request.

*367–391. Intentionally Left Blank.*

392.     *Madison County, Tennessee v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45403-DAP: Plaintiff Madison County, Tennessee

Attached as Exhibit 392 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of Madison County, Tennessee, and (ii) a retention agreement between Madison County, Tennessee, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which Madison County, Tennessee, provided in response to the PBMs' public-records request.

*393–432. Intentionally Left Blank.*

433.     *City of Warwick, RI v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45460-DAP: Plaintiff Warwick City, Rhode Island

 Attached as Exhibit 433 is a true and correct copy of an email chain with a representative of the City of Warwick, Rhode Island, in response to the PBMs' public-records request.

434.     *Town of North Providence v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45461-DAP: Plaintiff North Providence Town, Rhode Island

Attached as Exhibit 434 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the Town of North Providence, Rhode Island, and (ii) a retention agreement between the Town of North Providence, Rhode Island, and

Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, and (iii) email correspondence, which the Town of North Providence, Rhode Island, provided in response to the PBMs' public-records request.

435.    ***Town of Johnston v. Amerisourcebergen Drug Corporation, et al.*,** Case No. 1:18-op-45462-DAP: Plaintiff Johnston Town, Rhode Island

Attached as Exhibit 435 is a true and correct copy of a retention agreement between the Town of Johnston, Rhode Island, Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Johnston, Rhode Island, provided in response to the PBMs' public-records request.

436.    ***City of Pawtucket, Rhode Island v. Amerisourcebergen Drug Corporation et al.*,** Case No. 1:18-op-45463-DAP: Plaintiff Pawtucket City, Rhode Island

Attached as Exhibit 436 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the City of Pawtucket, Rhode Island, and (ii) a retention agreement between the City of Pawtucket, Rhode Island, and Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the City of Pawtucket, Rhode Island, provided in response to the PBMs' public-records request.

*437–438. Intentionally Left Blank.*

439.    ***City of Central Falls, Rhode Island v. Amerisourcebergen Drug Corporation et al.*,** Case No. 1:18-op-45466-DAP: Plaintiff Central Falls City, Rhode Island

Attached as Exhibit 439 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Central Falls, Rhode Island and (ii) a retention agreement between the City of Central Falls, Rhode Island, and Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA,

which the City of Central Falls, Rhode Island, provided in response to the PBMs' public-records request.

**440.** *Intentionally Left Blank.*

**441.** *Town of Bristol v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-45468-DAP: Plaintiff Bristol Town, Rhode Island**

Attached as Exhibit 441 is a true and correct copy of an email chain with a representative of the Town of Bristol, Rhode Island, in response to the PBMs' public-records request.

**442.** *Town of Barrington v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-45469-DAP: Plaintiff Barrington Town, Rhode Island**

Attached as Exhibit 442 is a true and correct copy of an email chain with a representative of the Town of Barrington, Rhode Island, in response to the PBMs' public-records request.

**443.** *Intentionally Left Blank.*

**444.** *Town of Coventry Rhode Island v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-45471-DAP: Plaintiff Coventry Town, Rhode Island**

Attached as Exhibit 444 is a true and correct copy of an email chain with a representative of the Town of Coventry, Rhode Island, in response to the PBMs' public-records request.

**445.** *City of Cranston, Rhode Island v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-45472-DAP: Plaintiff Cranston City, Rhode Island**

Attached as Exhibit 445 is a true and correct copy of the PBMs' public-records request to the City of Cranston, Rhode Island.

**446–449. Intentionally Left Blank.**

**450.** *Town of North Kingstown v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-45477-DAP: Plaintiff North Kingstown Town, Rhode Island**

Attached as Exhibit 450 is a true and correct copy of the PBMs' public-records request to the Town of North Kingstown, Rhode Island.

**451–453. Intentionally Left Blank.**

**454.** ***Town of Smithfield v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45481-DAP: Plaintiff Smithfield Town, Rhode Island**

Attached as Exhibit 454 is a compilation exhibit containing true and correct copies of: (i) an email correspondence and (ii) a retention agreement between the Town of Smithfield, Rhode Island, Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Smithfield, Rhode Island, provided in response to the PBMs' public-records request.

**455.** ***Town of South Kingstown Municipal Corporation v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45482-DAP: Plaintiff South Kingstown Town, Rhode Island**

Attached as Exhibit 455 is a true and correct copy of an email chain with a representative of the Town of South Kingstown, Rhode Island, in response to the PBMs' public-records request.

**456.** ***Town of West Greenwich v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45483-DAP: Plaintiff West Greenwich Town, Rhode Island**

Attached as Exhibit 456 is a true and correct copy of an email chain containing responses from a representative of the Town of West Greenwich, Rhode Island, in response to the PBMs' public-records request.

457. *Town of West Warwick, Rhode Island v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45484-DAP: Plaintiff West Warwick Town, Rhode Island**

Attached as Exhibit 457 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the Town of West Warwick, Rhode Island, and (ii) a retention agreement between the Town of West Warwick, Rhode Island, Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of West Warwick, Rhode Island, provided in response to the PBMs' public-records request.

458. *Town of Westerly v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45485-DAP: Plaintiff Westerly Town, Rhode Island**

Attached as Exhibit 458 is a compilation exhibit containing true and correct copies of: (i) two letters from a representative of the Town of Westerly, Rhode Island, and (ii) a retention agreement between the Town of Westerly, Rhode Island, Hamel, Waxler, Allen, & Collins, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Westerly, Rhode Island, provided in response to the PBMs' public-records request.

*459–466. Intentionally Left Blank.*

467. *Prince George's County Maryland v. Purdue Pharma L.P. et al.*, **Case No. 1:18-op-45501-DAP: Plaintiff Prince George's County, Maryland**

Attached as Exhibit 467 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Prince George's County, Maryland, and (ii) a retention agreement between Prince George's County, Maryland, and Napoli Shkolnik PLLC, which Prince George's County, Maryland, provided in response to the PBMs' public-records request.

