UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2804 |
| | | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | | JUDGE DAN AARON POLSTER |
| *City of Ogdensburg v. Purdue Pharma, L.P.*, *No. 19-op-45852 (Track 22)* | | |

**NOTICE OF FILING UNSEALED VERSIONS OF PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION; AND EXHIBITS THERETO**

The Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, unsealed versions of the above-named Plaintiff's Opposition to Certain Defendants' Motions to Dismiss for Lack of Personal Jurisdiction, and exhibits 1 through 8 (including exhibit 2.1) attached thereto.

On May 30, 2025, Plaintiffs served and filed under seal their above-referenced opposition and exhibits. *See* dkt. no. 6169. The instant notice of filing unsealed versions relates to that May 30, 2025 filing.

As a result of the meet and confer process between the PEC and Optum, and pursuant to the Court's various orders on public filing of materials, *see e.g.*, dkt. nos. 1719, 1831, the above-referenced May 30, 2025 opposition and exhibits 3 through 8 thereto, are now filed publicly without redactions, and exhibits 1, 2 & 2.1 thereto are now filed publicly with minor redactions.

Dated: June 12, 2025                               Respectfully submitted,

                                                       Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of June, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                                       s/Peter H. Weinberger
                                                       Peter H. Weinberger