# EXHIBIT 2.1
## TO

**PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

BEG-OPT-00134.1

| | |
|---|---|
| From: | Calabrese, David [From Catamaran] [David.Calabrese@optum.com] |
| Sent: | 5/31/2016 2:33:24 PM |
| To: | Lahman, Robert C [bob.lahman@optum.com] |
| Subject: | RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors] |
| Attachments: | CONTROLLED RX MANAGEMENT SOLUTION SUITE.docx |

See first section (C-DUR/POS interventions) of the attached draft I developed....but the entire document reflects the direction we need to head in.

I am meeting with folks from Optum BH; OptumInsights; Optum CSG; and others next week to explore a precedent-setting approach to this epidemic.

---

**From:** Lahman, Robert C
**Sent:** Tuesday, May 31, 2016 3:24 PM
**To:** Calabrese, David
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Really would never happen....If you want to build it out, I would be more than happy to take it to Pharma. I would start with Clinical as to how we would tighten the shit out of the class. Let me know how you progress.

Bob

---

**From:** Calabrese, David [From Catamaran]
**Sent:** Tuesday, May 31, 2016 12:10 PM
**To:** Lahman, Robert C; Lagerstrom, Edward
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

1> Risk of us tightening the shit out of access to the products
2> Med claims data: anyone who ends up in ER, hospitalization or enrollment on controlled Rx mgmt. program
3> Clinical analytics w/ or w/o support from OptumInsights

---

**From:** Lahman, Robert C
**Sent:** Tuesday, May 31, 2016 2:51 PM
**To:** Calabrese, David; Lagerstrom, Edward
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Oh, I don't know...1. Why would they enter into an agreement on this? 2. How would we define addiction? 3. How would we track it?

Bob

---

**From:** Calabrese, David [From Catamaran]
**Sent:** Tuesday, May 31, 2016 11:46 AM
**To:** Lahman, Robert C; Lagerstrom, Edward
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Out of the box, but why the hell not?

They've paid out hundreds of millions of $ in falsely claiming the lack of addictive potential of these drugs.

Why not hold their feet to the fire in getting them to promote what now national guidelines are promoting.

---

**From:** Lahman, Robert C
**Sent:** Tuesday, May 31, 2016 2:33 PM
**To:** Calabrese, David; Lagerstrom, Edward
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Really?

Bob

---

**From:** Calabrese, David [From Catamaran]
**Sent:** Tuesday, May 31, 2016 11:31 AM
**To:** Lagerstrom, Edward
**Cc:** Lahman, Robert C
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Have we ever considered approaching the mfgs of opioid products (e.g. Purdue) to negotiate a contract that would hold them financially liable for patients who grow addicted to their therapies?

---

**From:** Lagerstrom, Edward
**Sent:** Thursday, May 12, 2016 6:33 PM
**To:** Zeglinski, Michael
**Cc:** Dutta, Sumit; Calabrese, David
**Subject:** FW: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

This is what I pulled together yesterday,

Sumit and David did you have any further additions.


Sent with Good (www.good.com)


-----Original Message-----
**From:** Lahman, Robert C
**Sent:** Wednesday, May 11, 2016 12:14 PM Central Standard Time
**To:** Lagerstrom, Edward; Thierer, Mark [From Catamaran]; Dutta, Sumit [From Catamaran]
**Cc:** Grosklags, Jeffrey; Wicks, Timothy A
**Subject:** RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Ed,

The information here is spot on. Thanks for pulling this together.

Bob

-----Original Message-----
From: Lagerstrom, Edward
Sent: Wednesday, May 11, 2016 11:57 AM Central Standard Time
To: Thierer, Mark [From Catamaran]; Lahman, Robert C; Dutta, Sumit [From Catamaran]
Cc: Grosklags, Jeffrey; Wicks, Timothy A
Subject: RE: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

Here are some talking points we put together in collaboration with UHCP. Maybe they will be helpful. However, they will need Sumit's magic touch.

