# EXHIBIT 4
## TO

**PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

DNBi Risk Management

**Printed By:** David Kays
**Date Printed:** March 15, 2017

# Live Report : OPTUMINSIGHT, INC.

**D-U-N-S® Number:** 10-564-8369
**Trade Names:** (SUBSIDIARY OF UNITED HEALTHCARE SERVICES, INC., MINNETONKA, MN)
**Endorsement/Billing Reference:** david_a_kays@uhc.com

### D&B Address

**Address** 11000 Optim Circle
Moved From: 13625 Technology Dr, Eden Prairie, Mn
Eden Prairie, MN, US - 55344

**Phone** 952 833-7100

**Fax** 952-833-7079

**Location Type** Headquarters (Subsidiary)

**Web** www.optuminsight.com

**Endorsement :** david_a_kays@uhc.com

## Company Summary

**Currency:** Shown in USD unless otherwise indicated

### Score Bar

| | | |
|---|---|---|
| PAYDEX® | 63 | Paying 20 days past due |
| Commercial Credit Score Percentile | 7 | High Risk of severe payment delinquency. |
| Financial Stress Score National Percentile | 88 | Low to Moderate Risk of severe financial stress. |
| D&B Viability Rating | 4 5 C Z | View More Details |
| Bankruptcy Found | No | |
| D&B Rating | -- | Unavailable. |

### Detailed Trade Risk Insight™

Days Beyond Terms Past 3 Months

**3**
Days

Dollar-weighted average of **5** payment experiences reported from **5** Companies

Recent Derogatory Events

| | Jan-17 | Feb-17 | Mar-17 |
|---|---|---|---|
| Placed for Collection | - | - | - |
| Bad Debt Written Off | - | - | - |

**Detailed Trade Risk Insight™**

Days Beyond Terms Past 3 Months

**3**
Days

Dollar-weighted average of **5** payment experiences reported from **5** Companies

Recent Derogatory Events

| | Jan-17 | Feb-17 | Mar-17 |
|---|---|---|---|
| Placed for Collection | - | - | - |
| Bad Debt Written Off | - | - | - |

**D&B Viability Rating**

| | |
|---|---|
| 4 | **Viability Score: 4** |
| 5 | **Portfolio Comparison: 5** |
| C | **Data Depth Indicator: C** |
| Z | **Company Profile: Z** Subsidiary |

**D&B Company Overview**

**This is a headquarters (subsidiary) location**

| | |
|---|---|
| **Branch(es) or Division(s) exist** | Y |
| **Chief Executive** | BILL MILLER, CEO |
| **Year Started** | 1996 |
| **Employees** | 2703 (400 Here) |
| **SIC** | 7371 , 7375 |
| **Line of business** | Computer programming svc, information retrieval sv, mgmt consulting svcs, management services |
| **NAICS** | 541511 |
| **History Status** | INCOMPLETE |

**FirstRain Company News**

- **UNITEDHEALTH GROUP INCORPORATED**
  2017-03-13T16:54:49 CDT 4:54 PM-Market Exclusive
- **Why UnitedHealth Would Not Be Affected By**
  2017-03-09T17:12:40 CST 5:12 PM-Forbes
- **Fee-for-Value: Is Your Revenue Cycle Ready?**
  2017-02-21T10:36:48 CST 10:36 AM-HealthLeaders
- **US: Harris School Solutions acquires software**
  2017-02-21T04:47:12 CST 4:47 AM-Education
- **State Sen. David Osmek considering run for**
  2017-02-20T13:47:11 CST 1:47 PM-TwinCities.com
- **UnitedHealth Group targeted by whistleblower**
  2017-02-17T10:23:42 CST 10:23 AM-World Class -
- **McKesson to launch analytics-as-a-service at**
  2017-02-15T09:19:37 CST 9:19 AM-Healthcare IT

2017-02-07T08:05:08 CST 8:05 AM-Beckers Hospital

- UnitedHealth Earnings: How Did Optum
  2017-01-19T16:26:33 CST 4:26 PM-Nasdaq
- UnitedHealth Group rakes in $1.9B in profit
  2017-01-17T13:21:06 CST 1:21 PM-Healthcare
- UnitedHealth Group's full-year operating
  2017-01-17T10:01:03 CST 10:01 AM-Beckers
- UnitedHealth Finishes 2016 Strong, Has High
  2017-01-17T08:38:20 CST 8:38 AM-FOX Business
- UnitedHealth Group Reports 2016 Results
  2017-01-17T04:55:00 CST 4:55 AM-Business Wire
- David Bender is Gouverneur Hospital's new
  2017-01-10T14:43:50 CST 2:43 PM-Beckers Hospital
- MEMIC Hires Coy as Senior Director,
  2017-01-10T07:04:20 CST 7:04 AM-
- Canton resident appointed new chief of
  2017-01-09T23:46:24 CST 11:46 PM-Watertown
- UnitedHealth Stock Wins in 2016 Annus
  2016-12-28T08:06:35 CST 8:06 AM-Bloomberg
- UnitedHealth Group's Free Cash Flow
  2016-12-01T15:58:42 CST 3:58 PM-Seeking Alpha
- Analysts At RBC Capital Markets Reiterated
  2016-11-30T09:27:42 CST 9:27 AM-Risers & Fallers
- How to improve the payer-provider
  2016-11-28T14:45:40 CST 2:45 PM-Beckers Hospital
- Three Market Opportunities In Insurance Asset
  2016-11-19T00:21:33 CST 12:21 AM-Bank
- Trending At TGaS Summit: Employee
  2016-11-16T12:58:15 CST 12:58 PM-Bio Space
- UnitedHealth : Intrust Bank Na buys $1,060,785
  2016-11-14T04:30:38 CST 4:30 AM-4-Traders
- Senate District 33: Osmek re-elected to second
  2016-11-08T23:04:11 CST 11:04 PM-The Laker &
- Quality Software Services Inc.: Next-level
  2016-10-22T23:56:08 CDT 11:56 PM-US Business
- To Get More Value from Your Data, Sell It
  2016-10-21T10:23:35 CDT 10:23 AM-Harvard
- UnitedHealth Posts Robust Q3 Results On
  2016-10-19T14:08:11 CDT 2:08 PM-Nasdaq
- Analysts At Mizuho Securities Reiterated
  2016-10-19T08:28:55 CDT 8:28 AM-Risers & Fallers
- UnitedHealth reports 23% profit jump, boosts
  2016-10-18T16:33:25 CDT 4:33 PM-Beckers Hospital
- Absent Obamacare markets, UnitedHealth
  2016-10-18T16:20:01 CDT 4:20 PM-Healthcare

