# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *United Food & Commercial Workers Health & Welfare Fund of Northeastern Penn.*, Case No. 17-op-45177 | Judge Dan Aaron Polster |
| *Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002 | |
| *Louisiana Assessors Ins. Fund*, Case No. 18-op-46223 | |
| *Pioneer Telephone Cooperative Inc. Employee Benefits Plan*, Case No. 18-op-46186 | |

## PARTIES' JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER FOR THIRD PARTY PAYOR BELLWETHER CASES

On October 2, 2024, the Court entered the Second Amended Case Management Order for Third Party Payor Bellwether Cases, ECF No. 5666. The Court subsequently modified certain deadlines in the Second Amended Case Management Order. *See* ECF No. 5814, 5815, 6039. The Court has previously indicated that any party may apply at any time for a modification or exception to its Case Management Orders. *See, e.g.,* Case Management Order One, Apr. 11, 2018, ECF No. 232.

Deadlines in the Second Amended Case Management Order for Third Party Payor Bellwether Cases require modification because the initial fact discovery ordered in these

bellwether cases remains ongoing, which impacts the operative deadlines in the Case Management Order. As such, the Parties jointly request the following modifications to the Court's Second Amended Case Management Order, ECF No. 5666:

| CMO Provision | Current Date | Revised Date |
|---|---|---|
| TPPs to complete production of BW claims data (Section F.1) | November 8, 2024 | July 21, 2025 |
| Deadline to raise disagreements regarding custodians and search terms (Section F.2.iii) | January 17, 2025 | September 29, 2025 |
| Deadline to commence custodial document productions, which must continue on rolling basis (Section F.2.iv) | March 14, 2025 | November 24, 2025 |
| Deadline to serve written discovery on parties (Section F.2.v) | July 31, 2025 | April 13, 2026 |
| Deadline to complete document productions (Section F.2.vi) | August 29, 2025 | May 11, 2026 |
| Deadline to serve third-party subpoenas (Section F.2.vii) | September 12, 2025 | May 26, 2026 |
| Close of party fact discovery and third-party discovery (Section F.2.viii) | December 12, 2025 | August 24, 2026 |
| TPPs to serve expert reports and provide two proposed deposition dates (Section H.1) | January 30, 2026 | October 13, 2026 |
| Window for TPP expert depositions (Section H.1) | February 20 – March 13, 2026 | November 2, 2026 – November 23, 2026 |
| Defendants to serve expert reports and provide two proposed deposition dates(Section H.2) | March 31, 2026 | December 11, 2026 |
| Window for Defendant expert depositions (Section H.2) | April 21 – May 12, 2026 | January 6, 2027 – January 27, 2027 |
| *Daubert* and Dispositive Motions (Section I.1) | June 2, 2026 | February 16, 2027 |
| Responses to *Daubert* and Dispositive Motions (Section I.1) | August 3, 2026 | April 19, 2027 |
| Replies to *Daubert* and Dispositive Motions (Section I.1) | September 2, 2026 | May 19, 2027 |

2

Good cause supports granting this request for the reasons identified above.  The Parties have met and conferred concerning the requested modification and granting it will enable this matter to proceed in an efficient manner.  All other provisions included in the Second Amended Case Management Order for Third Party Payor Bellwether Cases (ECF No. 5666) would remain unaffected.

Dated: June 12, 2025                                            Respectfully submitted,

**Defendants:**

/s/ Rebecca Fitzpatrick
Joseph N. Parsons
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Tel.: (412) 394-9590
jparsons@jonesday.com

Janine Cone Metcalf
Michael Fraser Stoer
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Tel.: (404) 521-3939
jmetcalf@jonesday.com
mstoer@jonesday.com

Rebecca Fitzpatrick, P.C.
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel.: (312) 862-2000
Rebecca.fitzpatrick@kirkland.com

*Counsel for Defendants Allergan plc, Allergan Finance LLC, Allergan USA, Inc., Allergan Sales, LLC*

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037-1525
Tel.: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Indiana L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Orlando Florida Distribution, L.L.C., Pennsylvania CVS Pharmacy L.L.C., New Jersey CVS Pharmacy, L.L.C., Louisiana CVS Pharmacy, L.L.C., Oklahoma CVS Pharmacy, L.L.C., and CVS Pharmacy, Inc.*

*/s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 430-6000
clifland@omm.com

*Counsel for Johnson & Johnson; Janssen Pharmaceutical, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk
Evan K. Jacobs
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Tel.:  (215) 963-5000
eric.sitarchuk@morganlewis.com
evan.jacobs@morganlewis.com

*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Actavis Pharma, Inc., Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc., and Actavis Laboratories FL, Inc.*

*/s/Matthew R. Ford*
Matthew R. Ford
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel.: (312) 494-4400
matthew.ford@bartlitbeck.com

Eric F. Dement
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Tel.: (303) 592-3138
eric.dement@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

*/s/ Tara A. Fumerton*
Tara A. Fumerton
Tina M. Tabacchi
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Tel.: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

4

**Plaintiffs:**

/s/ *Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Tel.: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/ *Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Tel.: (843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR  00907
Tel.: (304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

/s/ *James R. Dugan II*
James R. Dugan II
Dugan Law Firm
One Canal Place – Suite 1000
365 Canal Street
New Orleans, LA  70130
Tel.: (504) 648-0180
jdugan@dugan-lawfirm.com

Elizabeth J. Cabraser
Lieff Cabraser Heimann & Bernstein
275 Battery Street, Suite 2900
San Francisco, CA  94111
Tel.: (415) 956-1000
ecabraser@lchb.com

Paul J. Geller
Robbins Geller Rudman & Dowd
225 NE Mizner Blvd., Suite 720
Boca Raton, FL  33432
Tel.: (561) 750-3000
pgeller@rgrdlaw.com

*Plaintiffs' Executive Committee Members
Representing TPP Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

> */s/ Tara A. Fumerton*
> Tara A. Fumerton
> Tina M. Tabacchi
> JONES DAY
> 110 North Wacker Dr.
> Suite 4800
> Chicago, IL 60606
> Tel.: (312) 782-3939
> tmtabacchi@jonesday.com
> tfumerton@jonesday.com
>
> *Counsel for Walmart Inc.*