# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *United Food & Commercial Workers Health & Welfare Fund of Northeastern Penn.*, Case No. 17-op-45177 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |
| *Sheet Metal Workers Local No. 25 Health & Welfare Fund*, Case No. 18-op-45002 | |
| *Louisiana Assessors Ins. Fund*, Case No. 18-op-46223 | |
| *Pioneer Telephone Cooperative Inc. Employee Benefits Plan*, Case No. 18-op-46186 | |

## [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT ORDER FOR THIRD PARTY PAYOR BELLWETHER CASES

AND NOW, this ____ day of June, 2025, upon consideration of the Parties' Joint Motion to Modify the Case Management Order for Third Party Payor Bellwether Cases, it is hereby ORDERED that the Parties' Joint Motion is GRANTED and the Court's Second Amended Case Management Order for Third Party Payor Bellwether Cases, ECF No. 5666, is hereby MODIFIED as follows:

| CMO Provision | Current Date | Revised Date |
|---|---|---|
| TPPs to complete production of BW claims data (Section F.1) | November 8, 2024 | July 21, 2025 |
| Deadline to raise disagreements regarding custodians and search terms (Section F.2.iii) | January 17, 2025 | September 29, 2025 |
| Deadline to commence custodial document productions, which must continue on rolling basis (Section F.2.iv) | March 14, 2025 | November 24, 2025 |
| Deadline to serve written discovery on parties (Section F.2.v) | July 31, 2025 | April 13, 2026 |
| Deadline to complete document productions (Section F.2.vi) | August 29, 2025 | May 11, 2026 |
| Deadline to serve third-party subpoenas (Section F.2.vii) | September 12, 2025 | May 26, 2026 |
| Close of party fact discovery and third-party discovery (Section F.2.viii) | December 12, 2025 | August 24, 2026 |
| TPPs to serve expert reports and provide two proposed deposition dates (Section H.1) | January 30, 2026 | October 13, 2026 |
| Window for TPP expert depositions (Section H.1) | February 20 – March 13, 2026 | November 2, 2026 – November 23, 2026 |
| Defendants to serve expert reports and provide two proposed deposition dates (Section H.2) | March 31, 2026 | December 11, 2026 |
| Window for Defendant expert depositions (Section H.2) | April 21 – May 12, 2026 | January 6, 2027 – January 27, 2027 |
| *Daubert* and Dispositive Motions (Section I.1) | June 2, 2026 | February 16, 2027 |
| Responses to *Daubert* and Dispositive Motions (Section I.1) | August 3, 2026 | April 19, 2027 |
| Replies to *Daubert* and Dispositive Motions (Section I.1) | September 2, 2026 | May 19, 2027 |

All other provisions included in the Second Amended Case Management Order for Third Party Payor Bellwether Cases (ECF No. 5666) remain unaffected.

**BY THE COURT:**

Dated: June ___, 2025

*s/*_____
HON. DAN AARON POLSTER
United States District Judge