UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO:<br><br>*ALL THIRD PARTY PAYOR ACTIONS* | | |

### NOTICE OF SETTLEMENT ON APPEAL AND JOINT MOTION FOR A HEARING FOR AN INDICATIVE RULING

Third Party Payor ("TPP") Plaintiffs and Class Representatives Cleveland Bakers and Teamsters Health and Welfare Fund, Pipe Fitters Local Union No. 120 Insurance Fund, Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, Louisiana Assessors' Insurance Fund, Flint Plumbing and Pipefitting Industry Health Care Fund, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health & Welfare Fund, on behalf of themselves and the Settlement Class they represent; Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors"); and Objector United HealthCare Services, Inc. ("United") (collectively, "Parties"), hereby provide notice of their settlement, subject to this Court's approval, of all matters in dispute on a class-wide basis. Accordingly, pursuant to Rules 62.1 and 23(e)(5)(c) of the Federal Rules of Civil Procedure, the Parties jointly request a hearing, at the Court's earliest convenience, in order for the Court to

provide an indicative ruling as to whether the Court would approve the Parties' settlement upon remand from the Sixth Circuit Court of Appeals.

On January 15, 2025, this Court granted the TPP Plaintiffs' Motion for Final Approval of Class Action Settlement and for Attorneys' Fees, Expenses, and Service Awards (ECF 5694, 5802), wherein it: certified the TPP Settlement Class; appointed the undersigned as Settlement Class Counsel; appointed the TPP Plaintiffs as Settlement Class Representatives; granted the requested fees, expenses, and service awards; overruled the objections of the single objector, United (ECF 5746, 5867); denied United's request to take discovery (ECF 5854); and held that the TPP Class Settlement met each of Rule 23(e) factors. ECF No. 5869. On February 13, 2025, Objector United filed a notice of appeal. ECF 5944. During the pendency of the appeal and prior to United filing its opening brief, the TPP Class Counsel, United's counsel, and Settling Distributors' counsel participated in settlement discussions under the auspices of mediator Fouad Kurdi, and reached a settlement and release on behalf of the Parties ("Settlement Agreement"). The settlement does not reduce or otherwise affect the recovery of Settlement Class members under the TPP Class Settlement approved by this Court on January 15, 2025, except to eliminate any risk or delay in the payment of TPP Settlement Class Members' claims thereunder. Because the Parties' Settlement Agreement is supplemental to the TPP Class Settlement, one of its terms is that it shall be submitted to this Court in order for the Court to conduct a hearing and approve the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(2).

Appellant's brief is currently due on Monday, June 30, 2025. Accordingly, the Parties respectfully request that this Court schedule a hearing at its earliest convenience regarding the settlement, and to enter an order, pursuant to Fed. R. Civ. P. 62.1, indicating whether it will accept limited remand of this case from the Sixth Circuit Court of Appeals in order to approve the proposed settlement. A proposed order is submitted herewith.

| | |
|---|---|
| DATED: June 12, 2025 | Respectfully submitted |
| | *s/Paul J. Geller* |
| | Paul J. Geller |
| | Mark J. Dearman |
| | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| | 225 NE Mizner Boulevard, Suite 720 |
| | Boca Raton, FL 33432 |
| | Telephone: (561) 750 3000 |
| | pgeller@rgrdlaw.com |
| | mdearman@rgrdlaw.com |

*Settlement Class Counsel; Counsel for Cleveland Bakers and Teamsters Health and Welfare Fund, and Pipe Fitters Local Union No. 120 Insurance Fund*

*s/Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Eric B. Fastiff
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
ecabraser@lchb.com
efastiff@lchb.com

*Settlement Class Counsel; Counsel for Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan*

*s/James R. Dugan, II*
James R. Dugan, II
**THE DUGAN LAW FIRM, PC**
One Canal Place, Suite 1000
New Orleans, LA 70130

*Settlement Class Counsel; Counsel for United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health and Welfare Fund*

Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
**MOTLEY RICE**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
**FARRELL & FULLER LLC**
270 Munoz Rivera Ave., Suite 201
San Juan, PR 00918
Telephone: (304) 654-8281
paul@farrelfuller.com

*Plaintiffs' Co-Lead Counsel*

*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Ave. East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

*s/Michael T. Reynolds*

Michael T. Reynolds
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West 375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1552
Facsimile: (212) 474-3700
MReynolds@cravath.com

*Counsel for Cencora, Inc. (f/k/a AmerisourceBergen Corporation)*

*s/Elaine P. Golin*

Elaine P. Golin
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street New York, NY 10019
Telephone: (212) 403-1118 EPGolin@wlrk.com

*Counsel for Cardinal Health, Inc.*

*s/Jenna E. Ross*

Jenna E. Ross
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1668
jross@jenner.com

*Counsel for McKesson Corporation*

*s/Thomas Mahlum*

Thomas Mahlum
**ROBINS KAPLAN**
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
tmahlum@robinskaplan.com

*Counsel for United HealthCare Services, Inc.*

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that, on June 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

*s/Peter H. Weinberger*
Peter Weinberger