# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 ) |
| THIS DOCUMENT RELATES TO: | ) Judge Dan Aaron Polster ) |
| *ALL THIRD PARTY PAYOR ACTIONS* | ) ) |

## [PROPOSED] ORDER

This matter comes before the Court upon the joint motion of Third Party Payor Plaintiffs and Settlement Class Representatives Cleveland Bakers and Teamsters Health and Welfare Fund, Pipe Fitters Local Union No. 120 Insurance Fund, Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, Louisiana Assessors' Insurance Fund, Flint Plumbing and Pipefitting Industry Health Care Fund, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health & Welfare Fund, on behalf of themselves and the Settlement Class they represent; Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation; and Objector United HealthCare Services, Inc., pursuant to Rules 62.1 and 23(e)(5)(c) of the Federal Rules of Civil Procedure, requesting that the Court schedule a hearing to evaluate the settlement and to provide an indicative ruling as to whether the Court would approve the Parties' settlement upon remand from the Sixth Circuit Court of Appeals.

Having considered the Parties' joint submission, the Court finds that it is appropriate to schedule a hearing to evaluate the settlement, in order to indicate whether, pursuant to Fed. R. Civ. P. 62.1, it will accept limited remand of this case from the Sixth Circuit Court of Appeals in order to approve the proposed settlement. The hearing on this matter is set for: _____ at _____ am/pm.

**IT IS SO ORDERED.**

DATED: _____         _____
                                    THE HONORABLE DAN A. POLSTER
                                    UNITED STATES DISTRICT JUDGE