UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 ) |
| THIS DOCUMENT RELATES TO: | ) Judge Dan Aaron Polster ) |
| *ALL THIRD PARTY PAYOR ACTIONS* | ) ) |

**ORDER**

THIS MATTER having come before the Court by way of motion under Fed. R. Civ. P. 62.1(a) and Fed. R. Civ. P. 23(e)(5)(B) for an indicative ruling and approval of a settlement of (1) Third Party Payor Plaintiffs and Settlement Class Representatives Cleveland Bakers and Teamsters Health and Welfare Fund, Pipe Fitters Local Union No. 120 Insurance Fund, Pioneer Telephone Cooperative, Inc. Employee Benefits Plan, American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, Louisiana Assessors' Insurance Fund, Flint Plumbing and Pipefitting Industry Health Care Fund, United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania, and Sheet Metal Workers Local No. 25 Health & Welfare Fund, on behalf of themselves and the Settlement Class they represent; and (2) Cencora, Inc., Cardinal Health, Inc., and McKesson Corporation ("Settling Distributors"), with (3) Objector/Appellant Objector United HealthCare Services, Inc. (the "Objector/Appellant");

WHEREAS, on January 15, 2025, the Court granted final approval of a TPP Class Settlement with Settling Distributors and overruled Objector/Appellant's objection (ECF No. 5869);

WHEREAS, Objector/Appellant timely filed a notice of appeal regarding the Court's Final Order and Judgment on February 13, 2025 (ECF No. 5944), which is currently pending before the United States Court of Appeals for the Sixth Circuit as case number 25-3118 ("Appeal");

WHEREAS, TPP Settlement Class Representatives and the Settling Distributors have reached a settlement agreement with Objector/Appellant;

WHEREAS, the Court understands that distribution of approved settlement funds to TPP Settlement Class Members who file claims will be delayed until the Objector/Appellant's Appeal is resolved;

WHEREAS, settlement of Objector/Appellant's objection and Appeal is in the best interests of all TPP Settlement Class Members and Settling Distributors; and

WHEREAS, the Court lacks authority to grant approval of the settlement because the Appeal has been docketed and is pending in the Court of Appeals for the Sixth Circuit,

IT IS ORDERED and ADJUDGED as follows:

The Court states it will grant approval of the settlement with Objector/Appellant if the Court of Appeals for the Sixth Circuit remands for that purpose.

**IT IS SO ORDERED.**

DATED: __6/16/2025____               _s/Dan Aaron Polster_____
                                     THE HONORABLE DAN A. POLSTER
                                     UNITED STATES DISTRICT JUDGE