**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL No. 2804** |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) ) | **CASE NO. 1:17-MD-2804-DAP** **JUDGE DAN AARON POLSTER** |

**ABBVIE INC. AND KNOLL PHARMACEUTICAL COMPANY'S**
**AMENDED NOTICE OF FILING REQUESTED SERVICE**
**WAIVER FORM AND DESIGNATION FOR ACCEPTANCE**

Pursuant to the Court's Case Management Order One filed on April 11, 2018 (Dkt. 232), and in accordance with Section 6(d), defendants AbbVie Inc. and Knoll Pharmaceutical Company (a) give notice of attaching the forms for waiver of service, which are modified in accordance with the Court's orders, as Exhibits A and B and (b) designate Jeffrey J. Jones as the person to electronically receive service waiver requests, complete with all required case information and a PDF copy of the complaint and any exhibits, for AbbVie Inc. and Knoll Pharmaceutical Company via email.  Mr. Jones's contact information is as follows:

> **Jeffrey J. Jones**
> **JONES DAY**
> **150 West Jefferson**
> **Suite 2100**
> **Detroit, Michigan 48226-4438**
> **Telephone:    (313) 733-3939**
> **Facsimile:     (313) 230-7997**
> **jjjones@jonesday.com**

NAI-5001266901v2

This amended notice and the revised waiver of service forms replace the notice and forms filed on behalf of AbbVie Inc. and Knoll Pharmaceutical Company on March 7, 2024 (Dkt. 5348).

Dated:  June 18, 2025                                              Respectfully submitted,


                                                                                                                   */s/ Jeffrey J. Jones*  
                                                                                                                    Jeffrey J. Jones (0030059)  
                                                                                                                    JONES DAY  
     150 West Jefferson  
     Suite 2100  
     Detroit, Michigan  48226-4438  
     Telephone:     (313) 733-3939  
     Facsimile:      (313) 230-7997  
     jjjones@jonesday.com

*Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

Dated:  June 18, 2025                                             Respectfully submitted,

/s/ Jeffrey J. Jones
Jeffrey J. Jones
JONES DAY
150 West Jefferson
Suite 2100
Detroit, Michigan  48226-4438
Telephone:    (313) 733-3939
Facsimile:     (313) 230-7997
jjjones@jonesday.com

*An Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

NAI-5001266901v2