UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2804 Case<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## PLAINTIFFS' RESPONSE TO BELLWETHER SELECTION PROCESS REGARDING HY-VEE, INC.

In accordance with the Court's Order Setting Bellwether Process for Defendant Hy-Vee, Inc. ("Hy-Vee") (Minute Order on May 28, 2025), Plaintiffs hereby strike the case of Winneshiek County, Iowa v. Purdue Pharma, et al., No. 1:18-op-45122-DAP (S.D. Iowa, Case No. 4:18-cv-00011).

Plaintiffs' decisions with respect to the Iowa plaintiffs are based on ARCOS data from 2006 through 2019. Plaintiffs do not have Hy-Vee ARCOS data post 2019, and Hy-Vee has not produced Iowa dispensing data to Plaintiffs. Possession of the dispensing data for the state of Iowa from 2006 to present would present a much more accurate picture of Hy-Vee's market share presence. It is likely Hy-Vee is making its selection and strike after reviewing its own dispensing data and is using the information to its advantage.

For these reasons and others, Plaintiffs reserve all rights, claims and objections with respect to the proceeding Iowa cases, including but not limited to the bellwether selections.

Dated: June 18, 2025               Respectfully submitted,

                                        Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304) 654-8281
paul@farrellfuller.com

*MDL Plaintiffs' Co-Lead Counsel*


*/s/ Peter H. Weinberger*
Peter H. Weinberger
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (fax)
pweinberger@spanglaw.com

*MDL Plaintiffs' Liaison Counsel*

2

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                        */s/Peter H. Weinberger*
                                                        Peter H. Weinberger