**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **CASE NO. 1:17-MD-2804-DAP** <br> **JUDGE DAN AARON POLSTER** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, SHARON L. NELLES, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of the United States District Court for the Southern District of New York, hereby enters her appearance as additional counsel in the above-captioned action for UnitedHealth Group Incorporated; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.  This entry of appearance is subject to and without waiver of any applicable defenses, including but not limited to lack of personal jurisdiction.

Dated: June 18, 2025
      New York, New York

                                   /s/ Sharon L. Nelles
                                   Sharon L. Nelles
                                   New York Reg. No. 2613073
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, New York  10004
                                   nelless@sullcrom.com
                                   Telephone:  (212) 558-4000
                                   Facsimile:   (212) 558-3588

*Attorney for UnitedHealth Group Incorporated; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; OptumRx, Inc.; OptumRx Discount Card Services, LLC; Optum Perks, LLC; OptumHealth Care Solutions, LLC; OptumHealth Holdings, LLC; and Optum Health Networks, Inc.*