# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.*; Case No. 18-op-46046 | MDL No. 2804<br>Case No. 17-md-2804<br><br><br><br>Judge Dan Aaron Polster |

### PLAINTIFF SAINT ELIZABETH'S MOTION (1) TO VACATE JUNE 16, 2025 ORDER AND (2) FOR CLARIFICATION OF MARCH 11, 2025 AND JUNE 16, 2025 ORDERS

Plaintiff Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare ("St. Elizabeth") respectfully moves:

(1) Pursuant to Fed. R. Civ. P. 59, for an order vacating the Court's non-document Order entered June 16, 2025 (the "June 16 Order"); and

(2) for an order of clarification of (a) the Court's "Case Management Order" [Dkt. No. 44 in 18-op-46046] (the "CMO") entered March 11, 2025, and (b) (to the extent not vacated) the Court's non-document order entered June 16, 2025. St. Elizabeth seeks an order clarifying that the CMO was intended to, and did, stay all claims not scheduled to be tried in the hospital bellwether trial.

A memorandum of law (the "Memorandum") is submitted herewith. Separate proposed orders (one for each element of relief sought) are submitted herewith. For the reasons stated in the Memorandum, St. Elizabeth respectfully prays that the Court (1) vacate the June 16, 2016 Order, and (2) enter an order clarifying that Plaintiff's RICO claims ae severed and stayed

Dated: June 21, 2025
                                                         Respectfully Submitted,

                                                         /s/ Don Barrett
                                                         John W. ("Don") Barrett
                                                         David McMullan, Jr.
                                                          Richard Barrett
                                                          Sterling Aldridge
                                                          Barrett Law Group, P.A.

P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

Mathew Klein
Richard G. Meyer
Joey Kramer
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, KY 41011
Tel: (859) 426-2109
Fax: (859) 788-2011
mklein@dbllaw.com
rmeyer@dbllaw.com
jkramer@dbllaw.com

Warren Burns
Darren Nicholson
BURNS CHAREST, LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dnicholson@burnscharest.com

Charles J. LaDuca
David L. Black
Monica Miller
Jennifer E. Kelly
Evelyn Riley
CUNEO GILBERT & LADUCA, LLP
2445 M Street, NW, Ste. 740
Washington, DC 20037
Telephone: (202)789-3960
charles@cuneolaw.com
dblack@cuneolaw.com
monica@cuneolaw.com
jkelly@cuneolaw.com

> evelyn@cuneolaw.com
>
> Steve Martino
> TAYLOR MARTINO, P.C.
> 51 St. Joseph St.
> Mobile, AL 36602
> Telephone: (251) 433-3131
> SteveMartino@taylormartino.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

> <u>*/s/ Don Barrett*</u>
> John W. ("Don") Barrett