# Exhibit 2

| | |
|---|---|
| **From:** | David Cohen |
| **To:** | Shannon M. McNulty |
| **Cc:** | Tabacchi, Tina M.; Manning, Elizabeth E.; Fumerton, Tara A.; Henning, Nicole C.; Miller, Sasha; Hynes, Paul B.; Ruiz, Anthony; Kaspar Stoffelmayr; Michael Nance; Gary Yarborough; saintelizabeth@barrettlawgroup.com |
| **Subject:** | Re: Track 23 - Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint |
| **Date:** | Wednesday, May 21, 2025 12:57:57 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

You don't often get email from david@davidrcohen.com. Learn why this is important

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please note Judge Polster stated the defendants' reply will be due on June 20th.

This email sent from:

David R. Cohen Co. LPA

24400 Chagrin Blvd., Suite 300

Cleveland, OH 44122

216-831-0001 tel

866-357-3535 fax

www.SpecialMaster.law

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Wednesday, May 21, 2025 11:16:41 AM
**To:** Shannon M. McNulty <smm@cliffordlaw.com>
**Cc:** Tabacchi, Tina M. <tmtabacchi@jonesday.com>; Manning, Elizabeth E. <emanning@jonesday.com>; Fumerton, Tara A. <tfumerton@jonesday.com>; Henning, Nicole C. <nhenning@jonesday.com>; Miller, Sasha <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Ruiz, Anthony <aruiz@zuckerman.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlitbeck.com>; Michael Nance <michael.nance@bartlitbeck.com>; Gary Yarborough <gary@yarboroughlaw.co>; saintelizabeth@barrettlawgroup.com <saintelizabeth@barrettlawgroup.com>
**Subject:** Re: Track 23 - Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint

that is fine


========================

This email sent from:

David R. Cohen Co. LPA

24400 Chagrin Blvd., Suite 300

Cleveland, OH 44122

216-831-0001 tel

866-357-3535 fax

[www.SpecialMaster.law](www.SpecialMaster.law)

---

**From:** Shannon M. McNulty <smm@cliffordlaw.com>
**Sent:** Wednesday, May 21, 2025 11:31 AM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Tabacchi, Tina M. <tmtabacchi@jonesday.com>; Manning, Elizabeth E. <emanning@jonesday.com>; Fumerton, Tara A. <tfumerton@jonesday.com>; Henning, Nicole C. <nhenning@jonesday.com>; Miller, Sasha <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Ruiz, Anthony <aruiz@zuckerman.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlitbeck.com>; Michael Nance <michael.nance@bartlitbeck.com>; Gary Yarborough <gary@yarboroughlaw.co>; saintelizabeth@barrettlawgroup.com <saintelizabeth@barrettlawgroup.com>
**Subject:** RE: Track 23 - Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint

Special Master Cohen,

We were not aware that this motion was being filed and would have otherwise met-and-conferred, including for the purpose of setting a briefing schedule. Plaintiff respectfully requests 21 days to file its response in opposition to this motion.

Thank you,
Shannon



Shannon M. McNulty
Partner
120 N. LaSalle Street
Suite 3700
Chicago, IL 60602
Phone: 312-899-9090
[smm@cliffordlaw.com](smm@cliffordlaw.com)
[www.CliffordLaw.com](www.CliffordLaw.com)

    

**From:** Manning, Elizabeth E. <emanning@jonesday.com>
**Sent:** Tuesday, May 20, 2025 12:29 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Tabacchi, Tina M. <tmtabacchi@jonesday.com>; Fumerton, Tara A. <tfumerton@jonesday.com>; Henning, Nicole C. <nhenning@jonesday.com>; Miller, Sasha <smiller@zuckerman.com>; Hynes, Paul B. <phynes@zuckerman.com>; Ruiz, Anthony <aruiz@zuckerman.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlitbeck.com>; Michael Nance <michael.nance@bartlitbeck.com>; Gary Yarborough <gary@yarboroughlaw.co>; saintelizabeth@barrettlawgroup.com
**Subject:** Track 23 - Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Special Master Cohen,

Today the Pharmacy Defendants in the *St. Elizabeth* hospital bellwether case (Track 23) filed a Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint. For the Court's convenience, attached please find a courtesy copy of the filed Motion.

Thank you for your time.

Beth

Elizabeth E. Manning
Partner
**JONES DAY® - One Firm Worldwide®**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4396

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIALITY NOTE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any

attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in the communication or any attachments.