# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>Civ. No. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Turner R. Brock of Scharnhorst Ast Kennard Griffin PC, 1100 Walnut Street, Suite 1950, Kansas City, Mo 64106 hereby enters his appearance as co-counsel of record for defendant Hy-Vee, Inc. in the above-captioned action.

Kansas City, Missouri
June 23, 2025

Respectfully submitted,

_____
Turner R Brock          MO #76126
Michele F. Sutton       MO #57942
Jeffrey A. Kennard      MO #46689
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Ste 1950
Kansas City, MO 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
tbrock@sakg.com
msutton@sakg.com
jkennard@sakg.com

*Counsel for Defendant Hy-Vee, Inc.*

{00233673.DOCX}

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the foregoing Notice of Appearance was sent by the Court's electronic case filing system on June 23, 2025, and served upon all those participating therein.

                                              /s/ *Turner R. Brock*
                                              Turner R. Brock   MO #76126

                                              *Counsel for Defendant Hy-Vee, Inc.*