# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) ) | Case No. 1:17-md-2804 |
| ) | Judge Dan Aaron Polster |
| *COUNTY OF DUBLIN ET AL V. CEPHALON, INC. ET AL* ) ) ) ) Case No: 1:20-op-45255-DAP ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Robert Siko of Andrews & Thornton hereby appears for the Plaintiffs in the above-captioned action.

Dated: June 24, 2025

RESPECTFULLY SUBMITTED:

/s/ *Robert S. Siko*
Andrews & Thornton
State Bar No. 312856
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel.: 949-748-1000
rsiko@andrewsthornton.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/*Robert S. Siko*
Andrews & Thornton
State Bar No. 312856
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel.: 949-748-1000
rsiko@andrewsthornton.com

*Counsel for Plaintiffs*