UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *Masiowski v. AmerisourceBergen Drug Corp., et al.*, No. 18-op-45985 | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

## PLAINTIFF MASIOWSKI'S MOTION FOR EXTENSION OF TIME TO REPLY TO THE PBM DEFENDANTS' OPPOSITION TO PLAINTIFF MICHAEL MASIOWSKI'S CORRECTED MOTION FOR LEAVE TO AMEND

On May 13th, 2025, the Court entered a Joint Stipulation Regarding Remaining Briefing Deadlines For The PEC's Omnibus Motions For Leave To Amend To Add The PBMs [Doc. 6143] extending Plaintiffs' Deadline To File Reply Briefings through August 15, 2025. Plaintiff Masiowski similarly requests that the Court extend his Deadline To Reply To The PBMs' Opposition To His Motion For Leave To Amend through August 15, 2025.

Granting Plaintiff Masiowski's motion for extension of time will preserve judicial economy by allowing the Court to consider all briefs concerning amendments to add the PBMs concurrently. Further Defendants will not suffer any prejudice by the Court granting Plaintiff's motion as the operative briefing deadline for the majority of Plaintiffs has been extended through August 15, 2025.[1] This motion is made in good faith and not for the purposes of delay.

---

[1] Defendants take no position as to Plaintiff's motion.

Dated: June 30th, 2025.

                                                                Respectfully submitted,

                                                                */s/ Paul S. Rothstein*
                                                                Attorney Paul S. Rothstein
                                                                Florida Bar Number: 310123
                                                                Attorney Paul S. Rothstein, P.A.
                                                                626 N.E. 1st Street
                                                                Gainesville, FL 32601
                                                                (352) 376-7650
                                                                (352) 374-7133
                                                                E-Mail: psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 30th, 2025, I electronically filed the foregoing PLAINTIFF MASIOWSKI'S MOTION FOR EXTENSION OF TIME TO REPLY TO THE PBM DEFENDANTS' OPPOSITION TO PLAINTIFF MICHAEL MASIOWSKI'S CORRECTED MOTION FOR LEAVE TO AMEND with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                               */s/ Paul S. Rothstein*
                                                               Paul S. Rothstein