UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.* | MDL No. 2804<br>Case No. 1:17-md-02804-DAP<br><br>Case No. 18-op-46046<br><br><br>Judge Dan Aaron Polster |

**PARTIES' JOINT MOTION TO MODIFY THE CASE MANAGEMENT ORDER FOR HOSPITAL BELLWETHER CASE**

On March 11, 2025, the Court entered the Case Management Order for Hospital Bellwether Case, ECF No. 6012. The Court subsequently modified certain deadlines in the Case Management Order on May 13, 2025, ECF No. 6142. The Court has previously indicated that any party may apply at any time for a modification or exception to its Case Management Orders. *See, e.g.,* Case Management Order One, Apr. 11, 2018, ECF No. 232.

Certain deadlines in the Case Management Order for Hospital Bellwether Case relating to Defendants' response to Plaintiff's operative complaint require modification. Defendants filed the pending Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint on May 20, 2025, ECF No. 6157. The Court granted Defendants' Motion on June 16, 2025. On June 23, at Plaintiff's request, the Court vacated its June 16, 2025 order and set a new briefing schedule for the response and reply to the Motion to Strike. *See Saint Elizabeth Med. Ctr., Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.*, No. 18-op-46046, (N.D. Ohio June 23, 2025) (Non-Document Order). The operative complaint will not be

finalized until the Court has ruled on the Motion to Strike. Accordingly, the Parties jointly request the following modifications for the deadlines to respond to the operative complaint in the Court's Case Management Order for Hospital Bellwether Case, ECF Nos. 6012, 6142:

1. The deadlines in Section E.1 of the Case Management Order for Hospital Bellwether Case regarding Motions to Dismiss are modified as follows:

    a. Defendants shall file any motions to dismiss the operative complaint in this matter 30 days after the later of (a) the Court's ruling on the Motion to Strike or (b) the filing of any amended complaint by Plaintiff in compliance with the Court's directives in connection with the Motion to Strike.

    b. Plaintiff shall file any responses 56 days after the filing of any motion to dismiss.

    c. Defendants shall file any replies in support of their motions to dismiss 28 days after the filing of any response to any motion to dismiss.

2. The deadlines in Section A.2 of the Case Management Order for Hospital Bellwether Case regarding Answers to Hospital Bellwether Plaintiff's Complaint shall be modified as follows:

    a. If no motions to dismiss are filed, Defendants shall file answers 70 days after the later of (a) the Court's ruling on the Motion to Strike, or (b) the filing of any amended complaint by Plaintiff in compliance with the Court's directives in connection with the Motion to Strike.

    b. If motions to dismiss are filed, Defendants shall file answers 45 days after the Court has ruled on all motions to dismiss.

Good cause supports granting this request for the reasons identified above. The Parties have conferred and agreed upon the requested modification, and granting it will enable this matter to proceed in an efficient manner. All other deadlines set by the Case Management Order for Hospital Bellwether Case (Dkts. 6012, 6142) would remain unaffected.

Dated: July 1, 2025

Respectfully submitted,

**Defendants:**

/s/ *Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Tel.: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Michael A. Nance
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Tel.: (312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com
michael.nance@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*

/s/ *Eric R Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
2100 L. Street NW, Suite 400
Washington, DC 20037
Tel.: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

**Plaintiffs:**

*/s/ Don Barrett*
John W. ("Don") Barrett
David McMullan, Jr.
Richard Barrett
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker
Suite 4800
Chicago, IL 60606
Tel.: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*
