# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.* | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br><br>**Case No. 18-op-46046**<br><br><br>**Judge Dan Aaron Polster** |

## ORDER MODIFYING THE CASE MANAGEMENT ORDER FOR HOSPITAL BELLWETHER CASE

AND NOW, this 2nd day of July, 2025, upon consideration of the Parties' Joint Motion to Modify the Case Management Order for Hospital Bellwether Case, and as a result of the Court's ruling on June 23, 2025 vacating its June 16, 2025 order and setting a new briefing schedule for the response and reply to Defendants' Motion to Strike, it is hereby ORDERED that the Parties' Joint Motion is GRANTED and the Court's Case Management Order for Hospital Bellwether Case, ECF Nos. 6012 and 6142, is hereby MODIFIED as follows:

1. The deadlines in Section E.1 of the Case Management Order for Hospital Bellwether Case regarding Motions to Dismiss are modified as follows:

    a. Defendants shall file any motions to dismiss the operative complaint in this matter 30 days after the later of (a) the Court's ruling on the Motion to Strike or (b) the filing of any amended complaint by Plaintiff in compliance with the Court's directives in connection with the Motion to Strike.

    b. Plaintiff shall file any responses 56 days after the filing of any motion to dismiss.

    c. Defendants shall file any replies in support of their motions to dismiss 28 days after the filing of any response to any motion to dismiss.

2. The deadlines in Section A.2 of the Case Management Order for Hospital Bellwether Case regarding Answers to Hospital Bellwether Plaintiff's Complaint shall be modified as follows:

    a. If no motions to dismiss are filed, Defendants shall file answers 70 days after the later of (a) the Court's ruling on the Motion to Strike, or (b) the filing of any amended complaint by Plaintiff in compliance with the Court's directives in connection with the Motion to Strike.

    b. If motions to dismiss are filed, Defendants shall file answers 45 days after the Court has ruled on all motions to dismiss.

All other deadlines and provisions included in the Case Management Order for Hospital Bellwether Case (ECF No. 6012, 6142) remain unaffected.

**IT IS SO ORDERED.**

Dated: July 2, 2025

*s/Dan Aaron Polster*
DAN AARON POLSTER
UNITED STATED DISTRICT JUDGE