# EXHIBIT 1

## Updated List of Amending Plaintiffs

**Asserting**
**Motions for Leave to Amend to Add**

## Ahold Delhaize

**July 2, 2025**

**Amending Plaintiffs Seeking Leave to Add the Ahold Delhaize Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:17-op-45068-DAP | Columbia County v. Purdue Pharma L.P. et al | Columbia County | Pennsylvania | 9.76% | 8.27% | /s/ Peter J. Mougey |
| 2 | 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 3 | 1:18-op-45017-DAP | City of Greenfield, v. Amerisourcebergen Drug Corporation et al | Greenfield Town City | Massachusetts | 6.24% | 3.11% | /s/ Peter J. Mougey |
| 4 | 1:18-op-45100-DAP | Cecil County, Maryland v. Amerisourcebergen Drug Corporation et al | Cecil County | Maryland | 5.17% | 3.42% | /s/ Peter J. Mougey |
| 5 | 1:18-op-45276-DAP | Person County v. AmerisourceBergen Drug Corporation et al | Person County | North Carolina | 5.75% | 3.66% | /s/ Peter J. Mougey |
| 6 | 1:18-op-45335-DAP | City of Pittsfield v. Amerisourcebergen Drug Corporation et al | Pittsfield City | Massachusetts | 6.90% | 4.93% | /s/ Peter J. Mougey |
| 7 | 1:18-op-45336-DAP | City of Easthampton, Massachusetts v. Amerisourcebergen Drug Corporation et al | Easthampton Town City | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 8 | 1:18-op-45337-DAP | City of Northampton v. Amerisourcebergen Drug Corporation et al | Northampton City | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 9 | 1:18-op-45501-DAP | Prince George's County Maryland v. Purdue Pharma L.P. et al | Prince Georges County | Maryland | 15.44% | 14.95% | /s/ Shayna E. Sacks |
| 10 | 1:18-op-45582-DAP | Town of Derry, New Hampshire v. Amerisourcebergen Drug Corporation et al | Derry Town | New Hampshire | 7.80% | 6.79% | /s/ Peter J. Mougey |
| 11 | 1:18-op-45583-DAP | City of Laconia, New Hampshire v. Amerisourcebergen Drug Corporation et al | Laconia City | New Hampshire | 9.80% | 9.52% | /s/ Peter J. Mougey |
| 12 | 1:18-op-45617-DAP | City of Frostburg v. Amerisourcebergen Drug Corporation et al | Frostburg City | Maryland | 8.63% | 6.03% | /s/ Peter J. Mougey |
| 13 | 1:18-op-45624-DAP | City of Cumberland, Maryland v. AmerisourceBergen Drug Corporation, et al. | Cumberland City | Maryland | 8.63% | 6.03% | /s/ Peter J. Mougey |
| 14 | 1:18-op-45652-DAP | Allegany County, Maryland v. Amerisourcebergen Drug Corporation et al | Allegany County | Maryland | 8.63% | 6.03% | /s/ Peter J. Mougey |
| 15 | 1:18-op-45675-DAP | Town of Plymouth v. Amerisourcebergen Drug Corporation et al | Plymouth Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 16 | 1:18-op-45676-DAP | Town of Acushnet, Massachusetts v. Amerisourcebergen Drug Corporation et al | Acushnet Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 17 | 1:18-op-45694-DAP | City of Holyoke v. Amerisourcebergen Drug Corporation et al | Holyoke City | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 18 | 1:18-op-45702-DAP | City of North Adams v. Amerisourcebergen Drug Corporation et al | North Adams City | Massachusetts | 6.90% | 4.93% | /s/ Peter J. Mougey |
| 19 | 1:18-op-45704-DAP | Town of Hanson v. Amerisourcebergen Drug Corporation et al | Hanson Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 20 | 1:18-op-45705-DAP | Town of Freetown v. Amerisourcebergen Drug Corporation et al | Freetown Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 21 | 1:18-op-45727-DAP | Town of Londonderry, NH v. Amerisourcebergen Drug Corporation et al | Londonderry Town | New Hampshire | 7.80% | 6.79% | /s/ Peter J. Mougey |
| 22 | 1:18-op-45728-DAP | City of Franklin, NH v. Amerisourcebergen Drug Corporation et al | Franklin City | New Hampshire | 5.35% | 3.87% | /s/ Peter J. Mougey |
| 23 | 1:18-op-45743-DAP | Town of Lakeville v. Amerisourcebergen Drug Corporation et al | Lakeville Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 24 | 1:18-op-45744-DAP | Town of North Attleborough v. Amerisourcebergen Drug Corporation et al | North Attleborough Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 25 | 1:18-op-45746-DAP | Seneca Nation of Indians v. Amerisourcebergen Drug Corporation et al | Seneca Nation of Indians | New York | 6.71% | 6.18% | /s/ Peter J. Mougey |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

