# EXHIBIT 4

## Updated List of Amending Plaintiffs

**Asserting**
Motions for Leave to Amend to Add

## Winn-Dixie

July 2, 2025

## Amending Plaintiffs Seeking Leave to Add the Winn-Dixie Defendants

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 2 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 3 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 4 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 5 | 1:18-op-45191-DAP | Calhoun County, Alabama v. Cardinal Health Inc et al | Calhoun County | Alabama | 7.56% | 5.84% | /s/ Brad Ponder |
| 6 | 1:18-op-45270-DAP | City of Brunswick, Georgia v. Amerisourcebergen Drug Corporation et al | Brunswick City | Georgia | 14.08% | 13.10% | /s/ Mark A. Tate |
| 7 | 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | COLQUITT COUNTY | Georgia | 11.11% | 10.34% | /s/ J. Anderson Davis |
| 8 | 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Moultrie city | Georgia | 11.11% | 10.34% | /s/ J. Anderson Davis |
| 9 | 1:18-op-45282-DAP | City of Rome et al v. Purdue Pharma L.P. et al | Valdosta city | Georgia | 17.26% | 14.97% | /s/ J. Anderson Davis |
| 10 | 1:18-op-45553-DAP | City of Tuscaloosa, Alabama v. Cardinal Health Inc et al | Tuscaloosa City | Alabama | 9.19% | 8.67% | /s/ Brad Ponder |
| 11 | 1:18-op-45669-DAP | County of Osceola v. Purdue Pharma L.P. et al | Osceola County | Florida | 6.93% | 7.97% | /s/ Shayna E. Sacks |
| 12 | 1:18-op-45690-DAP | City of Prichard, Alabama v. Purdue Pharma L.P. et al | Prichard City | Alabama | 5.51% | 4.29% | /s/ D. Brian Murphy |
| 13 | 1:18-op-46115-DAP | Glynn County, Georgia v. Purdue Pharma, L.P. et al | Glynn County | Georgia | 14.08% | 13.10% | /s/ Paul Scott |
| 14 | 1:18-op-46119-DAP | Levy County v. Purdue Pharma L.P. et al | Levy County | Florida | 14.06% | 12.85% | /s/ Shayna E. Sacks |
| 15 | 1:18-op-46281-DAP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | 5.44% | 4.06% | /s/ Mike Moore |
| 16 | 1:18-op-46282-DAP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | 5.44% | 4.06% | /s/ Mike Moore |
| 17 | 1:19-op-45145-DAP | Wooten v. Purdue Pharmaceuticals, L.P. et al | Sheriff Of Coffee County | Georgia | 10.75% | 8.66% | /s/ Paul Scott |
| 18 | 1:19-op-45155-DAP | Jump v. Purdue Pharma L.P. et al | Sheriff Of Glynn County | Georgia | 14.08% | 13.10% | /s/ Paul Scott |
| 19 | 1:19-op-45169-DAP | Royal v. Purdue Pharma L.P. et al | Sheriff Of Ware County | Georgia | 8.29% | 6.83% | /s/ Paul Scott |
| 20 | 1:19-op-45170-DAP | Carter v. Purdue Pharma L.P. et al | Sheriff Of Wayne County | Georgia | 5.61% | 5.62% | /s/ Paul Scott |
| 21 | 1:19-op-45423-DAP | Walton County, Florida v. Purdue Pharma L.P. et al | Walton County | Florida | 5.31% | 4.65% | /s/ Shayna E. Sacks |
| 22 | 1:19-op-45562-DAP | Hancock v. Purdue Pharma L.P. et al | Sheriff Of Crisp County | Georgia | 10.04% | 11.44% | /s/ Paul Scott |
| 23 | 1:19-op-45563-DAP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | 5.27% | 3.83% | /s/ Eric Romano |
| 24 | 1:19-op-45667-DAP | Hernando County v. Amerisourcebergen Drug Corporation et al | Hernando County | Florida | 5.23% | 4.05% | /s/ Peter J. Mougey |
| 25 | 1:19-op-45784-DAP | City of Orange Beach, Alabama v. Purdue Pharma, L.P. et al | Orange Beach City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 26 | 1:19-op-45894-DAP | Okaloosa County, FL v. Teva Pharmaceuticals USA Inc. et al | Okaloosa County | Florida | 6.87% | 6.27% | /s/ Shayna E. Sacks |
| 27 | 1:19-op-46099-DAP | Dade County, Georgia v. McKesson Corporation et al | Dade County | Georgia | 8.05% | 5.56% | /s/ Mark A. Tate |
| 28 | 1:20-op-45124-DAP | City of Stuart v. Purdue Pharma L.P. et al | Stuart City | Florida | 4.95% | 5.56% | /s/ Jeffrey F. Thomas, Esq. |
| 29 | 1:20-op-45227-DAP | City of Daphne, Alabama v. Amneal Pharmaceuticals, LLC et al | Daphne City | Alabama | 5.90% | 3.98% | /s/ Mary Beth Mantiply |
| 30 | 1:20-op-45265-DAP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Camp Hill town | Alabama | 9.47% | 8.46% | /s/ Mary Beth Mantiply |
| 31 | 1:21-op-45049-DAP | City of Piedmont, Alabama v. AmerisourceBergen Drug Corporation et al | Piedmont City | Alabama | 7.56% | 5.84% | /s/ Brad Ponder |
| 32 | 1:22-op-45019-DAP | City of Gulf Shores, Alabama v. Amerisourcebergen Drug Corporation et al | Gulf Shores City | Alabama | 5.90% | 3.98% | /s/ Christina D. Crow |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Seeking Leave to Add the Winn-Dixie Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 33 | 1:22-op-45025-DAP | Putnam County School Board v. Cephalon, Inc. et al | Putnam County School Board | Florida | 12.52% | 9.16% | /s/ Cyrus Mehri |