# EXHIBIT 5A

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Ahold Delhaize

### July 2, 2025

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Ahold Delhaize Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:17-op-45163-DAP | Manchester, NH, City of v. Purdue Pharma L.P. et al | Manchester City | New Hampshire | 7.20% | 5.29% | /s/ Shayna E. Sacks |
| 2 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 3 | 1:18-op-45020-DAP | Sunflower County, Mississippi v. Purdue Pharma, L.P. et al | Sunflower County | Mississippi | 22.18% | 32.15% | /s/ James R. Segars, III |
| 4 | 1:18-op-45191-DAP | Calhoun County, Alabama v. Cardinal Health Inc et al | Calhoun County | Alabama | 8.96% | 12.13% | /s/ Brad Ponder |
| 5 | 1:18-op-45249-DAP | Indiana County, Pennsylvania v. Purdue Pharma L.P. et al | Indiana County | Pennsylvania | 7.63% | 15.74% | /s/ Peter J. Mougey |
| 6 | 1:18-op-45691-DAP | Town of Carver v. Amerisourcebergen Drug Corporation et al | Carver Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 7 | 1:18-op-45721-DAP | Town of East Bridgewater v. Amerisourcebergen Drug Corporation et al | East Bridgewater Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 8 | 1:18-op-45906-DAP | Town of Ludlow v. Amerisourcebergen Drug Corporation et al | Ludlow Town | Massachusetts | 5.63% | 4.25% | /s/ Peter J. Mougey |
| 9 | 1:18-op-46102-DAP | Town of West Bridgewater v. Amerisourcebergen Drug Corporation et al | West Bridgewater Town | Massachusetts | 6.26% | 5.09% | /s/ Peter J. Mougey |
| 10 | 1:19-op-45060-DAP | Town of Fairhaven, MA v. Amerisourcebergen Drug Corporation et al | Fairhaven Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 11 | 1:19-op-45182-DAP | City of Augusta v. Purdue Pharma LP et al | Augusta city | Maine | 14.87% | 12.56% | /s/ Shayna E. Sacks |
| 12 | 1:19-op-45186-DAP | Somerset County v. Purdue Pharma LP et al | Somerset County | Maine | 7.05% | 6.14% | /s/ Shayna E. Sacks |
| 13 | 1:19-op-45189-DAP | Sagadahoc County v. Purdue Pharma LP et al | Sagadahoc County | Maine | 21.34% | 17.86% | /s/ Shayna E. Sacks |
| 14 | 1:19-op-45258-DAP | City of Biddeford v. Purdue Pharma LP et al | Biddeford city | Maine | 24.21% | 21.47% | /s/ Shayna E. Sacks |
| 15 | 1:19-op-45288-DAP | City of Seat Pleasant, Maryland v. Endo Health Solutions Inc. et al | Seat Pleasant city | Maryland | 15.44% | 14.95% | /s/ Shayna E. Sacks |
| 16 | 1:19-op-45309-DAP | Waldo County v. Purdue Pharma LP et al | Waldo County | Maine | 27.75% | 21.99% | /s/ Shayna E. Sacks |
| 17 | 1:19-op-45310-DAP | City of Saco v. Purdue Pharma LP et al | Saco City | Maine | 24.21% | 21.47% | /s/ Shayna E. Sacks |
| 18 | 1:19-op-45823-DAP | City of Rockland v. Purdue Pharma LP et al | Rockland City | Maine | 14.44% | 6.99% | /s/ Shayna E. Sacks |
| 19 | 1:19-op-45857-DAP | City of Saratoga Springs v. Purdue Pharma L.P. et al | Saratoga Springs City | New York | 6.98% | 4.81% | /s/ Shayna E. Sacks |
| 20 | 1:19-op-45920-DAP | Town of Easton v. Amerisourcebergen Drug Corporation et al | Easton Town | Massachusetts | 5.08% | 3.49% | /s/ Peter J. Mougey |
| 21 | 1:19-op-46162-DAP | City of Amsterdam v. Purdue Pharma L.P. et al | Amsterdam City | New York | 8.95% | 6.19% | /s/ Shayna E. Sacks |
| 22 | 1:20-op-45140-DAP | Adams County v. Purdue Pharma L.P. et al | Adams County | Pennsylvania | 5.12% | 3.81% | /s/ Joseph J. Cappelli |
| 23 | 1:20-op-45164-DAP | Mohegan Tribe of Indians of Connecticut v. Endo Health Solutions Inc. et al | Mohegan Tribe of Indians of Connecticut | Connecticut | 6.18% | 4.54% | /s/ T. Roe Frazer II |
| 24 | 1:20-op-45170-DAP | Wampanoag Tribe of Gay Head (Aquinnah) v. McKesson Corporation et al | Wampanoag Tribe of Gay Head (Aquinnah) | Massachusetts | 5.55% | 4.28% | /s/ T. Roe Frazer II |
| 25 | 1:20-op-45260-DAP | Town of Poughkeepsie v. Teva Pharmaceuticals USA, Inc. et. al. | Poughkeepsie Town | New York | 6.60% | 5.06% | /s/ Shayna E. Sacks |
| 26 | 1:20-op-45261-DAP | City of Leesburg, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Jacksonville City | Alabama | 8.96% | 12.13% | /s/ Annesley H. DeGaris |
| 27 | 1:21-op-45049-DAP | City of Piedmont, Alabama v. AmerisourceBergen Drug Corporation et al | Piedmont City | Alabama | 8.96% | 12.13% | /s/ Brad Ponder |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

