# EXHIBIT 2

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## DDM

**July 2, 2025**

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Discount Drug Mart Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 2 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 3 | 1:18-op-45050-DAP | County of Ashtabula v. Purdue Pharma L.P. et al | Ashtabula County | Ohio | 12.34% | 10.89% | /s/ Shayna E. Sacks |
| 4 | 1:18-op-45080-DAP | City of Elyria v. Purdue Pharma L.P. et al | Elyria City | Ohio | 25.91% | 33.22% | /s/ Brian K. Balser |
| 5 | 1:18-op-45240-DAP | City Of Lakewood v. Purdue Pharma L P et al | Lakewood City | Ohio | 6.04% | 4.77% | /s/ James A. Lowe |
| 6 | 1:18-op-45393-DAP | Elliott County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Elliott County | Kentucky | 26.36% | 12.73% | /s/ Peter J. Mougey |
| 7 | 1:18-op-45899-DAP | City of Springfield, Missouri v. Purdue Pharma, L.P., et al | Springfield City | Missouri | 5.29% | 6.48% | /s/ James Young |
| 8 | 1:18-op-46299-DAP | Warrensville Heights, Ohio v. Purdue Pharma L.P. et al | Warrensville Heights city | Ohio | 6.04% | 4.77% | /s/ Shayna E. Sacks |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.