# EXHIBIT 1

## Updated List of Amending Plaintiffs

**Asserting**
**Motions for Leave to Amend to Add**

## Publix

**July 2, 2025**

## Amending Plaintiffs Seeking Leave to Add the Publix Defendants

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 2 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 3 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 4 | 1:18-op-45332-DAP | Broward County, Florida v. Purdue Pharma L.P. et al | Broward County | Florida | 7.32% | 4.85% | /s/ Mark Dearman |
| 5 | 1:18-op-45516-DAP | City of Sandy Springs, Georgia v. AmerisourceBergen Drug Corporation et al | Sandy Springs City | Georgia | 7.90% | 6.06% | /s/ Matt Conn |
| 6 | 1:18-op-45526-DAP | MSPA Claims 1, LLC et al v. Anda, Inc. et al | MAO-MSO Recovery II, LLC | Florida | 6.61% | 4.57% | /s/ Janpaul Portal |
| 7 | 1:18-op-45526-DAP | MSPA Claims 1, LLC et al v. Anda, Inc. et al | MSP Recovery Claims, Series LLC | Florida | 6.61% | 4.57% | /s/ Janpaul Portal |
| 8 | 1:18-op-45526-DAP | MSPA Claims 1, LLC et al v. Anda, Inc. et al | MSP Recovery Services, LLC | Florida | 6.61% | 4.57% | /s/ Janpaul Portal |
| 9 | 1:18-op-45526-DAP | MSPA Claims 1, LLC et al v. Anda, Inc. et al | MSPA Claims 1, LLC | Florida | 6.61% | 4.57% | /s/ Janpaul Portal |
| 10 | 1:18-op-46281-DAP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | 6.27% | 4.74% | /s/ Mike Moore |
| 11 | 1:18-op-46282-DAP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | 6.27% | 4.74% | /s/ Mike Moore |
| 12 | 1:19-op-45064-DAP | County of Brevard, Florida v. Purdue Pharma L.P. et al | Brevard County | Florida | 10.98% | 8.71% | /s/ Paulina do Amaral |
| 13 | 1:19-op-45314-DAP | Deese v. Purdue Pharma L.P. et al | Sheriff Of Peach County | Georgia | 7.32% | 7.90% | /s/ Paul Scott |
| 14 | 1:19-op-45339-DAP | Sarasota County, Florida v. Purdue Pharma L.P. et al | Sarasota County | Florida | 12.39% | 9.88% | /s/ David I. Ackerman |
| 15 | 1:19-op-45563-DAP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | 14.57% | 10.95% | /s/ Eric Romano |
| 16 | 1:19-op-45656-DAP | St. Lucie County, Florida v. Purdue Pharma L.P. et al | St Lucie County | Florida | 9.65% | 6.81% | /s/ Eric Romano |
| 17 | 1:19-op-45667-DAP | Hernando County v. Amerisourcebergen Drug Corporation et al | Hernando County | Florida | 12.74% | 11.11% | /s/ Peter J. Mougey |
| 18 | 1:19-op-45671-DAP | Lee County v. Purdue Pharma L.P., et al | Lee County | Florida | 14.33% | 10.21% | /s/ John Raggio |
| 19 | 1:20-op-45124-DAP | City of Stuart v. Purdue Pharma L.P. et al | Stuart City | Florida | 11.66% | 8.52% | /s/ Jeffrey F. Thomas, Esq. |
| 20 | 1:21-op-45066-DAP | Transitions Recovery Program v. McKesson Corporation et al | Transitions Recovery Program | Florida | 5.25% | 3.90% | /s/ Mark A. Tate |
| 21 | 1:21-op-45079-DAP | SERIES 17-03-615, a designated series of MSP Recovery Claims, Series LLC, a Delaware series limited liability company v. Par Pharmaceutical | SERIES 17-03-615, a designated series of MSP Recovery Claims, Series LLC, a Delaware series limited liability company | Florida | 5.25% | 3.90% | /s/ Janpaul Portal |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.