# EXHIBIT 2

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Publix

**July 2, 2025**