# EXHIBIT 1

## Updated List of Amending Plaintiffs

**Asserting**
**Motions for Leave to Amend to Add**

## Costco

**July 2, 2025**

**Amending Plaintiffs Seeking Leave to Add the Costco Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MAO-MSO Recovery II, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 2 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSP Recovery Claims, Series LLC | Ohio | * | * | /s/ Janpaul Portal |
| 3 | 1:18-op-45057-DAP | MSPA Claims 1, LLC et al v. Purdue Pharma L.P. et al | MSPA Claims 1, LLC | Ohio | * | * | /s/ Janpaul Portal |
| 4 | 1:18-op-45612-DAP | Clallam County v. Purdue Pharma, L.P. et al | Clallam County | Washington | 5.29% | 4.41% | /s/ David Ko |
| 5 | 1:18-op-45627-DAP | County of Butte v. Amerisourcebergen Drug Corporation et al | Butte County | California | 6.25% | 6.38% | /s/ Peter J. Mougey |
| 6 | 1:20-op-45189-DAP | City of Chico et al v. Amerisourcebergen Drug Corporation et al | Chico City | California | 6.25% | 6.38% | /s/ Peter J. Mougey |

\* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.