# EXHIBIT 2

## Updated List of Plaintiffs Withdrawing

### From
### Motions for Leave to Amend to Add

## Costco

**July 2, 2025**

**Amending Plaintiffs Withdraw from Motion for Leave to Amend the Costco Defendants**

| # | Case Number | Case Caption | Plaintiff | State | Market Share 2006-2019 - Doseage Units | Market Share 2006-2019 - MME | Signed by |
|---|---|---|---|---|---|---|---|
| 1 | 1:18-op-45001-DAP | Local 404 Teamsters Health Service and Insurance Plan v. Purdue Pharma | Local 404 Teamsters Health Service and Insurance Plan | Massachusetts | * | * | /s/ Frank Schirripa |
| 2 | 1:18-op-45013-DAP | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan v. Purdue Pharma L.P. et al | American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan | New York | * | * | /s/ Elizabeth J. Cabraser |
| 3 | 1:18-op-45942-DAP | Humboldt County v. Purdue Pharma, L.P. et al | Humboldt County | California | 6.20% | 4.16% | /s/ David Ko |
| 4 | 1:18-op-46022-DAP | Makah Indian Tribe v. Purdue Pharma, L.P. et al | Makah Indian Tribe | Washington | 5.29% | 4.41% | /s/ David Ko |
| 5 | 1:18-op-46092-DAP | City of Eureka et al v. Purdue Pharma, L.P. et al | Eureka City | California | 6.20% | 4.16% | /s/ David Ko |
| 6 | 1:20-op-45177-DAP | City of Fairfax, VA v. Mallinckrodt PLC et al | Fairfax City | Virginia | 15.90% | 14.07% | /s/ Kevin Sharp |
| 7 | 1:20-op-45233-DAP | Frederick County, Virginia v. Mallinckrodt PLC et al | Frederick County | Virginia | 6.86% | 4.72% | /s/ Kevin Sharp |

* The market share has not been included here because both these Third Party Payors are asserting national, classwide RICO claims against this defendant based its participation in a RICO enterprise through an ongoing pattern of violative acts, evidenced by a number of factors including a greater than 5% market share in a multiplicity of jurisdictions.