# EXHIBIT 3
## TO

**PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

PEC-OPT00288-1

# Document Produced in Native Format



CONFIDENTIAL

OPTUMINSIGHT_MDL_000064896

PEC-OPT00288-2





OPTUMInsight™

Prepared for Purdue Pharma
August 31, 2011

PEC-OPT00288-3

# Agenda

OptumInsight Overview

– Business Entities

- Market Access & Reimbursement Overview
- OptumInsight Data Assets

– Butrans counts

- Business Items
- Solutions Needed – Solutions Offered
- Summary
- Q&A

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

PEC-OPT00288-4

# UnitedHealth Group Health Benefits and Services

Publicly Traded Registrant
(NYSE)

## Optum

Information and technology-enabled
health services platform, encompassing:

- Technology solutions
- Intelligence and decision support tools
- Health management and interventions
- Administrative and financial services
- Pharmacy solutions

 OPTUMInsight™   OPTUMHealth™   OPTUMRx™

*Helping to make the health care system
work better for everyone*

- Independent businesses providing services to:
  - 6,200 hospital facilities
  - 246,000 health care professionals or groups
  - nearly 60 million individuals

## UnitedHealthcare

Health care coverage and benefits
businesses, unified under a master brand

- Employer and Individual
- Community and State
- Medicare and Retirement

UnitedHealthcare®   UnitedHealthcare®   UnitedHealthcare®
EMPLOYER & INDIVIDUAL   COMMUNITY & STATE   MEDICARE & RETIREMENT

*Helping people live healthier lives*

- Diverse benefits business
- Ensuring 37 million individuals get the best care
- Positioned well for post health care reform

 OPTUM™

Propriety and Confidential. Do not distribute.

3

# Our affiliation with UnitedHealth Group and specialists in every discipline of health care

- Leadership in technology-driven efficiencies

- Touching more than 75 million lives

- Interacting with 200,000 physicians 350 state and federal agencies and 6,200 hospital facilities

- Specialists serving:
  - Employers
  - Individuals
  - Governments
  - Payers
  - Providers
  - Pharmaceutical and biotech
  - Medical device and diagnostics

- One of the best performing and most financially stable companies in the world





Proprietary and Confidential. Do not distribute.

HIGHLY CONFIDENTIAL OPT00288-5

PEC-OPT00288-6



**OPTUM**™

**OPTUM**Health™

The leader in **population health management** serving the physical, mental, and financial needs of both individuals and organizations

**OPTUM**Insight™

One of the largest **health information, technology, and consulting companies** in the world

**OPTUM**Rx™

The **pharmacy management** leader in service, affordability, and clinical quality

**OPTUM**Insight™

PEC-OPT00288-7

# OptumInsight Legacy Organizations

**From many distinct and powerful brands emerges one company that spans the evidence lifecycle.**

**Innovus**, the market access, economic modeling, and late phase research leader, has joined forces with fellow industry leaders **QualityMetric**, creators of the industry-standard SF health surveys, **HTanalysts**, specialists in evidence-based medicine and reimbursement for health care technologies, **ChinaGate**, the Shanghai-based CRO with Chinese-market regulatory expertise, and **CanReg**, the leading global regulatory strategy consultancy, to offer you expanded life sciences capabilities as **OptumInsight**.



## OPTUMInsight™

**The new leader in life sciences.**

- Market Access and Product Positioning
- Patient-reported Outcomes
- Regulatory Development and Compliance
- Risk Management
- Late Phase Research











The picture can't be displayed.

