# EXHIBIT 4
## TO

**PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

| | |
|---|---|
| From: | Thierer, Mark [From Catamaran] [thiererma@optum.com] |
| Sent: | 11/22/2016 5:01:05 PM |
| To: | |
| CC: | Prince, John M [john.prince@optum.com]; Davis, Barry [From Catamaran] [Barry.Davis@optum.com]; Manieri, Elaine A [From Catamaran] [Elaine.Manieri@optum.com]; Lagerstrom, Edward [ed.lagerstrom@optum.com] |
| Subject: | OptumRx update |

You and your team delivered a very clear message yesterday – and we heard you. ▮ has seen a change in us and you feel that OptumRx has become hard to do business with. We are going to change that and get back to the partnership we worked so hard to build along the way. Our clear goal – and our new commitment -- is to be easy to do business with, be transparent, and provide a PBM model that is aligned with your goals – a health plan focused model.

The following list is intended to address each of concerns that you raised in yesterday's discussion:

**New way of doing business** - This starts with Executive sponsorship. In addition to me, I am assigning John Prince, our Chief Operating Officer to be ▮ Executive sponsor. John will conduct quarterly operations meetings with your leadership team, provide a monthly metrics dashboard and operational transparency. John will also assign one of his direct reports to oversee the coordination of all of our operations for ▮ and to work directly with your team. You will have all the data and access that you require, and this will reduce your need for oversight and "shadow teams" checking our work.

The Prior Authorization migration will have a well thought-out project plan with measurable milestones, joint testing, and it will be a joint Go/No-Go decision. This will be similar to the process we employed when we moved the PA team from Portland to Lisle.

For the Account Structure enhancements your team would like to make, we will manage the process and OptumRx will do the majority of the heavy lifting. ▮ can do this in phases and we will provide assistance to your team. Again, this is at most 10% of the work compared to a full migration. There are no changes in claims processing systems, no need to rebuild your PA rules and drug lists, and no need to re-code your 15,000+ benefits. As you well know, large scale changes like these – changes required for a full-scale PBM conversion -- are major execution risks that often cause client and member disruption.

**Provide ▮ with tools to help you manage your trend.** This capability is only possible based on the breadth and depth of our Optum enterprise-wide information capabilities. This begins with custom trend reporting to meet Kerry's needs, a dedicated trend analyst, and customized formulary consulting. This will tap into Optum Insights and provide you with the best data analytics in the industry to proactively manage your trend. In the second half of 2017, ▮ will have access to our physician practice EMR-based solution that we discussed yesterday. This will reduce Prior

ATTORNEYS' EYES ONLY

Authorization turnaround, provide price transparency at time of prescribing, and provide physicians with real time information to close gaps in care. As David Calabrese mentioned, we are rolling out two new clinical programs. The first is our Total Opiate Abuse Management Solution which represents the most comprehensive, end-to-end solution suite in the industry to aggressively and effectively address our nation's catastrophic opioid abuse epidemic. The program encompasses tools and strategies across Pharmacy Utilization Management, Benefit Design, Behavioral Health, Care Management, IT/Analytics, and Research/Epidemiology to attack the epidemic across all domains and drive the type of meaningful reductions in abuse prevalence and fatalities that our country is so desperately calling for. The second program is our Advanced Oncology Decision Support Program. It utilizes state-of-the-art, point of sale decision support and prior authorization capabilities embedded into the oncology provider's daily workflow to drive more cost-effective, evidence-based (NCCN) treatment choices. In a one-year pilot with a Florida-based commercial health plan, recently published in the Journal of Oncology Practice, this program delivered a -9% reduction in PMPM oncology-related drug spending, versus benchmark regional and national trend rates of +11% saving over $5M annually.

███ the traditional standalone PBM and retail-based PBM models simply do not have the tools to differentiate ███ and produce real change in health care outcomes. We will be leveraging Optum's advanced data analytics and bringing you innovative programs to help you win and grow in your lines of business. It is my hope that you view these additional improvements as both meaningful and responsive to the concerns you raised. We very much want to retain your business – and hope we have earned the right to be your partner for the next three years, and beyond.

Please do not hesitate to call me with any questions.

Sincerely,

Mark Thierer | OptumRx
Chief Executive Officer

1600 McConnor Parkway
Schaumburg, IL 60173-6801

T: 224.231.1960
F: 224.231.1917
thiererma@optum.com | www.optum.com

ATTORNEYS' EYES ONLY

OPTUM_MDL_000003490