# EXHIBIT 5

## TO

**PLAINTIFF'S OPPOSITION TO CERTAIN DEFENDANTS'
MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

# PROPOSAL QUESTIONNAIRE

## 1.   Executive Summary

**1.1   Provide a brief summary of your company's or affiliate partnership organizations' products, services, ownership, mission, vision, core capabilities and market strategies.  Please provide a review of the evolution of the growth of your organization, highlighting any acquisitions, and/or mergers over the past five years, as well as a description of your geographical location(s), indicating where all components of services for GEHA would be handled.**

Prescription Solutions was formed in 1989 to support internal pharmacy benefit management (PBM) operations at PacifiCare Health Systems, Inc. (PHS). In 2005, with the merger of PacifiCare and UnitedHealth Group, Prescription Solutions now operates as a wholly owned subsidiary of UnitedHealth Group, serving a broad spectrum of internal and external clients, including public and government entities, managed care organizations, Medicare and Medicaid plan sponsors, employer groups, union groups, and third-party administrators. UnitedHealth Group is a diversified health and well-being company dedicated to making health care work better. Headquartered in Minneapolis, Minn., UnitedHealth Group serves approximately 73 million individuals nationwide through six operating businesses: UnitedHealthcare, Ovations, AmeriChoice, OptumHealth,  Ingenix and Prescription Solutions.

### UnitedHealthcare

UnitedHealthcare provides benefit plans and service solutions on a dedicated basis to large, multi-site employers and coordinates network-based health care benefits and services on behalf of  small to mid-sized employers, as well as individuals and families.

### Ovations

Ovations, is the largest business in the nation dedicated to meeting the growing health and well-being needs of Americans age 50 and older.

### AmeriChoice

AmeriChoice facilitates and manages health care services for state-sponsored public and Medicaid programs and their beneficiaries.

### OptumHealth

OptumHealth is one of the nation's largest health and wellness companies. Employers, payers and public sector organizations use OptumHealth behavioral benefit solutions, clinical care management, financial services and specialty benefit products such as dental and vision to help consumers navigate the health care system, finance their health care needs and achieve their health and well-being goals.

CONFIDENTIAL                                                                      OPTUMRX_MDL_007529943

### Ingenix

Ingenix is a leader in the field of health care information, services and consulting, serving pharmaceutical companies, health insurers and other payers, physicians and other health care providers, large employers and governments.

### Prescription Solutions

Prescription Solutions offers a comprehensive array of pharmacy benefit management and specialty pharmacy management services to employer groups, union trusts, seniors through Medicare prescription drug plans and commercial health plans.

## An Integrated Solution



We believe that information is the lifeblood of healthcare. Applied at the right time and at the right place, when decisions need to be made, information can enhance the affordability, quality and accessibility of care.

Prescription Solutions can bring to GEHA the unique advantage of the synergies with our corporate partners within United that help expand our ability to address the member from a total health perspective. A typical PBM employs pharmacy benefit strategies that advance once a prescription enters the system. Prescription Solutions has the ability to employ a different strategy, we have programs that are implemented before the prescription to ensure the member enters the health care system appropriately.

One of our United partners, OptumHealth, is a health and wellness company whose programs identify behaviors that if not caught early can escalate in to high cost diseases. Examples of their programs are lifestyle programs for Nutrition, Behavioral Health, Weight Control, Employee Health Screenings, a 24/7 Nurseline service and Interactive Health Coaches.

CONFIDENTIAL                                                          OPTUMRX_MDL_007529944

Ingenix is an industry leader in health care information and technology with the capacity to fully integrate medical, pharmacy, behavioral health, lab and self-reported data. We have the ability to utilize daily integration of these data to synchronize member care and identify gaps before a member knows he or she has a condition.

By maximizing the expertise of Prescription Solutions' pharmacy benefit strategies and combining those with the robust health and wellness programs at OptumHealth, coupled with the technology and innovation driven by Ingenix, we feel that we can present clients with a total health care solution to truly transform health care.

## Collaboration Between Behavioral Health and Pharmacy



Within the Medication Therapy Management clinical assessments, a Prescription Solutions case manager identifies whether patients are experiencing symptoms of depression and anxiety, both of which are highly prevalent in individuals dealing with hepatitis C, HIV/AIDS, multiple sclerosis, oncology, rheumatoid arthritis and transplant. If we identify a member showing signs of depression or anxiety, with the consent of the patient, Prescription Solutions refers the patient to the OptumHealth case manager for further evaluation.

CONFIDENTIAL

OPTUMRX_MDL_007529945

## Coordination for Highest Quality Care in Transplant

*The average transplant costs $380,000 but can well exceed $1 million, and noncompliance with medication is the most common reason for transplant rejection.*



The number-one reason for transplant rejection is medication noncompliance. Prescription Solutions is taking the clinical expertise in pharmacology, combining it with the transplant case management expertise of OptumHealth, integrating the information through the Ingenix analytics algorithm to arrive at a cohesive and comprehensive strategy to optimize the patient health outcome.

## Prescription Solutions Values, Mission and Goals

### Four Core Values

We maintain four core values that apply to every aspect of our business:  Integrity, Collaboration, Commitment to Quality Service, and Dedication to Results-driven Solutions. We continually reinforce the importance of these values through company training and routine communications. Every employee — from our top executive leaders to the individuals who work directly with clients and members — is responsible for knowing these values and demonstrating them in every aspect of his or her job.

Our core values include:

| Integrity | Collaboration |
|---|---|
| We pledge to operate with honesty and accountability. We promote a culture of integrity through adherence to a company-wide code of ethics and business conduct guidelines. | We collaborate with our clients and their vendors to create customized, flexible solutions. Our partnership approach fosters client empowerment and maximization of resources and knowledge. |

CONFIDENTIAL                                                    OPTUMRX_MDL_007529946

| Commitment to Quality Service | Dedication to Results-driven Solutions |
|---|---|
| We are accountable for delivering excellent service at all times. We follow industry best practices for establishing quality standards, measuring performance, and conducting ongoing process improvement. | We are dedicated to providing innovative solutions that yield meaningful, tangible results. We demonstrate value by reporting on client-specific clinical outcomes and financial savings. |

## Our Company Mission and Goal

Using our fundamental values as a foundation, we have established a company mission and goal that guide us in our partnerships with clients and their members. Below we state these guiding business objectives and provide tangible examples of how we can deliver actionable strategies that will effectively serve the unique needs of GEHA and its members and demonstrate our position as a superior carve-out PBM partner.

### Our Mission Statement...

Our overall company mission is to use a **proven, collaborative approach** to pharmacy benefit management to ensure that our customers receive **innovative solutions**, the **best possible clinical outcomes**, and **meaningful service** at the **lowest cost**.

### ...and how it will help us serve GEHA

Our mission is well suited to effectively serve the needs of GEHA and its members for the following reasons:

- **Proven, collaborative approach.**
  We have a long history of establishing successful, hands-on partnerships with our clients. Our dedicated account service professionals will work closely with GEHA and its vendor partners to develop a plan for managing GEHA's benefit program that is flexible and meaningful.

  Our partnership will include frequent communications and meetings with GEHA and its vendors to ensure consistency and accountability in all areas. Through direct and continual collaboration, we can help GEHA achieve a seamless transition to our platform and smooth implementation of all benefit program components. Following a successful transition, GEHA's dedicated client management team will demonstrate our ongoing pledge to collaboration by managing day-to-day operational needs, identifying and implementing clinical programs and improvements, ensuring ongoing client and member satisfaction, and participating in GEHA's strategic planning and performance meetings and activities.

CONFIDENTIAL                                                  OPTUMRX_MDL_007529947

- **Innovative solutions.**
  We take pride in our ability to develop innovative solutions to address both general pharmacy benefit trends and the specific issues and challenges that are unique to each of our clients. Our staff includes top-notch PBM account professionals, technical staff, and clinicians with years of experience in delivering effective strategies that can be customized to any need or objective.

  Our innovative approach will help us in meeting GEHA's request for a carve-out solution that features integration and interoperability across all aspects of GEHA's health and pharmacy benefit programs. We have demonstrated success in developing unique solutions that are flexible and accommodate various technical, operational, and clinical requirements. We also have extensive experience in working with key industry players in both the medical and pharmacy arenas to create compatible solutions that provide a seamless service experience for our clients' members.

  We are confident that we can effectively partner with GEHA's health plan vendors, technical vendors, and other associates to help GEHA capitalize on the unique strengths and resources of each team player.

> **Demonstrating Clinical Quality through URAC Accreditation**
>
> We distinguish our company as a leader in quality assurance through our participation in URAC's healthcare accreditation programs. As a beta testing site for URAC, we have helped define its standards for PBM services, and our recognition from URAC underscores our commitment to quality and accountability:
>
> - We are *the only PBM* that holds four accreditation awards from URAC's suite of Pharmacy Quality Management® accreditation programs
>   - We were *one of the first PBMs* in the nation to earn URAC's Pharmacy Benefit Management and Drug Therapy Management Accreditation in 2007.
>   - We *were one of four PBMs* in the nation to receive accreditation from URAC for both Mail Service and Specialty Pharmacy in October 2008.
> - We received two consecutive silver awards in 2008 and 2009 at URAC's Best Practices in Consumer Empowerment and Protection Awards competition: one for our Geriatric RxMonitor Program (2008) and one for our Drug Interaction Alert Program (2009).
>
> We continue to maintain a strong association with URAC through our senior vice president of Professional Practice and Pharmacy Policy, who currently serves as the URAC PBM Standards Committee Chairman. This link helps us stay up-to-date with the latest trends in accreditation and industry standards.

- **Best possible clinical outcomes.**
  We differentiate ourselves from conventional PBMs through our clinical services and programs, which reinforce our extensive background in pharmacy and medical management. Our Clinical Services and Data Analytics teams have developed a comprehensive library of innovative clinical programs. These programs include strategies for formulary management, drug utilization review, medication adherence, promotion of safe use, specialty medication management, quality assurance, utilization management, promotion of generics, disease state intervention, provider and member profiling, cost containment, and more.

  Our clinical experts develop programs through research of evidence-based literature, the latest clinical studies and key drug manufacturer information. Our National Pharmacy & Therapeutics Committee and Clinical Programs Subcommittee, which comprise experienced academic and practicing physicians and pharmacists from a wide range of disciplines, also support clinical program development and ongoing refinement.

CONFIDENTIAL                                                      OPTUMRX_MDL_007529948

*Our clinical expertise and ability to combine our programs with other vendor offerings—such as health plan initiatives and disease management vendor activities—will further support GEHA's request for integration of its medical and pharmacy benefits. We have experience in working with key health care players to create solutions for improved care and quality of life through integrated program elements.*

- **Meaningful service.**
  We deliver a hands-on, solutions-oriented account management approach that is flexible and meaningful to our clients and their members. To ensure optimal service, we set internal performance goals and frequently monitor and report on those goals to capitalize on successes and identify and resolve issues quickly. We also strive to incorporate client-specific performance goals whenever possible to support flexibility in meeting client objectives and requirements.

- **Lowest cost.**
  We believe in upfront, transparent pricing, and we will candidly disclose to clients our revenue sources and our methods for assessing fees and sharing rebate dollars. We focus on controlling drug trends and maximizing rebate dollars by promoting cost-effective drug utilization and improved formulary compliance.

Ultimately, by taking a "big picture" approach to cost and total pharmacy and medical management, we can help GEHA:

- ○ **Lower total drug expenses** by offering competitive pricing and innovative cost-containment programs

- ○ **Optimize rebate dollars** through aggressive contracting with manufacturers and utilization management

- ○ **Maximize benefit goals**, including generic utilization and mail service penetration

- ○ **Achieve quantifiable, meaningful savings** through total pharmacy and medical management solutions

## Our company goal…

Our goal is to help our clients strike the perfect balance between savings and member satisfaction. Instead of limiting prescription utilization, we promote the appropriate use of medications. By focusing on clinical quality and total patient care, we help our clients improve outcomes while managing overall health care costs.

## Summary of Key Strategies

The key strategies we believe will strengthen and enhance the pharmacy benefit to GEHA include comprehensive clinical programs, proactive pharmacy and medical management, high-touch specialty pharmacy program, and efficient mail service.

CONFIDENTIAL                                                        OPTUMRX_MDL_007529949

**Comprehensive Clinical Programs:** Our overall clinical capabilities—which include comprehensive drug utilization review support—offer unique cost-containment and quality elements that set us apart from our PBM competitors. We offer a wide range of clinical programs that are designed to positively influence drug utilization, improve patient safety and quality of life, and decrease overall health care costs. These programs, developed completely in-house by a team of clinical experts, include:

- **Formulary Management:** Focus on formulary compliance, promotion of clinically appropriate therapies, and management of high-cost and/or high-use drug classes. Examples include clinical edits (for example, quantity limits), prior authorization, and step therapies.

- **Targeted Clinical Programs:** Our programs focus on pre-catastrophic populations with high-cost, high-impact conditions that have the greatest potential for improvement via clinical interventions. We identify members for these clinical interventions based on pharmacy and/or medical claims data analysis, and then we supply program components to the providers of the identified members.

- **Generics Strategy:** Specifically designed to promote appropriate use of lower-cost, high-quality, and AB-rated generic medications. Key components include general educational outreach to prescribers and members, targeted communication followed by telephonic outreach, and automated refill reminder calls to promote member adherence.

- **Disease Therapy Management:** Provides personalized care to high-risk patients to optimize clinical and financial outcomes as part of our Specialty Pharmacy Care Management.  Program components are designed to promote self-management, increase medication adherence, improve quality of life, and overall health care costs.

- **Medication Therapy Management (MTM):** Developed to manage medication use, reduce drug interactions, and improve overall management of Medicare Part D drug costs. MTM programs are designed to improve therapeutic outcomes by ensuring appropriate use of medications, improving medication adherence, detecting potentially harmful drugs or combinations of drugs, and providing education to patients and providers.

**Proactive Pharmacy and Medical Management Strategies:** In conjunction with specific clinical programs, our proactive pharmacy and medical management strategies reinforce cost-containment and therapeutic efficacy. For example, the role of a comprehensive generic use program is of critical importance in reducing the escalating drug costs.  A long-term strategy of promoting first-line agents over high-cost new medications will help control inappropriate prescribing and will yield higher quality and lower costs to plan sponsors. Key components of this strategy include mandatory generic substitution and reinforcement and adherence. In addition, our medication awareness programs, such as our over-the-counter (OTC) program, empower patients to become actively involved in taking charge of their own health by providing them with access to self-care resources.

CONFIDENTIAL                                        OPTUMRX_MDL_007529950

**High-Touch Specialty Pharmacy Program:** We offer a high-touch, patient-centric model based upon case review and case management, medication adherence, and prior authorization, all of which are designed to increase member compliance while containing costs. In addition, our Disease Therapy Management (DTM) programs are designed for members with hepatitis C, multiple sclerosis, rheumatoid arthritis, hemophilia, and respiratory syncytial virus (RSV).

Furthermore, we suggest several plan design and clinical management techniques to help clients control specialty pharmacy costs. We can analyze specialty utilization and suggest several cost-cutting measures including a separate tier for specialty medications. Member compliance can remain strong.

**Efficient Mail Service:** We employ numerous strategies for helping our clients promote mail service utilization to their members. We recommend a combination of benefit design incentives and direct member outreach. Our clients have achieved increased utilization rates through building incentives into the plan's benefit design; distributing general educational pieces that emphasize the convenience and benefits of using our mail order service; distributing personalized mailings to plan members on maintenance prescriptions; offering promotional coupons that provide additional savings; and conducting telephone outreach services.

Our clients consistently achieve increased mail service utilization rates following implementation of the above strategies. These boosted rates lead to increased benefit program savings and enhanced member convenience and satisfaction. One of our clients, a county government located in Florida, achieved savings of more than 10% following our implementation of a coordinated mail service promotion campaign.

## Prescription Solutions Growth and Development

Prescription Solutions has provided innovative pharmacy benefit management (PBM) services for 20 years. First formed in 1989 to support internal pharmacy benefit management (PBM) operations at PacifiCare Health Systems, Inc. (PHS), we now operate as a subsidiary of UnitedHealth Group serving a broad spectrum of internal and external clients, including public and government entities, managed care organizations, Medicare and Medicaid plan sponsors, employer groups, union groups, and third party administrators.

Our growth and ownership history is illustrated in the following company milestones:

**1989:** Formed to support internal PBM operations at PacifiCare Health Systems (PHS).

**1991:** Opened first mail service facility in Mira Mesa, California.

**1993:** Became a wholly-owned subsidiary of PHS and began selling and marketing services as a full-service PBM to clients nationwide.

**1999:** Launched a specialty pharmacy program to create additional cost, clinical, and disease state management support services for our clients and their members.

**2000:** Opened a second mail service facility in Carlsbad, California.

CONFIDENTIAL          OPTUMRX_MDL_007529951

**2005:**   Became a subsidiary of UnitedHealth Group, a Fortune 50 company and one of the health care industry's prominent national brands; this relationship allows us to offer a combination of comprehensive resources and strengths from two leading organizations in the health care and pharmacy benefit industries.

**2006:**   Began offering a comprehensive array of pharmacy benefit programs and services that fully support the Medicare Part D regulations and administrative requirements established by the Medicare Modernization Act (MMA) and the Centers for Medicare & Medicaid Services (CMS); opened a third, 300,000-square-foot mail service pharmacy in Overland Park, Kansas, to support membership growth and create improved efficiencies in the company's nationwide delivery of mail order prescriptions.

**2008:**   Expanded program and service offering through the UnitedHealth Group acquisition of Fiserv's health-related businesses, including Innoviant, Fiserv's pharmacy benefit management division.

## Prescription Solutions Service Locations

Prescription Solutions' corporate headquarters are located at:

**2300 Main Street**
**Irvine, California 92614**

We also maintain several satellite facilities from which we perform our core pharmacy benefit management (PBM) services and activities. The following table lists these functions and locations.

| Function(s) | Location |
|---|---|
| Account/Client Management | Western Region<br>2300 Main Street<br>Irvine, California 92614 |
|  | Eastern Region<br>5800 Granite Parkway Suite #900<br>Plano, TX 75024 |
| Claims Processing, Information Technology Services, Clinical Services, Sales and Marketing[1] | 2300 Main Street<br>Irvine, California 92614 |
| Industry Relations/Rebate Management and Network Management | 5995 Plaza Drive<br>Cypress, California 90630 |
| Member/Customer Service[2] | 755 Research Parkway, Suite 160<br>Oklahoma City, Oklahoma 73104 |

---

[1] Several Regional Sales Managers operate from key states throughout the country, including Pennsylvania, Georgia, New York, Texas, and Illinois.

[2] In addition to serving members through our four main customer service locations, we subcontract with a labor agency to provide customer service. This subcontractor—West Corporation—is located in Rocky Mount, North Carolina.

CONFIDENTIAL                                   OPTUMRX_MDL_007529952

| Function(s) | Location |
|---|---|
| | 3515 Harbor Boulevard<br>Costa Mesa, California 92626 |
| | 6860 W. 115th St. Suite 150<br>Overland Park, Kansas  66211 |
| **Mail Order Service (including Specialty Pharmacy fulfillment)** | 6860 W. 115th St. Suite 150<br>Overland Park, Kansas  66211 |
| | 2858 Loker Avenue East<br>Carlsbad, California 92008 |
| | Order processing only<br>10801 Walker Street<br>Cypress, CA 90630 |
| **Prior Authorization, Pharmacy Help Desk** | 3515 Harbor Boulevard<br>Costa Mesa, California 92626 |

Please refer to **Section IV, Exhibit 18**, for a flowchart of our overarching healthcare management approach.

## 1.2 How long has your organization provided pharmacy benefit management (PBM) services?

Prescription Solutions has provided innovative pharmacy benefit management (PBM) services for 20 years.

## 1.3 Please provide a high level overview of your organization's corporate structure. Please comment on any planned, potential, or publicly announced changes in ownership structure that may be occurring within your organization.  Describe any impact, both positive and negative, that this change may have on GEHA Rx program offering.

United Health Group has two main business units: benefits and services. Under the benefits area:

- **UnitedHealthcare** serves the commercial market for large, small and medium-sized employers and those individual consumers who buy their own health benefits
- **Ovations** and **AmeriChoice** serve government sponsors of health benefits – Medicare, Medicaid, State Children's Health Insurance Programs

Under the services area:

- **OptumHealth** provides wellness management and behavioral health services, online and telephone health coaching, health care financial services and specialty benefits for vision, dental and disability
- **Ingenix** is dedicated to health care data, analytics, research and consulting services for providers, payers, and consumers

CONFIDENTIAL
OPTUMRX_MDL_007529953

- **Prescription Solutions** offers a comprehensive array of pharmacy benefit management solutions to commercial health plans, seniors through Medicare prescription drug plans, government agencies, employer groups and union trusts



We do not anticipate any major changes to our organization or structure in the next 12 to 24 months. Therefore, there will not be any impact, positive or negative, to the full-service PBM offering we are proposing to GEHA.

Please refer to **Section IV, Exhibit 19**, for an organizational chart of Prescription Solutions' leadership.

**1.4    Please outline and describe the nature of any business relationships, partnerships, or co-ownership partnerships currently in place with pharmaceutical manufacturers or retail pharmacies.  Does your organization have any ongoing responsibilities, financial, strategic or otherwise, that is in place or is a result of these ties to the pharmaceutical manufacturers or pharmacies?**

We have established strong relations with many industry partners to leverage lower costs while still providing a focus on total health management.

Our pharmaceutical manufacturer partners are numerous, representing a breadth of products in both the oral and biological realm.

Our relationship with SureScripts-RxHub allows enhanced e-prescribing through our national retail network and our mail service facilities. Our e-prescribing capability is facilitated through the SureScripts-RxHub Pharmacy Health Information Exchange(tm). Through this connection, we process electronic prescriptions submitted by pharmacies and technology vendors who also

CONFIDENTIAL                                                                OPTUMRX_MDL_007529954

have a relationship with SureScripts. Currently, SureScripts works with the vast majority of large pharmacy chains and most of the leading e-prescribing technology vendors.

We also maintain strong partnerships with our network pharmacies and foster a collaborative approach to network management to actively address industry trends, meet federal and state regulations, and negotiate optimal pricing arrangements for our clients. Our senior vice president of industry relations and senior vice president of professional practice and pharmacy policy are both active within the pharmacy community and work to continually monitor industry changes, gather pharmacy feedback, and support improved pharmacy relations. These leaders, along with their teams, proactively communicate with other leaders in our organization and our clients to forecast trends and make recommendations on network adjustments that may yield improved cost savings.

Recently, we demonstrated the strength of our network pharmacy relationships by renegotiating our contracts on a national scale. This effort has resulted in more competitive rates and significantly enhanced discounts for our clients-all while maintaining broad national access options for our clients' members.

**1.5    Please describe how your company and its business partners conduct your business, both individually, and as coordinated entities.  Including, but not limited to, the following:**

    **(a)  Process used to determine which supply/pharmaceutical categories to secure discounted supply relationships**

    **(b)  Sourcing and vendor selection process, including product quality assessments**

    **(c)  Contracting process; negotiation, execution, communication and implementation**

    **(d)  Client management/discount eligibility, access, pass-through process**

    **(e)  Distribution system structure, delivery methods**

    **(f)  Other operating components**

Prescription Solutions and its business partners strive to meet client needs and deliver exceptional customer service.

## Determining Discounted Supply Relationships

Prescription Solutions uses only FDA approved and AB-rated (where available) generics to ensure that all products dispensed from our mail service facilities are high-quality and cost-effective alternatives for clients and patients.

We diligently and continually access product availability and the market to ensure that products of high quality are procured for dispensing to patients.  Manufacturer evaluation and product selection is based on assessment of quality, price, service level, and product availability. Because of this due diligence and proactive management, we have been continually successful in proactively mitigating patient impact due to changes in product selection.

CONFIDENTIAL                                                                    OPTUMRX_MDL_007529955

With regard to drug manufacturers, Prescription Solutions has established strong relations with many industry partners to leverage lower costs while still providing a focus on a positive healthcare outcomes return. Our pharmaceutical manufacturer partners are numerous, representing a breadth of products in both the oral and biological realms.

## Sourcing and Vendor Selection

As a comprehensive PBM with strong clinical, specialty pharmacy, and mail service capabilities, Prescription Solutions makes only limited use of outsourcing and subcontracting services.

We currently subcontract with external vendors for certain operational aspects of our business, including production of member ID cards, supplementary member service support, dispensing of certain specialty medications with limited distribution channels, and provision of home-infusion services. The fees related to these subcontracted services are incorporated in our standard fee. We also ensure full integration of these vendors with our own internal systems and processes to minimize any disruption for our clients and their members.

Our subcontractor relationships add value by assisting us in providing seamless, enhanced support to clients and their members.

## Contracting Process; Negotiation, Execution, Communication and Implementation

Prescription Solutions' pharmacy network contracting philosophy is to deliver a comprehensive, accessible network of pharmacies that meet our mandatory credentialing requirements, and agree to the terms of our pharmacy contracts with all of our clients.  Our Part D network consists of all necessary CMS providers:  retail pharmacies, including those that can provide 90-day medication fulfillment, LTC, HI and ITU pharmacies.

As relates to the subcontracted vendors outlined above, we use a comprehensive RFP process for selection of all vendors, including reference and background checks as well as relationships defined by HIPAA as business associate relationships with IS/IT vendors, printed materials vendors, paper storage and shredding vendors, temporary/consultant employee labor vendors and third party billing vendors. Once selected, a vendor management process is put in place including contractual compliance and standardized reporting of performance measures as agreed upon with the vendor.

We communicate directly to our clients regarding the enhanced service capabilities and program support available and mutually develop appropriate materials for distribution to our clients' membership population as applicable.  Our current program structure and relationships with subcontracted vendors are, in essence, seamless to our clients and their members.  These service components are available to a client upon implementation.

CONFIDENTIAL

OPTUMRX_MDL_007529956

## Client Management/Discount Eligibility, Access, Pass-Through Process

We focus on delivering superior client services and support that helps to ensure smooth, cost-effective operational activities of GEHA's pharmacy benefit plan. We will collaborate directly with GEHA to identify optimal benefit design parameters, recommend targeted efforts for improving program performance, and implement initiatives that maximize program savings.

To achieve these objectives, we offer reliable services and meaningful tools that are tailored to the specific needs and objectives of GEHA, its members, and its physician network. These services and tools include customized implementation and client management strategies, effective communications and marketing solutions, access to our clinical resources and research, and meaningful reporting tools and resources.

The foundation of our partnership philosophy is hands-on, solutions-oriented client management. Our dedicated client management team will work closely with GEHA to achieve seamless transition to our platform and smooth implementation of all benefit program components, including eligibility and network design (access). Thereafter, our client management team will manage day-to-day operational needs and identify and implement clinical programs and improvements that will positively affect drug utilization patterns and yield cost savings opportunities.

## Transparent Pricing and Rebate Practices

Prescription Solutions believes in upfront, transparent pricing and rebate strategies. We will fully disclose to the client our revenue sources and our methods for assessing fees and sharing rebate dollars. Our business philosophy is founded on:

- Competitive pass-through pricing
- Effective rebate management
- Conflict-free relationships with pharmaceutical manufacturers and retail drug organizations

**1.6  Please provide a list of wholesalers/distributors with which your company has relationships, addressing the items listed below:**

**(a)  Name**

We contract with McKesson, our primary wholesaler, and Cardinal Health, our secondary wholesaler.

**(b)  Length of relationship/remaining term of agreement**

|  | Length of Relationship | Remaining Term of Agreement |
|---|---|---|
| McKesson | 9 years | 3.5 years |
| Cardinal Health | 0.5 years | 3.5 years |

CONFIDENTIAL                                                    OPTUMRX_MDL_007529957

(c) **Scope of agreement (general description of products/services, region/market coverage)**

These wholesale relationships are for the provision of brand and generic pharmaceuticals at our mail and specialty pharmacy facilities that fulfill medications nationwide.

(d) **Limitations/exclusions (i.e., are physician offices, home health agencies, etc., eligible for contract?)**

These distribution channels are limited to Prescription Solutions wholly owned mail and specialty pharmacies.

(e) **Pricing (general description of methodology and discount levels)**

Our pricing arrangements with these manufacturers are proprietary.

(f) **Service expectations, performance standards and guarantees**

We require that our wholesaler maintain stock levels sufficient to immediately fill at least 96 percent of our orders.

1.7 **Please outline and describe your policies and capabilities regarding HIPAA compliance.  Do your systems and procedures comply with HIPAA regulations?  Are all your network providers in compliance with HIPAA?  If not, explain your process for dealing with non-compliant providers.**

Following are detailed explanations of our corporate security and privacy policies and the measures we undertake to ensure that our systems and procedures are HIPAA-compliant, as well as our advocacy of HIPAA standards throughout our retail pharmacy network.

## Corporate Security and Privacy Policies

We have developed appropriate policies and procedures to assure the privacy and security of protected health information (PHI) in compliance with HIPAA regulations.  We use and disclose PHI on a daily basis and acknowledge that such information is required to conduct our business operations. We also acknowledge that health information must only be used and disclosed during the normal course of business.

Following are specific measures we take to comply with HIPAA regulations:

- We employ a senior level Privacy Officer who is accountable for monitoring compliance with privacy regulations.
- We require all employees to complete HIPAA Privacy and Security training, which includes a custom-built e-learning course that explains how HIPAA privacy and security regulations impact the employee's work functions.
- We display privacy posters outlining HIPAA guidelines and our commitment under our company's Notice of Privacy Practices at each company facility.

CONFIDENTIAL                                                                    OPTUMRX_MDL_007529958

- We apply security safeguards (physical, technical, and administrative), such as identification badges for facility access, unique accounts and passwords for system access, and training and enforcement of privacy policies and procedures.
- We distribute our Privacy Notice to members who use our mail service pharmacies and post this notice on our Web site at www.prescriptionsolutions.com to inform individuals of their privacy rights and how their information may be used or disclosed.
- We maintain PHI in an area that is inaccessible to the public or unauthorized persons.
- We take steps to assure that transmitted PHI can only be retrieved by the person for whom it is intended.
- We disclose confidential information on a minimum necessary basis only.

  *Note:* We may be required to disclose PHI without a member's authorization or consent as required by law based on public health and safety requirements, law enforcement actions, or administrative and judicial proceedings.
- We confirm the identity of members, authorized agents, personal representatives, and contacts by requiring individuals to provide specific identifying information and verify the accuracy of the information before discussing any aspect of a member's PHI.
- We monitor and audit our compliance with privacy regulations and procedures, such as recording calls to educate staff on authentication procedures and conducting physical security walkthroughs.
- We follow processes for administering all HIPAA privacy rights for individuals, such as obtaining a copy of one's own health records and filing a privacy complaint.
- We require vendors that perform business associate functions to enter into contractual agreements, thus obligating the vendor to protect PH

## HIPAA-Compliant Systems and Procedures

Protecting client data and the infrastructure used to accept, process, create, store and communicate that data is crucial. We have established appropriate software and security controls to restrict access to client and member data only to those authorized client employees and Prescription Solutions employees with a need to know such information. We also have effective firewalls in place to restrict affiliate company and business partner access to such client and member data.

Systems security is achieved through a multi-layer approach creating a complete perimeter of protection to our infrastructure, from network firewalls to logical access to each one of the systems. We use industry best practices to manage systems access, passwords, application access using internal access procedures, based on pre-established authorities and job responsibilities. We also use software tools to manage system security on the IBM iSeries systems, which monitor intrusions, exit points and any system modifications.

We maintain the confidentiality of a client's claimant and pharmacy information through a combination of physical access control and logical or software based data access. Access and privacy restrictions conform to HIPAA and other legislative regulations, as well as all corporate policies and procedures that define the handling of confidential, protected health information (PHI). Member privacy is protected and data is not at risk of exposure.

CONFIDENTIAL                                                    OPTUMRX_MDL_007529959

### Physical Access Controls

Security staff personnel and security video cameras monitor physical access to our buildings and data centers.  Access to all Prescription Solutions facilities, including the data centers, is further secured using proximity cards that control access to restricted areas based on a combination of job function, day and time.  This approach limits access only to employees with legitimate reason to enter.  Appropriate photo identification badges are also required for all staff members.

### Logical Access Controls

All applications and functions within applications at Prescription Solutions are available to users on a need-to-know basis, related to job responsibilities.  Strict system profile password management ensures that clients can view only their own data.

Access to each system is controlled via multiple security levels. Users must have a valid ID and password to access the Prescription Solutions network.  Different applications and platforms require separate authorized accounts and passwords.  Prescription Solutions' password policies dictate specific restrictions such as forced expiration changes at regular intervals (3 months), restrictions of characters and restrictions on repeating passwords within a specific number of cycles.  Through user profiles, clients are set up so that only their membership base is visible to them.  Additional security levels also defined through the user profile and restricted functionality; that is, users are restricted in their ability to make changes or view data.

### Privacy and Confidentiality

Prescription Solutions is in compliance with the National Committee for Quality Assurance 2000 confidentiality rules and standards.  We provide records to the client upon request.  The client takes ownership and ensures confidentiality of the provided records.  The client has confidentiality policies and procedures regarding the use of medical information.

Prescription Solutions also maintains member confidentiality on the Internet by using a 128-bit encryption code on our Web site.  This is the same encryption level that is used by high security financial institutions.

## Pharmacy Network Requirements

Our network contracts require pharmacies to abide by all state, local and federal laws to address confidentiality requirements with respect to HIPAA, protected health information (PHI), and Medicare Part D.

In general, we ensure that health information is used or disclosed in a confidential manner. Confidential information is disclosed on a minimum necessary basis only. We confirm the identity of patients, authorized agents, personal representatives, and contacts by requiring that the individual provide specific identifying information, and we verify the accuracy of the information before discussing any aspect of a member's PHI.

CONFIDENTIAL                                                        OPTUMRX_MDL_007529960

## 2.    Organizational Overview

**2.1    Explain the organizational structure you intend to use to service GEHA's account. Please provide an organizational chart for the staff that would be handling the account as well as the resumes of key individuals, noting their primary roles and responsibilities.**

The client management team that we propose to support GEHA's benefit program will include all of the positions named by GEHA in the requirements section of the RFP. These include the following:

- Executive Contacts
- Client Management Executives
- Client Management Team
    - Client Relations Manager
    - Clinical Pharmacist
    - Business Analyst
    - Project Manager
- Key Internal Contacts
    - Benefit Operations Management
    - Claims Administration
    - Clinical Services
    - Customer Service
    - Eligibility
    - Information Services
    - Mail Service Operations
    - Pharmacy Network Contracting and Management

CONFIDENTIAL                    OPTUMRX_MDL_007529961

Following is a refined snapshot of the dedicated client management team that will be assigned to GEHA.  Please refer to **Section IV, Exhibit 20**, for a detailed chart outlining the key individuals across our organization who will be supporting GEHA.



## Experienced Team of Client Management and Implementation Specialists

We believe that the delivery of superior service begins with the support of an experienced, well-informed staff. Therefore, we ensure that all members of our client management and implementation teams are highly-skilled individuals who understand every facet of the implementation process and are dedicated to achieving a problem-free transition for each new client.

The implementation team we will assign to GEHA will include the dedicated client management team, which will be based in Overland Park, Kansas, as well as a selection of experts from different areas of our company.

## Integrated Client Management Reporting Structure

Visibility and access to other key members of our organization are crucial components of our client management strategy. Ensuring clear reporting lines, both direct and indirect, helps us promote internal efficiencies and in turn deliver superior service to GEHA. We also strive to ensure that our client management team structure incorporates linkage to our executive leadership. This allows us to add a layer of top-level accountability and support, which will ensure that high-impact account issues receive the attention and resources they deserve.

CONFIDENTIAL                                                    OPTUMRX_MDL_007529962

The table below lists the individuals that will fill these key roles. Please note that we propose to designate all of the key operational positions specifically to support GEHA's program on an exclusive basis.

| Name and Position | Roles/Responsibilities |
|---|---|
| **Client Management Team:  Day-to-Day Operations** | |
| **Natalie Reed**<br>Client Relations Manager | Natalie works to manage clients' business on an ongoing basis, with day-to-day personal contact. This includes providing cost savings recommendations, furnishing clinical information and updates, and presenting pharmacy management data. The scope of her work with clients also encompasses operational issues, strategic planning, clinical initiatives, claims processing, eligibility and reporting.<br><br>As client relations manager, Natalie functions as a liaison and primary resource to clients and internal departments for all client related matters. She is responsible for implementing new client accounts from inception to closure. She specializes in managing government agencies, employer groups, Specialty Pharmacy clients, TPAs, and workers compensation clients. |
| **Joe Fagan**<br>Business Analyst | Joe will manage all reporting needs for GEHA. He will work closely with GEHA to fulfill its information needs, including both standard and custom reporting. By overseeing the data gathering and analysis functions, Joe ensures that standard reports are delivered on schedule and ad-hoc reporting is completed accurately. He will serve as the technical liaison between GEHA and our information systems (IS) department, making sure that GEHA receives meaningful information within required timeframes. |
| **Brian Funk**<br>Clinical Pharmacist | Brian will be responsible for preparing analyses on utilization trends to better assist GEHA with cost-containment reporting. He will also be charged with researching new prescription drugs or new applications of existing drugs, assisting in the development of drug use guidelines,presenting information to committee members, participating in cost and benefit analysis of prescription drugs to support development of drug formularies, acting as a functional resource for GEHA, and leading cross-functional project teams to develop new or enhanced programs to support GEHA's needs. |
| **David Valdez**<br>Project Manager | In his role as project manager, David serves as a key point of contact during the implementation and transition phase.  He also oversees all aspects of special client projects that are developed throughout the plan year.  David works closely with the client relations manager, as well as other internal project teams, to establish deadlines, assign responsibilities, and monitor and summarize the progress of each project. |

CONFIDENTIAL

OPTUMRX_MDL_007529963

| Name and Position | Roles/Responsibilities |
|---|---|
| **Cross-Functional Internal Support: Seamless Transition** | |
| **Lawrence Alderson** Director, Information Services | Mr. Alderson brings his extensive experience to bear in ensuring that the IS organization provides outstanding support for the implementation of new clients and products, providing excellent service to our membership and to the business operations of Prescription Solutions. |
| **Ron Rivera** Manager, Information Services Operations | Mr. Rivera and his team are responsible for working with our clients' IS teams to ensure that connectivity and data transfers occur seamlessly. |
| **Tom North** Manager, Eligibility Department | Mr. North's department determines the client's eligibility requirements and transmission frequency with respect to the member, group, and provider. |
| **Mark Knutson** Vice President, Customer Service | Mr. Knutson joined Prescription Solutions as vice president of customer service in July 2006. His background includes experience with strategic sourcing initiatives, results-orientated incentive plans, financial analysis, quality improvement plans, upgrades to state of the art call centers, and major technical initiatives. |
| **Krys Griesser** Manager of Claims, Claims Administration | Ms. Griesser has been with Prescription Solutions since 1998 and has over 30 years of experience in the medical field including front and back office support, medical records, lab, all facets of health care billing, processing and re-pricing healthcare claims, collections, accounts payable, accounts receivable, and pharmacy technician experience. Ms. Griesser assists with setting up plan parameters within our claims system and developing client-specific manual claims processes. |
| **Robert A. Hiatt, Pharm.D.** Director, Claims, Eligibility & Implementation | With more than 25 years' experience in pharmacy business and technical operations, Dr. Hiatt has a track record of improving efficiencies. At Prescriptions Solutions he has developed numerous reports and electronic encounter and paid-claim files. He also provides clients with financial reports that are critical for medical group risk settlements. Dr. Hiatt's goal is to assure smooth, efficient and accurate claims processing while satisfying client requirements for consistent data and meaningful documentation. |
| **Debra Logan** Director of Benefit Operations Management | As Client Implementation Director, Debra Logan works closely with Client Management Directors, Managers and Business Analysts, helping create benefit designs that fit specific client needs.  During GEHA's implementation, she will work shoulder-to-shoulder with Natalie Reed and Rhonda Brand, among others, to effect the most efficient transition possible. Debra and her team of 20 business analysts are responsible for the input of client benefit specifications into Prescription Solutions' information systems so claims are paid accurately, members get the right medications and correct copayments, pharmacies are reimbursed accurately, and formulary lists are correct. |

CONFIDENTIAL

OPTUMRX_MDL_007529964

| Name and Position | Roles/Responsibilities |
|---|---|
| **David Chaney**<br>Director of Pharmacy Network and Management | Mr. Chaney joined Prescription Solutions in 2000 as manager of over-the-counter (OTC) mail order development. He was able to apply his more than 20 years of retail experience at a major drug store chain to develop the OTC mail order program at our Southern California mail service facility.<br><br>In 2003, he was promoted to his current position, which reports directly to the senior vice president of industry relations. His experience includes over 16 years in the managed care industry. He is a current member of NCPDP and earned a Bachelor of Science degree from the University of San Francisco. |
| **RJ Correia, Pharm.D.**<br>Senior Vice President, Mail Service Operations | Dr. Correia is responsible for prescription fulfillment activities at our mail service facilities in Carlsbad, California, and Overland Park, Kansas. He joined Prescription Solutions in 2002, with more than 25 years experience in various pharmacy enterprises. Formerly he was vice president of SangStat Medical Corporation where he was responsible for the Transplant Pharmacy, a nationwide strategic business unit specializing in prescription mail services for the organ transplant population.<br><br>Dr. Correia earned his doctor of pharmacy degree from the University of the Pacific and completed a clinical residency at Holy Cross Hospital in Florida. |
| **Sophie Tong-Chung, Pharm.D.**<br>Director, Contracting | Dr. Tong-Chung leads the organization in strategy and business development as well as program deployment to support continued successes of key programs offered by Prescription Solutions. These programs include the Pharmaceutical Rebate Program, Procurement Program, and Specialty Pharmacy Program. Her effectiveness in negotiations and contracting is reputable in the industry. She has also played a key role in seeking alignment of clinical programs to maximize cost savings opportunities for Prescription Solutions' clients. |
| **Client Relations Management:  Critical Business and Operational Functions** | |
| **Rhonda Brand**<br>Manager of Client Services | As Manager of Client Services, Rhonda is responsible for all of the client relations managers (CRMs) in the Plano, Texas, office. Her team is the primary point of contact on a daily basis between clients and Prescription Solutions<br><br>Rhonda also oversees client satisfaction on an ongoing basis. This includes managing the CRM team and participating in implementations, phone conferences, meetings, and business reviews. She specializes in and has developed expertise in managing some of our largest clients, ranging in size from several thousand lives to several million. |

CONFIDENTIAL                                                                    OPTUMRX_MDL_007529965

| Name and Position | Roles/Responsibilities |
|---|---|
| **Mark Brunell**<br>Director of Client Management | Mark will be a pivotal contact for GEHA. In his position as Director of Client Management, Mark oversees Client Service teams across the United States, working with Prescription Solutions' external clients. He is the primary business owner for these contracts and relationships. Mark provides leadership and direction to all departments supporting his clients. He is a key liaison with stakeholders and executive sponsors including Sales/Marketing, Pharmacy Operations, Customer Service and Underwriting/Finance. This includes leading cross-functional client-based initiatives to achieve client and Prescription Solutions' goals, such as service improvements and business process enhancements. |
| **Sheela Andrews**<br>Vice President of Client Management | The client management team that we have assigned to GEHA is under the management of Sheela Andrews, vice president of client management. Sheela is based in our Irvine, California office. She is responsible for clinical utilization management and operational oversight for all Western region clients.. Her dedicated client management staff plans, budgets and supervises implementation and ongoing support of client programs and services. |
| **Wayne Miller**<br>Senior Vice President of Client Management | Wayne Miller oversees client management, new client implementation, and drug utilization management programs for Prescription Solutions. Wayne's goal is to help Prescription Solutions clients achieve success and grow. His department does this by providing best-of-class client management.<br><br>Working closely with Sales and Marketing to sell and implement new accounts, Wayne's team develops solutions to client challenges, identifies opportunities, and anticipates questions before they are asked. |
| **Executive Contacts: Policy, Escalation, and Leveraging Resources** | |
| **John D. Jones**<br>Senior Vice President,<br>Professional Practice and Pharmacy Policy | As executive sponsor to GEHA, John will be a critical point of contact and escalation. John's goal is to ensure that Prescription Solutions delivers the highest quality benefits for the lowest cost to plan sponsors and members. He does this by working with regulatory boards, national standards organizations, and governmental agencies to influence policy making and consulting with legislative bodies about proposed laws. |
| **William Mickle**<br>Senior Vice President and Chief Administrative Officer | Bill Mickle manages all aspects of Prescription Solutions Customer Service, Claims, Information Technology, HIPAA, Business Continuity and Facilities operations. His objective is to provide the highest quality customer service possible to all constituents who interface with the company – including members, pharmacies, doctors, employers and health plans. His team works toward continuous improvements in customer service and quality.<br><br>Under Bill's leadership, Prescription Solutions has built redundancy both in systems and pharmacy fulfillment to ensure members do not suffer a drop in service in the event of a business interruption. |

CONFIDENTIAL

OPTUMRX_MDL_007529966

## Client Management Services and Support

We focus on delivering superior client services and support that helps to ensure smooth, cost-effective operations of GEHA's pharmacy benefit plan. The assigned client management team will collaborate directly with GEHA to identify optimal benefit design parameters, recommend targeted efforts for improving program performance, and implement initiatives that maximize program savings.

To achieve these objectives, we offer reliable services and meaningful tools that are tailored to the specific needs and objectives of GEHA, its members, its physician network, and its delegated vendors.

These services and tools include hands-on, ongoing operational support, access to clinical resources and research methodologies, and meaningful reporting solutions.

### Ongoing Operational Support

The designated client management team will work closely with GEHA to manage day-to-day operations, any operational issues and identify and implement clinical programs and improvements that will positively impact drug utilization patterns and yield cost-saving opportunities. To support this partnership, we establish a one-year project plan for tracking and reporting plan performance and anticipated trends. This plan includes delivery of annual, quarterly, monthly and ad hoc reports that measure census information, plan averages, ingredient costs, generic fill rates, specialty and injectable drug utilization, and other important plan statistics.

The plan also includes quarterly meetings and scheduled conference calls during which we address the results of the overall account review, financials, product selection, formulary compliance, member utilization, pharmacy network performance, physician prescribing patterns, and other key criteria.

In addition, we contrast the client's performance against our book of business to provide a comparison with national averages, and then use this analysis to help the client manage net cost to plan through application of various programs, such as claims edits, clinical initiatives, and communications to providers and members.

Our client management strategies also encompass comprehensive client training on our tools and procedures, including our Internet Direct Access system and Online Reporting Tool. These resources allow clients to directly access our claims system to manage plan activities (e.g., through real-time overrides and eligibility updates) and measure plan performance through customized, on-demand report generation.

### Access to Clinical Resources and Research Methodologies

Through our client management team, GEHA can access our expert clinical services and health outcomes research groups—both of which include experienced pharmacists, nurses, statisticians, and researchers with solid clinical and academic backgrounds. Working in tandem with our client management staff, these teams deliver analysis of client-specific and national drug utilization patterns and make informed recommendations on program changes, targeted interventions and educational opportunities that support member engagement.

CONFIDENTIAL                                                                OPTUMRX_MDL_007529967

For example, the clinical pharmacist that we assign to GEHA will work in collaboration with our clinical services department to deliver pipeline reports on new medications, in-depth monograph reviews of new drugs, including new injectable medications, and therapeutic class reviews, and recommendations for authorization guidelines and criteria. All drug reviews and guidelines consider the efficacy, safety, and cost of medications.

In addition, our research team offers medical management expertise by combining medical and pharmacy claims data to examine overall health care cost and utilization patterns. For example, one of our key resources is predictive modeling. We use this tool to capitalize on our existing strengths in health outcomes research to offer innovative and distinctive products to clients. We can combine various predictive modeling capabilities and methodologies with our pharmaco-centric intervention competence. Clients are empowered to affect both pharmacy and medical trend rates and further enhance their health plan and pharmacy benefit program performance as they are provided with valuable information from Prescription Solutions' analytical services. Moreover, through predictive modeling we can help our clients promote improved health outcomes, overall patient satisfaction, and enhanced quality of life for their members.

We also offer the support of our National Pharmacy & Therapeutics (NP&T) Committee, an expert advisory body that is responsible for reviewing and evaluating all new medications.

This committee also assists with the development of medication guidelines.

### Reporting Solutions

We will ensure long-term support to GEHA via development of a thorough project plan for tracking and reporting plan performance and anticipated trends. This plan includes delivery of annual, quarterly, monthly and ad hoc reports that measure census information, plan averages, ingredient costs, generic fill rates, specialty and injectable drug utilization, and other important plan statistics.

The plan also includes in-person meetings and conference calls during which we address the results of financial reviews, product selection, formulary compliance, member utilization, pharmacy network performance, physician prescribing patterns, and other key criteria.

Please refer to **Section IV, Exhibit 21**, for resumes for all of the foregoing.

CONFIDENTIAL                                                    OPTUMRX_MDL_007529968

**2.2    Describe any other functions your organization subcontracts to any other vendor and describe those arrangements.**

The following table lists each of our subcontractors and briefly describes the services they provide.

| Name | Address/Phone # | Contract Effective Date | Delegated Function |
|---|---|---|---|
| Accredo | *Main Office* <br> 1640 Century Center Pkwy <br> Memphis, TN 38134 <br> 866.591.9075 | October 2001 | Delivery of specialty medications with limited or restricted distribution; home-infusion services[3] |
| Caremark | *Main Office* <br> 211 Commerce Street <br> Suite 800 <br> Nashville, TN 37201 | May 2005 | Delivery of specialty medications with limited or restricted distribution; home-infusion services[3] |
| Community Care Health Services | 6600 S Yale Ave <br> Tulsa, OK 74136 <br> 918.488.6660 <br><br> 6815 S Canton Ave <br> Tulsa, OK 74136 <br> 918.494.9292 | February 2004 | Delivery of specialty medications with limited or restricted distribution; home-infusion services[3] <br> (Service in Oklahoma only) |
| Coram Home Care | *Main Office* <br> 1675 Broadway, Suite 900 <br> Denver, CO 80202 <br> 800.267.2642 | February 2002 | Home-infusion services[3] |
| Independent Medical Expert Consulting Services, Inc. (IMEDECS) | 157 S. Broad Street <br> Lansdale, PA 19446 <br> 215.855.4633 | July 2003 | Coordination of second level appeals that are not handled by our internal appeals department |
| Infusion Solutions | 4420 E Miraloma Ave # F <br> Anaheim, CA 92807 <br> 714.701.1192 | February 2003 | Home-infusion services[3] <br> (Service for chemotherapy medications in California) |
| Language Line Services | 1 Lower Ragsdale Drive <br> Building 2 <br> Monterey, CA 93940 <br> 877.886.3885 | February 2006 | Translation of more than 170 languages for our customer service department |

---

[3] We provide the majority of available specialty medications and injectables through our in-house Specialty Pharmacy facility. To supplement our services, we subcontract with specialty vendors for fulfillment of restricted or limited distribution medications and delivery of home-infusion and nursing services.

CONFIDENTIAL
                    OPTUMRX_MDL_007529969

| Name | Address/Phone # | Contract Effective Date | Delegated Function |
|---|---|---|---|
| OptionCare Enterprise | *Main Office* 485 Half Day Road, Suite 300 Buffalo Grove, IL 60089 847.465.2100 | August 2001 | Delivery of specialty medications with limited or restricted distribution; home-infusion services[3] |
| Preferred Home Care | *Main Office* 2546 W. Birchwood Ave Suite 101 Mesa, Arizona 85202 800.636.2123 | January 2007 | Home-infusion services[3] (Service in Arizona and Nevada only) |
| Printing for Systems, Inc. (a Metavante Corporation company) | 1291 Boston Post Road Madison, CT 06443 203.245.4200 | February 2005 | Production and delivery of customized member ID cards |
| Providence Home & Community Pharmacy | 2201 Lind Ave SW Suite 130 Renton, WA 98057-4003 800.832.0319 | April 2003 | Home-infusion services[3] (Service in Washington only) |
| West Telemarketing | 1974 Stone Rose Drive Crossroads Plaza Rocky Mount, NC 27804 800.757.2106 | August 2003 | Supplemental customer service[4] |

We use a comprehensive RFP process for selection of all vendors, including reference and background checks. In accordance with HIPAA, we enter into business associate agreements with all subcontracted partners to ensure compliance with all privacy and security regulations. In addition, upon selection of a vendor, we establish a standardized vendor management process, which includes methods for reporting and measuring performance as agreed upon with the vendor.

We also ensure full integration of these vendors with our own internal systems and processes.

---

[4] The majority of our customer service advocates are full-time employees of Prescription Solutions. We ensure that the customer service advocates from our subcontracted vendor exclusively serves our clients only.

Furthermore, all of our call centers and customer service staff members are integrated through a virtual contact center (VCC), which connects all agents, phone lines, and call center computers over the Internet to provide efficient, consolidated customer support. This virtual system supports availability of advocates 24 hours a day, 7 days a week. We also provide round-the-clock access to a pharmacist. During after-hours time periods, pharmacists are available by a pager system. When a member requires pharmacist assistance, we accommodate timely direct call-back by a licensed pharmacist who is trained to address all clinical and medication issues.

CONFIDENTIAL                                        OPTUMRX_MDL_007529970

**2.3**   **Please confirm whether or not your organization owns a mail order pharmacy, or a specialty pharmacy.**

Confirmed.  We fully own and operate our own mail service pharmacy and specialty pharmacy.

Owning our mail service and specialty pharmacy facilities offers increased efficiencies and improved cost and quality control. These advantages support our competitive pricing model and help us deliver enhanced service to our clients and their members.

Specifically, ownership of these facilities promotes:

- Reduction in overall drug costs. Through our purchasing power and solid relationships with wholesale manufacturers, we maintain aggressive discount pricing that allows us to offer competitive rates across our mail service, specialty and retail programs.
- Streamlined operations. As the mail service and specialty pharmacy provider, we reduce our reliance on subcontracting, which lowers administrative costs and eliminates barriers to service.
- Enhanced quality. We offer direct control over the quality of service and care delivered through our pharmacy facilities. Through diligent application of Six Sigma techniques, we assure accountability and a disciplined approach to managing ongoing quality improvement.

CONFIDENTIAL                                                    OPTUMRX_MDL_007529971

## 3. Deliverables/Strategies

**3.1 Describe your company's financial solvency and your ability to support this product on an ongoing basis.  Please provide your last quarter financial statement.**

Prescription Solutions is a subsidiary of UnitedHealth Group, a company that serves more than 73 million members nationwide with annual revenues of approximately $81.2 billion. Because of the high level of operational and financial integration with our parent company, our long-term financial stability remains exceptional.

Please refer to **Section IV, Exhibit 1**, for UnitedHealth Group's 2008 Annual 10-K Report, and Prescription Solutions' 2008 Audited Financial Statement.

**3.2 Describe any pending litigation or judgments against your company in the past three years.  Describe any debarment or sanction from a federal, state or local government program.  Explain whether any existing or pending litigation or judgment has the potential to negatively impact the financial stability or reputation of your organization.**

Prescription Solutions is involved in the types of legal actions that arise in the normal course of business. Based on current information, including consultation with our attorneys, we are confident that any liability that may ultimately arise from these actions will not materially affect our consolidated financial position, operational status, cash flow, or business prospects. All litigation or legal actions are disclosed on the UnitedHealth Group Web site; www.unitedhealthgroup.com.

We are not subject to any debarment or sanctions from a federal, state, or local government program.

**3.3 Describe any pending insurance division inquiries or investigations.  Please describe the inquiries and investigations and potential root cause of such issues.  Include any inquiries or investigations of your current clients that pertain to the services provided by your organization.**

Prescription Solutions has no pending insurance division inquiries or investigations.

CONFIDENTIAL                                                                OPTUMRX_MDL_007529972

**3.4**   **Please list any and all licenses or accreditations your organization holds, including place and date of issuance.**

Prescription Solutions is actively licensed to do business in the following states. We will provide more complete information including date of issuance if we are selected as a finalist.

| | | |
|---|---|---|
| Alabama | Alaska | Arizona |
| Arkansas | California | Colorado |
| Connecticut | Delaware | Florida |
| Hawaii | Idaho | Illinois |
| Indiana | Iowa | Kansas |
| Kentucky | Louisiana | Maine |
| Maryland | Michigan | Minnesota |
| Mississippi | Missouri | Montana |
| Nebraska | Nevada | New Hampshire |
| New Jersey | New Mexico | New York |
| North Carolina | North Dakota | Ohio |
| Oklahoma | Oregon | Pennsylvania |
| Rhode Island | South Dakota | Tennessee |
| Texas | Utah | Vermont |
| Virginia | Washington | West Virginia |
| Wisconsin | Wyoming | |

The following table summarizes relevant data regarding accreditations awarded to Prescription Solutions.

| Accrediting Agency | Area of Accreditation | Effective Date | Expiration Date |
|---|---|---|---|
| URAC | Drug Therapy Management | 11/11/07 | 11/01/2010 |
| URAC | Specialty Pharmacy[5] | 11/11/08 | 11/01/2011 |
| URAC | Mail Service Pharmacy[5] | 11/11/08 | 11/01/2011 |
| URAC | Pharmacy Benefits Management | 11/11/07 | 11/01/2010 |
| National Association of Boards of Pharmacy (NABP) | VIPPS accreditation for Mail Service Pharmacy | 4/2005 (renewed 2007) | To be renewed 4/2010 |
| National Association of Boards of Pharmacy (NABP) | DMEPOS accreditation for Mail Service Pharmacy[5] | 6/26/2007 | N/A[6] |

---

[5] Accreditation applies to both of our mail service pharmacies located in Overland Park, Kansas, and Carlsbad, California.
[6] Accreditation does not expire for DMEPOS.

CONFIDENTIAL

OPTUMRX_MDL_007529973

Government Employees Health Association                    3. Deliverables/Strategies

3.5    Please provide three (3) client references for similar business, including the contact
       information for each and the type of services performed on their behalf.  Also list any
       major clients who have terminated similar business with your company over the past
       year or which will be terminating their relationship with your organization in 2009,
       and the reason(s) for termination.

### Current Client References

| Company Name | Contact Information | Effective Date | Number of Lives | Services Provided |
|---|---|---|---|---|
| AmeriChoice | Marion Pardes<br>Director of Pharmacy<br>Two Gateway Center, 13th Floor<br>Newark, NJ  07103<br>973.297.5537 (O)<br>973.297.5580 (F)<br>Marion_pardes@uhc.com | 01/0/12006 | 250,000 | Full-service PBM |
| PartnersRx | Robert W. Field<br>President and CEO<br>Partners Rx Management, LLC<br>15950 N 76th Street, Suite 200<br>Scottsdale, AZ  85260<br>480.624.9400 (O)<br>480.624.9401 (F)<br>bob.field@partnersrx.com | 08/01/2008 | 300,000 | Full-service PBM |
| ███████ | ███████ | ███████ | ███████ | Full-service PBM |

CONFIDENTIAL

OPTUMRX_MDL_007529974

## Terminated Client References

| Company Name | Contact Information | Number of Lives | Date of Termination | Reason for Termination |
|---|---|---|---|---|
| | | | | Transitioned to a national plan |
| | | | | Transitioned to a fully insured program |
| Local 94 IUOUE | Kathryn M. Fisler Administrator 337 West 44th Street New York, NY 10036 212.331.1839 kathyfisler@local94.com | 14,589 | December 2008 | Transitioned to an internationally endorsed plan |

**3.6   Describe your largest fee-for-service and FEHB implementation you have undertaken, including the date of implementation.  If your organization does not have this experience please detail your largest prior implementation regardless of business segment.**

We have experience with implementing several Part D clients. Our two most complex transitions include an external PDP transition and the implementation of internal plans through our parent company.

Following are statistics on these transitions:

| Client | Transition Statistics |
|---|---|
| External PDP client | • Successful transfer of claims history for more than 38,000 members <br> • Successful programming and implementation of 2 separate PDP plans <br> • Development of custom formulary |
| Internal business | • Successful transfer of claims history for more than 4.5 million members <br> • Successful implementation of multiple PDP and MAPD plans |

CONFIDENTIAL                                                    OPTUMRX_MDL_007529975

We also recently implemented a large group requiring many levels of interaction and cross coordination between the client and Prescription Solutions. Among the challenges that were successfully resolved were operational integrations at various levels across the implementation spectrum that focused on satisfying regulatory requirements while paying special close attention to minimizing potential negative impact to the member.

The client required seamless integration to avoid member disruption and to accomplish this we focused on numerous efforts during the implementation process to keep the member from being impacted by the transition.  Extra attention was devoted to member "touch issues" such as grandfathering prior authorizations to minimize member disruption.

As part of our implementation strategy we utilized detailed project plans as well as face to face and teleconference meetings with the client to ensure that our implementation strategies were aligned with the client's benefit design and goals, that all potential member abrasion points were identified and that tasks were assigned to minimize those potential points of member disruption.

**3.7    Provide examples of previous government environments in which your system has been utilized. Detail your experiences in both fee-for-service (FFS) and managed-care environments. If no previous government experience, provide the most comparable experience.**

Prescription Solutions has extensive experience working with government agencies. Below we provide examples of work performed for two government agencies:

## Pennsylvania Public School Employee Retirement System (PSERS)

Prescription Solutions has been the PBM for the PSERS Medicare PDP program since January 1, 2007.

We work closely with PSERS to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to PSERS include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also supports PSERS' medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed a CMS compliance audit which demonstrated our ability to effectively support and manage the Part D program for PSERS' members.

## International Brotherhood of Teamsters (IBT)

Prescription Solutions has been the PBM for IBT Medicare PDP program since January 1, 2006.

We work closely with IBT PDP to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to IBT PDP include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits

CONFIDENTIAL                                                    OPTUMRX_MDL_007529976

(EOB) documents. Our clinical department also supports IBT PDP medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed an external audit which demonstrated our ability to effectively support and manage the Part D program for IBT PDP members.


## Ovations

Prescription Solutions has been the PBM for Ovations' AARP Medicare PDP program since January 1, 2007.

Our most complex Medicare PDP transition to date was the implementation of Ovations through our parent company, UnitedHealth Group, during which we effected the successful transfer of claims history for more than 4.5 million members and the implementation of multiple PDP and MA-PD plans.

We work closely with Ovations to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to Ovations include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also supports Ovations' medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed a CMS compliance audit which demonstrated our ability to effectively support and manage the Part D program for Ovations' members.


## AmeriChoice

Prescription Solutions has been the PBM for several AmeriChoice Medicaid states since November 1, 2001. Their dual-eligible Medicare program was developed and put into place January 1,2006.

We work closely with AmeriChoice  to ensure compliance with state and CMS regulations for all aspects of the Medicaid and MAPD programs. Key components of our service to AmeriChoice include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also developed and maintains several clinical initiatives such as poly-pharmacy, non-compliance, asthma, and physician report cards in addition to support for AmeriChoice's medication therapy management programs and. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed outreach to pharmacies to collect Medicaid ID numbers so AmeriChoice data is compliant with state programs. In addition, we also recently conducted pharmacy on-site audits of behalf of AmeriChoice to comply with state regulations. From a reporting standpoint

CONFIDENTIAL                                                        OPTUMRX_MDL_007529977

we provide AmeriChoice with custom reports mandated by the states as well as access to out On-Line Reporting tool to generate ad hoc requests.

**3.8**   **A business entity may only transact business on behalf of GEHA pursuant to a written agreement. Please confirm that your written agreement with GEHA will address the following items:**

| Function | Currently Supports Function (Y/N) |
|---|---|
| Duties the business entity is expected to perform on behalf of GEHA | Yes |
| Responsibilities of the business entity to determine benefits, premium rates, and claims payment procedures, as applicable | Yes |
| GEHA's responsibility and authority to ensure competent administration of its programs | Yes |
| Agreement by the business entity to provide periodic rendering of an accounting to GEHA detailing all transactions performed that pertains to GEHA business | Yes |
| Agreement that GEHA maintains ownership of records pertaining to GEHA business | Yes.  Prescription Solutions adheres to the confidential and proprietary provisions in its contracts that cover such items as books, records, lists or names, plates, seals, passbooks, journals and ledgers, and all data.  These records belong to the client; however, the contract allows the use of records for rebates, outcomes studies, and other administrative services. The Mail Service facility is entitled to maintain its own set of records in accordance with state and federal regulations. |
| Agreement that the business entity will retain the written agreement and related records for the duration of the term of the agreement and five years following its termination | Yes |
| Agreement by the business entity to follow HIPAA security provisions | Yes |
| Agreement by the business entity to encrypt all back-up tapes or other media containing GEHA PHI information when it is outside of a secured data center | Yes |

CONFIDENTIAL                                                                          OPTUMRX_MDL_007529978

**3.9    Describe your organization's disaster recovery operations and systems back-up which should also include your mail order disaster recovery operations.  Describe the mail order processes when there are disasters throughout the country which impact shipping procedures.**

We are positioned to handle most critical situations. If a natural disaster or any other event results in a catastrophic failure of our eligibility and claim adjudication and processing system, member data is protected through a combination of redundant systems, regular backups, and disaster recovery strategies. We regularly perform system maintenance to maintain optimal performance.

We have deployed our disaster recovery plan twice. In both instances, all incoming claims were redirected to our facility in Overland Park, Kansas, which successfully accommodated the increase in volume. The fact that neither our clients nor their members experienced any impact is a testament to the robustness of our disaster recovery measures.

Our high level of systems availability ensures that any disruption to our systems or business locations does not impact our clients. Our policies and procedures address emergencies ranging from minor technical difficulties to regional events that involve evacuation procedures. Our comprehensive business continuity and disaster recovery plan includes the following key components:

- Redundant systems
- Stringent systems testing
- Scheduled data back-up
- Mail service location recovery and switching
- Specialty Pharmacy continuity of care
- Virtual connectivity for customer service

## Redundant Systems

Our system infrastructure is designed for redundancy and high availability. We have instituted failover and back-up systems on the IBM System Series i platform that supports our claims and other business-critical systems. Furthermore, we operate two data centers strategically located in separate locations, each on a protected power grid.

The IBM System Series i platform and configuration allows nearly instantaneous switching between our two data sites in the event of a major disaster or system failure. If one system were to become inactive, the second system can quickly assume the full load. This process, known as roll swapping, is automated and both systems have enough capacity to manage full processing, independently if required.

To ensure seamless service for our clients and members, we test and document the system switching procedure quarterly. Physical access to each location is monitored and controlled through high technology security systems.

CONFIDENTIAL                                OPTUMRX_MDL_007529979

## Stringent Systems Testing

We conduct periodic disaster preparedness tests and evaluate our system failover and high availability capabilities several times a year. In addition, our maintenance contracts for all of our core systems stipulate rapid response times in the event of a disaster or system failure.

We also perform routine maintenance and testing on both our production and backup systems. Any changes to the systems are thoroughly tested and documented prior to implementation. Monthly routine maintenance is scheduled for one day, on either a Saturday or Sunday. Maintenance involves a roll swap in which the backup system is used as the primary transaction system.

To support maintenance activities, we issue a service notice to all clients at least ten days before scheduled maintenance or outage. Scheduled downtime is usually limited to less than 60 minutes and allows us to switch processing to the backup system and return to the primary system within 48 hours.

## Scheduled Data Back-up

We diligently back-up all data and computing platforms—including claims and eligibility data, telephonic systems, and operational software—to ensure business continuity. Our eligibility and claim adjudication system is backed up at regular intervals to comply with retention policies. These measures preserve critical data, meet archival requirements, and provide advanced business recovery capabilities.

Routine backups are performed for all platforms according to the following schedule:

- Daily (incremental or full backups) are performed Monday through Friday.
- Weekly (full backups) for all systems occur every Saturday.
- Monthly backups are performed on the Saturday after the completion of monthly processing.
- Yearly backups of specific applications are performed at the end of each calendar year.

Security software tools control access to all stored data. Data can only be released with permission from authorized personnel. Data may be released to disaster recovery team members only, and can be retrieved within two to three hours.

## Mail Service Location Recovery and Switching

We maintain two state-of-the-art mail service facilities in Carlsbad, California, and Overland Park, Kansas. To meet cases of increased demand, both of our facilities can effectively augment production because both facilities are operating safely below capacity. Both facilities operate from 5:30 a.m. to 11 p.m. (respective to their specific time zones). We can initiate weekend shifts if necessary.

Our mail service facilities maintain large, uninterruptible power supply systems in the event of external disruption or failure. If a disaster that shuts down one of our operating facilities, we can efficiently and quickly transfer volume to our other facility.

CONFIDENTIAL

OPTUMRX_MDL_007529980

## Specialty Pharmacy Continuity of Care

We support reliable fulfillment of specialty medications through our own mail service facilities. Our Carlsbad, California, location serves as our primary distribution center for specialty products, while our Overland Park, Kansas, location serves as an overflow and back-up facility. In addition, we maintain a closed network of accredited vendors who provide home infusion services, access to injectables with limited distribution channels, and urgent medication requests.

To support ongoing continuity of care in the event of a major system outage or disaster, we can work with our vendor network to simplify medication fulfillment. We also have procedures for temporarily transferring medication requests to retail pharmacies.

## Virtual Connectivity for Customer Service

With respect to customer service operations, one of the goals of our continuous-improvement initiatives has been to balance the load of calls to our customer service numbers among all our customer service sites. All locations are connected as a virtual call center, which supports the ability to automatically transfer calls and thereby help reduce wait times. In the event of a major disaster at any site, calls are automatically spread across the remaining call center locations while the staff in the affected location can be physically relocated, and circuits can be re-routed to resume business at any location.

**3.10  Provide your standard conversion/implementation guide and explain how long you estimate it would take to convert new business to your system.**

Our implementation plans are very detailed and dynamic. They are dependent upon the size and scale of a new client, and are closely tied to the complex needs of each client, including the time allotted for implementation. We are accustomed to working with a diverse client base, with implementation timeframes ranging from 60 days to 12 months.  Based on our knowledge of GEHA, we feel that a 12-month implementation timeframe is optimal. We are confident that a one-year timeframe will allow us to refine our plan design, align ourselves with GEHA's information systems requirements, and thoroughly test multiple data configurations, so that GEHA's members will experience a seamless transition to Prescription Solutions.

Below we have provided a detailed description of our implementation process based on GEHA's implementation start date of January 1, 2010 and effective date of January 1, 2011.

We take pride in our ability to efficiently implement a new client. Our implementation process will not conclude until the system set-up is stabilized and approved by our internal teams as well as the key contacts identified by GEHA.

The implementation plan and timetable for GEHA will be managed by our expert implementation and client management team to ensure a seamless transition. Our hands-on approach to client implementation and ongoing management produces succinct transfer of first-hand knowledge and understanding of client needs.

Led by Mark Brunell, the director of client services assigned to GEHA, the implementation process will include the support of key contacts from our Clinical, Finance, Network

CONFIDENTIAL

OPTUMRX_MDL_007529981

Contracting, Eligibility, Mail Service, Claims Administration, and Benefit Operations Management teams.

In addition, we will call upon the expertise of essential leaders in nearly every department in the company, such as our claims, benefit operations, clinical, information services, eligibility, marketing, mail service, customer service, and accounting departments.

To assist our internal teams throughout the implementation process, we will request GEHA's participation in key meetings and require submission of essential plan information, benefit requirements, and historical data. We will also request GEHA's participation in and approval of key testing activities during the entire process.


## Implementation Plan Timetable and Phases

We initiate the implementation process by creating a customized plan that addresses GEHA's unique needs and requirements. This plan comprises three phases: pre-implementation, implementation, and post-implementation.


## Pre-Implementation Phase

During the pre-implementation phase, our client management team (and members of other functional areas) meets with the client in person to review the process that will take place during the 12 months prior to the transition date. During this meeting, the client management team and the client review the implementation process and applicable documentation to assess the details necessary to successfully implement the plan. We use a number of questionnaires and surveys to gather pertinent information, including a Plan Design Questionnaire, a Prior Authorization Survey, and an Information Services (IS) Survey.

The **Plan Design Questionnaire** reviews and assesses:

- Benefit design and set-up, including information regarding excluded and covered medications, medical supplies and products, dispensing limitations
- Identification card requirements
- Eligibility transmission and record format
- Pharmacy network set-up, including Prescription Solutions' Mail Service
- Formulary design and clinical edits
- Manual claims payment, including direct member reimbursements


The **Prior Authorization Survey** reviews and assesses:

- The client's current policies and procedures
- Grandfathering, if applicable
- State and federal regulations
- Member and physician communication requirements

CONFIDENTIAL                                                    OPTUMRX_MDL_007529982

The **Information Services Survey** reviews and assesses:

- Connectivity requirements, including information about operating systems, systems access, and data encryption
- Historical data, including transmission of data, format, and the client's reporting requirements
- Claims data exchange
- Online reporting requirements

During our pre-implementation meetings, we also address key areas which, in our experience, pose the most challenges to new clients. These critical areas include:

- **Eligibility Conversion:** Clients frequently encounter resource challenges in creating new eligibility files. To help new clients overcome this challenge, we provide our member, group, and provider eligibility file layouts on the first day of the pre-implementation process. Using this layout, we will expect GEHA to participate in testing processes that require submission of test eligibility files at least 60 days prior to the specified implementation date. We also require a live file 30 to 60 days prior to the implementation date.

  On an ongoing basis, we can update eligibility as often as GEHA requires.  For example, we can accommodate daily, weekly, twice monthly, or monthly update schedules. Typically when setting up a new client, we assess membership volume and activity to determine the frequency of member or group updates that would work best for that particular client.

  We can process updates with additions, deletions, changes, or terms by supplied date. In addition, we can process files as a full refresh. There is no existing limitation on maximum volume.  On a full file refresh, any member who is active in the claims system that is not on the full file being loaded will term by absence (default date is two days from the date of the load, but it can be modified).  If GEHA sends daily updates, we recommend they process a membership refresh (full file replacement) monthly or quarterly, in order to help maintain the integrity of the eligibility information in our system.

- **Plan Design and Edits:** The client management team will provide comprehensive advice to GEHA on how to structure the drug plan to meet their specific objectives, including advising against a selected edit if there is cause to believe it will adversely impact GEHA's members. For example, we may advise GEHA against implementing a certain edit when there is either a demonstrated lack of utilization or, conversely, an excessive utilization of a certain drug among their members.

CONFIDENTIAL                                                  OPTUMRX_MDL_007529983

- **Communication:** Providing timely and effective member communications that fully explain the transition process is critical. We have numerous client, member, pharmacy, and physician communication materials to assist GEHA in communicating plan changes and new procedures to their members. Our materials also fully address the service and support we offer to members, including our mail service options, our Web site tools, and our customer service hours and processes. We can also work with GEHA to develop customized and co-branded member materials.

- **Member ID Card Production:** Timely production and delivery of Member ID cards are critical steps during the implementation phase. Prescription Solutions can produce Member ID Cards for GEHA through a flexible and customizable card production process.  Our ID card production capabilities allow us to produce and send Member ID Cards directly to members, or accommodate bulk delivery to GEHA upon request.

As a follow-up to the planning discussions, the client management team uses the following tools to document GEHA's current policies and procedures, requirements, and approval on operational objectives:

- **Internal Fact Sheet:** Describes client-specific information that is used by our internal departments and customer help desks
- **Plan Design Matrix:** Maps plan designs and records benefit coverage schedules
- **Prior Authorization Workflow:** Documents client requested authorization policies and procedures

During the pre-implementation phase, we will also provide the name and location of the bank account(s) for claims payments to GEHA.

Based on the information received from GEHA, our team will develop a complete implementation project plan that outlines action items, timelines, and responsible personnel.


## Implementation Phase

After receiving all the necessary information and approvals from GEHA, we will launch our implementation phase. During this period, key contacts from various functional areas within Prescription Solutions will participate in regularly scheduled meetings internally and with GEHA to ensure a smooth transition throughout our organization. The functional areas and their responsibilities include:

- **Client Management.** Establishes required timeframes, manages the project plan and serves as the communication link to the client
- **Benefit Operations Management.** Sets up the client's prescription benefit plan parameters, formulary and edits in our claims processing system
- **Eligibility.** Defines the eligibility (member, group and provider) requirements and transmission frequency
- **Clinical.** Defines the types of clinical programs and edits that the client requires as well as supports the client's Pharmacy and Therapeutics (P&T) Committee including the development of the formulary

CONFIDENTIAL

- **Prior Authorization.** Develops guidelines in conjunction with the client's P&T and assist in the development of required member and physician approval and denial communications
- **Claims.** Develops manual claims process for Direct Member Reimbursements (DMR), Universal Claims Forms (UCF), and Medicaid payments
- **Finance and Accounting.** Establishes the billing process, establishes bank account requirements, and performs other billing/invoice/payment related activities
- **Information Services.** Works directly with the client's Information Services Team to ensure that connectivity and data transfers occur seamlessly

### Eligibility Testing

Our claims system and reporting databases include automated processes for ensuring that data adheres to specified formatting and minimum information requirements. Data that does not meet specified requirements is flagged, reviewed, and resolved as necessary by members of our Claims and Information Services departments. We also maintain testing protocols for data loading into our report databases. These protocols ensure the application of test checkpoints for each step of the data load process. We generate error reports for data loading and testing and have designated personnel who review these reports and take steps for routing errors to appropriate experts who can resolve data inconsistencies or errors.

After the data is received in the agreed upon media or transmission method, the files are loaded to a pre-pass analysis, independent from the production setting. A separate IBM i server conducts the pre-pass or test loads prior to loading eligibility files onto our production system. To ensure data integrity, this process allows us to view the eligibility information prior to loading it into production. The file is staged, and we generate a staged summary report for GEHA. A default profile is set at a specific percentage so if the stage rejections surpass the allowed percentage, the job will end, and the file will not move into the load phase. If the allowed default percentage is not surpassed the file moves into the load phase.

After eligibility information is loaded in the system, we can generate summary reports showing individual member or group rejects. The reports also detail how many records on the file were added, updated, rejected, or termed. If anything is rejected during the staging or loading process, the report shows which specific members or groups were rejected and the reason why. For example, members may not load correctly if the Group ID is not found, an invalid birth date is loaded, or if there is no effective date on the file.

All aspects of the stringent staged analysis/review phase occurs in the pre-pass setting and does not involve production at this point. If there are no questionable rejections, the file runs through the same process in the production mode. After the information is loaded in production, the data is live and ready for claims processing and eligibility verification.

A major component of our proactive approach to implementation is the investment of a significant amount of time in planning, documenting, and auditing the information loaded into the system. Because we devote so much time and energy to careful strategy, ultimately fewer resources are expended on the implementation itself. Meticulous documentation and attention to detail early in the process significantly reduce the risk of errors. In addition, we will obtain GEHA's signed approval on all documents and perform multiple test runs prior to fully

CONFIDENTIAL                                                                    OPTUMRX_MDL_007529985

establishing GEHA in our system. As a result of our exacting attention to detail, we have never encountered any significant difficulties during our client conversion process.

In fact, Prescriptions Solutions as a whole maintains a company-wide commitment to quality and meeting all client expectations. We actively seek to uphold our track record of problem-free client implementations and high client satisfaction ratings. Our success lies in our willingness to invest a significant amount of time in planning and consulting with all clients. Our attention to detail and error prevention are a true competitive advantage.

### *Training*

Additionally, prior to the effective date, the client management team provides on-site training to the client for access to our systems for eligibility updates, prior authorization approvals and evaluation of utilization data. If required, the client management team also contacts the client's former PBM to determine the set-up and process used to administer the client's prescription benefits.

## Post-Implementation Phase

After we launch our implementation strategies, the client management team will work closely with GEHA to troubleshoot any issues. We also regularly meet with GEHA to discuss and recommend additional programs or services as required or requested (e.g., training for our Online Reporting Tool and special program evaluation and set-up).

Please refer to **Section IV, Exhibit 12**, for the new client implementation timeline we have prepared according to GEHA's specifications. Please also refer to **Exhibit 22** for an implementation process overview flowchart.

**3.11    Please provide a copy of an implementation plan previously used by your organization to implement a similar sized and market segment business with the functions listed in this RFP.**

Please refer to **Section IV, Exhibit 23**, for an implementation timeline which we used for a previous new client implementation.

**3.12    GEHA may require you to pre-load a one-year history file, including claims and prior authorization.  Describe your experience and capabilities in this regard.**

Our goal is to ensure optimal transition of GEHA's benefit program to our platform. To demonstrate our ability to effectively and fully load data to our systems, below we describe our experience with effecting smooth data exchange and briefly outline our processes for accomplishing complete transfer to our systems.

## Our Data Exchange Experience

We have extensive experience in working with other PBMs, vendors and clients to transition claims information, including open mail order refills and prior authorizations, to our systems. Through multiple client conversions, we have gained significant expertise in managing multiple

CONFIDENTIAL                    OPTUMRX_MDL_007529986

large and complex client conversions. For example we recently performed effective data integration for a managed care organization (MCO) with more than 2.5 million members.

In addition, we actively participate in the Open Refill Transfer File Coalition—a collaborative effort that involves several other top PBMs, including Medco, Caremark/CVS, and ESI. The Coalition's objective is to develop a uniform format and method for transferring open mail order prescriptions to create efficiencies and minimize member disruption. The current format adopted by the Coalition—and supported by our organization—is known as the 1667 file format. This format is scheduled for formal adoption by the National Council for Prescription Drug Programs, Inc. (NCPDP).

Furthermore, our familiarity with various claims processing systems allows us to write custom programs to convert key claims, eligibility and prior authorization data from other systems to ours.  This is crucial in the implementation process to continue key clinical and cost containment initiatives, and minimize member dissatisfaction.  In addition, our thorough implementation process, which includes weekly teleconferences, project plans, and issue resolution strategy, helps ensure all facets of our client's benefit plans are successfully transitioned.

## Our Data Exchange Process

During the pre-implementation process, we work closely with the client and the client's incumbent vendors to accomplish exchange of claims data and to maintain the integrity of member history in our systems. This entails seamless transition of open mail order refills, prior authorization records, and at least 12 months of claims history. This service alleviates the need for members to obtain a new prescription before using our network and mail service facilities. As part of this transfer, we capture all necessary prior authorization approvals and information on benefit maximums or other limits.

We work directly with a client's mail service provider to receive a compatible electronic file of claims for all current membership. If an electronic file is unavailable, we can contact prescribers directly by telephone to transfer prescriptions. This method first requires one phone call from the member, during which we obtain key prescription information. We then create a member profile and record in our system, and contact the physician to ensure continuation of therapy.

Please note that exceptions apply to controlled medications, which cannot be transferred electronically. These medications require initiation of a new prescription through our mail order facility.

To assist members during the transition phase, we provide communications that explain our mail order facilities and process, describe key changes in benefits, and include key contact information. We work clients during pre-implementation to customize and co-brand these communications as necessary.

To ensure client satisfaction with and approval of our transition efforts, we develop a complete plan for monitoring progress and identifying issues. The client relations manager assigned to the client is responsible for communicating all progress activity, documenting client sign-off on key steps, and managing any corrective actions required. We maintain a detailed client Action Grid that facilitates capture of all tasks and input of action items, due dates, and responsible parties on our teams and within the client's organization.

CONFIDENTIAL                    OPTUMRX_MDL_007529987

## Our Member Transition Expertise

Prescription Solutions has extensive experience in successfully transitioning members from clients' incumbents. We understand the underlying clinical and therapeutic concerns regarding member transition to a new plan and the importance of initializing a client's plan information in order to transition both client and members quickly, efficiently, and with a minimum of disruption. Our implementation team has developed a process to load claims history, open mail order refills, and prior authorization records to facilitate a smooth transition. We have been very successful at transitioning members seamlessly because of our extensive history of supporting both carve-in and carve-out plans.

Our systematic approach to transition of care encompasses a range of activities designed to implement a smooth and seamless transition. These activities are directed by our experienced client management team using a client-tested strategy for success, and they include:

- Providing a comprehensive implementation strategy
- Transferring mail order refills
- Open specialty pharmacy refills
- Transitioning prior authorizations
- Transitioning physicians and providers
- Distributing communications to GEHA members

There are no additional costs for these transition services.

### Implementation Strategy

Our dedicated client implementation team will draw upon the expertise of the departments that will be interacting with GEHA, including claims, clinical, information services, eligibility, marketing, mail service, customer service, and accounting. This team knows that pre implementation preparation is crucial. To understand GEHA's unique requirements, and to help us effect the transition of care, the implementation team will request GEHA's input by using three information-gathering instruments: the Plan Design Questionnaire, the Prior Authorization Survey, and the Information Services (IS) Survey.

### Mail Order Claims and Open Refills

During our pre-implementation process, we will accommodate seamless transition of mail service business from GEHA's incumbent partner to our platform. This service alleviates the need for GEHA's members to obtain a new prescription before using our mail service facilities.

We will work with GEHA's current mail service provider to receive a compatible electronic file of claims for all current membership. If an electronic file is unavailable, we can contact prescribers directly by telephone to transfer prescriptions. This method first requires one phone call from the member, during which we obtain key prescription information. We will then create a member profile and record in our system, and contact the physician to ensure continuation of therapy.

CONFIDENTIAL                                                              OPTUMRX_MDL_007529988

Please note that exceptions apply to controlled medications, which cannot be transferred electronically. These medications require initiation of a new prescription through our mail order facility.

To assist members during the transition phase, we provide communications that explain our mail order facilities and process, describe key changes in benefits, and include key contact information. We will work with GEHA during pre-implementation to customize and co-brand these communications as necessary.

The keys to success include:

- Review of membership eligibility record layouts
- Eligibility test files for claims testing prior to the go-live date
- Full description of mail service benefit design(s)
- Communication of facility change to members at least 60 days prior to implementation
- Distribution of new mail service ordering brochures to members in advance of the start date
- Transfer of refill prescription records in electronic format by the previous facility's Director of Pharmacy to Prescription Solutions

### *Open Specialty Pharmacy Refills*

We have a dedicated team of individuals that will effectively "pull-through" the specialty pharmacy contract to ensure that GEHA and its members will receive the optimal utilization and benefit from our Specialty Pharmacy services.

Our implementation team will examine GEHA's utilization to identify its specialty pharmacy need, and will work with both GEHA and Prescription Solutions' internal departments to define and execute all requirements. We will communicate the changes and benefits of our specialty program to GEHA's members and include information regarding our comprehensive Disease Therapy Management (DTM) programs available to each member free of charge.

We will reach out to individual members who have had a previous specialty pharmacy medication filled by telephone to communicate the change in vendor and provide an overview of the services available, as well as the process followed for fulfillment. We will also inform members of the support available to them through nurses and patient care coordinators under our Specialty Pharmacy care management model and promote one-on-one, proactive interactions.

Once the specialty pharmacy program has been implemented, our client management team will work with GEHA to monitor its success, review and analyze overall performance on a regular basis. This can include additional ways to tailor program activities for greater patient compliance along with examination of cost considerations and other factors.

Our goal is to make implementation of a specialty pharmacy program for GEHA as smooth and seamless as possible.

CONFIDENTIAL                                                        OPTUMRX_MDL_007529989

### Transitioning Prior Authorizations

Existing prior authorizations will need to be provided from the incumbent PBM for a seamless transition.  Prescription Solutions requires a prior authorization transfer test file 30 days prior to the implementation date.  The final prior authorization transfer file is required 1 day prior to the implementation date.

To achieve a successful transition, Prescription Solutions can recommend strategies to grandfather all members using medications that have changed formulary status or medications that will require prior authorization under the new plan.  We will review the client's claims data to determine which members need to be grandfathered, and the IT staff will make the necessary programming changes.  In addition, we will work with GEHA to develop member materials to educate the member on the new benefit design.

### Distributing Communications to GEHA Members

Providing timely and effective member communications that fully explain the transition process is critical. We have numerous client, member, pharmacy, and physician communication materials to assist GEHA in communicating plan changes and new procedures to their members. Our materials also fully address the service and support we offer to members, including our mail service options, our Web site tools, and our customer service hours and processes. We can also work with GEHA to develop customized and co-branded member materials.

Our commitment to quality is apparent in our methods, which emphasize minimal patient disruption and high client satisfaction.  We are pleased to inform GEHA that:

- Transitioning a client from Medco has not resulted in an adverse affect on either the employer or employees
- We have maintained a 100% success rate in meeting all client implementation dates
- We underscore our confidence in effecting a successful transition for GEHA by placing fees at risk

### Competitive Advantages

Prescription Solutions is a strong proponent of taking a proactive approach, and therefore, invests a significant amount of time in planning, documenting and auditing the information loaded into the system.

Because a great deal of time is devoted to careful strategy, ultimately less time is spent on the implementation itself.  Meticulous documentation and attention to detail early in the process significantly reduces the occurrence of errors.  In addition, we obtain the client's signed approval on all documents and perform several test runs prior to establishing clients in the system. As a result, we have not experienced any significant challenges during the client conversion process.

Prescriptions Solutions maintains a company-wide commitment to quality and meeting all client expectations. We actively seek to uphold our track record of problem-free client implementations and high client satisfaction ratings. Our success lies in our willingness to invest a significant amount of time in planning and consulting with all clients. Our attention to detail and error prevention are a true competitive advantage.

CONFIDENTIAL

## Our Process for Transferring files

During the pre-implementation process, we work closely with the client and incumbent vendors to exchange claims data and maintain the integrity of member history in our systems. This entails seamless transition of:

- Open mail order refills
- Prior authorization records
- 12 months of claims history

This service eliminates the need for members to obtain a new prescription before using our network and mail service facilities. As part of this transfer, we capture all necessary prior authorization approvals and information on benefit maximums or other limits.

We work directly with a client's mail service provider to receive a compatible electronic file of claims for all current membership. If an electronic file is unavailable, we can contact prescribers directly by telephone to transfer prescriptions. This method first requires one phone call from the member, during which we obtain key prescription information. We then create a member profile and record in our system, and contact the physician to ensure continuation of therapy.

Please note that exceptions apply to controlled medications, which cannot be transferred electronically. These medications require initiation of a new prescription through our mail order facility.

### 3.13  Are there additional programming charges incurred for any of the above?

Transition of electronic records does not incur any additional costs. However, if non-standard methods for transferring claims information or if a non-standard format requires standardization, we may apply additional charges.

### 3.14  Are there custom programming charges for GEHA requested changes?

We may charge additional fees if GEHA requests complex customization; however, this occurs infrequently since the majority of customized requests can be accommodated. We generally charge ███████████████████████████████████ if significant formatting updates are necessary.

If desired, GEHA can use its implementation allowance fund to pay for custom reporting.

CONFIDENTIAL                    OPTUMRX_MDL_007529991

**3.15    Will you allow GEHA to use their own or outsourced distribution networks for mail order and specialty pharmacy without penalty or extra charge?**

Yes.  We have prepared both traditional and pass-through price summaries for each of the following scenarios:

- Full service PBM
- Without specialty pharmacy
- Without mail service
- Without specialty pharmacy and mail service

**3.16    Describe the frequency and timing of reimbursements to the pharmacy network.**

Weekly payment is made to pharmacies in accordance with contract terms and state prompt pay laws.  Our pharmacy reimbursement process for both network and out-of-network pharmacies is described below.

## Network Pharmacies

Following claims adjudication, an approval message and paid claim response are returned to the submitting pharmacy. The paid claim response includes details on the:

- Pricing and cost values
- Amount collected from the member (if any), based on plan design
- Amount that will be included in the next payment advice (amount due) to the pharmacy

Daily, our claims system extracts all completed claims processed during the previous 24-hour period and copies the claims to our pharmacy payment program. Pharmacy payments are made on a weekly cycle, both by check and EFT. Pharmacy claims are paid no later than 30 days after the first claim is submitted. For example, for claims submitted between August 1 and August 7, payment would be mailed on August 31.

## Non-Network Pharmacies

Non-network pharmacy claims will normally reject because of the nonparticipating status of the submitting non-network pharmacy. A member whose prescription is rejected at a non-participating pharmacy has two alternatives. First, the pharmacy can call our Pharmacy Help Desk and ask for a one-time override. If the benefit and plan design allow for claims from non-network pharmacies, the Help Desk can override the rejection. This usually happens when the member is traveling or receiving services from a hospital-based pharmacy. The second option is for the member to pay cash for the prescription and submit a paper claim for reimbursement.

Pharmacies must submit their U&C charges for use in consideration by our pricing department.

We thoroughly investigate and discuss specific pricing, all special requirements, and the payment logic with the client during the implementation analysis.

CONFIDENTIAL                                                        OPTUMRX_MDL_007529992

**3.17** **Please confirm that GEHA has complete rights and authority to conduct an independent claims re-pricing and rebate/onsite operations audits of your organization at their discretion, and that your organization will agree to fully cooperate with any such requests.**

Within standard audit protocols and using a mutually agreeable auditor.

**3.18** **Please confirm that you are able to provide at no cost to GEHA, an annual SAS 70 audit specific to the FEHB plan(s).**

Prescription Solutions will provide GEHA with its annual SAS 70 audit for the entire book-of-business. The SAS-70 is a examination of the key controls related to the Pharmacy Administration Process that executes the pharmacy claim transactions for customers of Prescription Solutions (the PBM). The audit is not specific to a particular client.

**3.19** **Please confirm your ability to comply with the Standards for PBMs as directed by OPM.**

Agree.

**3.20** **Please acknowledge that your organization can provide the selected services in accordance with applicable laws, rules, regulations, and guidelines, including GEHA program policies. These guidelines and policies change periodically and the selected vendor must maintain compliance throughout the contract term. GEHA is contracted with OPM to provide benefits to Federal Employees, and any changes directed by OPM will require compliance by GEHA and the vendor chosen.**

Yes, Prescription Solutions can provide the selected services in accordance with applicable laws, rules, regulations, and guidelines, including GEHA program policies.

**3.21** **Explain your process for accounting of disclosures made for purposes other than treatment, payment or healthcare operations. Explain your complaint process for handling protected health information of covered entity. Explain your mitigation procedures for any violation of use or disclosure of protected health information. Provide information on your training process for training employees handling GEHA's protected health information.**

Following is a detailed explanation of our processes and procedures with regard to HIPAA, including:

- Disclosing PHI
- Privacy-Related Complaints
- Unauthorized PHI disclosure
- Employee HIPAA training

CONFIDENTIAL     OPTUMRX_MDL_007529993

## Disclosing PHI

We require signed authorization when required by law before disclosing individually identifiable information. However, an individual's written authorization is generally not required in certain circumstances such as the treatment, payment, or certain health care operations. When required by federal or state privacy laws, we require business associate and data use agreements that contain all provisions required by HIPAA regulations before releasing data.

An authorization form will be required from the individual to release PHI to a third party for marketing and researching purposes.

## Privacy-Related Complaints

We follow HIPAA-mandated processes for administering all privacy rights for individuals, including filing a complaint.

## Unauthorized PHI Disclosure

We have conducted and participated in multiple assessments toward auditing compliance with HIPAA privacy and security standards. The internal audit procedures include frequent physical walkthroughs to verify that physical and technical safeguards are in place and that employees are following privacy and security procedures. These walkthroughs are conducted by trained employees who inspect the facilities and work areas to verify that protected health information (PHI) is secure.

Upon discovery of an unauthorized disclosure of member protected health information, Prescription Solutions promptly investigates the incident and identifies the impacted member and client or health plan. If the investigation concludes that a violation likely occurred, the impacted client or health plan is notified and the impacted member is notified immediately upon approval by the client or health plan.

## Employee HIPAA Training

We require all employees to complete HIPAA Privacy and Security training, which includes a custom-built e-learning course that explains how HIPAA privacy and security regulations impact the employee's work functions.

CONFIDENTIAL

OPTUMRX_MDL_007529994

## 4.    Customer Service

**4.1    Please confirm that your organization will provide a Member Service toll-free dedicated phone line to address member inquiries (retail and mail), status updates, billing questions, medication concerns, etc for GEHA.  Please also confirm that each call center handling calls on behalf of GEHA will have a specific group of dedicated customer service reps, trained on GEHA specific benefits in a manner in which GEHA requires.**

We will provide GEHA with a dedicated toll-free phone number for all member inquiries (retail and mail), status updates, billing questions and medication concerns.  Additionally, we will support GEHA members with a dedicated team of approximately 65 customer service advocates (CSAs) who will receive specialized training on GEHA-specific benefits in the manner in which GEHA requires.  GEHA members will have access to this team 24 hours per day, seven days a week, through a GEHA-dedicated toll-free phone number.

Please refer to **Section IV, Exhibit 20**, for an organizational chart of the key personnel who will be supporting GEHA, including the dedicated customer service team.

**4.2    Do you have the capability to support dedicated GEHA phone lines for GEHA membership?  Do you have warm-transfer capabilities?**

Yes. We will support a separate dedicated phone line for GEHA's members and also have the ability to support "warm transfers" of callers as necessary.

**4.3    Please confirm that the Member Service representatives will be responsible for logging GEHA call, time, date, and reason.  Reports logging call type will be required by GEHA on a monthly basis: please confirm if there is an additional charge for this process.**

Confirmed.  The CSAs dedicated to GEHA's account will log all member calls by time, date, and reason.  Additionally, reports with calls logged by type will be produced as frequently as monthly at no additional charge.

**4.4    GEHA requires a dedicated team of Member Service Representatives and will require ongoing training with regard to GEHA prescription drug programs. Please confirm your organization will support this request.**

Confirmed.  The GEHA dedicated customer service team will be trained on the specific benefits of GEHA and receive ongoing updates and refresher classes throughout each year.

We have a comprehensive training program in place that supports customer service excellence, member and client satisfaction and ongoing quality improvement.

CONFIDENTIAL                                                                OPTUMRX_MDL_007529995

Customer Service Advocates (CSAs) receive approximately 90 hours of classroom training. Our experienced, professional in-house trainers conduct this initial instruction. During the first phase of training, our instructors deliver information on key company expectations, systems, materials, and basic call-handling procedures.

Next, the trainers focus on capabilities training. This includes detailed instruction on how to use our integrated claims and mail service systems.

Trainees receive detailed, hands-on training on specific member service tasks and view demonstrations on how to:

- Verify eligibility
- Check benefit design information
- Verify co-pay structure
- Check formulary
- Check benefit limits
- Check deductibles
- Track mail service prescriptions
- Verify coinsurance pricing
- Provide information on appeals and grievance processes
- Provide forms
- Check member drug history
- Escalate calls to a member service supervisor
- Route calls to a to a pharmacist

Finally, our trainers highlight skills that are designed to create an optimal member call experience. This segment of training focuses specifically on Customer Advocacy and includes such topics as:

- Connecting With the Customer
- Advocate Attitude
- Using Tone of Voice Effectively
- Effective Listening
- Understanding the Customer
- Meeting Customer Needs
- Educating the Customer
- Problem Solving

After successfully completing classroom training, new advocates spend approximately 70 hours in a controlled environment taking live calls under the supervision of training and operations professionals. We then require agents to pass a rigorous skills test before we release them to a permanent role on our member service team.

CONFIDENTIAL                                        OPTUMRX_MDL_007529996

Following initial training, we continue to develop and reinforce the knowledge and skills the advocate trainees have acquired through several post-training methods. This ensures consistent quality of service, overall transfer of knowledge, and effective use of reference tools. The methods we employ include:

- Regular coaching and development
- Side-by-side quality monitoring by supervisors
- Remote call observations, conducted by a staff of dedicated analysts, using Etalk's Qfiniti system. This technology enables recording and playing back calls while observing the online screens used by the agent.
- Skill Gaps, a proactive system for identifying and correcting operational deficiencies
- Knowlagent, an eLearning system that makes training available to the desktop of every employee via our corporate network
- Bulletins that alert advocates to the latest developments in our business
- Message boards located throughout our call centers that provide instant information and performance feedback
- Continuing education courses to provide new skills and knowledge

We also employ coaching techniques and refresher training sessions to retrain any call center staff members who do not meet our identified performance levels.

We offer additional support to our member service teams by providing client-specific plan information, plan specifications, and internal fact sheets that are routinely updated to reflect the latest information. These sources are complemented with electronic data to assist members with various inquiries. In addition, to maintain a continuous level of excellence, we hold frequent staff meetings to introduce and review plan specifications, medications, operating procedures, customer service skills, and special topics.

In 2008, Prescription Solutions employees and contractors completed nearly 120,000 hours of training.

**4.5    Do you have an audit process in place to review member service calls for accuracy?**

Yes.  We have dedicated quality monitoring teams that conduct daily quality monitoring, including side-by-side and remote call observations to ensure that CSAs always deliver quality service and effectively use their reference materials.  This is augmented by supervisor monitoring and coaching. We have implemented Etalk's Qfiniti system, which allows us to further enhance our quality and service efforts.  This system enables supervisors to record and play back calls while observing the screens that the CSAs use. As a result, we can monitor CSA actions remotely and evaluate their ability to use their reference tools effectively.

We use Six Sigma techniques as a structured means to meticulously analyze our performance and identify and implement methods for improvement. Through this methodology we have recently developed a new process for measuring customer service quality using a formula that calculates wrong answers per million opportunities (WAPMO). Based on ongoing monitoring of our WAPMO scores, we can gain a more precise understanding of our overall quality levels. This new measurement factor also allows us to perform root cause analysis of errors, which helps us

CONFIDENTIAL                                                                      OPTUMRX_MDL_007529997

more accurately create and implement resolution and training strategies to reduce and eliminate error.

We are committed to maintaining the highest level of service.  As a result, customer service supervisors conduct regular post-training coaching and development to ensure quality of service, overall transfer of knowledge, and effective use of reference tools.

**4.6**    **What is your current turnover of service representatives (percent leaving the company per year) at the proposed Member Service location?  Use the following table to detail the reasons for turnover in the past two years:**

| Turnover Reason | 2007 | 2008 |
|---|---|---|
| Number of Promotions or Transfers | 37 | 52 |
| Number of Resignations | 237 | 326 |
| Other (please describe) | N/A | N/A |
| Total | 274 | 378 |
| Total as % of Overall Member Service Staff | 36.8% | 36.1% |

The annualized turnover within our Customer Service department has continued to trend downward to its current level of 24 percent.

**4.7**    **What are the days and hours of your customer service department?**

We offer customer service 24 hours a day, seven days a week.

**4.8**    **How many dedicated toll-free phone lines are available for the following:**

**(a)  Members**

**(b)  Pharmacies**

**(c)  Client**

We are proposing a toll-free number specifically dedicated to GEHA members, which will enable us to track and report all member, pharmacy and physician calls specific to GEHA. Within this one dedicated toll-free number, the caller is provided with options to select the applicable unit for assistance.

CONFIDENTIAL

**4.9**  **Do you provide automated interactive telephone customer service? If yes, please describe the menu available to callers. What is the percentage of calls handled by interactive vs. human voice?**

Yes. Members calling Prescription Solutions' GEHA-dedicated toll-free number will be greeted by an interactive voice response (IVR) system. This sophisticated system features detailed menus and instructions that help callers perform routine functions and submit inquiries. The main menu directs callers to one of the three menus for each help desk. Callers can opt anytime to speak immediately to a customer service advocate (CSA), or they can resolve their issue through the automated IVR system. The IVR allows members 24-hour access to our customer service automated system for members to learn how to use the mail service benefit, place refills, check status on previously ordered prescriptions, and verify remaining refills. Fully 20 percent of all member calls are quickly and easily resolved through the IVR system.

Following is a table showing the breakout of customer service calls according to those handled by a live CSA and through our IVR system for the past three years.

|  | Customer service advocate | IVR system |
|---|---|---|
| 2006 | 83.5% | 16.5% |
| 2007 | 87.0% | 13% |
| 2008 | 84% | 16% |

**4.10**  **Do you provide special customer service for the following:**

Yes.

**(a) Elderly**

We meet the needs of our elderly members by using a user-friendly IVR system with enhanced voice-recognition capability, natural drug pronunciation, and suggested prompts. Furthermore, we design our member materials in an easy-to-read format with large print for the senior population.

**(b) Visually impaired**

Our user-friendly IVR has voice-recognition capabilities, with menus that enable an immediate opt-out to speak to a live Customer Service Advocate (CSA). Additionally, we design our member materials in an easy-to-read format with large print.

**(c) Hearing impaired**

We have a dedicated telephone device for the hearing impaired (TDHI) line for hearing-impaired individuals. Another option available to hearing-impaired members is to correspond with us by e-mail.

CONFIDENTIAL                                                                                   OPTUMRX_MDL_007529999

**(d)  Non-English speaking members**

Our customer service centers are permanently staffed with a dedicated team of bilingual representatives who can accommodate Spanish-speaking members.

We also contract with Language Line Services, a company that can provide real-time translation for nearly 170 languages that account for 98.6 percent of all customer requests from the 6,809 languages spoken in the world today. This language translation service is available 24 hours a day, 7 days a week.

Please refer to **Section IV, Exhibit 24**, for a list of the languages we accommodate through our Customer Service department.

**4.11**   **What phone statistics do you tabulate and monitor, (i.e., average waiting time, average time per call, percent abandonment rate, percent blocked calls, customer satisfaction with interaction with help desk personnel, customer satisfaction with problem resolution, other)?  Are these provided to GEHA?  How frequently?  Is there a charge?**

We provide quarterly management reports that show key customer service statistics, including:

- Number of calls received
- Number of calls handled
- Number of abandoned calls
- Service level
- Average speed of answer
- Average abandonment rate
- Average handle time

We will report these statistics monthly to GEHA as requested and will also conduct regular review sessions of these reports to identify areas with a consistent pattern that require proactive communication to provide details necessary to improve member knowledge and understanding of the benefit offered.

We recognize the importance of member satisfaction. Therefore, we strive to ensure that our member service teams provide prompt, reliable, professional and courteous service to each and every member.

We work with an external research firm to conduct satisfaction surveys for members who use our Mail Service and Specialty Pharmacy. These surveys—conducted quarterly and semi-annually, respectively—address satisfaction within specific service categories, including ordering processes and customer service advocate (CSA) knowledge and service.

We have the ability to customize our survey tool to evaluate satisfaction for a specific membership group. We can also accommodate inclusion of client-specific questions.

Following is a summary of results for our most recent book-of-business surveys conducted in 4th quarter 2008 and 1st quarter 2009.

CONFIDENTIAL                                                          OPTUMRX_MDL_007530000

## Mail Service Survey Results

| SURVEY METRIC | RESULT |
|---|---|
| **Experience with product packaging and accuracy…** | Percentage of members who responded "always" |
| Packages arrived intact and undamaged | 95% |
| Medications filled accurately | 95% |
| **Member perception of most recent CSA experience…** | Percentage of members who responded "yes" |
| CSA understood member's needs | 96% |
| CSA had knowledge to take care of member's needs | 95% |
| CSA explained how  he/she would follow through | 90% |
| CSA was courteous and professional | 98% |
| CSA explained things in a way the member could understand | 98% |
| CSA was concerned about member's needs | 90% |
| **Member perception of most recent pharmacist experience…** | Percentage of members who responded "yes" |
| Pharmacist understood member's needs | 98% |
| Pharmacist had knowledge to take care of member's needs | 100% |
| Pharmacist explained how he/she would follow through | 99% |
| Pharmacist was courteous and professional | 100% |
| Pharmacist explained things in a way the member could understand | 99% |
| Pharmacist was concerned about member's needs | 98% |
| **Customer loyalty…** | Percentage of members who responded "very likely" |
| Likelihood of continuing to use Prescription Solutions Mail Service | 94% |

## Specialty Pharmacy Survey Results

| SURVEY METRIC | RESULT |
|---|---|
| **Overall satisfaction with…** | Percent of members who responded "very satisfied" |
| Specialty Pharmacy Disease Therapy Management Programs (enrolled members only) | 92% |
| Accuracy of drugs delivered | 94% |
| Condition of drugs received | 93% |
| Inclusion of ancillary supplies required for administration | 94% |
| Helpfulness of printed information included with the order | 90% |

CONFIDENTIAL

OPTUMRX_MDL_007530001

We will deliver our satisfaction survey results to GEHA in our standard quarterly reporting package. We can report results on both a book-of-business and client-specific basis. If desired, we can discuss the option of developing a GEHA-specific member satisfaction survey. However, fees may apply to this type of customization.

There is no charge for the above services.

**4.12   Please provide your Customer Service goals and actual performance rates for the most recent three quarters.  Include average speed of answer, percentage of blocked calls, and percentage of calls handled.  Have any of these measures been validated by external parties such as auditors, or are they self-reported?**

Following are our customer service performance standards and results for the most recent three quarters.

| Call Metric | Standard | Third Quarter 2008 | Fourth Quarter 2008 | First Quarter 2009 |
|---|---|---|---|---|
| Average speed to answer | $\leq = 30$ seconds | 15 seconds | 20 seconds | 26 seconds |
| Call abandonment rates | $\leq = 3\%$ | 1.9% | 1.8% | 2.8% |
| Service Level: Percentage of calls with a hold time of less than 30 seconds | $\geq = 80\%$ | 84.2% | 84.7% | 88.6% |
| Percentage of telephone inquiries resolved during the initial call | 91% | 92% | 91.4% | 95.8% |
| Blocked Calls | 0% | 0% | 0% | 0% |

All of the above performance metrics are self-reported. However, CMS undertakes regular audits of our customer service performance metrics. We have also been audited by Ernst & Young.

**4.13   Provide statistics related to first call resolution goals.  Describe steps your organization takes to maximize first call resolution without the need for multiple follow up calls.**

Our primary goal is to exceed the client's expectations by resolving all inquiries on the first call. Currently, we average a first-call resolution rate of 92 percent. We monitor and track calls daily to ensure that we are meeting projected goals, and we conduct customer satisfaction surveys as a means to capture information regarding accuracy, first call resolution and resolved inquiries. Any inquiries that require further research are flagged for follow-up. We keep members apprised of the status of their inquiry until resolution.

Furthermore, our systems allow customer service advocates (CSAs) to record comments so other customer service advocates can view previous notes to assist members on future calls. A member's history is tracked through call cards that are used to record each transaction, and include call tracking notes to capture key information from each of these transactions. Maintaining pertinent information ensures that members receive accurate, efficient service.

CONFIDENTIAL                                                                    OPTUMRX_MDL_007530002

Calls that require the expertise of a pharmacist are triaged by a CSA to a pharmacist. We provide 'round-the-clock access to a pharmacist. During after-hours time periods, pharmacists are available via a pager system. When a member requires pharmacist assistance, we accommodate timely direct call-back by a licensed pharmacist who is trained to address all clinical and medication issues.

Our performance guarantee for first call resolution is as follows:

| Category/Measure | Target | Definition |
|---|---|---|
| *Customer Service* | | |
| First Call Resolution | 93% of Client calls resolved during initial CSR call. | Defined by the number of ensuing calls by the same member with the same "reason for call" within a five day period.  Calculated as the percent of calls resolved divided by the total number of calls answered by a CSR. |

### 4.14  Is account-specific call tracking available?  Please confirm if you record all customer service phone calls.

Yes, we will be able to provide GEHA-specific call tracking.

On a book-of-business basis, we record and monitor less than one percent of all calls. We retain call recordings that are selected for evaluation for 30 days. Calls that are not selected for evaluation are purged by the system after 3 days.  For clients with dedicated numbers, such as we are offering to GEHA, we record 100% of all calls.

We record incoming calls to our customer service center using Etalk's Qfiniti recording system, which allows supervisors to record and play back calls while observing the online screens used by our customer service advocates (CSAs). All callers are notified that conversations may be electronically recorded for training purposes.

### 4.15  Are your customer service, mail service and specialty pharmacy service all managed through one system or through separate systems?

Yes. We manage our services through one system.  To achieve efficiency and comprehensive service, the Customer Service department is integrated at numerous levels.  All claims, whether mail, retail or specialty pharmacy, are adjudicated in real-time and are integrated in the same system, allowing any drug interactions and other issues to be preempted proactively.  All programs use the same member information, negating the need for any superfluous interfacing. All data is stored in the same database.

CONFIDENTIAL

**4.16    Briefly describe your prior-authorization appeals process as well as first and second level appeals and the associated costs.**

We offer our clients comprehensive appeals support services that include management and review of initial coverage determination through our prior authorization process and management of member appeals of claim denials, substitutions or other benefit limits through a subcontracted independent review organization (IRO). Our processes comply with ERISA requirements and state and federal regulations related to timeliness of standard and expedited appeals requests.

Clients have the option of handling all prior authorization and appeals activities through their own organization or using any combination of our available services. We apply additional charges for our prior authorization services and management of appeals through our IRO vendor. These charges are listed in our proposed price summaries in **Section II**.

Below we have described our services in more detail.


## Prior Authorization

We maintain a prior authorization department that handles coverage determination requests— either before a claim is submitted or after a claim denial has occurred—based on benefit guidelines established in collaboration with the client. We typically recommend adoption of prior authorization guidelines to help manage utilization of non-formulary or non-preferred drugs and drugs that warrant quantity/dosage limits or satisfaction of medical necessity criteria.

We offer a vast library of existing guidelines that are derived from industry best practices and evidence-based studies that define criteria for utilization based on safety and clinical efficacy. We also support development of customized guidelines that meet client-specific criteria for coverage.

Our prior authorization staff includes licensed pharmacy technicians and clinical pharmacists who review medication requests for compliance with guidelines selected by the client. When necessary, these clinicians reach out to the prescriber for supporting clinical documentation and/or to our medical director for additional oversight on complex cases.

We support timely review of prior authorization requests and meet all state and federal requirements related to claims denials, which we communicate to physicians by fax and to members by mail. Member denial letters include details on how to request an appeal, based on the appeals process determined by the client. Clients can opt to direct member appeals to their own benefit manager contact or to Prescription Solutions for submission to our subcontracted IRO vendor.

CONFIDENTIAL                    OPTUMRX_MDL_007530004

## Appeals Management

We contract with IMEDECS for the administration and determination of member appeals of claims denials. IMEDECS holds national accreditation from URAC and is a founding member of the National Association of Independent Review Organizations.

Clients who opt to use our IRO partner for appeals management do not need to establish or maintain a separate vendor contract. We manage the contract with the IRO and coordinate exchange of all information used to support appeals cases.

Based on ERISA regulations, after receiving a claim denial members have 180 days to file an appeal. Appeal requests may specify a standard review period of 15 days or an expedited review period of 72 hours. The IRO provides service for first, second and third level member appeals.

The following flowchart depicts the IRO appeal process steps.

### Independent Review Organization (IRO) Appeal Process



## 4.17   Briefly describe your problem resolution and escalation procedures.

Following are brief descriptions of our problem resolution and escalation procedures we have in place to serve both GEHA and its members.

## Problem Resolution Procedures

We have established stringent policies and procedures for addressing and resolving problems. The client relations manager assigned to GEHA is responsible for documenting all issues and working with various subject matter experts and individuals throughout our organization to facilitate resolution to any issues. The client relations manager is supported by a director who can address more complex matters and who also has the authority to initiate actions that must take place to provide a response to GEHA in an expedient manner.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530005

GEHA will also have access to a designated team lead within its dedicated customer service unit. In addition to addressing any customer service concerns raised by GEHA, this team lead will also collaborate with the assigned client relations manager to deal with any cross-functional issues. Either the client relations manager or the customer service team lead can serve as a convenient point of contact for GEHA and will communicate with other operational areas within Prescription Solutions as needed to seamlessly and transparently resolve any outstanding issues.

## Escalation Procedures

We thoroughly train all customer service advocates and provide them with the tools and resources they need to effectively and efficiently address all member inquiries. Our goal is to resolve all member issues during the initial call.  However, when a customer service advocate is unable to satisfy a member's inquiry, we follow an established process for fully documenting the issue and forwarding it to an appropriate subject matter expert for follow-up. Calls that require the expertise of a pharmacist are routed to a pharmacist to assist with any clinically related customer inquiries. We also ensure that the member is apprised of the status of his or her issue throughout the entire process.

Any issues escalated by GEHA through its assigned client relations manager will be routed to the executive sponsor and addressed with the utmost importance. The client management team assigned to GEHA will assist with prioritizing issues and documenting them on daily task logs that can be shared with GEHA.

We will ensure timely access to senior leaders of our client management team when necessary to address important issues or complaints. These leaders include our Client Services Directors and our Vice President of Client Management. In addition, our top company executives support all company departments in meeting client needs and are also available to communicate with clients upon request.

## Executive Sponsorship

To facilitate our interaction with GEHA and to help ensure that problem resolution is timely and attentive, an executive sponsor will be assigned that will serve as a proactive liaison. The executive sponsor will:

- Be present at business reviews and be knowledgeable regarding the contract, GEHA's structure (including operations and needs), current performance metrics and opportunities for better achieving GEHA's goals in producing a pharmacy benefit
- Contact by phone or videoconference the designated executive within GEHA at least monthly and meet face-to-face at least quarterly or as needed by request
- Provide ready contact to GEHA via a personal cell phone number
- Have familiarity and access with all departments within Prescription Solutions and be able to initiate remedial measures should they be needed
- Provide current information on legislative and regulatory activities in the area of pharmacy benefits that are likely to affect GEHA's constituency

CONFIDENTIAL

**4.18    What Web site features are available to both clients and members?  Please confirm if your organization has single sign-on capabilities for GEHA members.  Is there a fee for this service?**

Our Web site—located at www.prescriptionsolutions.com—offers exceptional functionality to GEHA's members. Following is a description of our current Web site capabilities as well as planned enhancements.

## Current Capabilities

Our Web site provides:

- Practical, up-to-date, and easy-to-use healthcare-related content for members
- A secure setting that protects the confidentiality of member data
- Opportunity for customization that supports member engagement and ability to manage pharmacy benefits and account details
- An easy-to-use online pharmacy that is safe, secure and convenient for prescription refills, buying over-the-counter items and ordering medical supplies

GEHA's members will enjoy quick, user-friendly navigation and can access tools for addressing and managing their overall healthcare concerns. Our Web site also facilitates easy interaction with our customer service advocates (CSAs), who are available any time, day or night.

### Features and Functions

- **Online cost estimator and pricing tool.**  Our site features a powerful application that allows Medicare Part D members to compare brand and generic drug pricing as well as retail and mail service pricing.

- **Order status.** Members can view the status of their order while it's being processed in our facility.

- **Enhanced formulary look-up.** In addition to looking up a wealth of information on covered drugs by name or drug class, our dynamic formulary search tool also offers drug alternatives for common non-formulary medications.

- **Transfer Prescriptions.** This feature evaluates the members' retail prescriptions to determine if they can be transferred to our mail service pharmacy. If a member is eligible, the system produces easy-to-use, pre-populated Transfer to Mail Service forms which members can print and take to their physicians.

- **Renew Prescriptions.** Like the Transfer to Mail Service option, this feature allows eligible members to create easy-to-use, pre-populated Prescription Renewal forms they can print and take to their physicians to renew those prescriptions.

- **Online ordering**. In addition to prescription drugs, members can purchase over-the-counter (OTC) products. GEHA's Medicare Part B-eligible members will also be able to order Medicare Part B medical supplies.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530007

## Health Management Tools

- **Personal data**. Members have password-protected access to their personal information, including a detailed profile, mail service order status, and history of mail order prescription and OTC purchases.

- **Specialty pharmacy tools.** Current and prospective specialty pharmacy patients can study an overview of our specialty pharmacy and get details on how to enroll in our disease therapy management programs.

- **Health news partner with OptumHealth.** Members can click on a link to take them to www.MyOptumHealth.com, which contains a vast library of health-related information.

- **Drug information.** Members can access to RxNews, which is designed to provide valuable and timely information on drug/drug therapy issues, recent FDA drug safety warnings, drug recalls/voluntary withdrawals and labeling changes, drugs in the pipeline, and significant clinical studies

## Customer Service Features

- **Click-to-Call.** Links placed strategically throughout the site facilitate easy contact with our call center. A single click launches an online form; the member fills in his/her phone number and desired call-back time, and a customer service advocate (CSA) will call the member and personally respond to their inquiry.

- **Contact Us Web Form.** Members can submit information requests by choosing from a broad range of topics and sub-topics. This method provides CSAs with critical information to answer inbound inquiries accurately and quickly.

- **Pharmacy Locator - Google® Maps.** The pharmacy locator tool uses Google Maps to provide members with robust interactive map features and functionality.

## User-Friendly Functions and Updates

- **Site-wide search.** We have included a user-friendly index that helps users navigate to precise areas of the site.  Members can easily find key documents, files, and site specifics as easily as searching the Web. Search results include over-the-counter products, prescriptions medications, educational information, and more.

- **Print This Page.** Members can easily print from the site for recordkeeping, communication with physicians, and so on.  Date-and-time-stamps are automatically included on the document for easier recordkeeping.

CONFIDENTIAL                    OPTUMRX_MDL_007530008

## Planned Enhancements

We continually strive to improve our technology and explore new strategies and programs that will increase our internal efficiencies and result in improved service to our clients and their members. In fact, on August 5, 2009 we will launch a major update of our site that includes:

- Personalized **dashboards** that will allow members to easily access all of their prescriptions and account information in one spot, with one click
- A prescription **refill tool** for even easier ordering
- A **real-time drug-pricing tool** that will enable members to compare drug prices at mail and retail. This tool will even provide assistance to GEHA's Part D members who are negotiating the "donut hole"
- Easier-to-use **navigation** throughout the site
- A cleaner, more contemporary **design**
- Additional **time-saving tools** such as drug pricing, formulary and health information



"My Prescriptions" Dashboard

More information about the upcoming launch can be found under the Coming Soon banner on our site, including, as of July 15, a video tour of all of the new features and functions.

Several near-term enhancements which we expect to be in place by the time of GEHA's effective date on January 1, 2011, include:

- **Shipping status and tracking.** In addition to viewing the status of their orders while still in our facility, members will also be able to track each package, via a tracking number, throughout the shipping process.

- **Healthcare team access.** Caregivers and healthcare providers will be able to access member-specific account information via the member login function.

- **Integrated health care account support.** Consumer health care accounts will be integrated with our member portal, enabling members to use their Flexible Spending Accounts (FSAs) or Health Savings Accounts (HSAs) to order OTC products online. Our plans for this functionality include allowing the use of debit/cash cards.

- **Online EOP/EOB.** Members will be able to access and print their explanations of benefit (EOBs) and explanations of payment (EOPs).

CONFIDENTIAL                OPTUMRX_MDL_007530009

We ensure the confidentiality of all member data accessed on the Internet by requiring secure login with a unique user name and password. During registration, we also ask a number of security questions and use the answers to verify identity if the member forgets their user name or password. Members may register and create one user account that is verified through input of their member ID number and birth date.

We also offer Web site customization options that will benefit GEHA and its members by creating a more personalized and integrated relationship between GEHA and Prescription Solutions. These options can include co-branding with GEHA and development of custom member welcome messages.

For convenience, we have established a guest user name and password that allows access to our consumer website. Use the following account information to sign in at www.prescriptionsolutions.com:

> **User Name:**     rxsguest
> **Password:**       welcome08

We confirm our ability to support single sign-on for GEHA members at no additional cost.

**4.19    Please confirm your ability to provide GEHA a dedicated Customer Service team which shall be staffed business days from 7 to 5 Central Time.**

Confirmed. The dedicated customer service team assigned to GEHA will be available from 7:00 a.m. to 5:00 p.m. Central Time.

**4.20    Please provide sample mail order billing statements and associated communication pieces.  Is customization available?  Is there a fee for standard or customized pieces?**

We have numerous client, member, pharmacy, and physician communication materials to assist the client in communicating plan changes and new procedures to its members.  Our materials also fully address the service and support we offer to members, including our mail service options, our Web site tools, and out customer service hours and processes.  We can also work with the client to develop customized and co-branded member materials.

We mail new members a New Member Welcome Kit that includes a welcome letter in both English and Spanish, and a thorough explanation of benefits, contact information for our customer service departments, our mail service program, and other key plan information.  This package also includes a confidential patient profile for mail service that the member can complete and return to our mail service center.  This package includes the member's ID card and any additional cards for dependents.

Throughout our partnership with the client, we can accommodate communications of plan changes, updates, and new programs.  We will work with the client to determine the communication methods that best meet the plan's needs and are most appropriate according to

CONFIDENTIAL                                                                OPTUMRX_MDL_007530010

the type of change being implemented. We can provide member, physician, and pharmacy provider communications through a variety of vehicles, including:

- Newsletters
- Mail order stuffers
- Our Web site
- Direct mail pieces

Please refer to **Section IV, Exhibit 25**, for sample member communication materials. We can customize these materials by incorporating client-specific logos, phone numbers, plan design and Web site information. These customization options are available at no charge. Charges may apply for additional customization.

### 4.21 Please provide EOB examples. Is client customization available? Is there a fee for standard or customized pieces?

We typically produce Explanation of Payment (EOP) reports for members for manually processed claims (paper claims or direct member reimbursement claims). Since most prescription claims are adjudicated online and payment is made directly to the pharmacy, members do not regularly receive EOPs. Fees for these EOPs are included in our proposed paper claims processing rates.

At a client's request, we can produce a quarterly or annual explanation of benefits (EOB) report for members. The EOB can include all claims filled at retail and mail and show the actual costs charged to the client and plan member contributions. Preparation and mailing of non-Part D member EOBs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

We can produce a quarterly or annual explanation of benefits (EOB) report for members. The EOB can include all claims filled at retail and mail and show the actual costs charged to the client and plan member contributions. Preparation and mailing of non-Part D member EOBs ▮▮▮▮▮▮▮▮▮▮▮▮▮

Please refer to **Section IV, Exhibit 8**, for a sample DMR Explanation of Payment (EOP) as well as a sample Part D EOB template.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530011

# 5.    Claims Processing System

### 5.1    Describe your claims processing system and general capabilities.

We use Systems Xcellence, Inc.'s RxCLAIM, online transaction processing system to process all claims: retail, mail and specialty.  We have modified the standard RxCLAIM program internally with a variety of custom features we use exclusively.  Ongoing development and familiarity with these custom features provide capabilities that are not offered by other RxCLAIM users.  We license RxCLAIM to assist with the claims processing function.  Regular upgrades are purchased from Systems Xcellence, to ensure the most current functionalities.  RxCLAIM includes all claim plans and benefit structures.  We provide our own support on the custom applications.

When we receive a claim, edits and checks are made to ensure that the claim is eligible for payment.  Claim requests are checked for the following:

- Correct format
- Pharmacy network
- Member eligibility
- Formulary status

Subsequent to a positive check, the request will be approved as a valid claim and then sent on for further processing.  If the claim does not pass the initial checks, a rejection occurs.

Through our Real-Time Audit program, a copy of a prescription claim is immediately sent through filters, or edits, which flag claims that fall outside set algorithms.  Customer Service can then call the pharmacy to resolve the issue, often while the member is still at the pharmacy.  This process helps prevent mistakes and reduces fraud in prescription claims submission.

Once a claim has been approved, we compare the reimbursement that the pharmacy is requesting with the amount we have previously agreed upon based on Usual and Customary cost, contracted dispensing rate, Maximum Allowable Cost list pricing, and member copayment.

## Manual Claims

More than 99 percent of all claims are processed electronically.  However, we provide direcgt member reimbursement (DMR) or paper claims processing for instances when the electronic point-of-service (POS) system is not used.  There may be numerous reasons for a DMR:

- Member is traveling
- Compound medication with limitations
- Participating pharmacy POS system failure
- State Medicaid subrogation, Indian Public Health Facilities
- Foreign claims

CONFIDENTIAL                                                OPTUMRX_MDL_007530012

- Federal pharmacy claims (military hospitals and Veterans Administration hospitals)
- Non-participating pharmacy
- Coordination of benefits (when Prescription Solutions is secondary coverage)

**5.2   Please provide your level of experience in working with other external claims systems, including the Javelina system that GEHA utilizes.**

In working with a wide variety of clients and health plan partners, we have developed significant expertise in data exchange and integration.  We process all received eligibility, regardless of format (internal and external), through an electronic data interface (EDI) translator process and convert it to a form that can be loaded and validated into our claim adjudication process.

We will be able to provide a more detailed response on the specifics of integrating data with GEHA's current claims system once we learn more about the Javelina system.  However, we do not anticipate any issues in accommodating GEHA's needs in this regard.

**5.3   Please outline your experience in working with clients that have moved to an alternative claims systems during your contract term. Outline the procedures your organization has in place to account for this type of transition.**

We have a solid track record of smoothly transitioning new clients from a prior system to our claims system.  We can load prior claims history from virtually any system and provide reports that blend old and new data as required.

Furthermore, our familiarity with various claims processing systems allows us to write custom programs to convert key claims, eligibility and prior authorization data from other systems to ours. This is crucial in the implementation process to continue key clinical and cost containment initiatives, and minimize member dissatisfaction. Our thorough implementation process includes weekly teleconferences, project plans, and issue resolution strategy. This process successfully transitions all facets of our client's benefit plans.

**5.4   Provide examples of previous government environments in which your system has been utilized.  Detail your experiences in both fee-for-service (FFS) and managed-care environments.  If no previous government experience, provide the most comparable experience.**

Prescription Solutions has extensive experience working with government agencies. Below we provide examples of work performed for two government agencies:

## Pennsylvania Public School Employee Retirement System (PSERS)

Prescription Solutions has been the PBM for the PSERS Medicare PDP program since January 1, 2007.

CONFIDENTIAL
OPTUMRX_MDL_007530013

We work closely with PSERS to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to PSERS include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also supports PSERS' medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed a CMS compliance audit which demonstrated our ability to effectively support and manage the Part D program for PSERS' members.

## International Brotherhood of Teamsters (IBT)

Prescription Solutions has been the PBM for IBT Medicare PDP program since January 1, 2006.

We work closely with IBT PDP to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to IBT PDP include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also supports IBT PDP medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed an external audit which demonstrated our ability to effectively support and manage the Part D program for IBT PDP members.

## Ovations

Prescription Solutions has been the PBM for Ovations' AARP Medicare PDP program since January 1, 2007.

Our most complex Medicare PDP transition to date was the implementation of Ovations through our parent company, UnitedHealth Group, during which we effected the successful transfer of claims history for more than 4.5 million members and the implementation of multiple PDP and MA-PD plans.

We work closely with Ovations to ensure compliance with CMS regulations for all aspects of the Part D program. Key components of our service to Ovations include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also supports Ovations' medication therapy management programs. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed a CMS compliance audit which demonstrated our ability to effectively support and manage the Part D program for Ovations' members.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530014

## AmeriChoice

Prescription Solutions has been the PBM for several AmeriChoice Medicaid states since November 1, 2001. Their dual-eligible Medicare program was developed and put into place January 1,2006.

We work closely with AmeriChoice to ensure compliance with state and CMS regulations for all aspects of the Medicaid and MAPD programs. Key components of our service to AmeriChoice include formulary management, P&T committee support, submission of PDE records, and development of explanation of benefits (EOB) documents. Our clinical department also developed and maintains several clinical initiatives such as poly-pharmacy, non-compliance, asthma, and physician report cards in addition to support for AmeriChoice's medication therapy management programs and. These programs incorporate analysis of drug utilization patterns to target specific members with educational information and drug utilization review (DUR) strategies that promote improved outcomes and overall plan savings.

We recently completed outreach to pharmacies to collect Medicaid ID numbers so AmeriChoice data is compliant with state programs. In addition, we also recently conducted pharmacy on-site audits of behalf of AmeriChoice to comply with state regulations. From a reporting standpoint we provide AmeriChoice with custom reports mandated by the states as well as access to out On-Line Reporting tool to generate ad hoc requests.

**5.5    Would GEHA have the ability to test claims with your system?**

Yes. We maintain testing protocols for data loading into our databases. These protocols ensure the application of test checkpoints for each step of the data load process. We generate error reports for data loading and testing and have designated personnel who review these reports and take steps for routing errors to appropriate experts who can resolve data inconsistencies or errors.

**5.6    Please provide complete details on your testing systems and the process that will be followed for any implementations or benefit changes.  This testing should include client review.**

For a claim to be processed accurately, it is pivotal that GEHA's selected PBM have an accurate process to verify member eligibility information upon claim submission.  We maintain the highest standards in verifying and testing member eligibility as part of the claims adjudication process, and we outline those standards below.

## Overall Approach

Clients frequently encounter resource challenges in creating new eligibility files. To help new clients overcome this challenge, we provide our member, group, and provider eligibility file layouts on the first day of the pre-implementation process. Using this layout, clients participate in testing processes that require submission of test eligibility files at least 60 days prior to the specified implementation date. We also require a live file 30 to 60 days prior to the implementation date.

CONFIDENTIAL

Prescription Solutions is a strong proponent of taking a proactive approach, and therefore invests a significant amount of time in planning, documenting and auditing the information loaded into the system. Because a great deal of time is devoted to careful strategy, ultimately less time is spent on the implementation itself. Meticulous documentation and attention to detail early in the process significantly reduces the occurrence of errors.

We maintain a company-wide commitment to quality and meeting all client expectations. We actively seek to uphold our track record of problem-free client implementations and high client satisfaction ratings. Our success lies in our willingness to invest a significant amount of time in planning and consulting with all clients. Our attention to detail and error prevention are a true competitive advantage.


## Data Acceptability

We accept nonelectronic (CD) and electronic (FTP, VPN, BBS or encrypted e-mail) methods of transfer for incoming eligibility files. We highly recommend that our clients transfer eligibility information electronically. The preferred data file layout for the member and group eligibility file is RxCLAIM® Version 2.6B or ANSI 834.


## Eligibility Operations

Our claims system and reporting databases include automated processes for ensuring that data adheres to specified formatting and minimum information requirements. Data that does not meet specified requirements is flagged, reviewed, and resolved as necessary by members of our Claims and Information Services departments. We also maintain testing protocols for data loading into our report databases. These protocols ensure the application of test checkpoints for each step of the data load process. We generate error reports for data loading and testing and have designated personnel who review these reports and take steps for routing errors to appropriate experts who can resolve data inconsistencies or errors.

After the data is received in the agreed upon media or transmission method, the files are loaded to a pre-pass analysis, independent from the production setting. A separate AS/400 server conducts the pre-pass or test loads prior to loading eligibility files onto our production system. To ensure data integrity, this process allows us to view the eligibility information prior to loading it into production. The file is staged, and we generate a staged summary report for GEHA. A default profile is set at a specific percentage so if the stage rejections surpass the allowed percentage, the job will end, and the file will not move into the load phase. If the allowed default percentage is not surpassed the file moves into the load phase.

After eligibility information is loaded in the system, we can generate summary reports showing individual member or group rejects. The reports also detail how many records on the file were added, updated, rejected, or termed. If anything is rejected during the staging or loading process, the report shows which specific members or groups were rejected and the reason why. For example, members may not load correctly if the Group ID is not found, an invalid birth date is loaded, or if there is no effective date on the file.

All aspects of the stringent staged analysis/review phase occurs in the pre-pass setting and does not involve production at this point. If there are no questionable rejections, the file runs through the same process in the production mode. After the information is loaded in production, the data is live and ready for claims processing and eligibility verification.

CONFIDENTIAL

OPTUMRX_MDL_007530016

## Benefit Implementation

Our clients are also closely involved in the testing process around benefit updates. These updates—which may include new plans, eligibility file updates, and benefit design adjustments—are tested thoroughly in a development environment before release to our production servers. For example, we maintain a claims processing test environment within which we assess the validity of benefit design modifications and claims adjudication. We also use a "pre-pass" or test environment for eligibility files to identify potential data gaps or errors.

We employ a formal testing and implementation process for client changes and updates. This process is managed by the client relations manager assigned to each client and our internal technology and implementation teams. We can also accommodate client participation in the testing process by facilitating access to our test environment and actively working with the client to communicate testing outcomes, evaluate issues, and identify resolution plans as necessary. Following this testing activity and migration to our live environment, we can further work with clients to conduct post-implementation testing and develop action plans for resolving any outstanding issues.

**5.7 How does your claims system process each of the DAW codes?  What are the options for processing COB?**

We process DAW codes in a variety of ways according to each client's needs. Examples include, but are not limited to:

- **Mandatory Generic**: Reimburse the pharmacy at the contracted rate and charge the member the difference in cost between brand and generic for all PSC or DAW codes.
- **Doctor says do not substitute (DAW 1):** Reimburse the pharmacy at contracted rate and charge the member the copayment.
- **Member says do not substitute (DAW 2):** Reimburse the pharmacy at contracted rate and charge the member the difference in cost between brand and generic.

DAW logic has many more combinations and options. We will discuss GEHA's plan design objectives thoroughly during implementation to determine the most appropriate processing strategies.

Prescription Solutions fully supports coordination of benefits (COB) for both Medicare and non-Medicare claims. Our COB process requires clients to include data in their eligibility files that indicates another insurance carrier for a member.  This data is then used to determine the method for processing the claim.

Below we provide information on our common COB processing options, Medicaid and Medicare COB, and COB reporting abilities.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530017

## COB Processing and Reimbursement Options

Prescription Solutions supports COB for both electronic (online) and manual claims. We work with clients during implementation to determine the best method for processing COB claims.

For example, one method is to deny the claim at the point of service and send an online message to the pharmacy instructing it to submit the claim to an alternate insurance company. There is no additional charge for this type of COB administration.

Alternatively, COB claims can be paid as normal at the point of service. Prescription Solutions then flags and reports the claim as COB. We can deliver monthly claims encounter files with these COB claims identified. The client then submits the claims to the alternate insurance carriers for payment. There is no charge for this type of COB administration.

We also support COB for paper claims when a member submits a claim to his or her primary insurance carrier, then sends an explanation of benefits (EOB) statement to us. We process these claims as direct member reimbursement and provide payment in full or in part for the remaining amount not paid by the member's primary carrier (less any applicable copayment). Additional administrative fees are charged for this type of COB administration.

## Medicare and Medicaid COB

Prescription Solution has an exceptional level of experience in providing service to Medicare and Medicaid health plans. Our largest clients are Medicare Advantage plans. In addition, we provide subrogation of claims for 25 Medicaid agencies.

### *Medicaid COB*

COB services are available for Medicaid-paid prescriptions where a client is the primary payer. This level of COB is a complicated process involving significant manual resources. We therefore charge a separate administration fee for these types of COB programs.

### *Medicare COB*

We can perform COB between Medicare Part B and Medicare Part D coverage. We offer full COB support for either self-insured or fully-insured WRAP or PDP plans and for clients taking the subsidy approach.

Regarding formal COB and primary versus secondary billing, "Part B" versus "Part D" coverage is a Medicare issue when Medicare "holds" the primary coverage. This situation would only apply in a WRAP or PDP setting since Medicare is not listed as the primary carrier when subsidy is selected.

For groups taking the government subsidy, we manage the benefit as it exists with no changes. During implementation, our dedicated client management teams meet with client representatives to determine which medications are covered and discuss copayment and benefit design recommendations and edits.

CONFIDENTIAL                    OPTUMRX_MDL_007530018

*Subsidy COB*

In a subsidy setting, COB relates to Part B drugs in general and applies to any existing client who has Medicare eligible members. For example, a group can choose to cover Part B drugs, such as test strips and injectable medications, under a pharmacy benefit, or the group can choose to cover these Part B items under the medical benefit:

If Part B drugs are assigned to the pharmacy benefit, Prescription Solutions "tags" the claim and processes the claim based on the respective pharmacy copay logic. If Part B drugs are covered under the medical coverage, we can process the drugs and flag them with a different status code for easy identification on an invoice.

## Specialty Pharmacy/Injectable Medications

Injectable medications are traditionally included in the Medicare Part B "umbrella." Under Medicare Part D, CMS has issued regulations stating that self-injectable medications are now covered under the Part D umbrella. If a group is taking the subsidy approach, it is not required to cover injectables under the prescription benefit because Medicare is not the primary payer. For a client using the subsidy approach, we can also implement our specialty pharmacy program to further help control utilization.

## COB Reporting

We can support monthly COB reporting, or at any other frequency a client requests.

**5.8    What are your rules for determining maximum daily dosage and early refill?**

Below we outline our rules for determining maximum daily dosage and early refill.

## Maximum Daily Dosage

Our clinical pharmacists provide recommendations for a maximum daily dosage edit based upon medication guidelines and FDA recommendations.

## Early Refill

We recommend applying a system-based "refill too soon" edit that identifies attempts to submit the same prescription number within a 75 percent timeframe from the shipping date of the prior prescription.  For example, for a 90-day supply mail service prescription, a member must wait until 22.5 days prior to the 90-day estimated completion date before refilling the prescription.

We can adjust this timeframe to accommodate clients-specific objectives. We work with clients during the implementation process to identify customization requirements.

CONFIDENTIAL                    OPTUMRX_MDL_007530019

## 5.9    How does the system process compound drugs?

We have a claim edit that defines how the claims system will handle payment requirements for a non-NDC defined compounded (local manufacturer) medication.  Currently, pharmacies must submit a claim using the NDC of the highest cost ingredient.  Submitted claims for more than $100 are rejected for prior authorization approval.  We have several compound edit options available to clients.

Our mail service pharmacy prepares compounds that include creams and ointments.  As prescriptions are identified as compounds during the initial review process, they are forwarded to the compounding area of the mail service pharmacy and treated as exception processing.  After they are prepared and filled, the compounded medications are manifested and shipped in the same manner as other mail service prescription orders.

## 5.10    Describe the preauthorization process.  What is involved in setting up the requirement of preauthorization for a drug?  Is there a cost associated with this service?

Our Prior Authorization (PA) Program is designed to manage the appropriate utilization of high-cost and/or highly utilized categories of drugs that are likely to be used for off-label indications as well as increase formulary awareness and provide an opportunity for formulary positioning. Below we describe this program including the process for setting up drugs for prior authorization.

## Prior Authorization Overview

Our prior authorization process promotes appropriate medication use.  Prior authorization plays an integral role in the overall clinical management and cost management of prescription drugs.  Prior authorization provides an exception process for members to receive certain non-formulary, or restricted medications when medically necessary.  The process controls the utilization of high cost medications by assuring that alternatives are used when appropriate.  Prior authorization promotes utilization of formulary alternatives and acts as a "sentinel" for medication safety.

The prior authorization process promotes appropriate medication use by preventing the prescribing of certain medications unless defined and specific criteria are met.  A dedicated team of 10 licensed pharmacists and 40 licensed pharmacy technicians receive prior authorization requests for prescription oral medications by fax, or a telephone call from a physician or physician representative.

If the request is a covered agent for an eligible member, it is reviewed using evidence-based guidelines established by our NP&T Committee.  A pharmacy technician can approve prior authorization requests for oral medications that meet guidelines instantly and then fax documentation to the physician.  If the request does not meet guidelines, the request is referred to a clinical pharmacist who will render a decision.  Within 48 hours of receipt of all information required to review the request, a decision will be communicated to the requestor and the member.

The PAL system electronically documents and tracks all prior authorization requests and supports the prior authorization process.  PAL is linked to our online claims processing system,

CONFIDENTIAL                                                    OPTUMRX_MDL_007530020

thereby enabling the retail pharmacy network to process claims within seconds after an approval by the prior authorization staff.  PAL automatically generates a fax communication of the prior authorization decision to physician offices, as well as NCQA, CMS, and state regulatory compliant denial letters.

The Exceptions Policies and Procedures comply with NCQA standards.  The type of denial letters may include medical necessity, benefit exclusion, non-formulary, FDA non-approved, and experimental/investigational.  We mail letters to members and send faxes to the physicians through a centralized call and fax center. Our prior authorization process supports customized member and physician denial letters, and ensures minimal delays to members and physicians.

Our PA criteria are based on up-to-date, evidence-based national guidelines and clinical evidence from the medical literature.  These criteria encourage utilization of preferred or most cost-effective formulary alternatives based on clinical or safety data.  The relative benefit of a PA is based on assessment of clinical issues (e.g., safety, clinical benefit, potential for inappropriate use) and cost considerations (e.g., costs to administer, savings realized from averted therapy).  This helps minimize the number of drugs which comprise the PA program to those which provide the greatest clinical and/or economic impact, and thus minimizes disruption to provider and patient care.

The approach towards quantity limit (QL) and step (ST) edits is similar.  Nationally recognized guidelines or standards of practice are also considered.  STs help monitor costs by promoting the use of lower-tier (cost) medications when available and clinically suitable to higher cost options.  QLs are placed on drugs that have a safety concern associated with the dosage or length of therapy when taken in excess to prevent excessive dosages and/or extended periods of therapy without clinical justification.   This includes drugs with a high probability for over-use and risk of serious adverse events at doses or lengths of therapy above the indication.


## Establishing Prior Authorization Guidelines

We maintain a rigorous prior authorization guideline development process that involves the combined expertise of clinical pharmacists, actively practicing physician specialists, pharmacotherapy experts, and medical management professionals.

This step-by-step process is outlined as follows:

- **Step 1:** Determine the need for prior authorization guidelines. Prior Authorization guidelines are developed and/or revised for a number of reasons including:

    - New FDA Products or New Drug Indications
    - FDA Drug Safety Warnings or Labeling Changes
    - High cost medications with narrow FDA indications
    - Medications with large potential for off label/inappropriate use
    - Recommendations by the NP&T Committee
    - Pharmacy Benefit Design
    - Medications that are frequently requested in the Prior Authorization department
    - Medications that are not first line where a step therapy approach is desired

CONFIDENTIAL                                                                          OPTUMRX_MDL_007530021

- **Step 2:** Perform research/medical consultant review- clinical pharmacists research the medical literature, published national guidelines and FDA labeling. The guideline is often reviewed by a practicing specialized physician who has expertise in a given field of medicine. The physician consultation validates drug criteria consistent with standard medical care and scientific evidence based literature.

- **Step 3:** Develop draft guideline- after performing the research and/or obtaining medical advice via the guideline committee consultation form, the clinical pharmacist writes a draft Prior Authorization Guideline. We can also customize Prior Authorization Guideline criteria based on a specific client's formulary and plan design. The customized Prior Authorization Guideline criteria are approved by the client's NP&T Committee.

- **Step 4:** Guideline Committee Review- All Prior Authorization Guidelines developed by Prescription Solutions are reviewed by the Guideline Committee. The Guideline Committee is part of the NP&T Committee, which meets bimonthly and reviews 10 to 15 guidelines at each meeting. In some cases, it is necessary to obtain additional information before the guideline can be approved. If the guideline is approved by the Guideline Committee, it is forwarded to the NP&T Committee.

- **Step 5:** National Pharmacy & Therapeutic Review- A guideline summary report is presented at each NP&T Committee meeting for final review and approval.

- **Step 6:** Guideline Implementation- The guideline is formally changed and implemented. The Prior Authorization staff is trained on the new guideline and the guideline is loaded into MDRxFax where prescribers can obtain copies of the guideline. Note: Injectable guidelines are available for clients who participate in the injectable program.

## Transitioning and Grandfathering

We have conducted a detailed analysis of GEHA's utilization data and will work with GEHA to identify prior authorization guidelines that can help promote improved utilization patterns and yield cost savings. We will also develop overrides to address special circumstances (e.g., auto-authorizations during holidays or for travel). We maintain all client-specific prior authorization information in an internal fact sheet to ensure that the prior authorization staff and other customer service agents have immediate access to the most up-to-date client information. The cost for this service ▮▮▮▮▮▮▮ clinical prior authorization. Administrative prior authorizations for holidays and travel do not incur additional costs and are provided free of charge.

We offer flexible solutions for transition of existing prior authorization for the client's members. Our strategies will ensure that GEHA's members will continue to receive their medications on the effective date of transition to Prescription Solutions and beyond. We are able to accept electronic files that include the client's designation for prior authorization approvals. Based on this information, we can accommodate online programming in our claims system that will allow members to continue receiving medications without disruption

Grandfathering is typically applied when a client transitions from one PBM provider to another or when a benefit change occurs during the plan year. These exceptions may apply for a specific time period or indefinitely.

CONFIDENTIAL                                        OPTUMRX_MDL_007530022

We will work with GEHA to develop appropriate grandfathering policies. We offer recommendations for specific circumstances when application of grandfathering may have a positive impact on member care and satisfaction.

Our technical platform fully supports programming of grandfathering policies within our claims system at the plan and member level. This allows us to implement exceptions in real time, which avoids member disruption at the point of service and reduces the need for pharmacist or help desk intervention.

We further support the grandfathering process by developing effective member communications for our clients. These materials, which are distributed before a particular benefit or plan change takes effect, can include details on who is eligible for a grandfathering exception and contact information for members with questions or concerns about the benefit change.

In order to minimize disruption due to the transition to our formulary, we are proposing to grandfather all nonformulary medications being prescribed to GEHA's members prior to the effective date of January 1, 2011. Throughout our partnership with GEHA, we will also recommend strategies for grandfathering when benefit or drug coverage changes occur, such as removal of a brand drug from formulary or addition of prior authorization requirements. Any custom prior authorizations or prior authorizations required beyond the effective date will be developed at the standard rate of $30 per instance.

## Standard Prior Authorization Drugs

Some of the drugs and drug classes for which we maintain standard prior authorization guidelines include:

- Accutane®
- Angiotensin II Receptor Antagonists
- Cox-2 Inhibitors
- Evista®
- High Potency HMG Co-A Reductase Inhibitors (HMGs)
- Lamisil®
- Proton Pump Inhibitors
- Provigil®
- Thiazolidinediones
- Ultram®
- Viagra®

CONFIDENTIAL

OPTUMRX_MDL_007530023

## Staffing and Hours of Operation

Our prior authorization help desk includes 136 pharmacy technicians and 22 pharmacists. The following table provides hours of operations at our two prior authorization locations.

| Location | Hours of Operation |
|---|---|
| Costa Mesa, CA | Monday through Friday, 5 a.m. to 6 p.m. (Pacific Time) Saturday, 6 a.m. to 3 p.m. (Pacific Time) |
| Oklahoma City, OK | Monday through Friday, 7 a.m. to 6 p.m. (Central Time) Saturday, 8 a.m. to 5 p.m. (Central Time) |

Note: We do not maintain separate prior authorization staff for our Part D business. All of our prior authorization technicians and pharmacists are fully cross-trained on both our commercial and Part D business. These staff members also have full access to all claims data and client plan specifications. This helps ensure that every member of our team is able to handle all caller questions and issues.

Clinical prior authorization incurs a charge of ███████████████████ specialty pharmacy prior authorization incurs a charge ████████████

### 5.11 Describe how your system processes claim reversals and claim adjustments.

When the pharmacy processes a reversal transaction, the charges associated with the original prescription will be credited to the client and the member's claims history will be adjusted. All reversed transactions are marked with a claims status code unique for reversed transactions.

Any claim that needs to be adjusted is simply reversed and re-processed.

### 5.12 Do you charge for denied claims?

No. We only charge per paid claim.

### 5.13 Are clients able to customize messages to the pharmacist when members are trying to fill prescriptions? Describe the degree to which customized online messaging is allowed.

Yes, we can work with GEHA to develop customized messaging.

Our basic rejection messaging received at a point-of-sale pharmacy location includes standard NCPDP reject codes representing the specific eligibility variable responsible for the reject. If GEHA prefers custom messaging to explain the reason for the rejection, we can input a custom message code at the point of lock-in; custom messages can be up to 40 characters.

CONFIDENTIAL

For example, we can support GEHA's request to confirm medical necessity, such as prior authorization required, by enabling a custom message to the dispensing pharmacist similar to these:

- Prior Authorization Required - Contact MD
- Medical Necessity Review Required - Contact MD

We can also customize free text messaging. Edits and messages are immediately returned to the pharmacy when the claim is processed allowing the pharmacist to take the necessary action while the member is waiting.

Most messages to pharmacies are sent as code numbers. However, if the pharmacy's receiving system can accept longer messages, we can supply up to three 40-character messages.

The text messaging we offer to pharmacies can include custom messaging. We can generally accommodate programming of custom messaging within five to ten business days. We look forward to discussing client-specific information that GEHA wishes to have transmitted to pharmacies during our negotiations.

**5.14   In a pass through arrangement, does the claim that GEHA pays match exactly with the amount of reimbursement to each particular pharmacy?**

Yes.

CONFIDENTIAL

## 6.    Paper Claims

### 6.1    What is your turnaround time for processing paper claims from a member?

We process direct member reimbursement (DMR) claims daily, and checks are sent to members four times monthly in a batch process.

In 2008, we processed 98.58 percent of paper claims within 10 business days.

Our performance guarantee for paper claims processing is as follows:

| Category/Measure | Target | Definition |
|---|---|---|
| **Retail Paper Claims Processing Time** | | |
| Percent of direct member submitted prescription drugs claims that do not require intervention (clean claims) reimbursed or responded to within 5 business days. | ███████ | Calculated as the number of paper claims reimbursed or responded to within █████ divided by the total number of prescription drugs for a specified time period. |

### 6.2    What information do you need to process a claim?  Please provide a sample of the claim form the member should fill out to submit a claim as well as the EOB a member would receive.

Our Direct Member Reimbursement (DMR) Claim Form requires members to supply the following information:

- Patient information
  - Health plan and group or employer identification
  - Member name, date of birth, mailing address, ID number, and Social Security Number
  - Prescriber's name and phone number
- Reason for request
- Coordination of benefits disclosure

Please refer to **Section IV, Exhibit 8**, for samples of our direct member reimbursement (DMR) claim form and DMR explanation of payment (EOP).

CONFIDENTIAL OPTUMRX_MDL_007530026

**6.3    How are incomplete member submitted claims handled, (i.e., missing days supply, missing quantity, missing NDC number, missing drug name, etc.).**

We review all claims submitted for accuracy and completeness.  If missing information can be determined from a closer review of the submitted data, we will process the claim accordingly.  In instances where there is not enough information to process the claim, we will enter all available information into the system and attempt to adjudicate the claim.  The claim may be denied and a letter indicating the reason for denial will be sent to the claimant.  If the claim is sent on the wrong claim form, or is sent without a claim form, we will return the claim to the member along with a blank claim form and a letter requesting the proper information.  The member may then resubmit the claim for processing with the necessary information.

**6.4    What is the cost to process member-submitted claims (paper claims)?**

Direct Member Reimbursement (DMR) claims incur a charge of ███████████ plus postage when entered by GEHA through Internet Direct Access or █████████ plus postage when entered by Prescription Solutions.

**6.5    What is the frequency of sending out payments to the member?  Daily, weekly, monthly?  Describe any lag time in the payment process.**

Reimbursement checks are batch processed four times a month.

CONFIDENTIAL                                                            OPTUMRX_MDL_007530027

# 7.    System Infrastructure/Access

## 7.1    Do you have a redundant fault tolerant system?

Yes, our systems have been designed and implemented to incorporate redundancy and fault tolerance. As a result of this approach, we are well-positioned to handle most critical situations. If a natural disaster or any other event results in a catastrophic failure of our eligibility and claim adjudication and processing system, member data is protected through a combination of redundant systems, regular backups, and disaster recovery strategies.

Due to our solid infrastructure, we have never had to deploy our disaster recovery plan. We regularly perform system maintenance to maintain optimal performance.

Our high level of systems availability ensures that any disruption to our systems or business locations does not impact our clients. Our policies and procedures address emergencies ranging from minor technical difficulties to regional events that involve evacuation procedures. Our comprehensive business continuity and disaster recovery plan includes the following key components:

- Redundant systems
- Stringent systems testing
- Scheduled data back-up
- Mail service location recovery and switching
- Specialty Pharmacy continuity of care
- Virtual connectivity for customer service

## Redundant Systems

Our system infrastructure is designed for redundancy and high availability. We have instituted failover and back-up systems on the IBM System Series i platform that supports our claims and other business-critical systems. Furthermore, we operate two data centers strategically located in separate locations, each on a protected power grid.

The IBM System i platform and configuration allows nearly instantaneous switching between our two data sites in the event of a major disaster or system failure. If one system were to become inactive, the second system can quickly assume the full load. This process, known as roll swapping, is automated and both systems have enough capacity to manage full processing, independently if required.

To ensure seamless service for our clients and members, we test and document the system switching procedure quarterly. Physical access to each location is monitored and controlled through high technology security systems.

CONFIDENTIAL                                                         OPTUMRX_MDL_007530028

## Stringent Systems Testing

We conduct periodic disaster preparedness tests and evaluate our system failover and high availability capabilities several times a year. In addition, our maintenance contracts for all of our core systems stipulate rapid response times in the event of a disaster or system failure.

We also perform routine maintenance and testing on both our production and backup systems. Any changes to the systems are thoroughly tested and documented prior to implementation. Monthly routine maintenance is scheduled for one day, on either a Saturday or Sunday. Maintenance involves a roll swap in which the backup system is used as the primary transaction system.

To support maintenance activities, we issue a service notice to all clients at least ten days before scheduled maintenance or outage. Scheduled downtime is usually limited to less than 60 minutes and allows us to switch processing to the backup system and return to the primary system within 48 hours.

## Scheduled Data Back-up

We diligently back-up all data and computing platforms—including claims and eligibility data, telephonic systems, and operational software—to ensure business continuity. Our eligibility and claim adjudication system is backed up at regular intervals to comply with retention policies. These measures preserve critical data, meet archival requirements, and provide advanced business recovery capabilities.

Routine backups are performed for all platforms according to the following schedule:

- Daily (incremental or full backups) are performed Monday through Friday.
- Weekly (full backups) for all systems occur every Saturday.
- Monthly backups are performed on the Saturday after the completion of monthly processing.
- Yearly backups of specific applications are performed at the end of each calendar year.

Security software tools control access to all stored data. Data can only be released with permission from authorized personnel. Data may be released to disaster recovery team members only, and can be retrieved within two to three hours.

## Mail Service Location Recovery and Switching

We maintain two state-of-the-art mail service facilities in Carlsbad, California, and Overland Park, Kansas. To meet cases of increased demand, both of our facilities can effectively augment production because both facilities are operating safely below capacity. Both facilities operate from 5:30 a.m. to 11 p.m. (respective to their specific time zones). We can initiate weekend shifts if necessary.

Our mail service facilities maintain large, uninterruptible power supply systems in the event of external disruption or failure. If a disaster that shuts down one of our operating facilities, we can efficiently and quickly transfer volume to our other facility.

CONFIDENTIAL                                                        OPTUMRX_MDL_007530029

## Specialty Pharmacy Continuity of Care

We support reliable fulfillment of specialty medications through our own mail service facilities. Our Carlsbad, California, location serves as our primary distribution center for specialty products, while our Overland Park, Kansas, location serves as an overflow and back-up facility. In addition, we maintain a closed network of accredited vendors who provide home infusion services, access to injectables with limited distribution channels, and urgent medication requests.

To support ongoing continuity of care in the event of a major system outage or disaster, we can work with our vendor network to simplify medication fulfillment. We also have procedures for temporarily transferring medication requests to retail pharmacies.

## Virtual Connectivity for Customer Service

With respect to customer service operations, one of the goals of our continuous-improvement initiatives has been to balance the load of calls to our customer service numbers among all our customer service sites. All locations are connected by a virtual call center, which supports the ability to automatically transfer calls and thereby help reduce wait times. In the event of a major disaster at any site, staff can be physically relocated, and circuits can be re-routed to resume business at any location.

**7.2    What are the hours that your system is available to clients?**

Our systems—claims, Web site, and other business-critical systems—are available 24 hours a day, seven days a week. Our computer system infrastructure is designed to ensure high levels of availability for all systems and applications.

For 2008, our overall system availability rate was 99.928 percent.

**7.3    Does your organization provide a help desk for clients to contact regarding system issues?  Is this an 800 number?**

Yes, we provide toll-free 800 numbers for clients to contact our help desks.. We support efficient mechanisms for identifying and resolving problems with data content or accessibility. Users can contact our dedicated Information Services help desk via a toll-free number to report any issues with our systems or applications, including outages, technical problems, and service requests. Each client's assigned client relations manager (CRM) also offers a single point of contact for reporting any system or data issues. The CRM is responsible for routing issues to our Information Services help desk and monitoring the issue from initiation of a service ticket through resolution of the problem or request.

Staff members at our Information Services help desk are trained to fully document all reported issues, assign issues to an appropriate technician or programmer, and escalate critical problems as necessary. We ensure timely review of issues by ensuring that our help desk staff members are available around the clock by pager, voicemail and e-mail. All system outages are reported to key business contacts and clients immediately. In addition, we provide regular status updates until system availability is restored.

CONFIDENTIAL                                        OPTUMRX_MDL_007530030

### 7.4    What is your preferred mode for file exchanges and security?

The preferred data file layout for the member and group eligibility file is RxCLAIM® Version 2.6B or ANSI 834.

To enhance security, we apply stringent logical access protocols for each of our systems, including firewalls, unique IDs, and passwords. Different applications and platforms require separate authorized accounts and passwords. We employ password policies that dictate specific restrictions, such as mandatory password changes at regular intervals, limitations on number of password characters, and restrictions on repeating the same password within a specific number of cycles.

### 7.5    What is your standard/preferred client connection?

We accept non-electronic (CD) and electronic (FTP, VPN, BBS or encrypted e-mail) methods of transfer for incoming eligibility files.  However, we highly recommend that our clients transfer information electronically.

### 7.6    Would GEHA have access to the actual paid and rejected prescription claims on a real-time basis?  Additionally, do you allow access to write for multiple entities internal and external to your business partner?  Describe this access and extra charges, if any.

Yes.  We will provide GEHA with access to our claims system via our Internet Direct Access resource free of charge. This Web-based tool will enable multiple authorized users to:

- View all claims transactions online (including both paid and rejected claims) in real time
- View, update, and add member and group eligibility
- View pharmacy information
- View member benefit maximums and deductible information
- Enter overrides and prior authorizations
- Research drug information
- Verify client-specific plan designs

We also provide installation and conduct an extensive on-site training program.

All of the foregoing is offered to GEHA as part of our standard offering at no additional charge.

### 7.7    What is your procedure for setting up users in the system?

Natalie Reed, the client relations manager we are proposing to GEHA, will coordinate with our Information Services department to manage the process of setting up GEHA-designated users on our applications, including assigning user IDs and initial passwords.

CONFIDENTIAL                                                              OPTUMRX_MDL_007530031

**7.8 What is your preferred mode of connectivity for on-line access? Modem, secure Internet connection, direct connect or other electronic connection? Is there a cost associated with this?**

We use a virtual private network (VPN) to connect users securely to our systems via the Internet. Our systems and Web site are also protected through 128-bit encryption code.

We do not charge clients to connect to our systems.

**7.9 What is the average response time for remote clients?**

Response time for remote clients using our Internet Direct Access application is dependent upon the client's internet service provider (ISP) and whether the client uses a dial-up or digital subscriber line (DSL) connection. On average, clients using DSL can expect a two- to four-second response time.

Our claims system currently process up to 500,000 transactions per day with an average response time of less than 0.5 seconds. The claims processing and communications infrastructure have been designed to support at least 200 percent of this published capacity.

**7.10 Do you offer system response time guarantees?**

Yes. Our system response time guarantee is as follows:

| Category/Measure | Target | Definition |
|---|---|---|
| *Network Pharmacy Compliance* | | |
| System Response time | | Calculated as the time commencing immediately after receipt of the last character of a transaction submitted by the switch company until the first character of the response is sent back to the switch company. |

**7.11 For external parties accessing your Web site (clients and members), please describe your methods for assigning user IDs and passwords (including reset capabilities).**

Employees and consultants designated by GEHA will be able to access our Web site using individual user IDs and passwords assigned by the client relations manager. Thereafter, our password policies dictate mandatory password changes at 30-day intervals.

Our Web site allows members to create their own user ID and password, which they can change at will. If members forget their user ID and/or password, they can click a link to request a temporary access code that will allow them to reset either their user ID or password.

CONFIDENTIAL        OPTUMRX_MDL_007530032

**7.12    What are your security setups to prevent unauthorized access?**

We control access to our systems and databases through secure user ID and password access requirements. These requirements include password restrictions designed to increase password effectiveness. For example, users must use alphanumeric passwords of a certain length and must change passwords at regular intervals. We also maintain user profiles that allow us to restrict data access. This helps us ensure that client data is not viewed by unauthorized users. We apply security levels that define the functionality or degree of access available to certain users. For example, we can restrict security to allow users to read, print, and/or change report data.

We use industry best practices to manage systems access, passwords, application access using internal access procedures, based on pre-established authorities and job responsibilities.

**7.13    Would your company provide initial training to all GEHA staff accessing the system at no charge to GEHA?**

Yes.  We offer installation and training services (both on-site and online training) free of charge for both our Online Reporting Tool and Internet Direct Access.

CONFIDENTIAL                    OPTUMRX_MDL_007530033

# 8.    Distribution System (Mail Service and Specialty Rx)

### 8.1    Where is your central distribution location?

Because of its proximity to the majority of its members, our Overland Park, Kansas, pharmacy will be the primary dispensing facility for GEHA. This 300,000-square-foot, state-of-the-art facility is one of the largest in the nation and provides dispensing and customer service for our commercial and Medicare Part D populations. This facility offers significant expansion to our mail order and specialty pharmacy capabilities, and will enhance the efficiency of our prescription distribution and support shorter wait times for all of our members.

### 8.2    Are there additional distribution locations?  If so, where are they located?

Yes.  We also maintain an 85,000-square-foot mail service facility in Carlsbad, California, which is the largest mail service facility in California. This facility also houses our primary specialty pharmacy operations and will be used as appropriate to support GEHA member needs.

### 8.3    Describe your distribution back-up system, including on-site and off-site facilities and procedures used to ensure timely delivery, proper handling and security of medications/products delivered.

Our mail service facilities offer the latest in automation technology.  Both facilities are equipped with sophisticated fulfillment technologies for processing high volumes of prescriptions with remarkable precision.  This automation technology includes an electronic prescription imaging system and automatic prescription filling devices designed to improve quality, enhance productivity, and increase efficiency.  We also provide improved inventory management and purchasing efficiencies at both facilities through the incorporation of advanced warehousing capabilities.

Below we describe in detail the lynchpins of our mail service pharmacy, including:

- Accuracy
- Efficiency
- Operational Expertise

## Accuracy

Prescription Solutions understands that accuracy and precision are significant components of quality service that translate into correct prescribing and dispensing for members.  In order to accomplish this, Prescription Solutions has instituted a system that provides for:

- Multiple quality assurance checks
- Automated system to maximize accuracy
- Multiple checks for each prescription by licensed professional pharmacists

CONFIDENTIAL                                                                   OPTUMRX_MDL_007530034

We have maintained an accuracy rate of 99.99 percent at our California mail service facility for the past three years, with an overall accuracy rate of 99.99 percent for 2008.

## Efficiency

Prescription Solutions offers efficient turnaround times for mail service prescriptions. The typical turnaround time on mail service prescriptions from receipt at the facility to delivery to the member is two to five days.  Once in-house, 95 percent of clean claims are shipped within two business days and 85 percent of claims requiring an intervention are shipped within five business days.

Most prescriptions are sent by U.S. Postal Service and arrive within two days.  Items that require prompt delivery, such as specialty pharmaceuticals and emergency deliveries, are sent overnight.

To allow for dispensing and return delivery of the medication, Prescription Solutions recommends ten to fifteen calendar days from the time a member mails a prescription to the mail service facility to its delivery to the member.

The following table provides current and historical turnaround times.

| Mail Service Prescription Average Turnaround Time (days) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Target | 2004 | 2005 | 2006 | 2007 | Q1 2008 | Q1 2009 |
| Average TAT for prescriptions requiring no intervention (clean) | 2 | 1.55 | 1.54 | 1.54 | 1.41 | 2.11 | 1.82 |
| Average TAT for prescriptions requiring intervention | 3 - 5 | 3.58 | 3.13 | 3.54 | 4.01 | 4.75 | 3.71 |

CONFIDENTIAL

OPTUMRX_MDL_007530035

The following flowchart summarizes the key steps involved in fulfilling a mail service prescription, from receipt to dispensing:



CONFIDENTIAL                    OPTUMRX_MDL_007530036

## Operational Expertise

### Shipping Procedures

Prescription Solutions ensures that prescriptions are shipped in the most efficient and economical manner.  Our computer system *rate-shops* based on weight and zip codes to determine the most economical way to ship a package.  The majority of prescriptions ship via the United States Postal Service.  Refrigerated items are shipped via two-day Express Mail. Injectable prescriptions are always shipped via Priority Overnight service.

### Disaster Recovery

Our disaster-recovery plan is designed to ensure that we can resume operating at a full functioning level with minimal interruption.  Our mail service facilities maintain large, uninterruptible power supply systems to support any unexpected external disruption or failure. In the event of a disaster that shuts down one of our operating facilities, we can efficiently and quickly transfer volume to our other facility.

In the event that our mail service facilities are interrupted for an extended period of time, we have procedures in place to offer to transfer members' prescriptions to a local network pharmacy of their choice.

### Drug Inventory

Prescription Solutions' expertise in purchasing and maintaining drug inventory allows us to pass on significant savings to the client.  There are no vendors involved; therefore, we make decisions entirely with the best interests of the client in mind.

### Quality Drugs

We purchase only the highest-quality generic and brand products.

CONFIDENTIAL

OPTUMRX_MDL_007530037

# 9.    Benefits Design

### 9.1    Describe what is required to set up a new benefit design/plan.  What is the average length of time it takes to set up a new design?

We are dedicated to accommodating timely implementation of plan and benefit changes, such as formulary updates, application of online edits, implementation of prior authorization guidelines, and other client-specific changes. Our turnaround time for implementing plan changes varies based on the complexity of the request. In some cases, if a change requires extensive development of custom solutions, we may negotiate customization fees with the client. However, we accommodate the majority of custom changes and modifications without additional charge.

Less complex benefit changes and implementations, such as minor formulary updates, changes in benefit copayments and day supplies, for example, can be completed in ten business days. More complex changes, however, may take far longer because we will need to devote time to analyzing the requested change for factors such as provider and/or member notification. Examples of these types of changes are:  implementing new and complex plan designs, implementing a maintenance list, implementing major formulary changes, or implementing a new change with major quantity limits.

### 9.2    Describe your standard and customized benefit design capabilities, co-pay structures (retail vs. mail), coinsurance structures, out-of-pocket caps, generic requirements, dispensing limits, maximum daily dosage, co-pay exception, etc.

We have the flexibility to administer a variety of plan design solutions that are designed to control costs and enhance quality of care through promotion of appropriate utilization patterns. Our background of success in serving managed care organizations has helped us develop unsurpassed expertise in applying design measures that make the most sense from both a clinical and cost-containment perspective. Moreover, our robust claims system can accommodate an almost unlimited number of design configurations.

Our client experience indicates that the following two sample plan designs offer meaningful plan savings opportunities.

- **Three-tier formulary design** (formulary generic/formulary brand/nonformulary). This design helps increase formulary compliance. Suggestions for the specific design include:
    
    - ○  ▮ **formulary generic/** ▮ **formulary brand/** ▮ **nonformulary.** Typically, a ▮ copayment differential motivates an individual to work with his or her physician to change to either a generic or a formulary alternative.
    - ○  ▮ **formulary generic/** ▮ **formulary brand/** ▮ **nonformulary** would also be an appropriate option for GEHA.
    - ○  **Percentage copayment** designs would also be an option. Examples include 20 percent formulary generic/30 percent-40 percent formulary brand/50 percent-60 percent nonformulary; or a mix of fixed copayments and percentages, such as $10 formulary generic/30 percent-40 percent formulary brand/50 percent-60 percent nonformulary.

CONFIDENTIAL                                                      OPTUMRX_MDL_007530038

- **Two-Tier Closed Design.** In this scenario, formulary medications would process, but nonformulary medications would require prior authorization. The prior authorization process would require trial and failure on at least one formulary agent before authorizing the nonformulary medication. If approved through prior authorization, the medication would process at the respective copayment. If denied, the medication would process at 100 percent copayment.

In addition, we recommend the following design components for additional plan savings and cost and clinical management:

- **Fixed generic copayment.** Generic copayments are generally in the ▮▮▮▮ range, and average generic cost is approximately ▮▮▮▮ Implementing a fixed generic copayment, as opposed to a percentage, can help increase overall generic utilization.

- **Copayment plus difference logic** for multi-source brands (brands where generic products are available). This design element promotes increased generic utilization.

- **Selective Prior Authorization.** Another alternative for GEHA would be to consider implementing selective prior authorization with a three-tier design. Selective prior authorization would target a limited number of therapeutic classes, such as ACE inhibitors, that are used to treat high blood pressure. Formulary medications would process, but nonformulary medications would require prior authorization. The prior authorization process would require trial and failure on at least one formulary agent before authorizing the nonformulary medication.

- **Preferred / Mandatory Mail Program.** Under this plan design option, refills for maintenance medications will be permitted three times at retail. On the fourth refill, the member can choose to go to a retail pharmacy, and the retail copayment doubles for a 30-day supply, or the member can choose mail service and pay the mail service copayment for a 90-day supply.

- **Alternative Coverage Exclusions.** We typically recommend exclusion of or limitation on cosmetic, nonmedically necessary or alternative medications. For example, we recommend an age edit of 35 for Retin-A and similar products. This would allow coverage of Retin-A for acne as opposed to cosmetic purposes. Also, we recommend prior authorization requirements for certain high cost medications to prevent nonclinically justified off-label use (for example Gleevec for certain types of cancers).

- **Prior Authorization for Step Therapy.** Requiring prior authorization for step therapy, including usage of Celebrex and Bextra ensures appropriate first line use if clinically warranted.

- **Maximum Daily Dose Edits.** These edits prevent inappropriate usage beyond the FDA approved maximum daily dose. Exceptions for clinical need will be permitted.

- **Proton Pump Inhibitor Edit.** This edit for PPIs (Aciphex, Protonix, Nexium, Prilosec, Prevacid) allows eight weeks of therapy and then requires prior authorization for continued therapy including step down therapy.

- **Narcotics Maximum Daily Dose Edit.** These edits will reduce inappropriate narcotic usage.

CONFIDENTIAL                                                          OPTUMRX_MDL_007530039

These options represent just a small sampling of the many design options that we can recommend to GEHA. We welcome the opportunity to further strategize with GEHA to identify objectives and develop informed recommendations on specific benefit design solutions that will maximize GEHA's plan performance and achieve optimal savings.

**9.3    Please describe any limitations in the number of treatment courses by therapeutic category.**

Dispensing limitations are implemented at the discretion and direction of the client. Prescription Solutions can support a vast array of quantity limits, days supply limits, and product restrictions for both retail and mail service.

**9.4    How do you associate groups with benefit designs/plans?**

We assign each group a plan code that encompasses all of the plan design components for that group (for example, copays, contingency edits, excluded drugs, COB).  Incoming eligibility batch files are tagged with a benefit code, which our system translates to the appropriate plan code through use of a Benefit Code Translation Table (BCTT), ensuring that each group is associated with the proper benefit design/plan.

**9.5    Describe your capability to administer benefits at the member level.  Member level benefit administration would include provisions for coordination of benefits, and procedures to address over-utilization and/or potential drug abuse by members.**

We have robust capability to administer benefits at the member level, including provisions for pre-existing conditions, coordination of benefits, and utilization management issues such as over-utilization and potential drug abuse.

The following hierarchy is employed by Prescription Solutions' claims processing system when setting up new clients in the system:

| | |
|---|---|
| Carrier: | Usually the client |
| Account: | Usually the line of business |
| Group: | Usually the contracted group |
| Members: | Members within a group |

The system can be set up so that deductible amounts and copayment amounts follow the member when changing groups or accounts within a carrier. Alternatively, it can also be set up so that it never follows the member if the latter changes.

Part of our commitment to helping our clients reduce the overall cost of care is an efficient Coordination of Benefits (COB) methodology.  COB occurs when there is a second payer involved in the financial adjudication of a claim.  Our client can be either the primary payer or secondary payer.  In most cases when the client is primary and there is a secondary payer, the cost savings is to the member by way of copay reduction.  If the client is the secondary payer his costs are reduced because another payer (the primary) reduced the cost of the claim. In this case our client only has to support the unpaid costs after the primary payer has made the initial payment.  If this client is offering a secondary only benefit, then they will have savings based on

CONFIDENTIAL

OPTUMRX_MDL_007530040

the fact that another payer participated first. Their reduced payments can be calculated on the claims paid in this process. A client may offer both a primary and secondary coverage under the same plan. However, we do not calculate or record specific savings on a client by client basis. This is proprietary information and would require the approval of the client to release.

For us to process secondary COB claims for the client, the client need only indicate first that it wants to allow processing for secondary claims, and then define a payment methodology for these secondary claims (for example, primary reduction, copay only, lesser amount allowed, etc).

## Monitoring Over-Utilization

We monitor high-cost claimants, including those who over-utilize and who have potentials for abuse, and we advise clients of a number of steps that we and the client can take that will reduce drug spend without compromising the patient's therapy.

We take a proactive, high-touch, high-visibility approach to our clients' management of their high-cost and high-utilizing members, and we will offer our analyses and advice to GEHA to help it decide how best to structure its benefit plans to meet the challenges of cost and utilization results. Our approach includes client contact, various reporting strategies, and diagnostic tools to identify and manage GEHA's members.

As part of our utilization management strategy for GEHA, we will meet with GEHA for periodic business reviews to provide a broad perspective of the period's activities including issues of high-cost and high-utilization patterns by GEHA members.

The clinical pharmacist that we assign to GEHA will be responsible for identifying these patterns and developing recommendations to address them through various interventions. The potential cost-saving areas targeted to control utilization may include benefit design changes, utilization management programs, and prior authorization processes.

We will also provide extensive reporting in various forms to keep GEHA apprised of its high-cost and high-utilizing members. We can identify and highlight those members for GEHA in our quarterly spotlight reports, which is our opportunity to review cost and utilization in a personal, client-focused situation. We can also supply GEHA with ad hoc reports. The business analyst assigned to GEHA will run reports focusing on top users, top pharmacies, and other specific elements. Finally, we will provide GEHA with our Online Reporting Tool, a sophisticated Web-based reporting and decision-analysis tool that enables GEHA to generate reports at its convenience.

## Addressing Potential Drug Addiction

Prescription Solutions detects and addresses potential drug addiction through our Narcotic Program, concurrent DUR edits and reporting.

### Narcotic Program

Prescription Solutions' Narcotic Program addresses providers of members who have been prescribed an opioid analgesic that may require evaluation based on analysis of pharmacy claims. The program is designed to promote optimal pharmacologic therapy in the management

CONFIDENTIAL

OPTUMRX_MDL_007530041

of members with pain and to minimize the occurrence of drug abuse, diversion, and inappropriate use of opioid analgesics.

Eligible members must meet at least one of the following three criteria for potentially inappropriate opioid use during the identification period to be eligible for the program.

1. Have a supply overlap for ≥ 2 different oral extended-release (ER) or long-acting (LA) opioid analgesic prescriptions
2. Sees multiple prescribers for prescriptions for the same opioid analgesic
3. Uses multiple pharmacies to fill prescriptions for the same opioid analgesic

Key components of the program include provider letter, provider education piece, and provider report of individual member utilization, including a request for provider feedback on the appropriateness of therapy or planned change(s) to opioid analgesic therapy.  The primary outcome is the rate of resolution of inappropriate opioid utilization.

In addition, prescriptions determined potentially unsafe or inappropriate on review at the point-of-service may be subject to drug utilization management programs such as quantity limit (QL) edits, which can be put in place for a number of opioid analgesics to deter utilization that is not clinically supported.

## Concurrent DUR Edits

Prescription Solutions also has the ability to identify situations of potential abuse through our concurrent DUR Edits, which identify situations where there may be excessive utilization. These edits are also designed to identify duplicate drug therapies and send alert messages to the Pharmacy and can be set up in our system as either Soft or Hard Edits (claim denial).  The following concurrent DUR Edits may be used to identify patterns of abuse:

a. Drug-Drug Interaction Edit
b. Duplicate Therapy Edit
c. Early Refill

The DUR Edits currently in place impact all drugs, including the potentially addictive drugs. Thus, potentially addictive drugs such as Narcotic Analgesics (Oxycontin, Duragesic, and Vicodin), and Benzodiazepines (Valium and Ativan) are addressed in concurrent DUR Edits.

## Reporting

Standard Reports known as "Quarterly Reports" are generated for each Client and include separate profiles for Pharmacies, Physicians, and Members with high controlled substance utilization based on the number of Prescriptions.  Additionally, GEHA can perform ad hoc reports using our Online Reporting Tool for any drug, based on NDC, GPI, or drug name.

CONFIDENTIAL

OPTUMRX_MDL_007530042

**9.6**   **Please confirm that your organization has the capability to administer a COB program during the claims adjudication process. Additionally, your POS system must deny coverage for all claims where the recipient is covered by one or more primary carriers. Your organization must be able to successfully utilize GEHA's data or the eligibility records to ensure that all payment opportunities are appropriate. GEHA will process all COB claims in-house.**

Confirmed. Prescription Solutions fully supports coordination of benefits (COB) for claims presented by members who have one or more primary carriers. Our COB process is reliant on client eligibility data and requires the presence of an indicator to signal the existence of another insurance carrier for a member. This data is then used to determine the method for processing the claim.

We work with clients during implementation to determine the best method for processing COB claims. We can easily accommodate GEHA's expressed preference to deny a claim at the point of service in cases where the member is covered by one or more primary carriers. When a claim is denied at the point of service, an online message is sent to the pharmacy instructing it to submit the claim to an alternate insurance company. There is no additional charge for this type of COB administration.

As an alternative, COB claims can be paid as normal at the point of service. Prescription Solutions then flags and reports the claim as COB. We can deliver monthly claims encounter files with these COB claims identified. The client then submits the claims to the alternate insurance carriers for payment. There is no charge for this type of COB administration.

We also support COB for paper claims when a member submits a claim to his or her primary insurance carrier, and then sends an explanation of benefits (EOB) statement to us. We process these claims as direct member reimbursement and provide payment in full or in part for the remaining amount not paid by the member's primary carrier (less any applicable copayment). Additional administrative fees are charged for this type of COB administration.

**9.7**   **Is point-of-service messaging used by participating pharmacies to aggregate accrued deductibles (administer deductible levels to date)?**

No. Point-of-service messaging sent to pharmacies by the processing PBM will indicate whether a member has fulfilled his/her deductible; the pharmacy cannot alter the posted values.

**9.8**   **Are participating pharmacies able to retroactively apply/adjust member out-of-pocket based on accrued plan year deductibles/co-pays paid to date?**

No. Beyond submitting claims for payment, pharmacies cannot influence any accumulators, either in real-time or retroactively. All member out-of-pocket applications and adjustments are the responsibility of GEHA and its designated PBM.

CONFIDENTIAL                                                                       OPTUMRX_MDL_007530043

**9.9**   **Do you have the system capability to develop benefit caps based on dollar amount, dollar amounts within given timeframes (i.e., monthly, quarterly, annually), dollar amount by prescription, quantity, duration of therapy, or a combination for specific therapeutic classes and/or classification of drugs?**

Yes. We can administer plan designs with benefit caps by drug products and also by dollars based upon the edits selected by GEHA.

**9.10**   **Describe your capability to maintain integrated medical and pharmacy deductibles as well as copay/coinsurance management.  Regarding the daily exchange of this data with GEHA, is this managed in real time? If not, what lag time exists?**

We currently conduct batch data integration on a nightly basis.  However, as part of our ongoing system enhancements, we will be offering real-time connectivity to clients and medical vendors effective January 1, 2010.  This upgrade will enable us to accept transmission of medical claims data four times daily from GEHA and/or its selected vendor(s) over a real-time connection.

We have data-sharing arrangements in place with the following medical vendors:

- UnitedHealthcare
- Aetna, Inc.
- Blue Shield of California
- CIGNA Health Care
- Coventry Health Care, Inc.
- Health Care Service Corporation
- Health Net, Inc.
- Humana, Inc.
- Independence Blue Cross
- OptumHealth

**9.11**   **Are you able to if needed transfer deductibles from one group to another – retaining accrued deductible credit?**

Yes. We can accommodate this requirement.

**9.12**   **What program options and flexibilities are available if GEHA wishes to customize components of the integrated deductible program, including: customization with assignment of penalties for non-formulary drugs without application to deductibles, etc.?**

Prescription Solutions provides almost unlimited flexibility in overall plan design. Our editing capability covers the full spectrum of pharmacy claim variables, including acceptance of customization with assignment of penalties for non-formulary drugs without application to deductibles.  During the implementation process, we will discuss the overall benefit plan design with GEHA to include the components most likely to result in increased efficiency and cost-savings.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530044

## 10.   Eligibility

**10.1**   **Please describe your procedures for entering and updating eligibility.  Note the process and frequency of the processing of information for the following.  What is your turn-around time in processing this information into your system?**

**(a)  Group level (additions, changes, terminations)**

**(b)  Member level (additions, changes, terminations)**

**(c)  Dependent level (additions, changes, terminations)**

For a claim to be processed accurately, it is pivotal that GEHA's selected PBM have an accurate process to verify member eligibility information upon claim submission.  We maintain the highest standards in verifying member eligibility as part of the claims adjudication process.

### Data Acceptability

We accept non-electronic (CD) and electronic (FTP, VPN, BBS or encrypted e-mail) methods of transfer for incoming eligibility files.  We highly recommend that our clients transfer eligibility information electronically.  The preferred data file layout for the member and group eligibility file is RxCLAIM® Version 2.6B or ANSI 834.

### Operations

After the data is received in the agreed upon media or transmission method, the files are loaded to a pre-pass analysis, independent from the production setting.  A separate AS/400 server conducts the pre-pass or test loads prior to loading eligibility files onto our production system.  To ensure data integrity, this process allows us to view the eligibility information prior to loading it into production.  The file is staged, and we generate a staged summary report for GEHA.  A default profile is set at a specific percentage so if the stage rejections surpass the allowed percentage, the job will end, and the file will not move into the load phase.  If the allowed default percentage is not surpassed the file moves into the load phase.

Once eligibility information is loaded in the system, we can generate summary reports showing individual member or group rejects.  The reports also detail how many records on the file were added, updated, rejected, or termed.  If anything is rejected during the staging or loading process, the report shows which specific members or groups were rejected and the reason why.  For example, members may not load correctly if the Group ID is not found, an invalid birth date is loaded, or if there is no effective date on the file.

All aspects of the stringent staged analysis/review phase occurs in the pre-pass setting and does not involve production at this point.  If there are no questionable rejections, the file runs through the same process in the production mode.  After the information is loaded in production, the data is live and ready for claims processing and eligibility verification.

Any member data that is live in the production system and is not refreshed on the complete file will usually term by default within two days from the day of the load unless GEHA desires a

CONFIDENTIAL

OPTUMRX_MDL_007530045

different approach.  This prevents members from receiving benefits beyond the expiration date of their benefit coverage.

## Frequency

To meet your program's specific needs, eligibility information can be updated as often as GEHA requires or requests.  We can update eligibility on a daily, weekly, twice-monthly, monthly basis, or any other time frame requested by GEHA, and we can do this for eligibility information at the group, member, or dependent level.  Typically, when setting up a new client in the system, we determine the frequency of member or group updates that works best for our clients based on previous membership volume and activity.

Group eligibility updates take place within 48 hours of receipt of a new full file transfer.  Daily transactions for member and dependent updates submitted to the CRM are posted within 24 hours.  GEHA also has the option to update eligibility online in real time through our Internet Direct Access program.  All updates entered by Internet Direct Access are available immediately.

We can revise eligibility information in our system based on periodic updates provided by GEHA or by a complete file refresh, in which member terminations will occur by default.  If GEHA sends us daily updates, we recommend they process a full file replacement, refreshing membership information monthly—or, at least quarterly—to maintain the integrity of the eligibility information in the system.

Our systems can maintain retroactive and future eligibility date segments.

**10.2    Do you have the capability to process and/or update eligibility immediately for a member if requested?  Will GEHA also be given this capability?  Is there an extra cost for this access?**

Yes.  GEHA's assigned client relations manager can make eligibility updates as requested, with a turnaround time of 24 hours or less.  GEHA also has the option to update eligibility online in real time through our Internet Direct Access program.  All updates entered by Internet Direct Access are available immediately.

Standard eligibility maintenance is included in our base administration fees.  Non-standard or manual eligibility maintenance incurs a charge of $1.50 per member.

**10.3    Please provide your timeline as to when eligibility files need to be sent by GEHA to ensure the updates are incorporated into the batch update processes.**

Eligibility data can be loaded and updated on a daily, weekly, bimonthly, or monthly basis, or on any other time frame that works best for each individual client.

Except under prearranged circumstances, eligibility is not typically processed on a weekend. However, we currently have one contractual obligation to process eligibility files on Saturday. During the implementation process we will discuss GEHA's needs with regard to the timing of transmitting and processing eligibility data, including if necessary weekend hours.

CONFIDENTIAL

OPTUMRX_MDL_007530046

**10.4    Through the batch eligibility process, what edits are in place that would stop eligibility from processing, for example, invalid birth date?  What types of reports are generated?  Who reviews those reports?**

Through the batch eligibility process, the most common edits/rejections are tied to either required fields missing or invalid data sent in a particular field. There are many possible exceptions that can occur, but in most cases whether a value is considered required or situational depends largely on the requirements determined to support the eligibility needs of the client.

The load/exception results are sent to the client management team and/or directly to the client. Reports are produced in text format and distributed via email. If a different format is required, we can discuss other options with GEHA.  The Eligibility Team will typically review the results to make sure that any rejections did not occur as a result of an error during setup. The majority of rejects that occur are related to missing/invalid data on the inbound eligibility file.

Please refer to **Section IV, Exhibit 26**, for a sample eligibility error report.

**10.5    What are your reconciliation processes for inaccurately loaded eligibility?**

We ensure data integrity by viewing eligibility information in a pre-pass or test load prior to loading it into production.  The file is staged, and we generate a staged summary report for GEHA.  A default profile is set at a specific percentage so if the stage rejections surpass the allowed percentage, the job will end, and the file will not move into the load phase.  If the allowed default percentage is not surpassed, the file moves into the load phase.

Once the eligibility information is loaded into the test system, we are able to generate reports showing member or group rejects in an overall summary (which shows how many records on the file were added, updated, rejected, or termed). If anything is rejected during the load process, the report illustrates which specific members or groups were rejected and the reasons they were rejected (Group ID not found, invalid birth date, no effective date on file, etc.).

The foregoing occurs in the staging process and does not yet involve production. The file is run through the same type of process in the production mode only after GEHA has reviewed and approved the test results. Once the information is loaded into production, the data is live and ready for claims processing and eligibility verification. The production environment is a live-time environment so even if the entire file has not finished loading, any records that have been read and input will be live in the system.

If during the production process a member or group record rejects for any reason, an itemized report is produced indicating what was rejected and why.  At that point, the record will not be updated via batch load until it is corrected and submitted with corrections on a future file.

Please refer to **Section IV, Exhibit 26**, for a sample eligibility error report.

CONFIDENTIAL

OPTUMRX_MDL_007530047

Case: 1:17-md-02804-DAP  Doc #: 6216-6  Filed: 07/03/25  107 of 270.  PageID #: 693267

**10.6    Do you have a process for reconciliation of pharmacy eligibility with business partner data monthly?**

Yes.  Eligibility data can be loaded and updated on a daily, weekly, bimonthly, or monthly basis, or on any other time frame that works best for the client.  We can process updates with additions, deletions, changes, term by date, or we can process files as a full refresh where term by absence will occur.  On a full file refresh, any member who is active in the claims system that is not on the current full file will term by absence.

An itemized listing of member records terming by absence is produced from every full file processed as a refresh and can be supplied to GEHA. Prescription Solutions typically processes all files through a pre-pass environment first, and the results of the pre-pass must meet established thresholds prior to the full file being loaded to production. This is a safeguard to help prevent incomplete/inaccurate data from loading to production and terming member records in error.

Aside from the full file reconciliation, Prescription Solutions can provide GEHA a report of all active member records at any time.  The information contained in that report can be compared against the source system to determine if eligibility discrepancies are present and need to be resolved.

The default date is two days from the date of the load, but it can be modified according to GEHA's specifications.  If GEHA sends daily updates, we recommend that a membership refresh (full file replacement) be performed monthly—or at least quarterly—to help maintain the integrity of the eligibility information in the system.

**10.7    Will GEHA have on-line access to view the eligibility status of their plan participants? Is there an extra charge for this feature?**

Yes. Through Internet Direct Access, GEHA will also be able to view member benefit maximums and deductible information, check member history, research drug information, and check the plan design. There is no charge for this feature.

**10.8    Will GEHA have on-line access to view eligibility reports?**

Yes. We will offer GEHA access to our Online Reporting Tool. This technologically advanced decision-support tool houses a library of standard reports, and has the functionality to create custom reports based on specific criteria, including eligibility data.

Please refer to **Section IV, Exhibit 27**, for our online reporting tool brochure and demonstration CD.

**10.9    Describe your flexibility to deal with client-specific eligibility data requirements and variations:  member ID numbers varying in length; alpha-numeric ID numbers; your ability to incorporate client-specific departments, classes or product coding.**

We have a great deal of flexibility in accommodating requirements for client-specific eligibility data, including supporting various ways to identify members.  GEHA can identify members on

CONFIDENTIAL                                                                OPTUMRX_MDL_007530048

its eligibility data with a unique member ID number[7], plus a separate person code to distinguish between members and dependents.  This unique member ID can be up to 18 digits in length and can be alpha-numeric, numeric-only, or alpha-only.  GEHA can choose to generate the individual identifiers, or we can generate them based on GEHA's preferences.

We can also incorporate client-specific departments, classes, or product coding.

**10.10  GEHA currently has more than 15 different card designs as a result of being a nationwide plan with multiple PPOs.  The card is customized for GEHA and includes, but is not limited to, GEHA's address, phone number, PPO Logos, precertification vendor information, member information, etc. which is provided by GEHA's current PBM vendor and is inclusive of a dual medical and prescription drug card. Please confirm the following:**

**(a)  Your organization will work with GEHA to design customized cards.**

Confirmed.

**(b)  Your organization will generate ID cards for GEHA at no cost to GEHA.  GEHA will pay the agreed upon postage fees.**

Confirmed.  However, replacement cards will incur a charge of $3.00 per card.

**(c)  Each member will receive two identification cards yearly as a result of a full membership mailing.**

Confirmed.

**(d)  Your organization will generate ID cards upon GEHA or the member's request.**

Confirmed.  However, replacement cards will incur a charge of $3.00 per card.

**(e)  Your organization will generate ID cards for new members throughout the year.**

Confirmed.

**(f)  Your organization will mail all GEHA ID cards generated within 6 days of receipt of change.**

Confirmed.

**(g)  Your organization will have the card designs developed in the agreed upon timeframe for the planned November mailing.**

Confirmed.

---

[7] HIPAA regulations prohibit the use of Social Security Numbers as member ID numbers.

CONFIDENTIAL                                                                                    OPTUMRX_MDL_007530049

**(h)  Your organization will work with GEHA to develop the communication pieces that will be included with the annual card mailing at no additional charge to GEHA.**

Confirmed.

**(i)  Your organization will provide GEHA with a direct contact in the card production group.**

Confirmed.

**(j)  Your organization will arrange for GEHA to tour the facility in which the cards will be produced.**

Confirmed.

**10.11  Please provide a copy of your record layout requirements for eligibility files and describe your capabilities for handling eligibility file formats and format changes.**

We highly recommend that our clients transmit eligibility information electronically. The preferred data file layout for the member and group eligibility file is RxCLAIM Version 2.6B or ANSI 834.  However, we are also able to accommodate a flat text file.

Please refer to **Section IV, Exhibit 28**, for a sample of our standard eligibility file format.

**10.12  Please confirm your organization can manage both change and full file updates?**

Confirmed.  We can accommodate update files (change files) and full file loads at any time without challenge.

**10.13  Please outline the process that your organization has in place to corroborate receipt or failure of data feeds.**

Our standard process includes establishment of a client-specific data feed frequency schedule. We use the agreed upon schedule to corroborate file receipt or identify data transfer failures.

If we determine that a data file is missing, the assigned client relations manager (CRM) will notify the client immediately to inform them that the files have not arrived. If files are not received due to a transmission error, we will investigate the cause of the issue immediately and notify appropriate personnel as necessary to resolve the error.

**10.14  Describe your service level commitment for eligibility and claims related issues during non-traditional business hours.**

With the exception of scheduled system maintenance, our automated eligibility function is up and running 24 hours day, seven days week. Our Eligibility team has an on-call process for escalated or urgent issues that occur during non-traditional business hours.  We can also

CONFIDENTIAL                                                     OPTUMRX_MDL_007530050

support any of GEHA's eligibility and claims-related issues that need to be scheduled during non-traditional business hours.

**10.15 Do you process new group and plan information through an electronic file transmission from the client? What is your turn-around time in processing this information into your system?**

Yes. We process new group and plan information through electronic file exchange with our clients.

We currently accept non-electronic (CD) and electronic (FTP, VPN, BBS or encrypted e-mail) methods of transfer for incoming eligibility files. However, we highly recommend that our clients transfer eligibility information electronically. The preferred data file layout for the member and group eligibility file is RxCLAIM Version 2.6B or ANSI 834.

To meet your program's specific needs, eligibility information can be updated as often as GEHA requires. We can update eligibility on a daily, weekly, twice-monthly, monthly basis, or any other timeframe requested by GEHA. Typically, when setting up a new client in the system, we determine the frequency of member or group updates that works best for our clients based on previous membership volume and activity.

Eligibility updates take place within 48 hours of receipt of a new full file transfer. Daily transactions submitted to the CRM are posted within 24 hours. GEHA also has the option to update eligibility online in real-time through our Internet Direct Access program. All updates entered via Internet Direct Access are available immediately.

Our performance guarantee for eligibility processing is as follows:

| Category/Measure | Target | Definition |
|---|---|---|
| *Administration* | | |
| Electronic Eligibility Load Processing | ████████ | Assumes complete and accurate information is received.<br><br>Excludes manual submissions. |

**10.16 What is required on a member's ID card?**

Our ID cards are compliant with NCPDP standards in displaying the information necessary to successfully process a claim:

- Member ID number
- BIN number
- PCN number
- Group number
- Telephone number for pharmacy assistance

CONFIDENTIAL                                                    OPTUMRX_MDL_007530051

**10.17 Do you have the capability to generate additional cards upon member request?**

Yes. Members can request ID cards in addition to or as a replacement for the two identification cards per eligible member which we distribute under our standard fee.  Replacement cards incur a cost of $3.00 per card.

Additional ID cards can be requested through our Web site: www.prescriptionsolutions.com. These ID cards are printed on demand and produced within 24 hours, if necessary.  Customized replacement cards may incur an additional fee to insure timely delivery.

**10.18 What is your mailing accuracy on communications?**

We maintain 100 percent accuracy on mailing information to member addresses provided by the plan sponsor.

CONFIDENTIAL

OPTUMRX_MDL_007530052

## 11.   Billing

**11.1   Address the invoice and payment schedules and the methods of payment for the following:**

**(a) administrative fees**

Prescription Solutions bills its clients on a semimonthly cycle (on the first and fifteenth of each month).  Additional data accompanying the invoice may include member census, claims data, and other supporting reports.

The billing is sent out within five business days after the end of the cycle.  Clients can be invoiced in two ways.  The first method is via e-mail.  If this method is used, we will send the invoice and supporting claim reports electronically to the client.  The second method includes printing a hard copy of the invoice and claim reports. Using this method, the invoice and claim reports would be physically mailed to the client.

Payment is due upon receipt of invoice and payment terms are net after two days.

**(b) prescription claims fees (pharmacy reimbursement)**

Prescription claim fee billings are included in the semi-monthly fee cycle.

**(c) prescription claims fees (member reimbursement)**

DMR fees are also included in the semi-monthly fee cycle.

**(d) any other fees**

The semi-monthly invoices we send to clients include claims paid, reversed, and any manual claims processed, in addition to administrative fees and fees for clinical programs or other billed services.  Additional data accompanying the invoice may include member census, claims data, and other supporting reports.

The billing is sent out within five business days after the end of the cycle.  Clients can be invoiced in two ways.  The first method is via e-mail.  If this method is used, we will send the invoice and supporting claim reports electronically to the client.  The second method includes printing a hard copy of the invoice and claim reports. Using this method, the invoice and claim reports would be physically mailed to the client.

Payment is due upon receipt of invoice and payment terms are net after two days.

**11.2   How frequently do you remit payments to your network pharmacy providers?  Are invoices itemized, and if so, by category, service type, etc?  Describe any lag times involved in the payment process.**

Weekly payment is made to pharmacies in accordance with contract terms and State prompt pay laws.

CONFIDENTIAL                                                      OPTUMRX_MDL_007530053

We typically produce Explanation of Payment (EOP) reports for members for manually processed claims (paper claims or direct member reimbursement claims). Since most prescription claims are adjudicated online and payment is made directly to the pharmacy, members do not regularly receive EOPs.  Fees for these EOPs are included in our proposed paper claims processing rates.

At a client's request, we can produce a quarterly or annual explanation of benefits (EOB) report for members. The EOB can include all claims filled at retail and mail and show the actual costs charged to the client and plan member contributions. Clients are responsible for the cost of postage and materials associated with this additional service.

**11.3   Will you be able to electronically submit actual paid claims detail data on every billing cycle?  How frequently (once a month, twice a month, every other week)?**

Yes. Our normal process includes submitting actual paid claims detail data with every billing cycle. We can accommodate GEHA's desired frequency.

**11.4   Describe your flexibility to deal with client-specific eligibility data requirements and variations that would need to carry through to the claims detail data.**

We have the capability to administer a variety of client-specific eligibility data requirements. We look forward to discussing development of a custom program that fulfills GEHA's requirements for integration with claims data.

**11.5   Please supply record layout of a customary paid claims file.  Are you able to modify the file layout to meet specific GEHA requirements?**

Yes. During the implementation process we will discuss making modifications to our paid claim report as a means of meeting GEHA's specific requirements.

Please refer to **Section IV, Exhibit 29**, for a sample paid claims report.

**11.6   How are adjustments and reversals indicated on the claims detail?  How are adjustments and reversals tied back to their original claims?  Would this information be provided on the claims file?**

Claims that are denied for any reason are reversed and re-processed, which makes adjustments unnecessary.  All claims, whether paid, reversed, or rejected, are tied back to the original claim by the full claim and sequence number, and this level of detail is also provided on all claims history files.

**11.7   How are rejected claims indicated on the claims detail?  What information would be provided for rejected claims in your claim detail file?**

We do not normally include rejected claims on the paid claim history file.  We can, however, provide this information to GEHA either by creating a file consisting of only rejected claims, or

CONFIDENTIAL

OPTUMRX_MDL_007530054

by adding rejected records to the history file.  We will work with GEHA to address its needs around this issue during the implementation process.

## 11.8    How long can GEHA view paid claims in the system?  How long are the claims available for reporting?

GEHA can view and generate reports on up to 36 months of historical client data, which we store in our Online Reporting Tool data warehouse.

CONFIDENTIAL

OPTUMRX_MDL_007530055

## 12.   Formulary Program

**12.1   Please describe the drug formulary (-ies) you intend to offer and the capabilities and parameters that these encompass.  How many different drug products are included on each drug formulary?  Please provide sample formulary documents (see Exhibit Section requests).**

We offer a wide range of formulary options to meet our clients' needs. Based on our understanding of GEHA's current formulary composition as open, we propose a similar formulary to minimize disruption to GEHA members through a vendor transition.  Over time we can strategize with GEHA on possible adjustments to the formulary if tighter financial controls become an objective. Following are descriptions of our commercial and Medicare Part D options.

### Commercial Formulary

We offer a standard commercial formulary that is developed and regularly reviewed by our National Pharmacy & Therapeutics (P&T) Committee. This formulary includes approximately 861 brand and generic medications. To help manage this formulary, we also offer a library of clinically-based formulary management tools, such as prior authorization, step therapy, and various clinical edits (for example, quantity limits, maximum dose limits, and age and gender edits).

Our commercial formulary contains 879 products, including 324 brand-name drugs and 555 generic drugs. Among the brand-name products, 316 are single-source drugs and eight are multi-source drugs.

Please refer to **Section IV, Exhibit 32**, for Prescription Solutions' Commercial Formulary.

### Client Management and Formulary Development

The client management team assigned to GEHA will work to build a formulary plan for managing costs and outcomes, based upon identified goals.  We will examine all current pharmacy benefit designs during the implementation phase of the business relationship.  We can assist GEHA in selecting the benefit design that best matches its formulary, generic, and branded drug utilization patterns. Further, we can continue to recommend and support formulary changes and alterations as needs change and arise. Our ongoing technical implementation processes and capabilities support timely benefit changes in our online system.

### Formulary Choice

Based on GEHA's specific needs, we can offer multiple formulary options in coordination with their drug benefit. These options include, but are not limited to:

- **Two-tiered Mandatory/Closed Formularies:**  Limit reimbursement to formulary drugs and requires that generics be dispensed when available

CONFIDENTIAL                                    OPTUMRX_MDL_007530056

- **Three-tiered Incentive Based Formularies:** Apply three-tiered copayments, such as generic, formulary brand, and non-formulary brand to provide members with choices while influencing them to use formulary products

- **Open Formularies:** A list of drugs preferred but not mandated by Prescription Solutions and reimbursed regardless of formulary status

## Formulary Outcomes

Our clients have found that benefit designs that seem to be most effective at controlling their pharmacy trend are the two-tier closed, and the three-tier with limited prior authorization designs. In general, larger clients with the two-tier closed designs have had significantly better trends than the national average, and better than clients with other benefit designs.

Tactics such as copayments and deductibles have long been standard for managed pharmacy benefits, but fixed amounts on these components is not enough. Member copayments are critical to the benefit process. This approach should take into account employer-paid premiums. Maximum annual benefit limits also encourage physicians and members to use medications only as medically necessary. Tiered benefit designs (different copayments for generic, brand-name, and non-formulary drugs), promote accountability but still provide plan members with the freedom they want.

We estimate that, in general, 1% of additional compliance to the two-tiered closed formulary will result in a 1% savings off ingredient cost and a 5% improvement in formulary rebates. Exact savings will vary based on client-specific utilization and the formulary selected.

Please refer to **Section IV, Exhibit 30**, for a formulary conversion, and **Exhibit 31** for a formulary conversion analysis, both of which are based on our examination of GEHA's utilization data.

## 12.2    What are the criteria used in developing your formularies and who is responsible for this function?

### Formulary Development Criteria

Our Clinical Services department takes part in our formulary development process. Prior to each quarterly committee meeting, our Clinical Services department performs a rigorous, evidence-based research review of all new drugs. The review addresses the following factors:

- Indications for use
- Pharmacology and bio-pharmaceutics
- Efficacy as documented by clinical study
- Side effects or toxicity
- FDA approval rating
- Cost of therapy
- Ease of use and patient acceptance
- Strengths and dosage forms available

CONFIDENTIAL

OPTUMRX_MDL_007530057

The review also addresses the following issues:

- Does the drug meet a justifiable need not already met by a drug on the formulary, or is it recommended to replace a drug
- If the drug is to replace another formulary agent, is it of superior or equal therapeutic value, or does it display fewer and/or less severe adverse effects

To ensure thorough evaluation of all drugs, the Clinical team incorporates the following in its development of a drug monograph:

**Topic Research**. Includes research of assessments performed by other organizations (FDC reports, FDA Bulletin Board, and clinical trial information).

**Literature Review**. Literature searches will be conducted to identify relevant articles from peer-reviewed journals and reports from unbiased sources.

**Outside Expert Opinion**. External physician expert opinion will be solicited as needed. They will be invited to provide feedback regarding specific drugs/drug classes and draft guidelines.

**Pharmacoeconomic/Outcomes Studies**. Retrospective claims analysis will be conducted to assess pharmacy and medical utilization patterns.

**Outcomes measured**. Compliance, switching, dosage titration, concurrent therapy, cost per treated case, drug and medical cost, cost-effectiveness, cost-minimization, cost-consequence, and cost-benefit analyses

We assess relationships between pharmacy utilization patterns and total health care costs (for example ER visits, hospitalization and physician visits).

To be considered for the formulary, a drug must demonstrate a better value to the plans than existing formulary selections. Multi-attribute utility theory will be conducted to evaluate several factors and allows for weighting of factors

Decision analysis can be conducted to evaluate when a member has a given health condition and the physician has several viable therapeutic options available.  When incorporating probabilities, costs, and outcomes in a decision tree, we can calculate the expected value for each decision.  The decision-maker can then choose the therapeutic option that renders the most favorable expected outcome.

Following this thorough clinical review, our P&T Committee must evaluate each drug monograph and approve a new drug before it is added to our formulary. These strict processes support our efforts to promote the use of safe, clinically proven, and cost-effective medications.

We follow the same clinical and P&T Committee review and approval processes when considering the removal of formulary drugs, except when a drug is removed from the market due to safety issues.

CONFIDENTIAL
OPTUMRX_MDL_007530058

In these cases, we take the following steps:

1. Place a block on the NDC or GPI to ensure that no future claims for the recalled drug will process

2. Implement online messaging to the pharmacy that the product has been recalled

3. Send written notification to physicians who have shown utilization for the recalled drug. The notification includes a report listing patients who have pharmacy claims history of the recalled drug.

4. Notify our entire network of physicians and pharmacy providers via our broadcast fax system

In addition, we use a comprehensive pipeline drug management strategy to identify and manage new drugs, including newly available generics. The phases of this strategy include:

**Phase 1:** We deliver our RxNews Pipeline Forecast report and client-specific analysis of drug indications and expected PMPM cost to clients each quarter.

**Phase 2:** Our client management team and clinical pharmacists consult with clients to discuss the potential impact of new drugs on costs and member utilization, and to deliver recommendations for transition efforts and other targeted programs to ease integration of the new drug(s).

**Phase 3:** We implement intervention and program efforts based on client direction. These efforts may include implementation of clinical edits and delivery of member and physician educational materials.

**Phase 4:** We track and report the results of our intervention efforts to clients to show effectiveness and identify areas that warrant follow-up, such as telephonic outreach to targeted members who are not following protocol established for the new medication.

The timing for each of these phases will vary based on the availability date of the new drug and each client's chosen approach to managing the new medication.

## Formulary Review Responsibilities

Our National Pharmacy & Therapeutics (P&T) Committee serves as an advisory body to our organization by providing consultation regarding drug formularies, drug lists and clinical appropriateness of clinical programs associated with formulary selections. Below we describe the Committee's roles and responsibilities, its composition, and its role in the formulary process.

## Committee Roles and Responsibilities

The key roles and responsibilities of our Committee are as follows:

- Establish guidelines for evaluation of new or innovative drug therapies or new indications for existing drug therapies
- Determine the status of drug therapies, for example, accepted for clinical use, cost-effective alternatives, and therapeutic equivalence

CONFIDENTIAL                                                                OPTUMRX_MDL_007530059

- Establish specific patient selection criteria for expensive therapies, including identification of such agents and protocols for their use
- Evaluate pharmacoeconomic studies and health outcomes research data for drug therapies and alternative interventions
- Make decisions regarding drugs and drug therapy that should be discontinued or replaced
- Provide oversight for our clinical pharmacy policies and procedures required for compliance with state, federal, and accrediting organizations
- Make decisions regarding QIA activities of Prescription Solutions
- Evaluate drug trends through review of utilization studies
- Monitor prior authorization process and statistics

## Committee Composition

Our P&T Committee comprises 16 members, including 2 internal employee members and 14 external non-employee members. Only non-employee members, and members with no affiliation to Prescription Solutions, have a vote on the Committee.

Internal employee members include the chief medical officer, who serves as committee chairperson, and medical director for the Clinical Services department. External Committee members represent various regions of the country and encompass a broad range of academic and clinical experts.

Following is a breakdown of committee member backgrounds and specialties:

- 1 ethicist
- 4 pharmacists, one of which possesses expertise in geriatrics
- 11 physicians representing the following disciplines and medical specialties:
  - Family practice
  - Gastroenterology
  - Geriatrics
  - Hematology/oncology (2 members, 1 with pediatric specialization)
  - Infectious disease
  - Internal medicine (2 members)
  - Obstetrics/gynecology
  - Pharmacoeconomics
  - Psychiatry

The average tenure of these members is approximately four years. Two members have served on the committee for more than nine years.

The NP&T Committee meets quarterly to review and make changes to our formulary; however, meetings may occur more frequently as business requires it.

CONFIDENTIAL                                                  OPTUMRX_MDL_007530060

Members of the NP&T Committee are not employed by drug manufacturers, nor are they under contract with any drug manufacturer.  Names and resumes for members of the NP&T Committee are considered confidential and are unavailable for proposal responses.  Prescription Solutions does provide a standard honorarium fee to external members of the NP&T Committee. External members also receive compensation for travel expenses related to committee meetings. Internal employee committee members are compensated through salary alone.

### 12.3    How often do you change or add drugs to the formulary?  How long does it take to process changes requested by a client using a customized formulary?

We update our formulary on a quarterly basis, based on National Pharmacy & Therapeutics (NP&T) Committee recommendations.

We work with clients to determine a process for making automatic additions when appropriate. For example, we can automatically add generics as soon as they are available. Conversely, we work with clients to develop plans for removal of drugs on a drug-specific basis. For example, when a brand drug loses patent, we can grandfather members who are stabilized on the brand product, immediately block the brand drug, or develop a stepped plan for converting members to the generic alternative.

Prescription Solutions commits to provide a ten-day turnaround time on benefit changes.

### 12.4    What level of flexibility will GEHA have in selecting formulary products, formulary benefit designs, etc.?  If GEHA chooses to make changes in these areas, how will this impact the pricing proposal that you are offering?  If GEHA customizes its formulary, how will you work in cooperation to maximize rebates?

Prescription Solutions is capable of supporting multiple and customized formularies. Currently, we manage clients that have formularies ranging across the open and managed continuums.

The client management team assigned to GEHA and, based upon identified goals, will work to build a plan for managing costs and outcomes. Prescription Solutions will examine all pharmacy benefit designs currently in place during the implementation phase of the business relationship. We analyze and assist our clients in selecting the benefit design that best matches their formulary, generic, and brand name drug utilization patterns.

Armed with information from Prescription Solutions' analytical services, clients are empowered to affect pharmacy trend rates and further refine and improve pharmacy benefit programs. Our standard requirement for implementation of formulary changes is 30 days with a two-week turnaround time for updating the system.

Regardless of the level of customization GEHA chooses to undertake, we will analyze the formulary and work with our pharmaceutical manufacturers to negotiate any contractual adjustments necessary to maximize rebates.

Any changes GEHA chooses to make to the proposed formulary will have an impact on our rebate offering, which is contingent upon the adoption of the Prescription Solutions formulary.

CONFIDENTIAL

We will work with GEHA to customize a formulary that will maximize rebates and maintain the lowest cost possible.

**12.5    Describe your step therapy and quantity limit strategies, policies and programs with and without respect to formulary drug products.**

We have described our system capabilities for supporting step therapy edits and quantity limit edits below:

## Step Therapy

We are able to apply our step therapy guidelines through two methods: online contingency edits and prior authorization.

### *Contingency Edits*

Our dynamic claims system is capable of administering contingency edits that apply our step therapy criteria at the point of sale. This type of online edit searches a member's claim history to determine satisfaction of the designated criteria before the final payment or claim reject response is returned to the dispensing pharmacy.

For example, Avandia is a Prescription Solutions formulary drug that is considered to be a second-line drug for the treatment of diabetes. Under our recommended step therapy criteria, Avandia, even though it is a formulary drug, will not process unless the member has a history of up to a 30-day supply of a sulfonylurea, metformin, or Avandia. If any of these contingency requirements is met, Avandia will process at the appropriate plan copayment amount.

We can program these contingency edits to "follow" members if there is a change in group or account. In addition, our claims system is capable of redirecting copayments based on the results of various step therapy edits.

We generally recommend applying contingency edits at the Generic Price Index (GPI) level. This method requires less programming and allows greater flexibility in capturing all appropriate dosage forms and strengths, as appropriate, for specific drugs and drug classes.

### *Prior Authorization*

Another method of managing step therapy is through administration of prior authorization guidelines. Similar to point-of-service contingency edits, prior authorization guidelines require fulfillment of specific criteria before a second-line agent will process. For example, we offer the following recommended prior authorization guidelines for step therapy management of the proton pump inhibitor (PPI) drug class:

- Step down therapy is encouraged after eight weeks of therapy with PPI agents, especially in those patients who are asymptomatic and who have not had a previous trail on an H2-blocker.

CONFIDENTIAL

- Step-down therapy may consist of the following alterations of treatment:
  - Treatment with an alternation H2-Antagonist
  - Treatment decreasing the dosage of the PPI if applicable
  - Treatment with lowest effective dose on a PPI

For both of the methods described above—contingency edits and prior authorization—prescription requests that fail to meet the step therapy criteria are rejected and may be subject to clinical review and medical necessity determination. We can support such review and determination if requested by our clients.

## Quantity Limits

Prescription Solutions can also maintain quantity limit edits. These edits are voluntary and completely customizable by the client. We will work with GEHA to determine its requirements for drugs and drug classes with special limits and controls.

**12.6   Please list all currently available programs, outlining which if any require any additional charges to GEHA.  Please document if the programs result in lowered drug costs.**

We have reviewed GEHA's utilization data and recommend implementing programs that will offer the most beneficial and immediate impact to GEHA's pharmacy spend.  After implementation we will continue to analyze GEHA's utilization data and present system solutions to build a plan for managing costs and outcomes in support of the total plan goals. We will provide detailed trend reports, which track the plan's drug trend monthly, quarterly, and yearly.

Please refer to **Section IV, Exhibit 33**, for further details on these programs, including projected savings.

Additionally, we offer a comprehensive library of innovative clinical programs, disease management programs, and pharmacy-based interventions that are designed to control costs, manage utilization, and improve medication adherence and outcomes for specific drugs, therapeutic categories, and disease states. Our clinical services and analytics teams develop these programs using evidence-based literature, the latest clinical studies, and key drug manufacturer information. These programs are further reviewed and supported by our National Pharmacy & Therapeutics Committee and Clinical Programs Subcommittee, both of which are comprised of experienced academic and practicing physicians and pharmacists with diverse expertise in a wide range of health care disciplines.

Ultimately, by taking a "big picture" approach to cost and total pharmacy and medical management, we can help GEHA:

- Lower total drug costs
- Optimize rebate dollars
- Maximize benefit goals
- Achieve quantifiable, meaningful savings

CONFIDENTIAL                                                    OPTUMRX_MDL_007530063

Our portfolio of successful cost containment programs includes:

- Formulary Management and Compliance
- Utilization Management (Supported through system edits)
- Drug Utilization Review
- Prior Authorization
- Disease Interventions and Management Programs
- Promotion of Generic Medications
- Medication Awareness Programs

## Promotion of Generic Medications

The role of a comprehensive generic use program is of critical importance in reducing the escalating drug costs. A long-term strategy of promoting first-line agents over high cost new medications will help control inappropriate prescribing and will yield higher quality and lower costs to plan sponsors.

Prescription Solutions leads the industry in forecasting and controlling pharmacy trends. A key aspect of our approach is to provide clients with information and recommend actions with respect to entry of generic drugs to the market to optimize their appropriate utilization and control costs by communicating the cost benefits to prescribers and members.

## Mandatory Generic Substitution

We can support client-mandated generic substitution policies through benefit plan design structure and system edits. We can block brand agents if they are multi-source products, thus forcing a switch to the generic product. Another option is to charge the member a higher copayment for brand products when generics are available, or charge the member the copayment plus the difference in the cost between the brand and the generic.

## Communication Strategies

We use both general and targeted communication strategies that have proven effective with their respective target audiences. For example, a telephonic outreach to targeted prescribers and members begins one month after introduction of a generic drug to market. Automated refill reminder calls reinforce member adherence to generic medication utilization.

## Medication Awareness Programs

### OTC

We developed the OTC program concept to promote OTC products when appropriate and to focus on provider and member education to increase this awareness. Our OTC program empowers patients to become actively involved in taking charge of their own health by providing them with access to self-care resources. The program offers members a free trial of an OTC product along with discount coupons and educational materials for the treatment of such

CONFIDENTIAL                                        OPTUMRX_MDL_007530064

conditions as non-inflammatory osteoarthritis, acute pain or injuries, allergy, cough, cold, and heartburn.

For one Prescription Solutions client who implemented the program, an evaluation was conducted which identified high users of prescription medications in the category of NSAIDS and antihistamines within participating provider groups. Providers and office staff were educated regarding the benefits of the program. Provider interest was high as the majority of physicians found that patient demand for a prescription medication was much greater than the physician's need to prescribe a prescription medication. Baseline utilization data was obtained prior to program implementation. Program impact was determined by measuring the provider groups' prescription utilization for NSAIDS and antihistamines. Physician and member satisfaction surveys were conducted to determine overall success of the program.

Estimated savings of $0.074 PMPM was determined post-implementation of the program for this client.

### *GI Initiative*

Medication costs continue to rise at a rapid rate. Our GI Initiative addresses the current trends and to promote the appropriate utilization of the GI therapeutic class.

Please refer to **Section IV, Exhibit 34**, for a detailed list of our utilization management programs.

## Program Outcomes

Our programs consistently yield improved health and cost outcomes for our clients. The following examples illustrate our success in demonstrating return on investment (ROI):

- A union group with ▮▮▮▮ members experienced savings of 32 percent. The following specific results contributed to the savings:
  - $4,666,000 from increased generic utilization
  - $490,000 by adopting our formulary
  - $110,000 in savings by implementing our prior authorization programs

- The PMPM drug spend for a managed care organization with over ▮▮▮▮ members dropped from over $27 to under $23, an overall savings of 50.7 percent. Measurable cost reductions for this client included saving:
  - $4,400,000 from increased generic utilization
  - $622,000 from one of our standard clinical edit programs
  - $100,000 from a customized clinical edit

- The PMPM drug spend for an employer group with ▮▮▮▮ members decreased by 4.5 percent. The following specific results contributed to the savings:
  - $1,700,000 in savings from implementing prior authorization services
  - $275,000 in savings by adopting our formulary
  - 32.4 percent savings from implementing one of our clinical edit programs

CONFIDENTIAL        OPTUMRX_MDL_007530065

For the term of the two-year contract period, we will allow GEHA its choice of two free clinical programs per year. Additional clinical programs will be incur a charge of ▇▇▇▇▇ per program.

**12.7 How often does your organization's Pharmacy and Therapeutics (P&T) Committee meet? What is reviewed at your meetings? Describe your support provided for a client-specific P&T Committee.**

The NP&T Committee meets quarterly to review and make changes to our formulary; however, meetings may occur more frequently as business requires it. Our National Pharmacy & Therapeutics (P&T) Committee serves as an advisory body to our organization by providing consultation regarding drug formularies, drug lists and clinical appropriateness of clinical programs associated with formulary selections. We are considering establishing a Client Advisory Council. We will keep GEHA updated on this decision as we move forward.

The key roles and responsibilities of our Committee are as follows:

- Establish guidelines for evaluation of new or innovative drug therapies or new indications for existing drug therapies
- Determine the status of drug therapies, for example, accepted for clinical use, cost-effective alternatives, and therapeutic equivalence
- Establish specific patient selection criteria for expensive therapies, including identification of such agents and protocols for their use
- Evaluate pharmacoeconomic studies and health outcomes research data for drug therapies and alternative interventions
- Make decisions regarding drugs and drug therapy that should be discontinued or replaced
- Provide oversight for our clinical pharmacy policies and procedures required for compliance with state, federal, and accrediting organizations
- Make decisions regarding QIA activities of Prescription Solutions
- Evaluate drug trends through review of utilization studies
- Monitor prior authorization process and statistics

We welcome the opportunity to collaborate with GEHA on efforts to analyze, evaluate, and enhance the performance of its pharmacy benefit program. We have expert in-house clinical services and health analytics teams that are adept at reviewing new drugs and emerging trends, analyzing retrospective medical and pharmacy claims information, and forecasting costs and outcomes, including rebates. These teams include skilled pharmacists, data analysts, biostatisticians, physicians and researchers with diverse clinical and academic backgrounds.

Specifically, we can offer the following clinical and decision support tools to GEHA:

- Composition of comprehensive monographs for individual drugs and drug classes (includes general information about the product(s) as well as a review of the clinical studies, cost and utilization information, pharmacoeconomic analysis, and references)
- Case review and injectable medication guidelines

CONFIDENTIAL                                        OPTUMRX_MDL_007530066

- Pharmacoeconomic analyses of targeted medications including:
  - Retrospective database analyses of patient age and gender
  - Compliance
  - Persistence
  - Switching patterns
  - Notable treatment patterns such as drug combinations and stratified cost information

- Formulary status recommendations for newly developed drugs and for existing drugs with new indications
- External review of clinical recommendations by qualified consultant physicians with expertise in a specific therapeutic area
- Health outcomes studies that show the cost-effectiveness of high-impact drugs.

### 12.8 How do cost and clinical consideration factor into the determination of formulary and non-formulary drugs on your formularies?

Prescription Solutions goes beyond the standard industry practice of conducting literature-based review in our clinical review of drugs for formulary placement by also incorporating an evidence-based medicine approach. By using a review process that places an increased emphasis on actual disease-drug outcomes and impact modeling evidence (combining pharmacy data with real-world medical cost offsets) and coupling it with traditional clinical trial data and reviews, we can evaluate each drug from a larger, more complex—and hence, more accurate—perspective. Furthermore, our drug selection process is entrusted to two interdependent committees—a clinical review committee, our National Pharmacy & Therapeutics (NP&T) Committee; and our Business Implementation Committee (BIC).

The NP&T Clinical Committee's primary focus when considering drugs for formulary inclusion is clinical appropriateness.  This committee evaluates scientific evidence of efficacy, safety, and economic value in its review of individual medications and comparison of drugs within a therapeutic drug class.  Based on this comprehensive research, the committee makes clinically-based recommendations on drugs that should be included on our organization's core formulary.

If a drug does not pass clinical review, regardless of the potential financial advantages, the drug will be barred from consideration. Once a drug is clinically approved and assigned a clinical designation, the decision-making process moves over to the BIC.

The primary role of the BIC is to determine the tier assignments, or coverage levels, for each drug on our formulary. In addition to the clinical designations assigned by the NP&T Committee, the BIC may also look at financial information (e.g., average wholesale price, rebates, ingredient cost, cost of care, copayments, coinsurance), market factors, and customer impact to determine tier placement. This financial information is deliberately not reviewed during the clinical analysis.

By keeping the clinical and financial analyses completely separate, we ensure that the best interest of our clients and their members are the primary consideration in all decisions. We employ this rigor in order to effectively partner with our clients in the pharmacy benefit management process.

CONFIDENTIAL

OPTUMRX_MDL_007530067

Membership on our NP&T and Business Implementation Committees does not overlap. Prescription Solutions is not represented by any voting members on either committee. Additionally, we maintain policies that promote unbiased, evidence-based review of medications.

Please refer to **Section IV, Exhibit 35**, for a flowchart of our clinical review process.

**12.9  Provide a list of drugs by therapeutic class classified as "formulary" and "non-formulary" drugs subject to a higher co-pay. Indicate the percent of prescriptions for non-formulary drugs in a typical three-tier co-pay plan.**

Based on our commercial book of business for 2008, only 8.11 percent of prescriptions were filled using non-formulary drugs in a typical three-tier co-pay plan.

Please refer to **Section IV, Exhibit 36**, for an Excel workbook that contains our commercial formulary broken out by therapeutic class and formulary status.

**12.10  Are the rebate-eligible medications included on your formulary bundled?  Please explain.  Do you pass along any or all additional revenues generated from bundling rebate amounts to GEHA or do you retain this portion of generated rebate dollars?**



**12.11  Who pays for the printing and distribution of the drug formularies and formulary information packets provided to clients, plan members, participating pharmacies, physicians, other?  How frequently is the material updated?  Do formularies need to be sent out?**

Prescription Solutions is responsible for all costs associated with formulary updates.

Because most members and providers rely almost exclusively on our Web site, www.prescriptionsolutions.com, for formulary information, we no longer print and distribute our complete formulary.  However, our New Member Welcome Kit contains an abridged formulary.

If GEHA requires additional communication materials, other charges may apply. These charges will be determined during implementation and will be based on scope and complexity of the materials.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530068

**12.12  What percent of rebates will you share with GEHA, and how frequently are rebate payments made?  Describe any lag times involved in this payment process.**

Under our pass-through pricing scenario, we will share ████████ of all rebate dollars, with minimum guarantees as detailed in the price summaries attached in **Section II**.  Under our traditional pricing scenario we are proposing the minimum guarantees detailed in our completed Exhibit 27.15, which is included in **Section IV**. All rebate guarantee dollar amounts are per paid claim.

We will remit to GEHA the first rebate payment by check no later than 30 days after the end of the first quarter following the contract effective date. We will then remit rebate payments quarterly thereafter, no later than 30 days after the end of the quarter.

**12.13  Does your rebate program allow GEHA to accurately predict/document rebate payments?  If so, please explain how this occurs.**

Yes. Our Rebate Management team can predict rebate payments based on a client's past utilization, its rebate contracts, and upcoming patent expirations.

**12.14  Do your rebate payments provide detail that indicates the amount paid by each manufacturer for their specific drugs during a specific timeframe?**

Yes We track rebates by group account, product line, manufacturer, and drug product for a specific timeframe..

Please refer to **Section IV, Exhibit 4**, for a sample rebate report.

**12.15  If rebates are available, will you guarantee a minimum per claim rebate amount for the length of the contract?**

Yes.  We are providing rebate guarantees for the full term of the contract. Under our pass-through pricing scenario, we will share ████████ of all rebate dollars, with minimum guarantees as detailed in the price summaries attached in **Section II**.  Under our traditional pricing scenario we are proposing the minimum guarantees detailed in our completed Exhibit 27.15, which is included in **Section IV**. All rebate guarantee dollar amounts are per paid claim.

**12.16  Please describe specifically how you generate revenue from pharmaceutical manufacturers' administrative fees, data bank fees, or the equivalents.  How are these fees/payments calculated?  Is there a cap implemented that maximizes the amount of revenue that you may receive?  Will you be willing to disclose these fees to GEHA?**

Prescription Solutions does not receive any other remuneration from drug manufacturers, such as administrative fees, data compilation fees, or promotional grants. Remuneration is specifically limited to rebates. Yes, we are willing to fully disclose all sources of revenue to GEHA.

CONFIDENTIAL                                          OPTUMRX_MDL_007530069

**12.17  Please confirm your willingness to allow GEHA to review all aspects of your current pharmaceutical manufacturer contracts.**

Yes, Prescription Solutions will allow an outside auditing firm to conduct audits of the rebate program.  The auditor must sign a confidentially agreement prior to the audit.  We will cooperate with the auditing firm or client to authenticate the rebate submission and allocation process ensuring that it reflects the terms specified in the client contract.  The contracts between Prescription Solutions and the pharmaceutical manufacturers for the Rebate Management Program contain confidentiality agreements that prohibit the disclosure of specific discount information.

**12.18  Please provide a specific list of specialty and non-specialty medications for which rebates are provided.**

Please refer to **Section IV, Exhibit 37**, for a list of specialty and non-specialty medications for which we provide rebates.

**12.19  How and when will you communicate manufacturer contract changes that will or could significantly impact GEHA program?**

Rebates are guaranteed for the full term of our contract with GEHA.

**12.20  List out your organization's top 50 retail and mail most utilized book of business brand and generic prescription drugs for your commercial book of business (See Exhibit 27.13).  Please additionally provide your AWP discount price based on unit cost and a typical 30-day supply (at your proposed network discount rate) based on a 5/1/09 evaluation date through MediSpan or First DataBank.  How often are your pricing files updated?  Describe the process for updating prices within your system once a file update is received from your pricing vendor.  Include QA processes; lag times for updating your files, etc.**

Please refer to **Section IV, Exhibit 13**, for our completed Drug Pricing Analysis.

Pricing updates are received on a daily basis and are uploaded to the claims system twice weekly. Our operations department runs a file verification process to confirm that all received records have been uploaded and are either active or were rejected and added to the failure report. The only lag time is between receipt of the file and the load date, which is a maximum of three days.

**12.21  Does your formulary include any generic names that are considered brand drugs? Describe your process for determining how these drugs are defined as either generics or brands for claims processing purposes and what factors would play a role in the generic/brand designation changing for a given multi-source product.**

Yes, our formulary contains branded generic drugs; but, these drugs are typically considered generics. For single-source generics, we usually work with our clients to determine coverage as a brand or generic drug.

CONFIDENTIAL

Our source for determining a drug's classification status is Facts and Comparisons' Medi-Span Master Drug File (Medi-Span). We obtain Medi-Span updates twice a week and enter relevant product changes in our claim system.

We maintain all original Medi-Span drug status indicators in our claims system. However, we have the flexibility to use a separate claims system field to assign a different drug status indicator based on client specification. Maintaining a separate status indicator allows us to accommodate client-specific benefit structures or adjudication criteria. For example, some clients may wish to adjust the status indicator for a brand drug to allow it to process with a generic drug copayment.

The client management team that we assign to GEHA is responsible for communicating drug status changes to GEHA. In many cases, we are aware of significant changes before the actual change notification from Medi-Span. Through our pipeline forecast and industry monitoring processes, we actively keep track of industry trends to support early identification of critical updates and issues, such as brand drugs scheduled to lose patent or limitations on generic availability. We then develop client-specific analyses that include evaluation of the potential impact of the change on drug costs and utilization. We use these analyses to help clients determine appropriate benefit design adjustments (such as alteration of drug classification), member communications, and/or targeted interventions that may help minimize any adverse impact.

CONFIDENTIAL                    OPTUMRX_MDL_007530071

## 13.    Generic Programs

**13.1    Please provide a copy of the MAC List(s) that you intend to offer as a part of this overall proposal to GEHA (see Exhibit Section requests that you are proposing as part of your RFP response).  What is your basic MAC formula?**

Our aggressive pricing proposal is predicated on the development of a MAC list that is entirely customized to GEHA. We will work with GEHA during the implementation process to develop a custom MAC list that is based on GEHA's current utilization.

We do not utilize a set formula for our MAC. We determine our MAC list and MAC pricing based on actual costs of available generics. Factors that impact MAC price include, but are not limited to, AWP, CMS Federal Upper Limit (FUL), drug availability, number of manufacturers, and 180-Day exclusivity.  If a generic drug is no longer available or costs can no longer sustain MAC reimbursement, we remove the drug from our MAC list.

**13.2    If GEHA has a customized MAC list, can your organization work in cooperation with GEHA to manage this MAC list?**

Yes.  Our proposal includes the development and maintenance of a custom MAC list in collaboration with GEHA.

**13.3    Please confirm whether or not your organization would allow separate MAC lists for retail and mail services as it applies to GEHA.**

Confirmed. Our traditional pricing proposal features separate custom MAC lists at mail and retail; however, we are proposing a single customized MAC for our pass-through pricing scenarios.

**13.4    How many drugs are included on each MAC List (excluding same drug, different dosages, strength, unit size, etc.)?  How many MAC Lists will you be supporting/offering?**

There are currently 1,617 drugs on our proprietary MAC list.

Our traditional pricing proposal features separate MAC lists at mail and retail; however, we are proposing a single customized MAC for our pass-through pricing scenarios.

**13.5    How often are your MAC prices updated?  Please provide a list of any changes made within the last six (6) months of your MAC list with dates/rationale for change.**

Our source for determining a drug's classification status is Facts and Comparisons' Medi-Span Master Drug (MDDB) file. We obtain Medi-Span updates twice a week and enter relevant product changes in our claim system.

CONFIDENTIAL    OPTUMRX_MDL_007530072

Please refer to **Section IV, Exhibit 38**, for a summary of changes made to our MAC list within the last six months.

**13.6**  **What is the average discount off AWP for the drugs on your program MAC List? What minimum discount guarantee will you offer? Verify whether or not zero balance claims (those claims under co-pay or under deductible) are excluded from that guarantee.**



This generic guarantee excludes generic drugs during the exclusivity period as granted by the FDA, which is typically 180 days. The guarantee is calculated before copayment is factored; therefore, it will include zero balance claims.

**13.7**  **Please outline the criteria used by your organization to establish a MAC price? Include the number of competitors, timeframes, patent litigation issues, etc.**

We determine our MAC list and MAC pricing based on actual costs of available generics. Factors that impact MAC price include, but are not limited to, AWP, CMS Federal Upper Limit (FUL), drug availability, number of manufacturers, and 180-Day exclusivity. If a generic drug is no longer available or costs can no longer sustain MAC reimbursement, we remove the drug from our MAC list.

While most PBMs utilize some aspect of MAC pricing in their products, we believe that our MAC is based on sound pharmacy business practices. Our MAC pricing is developed through collaboration between our MAC development team and members of senior management. The MAC development team includes a director and several senior analysts. The director has been practicing and/or managing pharmacy in hospital, outpatient, community pharmacy, managed care, and home infusion settings for over 20 years. He holds a doctor of pharmacy degree from the University of California at San Francisco and has completed an ASHP-accredited, one-year post-graduate residency program. The senior analysts on the MAC team have all received in-depth training on MAC tracking and analysis.

CONFIDENTIAL                                                      OPTUMRX_MDL_007530073

**13.8    Please provide the process by which you would calculate the actual average MAC discount rate and MAC guarantee for GEHA.  Specifically, what elements are included in your formula calculations (numerator and denominator) that account for your establishment of the MAC discount guarantee?**



**13.9    What percent of generic prescription claims are reimbursed at MAC pricing?  Will you guarantee a minimum percent?**



**13.10   Does MAC pricing apply to multi-source brand and generic drugs for both the retail and mail order benefits?**

No. Prescription Solutions' MAC list includes generic products and does not include any multi-source brand products. This is true for both the retail and mail order benefits.

**13.11   Are clients allowed to view MAC pricing on the system at all times?**

Yes.  GEHA will have access to MAC pricing at all times on our claims system.

**13.12   How are multi-source brand drugs processed?**

All brand drugs are processed at the proposed brand discount.  Our MAC list does not include any brand drugs.

**13.13   Please outline your proposed strategies for maximizing generic utilization through your program offering.**

The role of a comprehensive generic use program is crucial. A long-term strategy for promoting first-line agents over new, high-cost medications helps control inappropriate prescribing and yields higher quality and lower costs to plan sponsors.

We lead the industry in generic utilization with a book of business generic rate of 68.7% (retail and mail combined, compared to an industry average of 67.4%. We proactively inform and advise clients about generic drugs entering the market to optimize appropriate use and control

CONFIDENTIAL                                          OPTUMRX/MDL_007530074

costs. We further promote appropriate use of generic products through a variety of specialized strategies and programs including:

- Benefit design and substitution strategies
- Formulary management
- General education
- Targeted interventions
- We work with our clients independently to develop solutions that raise awareness of pharmacies offering low-cost options or coupon programs that offer additional savings on certain prescription products.

Below we describe these strategies and offer data demonstrating the success of our efforts to drive cost savings for our clients.

## Benefit Design and Substitution Strategies

Benefit design is an important tool for promoting generic drug utilization. We work with clients to identify plan design criteria and guidelines that can help influence both prescribing and utilization patterns for generic drugs. For example, clients can choose mandatory generic substitution through benefit plan design. For multi-source products, clients can elect to block the brand agent, thus forcing a switch to the generic product. Another option available to the client is to charge the member a higher copayment for brand products when generics are available, or charge the member the copayment plus the difference in the cost between the brand and the generic.

We also offer online edits to maximize generic usage. Prior to implementing any generic substitution strategies, we develop and adopt substitution policies with the client to meet specific plan goals.

Following are examples of benefit design strategies for promoting use of generics:

- Online formulary edits geared to generics
- Brand chosen over a generic: This edit adds price difference to member copayment, and can be turned on or off depending on whether the brand is selected by physician, member, pharmacist, or because the generic is out of stock
- Generic mandate edit: Generic drug must be dispensed or the system will reject the claim
- Fixed dollar differentials and percentage copayment incentives for generics
- Pharmacy reimbursement differentials with higher payment for generics
- Zero copayment for generics

In general, we recommend substituting branded products with a generic drug with the same active ingredient. These substitutions can be performed at the point of service, with the member's consent, unless the prescriber has indicated "dispense as written" (DAW 1) on the prescription. The dispensing pharmacist will offer drug information on the generic drug being dispensed so the member understands the substitution. The pharmacist can also address member concerns or questions.

CONFIDENTIAL

OPTUMRX_MDL_007530075

We recommend drug substitutions with a generic alternative (that is, a generic drug with a different active ingredient than its branded counterpart, but of the same chemical family) only when it is clinically appropriate for the patient and the prescriber writes a new prescription for the generic alternative. We can encourage this type of substitution by conducting targeted conversion campaigns that include distribution of letters and reports to physicians and members. These communications explain in detail the cost and clinical merits of switching to a generic alternative.

We base our generic substitution recommendations on clinical appropriateness. Our determination of clinically appropriate generic alternatives is based on the review of comparative bioequivalence, adverse effect profile, formulation, and dosing frequency of the generic alternatives versus the brand product.

Products with narrow therapeutic windows (for example, digoxin) or those that are not considered therapeutically interchangeable (for example, immunosuppressants) are not targeted in our generic substitution initiatives. We generally recommend that clients do not require mandatory substitution in these categories.

## Formulary Management

Our formulary serves as a guide for the cost effective selection and use of medications. Our standard formulary includes most generics. Brand counterparts of formulary generics are typically not included; however, some exceptions apply based on clinical safety and efficacy.

We manage formulary compliance through communication and reporting. With the aid of physician-profiling reports clients can directly communicate with prescribers. We also communicate directly with physicians by sending them copies of formulary books and wall charts to help them in communicating the formulary to members.  Members receive pocket formularies and educational materials that specifically address generic usage.

## General Education

We regularly distribute our formulary listings to physicians, pharmacy providers and patients to reinforce formulary awareness and compliance, which in turn helps promote generic utilization. Listings are provided in various forms, including:

- Comprehensive handbooks, which include prescribing and treatment guidelines
- Faxed listings
- Pocket formularies

We also periodically send general informational material to physicians, pharmacy providers and patients to highlight the safety and efficacy of generic products. In addition, our company Web site features a formulary lookup tool, FAQ pages, and other general information that emphasizes the importance and benefits of generic drugs.

CONFIDENTIAL

OPTUMRX_MDL_007530076

## Targeted Interventions

We offer targeted strategies that focus on specific prescribers and members who show high utilization of brand medications. Our primary approach to targeted intervention is our Generics Strategy Program.

This program is specifically designed to promote appropriate use of lower cost, high-quality, and first-line generic medications. Our clinical campaign to enhance generic utilization includes these key components:

- General educational outreach to prescribers and members to increase their awareness of the availability of generic products
- Targeted communication to prescribers and members to alert them of cost-saving opportunities by provider-specific reports and member letters
- Telephonic outreach to targeted prescribers and members to further promote generic utilization
- Automated refill reminder calls to promote member adherence to therapy

## Our Proven Success

We are an industry leader in controlling drug cost and utilization trend. We are especially adept at managing drug spend by increasing generic utilization rates for our clients.

As illustrated in the chart below, our generic promotion strategies, interventions, and communications have resulted in the highest average generic utilization rate among the top companies in the pharmacy benefits management field.



CONFIDENTIAL                                                    OPTUMRX_MDL_007530077

**13.14  Please outline the process in which you ensure GEHA meets the generic discounts that you are proposing in your RFP response.**

We would undertake the following steps to help ensure that GEHA meets our proposed generic discounts:

- Conduct a thorough analysis of claim experience including current clinical programs
- Identify GEHA's strategic financial and member satisfaction goals
- Align formulary, benefit design and clinical programs to meet the identified goals
- Develop timelines for implementation
- Identify milestones for measurement and assessment
- Develop ongoing reporting

CONFIDENTIAL

OPTUMRX_MDL_007530078

# 14.    Drug Utilization Review Programs

**14.1    Describe the capabilities, procedures, and cost-savings associated with your Prospective DUR Program.**

Our prospective DUR strategies are designed to influence provider prescribing habits and member medication utilization prior to an actual medication-related event.

We work with our clients to ensure appropriate dissemination of these educational materials, which we provide at no additional cost.

We strive to promote appropriate utilization through the following:

- Physician education and awareness
- Pharmacist messaging
- Member education

Prospective DUR strategies can result in an overall 3% savings off of total ingredient cost.

## Physician Education and Awareness

Our physician education and awareness strategies involve the development of communications that highlight best practices and emerging drug trends. Through proactive dissemination of information, we can influence provider prescribing patterns and prevent adverse drug utilization by encouraging providers to modify therapy before the pharmacist fills the prescription, and before the member receives the medication.

Our provider educational mailings feature detailed information on key issues, such as:

- Prescribing and treatment guidelines
- Formulary alternatives
- New FDA approvals
- New drug indications and interactions
- New dosage forms and strengths
- Major drug pipelines
- Medication related safety issues

We provide most of the above information on our Web site.

CONFIDENTIAL

OPTUMRX_MDL_007530079

## Pharmacist Messaging

We facilitate prospective DUR via pharmacist messaging. This messaging is integrated with our online claims processing system so that pharmacists receive DUR messages at the point of service. We have developed multiple algorithms for comparing submitted prescription data with pre-determined evidence-based guidelines to identify any potential drug issues or critical medication interactions. We also ensure comparison of prescription data with the member's profile data and prescription history to further refine our messaging to the member's specific condition or needs.

Based on the specific messaging or criteria programmed in our system, the dispensing pharmacist may receive a claim reject or warning while entering the claim into the processing system that will prompt interaction and discussion with the member to determine appropriateness of the medication being requested.

For example, when the member presents a prescription for a drug requiring step therapy, the claims system automatically searches the member's drug profile to determine if the required criteria have been met.  If a previous prescription is found fulfilling the step requirement, then the drug requested will process and the pharmacist will dispense the drug.  If the step requirement has not been met based on the patient's prescription history, then the pharmacist receives a message indicating the step requirement for that drug.  The pharmacist communicates with the member and the prescribing physician or physician representative to either substitute the step drug for the original prescription or call Prescription Solutions' Prior Authorization Help Desk.  In some cases, when the member presents a prescription for a drug requiring prior authorization, the pharmacist receives a message that prior authorization is required.  The pharmacist notifies the prescribing physician or physician representative to call Prescription Solutions' Prior Authorization Help Desk.


## Member Education

We strive to ensure that members are well-informed before they begin any drug regimen. To assist with member awareness and education, we have developed a complete library of member Q&A materials that address common drug issues and questions. Sample subjects include, but are not limited to, the following:

- Take as Directed
- Drug Interactions
- Generic Medications
- How to use OTC products safely
- Diabetes, hypertension, depression, allergies, and other common and rare chronic conditions

CONFIDENTIAL                    OPTUMRX_MDL_007530080

An example of a Prospective DUR program is provided below, along with program components and outcomes.

| Program Name | Program Objectives | Program Components | Outcomes |
|---|---|---|---|
| *OTC Prilosec program* | • To educate members on the availability of OTC Prilosec <br> • To reduce drug cost for prescription PPIs | • Member letter to those receiving any PPI based on pharmacy claims <br> • $5.00 coupon redeemable upon purchase of OTC Prilosec | Our large managed care client realized a savings of ▮▮▮▮ after two mailings consisting of the member letter and the coupon. |

**14.2    Describe the capabilities, procedures, and cost-savings associated with your Concurrent DUR Program.  Address the specifics of your on-line edit parameters.**

Prescription Solutions offers more than 700 concurrent DUR edits that analyze claims in real-time to promote patient safety and manage drug utilization. These electronic edits compare information about the member (age and gender), the member's claims history, the drug to be dispensed, and concomitant medications.

Our concurrent DUR edits are designed to assist pharmacy providers in screening and evaluating certain drug categories for potential drug therapy problems based on established clinical criteria at the point-of-service or before a prescription is dispensed. If a potential drug therapy problem arises, an alert will appear on the pharmacy computer screen informing the dispensing pharmacist to take the appropriate steps to resolve the problem.

Examples of concurrent DUR include, but are not limited to, the following:

- Therapeutic duplication, including duplicate prescription, duplicate therapy and refills that occur too soon
- Age or gender related contraindications
- Over- or under-utilization, including minimum or maximum daily dose, minimum or maximum quantity per prescription, period or days supply, period or quantity
- Drug-drug interaction
- Drug-allergy contraindications
- Drug-diagnosis caution screening
- Drug-inferred health state (pregnancy) screening

Based on client requirements and the edit type, we can program our system to reject a claim (a "hard" edit) or allow a claim to process (a "soft" edit) while simultaneously sending a custom message to the dispensing pharmacist. For example, we can send messaging that indicates formulary alternatives or instructs the pharmacist or patient to contact our Customer Service department or the prescribing physician.

CONFIDENTIAL

We use Systems Xcellence, Inc.'s, RxCLAIM online transaction processing software to interface with pharmacies and administer our concurrent DUR strategies. Through this system, we use Medi-Span's Cross-Check Drug-to-Drug Interaction database containing thorough and comprehensive automated interaction and patient consultation data for the indication of potential drug interactions. We have also enhanced our DUR detection abilities by adding internally developed criteria for identifying drug interactions or other clinical issues in real time.

Below we provide more detail on our hard and soft edit options.

## Hard Edits

Hard edits are implemented to provide a claim processing reject in an effort to control utilization, and the message will direct the dispensing pharmacist to call our Help Desk for assistance, or a prior authorization override, if appropriate.

We have establish override protocols that allow the dispensing pharmacist to bypass a hard edit after receiving authorization from us or from the client.  All overrides for hard edits would be performed by our Help Desk, or by the client via our value-added Internet Direct Access tool.

Clients have the flexibility to customize edits at the GPI or NDC level with the exception of contingent therapy edits, which can only be customized at the GPI level.  We can also customize free-text messaging.

Examples of hard edits that can be performed by the claims processing system at no additional cost include, but are not limited to, the following:

- Reject claims with dates of service prior to the client's effective date
- Reject or message claims with formulary alternative messages.  (Reject X drug with a message of Y or Z drugs are formulary or allow X drug to process but send a reminder message of Y or Z drugs are formulary)
- Reject claims from non-plan physicians
- Reject claims from non-participating pharmacies
- Reject claims that exceed day's supply limitations.  (Maximum day's supply = 30 days)

## Soft Edits

Soft edits are generally used when clients wish to promote a specific behavior without disrupting member service, or when a hard edit may not be implemented due to provisions in the member's contract.

Sample soft edits that can be performed by the claims processing system at no additional cost include, but are not limited to, the following:

- Brand or generic
- Closed prescriber
- Compound coverage
- Contingency

CONFIDENTIAL

OPTUMRX_MDL_007530082

- Controlled substances
- Deductible or benefit maximum
- Drug/allergy interaction
- Drug/drug interaction
- Duplicate prescription
- Duplicate therapy
- Eligibility screening
- Family coverage
- Formulary compliance
- Free text messaging
- Maximum amount due per prescription
- Maximum days supply per prescription
- Minimum or maximum daily dose per prescription
- Minimum or maximum patient age
- Minimum or maximum dosage
- Minimum or maximum quantity
- Physician specialty
- Refill too soon
- Sex or gender exclusion
- Starter dose
- Therapy/time interval

## Program Outcomes

On average, a client can expect to save 3% of total ingredient costs as a result of implemented Concurrent DUR programs.

Our programs consistently yield improved health and cost outcomes for our clients. The following examples illustrate our success in demonstrating return on investment (ROI):

- The PMPM drug spend for a managed care organization with over 320,000 members dropped from over $27 to under $23, an overall savings of 50.7 percent. Measurable cost reductions for this client included saving:
  - $622,000 from one of our standard clinical edit programs
  - $100,000 from a customized clinical edit

- The PMPM drug spend for an employer group with 36,000 members realized 32.4 percent savings from implementing one of our clinical edit programs, lending to an overall decrease of 4.5 percent

CONFIDENTIAL

OPTUMRX_MDL_007530083

A specific example is provided below:

| Program Name | Program Objectives | Program Components | Outcomes |
|---|---|---|---|
| *PPI Maximum Duration of Therapy Edit* | • To promote appropriate use of PPIs<br>• To reduce PPI drug cost | • On-line clinical edit designed to limit the use of PPIs to a maximum duration of 8 weeks of therapy based on FDA approved dosing guidelines. Prescriptions written by a gastroenterologist are excluded. | For our large HMO client, the program resulted in a savings of $0.65 PMPM.<br>Average duration of PPI therapy also decreased from 84 to 53 after implementation of this edit. |

**14.3  Describe the capabilities, procedures, and cost-savings associated with your Retrospective DUR Program.  Note any intervention procedures utilized with members, pharmacies and prescribers.**

We continually analyze our clients' past pharmacy and medical claims data as part of our ongoing retrospective DUR efforts. This analysis includes a focus on top drugs and disease states among the member population being studied, as well as other key areas with known issues (e.g., controlled substances). The client management team assigned to each client is responsible for conducting this ongoing analysis and reporting its findings on a monthly basis, at minimum. We will work with GEHA to determine a mutually agreeable frequency for Retrospective DUR analysis.

As we identify potentially adverse patterns, we work with clients to make recommendations on existing or new interventions that may yield improved outcomes and cost savings. Based on client direction, we will then implement selected programs and provide reporting on a pre- and post-intervention basis to demonstrate program effectiveness and identify opportunities for repeat intervention as warranted.

A complete description of our Retrospective DUR program is provided below.

## Retrospective DUR Programs and Activities

Our retrospective DUR involves a review of pharmacy and/or medical claims data to identify members who may benefit from our clinical interventions. The program addresses physician prescribing patterns that can be influenced to improve quality of care and cost savings. Identified interventions can be implemented to increase or optimize appropriate use of selected under-utilized medications and reducing over-utilization of inappropriately prescribed medications.

CONFIDENTIAL                    OPTUMRX_MDL_007530084

The following clinical interventions may be recommended as a result of identified program needs during Retrospective Analysis.

- **Geriatric RxMonitor Program**
  Based on the HEDIS Effectiveness of Care Measure-Use of High Risk Medication in the Elderly, this program aims to reduce the use of potentially inappropriate medications in members 65 years and older. Members who have filled one or more inappropriate medications based on pharmacy claims are identified for provider and member mailings. Key components of the program include notification letters, education materials, and provider reports of identified members.

- **Drug Interaction Alert Program**
  Designed to reduce the incidence of clinically-significant drug interactions, the program addresses providers of members whose pharmacy claims show a potential for clinically-significant interaction based on well-established clinical references. Patient-specific provider reports are faxed to providers within 24 to 72 hours from when the prescription for the interacting drug was filled.

- **Polypharmacy Program**
  Designed to promote safe and appropriate medication use by addressing providers of members with polypharmacy issues. These include potentially inappropriate duplicate therapies and drug-disease interactions. Key components of the program include provider reports of members with polypharmacy cases and provider education materials.

- **Narcotic Utilization Program**
  Designed to promote optimal pharmacologic therapy in the management of patients with pain, while minimizing the occurrence of drug abuse, diversion, and potentially inappropriate use of opioid analgesics (morphine-like synthetic narcotics). The program addresses providers of members on opioid analgesics who may require evaluation as determined by analysis of prescription claims. Key components of the program include provider reports of members with potentially inappropriate opioid utilization, provider response forms detailing appropriateness of therapy or planned changes to opioid analgesic therapy and provider education materials.

- **Osteoporosis Provider Initiative**
  Based on the HEDIS Effectiveness of Care Measure- Osteoporosis Management in Women Who Had a Fracture, this program is designed to optimize the use of osteoporosis therapy in women 67 years of age and older with a history of fracture. The program aims to enhance the physicians' awareness of current recommendations from the 2006 Position Statement of the North American Menopause Society. Key components of the program include notification letters, education materials, and provider reports of identified members.

- **Statin Initiative**
  Designed to promote the appropriate use of statin therapy in underutilized population, specifically among members with diabetes or coronary artery disease. The program aims to increase physician and member awareness of the morbidity and mortality associated with hypercholesterolemia and the prevention and pharmacological treatment of this disease. Key components of the program include notification letters, education materials, and provider reports of identified members.

CONFIDENTIAL      OPTUMRX_MDL_007530085

- **ACEI/ARB Initiative**
  Designed to optimize the use of ACEI/ARB therapy in diabetic patients with
  hypertension and/or nephropathy. This program is based on current recommendations
  from the American Diabetes Association (ADA) and the Joint National Committee on
  Prevention, Detection, Evaluation, and Treatment of high blood pressure. Key
  components of the program include notification letters, education materials, and
  provider reports of identified members.

- **Beta-Blocker Initiative**
  Designed to optimize the use of beta-blocker therapy in post-MI patients. This program
  seeks to enhance the physician and member awareness of current recommendations
  from the American Heart Association and American College of Cardiology. Key
  components of the program include notification letters, education materials, and
  provider reports of identified members.

- **Chronic Heart Failure (CHF) Medication Management Program**
  Designed to optimize the use of ACEI/ARB and beta-blocker therapy in the CHF
  population. The program is based on the current recommendations from the American
  Heart Association and American college of Cardiology. Key components of the program
  include notification letters, education materials, and provider reports of identified
  members.

- **Rheumatoid Arthritis Medication Management Initiative**
  Based on the HEDIS Effectiveness of Care Measure- Disease-Modifying Anti-Rheumatic
  Drug (DMARD)Therapy for Rheumatoid Arthritis (RA), this program is designed to
  promote the use of DMARD therapy in underutilized RA population. Key components of
  the program include notification letters, education materials, and provider reports of
  identified members.

- **Refill Reminder Program**
  Member-based intervention for members who have been identified as non-adherent to
  select oral maintenance medications. The program aims to promote patient awareness of
  the importance of medication adherence and to improve adherence to those oral
  maintenance medications.

- **Osteoporosis Medication Adherence Program**
  Provider intervention designed to work with our Refill Reminder Program to increase
  medication adherence in members identified as non-adherent to their osteoporosis
  therapy.

- **Statin Adherence Program**
  Provider intervention designed to work with our Refill Reminder Program to increase
  medication adherence in members identified as non-adherent to their statin therapy.

- **Antidepressant Adherence Program**
  Based on the HEDIS Effectiveness of Care Measure- Antidepressant Medication
  Management, this program is designed to work with our Refill Reminder Program to
  increase medication adherence in members identified as non-adherent to their
  antidepressant therapy.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530086

- **Generic Strategy Program**
  Designed to promote the use of lower cost, clinically-appropriate generic alternatives when available. Key components of the program include general educational outreach to prescribers and members to increase awareness of the availability of generic products and targeted communication to prescribers and members to alert them to cost-saving opportunities.

In addition, we offer a wide variety of education programs for providers as well as members on diverse subject matters to promote appropriate drug therapy and optimal outcomes. Examples include member education programs on diabetes, drug interaction, over-the-counter medications and antidepressants. Provider education programs include such topics as Alzheimer's, Parkinson's, diabetes, myocardial infarction and depression.

Savings related to our clinical programs can vary depending on client program selections, member utilization, and physician prescribing patterns. The following illustrate benchmark results from our previous experience:

- **Geriatric RxMonitor**
  Implementation of the program in a Medicare Part D population showed that 65.7 percent of members taking "drugs to be avoided in the elderly" resolved at least one baseline incident in the 3 month period following the intervention. For members who received the intervention, "drugs to be avoided in the elderly" total prescription count decreased by 57 percent from 126,227 to 53,772. Monthly prescription costs of the intervention medications per targeted member decreased by 50 percent from $11.15 to $5.60.

- **Drug Interaction Alert Program**
  Implementation of the program in the Medicare Part D population showed 39% of 35,152 intervened upon PDP members resolved their drug-drug interaction during the measurement period.  Additionally, 43% of 17,570 intervened upon MAPD members resolved their drug-drug interaction during the measurement period.

- **Polypharmacy Program**
  Implementation in the Medicare Part D population resulted in 37% of 32,094 intervened upon PDP members resolving at least one duplicate therapy issue during the measurement period.  This resulted in a net PMPM savings of $8.53 for targeted members.  In addition, 42% of 4,833 intervened upon MAPD members in one client resolved at least one duplicate therapy issue during the measurement period, resulting in a net PMPM savings of $8.77 for targeted members.

- **Narcotic Drug Utilization Review**
  Implementation of the program in the commercial and Medicare Part D populations showed potentially inappropriate narcotic use resolved in 81 percent of intervened upon PDP members, 84 percent of intervened upon
  MA-PD members and 83 percent of intervened upon commercial members. Following the intervention, median costs of narcotic medications among intervened upon members decreased by $14.75 in PDP members, $19.23 in MA-PD members and $24.00 in commercial members.

CONFIDENTIAL                    OPTUMRX_MDL_007530087

- **Statin Initiative in DM/CAD/Post-MI**
  Implementation of this program in a Medicare Part D population showed members in the intervention group were 65 percent more likely than members in the control group to start a statin during the follow-up period (12.1 percent of intervention members started a statin versus 7.3 percent of control members).

- **ACEI/ARB Initiative**
  Implementation in the Medicare Part D population resulted in 12.4% of 2,301 targeted PDP members newly starting on ACEI/ARB therapy post-intervention.  Among the MAPD members, 13.8% of 2,168 targeted members were newly started on ACEI/ARB therapy post-intervention.

**14.4    How are utilization problems identified by your DUR programs?  What intervention efforts and success rates are possible through your retail and mail order pharmacies?**

We offer comprehensive drug utilization review (DUR) strategies that focus on identifying and mitigating unfavorable trends, such as overutilization and underutilization, inappropriate or unsafe prescribing habits, and other utilization patterns that are aberrant or have the potential to create a negative impact on member outcomes or client plan performance. Our strategies include retrospective, concurrent, and prospective DUR.

*Retrospective DUR*

This type of DUR entails review of past medical and pharmacy claims data to identify utilization and prescribing patterns that warrant intervention and can be adjusted for improved quality of care and cost savings.

Prescription claims data includes multiple variables that can yield valuable information about patient and prescriber patterns. Our complex evaluation of these variables yields meaningful statistics regarding:

- Medication compliance
- Persistence on therapy
- Dosage titration patterns
- Drug cost trends
- Market share
- Medication switching patterns
- Potential fraud and abuse
- Notable treatment patterns, such as drug combinations
- Prescription volume
- Stratified cost information

CONFIDENTIAL                                                                OPTUMRX_MDL_007530088

Our review of medical claims data reveals additional important patterns, such as:

- Burden of comorbidity
- Disease attributable medical cost
- Disease severity
- Medical cost and utilization
- Total medical cost

Our in-house team of clinical pharmacists and statisticians integrates all claims data factors to develop comprehensive analyses of current and potential trends. We then incorporate the latest evidence-based studies, national practice guidelines, package labeling, FDA information, and product pricing to develop a complete picture of cost and clinical impact.

Based on this information, ***we can offer informed recommendations for implementing existing clinical programs or tailored programs that can positively influence member and prescriber patterns, and thereby improve outcomes and reduce costs***. Our programs typically include direct member and physician mailings, customized educational materials, provider reports and surveys, and/or telephonic outreach.

## Concurrent DUR

Our concurrent DUR strategy includes ***point-of-service (POS) screening that accurately checks for utilization that is inappropriate, unsafe, or not cost-effective***. We accomplish this screening through application of electronic edits that compare information about the member, the member's claims history, and the drug to be dispensed in real time. This allows us to proactively verify appropriate utilization before a prescription is dispensed.

Based on client specifications and the edit type, we can program our claims system to reject a claim (a hard edit) or allow a claim to process (a soft edit) while simultaneously sending a custom message to the dispensing pharmacist. For example, we can send messaging that indicates formulary alternatives or instructs the pharmacist or member to contact our customer service department or the prescribing physician. We can also establish override protocols that allow the dispensing pharmacist to bypass a hard edit after receiving authorization from us or from the client.

We currently offer more than 700 concurrent DUR edits. Commonly used edits that screen for utilization patterns include those for step therapy (or contingent), drug-drug interaction, drug-age issues, drug-gender issues, drug-allergy interaction, duplicate prescriptions, early refill, formulary compliance, maximum dosage, duration of therapy, and quantity limits.

## Prospective DUR

We conduct prospective DUR to proactively monitor and assess the cost and clinical impact of new drugs, including blockbuster brand drugs, brand drugs about to lose patent status, and emerging generic drugs. We also use prospective review to identify and assess the potential effect of changes in best practice or changes in drug usage or status (e.g., FDA warnings). Key resources that we use for this type of DUR include FDA Web sites, FDC reports (for example, The Pink Sheet, NDA Pipeline, Pharmaceuticals Approvals Monthly), Pharmalive, and drug manufacturer information.

CONFIDENTIAL                OPTUMRX_MDL_007530089

Following our analysis, we develop targeted member and physician educational materials designed to increase awareness of new drugs (including new generics), new drug indications, new practice guidelines, new dosage forms and strengths, formulary alternatives, and updated safety and efficacy information. Through targeted distribution of these materials, we can influence provider prescribing patterns and prevent adverse or less than optimal drug utilization.

## Clinical Program Savings and Outcomes

We can demonstrate significant, measurable improved health outcomes and savings for many of our clinical programs. Some of our more noteworthy successes include:

| Program Name | Program Objectives | Program Components | Savings/Outcomes |
|---|---|---|---|
| Antidepressant Adherence Program | <ul><li>To increase the awareness of the beneficial effects of adherence to antidepressant medication</li><li>To improve patient adherence to antidepressant medications.</li></ul> | <ul><li>Provider-specific reports listing his/her patients who appear to be non-compliant with their antidepressant therapy based on pharmacy claims data</li><li>Daily outbound refill reminder calls by a messaging and communication service</li><li>Provider and member educational materials on depression management</li></ul> | <ul><li>Mean adherence to acute phase (84 days according to HEDIS) for the intervention cohort was significantly higher than the control group (80.2% vs. 72.7%, p<0.0001)</li><li>Mean adherence to continuation phase (180 days according to HEDIS) was significantly higher in the intervention cohort compared to the control cohort (73.6% vs. 62.1%, p<0.0001)</li><li>Percent of patients continuing therapy in the acute phase was significantly higher in the intervention cohort compared to the control cohort (68.1% vs. 54.2%, p,0.0001)</li><li>Percent of patients continuing therapy in the continuation phase was significantly higher in the intervention cohort compared to the control cohort (56.4% vs. 40.9%, p<0.0001)</li></ul> |

CONFIDENTIAL

OPTUMRX_MDL_007530090

| Program Name | Program Objectives | Program Components | Savings/Outcomes |
|---|---|---|---|
| Asthma Intervention Program | • To improve quality of life and self-management skills of members with asthma<br>• To reduce asthma-related costs. | • Provider-specific reports listing his/her patients who are classified as high risk or who are not meeting HEDIS criteria for appropriate asthma medication use<br>• Provider and member educational materials on asthma management | • Significant reduction in the annual number of asthma-related ER (from 0.11 to 0.06) and acute hospital admissions (from 0.04 to 0.01) in the pre-intervention versus the post-intervention year<br>• Average annual asthma-related medical costs decreased significantly by $396<br>• Although mean pharmacy costs increased by $50, overall mean annual asthma-related health care costs (pharmacy + medical) decreased by $335 |
| Migraine Prophylaxis Program | • To increase provider awareness of current recommendations from the U.S. Headache Consortium regarding migraine prevention therapy<br>• To optimize the use of migraine prophylactic agents in patients who frequently use triptans | • Provider-specific reports listing his/her patients who might benefit from migraine prophylactic therapy<br>• Provider and member educational materials on migraine management | • For targeted members, $16.57 PMPM savings in migraine- related medical costs (excluding pharmacy cost) and $27 PMPM savings in migraine medication (triptans and prophylactic agents) ingredient cost were realized  following intervention<br>• 33% decrease in the average number of triptan prescriptions PMPM following intervention<br>• For targeted members, migraine-related ER/hospital visits and physician visits decreased by 63% and 29%, respectively |

CONFIDENTIAL

OPTUMRX_MDL_007530091

| Program Name | Program Objectives | Program Components | Savings/Outcomes |
|---|---|---|---|
| Polypharmacy Program | • To reduce unnecessary use of pharmaceuticals and health care burden caused by inappropriate use | • Provider-specific reports listing his/her patients with polypharmacy issues<br>• Provider educational material on polypharmacy incidents | • The first intervention (a provider-based mailing) resulted in resolution of 54.8% of identified polypharmacy incidents. This eliminated the potential for adverse complications from a polypharmacy incident in 1,310 of 2,217 members examined during the post-intervention period<br>• A second intervention (a member-based mailing) resulted in successful resolution of an additional 25% of unresolved polypharmacy incidents |
| Sleep Management Program | • To enhance the understanding of types and causes of insomnia among members and providers<br>• To encourage the use of appropriate treatment regimen based on the member's symptoms | • Provider-specific reports listing his/her patients on long-term sedative-hypnotic therapy<br>• Provider and member educational materials on insomnia and good sleep hygiene | • $3.20 PMPM savings in average ingredient cost for sedative-hypnotics following intervention |

### 14.5 Do you offer performance guarantees or shared savings with DUR programs? Describe your performance guarantee or shared saving structure arrangement and explain how you measure savings.

Yes, Prescription Solutions is willing to offer performance guarantees and a shared savings arrangement to GEHA for specifically recommended clinical programs. In summary, these programs are:

- Quantity Limit Edits
- Step Therapy Edits
- Prior Authorizations
- Generic Strategy Program
- Polypharmacy Program
- Drug Interaction Alert Program (DIAP)
- Narcotic Drug Utilization Review Program

CONFIDENTIAL

OPTUMRX_MDL_007530092

- Geriatric RxMonitor Program
- Statin Program

The guarantees are as follows:



Additionally, on average clients can expect to receive an overall savings of 3% off of ingredient costs for Concurrent DUR edits and Prospective DUR programs.

We have also taken the opportunity to identify the following clinical programs that we believe will be of value to GEHA:

- Diabetes A1c
- Appropriate Antibiotic Use
- Asthma
- ACEI/ARB Initiative in Diabetes
- ACEI/ARB/Beta-Blocker Initiative in CHF
- Statin Initiative
- Beta-Blocker Initiative in Post-MI
- DMARD Initiative in Rheumatoid Arthritis (RA)
- Osteoporosis
- Antidepressant Adherence
- Statin Adherence
- Drug Interaction Alert Program (DIAP)

CONFIDENTIAL
OPTUMRX/MDL_007530093

- Geriatric RxMonitor
- Migraine Prophylaxis
- Narcotic Drug Utilization Review Program
- Polypharmacy
- Sleep Management
- Refill Reminder
- Osteoporosis Therapy Adherence
- Hepatitis C
- Multiple Sclerosis
- Rheumatoid Arthritis
  Respiratory Syncytial Virus
  Von Willebrand

## 14.6  How do you enforce DUR protocols?  Outline your procedures at each step and indicate if there are any financial incentives in doing so.

We require our contracted pharmacies have online capabilities. Our provider service agreement requires pharmacies to submit claims via point-of-service (POS) technology using the current NCPDP version 5.1 format.  Our claims system adjudicates submitted claims for all appropriate DUR, generic, and formulary messaging.  Most pharmacy systems display messages returned from pharmacy benefit managers (PBMs); however, the amount of messaging received depends on the software used by the pharmacy.

During implementation, GEHA's specific program design, including DUR edits, will be documented, reviewed and loaded into the system.  All edits are maintained online and will support application of customized criteria.  The system returns key indicators and messages inline with these program components and require overrides by a Prescription Solutions employee for any exceptions.

We do not offer financial incentives to contracted pharmacies, physicians or any other providers that are tied to utilization rates, compliance goals, and performance results.  However, upon request we can increase the dispensing fee on generic products, which may provide an effective incentive to increase generic utilization. Also upon request, we are also willing to discuss implementation of GEHA's existing pharmacy incentives.

## 14.7  How much flexibility do your clients have with respect to specified edits or prescribing rules?  Can clients choose how edits will function (soft vs. hard)?  Can clients change the parameters that trigger an alert?  What are the financial or performance consequences of a flexible program?

Clients have extensive flexibility to define specific edits or prescribing rules. We can discuss the edits and prescribing rules (for example, maximum daily dose) along with prior authorization guidelines during implementation.

CONFIDENTIAL

OPTUMRX_MDL_007530094

GEHA will have the flexibility to modify over 700 concurrent drug utilization review (DUR) edits and can define threshold values for some of our edits that will determine whether an edit will function as a soft or a hard edit. . GEHA will also have the flexibility to customize edits at the GPI or NDC level with the exception of contingent therapy edits, which can only be customized at the GPI level.

## Alert Parameters

Similar to edit thresholds, GEHA can specify the parameters that will trigger an alert.

## Flexible-Option Costs

There are no additional charges for this flexibility from Prescription Solutions. We help clients employ precisely this kind of flexibility in order to maximize clients' benefit plan. However, costs incurred by GEHA can result from its plan-design structure that governs thresholds for edits and prescribing rules. For example, a strict plan will result in high number of claim denials, which translate into higher costs for the plan.

Our client management team can work with GEHA to determine what edit and prescribing-rule thresholds will be most beneficial to both plan cost and member utilization.

## Rule-Change Time Frames

Rule-changes may be made between three and fifteen days, dependent upon the scope and complexity of the change.

We will work with GEHA to establish DUR rules and edits that meet its financial objectives as well as the needs of its members.

Please refer to **Section IV, Exhibit 39,** for a list of our recommended edits.

**14.8    Describe your standard patient rights and appeals process for DUR programs. Provide a flowchart.**

We offer our clients comprehensive appeals support services that include management and review of initial coverage determination through our prior authorization process and management of member appeals of claim denials, substitutions or other benefit limits through a subcontracted independent review organization (IRO). Our processes comply with ERISA requirements and state and federal regulations related to timeliness of standard and expedited appeals requests.

Clients have the option of handling all prior authorization and appeals activities through their own organization or using any combination of our available services. We apply additional charges for our prior authorization services and management of appeals through our IRO vendor. These charges are listed in our proposed rate sheet in **Section II**.

CONFIDENTIAL                    OPTUMRX_MDL_007530095

Below we describe our services in more detail.

## Prior Authorization

We maintain a prior authorization department that handles coverage determination requests—either before a claim is submitted or after a claim denial has occurred—based on benefit guidelines established in collaboration with the client. We typically recommend adoption of prior authorization guidelines to help manage utilization of non-formulary or non-preferred drugs and drugs that warrant quantity/dosage limits or satisfaction of medical necessity criteria.

We offer a vast library of existing guidelines that are derived from industry best practices and evidence-based studies that define criteria for utilization based on safety and clinical efficacy. We also support development of customized guidelines that meet client-specific criteria for coverage.

Our prior authorization staff includes licensed pharmacy technicians and clinical pharmacists who review medication requests for compliance with guidelines selected by the client. When necessary, these clinicians reach out to the prescriber for supporting clinical documentation and/or to our medical director for additional oversight on complex cases.

We support timely review of prior authorization requests and meet all state and federal requirements related to claims denials, which we communicate to physicians by fax and to members by mail. Member denial letters include details on how to request an appeal, based on the appeals process determined by the client. Clients can opt to direct member appeals to their own benefit manager contact or to Prescription Solutions for submission to our subcontracted IRO vendor.

## Appeals Management

We contract with IMEDECS for the administration and determination of member appeals of claims denials. IMEDECS holds national accreditation from URAC and is a founding member of the National Association of Independent Review Organizations.

Clients who opt to use our IRO partner for appeals management do not need to establish or maintain a separate vendor contract. We manage the contract with the IRO and coordinate exchange of all information used to support appeals cases.

Based on ERISA regulations, after receiving a claim denial members have 180 days to file an appeal. Appeal requests may specify a standard review period of 15 days or an expedited review period of 72 hours. The IRO provides service for first, second and third level member appeals.

Please refer to **Section IV, Exhibit 40**, for a flowchart depicting our commercial appeals process.

## 14.9   Please provide copies of the performance and savings reports for each DUR program.

Please refer to **Section IV, Exhibit 41**, for samples of templates for our DUR performance and savings reports.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530096

**14.10  Are there any additional charges or fees for the administration of your DUR Programs and client benefit reports?  If charges are based on an ad hoc basis, how are they calculated?**

For the term of the two-year contract period, we will allow GEHA its choice of two free clinical programs per year. Additional clinical programs will be charged at ▇▇▇▇▇▇▇ per program.

Our highly flexible reporting options allow a wide range of reporting options, including client benefit reports, most of which are included in our base administration fee. We can discuss custom report requirements for GEHA during the implementation phase. If these requirements include extensive custom programming, we may apply a charge of ▇▇▇▇▇▇▇ of programming.

If desired, GEHA can use its implementation allowance fund to pay for custom reporting.

**14.11  Identify any differences in DUR programs for in-network vs. out-of-network claims.**

All DUR edits are applied at the time a claim is processed. In the case of an out-of-network claim, those edits will be applied upon receipt of a paper direct member reimbursement (DMR) claim form.

**14.12  GEHA currently participates in a program that limits members to one retail and mail service pharmacy (ies).  The intent of this program is to identify those patients that might have utilized multiple pharmacies and physicians to obtain medications that may have potential for abuse.  These patients are screened to determine if it would be appropriate for them to participate in this program.  The goal of the program is to provide the pharmacist dispensing the medication with the necessary information to make educated decisions on the appropriateness of the medication.**

**(a)  Please confirm that your organization is able to implement a High Utilization Program edit process that is acceptable to GEHA.**

Confirmed.  We can provide pharmacy location edits that will support GEHA's High Utilization Program as outlined above.

**(b)  Please outline the type of reporting on this program that is available and at a minimum will include gross and net savings for GEHA.**

Our highly flexible reporting options allow us to report savings results for a High Utilization Program. In addition, our Online Reporting Tool will allow GEHA to select report categories and parameters to generate meaningful comparisons within its own book of business. We can discuss custom report requirements for GEHA during the implementation phase. If these requirements include extensive custom programming, we may apply a charge of ▇▇▇▇▇▇▇ of programming.

If desired, GEHA can use its implementation allowance fund to pay for custom reporting.

CONFIDENTIAL                                                        OPTUMRX_MDL_007530097

**(c) Please confirm that your organization will provide GEHA updates on new edits that would be applicable to the needs GEHA.**

Confirmed.

**(d) Please confirm your organization will provide GEHA this product at no cost.**

Confirmed. For the term of the two-year contract period, we will allow GEHA its choice of two free clinical programs per year. Additional clinical programs will be incur a fee of █████████

## 15. Disease Management Programs

**15.1 Which disease management programs do you offer?  Are those programs telephonic or mail based, and are the programs accredited by NCQA or any other organization?**

Our broad range of innovative disease management programs and targeted disease interventions control costs, manage utilization, and improve medication adherence and outcomes for specific drugs, therapeutic categories, and disease states. Our Clinical Services and Health Outcomes and Analytics teams develop these programs using evidence-based literature, the latest clinical studies, national guidelines, predictive modeling, and key drug manufacturer information.

These programs are further reviewed and supported by our National Pharmacy & Therapeutics Committee and Clinical Programs Subcommittee, both of which comprise experienced academic and practicing physicians and pharmacists with diverse expertise in a wide range of health care disciplines.

### Disease Therapy Management Programs

Our Disease Therapy Management (DTM) programs provide advanced educational and clinical support for physicians and patients to help improve compliance, promote appropriate utilization, and ensure optimal outcomes. Clients and members pay nothing extra for DTM programs.

Our DTM strategy is straightforward:  to design and implement actionable pharmacy-based interventions for patients taking medications to treat five of the highest-cost, highest-impact conditions:

- Rheumatoid arthritis (RA)
- Multiple sclerosis (MS)
- Hepatitis C
- Hemophilia
- Respiratory Syncytial Virus (RSV)

The overall goals are to improve quality of life, promote self-management, improve medication compliance, and reduce overall health care costs in managing chronic illness.

The potential benefits of the DTM program include:

- Improved self-management through education and support
- Individualized care plans for each patient
- Increased patient compliance with medication therapy
- Improved member satisfaction and quality of care

Our DTM clinicians include trained registered nurses and pharmacists who are committed to providing the quality of care and clinical support to patients in need.

CONFIDENTIAL

OPTUMRX_MDL_007530099

The DTM clinicians also play a critical role in connecting patients to appropriate resources for additional support. Members are targeted to receive ongoing care management for at least six months (we will extend duration based on member risk factors). During this time, we offer monthly educational mailings that inform members about their disease state and educate them on the importance of medication compliance and healthy lifestyle choices. Our DTM services also include routine telephonic consultations on disease state and lifestyle issues, development of customized care plans, coordination of therapy with physicians, referral to additional disease management resources, and evaluation measures to determine member status and program effectiveness. All of these program components help prevent expensive emergency room visits and other costly medical procedures, thereby reducing overall costs.

We identify members taking drugs to treat the three key DTM conditions we support. We then distribute program information to these members and follow up with telephonic outreach. Members can stop participating in DTM programs anytime.

## Targeted Disease Interventions

Our targeted disease intervention (TDI) programs focus on pre-catastrophic populations with high-cost, high-impact conditions that have the greatest potential for improvement by pharmacy intervention.

These programs manage overall medical costs; therefore, in creating a TDI, our Clinical Services and Outcomes Research teams integrate both medical and pharmacy data.

By focusing on the member's drug therapy, the programs can be integrated into the health plan's own medical management programs and initiatives. We work with the medical carrier to identify appropriate cases for medical case management referral. Patients who require additional care beyond the scope of the pharmacy-based intervention will be identified and referred to medical case management for follow-up.

Our TDI programs generally include the following components:

- Advanced retrospective DUR of the client's pharmacy and/or medical claims data
- Identification of targeted member and/or physician population
- Distribution of targeted physician and member letters, reports, surveys, and/or educational materials
- Program evaluation to determine effectiveness in terns of cost and clinical outcomes

Our standard TDI programs are listed below:

**Cardiovascular**
- Post-MI and Beta-blocker use
- CHF and ACE Inhibitor Use and/or Beta-blocker Use
- Statin Use in Post-MI/CHD/DM
- Cardiovascular Risk Scoring Tool
- Antithrombics

**Central Nervous System**
- Migraine Management
- ADHD

**Respiratory**
- Asthma
- Allergic Rhinitis

CONFIDENTIAL

OPTUMRX_MDL_007530100

- Statin Use in Post-MI
- Statin Safety/Drug Interaction

**Pain Management**
- Cox-2 Inhibitor

**Women's Health**
- Osteoporotic Fracture

**Diabetes**
- Diabetes Microalbuminura Initiative

- Rhinitis Prescriber

**Digestive Health**
- GI Initiative (non-TDI program)

**Infectious Disease**
- Antibiotic Prescribing
- HIV - Appropriate Use
- HIV – Adherence

**Other**
- Sleep Management

Of the framework of programs listed above, the following specific targeted disease interventions support NCQA/HEDIS quality measures:

- Asthma QI Initiative
- Asthma Member Education Program
- Asthma Provider Education Program
- Depression Medication Adherence Program
- Depression Member Education Program
- Diabetes Mellitus (DM) A1c Intervention Program
- Diabetes Mellitus (DM) ACEI/ARB Use in DM and HTN Program
- Diabetes Mellitus (DM) Statin Use in DM/CHD/Post-MI Program
- Diabetes Mellitus (DM) Member Education Program
- Dyslipidemia Statin Adherence Program
- Dyslipidemia Member Education Program
- Myocardial Infarction (MI) Beta-Blocker Use in Post-MI Cardiovascular QI Program
- Myocardial Infarction (MI) Statin Use in Post-MI/DM/CHD Program
- Myocardial Infarction (MI) Cardiovascular Risk Provider and Member Education Program
- Osteoporosis Medication Initiative
- Osteoporosis Medication Adherence Program
- Osteoporosis Provider Education Program
- Osteoporosis Member Education Program
- Rheumatoid Arthritis (RA) DMARD Initiative
- Rheumatoid Arthritis (RA) Provider Education  Program
- Rheumatoid Arthritis (RA) Member Education Program
- Respiratory Infections Appropriate Antibiotic Use Provider and Member Education Program
- Respiratory Infections Influenza Vaccine Member Education Program
- Geriatric RxMonitor Appropriate Medication Use in the Elderly Provider Intervention Program

CONFIDENTIAL                                                      OPTUMRX_MDL_007530101

- Geriatric RxMonitor Appropriate Medication Use in the Elderly Member Education Program
- Refill Reminder of Chronic Medications Program

In addition, our Prior Authorization department has developed a fully NCQA-compliant, automated denial letter template that allows case-specific responses on medical necessity denials. The template is also compliant with the Center for Medicare & Medicaid Services (CMS) and ERISA requirements, and can be customized to meet state-specific requirements. Moreover, the entire prior authorization process is constantly monitored to ensure compliance with all NCQA utilization management standards.

## Utilization Review Accreditation Commission (URAC) Accreditation

We distinguish our company as a leader in quality assurance through our participation in URAC's health care accreditation programs. The following recognition from URAC underscores our commitment to quality and accountability:

- We were **one of the first PBMs** in the nation to earn URAC's Pharmacy Benefit Management and Drug Therapy Management Accreditation in 2007.
- We were **one of four PBMs** in the nation to receive accreditation from URAC for both Mail Service and Specialty Pharmacy in October 2008.
- We received two consecutive silver awards in 2008 and 2009 at URAC's Best Practices in Consumer Empowerment and Protection Awards competition: one for our Geriatric RxMonitor Program (2008) and one for our Drug Interaction Alert Program (2009)

**15.2   Are any of your disease management programs funded by drug manufacturers?**

No.  We contract with pharmaceutical manufacturers for rebate purposes only.

**15.3   Please confirm if your organization maintains the disease management programs internally or if you outsource to a third-party entity. Please list out all organizations you partner with in the offering of your disease management programs/services.**

We develop and administer all of our disease management programs internally.

**15.4   If specific disease management program materials will not be provided, please give a description of the program flow, materials and elements.**

Please refer to **Section IV, Exhibit 11**, for samples of our disease management program materials.

CONFIDENTIAL

**15.5    How long does it take to implement a disease management program?**

The time required to implement a disease management program depends on multiple factors, including:

- Analyzing the plan sponsor's goals and objectives
- Designing the program
- Developing member and provider materials
- Licensing questionnaires other measurement tools
- Database development
- Quality assurance testing, staffing, and training

Based on the foregoing and past experience, we typically would require six months develop and implement a new disease management program.

**15.6    What will you require from GEHA (medical claims, medical benefits, member consent etc) to identify and stratify members for your programs?  How will you protect the privacy of the member under HIPAA?**

For our Targeted Disease Interventions (TDI) and Medication Therapy Management programs member consent is not required, as our program functions under an "opt-out" model.  We will review the available medical and pharmacy claims data to determine eligibility. We request GEHA's assistance in obtaining medical claims data; however, in the absence of medial claims, we can use a drug proxy tool to verify patient diagnoses.

We ensure protection of member privacy by adhering to HIPAA rules regarding transmission of member data via electronic and physical media. We use 128-bit encryption technology for information exchanged via the Internet. We also follow HIPAA rules for physical security of member data and adhere to "minimum necessary" access to member data. Only those employees who rely on patient data to perform their job duties will have access to patient medical and pharmacy claims data and personal information. We also ensure that all staff members are fully trained on HIPAA guidelines and regulations.

In addition, we distribute our Notice of Privacy Practices to customers of our mail service pharmacy when the participant places an order through our mail service pharmacy. We will also provide a copy of our notice to any client or plan participant who requests a copy. This notice is also available to the public on our Web site at www.prescriptionsolutions.com. We use a HIPAA-compliant consent form to obtain patient consent for release of PHI when it is used for reasons other than treatment, payment, and certain health care operations.

**15.7    Describe your capabilities in working with a client's current disease management vendor to ensure members aren't contacted repeated times and efficiencies are maintained.**

Since our company's inception, we have been serving the diverse and unique needs of various plan sponsors. We maintain solid processes for supporting full integration of capabilities among

CONFIDENTIAL

companies, and we actively seek opportunities to integrate our innovative PBM services with our clients' comprehensive program needs, such as medical coordination, disease management, care management, and behavioral health integration.

Additionally, our clinical teams have extensive experience in working with external disease and case management programs and vendors to coordinate complete member care. We can successfully manage the exchange and integration of medical and pharmacy claims data to facilitate enhanced clinical analyses and predictive modeling activities. We can also work directly with our clients' existing vendors and programs to integrate our disease management activities and interventions to provide seamless service to members.

**15.8    Describe how the formulary is designed to support your disease management programs to ensure that the preferred drugs in the therapeutic categories are consistent with recommended treatment guidelines.  What impact will an implemented disease management program have on formulary and prescription drug savings?  How do you quantify this with GEHA's medical management programs?**

We have many years of formulary development expertise and an expert, in-depth Clinical department. This experience and expertise inform and enhance our drug consideration decision-making processes.

Our Clinical department evaluates drugs and drug classes and creates comprehensive drug monograph reviews and drug specific guidelines for new drugs and drug classes that are being considered for inclusion on the formulary. Our clinical pharmacists use a rigorous evidence-based approach that draws from current medical literature, input from specialists and thought leaders, national treatment guidelines, manufacturer's information, and Food and Drug Administration (FDA) information.  Our National Pharmacy & Therapeutics (NP&T) Committee, an advisory body that reviews our formulary and makes product additions and deletions on a quarterly basis, makes final decisions as to which drugs are added to or deleted from our formulary based on safety criteria and how well the medications work.

We will work closely with GEHA to provide the necessary information and tools to help GEHA and their members achieve their disease management goals.  We offer a number of disease-specific programs which include guideline-based, therapy-optimizing provider interventions and education programs to increase member knowledge of key topics related to specific conditions. We also have extensive experience in developing, maintaining, implementing, and evaluating disease-specific interventions and disease therapy management (DTM) programs.  These programs share the common goal of providing the most efficacious therapy and compliments/supports by utilizing the data obtained during the rigorous formulary development process.  The formulary development process provides the basic skeleton for the development of the DM programs by outlining current treatment goals, treatment guidelines, monitoring parameters, and educational materials.

Our Disease Management Programs are not designed to steer patients to use a plan's preferred agents, and we are not able to quantify prescription drug savings with GEHA's medical management programs.  However, if the patient experiences financial hardships or is intolerant to a non-preferred agent, the prescriber will be contacted for an equally efficacious alternative that may cost less. The patient also receives education on treatment options and the benefits of using lower-tiered drugs, generics and formulary agents when appropriate.

CONFIDENTIAL

OPTUMRX_MDL_007530104

**15.9    Describe how you measure cost savings for each program.  How do you ensure that savings are not duplicated in other clinical cost savings programs?**

Our clinical programs consistently demonstrate proven success in improving member health outcomes, maximizing plan benefits, and lowering total costs. To measure ROI for clients, we take the following steps:

- Prior to large-scale implementation of drug related interventions, we randomly assign a subset of the targeted patient population into intervention and control arms.
- We conduct pre- and post-intervention measurements and comparisons using database extractions.
- We determine an economic ROI by comparing intervention costs, such as implementation and incremental drug charges, with intervention versus control group differences in costs and/or clinical outcomes.

The following variables are also analyzed to assess program savings and other outcomes:

- Health and quality of life outcomes
- Prescription and diagnosis-specific claims
- Patient and physician satisfaction
- Total medical claims

To assess program impact, we take into account pharmacy costs, medical costs (if applicable), as well as administration costs to implement the programs, when appropriate. In addition, we take into consideration other clinical programs that may potentially influence the program savings and make the necessary adjustments to avoid duplication of savings.

**15.10   Describe actual results or estimate expected results of your programs to include: impact on prescription and total healthcare costs; impact on direct costs, impact on clinical and lifestyle outcomes.**

We offer comprehensive analytical, research and outcomes measurement support services to our clients. Through the activities of our Health Outcomes Research team, we use our managed care expertise and sophisticated clinical research capabilities to provide high quality, actionable information to our clients. Our health outcomes activities reflect our investment in technological and clinical innovation and our commitment to ongoing excellence in customer service and clinical quality.

Health outcomes research is a novel method for both evaluating the benefit that prescription drugs bring to total health outcomes and determining the short- and long-term impact of pharmaceutical interventions. We are a unique pharmacy and medical management company that repeatedly conducts outcomes studies for nearly every product and service offered to our clients. We always address the need to control drug and medical costs.

The account management team assigned to GEHA will work with the plan to identify opportunities for using our research and outcomes measurement capabilities. This team will ensure access to our research unit and provide ongoing reports and updates on progress of selected analytics activities. We will work with GEHA to determine appropriate timelines for

CONFIDENTIAL

OPTUMRX_MDL_007530105

communicating and reporting on our activities on a per program or activity basis. Frequency of measurement and reporting will be determined by the type of activity implemented.

Below we describe in detail the structure and approach for our research activities, the techniques employed by our research team, how we apply research activities for our clients, and some case examples of the positive impact of our analytical and research efforts.

## Structure and Approach

We maintain a fully staffed Health Outcomes Research unit that is solely dedicated to studying drug utilization, producing health outcomes studies, and facilitating evidence-based decisions. This unit includes highly skilled academicians and clinicians, including outcomes researchers, pharmacists, biostatisticians, statisticians, and health data analysts.

Key positions in this unit include a director of clinical analytics, manager of outcomes research, clinical biostatistician, and business analyst.

The business analysts on our team have extensive experience in database development and statistical analyses.  hey are also proficient in several applications including Microsoft Access and Excel. Our statisticians (health data analysts) hold doctoral and master's degrees in statistics, public health, and epidemiology. In addition, they have extensive analytic experience in health outcomes research, involving pharmacoeconomic retrospective database analysis, statistical modeling, and clinical program analysis. The analysts are proficient in several statistical and data analytic software packages including SAS version 9.1, SAS Enterprise Miner, Epilog, Microsoft Excel and Access.

 Our Health Outcomes Research team collects both past medical and pharmacy claims data, including member compliance, to evaluate patterns that measure the total effect on health outcomes. Data evaluation focuses on three components:

- **Clinical Outcomes.** These outcomes measure specific clinical markers, such as blood pressure, cholesterol or blood sugar.
- **Economic Outcomes.** These outcomes measure both direct costs such as physician visits, hospitalizations and emergency room visits, and indirect costs such as decreased productivity and absenteeism.
- **Humanistic Outcomes.** These outcomes evaluate issues like quality of life, the level of physical function a member has or the perceived satisfaction of the care delivered.

Evaluation of these outcomes components is used throughout the clinical program development cycle to provide the following:

- A baseline measurement
- A post intervention measurement
- A complete post intervention analysis

Based upon this analysis, Prescription Solutions provides program recommendations to clients. Our clinical programs, including targeted disease interventions and retrospective drug utilization review (DUR) are developed after carefully analyzing current pharmacy and medical use patterns. We measure outcomes of each implemented program to assess the impact of the

CONFIDENTIAL                    OPTUMRX_MDL_007530106

intervention and determine the need for program enhancements as appropriate. Our pharmaceutical and medical experts measure the impact on total health outcomes by improving the use of recommended medications and associated costs to determine how best to improve patient care.

## Research and Analytical Techniques

The Health Outcomes Research team is dedicated to conducting both primary and secondary research and employing various analytical techniques, which include the following:

- Retrospective claims analysis to assess pharmacy and medical utilization patterns and determine actual outcomes (economic, clinical, and humanistic) achieved in relation to the costs involved.

- Predictive Modeling, which is an analytical technique that applies rules based clinical logic to several sources of data, such as pharmacy, medical, laboratory and health risk assessment data. This technique helps assess future clinical and economic outcomes. Once future health care costs or future medical outcomes for a specific population are predicted, Predictive Modeling can be applied to several areas of benefit plan management such as preventive care, identification and management of high risk members, underwriting renewal, capitation or budgeting. Primarily, this tool directs intensive pharmacy based intervention programs to reduce the risk for high cost variations in the medical and pharmacy setting. The module uses statistical regression to correlate member's historical claims data (pharmacy and medical) with future PMPM estimates in total health utilization.

- Epidemiology and economic/clinical burden of specific diseases studies.

- Analyzing the potential impact of TDIs and UM programs on pharmacy and medical costs.

- Studying the potential impact of pharmaceuticals on total health care costs (pharmacy and medical).

- Studying the potential impact of pharmaceuticals on the pharmacy budget.

- Patient survey distribution and collection to gain understanding of member perceptions and preferences related to health, such as quality of life, productivity at work, and satisfaction with care.

- Provider survey distribution and collection to gain an understanding of perceptions and thought processes, with respect to delivery of health care, such as formulary concerns – why providers prescribe in certain patterns and what are the best ways to modify prescribing behavior.

- Decision analysis to evaluate when a member has a specific health condition and the physician has several viable therapeutic options available. When incorporating probabilities, costs, and outcomes in a decision tree, we can calculate the expected value for each decision. The decision maker can then choose the therapeutic option that renders the most favorable expected outcome.

CONFIDENTIAL                                                OPTUMRX_MDL_007530107

Please refer to **Section IV, Exhibit 42**, for a flowchart depicting our predictive modeling process.

In addition, the Health Outcomes team is dedicated to collaborating with our Clinical Services and Client Management teams to provide support in the following areas:

- **Formulary Management.** Development of drug monographs for the NP&T Committee, clients, and pharmaceutical manufacturers.
- **Pipeline Forecast Program.** A survey of major drugs in the pipeline – soon to be available on our Web site, www.prescriptionsolutions.com.
- **Pharmacy Trends.** Provides support to clients in identifying pharmacy trends based on utilization patterns.
- **Food and Drug Administration Drug Status Updates.** Provides quarterly updates including new indications, warnings, and labeling changes.

## Application of Research Activities

Each client is unique and has specific requirements and expectations for core, as well as supplemental clinical programs. Therefore, we recommend that custom programs be developed collaboratively with each client. We can conduct an in-depth analysis based on client specifications, which ensures that actionable criteria are identified. This allows for a targeted approach that balances quality of care and cost containment. Following is an outline of the vast scope of services our Health Outcomes Research team offers:

- Measuring outcomes in regard to compliance, switching, dosage, concurrent therapy, cost per treated case, drug and medical cost
- Cost effectiveness, cost minimization, cost consequence, and cost benefit analyses
- Assessing relationships between pharmacy utilization patterns and total health care costs
- Validating that a drug demonstrates better value than existing formulary selections and should be considered for inclusion on the formulary
- Conducting multi-attribute utility theory to evaluate several factors that allow for weighting

During the implementation process, we determine applicable custom requirements for core and supplemental programs that will benefit each unique client.

## Impact of Research Efforts

Our health outcomes research activities allow us to extend beyond traditional pharmacy benefit management to true medical management. Through these activities, we are also able to perfect the balance between drug cost and quality of care and clients can better manage health care costs through pre-emptive intervention efforts. Beyond calculating and verifying ROI for our clinical programs, our research efforts help clients achieve improved total health outcomes, higher overall satisfaction, and improved quality of life for members.

CONFIDENTIAL

OPTUMRX_MDL_007530108

Following are some specific examples of past research activities and modeling efforts. These projects have yielded both cost savings and improved clinical outcomes for our clients by assisting in the identification of populations at risk and the development of tailored programs aimed at improving both member and provider habits.

- Global cost modeling for a health plan client's actuarial department, which assisted the plan in improving benefit pricing strategies by predicting economic risk scores for future resource utilization (pharmacy and medical)
- Predictive modeling for:
  - **Gastrointestinal (GI) bleed**, which led to development of a scoring tool that predicts individual risk of GI bleed associated with non-steroidal anti-inflammatory drug (NSAID); this scoring tool has been incorporated into our prior authorization process for determining approval of drugs within the COX-II inhibitor class
  - **Congestive heart failure (CHF)** to identify patients diagnosed with CHF and determine risk for future hospitalizations
  - **Medication compliance,** which includes prediction of risk for future medication non-compliance among patients treated with anti-hypertensives and HMG-CoA reductase inhibitors (statins)
  - **Diabetes-related complications** in patients treated with anti-diabetic medications within a managed care organization
  - **Cardiac events** among patients with cardiovascular disease and treatment for hyperlipidemia within a managed care organization

## Impact on GEHA Outcomes

Based on a detailed consultative analysis of GEHA's pharmacy claims data, we recommend implementation of a number of clinical initiatives that could result in up to ▮▮▮▮▮▮ in annual savings for GEHA as well as potential improvements in health outcomes for all of GEHA's members.

Please refer to **Section IV, Exhibit 33**, for our Projected Savings and Clinical Program Recommendations. This document details potential savings guarantees by clinical initiative as well as anticipated clinical and lifestyle outcomes.

CONFIDENTIAL                    OPTUMRX_MDL_007530109

# 16. Prior Authorization

**16.1 What are the objectives of your prior authorization program? Is prior authorization used to enhance compliance with preferred medications? What are the fees associated with your prior authorization program?**

We use prior authorization as an effective tool to manage the use of pharmaceuticals by promoting the most appropriate therapy. Prior authorization is an integral part of the overall clinical and cost management of prescription drugs. Pharmacy technicians and clinical pharmacists use a set of detailed prescribing guidelines to address prescribed medications that are not part of the current formulary. Drugs requiring prior authorization must meet specific criteria before being dispensed. These criteria help to encourage the use of a lower-cost alternative drug when it meets the same clinical need as a higher priced drug, as well as improve the quality of care for the member by providing the most therapeutically effective and safe treatment to the member.

Prior authorization is just one of the strategies we use to manage formulary compliance. Over the past 20 years, we have amassed a vast library of effective clinical management and cost containment programs that consistently help clients reduce costs and uphold patient quality of care and access to medically necessary therapies. We continually draw upon this library of program resources to control drug trend and promote appropriate utilization. We also work with all of our clients on an ongoing basis to develop customized programs and solutions that fit each unique client need and membership.

Clinical prior authorization incurs a charge of ▮▮▮▮▮▮▮▮▮▮▮▮▮ specialty pharmacy prior authorization incurs a charge of ▮▮▮▮▮▮▮▮▮ Our proposal to GEHA will include grandfathering all existing prior authorization guidelines to minimize possible disruption to members in their to Prescription Solutions.

**16.2 Provide the complete list of drugs that you typically recommend for prior authorization. Explain potential for misuse of each drug and rationale for prior authorization.**

Please refer to **Section IV, Exhibit 43**, for our recommended prior authorization guidelines, which includes the potential for misuse of each drug and rationale for prior authorization.

**16.3 How often do you add a new drug to the prior authorization program?**

Typically, new drugs are added to our prior authorization program as often as quarterly, depending upon recommendations made by our National Pharmacy & Therapeutics (NP&T) Committee.

**16.4 How do you implement it with your clients (e.g., communications plan, new prescriptions, grandfathering, etc.)? What is the timeline?**

During the pre-implementation phase, your client management team (and members of other functional areas) meets with the client in person to review the process that will take place

CONFIDENTIAL                                    OPTUMRX_MDL_007530110

during the 12 months prior to the transition date. During this meeting, the client management team and the client review the implementation process and applicable documentation to assess the details necessary to successfully implement the plan, including the prior authorization program. We use a Prior Authorization Survey, which is designed to review and assess:

- The client's current policies and procedures
- Grandfathering, if applicable
- State and federal regulations
- Member and physician communication requirements

The program implemented will be completely outlined by the client management team and GEHA based on program requirements and existing processes.

**16.5    Provide a flow chart illustrating how your program works.**

The following chart illustrates our standard prior authorization process.



CONFIDENTIAL                                                OPTUMRX_MDL_007530111

**16.6   Will your company provide customer services support for the administration of the prior authorization process for GEHA?  Indicate the level of technical and clinical support that your company will provide and any additional costs associated with the administration of this program, including hours of support (i.e., 24 hours/day).**

Yes. Our 24-hour customer service call center offers both technical and clinical prior authorization support through our Prior Authorization Help Desk.  The Prior Authorization Help desk is staffed around the clock with specially trained customer service advocates (CSAs) who respond to pharmacy and physician/prescriber calls regarding prior authorization requests and status. For added convenience, we provide alternative toll-free phone numbers that allow retail pharmacies and prescribers to bypass the general customer service function and call directly into the help desk.

We provide this exceptional level of customer service without additional charge.

**16.7   Will your company provide clinical expertise and support for the medical necessity reviews and appeals of non-formulary prescribed medications and prior authorization denials?  Are there any additional costs?  Please provide a copy of your appeals process.**

Yes. As a PBM, we do not determine what is medically necessary, but we do develop and provide coverage criteria regarding the appropriateness of a medication in support of medical necessity reviews.

Clients typically define experimental and investigational treatments as treatments that pertain to lifestyle choices and beautification enhancements.  The following list contains drugs that are widely considered lifestyle drugs and are typically not covered by many of our clients' plans:

|   |   |   |
|---|---|---|
| • Viagra | • Depo-testosterone | • Minoxidil |
| • Retin-A | • Vaniqa | • Avage |
| • Renova | • Xenical | • Zyban |
| • Botox | • Rogaine | • Propecia |

We also have substantial files on off-label uses for medications and can review off-label requests.  Each client's policies determine the experimental designation.  In most cases, two literature or compendia references are required to substantiate off-label medication requests.

We can maintain a flag in the system that indicates health plan approval is required prior to processing oral or specialty pharmacy products .  We will give GEHA access to our Internet Direct Access system as means of viewing all claims transactions online in real time as well as entering overrides and case reviews.

CONFIDENTIAL                                                OPTUMRX_MDL_007530112

Clinical prior authorization incurs a charge of ██████████████ specialty pharmacy prior authorization incurs a charge of ████████ Costs for appeals are assessed by the number of pages:



We contract with IMEDECS for the administration and determination of member appeals of claims denials. IMEDECS holds national accreditation from URAC and is a founding member of the National Association of Independent Review Organizations.

Clients who opt to use our IRO partner for appeals management do not need to establish or maintain a separate vendor contract. We manage the contract with the IRO and coordinate exchange of all information used to support appeals cases.

Based on ERISA regulations, after receiving a claim denial members have 180 days to file an appeal. Appeal requests may specify a standard review period of 15 days or an expedited review period of 72 hours. The IRO provides service for first, second and third level member appeals.

Note to PDA: If your RFP does not support the graphic below, use alternate language in the notes section.

The following flowchart depicts the IRO appeal process steps.

### Independent Review Organization (IRO) Appeal Process



CONFIDENTIAL                    OPTUMRX_MDL_007530113

Please refer to **Section IV, Exhibit 40**, for our commercial appeals process.

**16.8** **How much flexibility do clients have with respect to selection and development of the prior authorization list, including specific coverage and exclusion criteria?  What are the financial performance consequences of a flexible program?**

Clients have extensive flexibility to define prior authorization guidelines. However, a flexible prior authorization program will likely result in some financial consequences, namely reduction in rebate revenue. Optimal rebate performance is dependent on use of the Prescription Solutions core formulary as well as the prior authorization guidelines recommended by our National Pharmacy & Therapeutics (NP&T) Committee.

We will work closely with GEHA during the implementation process to determine which prior authorization guidelines best meet its financial objectives as well as the needs of its members.

CONFIDENTIAL        OPTUMRX_MDL_007530114

# 17.    Pharmacy Network Administration

**17.1    GEHA requires regular review of provider (pharmacy and physician) cost and utilization statistics to compare average drug costs by region and monitor GEHA's drug costs containment initiatives. Please confirm your organization will provide these services.**

Confirmed. Below we describe our processes for monitoring pharmacy and prescriber utilization patterns in comprehensive detail and include a list of programs to provide further impact and positively affect change.

Ideally, we will work with GEHA monthly to review these reports and make recommendations that will provide an overall benefit to the various plans.

## Pharmacy Profiling

We continually track, evaluate, and report on network pharmacy performance and dispensing practices for our clients.  Pharmacy providers are profiled across multiple performance categories, including:

- Utilization
- Total transactions processed
- Generic substitution performance
- Summary of errors
- Formulary compliance
- Overall provider performance

Our pharmacy performance and profiling reports are tools that can be used to analyze the performance of our pharmacy network and the overall plan effectiveness of individual pharmacies.  In addition, we have created several unique reports to provide additional profiling capabilities.  These reports enable further analysis of top therapeutic classes dispensed, and top drugs by ingredient cost prescribed.  Depending on client needs, we can provide our standard reports biweekly, monthly, or quarterly.

We can provide comprehensive reporting on all network pharmacies.  If pharmacies are atypical, further investigation is completed to determine the cause.  What action is taken depends on what caused the occurrence.  This action could be educational or corrective.

Our Real-Time Audit system perform statistical calculations that determine which pharmacies are billing outside the norm; which members are using multiple pharmacies or physicians, or how often physicians are prescribing various medications for their patients.  The pharmacy, member, or prescriber can run these reports.  However, our main focus for these reports is the pharmacies.

We monitor pharmacy claims submission on several different levels, including real-time, historical claims data and pharmacy report cards, which often prevent fraud from occurring.  However, if we receive notice from any applicable state or federal agency indicating they have

CONFIDENTIAL                                                              OPTUMRX_MDL_007530115

ordered a cease and desist order for a particular pharmacy, immediate action is taken to block that pharmacy from processing further claims.

If fraudulent activity reports are generated internally or are received from an outside source, an audit is conducted to ensure the accuracy of the report and prove pharmacy compliance.  After it is determined a provider is not in compliance with their contract, they are terminated from the network. In addition, any fraud suspected by a pharmacy will be reported to the proper authorities.  If this is the case the pharmacy will be removed from the network and all monies recovered are returned to the client.

There is no additional charge for our pharmacy monitoring and performance reporting services.

## Physician Profiling

We routinely monitor physician prescribing to identify inappropriate patterns that warrant intervention, and we have programs in place to improve physician compliance.

Prescription Solutions has profiled prescribers since 1993.  Our standard reporting package includes many reports that monitor individual physician prescribing patterns, such as the Sample Prescriber Detail Reports and Sample Top N Prescriber Reports from the Online Reporting Tool.  Physicians can be profiled by any number of variables, including the number of prescriptions written, percentage formulary drugs prescribed, percentage of generics prescribed, amount paid and ingredient cost of prescription, Dispense As Written (DAW) codes, drug types or class, and many more.   GEHA can also create its own ad hoc reports using the Online Reporting Tool to profile individual physicians.  Physicians can be profiled by number of prescriptions written, percentage formulary drugs prescribed, percentage of generics prescribed, amount paid and ingredient cost of prescription.

### *Monitoring Physician Prescribing Patterns*

As mentioned above, we monitor physician prescribing patterns, and clients can also review and make decisions regarding physician prescribing activities through our standard reporting package and our Online Reporting Tool. The client management team assigned to GEHA is responsible for responding to GEHA's requirements in this area, communicating trends, and making recommendations for targeted programs that are aimed an influencing physician habits.

Our physician-focused reports can profile providers according to the following parameters:

- Number of prescriptions written
- Percentage of formulary drugs prescribed
- Percentage of generics prescribed
- Amount paid
- Ingredient cost of prescription

CONFIDENTIAL                                                        OPTUMRX_MDL_007530116

## Programs to Positively Influence Prescribing Patterns

We have developed several programs and strategies for addressing negative or adverse physician prescribing patterns. These activities include, but are not limited to:

- Formulary education
- General education
- Targeted communications and interventions
- Over-the-Counter Medication Program

## Formulary Education

Our standard formulary serves as a guide to support the cost-effective selection and use of medications. We promote formulary compliance and generic utilization by including most generics and effective brand drugs on formulary and placing less effective brand drugs in non-preferred or non-formulary positions (unless the brand counterpart offers clinical safety and efficacy advantages).

We can further drive use of generics and formulary products through benefit design. For example, generic substitution techniques can mandate or provide financial incentives for use of generics. We apply these techniques via concurrent drug utilization review (DUR) edits that can:

- Alert pharmacists when a patient presents a prescription for a brand drug with a formulary generic alternative
- Reject all or a subset of claims for multi-source brand products
- Increase a patient's copayment by adding the price difference between the brand and generic product (we can dynamically bypass this edit, depending on generic availability or whether the brand is selected by the prescriber, patient or pharmacist)

## General Education

We regularly distribute our formulary listings to physicians to reinforce formulary awareness and compliance. Listings are provided in various forms, including:

- Comprehensive handbooks, which include prescribing and treatment guidelines
- Wall charts
- Faxed listings
- "Pocket" formularies

We also periodically send general informational pieces that highlight the safety and efficacy of generic products. In addition, our company Web site features a formulary lookup tool, FAQ pages, and other general information that emphasizes the importance and benefits of generic drugs.

CONFIDENTIAL

OPTUMRX_MDL_007530117

### Targeted Communications and Interventions

Targeted communications and interventions help us achieve a more direct influence on prescribing patterns.

These efforts include provider letters, faxes and reports that identify patients on brand drugs and encourage conversion to an appropriate generic alternative. To identify the appropriate provider and patient populations for these communications, we rely on claims data analyses, therapeutic class and drug reviews, and pipeline forecasting.

### Over-the-Counter (OTC) Medication Program

This program focuses on member and physician education to promote increased awareness of Over-the-Counter (OTC) products and their appropriate use. The OTC program empowers members to become actively involved in taking charge of their own health care by providing them with access to self-care resources.

Through this program, we distribute free trials of OTC products to members via their physician. Along with the trial products, we include discount coupons and educational materials for the treatment of common conditions, including non-inflammatory osteoarthritis, acute pain or injury, allergies, cough and cold, and heartburn.

### Cost Effectiveness and ROI

Our strategies for influencing prescriber patterns and promoting formulary compliance and use of generics consistently yield cost savings for our clients. Examples of client results include:

- Total ingredient cost savings of approximately $47,000 in one quarter following a generic substitution initiative within the topical corticosteroid class
- Estimated savings of $0.074 PMPM following implementation of the Over-the-counter Medication Program
- Average annual savings of $5.42 PMPM following implementation of proactive generic utilization programs (annualized savings depend on benefit plan design and the formulary selected.)

We generally provide feedback reports directly to physicians as part of our clinical program interventions. The frequency at which we deliver these program-related reports depends upon the programs chosen by GEHA. For example, some of our programs include a one-time report activity, while others may involve follow-up reporting and communications.

Beyond the reporting offered through our clinical programs, we can accommodate customized direct feedback reporting to physicians at any specified frequency. Namely, we can provide reports on a monthly, quarterly, semi-annual, annual, or ad hoc basis. Upon award of bid, we will discuss GEHA's objectives and requirements regarding this reporting service, as well as any associated costs.

We do not limit our physician profiling reports by applying standard thresholds or limitations. Instead, we will work with GEHA to determine its profiling requirements and specifications. Generally, however, if a client uses an open prescriber panel, we will recommend applying some parameters (e.g., outliers only) to narrow the focus of our reports. We can make

CONFIDENTIAL                                                            OPTUMRX_MDL_007530118

recommendations to GEHA on appropriate parameter guidelines that will yield meaningful and manageable reports.

Using our Online Reporting Tool, GEHA can apply its own limits to control the range of data and physician records in its profiling reports. For example, GEHA can apply query statements that will select report records based on date of claim, physician or prescriber specialty, drug or drug class (by NDC or GPI), medical group, and location.

We offer direct physician feedback reporting through our clinical programs. Depending on the program chosen by GEHA, we will communicate directly with its provider and prescriber community to highlight adverse prescribing patterns, note specific utilization issues at the patient level, suggest alternative therapies, and provide education on national guidelines and clinical studies. Our communications typically include personalized letters, informational materials, summary reports on prescribing patterns, and patient-specific reports. In our communications, we always provide contact information to allow physicians the opportunity to discuss any report- or drug-related concerns or issues with us.

Prescription Solutions does not accept funding from manufacturers for contracted standard, usual and customary pharmacy benefit management activities.

Please refer to **Section IV, Exhibit 44**, for sample prescriber and pharmacy profiling reports.

**17.2   How many total retail pharmacies are in your proposed pharmacy network?  Please break this figure out by chains vs. independents.  Are all major chains included in your proposed network?  If not, which chains are excluded from your proposed network offering?**

The following table depicts the number of pharmacies in our national and Medicare Part D retail pharmacy networks by total numbers as well as broken out by chains and independent pharmacies.

|  | Total Pharmacies | Chain Pharmacies | Independent Pharmacies |
|---|---|---|---|
| National Pharmacy Network | 61,539 | 39,322 | 22,217 |
| Medicare Part D Pharmacy Network | 61,299 | 38,801 | 22,498 |

Prescription Solutions has long-standing relationships with all major national pharmacy chains; no major pharmacies or chains are excluded.

**17.3   Please provide the number of pharmacies that are not currently in your proposed network offering?**

Further on in the proposal process, upon receipt of GEHA's census data, we will conduct a GeoAccess analysis and provide detailed information on our ability to meet the access needs of GEHA's membership.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530119

Additionally, with the provision of a pharmacy listing with associated NABP numbers, we can perform a full disruption analysis and include a listing of the pharmacies not currently contracted.

**17.4    Are all participating retail pharmacies (independent and chain) reimbursed the same amount?  If not, please indicate the various contractual arrangements, the number of pharmacies within each contractual arrangement, and the percent of claims processed at each reimbursement level.**

Our contracts are intended to reimburse all parties at the same rate.  All pharmacy contracts are confidential and cannot be disclosed.

Our contracted AWP discount rates do vary among pharmacies; however, we apply the same MAC list and MAC rates for all pharmacies in the network we are proposing to GEHA.

**17.5    Please confirm if your organization allows for a 90-day at retail program? If so, please provide pricing for this program.  Also, please outline any caveats associated with your 90-day at retail program offering (inclusion of certain pharmacies, strict 90-day supply, etc.)**

Confirmed. Prescription Solutions offers a 90-day at retail program in which 87 percent of our network pharmacies participate.

The following major chains participate in our 90-day at retail program:

- Walgreens
- CVS Pharmacies (including Revco)
- Wal-Mart Pharmacy
- Rite Aid
- Eckerd Drug Stores
- Target Stores
- Kroger Pharmacies, Inc.
- K-Mart

Extended days supply rates are available at participating pharmacies only.

Pricing for our 90-day at retail program is as follows:

- Brands: ███████████████████████
- Generics: ███████████████

Please refer to **Section II** for price summaries outlining the discounts we are offering for our 90-day at retail program.

CONFIDENTIAL                                        OPTUMRX_MDL_007530120

**17.6   Please confirm which AWP service your organization utilizes.  Do you ever utilize a different source as the basis of determining your brand pricing?  Are there times when your organization actually sets the price?  Do you utilize a single source or multiple source AWP pricing systems?**

Prescription Solutions uses Medi-Span's Drug Data Base file as its sole source for AWP.  We do not set the price ourselves.

**17.7   Is dispensing fee quoted an actual fee per claim for claims that have a dispensing fee included (non U&C), or is this an average figure reflecting the factoring in of U&C claims that do not include a dispensing fee?**

The dispensing fee quoted is an average figure.  The actual dispensing fees may be less than or greater than what is quoted, but a majority of claims will have the dispensing fee that was quoted.

**17.8   Please confirm that pharmacies must submit their usual and customary (U&C) retail price when processing claims on-line.  Please also confirm that you reimburse pharmacies the lesser of the pharmacy contracted rate, their U&C pricing, or actual cost submitted for all claims.  Do you have any spread pricing for either the drug costs or the dispensing fees in what is paid to the pharmacies versus what the clients pay for the drugs or dispensing fees?**

Confirmed.  Pharmacies must submit their U&C retail price when processing claims online.

Confirmed. We reimburse pharmacies the lesser of the pharmacy contracted rate, their U&C pricing, or the actual cost submitted for all claims.

For the traditional proposals, Prescription Solutions is spread pricing the drug costs and the dispensing fees.

**17.9   Please confirm your organization would offer claims adjudication logic to GEHA that stipulates that the member will pay the lower of calculated, submitted, U&C, or copayment?**

Confirmed.  Our pricing logic supports member charges equal to the lowest of applicable copayment, contracted rate (AWP price less discount or MAC price, plus dispensing fee), or the pharmacy's usual and customary price.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530121

**17.10  Does your proposed retail AWP brand discount rate take into its calculation the effect of U&C?  Are the savings and claims processed at U&C factored into or excluded from your proposed AWP discount rate and guarantees?  Please confirm whether or not your proposed AWP brand discount rate is a "hard" discount" – meaning that the member gets the lower of the actual AWP rate or U&C on every claim, versus a blended or aggregate-derived discount where the member may not always receive the contracted discount rate.**

We include U&C in both our pass-through and traditional bids.  The savings processed at U&C are factored into the AWP discounted rate, but this is estimated to be very minimal ▮▮▮▮▮ AWP).  The proposed AWP brand discounts are "hard discounts," where the member will receive the lower of the contracted rate or U&C on every claim.

**17.11  Please outline how your organization calculates "effective rate", if you utilize this terminology to describe the discounts provided by your proposal.**

We do not offer "effective rates".

**17.12  Please provide your book of business average AWP discount value for U&C claims.**

The average AWP discount value of U&C claims ranges from ▮▮▮▮▮ As a general rule, the higher the discount provided, the lower the effect of U&C on AWP discounts.

**17.13  Does GEHA have the option to select which DAW codes they would like applied to their program?**

Yes.  GEHA can choose the DAW codes to use in its program.

**17.14  What is your pharmacy reimbursement strategy for zero balance claims (claims where the member's co-payment is more than the usual and customary and/or contracted price of the medication or the claim is under deductible)?  Please confirm that your organization will offer full "lower of" all factors in your pricing, including copay/coinsurance, U&C, contracted rate, MAC, etc.**

Confirmed.  Our pricing logic supports pharmacy reimbursement equal to the lowest of applicable copayment, contracted rate (AWP price less discount or MAC price, plus dispensing fee), or the pharmacy's usual and customary price.

**17.15  Please confirm your ability to guarantee that no more than 5% of Participating Pharmacies will terminate within any calendar year, and what performance standards/guarantees could be put into this deliverable.**

Prescription Solutions has not had occasion to terminate more than 5 percent of our pharmacy network at any given time in the past.  We closely monitor our pharmacy network providers, and if an incident occurs that warrants termination, we will terminate the provider.  If this is one of our larger providers, this may exceed 5 percent of the pharmacies in our network.  We will, however, meet and guarantee CMS standards for member access to pharmacies.

CONFIDENTIAL                                                        OPTUMRX_MDL_007530122

**17.16  Please provide a breakout in table format that outlines the various benefit design options that your organization, or the organizational program you are endorsing, can support.**

Prescription Solutions is fully flexible and can accommodate the many variations of benefit design options, including minimum/maximums, copay differences, tiering structures and COB requirements. We do not anticipate any challenges supporting the many benefit design options for GEHA's plans.

**17.17  Please complete the following table, confirming your ability to support/meet these deliverables:**

| Deliverable | In Place | In Development |
|---|---|---|
| Retail/Mail Network | X | |
| Offering of Negotiated Discounts | X | |
| Formulary Management (All aspects) | X | |
| P&T Committee (All Aspects) | X | |
| Rebates (Mgmt. & Disbursement) | X | |
| Drug Utilization Programs | X | |
| Quality Assurance Measures | X | |
| Disease Mgmt. Programs. | X | |
| Fraud/Waste/Abuse Programs | X | |
| e-Prescribing | X | |
| COB Procedures/User Fees | X | |

**17.18  Do you plan to offer a single or multiple pharmacy network strategy?  Please outline any differences that will occur between these network options.**

At this time, we plan to offer a single pharmacy network strategy.

Recently, we demonstrated the strength of our network pharmacy relationships by renegotiating our contracts on a national scale. This effort has resulted in more competitive rates and significantly enhanced discounts for our clients-all while maintaining broad national access options for our clients' members.

We maintain strong partnerships with our network pharmacies and foster a collaborative approach to network management to actively address industry trends, meet federal and state regulations, and negotiate optimal pricing arrangements for our clients. Our senior vice president of industry relations and senior vice president of professional practice and pharmacy policy are both active within the pharmacy community and work to continually monitor industry changes, gather pharmacy feedback, and support improved pharmacy relations. These leaders, along with their teams, proactively communicate with other leaders in our organization and our clients to forecast trends and make recommendations on network adjustments that may yield improved cost savings.

CONFIDENTIAL

Upon receipt of member census data that includes NABP numbers, we will perform an analysis to determine if GEHA would benefit from a narrower network. We have a strategic partner relationship in place which could supplement AWP savings by ▮▮▮▮ this offering would be contingent upon access requirements.

**17.19  Do you have the ability to run a geographical analysis of pharmacies in relationship to GEHA members?  Will you offer a guarantee related to pharmacy coverage for remote membership?**

Yes, we do have the ability to run a GeoAccess accessibility analysis of our retail pharmacy network in relationship to GEHA members.  We are willing to offer an access-related guarantee, which we will discuss in greater detail once we have received and analyzed GEHA's census data.

**17.20  Will your offering allow the beneficiary the ability to compare prescription prices prior to purchase?  Do you provide services in which a lower-cost alternative is suggested to members?**

Yes. Our Web site, www.prescriptionsolutions.com, features DestinationRx, a cost estimator and pricing tool that allows members to compare brand and generic drug pricing as well as retail and mail service pricing. We also recently implemented a more dynamic formulary search tool, which offers drug alternatives for common non-formulary medications.

**17.21  In your offering what occurs if a beneficiary needs to go out of the pharmacy network to receive a medication through a non-network pharmacy, physician's office or other outpatient setting?  Describe the means by which a beneficiary would obtain reimbursement for these types of OON claims.**

Non-network pharmacy claims are processed using the same adjudication process as all other electronically submitted claims.  However, claims from non-network pharmacies will normally reject because of the nonparticipating status of the submitting non-network pharmacy.  At this point, a member whose prescription is rejected at a nonparticipating pharmacy has two alternatives:

- The pharmacy can call our Pharmacy Help Desk and ask for a one-time override.  If the benefit and plan design allow for claims from non-network pharmacies, the Help Desk can override the rejection.  This usually happens when the member is traveling or receiving services from a hospital-based pharmacy.
- The second option is for the member to pay cash for the prescription and submit a paper claim for reimbursement.  The process for this second option is the same as any DMR.

The DMR claim process is as follows:

- Member pays the pharmacy the full amount of the claim
- Member fills out a claim form
- Member sends the prescription receipt and claim form to the Prescription Solutions DMR department, or to GEHA for entry using Internet Direct Access

CONFIDENTIAL                                                          OPTUMRX_MDL_007530124

- The claim is manually entered into the system, adjudicated using the standard online edit and verification process, and the data is captured as part of the member's claim history

- The EOB, along with reimbursement (if any) is sent within 30 calendar days of receipt of the claim

The initial claim can be sent to either GEHA or to our DMR department. The preferred method is for GEHA to enter claims directly onto the claims platform through the Internet Direct Access system that is installed at your site. If claims are sent to our DMR department, a claims examiner will input the data onto the system.

Reimbursement checks are batch processed four times a month.

### 17.22 Please outline how you intend to handle/manage formulary management with respect to payments of rebates to GEHA.

The client management team continuously monitors formulary compliance and proactively works with our clients to resolve issues before they negatively impact potential rebate performance. We perform formulary verification before each rebate billing cycle and regularly model performance. The rebate guarantee proposed to GEHA is based upon implementation and utilization of the Prescription Solutions formulary.

### 17.23 Please outline and quantify any PBM fees charged to the pharmacy on a per transaction basis.  Please identify the per transaction fee charged to these participating pharmacies.

There is a claims processor charge that ranges from ███████████ per paid claim.

### 17.24 Please outline how your organization plans to address the potential restructuring of the AWP pricing methodology.  Is your proposal pricing built with any revisions already taken into account?

We continue to monitor developments related to the court judgment ordering the restructure of the AWP pricing methodology. We are currently evaluating alternative pricing strategies and have plans to validate any proposed changes with an external actuary prior to the AWP rollback, which is anticipated to take effect on September 26, 2009. Any pricing changes that we make as a result of the court judgment will be made with the goal of preserving the relative economics of Prescription Solutions and our clients.

Our current proposal pricing does not take into account revisions as a result of potential restructuring of the AWP pricing methodology.  However, we would work with GEHA to provide updated pricing scenarios upon confirmation of the need to make changes.

CONFIDENTIAL                                                                    OPTUMRX_MDL_007530125

# 18.   Network Auditing

*The successful PBM will be required to administer a complete, comprehensive audit program that will include both desk and on-site audits.  The PBM will be required to manage the audit and compliance programs for its own network(s).  This includes appropriate sanctions and recoveries.*

**18.1**   **Please describe the PBM audit program.  Include a description of how providers are selected for (desk and on-site) audits, how often audits occur, and how settlements are calculated.**

We administer a comprehensive pharmacy provider audit program that includes processes for monitoring contract compliance, financial integrity, and adherence to required DUR activities and programs. Below we provide a detailed overview of our program. This overview addresses frequency of audits and details how we report results and credit clients for recoveries identified through audit functions.

## Overview of Audit Program

We operate a pharmacy auditing and monitoring program that includes our advanced real-time audit methodology as well as traditional desktop, on-site, and in-depth audits. Audit activities include:

- Monitoring
- Auditing
- Conducting investigations
- Performing data mining and analysis
- Reporting pharmacy network fraud, waste and abuse to appropriate affected clients, regulatory/law enforcement authorities and Prescription Solutions' pharmacy network management

All of these activities are conducted on behalf of all Prescription Solutions' clients. We are committed to following-up on instances of potential fraud, waste and abuse. When appropriate, we report the fraudulent and potentially fraudulent cases to law enforcement and/or other regulatory authorities in accordance with federal and state requirements, or to the Plan Sponsor.

For our Medicare Part D program, the Centers for Medicare and Medicaid Services (CMS) contracts with several Medicare Integrity Contractors (MEDICs). The MEDICs are responsible for investigating and referring Part D fraud, waste, and abuse to the Department of Health and Human Services, Office of Inspector General. Prescription Solutions refers all fraud, waste, and abuse to the Plan Sponsor so the Plan Sponsor can refer the matter to the MEDIC and/or other appropriate regulatory authority.

CONFIDENTIAL                    OPTUMRX_MDL_007530126

## Real-Time Audit

Our real-time audit system offers a unique method for auditing pharmacy claims immediately and throughout post-adjudication, which helps us reduce the number of erroneous claims, detect patterns of fraud, waste, or abuse, and provides more accurate and higher quality claims administration services to our members. We apply our real-time audit process to 100 percent of submitted claims from every pharmacy in our network.

As part of this process, we subject all claims to a set of pre-defined filters and algorithms that screen for appropriate utilization patterns, cost information, and other criteria. Any claims that do not pass this screening are flagged for potential review. Our skilled audit team then investigates claims in real time and contacts the associated member, pharmacy or prescriber as necessary to verify the claim's accuracy. When inaccurate claims transactions have been identified, the claims are reversed and resubmitted with corrections by the pharmacist. In some instances, an auditor will reverse and reprocess the claim if the adjudication window is closed.

The benefits of differentiating retrospective analysis of claims from real-time prospective review are positive and substantial, including a significant increase in the amount of money recovered for our clients. An additional benefit is that a true sentinel effect is generated that reduces errors and inaccuracies because claims with potential issues are acted upon immediately. Pharmacists learn that a higher percentage of claims are reviewed by our real-time audit system and are therefore inclined to take a more proactive approach in reducing erroneous and potentially fraudulent claims.

In sum, auditing in real-time has the following advantages:

- A larger number of pharmacies are contacted per auditor in comparison to on-site or in-depth desktop audits
- A greater sentinel effect is achieved as more pharmacies are contacted
- Pharmacists are educated, which results in fewer errors, and also assists pharmacies with compliance to government regulations and health plan procedures
- Questionable claims patterns are more easily identified, which allows for more timely development of additional audit screening criteria
- The need for new edits is determined in a timely manner
- Pharmacy claims are often corrected online prior to payment

## Desktop Audits

Desktop audits are conducted consistently throughout each day. This enables us to investigate the integrity of individual claims that have been submitted by pharmacies and paid by us on behalf of our clients. Desktop audits include filtering and examination of aberrant claims flagged through our real-time audit process and in-depth analysis of other source documents requested from the pharmacy for review.

Our audit team manually reviews transactions to determine appropriateness and accuracy of claims. Auditors focus on several factors and criteria, including program parameter adherence, regulatory compliance, and data entry errors. If discrepancies are apparent under a real-time audit, an auditor calls the pharmacy to verify the claim transaction. If further validation is required, the auditor may request a copy of the prescription and/or contact the prescribing

CONFIDENTIAL                    OPTUMRX_MDL_007530127

physician to validate the authenticity and accuracy of the prescription. When we identify inaccurate claims transactions, we ask the pharmacist to reverse and resubmit the claim with the necessary corrections. In some instances, an auditor will reverse and reprocess the claim if the adjudication window is closed.

We conduct in-depth desktop reviews when a more expanded review is appropriate. These audits include comprehensive review of various source documents and proofs of delivery.

Desktop audits also incorporate analysis of audit reports, such as daily duplicate reports, drug reports, top quantity and top dollar reports, statistical calculation reports, compound reports, injectable reports, and quantity exceeding maximum dosage reports.

Detailed audit findings are submitted to the pharmacy under review for comment. Pharmacies are permitted 30 days to appeal the preliminary findings of an in-depth desktop audit. With the appeal, pharmacies may submit documentation to validate discrepancies as long as the documentation is within the rules and regulations established by the state's board of pharmacy through its applicable laws and regulations. When documentation is not submitted or acceptable, we request recovery of payment on any undocumented claims.

We also use a number of data mining tools and reports to detect fraud, waste and abuse. These reports compare utilization thresholds across data sets to reveal elements that are inconsistent, excessive, suspicious, or aberrant in nature. Continued drill-down may result in identification of issues such as potential drug diversion, prescriber or pharmacy fraud, or abuse of programs.

## On-site Audits

Pharmacies are audited on-site as deemed necessary, based on a number of factors such as contractual agreement, internal and external referrals or complaints, random selection, or escalations from in-depth desktop audits.

As a preliminary step, direct member mailings may be initiated where letters are sent to selected patrons of each subject pharmacy. This type of professional mailing explains that an audit is in process, and asks the member to review an enclosed printed list of selected prescription claims and to verify their receipt of the listed prescriptions. Mailings are sent with a postage paid envelope for the member's convenience.

A direct physician mailing may also be initiated prior to an on-site audit where letters are sent to selected physicians billed as the prescriber by a subject pharmacy. This type of professional mailing explains that an audit is in process, and asks the physician to confirm that they treated a given member, and that they had prescribed medications of selected prescription claims for that member.

During the on-site audit, we typically perform a facility review, pharmacy staff review, and review of other factors, such as:

- Accuracy of data submission
- Compound/specialty medications review
- Review for potential fraudulent activity
- Return to stock policy adherence

CONFIDENTIAL                                                        OPTUMRX_MDL_007530128

- Regulatory compliance
- Contract compliance
- Monitoring of foot traffic and inventory handling

While on-site, auditors may also review randomly selected subsets of paid pharmacy claims and/or a sample of "high impact" paid claims. These claims are compared to on-site records including:

- Hard-copy prescription files
- Computer printed daily transaction logs
- Purchase invoices where appropriate
- Third party signature logs.

Depending on the results of the on-site audit, return visits to the pharmacy and additional letters and/or interviews may be coordinated with members and alleged prescribing physicians in an effort to solidify a case of potential fraud, waste, or abuse against the pharmacy.

Pharmacies are permitted 30 days to appeal the preliminary findings of an on-site audit. The appeal may include documentation to validate discrepancies as long as the documentation is within the rules and regulations established by the state's board of pharmacy through its applicable laws and regulations. When documentation is not submitted or acceptable, we request recovery of payment on any undocumented claims.

We typically conduct on-site audits of less than one percent of our network pharmacies annually.

## Monitoring for DUR Compliance

We measure and report on pharmacy compliance with DUR edits through application of our real-time audit system, which facilitates instantaneous screening of all submitted claims based on pre-set algorithms and filters. Through this screening, our internal audit team is able to monitor for claims that do not follow programmed system edits. Aberrant or questionable claims are flagged for further review. If we determine a processing error, we work with the pharmacy directly to enable the claim to be reversed and re-billed as appropriate.

We routinely monitor our pharmacy network providers to identify noncompliance with client DUR edits, pricing parameters and drug coverage. We adhere to strict internal processes for communicating with these providers to correct errors and improve compliance. Providers who fail to meet contract stipulations and who are unwilling to implement procedures allowing compliance may be terminated from the network. Depending on the circumstances surrounding the termination, we will move members to pharmacies that are willing to participate in our network and comply with network contract provisions.

## Credits Related to Provider Audits

We identify, report and prorate audit recoveries to our clients through our claims system. When the system identifies an error, the discrepant claim is reversed and re-billed with the accurate information. This allows Prescription Solutions to maintain an accurate audit trail.

CONFIDENTIAL                                                  OPTUMRX_MDL_007530129

Typically, we credit 100 percent of the contracted rate of errors noted through our audit program back to clients through claim reversals and reprocessing when required, unless other arrangements have been made with the client.

Audit recovery charges are determined based upon the scope of the audit requested. We will negotiate costs with GEHA, dependent upon the type of audit requested, which can include either a direct cost arrangement or share in recoveries obtained.

## Escalation Oversight Committee

We maintain an Escalation Oversight Committee that is responsible for reviewing potential fraud, waste, and abuse identified in our contracted pharmacy network. This committee assesses all cases of fraud or abuse and determines one or more of the following courses of action:

- Termination of participation in network
- Suspension of payments or claims adjudication services
- Cease and desist notification of any non-compliant activity (whether fraud, waste, or abuse, or contractual non-compliance)
- Continued observation of questionable activity

We work in coordination with all law enforcement authorities in order to ensure that pharmacies are thoroughly investigated for prosecution when fraud is committed against Prescription Solutions or a represented client. Pharmacies suspected of fraud will be turned over to the proper authorities, such as the U.S. District Attorney's Office, the FBI, or the pharmacy's respective State Board of Pharmacy.

**18.2   Describe how the audit department is staffed.**

Audits are conducted by our 14-person internal audit team. In audits where professional judgment or clinical evaluation is required, we perform the audit in consultation with one of our licensed pharmacists. External services may be contracted to provide audit services at our discretion.

**18.3   What percentage of pharmacies receives desk audits?**

In 2008, we conducted desk audits on 17 percent of unique, active retail pharmacies in our network.

**18.4   What percentage of pharmacies receives on-site audits?**

In 2008, we conducted on-site audits at less than one percent of our retail network pharmacies.

CONFIDENTIAL                    OPTUMRX_MDL_007530130

### 18.5   What parameters trigger a desk audit?

Desktop audits are conducted consistently throughout each day and include the analysis of prior claims transactions for aberrant issues identified in either our real-time audit system or through previous desktop audits.

Audits performed through our real-time system are conducted with a set of pre-defined filters and algorithms that screen for appropriate utilization patterns, cost information, and other parameters such as:

- Usual and Customary prices variances
- Average ingredient cost variances
- High dollar and high quantity claims
- After business hours billings
- Quantities greater than max GOI dose
- Duplicate claims, day supply variations
- Multiple physicians per member
- Multiple pharmacies per member
- Compound and specialty medication submissions
- Percentage of controlled substance medications
- DAW utilization rates
- Reversal percentages identifying aberrant qualities and outliers

Any claims that do not pass this screening are flagged for potential in-depth desktop auditing.

In-depth desktop audits include the review of various source documents and proofs of delivery. Claim transactions are manually reviewed to determine the appropriateness of a number of criteria such as program parameter adherence, regulatory compliance as well as data entry type errors. Operational reports from the pharmacy in question may also be carefully reviewed during the audit.

CONFIDENTIAL                    OPTUMRX_MDL_007530131

**18.6    During the desk audit are each of the following reviewed?**

    **(a)  average prescription price**

    **(b)  average amount paid**

    **(c)  low generic utilization and dispensing**

    **(d)  average quantity per prescription**

    **(e)  amount of controlled substance drugs per prescription**

    **(f)  accuracy of days supply information**

    **(g)  accuracy of physician identification**

    **(h)  other, please explain**

Yes.  Each of the items listed above are included in our desk audit review.

We take a progressive approach to desk audits. This entails varying degrees of claim analysis when the audit involves a single claim versus a larger volume of claims data. Single-claim desk audits typically focus on the issue or claim attribute that initially triggered the audit and may not necessarily address all elements listed above. For example, identification of a data entry error through our real-time audit function may result in a call to the submitting pharmacy during which an auditor will focus on the specific error or data field in question.

Multiple-claim desk audits—or "in-depth" desk audits—typically include comprehensive review of claims data. We determine the need for in-depth audits based on review of multiple factors, including severity and frequency of claims submission errors.

**18.7    What criteria discovered in a desk audit will result in an on-site audit?**

Pharmacies are audited on-site as deemed necessary, based on a number of factors such as contractual agreement, analysis, internal and external referrals or complaints, random selection, or escalations from in-depth desktop audits. We take several steps leading to an actual on-site audit to ensure the necessity and validity of such an action.

Depending on the results of the on-site audit, it is possible that return visits to the pharmacy, as well as additional letters and/or interviews will need to be coordinated with members and alleged prescribing physicians, in an effort to solidify a case of potential fraud, waste, or abuse against the pharmacy.

CONFIDENTIAL                    OPTUMRX_MDL_007530132

**18.8    For on-site audits:**

**(a)  Who conducts the audits?**

**(b)  What records are reviewed?**

On-site audits are conducted by either our qualified internal audit team or by an outsourced external audit firm. In audits where professional judgment or clinical evaluation is required, we perform the audit in consultation with a licensed pharmacist.

During an on-site audit, auditors review both randomly selected subsets of paid pharmacy claims and/or targeted high-impact claims. Paid claims are compared to on-site records, such as:

- Hard-copy prescription files
- Computer printed daily transaction logs
- Purchase invoices where appropriate
- Other files and records
- Third party signature logs, etc.

**18.9    Describe the methodology for record duplication and handling.**

Our corporate policies and procedures regarding privacy and security fully apply to our handling of audit records.  Additionally, all audit sites are locked at the end of each workday, and archived audit results are stored in a controlled environment.

**18.10    How does your organization control short-counts (i.e., fraudulent under- dispensing)?**

We monitor for short counting through our member grievance process and through direct mail audit efforts. Member grievances regarding under-dispensed quantities will prompt an in-depth desktop audit of the pharmacy.

Direct mail audits performed with desktop or on-site audits also help us identify instances of short counting. In this case, we validate the original prescription copy with the actual quantity dispensed as confirmed by the member.

**18.11    How are partially filled prescriptions and under-stocked drugs addressed?**

Our claims system is set up to track partial fills and under-stock issues. When a participating pharmacy is unable to supply the full amount of a prescription, and elects to split the total quantity, the pharmacy must adjust the billing quantities and amounts to reflect the reduced volumes.

We monitor for this activity via our real time audit system and will reach out to the pharmacy directly upon identification of an occurrence. If we detect outliers in this particular category, we will flag the pharmacy for investigation via a desktop or on-site audit.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530133

**18.12  Outline the steps that assure the prescriptions not picked up are reversed in a timely fashion.**

Our network contracts include provisions that require participating pharmacies to process return-to-stock transactions for unclaimed medications. We credit our clients for filled, but unclaimed prescriptions upon reversal by the dispensing pharmacy. This is a standard accounting procedure supported by our claims processing system.

When the pharmacy processes a reversal transaction, the charges associated with the original prescription are credited to the client and the member's claims history is adjusted accordingly. All reversed transactions are flagged with a claims status code unique for reversed transactions. We can provide claims reports that capture this status code to allow GEHA to track and monitor reversed claims for return-to-stock prescriptions.

**18.13  Explain the edit logic to track compliance with the Usual and Customary price provision.**

We apply the same reimbursement logic for all pharmacies in our network. This logic assures adjudication of claims at the lesser of the pharmacy's usual and customary price (U&C) or the contracted rate (either AWP minus discount or MAC plus dispensing fee). All pharmacies are contractually required to submit U&C pricing. We use filters in our real-time audit process to assure that this field is submitted with each claim.

**18.14  Describe policies with respect to audit recoveries.  How are these recoveries shared with clients and claims reprocessed as appropriate to reflect accurate adjudication?**

Recoveries are prorated back to clients through claim reversals and reprocessing by our AS400 claims system.  After an error is identified, the discrepant claim is reversed and re-billed, where appropriate, with the accurate claim information. This allows us to maintain an accurate audit trail.

All amounts recovered through the audit process are returned to clients, unless we determine a mutually agreeable percentage retention rate during the contract negotiation period.

Our retail audit program has successfully ensured efficient claims processing and maintained the integrity of members, physicians, and providers. This helps control costs. All claims are subject to a number of edits and algorithms that assist in identifying aberrant qualities.  As part of our Real-Time Audit system, this process is often able to correct inaccurately submitted claims before the client pays them.. Monitoring claims immediately and throughout the post-adjudication process allows us to generate a sentinel effect for fills and refills and enables us to monitor trends for any evidence of possible fraudulent activity.

We identify instances where more in-depth attention, such as a desktop or on-site audit, might be warranted. By pinpointing possible errors, inefficiency, or fraud, we positively influence the recovery of funds to our clients.

CONFIDENTIAL

OPTUMRX_MDL_007530134

**18.15  Describe your process for ensuring that network providers respond to your DUR on-line messages.**

We measure and report on pharmacy compliance with DUR messaging associated with system edits through application of our real-time audit system, which facilitates instantaneous screening of all submitted claims based on pre-set algorithms and filters. Through this screening, our internal audit team is able to monitor for claims that do not follow programmed system edits. Aberrant or questionable claims are flagged for further review. If we determine a processing error, we work with the pharmacy directly to enable the claim to be reversed and re-billed as appropriate.

We routinely monitor our pharmacy network providers to identify noncompliance with client DUR edits, pricing parameters and drug coverage. We adhere to strict internal processes for communicating with these providers to correct errors and improve compliance. Providers who fail to meet contract stipulations and who are unwilling to implement procedures allowing compliance may be terminated from the network. Depending on the circumstances surrounding the termination, we will move members to pharmacies that are willing to participate in our network and comply with network contract provisions.

**18.16  Please confirm that GEHA will have complete authority to initiate their own re-pricing, network and rebate audits using an independent auditing organization of their own choosing, and that your organization will agree to fully cooperate with any of these initiatives.**

Prescription Solutions agrees to cooperate with periodic audits by an independent party to authenticate the rebate submission and allocation process ensuring that it reflects the terms specified in the client contract.  Note that the contracts between Prescription Solutions and the pharmaceutical manufacturers for the Rebate Management Program contain confidentiality agreements that prohibit the disclosure of specific discount information.

We issue the following guidelines for external auditing procedures:

- We shall permit GEHA access to all records produced under a signed agreement to the extent permitted by applicable state and federal laws and in compliance with any externally related contractual requirements
- The third-party auditor must be mutually agreeable and also sign a confidentiality agreement with Prescription Solutions.
- The auditor may only audit records directly related to services as outlined in the contract between Prescription Solutions and GEHA. This also applies to related operations, computer systems, paper documents, and electronic files.

The notice period that we request depends on the scope of the audit.

CONFIDENTIAL                                    OPTUMRX_MDL_007530135

**18.17 GEHA will conduct a review of all claims-related activities performed by the business entity on an ongoing basis. An annual audit of the business entity activities will include the following list below. Please confirm that your organization supports the following processes:**

| Audit Function | Currently Supports Function (Y/N) |
|---|---|
| Review of administrative functions to ensure they are limited to the adjusting or settling of claims for GEHA members | Yes |
| Review of a random sampling of claims to determine if eligibility and benefits are applied correctly, consistently, and in accordance with GEHA's instructions | Yes |
| Review of records that pertain to GEHA business to ensure they are adequate, accessible, consistent, and orderly | Yes |
| Review of records and processes to determine to the extent possible that the business entity is compliant with the terms of the (HIPAA) Business Associate Agreement and applicable HIPAA privacy and security requirements. | Yes |
| Review of the security practices and policies of the business entity | Yes |
| Review of processes to determine to the extent possible by using specified criteria that the business entity complies with applicable laws governing the activities of such an entity | Yes |

CONFIDENTIAL

OPTUMRX_MDL_007530136

## 19.    Mail Order Pharmacy Benefits

**19.1    What avenues can a member use to begin the mail order process?  Phone (automated or in person), Internet, paper?**

Members and physicians can initiate the fulfillment process by sending new orders via the phone, Internet, and mail.

### Phone

Members can order new prescriptions over the phone and use their credit cards to make a purchase by speaking with a customer service representative. The customer service representative provides the member with detailed instructions for sending the original prescription to Prescription Solutions.

### Internet

Members can order new prescriptions via the internet by clicking on the New Prescriptions link on the www.prescriptionsolutions.com home page.  When ordering new prescriptions, the member must submit the original written prescription.

### Mail

Prescription orders are received at the mail service pharmacy in pre-addressed envelopes that are provided to members in their initial mail service enrollment kits.  Members can submit new prescriptions via mail by completing a confidential patient profile that is also included in the kit to document their medical history.  The member will enclose this profile in the envelope along with the prescription and the appropriate copayment.

**19.2    Please provide your policies with respect to the shipping of insulin. If these policies are not acceptable by GEHA please confirm that your organization will comply with GEHA's policies.**

We strictly adhere to manufacturer guidelines for product sensitivity and stability. We carefully package each product to properly maintain product integrity and the cold chain during shipment. All temperature-sensitive products are packaged with frozen gel-cold packs inside a Styrofoam cooler special cold packs and are shipped to the customer using an express two-day delivery carrier.

During the fall and winter months, refrigerated items are shipped Monday through Friday. During the spring and summer months, refrigerated orders are shipped Monday through Thursday.

**19.3    What avenue can members use to track the status of their order?**

Members have the ability to track prescriptions via phone or Web site. Our customer call center is accessible 24 hours a day, seven days a week. Members can easily check the status of their

CONFIDENTIAL

OPTUMRX_MDL_007530137

order via the IVR, or they can opt out of the menu at any time and talk to a live customer service advocate (CSA).

Our Web site — www.prescriptionsolutions.com — allows members to check on the status of their order through confirmation of fulfillment at our mail service facility, and then offers the ability to check shipping status.

### 19.4    What is your average turnaround time for processing a new prescription? A refill?

Prescription Solutions offers efficient turnaround times for mail service prescriptions, with 95 percent of clean orders shipping within two business days of receipt and 85 percent of claims requiring an intervention shipping within five days.

Because we measure turnaround time from the time a prescription is received at our mail service facility to the time it is handed off to the carrier, our mail service performance metrics take into account both new prescriptions and refills. The average turnaround time for all orders is two business days.

Most prescriptions are sent by U.S. Postal Service and arrive within two days.  Items that require prompt delivery, such as specialty pharmaceuticals and emergency deliveries, are sent overnight.

From the time a member mails a prescription to the mail service facility, to allow for dispensing and return delivery of the medication, Prescription Solutions recommends ten to fifteen calendar days.

### 19.5    Please state your Mail Service Accuracy Rate, and insert appropriate performance standards/guarantees.

| Category/Measure | Target | Definition |
|---|---|---|
| *Retail and Mail Claims Processing Accuracy* | | |
| Percentage of mail order and specialty pharmacy prescriptions dispensed accurately with no errors. | 99.9% of mail order and specialty pharmacy prescriptions dispensed accurately with no errors | Calculated as number of non-conformance events / [(conformance events/prescription) * total prescriptions]<br><br>(Metric is total book of business driven) |

### 19.6    Verify that mail order generics are also subject to the "lower of" pricing provisions for MAC, U&C, or AWP-level discounts.

Confirmed. Mail order generics are subject to our pricing logic, which supports member charges equal to the lowest of applicable copayment, contracted rate (AWP price less discount or MAC price, plus dispensing fee), or the pharmacy's usual and customary price.

CONFIDENTIAL                                                                                OPTUMRX_MDL_007530138

**19.7    Provide any provisions for prescriptions that require "clinical intervention", a description of the clinical intervention processes and documentation, personnel involved at the various stages, time-frames for completion of the entire process, etc.**

Prior to entry in our claims system, the technician handling the claim first reviews the prescription for legibility and completeness. If any issues are detected, we will contact either the member or the prescriber to resolve the problem. Examples of issues include misspelled or incomplete member name, or incomplete prescription data, such as missing days supply or illegible drug name or dosing specification.

After confirming validity of member and prescription data, we enter the claim in our adjudication system where the claim is matched and validated against filters that screen for member eligibility status, claims history, drug utilization review variables, and applicable benefit design, formulary status, and payment parameters.

If at any point during the adjudication process the claim fails to pass an edit or validation check, an error message is generated and returned to the pharmacist or technician monitoring the claim. Claims that are flagged with an error are suspended in our system and sent to an intervention queue for review and resolution by a pharmacist.

Examples of circumstances when a claim may be flagged include:

- Duplicate claim
- Drug interactions
- Mismatch with dosing or supply limits
- Prior authorization review required
- Non-formulary status
- Payment issues

Resolution of issues may require contact with the prescriber to adjust prescription data or gather medical necessity information, contact with GEHA to apply an override or eligibility check, or contact with the member to address coverage or payment issues.

For all pended claims, we will contact the member by telephone if we anticipate a delay of more than 48 hours.

Eighty-five percent of claims requiring an intervention ship within five days.

To augment our clinical intervention processes, we routinely correspond with prescribing physicians through a variety of educational and clinical intervention programs. Through direct communication with physicians, we aim to highlight best practices, raise awareness of emerging drug trends, and identify member-specific drug issues. Our proactive dissemination of both general and targeted communications can lead to improved prescribing habits and prevention of potentially adverse or unnecessarily costly drug utilization.

We use retrospective drug utilization review (DUR) to first identify those programs that may help our clients achieve improved outcomes and/or savings. We then implement programs based on client direction. For each selected program, we target all physicians that meet the specific criteria for the program.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530139

For example, we offer a program for Appropriate Use of Controlled Substances that identifies physicians who have prescribed an opioid analgesic medication that meets certain utilization criteria. We then send each physician an individual report for each patient that identifies the opioid utilization that triggered the intervention mailing. Our correspondence encourages the physician to return a response form to confirm appropriate use and identify the specific action they will take if a change in treatment is deemed appropriate. Our mailing also includes educational materials on the use of opioid analgesics for the management of pain.

Across our book of business, we generally achieve a 20 percent response rate for those programs that solicit direct physician feedback. Recently adopted benchmarks for some of our targeted clinical intervention programs help us track and monitor program success. These benchmarks will target positive physician response (that is, physician feedback indicates adoption of our recommended change in therapy). For example, for our controlled substances program described above, we have set a positive response rate benchmark of 60 percent

### 19.8 How many mail order facilities does your company own?  Where are they located and what is the current volume and capacity?

We own and operate two mail service pharmacies through which we support a combined daily fulfillment capacity of 144,000 prescriptions. Our current aggregate daily volume is approximately 47,760 prescriptions, which represents 33.2% of our total capacity.
Our facilities are located in Carlsbad, California, and Overland Park, Kansas. Both locations feature the latest in automation technology and support timely, accurate delivery to any location in the United States. Through these facilities we process high volumes of prescriptions with remarkable precision. In fact, for the past several years we have maintained a mail service accuracy rate of 99.9%.

Hours of operation for these facilities are 5:30 a.m. to 11 p.m., Monday through Friday, within their respective time zones. We are also able to open our facilities on weekends to support high volume if necessary.

The following table shows our percent of capacity, which is based on total daily capacity and daily volume for 2008.

| Location | Total Daily Capacity[8] | Daily Volume (2008) | % of Capacity (2008) |
|---|---|---|---|
| Overland Park, KS | 100,000 | 32,743 | 32.7 |
| Carlsbad, CA | 44,000 | 27,714 | 63.0 |
| Combined | 144,000 | 60,457 | 42.0 |

---

[8] Daily capacity is based on two 8-hour shifts per day.

CONFIDENTIAL                    OPTUMRX_MDL_007530140

**19.9    Describe your standard dispensing practices for each of the following:**

| | Standard Dispensing Practices |
|---|---|
| **Doctor (DAW 1)** | If appropriate payment is received, we will dispense as written. If insufficient payment is received with the order, the customer is contacted to arrange for payment. Should the customer disagree with the doctor's request, we will then follow up with the doctor to discuss possible alternatives. |
| **Participant (DAW 2)** | We will dispense as written. |
| **Generic substitution opportunities** | We can support clients with a mandatory generic requirement through benefit plan design structure and system edits.  We can block brand agents if they are multi-source products, thus forcing a substitution of the generic product. Another option is to charge the member a higher copayment for brand products when generics are available, or charge the member the copayment plus the difference in the cost between the brand and the generic.

We can program a cost differential to be dependent upon the submitted dispense as written (DAW) code or product selection code (PSC). For example, some clients may opt to suspend the penalty for selecting the brand drug if the member's physician selects the brand or the generic is temporarily out of stock. We work with clients individually to develop mandatory and incentive-based programs the effectively promote utilization of generic medications. |
| **Formulary substitution opportunity** | We will call the member to obtain approval for the interchange. We will then call the prescriber for approval. |
| **Chemical equivalent brand-to-brand substitution opportunity** | We will dispense as written. |
| **Automatic dispensing to fill a 90-day supply** | We will dispense as written for controlled substances. We will increase the quantity for all legend drug categories. |

Please refer to **Section IV, Exhibit 45**, for our mail service dispensing process.

**19.10   Describe any programs in place or in development that encourage members to use the mail order pharmacy benefit (i.e., target letters, incentive coupons, direct phone calls, clinical management programs, etc.).**

We employ numerous strategies for helping our clients promote mail service use to their members.  We recommend a combination of benefit design incentives and direct member outreach. Our clients have achieved increased usage through the following key strategies:

- Building incentives into the plan's benefit design (for example, requiring only two copayments, instead of three, for a 90-day supply of medication or increasing retail copayments after a member receives a certain number of refills at retail)

CONFIDENTIAL                                                                    OPTUMRX_MDL_007530141

- Distributing general educational pieces that emphasize the convenience and benefits of using our mail service
- Distributing personalized mailings, on a quarterly basis, to plan members on maintenance prescriptions. These letters highlight potential savings based on each member's claims information.
- Offering promotional coupons that provide additional savings
- Conducting telephone outreach services

Our telephonic outreach efforts encourage members to use the mail service pharmacy program if they have two or more maintenance medications and have not used mail service. These members will receive promotional pieces on a quarterly basis as well.

Our clients always achieve increased mail service utilization rates following implementation of the above strategies. These boosted rates lead to increased benefit program savings and enhanced member convenience and satisfaction. One of our clients, a county government located in Florida, achieved savings of more than 10 percent following our implementation of a coordinated mail service promotion campaign.

Please refer to **Section IV, Exhibit 46**, for sample mail service promotion materials.

**19.11 Should GEHA wish to utilize an independent mail order pharmacy that is not affiliated with the PBM vendor as the single source of mail order utilization, please provide a detailed explanation as to how this would affect appropriate pricing within the RFP?**

Our proposal includes a price summary based on the scenario of GEHA utilizing an independent mail order pharmacy not affiliated with Prescription Solutions. In that event, our administration fee will increase to ▮▮▮▮▮▮▮▮▮▮▮ This amount would be further affected if specialty pharmacy is also carved out.

**19.12 Does your system support (non-covered) OTC dispensing for members?**

Yes. We can accommodate coverage of non-Federal Legend (OTC) products. We can process over-the-counter (OTC) products and other non-drug products through our claims processing system using appropriately designated product identification codes, usually national drug code (NDC) or universal price code (UPC).

We will assign billing codes and fix pricing at a level representing the class rather than a specific product item. Some pricing exceptions are possible. Billing and payment of non-drug items (items without standard identification codes) can be accomplished through the standard claims system by our assignment of a unique billing or service code. All vendors requesting payment must be contracted with Prescription Solutions as a network pharmacy or with GEHA as a non-pharmacy provider. If the vendor is a non-pharmacy provider, and they cannot submit electronic claims, paper claims will be accepted and processed at an additional charge.

CONFIDENTIAL                    OPTUMRX_MDL_007530142

**19.13 Over-The-Counter Products: GEHA members are allowed to purchase over-the-counter items from a mail service vendor.  This is a mail order program that allows the member to make online purchases.  Please confirm if your organization has a service that allows the purchase of over-the-counter items?  If so, please provide a complete description of the program, what types of discounts are available for this program and what vendor is utilized with this program.**

We developed the OTC program concept to promote OTC products when appropriate and to focus on provider and member education to increase this awareness.  Our OTC program empowers patients to become actively involved in taking charge of their own health by providing them with access to self-care resources.

We offer a line of products that represents the top 100 OTC items in the marketplace, including brands such as Bayer, Major, GLAXO, J & J, Allergen, Adams Lab, Bausch & Lomb, Novartis, and Pfizer. Members may order OTC products online at our Web site, www.prescriptionsolutions.com, or over the phone with one of our Customer Service Advocates (CSAs).  We fill OTC purchases through our mail service pharmacy, and we waive shipping and handling costs for OTC purchases greater than $25 or combined with a prescription order.  We also offer a money-back guarantee on all of our OTC products.

CONFIDENTIAL                    OPTUMRX_MDL_007530143

## 20.   Specialty Injectable/Infusion/Oral Program

*For the purposes of this RFP, the specialty injectable/infusion program will include injectable and infusible drugs in such categories as vaccines, blood factors, growth hormones, oncology drugs, etc., that are typically administered in a physician's office, outpatient facility, or in the home by qualified medical personnel or self-administered in the home by members and those oral specialty medications available today.*

**20.1   What is your total purchasing volume, stratified annual purchasing volume?**

Prescription Solutions' 2008 gross revenues for Specialty Pharmacy were ███████████ Our forecast for total revenue in 2009 is more than █████████

**20.2   Please describe net savings. (Indicate how information is derived and how the information compares and relates to the goals/benchmarks for your organization.)**

To demonstrate outcomes and savings, we will provide plan-specific reports that identify case review approvals and denials. These reports describe the reason for each denial and include return on investment (ROI) results. We calculate ROI results by determining the cost of the medication denied, subtracting our service fee, and then extrapolating total cost averted for standard duration of therapy.

Our average book of business case review ROI results indicate an average savings of ████████ ████████████ on case review fees. For example, one client experienced the following annual results:

- **Enbrel:** ████████████████████████████████████████
- **Gamunex:** ███████████████████████████████████████
  ███████
- **Genotropin:** ████████████████████████████████████████
  ██████

Another client averted a total of ████████████████████████ Service fees for these denials ████████████████████████████████████

Additional examples of client ROI results from the first post-implementation year are included in the following table.

| Drug Class | Approval Rate | ROI |
|---|---|---|
| Hematopoietic Growth Factors | ███████████ | ███████ |
| Multiple Sclerosis Agents | | |
| Anti-Rheumatic Agents | | |
| Hepatitis C Agents | | |

CONFIDENTIAL                                          OPTUMRX_MDL_007530144

Government Employees Health Association

Our clinical and cost management expertise will help GEHA maximize the benefits of case review, both in terms of improved health outcomes and reduced plan costs. We will work directly with GEHA to select guidelines that have the potential to yield the most significant results, based on GEHA's claims information. We can also customize our guidelines to include criteria that will help us manage and approve medication requests in accordance with specific benefit requirements identified by GEHA and its health plan vendors.

**20.3 Please describe fill rates. (Indicate how information is derived and how the information compares and relates to the goals/benchmarks for your organization.)**

We do not measure standard fill rates for our specialty pharmacy, because our operation hinges on coordinating all deliveries with the patient, not meeting arbitrary turnaround times. We actively respond to all prescriptions received prior to 4:00 p.m. on a business day, but our focus is on meeting patient and prescriber needs rather than simply dispensing medications.

**20.4 What avenue can members use to track the status of their order?**

As part of the high-touch, patient-centric nature of our specialty pharmacy, we provide online order-tracking on behalf of members receiving specialty pharmacy deliveries.  If for any reason our express carrier encounters a delivery issue, we are immediately notified by e-mail, and a Customer Service Advocate (CSA) will contact the member to provide a status update on the delivery and resolve any location/address issues.  At that point, our carrier will actually re-route the driver in order to make the delivery within our stringent timeframe requirements.

If for any reason the delivery cannot be completed, we will reissue the medication and, as an added security measure, require the recipient's signature upon delivery. The member does not bear any additional cost for re-routed deliveries or reissued medications. However, should we encounter an address that has experienced multiple "non-deliveries," we will flag the account to always require a recipient's signature. In the event of a vendor error, we may choose to use an alternate carrier.

The goal and model of our specialty pharmacy program is to exceed the specific needs of members relative to when and where they would like to receive their medications.

**20.5 GEHA is requesting that your organization establish procedures for temperature sensitive products that involve special labels and instructions for overnight carriers to follow when delivering the product.  GEHA must agree upon procedures prior to them being implemented by your organization, please confirm your willingness to comply with these requests.**

Confirmed. We strictly adhere to manufacturer guidelines for product sensitivity and stability. We carefully package each product to properly maintain product integrity and the cold chain during shipment. We use special cold packs and Styrofoam containers for all temperature-sensitive products. We also ship all specialty orders via overnight carrier and track them online throughout the day to further assure product quality and timely delivery within appropriate timeframes.

CONFIDENTIAL

OPTUMRX_MDL_007530145

Our carriers are required to follow special rule sets to ensure safe delivery of all medications. However, in accordance with HIPAA guidelines as well as to avoid calling undue attention to the nature of the high-cost medications we routinely ship, we do not use special labels on our specialty pharmacy packaging.

To validate our shipping conditions, we annually ship representative product samples across the U.S. while data logging the internal package/product temperature every three to five minutes for a period of up to 72 hours. This data logging is conducted during the heat of the summer, generally around the end of July.

**20.6** **Please provide the average delivery time and delivery method of these specialty medications. GEHA will need confirmation that the company handling the deliveries will be able to deliver to all the sites necessary.**

Specialty pharmacy deliveries are based solely on patient and provider need. Upon receipt of a prescription, our Patient Care Coordinators (PCCs) immediately reach out to schedule a delivery time that is convenient to the member or physician. From that point, our processes are geared to ensure that medications are received on time or prior to the scheduled delivery appointments. Ensuring that each delivery is customized to the needs of the recipient – not necessarily turnaround time from the receipt of a prescription to the dispensing of the medication – is our primary goal.

Prescription Solutions will agree that we can deliver to the majority of sites without a challenge. A complete census file is necessary to determine if there is a location of concern. In instances where delivery is problematic, alternate arrangements are made with a contracted home infusion vendor.

**20.7** **Please provide a comprehensive listing (in spreadsheet format, see Exhibit 27.16) of specialty pharmaceuticals that your company is capable of dispensing and distributing to GEHA and its members, along with the discount that would be available for each medication based on both an "Exclusive" and "Preferred" vendor status. Your pricing must include an adequate supply of ancillary items (needles, syringes, alcohol swabs, sharps containers, etc.). Please include the following items:**

**(a)  Product Name**

**(b)  Therapeutic Group/Therapeutic Category**

**(c)  Generic Product Index (GPI)**

**(d)  Average Wholesale Price (AWP) from run date of 1/1/09**

**(e)  Discount off of AWP**

**(f)  Dispensing Fee (if any)**

Confirmed. Please see **Section IV** for our completed Exhibit 27.16, Specialty Pharmacy Fee Schedule.

CONFIDENTIAL

**20.8   What tools does your company offer or provide to facilitate an efficient, accurate and responsive ordering process?  Are additional fees involved?  Do you have any of the following?  If so, please describe:**

**(a)  Electronic ordering device**

**(b)  Fax/paper-based**

**(c)  Phone orders/customer service**

Specialty pharmacy prescriptions are initially submitted by the prescribing physician, via either phone or fax.  Refills can be requested using the following means:

- **Phone.** Members can order refills over the phone and use their credit cards to make a purchase by speaking with a customer service representative.
- **Internet.** Our online drugstore facilitates prescription orders/reorders through our specialty pharmacy
- **Fax.** Members and physicians can submit orders by fax
- **Mail.** Pre-addressed refill order envelopes are provided to members with their initial order

When we receive a new prescription, a PCC (Patient Care Coordinator) calls the member to arrange for delivery, verify demographic information, and identify any special needs the member might require.  Seven days prior to their next refill date, a PCC proactively calls patients to schedule their next delivery.

Our high-touch patient care model also includes a proactive Refill Reminder program that encourages compliance in addition to providing seamless service. As the refill date approaches, we make auto-dialed outbound reminder calls that bridge to a live customer service advocate (CSA) as soon as the patient answers the phone. If there is no answer, we continue to attempt to reach the patient over the next five days, at which point, if we have been unable to speak with the patient, we will contact the prescribing physician.

Please refer to **Section IV, Exhibit 47**, for a flowchart depicting our Refill Reminder process.

**20.9   Please describe how your organization manages the administration of vaccines?**

We can include these types of medications on the formulary if requested by GEHA. However, vaccines are typically administered in the physician's office. In order to support a this arrangement for retail pharmacies where the pharmacist would administer the vaccine, we would need to contract with the retail pharmacies and apply an associated administration fee.

**20.10  Does your organization have the capability to electronically adjudicate vaccination administration charges directly from pharmacies?**

Yes.  However, in order to support electronic adjudication of vaccination administration charges directly from pharmacies, we would need to contract with the retail pharmacies.

CONFIDENTIAL

**20.11  Please confirm if your organization has contracts in place with Durable Medical Equipment (DME) providers in the event a specific specialty medication would require ancillary equipment (pumps, etc.)**

We maintain a full inventory of all necessary durable medical equipment (DME), which is dispensed with the appropriate medications at no charge to the member.  Following is a list of DME which we routinely dispense:

- Syringes
- Needles
- Pen devices
- Alcohol pads
- Band-Aids
- Gauze pads
- Sterile dressing
- Sterile or bacteriostatic water
- Sharps containers

The only DME item not distributed for free is the mail-back sharps container. Members who order this product can return the full sharps container to a medical waste processor for disposal that's both environmentally responsible and legally compliant.

Please refer to **Section IV, Exhibit 48**, for a flyer explaining our mail-back sharps container program.

**20.12  Please outline all fees and charges related to nursing charges or Durable Medical Equipment (DME) with respect to specialty medications.**

For injectable drugs that require nursing care and the use of durable medical equipment (DME), such as IV drugs or mixed chemotherapy infused in the home setting, we offer services through a closed network of contracted home infusion vendors.  Our home infusion partner will process the prescription at a contracted price that includes the cost of both the nursing service and the DME, which we in bill to the client.

GEHA can negotiate its own rates with the nursing service and DME vendors who provide essential ancillary services and supplies. We simply coordinate the benefits, creating a streamlined "one-stop shop" methodology for GEHA's members who require specialty pharmacy services.

**20.13  Does your organization administer client specific customer satisfaction surveys for specialty Rx?**

We work with an external research firm to conduct a semi-annual satisfaction survey for members who use our specialty pharmacy services. The survey addresses overall satisfaction

CONFIDENTIAL                                                                OPTUMRX_MDL_007530148

with our company and satisfaction within specific service categories, including ordering processes and customer service advocate (CSA) knowledge and service.

Below are key highlights from our 4th quarter 2008 survey assessment.

| SURVEY METRIC | RESULT |
|---|---|
| **Overall satisfaction with...** | **Percent of members who responded "very satisfied" or "somewhat satisfied"** |
| Service of Specialty Pharmacy | 92% |
| Service from Specialty Pharmacy staff on most recent call | 92% |
| Disease Therapy Management Programs (enrolled members only) | 98% |
| Accuracy of drugs delivered | 95% |
| Condition of drugs received | 95% |
| Inclusion of ancillary supplies required for administration | 96% |
| Helpfulness of printed information included with the order | 94% |
| Overall ability of specialty staff to answer questions | 92% |
| Ease of reaching a pharmacist when necessary | 90% |
| Clarity of information received about drug benefits | 90% |
| Accuracy of information received about drug benefits | 90% |
| **Customer loyalty...** | **Percent of members who responded "very likely" or "somewhat likely"** |
| Likelihood of continuing to use Specialty Pharmacy | 95% |
| Likelihood of recommending Specialty Pharmacy to others | 94% |
| **Disease Therapy Management Programs...** | **Percent of members who responded "excellent", "very good" or "good"** |
| Understanding of care plan after nurse/pharmacist consultation | 99% |

Our current customer satisfaction survey is based on a random sample of specialty pharmacy patients and providers. We are willing to undertake a GEHA-specific customer satisfaction survey, and look forward to discussing this issue in greater detail during the implementation process.

CONFIDENTIAL

OPTUMRX_MDL_007530149

**20.14  Please confirm whether or not your organization will share specialty rebates with GEHA.  If so, will you offer a guarantee on these rebates?**

Confirmed. Under our pass-through pricing scenario, we will share 100 percent of all specialty pharmacy rebate dollars, with minimum guarantees as detailed in the price summaries attached in **Section II**.  Under our traditional pricing scenario we are proposing the minimum guarantees detailed in our completed Exhibit 27.15, which is included in **Section IV**. All rebate guarantee dollar amounts are per paid claim.

**20.15  Will you offer rebates on claims paid under the medical benefit (by the client)?  What specialty pharmacy medications offer rebates?**

We can offer rebates only on drugs processed through GEHA's pharmacy benefit. However, we are willing to conduct a comparison analysis of the specialty drugs currently processed under GEHA's medical benefit, thereby demonstrating the savings GEHA could realize by managing those medications under our model.

Please refer to **Section IV, Exhibit 37**, for a list of specialty pharmacy medications on which we offer rebates.

**20.16  Please confirm that your organization will accept a preferred specialty contract versus an exclusive specialty contract.  If so, please indicate any pricing implications that might affect GEHA.**

Confirmed.  Please see **Section II** for the price summaries we are proposing for a preferred specialty pharmacy contract.

**20.17  How would your company improve the compliance of beneficiaries receiving specialty pharmacy products?  Include methods used to measure compliance; reports used for documentation of compliance; frequency of measurement; and any costs associated for these services.**

We manage patient compliance through various high-touch strategies, including provider- and member-based interventions and disease therapy management (DTM) programs.

## Member Interventions

During the initial transition phase, our specialty pharmacy patient-care coordinators (PCCs) contact each specialty patient and physician, as necessary, to introduce our new program, answer any questions the member might have, and set up the first delivery to ensure continuity of care and no lapse in therapy. The specialty pharmacy team also works with the plan's current vendors to coordinate a smooth transition of care.

To ensure the ordering process remains efficient, accurate, and responsive, we maintain medication adherence programs that feature continuity of care and compliance monitoring by patient-care coordinators (PCCs) and clinical pharmacists. When a new prescription is received, a PCC will call the member to arrange for delivery, verify demographic information, and

CONFIDENTIAL

identify any special needs the member may require.  Seven days prior to their next refill date, PCCs will proactively call patients to schedule their next delivery and assess compliance.  In addition, clinical pharmacists will monitor for compliance with medication dosing regimen, supplies required, changes to dose or frequency, and side effects. Patients have 24-hour access to clinical pharmacists who can address questions or any urgent concerns that may arise.

Prescription Solutions' Refill Reminder Program is a member-based intervention that aims to promote patient awareness of the importance of medication adherence, improve adherence of commonly prescribed maintenance medications, and reduce the number of missed or delinquent fills of maintenance medications.  Members who have been identified as non-adherent to select oral maintenance medications are targeted to receive HIPAA-compliant refill reminder calls from a messaging and communications vendor contracted with Prescription Solutions to provide this service.

The importance of compliance is also communicated in our member education programs, which are available on various topics and disease states.  While our member education program on the topic of medication compliance specifically addresses the importance of taking medication as directed, the same message is also reiterated in our member education programs on specific disease states and their management.

To measure medication adherence, we may use the medication possession ratio or may use a different formula depending on the type of medication being evaluated. We typically define medication possession ratio (MPR) as the sum of the days supply for all prescription fills for the medication during the review period, divided by the number of days between the first fill and the last fill during the review period, plus the days supply for the last fill.  For chronic medications, we sometimes may use a proportion of days covered (PDC) which is defined as the sum of days supply for all prescription fills for the medication during the review period divided by the number of days between the first fill and the end of the review period.  For both of these calculations, we typically do not count days of supply that extend beyond the end of the review period so that the MPR or PDC cannot exceed a value of one.

## Provider Interventions

Provider-based interventions are also available through our Medication Adherence Programs. These interventions work with our Refill Reminder Program to increase medication adherence in members identified as non-adherent to their chronic medications.  Providers of members who fail to refill their chronic medications within seven days of the end-of-supply date are targeted for mailings that include a member-specific report.

## Disease Therapy Management Programs

Our Disease Therapy Management (DTM) programs provide advanced educational and clinical support for physicians and patients to help improve compliance, promote appropriate utilization, and ensure optimal outcomes. Clients and members pay nothing extra for DTM programs.

CONFIDENTIAL                                                   OPTUMRX_MDL_007530151

Government Employees Health Association

Our DTM strategy is straightforward: to design and implement actionable pharmacy-based interventions for patients taking medications to treat five of the highest-cost, highest-impact conditions:

- Rheumatoid arthritis (RA)
- Multiple sclerosis (MS)
- Hepatitis C
- Hemophilia
- Respiratory syncytial virus (RSV)

The overall goals are to improve quality of life, promote self-management, improve medication compliance, and reduce overall health care costs in managing chronic illness.

The potential benefits of the DTM program include:

- Improved self-management through education and support
- Individualized care plans for each patient
- Increased patient compliance with medication therapy
- Improved member satisfaction and quality of care

Our DTM clinicians include trained registered nurses and pharmacists who are committed to providing the quality of care and clinical support to patients in need.

The DTM clinicians also play a critical role in connecting patients to appropriate resources for additional support. Members are targeted to receive ongoing care management for at least six months (we will extend duration based on member risk factors). During this time, we offer monthly educational mailings that inform members about their disease state and educate them on the importance of medication compliance and healthy lifestyle choices. Our DTM services also include routine telephonic consultations on disease state and lifestyle issues, development of customized care plans, coordination of therapy with physicians, referral to additional disease management resources, and evaluation measures to determine member status and program effectiveness. All of these program components help prevent expensive emergency room visits and other costly medical procedures, thereby reducing overall costs.

We identify members taking drugs to treat the three key DTM conditions we support. We then distribute program information to these members and follow up with telephonic outreach. Members can stop participating in DTM programs anytime.

Please refer to **Section IV, Exhibit 49**, for our Specialty Pharmacy Medication Adherence Report from First Quarter 2009.

CONFIDENTIAL

OPTUMRX_MDL_007530152

**20.18  Could you support formulary and prior authorization initiatives for specialty pharmacy drugs?  If you currently do so for other clients, please explain your developed process and results for each drug.**

Yes, we can support both prior authorization and formulary initiatives for specialty pharmacy drugs. However, because generic specialty drugs across virtually all therapeutic categories are not readily available, therapeutic substitutions within specialty pharmacy are infrequent at best. Our process for initiating therapeutic interchange is as follows:

1. We reach out to the patient for approval to contact his/her physician

2. Once patient approval is granted, we will contact the prescribing provider with recommendations for alternative medications

3. We reconnect with the patient to inform them of the provider's decision

Our specialty pharmacy prior authorization initiative promotes appropriate medication utilization, and is an important part of the overall clinical and cost management of specialty medications.

Through pre-clinical determination, or prior authorization, certain medication requests are carefully reviewed prior to dispensing in order to ensure safe and appropriate use.  We work closely with our clients to customize our guidelines to each plan's financial objectives and the needs of its member population.

We highly recommend a program that combines prior authorization with case review, a powerful tool that enables us to continually review and monitor a patient's progress. Our three-part approach includes systems-based review, clinician Drug Utilization Review (DUR) and comprehensive pharmacist evaluation. A dedicated team of nurse care managers, registered pharmacists, and pharmacy technicians manage this process.

Case review is accomplished through a dedicated team comprised of Registered Pharmacists, Pharm.D.s and registered Pharmacy Technicians interacting via phone or fax with the requesting physician offices.  If the request is for an eligible member and is for a covered service, it is reviewed using evidenced based guidelines.  A clinical pharmacist renders all injectable case review decisions.

The case review process is positioned to identify situations where a medication is not needed, is not safe, is not cost-effective, or is prescribed in an inappropriate amount (i.e., quantity, dose, and/or duration).

By offering an integrated service built on personalized care, case review, educational programs, outcomes analyses, and express distribution, we deliver high-touch care that leads to improved health outcomes and lower overall costs.

We calculate return on investment (ROI) for prior authorization and case review by determining the cost of the medication denied, subtracting service fees, and indicating a prorated figure over the duration of therapy as defined in the prior authorization guidelines. For example, a client who incurred $138,000 in case review fees averted $3,000,000 in costs, which resulted in net savings of $2,862,000. This yielded an ROI of 21 to 1 across all drug classes.

CONFIDENTIAL                    OPTUMRX_MDL_007530153

Our average book of business case review ROI results indicate an average savings of $10 for every $1 spent on case review fees. For example, one client experienced the following annual results:

- **Enbrel:** ████████████████████████████████████
- **Gamunex:** ██████████████████████████████████████
  ████
- **Genotropin:** ████████████████████████████████████
  ████

Another client averted a total of $3,000,000 for case review denials. Service fees for these denials totaled $138,000, which equated to a net savings of $2,862,000, or an ROI of 21 to 1.

Additional examples of client ROI results from the first post-implementation year are included in the following table.

| Drug Class | Approval Rate | ROI |
|---|---|---|
| Hematopoietic Growth Factors | | |
| Multiple Sclerosis Agents | | |
| Anti-Rheumatic Agents | | |
| Hepatitis C Agents | | |

Our clinical and cost management expertise will help GEHA maximize the benefits of case review, both in terms of improved health outcomes and reduced plan costs. We will work directly with GEHA to select guidelines that have the potential to yield the most significant results, based on GEHA's claims information. We can also customize our guidelines to include criteria that will help us manage and approve medication requests in accordance with specific benefit requirements identified by GEHA and its health plan vendors.

To demonstrate outcomes and savings, we will provide plan-specific reports that identify case review approvals and denials. These reports describe the reason for each denial and include return on investment (ROI) results. We calculate ROI results by determining the cost of the medication denied, subtracting our service fee, and then extrapolating total cost averted for standard duration of therapy.

Please refer to **Section IV, Exhibit 50**, for our Recommended Specialty Pharmacy Prior Authorization Guidelines.

CONFIDENTIAL

Government Employees Health Association

**20.19 Can your company provide integrated utilization reporting with your retail and mail order program to manage overall pharmacy drug spend?  Please provide a sample report.**

Yes, we provide integrated reports that both stratify and aggregate pharmacy utilization and drug spend for specialty medications obtained through retail pharmacies and through our mail order specialty pharmacy channel. These reports include the following data elements:

- Amount paid
- Amount paid per prescription
- Days supply
- Days supply per prescription
- Ingredient Cost
- Prescription count
- Utilizing member count

Please refer to **Section IV, Exhibit 51**, for sample integrated specialty pharmacy reports.

**20.20 Should GEHA wish to utilize an independent specialty pharmacy that is not affiliated with the PBM vendor, what is the availability for your company to enroll the facility in your system as a network pharmacy with a GEHA contracted specialty reimbursement rate?  Can your company adjudicate these claims through your POS system and coordinate claims for prospective DUR, formulary and clinical editing, and client reporting?**

Our business model supports a full range of carve-out pharmacy services, including processing specialty pharmacy claims through our retail pharmacy network. If GEHA elects to carve out its specialty pharmacy benefits, we will work with the appointed vendor to provide coordination with our clinical initiatives, formulary, and reporting.

Yes, we can adjudicate these claims through our POS system and coordinate claims for prospective DUR, formulary and clinical editing, and client reporting.  The cost is the same as our retail admin fee.

**20.21 Please confirm how utilization of both specialty pharmacy facilities (an independent specialty pharmacy and your own specialty facility) would affect the pricing proposed in this RFP?**

We are offering GEHA more aggressive specialty rates for an exclusive specialty contract.  If GEHA chooses a preferred specialty arrangement, then rebate guarantees for specialty claims may change.

CONFIDENTIAL

OPTUMRX_MDL_007530155

**20.22** **Should GEHA wish to exclusively utilize an independent specialty pharmacy that is not affiliated with the PBM vendor as the single source of specialty utilization, please provide a detailed explanation as to how this would affect appropriate pricing within the RFP?**

**20.23** **Given the potential opportunity that Biogenerics will become more widely available in the near future, please outline your organizations:**

(a) **Current capabilities to provide limited selection of generic specialty medications**

(b) **Ongoing business strategy with respect to accessing these medications as they become available in the marketplace**

(c) **Current/future pricing strategies for generic specialty medications versus brand counterparts**

We take a proactive approach to monitoring new drugs, including new emerging biogenerics. This policy allows us to anticipate market trends and develop strategies that help our clients maximize cost savings while providing their members appropriate access to the most clinically effective medications.

Below we describe our detailed process for managing new specialty pharmacy drugs and our plan for optimizing client savings related to new drugs scheduled for release into the market. Ultimately, each drug receives thorough consideration regarding its clinical value and cost effectiveness through detailed evidence-based review and evaluation by our expert Pharmacy & Therapeutics Committee.

## New Drug Process

Our new drug process involves three key steps: successfully identifying emerging drugs, thoroughly reviewing new drugs to determine efficacy and cost profiles, and providing clients with options for best positioning of new drugs for maximum savings and outcomes.

### *Identifying Emerging Drugs*

Through our Pipeline Drug Forecast initiative, we diligently monitor new drugs in development with a focus on the following areas:

- New drug approvals
- Specialty products in development
- New indications and other labeling changes for approved drugs
- New formulations for approved drugs
- First-time generic approvals

CONFIDENTIAL          OPTUMRX_MDL_007530156

- Primary patent expirations for selected high-revenue drugs
- Anticipated drug approvals for new drugs

Our Clinical Services Department gathers all relevant information from a variety of sources, including Food and Drug Administration Web sites, FDC reports (for example, The Pink Sheet, NDA Pipeline, Pharmaceuticals Approvals Monthly), Pharmalive, and drug manufacturers.

### Applying Our Review Process

We apply our standard drug review protocols to all emerging drugs. These protocols begin with a rigorous, evidence-based research review that addresses the following:

- Indications for use
- Pharmacology and bio-pharmaceutics
- Efficacy as documented by clinical study
- Side effects or toxicity
- FDA approval rating
- Cost of therapy
- Ease of use and patient acceptance
- Strengths and dosage forms available

In addition, our review considers the following key issues:

- Does the drug meet a justifiable need not already met by a drug on the formulary, or is it recommended to replace a drug
- If the drug is to replace another formulary agent, is it of superior or equal therapeutic value, or does it display fewer and/or less severe adverse effects

Following this thorough clinical review, our National Pharmacy & Therapeutics Committee must evaluate and approve the new drug before it is added to our formulary. These strict processes support our efforts to promote the use of the safest, most clinically appropriate and cost-effective medications.

### Providing Options to Clients

We offer our clients flexible options regarding the coverage of new drugs. We can support automatic processing of new drugs upon their availability on the market, or we can work directly with clients to develop a distinct strategy for each new drug. These strategies may involve the overlay of various coverage or clinical program controls that are aimed at providing appropriate access while optimizing plan savings.

To support our clients' decision-making process regarding new drugs, we offer:

- Timely analysis and clinical review of new drugs
- Detailed projections of PMPM impact

CONFIDENTIAL

OPTUMRX_MDL_007530157

- Customized, client-specific strategies for positioning new drugs relative to current formulary agents that are similar or in the same therapeutic class (for example, application of prior authorization guidelines for non-preferred or second-line medications, implementation of programs that promote generic utilization)

We also offer thorough reporting on new drugs and implemented strategies to determine utilization trends and actual savings. Our objective is to help clients forecast trends and thereby capitalize on any potential savings or improved outcomes opportunities.

## Plan for Optimizing Client Savings

Our plan for helping clients maximize savings opportunities related to new drugs involves the following key steps:

1. Conduct a full review of all new drugs to determine clinical and cost benefit.
2. Analyze historical claims and cost data to estimate each drug's dollar and utilization impact to the plan.
3. Develop a custom strategy that meets the client benefit objectives and provides maximum management of new drugs.
4. Provide ongoing reporting support to monitor new drug management and identify areas requiring additional intervention.

Our custom strategy indicated in step number 3 above may include implementation of standard or customized clinical programs and management tools that focus on formulary compliance, promotion of clinically appropriate therapies, and management of high-cost and/or high-use drug classes and categories.

Program examples include prior authorization guidelines, concurrent drug utilization review (that is, clinical edits such as step therapy edits and quantity limits), and targeted strategies for promoting use of cost-effective drug alternatives, such as our Generics Program.

The Generics Program is specifically designed to promote appropriate use of lower cost, high-quality, and first-line generic medications. Key components of our multi-faceted, clinical campaign to enhance generic utilization include:

- General educational outreach to prescribers and members to increase their awareness of the availability of generic products
- Targeted communication to prescribers and members to alert them of cost-saving opportunities by provider-specific reports and member letters
- Telephonic outreach to targeted prescribers and members to further promote generic utilization.
- Automated refill reminder calls to promote member adherence to therapy

Please refer to **Section IV, Exhibit 52**, for a Sample Pipeline Forecast Report.

CONFIDENTIAL                                                                 OPTUMRX_MDL_007530158

**20.24** **Please provide information that your organization has currently available regarding genetic testing as it relates to pharmacy utilization?  Please outline what if any plans you have for genetic testing opportunities in the future?**

We do not currently incorporate genetic testing information with our Specialty Pharmacy prescription trending data.

CONFIDENTIAL

OPTUMRX_MDL_007530159

## 21.    Marketing/Promotion/Sales Strategies

**21.1    Please identify any planned or expected changes for your 2010 program offerings.**

### Addressing Cost-Saving Objectives

Prescription Solutions is always looking for ways to improve access to safe, effective, and affordable medications to improve health and optimize outcomes for our members living with chronic conditions. We know that the current economic environment is placing even more pressure on our clients to contain costs, and are therefore focused on ensuring that our clients have an array of strategies at their disposal to get the most for their – and their members' – health care dollar. Some of the strategies we are talking to our clients about are traditional methods, while others, such as value-based formularies, introduce new options previously unavailable. We work closely with our clients to assess their goals and priorities with respect to pharmacy coverage, and in so doing we consider a variety of strategies, including the following drivers of cost savings:

- Increased copays on brand drugs
- Annual benefits maximums
- Annual deductibles
- Mail order incentives for maintenance medications
- Formulary options with a limited set of brand medications

### A la Carte Product Offerings

Prescription Solutions is expanding various services aimed at providing our PBM and MCO clients with stand-alone services that enable them to "carve out" capabilities of their business to us – a leading provider of PBM services. Allowing our PBM and MCO clients to partner with us on an a la carte basis addresses the growing need to augment the capabilities of plan administrators looking for best-in-class partners to deliver one or more aspects of their PBM solution. One example of such a solution focuses on optimizing financial outcomes for clients with stand-alone formulary management services, which optimizes financial outcomes by driving overall lowest cost while delivering an appropriate rebate return.

**21.2    Please provide any sample member or client communication pieces that have been developed, or provide a timeline for completion of these pieces.**

We are currently in the process of developing applicable materials and are willing to provide copies to GEHA for approval prior to release and distribution.

**21.3    Will you supply promotional materials to market your relationship with GEHA?**

Yes. During the implementation phase we will develop GEHA-specific identification cards, mail service brochures, New Member Welcome Kits, and other mutually agreed upon marketing materials.  We can customize these materials by incorporating client-specific logos, phone numbers, and Web site information. These customization options are available at no charge.

CONFIDENTIAL

OPTUMRX_MDL_007530160

Charges may apply for additional customization. These charges will be determined during implementation and will be based on complexity of the custom elements requested.

CONFIDENTIAL

OPTUMRX_MDL_007530161

## 22.    Compliance, Reporting and Administrative Overview

**22.1    Please confirm that your organization is fully licensed to provide PBM services in all 50 states and that you meet all CMS solvency requirements.**

As mandated by law, Prescription Solutions is licensed in states where operated to serve members nationwide.

Prescription Solutions is not a CMS licensee however.  We are a vendor for CMS licensees (i.e. Ovations and other Part D plans). Currently, there are no requirements for state licensing as a Prescription Drug Plan; should this become a requirement, Prescription Solutions will comply.

Prescription Solutions is licensed in the following states:

| | |
|---|---|
| Alaska | Arkansas |
| California | Illinois |
| Indiana | Iowa |
| Kansas | Kentucky |
| Louisiana | Maine |
| Maryland | Michigan |
| Minnesota | Mississippi |
| Missouri | Montana |
| Nebraska | Nevada |
| New Hampshire | North Dakota |
| Ohio | Oklahoma |
| Oregon | Pennsylvania |
| Rhode  Island | South Dakota |
| Texas | Utah |
| Vermont | West Virginia |
| Wisconsin | |

Prescription Solutions is not a CMS licensee however.  We are a vendor for CMS licensees (i.e. Ovations and other Part D plans).   Currently, there are no requirements for state licensing as a Prescription Drug Plan; should this become a requirement, Prescription Solutions will comply.

**22.2    Please confirm your ability to retain Rx and member records according to existing regulations.**

Confirmed.

CONFIDENTIAL                                    OPTUMRX_MDL_007530162

### 22.3  Please outline your capabilities with respect to e-prescribing programs and services.

We support e-prescribing capabilities that comply with HIPAA and CMS regulations and provide user-friendly electronic support for our clients' prescriber networks. Our capabilities help:

- Influence best practices
- Promote preferred prescribing patterns
- Support access to patient data
- Support verification of prior authorization
- Identify care-management issues

Our relationship with SureScripts-RxHub allows enhanced e-prescribing through our national retail network and our mail service facilities. Our e-prescribing capability is facilitated through the SureScripts-RxHub Pharmacy Health Information Exchange™. Through this connection, we process electronic prescriptions submitted by pharmacies and technology vendors who also have a relationship with SureScripts. Currently, SureScripts works with the vast majority of large pharmacy chains and most of the leading e-prescribing technology vendors.

For physicians who e-prescribe using certified technology, the SureScripts application supports the following functions:

- Electronic prescription transactions with our retail network pharmacies and our wholly-owned mail service pharmacies
- Fill status notifications to prescribers
- Electronic processing of prescription refill requests, authorizations, or denials
- Access to:
  - Claims history across all providers
  - Eligibility information and history
  - Formulary information

We launched our e-prescribing functionality for our Part D clients at the end of 2008 and have plans to make this technology available to our commercial clients throughout 2009.

CONFIDENTIAL                                                        OPTUMRX_MDL_007530163

**22.4    Would GEHA be able to access standard and ah-hoc reports on-line?  Please describe the reporting capabilities available to GEHA.  Does the system support reporting using prescription and medical data?  How many years of data is available for review?  Is there a cost associated with this service?**

Yes. We will offer GEHA access to our Online Reporting Tool. This technologically advanced decision-support tool houses a library of standard reports, and has the functionality to create custom reports based on specific criteria. Examples of data captured in these reports include:

- Overall utilization
- Provider-specific statistics
- Trend information
- Recommendations to improve performance
- Drug expense forecasting for developing cost control strategies

We maintain up to 36 months of historical client data in our Online Reporting Tool data warehouse. Additionally, we load and update claims information for this tool daily to ensure that clients have timely access to member utilization information.

Because our Online Reporting Tool is based on our claims system, only pharmacy data is available for reporting. We can work with GEHA to integrate medical data in custom reporting options and analysis as part of the services offered beyond the function of this tool.

### Available Reports

Examples of standard report templates available within the tool include:

- Drug Detail
- Member Detail
- Pharmacy Detail
- Medical Group Detail
- PCP Detail
- Prescriber Detail
- Top N Cost Effective Alternative* (shows potential cost savings for generic drugs)
- Top N Medical Group*
- Top N PCP*
- Top N Prescriber*
- Top N Drug*
- Top N Member*
- Top N Pharmacy*
- General Performance Statistics
- General Client Comparison

CONFIDENTIAL

OPTUMRX_MDL_007530164

- General Medical Group Utilization Summary
- General Formulary Management

  *\* "Top N" reports allow the user to select the number of records captured in the report.*

Beyond these templates, GEHA can use user-friendly report wizards to create custom reports based on a combination of variables. The tool includes detailed instructions on how to use the wizards to create meaningful management reports that are tailored to measure key plan performance factors.

Ad hoc reporting needs can also be met through our Online Reporting Tool, as well as GEHA's assigned client management team. Below we describe the types of reports available, turnaround time and flexibility, and available report media.

## Available Ad Hoc Reports

GEHA may directly request ad hoc or custom reports by contacting the client relations manager that we assign to GEHA account. The client relations manager is responsible for determining GEHA's requirements and developing report data as necessary in collaboration with the business analyst assigned to GEHA account. Ad hoc report generation may also include the support of other subject matter experts within our organization, such as our Clinical Services and Outcomes Research teams.

GEHA can create ad hoc reports anytime using our Online Reporting Tool. Through this tool, users can easily generate client-specific utilization and benchmark reports that compare performance across plan, carrier, drug, member, pharmacy, medical group, primary care provider, and prescriber categories. These reports can help GEHA identify specific patterns or trends within certain categories on an aggregate or individual basis. For example, benchmark reports can help identify outlier prescribing patterns across all medical groups or within one specific medical group.

## Turnaround Time and Flexibility

Our Online Reporting Tool facilitates generation of ad hoc reports on demand. GEHA may access this tool anytime. The turnaround time for ad hoc requests submitted through our account mangaement team will vary depending upon the complexity of the request. We will make every effort to fulfill such requests as timely as possible.

We take pride in our ability to offer customized, flexible reporting solutions to all of our clients. Our Online Reporting Tool supports complete flexibility, as it contains all fields captured by our claims system. This allows clients to create multiple report variations that can be saved, downloaded, and manipulated to provide the best plan management support and analysis.

Our client management team also provides extensive flexibility in generating ad hoc reports. This team has access to our book of business, which can lead to more in-depth analysis of GEHA performance in comparison to other health plans and similar sized client groups. We will work with GEHA to ensure that we deliver reports that measure all aspects of its benefit plan.

CONFIDENTIAL

Case: 1:17-md-02804-DAP Doc #: 6216-6 Filed: 07/03/25 225 of 270. PageID #: 693385

## Installation, Training and Fees

We provide our standard and ad hoc reporting services at no additional cost. In addition, we offer installation and training services (both on-site and online training) free of charge. As part of our standard fees, we also provide consultative support services, which include direct access to a dedicated business analyst who is responsible for generating high-level cost and utilization reports and recommending appropriate cost containment and utilization management strategies.

We may charge additional fees if a client requests complex report customization; however, this occurs infrequently since the majority of customized requests can be accommodated through our Online Reporting Tool. We generally charge $150 for each hour of programming required to create customized report templates.

If desired, GEHA can use its implementation allowance fund to pay for custom reporting.

Please refer to **Section IV, Exhibit 27**, for a copy of our Online Reporting Tool Brochure and Demonstration CD.

**22.5 Please confirm if retro-claims will be available for reporting?**

Confirmed. We maintain up to 36 months of historical client data in our Online Reporting Tool data warehouse. Additionally, we load and update claims information for this tool on a daily basis to ensure that clients have timely access to member utilization information.

**22.6 What support is provided to GEHA for access and use of your reporting system? Will GEHA have a dedicated staff?**

Yes. The client management team dedicated to GEHA will support all of its reporting needs. Below we describe the client management team's role in assisting GEHA with both standard and custom reporting.

## Standard Reporting

Our client management team will provide GEHA with the following standard reports on a monthly, quarterly and annual basis.

- Brand and generic utilization summary
- Customer Service statistics
- Days supply
- Direct member reimbursement
- Direct member utilization
- Drug utilization and cost
- Formulary compliance
- Generic utilization
- Group utilization summary

CONFIDENTIAL        OPTUMRX_MDL_007530166

- Mail service utilization
- Member prior authorization detail
- Pharmacy provider utilization summary
- Top 5 therapeutic classes by ingredient cost
- Top 10 high cost drugs by ingredient cost
- Top 30 members by ingredient cost
- Top 30 pharmacies by ingredient cost
- Top 30 prescribers by ingredient cost
- Total transactions processed
- Utilization summary

Quarterly management reports, which organize raw data into actionable information, will be reviewed with GEHA. An Executive Summary will also be provided to GEHA, which provides a platform to analyze census information, plan averages, ingredient costs, generic fill rates, and client statistics; it is also used to recommend future plan designs.

Annual reports will also be provided to GEHA as an Executive Summary and include comprehensive statistical management details that provide the data necessary to accurately forecast and manage its pharmacy benefits. In addition, Prescription Solutions uses the data to carefully review critical areas such as trends in formulary compliance, utilization management, and underutilization of OTC medication programs. Performing these analyses allows our client management team to propose and implement cost-saving measures that can further reduce overall health care expenditures.

Monthly reports are available within 10 days of the end of the prior month. Quarterly reports are available within 30 days of the end of the prior quarter. Annual reports are available within 30 days of the end of the year.

## Custom Reporting

GEHA may directly request ad hoc or custom reports by contacting the client relations manager that we assign to the GEHA account. The client relations manager is responsible for determining GEHA's requirements and developing report data as necessary in collaboration with the business analyst assigned to the GEHA account. Ad hoc report generation may also include the support of other subject matter experts within our organization, such as our Clinical Services and Outcomes Research teams.

The turnaround time for ad hoc requests submitted through our client management team will vary depending upon the complexity of the request. We will make every effort to fulfill such requests as timely as possible.

We take pride in our ability to offer customized, flexible reporting solutions to all of our clients. Our Online Reporting Tool supports complete flexibility, as it contains all fields captured by our claims system. This allows clients to create multiple report variations that can be saved, downloaded, and manipulated to provide the best plan management support and analysis.

CONFIDENTIAL

OPTUMRX_MDL_007530167

Our client management team also provides extensive flexibility in generating ad hoc reports. This team has access to our book of business, which can lead to more in-depth analysis of GEHA performance in comparison to other health plans and similar sized client groups. We will work with GEHA to ensure that we deliver reports that measure all aspects of its benefit plan.

Clients pay nothing extra for our Online Reporting Tool. In addition, we offer installation and training services (both on-site and online training) free of charge. As part of our standard fees, we also provide consultative support services, which include direct access to a dedicated business analyst who is responsible for generating high-level cost and utilization reports and recommending appropriate cost containment and utilization management strategies.

We may charge additional fees if a client requests complex report customization; however, this occurs infrequently since the majority of customized requests can be accommodated through our Online Reporting Tool. We generally charge ████████████████████ required to create customized report templates.

If desired, GEHA can use its implementation allowance fund to pay for custom reporting.

**22.7  Do you allow clients to perform their own data analysis/query? What is your preferred mode of connectivity for reporting? Is there a cost associated with this?**

Yes. We will offer GEHA access to our Online Reporting Tool. This technologically advanced decision-support tool houses a library of standard reports, and has the functionality to create custom reports based on specific criteria.

We use a virtual private network (VPN) to connect users securely to our systems via the Internet. Our systems and Web site are also protected through 128-bit encryption code.

We do not charge clients to connect to our systems.

**22.8  Are there reporting capabilities available to members online (i.e., pharmacy locator, utilization/tracking reports, price comparison tools, etc.)?**

Yes. Our Web site—located at www.prescriptionsolutions.com—offers exceptional functionality to GEHA's members. Following is a description of our current Web site capabilities as well as planned enhancements.

## Current Capabilities

Our Web site provides:

- Practical, up-to-date, and easy-to-use healthcare-related content for members
- A secure setting that protects the confidentiality of member data
- Opportunity for customization that supports member engagement and ability to manage pharmacy benefits and account details
- An easy-to-use online pharmacy that is safe, secure and convenient for prescription refills, buying over-the-counter items and ordering medical supplies

CONFIDENTIAL                                                OPTUMRX_MDL_007530168

GEHA's members will enjoy quick, user-friendly navigation and can access tools for addressing and managing their overall healthcare concerns. Our Web site also facilitates easy interaction with our customer service advocates (CSAs), who are available any time, day or night.

### Features and Functions

- **Online cost estimator and pricing tool.** Our site features a powerful application that allows Medicare Part D members to compare brand and generic drug pricing as well as retail and mail service pricing.

- **Order status.** Members can view the status of their order while it's being processed in our facility.

- **Enhanced formulary look-up.** In addition to looking up a wealth of information on covered drugs by name or drug class, our dynamic formulary search tool also offers drug alternatives for common non-formulary medications.

- **Transfer Prescriptions.** This feature evaluates the members' retail prescriptions to determine if they can be transferred to our mail service pharmacy. If a member is eligible, the system produces easy-to-use, pre-populated Transfer to Mail Service forms which members can print and take to their physicians.

- **Renew Prescriptions.** Like the Transfer to Mail Service option, this feature allows eligible members to create easy-to-use, pre-populated Prescription Renewal forms they can print and take to their physicians to renew those prescriptions.

- **Online ordering**. In addition to prescription drugs, members can purchase over-the-counter (OTC) products. GEHA's Medicare Part B-eligible members will also be able to order Medicare Part B medical supplies.

### Health Management Tools

- **Personal data.** Members have password-protected access to their personal information, including a detailed profile, mail service order status, and history of mail order prescription and OTC purchases.

- **Specialty pharmacy tools.** Current and prospective specialty pharmacy patients can study an overview of our specialty pharmacy and get details on how to enroll in our disease therapy management programs.

- **Health news partner with OptumHealth.** Members can click on a link to take them to www.MyOptumHealth.com, which contains a vast library of health-related information.

- **Drug information.** Members can access to RxNews, which is designed to provide valuable and timely information on drug/drug therapy issues, recent FDA drug safety warnings, drug recalls/voluntary withdrawals and labeling changes, drugs in the pipeline, and significant clinical studies

CONFIDENTIAL

OPTUMRX_MDL_007530169

### Customer Service Features

- **Click-to-Call.** Links placed strategically throughout the site facilitate easy contact with our call center. A single click launches an online form; the member fills in his/her phone number and desired call-back time, and a customer service advocate (CSA) will call the member and personally respond to their inquiry.

- **Contact Us Web Form.** Members can submit information requests by choosing from a broad range of topics and sub-topics. This method provides CSAs with critical information to answer inbound inquiries accurately and quickly.

- **Pharmacy Locator - Google® Maps.** The pharmacy locator tool uses Google Maps to provide members with robust interactive map features and functionality.

### User-Friendly Functions and Updates

- **Site-wide search.** We have included a user-friendly index that helps users navigate to precise areas of the site. Members can easily find key documents, files, and site specifics as easily as searching the Web. Search results include over-the-counter products, prescriptions medications, educational information, and more.

- **Print This Page.** Members can easily print from the site for recordkeeping, communication with physicians, and so on. Date-and-time-stamps are automatically included on the document for easier recordkeeping.

## Planned Enhancements

We continually strive to improve our technology and explore new strategies and programs that will increase our internal efficiencies and result in improved service to our clients and their members. In fact, on August 5, 2009 we will launch a major update of our site that includes:

- Personalized **dashboards** that will allow members to easily access all of their prescriptions and account information in one spot, with one click

- A prescription **refill tool** for even easier ordering

- A **real-time drug-pricing tool** that will enable members to compare drug prices at mail and retail. This tool will even provide assistance to GEHA's Part D members who are negotiating the "donut hole"

- Easier-to-use **navigation** throughout the site

- A cleaner, more contemporary **design**

- Additional **time-saving tools** such as drug pricing, formulary and health information



**"My Prescriptions" Dashboard**

CONFIDENTIAL

OPTUMRX_MDL_007530170

Case: 1:17-md-02804-DAP Doc #: 6216-6 Filed: 07/03/25 230 of 270. PageID #: 693390

More information about the upcoming launch can be found under the Coming Soon banner on our site, including, as of July 15, a video tour of all of the new features and functions.

Several near-term enhancements which we expect to be in place by the time of GEHA's effective date on January 1, 2011, include:

- **Shipping status and tracking.** In addition to viewing the status of their orders while still in our facility, members will also be able to track each package, via a tracking number, throughout the shipping process.

- **Healthcare team access.** Caregivers and healthcare providers will be able to access member-specific account information via the member login function.

- **Integrated health care account support**. Consumer health care accounts will be integrated with our member portal, enabling members to use their Flexible Spending Accounts (FSAs) or Health Savings Accounts (HSAs) to order OTC products online. Our plans for this functionality include allowing the use of debit/cash cards.

- **Online EOP/EOB.** Members will be able to access and print their explanations of benefit (EOBs) and explanations of payment (EOPs).

We ensure the confidentiality of all member data accessed on the Internet by requiring secure login with a unique user name and password. During registration, we also ask a number of security questions and use the answers to verify identity if the member forgets their user name or password. Members may register and create one user account that is verified through input of their member ID number and birth date.

We also offer Web site customization options that will benefit GEHA and its members by creating a more personalized and integrated relationship between GEHA and Prescription Solutions. These options can include co-branding with GEHA and development of custom member welcome messages.

For convenience, we have established a guest user name and password that allows access to our consumer website. Use the following account information to sign in at www.prescriptionsolutions.com:



**22.9    Please confirm if the insured/member will be able to receive periodic reports outlining how much has been paid in Rx benefits, drug formulary changes or restrictions, and year-to-date expenditures.**

Confirmed. We currently produce a monthly EOB for Medicare Part D members. If GEHA desires, we can also produce a periodic explanation of benefits (EOB) report for its non-Medicare Part D members. The EOB can include all claims filled at retail and mail and show the actual costs charged to the client and plan member contributions. Clients who opt for this service are responsible for the cost of postage and materials associated with this additional service.

CONFIDENTIAL                                                    OPTUMRX_MDL_007530171

**22.10  Please provide any outlines or templates illustrating the various reports that your organization will be able to provide to GEHA.**

Please refer to **Section IV, Exhibit 2,** for our standard reporting package, a sample executive summary report, and our specialty pharmacy standard reporting package. Please also see **Exhibit 3** for sample ad hoc reports.

**22.11  Describe analysis tool capabilities relating to disease management.  Specifically, can the analysis tool identify prescription drug claim data as well as medical code (ICD-9) data to create patient profiles?**

We maintain solid processes for supporting full integration of capabilities among companies, and we actively seek opportunities to integrate our innovative PBM services with our clients' comprehensive program needs, such as medical coordination, disease management, care management, and behavioral health integration.

We will coordinate with external vendors to integrate prescription claims data with medical and behavioral health plan information seamlessly. As part of this effort, we can create patient profiles at both mail and retail provided that we have the data. Should GEHA wish to use medical code (ICD-9) data to create profiles, we can accommodate this requirement.  Our experience includes administration of plans that integrate with medical plan features, such as deductibles, coinsurance, and out-of-pocket maximums.

Additionally, our clinical teams have extensive experience in working with external disease and case management programs and vendors to coordinate complete member care. We can successfully manage the exchange and integration of medical and pharmacy claims data to facilitate enhanced clinical analyses and predictive modeling activities. We can also work directly with our clients' existing vendors and programs to integrate our disease management activities and interventions to provide seamless service to members.

During the implementation phase, we will identify all programs and activities offered through our organization and available through GEHA's externally contracted providers or programs. We will then develop an action plan for routine communication of program activities and progress, and establish processes for referral among all available services to ensure an integrated approach.

**22.12  Confirm your ability to provide reporting on an individual benefit-level basis.**

Confirmed. Our reporting options are highly flexible and can accommodate reporting by specific groups or member categories. Several hierarchical categories are already built into our standard reporting package. In addition, our Online Reporting Tool will allow GEHA to select report categories and parameters to generate meaningful comparisons within its own book of business. We can discuss custom report requirements for GEHA during the implementation phase.

CONFIDENTIAL                    OPTUMRX_MDL_007530172

### 22.13 Describe your capabilities to track prescribing patterns for individual providers.

We routinely monitor physician prescribing to identify inappropriate patterns that warrant intervention, and we have programs to improve physician compliance.

Prescription Solutions has profiled prescribers since 1993. Clients can review and make decisions regarding physician prescribing activities through our standard reporting package and our Online Reporting Tool. The Client Management team assigned to GEHA is responsible for responding to GEHA's requirements in this area, communicating trends, and making recommendations for targeted programs that are aimed an influencing physician habits.

Our standard reporting package includes many reports that monitor individual physician prescribing patterns, such as the Sample Prescriber Detail Reports and Sample Top N Prescriber Reports from the Online Reporting Tool. Physicians can be profiled by any number of variables, including the number of prescriptions written, percentage formulary drugs prescribed, percentage of generics prescribed, amount paid and ingredient cost of prescription, Dispense As Written (DAW) codes, drug types or class, and many more. GEHA can also create its own ad hoc reports using the Online Reporting Tool to profile individual physicians. Physicians can be profiled by number of prescriptions written, percentage formulary drugs prescribed, percentage of generics prescribed, amount paid and ingredient cost of prescription.

Our physician-focused reports can profile providers according to the following parameters:

- Number of prescriptions written
- Percentage of formulary drugs prescribed
- Percentage of generics prescribed
- Amount paid
- Ingredient cost of prescription

We generally provide feedback reports directly to physicians as part of our clinical program interventions. The frequency at which we deliver these program-related reports depends upon the programs chosen by GEHA. For example, some of our programs include a one-time report activity, while others may involve follow-up reporting and communications.

Beyond the reporting offered through our clinical programs, we can accommodate customized direct feedback reporting to physicians at any specified frequency. Namely, we can provide reports on a monthly, quarterly, semi-annual, annual, or ad hoc basis. Upon award of bid, we will discuss GEHA's objectives and requirements regarding this reporting service, as well as any associated costs.

We do not limit our physician profiling reports by applying standard thresholds or limitations. Instead, we will work with GEHA to determine its profiling requirements and specifications. Generally, however, if a client uses an open prescriber panel, we will recommend applying some parameters (e.g., outliers only) to narrow the focus of our reports. We can make recommendations to GEHA on appropriate parameter guidelines that will yield meaningful and manageable reports.

CONFIDENTIAL

Using our Online Reporting Tool, GEHA can apply its own limits to control the range of data and physician records in its profiling reports. For example, GEHA can apply query statements that will select report records based on date of claim, physician or prescriber specialty, drug or drug class (by NDC or GPI), medical group, and location.

We offer direct physician feedback reporting through our clinical programs. Depending on the program chosen by GEHA, we will communicate directly with its provider and prescriber community to highlight adverse prescribing patterns, note specific utilization issues at the patient level, suggest alternative therapies, and provide education on national guidelines and clinical studies. Our communications typically include personalized letters, informational materials, summary reports on prescribing patterns, and patient-specific reports. In our communications, we always provide contact information to allow physicians the opportunity to discuss any report- or drug-related concerns or issues with us.

**22.14  Which of the following capabilities can you provide to GEHA?  Is there a separate cost associated with these functions?**

| | Yes/No | Comments |
|---|---|---|
| Plan design modeling | Yes | No additional charge |
| Formulary modeling | Yes | No additional charge |
| DUR modeling | Yes | No additional charge |
| Clinical program modeling | Yes | No additional charge |
| Drug trend analysis | Yes | No additional charge |
| Physician profiling | Yes | No additional charge |
| Predictive modeling | Yes | No additional charge |
| Clinical rules development and implementation | Yes | No additional charge |

**22.15  What type of benchmark data do you include in your analytical report?  What, if any, adjustments do you typically make to your benchmark data?**

Through our Online Reporting Tool, GEHA can easily generate client-specific benchmark reports that compare performance and utilization across plan, carrier, drug, member, pharmacy, medical group, primary care provider, and prescriber categories. These reports can help GEHA identify specific patterns or trends within certain categories on an aggregate or individual basis. For example, benchmark reports can assist with identifying outlier prescribing patterns across all medical groups or within one specific medical group.

This benchmark reporting capability is available only for GEHA's specific plan data. Clients cannot access data for other Prescription Solutions clients via our online tool. However, we do provide book-of-business reports through our standard quarterly and annual reporting packages, which are delivered by the client management team. We are also willing to accommodate ad hoc requests for book-of-business comparison statistics. We can tailor these reports to include clients that are similar to the client plan in terms of size, location, member demographics, and other key factors.

CONFIDENTIAL

OPTUMRX_MDL_007530174

## 23. Medicare Part D, Medicare Part B, and Medicaid

### 23.1 Describe your company's expertise and experience in implementing and supporting Medicare and Medicaid business. Please provide examples.

For the past 19 years we have actively sought opportunities to integrate our innovative pharmacy benefit management (PBM) offering with our clients' senior and retiree drug benefits. Through our longstanding partnerships with leading managed care organizations—including Secure Horizons, one of the nation's largest Medicare managed care providers—we have refined our ability to successfully collaborate with medical plans to provide comprehensive pharmacy benefits to Medicare beneficiaries. By leveraging our clinical and cost management expertise, we help our client partners effectively manage total health care costs while providing optimal quality and care to their senior and retiree populations.

> **Our Proven Medicare and Medicaid Client Experience**
>
> Clients will benefit from our vast experience in serving senior and retiree populations. We currently support pharmacy program needs and Part D needs for the following clients:
>
> - Secure Horizons
> - Peabody Energy
> - International Brotherhood of Teamsters
>
> We also support the following Medicaid health plans:
>
> - El Paso First Health Network
> - AmeriChoice of New Jersey
> - AmeriChoice of Tennessee

With the launch of the Medicare Part D program in 2006, we further enhanced our portfolio of senior and retiree programs. Now we offer a comprehensive array of pharmacy benefit programs and services that fully support the regulations and administrative requirements established by the Medicare Modernization Act (MMA) and the Centers for Medicare & Medicaid Services (CMS). Our capabilities include adaptable options that meet diverse client business objectives and fulfill the health care needs of Medicare beneficiaries.

Today, our Medicare Part D line of business includes more than six million Medicare beneficiaries served through two external PDP clients, 18 clients with a Retiree Drug Subsidy (RDS) program, and our parent company, UnitedHealth Group, which operates as an MAPD and PDP provider offering multiple plan options to individual beneficiaries and employer groups.

From this position as one of the largest providers of Part D pharmacy benefits, we offer clients the opportunity to partner with an experienced leader in the Part D market and select the most advantageous Part D strategies from our broad offering of programs and services.

### Experienced Part D Market Leadership

All of our Part D programs and services are supported by our extensive history and expertise in working with CMS. During the Part D development phase, our top executive leaders played an integral role in helping CMS evaluate and modify proposed Part D regulations and requirements. Our leaders continue to help the agency in the ongoing refinement of program guidelines. In addition, our Clinical and Operational teams maintain continual contact with CMS to ensure they are up-to-date on the latest program modifications and policy information.

CONFIDENTIAL

OPTUMRX_MDL_007530175

Consequently, we have forged a solid partnership with CMS, and an established position as a marketplace leader in the Medicare arena.

## Medicare Part D Programs and Services

Working from CMS regulations, we have built capabilities and have the requisite experience to offer a diverse range of Part D programs and services. Our systems and staff are fully capable of satisfying CMS requirements for the following key Part D program elements:

- Part D claims administration
- Pharmacy network access that meets CMS Tri-Care access standards
- CMS-required reporting
- Employer subsidy compliance
- True out-of-Pocket (TrOOP) accounting
- Explanation of Benefits (EOB) compliance
- CMS-approved transition and appeals processes
- Low income subsidy management and reconciliation

Our capabilities include support of direct-contract employer group waiver plans (EGWPs), self-insured "wrap" or enhanced plans, retiree drug subsidy (RDS) plans, and 800-series EGWPs. Below we describe these Part D support options in more detail.

### *Direct-Contract Employer Group Waiver Plans (EGWPs)*

Our Part D services include full support for clients who have received a waiver to operate as a Medicare Advantage Prescription Drug Plan (MAPD) or a Prescription Drug Plan (PDP). Our full range of administrative and clinical services includes:

- Implementation services and ongoing client management support that is led by a designated client relations manager
- Assistance with completing the CMS applications
- Consultative support regarding plan design and formulary selections
- Clinical support from our in-house team of physicians and pharmacists
- Access to our library of CMS-approved member and provider communications
- Custom formulary development and management
- Access to Prescription Solutions' established retail pharmacy network and mail service pharmacies
- Drug rebate management and reporting
- Claims data management and reporting

CONFIDENTIAL

Government Employees Health Association

### *Self-insured Wrap or Enhanced Plans*

We can also provide complete administrative services organization (ASO) PBM services to support self-insured wrap or enhanced programs. These services include:

- Claims processing for primary and secondary benefits
- TrOOP accounting
- EOB compliance
- Customer service
- Network contracting
- CMS reporting
- Coordination of Benefits (COB)
- Medication Therapy Management Programs
- Client Management and Implementation Services
- Direct Member Reimbursements (DMR)
- Custom formulary
- Additional clinical programs
- Custom reporting

### *Retiree Drug Subsidy Support*

For clients who decide to receive the Retiree Drug Subsidy (RDS) option, we also provide comprehensive services and support. These include:

- Referral to actuary who can provide actuarial certification
- Claims data reporting to support Retiree Drug Subsidy (RDS) application process
- Preparation of list of retirees for whom plan sponsor intends to collect the RDS payment
- Submission of list of retirees to CMS
- Preparation of monthly updated retiree list to CMS
- Submission monthly updated retiree list to CMS
- Claims data for development of subsidy payment report
- Development of subsidy payment report for submission to CMS
- Submission of subsidy payment report to CMS
- Reconciliation of payment data submission rejections
- Data reporting for rebate reconciliation
- Support of the CMS audit process

## Senior- and Retiree-Focused Clinical Programs and Initiatives

In addition to our Part D-focused services, we can offer supplementary support through additional senior-focused programs and benefits, including:

CONFIDENTIAL

OPTUMRX_MDL_007530177

- Clinical programs
- Mail service advantages
- Specialty Pharmacy management strategies
- Educational materials and decision support tools, and specialized customer service and communications.

Through these components, we seek to provide our clients with a full array of services that complement the Medicare Part D program and offer beneficiaries convenience and quality support.

## *Clinical Programs*

Developed by our in-house Clinical Services team, our clinical programs target key drugs, drug classes and disease states with the objective of improving drug utilization, reducing adverse drug events, and reducing overall health care costs. These programs include strategies for formulary and utilization management, medication adherence, disease state management, and targeted safety, quality and disease interventions.

---

### Senior- and Retiree-Focused Clinical Programs and Initiatives

Prescription Solutions offers and extensive array of clinical programs and initiatives designed to meet the unique needs of the client's senior and retiree members:

**Formulary and Utilization Management**
- Proton Pump Inhibitor (PPI) Conversion
- Gastro-intestinal (GI) Drug Class Initiative
- Initiative for HMG Co-A Reductase Inhibitors
- Generic Sampling Program
- Over-the-Counter (OTC) Medication Program
- Generics Program

**Medication Adherence Programs**
- Osteoarthritis and Rheumatoid Arthritis Program
- Antidepressant Adherence Program
- Osteoporosis Therapy Program
- Statin Persistence Program
- Overactive Bladder (OAB) Program

**Senior-Focused Clinical Strategies**
- Geriatric RxMonitor Program
- Polypharmacy Program
- Drug Interaction Alert Program
- Osteoporotic Fracture Program
- Sleep Management Program
- CHF and ACEI and Beta-Blocker Use Program
- Post-MI and Beta-Blocker Use Program
- Statin Use in Post-MI Program
- Chronic Obstructive Pulmonary Disease (COPD) Program
- Diabetes Programs

---

CONFIDENTIAL

OPTUMRX_MDL_007530178

Government Employees Health Association

### *Formulary and Utilization Management*

These programs focus on formulary compliance, promotion of clinically appropriate therapies, and management of high-cost and/or high-use drug classes and categories. Program examples include prior authorization guidelines, case review for specialty medications, concurrent drug utilization review (i.e., clinical edits such as step therapy edits and quantity limits), and strategies for promoting use of cost-effective drug alternatives.

Program examples are described below:

- Proton Pump Inhibitor (PPI) Conversion.
  - Gastro-intestinal (GI) Drug Class Initiative
- Initiative for HMG Co-A Reductase Inhibitors.
- Generic Sampling Program.
- Over-the-counter (OTC) Medication Program.
  - Generics Program.

### *Medication Adherence Programs*

Medication adherence is a key initiative for our organization. We are committed to developing programs that increase adherence rates in a number of chronic and high-impact disease states. Through the programs described below, we aim to promote appropriate utilization, improve member health outcomes, and manage overall healthcare costs by reducing the impact of increased medical costs associated with non-adherent patients.

### *Osteoarthritis and Rheumatoid Arthritis Program..*

- Antidepressant Adherence Program.
- Osteoporosis Therapy Program.
- Statin Persistence Program.
- Overactive Bladder (OAB) Program.

### *Targeted safety, quality and disease interventions*

We combine innovative utilization management, quality improvement, retrospective drug utilization review (DUR), and health outcomes research strategies to develop targeted programs that yield measurable results, including reduction in emergency room visits, unnecessary and inappropriate drug use, and overall costs. These programs focus on pre-catastrophic populations with high-cost, high-impact conditions that have the greatest potential for improvement via pharmacy intervention. Program components may include targeted letters, reports, educational pieces, and other communications. These components address the importance of appropriate utilization, medication compliance, and healthy lifestyle choices.

Specific objectives may include decreasing use of certain therapeutic classes, substituting one medication for another or moving patients from prescription-strength drugs to over-the-counter (OTC) alternatives.

CONFIDENTIAL

OPTUMRX_MDL_007530179

Below are examples of our key senior-focused clinical strategies that can be integrated with the client's senior and retiree benefits program.

- Geriatric RxMonitor Program.
- Polypharmacy Program.
- Drug Interaction Alert Program.
- Osteoporotic Fracture Program.
- Sleep Management Program..
- CHF and ACEI and Beta-Blocker Use Program.
- Post-MI and Beta-Blocker Use Program.
- Statin Use in Post-MI Program.
- Chronic Obstructive Pulmonary Disease (COPD) Program.
- Diabetes Programs.

Our clients also benefit from our leadership in the following areas:

- **National Pharmacy & Therapeutics (NP&T) Committee process.** The foundation of our formulary development process is our NP&T Committee. Supported by our Clinical Services department, this expert committee reviews and approves all formulary drugs and related formulary management tools. Our Committee meets, and in most cases exceeds, the requirements set forth by CMS for the Medicare Part D program. For example, all members are free of conflict of interest. Members also represent a diverse range of academic and practicing physicians and pharmacists. These professionals have expertise in ethics, immunology, cardiology, family practice, gastroenterology, geriatrics, hematology/ oncology, infectious disease, internal medicine, pediatrics, pharmacoeconomics, and psychiatry.

- **Formulary development and management.** We offer comprehensive formulary development and management support services. Our offering includes management of a standard formulary that is CMS-approved and includes effective clinical management tools to promote cost savings while maintaining appropriate access to medications. We also support development of a custom formulary that meets specific client needs. This support includes assistance with formulary submission to CMS and comprehensive management of clinical and technical issues raised by CMS.

- **Medication Therapy Management Program (MTMP) support.** All of our Part D programs are supported by our CMS-approved Medication Therapy Management Programs, which aim to manage medication use, reduce adverse events (such as drug interactions), and improve overall management of Part D drug costs.

  Medicare-eligible beneficiaries who qualify for this program will benefit from the following MTMP service components:

  - Identification of clinically significant drug-drug interactions
  - Detection of duplicate therapy, inappropriate therapy, and adverse drug combinations
  - Refill reminders

CONFIDENTIAL

OPTUMRX_MDL_007530180

- o  Assessment of drug therapy regimen
- o  Maximization of medication therapy effectiveness
- o  Education and training

In addition to our administrative and clinical support services for Part D, we also offer comprehensive consultative services that include analysis of existing client benefits, financial modeling for each of our program options, and recommendations on strategies that will yield the most favorable results in terms of plan costs and beneficiary service and value.

## Longstanding Medicaid Expertise

In conjunction with our solid relationship with the Centers for Medicare and Medicaid Services (CMS), we understand the complex laws and regulations that govern benefit program requirements and access for these market segments. We can integrate our innovative PBM services with our clients' Medicare and Medicaid programs, including State Children's Health Insurance Programs (CHIP). For example, we are adept at coordinating state and federal regulations within various benefit design structures.

We understand the diverse needs of the Medicaid populations and currently work with these clients to support a fully integrated plan, customized to address the various benefit structures, copay designs and state-funding arrangements. We have experience supporting groups that are the payers of last resort and require collaboration with other vendors that meet the service needs for behavioral health and skilled nursing or hospice components, as well as others.

## Coordination with External Vendors

We will coordinate with external vendors to integrate prescription claims data with medical and behavioral health plan information seamlessly.  Our experience includes administration of plans that integrate with medical plan features such as deductibles, coinsurance, and out of pocket maximums.

Additionally, our clinical teams have extensive experience in working with external disease and case management programs and vendors to coordinate complete member care. We can successfully manage the exchange and integration of medical and pharmacy claims data to facilitate enhanced clinical analyses and predictive modeling activities. We can also work directly with the client' existing vendors and programs to integrate our disease management activities and interventions to provide seamless service to members.

During the implementation phase, we will identify all programs and activities offered through our organization and available to members through state-funded programs or via externally contracted providers. We will then develop an action plan for routine communication of program activities and progress, and establish processes for referral among all available services to ensure an integrated approach.

CONFIDENTIAL

OPTUMRX_MDL_007530181

**23.2    Please outline your process in place today with respect to the handling of Medicare and Medicaid claims.**

We follow CMS guidance regarding payment for drugs under Part B versus Part D, and we offer clients two options for handling this process: point of service edits and COB management.

## Point of Service Edits

We can support appropriate payment for Part B drugs through application of point-of-service system edits that flag drugs that may be payable under Part B (as identified by CMS). These edits include instructions to the dispensing pharmacist that the claim may be paid under Part B. We have developed a library of Part B vs D guidelines that help determine the coverage allowed based on CMS criteria. If a drug may be allowed under Part B, the pharmacist is able to submit the claim to the appropriate payer to avoid unnecessary billing under the member Part D benefit.

## COB Management

We accommodate coordination of benefits (COB) for multiple payers and benefit structures, including claims that are covered under Medicare Part B or Part D. Following is a brief description of our COB process.

We can provide COB administration services to support claims and certain medications that may be covered under Part B or Part D. We will outline all necessary requirements during the implementation phase, such as the need for a primary indicator in the submitted eligibility files showing another insurance carrier or benefit coverage for a member. We will use this indicator to determine the method for processing the claim. GEHA will determine the methods for processing COB claims during the implementation process. For example, GEHA may opt to deny the claim at the point of service and a send an online message to the pharmacy instructing it to submit the claim to an alternate insurance company. There is no additional charge for this type of COB administration.

As another option, the claim could be paid as normal. We will flag and report these claims as COB in a monthly claims encounter file. GEHA would then submit the claims to the alternate insurance carriers for payment. There is no charge for this type of COB administration. If the member submits a claim to a primary insurance carrier and then sends an EOB to Prescription Solutions, the claim can be processed as a direct member reimbursement (DMR) and the member can be reimbursed in full or in part for the remaining amount not paid by the primary carrier (less the applicable copayment). Additional administrative fees are charged for this type of COB administration.

**23.3    How many current clients are enrolled in Medicare and Medicaid products?**

We represent 21 Medicare clients (both MA-PD and PDP sponsors), with a total membership count of 5,371,411.  Our Medicaid business comprises 3 clients with a total membership count of 651,401.

CONFIDENTIAL

OPTUMRX_MDL_007530182

**23.4  Provide a sample of the reports associated with these programs.**

Please refer to **Section IV, Exhibit 53**, for our Part D CMS Reporting Package, and **Exhibit 2** for our Standard Reporting Package.

**23.5  Please provide confirmation that your organization is currently compliant with all CMS requirements in providing PBM services to Plan Sponsors.**

Medicare Part D sponsors are obligated to comply with all CMS requirements related to Medicare Part D Services.  Medicare Part D sponsors provide oversight of their vendors and down-stream contracts through conducting audits as well as providing numerous training and guidance documents.  We have systems and processes in place that are consistent with CMS requirements that facilitate us to provide PBM services to Medicare Part D Plan Sponsors.

**23.6  Please confirm your ability to retain Rx and member records according to CMS regulations.**

Confirmed.

**23.7  Describe your Medicare Part D Retiree Drug Subsidy eligibility and reporting practice standards and procedures.**

All of our Part D programs and services are supported by our extensive history and expertise in working with CMS. During the Part D development phase, our top executive leaders played an integral role in helping CMS evaluate and modify proposed Part D regulations and requirements. Our leaders continue to help the agency in the ongoing refinement of program guidelines. In addition, our Clinical and Operational teams maintain continual contact with CMS to ensure they are up-to-date on the latest program modifications and policy information. Consequently, we have forged a solid partnership with CMS, and an established position as a marketplace leader in the Medicare arena.

We provide comprehensive support to clients who decide to receive the Retiree Drug Subsidy (RDS) option. These include:

- Referral to actuary who can provide actuarial certification
- Claims data reporting to support Retiree Drug Subsidy (RDS) application process
- Preparation of list of retirees for whom plan sponsor intends to collect the RDS payment
- Submission of list of retirees to CMS
- Preparation of monthly updated retiree list to CMS
- Submission monthly updated retiree list to CMS
- Claims data for development of subsidy payment report
- Development of subsidy payment report for submission to CMS
- Submission of subsidy payment report to CMS
- Reconciliation of payment data submission rejections

CONFIDENTIAL

OPTUMRX_MDL_007530183

Government Employees Health Association

- Data reporting for rebate reconciliation
- Support of the CMS audit process

As part of our RDS services, we produce monthly and year-end reconciliation reporting for CMS-eligible enrollees to document the key components required for subsidy plans. These components include:

- Gross Retiree Cost (GRC)
- Threshold Reduction (THR)
- Limit Reduction (LR)
- Estimated Cost Adjustment (ECA)

For our current RDS clients, we generate and distribute reports to the client for data entry into the RDS system. We can support this same method for GEHA, or we can negotiate a process through which Prescription Solutions would submit all required data and reports directly to CMS on GEHA's behalf. We are willing to discuss requirements and costs for these services upon award of bid.

In addition to our administrative and clinical support services for Part D, we also offer comprehensive consultative services that include analysis of existing client benefits, financial modeling for each of our program options, and recommendations on strategies that will yield the most favorable results in terms of plan costs and beneficiary service and value.

Our client management structure reinforces client convenience and satisfaction, and leverages the strengths of our company as a whole to resolve issues and accomplish client-specific projects. To ensure optimal service, we assign a specialized team of client management experts to each client. The dedicated client management team that we will assign to GEHA includes skilled account professionals with extensive experience in supporting the unique needs of a large managed care plan. These team members also have extensive experience with our Part D business and have been trained on all relevant CMS regulations and requirements related to the Part D program.

The client management team assigned to GEHA routinely interacts with our multi-disciplinary Medicare team, which includes members of our Regulatory department and our Clinical Services department, to discuss current CMS and Medicare guidance, issues and updates. The GEHA client management team is then responsible for disseminating CMS guidance and information to GEHA. The team will deliver these updates to GEHA, according to its preference, via electronic communication and/or teleconference.

As of February 2009, we began serving as an RDS cost reporter for one client; however, we do not perform eligibility transmission to the Retiree Drug Subsidy (RDS) site for our clients.

CONFIDENTIAL

OPTUMRX_MDL_007530184

**23.8  What are your standards and procedures for prescription drug Creditable Coverage testing of your benefit plan structures?**

We can fully support GEHA's needs in regard to the administration of Medicare Part D benefits, including notices of creditable coverage. We currently serve as the liaison to CMS for several of our clients, and have extensive experience in managing subsidy plans. Our services include comprehensive methods for communicating creditable coverage to eligible members and performing all the necessary record-keeping and documentation that is required by CMS to support the subsidy program. There is a fee of ███████████ plus postage, for this service.

**23.9  What is your communication strategy with clients regarding the results of the prescription Creditable Coverage determinations for your benefit plan structures?**

Prescription Solutions will work with GEHA to develop an effective communication strategy that outlines the results of the prescription Creditable Coverage determinations for benefit plan structures, and we are willing to mail the letters from our facility for an additional charge.  If preferred, we will provide the letters to GEHA to be mailed directly by their personnel.

**23.10  What is your pricing structure for any prescription drug creditability testing you conduct?**

Notice of Creditable Coverage incurs a charge of ███████████ plus postage.

**23.11  Please confirm your ability to provide the following CMS required reporting elements in accordance with CMS requirements:**

(a)  **Enrollment/Disenrollment**
(b)  **Reversals**
(c)  **Restatements**
(d)  **PDEs**
(e)  **Medication Therapy Management (MTM) Programs**
(f)  **Generic Dispensing Rate**
(g)  **Grievances**
(h)  **Prior Authorizations**
(i)  **Step Edits/Non-Formulary Exceptions**
(j)  **Appeals**
(k)  **Call Center Measures**
(l)  **Overpayments**
(m) **Rebates**
(n)  **Licensure/Solvency**

Confirmed. We are fully capable of generating all of the reports that comply with CMS reporting regulations for the Medicare Part D program.

CONFIDENTIAL                                                              OPTUMRX_MDL_007530185

Government Employees Health Association

Our data management capabilities support all format and frequency specifications for these reports, which address the following areas:

- Pharmacy access (retail, home infusion, long-term care)
- Access to extended day supply at retail pharmacies
- Vaccine processing
- Medication Therapy Management Program activity
- Generic drug utilization
- Grievance statistics
- Pharmacy & Therapeutics Committee membership
- Transition policy information
- Statistics for requests, rejections, and approvals related to step therapy, quantity limits, prior authorization, nonformulary drug requests, and tier exceptions
- Appeals statistics
- Overpayment dollars
- Pharmaceutical manufacturer rebates and discounts
- Long-term care pharmacy rebates
- Licensure and solvency, business transactions, and financial requirements
- Part D benefit analysis

**23.12  Describe your capabilities for generating Prescription Drug Event (PDE) files on behalf of your Medicare Part D clients. Please be sure to include your resubmission process when files are rejected by CMS. Are there any additional fees for resubmission?**

We offer comprehensive support for the maintenance and reporting of prescription drug event (PDE) information and data variables required for compliance with CMS guidelines. Below we describe our overall PDE process, our error rates, and our redjudication process.

We can fully support Flexible Capitation PDE processing.  We will work closely with GEHA to clearly outline the necessary plan set-up and processing components to meet its program needs.

## PDE Process

Our process includes the following basic steps:

1. PDE files are created monthly for PDP and MA-PD plans.
1. Files are validated for data format.
2. File name, file size, record size, date created, created by, and reporting date range are recorded in a tracking database.
3. Additional copies of PDE files are stored for backup.
4. Files are submitted to the CMS facilitator via a secure FTP connection.
5. Reports are generated to track the amount of accepted and rejected PDEs.

CONFIDENTIAL

OPTUMRX_MDL_007530186

We typically submit PDE files monthly to the CMS facilitator; however, we can support more frequent submissions upon request. We provide complete reporting on errors and claims history to support our clients in resolving rejection errors.

## Readjudication Process

When we receive updated eligibility information that affects previously processed claims, our claims system automatically routes those claims to our reprocessing queue. The system then applies the correct eligibility and benefit criteria to the claim. Refunds to members and pharmacies are automatically initiated upon reprocessing of the correct claim amount.

GEHA will have the option of notifying us when readjudication is necessary through its routine eligibility file submission or separate notification to GEHA's client relations manager.

There is no additional charge for readjudication.

**23.13  Is there a rebate process for these programs?**

Yes.  Our accounting department generates the quarterly price concessions reports and yearly Direct and Indirect Remuneration (DIR) reports required for submission to CMS by Part D plan sponsors. This team adheres to specific internal timelines to ensure that clients can submit reports according to CMS required deadlines. We work with each of our clients individually to ensure that these internal timelines also meet any requirements for client review of the data before submission to CMS. We also support any data review and reconciliation activities required as a result of CMS audits of price concession and rebate reporting that we perform on our clients' behalf.

**23.14  Do you provide a program in which you can offer care and compliance management for Medicare Part B medications, services and supplies?  Is this service outsourced or managed internally?**

Yes.  Diabetes ActiveCare™ is a value-added quality initiative of our mail service pharmacy. This is an internally developed and managed program that reinforces the seven key self-care behaviors as defined by the American Association for Diabetes Educators.  Members who order Part B diabetes supplies automatically receive this enhanced service at no additional cost.  In addition to the home delivery of diabetes testing supplies and other diabetes medications, members also receive a 16-page Diabetes ActiveCare Program Guide, quarterly newsletter, periodic self-care tools, telephonic and mailed reorder reminders, and 24-hour access to a pharmacist.

**23.15  If this Medicare Part B service is outsourced, do you manage the coordination of benefits on behalf of the member with Medicare? Additionally, if this process is outsourced, your organization must provide a direct contact to all vendors for GEHA.**

This question is not applicable, because Prescription Solutions manages coordination of Medicare Part B and Part D benefits.

CONFIDENTIAL

OPTUMRX_MDL_007530187

**23.16  Provide an overview of the Medicare Part B program capabilities and differentiators.**

The key differentiators of Prescription Solutions' Medicare Part B program are:

- **High-quality self-care materials.**  Our materials are not static, but are continually developed and updated by our in-house Certified Diabetes Educator.  We provide quality, attractive, easy-to-follow materials that include interactive learning components.

  We also provide extensive self-care tools and patient teaching aids to healthcare providers, and we use their feedback to ensure that members receive the tools that will best support their self-care needs.
- **A high-touch model.**  Diabetes ActiveCare is persistent in its support in a way that patients find empowering.  The ongoing interaction provides gentle reminders to the patient to stay focus on their self-care.
- **Full-service pharmacy.**  As a full-service pharmacy, we can manage both the Part B and Part D needs of our members.

Please refer to **Section IV, Exhibit 54**, for a Part B high-touch model flowchart.

**23.17  Describe in detail any service offerings and products you have in development for 2010 related to Medicare Part B.  Include a program description, supporting documentation (where applicable) and an estimated roll-out date.**

We are in the process of leveraging our Diabetes ActiveCare program to create a diabetes therapy-focused care program.  This will include increased training and certification of pharmacists on diabetes, coordination with related clinical offerings, and expansion to include diabetes related medications.

We are planning to add erectile dysfunction (vacuum pump system) to our Part B product line during the second half 2009.

**23.18  Provide a complete list of Medicare Part B member education materials that will be made available to GEHA.  Additionally, provide a minimum of three sample materials as exhibits.**

A library of Part B member education materials are available on our Web site at www.PrescriptionSolutions.com/diabetes.  There you will find more than 120 tools targeted to both healthcare providers and members.

Additionally, all members who participate in the Diabetes ActiveCare Program will receive:

- A program guide
- Quarterly newsletters
- Reminder mailings containing bonus product information or self-care information education materials

CONFIDENTIAL

OPTUMRX_MDL_007530188

Please refer to **Section IV, Exhibit 17**, for sample Part B member education materials. Additional materials may be found on our Web site at www.PrescriptionSolutions.com/diabetes.

**23.19   Discuss your willingness and ability to allow GEHA to private label and/or co-brand your organization's product and service offerings related to Part B.**

We can work with GEHA to develop customized and co-branded member materials related to our Part B program offerings, specifically our Diabetes ActiveCare program.  We look forward to discussing GEHA's needs in this regard during the implementation process.

**23.20   If your organization supports a Part B program, please provide information indicating the length of time necessary to implement such a program.  Please include a standard implementation guide for review.**

Implementation of our Part B program can be accomplished in less than a month.

Please refer to **Section IV, Exhibit 12**, for our new client implementation timeline, which encompasses all Medicare-related implementation activities, including Part B.

**23.21   Provide an overview of your reporting tool's capabilities and functionality related to Part B.**

We can provide utilization reporting based on diabetes-related claims, including the number of members who take advantage of our mail service pharmacy and the Diabetes ActiveCare program.  Because there is no additional cost for participation in the Diabetes ActiveCare program, we do not calculate ROI. Rather, we provide this reporting service because the empirical data demonstrates that supporting compliance leads to better health outcomes and reduced healthcare costs for both member and plan.

**23.22   List out all program service offerings, a brief description, and fee or charges associated with Medicare Part B, including a system for viewing the status of the claims in the Medicare billing process for GEHA.**

At this time, the Diabetes ActiveCare program is the only program we have built out around Part B.  There is no charge for this value added quality initiative.

Please refer to **Section IV, Exhibit 55**, for a list of Part B medical supplies/products we carry.

CONFIDENTIAL

OPTUMRX_MDL_007530189

## 24.    Financial Review

24.1    **Please complete the attached response table (Exhibit 27.15) that outlines all discounts, rebates, guarantees and all expected costs that GEHA would be expected to bear/incur as a part of engaging in a contractual relationship with your organization for their PBM services.  Please break out your financial proposal into two (2) separate segments:**

(a)  **Traditional Proposal**

(b)  **Full Pass-Through, fully Transparent Offering**

**The tables should inclusively contain pricing requirements outlining at minimum:**

- All fees for reporting, eligibility, claims processing, member materials, etc.
- Any management fees
- Rebate sharing. Minimum rebate guarantees
- Fees for communication materials and ID cards, etc.
- All components of costs and fees affiliated with prescription dispensing in all pharmacy provider sectors:  Drug costs for retail, mail, generic, brand, MAC, dispensing fees, etc.
- Costs for Prior Authorization, Disease Management or DUR programs.
- Any additional prescription claim administrative fees and the associated services provided
- Any installation costs

Please refer to **Section IV, Exhibit 15**, for our completed PBM Pricing Analysis.

24.2    **Please complete the attached table (See Exhibit 27.14) that outlines all areas in which your organization generates revenue (i.e. retail network discounts, mail network discounts, dispensing fees, rebates, manufacturer administrative fees, etc.) in both a traditional and in a pass through pricing model.**

Please refer to **Section IV, Exhibit 14**, for our completed Organizational Revenue Generation workbook.

24.3    **Please provide rebate pricing and minimum rebate guarantees on a per claim basis, based on GEHA's specific blocks of business, outlined earlier in the RFP document in the attached response table.  These rebates should coincide with the business break out options as noted in Section 1.**

Under our pass-through pricing scenario, we will share 100 percent of all rebate dollars, with minimum guarantees as detailed in the price summaries attached in **Section II**.  Under our traditional pricing scenario we are proposing the minimum guarantees detailed in our

CONFIDENTIAL                                        OPTUMRX_MDL_007530190

completed Exhibit 27.15, which is included in **Section IV**. All rebate guarantee dollar amounts are per paid claim.

**24.4    Confirm that pricing proposal assumes that you will accept eligibility from GEHA in the format from their current PBM relationship.**

Prescription Solutions can accommodate almost all eligibility formats. We will be able to confirm our ability to accept GEHA's current eligibility format upon receipt of the file layout.

**24.5    Please confirm that if GEHA selects a traditional pricing proposal your organization will agree to fully disclose all of the various revenue sources that your organization receives from pharmacies, pharmaceutical manufacturers wholesalers, etc.**

Confirmed.

**24.6    Pharmacy Management Fund – Please provide your proposed level of financial commitment that you are willing to invest with GEHA for the purposes of funding independent pharmacy development programs, managing drug trend through physician and patient communication pieces, funding independent market development/consulting projects, benefit designs analysis projects, and purchasing additional cost management programs through the PBM, etc.**

We are willing to provide ██████████████████████ into the pharmacy management fund for use in funding programs to address management of trend, physician and member communication, independent market development/consulting projects, benefit design analysis projects and additional management programs.

**24.7    Please confirm that you will allow GEHA or their preferred consultant to perform an 18-month marketplace review to ensure that the program offerings and pricing is marketplace competitive. If the 18-month market opener identifies improved overall financials that are available in the current market, the PBM will have the ability to match market competition rates or GEHA will have the option to conduct an independent RFP and terminate the contract after the 24-month period of the contract.**

Confirmed.

**24.8    As outlined on page 13, number 8, "Term of Contract", please confirm that if awarded GEHA business, your organization would allow for a market check prior to the live date as the date of GEHA's vendor selection decision will be made well in advance of the live date and there may be certain market conditions that allow for more aggressive pricing that what is originally proposed during the RFP phase.**

Confirmed.

CONFIDENTIAL                                                      OPTUMRX_MDL_007530191

## 25.    Performance Standards and Guarantees

*The contractor must meet or exceed specific, measurable performance-based standards for GEHA. All performance guarantees must be measured and reported as specified within the RFP. The performance guarantees must be auditable by GEHA at any time during the contract term.*

Prescription Solutions is pleased to offer GEHA an aggregate total of ███████ at risk for implementation activities, with an additional █████ for ongoing services standards for the first year.  Prescription Solutions is also offering █████ on year two of the contract for ongoing Service standards.   Guarantees are to be monitored internally and reported quarterly. Penalty amounts per standards will be mutually agreed upon.

Penalties will be assessed annually based upon aggregate annual results.

**25.1   Please describe any performance standards and guarantees that you would provide, including associated monetary penalties for the following:**

**(a)  Pricing Guarantees - Prescription Claim Reimbursement**

Prescription Solutions will guarantee the following:

For the **pass-through** proposal:



For the **traditional** proposal:



Retail and mail guarantees are reconciled in the aggregate.

CONFIDENTIAL                                                                                           OPTUMRX_MDL_007530192

**(b) Claims Adjudication Accuracy and turnaround times for online claims and beneficiary- or pharmacy-submitted paper claims**

| Category/Measure | Target | Definition |
|---|---|---|
| *Retail and Mail Claims Processing Accuracy* | | |
| Percent of all claims paid with no errors | ■ | Based on Prescription Solution's internal quality review. Calculated as all claims audited and found to be without error of any form, divided by all claims audited. |
| System Response time | ■ | Calculated as the time commencing immediately after receipt of the last character of a transaction submitted by the switch company until the first character of the response is sent back to the switch company. |
| *Retail Paper Claims Processing Time* | | |
| Percent of direct member submitted prescription drugs claims that do not require intervention (clean claims) reimbursed or responded to within 5 business days. | ■ | Calculated as the number of paper claims reimbursed or responded to within ■ divided by the total number of prescription drugs for a specified time period. |

**(c) Claims coding accuracy**

Administrative accuracy guaranteed at 99.9%

**(d) Timeframe for Rebate Payments**

Prescription Solutions is willing to guarantee quarterly rebate payment timelines.

**(e) Completion of the Implementation Schedule**

| Category/Measure | Target | Definition |
|---|---|---|
| *New Client Implementation* | | |
| Implementation Timeframes | Mutually agreed upon timeframes | All services to be implemented as proposed within specified timeframes. |

CONFIDENTIAL   OPTUMRX_MDL_007530193

**(f)  New Group Set-up Procedures**

30 days upon receiving complete and standard benefit details.

**(g)  Prior approval**

Prescription Solutions adheres to state-mandated turnaround times for Prior Authorization.

**(h)  ID Card Production**

Prescription Solutions will produce and deliver ID cards one week prior to the effective date.

**(i)  ID Card Turn around**

| Category/Measure | Target | Definition |
|---|---|---|
| *Administration* | | |
| Ongoing ID card production | | Measured as the time from receipt of complete and accurate eligibility information to the time Prescription Solutions mails ID cards. (Metric is total book of business driven) |

**(j)  Processing of Eligibility Changes and Updates**

| Category/Measure | Target | Definition |
|---|---|---|
| *Administration* | | |
| Electronic  Eligibility Load Processing | | Assumes complete and accurate information is received. Excludes manual submissions. |

CONFIDENTIAL                                                OPTUMRX_MDL_007530194

**(k)  POS online system availability**

| Category/Measure | Target | Definition |
|---|---|---|
| *Network Pharmacy Compliance* | | |
| System Availability | | Calculated as the amount of time the POS system is available to process claims.  System availability measurement excludes telecommunication failures and system maintenance. |

**(l)  POS response time**

| Category/Measure | Target | Definition |
|---|---|---|
| *Network Pharmacy Compliance* | | |
| System Response time | | Calculated as the time commencing immediately after receipt of the last character of a transaction submitted by the switch company until the first character of the response is sent back to the switch company. |

**(m) Customer Service Issues, including:**

**1.  Call center abandonment rate**

| Category/Measure | Target | Definition |
|---|---|---|
| *Customer Service* | | |
| Percent of calls abandoned | | Percentage of calls that are not answered by Prescription Solutions (caller hangs up before call is answered). |

**2.  Occurrence of busy signal at call center/telephone blockage rate**

Prescription Solutions does not block calls, therefore clients do not receive a busy signal.

CONFIDENTIAL          OPTUMRX_MDL_007530195

### 3. Call center speed of answer

| Category/Measure | Target | Definition |
|---|---|---|
| **Customer Service** | | |
| Average Speed of Answer (ASA) | | The amount of time that elapses between the time a call is received into a customer service queue to the time the phone is answered by a live Customer Service Representative (CSR). |

### 4. Availability of 24-hour service.

Prescription Solutions call center is available 24 hours, 7 days per week.

### 5. Member inquiries

| Category/Measure | Target | Definition |
|---|---|---|
| **Customer Service** | | |
| Percent of written inquiries received via standard mail address/e-mail box responded to by paper w/in 10 business days or responded to electronically w/in 2 business days. | | Response time for all written inquiries will be determined by subtracting the date the inquiry is received by Prescription Solutions from the date Prescription Solutions sent the response. |

### 6. Initial call resolution

| Category/Measure | Target | Definition |
|---|---|---|
| **Customer Service** | | |
| First Call Resolution | | Defined by the number of ensuing calls by the same member with the same "reason for call" within a five day period. Calculated as the percent of calls resolved divided by the total number of calls answered by a CSR. |

### 7. Request for consideration

Per the consultant (e-mail dated 6/25/09), this question can be disregarded.

CONFIDENTIAL

OPTUMRX_MDL_007530196

### 8. Written inquiry accuracy

Customer Service measures overall quality.  The quality program contains 22 attributes.  Accuracy is a significant component in all of the attributes of our quality program.  Prescription Solutions quality standard is ▮▮

### 9. Written correspondence turnaround time

| Category/Measure | Target | Definition |
|---|---|---|
| **Customer Service** | | |
| Percent of written inquiries received via standard mail address/e-mail box responded to by paper w/in 10 business days or responded to electronically w/in 2 business days. | ▮▮▮▮ | Percent of written inquiries received via standard mail address/e-mail box responded to by paper w/in ▮▮▮ |

### 10. Telephone inquiry accuracy

Customer Service measures overall quality.  The quality program contains 22 attributes.  Accuracy is a significant component in all of the attributes of our quality program.  Prescription Solutions quality standard is ▮▮

### 11. Internet inquiry accuracy

Customer Service measures overall quality.  The quality program contains 22 attributes.  Accuracy is a significant component in all of the attributes of our quality program.  Prescription Solutions quality standard is ▮▮ However, we are willing to work with GEHA to identify specific Internet accuracy metrics requested.

### (n)  Coordination of Benefits

Prescription Solutions is willing to guarantee member payment on coordination of benefits claims in ▮▮▮▮▮▮

CONFIDENTIAL

OPTUMRX_MDL_007530197

Government Employees Health Association            25. Performance Standards and Guarantees

**(o)  Member / patient satisfaction survey**

| Category/Measure | Target | Definition |
|---|---|---|
| **Customer Service** | | |
| Member Satisfaction Survey | Results will be based on a minimum number of surveys or sample size and will not equal less than 10% of members enrolled in GEHA's Drug Plan being serviced by Prescription Solutions. | Member satisfaction results will be measured by the responses to a mutually agreed upon satisfaction survey conducted at an agreed upon time. |

**(p)  Member Reimbursement Claims Processing**

| Category/Measure | Target | Definition |
|---|---|---|
| **Retail Paper Claims Processing Time** | | |
| Percent of direct member submitted prescription drugs claims that do not require intervention (clean claims) reimbursed or responded to within 5 business days. | | Calculated as the number of paper claims reimbursed or responded to within ▮ divided by the total number of prescription drugs for a specified time period.<br><br>(Metric is total book of business driven) |

**(q)  Pharmacy Network Reimbursement**

Prescription Solutions will guarantee the following:

**For the pass-through proposal:**

- Average 30 Day retail band discount – AWP – ▮
- Average 90 Day retail band discount – AWP – ▮
- Overall average retail generic discount – AWP – ▮
- Average 30 Day retail dispensing fee - ▮
- Average 90 Day retail dispensing fee - ▮
- Average mail band discount – AWP – ▮
- Overall average mail generic discount – AWP – ▮
- Average mail dispensing fee ▮

CONFIDENTIAL            OPTUMRX/MDL_007530198

**For the traditional proposal:**

- Average 30 Day retail band discount – AWP – ███
- Average 90 Day retail band discount – AWP ███
- Overall average retail generic discount – AWP ███
- Average 30 Day retail dispensing fee – ███
- Average 90 Day retail dispensing fee – ███
- Average mail band discount – AWP – ███
- Overall average mail generic discount – AWP – ███
- Average mail dispensing fee – ███

Retail and mail guarantees are reconciled in the aggregate.

**(r) Pharmacy Network Access Guarantee**

| Category/Measure | Target | Definition |
|---|---|---|
| **Network Pharmacy Compliance** | | |
| Pharmacy Network Access | ███████████ | Pending receipt of final ZIP Code information and GeoNetworks pharmacy access analysis. |

**(s) Pharmacy Auditing**

Prescription Solutions will audit 100% of all retail pharmacies via real-time online auditing.

**(t) Retail pharmacy formulary compliance rate**

Prescription Solutions maintains contract stipulations that require retail pharmacy formulary compliance. Additionally, we load benefit requirements, including edits that support formulary medication use.

Our real-time audit tool flags outlier pharmacies that prompt consultation to ensure we support client mandates for coverage.

We are willing to discuss the specific parameters of focus for GEHA to determine the most appropriate guarantee for inclusion with our offer.

**(u) Recovery of Erroneous Payments**

Prescription Solutions is willing to establish a metric for recovery of erroneous payments and requires further discussion with GEHA to identify the most appropriate guarantee to address this request.

CONFIDENTIAL                    OPTUMRX_MDL_007530199

Government Employees Health Association          25. Performance Standards and Guarantees

**(v)  Report Distribution**

| Category/Measure | Target | Definition |
|---|---|---|
| *Administration* | | |
| Standard reporting cycle | | Measured as the time from the last day of the end of a reporting cycle to the day standard reports are sent.<br><br>Ad hoc/custom reporting requests are excluded from this standard. |

**(w)  Cost Savings Associated with Clinical Programs**

Based on our analysis of GEHA's claims data, we have identified a potential savings of ▮▮▮▮▮ with implementation of the following programs:

- ○  Quantity Limit Edits
- ○  Step Therapy Edits
- ○  Prior Authorizations
- ○  Generic Strategy Program
- ○  Polypharmacy Program
- ○  Drug Interaction Alert Program (DIAP)
- ○  Narcotic Drug Utilization Review Program
- ○  Geriatric RxMonitor Program
- ○  Statin Program

**(x)  Mail Order Pharmacy Services, including:**

**1.  Turn-around time for completion of the mail order process**

| Category/Measure | Target | Definition |
|---|---|---|
| *Mail Order Claims Processing Time* | | |
| Turnaround time for prescription drugs requiring no intervention | | Measured in business days from the date a prescription is received by Prescription Solutions (either via paper, phone, fax, or internet) to the date the prescribed drug is mailed. |

CONFIDENTIAL
OPTUMRX_MDL_007530200

Government Employees Health Association          25. Performance Standards and Guarantees

| Category/Measure | Target | Definition |
|---|---|---|
| **Mail Order Claims Processing Time** | | |
| Turnaround time for prescription drugs requiring administrative/clinical intervention | ■■■■■■■ | Measured in business days from the date a prescription is received by Prescription Solutions (either via paper, phone, fax, or Internet) to the date the prescribed drug is mailed. Controllable is defined as documented attempts made to contact prescriber and shipment made within ■■■■■ of necessary information. Contact with prescriber not achieved as a result of unresponsiveness will be excluded from calculation; provided contact attempts have been clearly documented. |

2. **Generic substitution rates**

   Prescription Solutions will guarantee an overall aggregate GDR rate of ■■■■■■■ ■■■■■■■

3. **Formulary compliance rates**

   Based on our analysis of a conversion to the Prescription Solutions formulary, we have identified a projected formulary compliance rate of ■■■■■ which could result in an annualized savings of ■■■■■

   On aggregate, we are willing to guarantee a total of ■■■■■■

4. **Customer service issues**

   We are willing to work with GEHA to identify appropriate customer service guarantees surrounding issue resolution. We support a first call resolution rate of 93% and maintain overall quality standards of 95%.

5. **Medication error rates/Dispensing accuracy**

| Category/Measure | Target | Definition |
|---|---|---|
| **Mail Order Claims Processing Time** | | |
| Percentage of mail order and specialty pharmacy prescriptions dispensed accurately with no errors. | ■■■■■■■ | Calculated as number of non-conformance events / [(conformance events/prescription) * total prescriptions] |

CONFIDENTIAL          OPTUMRX_MDL_007530201

### (y) Programming/Set-up of New or Changed Benefit Designs

15 days upon receiving complete and standard benefit detail changes.

### (z) Pharmacy Network Maintenance

We maintain strong partnerships with our network pharmacies and foster a collaborative approach to network management to actively address industry trends, meet federal and state regulations, and negotiate optimal pricing arrangements for our clients. Our senior vice president of industry relations and senior vice president of professional practice and pharmacy policy are both active within the pharmacy community and work to continually monitor industry changes, gather pharmacy feedback, and support improved pharmacy relations. These leaders, along with their teams, proactively communicate with other leaders in our organization and our clients to forecast trends and make recommendations on network adjustments that may yield improved cost savings.

Recently, we demonstrated the strength of our network pharmacy relationships by renegotiating our contracts on a national scale. This effort has resulted in more competitive rates and significantly enhanced discounts for our clients-all while maintaining broad national access options for our clients' members.

Prescription Solutions has not had occasion to terminate more than 5 percent of our pharmacy network at any given time in the past. We closely monitor our pharmacy network providers, and if an incident occurs that warrants termination, we will terminate the provider. If this is one of our larger providers, this may exceed 5 percent of the pharmacies in our network. We are willing to discuss this performance standard and guarantee in greater detail during contract negotiations. We will, however, meet and guarantee CMS standards for member access to pharmacies.

### (aa) Paper Claim Turnaround Time with 100% accuracy

| Category/Measure | Target | Definition |
|---|---|---|
| **Retail Paper Claims Processing Time** | | |
| Percent of direct member submitted prescription drugs claims that do not require intervention (clean claims) reimbursed or responded to within 5 business days. | | Calculated as the number of paper claims reimbursed or responded to within █████ divided by the total number of prescription drugs for a specified time period. |
| Percent of all claims paid with no errors | | Based on Prescription Solution's internal quality review. Calculated as all claims audited and found to be without error of any form, divided by all claims audited. |

CONFIDENTIAL                                                                OPTUMRX_MDL_007530202

**25.2   Please provide confirmation that on an annual basis your organization would meet with GEHA to ensure your organization is meeting the requisite compliance and adherence guidelines that are made standard by OPM.**

Prescription Solutions is willing to meet on an annual basis to ensure that we are meeting the requisite compliance and guidelines that are made standard by OPM and apply to Pharmacy Benefit Management services .

CONFIDENTIAL                OPTUMRX_MDL_007530203

## 26.  Implementation/Program Launch Overview

**26.1  Please provide a timeline that outlines your proposed implementation deliverables, describing both GEHA and your organization's responsibilities and deadlines.**

Please refer to **Section IV, Exhibit 12**, for a new client implementation timeline, which we have prepared according to GEHA's specifications.

**26.2  Describe your action plan for a standard program implementation for GEHA's pharmacy business.  For purposes of this evaluation only, please assume an implementation timeframe of 90 - 120 days.  The action plan should describe each key action step, the organization responsible, and start/stop dates.  Please indicate specific functions that would be the responsibility of GEHA and which functions would be the responsibility of your organization/affiliate.**

Prescriptions Solutions is committed to facilitating implementation and transition strategies that will fully satisfy GEHA and its members. We successfully implement by incorporating extensive collaboration and consultation with each new client.

By investing a significant amount of time in the pre-planning phase, we will maximize our understanding of GEHA's existing benefit program, ensure problem-free transition to our platform, and lay the foundation for a seamless, reliable partnership with GEHA.

Our strategies for a successful conversion include:

- Hands-on support delivered by our experienced, knowledgeable client management and implementation specialists
- Direct collaboration with GEHA to determine existing programs and develop customized solutions
- Extensive documentation of implementation project plans and action items to ensure strict attention to detail
- Regular meetings with GEHA to communicate progress and address issues
- Effective testing protocols to assure accurate plan set-up and functionality
- Efficient member transition and communications strategies to minimize disruption and support continuity of care
- Appropriate incorporation of GEHA's approval throughout the process
- In-depth systems and procedure training for key GEHA personnel

We boast a 100 percent success rate in meeting all client implementation dates and have never incurred performance penalties for not fulfilling implementation activities or meeting timelines.

CONFIDENTIAL

OPTUMRX_MDL_007530204

## Implementation Plan Phases and Timetable

We recommend a 90-day implementation process and can accommodate a shorter time frame as necessary.  We design a customized plan that addresses GEHA's unique needs and requirements. This plan comprises three phases: pre-implementation, implementation, and post-implementation.

We take pride in our ability to efficiently implement a new client. We incorporate detailed project documentation, multiple checkpoints, progress updates, and client approval and input to ensure complete success and satisfaction. Our approach will allow maximum opportunity for GEHA to collaborate with us on key program elements and monitor our progress. And, although we will require active participation by GEHA at certain points during implementation, we will manage all project elements from start to finish, creating efficiencies and convenience for GEHA.

The following chart illustrates the flow of key steps that comprise our standard new client implementation plan.



We have provided additional detail on key components of each phase of our standard plan.  We will work with GEHA to modify any aspect of our process to accommodate GEHA's needs and expectations.

CONFIDENTIAL

OPTUMRX_MDL_007530205

Government Employees Health Association

### Pre-implementation Phase

We believe that thorough, effective preplanning is essential to successful implementation. Consequently, we focus on every aspect of plan transition—from the big picture items down to the smallest details.

During the pre-implementation phase, our client management team (and members of other functional areas, if required) meets with the client in person to review the process that will take place during the three months prior to the transition date. During this meeting, the client management team and the client review the Implementation Process and applicable documentation to assess the details necessary to successfully implement the plan. We use questionnaires and surveys to gather pertinent information, including a Plan Design Questionnaire, a Prior Authorization Survey and an Information Services (IS) Survey.

The Plan Design Questionnaire reviews and assesses:

- Benefit design and set-up, including information regarding excluded and covered medications, medical supplies and products, dispensing limitations
- Identification card requirements
- Eligibility transmission and record format
- Pharmacy network set-up, including Prescription Solutions' Mail Service
- Formulary design and clinical edits
- Manual claims payment, including direct member reimbursements

The Prior Authorization Survey reviews and assesses:

- The client's current policies and procedures
- Grandfathering, if applicable
- State and federal regulations
- Member and physician communication requirements

The Information Services Survey reviews and assesses:

- Connectivity requirements, including information about operating systems, systems access, and data encryption
- Historical data, including transmission of data, format, and the client's reporting requirements
- Claims data exchange
- Online reporting requirements

During our pre-implementation meetings, we also address key areas that we find pose the most challenges to new clients. These critical areas include:

CONFIDENTIAL

### Eligibility Conversion

Clients frequently encounter resource challenges in creating new eligibility files. To help new clients overcome this challenge, we provide our Member, Group, and Provider eligibility file layouts on the first day of the pre-implementation process. Using this layout, clients participate in testing processes that require submission of test eligibility files at least 30 days prior to the specified implementation date. We also require a live file seven to fourteen days prior to the implementation date.

We can update eligibility as often as GEHA requires.  For example, we can accommodate daily, weekly, twice monthly, or monthly updates. Typically when setting up a new client, we assess membership volume and activity to determine the frequency of member or group updates that would work best for that particular client.

We can process updates with additions, deletions, changes, or terms by supplied date. In addition, we can process files as a full refresh. There is no limit on volume.  On a full file refresh, any member who is active in the claims system that is not on the full file being loaded will term by absence (default date is two days from the date of the load, but it can be modified). If GEHA sends daily updates, we recommend they process a membership refresh (full file replacement) monthly or quarterly, to help maintain the integrity of the eligibility information in our system.

### Plan Design and Edits

The Client management team will provide comprehensive advice to GEHA on how to structure the drug plan to meet their specific objectives, including advising against a selected edit if there is cause to believe it will adversely impact GEHA's members. For example, we may advise GEHA against implementing a certain edit when there is either a demonstrated lack of utilization or, conversely, an excessive utilization of a certain drug among their members.

### Communication

Providing timely and effective member communications that fully explain the transition process is critical. We have numerous client, member, pharmacy, and physician communication materials to help clients communicate plan changes and new procedures to their members. Our materials also fully address the service and support we offer to members, including our mail service options, our Web site tools, and our customer service hours and processes. We can also work with GEHA to develop customized and co-branded member materials.

### Member ID Card Production

Timely production and delivery of Member ID cards are critical steps during the implementation phase. Prescription Solutions can produce Member ID Cards for GEHA through a flexible and customizable card production process.  Our ID card production capabilities allow us to produce and send Member ID Cards directly to members, or accommodate bulk delivery to GEHA upon request.

CONFIDENTIAL                                                                    OPTUMRX_MDL_007530207

Case: 1:17-md-02804-DAP  Doc #: 6216-6  Filed: 07/03/25  267 of 270.  PageID #: 693427

As a follow-up to the planning discussions, the client management team uses the following tools to document GEHA's current policies and procedures, requirements, and approval on operational objectives:

- Internal Fact Sheet: Describes GEHA-specific information that is used by our internal departments and customer help desks
- Plan Design Matrix: Maps plan designs and records benefit coverage schedules
- Prior Authorization Workflow: Documents GEHA requested authorization policies and procedures

During the pre-implementation phase, we will also provide the name and location of the bank account(s) for claims payments to GEHA.

Based on the information received from GEHA, our team will develop a complete implementation project plan that outlines action items, timelines, and responsible personnel.

### Implementation Phase

After receiving all the necessary information and approvals from GEHA, we will launch our implementation phase. During this three-month period, key contacts from various functional areas within Prescription Solutions will participate in regularly scheduled meetings internally and with GEHA to ensure a smooth transition throughout our organization. The functional areas and their responsibilities include:

- **Client management**. Establishes required time frames, manages the project plan and serves as the communication link to the client.
- **Client Implementation**. Sets up the client's prescription benefit plan parameters, formulary and edits in the RxCLAIM®™ system (our claims paying system).
- **Eligibility.** Defines the eligibility (member, group and provider) requirements and transmission frequency.
- **Pharmacy Network**. Contracts the pharmacy network and communicates to the pharmacies the change in GEHA's pharmacy benefit manager (PBM).
- **Clinical**. Defines the types of clinical programs and edits that the client requires as well as supports the client's Pharmacy and Therapeutics (P&T) Committee including the development of the formulary.
- **Prior Authorization**. Develops guidelines with the client's P&T and helps in the development of required member and physician approval and denial communications.
- **Customer Service**. Trains Prescription Solutions' Pharmacy Help Desk, Mail Service Customer Service and Prior Authorization Team on the client's benefits.
- **Mail Service**. Defines requirements for transitioning existing prescriptions from the current Mail Service Provider.
- **Claims**. Develops manual claims process for Direct Member Reimbursements (DMR), Universal Claims Forms (UCF), and Medicaid payments.
- **Finance and Accounting**. Establishes the billing process, establishes bank account requirements, and performs other billing/invoice/payment related activities.

CONFIDENTIAL          OPTUMRX_MDL_007530208

Government Employees Health Association

- **Information Services**. Works directly with the client's Information Services Team to ensure that connectivity and data transfers occur seamlessly.
- **Marketing**. Develops GEHA specific Identification Cards, Mail Service Brochures, New Member Welcome Packets and other mutually agreed upon marketing materials.

Additionally, prior to the effective date, the client management team provides on-site training to the client for access to our systems for eligibility updates, prior authorization approvals and evaluation of utilization data. If required, the client management team also contacts GEHA's former PBM to determine the set-up and process used to administer GEHA's prescription benefits.

### *Post-implementation Phase*

After we launch our implementation strategies, the Client management team will work closely with GEHA to troubleshoot any issues. We also regularly meet with GEHA to discuss and recommend additional programs or services as required or requested (for example, training for Online Reporting and special program evaluation and set-up). During these meetings, we will provide detailed analyses of GEHA's performance, including cost and outcomes forecasting and trend evaluations.

Please refer to **Section IV, Exhibit 12**, for our new client implementation timeline.

CONFIDENTIAL

OPTUMRX_MDL_007530209

## 27. Exhibits

**1. Most recent Annual Report and most recent audited financial statements**

Please refer to **Section IV, Exhibit 1** for UnitedHealth Group's 2008 Annual 10-K Report and Prescription Solutions' 2008 Audited Financial Statement.

**2. Standard management reports**

Please refer to **Section IV, Exhibit 2**, for our standard reporting package, sample executive summary report, and specialty pharmacy standard reporting package.

**3. Ad hoc reports**

Please refer to **Section IV, Exhibit 3**, for sample ad hoc reports.

**4. Sample rebate reports**

Please refer to **Section IV, Exhibit 4**, for a sample rebate report.

**5. Sample Contract for Prescription Benefit Management services**

Please refer to **Section IV, Exhibit 5**, for a sample client contract.

**6. A copy of your proposed MAC list**

Prescription Solutions' proposal to GEHA includes the development of a customized MAC list, which we will create during the implementation process in full collaboration with GEHA.

**7. Pharmacy Network Directory/Chain listing (electronic format)**

Please refer to **Section IV, Exhibit 7**, for electronic listings of both our national retail pharmacy network and our Medicare Part D retail pharmacy network.

**8. Sample member ID card, claim form, EOB**

Please refer to **Section IV, Exhibit 8**, for samples of the following:

- Member ID card
- Direct Member Reimbursement (DMR) claim form
- Sample Part D EOB template
- Sample DMR explanation of payment (EOP)

CONFIDENTIAL                                                    OPTUMRX_MDL_007530210

9. **Listing of three current clients whom may be contacted for reference purposes**

   Please refer to **Section IV, Exhibit 9**, for a listing of client references.


10. **Sample material packets and replacement packets**

    Please refer to **Section IV, Exhibit 10**, for a New Member Welcome Kit and a sample replacement member ID card.


11. **Sample materials for the Disease Management programs**

    Please refer to **Section IV, Exhibit 11**, for sample disease management program materials.


12. **Standard Conversion/Implementation Guide for clients**

    Please refer to **Section IV, Exhibit 12**, for the new client implementation timeline we have prepared according to GEHA's specifications.


13. **Pricing Grid (Top 50 retail and mail brand drug pricing analysis and generic drug pricing analysis)**

    Please refer to **Section IV, Exhibit 13**, for our completed Pricing Grid.


14. **Organizational revenue generation (dispensing fees, rebates, manufacturer administrative fees, etc.)**

    Please refer to **Section IV, Exhibit 14**, for our completed Organizational Revenue Generation workbook.


15. **PBM Pricing Analysis**

    Please refer to **Section IV, Exhibit 15**, for our completed PBM Pricing Analysis.


16. **Specialty Rx Fee Schedule**

    Please refer to **Section IV, Exhibit 16**, for our completed Specialty Pharmacy Fee Schedule.


17. **Medicare Part B member education materials**

    Please refer to **Section IV, Exhibit 17**, for samples of Part B member education materials. Additional materials may be found on our Web site at www.PrescriptionSolutions.com/diabetes.

CONFIDENTIAL                                                                OPTUMRX_MDL_007530211