UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

**GENERIC MANUFACTURERS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO OMNIBUS MOTIONS FOR LEAVE TO AMEND (ECF NOS. 5550-54)**

The Generic Manufacturers[1] move the Court for leave to file a joint Sur-Reply of no greater than fourteen (14) pages on behalf of four defendants[2] in Opposition to Amending Plaintiffs' Motions for Leave to Amend (ECF Nos. 5550-54) and in Response to Plaintiffs' Reply to Joint and Individual Oppositions of Aurolife, KVK-Tech, Lupin Pharmaceuticals, and Tris Pharma to Motions for Leave to Amend (ECF No. 6171) ("Reply").  A copy of the proposed joint Sur-Reply is attached hereto as Exhibit A.

**WHEREFORE**, the Generic Manufacturers respectfully request that the Court grant leave to file a joint Sur-Reply.

---

[1] The "Generic Manufacturers" are Aurobindo Pharma USA, Inc. ("APUSA") and Aurolife Pharma LLC ("Aurolife," collectively, "Aurobindo"); KVK-Tech, Inc. ("KVK-Tech"); Lupin Pharmaceuticals, Inc. ("Lupin Pharmaceuticals"); and Tris Pharma Inc. ("Tris Pharma").

[2] In their Reply, Amending Plaintiffs refer to a pending settlement with Alvogen, Inc. ("Alvogen") and state that they "expect to withdraw the motions they have filed against Alvogen once the settlement is finalized[.]"  Reply at 1, n. 1.  Accordingly, Alvogen is not included within the definition of "Generic Manufacturers" for purposes of this Motion and the proposed Sur-Reply brief attached hereto.

1

| | |
|---|---|
| DATED: July 9, 2025 | Respectfully Submitted,<br><br>*/s/ Kevin M. Bandy*<br>Paul J. Cosgrove<br>Kevin M. Bandy<br>**UB GREENSFELDER LLP**<br>312 Walnut Street, Suite 1400<br>Cincinnati, OH 45202<br>Tel.: 513.698.5000<br>pcosgrove@ubglaw.com<br>kbandy@ubglaw.com<br><br>*Attorneys for Defendants Aurobindo Pharma USA, Inc. and Aurolife Pharma, LLC*<br><br>*/s/ Thomas E. Rice*<br>Thomas E. Rice<br>**BAKER STERCHI COWDEN & RICE LLC**<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Tel.: 816.471.2121<br>rice@bakersterchi.com<br><br>*Attorney for Defendant KVK-Tech, Inc.*<br><br>*/s/ Katy E. Koski*<br>James W. Matthews<br>Katy E. Koski<br>**FOLEY & LARDNER LLP**<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel.: 617.342.4000<br>jmatthews@foley.com<br>kkoski@foley.com<br><br>*Attorneys for Defendant Lupin Pharmaceuticals, Inc.*<br><br>*/s/ Terry M. Henry*<br>Terry M. Henry<br>Fiona Steele<br>**BLANK ROME LLP**<br>One Logan Square<br>130 North 18th Street |

2

Philadelphia, PA 19103  
Tel.: 215.569.5500  
Terry.Henry@blankrome.com  
Fiona.Steele@blankrome.com  

*Attorneys for Specially Appearing Defendant Tris Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I, Katy E. Koski, hereby certify that the foregoing was filed on July 9, 2025 through the ECF filing system and will be sent electronically to all counsel of record identified as registered participants on the associated Notice of Electronic Filing.

> */s/ Katy E. Koski*  
> Katy E. Koski, Esq.

3

4920-0053-5122.1