# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | David R. Cohen |
| THIS DOCUMENT RELATES TO: *"PBM Bellwether Cases"* | ) ) ) | |
| | ) ) | **ORDER REGARDING AGENDA ITEM NO. 442** |

In connection with the Discovery Agenda dated July 19, 2025, the parties in the PBM Bellwether Cases submitted numerous documents related to "Agenda Item No. 442." The subject of this Agenda Item is the "PEC's Motion to Compel Production of Client Sample Contracts and Communications."

The essence of this particular dispute is that the PEC wants OptumRx to produce certain client-related documents more immediately. OptumRx states it is working diligently, has produced some of this material, and will produce the rest—but not as quickly as the PEC wants.

I acknowledge, as OptumRx states in its letter provided at Agenda Exh. 442-R, that OptumRx:

- "has produced materials for [some portion] of the sample clients to date and remains committed to completing it as quickly as possible."

- has "list[ed] all pertinent contracts in chronological order," and will continue to do so.

- "anticipates making a production of RFP files for [certain] clients ... later this week or next week."

- will "provide a tracking chart for client-facing materials to identify clients associated with each RFP document," and will "not only produce client-facing materials, but also . . . documents from client-facing custodians for Rochester."

Nonetheless, I find Plaintiffs' motion to compel well-taken. I agree with the PEC's contention, *see* Agenda Exh. 442-B, that "the failure to [more] timely produce jurisdiction specific client facing

materials hinders the PEC's ability to examine witnesses and to analyze OptumRx's client operations and program offerings."

Accordingly, to the extent not already promised or agreed-to above, OptumRx shall also do the following in connection with the discovery addressed under this Agenda Item:

- supplement the discovery so far produced to delineate chronologically which documents are associated with which clients and where those documents are in the various productions. OptumRx shall also set forth which client documents match each client and provide additional identifying information to match client-related documents to the clients in the Rochester sample. (These obligations also apply to future productions on this topic.)

- identify for each client in the Rochester sample which programs each client was offered, when the offer was made, when the program was adopted or declined by each client, the price offered, and the price paid for each program, and for how long the client participated in the program. Optum shall also identify the source for that information by Bates number and produce all missing documents.

- produce contractual arrangements with Medicare and Medicaid.

The deadline for completion of all of the above is **July 24, 2025.** Production should be rolled out as soon as possible.

Any party that wants to object to this ruling must do so by 5:00 p.m. on Monday July 14.

**RESPECTFULLY SUBMITTED,**

                                                  **/s/ David R. Cohen**
                                                  **David R. Cohen**
                                                  **Special Master**

**Dated:** July 10, 2025