IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.;* Case No. 18-op-46046 | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

**PHARMACY DEFENDANTS' MOTION TO FILE UNDER SEAL EXHIBIT B TO THEIR REPLY IN SUPPORT OF THEIR MOTION TO STRIKE RICO ALLEGATIONS FROM SAINT ELIZABETH HOSPITAL'S SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 5.2 and MDL CMO-2 (ECF No. 441), CVS Pharmacy, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (the "Pharmacy Defendants") respectfully move this Court for leave to file under seal Exhibit B to their Reply in Support of Their Motion to Strike RICO Allegations from the Second Amended Complaint. A proposed order is attached to this motion.

Local Rule 5.2 provides that "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents." Specifically, Pharmacy Defendants seek leave to seal Exhibit B to the Reply, Saint Elizabeth Hospital's Plaintiff Fact Sheet, to ensure there is no inadvertent disclosure of confidential information. The information contained in that exhibit has been marked as Highly Confidential by Plaintiff pursuant to the Protective Orders in the MDL. *See* ECF No. 441. Filing these materials under seal in the first instance will provide the parties with the opportunity to meet and confer to redact the Confidential information prior to filing the material on the docket.

Accordingly, Pharmacy Defendants request that the Court grant permission for the Defendants to file under seal Exhibit B to their Reply in Support of Their Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint.

July 14, 2025                                               Respectfully submitted,

/s/ *Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2025, a notice of the foregoing has been served via CM/ECF to all counsel of record, and copies have been served on the same by e-mail.

Dated: July 14, 2025

/s/  Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Phone: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*