# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.;* Case No. 18-op-46046 | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Judge Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT B TO THEIR REPLY IN SUPPORT OF THEIR MOTION TO STRIKE RICO ALLEGATIONS FROM SAINT ELIZABETH HOSPITAL'S SECOND AMENDED COMPLAINT

Pharmacy Defendants have filed a Motion for Leave to File Under Seal Exhibit B to their Reply in Support of Their Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint.

Pharmacy Defendants request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Defendants to file under seal Exhibit B to their Reply in Support of Their Motion to Strike RICO Allegations.

1. Pharmacy Defendants' Motion for Leave to File Under Seal Exhibit B to their Reply in Support of Their Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint is hereby GRANTED; and

2. Plaintiff is hereby directed to state within three (3) business days whether they will assert any redactions to Exhibit B of the Pharmacy Defendants' Reply in Support of Their Motion to Strike RICO Allegations from Saint Elizabeth Hospital's Second Amended Complaint.

IT IS SO ORDERED.

Dated: _____ _____

Honorable Dan Aaron Polster