UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Michael Masiowski, MD.,<br>On behalf of himself and all others similarly situated,<br>Plaintiff<br>v.<br><br>Amerisourcebergen Drug Corporation et al,<br><br>Defendants. | Member Case #: 1:18-op-45985-DAP<br><br>Judge Dan Aaron Polster<br>(MDL 2804)<br>Lead case: 1:17-md-02804-DAP |

**DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF PLAINTIFF MASIOWSKI'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE CORRECTED OMNIBUS REPLY**

I, Paul S. Rothstein, declare as follows:

1. I am the attorney for the named Plaintiff and putative class representative for the proposed class, Michael Masiowski, in the above-styled action. I submit this declaration in support of Plaintiff Masiowski's Reply In Support Of His Motion For Leave To File Corrected Omnibus Reply.

2. On July 3, 2025, I was contacted by Karl C. Helgerson, Counsel for J M Smith, who informed me that Defendant Smith had filed an Opposition [Doc. 5882] which had been overlooked.

3. Thereafter, I reviewed J M Smith's Opposition for the first time and immediately filed the motion before the Court on that same day, July 3, 2025 [Doc. 6217].

1

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2025

>Respectfully submitted,
>*/s/ Paul S. Rothstein*
>Attorney Paul S. Rothstein
>Florida Bar Number: 310123
>Attorney Paul S. Rothstein, P.A.
>626 N.E. 1st Street
>Gainesville, FL 32601
>(352) 376-7650
>(352) 374-7133
>E-Mail: psr@rothsteinforjustice.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this July 24, 2025, I electronically filed the foregoing DECLARATION OF PAUL S. ROTHSTEIN IN SUPPORT OF PLAINTIFF MASIOWSKI'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE CORRECTED OMNIBUS REPLY with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                   */s/ Paul S. Rothstein*
                                                   Paul S. Rothstein