# Exhibit A

| | |
|---|---|
| **From:** | Sarah Nageotte <Sarah_Nageotte@ohnd.uscourts.gov> |
| **Sent:** | Wednesday, July 9, 2025 6:00 PM |
| **To:** | Boone, Brian; Harder, Bradley |
| **Cc:** | Lance Boardman |
| **Subject:** | No Transcript Available --- FW: Activity in Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation Non-Appeal Transcript Order Form |
| **Importance:** | High |

**EXTERNAL SENDER – Proceed with caution**

Good evening.

We are in receipt of the below transcript request from a status conference held today before Judge Polster.  Please note that today's Zoom status proceedings were held informally without a court reporter present; therefore, no record was made and no transcript is available.

Thank you.

Sarah

_____

*Sarah Vaught Derbin, FAPR, RDR, CRR, CRC*
*Court Reporter Supervisor*
U.S. District Court
Northern District of Ohio
801 West Superior Avenue
Court Reporters 7-189
Cleveland, Ohio 44113
(216) 357-7186
Sarah_Nageotte@ohnd.uscourts.gov

**From:** ohndecf@ohnd.uscourts.gov <ohndecf@ohnd.uscourts.gov>
**Sent:** Wednesday, July 9, 2025 5:40 PM
**To:** OHNDdb_CleECF (2023) <ohnddb_cleecf@ohnd.uscourts.gov>
**Subject:** Activity in Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation Non-Appeal Transcript Order Form

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each**

document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**NORTHERN DISTRICT OF OHIO**

## Notice of Electronic Filing

The following transaction was entered by Boone, Brian on 7/9/2025 at 5:38 PM EDT and filed on 7/9/2025

**Case Name:** In Re: National Prescription Opiate Litigation
**Case Number:** 1:17-md-02804-DAP
**Filer:** OptumRx, Inc.
**Document Number:** 6220

**Docket Text:**
**Expedited Non-Appeal Transcript Order Form for proceedings held on July 9, 2025 before Judge Dan A. Polster, Court Reporter: Contract Reporter or Other. Requested completion date: July 9, 2025 filed by OptumRx, Inc.. (Boone, Brian)**