**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) | **MDL 2804** |
| | ) | |
| | ) | **Case No. 1:17-md-2804** |
| | ) | |
| | ) | **Judge Dan Aaron Polster** |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that Andrew C. Elliott, with the law firm Jenner & Block LLP, hereby

enters his appearance as counsel for McKesson Corporation in the above-captioned matter.


Respectfully submitted,

/s/ Andrew C. Elliott
_____
Andrew C. Elliott (NY Bar No. 5839022)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 407-1750
Facsimile: (212) 909-0805
AElliott@jenner.com

*Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2025, a copy of the foregoing Notice of Appearance was filed with the Court's electronic case filing system and served upon all those participating therein.

By: */s/* Andrew C. Elliott
Andrew C. Elliott (NY Bar No. 5839022)
JENNER & BLOCK LLP

*Counsel for McKesson Corporation*