UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |  MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that Eric L. Young, with the law firm Miller Shah LLP, hereby enters his appearance as counsel for Plaintiffs, UFCW Northeastern PA H&W Fund and Sheet Metal Workers Local 25 H&W Fund, in the above-captioned matter.

Respectfully submitted,

*/s/ Eric L. Young*
Eric L. Young
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
elyoung@millershah.com

*Counsel for UFCW Northeastern PA H&W Fund and Sheet Metal Workers Local 25 H&W Fund*

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 12, 2025, a copy of the foregoing Notice of Appearance was filed with the Court's electronic case filing system and served upon all those participating therein.

                                        */s/ Eric L. Young*
                                        Eric L. Young
                                        **MILLER SHAH LLP**
                                        1845 Walnut Street, Suite 806
                                        Philadelphia, PA 19103
                                        Telephone: (866) 540-5505
                                        elyoung@millershah.com

                                        *Counsel for UFCW Northeastern PA H&W Fund*
                                        *and Sheet Metal Workers Local 25 H&W Fund*