*468–470. Intentionally Left Blank.*

**471.** *City of Hattiesburg, Mississippi v. Amerisourcebergen Drug Corporation et al.***,** **Case No. 1:18-op-45512-DAP: Plaintiff Hattiesburg City, Mississippi**

Attached as Exhibit 471 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between the City of Hattiesburg, Mississippi, and McHugh Fuller Law Group, PLLC, and (ii) a 2018 Resolution, which the City of Hattiesburg, Mississippi, provided in response to the PBMs' public-records request.

**472.** **Intentionally Left Blank.**

**473.** *City of Lowell v. Amerisourcebergen Drug Corporation et al.***,** **Case No. 1:18-op-45514-DAP: Plaintiff Lowell City, Massachusetts**

Attached as Exhibit 473 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Lowell, Massachusetts, and (ii) a retention agreement between the City of Lowell, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the City of Lowell, Massachusetts, provided in response to the PBMs' public-records request.

**474.** *Town of East Greenwich v. Amerisourcebergen Drug Corporation et al.***,** **Case No. 1:18-op-45515-DAP: Plaintiff East Greenwich Town, Rhode Island**

Attached as Exhibit 474 is a true and correct copy of an email chain containing responses from a representative of the Town of East Greenwich, Rhode Island, in response to the PBMs' public-records request.

**475–478. Intentionally Left Blank.**

479.     *Martin County, NC v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45522-DAP: Plaintiff Martin County, North Carolina

Attached as Exhibit 479 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Martin County, North Carolina, and (ii) a retention agreement between Martin County, North Carolina, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Martin County, North Carolina, provided in response to the PBMs' public-records request.

*480–482. Intentionally Left Blank.*

483.     *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45528-DAP: Plaintiff Saline County, Illinois

Attached as Exhibit 483 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Saline County, Illinois, and (ii) a retention agreement between Saline County, Illinois, and Goldenberg Heller & Antognoli, P.C., and The Prince Law Firm, which Saline County, Illinois, provided in response to the PBMs' public-records request.

*484–490. Intentionally Left Blank.*

491.     *People of the State of Illinois et al. v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45539-DAP: Plaintiff Jefferson County, Illinois

Attached as Exhibit 491 is a true and correct copy of a retention agreement between Jefferson County, Illinois, and Goldenberg, Heller & Antognoli, P.C., which Jefferson County, Illinois, provided in response to the PBMs' public-records request.

*492–516. Intentionally Left Blank.*

517. ***Wayne County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45585-DAP: Plaintiff Wayne County, North Carolina**

Attached as Exhibit 517 is a compilation exhibit containing true and correct copies of: (i) a letter containing responses from a representative of Wayne County, North Carolina, and (ii) a retention agreement between Wayne County, North Carolina, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Wayne County, North Carolina, provided in response to the PBMs' public-records request.

*518. **Intentionally Left Blank.***

519. ***Carteret County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45587-DAP: Plaintiff Carteret County, North Carolina**

Attached as Exhibit 519 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Carteret County, North Carolina, and (ii) a retention agreement between Carteret County, North Carolina, and McHugh Fuller Law Group PLLC, and (iii) a 2017 resolution, which Carteret County, North Carolina, provided in response to the PBMs' public-records request.

*520–586. **Intentionally Left Blank.***

587. ***Town of Plymouth v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45675-DAP: Plaintiff Plymouth Town, Massachusetts**

Attached as Exhibit 587 is a true and correct copy of a retention agreement between the Town of Plymouth, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Plymouth, Massachusetts, provided in response to the PBMs' public-records request. Attached as Exhibit 587-A is a true and correct copy of an email from a

34

representative of the Town of Plymouth, Massachusetts, provided in response to the PBMs' public-records request.

588.    *Intentionally Left Blank.*

589.    *City of Amesbury v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45678-DAP: Plaintiff Amesbury Town City, Massachusetts

Attached as Exhibit 589 is a true and correct copy of a retention agreement between the City of Amesbury, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the City of Amesbury, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the City of Amesbury, Massachusetts, provided in response to the PBMs' public-records request.

590–594. *Intentionally Left Blank.*

595.    *Town of Winchendon Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45687-DAP: Plaintiff Winchendon Town, Massachusetts

Attached as Exhibit 595 is a true and correct copy of a retention agreement between the Town of Winchendon, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Winchendon, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Winchendon, Massachusetts, provided in response to the PBMs' public-records request.

596–598. *Intentionally Left Blank.*

599.    *Town of Carver v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45691-DAP: Plaintiff Carver Town, Massachusetts

Attached as Exhibit 599 is a true and correct copy of a retention agreement between the Town of Carver, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Carver, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Carver, Massachusetts, provided in response to the PBMs' public-records request.

600.    *City of Chelsea v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45693-DAP: Plaintiff Chelsea City, Massachusetts

Attached as Exhibit 600 is a true and correct copy of an email chain containing responses from a representative of the City of Chelsea, Massachusetts, in response to the PBMs' public-records request.

601–610. *Intentionally Left Blank.*

611.    *Town of Douglas v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45706-DAP: Plaintiff Douglas Town, Massachusetts

Attached as Exhibit 611 is a true and correct copy of an email chain containing responses from a representative of the Town of Douglas, Massachusetts, in response to the PBMs' public-records request.

612–615. *Intentionally Left Blank.*

616.    *Lincoln County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45719-DAP: Plaintiff Lincoln County, North Carolina

Attached as Exhibit 616 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Lincoln County, North Carolina,

and (ii) a retention agreement between Lincoln County, North Carolina, and McHugh Fuller Law Group, PLLC, which Lincoln County, North Carolina, provided in response to the PBMs' public-records request.

***617–618. Intentionally Left Blank.***

**619.** ***Prentiss County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45723-DAP: Plaintiff Prentiss County, Mississippi**

Attached as Exhibit 619 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Prentiss County, Mississippi, and (ii) a retention agreement between Prentiss County, Mississippi, and Langston & Lott, P.A. and McHugh Fuller Law Group, PLLC, which Prentiss County, Mississippi, provided in response to the PBMs' public-records request.