---

Value Based contracting is an area of focus for OptumRX but we have been careful not to trade rebate value for lesser value through a value based contract. Our first priority is to maximize "lowest net cost" of a drug and then complete a value based contract when it makes sense. ███████████████

███████ Neither drug is clinically advantaged over the other so that is why we were comfortable in choosing one to be preferred. Few more points to consider below.

- ███████████████
- ███████████████
- ███████████████
- Neither of these have been disclosed publicly.
- ███████████████
- ███████████████

We believe we are well positioned from a long term strategy perspective as we have the payor, analytics and contracting all under the UHG umbrella and they are working together to create VBC that maximize lowest net cost and improve quality of care. We have been less aggressive on the headline news and more focus on the true cost.

Others?

---

From: Thierer, Mark [From Catamaran]
Sent: Wednesday, May 11, 2016 9:32 AM
To: Lahman, Robert C; Dutta, Sumit [From Catamaran]; Lagerstrom, Edward
Cc: Grosklags, Jeffrey
Subject: Fwd: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

I will need our answer to this. Sumit pls take the lead and draft an external (Wall Street) response for me. Thx.

Mark Thierer
Chief Executive Officer

BEG-OPT-00134.4

OptumRx
Thiererma@optum.com


Begin forwarded message:

**From:** MacDonald.David <David.MacDonald@SunTrust.com>
**Date:** May 11, 2016 at 9:12:33 AM EDT
**To:** "thiererma@optum.com" <thiererma@optum.com>, "Park, Jeff" <parkjg@catamaranrx.com>
**Subject: FW: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]**

Mark and Jeff,

Interesting announcement -- hope you are doing well and if you find yourself in Boston over the summer, let me know and we'll tee it up or grab a Sox game and some drinks.

Talk soon.

David S. MacDonald
SunTrust Robinson Humphrey
Managing Director - Equity Research
Phone - 617.345.6534
Fax - 617.345.6540
Email/IM - david.macdonald@suntrust.com

---

**From:** StreetAccount [mailto:service@streetaccount.com]
**Sent:** Wednesday, May 11, 2016 8:35 AM
**To:** MacDonald.David
**Subject:** SA: CI. Also: AMGN, SAN.FP [Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors]

08:34 ET 5/11/16 [StreetAccount] CI **Cigna confirms value-based pharmaceutical contracts with Amgen (AMGN) and Sanofi/Regeneron (SAN.FP) for their PCSK9 inhibitors** ($133.05)

- Cigna has entered into new value-based contracts with both Amgen and Sanofi/Regeneron for their PCSK9 inhibitors for commercial business.
- The contracts modify the cost of the new cholesterol-lowering drugs Repatha and Praluent based on how well customers respond to the medications, aligning incentives by linking financial terms to improved customer health.
- Cigna is the first health service company to reach value-based agreements for its commercial business with both Sanofi/Regeneron and Amgen for their PCSK9 inhibitor drugs.
- The contracts are independent of each other, but they share the same overall objective.
- If Cigna's customers aren't able to reduce their LDL-C levels at least as well as what was experienced in clinical trials, the two pharmaceutical companies will further discount the cost of the drugs.
- If the drugs meet or exceed expected LDL-C reduction, the original negotiated price remains in place.
- Also, by analyzing integrated medical and pharmacy claim data, Cigna will be able to determine whether there are cardiovascular improvements for Cigna customers related to their treatment with the new medications beyond reduction in their cholesterol levels.
- The WSJ reported earlier that Cigna would announce new value-based contracts for a new class of cholesterol drugs
  Reference Link: Company press release


*****Related comments from the archive:

| | | |
|---|---|---|
| 11-May-16 00:19 ET | CI | Cigna to pay less if drugs don't work - WSJ ($133.05)
• The WSJ reports that Cigna will announce today that it has reached value-based contracts for a new class of cholesterol drugs, meaning the drugmakers will provide extra discounts if their drugs don't help patients as much as they are expected to.