2016-10-18T11:46:24 CDT 11:46 AM-Becker's ASC

- **UnitedHealth Group Reports Third Quarter**
  2016-10-18T04:55:00 CDT 4:55 AM-Business Wire
- **UnitedHealth Group Inc. (UNH) Position**
  2016-10-10T14:35:16 CDT 2:35 PM-468272
- **Utah Republican Urges Paul Ryan to File**
  2016-10-07T16:30:38 CDT 4:30 PM-The Heritage
- **HHS to HealthCare.gov issuers: You need to**
  2016-10-06T17:23:06 CDT 5:23 PM-LifeHealthPro
- **Outsourced HIM and Computer-Assisted**
  2016-10-04T15:24:24 CDT 3:24 PM-News Channel
- **Medecision Taps Healthcare Strategist Shelby**
  2016-09-27T08:26:08 CDT 8:26 AM-AndhraNews.net
- **Optum360 Named #1 for End-to-End Revenue**
  2016-09-21T18:09:19 CDT 6:09 PM-PR Newswire

*Powered by* FirstRain

### Public Filings

The following data includes both open and closed filings found in D&B's database on this company.

| Record Type | Number of Records | Most Recent Filing Date |
|---|---|---|
| Bankruptcies | 0 | - |
| Judgments | 0 | - |
| Liens | 0 | - |
| Suits | 6 | 08/27/10 |
| UCCs | 0 | - |

The public record items contained herein may have been paid, terminated, vacated or released prior to todays date.

### Corporate Linkage

This is a **Headquarters (Subsidiary)** location

OPTUMINSIGHT, INC.
Eden Prairie , MN
D-U-N-S® Number 10-564-8369

**The Domestic Ultimate is**
UNITEDHEALTH GROUP INCORPORATED
MINNETONKA
D-U-N-S® Number 11-287-1561

**The Parent Company is**
UNITED HEALTHCARE SERVICES, INC.
Minnesota
D-U-N-S® Number 07-177-8674

## Corporate Linkage

### Domestic Ultimate

| Company | City , State | D-U-N-S® NUMBER |
|---|---|---|
| UNITEDHEALTH GROUP INCORPORATED | MINNETONKA , Minnesota | 11-287-1561 |

## Parent

| Company | City , State | D-U-N-S® NUMBER |
|---|---|---|
| UNITED HEALTHCARE SERVICES, INC. | MINNETONKA , Minnesota | 07-177-8674 |

## Subsidiaries (Domestic)

| Company | City , State | D-U-N-S® NUMBER |
|---|---|---|
| INGENIX, INC. | BUFFALO , New York | 04-654-1376 |
| OPTUM GOVERNMENT SOLUTIONS, INC. | EDEN PRAIRIE , Minnesota | 10-159-5036 |
| CAREMEDIC SYSTEMS, INC. | TAMPA , Florida | 17-545-1996 |
| THE LEWIN GROUP INC | FALLS CHURCH , Virginia | 19-732-5277 |
| OPTUMINSIGHT, INC. | SALT LAKE CITY , Utah | 60-857-9066 |
| AXOLOTL CORP. | SAN JOSE , California | 96-665-3313 |
| OPTUM PUBLIC SECTOR SOLUTIONS, INC. | ROCKVILLE , Maryland | 78-503-0714 |
| OPTUMINSIGHT LIFE SCIENCES, INC. | LINCOLN , Rhode Island | 01-087-0587 |
| LIGHTHOUSEMD, INC. | PROVIDENCE , Rhode Island | 80-810-7320 |
| PAYMENT RESOLUTION SERVICES, LLC | FRANKLIN , Tennessee | 83-676-2187 |
| QUALITY SOFTWARE SERVICES, INC. | COLUMBIA , Maryland | 02-201-6765 |
| OPTUM360, LLC | EDEN PRAIRIE , Minnesota | 07-916-7710 |