## Amending Plaintiffs Seeking Leave to Add the Ahold Delhaize Defendants

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 26 | 1:18-op-45752-DAP | Town of Marshfield, Massachusetts v. Amerisourcebergen Drug Corporation et al | Marshfield Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 27 | 1:18-op-45754-DAP | Town of Bridgewater, Massachusetts v. Amerisourcebergen Drug Corporation et al | Bridgewater Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 28 | 1:18-op-45759-DAP | Vance County v. AmerisourceBergen Drug Corporation et al | Vance County | North Carolina | 6.65% | 8.04% | /s/ Peter J. Mougey |
| 29 | 1:18-op-45768-DAP | City of Henderson v. AmerisourceBergen Drug Corporation et al | Henderson City | North Carolina | 6.65% | 8.04% | /s/ Peter J. Mougey |
| 30 | 1:18-op-45769-DAP | Town of Somerset, Massachusetts v. Amerisourcebergen Drug Corporation et al | Somerset Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 31 | 1:18-op-45787-DAP | Town of Norton, Massachusetts v. Amerisourcebergen Drug Corporation et al | Norton Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 32 | 1:18-op-45792-DAP | Town of Agawam, Massachusetts v. Amerisourcebergen Drug Corporation et al | Agawam Town City | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 33 | 1:18-op-45799-DAP | Rowan County v. AmerisourceBergen Drug Corporation, et al | Rowan County | North Carolina | 5.06% | 3.56% | /s/ Peter J. Mougey |
| 34 | 1:18-op-45812-DAP | Town of Palmer, Massachusetts v. Amerisourcebergen Drug Corporation et al | Palmer Town City | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 35 | 1:18-op-45813-DAP | Town of West Springfield, Massachusetts v. Amerisourcebergen Drug Corporation et al | West Springfield Town City | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 36 | 1:18-op-45815-DAP | Town of Norwell, Massachusetts v. Amerisourcebergen Drug Corporation et al | Norwell Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 37 | 1:18-op-45823-DAP | Town of Pembroke, Massachusetts v. Amerisourcebergen Drug Corporation et al | Pembroke Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 38 | 1:18-op-45824-DAP | Town of Rockland, Massachusetts v. Amerisourcebergen Drug Corporation et al | Rockland Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 39 | 1:18-op-45836-DAP | Town of Leverett, Massachusetts v. Amerisourcebergen Drug Corporation et al | Leverett Town | Massachusetts | 6.24% | 3.11% | /s/ Peter J. Mougey |
| 40 | 1:18-op-45881-DAP | Town of Seekonk, Massachusetts v. Amerisourcebergen Drug Corporation et al | Seekonk Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 41 | 1:18-op-45882-DAP | Town of Clarksburg, Massachusetts v. Amerisourcebergen Drug Corporation et al | Clarksburg Town | Massachusetts | 6.90% | 4.93% | /s/ Peter J. Mougey |
| 42 | 1:18-op-45883-DAP | Town of Williamsburg, Massachusetts v. Amerisourcebergen Drug Corporation et al | Williamsburg Town | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 43 | 1:18-op-45890-DAP | Town of Mattapoisett v. Amerisourcebergen Drug Corporation et al | Mattapoisett Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 44 | 1:18-op-45905-DAP | Town of Belchertown v. Amerisourcebergen Drug Corporation et al | Belchertown Town | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 45 | 1:18-op-45907-DAP | Town of Ware v. Amerisourcebergen Drug Corporation et al | Ware Town | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 46 | 1:18-op-46000-DAP | Town of South Hadley v. Amerisourcebergen Drug Corporation et al | South Hadley Town | Massachusetts | 9.50% | 9.43% | /s/ Peter J. Mougey |
| 47 | 1:18-op-46001-DAP | Town of Sheffield, Massachusetts v. Amerisourcebergen Drug Corporation et al | Sheffield Town | Massachusetts | 6.90% | 4.93% | /s/ Peter J. Mougey |
| 48 | 1:18-op-46076-DAP | Pulaski County Virginia v. Amerisourcebergen Drug Corporation et al | Pulaski County | Virginia | 34.76% | 37.53% | /s/ Eric D. Barton |