# EXHIBIT 5B

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Albertsons

**July 2, 2025**

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Albertsons Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 2 | 1:18-op-45229-DAP | County of Childress v. Purdue Pharma LP et al | Childress County | Texas | 46.70% | 56.08% | /s/ Matt Morrison |
| 3 | 1:18-op-45589-DAP | Tulalip Tribes v. Purdue Pharma, L.P. et al | Tulalip Tribes | Washington | 17.23% | 16.88% | /s/ David Ko |
| 4 | 1:18-op-45646-DAP | County of Inyo, et al v. Amerisourcebergen Drug Corporation et al | Inyo County | California | 11.42% | 10.02% | /s/ Peter J. Mougey |
| 5 | 1:18-op-45655-DAP | County of Del Norte v. Amerisourcebergen Drug Corporation et al | Del Norte County | California | 15.72% | 17.21% | /s/ Peter J. Mougey |
| 6 | 1:18-op-45696-DAP | Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation v. McKesson Corporation et al | Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 7 | 1:18-op-45697-DAP | Paiute-Shoshone Tribe of the Fallon Reservation and Colony v. McKesson Corporation et al | Paiute-Shoshone Tribe of the Fallon Reservation and Colony | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 8 | 1:18-op-45698-DAP | Walker River Paiute Tribe of The Walker River Reservation v. McKesson Corporation et al | Walker River Paiute Tribe of The Walker River Reservation | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 9 | 1:18-op-45699-DAP | Reno-Sparks Indian Colony v. McKesson Corporation et al | Reno-Sparks Indian Colony | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 10 | 1:18-op-45801-DAP | Pueblo County v. Purdue Pharma L.P. et al | Pueblo County | Colorado | 17.28% | 17.04% | /s/ Jayne Conroy |
| 11 | 1:18-op-45912-DAP | Robinson Rancheria v. McKesson Corporation et al | Robinson Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 12 | 1:18-op-45913-DAP | Hopland Band of Pomo Indians v. McKesson Corporation et al | Hopland Band of Pomo Indians | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 13 | 1:18-op-45914-DAP | Scotts Valley Band of Pomo Indians v. McKesson Corporation et al | Scotts Valley Band of Pomo Indians | California | 5.95% | 6.22% | /s/ T. Roe Frazer II |
| 14 | 1:18-op-45915-DAP | Round Valley Indian Tribes et al v. McKesson Corporation et al | Round Valley Indian Tribes et al | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 15 | 1:18-op-45916-DAP | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation et al | Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 16 | 1:18-op-45917-DAP | Guidiville Rancheria of California v. McKesson Corporation et al | Guidiville Rancheria of California | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 17 | 1:18-op-45922-DAP | Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation et al | Big Valley Band of Pomo Indians of the Big Valley Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 18 | 1:18-op-45923-DAP | Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation et al | Big Sandy Rancheria of Western Mono Indians | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 19 | 1:18-op-45955-DAP | Lummi Tribe of the Lummi Reservation v. Purdue Pharma, L.P. et al | Lummi Tribe of the Lummi Reservation | Washington | 20.63% | 17.85% | /s/ David Ko |