Is part of OptumInsight, but will retain the name LewinGroup

OPTUMInsight™

www.optum.com | discover@optum.com | 866.306.1317

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

PEC-OPT00288-8

# OptumInsight Life Sciences: Comprehensive Depth and Breadth

## Unparalleled Depth

**Data Assets**
- Unique data models and assets, including a **private health care database with over 75 million lives**

**Analytical Tools**
- **Proprietary technologies** that provide clients with the ability to collect, analyze and get **meaningful reports** and interpretations on **critical health care measures in real time**

## Comprehensive Breadth

**Scope of Insight**
- Work with over **5,000 hospitals, 200,000 physicians, 350 state and federal agencies** and 1,500 insurance companies*
- Have over **1,500 clinicians on staff***

**Global Reach**
- Conducted **more than 1,000 studies and projects** across **more than 50 countries** in the last five years
- Have more than **600 employees** in **20 countries** across **North America, Europe, Asia and Latin America**



**OPTUMInsight**™

* Figure refers to total Optum organization. Other statistics relate to OptumInsight Life Sciences itself.

Proprietary and Confidential. Do not distribute.

7

PEC-OPT00288-9

# Services (HEOR & MAR)

## HEOR:

Market Access, Reimbursement & Pricing

Patient-reported outcomes

Economic analysis (burden of illness, cost effectiveness, cost utility)

Advanced econometric methods

Decision analytic modeling

Comparative effectiveness research

Utilization data (treatment patterns, switching, utilization patterns)

Productivity outcomes

## Market Access and Reimbursement:

Global and country-specific dossier preparation

Systematic literature review and assessment

Payer and clinical research through advisory boards, interviews, and survey research

HTA policy

Reimbursement strategy

Manuscripts



OPTUMInsight™

Proprietary and Confidential. Do not distribute.

8

PEC-OPT00288-10

# Services (Epi & LPR)

**Epidemiologic Research:**

Clinical epidemiology

Custom-designed prospective and retrospective studies

Patient registries

Natural history of disease research

Pharmacogenetics

Birth registries

Comprehensive risk management plans for marketed products

**Late Phase Research:**

Registries—disease, product, and safety

Post-marketing observational studies

Phase IV trials—approved product, approved or new indications/labeling expansion

Clinical effectiveness trials

Consumer health care/OTC/nutritional trials

Community-based and naturalistic studies

Post-marketing commitments (PMC) and post-authorization safety studies (PASS)



**OPTUM**Insight™

Proprietary and Confidential. Do not distribute.

9

PEC-OPT00288-11

# Services (Data Licenses, Analytics & Tools)

**InVision for Market Intelligence (IVMI):**

    Audience is  Business Licensing & Development

**InVision for Managed Markets (IVMM)**

    – Powerful, user-friendly online reporting tool to help you better understand and monitor your product's performance –and your competitors –within the UHG managed care organization

    – Primary data source to track and manage your book of business with United Health Care

**InVision Data Mart (IVDM)**

    – Entire UHC database or clinical subsets used for outcomes research

    – Audience is HEOR & Epi groups within Pharma

**Business Analytics Consulting (BAC):**

    – Custom ad-hoc work

    – Managed Care/Co-Pay analysis

    – Patient level analytics

    – New to therapy, switching, compliance/persistency, and concomitant therapy

    • Treatment patterns

    – Segmentation

    – Forecasting

    – Physician & Pharmacy targeting

    – Medicare

    – Data integration

    – Audience is Market Research, Managed Care Marketing, Sales Ops, Government Affairs, and Drug Safety

OPTUMInsight™



Proprietary and Confidential. Do not distribute.