**620.** ***Intentionally Left Blank***.

**621.** ***City of Fayetteville v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45726-DAP: Plaintiff Fayetteville City, North Carolina**

Attached as Exhibit 621 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Fayetteville, North Carolina, and (ii) a retention agreement between the City of Fayetteville, North Carolina, and McHugh Fuller Law Group, PLLC, which the City of Fayetteville, North Carolina, provided in response to the PBMs' public-records request.

***622–644. Intentionally Left Blank.***

**643.** ***Town of Lakeville v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45743-DAP: Plaintiff Lakeville Town, Massachusetts**

37

Attached as Exhibit 643 is a true and correct copy of a retention agreement between the Town of Lakeville, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Lakeville, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Lakeville, Massachusetts, provided in response to the PBMs' public-records request.

**644–647. Intentionally Left Blank.**

**648.** *Town of Marshfield, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45752-DAP: Plaintiff Marshfield Town, Massachusetts**

Attached as Exhibit 648 is a true and correct copy of a letter from a representative of the Town of Marshfield, Massachusetts, in response to the PBMs' public-records request.

**649.** *Town of Bridgewater, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45754-DAP: Plaintiff Bridgewater Town, Massachusetts**

Attached as Exhibit 649 is a true and correct copy of a retention agreement between the Town of Bridgewater, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Bridgewater, Massachusetts, provided in response to the PBMs' public-records request.

**650.** *Intentionally Left Blank.*

**651.** *Vance County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45759-DAP: Plaintiff Vance County, North Carolina**

Attached as Exhibit 651 is a true and correct copy of the PBMs' public-records request to Vance County, North Carolina.

652. *Town of Danvers, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45760-DAP: Plaintiff Danvers Town, Massachusetts

Attached as Exhibit 652 is a true and correct copy of an email chain containing responses from a representative of the Town of Danvers, Massachusetts, to the PBMs' public records request.

653. *City of Newark, New Jersey v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-45761-DAP: Plaintiff Newark City, New Jersey

Attached as Exhibit 653 is a true and correct copy of the PBMs' public records request to the City of Newark, New Jersey.

654. *Intentionally Left Blank.*

655. *City of Henderson v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45768-DAP: Plaintiff Henderson City, North Carolina

Attached as Exhibit 655 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between the City of Henderson, North Carolina, and McHugh Fuller Law Group, PLLC, and (ii) a 2018 resolution, which the City of Henderson, North Carolina, provided in response to the PBMs' public-records request.

656. *Town of Somerset, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45769-DAP: Plaintiff Somerset Town, Massachusetts

Attached as Exhibit 656 is a true and correct copy of a retention agreement between the Town of Somerset, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA, which the Town of Somerset, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Somerset, Massachusetts, provided in response to the PBMs' public-records request.

657–662. *Intentionally Left Blank.*

663.     *Perry County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45778-DAP: Plaintiff Perry County, Mississippi**

Attached as Exhibit 663 is a true and correct copy of a retention agreement between Perry County, Mississippi, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which Perry County, Mississippi, provided in response to the PBMs' public-records request.

*664–671. Intentionally Left Blank.*

672.     *City of Lynn, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45789-DAP: Plaintiff Lynn City, Massachusetts**

Attached as Exhibit 672 is a true and correct copy of a retention agreement between the City of Lynn, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the City of Lynn provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the City of Lynn, Massachusetts, provided in response to the PBMs' public-records request.

*673–677. Intentionally Left Blank.*

678.     *City of Saint Joseph, Missouri v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-45798-DAP: Plaintiff St. Joseph City, Missouri**

Attached as Exhibit 678 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of the City of St. Joseph, Missouri, (ii) a 2018 ordinance, and (iii) a 2018 engagement letter agreement between the City of St. Joseph, Missouri, and Wagstaff & Cartmell, LLP, which the City of St. Joseph, Missouri, provided in response to the PBMs' public-records request.

*679–680. Intentionally Left Blank.*

681. *Dane County, Wisconsin v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45802-DAP: Plaintiff Dane County, Wisconsin**

Attached as Exhibit 681 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Dane County, Wisconsin, and (ii) an engagement letter between Dane County, Wisconsin, and Baron & Budd PC, which Dane County, Wisconsin, provided in response to the PBMs' public-records request.

*682–683. Intentionally Left Blank.*

684. *Town of Plainville, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45808-DAP: Plaintiff Plainville Town, Massachusetts**

Attached as Exhibit 684 is a true and correct copy of a retention agreement between the Town of Plainville, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Plainville, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Plainville, Massachusetts, provided in response to the PBMs' public-records request.

685. *Intentionally Left Blank.*

686. *Town of Sutton, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45810-DAP: Plaintiff Sutton Town, Massachusetts**

Attached as Exhibit 686 is a true and correct copy of a retention agreement between the Town of Sutton, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Sutton, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Sutton, Massachusetts, provided in response to the PBMs' public-records request.

**687.** *Town of Warren, Massachusetts, et al. v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45811-DAP: Plaintiff Warren Town, Massachusetts**

Attached as Exhibit 687 is a true and correct copy of a retention agreement between the Town of Warren, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Warren, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Warren, Massachusetts, provided in response to the PBMs' public-records request.

*688–689. Intentionally Left Blank.*

**690.** *Town of Norwell, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45815-DAP: Plaintiff Norwell Town, Massachusetts**

Attached as Exhibit 690 is a true and correct copy of a letter from a representative of the Town of Norwell, Massachusetts in response to the PBMs' public-records request.

*691–692. Intentionally Left Blank.*

**693.** *Town of Middletown, Rhode Island v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45818-DAP: Plaintiff Middletown Town, Rhode Island**

The PBMs' counsel served a public-records request on the Town of Middletown, Rhode Island. The Town of Middletown, Rhode Island, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or mentions pharmacy benefit managers generally.