• Citing Cigna, the article says Cigna has gotten discounts for Praluent (REGN/SAN.FP) and Repatha (AMGN), and if Cigna patients don't get the same performance that the drugs displayed in trials, Cigna's discounts will increase.

• The WSJ observes that there have been at least 12 similar value-based deals since 2014 -- deals for Iressa (AZN.LN) for Express Scripts (ESRX) and Effient (LLY) for Humana (HUM) are mentioned -- though for various reasons, the pricing of drug deals remains largely a function of prescription volume.

- SA Hong Kong
* * * * * |

StreetAccount alert for portfolio(s):
• Maca (CI)

Tickers mentioned in/related to this story; follow link for 30-day news history: AMGN, CI, SAN.FP

**Contact us:** reply to this email with questions, comments, or corrections, or call us at 617.261.5200.
This email is confidential and intended solely for the use of the individual to whom it is addressed.
Subscribers are prohibited from disclosing, copying or distributing the contents of this email.

FactSet StreetAccount website: www.streetaccount.com

Copyright (C) 2016 FactSet Research Systems Inc. 601 Merritt 7, Norwalk, CT 06851 | 1916507.635984334426568

Important: Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved

All prices, yields and opinions are subject to change due to market forces and other conditions. This communication is not to be construed as an offer to sell or a solicitation to buy any security. SunTrust Robinson Humphrey, Inc. or its affiliates may have a position in the securities referenced. In selling securities, SunTrust Robinson Humphrey, Inc. may act as principal for our own account or as agent for our customers or others. SunTrust Robinson Humphrey, Inc. may also have acted as underwriter for the issuers of such securities, and either we or our affiliates may currently be providing investment banking or traditional banking services to those issuers. Additional information is available on request.

None of SunTrust Robinson Humphrey, Inc. or SunTrust Bank or any of their affiliates (collectively, "SunTrust") is recommending an action to you as a municipal entity or obligated person. SunTrust is not acting as an advisor to you and does not owe a fiduciary duty pursuant to Section 15B of the Exchange Act to you with respect to the information and material contained in this communication. SunTrust is acting for its own interests. You should discuss any information and material contained in this communication with any and all internal or external advisors and experts that you deem appropriate before acting on this information or material

The information contained in this message is intended only for the confidential use of the designated recipient. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review,

BEG-OPT-00134.6

dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

By replying to this e-mail, you consent to SunTrust's monitoring activities of all communication that occurs on SunTrust's systems.

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

[ST:XCL]

CONFIDENTIAL

OPTUMRX_MDL_000029429

## CURRENT:

### Retrospective Identification & Intervention

Prescriber fax notification for drugs subject to abuse where claims show:
- Excessive Refills
- Multiple Providers
- Therapeutic Duplications
- Drug-Drug Interactions

Drug Categories:
- Opioids / Barbiturates
- Anabolic Steroids
- Skeletal Muscle Relaxants
- Sedative / Hypnotics
- Stimulants / ADHD Drugs

Plan is to also incorporate legacy ORx High Utilization Narcotics (HUN) Program as well as components of Narcotics Drug Utilization Review Program

### Advanced Point-of-Sale Screening

- Short Acting Opioids (Narcotics)
  - Educational mailing + days-supply restrictions for short acting narcotic-drug use in acute pain
- Acetaminophen High Dose
  - Rejected claim if max. dose of 4g/day is exceeded
  - If appropriate, dispensing pharmacist may override

### Intensive Case Management

- High Dose Opioids w/ multiple providers*:
  - Case Management for total narcotic drug dose per day (Morphine Equivalent Dose) above threshold with multiple providers*
- Repeated early acetaminophen refills:
  - Case Management for repeated early refills of acetaminophen-containing controlled drugs

*Providers = Prescribers and Pharmacies



### Retrospective Drugs of Abuse Utilization Review

Abused medication detection through review of member utilization patterns and proactive prescriber outreach



### Advanced Point-of-Sale (POS) Screening

Applies POS rules to prevent payment of inappropriate claims due to potential abuse, misuse or safety issues with opioids and acetaminophen

### Intensive Case Management

'High-risk' patient identification and prescriber intervention to validate medical necessity of unusual dispensing patterns.