## Branches (Domestic)

| Company | City , State | D-U-N-S® NUMBER |
|---|---|---|
| OPTUMINSIGHT, INC. | CHADDS FORD , Pennsylvania | 01-305-6861 |
| OPTUMINSIGHT, INC. | MERCER ISLAND , Washington | 01-986-6573 |
| OPTUMINSIGHT, INC. | BUFFALO , New York | 03-412-7352 |
| OPTUMINSIGHT, INC. | SAN DIEGO , California | 05-300-8343 |
| OPTUMINSIGHT, INC. | DURHAM , North Carolina | 06-197-9212 |
| OPTUMINSIGHT, INC. | HOUSTON , Texas | 06-956-7506 |
| OPTUMINSIGHT, INC. | BASKING RIDGE , New Jersey | 08-679-0164 |
| OPTUMINSIGHT, INC. | SAINT PAUL , Minnesota | 12-071-1374 |
| OPTUMINSIGHT, INC. | OSSEO , Minnesota | 12-809-6158 |
| OPTUMINSIGHT, INC. | BEVERLY HILLS , California | 17-639-1191 |
| OPTUMINSIGHT, INC. | GRAPEVINE , Texas | 19-891-6707 |
| OPTUMINSIGHT, INC. | CARY , North Carolina | 84-812-2029 |
| OPTUMINSIGHT, INC. | SHORT HILLS , New Jersey | 84-812-7481 |
| OPTUMINSIGHT, INC. | PARSIPPANY , New Jersey | 84-812-8042 |
| OPTUMINSIGHT, INC. | NEWTON , Massachusetts | 84-811-6468 |
| OPTUMINSIGHT, INC. | CHEVY CHASE , Maryland | 84-811-9025 |
| OPTUMINSIGHT, INC. | MILWAUKEE , Wisconsin | 96-921-0905 |
| OPTUMINSIGHT, INC. | ROCKY HILL , Connecticut | 80-898-1315 |
| OPTUMINSIGHT, INC. | WALTHAM , Massachusetts | 80-795-8371 |
| OPTUMINSIGHT, INC. | SHAWNEE MISSION , Kansas | 82-717-3217 |

| | | |
|---|---|---|
| OPTUMINSIGHT, INC. | TUMWATER , Washington | 00-951-2215 |
| OPTUMINSIGHT, INC. | CHICAGO , Illinois | 60-384-9527 |

### Affiliates (Domestic)

| Company | City , State | D-U-N-S® NUMBER |
|---|---|---|
| UMR, INC. | WAUSAU , Wisconsin | 02-709-4882 |
| GOLDEN RULE INSURANCE COMPANY | INDIANAPOLIS , Indiana | 07-199-4651 |
| UNITED HEALTHCARE OF OHIO, INC. | COLUMBUS , Ohio | 09-502-6860 |
| UNITEDHEALTHCARE OF NEW ENGLAND, INC. | WARWICK , Rhode Island | 09-942-7155 |
| UNITEDHEALTHCARE OF WISCONSIN INC | MILWAUKEE , Wisconsin | 10-221-5993 |
| UNITED HEALTHCARE OF ILLINOIS | LISLE , Illinois | 10-694-6387 |
| UNITEDHEALTHCARE OF THE MIDLANDS, INC. | OMAHA , Nebraska | 11-869-3795 |
| UNITED HEALTHCARE OF FLORIDA, INC | MAITLAND , Florida | 16-960-6878 |
| OPTUMHEALTH CARE SOLUTIONS, LLC | EDEN PRAIRIE , Minnesota | 18-417-0082 |
| UNITED HEALTHCARE OF ARKANSAS INC | LITTLE ROCK , Arkansas | 79-430-0186 |
| UNITEDHEALTH CAPITAL INC | EDEN PRAIRIE , Minnesota | 84-831-0210 |
| OPTUMRX, INC. | IRVINE , California | 86-866-7106 |
| SPECIALTY BENEFITS, LLC | EDEN PRAIRIE , Minnesota | 79-113-6141 |
| OPTUM LABS DIMENSIONS, INC. | CAMBRIDGE , Massachusetts | 07-921-7987 |
| OPTUM LABS, INC | CAMBRIDGE , Massachusetts | 07-912-0785 |
| DIABETEX CORPORATION | BALTIMORE , Maryland | 79-047-4865 |
| OPTUM, INC. | EDEN PRAIRIE , Minnesota | 07-967-4279 |

## Predictive Scores

**Currency:** Shown in USD unless otherwise indicated

### D&B Viability Rating Summary

The D&B Viability Rating uses D&B's proprietary analytics to compare the most predictive business risk indicators and deliver a highly reliable assessment of the probability that a company will go out of business, become dormant/inactive, or file for bankruptcy/insolvency within the next 12 months. The D&B Viability Rating is made up of 4 components:

| 4 | Viability Score | Lowest Risk:1 | Highest Risk:9 |
|---|---|---|---|

**Compared to All US Businesses within the D&B Database:**

- Level of Risk: **Low Risk**
- Businesses ranked 4 have a probability of becoming no longer viable: **5 %**
- Percentage of businesses ranked 4: **14 %**
- Across all US businesses, the average probability of becoming no longer viable: **14 %**

| 5 | Portfolio Comparison | Lowest Risk:1 Highest Risk:9 |
|---|---|---|

**Compared to All US Businesses within the same MODEL SEGMENT:**

- Model Segment : **Established Trade Payments**
- Level of Risk: **Moderate Risk**
- Businesses ranked 5 within this model segment have a probability of becoming no longer viable: **5 %**
- Percentage of businesses ranked 5 with this model segment: **11 %**
- Within this model segment, the average probability of becoming no longer viable: **5 %**

| C | Data Depth Indicator | Predictive Data:A Descriptive Data:G |
|---|---|---|

**Data Depth Indicator:**

✓ Rich Firmographics
✓ Extensive Commercial Trading Activity
✗ No Financial Attributes

Greater data depth can increase the precision of the D&B Viability Rating assessment.

| Z | Company Profile | Subsidiary |
|---|---|---|

## Credit Capacity Summary

This credit rating was assigned because of D&B's assessment of the company's creditworthiness. For more information, see the

D&B Rating Key

D&B Rating : --

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a "-" symbol include: deficit net worth, bankruptcy proceedings, insufficient payment information, or incomplete history information.