## Amending Plaintiffs Seeking Leave to Add the Ahold Delhaize Defendants

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 49 | 1:18-op-46089-DAP | City of Brockton, Massachusetts v. Amerisourcebergen Drug Corporation et al | Brockton City | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 50 | 1:18-op-46090-DAP | Town of Kingston, Massachusetts v. Amerisourcebergen Drug Corporation et al | Kingston Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 51 | 1:18-op-46097-DAP | Town of Longmeadow v. Amerisourcebergen Drug Corporation et al | Longmeadow Town | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 52 | 1:18-op-46174-DAP | Currituck County v. AmerisourceBergen Drug Corporation et al | Currituck County | North Carolina | 38.58% | 38.28% | /s/ Peter J. Mougey |
| 53 | 1:18-op-46200-DAP | Town of Middleborough v. Amerisourcebergen Drug Corporation et al | Middleborough Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 54 | 1:18-op-46313-DAP | City of Portland v. Purdue Pharma LP et al | Portland City | Maine | 22.47% | 17.91% | /s/ Shayna E. Sacks |
| 55 | 1:18-op-46314-DAP | City of Bangor v. Purdue Pharma LP et al | Bangor City | Maine | 24.25% | 20.52% | /s/ Shayna E. Sacks |
| 56 | 1:18-op-46315-DAP | City of Lewiston v. Purdue Pharma LP et al | Lewiston City | Maine | 12.97% | 10.37% | /s/ Shayna E. Sacks |
| 57 | 1:18-op-46334-DAP | Commissioners of St. Mary's County, Maryland v. Amerisourcebergen Drug Corporation et al | St Marys County | Maryland | 5.95% | 6.23% | /s/ Peter J. Mougey |
| 58 | 1:18-op-46353-DAP | Hillsborough County, New Hampshire, v. Purdue Pharma L.P. et al | Hillsborough County | New Hampshire | 7.20% | 5.29% | /s/ Shayna E. Sacks |
| 59 | 1:19-op-45059-DAP | Town of Rehoboth v. AmerisourceBergen Drug Corporation et al | Rehoboth Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 60 | 1:19-op-45070-DAP | Town of Orange, Massachusetts v. Amerisourcebergen Drug Corporation et al | Orange Town | Massachusetts | 6.24% | 3.11% | /s/ Peter J. Mougey |
| 61 | 1:19-op-45094-DAP | County Commissioners of Charles County, Maryland v. Purdue Pharma L.P. et al | Charles County | Maryland | 10.39% | 8.33% | /s/ John Raggio |
| 62 | 1:19-op-45184-DAP | Penobscot County v. Purdue Pharma LP et al | Penobscot County | Maine | 24.25% | 20.52% | /s/ Shayna E. Sacks |
| 63 | 1:19-op-45185-DAP | Washington County v. Purdue Pharma LP et al | Washington County | Maine | 4.43% | 7.52% | /s/ Shayna E. Sacks |
| 64 | 1:19-op-45188-DAP | City of Auburn v. Purdue Pharma LP et al | Auburn city | Maine | 12.97% | 10.37% | /s/ Shayna E. Sacks |
| 65 | 1:19-op-45190-DAP | Lincoln County v. Purdue Pharma LP et al | Lincoln County | Maine | 20.26% | 13.45% | /s/ Shayna E. Sacks |
| 66 | 1:19-op-45191-DAP | York County v. Purdue Pharma LP et al | York County | Maine | 24.21% | 21.47% | /s/ Shayna E. Sacks |
| 67 | 1:19-op-45193-DAP | City of Waterville v. Purdue Pharma LP et al | Waterville city | Maine | 14.87% | 12.56% | /s/ Shayna E. Sacks |
| 68 | 1:19-op-45205-DAP | Androscoggin County v. Purdue Pharma LP et al | Androscoggin County | Maine | 12.97% | 10.37% | /s/ Shayna E. Sacks |
| 69 | 1:19-op-45246-DAP | City of Alexandria v. Purdue Pharma, L.P. et al. | Alexandria city | Virginia | 6.68% | 6.67% | /s/ Kevin Sharp |
| 70 | 1:19-op-45257-DAP | Kennebec County v. Purdue Pharma LP et al | Kennebec County | Maine | 14.87% | 12.56% | /s/ Shayna E. Sacks |
| 71 | 1:19-op-45259-DAP | Cumberland County v. Purdue Pharma LP et al | Cumberland County | Maine | 22.47% | 17.91% | /s/ Shayna E. Sacks |
| 72 | 1:19-op-45311-DAP | City of Sanford v. Purdue Pharma LP et al | Sanford City | Maine | 24.21% | 21.47% | /s/ Shayna E. Sacks |
| 73 | 1:19-op-45405-DAP | Mashantucket (Western) Pequot Tribe v. Purdue Pharma L.P. et al | MASHANTUCKET (WESTERN) PEQUOT TRIBE | Connecticut | 9.84% | 9.66% | /s/ P. Dylan Jensen |
| 74 | 1:19-op-45569-DAP | City of New Bedford et al v. Amerisourcebergen Drug Corporation et al | New Bedford City | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 75 | 1:19-op-45609-DAP | County Commissioners of Calvert County, Maryland v. Purdue Pharma L.P. et al | Calvert County | Maryland | 22.65% | 25.74% | /s/ John Raggio |
| 76 | 1:19-op-45677-DAP | City of Charlestown, Maryland v. Purdue Pharma, L.P. et al | Charlestown Town | Maryland | 5.17% | 3.42% | /s/ John Raggio |