| 20 | 1:18-op-46003-DAP | Ely Shoshone Tribe of Nevada v. McKesson Corporation et al | Ely Shoshone Tribe of Nevada | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 21 | 1:18-op-46016-DAP | South Fork Band of the Te-Moak Tribe of Western Shoshone Indians v. McKesson Corporation et al | South Fork Band of the Te-Moak Tribe of Western Shoshone Indians | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 22 | 1:18-op-46017-DAP | Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians v. McKesson Corporation et al | Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indian | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 23 | 1:18-op-46057-DAP | City of Kingman v. Purdue Pharma LP et al | Kingman City | Arizona | 10.61% | 10.29% | /s/ David Ko |
| 24 | 1:18-op-46075-DAP | County of Amador et al v. Amerisourcebergen Drug Corporation et al | Amador County | California | 23.63% | 24.32% | /s/ Peter J. Mougey |
| 25 | 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Aurora city | Colorado | 10.39% | 10.14% | /s/ David Ko |
| 26 | 1:19-op-45036-DAP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Broomfield city | Colorado | 7.49% | 9.22% | /s/ David Ko |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Albertsons Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 27 | 1:19-op-45038-DAP | Cahto Indian Tribe of the Laytonville Rancheria et al v. McKesson Corporation et al | Cahto Indian Tribe of the Laytonville Rancheria | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 28 | 1:19-op-45117-DAP | County of Mohave v. Purdue Pharma LP et al | Mohave County | Arizona | 10.61% | 10.29% | /s/ David Ko |
| 29 | 1:19-op-45258-DAP | City of Biddeford v. Purdue Pharma LP et al | Biddeford city | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 30 | 1:19-op-45288-DAP | City of Seat Pleasant, Maryland v. Endo Health Solutions Inc. et al | Seat Pleasant city | Maryland | 7.40% | 7.22% | /s/ Shayna E. Sacks |
| 31 | 1:19-op-45310-DAP | City of Saco v. Purdue Pharma LP et al | Saco City | Maine | 5.41% | 6.19% | /s/ Shayna E. Sacks |
| 32 | 1:19-op-45372-DAP | Cape May County v. Purdue Pharma L.P. et al | Cape May County | New Jersey | 10.70% | 10.23% | /s/ Jayne Conroy |
| 33 | 1:19-op-45565-DAP | Seminole County, Florida v. Purdue Pharma L.P. et al | Seminole County | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 34 | 1:19-op-45579-DAP | Tule River Indian Tribe of California v. AmerisourceBergen Drug Corporation et al | Tule River Indian Tribe of California | California | 5.69% | 5.92% | /s/ Peter J. Mougey |
| 35 | 1:19-op-45584-DAP | City of Oviedo, Florida v. Purdue Pharma L.P., et al | Oviedo City | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 36 | 1:19-op-45599-DAP | City of Sanford, Florida v. Purdue Pharma L.P.., et al | Sanford City | Florida | 3.92% | 5.35% | /s/ Eric Romano |
| 37 | 1:19-op-45747-DAP | County of Ventura v. Purdue Pharma L.P. et al | Ventura County | California | 7.91% | 6.86% | /s/ Linda Singer |
| 38 | 1:19-op-45970-DAP | Coquille Indian Tribe v. McKesson Corporation et al | Coquille Indian Tribe | Oregon | 18.40% | 18.97% | /s/ T. Roe Frazer II |
| 39 | 1:19-op-45972-DAP | Confederated Tribes of the Goshute Reservation v. McKesson Corporation et al | Confederated Tribes of the Goshute Reservation | Utah | 7.15% | 8.55% | /s/ T. Roe Frazer II |
| 40 | 1:19-op-45974-DAP | Pinoleville Pomo Nation v. McKesson Corporation et al | Pinoleville Pomo Nation | California | 5.69% | 5.92% | /s/ T. Roe Frazer II |
| 41 | 1:20-op-45165-DAP | Elko Band of the Te-Moak Tribe of Western Shoshone Indians v. Endo Health Solutions, Inc. et al | Elko Band of the Te-Moak Tribe of Western Shoshone Indians | Nevada | 7.01% | 8.37% | /s/ T. Roe Frazer II |
| 42 | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | District 86 | Illinois | 17.31% | 21.38% | /s/ Cyrus Mehri |
| 43 | 1:21-op-45048-DAP | Pennington County, South Dakota v. Mylan Pharmaceuticals, Inc. et al | Pennington County | South Dakota | 6.44% | 6.79% | /s/ Robert K. Finnell |