PEC-OPT00288-12

# Marketing Analytics Service Summary

|  | Datasets | Tools | | | | Custom Analysis |
|---|---|---|---|---|---|---|
| **Solution** | **Data Mart** | **Managed Markets** | **Market Intelligence** | **Portfolio Manager** | **Marketing Analytics/HEOR** |
| Primary Audience | HEOR | UHG NAMs | Business development | UHG NAMs | Marketing, analytics and market research |
| Secondary Audience | Epidemiology | Marketing and market research | Marketing and market research | Marketing and market research | UHG NAMs |
| Customer Benefit | Clinically rich claims data to conduct custom research projects | Understand UHG business and implement pull through programs, evaluate and analyze market trends | Understand market opportunities | Understand UHG business trends and track over time | Evaluate and understand market dynamics through the use of data and advanced analytics |
| Coverage | All markets | Specific market | All markets | All Client Markets | All markets |
| Market Definition | None | Custom | Standard | Standard with customization | Custom |
| Data Platform | UHC only | UHG commercial and Medicare | United and non-United | UHG commercial and Medicare | Commercial, Medicare, non-affiliate, survey, other secondary |
| Annual Lives | 15M | 23M | 28M–8M | 23M | 30M–35M |
| Duration | 36+ months | 24 months | 2005 forward | Rolling 12 months | 2001 forward |
| Update Frequency | Semi-annually | Monthly | Quarterly | Monthly | Monthly |
| Data Lag | 90 days | 30 days | 180 days | 30 Days | 30 days |
| Projection | Un-projected | Un-projected | Projected | Un-Projected | Un-projected |
| Unique Data Elements | Lab results | Pharmacy; MPD phase | Socioeconomic | Medical conditions, specialty, pharmacy chain | Access to all data elements |
| Data Level | Transactions | Physician | Patient | National | Transactions |
| Data Delivery | SAS datasets | Online access | Online access | Online Access | Reports/files |
| MD Reporting | Encrypted | Identified physician | Specialty and region | N/A | Identified physician |
| Standard Metrics | None – user defined | Dx, TRx, NRx, IRx, new, continuing, switching, persistency and compliance | Dx, TRx, NRx, IRx, new, continuing, concomitant use, switching, $$$ | TRx, units, AWP, patients (select reports) | NA/All customized to client specific needs |

OPTUMInsight™
© Ingenix, Inc

Proprietary and Confidential. Do not distribute.

11

PEC-OPT00288-13

OPTUMInsight™

# Market Access, Reimbursement & Pricing

Cyndi Goss
Director, Market Access, Reimbursement & Pricing

PEC-OPT00288-14

# Pressure from all stakeholders is driving change in healthcare



### Regulators

Unsustainable cost and access issues are driving healthcare reform and increased regulations

### Regulation




### Patients

Unaffordable costs decrease access and compliance with treatment plans. The uninsured are demanding greater access to care.

### Access

## Accelerating Change

### Care Providers

Reduced ability to influence provider behavior drives greater emphasis on clinical differentiation

### Cost

### Accountability



### Payers

Decreased ability to price for medical cost growth are increasing demand for generic substitutes and outcome-based payments

OPTUMInsight™

13

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

13

PEC-OPT00288-15

# Market success requires a greater burden of evidence…

Real world evidence that demonstrates value to multiple stakeholders will become increasingly necessary to drive differentiation and market success

|  | Past | Present | Future |
|---|---|---|---|
| **Regulatory Approval** | **Efficacious**<br>• Efficiency and Safety vs. placebo<br>• Large Phase III studies | **Clinical Superiority**<br>• Head to head studies<br>• Risk Evaluation and Mitigation Strategies | **Evidence-driven**<br>• Comparative Effectiveness studies<br>• Real-time safety and efficacy monitoring<br>• Research on small biomarker populations |
| **Reimbursement** | **Effective**<br>• Unit cost vs. clinical endpoints | **Cost Effective**<br>• Budget Impact Analysis<br>• Comparative effectiveness | **Intelligent**<br>• Continuous monitoring of outcomes, safety and economics |
| **Patient Access and Adherence** | **Accessible**<br>• Sales detailing to doctors | **Cost Effective**<br>• Payer formulary placement | **Connected & Aligned**<br>• Active engagement of & value creation from all stakeholders in the ecosystem |

**OPTUM**Insight™  Late Phase Study Capabilities

Proprietary and Confidential. Do not distribute.