*694–701. Intentionally Left Blank.*

**702.** *Town of Pembroke, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45823-DAP: Plaintiff Pembroke Town, Massachusetts**

Attached as Exhibit 702 is a true and correct copy of a retention agreement between the Town of Pembroke, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Pembroke, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Pembroke, Massachusetts, provided in response to the PBMs' public-records request.

**703–704. Intentionally Left Blank.**

**705.** *San Juan County v. Purdue Pharma L.P. et al.*, **Case No. 1:18-op-45829-DAP: Plaintiff San Juan County, New Mexico**

Attached as Exhibit 705 is a true and correct copy of a retention agreement between San Juan County, New Mexico, and Kelly, Durham & Pittard, L.L.P., which San Juan County, New Mexico, provided in response to the PBMs' public-records request.

**706.** **Intentionally Left Blank.**

**707.** *Green Lake County et al. v. Purdue Pharma LP et al.*, **Case No. 1:18-op-45832-DAP: Plaintiff Green Lake County, Wisconsin**

Attached as Exhibit 707 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Green Lake County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2018 Resolution, which Green Lake County, Wisconsin, provided in response to the PBMs' public-records request.

**708.** **Intentionally Left Blank.**

709.    *Green Lake County et al. v. Purdue Pharma LP et al.*, Case No. 1:18-op-45832-DAP: Plaintiff Vilas County, Wisconsin

Attached as Exhibit 709 is a compilation exhibit containing true and correct copies of: (i) an engagement letter between Vilas County, Wisconsin, and von Briesen & Roper, s.c. and Crueger Dickinson LLC, and (ii) a 2018 Resolution, which Vilas County, Wisconsin, provided in response to the PBMs' public-records request.

*710–712. Intentionally Left Blank.*

713.    *Cass County, Missouri v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45841-DAP: Plaintiff Cass County, Missouri

Attached as Exhibit 713 is a compilation exhibit containing true and correct copies of: (i) an email correspondence, (ii) a letter from a representative of Cass County, Missouri, (iii) a 2018 resolution, and (iv) a 2018 engagement letter agreement between Cass County, Missouri, and Wagstaff & Cartmell, LLP, which Cass County, Missouri, provided in response to the PBMs' public-records request.

*714–720. Intentionally Left Blank.*

721.    *Town of West Boylston, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45858-DAP: Plaintiff West Boylston Town, Massachusetts

Attached as Exhibit 721 is a true and correct copy of a retention agreement between the Town of West Boylston, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of West Boylston, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of West Boylston, Massachusetts, provided in response to the PBMs' public-records request.

*722–733. Intentionally Left Blank.*

734.     *Town of Clarksburg, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45882-DAP: Plaintiff Clarksburg Town, Massachusetts**

Attached as Exhibit 734 is a true and correct copy of a retention agreement between the Town of Clarksburg, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Clarksburg, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Clarksburg, Massachusetts, provided in response to the PBMs' public-records request.

735.     *Town of Williamsburg, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-45883-DAP: Plaintiff Williamsburg Town, Massachusetts**

Attached as Exhibit 735 is a true and correct copy of a retention agreement between the Town of Williamsburg, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Williamsburg, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Williamsburg, Massachusetts, provided in response to the PBMs' public-records request.

*736–742. Intentionally Left Blank.*

743.     *City of Westland, Michigan v. Purdue Pharma L.P. et al.*, **Case No. 1:18-op-45903-DAP: Plaintiff Westland City, Michigan**

Attached as Exhibit 743 is a true and correct copy of a retention agreement between the City of Westland, Michigan, and Weitz & Luxenberg, P.C. and the Sam Bernstein Law Firm

PLLC, which the City of Westland, Michigan, provided in response to the PBMs' public-records request.

**744–745. Intentionally Left Blank.**

746. *Town of Ware v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45907-DAP: Plaintiff Ware Town, Massachusetts

Attached as Exhibit 746 is a true and correct copy of a retention agreement between the Town of Ware, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Ware, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Ware, Massachusetts, provided in response to the PBMs' public-records request.

**747–763. Intentionally Left Blank.**

764. *City of Melrose, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45951-DAP: Plaintiff Melrose City, Massachusetts

Attached as Exhibit 764 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Melrose, Massachusetts, and (ii) a retention agreement between the City of Melrose, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the City of Melrose, Massachusetts, provided in response to the PBMs' public-records request.

**765–776. Intentionally Left Blank.**

777. *Waukesha County v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45978-DAP: Plaintiff Waukesha County, Wisconsin

Attached as Exhibit 777 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of Waukesha County, Wisconsin, and (ii) an engagement letter

between Waukesha County, Wisconsin, and Baron & Budd PC which Waukesha County, Wisconsin, provided in response to the PBMs' public-records request.

**787–782. Intentionally Left Blank.**

**783.** ***Walworth County Wisconsin v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:18-op-45988-DAP: Plaintiff Walworth County, Wisconsin**

Attached as Exhibit 783 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Walworth County, Wisconsin, and (ii) an engagement letter between Walworth County, Wisconsin, and Baron & Budd PC which Walworth County, Wisconsin, provided in response to the PBMs' public-records request.

**784.** ***Intentionally Left Blank.***

**785.** ***Town of Sturbridge v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-45990-DAP: Plaintiff Sturbridge Town, Massachusetts**

Attached as Exhibit 785 is a true and correct copy of a retention agreement between the Town of Sturbridge, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Walpole, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Sturbridge, Massachusetts, provided in response to the PBMs' public-records request.

**786–806. Intentionally Left Blank.**

**807.** ***City of Kansas City, Missouri v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-46029-DAP: Plaintiff City of Kansas City, Missouri**

Attached as Exhibit 807 is a true and correct copy of a letter from a representative of the City of Kansas City, Missouri, in response to the PBMs' public-records request.