**Identifies potential overutilization or early refills**

| Daily identification starting 72 hours after a claim is processed | Flags at adjudication new Rx or exceeded recommended daily dosing of acetaminophen | Daily pharmacy case manager review |

ATTORNEYS' EYES ONLY

# FUTURE:

## CONTROLLED RX MANAGEMENT SOLUTION SUITE



DRAFT

| Component | Description | Intervention(s) | Available Today (Y/N) | Comments |
|---|---|---|---|---|
| **C-DUR/POS EDITS** | | | | |
| SA opioid 1st-fill limit | 10 day limit on all initial patient scripts for SA opioids | C-DUR edit | N | Allow one subsequent fill for 10 days without PA; state requirement now in MA (7d) |
| Daily Morphine Milligram Equivalent (MME) dose edit | PA on all scripts exceeding 90 MME/day | C-DUR edit | N | |
| New-to-Long-Acting Opiate Therapy (e.g., Oxycontin) DUR edit | PA to restrict access to LA-opiates for opiate-naïve pts | C-DUR edit | N | PA for only diagnoses warranting LA therapy; strong recommendation in new CDC guidelines |
| Tighten refill window on controls | Move from 75% threshold to 90 or 95% threshold of exhausted med before refill granted | C-DUR/benefit edit | Y | |
| Opiate use in minors | PA on all opiate Rx's for minors exceeding 7 days; restricted use of LA-opioids | C-DUR edit | N | Exception: CA, HIV |
| Opiate use in pregnancy | PA on all opiate Rx's for women receiving prenatal vitamins; restricted use of LA-opioids | C-DUR edit | N | |
| Buprenorphine limits | Dose and durations edits | C-DUR edits | N | 24 mg/day x 1 mo; 16 mg/day x 4 mo; 8mg/day thereafter |
| Subutex/Suboxone/naloxone/naltrexone + opiate use | Blocking scripts for opiates for any patient on a substance abuse tx med | C-DUR: POS edit on opiates for all Suboxone users | N | |
| Chronic use of codeine-based cough syrups | Monthly dispensing limits on volume; limit = max 2 RFs/6 mos | C-DUR edit | N | |
| Identification of those with previous hx of opiate/heroin substance abuse (e.g., ED visit, hospital) | PA on all opiate and benzo scripts | C-DUR: System edits which limits controlled Rx usage amongst these pts | N | Medical claims required. ICD-9 codes: 965.00, 965.02, 965.09, E850.1, E850.2, 965.01, E850.0 |

| | | | | |
|---|---|---|---|---|
| Oxycodone IR volume | Dispensing limits;; PA on new-to-therapy | C-DUR | N | |

## R-DUR SCREENING & INTERVENTION (Patient)

| Component | Description | Intervention(s) | Available Today (Y/N) | Comments |
|---|---|---|---|---|
| Controlled Rx 'shoppers' | >3 Rx's, >= 3 docs, >= 3 phcy's | R-DUR: MD notice; lock-in | Y | |
| Excessive Morphine Milligram Equivalent (MME) Dosing | >90 MME/day | R-DUR: MD notice/intervention | Y | |
| Excessive duration of use of short-acting Opiates | Pts using SA opiates for > 3 consecutive mos | R-DUR: MD notice | ? | |
| Multiple benzodiazepine's used concomitantly | >= 2 unique products used in combo for >=3 mos | R-DUR edits; MD notice/intervention | Y | |
| Chronic concomitant benzo/opiate combo use | >2 consecutive months of combined usage | R-DUR: MD notice/intervention; PA after 3 mos | ? | |
| High volume ADHD drug use in 18-25 yr olds | Screen for patients receiving excessive Rx's and/or units over 6 mos | PA after 6 months of continuous usage | N | |
| Early refillers | Consistent early refill of chronic controlled meds (e.g., benzodiazepines, ADHD meds) | R-DUR: MD notice/intervention; PA after 3 mos | N | |
| Subutex/Suboxone/naloxone/naltrexone + opiate use | Identification of patients receiving opiate Rx's subsequent to substance abuse tx | R-DUR: Suboxone prescriber notice/intervention; | N | |
| Patients with hx of substance abuse w/ multiple family members receiving controls | | R-DUR | N | |