**Below is an overview of the companys rating history since 06-28-2001**

| D&B Rating | Date Applied |
|---|---|
| -- | 07-06-2016 |
| ER1 | 06-24-2016 |
| -- | 07-23-2014 |
| ER1 | 06-19-2014 |
| -- | 03-28-2014 |
| ER1 | 06-03-2009 |
| ER2 | 01-31-2007 |
| -- | 08-28-2006 |
| ER1 | 11-21-2002 |
| 1R3 | 06-28-2001 |

| **Number of Employees Total:** | 2,703 (400 here) |
|---|---|

| **Payment Activity:** | **(based on 39 experiences)** |
|---|---|
| **Average High Credit:** | 65,314 |
| **Highest Credit:** | 500,000 |
| **Total Highest Credit:** | 917,550 |

## D&B Credit Limit Recommendation

| | |
|---|---|
| **Conservative credit Limit** | 7,500 |
| **Aggressive credit Limit:** | 30,000 |

**Risk category for this business :** **MODERATE TO HIGH**

The Credit Limit Recommendation (CLR) is intended to serve as a directional benchmark for all businesses within the same line of business or industry, and is not calculated based on any individual business. Thus, the CLR is intended to help guide the credit limit decision, and must be balanced in combination with other elements which reflect the individual company's size, financial strength, payment history, and credit worthiness, all of which can be derived from D&B reports.

Risk is assessed using D&Bs scoring methodology and is one factor used to create the recommended limits. See Help for details.

## Financial Stress Class Summary

The Financial Stress Score predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&Bs extensive data files.

The Financial Stress Class of 2 for this company shows that firms with this class had a failure rate of 0.09% (9 per 10,000), which is lower than the average of businesses in D & B's database

### Financial Stress Class : 2 (Lowest Risk:1; Highest Risk:5)

Lower than average risk of severe financial stress, such as a bankruptcy or going out of business with unpaid debt, over the next 12 months.

**Probability of Failure:**

Risk of Severe Financial Stress for Businesses with this Class: **0.09 %** (9 per 10,000)
Financial Stress National Percentile : **88** (Highest Risk: 1; Lowest Risk: 100)
Financial Stress Score : **1549** (Highest Risk: 1,001; Lowest Risk: 1,875)
Average Risk of Severe Financial Stress for Businesses in D&B database: **0.48 %** ( 48 per 10,000)

**The Financial Stress Class of this business is based on the following factors:**

High number of inquiries to D & B over last 12 months.
Low proportion of satisfactory payment experiences to total payment experiences.
High proportion of slow payment experiences to total number of payment experiences.
Unstable Paydex over last 12 months.
High proportion of past due balances to total amount owing.

**Notes:**

The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
The Probability of Failure shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Probability of Failure - National Average represents the national failure rate and is provided for comparative purposes.
The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&Bs file.
The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

| Norms | National % |
|---|---|
| This Business | 88 |
| Region: WEST NORTH CENTRAL | 76 |
| Industry: BUSINESS, LEGAL AND ENGINEERING SERVICES | 52 |
| Employee range: 500+ | 61 |
| Years in Business: 11-25 | 68 |

This Business has a Financial Stress Percentile that shows:

Lower risk than other companies in the same region.

Lower risk than other companies in the same industry.

Lower risk than other companies in the same employee size range.

Lower risk than other companies with a comparable number of years in business.

## Credit Score Summary

The Commercial Credit Score (CCS) predicts the likelihood of a business paying its bills in a severely delinquent manner (91 days or more past terms).

The Credit Score class of 5 for this company shows that 53.1% of firms with this class paid one or more bills severely delinquent, which is 5.21 times higher than the average of businesses in D & B's database.

**Credit Score Class : 5** Lowest Risk:1;Highest Risk :5

**Incidence of Delinquent Payment**

Among Companies with this Classification: **53.10 %**
Average compared to businesses in D&Bs database: **10.20 %**
Credit Score Percentile : **7** (Highest Risk: 1; Lowest Risk: 100)
Credit Score : **366** (Highest Risk: 101; Lowest Risk:670)

**The Credit Score Class of this business is based on the following factors:**

Evidence of negative trade
Increase in proportion of delinquent payments in recent payment experiences
Recent amount past due
Proportion of slow payment experiences to total number of payment experiences reported

**Notes:**

The Commercial Credit Score Risk Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience severe delinquency.
The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 91 days past due or more by creditors. The calculation of this value is based on D&B's trade payment database.
The Commercial Credit Score percentile reflects the relative ranking of a firm among all scorable companies in D&B's file.
The Commercial Credit Score offers a more precise measure of the level of risk than the Risk Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

| Norms | National % |
|---|---|
| This Business | 7 |

| | |
|---|---|
| Region: WEST NORTH CENTRAL | 65 |
| Industry: BUSINESS, LEGAL AND ENGINEERING SERVICES | 43 |
| Employee range: 500-38527 | 84 |
| Years in Business: 11-25 | 66 |

This business has a Credit Score Percentile that shows:

Higher risk than other companies in the same region.

Higher risk than other companies in the same industry.

Higher risk than other companies in the same employee size range.

Higher risk than other companies with a comparable number of years in business.