**Amending Plaintiffs Seeking Leave to Add the Ahold Delhaize Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 77 | 1:19-op-45686-DAP | Fauquier County, Virginia v. Mallinckrodt LLC, et al | Fauquier County | Virginia | 11.66% | 12.07% | /s/ Kevin Sharp |
| 78 | 1:19-op-45687-DAP | Board of Supervisors, Prince William County v. Purdue Pharma L.P. et al | Prince William County | Virginia | 11.25% | 9.87% | /s/ Kevin Sharp |
| 79 | 1:19-op-45689-DAP | Strafford County v. Purdue Pharma L.P. et al | Strafford County | New Hampshire | 11.39% | 8.97% | /s/ Robert J. Bonsignore |
| 80 | 1:19-op-45691-DAP | Grafton County v. Purdue Pharma L.P. et al | Grafton County | New Hampshire | 8.18% | 7.42% | /s/ Robert J. Bonsignore |
| 81 | 1:19-op-45703-DAP | Rockingham County v. Purdue Pharma L.P. et al | Rockingham County | New Hampshire | 7.80% | 6.79% | /s/ Robert J. Bonsignore |
| 82 | 1:19-op-45705-DAP | Belknap County v. Purdue Pharma L.P. et al | Belknap County | New Hampshire | 9.80% | 9.52% | /s/ Robert J. Bonsignore |
| 83 | 1:19-op-45706-DAP | Cheshire County v. Purdue Pharma L.P. et al | Cheshire County | New Hampshire | 10.16% | 12.67% | /s/ Robert J. Bonsignore |
| 84 | 1:19-op-45707-DAP | Town of Belmont, NH v. Purdue Pharma L.P. et al | Belmont Town | New Hampshire | 9.80% | 9.52% | /s/ Robert J. Bonsignore |
| 85 | 1:19-op-45766-DAP | Fairfax County Board Of Supervisors v. Purdue Pharma, L.P. et al | Fairfax County | Virginia | 15.78% | 13.16% | /s/ Kevin Sharp |
| 86 | 1:19-op-45822-DAP | County of Knox et al v. Purdue Pharma LP et al | Knox County | Maine | 14.44% | 6.99% | /s/ Shayna E. Sacks |
| 87 | 1:19-op-45842-DAP | Loudoun County, Virginia v. Purdue Pharma, L.P. et al | Loudoun County | Virginia | 16.34% | 11.81% | /s/ Kevin Sharp |
| 88 | 1:19-op-45898-DAP | City of Fredericksburg, Virginia v. Purdue Pharma, L.P. et al | Fredericksburg City | Virginia | 5.85% | 3.96% | /s/ Kevin Sharp |
| 89 | 1:19-op-45922-DAP | Village of Wappingers Falls, New York v. AmerisourceBergen Drug Corporation et al | Wappingers Falls Village | New York | 6.60% | 5.06% | /s/ Mark A. Tate |
| 90 | 1:19-op-45998-DAP | Village of Millerton, NY et al v. AmerisourceBergen Drug Corporation et al | Millerton Village | New York | 6.60% | 5.06% | /s/ Mark A. Tate |
| 91 | 1:19-op-46091-DAP | The Town of Wappingers Falls, New York v. AmerisourceBergen Drug Corporation et al | Wappinger Town | New York | 6.60% | 5.06% | /s/ Mark A. Tate |
| 92 | 1:19-op-46104-DAP | City of Buffalo v. Purdue Pharma L.P. et al | Buffalo City | New York | 7.81% | 7.39% | /s/ Shayna E. Sacks |
| 93 | 1:19-op-46137-DAP | Carroll County v. Teva Pharmaceuticals USA, Inc. et al | Carroll County | New Hampshire | 25.43% | 22.46% | /s/ Robert J. Bonsignore |
| 94 | 1:19-op-46163-DAP | City of Poughkeepsie v. Purdue Pharma L.P. et al | Poughkeepsie city | New York | 6.60% | 5.06% | /s/ Shayna E. Sacks |
| 95 | 1:19-op-46169-DAP | Howard County, Maryland v. Teva Pharmaceuticals USA, Inc., et al | Howard County | Maryland | 13.32% | 11.05% | /s/ John Raggio |
| 96 | 1:20-op-45051-DAP | City of Calais, Maine v. AmerisourceBergen Drug Corporation et al | Calais City | Maine | 4.43% | 7.52% | /s/ Shayna E. Sacks |
| 97 | 1:20-op-45153-DAP | Cayuga Nation v. Cephalon, Inc. et al | Cayuga Nation | New York | 6.71% | 6.18% | /s/ Timothy Q. Purdon |
| 98 | 1:20-op-45177-DAP | City of Fairfax, VA v. Mallinckrodt PLC et al | Fairfax City | Virginia | 6.59% | 11.28% | /s/ Kevin Sharp |
| 99 | 1:20-op-45178-DAP | Stafford County, VA v. Mallinckrodt PLC et al | Stafford County | Virginia | 11.41% | 10.20% | /s/ Kevin Sharp |
| 100 | 1:20-op-45233-DAP | Frederick County, Virginia v. Mallinckrodt PLC et al | Frederick County | Virginia | 10.96% | 6.91% | /s/ Kevin Sharp |
| 101 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Baltimore City Board of School Commissioners | Maryland | 10.09% | 8.59% | /s/ Cyrus Mehri |
| 102 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Bangor School Department | Maine | 24.25% | 20.52% | /s/ Cyrus Mehri |
| 103 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Cape Elizabeth School District | Maine | 22.47% | 17.91% | /s/ Cyrus Mehri |
| 104 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 13 | Maine | 14.44% | 6.99% | /s/ Cyrus Mehri |
| 105 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 26 | Maine | 24.25% | 20.52% | /s/ Cyrus Mehri |