# EXHIBIT 5C

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Target

**July 2, 2025**

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Target Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45101-DAP | County of Anoka, Minnesota v. Purdue Pharma L.P. et al | Anoka County | Minnesota | 6.79% | 5.18% | /s/ Jayne Conroy |
| 2 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

# EXHIBIT 5D

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Winn-Dixie

**July 2, 2025**

## Amending Plaintiffs Withdraw from Motion for Leave to Amend the Winn-Dixie Defendants

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 2 | 1:19-op-45113-DAP | Harrison County, Mississippi v. McKesson Corporation et al | Harrison County | Mississippi | 6.19% | 5.61% | /s/ T. Roe Frazer II |
| 3 | 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Blakely city | Georgia | 22.69% | 26.23% | /s/ Matt Conn |
| 4 | 1:19-op-45129-DAP | City of Blakely, Georgia et al v. AmerisourceBergen Drug Corporation et al | Damascus city | Georgia | 22.69% | 26.23% | /s/ Matt Conn |
| 5 | 1:19-op-45133-DAP | Hospital Authority of Valdosta and Lowndes County, Georgia v. Purdue Pharma, L.P. et al | Valdosta And Lowndes County, Hospital Authority Of D/B/A South Georgia Medical Center | Georgia | 17.26% | 14.97% | /s/ Matt Conn |
| 6 | 1:19-op-45272-DAP | Marion County, Florida v. Purdue Pharma L.P. et al | Marion County | Florida | 8.63% | 7.28% | /s/ Eric Romano |
| 7 | 1:19-op-45278-DAP | Hospital Authority of Wayne County, Georgia v. Purdue Pharma, L.P. et al | Wayne County Hospital Authority | Georgia | 5.61% | 5.62% | /s/ Paul Scott |
| 8 | 1:19-op-45564-DAP | Bradford County, Florida v. Purdue Pharma L.P. et al | Bradford County | Florida | 5.28% | 4.66% | /s/ Eric Romano |
| 9 | 1:19-op-45586-DAP | City of Deltona, Florida v. Purdue Pharma, L.P. et al | Deltona City | Florida | 5.19% | 4.79% | /s/ Eric Romano |
| 10 | 1:19-op-45590-DAP | Suwannee County, Florida v. Purdue Pharma L.P. et al | Suwannee County | Florida | 8.42% | 8.40% | /s/ Eric Romano |
| 11 | 1:19-op-45591-DAP | Clay County, Florida v. Purdue Pharma L.P. et al | Clay County | Florida | 10.77% | 9.76% | /s/ Eric Romano |
| 12 | 1:19-op-45592-DAP | City of St. Augustine, Florida v. Purdue Pharma LP et al | St. Augustine City | Florida | 5.27% | 3.83% | /s/ Eric Romano |
| 13 | 1:19-op-45597-DAP | Taylor County Florida v. Purdue Pharma LP et al | Taylor County | Florida | 12.82% | 9.57% | /s/ Eric Romano |
| 14 | 1:19-op-45598-DAP | City of Daytona Beach, Florida v. Purdue Pharma L.P., et al | Daytona Beach City | Florida | 5.19% | 4.79% | /s/ Eric Romano |
| 15 | 1:19-op-45783-DAP | City of Prattville, Alabama v. Purdue Pharma, L.P. et al | Prattville City | Alabama | 5.18% | 5.16% | /s/ Keith Jackson |
| 16 | 1:19-op-45834-DAP | City of Ocala, Florida v. Purdue Pharma L.P., et al | Ocala City | Florida | 8.63% | 7.28% | /s/ Eric Romano |
| 17 | 1:19-op-45984-DAP | City of Palatka, Florida v. Endo Health Solutions Inc., et al | Palatka City | Florida | 12.52% | 9.16% | /s/ Eric Romano |
| 18 | 1:19-op-46006-DAP | City of Lynn Haven, Florida v. Teva Pharmaceuticals USA, Inc. et al | Lynn Haven City | Florida | 9.30% | 8.08% | /s/ Keith Jackson |
| 19 | 1:19-op-46058-DAP | The City of Louisville, Alabama v. AmerisourceBergen Drug Corporation et al | Louisville Town | Alabama | 12.19% | 10.26% | /s/ Matt Conn |
| 20 | 1:19-op-46122-DAP | Putnam County, Florida v. Endo Health Solutions Inc. et al | Putnam County | Florida | 12.52% | 9.16% | /s/ Eric Romano |
| 21 | 1:20-op-45208-DAP | City of Opelika, Alabama et al v. Teva Pharmaceuticals USA, Inc., et al | Opelika city | Alabama | 9.92% | 5.98% | /s/ Keith Jackson |
| 22 | 1:20-op-45208-DAP | City of Opelika, Alabama et al v. Teva Pharmaceuticals USA, Inc., et al | Spanish Fort City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 23 | 1:20-op-45261-DAP | City of Leesburg, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Jacksonville City | Alabama | 7.56% | 5.84% | /s/ Annesley H. DeGaris |
| 24 | 1:20-op-45287-DAP | City of Foley, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Foley City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 25 | 1:21-op-45113-DAP | City of Brewton, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Semmes (Al), City Of | Alabama | 5.51% | 4.29% | /s/ Keith Jackson |
| 26 | 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Millbrook City | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |
| 27 | 1:21-op-45135-DAP | City of Millbrook, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Wetumpka (AL), City of | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |
| 28 | 1:22-op-45002-DAP | City of Fairhope, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Fairhope City | Alabama | 5.90% | 3.98% | /s/ Keith Jackson |
| 29 | 1:22-op-45003-DAP | Elmore County, Alabama et al v. Teva Pharmaceuticals USA, Inc. et al | Elmore County | Alabama | 6.71% | 6.84% | /s/ Keith Jackson |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Winn-Dixie Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 30 | 1:22-op-45017-DAP | City of Saraland, Alabama v. Teva Pharmaceuticals USA, Inc. et al | Saraland City | Alabama | 5.51% | 4.29% | /s/ Keith Jackson |