14

PEC-OPT00288-16

# OptumInsight Evidence Life Cycle Begins in Early Development



## Steps to Inform Early Development Prioritization

**Define Target Positioning** — Targeted product profile based on gaps and opportunities to improve positioning based on multiple stakeholder perspectives

**Gather Real World Evidence** — Design and execute studies to gather and analyze real world evidence

**Finalize Value Proposition** — Integrated analysis of clinical data, real world outcomes and economic data to finalize positioning

**Define Target Market** — Define Target Market based on target patient profiles, geographies, market access hurdles and competitive landscape

**Measure Impact & Monitor** — Measure benefits of product on outcomes and total cost of care to prove value story to stakeholders and monitor changes in market

**Engage Key Stakeholders** — Engage regulators, payers, providers and patient groups to support market access or enhanced positioning



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

**OPTUM**Insight™

15

PEC-OPT00288-17

# Incorporating Stakeholder Perspectives in Early Development



**OptumInsight Knowledge Base**

- Develop a detailed understanding of the patient, payer and provider perspectives early in R&D

- Translate the perspectives into the target product profile and understand the magnitude of gaps

- Incorporate clinical and commercial endpoints into study design

- Update throughout the process based on study or competitive data

- Incorporate into prioritization decisions throughout commercialization

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

16

PEC-OPT00288-18

# OptumInsight Filters:  The Environment Insight Filters

**Filter 1: Select Key Content for Specific Disease Area**

**Filter 2: Apply Payer, KOL, Provider and other Stakeholder Perspectives**

**Filter 3: Mind the Evidence Gaps**






- Global Considerations
- Clinical Considerations
- Economic Considerations
- Methodological Considerations
- Epidemiological Considerations

- Government – Regional, Local
- HTA
- Commercial Payers - Regional, National
- Pharmacy Benefit Managers
- Clinicians/KOL's
- Patient Advocacy
- Patient management pathways

- Identification of Key Gaps
- Gap Analysis Recommendations
- Update Evidence Map and Knowledge Base File

**Filter/Funnel Outputs: Evidence Map, Report/White Paper, Gap Analysis Recommendations, Slide Deck**

**OPTUMInsight™**



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

PEC-OPT00288-19

# Value Perception



## Product Profile

### Qualitative & Quantitative Assessments

#### Payers

- Current and future budget changes
- Perceptions of current standard of care
- Evaluation process
- Clinical evidence required
- Assessment of product profile – value propositions
- Price and access trade-offs
- Economic evidence required
- Pricing implications of future indications

#### Clinical Thought Leaders

- Current treatment pathway and anticipated changes
- Assessment of current treatments and unmet needs (leverage opportunities)
- Evidence required for a new treatment – supporting uptake
- Assessment of product profile – value propositions
- Assessment of development plan
- Price and access trade-offs
- Expectations for future treatments
- Price implications of future indications



18

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

OPTUMInsight™

# Example of Expected Timelines for Product Review Cycles

PEC-OPT00288-20



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

OPTUMInsight™

19

PEC-OPT00288-21

# Competitive Events Map

| 2010 | | | 2011 | | | | 2012 | | | | 2013 | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

FDA Approval for Butrans

Butrans Launch

Identify SWOT for the launch of Nucynta and prepare for differential labeling

FDA Approval of Nucynta

Potential Nucynta Launch 3Q 2012

Biosimilar applications will be submitted to FDA and the first Biosimilar should be available in 2015

## Market Events: Prepare for comparative analysis of market events

| New Market Entrants— Perform SWOT Analysis based on current available evidence to date | New Market Entrants:<br>•Nucynta XR |
|---|---|
| Biosimilar The "Biologics Price Competition and Innovation Act of 2009" ("Biologics Act") | •Healthcare Reform – PPACA of 2010 and Biologics Act of 2009<br>•Biosimilars for current brand biological products applications can be submitted (2012) to the FDA for review and launch in 2014/2015 |



**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

20

PEC-OPT00288-22

# Environmental Events Framework

**Economic Pressures**

**Healthcare Reform**

**Product Safety Concerns**

**Clinical Data & Differentiation**

**Updated Treatment Guidelines**

- Build evidence to support and differentiate Value Propositions
- First line therapy for patients supported with CER evidence and data
- Differentiate product with co-morbidities, patient centered outcomes
- Entrench "on formulary" non restrictive position with public and private payers