***808–838. Intentionally Left Blank.***

**839.** ***Town of Walpole, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:18-op-46093-DAP: Plaintiff Walpole Town, Massachusetts**

Attached as Exhibit 839 is a true and correct copy of a retention agreement between the Town of Walpole, Massachusetts, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the Town of Walpole, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Walpole, Massachusetts, provided in response to the PBMs' public-records request.

***840–869. Intentionally Left Blank.***

**870.** ***Robeson County v. Actavis, LLC et al.*, Case No. 1:18-op-46141-DAP: Plaintiff Robeson County, North Carolina**

Attached as Exhibit 870 is a true and correct copy of the PBMs' public-records request to Robeson County, North Carolina.

***871–874. Intentionally Left Blank.***

**875.** ***People of the State of Illinois et al. v. Purdue Pharma L.P. et al.*, Case No. 1:18-op-46147-DAP: Plaintiff Schuyler County, Illinois**

Attached as Exhibit 875 is a true and correct copy of a retention agreement between Schuyler County, Illinois, and Goldberg, Heller & Antognoli, PC, which Schuyler County, Illinois, provided in response to the PBMs' public-records request.

***876–886. Intentionally Left Blank.***

887. *City of Iuka, Mississippi v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:18-op-46172-DAP: Plaintiff Iuka City, Mississippi**

Attached as Exhibit 887 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the City of Iuka, Mississippi, and (ii) a retention agreement between the City of Iuka, Mississippi, and Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, which the City of Iuka, Mississippi, provided in response to the PBMs' public-records request.

888. *Intentionally Left Blank.*

889. *Currituck County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-46174-DAP: Plaintiff Currituck County, North Carolina**

Attached as Exhibit 889 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of Currituck County, North Carolina, and (ii) a retention agreement between Currituck County, North Carolina, and McHugh Fuller Law Group, PLLC, which Currituck County, North Carolina, provided in response to the PBMs' public-records request.

890–891. *Intentionally Left Blank.*

892. *County of Ingham, Michigan v. Purdue Pharma L.P. et al.*, **Case No. 1:18-op-46178-DAP: Plaintiff Ingham County, Michigan**

Attached as Exhibit 892 is a compilation exhibit containing true and correct copies of: (i) a 2018 resolution, and (ii) a retention agreement between Ingham County, Michigan, and the law firms of Weitz & Luxenberg, P.C., Sam Bernstein Law Firm PLLC, and Welch Law, PLC, which Ingham County, Michigan, provided in response to the PBMs' public-records request.

893.     *Ashe County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:18-op-46185-DAP: Plaintiff Ashe County, North Carolina**

Attached as Exhibit 893 is a compilation exhibit containing true and correct copies of: (i) an email from a representative of Ashe County, North Carolina, and (ii) a retention agreement between Ashe County, North Carolina, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Ashe County, North Carolina, provided in response to the PBMs' public-records request.

*894–933. Intentionally Left Blank.*

934.     *City of Portland v. Purdue Pharma LP et al.*, **Case No. 1:18-op-46313-DAP: Plaintiff Portland City, Maine**

Attached as Exhibit 934 is a true and correct copy of a retention agreement between the City of Portland, Maine, and Napoli Shkolnik PLLC, which the City of Portland, Maine, provided in response to the PBMs' public-records request.

*935.     Intentionally Left Blank.*

936.     *City of Lewiston v. Purdue Pharma LP et al.*, **Case No. 1:18-op-46315-DAP: Plaintiff Lewiston City, Maine**

Attached as Exhibit 936 is a compilation exhibit containing true and correct copies of: (i) a 2017 resolution, and (ii) a retention agreement between the City of Lewiston, Maine, and Napoli Shkolnik PLLC which the City of Lewiston, Maine, provided in response to the PBMs' public-records request.

937. ***Washington County, Tennessee v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:18-op-46317-DAP: Plaintiff Washington County, Tennessee

Attached as Exhibit 937 is a compilation exhibit containing true and correct copies of: (i) a 2018 resolution, and (ii) a retention agreement between Washington County, Tennessee, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Washington County, Tennessee, provided in response to the PBMs' public-records request.

***938–946. Intentionally Left Blank.***

947. ***Webster County, Missouri v. Purdue Pharma L.P. et al.***, Case No. 1:18-op-46350-DAP: Plaintiff Webster County, Missouri

Attached as Exhibit 947 is a true and correct copy of the PBMs' public-records request to Webster County, Missouri.

***948–951. Intentionally Left Blank.***

952. ***Anson County v. AmerisourceBergen Drug Corporation et al.***, Case No. 1:18-op-46364-DAP: Plaintiff Anson County, North Carolina

Attached as Exhibit 952 is a true and correct copy of the PBMs' public-records request to Anson County, North Carolina.

953. ***County of Kent, Michigan v. Purdue Pharma L.P. et al.***, Case No. 1:19-op-45000-DAP: Plaintiff Kent County, Michigan

Attached as Exhibit 953 is a true and correct copy of a retention agreement between Kent County, Michigan, and the law firms of Weitz & Luxenberg, P.C., Sam Bernstein Law Firm PLLC, and Welch Law, PLC, which Kent County, Michigan, provided in response to the PBMs' public-records request.

*954–997. Intentionally Left Blank.*

**998.** ***Town of Norwood v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45061-DAP: Plaintiff Norwood Town, Massachusetts**

Attached as Exhibit 998 is a true and correct copy of an email from a representative of the Town of Norwood, Massachusetts, in response to the PBMs' public-records request.

**999.** ***Town of Brookline v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45062-DAP: Plaintiff Brookline Town, Massachusetts**

Attached as Exhibit 999 is a true and correct copy of the PBMs' public-records request to the Town of Brookline, Massachusetts.

**1000.** ***Town of Scituate v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45063-DAP: Plaintiff Scituate Town, Massachusetts**

Attached as Exhibit 1000 is a true and correct copy of a letter from a representative of the Town of Scituate, Massachusetts, in response to the PBMs' public-records request.