## R-DUR SCREENING & INTERVENTION (Prescriber)

| Component | Description | Intervention(s) | Available Today (Y/N) | Comments |
|---|---|---|---|---|
| Disproportionate prescribing of opiates as a % of total pain med Rx's issued (e.g., NSAIDs) | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Those initiating long-acting opiate therapy in patients opiate-naive | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Disproportionate prescribing of controlled Rx's versus peers of similar specialty | | R-DUR monitoring and intervention (letter/phone call) | | |
| Those with higher than average MME dosing of opiates | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Those with high volume Oxycodone IR prescribing | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Those w/ disproportionate prescribing of LA vs SA opiate meds | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Disproportionate prescribing tof controlled Rx's to patients > 50 mile radius from home office | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Disproportionate prescribing of anabolic steroids | | R-DUR monitoring and intervention (letter/phone call) | N | Exclude pts w/ concomitant HIV therapy |
| Prescribers with an avg # of controlled Rx's per patient exceeding norms | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Prescribers initiating therapy on highest dosages of opiates | | R-DUR monitoring and intervention (letter/phone call) | N | |
| Prescribers w/ DEA sanctions | | C-DUR edit | N | |

ATTORNEYS' EYES ONLY                    OPTUMRX_MDL_000029433

## R-DUR SCREENING & INTERVENTION (Pharmacy)

| Component | Description | Intervention(s) | Available Today (Y/N) | Needs |
|---|---|---|---|---|
| Disproportionate dispensing of controls as % of total Rx dispensing | | R-DUR monitoring; warning; auditing | Y? | |
| Disproportionate dispensing of Oxycodone IR | | R-DUR monitoring; warning; auditing | N | |
| Disproportionate dispensing of LA-opiates | | R-DUR monitoring; warning; auditing | N | |
| Disproportionate dispensing of anabolic steroids | | R-DUR monitoring; warning; auditing | N | |
| | | | | |
| | | | | |
| | | | | |

ATTORNEYS' EYES ONLY

OPTUMRX_MDL_000029434

**OTHER POTENTIAL PROGRAMMING CONSIDERATIONS:**

- Requiring diagnosis code on all C-II scripts, or at minimum all LA-Opioid scripts
- OptumInsights prescriber scoring system to identify outlying controlled Rx prescribers based upon a number of key prescribing variables vs benchmarks
- OptumInsights scoring system to identify patients at highest risk for abuse based upon utilization patterns (pharmacy alone or medical and pharmacy) and more proactive 'lock-in' programming or BH coordination
- Optum Behavioral Health: to provide resources for centralized referral and support of patients who have been identified as potential controlled Rx misusers or abusers; integrated model involving psych nurse and pharmacist care team co-managing high risk patients
- Post-discharge care transitions support for patients recently hospitalized or admitted to ED for opiate/heroin overdose
- Partnering with Walgreens to create an *"Opiate Disposal Incentive Program"* which rewards members who turn in their unused opiate meds in exchange for Walgreens couponing or other incentives
- OPTUM/UHC Mobile App: application which provides individuals w/ info, based upon zip code, of the closest locations (pharmacy; 24-hour pharmacy; ER; urgent care clinics) for access to naloxone and professionals trained to administer.
- Value-Based Contracting: hold companies like Purdue financially liable for patients who become addicted to their therapies

ATTORNEYS' EYES ONLY

OPTUMRX_MDL_000029435