## Trade Payments

**Currency:** Shown in USD unless otherwise indicated

### D&B PAYDEX®

The D&B PAYDEX is a unique, weighted indicator of payment performance based on payment experiences as reported to D&B by trade references.
Learn more about the D&B PAYDEX

Timeliness of historical payments for this company.

| | | |
|---|---|---|
| **Current PAYDEX is** | **63** | Equal to 20 days beyond terms ( Pays more slowly than the average for its industry of 6 days beyond terms ) |
| **Industry Median is** | **76** | Equal to 6 days beyond terms |
| **Payment Trend currently is** | | Unchanged, compared to payments three months ago |

Indications of slowness can be the result of dispute over merchandise, skipped invoices etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

| | |
|---|---|
| **Total payment Experiences in D&Bs File (HQ)** | 39 |
| **Payments Within Terms (not weighted)** | 73 % |
| **Trade Experiences with Slow or Negative Payments(%)** | 10.26% |
| **Total Placed For Collection** | 0 |
| **High Credit Average** | 65,314 |
| **Largest High Credit** | 500,000 |
| **Highest Now Owing** | 15,000 |
| **Highest Past Due** | 0 |

**D&B PAYDEX® : 63** (Lowest Risk:100; Highest Risk:1)

**When weighted by amount, payments to suppliers average 20 days beyond terms**

**3-Month D&B PAYDEX® : 62** (Lowest Risk:100; Highest Risk:1)

**Based on payments collected over last 3 months.**

**When weighted by amount, payments to suppliers average 21 days beyond terms**

### D&B PAYDEX® Comparison

**Current Year**

PAYDEX® of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Computer programming svc, information retrieval sv, mgmt consulting svcs, management services , based on SIC code 7371 .

**Shows the trend in D&B PAYDEX scoring over the past 12 months.**

| | 4/16 | 5/16 | 6/16 | 7/16 | 8/16 | 9/16 | 10/16 | 11/16 | 12/16 | 1/17 | 2/17 | 3/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **This Business** | 74 | 74 | 76 | 75 | 74 | 74 | 69 | 69 | 69 | 63 | 63 | 63 |
| **Industry Quartiles** | | | | | | | | | | | | |
| Upper | . | . | 80 | . | . | 80 | . | . | 80 | . | . | . |
| Median | . | . | 76 | . | . | 76 | . | . | 76 | . | . | . |
| Lower | . | . | 69 | . | . | 69 | . | . | 69 | . | . | . |

Current PAYDEX for this Business is 63 , or equal to 20 days beyond terms
The 12-month high is 76 , or equal to 6 DAYS BEYOND terms
The 12-month low is 63 , or equal to 20 DAYS BEYOND terms

---

**Previous Year**

Shows PAYDEX of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Computer programming svc, information retrieval sv, mgmt consulting svcs, management services , based on SIC code 7371 .

| **Previous Year** | **03/15 Q1'15** | **06/15 Q2'15** | **09/15 Q3'15** | **12/15 Q4'15** |
|---|---|---|---|---|
| **This Business** | UN | 72 | 71 | 70 |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 80 | 80 |
| Median | 77 | 77 | 76 | 76 |
| Lower | 70 | 69 | 69 | 69 |

Based on payments collected over the last 4 quarters.

Current PAYDEX for this Business is 63 , or equal to 20 days beyond terms
The present industry median Score is 76 , or equal to 6 days beyond terms
Industry upper quartile represents the performance of the payers in the 75th percentile
Industry lower quartile represents the performance of the payers in the 25th percentile

## Payment Habits

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences to calculate the percentage, and the total credit value of the credit extended.

| $ Credit Extended | # Payment Experiences | Total Amount | % of Payments Within Terms |
|---|---|---|---|
| Over 100,000 | 2 | 750,000 | 67% |
| 50,000-100,000 | 1 | 55,000 | 0% |
| 15,000-49,999 | 3 | 80,000 | 100% |
| 5,000-14,999 | 4 | 27,500 | 91% |
| 1,000-4,999 | 1 | 1,000 | 100% |
| Under 1,000 | 3 | 900 | 89% |

Based on payments collected over last 24 months.

All Payment experiences reflect how bills are paid in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

## Payment Summary

There are 39 payment experience(s) in D&Bs file for the most recent 24 months, with 13 experience(s) reported during the last three month period.

The highest Now Owes on file is 15,000 . The highest Past Due on file is 0

Below is an overview of the companys currency-weighted payments, segmented by its suppliers primary industries:

| | Total Revd (#) | Total Amts | Largest High Credit | Within Terms (%) | Days Slow <31 | 31-60 | 61-90 | 90> (%) (%) |
|---|---|---|---|---|---|---|---|---|
| **Top Industries** | | | | | | | | |
| Public finance | 3 | 42,500 | 25,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg medical instrmnt | 2 | 750,000 | 500,000 | 67 | 0 | 0 | 0 | 33 |
| Nonclassified | 2 | 5,750 | 5,000 | 100 | 0 | 0 | 0 | 0 |
| Prepackaged software | 1 | 55,000 | 55,000 | 0 | 0 | 0 | 0 | 100 |
| Gravure printing | 1 | 30,000 | 30,000 | 100 | 0 | 0 | 0 | 0 |
| Nonphysical research | 1 | 25,000 | 25,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg photograph equip | 1 | 5,000 | 5,000 | 50 | 0 | 0 | 0 | 50 |
| Whol groceries | 1 | 1,000 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Newspaper-print/publ | 1 | 100 | 100 | 0 | 100 | 0 | 0 | 0 |
| Lithographic printing | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| **Other payment categories** | | | | | | | | |
| Cash experiences | 24 | 3,100 | 1,000 | | | | | |
| Payment record unknown | 1 | 50 | 50 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| Placed for collections | 0 | N/A | 0 | | | | | |
| **Total in D&B's file** | 39 | 917,550 | 500,000 | | | | | |

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

Indications of slowness can be result of dispute over merchandise, skipped invoices etc.