**Amending Plaintiffs Seeking Leave to Add the Ahold Delhaize Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 106 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 34 | Maine | 24.25% | 20.52% | /s/ Cyrus Mehri |
| 107 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 40 | Maine | 14.44% | 6.99% | /s/ Cyrus Mehri |
| 108 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 57 | Maine | 24.21% | 21.47% | /s/ Cyrus Mehri |
| 109 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 60 | Maine | 24.21% | 21.47% | /s/ Cyrus Mehri |
| 110 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 71 | Maine | 27.75% | 21.99% | /s/ Cyrus Mehri |
| 111 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 15 | Maine | 22.47% | 17.91% | /s/ Cyrus Mehri |
| 112 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 35 | Maine | 24.21% | 21.47% | /s/ Cyrus Mehri |
| 113 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 53 | Maine | 7.05% | 6.14% | /s/ Cyrus Mehri |
| 114 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 61 | Maine | 24.21% | 21.47% | /s/ Cyrus Mehri |
| 115 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD28/Five Town | Maine | 14.44% | 6.99% | /s/ Cyrus Mehri |
| 116 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Portland School District | Maine | 22.47% | 17.91% | /s/ Cyrus Mehri |
| 117 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Scarborough School Department | Maine | 22.47% | 17.91% | /s/ Cyrus Mehri |
| 118 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | South Portland School Department | Maine | 22.47% | 17.91% | /s/ Cyrus Mehri |
| 119 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | St. George Municipal School District | Maine | 14.44% | 6.99% | /s/ Cyrus Mehri |
| 120 | 1:21-op-45078-DAP | County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al | Arlington County | Virginia | 10.59% | 7.49% | /s/ Kevin Sharp |