**Utilization Management**

**Employers**

**Consumer & Advocacy**

**Outcomes & PE**

**Policy- CER, PCORI**

**Who else is studying your drug? AHRQ, DERP**

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

20
Ingeni

PEC-OPT00288-23

# Diabetes is a CER Priority

## FCC CER priorities

- Arthritis and non-traumatic joint disorder
- Cancer
- Cardiovascular disease, including stroke and hypertension
- Dementia, including Alzheimer's Disease
- Depression and other mental health disorders
- Developmental delays, attention deficit, hyperactivity disorder and autism
- Diabetes mellitus
- Functional limitations and disability
- Infectious diseases including HIV/AIDS
- Obesity
- Peptic Ulcer and dyspepsia
- Pregnancy, including preterm birth
- Pulmonary disease/asthma
- Substance Abuse
- Other

## AHRQ EHC Program priorities

- Arthritis & non-traumatic joint disorder
- Cancer
- CV disease, including stroke & hypertension
- Dementia, including Alzheimer's
- Depression & other mental health
- Developmental delays, ADHD, autism
- Diabetes
- Functional limitations & disability
- Infectious disease, including HIV/AIDS
- Obesity
- Peptic ulcer disease & dyspepsia
- Pregnancy including pre-term birth
- Pulmonary disease/asthma
- Substance abuse

## OptumInsights 2011 survey

1. Oncology
2. Diabetes
3. Cardiovascular disease
4. RA/Autoimmune diseases
5. Respiratory illnesses (e.g., asthma, COPD)
6. Multiple Sclerosis
7. Mental Health (particularly for Medicaid)
8. Neurologic disorders (e.g., dementia, Parkinson's Disease; particularly for Medicare)
9. Gastrointestinal disorders

Federal Coordinating Council for Comparative Effectiveness Research. Report to the President and Congress. 2009.
IOM. Initial National Priorities for Comparative Effectiveness Research, June 2009.
AHRQ Effective Health Care Program

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

22

PEC-OPT00288-24

# OptumInsight Solutions for Butrans

- Value proposition :  Value/payer deck to communicate value to payers and patients
  - Communicate the burden of disease that Butrans™ can help address;
  - Identify the unmet need that Butrans™ fulfills;
  - Describe the Butrans™ risks compared to existing treatments; and
  - Delineate the economic benefit of Butrans™ compared to existing treatments.
- Payer Insights into future formulary and  clinical decision making processes via Technical Expert Panels, Roundtable Forum and Internal/External Summits:
  - Comparative Effectiveness Research (Priority populations, priority diseases, adherence and patient reported outcomes)
- Evidence Generation Plan
  - Develop recommendations to prepare for payer evidence expectations that may result from future events.
  - Successful Butrans patient  characteristics
  - Switch Plan (switch to/from analysis)
- Lit Review
  - Review of the patient flow data
  - Value proposition around the Standard of Care, Standard of Treatment

Event Map
  - The objectives for the event-map recommendations report are to:
  - Identify significant events that may affect the future landscape for Butrans™;
  - Prioritize the events with respect to potential market impact and possibility for
  - Suggest recommendations to maximize or mitigate the impact of prioritized events.

 **OPTUMInsight™**

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

23

PEC-OPT00288-25

# OPTUMInsight™

## Overview of OptumInsight Data Assets

### Butrans Counts (Commercial & Medicare)

Rachel Halpern
Director, Therapeutic Lead CNS/BH

PEC-OPT00288-26

# Sources of Data for Research and Analysis



- A variety of data sources exist to satisfy the information needs in the life sciences market.
- Clients must establish:
  - Will it address my question?
  - What are the trade-offs?
  - How do I integrate the various sources?