*1001. Intentionally Left Blank.*

**1002.** ***Town of Orange, Massachusetts v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45070-DAP: Plaintiff Orange Town, Massachusetts**

Attached as Exhibit 1002 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the Town of Orange, Massachusetts, and (ii) a retention agreement between the Town of Orange, Massachusetts, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which the Town of Orange, Massachusetts, provided in response to the PBMs' public-records request.

*1003–1017. Intentionally Left Blank.*

**1018.**  *City of Medford v. Purdue Pharma, LP et al.*, **Case No. 1:19-op-45110-DAP: Plaintiff Medford City, Massachusetts**

Attached as Exhibit 1018 is a true and correct copy of the PBMs' public-records request to the City of Medford, Massachusetts.

*1019–1021. Intentionally Left Blank.*

**1022.**  *Town of Dennis v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:19-op-45124-DAP: Plaintiff Dennis Town, Massachusetts**

 Attached as Exhibit 1022 is a true and correct copy of a retention agreement between the Town of Dennis, Massachusetts, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA and KP Law, P.C., which the Town of Dennis, Massachusetts, provided in response to the PBMs' public-records request. Exhibit 587-A is a true and correct copy of an email from a representative of the Town of Dennis, Massachusetts, provided in response to the PBMs' public-records request.

*1023–1039. Intentionally Left Blank.*

**1040.**  *Iberville Parish Council v. Purdue Pharma, LP et al.*, **Case No. 1:19-op-45140-DAP: Plaintiff Iberville Parish Council, Louisiana**

Attached as Exhibit 1040 is a true and correct copy of a retention agreement between Iberville Parish Council, Louisiana, and Pendley, Baudin, & Coffin, L.L.P., which Iberville Parish Council, Louisiana, provided in response to the PBMs' public-records request.

*1041–1066. Intentionally Left Blank.*

**1067.** *Aroostook County v. Purdue Pharma LP et al.*, **Case No. 1:19-op-45183-DAP: Plaintiff Aroostook County, Maine**

Attached as Exhibit 1067 is a compilation exhibit containing true and correct copies of: (i) a 2018 resolution, and (ii) a retention agreement between Aroostook County, Maine, and Napoli Shkolnik which Aroostook County, Maine, provided in response to the PBMs' public-records request.

*1068–1074. Intentionally Left Blank.*

**1075.** *Androscoggin County v. Purdue Pharma LP et al.*, **Case No. 1:19-op-45205-DAP: Plaintiff Androscoggin County, Maine**

Attached as Exhibit 1075 is a compilation exhibit containing true and correct copies of: (i) a resolution, and (ii) a 2018 retention agreement between Androscoggin County, Maine, and Napoli Shkolnik PLLC which Androscoggin County, Maine, provided in response to the PBMs' public-records request.

*1076–1108. Intentionally Left Blank.*

**1109.** *Cumberland County v. Purdue Pharma LP et al.*, **Case No. 1:19-op-45259-DAP: Plaintiff Cumberland County, Maine**

Attached as Exhibit 1109 is a true and correct copy of a 2018 resolution which Cumberland County, Maine, provided in response to the PBMs' public-records request.

**1110.** *County of Ionia, Michigan v. Purdue Pharma L.P., et al.*, **Case No. 1:19-op-45261-DAP: Plaintiff Ionia County, Michigan**

Attached as Exhibit 1110 is a true and correct copy of a retention agreement between Ionia County, Michigan, and Weitz & Luxenberg, PC, which Ionia County, Michigan, provided in response to the PBMs' public-records request.

**1111.** *County of Livingston, Michigan v. Purdue Pharma, Inc., et al.*, **Case No. 1:19-op-45262-DAP: Plaintiff Livingston County, Michigan**

Attached as Exhibit 1111 is a true and correct copy of an engagement letter between Livingston County, Michigan, and Weitz & Luxenberg, PC, which Livingston County, Michigan, provided in response to the PBMs' public-records request.

*1112–1126. Intentionally Left Blank.*

**1127.** *People of the State of Illinois et al. v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45286-DAP: Plaintiff Union County, Illinois**

Attached as Exhibit 1127 is a true and correct copy of the PBMs' public-records request to Union County, Illinois.

*1128–1149. Intentionally Left Blank.*

**1150.** *City of Woonsocket, Rhode Island v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:19-op-45328-DAP: Plaintiff Woonsocket City, Rhode Island**

Attached as Exhibit 1150 is a true and correct copy of the PBMs' public-records request to the City of Woonsocket, Rhode Island.

*1151–1154. Intentionally Left Blank.*

**1155.** *Guilford County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:19-op-45340-DAP: Plaintiff Guilford County, North Carolina**

Attached as Exhibit 1155 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Guilford County, North Carolina, and (ii) a retention agreement between Guilford County, North Carolina, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC,

McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Guilford County, North Carolina, provided in response to the PBMs' public-records request.

1156. *Lafayette County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:19-op-45341-DAP: Plaintiff Lafayette County, Mississippi**

Attached as Exhibit 1156 is a true and correct copy of a retention agreement between Lafayette County, Mississippi, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Lafayette County, Mississippi, provided in response to the PBMs' public-records request.

1157. *Granville County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:19-op-45342-DAP: Plaintiff Granville County, North Carolina**

Attached as Exhibit 1157 is a true and correct copy of the PBMs' public-records request to Granville County, North Carolina.

*1158–1174. Intentionally Left Blank.*

1175. *Shannon County, Missouri v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45401-DAP: Plaintiff Shannon County, Missouri**

Attached as Exhibit 1175 is a true and correct copy of the PBMs' public-records request to Shannon County, Missouri.

*1176–1197. Intentionally Left Blank.*

**1198. *Board of County Commissioners of the County of Lincoln, New Mexico v. AmerisourceBergen Drug Corporation et al*, Case No. 1:19-op-45513-DAP: Plaintiff Lincoln County, New Mexico**

Attached as Exhibit 1198 is a true and correct copy of the PBMs' public-records request to Lincoln County, New Mexico.