## Detailed payment history for this company

| Date Reported (mm/yy) | Paying Record | High Credit | Now Owes | Past Due | Selling Terms | Last Sale Within (month) |
|---|---|---|---|---|---|---|
| 03/17 | Ppt | 750 | 0 | 0 | | 6-12 mos |
| 02/17 | Ppt | 500,000 | 0 | 0 | | 2-3 mos |
| | Ppt | 30,000 | 50 | 0 | | 1 mo |
| | Ppt | 25,000 | 15,000 | 0 | | 1 mo |
| | Ppt | 5,000 | 100 | 0 | | 1 mo |
| | Ppt | 50 | | | | 1 mo |
| | Slow 90+ | 250,000 | 0 | 0 | | 6-12 mos |
| 01/17 | Ppt | 1,000 | 0 | 0 | | 6-12 mos |
| | Ppt-Slow 120 | 5,000 | 500 | | | 1 mo |
| | Slow 90+ | 55,000 | 0 | 0 | | 6-12 mos |
| | (011) | 1,000 | | | Cash account | 1 mo |
| | (012) | 50 | | | Cash account | 4-5 mos |
| 12/16 | (013) | 0 | 0 | 0 | Cash account | 6-12 mos |
| 11/16 | (014) | 50 | | | Cash | 6-12 mos |

| | | | | | account | |
|---|---|---|---|---|---|---|
| 10/16 | (015) | 50 | | | Cash account | 1 mo |
| | (016) | 50 | | | Cash account | 1 mo |
| 09/16 | (017) | 100 | | | Cash account | 6-12 mos |
| | (018) Cash own option . | 100 | | | Cash account | 1 mo |
| | (019) | 50 | | | Cash account | 6-12 mos |
| | (020) | 50 | | | Cash account | 1 mo |
| 07/16 | (021) | 100 | | | Cash account | 2-3 mos |
| | (022) | 100 | | | Cash account | 1 mo |
| | (023) | 100 | | | Cash account | 1 mo |
| | (024) | 50 | | | Cash account | 2-3 mos |
| | (025) Cash own option . | 50 | | | Cash account | 1 mo |
| 06/16 | (026) | 100 | | | Cash account | 1 mo |
| | (027) | 50 | | | Cash account | 1 mo |
| | (028) | 50 | | | Cash account | 1 mo |
| 05/16 | (029) | | | | Cash account | 1 mo |
| | (030) | 750 | | | Cash account | 1 mo |
| 03/16 | (031) | 100 | | | Cash account | 1 mo |
| 11/15 | (032) | 50 | | | Cash account | 1 mo |
| | (033) | 50 | | | Cash account | 1 mo |
| | (034) | 50 | | | | 1 mo |
| | (035) | 50 | | | Cash account | 4-5 mos |
| 09/15 | Slow 30 | 100 | 0 | 0 | | 6-12 mos |
| 05/15 | Ppt | 25,000 | | | | 1 mo |
| | Ppt | 10,000 | | | | 1 mo |
| | Ppt | 7,500 | | | | 1 mo |

Payments Detail Key: ■ 30 or more days beyond terms

Payment experiences reflect how bills are paid in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc. Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

## Public Filings

**Currency:** Shown in USD unless otherwise indicated

### Summary

A check of D&B's public records database indicates that no filings were found for OPTUMINSIGHT, INC. at 11000 Optim Circle , Eden Prairie MN .

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

## Suits

| | |
|---|---|
| **Status** | **Pending** |
| **CASE NO.** | 2010CV001781 |
| **Plaintiff** | ERICA C SPREEMAN |
| **Defendant** | INGENIX AND OTHERS |
| **Where filed** | OUTAGAMIE COUNTY CIRCUIT COURT, APPLETON, WI |
| **Date status attained** | 08/27/10 |
| **Date filed** | 08/27/10 |
| **Latest Info Received** | 08/31/10 |

| | |
|---|---|
| **Status** | **Pending** |
| **DOCKET NO.** | CV2006000836 |
| **Plaintiff** | PROGRESSIVE SPECIALTY INS CO |
| **Defendant** | INGENIX INC AND OTHERS |
| **Where filed** | LEE COUNTY CIRCUIT COURT, OPELIKA, AL |
| **Date status attained** | 12/20/06 |
| **Date filed** | 12/20/06 |
| **Latest Info Received** | 04/05/07 |

| | |
|---|---|
| **Suit Amount** | **2,116** |
| **Status** | **Pending** |
| **DOCKET NO.** | DC-005862-2006 |
| **Plaintiff** | SOMERSET ORTHOPEDIC |
| **Defendant** | UNITED HEALTHCARE, BASKING RIDGE, NJ |
| **Cause** | CONTRC-REG |
| **Where filed** | SOMERSET COUNTY SPECIAL CIVIL/SMALL CLAIMS COURT, SOMERVILLE, NJ |
| **Date status attained** | 10/31/06 |
| **Date filed** | 10/31/06 |
| **Latest Info Received** | 11/13/06 |

| | |
|---|---|
| **Suit Amount** | **754** |
| **Status** | **Pending** |
| **DOCKET NO.** | DC-005324-2006 |
| **Plaintiff** | SOMERSET ORTHOPEDIC ASSOCIATES |
| **Defendant** | UNITED HEALTHCARE, BASKING RIDGE, NJ |
| **Cause** | CONTRC-REG |
| **Where filed** | SOMERSET COUNTY SPECIAL CIVIL/SMALL CLAIMS COURT, SOMERVILLE, NJ |
| **Date status attained** | 10/02/06 |
| **Date filed** | 10/02/06 |
| **Latest Info Received** | 10/10/06 |

| | |
|---|---|
| **Suit Amount** | **4,404** |
| **Status** | **Pending** |

| | |
|---|---|
| **DOCKET NO.** | DC-005910-2005 |
| **Plaintiff** | SOMERSET ORTHOPEDIC ASSOCIATES |
| **Defendant** | UNITED HEALTHCARE, BASKING RIDGE, NJ |
| **Cause** | CONTRC-REG |
| **Where filed** | SOMERSET COUNTY SPECIAL CIVIL/SMALL CLAIMS COURT, SOMERVILLE, NJ |
| **Date status attained** | 12/02/05 |
| **Date filed** | 12/02/05 |
| **Latest Info Received** | 12/28/05 |

| | |
|---|---|
| **Status** | **Pending** |
| **CASE NO.** | CT00029705 |
| **Plaintiff** | JOHN BOWDEN |
| **Defendant** | INGENIX |
| **Where filed** | SHELBY COUNTY CIRCUIT COURT, MEMPHIS, TN |
| **Date status attained** | 01/18/05 |
| **Date filed** | 01/18/05 |
| **Latest Info Received** | 04/11/05 |