**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

25

PEC-OPT00288-27

# Life Sciences Core and Linkable Data Assets

## Administrative Data
- Member Identifier
- Plan
- Gender
- Age
- Dates of Eligibility

## Pharmacy Claims Data
- Member Identifier
- Prescribing Physician
- Drug Dispensed (NDC)
- Quantity and Date Dispensed
- Drug Strength
- Days Supply
- Dollar Amounts

## Physician and Facility Claims Data
- Member Identifier
- Physician or Facility Identifier
- Procedures (CPT-4, revenue codes, ICD-9)
- Diagnosis (ICD-9-CM, DRG)
- Admission and Discharge Dates
- Date/Place of Service
- Dollar Amounts

## Lab Test Results Data
- Member Identifier
- Lab Test Name
- Result

## SES Data
- Member identifier
- Income
- Net Worth
- Education
- Race & Ethnicity
- Life Stage
- Life Style Indicators

## Date of Death
- Member Identifier
- Exact date of death from SSA

## National Healthcare Information (NHI) Database

## Per-Project Data Linkages

- Chart Reviews
- Surveys
- IIOM (Onc Clinical)
- EMR data
- Hospital Detail Data



OPTUMInsight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

28

PEC-OPT00288-28

# Core Data Asset

| Data | Source | Annual Enrollment | Contents | Dates Available |
|---|---|---|---|---|
| National Healthcare Information (NHI) Database | | | | |
| Commercial Data | Commercial health plan affiliated with Innovus | 13.3 million | Enrollment info<br>Medical claims<br>Pharmacy claims | 1993 to present<br>(~45 million cumulative lives) |
| Medicare Advantage | Medicare Advantage health plan affiliated with Innovus | Prior to 2006: 500,000<br>After 2006: 1.2 million | Enrollment info<br>Medical claims<br>Pharmacy claims | 1993 to present |
| Laboratory Results | Commercial<br>Employer (ASO)<br>Medicare Advantage | ~35% of enrollees | Outpatient lab results | 2000 to present |
| Medicare Part D | Medicare Part D | 5 million | Enrollment info<br>Pharmacy claims | 2006 to current |
| IMPACT Database | Multiple commercial and Medicare health plans | 7 million | Enrollment info<br>Medical claims<br>Pharmacy claims<br>Laboratory results | 2004 to current<br>(~45 million cumulative lives) |
| Touchstone Disability and Health Risk Assessment Data | ~17 Self-insured Employers | 200,000–300,000 | Enrollment info<br>Medical claims<br>Pharmacy claims<br>Short-term disability (STD)<br>Long-term disability (LTD)<br>Health risk assessment (BMI, smoking status, BD, etc.) | 2001 to current |

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.



27

PEC-OPT00288-29

# Linkable Data Assets

DATA WHICH CAN BE LINKED TO MEMBERS OF THE CORE DATA ASSET

| Project-specific Data | Source | Annual Enrollment | Contents | Dates Available |
|---|---|---|---|---|
| Inpatient Detail Data | Premier Perspective Database™ | ~15% of hospitalizations | Medications used in hospital Tests performed Diagnoses | 2000 to current |
| Mortality Data | Social Security Admin. National Death Index | US Population | Date of death Date of death, cause of death | Dependent upon source |
| Impact Intelligence Oncology Management (IIOM) | Health plan affiliated with Innovus | ~20,000 | Staging and other clinical data for colorectal, lung, breast cancer | 2007 to current |
| Pharmacy Benefit Design Data | PBM affiliated with Innovus | 70% of enrollees in core database used by Innovus | Type of tier plan RX benefit structure Amount of deductibles, caps Mail order benefit | 2000 to current |
| Socioeconomic Data | Commercial Employer (ASO) Medicare Advantage Managed Medicaid | ~70% of enrollees | Race, ethnicity, household income, net worth, education level, language preference, and other consumer data | Current and building historical data |
| Survey | Collected per project | Per project | Per project | Per project |
| Chart Review | Collected per project | Per project | Per project | Per project |
| Electronic Medical Record (EMR) Data | Capability under development | Per project | Per project | Per project |
| Cancer-specific EMR Data | Capability under development | Per project | Per project | Per project |
| Device Information | Collected per project | Per project | Per project | Per project |

**OPTUM**Insight™



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

28

Total Longitudinal Lives by Enrollment Type:  NHI + IMPACT
Enrollees with both medical and pharmacy coverage



PEC-OPT00288-30

Propriety and Confidential. Do not distribute.