***1199.   Intentionally Left Blank.***

**1200.   *City of Richmond v. AmerisourceBergen Drug Corporation et al.*, Case No. 1:19-op-45546-DAP: Plaintiff Richmond City, Virginia**

Attached as Exhibit 1200 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Richmond, Virginia, (ii) a 2018 resolution, and (iii) a retention agreement between the City of Richmond, Virginia, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which the City of Richmond, Virginia, provided in response to the PBMs' public-records request.

**1201.   *Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45548-DAP: Plaintiff Pearl River County, Mississippi**

Attached as Exhibit 1201 is a true and correct copy of the PBMs' public-records request to Pearl River County, Mississippi.

***1202–1204. Intentionally Left Blank.***

**1205.   *Leflore County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, Case No. 1:19-op-45552-DAP: Plaintiff Leflore County, Mississippi**

Attached as Exhibit 1205 is a letter from a representative of Leflore County, Mississippi in response to the PBMs' public-records request.

*1206–1226. Intentionally Left Blank.*

**1227.** *Franklin County, Mississippi v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:19-op-45577-DAP: Plaintiff Franklin County, Mississippi**

Attached as Exhibit 1227 is a true and correct copy of a retention agreement between Franklin, County, Mississippi, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Franklin County, Mississippi, provided in response to the PBMs' public-records request.

*1228–1229. Intentionally Left Blank.*

**1230.** *Sampson County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:19-op-45583-DAP: Plaintiff Sampson County, North Carolina**

Attached as Exhibit 1230 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Sampson County, North Carolina, and (ii) a retention agreement between Sampson County, North Carolina, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Sampson County, North Carolina, provided in response to the PBMs' public-records request.

*1231–1247. Intentionally Left Blank.*

**1248.** *Alamance County v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:19-op-45615-DAP: Plaintiff Alamance County, North Carolina**

Attached as Exhibit 1248 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of Alamance County, North Carolina, (ii) a retention agreement between Alamance County, North Carolina, and McHugh Fuller Law

Group, PLLC, and (iii) a 2018 resolution, which Alamance County, North Carolina, provided in response to the PBMs' public-records request.

*1249–1261. Intentionally Left Blank.*

**1262.** *Lee County v. Purdue Pharma L.P., et al.*, **Case No. 1:19-op-45671-DAP: Plaintiff Lee County, Florida**

Attached as Exhibit 1262 is a true and correct copy of an email correspondence provided by a representative of Lee County, Florida, in response to the PBMs' public-records request.

*1263–1269. Intentionally Left Blank.*

**1270.** *Grafton County v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45691-DAP: Plaintiff Grafton County, New Hampshire**

Attached as Exhibit 1270 is a true and correct copy of an email chain containing responses from a representative of Grafton County, New Hampshire, to the PBMs' public-records request.

*1271–1280. Intentionally Left Blank.*

**1281.** *Rockingham County v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45703-DAP: Plaintiff Rockingham County, New Hampshire**

Attached as Exhibit 1281 is a true and correct copy of the PBMs' public-records request to Rockingham County, New Hampshire.

**1282.** *Belknap County v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45705-DAP: Plaintiff Belknap County, New Hampshire**

Attached as Exhibit 1282 is a true and correct copy of a retention agreement between Belknap County, New Hampshire, Napoli Shkolnik PLLC, and Bonsignore Trial Lawyers, which Belknap County, New Hampshire, provided in response to the PBMs' public-records request.

*1283.  Intentionally Left Blank.*

1284. *Town of Belmont, NH v. Purdue Pharma L.P. et al.*, **Case No. 1:19-op-45707-DAP: Plaintiff Belmont Town, New Hampshire**

Attached as Exhibit 1284 is a true and correct copy of the PBMs' public-records request to the Town of Belmont, New Hampshire.

*1285–1339. Intentionally Left Blank.*

1340. *County of Knox et al. v. Purdue Pharma LP et al.*, **Case No. 1:19-op-45822-DAP: Plaintiff No. 1340, Knox County, Maine**

Attached as Exhibit 1340 is a true and correct copy of an email chain containing responses from a representative of Knox County, Maine, to the PBMs' public-records request.

*1341–1378. Intentionally Left Blank.*

1379. *City of Norfolk, VA v. AmerisourceBergen Drug Corporation et al.*, **Case No. 1:19-op-45926-DAP: Plaintiff Norfolk City, Virginia**

Attached as Exhibit 1379 is a true and correct copy of a retention agreement between the City of Norfolk, Virginia, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which the City of Norfolk, Virginia, provided in response to the PBMs' public-records request.

*1380–1396. Intentionally Left Blank.*

1397. *Town of Southampton, NY v. McKesson Corporation et al.*, **Case No. 1:19-op-45968-DAP: Plaintiff Southampton Town, New York**

The PBMs' counsel served a public-records request on the Town of Southampton, New York. The Town of Southampton, New York, provided documents in response to that request, but none mentions asserting legal claims against OptumRx, Express Scripts, or their affiliates or

mentions pharmacy benefit managers generally.

　　*1398–1436. Intentionally Left Blank.*

　　**1437.　*Incorporated Village of Hempstead, NY v. McKesson Corporation et al.*, Case No. 1:19-op-46026-DAP: Plaintiff Hempstead Village, New York**

　　Attached as Exhibit 1437 is a true and correct copy of a letter from a representative of the Incorporated Village of Hempstead, New York, in response to the PBMs' public-records request.

　　*1438–1439. Intentionally Left Blank.*

　　**1440.　*Town of Smithtown, NY v. McKesson Corporation et al.*, Case No. 1:19-op-46033-DAP: Plaintiff Smithtown Town, New York**

　　Attached as Exhibit 1440 is a true and correct copy of the PBMs' public-records request to the Town of Smithtown, New York.