If it is indicated that there are defendants other than the report subject, the lawsuit may be an action to clear title to property and does not necessarily imply a claim for money against the subject.

## Special Events

**Currency:** Shown in USD unless otherwise indicated

### Special Events

**07/07/2016**

Business address has changed from 13625 Technology Dr, Eden Prairie, MN, 55344 to 11000 Optim Circle, Eden Prairie, MN, 55344.

## History & Operations

**Currency:** Shown in USD unless otherwise indicated

### Company Overview

| | |
|---|---|
| **Company Name:** | OPTUMINSIGHT, INC. |
| **Doing Business As :** | (SUBSIDIARY OF UNITED HEALTHCARE SERVICES, INC., MINNETONKA, MN) |
| **Street Address:** | 11000 Optim Circle<br>Moved From: 13625 Technology Dr, Eden Prairie, Mn<br>Eden Prairie , MN 55344 |
| **Phone:** | 952 833-7100 |
| **Fax:** | 952-833-7079 |
| **URL:** | http://www.optuminsight.com |
| **History** | Is incomplete |
| **Present management control** | 21 years |

### History

The following information was reported: **07/07/2016**

**Officer(s):**

BILL MILLER, CEO
LEE VALENTA, PRES
ERIC D MURPHY, PRES
GERALD KNUTSON, CFO
KAREN ERICKSON, EXE V PRES
STEVE LARSEN, EXE V PRES
JIM MURPHY, EXE V PRES
LYNN MYHRAN, SR V PRES
WILLIAM H CROWN, PRES
TIMOTHY A WICKS, PRES

**DIRECTOR(S) :**

THE OFFICER(S)

A check with the Minnesota Secretary of State as of June 02, 2016, revealed no charter or a foreign registration.

Business started Oct 1996 by the parent company. 100% of capital stock is owned by the parent company.

The company was originally incorporated in Delaware on Oct 13, 1993 as Acquistion United Inc. On Oct 10, 1996 Acquisition United Inc, changed it's name to Applied Healthcare Informatics Inc, by corporate charter amendment. On Sept 1, 1998, Applied Healthcare Informatics Inc changed it's name to Ingenix Inc, by corporate charter amendement. All the subsidiaries of Ingenix Inc operate using the "Ingenix " name as a DBA name.

**RECENT EVENTS :**

On June 15, 2011, sources stated that Ingenix, Inc., Eden Prairie, MN, has acquired Axolotl Corp., San Jose, CA, on August 16, 2010. With this acquisition, Axolotl Corp. will operate as a subsidiary of Ingenix, Inc. Further details were not available.

On March 22, 2011, sources stated that Inventiv Health, Inc., Somerset, NJ, has acquired i3 Clinical Trials Businesses from Ingenix, Inc., Eden Prairie, MN, on January 20, 2011. With this transaction, i3 Clinical Trials Businesses will be a part of Inventiv Health, Inc. Further details are not disclosed.

On December 20, 2010, sources stated that Mitchell International, Inc., San Diego, CA, announced the successful close of its purchase of Ingenix's, Eden Pairie, MN, P & C medical bill review business. Further details were not disclosed.

On November 22, 2010, an inside source stated that Ingenix, Inc., Eden Prairie, MN, has acquired CareMedic Systems, Inc., Saint Petersburg, FL, on November 10, 2009. With this acquisition, CareMedic Systems, Inc. will operate as a wholly owned subsidiary of Ingenix, Inc. The employees and management were retained at this time. Further details are not disclosed.

On August 31, 2010, an inside source stated that Ingenix, Inc., Eden Prairie, MN, has completed its acquisition of Picis, Inc., Wakefield, MA, on August 23, 2010. With this acquisition, Picis, Inc. will operate as a wholly-owned subsidiary of Ingenix, Inc. Employees and management were retained. Financial terms were not disclosed.

On April 14, 2010, sources stated that Ingenix, Inc., Eden Prairie, MN, has acquired QualityMetric Incorporated, Lincoln, RI, on March 24, 2010. With this acquisition, QualityMetric Incorporated will operate as a wholly owned subsidiary of Ingenix, Inc. The employees and management were retained at this time. Further details are not disclosed.

On June 3, 2009, sources stated that Ingenix, Inc., Eden Prairie, MN, has acquired AIM Healthcare Services, Inc., Franklin, TN, on June 1, 2009. With this acquisition, AIM Healthcare Services, Inc. will operate as a subsidiary of Ingenix, Inc. Terms of the all-cash transaction were not disclosed.

On July 31, 2008, sources stated that Ingenix, Inc., Eden Prairie, MN announced that it has completed the acquisition of LighthouseMD, Inc., Providence, RI on September 4, 2007. With this acquisition, LighthouseMD, Inc. will operate as a subsidiary of Ingenix, Inc. The employees and management have been retained. Terms of transaction were not disclosed.