PEC-OPT00288-31

# Butrans™ Feasibility Counts

- 1,706 commercial health plan enrollees and 139 Medicare Advantage health plan enrollees had ≥1 pharmacy claim for Butrans™ from February 1, 2011 through July 15, 2011.

## Number of Butrans prescriptions filled from 2/1/2011 – 7/15/2011

### Commercial N = 1,706 Medicare Advantage N = 139

| | Commercial N = 1,706 | | Medicare Advantage N = 139 | |
|---|---|---|---|---|
| | N | % | N | % |
| 1 fill | 929 | 54.5 | 105 | 75.5 |
| 2 fills | 335 | 19.6 | 19 | 13.7 |
| ≥3 fills | 442 | 25.9 | 15 | 10.8 |

- **Commercial:**
  - The most prevalent primary diagnoses among commercial health plan enrollees with ≥1 Butrans claim were:
    - lumbago (742.2); encounter for other and unspecified procedures and aftercare: long-term (current) use of other medications (e.g., high-risk medications, long-term current use of opiate analgesic) (V58.69); thoracic or lumbosacral neuritis or radiculitis, unspecified (724.4); cervicalgia (723.1); and unspecified myalgia and myositis (729.1); chronic pain syndrome (338.4).

- **Medicare Advantage:**
  - The most prevalent pain-related primary diagnoses within the Medicare Advantage group were:
    - encounter for other and unspecified procedures and aftercare: long-term (current) use of other medications (e.g., high-risk medications, long-term current use of opiate analgesic); lumbago; abdominal pain, unspecified site (789.00); closed fracture of 2 ribs (807.02); and pain in joint, lower leg (719.46).



OPTUMInsight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

PEC-OPT00288-32

# OPTUMInsight™

## Business Items

### Chaundra Hoover
### Director, Business Development

PEC-OPT00288-33

# MSA + Previous Work

- MSA effective 3/30/11-3/30/2013

  – Includes services for Retrospective, Prospective Observational, Market Access, Reimbursement & Pricing and Epidemiology studies

  – Preferred pricing for above services

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

32

PEC-OPT00288-34

# Ongoing & Previous Purdue Projects

| Account: | Project: | Type: | Country | Date: |
|---|---|---|---|---|
| Purdue Pharma Canada | post marketing study | New Business | CAD | 4/6/2011 |
| Purdue Pharma LP | Opioid Class REMS Study (PUR0071) | New Business | USD | 2/17/2011 |
| Purdue Pharma LP | Statistical support of ISS/ISE - BUP225-ISEINGX020 | New Business | USD | 1/29/2010 |
| Purdue Pharma LP | OxyContin Dispensing Characteristics, 040623, PUR0072-95329, ds (epi) | New Business | USD | 2/28/2011 |
| Purdue Pharma LP | Opioid Respiratory Depression Study - SOW #1 for Protocol Development (PUR0067), i3ds, 95305 | New Business | USD | 4/30/2010 |
| Purdue Pharma LP | QualityMetric - SOW 4- Pain PRO Analysis (Aaron Yarlas) o63505, 96151 | New Business | USD | 3/31/2011 |
| Purdue Pharma LP | Oxy Risk Program (PUR0069) | New Business | USD | 5/7/2010 |
| Purdue Pharma LP | MW RFI (PUR0061) | New Business | USD | 3/15/2011 |
| Purdue Pharma LP | Opioid Respiratory Depression Study - WO #2 for ? (PUR0067) (Parent Incident #1708994 / Contract #61811 / Project #95305) | Enhancement / Scope Change | USD | 5/7/2010 |
| Purdue Pharma LP | Zolpidem-8 Hour Dosing Study (PUR0068) | New Business | USD | 5/7/2010 |
| Purdue Pharma LP | RFI (PUR0064) | New Business | USD | 7/29/2010 |
| Purdue Pharma LP | Bu-Tran Strategy - SOW #2 / O37715, i3i, 95922 | New Business | USD | 9/16/2010 |