　　*1141–1485. Intentionally Left Blank.*

　　**1486.　*Town of North Hempstead, NY v. McKesson Corporation et al.*, Case No. 1:19-op-46043-DAP: Plaintiff North Hempstead Town, New York**

　　Attached as Exhibit 1486 is a compilation exhibit containing true and correct copies of: (i) excerpted minutes of a November 19, 2019 Town Board meeting, (ii) a 2019 resolution, and (iii) a retention agreement between the Town of North Hempstead, New York, and Tate Grossman Kelly & Iaccarino, LLP, which the Town of North Hempstead, New York, provided in response to the PBMs' public-records request.

　　**1487.　*City of Bayonne, New Jersey v. McKesson Corporation et al.*, Case No. 1:19-op-46044-DAP: Plaintiff Bayonne City, New Jersey**

　　Attached as Exhibit 1487 is a compilation exhibit containing true and correct copies of: (i) a 2022 resolution, and (ii) a retention agreement between the City of Bayonne, New Jersey, and

Tate Grossman Kelly & Iaccarino, LLP, which the City of Bayonne, New Jersey, provided in response to the PBMs' public-records request.

*1488–1493. Intentionally Left Blank.*

1494.    *Village of Port Washington North, NY v. McKesson Corporation et al.*, **Case No. 1:19-op-46051-DAP: Plaintiff Port Washington North Village, New York**

Attached as Exhibit 1494 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the Village of Port Washington North, New York to Tate, Grossman, Kelly & Iaccarino, LLP, (ii) an excerpt of meeting minutes from a November 20, 2019 Board of Trustees meeting, and (iii) a retention agreement between the Village of Port Washington North, New York, and Tate Grossman Kelly & Iaccarino, LLP, which the Village of Port Washington North, New York, provided in response to the PBMs' public-records request.

*1495–1508. Intentionally Left Blank.*

1509.    *Board of County Commissioners of the County of Hidalgo, New Mexico v. AmerisourceBergen Drug Corporation et al*, **Case No. 1:19-op-46069-DAP: Plaintiff Hidalgo County, New Mexico**

Attached as Exhibit 1509 is a true and correct copy of the PBMs' public-records request to Hidalgo County, New Mexico.

*1510.    Intentionally Left Blank.*

1511.    *Town of Clinton, MA v. Amerisourcebergen Drug Corporation et al.*, **Case No. 1:19-op-46072-DAP: Plaintiff Clinton Town, Massachusetts**

 Attached as Exhibit 1511 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the Town of Clinton, Massachusetts, and (ii) a retention agreement between the Town of Clinton, Massachusetts, and several law firms, including Levin,

Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which the Town of Clinton, Massachusetts, provided in response to the PBMs' public-records request.

*1512–1555. Intentionally Left Blank.*

**1556.** *Carroll County v. Teva Pharmaceuticals USA, Inc. et al.***, Case No. 1:19-op-46137-DAP: Plaintiff Carroll County, New Hampshire**

Attached as Exhibit 1556 is a true and correct copy of the PBMs' public-records request to Carroll County, New Hampshire.

*1556–1573. Intentionally Left Blank.*

**1574.** *Town of Hull v. Amerisourcebergen Drug Corporation et al.***, Case No. 1:19-op-46172-DAP: Plaintiff Hull Town, Massachusetts**

Attached as Exhibit 1574 is a true and correct copy of the PBMs' public-records request to the Town of Hull, Massachusetts.

*1575–1580. Intentionally Left Blank.*

**1581.** *Village of Pleasant Prairie Wisconsin v. AmerisourceBergen Drug Corporation et al.***, Case No. 1:20-op-45010-DAP: Plaintiff Pleasant Prairie Village, Wisconsin**

Attached as Exhibit 1581 is a compilation exhibit containing true and correct copies of: (i) a letter from a representative of the Village of Pleasant Prairie, Wisconsin, and (ii) a retention agreement between the Village of Pleasant Prairie, Wisconsin, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which the Village of Pleasant Prairie, Wisconsin, provided in response to the PBMs' public-records request.

*1582–1599. Intentionally Left Blank.*

**1600.** *Town of Ramapo, New York v. McKesson Corporation et al.*, **Case No. 1:20-op-45042-DAP: Plaintiff Ramapo Town, New York**

Attached as Exhibit 1600 is a compilation exhibit containing true and correct copies of: (i) a retention agreement between the Town of Ramapo, New York, and Tate Grossman Kelly & Iaccarino, LLP, and (ii) a 2019 resolution, which the Town of Ramapo, New York, provided in response to the PBMs' public-records request.

*1601–1650. Intentionally Left Blank.*

**1651.** *The People of the State of Illinois et al. v. Teva Pharmaceutical Industries, Ltd. et al.*, **Case No. 1:20-op-45154-DAP: Plaintiff Sangamon County, Illinois**

Attached as Exhibit 1651 is a true and correct copy of a retention agreement between Sangamon County, Illinois, and several law firms, including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, and Greene, Ketchum, Farrell, Bailey & Tweel, LLP, which Sangamon County, Illinois, provided in response to the PBMs' public-records request.

*1652–1667. Intentionally Left Blank.*

**1668.** *Hinds County, Mississippi v. Teva Pharmaceuticals USA, Inc., et al.*, **Case No. 1:20-op-45190-DAP: Plaintiff Hinds County, Mississippi**

Attached as Exhibit 1574 is a true and correct copy of the PBMs' public-records request to Hinds County, Mississippi.

*1669.  Intentionally Left Blank.*

**1670.** ***City of Herrin, Illinois v. Teva Pharmaceutical Industries, Ltd. et al.*, Case No. 1:20-op-45192-DAP: Plaintiff Herrin City, Illinois**

Attached as Exhibit 1670 is a compilation exhibit containing true and correct copies of: (i) an email chain containing responses from a representative of the City of Herrin, Illinois, and (ii) a retention agreement between the City of Herrin, Illinois, and several law firms including Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, PA, Baron & Budd, PC, McHugh Fuller Law Group, Farrell Law, and Powell and Majestro, which the City of Herrin, Illinois, provided in response to the PBMs' public-records request.

***1671–1833. Intentionally Left Blank.***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 6, 2025.

Andrew Hatchett