On June 12, 2007 Ingenix Inc, Eden Prairie, MN, announced that it has acquired The Lewin Group, Falls Church, VA. Terms of the transaction were not disclosed. The Lewin Group will operate with editorial independence. Further details are unavailable at this time.

On August 9, 2006, an inside source at NWH Inc, New York, NY, stated that NWH became a wholly owned subisidary of Ingenix Inc, Eden Prairie, MN. Ingenix merged a wholly owned subisidary with and into NWH with NWH remaining as the survivor.

On May 25, 2006, Ingenix, Eden Prairie, MN announced that it has completed the acquisition of Claredi Corporation, Kaysville, UT. Terms of the transaction were not disclosed. Repeated attempts to contact the management were unsuccessful. Further details are unavailable at this time.

BILL MILLER. 2008-present active here.

LEE VALENTA. Antecedents not available.

ERIC D MURPHY. Antecedents not available.

GERALD KNUTSON. Prior to his role at OptumInsight, Mr. Knutson served as Chief Financial Officer for Ovations.

KAREN ERICKSON. Antecedents not available.

STEVE LARSEN. Antecedents not available.

JIM MURPHY. Antecedents not available.

LYNN MYHRAN. Antecedents not available.

WILLIAM H CROWN. Antecedents not available.

TIMOTHY A WICKS. Antecedents not available.

Business address has changed from 13625 Technology Dr, Eden Prairie, MN, 55344 to 11000 Optim Circle, Eden Prairie, MN, 55344.

**Operations**

**07/07/2016**

Subsidiary of United Healthcare Services, Inc., Minnetonka, MN. Intercompany relations: Reported by management to consist of occasional loans and advances and merchandise transactions and service transactions.

As noted, this company is a subsidiary of United Healthcare Services Inc, Duns number 07-177-8674. Reference can be made for financial information on the ultimate parent company, Unitedhealth Group Inc report Duns #11-287-1561. Or you may refer to their website. http://www.unitedhealthgroup.com/Investors/FinancialReports.aspx.

**Description:** Provides computer programming services, specializing in software development. Provides information retrieval services, specializing in data base information. Provides management consulting services. Provides management services, specializing in business management.

ADDITIONAL TELEPHONE NUMBER(S): Facsimile (Fax) 952 833-7079.

Terms are undetermined. Sells to undetermined. Territory : United States.

Nonseasonal.

**Employees:** 2,703 which includes officer(s). 400 employed here.

**Facilities:** Occupies premises in a building.

**Branches:** This business has multiple branches, detailed branch/division information is available in D & B's linkage or family tree products.

**Subsidiaries:** This business has multiple subsidiaries, detailed subsidiary information is available in D & B's linkage or family tree products.

### SIC & NAICS

**SIC:**

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific about a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

7371 0301 Computer software development

7375 9901 Data base information retrieval

8742 0000 Management consulting services

8741 0100 Business management

**NAICS:**

541511 Custom Computer Programming Services

519190 All Other Information Services

541611 Administrative Management and General Management Consulting Services

561110 Office Administrative Services

## Financials

### Company Financials: D&B

### Additional Financial Data

**As of June 24, 2016, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location. Incomplete history caption has been applied due to the following factor**
-- Corporate charter information is unavailable from the Secretary of State on this corporation which was established more than one year prior to.

## Request Financial Statements

**Request Financial Statements**

Requested financials are provided byOPTUMINSIGHT, INC.and are not DUNSRight certified.

## Key Business Ratios

D & B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

**Based on this Number of Establishments** 50

**Industry Norms Based On 50 Establishments**

| | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales % | UN | 4.6 | UN |
| Return on Net Worth % | UN | 7.1 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 2.4 | UN |
| Quick Ratio | UN | 1.8 | UN |
| **Efficiency** | | | |
| Assets to Sales % | UN | 141.7 | UN |
| Sales / Net Working Capital | UN | 2.3 | UN |
| **Utilization** | | | |
| Total Liabilities / Net Worth (%) | UN | 65.9 | UN |

UN = Unavailable

# Detailed Trade Risk Insight™

Detailed Trade Risk Insight provides detailed updates on over 1.5 billion commercial trade experiences collected from more than 260 million unique supplier/purchaser relationships.

**Days Beyond Terms - Past 3 & 12 Months**

**3 months** from Jan 17 to Mar 17

Dollar-weighted average of **5** payment experiences reported from **5** companies

**12 months** from Apr 16 to Mar 17

Dollar-weighted average of **9** payment experiences reported from **8** companies

**Derogatory Events Last 13 Months from Mar 16 to Mar 17**

No Derogatory trade Event has been reported on this company for the past 13 Months

**Total Amount Current and Past Due - 13 month trend from Mar 16 to Mar 17**

| Status | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 1,220,893 | 1,220,893 | 835 | 835 | 54,635 | 921,987 | 55,685 | 54,850 | 1,133,913 | 59,893 | 81,643 | 81,643 | 27,843 |

| Current | 1,220,893 | 1,220,893 | 835 | 835 | 54,635 | 868,187 | 1,885 | 1,050 | 1,080,113 | 6,093 | 27,843 | 27,843 | 27,843 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-30 Days Past Due | - | - | - | - | - | 53,800 | - | - | - | - | - | - | - |
| 31-60 Days Past Due | - | - | - | - | - | - | 53,800 | - | - | - | - | - | - |
| 61-90 Days Past Due | - | - | - | - | - | - | - | 53,800 | - | - | - | - | - |
| 90+ Days Past Due | - | - | - | - | - | - | - | - | 53,800 | 53,800 | 53,800 | 53,800 | - |

This information may not be reproduced in whole or in part by any means of reproduction.

**© 2005-2017 Dun & Bradstreet, Inc.**