OPTUMInsight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

33

PEC-OPT00288-35

# Butrans Solutions Needed

- Increase Butrans formulary access for 2 tier (Commercial and Part D)

- Medicare Strategy – TEP to test the strategy (Medicare Part D specialists)

- Evidence Generation Plan

  – Reduce PA's and Step Edits

  – What evidence would payers need to have to move Butrans to 2 tier?

- What is a successful and not successful Butrans patient?

- What are the most pressing payer needs

**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

34

PEC-OPT00288-36

# Butrans Solutions Offered

- CER (Comparative Effectiveness Research)
- Adherence Programs
- PRO's (Patient Reported Outcomes)
- Lit Review
  - Review of the patient flow data
  - Value proposition around the Standard of Care, Standard of Treatment
- TEP (Technical Expert Panel) for payer insights into future formulary and clinical decision making processes via
  - Technical Expert Panels
  - Roundtable Forum and Internal/External Summits
- Value/payer deck to communicate value to payers and patients
- FDMA 114
- Switch Plan (switch to/from analysis)
  - Treatment flow analysis

**OPTUM**Insight™



Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

35

PEC-OPT00288-37

# Solutions Offered

## Comparative Effectiveness Research

- Special Populations
- Patient Characteristics – Personalized Medicine
- Patient Centered Outcomes Research Institute

## Value Proposition

- Used to guide the communication of the product value across multiple payer stakeholders
- Frame the research needed to meet payer evidence expectations
- Appeals to payers strongest decision-making drivers and evidence based
- Burden of disease, unmet need, products comparative risk, solution economic benefits

## Event/Evidence Map

- Identifies significant events that could affect future evidence generation strategies to meet evolving market access and reimbursement requirements
- Stresses the importance of each event and the ability to leverage or mitigate the impact of each event
- Includes a list of prioritized issues to guide discussion regarding the potential evolutions of the value proposition, HE/HO strategies and HE/HO research tactics

## Technical Expert Panel (TEP)

- Leverages a broad reach into the global payer community
- Clarification off MAR for a product
- GAPs for what is needed to meet payer expectations



**OPTUM**Insight™

Confidential property of Optum. Do not distribute or reproduce without express permission from Optum.

PEC-OPT00288-38

# The OptumInsight Life Sciences Advantage

**Unique experience and insights**

- Global regulatory, government, payer, provider and patient perspectives
- Novel data and tools (Global Data assets, Automated Analytical platforms, Customized Clinical Solutions: study design, PRO instruments, EDC, High Quality Scientific Resources and Industry Thought Leaders)

**One-stop shopping: comprehensive integrated solutions**

- End to end services across the product life cycle: strategy and execution
- Global reach: local expertise in US, EU and emerging markets

**High value services at a reasonable price**

- Segment solutions to meet different scope requirements and price points
- **Leverage scale and technology to improve timeliness and flexibility**

**Proprietary data and tools**

- Unique data models and assets, including a private health care database with 75+ million lives
- Proprietary technologies that provide clients with the ability to collect, analyze and review meaningful reports and interpretations on critical healthcare measures in real time

**Track record of delivering high quality solutions on time**



OPTUMInsight™   Late Phase Study Capabilities

Proprietary and Confidential. Do not distribute.   37

PEC-OPT00288-39



OPTUMInsight™

Thank You.

**Chaundra Hoover**
Director, Business Development
OptumInsight Life Sciences
o: 203-845-7957
c: 203-293-5743
chaundra.hoover@innovus.com

**Cynthia Goss**
Director, MAR
OptumInsight Life Sciences
o: 804-266-3429
c: 804-347-1213
cynthia.goss@innovus.com