# Exhibit A

**to the Declaration of Andrew Hatchett in Support of
OptumRx's Motion to Prohibit *Ex Parte* Communications
Regarding Special Master Rulings**

| From: | Boone, Brian |
|---|---|
| **Sent:** | Tuesday, August 12, 2025 4:00 PM |
| **To:** | David R. Cohen (David@SpecialMaster.Law); Elsner, Mike; Pete Weinberger; Paul Farrell |
| **Cc:** | Hatchett, Andrew; Jonathan Cooper; Porpora, Matthew |
| **Subject:** | RE: Order on Agenda Item 442 |

Special Master Cohen:

We have serious concerns about your misdirected email, which we don't believe we have an obligation to delete.

In your email intended for Judge Polster, you wrote the following: "I am happy to report that my gambit worked.  See thread below.  We will not be receiving an objection to my ruling directing Optum to produce various materials."  Even though *ex parte* communications between a judge and a special master about the special master's rulings are improper, you provide a "report" about a "gambit" that you say "worked" because "we" (you and Judge Polster) would not be receiving an objection to your discovery ruling.  That communication and any others with Judge Polster that preceded it are improper. *See* Fed. R. Civ. P. 53 advisory committee's notes to 2003 amendments ("Ex parte communications between a master and the court present troubling questions.").  Although we don't know the extent of your communications with Judge Polster, we object to all *ex parte* communications about your rulings, which we have the right to appeal *de novo* to the district court.

Brian D. Boone
**ALSTON & BIRD**
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
+1 704 444 1106 (office)
+1 704 441 1959 (mobile)
brian.boone@alston.com

---

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Tuesday, July 15, 2025 9:46 PM
**To:** Elsner, Mike <melsner@motleyrice.com>
**Cc:** Hatchett, Andrew <Andrew.Hatchett@alston.com>
**Subject:** Re: Order on Agenda Item 442

**EXTERNAL SENDER – Proceed with caution**

---

Sorry, that email was meant for JP.  Please delete.
-d


========================
This email sent from:
David R. Cohen Co. LPA

24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Sent:** Tuesday, July 15, 2025 9:44 PM
**To:** Elsner, Mike <melsner@motleyrice.com>; David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Hatchett, Andrew <andrew.hatchett@alston.com>
**Subject:** Re: Order on Agenda Item 442

Greetings,

I am happy to report that my gambit worked.  See thread below.  We will not be receiving an objection to my ruling directing Optum to produce various materials.

-d


========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

---

**From:** Elsner, Mike <melsner@motleyrice.com>
**Sent:** Tuesday, July 15, 2025 4:52 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Hatchett, Andrew <andrew.hatchett@alston.com>
**Subject:** FW: Order on Agenda Item 442



Special Master Cohen,

Andrew's e-mail below accurately reflects our agreement.

Thanks,

Mike



**Michael Elsner** (he / him)
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9250  **f.** 843.216.9450
melsner@motleyrice.com

---

**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Tuesday, July 15, 2025 4:51 PM
**To:** DL - MDL 2804 <dl-mdl2804@motleyrice.com>
**Subject:** FW: Order on Agenda Item 442

---

**From:** Hatchett, Andrew <Andrew.Hatchett@alston.com>
**Sent:** Tuesday, July 15, 2025 8:43:28 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Optum Opioid Team <Optum.Opioid.Team@alston.com>; PEC_Optum <pec_optum@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; pbm@listserv.motleyrice.com <PBM@listserv.motleyrice.com>; PEC-ESI-TEAM <PEC-ESI-TEAM@simmonsfirm.com>; PEC_Optum <pec_optum@listserv.motleyrice.com>
**Subject:** RE: Order on Agenda Item 442

CAUTION:EXTERNAL

Special Master Cohen,

I write to follow up on discovery agenda topic 442 and your order issued last Thursday (Dkt. 6222). During Friday's hearing, OptumRx expressed multiple concerns with the order, including the compliance deadline (July 24) and the particulars in the second bullet on page 2 related to OptumRx's clinical programs. You denied our request to reconsider or modify your ruling but encouraged the parties to continue to meet and confer on parameters to eliminate issues that OptumRx may otherwise feel compelled to raise in a formal objection.

Since Friday's hearing, we've met with the PEC multiple times (including a phone call and several emails over the weekend). From those calls and emails, we've reached an agreement that will eliminate OptumRx's need to file an objection at this time. Without spelling out every detail of the agreement, OptumRx has agreed to produce all client contracts and available RFP files for the clients in the negotiated non-UHC and UHC sample (aside from a small subset of clients for whom contracts could not be found) within two weeks. OptumRx has also agreed to provide the details covered by the second bullet of your order to the fullest extent it can with the information it has including identifying and producing additional sources that may go beyond the materials covered by the sampling protocol. The PEC has agreed to extend our deadline to do so until August 31. In the interim, we've agreed to provide regular updates to the PEC and to work through any issues we encounter as they arise.

Andrew


D. Andrew Hatchett
**ALSTON & BIRD**
(404) 881-4826 (O)
(601) 955-6002 (M)
www.alston.com

**From:** Hatchett, Andrew
**Sent:** Thursday, July 10, 2025 10:11 PM
**To:** David R. Cohen (David@SpecialMaster.Law) <david@specialmaster.law>
**Cc:** Optum Opioid Team <Optum.Opioid.Team@alston.com>; PEC_Optum <pec_optum@listserv.motleyrice.com>; ESI-Opioids <esi-opioids@quinnemanuel.com>; 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>; pbm@listserv.motleyrice.com; PEC-ESI-TEAM <PEC-ESI-TEAM@simmonsfirm.com>; PEC_Optum <pec_optum@listserv.motleyrice.com>
**Subject:** Order on Agenda Item 442

Special Master Cohen:

OptumRx would like opportunity to discuss today's order (attached, docket notice below) on Agenda Item No. 442 during tomorrow's hearing. As drafted and filed, we would have no choice but to file an objection. There are certain aspects of your order (in particular, the requirement listed in the second bullet on page 2 that we "identify for each client in the Rochester sample which programs each client was offered, when the offer was made, when the program was adopted or declined by each client, the price offered, and the price paid for each program, and for how long the client participated in the program") that are functionally impossible. Given the limitations of our records and data systems, which I can explain in more detail tomorrow, it would be impossible for us to comply with that portion of the order.

We would have explained those limitations to the PEC, but the first time we ever saw that request was in the PEC's letter to you (it was not included in any discovery request, in any previous correspondence with counsel, or discussed on any previous meet and confer call). But given that it has now made its way into the order, we would like an opportunity to explain why the PEC's request is unworkable.

We also cannot complete the ordered production by July 24, 2025 without violating our contracts with our clients. The timing for compliance with the order (which will hopefully be revised before made final) is something we like an opportunity to discuss. We can provide more context to inform a decision on the timing.

Finally, we would like clarity about what "contractual arrangements with Medicare and Medicaid" the order is requiring us to produce. We do not know how to comply with that request as drafted.

We hope that, with the benefit of an on-the-record discussion, you might reconsider and modify aspects of your order to eliminate our need to file an objection (or to otherwise narrow the issues about which we would need to object).  In all events, we believe this agenda topic deserves an on-the-record discussion.

Andrew

D. Andrew Hatchett
**ALSTON & BIRD**
(404) 881-4826 (O)
(601) 955-6002 (M)
www.alston.com

---

**From:** ohndecf@ohnd.uscourts.gov <ohndecf@ohnd.uscourts.gov>
**Sent:** Thursday, July 10, 2025 4:55 PM
**To:** OHNDdb_CleECF@ohnd.uscourts.gov
**Subject:** Activity in Case 1:17-md-02804-DAP In Re: National Prescription Opiate Litigation Report of Special Master

**EXTERNAL SENDER – Proceed with caution**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### NORTHERN DISTRICT OF OHIO

### Notice of Electronic Filing

The following transaction was entered by Cohen, David on 7/10/2025 at 4:51 PM EDT and filed on 7/10/2025

| | |
|---|---|
| **Case Name:** | In Re: National Prescription Opiate Litigation |
| **Case Number:** | 1:17-md-02804-DAP |
| **Filer:** | David Cohen |
| **Document Number:** | 6222 |

**Docket Text:**
**Report of Special Master *Order Regarding Discovery Agenda Item No. 442* filed by David Cohen. (Cohen, David)**

**1:17-md-02804-DAP Notice has been electronically mailed to:**

A. Christopher Edwards    chris@edwardslawfirm.org, nicole.carson@edwardslawfirm.org

Aaron E. McQueen    aaron.mcqueen@jacksonkelly.com

Aaron L. Harrah    aaron@hpcbd.com, diana@hpcbd.com, jcpeterson@hpcbd.com, pamela@hpcbd.com

Aaron L. Kite    aaron@rbr3.com

Aaron R. Wegrzyn    awegrzyn@foley.com

Abasi Major    amajor@phippsortiztalafuse.com

Abby Tucker    atucker@wadleighlaw.com, dlowe@wadleighlaw.com

Abigayle Clary McDowell Farris    afarris@stonepigman.com

Adam Cohen    acohen@wmhwlaw.com, docketclerk@wmhwlaw.com

Adam D. Fuller    adfuller@bmdllc.com, twebb@bmdllc.com

Adam J. Pessin    apessin@finekaplan.com

Adam J. Schwendeman    schwendeman@theisenbrock.com

Adam M. Moskowitz    adam@moskowitz-law.com, dione@moskowitz-law.com, rejane@moskowitz-law.com

Adam Phillip Bailey    abailey@hobbsstraus.com

Adam Scott Weintraub    asw@savagelaw.cc

Aelish Marie Baig    abaig@rgrdlaw.com, e_file_sd@rgrdlaw.com, pmitchell@rgrdlaw.com, tome@rgrdlaw.com

Albert F. Moran    albert.moran@saul.com, alex.field@saul.com

Albert J. Lucas    alucas@calfee.com, lthurman@calfee.com

Albert J. Nicaud    anicaud@nslawla.com

Alec H. Schultz    aschultz@hilgersgraben.com, 7441799420@filings.docketbird.com, paralegals@hilgersgraben.com

Alex John Hagan    alex.hagan@elliswinters.com, elizabeth.worthy@elliswinters.com

Alexander Macia    amacia@spilmanlaw.com, bmarion@spilmanlaw.com

Alexander Zendeh    alex.zendeh@gmail.com

Alexander D. Burch    alexander.burch@bakermckenzie.com

Alexandra R. Beeler    abeeler@cuyahogacounty.us

Alexandra W. Miller    smiller@zuckerman.com

Alexandria E. Seay    aes@BIRDLAWGROUP.COM, fcb@BIRDLAWGROUP.COM

Alexios J. Dravillas    ajd@kellerpostman.com, docket@kellerpostman.com

Alexis Lilly    alilly@motleyrice.com

Alice A. Jones    Alice.Milz@rumpke.com

Alicia Danielle O'Neill    alicia@chiplewislaw.com

Alicia Wolph Roshong    awolph@aol.com

Alissa Del Riego    adelriego@podhurst.com

Allan Kanner    a.tennis@kanner-law.com, m.shumate@kanner-law.com, y.skandanatha@kanner-law.com

Allen M. Lopus    alopus@clarkhill.com, lmay@clarkhill.com

Allison J. Adams    aadams@starneslaw.com, jcaillouet@starneslaw.com

Allison Nunley Pham    allison.pham@bcbsla.com

Alper T. Ertas    atertas@venable.com

Alyson Marie Petrick    apetrick@careydanis.com, cmiller@careydanis.com

Amanda F. Lawrence    alawrence@scott-scott.com, efile@scott-scott.com

Ami J. Patel    ajp@zrlaw.com, jmf@zrlaw.com

Amy Bruning    amy@damorelaw.com, docket@damorelaw.com, erin@damorelaw.com

Amy Jo Quezon    amy@mchughfuller.com

Amy M. Carter    acarter@sgpblaw.com, 4985426420@filings.docketbird.com, tpace@sgpblaw.com

Amy R. Fiterman    amy.fiterman@faegredrinker.com, brian.zabawa@faegredrinker.com, candace.brennan@faegredrinker.com, kate.middleton@faegredrinker.com, rory.collins@faegredrinker.com

Ana M. Francisco    afrancisco@foley.com

Andre' P. Gauthier    andre@dontdelay.com

Andrea B. Daloia    Andrea.Daloia@ThompsonHine.com, ECFDocket@Thompsonhine.com, eDocketServiceDev@thompsonhine.com

Andrea Leigh Fair    andrea@wsfirm.com

Andres W. Lopez    andres@awllaw.com

Andrew Adams , III    aadams@hogenadams.com

Andrew G. Frank    afrank@kwdlaw.com

Andrew J. D'Arcy    adarcy@djdlawyers.com

Andrew J. O'Connor    Andrew.O'Connor@ropesgray.com, Courtalert@ropesgray.com, kia.grant@ropesgray.com, MNKAlerts@ropesgray.com

Andrew L. Campbell    andrew.campbell@faegrebd.com

Andrew N. Schock    anschock@jacksonkelly.com, anschock@ecf.courtdrive.com

Andrew R. Mayle    amayle@maylelaw.com

Andrew T. Phillips    aphillips@attoles.com

Angela J. Mason    angelamason@cochranfirm.com

Angela M. Lavin    amlavin@wegmanlaw.com, slschuster@wegmanlaw.com, whvdocket@wegmanlaw.com

Angela Marie Richie    arichie@grsm.com

Anil A. Mujumdar    anil@zarzaur.com, leslie@zarzaur.com

Anjali Prasad    aprasad@prasadlegal.com

Ann Callis    acallis@hollandtriallawyers.com, tblasa@hollandtriallawyers.com

Ann M. Songer    asonger@shb.com

Anne F. Johnson    annej@hbsslaw.com

Anne McGinness Kearse    akearse@motleyrice.com, dsalerno@motleyrice.com, ncummings@motleyrice.com, tleyimu@motleyrice.com

Anne McKenzie Roller Rucker    arucker@wc.com

Anne Marie Murphy    amurphy@cpmlegal.com, bkittle@cpmlegal.com, jdiaz-marquez@cpmlegal.com, mbrosnan@cpmlegal.com, pstanley@cpmlegal.com, saparicio@cpmlegal.com

Annemieke M. Tennis    a.tennis@kanner-law.com, d.nguyen@kanner-law.com

Annesley H. DeGaris    adegaris@degarislaw.com, acalton@degarislaw.com

Anoop Bhatheja    Anoop.Bhatheja@phoenix.gov

Anthony C. White    Tony.White@ThompsonHine.com, deborah.main@thompsonhine.com, ECFDocket@Thompsonhine.com, eDocketServiceDev@thompsonhine.com, Marcia.Burston@thompsonhine.com, nancy.connor@thompsonhine.com

Anthony D. Irpino    airpino@irpinolaw.com, 3714486420@filings.docketbird.com, 7238189420@filings.docketbird.com, abarton@irpinolaw.com, eschwab@irpinolaw.com, jwinn@irpinolaw.com, kgray@irpinolaw.com, kjemison@irpinolaw.com, kramsak@irpinolaw.com, lhiggins@irpinolaw.com, nedeyneka@irpinolaw.com, probertson@irpinolaw.com

Anthony G. Simon    asimon@simonlawpc.com, ipteam@simonlawpc.com

Anthony J. Majestro    amajestro@powellmajestro.com, csmith@powellmajestro.com, emily@powellmajestro.com, gplatz@powellmajestro.com, jcpowell@powellmajestro.com, paula@powellmajestro.com, pleadings@powellmajestro.com

Anthony L. Cochran    acochran@sgrlaw.com, sgordon@sgrlaw.com

Anthony L. Geiger    tony.geiger@cityhall.lima.oh.us, amanda.hunsaker@cityhall.lima.oh.us, limalawdept@gmail.com

Anthony S. Broadman    anthony@galandabroadman.com

Archie Cleveland Lamb    alamb@levinlaw.com

Archie Cleveland Lamb , Jr    alamb@levinlaw.com, edna@mchughfuller.com, jenenneboyd@gmail.com

Arthur J. Horne , Jr    ahorne@shhpa.com

Arthur Nash Bailey    artlaw@windstream.net

Ashley C. Keller    ack@kellerlenkner.com

Ashley Hardesty Odell    Ashley.Odell@Steptoe-Johnson.com

Ashley M. Liuzza    aliuzza@stagliuzza.com

Ashley W. French    afrench@c-wlaw.com

Ashley W. Hardin    ahardin@wc.com

Ashtyn N. Saltz    asaltz@ubglaw.com, cmatea@ulmer.com

Augustus Benton Chafin , Jr    bchafin@chafinlaw.com

Austin P. Tighe , Jr    atighe@nixlaw.com

Barbara Jeanne Thompson    bthompson@cosb.us

Barbara M. McDonald    bmcdonald@mic-law.com

Barry H. Boise    boiseb@pepperlaw.com, blumev@pepperlaw.com

Barry J. Cooper , Jr    bcooper@clfnola.com, lrichardson@sch-llc.com

Bartholomew J. Dalton    bdalton@bdaltonlaw.com

Ben Alvin Snipes    ben@justicemt.com

Ben M. Harrington    benh@hbsslaw.com

Benjamin A. Vaughn    benjaminavaughn@gmail.com

Benjamin D. Adams    badams@cldlaw.com, cmclane@cldlaw.com, lmoles@cldlaw.com

Benjamin D. Reed    breed@bestsharp.com, epayne@bestsharp.com

Benjamin H. Dampf    ben@whaleylaw.com

Benjamin H. Richman    brichman@edelson.com, 8293072420@filings.docketbird.com, ascharg@edelson.com, docket@edelson.com

Benjamin J. Blustein    bblustein@lawmbg.com

Benjamin Thomas Sanders    bensanderslaw@gmail.com, bsanders@dcolvinlaw.com, dchauvin@dcolvinlaw.com

Bethany R. Turke    brt@wexlerwallace.com

Bo Bryan Jin    bryan.jin@stblaw.com, katerina.siefkas@stblaw.com, nanderson@stblaw.com

Bobby H. Richardson    bhr@rgba-law.com

Bradford D Barron    bbarron@barronlawfirmok.com

Bradley D. Holm    bradley.holm@phoenix.gov

Bradley William Carlyon    brad.carlyon@navajocountyaz.gov

Brandan J. Montminy    brandan.montminy@troutman.com, AutoDocket@lockelord.com, autodocketdev@lockelord.com, hatchley@lockelord.com, kpatrick@lockelord.com

Brandon L. Bogle    bbogle@levinlaw.com, bpoff@levinlaw.com

Brandon M. White    bmwhite@perkinscoie.com, DocketWDC@PerkinsCoie.com

Brandon R. Oates    boates@haleyolson.com

Brandt Silverkorn    bsilverkorn@edelson.com, 5176549420@filings.docketbird.com, docket@edelson.com

Brant C. Martin    brant.martin@wickphillips.com, CourtMail@wickphillips.com, emily.bibb@wickphillips.com, samantha.tandy@wickphillips.com, schyler.parker@wickphillips.com, yessenia.rocha@wickphillips.com

Brendan V. Johnson    BJohnson@RobinsKaplan.com, mcarranza@robinskaplan.com, TOlson@RobinsKaplan.com

Brent L. Crumpton    blc@crumptonlaw.com

Brent M. Buckley    buckley@buckleyking.com, bielawski@buckleyking.com

Brent P. Ceryes    bceryes@lawbmf.com, esneeringer@lawbmf.com

Brenton Webster Cole    bcole@bakerdonelson.com

Brian Butler    brian.butleresq@yahoo.com

Brian C. Fries    brian.fries@lathropgpm.com, asmith@lathropgage.com

Brian D. Boone    brian.boone@alston.com, andrew.hatchett@alston.com, brandon.springer@alston.com, caroline.strumph@alston.com, emily.mcgowan@alston.com

Brian E. Bowcut    bbowcut@cohenmilstein.com

Brian George Davis    bdavis@tricitylaw.com

Brian H. Sullivan    bsullivan@sloanewalsh.com

Brian J. Laliberte    brianl@cooperelliott.com, loris@cooperelliott.com, tammym@cooperelliott.com

Brian J. Madden    bmadden@wcllp.com, abaldwin@wcllp.com

Brian K. Balser    brian@balserlaw.com

Brian K. Cochran    bcochran@brewstermorhous.com

Brian L. Glorioso    brian.glorioso@yahoo.com

Brian Lee Williams    Brian.Williams@surfcity-hb.org

Brian M. Ercole    brian.ercole@morganlewis.com, peggy.martinez@morganlewis.com

Brian M. McIntyre    bmcintyre@cochise.az.gov

Brian N. Ramm    bramm@beneschlaw.com, docket@beneschlaw.com, mvanorder@beneschlaw.com

Brian P. FitzGerald    bpfitzgerald@littler.com, tbridle@littler.com

Brian P. Johnson    bjohnson@johnsontrent.com

Brian S. Weinstein    brian.weinstein@davispolk.com, chase.mcreynolds@davispolk.com,
cristina.rincon@davispolk.com, dylan.rubin@davispolk.com, ecf.ct.papers@davispolk.com,
meredith.manning@davispolk.com, michelle.adler@davispolk.com

Brian T. Himmel    bhimmel@reedsmith.com

Brian T. Smith    btsmith@dykema.com, slopetrone@dykema.com

Brice Nengsu Kenfack    bkenfack@shb.com

Brien T. O'Connor    Brien.O'Connor@ropesgray.com, Alexandra.Anderson@ropesgray.com,
Cassandra.LaRussa@ropesgray.com, Courtalert@ropesgray.com, Ethan.Thomas@ropesgray.com,
MNKAlerts@ropesgray.com, William.Davison@ropesgray.com

Bruce A. Moore    bmoore@grsm.com, mmasucci@grsm.com, rrose@gordonrees.com,
tboman@grsm.com

Bruce D. Fox    brucefox@foxandfarleylaw.com

Bryan D. Smith    bds@ajlaw.com

Bryan Kipp Weir    bryan@consovoymccarthy.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Bryce J.Q. Adams    bryce.adams@wilsonelser.com, mary.brown@bullivant.com

Byron R. Perkins    bperkins@perkins-law.com

C. Chad Young    chadyoung@pattylaw.com

C. David Johnstone    david.johnstone@ag.ky.gov

C. Jacob Gower    jacob@gowerlegal.com

C. Scott Jones    sjones@lockelord.com, amber.sladovnik@lockelord.com, rhager@lockelord.com

Caitlyn A. Mancuso    kate.mancuso@hoganlovells.com

Cale Howard Conley    cale@conleygriggs.com, chip@conleygriggs.com, stephanie@conleygriggs.com

Calvin Poole , III    calvin@poolelaw.com

Calvin C. Fayard , Jr    calvin@fayardlaw.com

Carasusana B. Wall    cara@toledolaw.com, ameena@toledolaw.com, kathryn@toledolaw.com, sheila@toledolaw.com, vannessa@toledolaw.com

Cari K. Dawson    cari.dawson@alston.com

Carl S. Burkhalter    cburkhalter@maynardcooper.com

Carlton E. Wessel    carlton.wessel@us.dlapiper.com, andrew.hoffman@us.dlapiper.com, angela.starling@us.dlapiper.com, mark.gonzalez@us.dlapiper.com, meagan.self@us.dlapiper.com

Carmen A. Medici    cmedici@rgrdlaw.com, slandry@rgrdlaw.com

Carol Dan Browning    cbrowning@stites.com, rmcgrew@stites.com

Carole S. Rendon    crendon@bakerlaw.com

Carte P. Goodwin    cgoodwin@fbtlaw.com, azurbuch@fbtlaw.com, brobinette@fbtlaw.com

Caryn C. Lederer    clederer@hsplegal.com, gsantos@hsplegal.com

Casey J. Downing    cdowning@velaw.com

Casey Langston Lott    clott@langstonlott.com, smiller@langstonlott.com

Casey Paul Shorts    cps@previant.com

Catherine A. Yanni    cathy@cathyyanni.com

Celeste Brustowicz    cbrustowicz@clfnola.com, cradziunas@clfnola.com, sboone@sch-llc.com, taultman@clfnola.com

Celia M. Schnupp    cschnupp@perez-morris.com, ajohnston@perez-morris.com

Chad L. Hobbs    chobbs@tuscaloosa.com, chowton@rosenharwood.com

Chantal Pillay    chantal.pillay@arlaw.com

Charles A. O'Brien , III    andy.obrien@bcbsla.com

Charles Arlen Braud , II    arlenb@braudandgallagher.com, connieb@braudandgallagher.com, michelleg@braudandgallagher.com, stevenj@braudandgallagher.com, tiffanyw@braudandgallagher.com

Charles B. Cooper    benc@cooperelliott.com, loris@cooperelliott.com, tammym@cooperelliott.com

Charles C. Lifland    clifland@omm.com, alucas@omm.com, charles-lifland-4890@ecf.pacerpro.com, echianese@omm.com, erodriguez2@omm.com, klezell@omm.com, opioidsmailbag@omm.com, sbrody@omm.com, skemp@omm.com, skim@omm.com, ssermons@omm.com, sstrong@omm.com

Charles E. Boyk    cboyk@charlesboyk-law.com, ahanna@charlesboyk-law.com, aschumaker@charlesboyk-law.com, ayoung@charlesboyk-law.com, nthomas@charlesboyk-law.com, tbronowski@charlesboyk-law.com

Charles J. Crueger    cjc@cruegerdickinson.com, maj@cruegerdickinson.com, nab@cruegerdickinson.com

Charles M. Silver    csilver@law.utexas.edu

Charles R. Webb    rusty@rustywebb.com, lisastaup@rustywebb.com

Charles Robert Munson    cmunson@mt.gov

Charles W. Byrd    cbyrd@griffindurham.com, efile@pmkm.com

Charles W. Whetstone , Jr    cwhetstone@attorneyssc.com

Cheryl Priest Ainsworth    cainsworth@tocounsel.com

Cheryl A. Bush    bush@bsplaw.com, hill@bsplaw.com, reiss@bsplaw.com

Cheryl F. Perkins    cperkins@attorneyssc.com, adegaris@degarislaw.com, skeefe@attorneyssc.com

Cheryl Lynn Solomine    cheryl@seriouslawyers.com

Cheryl Priest Ainsworth    cainsworth@tocounsel.com, sschuster@tocounsel.com

Chou-il Lee    clee@taftlaw.com, docket@taftlaw.com, emurray@taftlaw.com, IND_Docket_Assist@taftlaw.com, jburgess@taftlaw.com

Chris Moser    cmoser@hslawyers.com, moserlaw@gmail.com

Christina D. Crow    christy.crow@jinkscrow.com, filings@jinkscrow.com, jodi.myers@jinkscrow.com, karla.shivers@jinkscrow.com, ryan.mcferrin@jinkscrow.com

Christina L. Smith    csmith@powellmajestro.com

Christopher A. Seeger    cseeger@seegerweiss.com

Christopher Allan Young    cyoung@perry-young.com

Christopher B. Essig    CEssig@winston.com, christopher-essig-8034@ecf.pacerpro.com

Christopher B. Hood    chood@hgdlawfirm.com

Christopher C. Hollon    chollon@ficlaw.com, kmonroe@ficlaw.com, mhaas@ficlaw.com, tseabold@ficlaw.com

Christopher D. Caspary    cdc@zrlaw.com, tar@zrlaw.com

Christopher D. Glover    chris.glover@beasleyallen.com

Christopher Daniel Meyer    cmeyer@burr.com

Christopher F. Cueto    ccueto@cuetolaw.com, mwendler@cuetolaw.com

Christopher G. Michel    christophermichel@quinnemanuel.com

Christopher J. Davis    cjd@sgkpc.com, pms@sgkpc.com

Christopher L. Coffin    ccoffin@pbclawfirm.com, jthomas@pbclawfirm.com, sdupont@pbclawfirm.com

Christopher L. Schnieders    cschnieders@wcllp.com

Christopher M. Davis    chris.davis@wwdhe.com, lori.deal@wwdhe.com

Christopher M. Huck    huck@goldfarb-huck.com, ritchie@goldfarb-huck.com, sanchez@goldfarb-huck.com

Christopher M. Mussler    cmussler@gsblegal.com

Christopher R. Daily    chris@bfdlegal.com, dawn@bfdlegal.com

Christopher R. Hall    chris.hall@saul.com

Christopher R. Murphy    crmurphy@reedsmith.com

Christopher Scott Jones    sjones@lockelord.com

Christopher T. Graebe    cgraebe@morningstarlawgroup.com

Clarence Davis    cdavis@griffindavislaw.com, jharmon@griffindavislaw.com

Claud E. Skip McCoy , Jr    smccoy@jcmlaw.net

Claude F. Reynaud , Jr    claude.reynaud@bswllp.com, cynthia.ray@bswllp.com,
sandra.carlton@bswllp.com

Clifford Carlton Higby    chigby@bryanthigby.com

Clifton M. Patty , Jr    skippattylawfirm@gmail.com

Colin H. Hunter    colin@angelilaw.com

Colin M. Simpson    csimpson@burgsimpson.com

Conor A. McLaughlin    conor.mclaughlin@thompsonhine.com, Donna.Mitchell@thompsonhine.com,
ECFDocket@Thompsonhine.com, eDocketServiceDev@thompsonhine.com

Conor B. O'Croinin    cocroinin@zuckerman.com

Corey D. Moll    cmoll@phjlaw.com, corey.moll@gmail.com

Courtney B. Smith    csmith@simsandsimsllc.com

Courtney E Giles    courtney.giles@bakermckenzie.com, jessica.harris@bakermckenzie.com

Courtney L. Mohammadi    courtneymohammadi@pmkm.com

Craig D. Cherry    jallen@cjsjlaw.com, jallen@haleyolson.com, jharing@haleyolson.com

Craig L. Lowell    clowell@wigginschilds.com, ttodd@wigginschilds.com

Craig M. Reiser    creiser@axinn.com, eyung@axinn.com, kperez@axinn.com, nduffee@axinn.com

Crystal Gayle Foley    cfoley@simmonsfirm.com

Curtis Osceola    curtis@moskowitz-law.com, rejane@moskowitz-law.com

Curtis N. Bruehl    cbruehl@bruehllaw.com, tbirmingham@fulmersill.com

Cyrus Mehri    pleadings@findjustice.com

D. Brian Murphy    brian@braswellmurphy.com

D. Scott Kalish    scottkalishcollc@cs.com

Dan Drachler    ddrachler@lchb.com, dan-drachler-6676@ecf.pacerpro.com

Dan A. Robin , Jr    dan@mylawyerdan.com

Dana S. Hardy    dhardy@hinklelawfirm.com, cgalvez@hinklelawfirm.com,
jgilmore@hinklelawfirm.com, jmartin@hinklelawfirm.com, vapodaca@hinklelawfirm.com

Daniel C. Levin    dlevin@lfsblaw.com

Daniel Carl Cederborg    dcederborg@co.fresno.ca.us

Daniel E. Gustafson    dgustafson@gustafsongluek.com

Daniel E. Seltz    dseltz@lchb.com, daniel-seltz-1356@ecf.pacerpro.com

Daniel G. Jarcho    daniel.jarcho@alston.com, cari.dawson@alston.com,
jenny.mendelsohn@alston.com

Daniel J. Hyzak    dhyzak@grsm.com, mmasucci@grsm.com, rrose@grsm.com, tboman@grsm.com

Daniel K. Ryan    dryan@hinshawlaw.com

Daniel Kearney Bean    dbean@abelbeanlaw.com

Daniel L. Clayton    dclayton@kcbattys.com

Daniel L. Studstill    danny@studstillfirm.com

Daniel M. Delluomo    monty@delluomo.com

Daniel M. Petrocelli    dpetrocelli@omm.com, daniel-m-petrocelli-4368@ecf.pacerpro.com

Daniel P. Goetz    dgoetz@weismanlaw.com, ckasiguran@weismanlaw.com

Daniel R. Karon    dkaron@karonllc.com, bhollowell@karonllc.com, cgood@karonllc.com

Daniel R. Lapinski    dlapinski@wilentz.com, jkennedy@wilentz.com, mmcguckin@wilentz.com

Daniel R. Meachum    dmeachum@dmeachumlaw.com

Daniel T. Donovan    daniel.donovan@kirkland.com, ecf-f7abcf591979@ecf.pacerpro.com,
kristen.farnsworth@kirkland.com

Danielle L. Borel    danielle.borel@bswllp.com, lori.adams@bswllp.com, mayop@bswllp.com

David Efron    efron@davidefronlaw.com

David Zwally    dzwally@haugpartners.com

David A Goodwin    dgoodwin@gustafsongluek.com

David A. Domina     dad@dominalaw.com

David A. Wallace     dwallace@bentleyandbruning.com, mdiven@bentleyandbruning.com

David Adam Harper     adam@sutherslaw.com

David Anthony Busby     DAB@dupm.com, debby@dupm.com

David Blayne Honeycutt     dbhoneycutt@fayardlaw.com, benita@fayardlaw.com

David Bruce Poole , Sr     bruce.poole@poolelg.com

David C. Laborde     david@onmyside.com, kathy@onmyside.com

David C. Mielke     dmielke@abqsonosky.com, sjones@abqsonosky.com

David C. Schulte     david.schulte@hklaw.com, hapi@hklaw.com, tanya.wadsworth@hklaw.com

David C. Youll     david@tulsafirm.com

David D. Fauvre     david.fauvre@aporter.com

David Dean Batchelder     dbatchelder@burgsimpson.com

David E. Yoder     dyoder@harveycounty.com

David F. Askman     dave@askmanlaw.com

David G. Bryant     david@davidbryantlaw.com

David G. Lambert     dlambert@prosecutor.cuyahogacounty.us

David H. Angeli     david@angelilaw.com

David I Cates     dcates@cateslaw.com

David I. Ackerman     dackerman@motleyrice.com

David J. Barthel     barthel@carpenterlipps.com, campbell@carpenterlipps.com

David J. Burman     dburman@perkinscoie.com, BHarkness@perkinscoie.com, docketsea@perkinscoie.com

David J. Guarnieri     dguarnieri@mmlk.com, dpritchard@mmlk.com

David J. Hodge     dhodge@mkhlawyers.com, wparker@mkhlawyers.com

David J. Ko     dko@kellerrohrback.com, cate-brewer-0141@ecf.pacerpro.com,

cbrewer@kellerrohrback.com

David J. Rebein   Dave@rbr3.com

David L. Colvin   dstpaul@dcolvinlaw.com

David M. Krinsky   dkrinsky@wc.com

David M. McMullan , Jr   dmcmullan@barrettlawgroup.com

David N. Cole   dcole@colelaw.com

David P. Hersh   dhersh@burgsimpson.com

David R. Beasley   dbeasley@maynardcooper.com

David R. Buchanan   dbuchanan@seegerweiss.com, sperovich@seegerweiss.com,
ssiegel@seegerweiss.com

David R. Geiger   dgeiger@foleyhoag.com

David R. Grant   dgrant@pglawyer.com

David R. Paoli   davidrp@aol.com, davidpaoli@paoli-law.com, melanyimes@paoli-law.com,
rebeccamurphy@paoli-law.com, reception@paoli-law.com

David Rosenblum Cohen   david@davidrcohen.com

David S. Casey , Jr   dcasey@cglaw.com

David S. Senoff   dsenoff@firstlawstrategy.com, cmcnally@firstlawstrategy.com

David W Asp   dwasp@locklaw.com, segirard@locklaw.com

David W. Ardoin   david@amotriallawyers.com, renee@amotriallawyers.com

David W. Gernhauser , Jr   dwg@gerngroup.com

David W. Zoll   david@toledolaw.com, angela@toledolaw.com, cara@toledolaw.com,
sheila@toledolaw.com

David Ricardo Fitzgerald Ottey   DOttey@pbcgov.org

Davis A. Dunaway   ddunaway@hullbarrett.com

Dawn M. Chmielewski   dchmielewski@nbalawfirm.com

Dawn M. Vallejos-Nichols   dvallejos-nichols@avera.com

Dean N. Kawamoto    dkawamoto@kellerrohrback.com, cbrewer@kellerrohrback.com, johill@kellerrohrback.com

Deborah A. Villio    dvillio@lfvlaw.us, tpasquale@lfvlaw.us

Deborah L. Dance    ddance@cobbcounty.org

Debra C. Price    deeprice@taylorpricelaw.com

Denise H. Rowan    drowan@dhrlegal.com

Dennis A. Lienhardt , Jr    dal@millerlawpc.com, dal@ecf.courtdrive.com, lkb@ecf.courtdrive.com, lkb@millerlawpc.com

Dennis C. Taylor    dennis@talcottfranklin.com

Dennis P. Couvillion    couvilaw@gmail.com

Dennis T. Cathey    dcathey@catheyandstrain.com

Derek P. Hartman    dhartman@cavitch.com

Derek W. Loeser    dloeser@kellerrohrback.com, cbrewer@kellerrohrback.com, daniel-mensher-8016@ecf.pacerpro.com, david-ko-8713@ecf.pacerpro.com, derek-loeser-0264@ecf.pacerpro.com, dko@kellerrohrback.com, dmensher@kellerrohrback.com, leslie-nims-6342@ecf.pacerpro.com, rkilgard@kellerrohrback.com, sara-stevens-0324@ecf.pacerpro.com

Derrick G. Earles    digger@onmyside.com, denise@onmyside.com, erica@onmyside.com, jcoussan@onmyside.com, wesley@onmyside.com

Devon P. Allard    dpa@millerlawpc.com, dpa@ecf.courtdrive.com, sab@ecf.courtdrive.com, sab@miller.law, sec@ecf.courtdrive.com

Diandra S. Debrosse-Zimmermann    fu@dicellolevitt.com, 8224693420@filings.docketbird.com

Dolores Patria Garcia    dgarcia@ubglaw.com

Don E. Lewis    lewisfirm@aol.com

Donald A. Broggi    dbroggi@scott-scott.com, tcrockett@scott-scott.com

Donald A. Ecklund    decklund@carellabyrne.com, 7769272420@filings.docketbird.com

Donald A. Migliori    dmigliori@motleyrice.com, don-migliori-motley-rice-7543@ecf.pacerpro.com

Donald C. Arbitblit    darbitblit@lchb.com

Donald J. Simon    dsimon@sonosky.com

Donald R. Littlefield    dlittlefield@bressler.com

Donald R. McNeil , Jr    dmcneil@heleyduncan.com

Donald W. Davis , Jr    dwdavis@bmdllc.com, twebb@bmdllc.com

Donna M. Welch    dwelch@kirkland.com, jennifer.ahmed@kirkland.com, kcawley@kirkland.com, paul.ketz@kirkland.com

Dorothy P. Antullis    dantullis@rgrdlaw.com

Douglas A. Spencer    doug@hpcbd.com, melinda@hpcbd.com

Douglas P. Hill    dhill@bscr-law.com

Drannon L. Adkins    dadkins@pffwv.com

Dubose Porter    sdporter8888@gmail.com

Dustin B. Herman    dherman@spanglaw.com, ecampbell@spanglaw.com, sschebek@spanglaw.com

Dustin C. Carter    dcarter@nbalawfirm.com, rmonk@nbalawfirm.com

Dwain Mark Clifford    dclifford@mwcc.law, 6948400420@filings.docketbird.com, ismith@balljanik.com

Dyllan Evan Linehan    dyllanlinehan@gmail.com

E. Powell Miller    epm@millerlawpc.com, aad@ecf.courtdrive.com, aad@miller.law

E. William Leckerling, III , Esq    wmleckerling@leck-law.com, ppinard@leck-law.com

Edmund Clay Goodman    egoodman@hobbsstraus.com, abailey@hobbsstraus.com, cmayhew@hobbsstraus.com, gstrommer@hobbsstraus.com, tim.erdman@hobbsstraus.com

Edward D. Chapin    echapin2@sanfordheisler.com, amiller@sanfordheisler.com, JAlvarez@sanfordheisler.com, ksharp@sanfordheisler.com, sbireda@sanfordheisler.com

Edward D. Papp    epapp@bspplaw.com, csheehan@bsphlaw.com

Edward J. Ciarimboli    ejc@fclawpc.com

Edward McDowell Newsom    eddie.newsom@millermartin.com

Eileen Elizabeth Hintz Rumfelt    eileen.rumfelt@millermartin.com

Elaine P. Golin    epgolin@wlrk.com

Elio Battista , Jr    ebattista@pgslegal.com

Elisa P. McEnroe    elisa.mcenroe@morganlewis.com, andrea.preate-regni@morganlewis.com, matthew.ladd@morganlewis.com

Elisabeth S. Gray    egray@grayice.com, cniemeier@grayice.com, gsill@grayice.com, ljohnson@grayice.com, mrennirt@grayice.com

Elise Attridge    eattridge@morganlewis.com

Elizabeth A. Laughlin    llaughlin@sperling-law.com

Elizabeth G. Smiley    esmiley@baronbudd.com

Elizabeth J. Cabraser    ecabraser@lchb.com, ddrachler@lchb.com, efastiff@lchb.com, elizabeth-cabraser-1441@ecf.pacerpro.com, jremuszka@lchb.com, pdoamaral@lchb.com

Elizabeth M. Judy    ejudy@bbw-law.com, jconrad@bbw-law.com

Elizabeth M. Miller    emiller@bscr-law.com

Elizabeth P. Kessler    ekessler@jonesday.com

Elizabeth S. Smith    esmith@motleyrice.com

Elizabeth S. White    liz@lizwhitelaw.com

Elizabeth Shively Boatwright    esboatwright@bmdllc.com

Ellen Relkin    erelkin@weitzlux.com, AStoltz@weitzlux.com, bargotsinger@weitzlux.com, dsavours@weitzlux.com, lschultz@weitzlux.com, mdrost@weitzlux.com, PNovak@weitzlux.com

Ellison Merkel    ellisonmerkel@quinnemanuel.com, ecf-b425c4779e8e@ecf.pacerpro.com

Emilie E. O'Toole    eotoole@mwe.com

Emily C. White    ewhite@dannlaw.com, 1903874420@filings.docketbird.com, dkolis@dannlaw.com, notices@dannlaw.com

Emily R. Brown    ebrown@hsplegal.com

Emily S. Ullman    eullman@cov.com, docketing@cov.com

Emily Smart Woerner    emily.woerner@cincinnati-oh.gov

Emily Ward Roark    emily.roark@bryantpsc.com, david@davidbryantlaw.com, kirsta.cruthis@bryantpsc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com, enu-mainigi-3388@ecf.pacerpro.com

Eric A. Inglis    eai@spsk.com, rjr@spsk.com

Eric B. Fastiff    efastiff@lchb.com, catkins@lchb.com, chumphreville@lchb.com, eric-fastiff-2015@ecf.pacerpro.com

Eric D. Barton    ebarton@wcllp.com, p.bradshaw@wcllp.com

Eric D. Holland    eholland@allfela.com, lhenderson@allfela.com, theepke@allfela.com, toulson@allfela.com

Eric H. Zagrans    eric@zagrans.com

Eric M. Lindenfeld    elindenfeld@robinskaplan.com, aguttormson@robinskaplan.com, courtmail@robinskaplan.com

Eric Niles McKay    eric@ericmckaylaw.com

Eric R. Delinsky    edelinsky@zuckerman.com, lgehlbach@zuckerman.com, lneff@zuckerman.com

Eric T. Michener    alambert@ccj.com

Eric Todd Kanefsky    eric@ck-litigation.com

Eric W. Sitarchuk    eric.sitarchuk@morganlewis.com

Erica D. Entsminger    eentsminger@egletlaw.com, aham@egletlaw.com, badams@egletlaw.com, eservice@egletlaw.com, jaleman-stinson@egletlaw.com, jlopez@egletlaw.com, madillelv@yahoo.com, motto@egletlaw.com, rhy@egletlaw.com

Erik Christopher Johnson    erik.c.johnson@msth.com

Erin E. Lunceford    erinlunceford@gmail.com

Erin E. Rhinehart    erhinehart@ficlaw.com, kmonroe@ficlaw.com

Erin K. Dickinson    ekd@cruegerdickinson.com, maj@cruegerdickinson.com, sjm@cruegerdickinson.com

Erin K. McGowan    mcgowane@stlouis-mo.gov

Ethan T. Vessels    ethan@fieldsdehmlow.com

Eva Brindisi Pearlman    epearlman@bmbplawyers.com, tmeislin@bmbplawyers.com

Eva Marie Mancuso    emancuso@hwac.com

Evan K. Jacobs    evan.jacobs@morganlewis.com, mitchell.benson@morganlewis.com

Evan M. Janush    Evan.Janush@lanierlawfirm.com, Ian.Millican@lanierlawfirm.com, sadie.turner@lanierlawfirm.com

Evan R. Hoffman    ehoffman@tenlaw.com

Faith Khalik    f.khalik@northeastern.edu

Fiona Steele    fiona.steele@blankrome.com

Fiona A. Burke    fiona.burke@cityofchicago.org

Francis E. McGovern , II    mcgovern@law.duke.edu

Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com

Frank C. Dudenhefer , Jr    fcdlaw@aol.com

Frank Carlos Quesada    fquesada@msprecoverylawfirm.com

Frank F. Voler    fvoler@bernllp.com

Frank H. Spruiell , Jr    fspruiell@wwmlaw.com, chillard@wwmlaw.com, trawls@wwmlaw.com

Frank J. Tapley    jtapley@corywatson.com

Frank L. Gallucci , III    fgallucci@pglawyer.com, dgrant@pglawyer.com

G. Patrick Murphy    gpatrick@murphymurphyllc.com, brenda@murphymurphyllc.com, nina@murphymurphyllc.com

G. Riley Hetherington , III    grh@hetheringtonlaw.com

G. Todd Carter    tcarter@brbcsw.com, laspinwall@brbcsw.com

Gabriel Magee    gmagee@levybaldante.com, stolton@pogustmillrood.com

Gabriel S. Galanda    gabe@galandabroadman.com

Garry Whitaker    GarryWhitaker@GarryWhitakerLaw.com

Gary Yarborough    gary@yarboroughlaw.co

Gary A. Gotto    ggotto@kellerrohrback.com

Gary J. Gambel    ggambel@mrsnola.com

Gary N. Mansfield    litigation@mblawpa.com, gary@mblawpa.com

Gayle M. Blatt    gmb@cglaw.com, camille@cglaw.com, vicki@cglaw.com

Gene M. Zona Jones , II    zona@TheTrialLawyers.com, heather@thetriallawyers.com

Geoffrey D. Strommer    gstrommer@hobbsstraus.com, AKinnison@hobbsstraus.com, emanning@ecf.courtdrive.com, emanning@hobbsstraus.com, msingleton@hobbsstraus.com

Geoffrey E. Hobart    ghobart@cov.com, bblisard@cov.com

Geoffrey M. Johnson    gjohnson@scott-scott.com, aslaughter@scott-scott.com, efile@scott-scott.com, scott-scott@ecf.courtdrive.com, smasson@scott-scott.com

George E. McLaughlin    GEM@McLLF.com, elarson@mcllf.com

George H. Faulkner    Faulkner@fhplaw.com, ramos@fhplaw.com

George M. Fleming    george_fleming@fleming-law.com, mary_marusik@fleming-law.com

Georgia Hatzis    ghatzis@ubglaw.com

Gerald Davidson , Jr    gdavidson@mptlawfirm.com

Gerald C. Brooks , Jr    gerald@seriouslawyers.com

Gerald J. Diaz , Jr    jdiazjr@msattorneys.com, csdorsey@msattorneys.com

Gerald M. Titus , III    gtitus@spilmanlaw.com

Gerard R. Stowers    gstowers@bowlesrice.com

Glenn B. Adams    gadams@phjlaw.com

Greg Shinall    shinall@sperling-law.com

Gregory A. Schrage    gschrage@cchalaw.com

Gregory C. Nye    nyelaw@gcnye.com

Gregory D. Brown    gregory_brown@fleming-law.com, pam_myers@fleming-law.com

Gregory D. Brunton    gbrunton@grsm.com, mmasucci@grsm.com, rrose@grsm.com, tboman@grsm.com

Gregory E. Fellerman    gef@fclawpc.com

Gregory E. O'Brien    gobrien@cavitch.com

Gregory E. Ostfeld    ostfeldg@gtlaw.com, chilitdock@gtlaw.com, KelleyJ@gtlaw.com

Gregory K. Wells    gwells@smwlawfirm.com

Gregory M. Travalio    gtravalio@isaacwiles.com, llabair@isaacwiles.com

Gregory N. Heinen    gheinen@foley.com

Gregory P. Sautter    gregory.sautter@minneapolismn.gov

Gregory S. Spizer    gspizer@vscplaw.com

Gregory Tucker Osborne    tucker.osborne@beasleyallen.com

Gretchen Freeman Cappio    gcappio@kellerrohrback.com, cbrewer@kellerrohrback.com

H. Toby Schisler , II    toby.schisler@dinsmore.com, maria.rother@dinsmore.com

H. Truman Chafin    truman@thechafinlawfirm.com, chafin@thechafinlawfirm.com

Hannah J. Wigger    hwigger@sheppardmullin.com

Hans N. Huggler    hugglerh@lanepowell.com

Hansel Eli Lightner , II    elightner@whitearnolddowd.com

Harris L. Pogust    hpogust@pogustgoodhead.com, mdaly@pogustgoodhead.com, rweihermuller@pogustgoodhead.com, stolton@pogustgoodhead.com

Harrison Lujan    hlujan@fulmersill.com, dwhitener@fulmersill.com, tbirmingham@fulmersill.com

Harvey Bartle , IV    harvey.bartle@morganlewis.com

Haynes M. Studstill    haynes@studstillfirm.com, kristy@studstillfirm.com, loretta@studstillfirm.com

Heather A Snider    hsnider@smsm.com

Henry Avery    hja@tbr-law.com, jnykolyn@zsz.com, rweller@zsz.com

Henry G. Garrard , III    hgarrard@bbga.com, 1971299420@filings.docketbird.com, 6543346420@filings.docketbird.com, jboyer@bbga.com

Henry Lawrence Perry    lperry@perry-young.com

Herbert S. Bristow    hbristow@haleyolson.com, rbishnow@haleyolson.com

Hillary B. Weinstein    hweinstein@anapolweiss.com, cmcnally@anapolweiss.com

Hirlye R. Lutz , III    rlutz@cwcd.com, jrusso@corywatson.com, vlankford@cwcd.com

Holly E. Rickett    Holly.Rickett@sonoma-county.org, lesley.amberger@sonoma-county.org

Holly H. Dolejsi    hdolejsi@anapolweiss.com

Holly M. Wilson    hwilson@reminger.com

Howard M. Bushman    howard@moskowitz-law.com, dione@moskowitz-law.com

Hugh J. Bode    hjbode2@gmail.com, nstephenson@reminger.com

Hunter G. DeKoninck    hunter.dekoninck@quarles.com

Hunter J. Shkolnik    Hunter@nsprlaw.com, 1505475420@filings.docketbird.com, hgriffith@napolilaw.com, SSacks@NapoliLaw.com

Huntington B. Downer , Jr    hunt.downer@waitz-downer.com, cbourque@stmblaw.com, dtrahan@waitz-downer.com

Hyung P. Steele    hyung.steele@troutman.com

Ian R Feldman    ifeldman@clausen.com, bdorsey@clausen.com

Ike Spears    ikespears@gmail.com

Inez J. Ross    RossI@stlouis-mo.gov

Ira A. Burnim    irabster@gmail.com

Irwin B. Levin    ilevin@cohenandmalad.com, jknoll@cohenandmalad.com, llowe@cohenandmalad.com

J. Alan Smith    asmith@corylpa.com, aburkhart@corylpa.com, adoty@corylpa.com, bfruchey@corylpa.com, dsmith@corylpa.com

J. Bradley Ponder    brad@montgomeryponder.com, 2073492420@filings.docketbird.com, 6566252420@filings.docketbird.com

J. Burton LeBlanc , IV    avezinat@baronbudd.com, awilson@baronbudd.com, cmansour@baronbudd.com, corr@baronbudd.com, jmartinez@baronbudd.com

J. Christopher Driver    cdriver@hullbarrett.com

J. Eric Romano    eric@romanolawgroup.com, Becky@RomanoLawGroup.com

J. Gerard Stranch , IV    gstranch@stranchlaw.com, complexlit@stranchlaw.com

J. Michael Foster    mfoster@hopkinsville.net

J. Nixon Daniel , III    jnd@beggslane.com, sd@beggslane.com

J. Parker Miller    parker.miller@beasleyallen.com, candice.wyatt@beasleyallen.com, matthew.yarema@beasleyallen.com

J. Scott Bertram    jsbertram@bertramgraf.com, amonteau@skikos.com, benbertram@bertramgraf.com, bmadden@wcllp.com, djensen@skikos.com, dvandever@pophamlaw.com, ebarton@wcllp.com, gcgraf@graf-law.com, matthew@bertramgraf.com, mcrawford@skikos.com, rloehr@bertramgraf.com, sruane@wcllp.com, sskikos@skikos.com, tcartmell@wcllp.com, tim@bertramgraf.com

J. Scott Moede    Scott.Moede@portlandoregon.gov

J. Scott Taylor    scott@wncjustice.com

J. Steven Justice    justice@dunganattorney.com, kay@dunganattorney.com

J. Will Axon , Jr    Jwa@starneslaw.com, mparker@starneslaw.com

Jack E. Urquhart    jurquhart@snapkalaw.com, bvillarreal@snapkalaw.com

James Simon    jsimon@spilmanlaw.com

James A. Bello    jbello@adlercohen.com

James A. DeRoche    jderoche@garson.com, kgetts@garson.com

James A. Marniella    jamarniella@demerlaw.com

James Albe Vaughn    jamesavaughn@att.net

James Allen Sydnor , Jr    ASydnor@huielaw.com

James Allison Lowe    jlowe@lsflaw.com

James B. Matthews , III    jmatthews@bbga.com, 2616494420@filings.docketbird.com, jboyer@bbga.com

James B. Meade    JB@favros.com, brenda@favros.com, lauren@favros.com

James C. Clark    jclark@foxrothschild.com, slalicata@foxrothschild.com

James C. Peterson    jcpeterson@hpcbd.com, aaron@hpcbd.com, Diana@hpcbd.com, Pamela@hpcbd.com

James C. Poindexter    james@delegal.net

James C. Powell    jcpowell@powellmajestro.com, paula@powellmajestro.com

James C. Shah    jshah@sfmslaw.com, pleadings@millershah.com

James D. Nutter    jnutter@pgslegal.com

James D. O'Leary    oleary@osclaw.com, sutton@osclaw.com

James Dennis Young    jyoung@forthepeople.com, agauthier@forthepeople.com, gilbert@kolawyers.com

James E. Brogdon , III    jbrogdon@attorneyssc.com, lmcvety@attorneyssc.com

James E. Cecchi    jcecchi@carellabyrne.com, cviera@carellabyrne.com, mrago@carellabyrne.com

James E. Hill , III    jhill@hhglawgroup.com

James E. Miller    jemiller@millershah.com, pleadings@millershah.com, smoss@millershah.com

James F. Clayborne , Jr    jclayborne@cswlawllp.com, sebrecht@cswlawllp.com

James G. Onder    onder@onderlaw.com, blair@onderlaw.com, dewitt@onderlaw.com, mozdzierz@onderlaw.com, petry@onderlaw.com, quillin@onderlaw.com, wichmann@onderlaw.com

James J. Walsh , Jr    jwalsh@beneschlaw.com, docket@beneschlaw.com, JDagon@beneschlaw.com

James K. O'Connor    jko03@venable.com

James L. Elliott    jelliott@ebbglaw.com

James L. Ferraro    jlf@ferrarolaw.com, jreichard@kelleyferraro.com, lcp@ferrarolaw.com, mmason@kelleyferraro.com

James L. Ferraro , Jr    jjr@ferrarolaw.com, mxt@ferrarolaw.com

James Lawrence Magazine    jim@lucasmagazine.com

James M. Kelley , III    jkelley@elkandelk.com, tmorton@elkandelk.com

James M. Lewis    jlewis@thklaw.com, aschleiger@thklaw.com

James Nathan Fincher    cjnf@co.merced.ca.us

James P. Ellison    jellison@hpm.com

James P. Frantz    jpf@frantzlawgroup.com

James Patrick Clark    james.p.clark@lacity.org

James R. Bennett , II    james.bennett4@usdoj.gov, Caseview.ECF@usdoj.gov

James R. Hankle    james.hankle@steptoe-johnson.com, cjd@sgkpc.com, jpr@sgkpc.com, pms@sgkpc.com

James R. Peluso    jpeluso@dreyerboyajian.com

James R. Ross    jross@co.shasta.ca.us

James R. Segars , III    tripp@msattorneys.com

James R. Wooley    jwooley@mghslaw.com

James R. Wyrsch    jimwyrsch@whmlaw.net, rising@whmlaw.net

James S. Crockett , Jr    jcrockett@spilmanlaw.com

James S. Nelson    jnelson@powellmajestro.com

James Stephen Bennett    stephen.bennett@faegrebd.com, diane.nestleroad@faegrebd.com

James T. Corrigan    corrigan@osclaw.com

James T. McDermott    jmcdermott@balljanik.com

James T. Tyminski , Jr    jtyminski@gallaghersharp.com, kwander@gallaghersharp.com

James T. Wakley    james.wakley@ohioattorneygeneral.gov

James W. Childress    jchildress@jchildresslaw.com, kchildress@jchildresslaw.com

James W. Matthews    JMatthews@foley.com, DCourtois@foley.com, RCahill@foley.com

Jan L. Roller    jroller@perez-morris.com, AJohnston@perez-morris.com, lfletcher@perez-morris.com

Jane E. Dudzinski    jdudzinski@morganlewis.com

Jane E. Joseph    jjoseph@skikos.com, jjacob@skikos.com, lbaker@skikos.com

Janelle L. Davis    Janelle.Davis@tklaw.com, thom.hunter@tklaw.com

Janet G. Abaray    jabaray@burgsimpson.com, amoss@burgsimpson.com, anguyen@burgsimpson.com, bmoore@burgsimpson.com, dharman@burgsimpson.com, kdaly@burgsimpson.com

Janet Ward Black    jwblack@wardblacklaw.com, asnyder@wardblacklaw.com, jcarter@wardblacklaw.com

Janine C. Metcalf    jmetcalf@jonesday.com, jlaborde@jonesday.com

Janpaul Portal    jportal@msprecoverylawfirm.com, jcf@ferrarolaw.com

Jared D. Shepherd    jshepherd@ck-law.com

Jarom A Whitehead    jwhitehead@pedersen-law.com, kowen@pedersen-law.com

Jaron P. Blandford    jblandford@mcbrayerfirm.com, dpritchard@mcbrayerfirm.com

Jarrett J. Ferentino    ferentino@pfslawyer.com

Jason C. Odom    jcodom@odomlegal.com

Jason Edward Ochs    jason@ochslawfirm.com, 3314886420@filings.docketbird.com

Jason F. Giles    jgiles@kinginjuryfirm.com

Jason J. Blake    jblake@calfee.com

Jason L. Lichtman    jlichtman@lchb.com, jason-lichtman-9410@ecf.pacerpro.com

Jason M. Powers    jpowers@velaw.com, c30hou@velaw.com, jason-powers-2157@ecf.pacerpro.com

Jason P. Sultzer    sultzerj@thesultzerlawgroup.com, ciullaa@thesultzerlawgroup.com

Jason R. Hollon    jhollon@mmlk.com

Jason Stanley Moore    jason.moore@navajocountyaz.gov

Jason Zachary Landry    jzl@mbfirm.com

Javier Asis Lopez    jal@kttlaw.com

Jay Edelson    jedelson@edelson.com, docket@edelson.com

Jay Christopher Zainey , Jr    czainey@thelambertfirm.com, cmumphrey@thelambertfirm.com

Jay F. Hirsch    jayhirsch@pmkm.com

Jayna Morse Cacioppo    jcacioppo@taftlaw.com

Jayne Conroy    jconroy@simmonsfirm.com, ClassDocketing@ecf.courtdrive.com, complexdocketing@simmonsfirm.com, phanly@simmonsfirm.com

Jeff S. Gibson    jgibson@cohenandmalad.com, jknoll@cohenandmalad.com

Jeffery A. Mobley    jeff@lowemobleylowe.com

Jeffrey A. Kennard    jkennard@sakg.com, cgrant@sakg.com, cnoble@sakg.com, mhufferd@sakg.com, wlund@SAKG.com

Jeffrey B. Musslewhite    jeff@lbjmlaw.com

Jeffrey B. Simon    jsimon@sgpblaw.com, mmildren@sgptrial.com, spatel@sgptrial.com, tpace@sgptrial.com

Jeffrey C. Nelson    jnelson@motleyrice.com

Jeffrey D. Price    jeff.price@beasleyallen.com, katie.edwards@beasleyallen.com, leah.robbins@beasleyallen.com

Jeffrey E. Friedman    jfriedman@friedman-lawyers.com, tmartin@friedman-lawyers.com

Jeffrey F. Peck    jpeck@ubglaw.com, lahonen@ulmer.com

Jeffrey H. Reeves    jreeves@reevesandweiss.com, jdiotalevi@tocounsel.com, kspake@tocounsel.com, sschuster@tocounsel.com

Jeffrey J. Jones    jjjones@jonesday.com

Jeffrey J. Lowe    jeff@jefflowepc.com, crm@jefflowepc.com

Jeffrey L. Bowling    jeffbrbpc@bellsouth.net

Jeffrey L. Campbell    jeff@campbelllawfirmva.com

Jeffrey Mark Richard    Jeffrey.Richard@countyofnapa.org

Jeffrey R. Gaddy    jgaddy@levinlaw.com

Jeffrey S. Dunlap    jdunlap@ubglaw.com

Jeffrey S. Ward    wardj@deflaw.com, blountt@deflaw.com, landrumj@deflaw.com, singletont@deflaw.com

Jeffrey T. Davis    jdavis@trdlp.com, mcupp@trdlp.com

Jeffrey T. Scott    scottj@sullcrom.com

Jenna E. Ross    jross@jenner.com

Jennie Lee Anderson    jennie.anderson@andrusanderson.com, 6951231420@filings.docketbird.com, ashly.mirador@andrusanderson.com, audrey.siegel@andrusanderson.com, erin.lally@andrusanderson.com, evelyn.rodas@andrusanderson.com, jack.henry@andrusanderson.com, loudilyn.reyes@andrusanderson.com, marnelle.cabero@andrusanderson.com, mikaela.contreras@andrusanderson.com, nicole.shoener@andrusanderson.com

Jennifer D. Oliva    jennifer.oliva@shu.edu, jennoliva@gmail.com

Jennifer G. Levy    jlevy@kirkland.com

Jennifer N. Herman    jherman@savannahga.gov

Jennifer P. Richnafsky    jrichnafsky@clarkhill.com

Jennifer R. Scullion    jscullion@proskauer.com

Jennifer S. Harrison    jharrison@hallboothsmith.com, jbeach@hallboothsmith.com, nroberts@hallboothsmith.com, rcavallaro@hallboothsmith.com

Jenny A. Hergenrother    jenny.mendelsohn@alston.com

Jerad J. Zibritosky    jzibritosky@cuyahogacounty.us

Jeremy D. Engle    engle@marcus-shapira.com

Jess Carter Weade    weadelaw@hotmail.com

Jesse A. Davis    adavis@davislucascarter.com, crobinson@brinson-askew.com, cwilliams@brinson-askew.com

Jessica Burke    jessica@jblawoffices.net

Jessica Ortiz    jortiz@mololamken.com, edamrau@mololamken.com

Jessica B. Cozart    jcozart@bscr-law.com

Jessica D. Marshall    jmarshall@mayerllp.com

Jessica E. Mar    jessica.mar@cco.sccgov.org

Jessica H. Diotalevi    jdiotalevi@tocounsel.com

Jessica K. Baverman    jkbaverman@vorys.com, tlschwarz@vorys.com

Jill G. Okun    jokun@porterwright.com, kballa@porterwright.com, rnolan@porterwright.com

Jim Hood    jhood@wmclaw.com, squinn@wmclaw.com

Jim Walden    jwalden@wmhwlaw.com, docketclerk@wmhlaw.com

Jim C. McGough    jim@tulsafirm.com, admin@tulsafirm.com

Jo Anna Pollock    jpollock@simmonsfirm.com

JoDee Neil    jneil@sgptrial.com

Joanna G Persio    joanna.persio@aporter.com

Joanne M. Cicala    joanne.cicala@cwc.law, katie.sullivan@cwc.law, shelbi.flood@cwc.law, treyvon.davis@cwc.law

Jody L. Rudman    jody.rudman@huschblackwell.com, administrator@kendalllawgroup.com

Joel I Sher    jis@shapirosher.com, ejd@shapirosher.com

Joel K. Liberson    joel@taresources.com

Joel L. DiLorenzo    joel@dilorenzo-law.com, caroline@dilorenzo-law.com

John Goran    jgoran@hallboothsmith.com, ahaile@hallboothsmith.com, jdiamond@hallboothsmith.com, jrosales@hallboothsmith.com

John Gravante , III    j.gravante@mooreandlee.com

John Hicks    jh@nkfirm.com

John A. Eaves , Jr    johnjr@eaveslawmail.com, renee@eaveslawmail.com

John A. Lancione    jal@lancionelaw.com, lrl@lancionelaw.com

John A. McCauley    johnarthurmccauley@gmail.com, bebowman@venable.com, dcbitzelberger@venable.com, tepoirot@venable.com

John A. Smith    jsmith@flahertylegal.com

John A. Yanchunis    jyanchunis@forthepeople.com, jcabezas@forthepeople.com

John C. Cherundolo    jcherundolo@cherundololawfirm.com, cmendoza@cherundololawfirm.com, cpiemonte@cherundololawfirm.com, emallinger@cherundololawfirm.com, ltodzia@cherundololawfirm.com, ppapayanakos@cherundololawfirm.com, robin@cherundololawfirm.com

John C. Dougherty    jdougherty@haugpartners.com

John C. Musto    john.musto@daytonohio.gov

John Conrad Metcalf    jcmetcalf@icloud.com

John D. Hurst    jhurst@motleyrice.com, akearse@motleyrice.com

John D. Parker    jparker@bakerlaw.com, kpeto@bakerlaw.com

John E. Keefe , Jr    jkeefe@keefe-lawfirm.com

John E. Suthers    jes@sutherslaw.com, alicia@sutherslaw.com

John Eric Fulda    jfulda@attorneyssc.com, lchristian@attorneyssc.com

John F. Garvey , Jr    jgarvey@stranchlaw.com, achavez@stranchlaw.com,
cengelmann@stranchlaw.com, leyre@stranchlaw.com

John F. Hawkins    john@hgattorneys.com, teresa@hgattorneys.com

John F. Innelli    JINNELLI@INNELLILAW.COM

John F. Walker    jwalker@martinwalkerlaw.com, kayleeq@martinwalkerlaw.com,
spoole@martinwalkerlaw.com

John H. Beisner    john.beisner@skadden.com, john-beisner-4715@ecf.pacerpro.com

John H. Ruiz    jruiz@msprecoverylawfirm.com, aalvarez@msprecoverylawfirm.com,
afernandez@msprecoverylawfirm.com, alanda@msprecoverylawfirm.com,
clugo@msprecoverylawfirm.com, cmiranda@msprecoverylawfirm.com,
edelima@msprecoverylawfirm.com, fquesada@msprecoverylawfirm.com,
gmoreno@msprecoverylawfirm.com, gmuriel@msprecoverylawfirm.com,
jcleary@msprecoverylawfirm.com, jpupo@msprecoverylawfirm.com,
rmartinez@msprecoverylawfirm.com, rstrongarone@msprecoverylawfirm.com,
serve@msprecoverylawfirm.com, ylara@msprecoverylawfirm.com

John J. Haggerty    jhaggerty@foxrothschild.com, JClark@foxrothschild.com,
khelgerson@foxrothschild.com, kwickline@foxrothschild.com, lmcginley@foxrothschild.com,
mrobinson@foxrothschild.com, nsalter@foxrothschild.com, scornell@foxrothschild.com,
sfineman@foxrothschild.com

John J. Limbian    jlimbian@youngstownohio.gov

John J. Robinson    jjrobinson@grsm.com, cbarry@grsm.com

John K. Gisleson    john.gisleson@morganlewis.com

John K. Rinehardt    john@lawfirm2020.com

John K. Weston    jweston@sackslaw.com

John M. Alten    jalten@ubglaw.com, rsisson@ulmer.com

John M. Broaddus    jbroaddus@weitzlux.com

John M. Majoras    jmmajoras@jonesday.com

John M. Murphy    jmurphy@kelley-ferraro.com, jreichard@kelleyferraro.com,
slaquatra@kelleyferraro.com

John P. Fiske    jfiske@baronbudd.com, Nstoneman@baronbudd.com

John P. Fulco    jfulco@offitkurman.com

John P. Lavelle , Jr    john.lavelle@morganlewis.com, donna.shapley@morganlewis.com,
teresa.helm@morganlewis.com

John P. McDonald    jpmcdonald.law@outlook.com, hatchley@lockelord.com,
Katie.Wright@lockelord.com, kpatrick@lockelord.com, LFincher@lockelord.com,
Nick.graber@lockelord.com

John P. Pierce    jpierce@themis.us.com

John R. Climaco    jrclim@climacolaw.com, gabrun@climacolaw.com

John R. Whaley    jrwhaley@whaleylaw.com, andrea@whaleylaw.com

John Richard Zoesch , III    jrz@beggslane.com

John T. Murray    john@lesliemurraylaw.com, info@lesliemurraylaw.com, jmurray160@yahoo.com

John Thomas Lamar , III    tlamar@lamarhannaford.com

John W. Barrett    dbarrett@barrettlawgroup.com, dkirkwood@burnscharest.com,
lmedrano@burnscharest.com, ntmaddux@barrettlawgroup.com

John W. Crongeyer    jw552020@gmail.com

John W. Edwards    john.edwards@edwardslawfirm.org, nicole.carson@edwardslawfirm.org

John W. Kitchens    jkitchens@kitchenslaw.net

John W. Raggio    jraggio@fnlawfirm.com, jgomez@ntrial.com, NLGCourtNotices@ntrial.com,
nsaintsume@ntrial.com, vmcneme@ntrial.com

John Wesley Smith    wsmith@slln.com, drogers@slln.com, mwelsh@slln.com

Jon J. Tunheim    tunheij@co.thurston.wa.us

Jonathan Marigliano    jmarigliano@pmhplaw.com

Jonathan Silberman    jsilberman@wmclaw.com

Jonathan G. Cooper    jonathancooper@quinnemanuel.com, ecf-f8f66fa03bc4@ecf.pacerpro.com

Jonathan L Stern    jonathan.stern@apks.com, guadalupe.saldana@arnoldporter.com

Jonathan Patrick Novak    jnovak@fnlawfirm.com, cmattison@howardcountymd.gov,
lruzzi@howardcountymd.gov, mgoldmeier@howardcountymd.gov, vmcneme@fnlawfirm.com

Jonathan S. Tam    jonathantam@quinnemanuel.com

Jonathan W. Cuneo    JonC@cuneolaw.com, dvillalobos@cuneolaw.com, jkelly@cuneolaw.com

Jonathan W. Garlough    jgarlough@foley.com

Jordan A. Shaw    jshaw@zpllp.com, mperez@zpllp.com

Joseph Ciaccio    jciaccio@napolilaw.com

Joseph Vanek    jvanek@sperlingkenny.com

Joseph A. Farchione, Jr.    farchione@wtotrial.com, baker@wtotrial.com, cole@wtotrial.com

Joseph A. Osborne , Jr    josborne@realtoughlawyers.com, rbell@realtoughlawyers.com

Joseph C. Hoffman , Jr    hoffman@fhplaw.com, ramos@fhplaw.com

Joseph C. Pickens    jpickens@isaacwiles.com, rcullison@isaacwiles.com

Joseph D. Mando    Mando@fhplaw.com, Ramos@fhplaw.com

Joseph E. Lehnert    jlehnert@kmklaw.com

Joseph F. Callahan    jcallahan@bjpc.com, rlangan@bjpc.com

Joseph F. Rice    jrice@motleyrice.com, gdirkes@motleyrice.com

Joseph G. Cleemann    jcleemann@scott-scott.com

Joseph J. Cappelli    jcappelli@bernllp.com

Joseph Leon Payne    paynelawoffice@frontier.com

Joseph M. Callow , Jr    jcallow@callowandutter.com

Joseph M. Kaye    joseph@moskowitz-law.com, dione@moskowitz-law.com

Joseph N. Parsons    jparsons@jonesday.com, courtalert@jonesday.com

Joseph P. O'Sullivan , III    joseph.osullivan@renogov.org

Joseph W. Boatwright , IV    JosephBoatwright@yahoo.com

Joshua A. Kobrin    kobrin@marcus-shapira.com

Joshua D. Burk    dDelGrande@hueston.com

Joshua E. O'Farrell    jofarrell@bdblaw.com, sbaker@bdblaw.com

Joshua H. Eggnatz    JEggnatz@JusticeEarned.com, legalassist@justiceearned.com,
Sgizzie@JusticeEarned.com

Joshua K. Conaway    jconaway@fchclaw.com, rcunningham@fadduollaw.com

Joshua Patrick Hayes    jhayes@princelaw.net, jtaylor@princelaw.net

Joshua T. Wackerly    josh.wackerly@cwc.law

Jude B. Streb    syohobaker@bdblaw.com

Judith L. O'Grady    ogradyj@pepperlaw.com, mckayt@pepperlaw.com

Judith S. Scolnick    jscolnick@scott-scott.com, aslaughter@scott-scott.com, bkaswan@scott-scott.com, efile@scott-scott.com

Judy L. Leone    judy.leone@dechert.com

Juergen A. Waldick    prosecutor@allencountyohio.com

Julia I. Manela    jmanela@wlrlaw.com

Julia M. Kavanagh    jkavanagh@hallboothsmith.com, jbeach@hallboothsmith.com,
kjackson@hallboothsmith.com, smccullar@hallboothsmith.com

Julie Braman Kane    julie@colson.com, b.cancela@colson.com

Julie M. Pfeiffer    Julie.Pfeiffer@OhioAGO.gov, constitution.mail@ohioattorneygeneral.gov

Julie S. Kane    juliek@nezperce.org

Justin Winch    justin.winch@winchlawfirm.com

Justin C. Danilewitz    justin.danilewitz@saul.com

Justin Daniel Studstill    justin@studstillfirm.com

Justin E. Rice    justin.rice@tuckerellis.com, Amanda.Skyrm@tuckerellis.com,
madeleine.winkleman@tuckerellis.com

Justin R. Kaufman    jkaufman@kdplawfirm.com

K. Scott Wagner    swagner@attolles.com, kbridgewater@attolles.com

Kacie F. Gray    kgray@irpinolaw.com

Kaighn Smith , Jr    ksmith@dwmlaw.com, jleonard@dwmlaw.com

Kala A. Spigarelli    kspig@spigarelli-law.com

Kaleb Nathaniel Berhe    kberhe@foley.com

Kamil R. Shields    shieldska@sullcrom.com

Kara A. Elgersma    kae@wbe-llp.com, 7629081420@filings.docketbird.com

Kara M. Kapke    kara.kapke@btlaw.com, alicia.rainesbarrs@btlaw.com, amy.gershanoff@btlaw.com,
meredith.white@btlaw.com, sarah.oskay@btlaw.com, victor.vital@btlaw.com

Karen C. Lefton    karen@theleftongroup.com

Kaspar J. Stoffelmayr    kaspar.stoffelmayr@bartlit-beck.com, mark.ruggiero@bartlitbeck.com, rob-
aquirre-bbhps-9716@ecf.pacerpro.com

Kate E. Menard    kmenard@motleyrice.com

Katherine Turner    katherineturner@co.imperial.ca.us, MichelleEdgmon@co.imperial.ca.us,
SarahSauer@co.imperial.ca.us

Katherine J. Trent    Kattrentlaw@gmail.com

Kathleen A. Nitschke    knitschke@perez-morris.com, wsmith@perez-morris.com

Kathleen T. Cobb Kaufman    kck@rockwellandkaufman.com, csr@rockwellandkaufman.com,
jmw@rockwellandkaufman.com

Kathryn Snapka    ksnapka@snapkalaw.com, bvillarreal@snapkalaw.com

Kathy A. Brown    kathybrownlaw@gmail.com

Katy E. Koski    kkoski@foley.com, dcourtois@foley.com

Kavita Narayan    kavita.narayan@cco.sccgov.org, maria.d.rodriguez@cco.sccgov.org

Keelan F. Diana    kdiana@haugpartners.com

Keith Jackson    kj@rileyjacksonlaw.com, MaryMalea@rileyjacksonlaw.com

Kelly A. Moore    kelly.moore@morganlewis.com, andrea.preate-regni@morganlewis.com

Kelly Calder Mowen    kelly.mowen@om-pllc.com, megan.doeffinger@om-pllc.com

Kelly V. Milam    kmilam@grsm.com

Kendrick E. Webb    kwebb@wmwfirm.com

Kenneth A. Wexler    kaw@wexlerwallace.com

Kenneth M. Daly    kenneth@perrinodalylaw.com

Kent H. Robbins    khr@khrlawoffices.com, assistant@khrlawoffices.com, ereyes@khrlawoffices.com, rsavinon@khrlawoffices.com

Kerry J. Miller    kmiller@fishmanhaygood.com

Kevin Royer    kroyer@tocounsel.com

Kevin A. Malone    KMalone@krupnicklaw.com

Kevin B. Collins    kcollins@cov.com

Kevin David Barr    kbarr@bryanthigby.com

Kevin H. Sharp    ksharp@sanfordheisler.com, abritt@sanfordheisler.com, cdunn@sanfordheisler.com, ehaney@sanfordheisler.com, jtepe@sanfordheisler.com, llamberti@sanfordheisler.com

Kevin L. Murch    kmurch@perez-morris.com, ajohnston@perez-morris.com

Kevin M. Bandy    kbandy@ubglaw.com

Kevin M. Sadler    kevin.sadler@bakerbotts.com, david.arlington@bakerbotts.com, kevin-sadler-4989@ecf.pacerpro.com, larissa.soboleva@bakerbotts.com, melissa.depagter@bakerbotts.com

Kevin M. Spellacy    kevin@spellacylaw.com, hollie@mghslaw.com

Kevin P. O'Brien    dedelman@stamponelaw.com

Kevin R. Budner    kbudner@lchb.com, kevin-budner-2411@ecf.pacerpro.com

Kiel B. Ireland    kielireland@quinnemanuel.com

Kim D. Stephens    kstephens@tousley.com, 4064420420@filings.docketbird.com, astanton@tousley.com, mpeterson@tousley.com

Kimberly C. Haugh    kchlawgroup@gmail.com

Kimberly K. Chemerinsky    kim.chemerinsky@alston.com, AutoDocket-LAX@alston.com, bill.jordan@alston.com, brian.boone@alston.com

Kimberly Lanae Hall    kimhall@ccj.com, giess@ccj.com, holtz@ccj.com, shaffer@ccj.com

Kimberly R. West    kw@wallacejordan.com

Kit W. Roth    roth@goldfarb-huck.com

Krista K. Baisch    kkb@cruegerdickinson.com, maj@cruegerdickinson.com, nab@cruegerdickinson.com

Kyle N. Choate    kyle@savoydelahoussaye.com

L. Kenneth Chotiner    lkc@thechotinerfirm.com

LaBarron Nelson Boone    labarron.boone@beasleyallen.com

Lamar Bradley Dillard    bdillard@mitchellmcnutt.com

Laura Singletary    lsingletary@simmonsfirm.com

Laura Kolesar Gura    lgura@jonesday.com

Laura S. Trice    laura.trice@cco.sccgov.org, kimberly.ide@cco.sccgov.org

Laura Singletary Fitzpatrick    lfitzpatrick@simmonsfirm.com

Lauren A. Welch    lwelch@mcsalaw.com, tch@mcsalaw.com

Lauren Kain Whaley    lkain@salawmiami.com, mjr@mjrosenlaw.com, pleadings@salawmiami.com, tlm@mjrosenlaw.com

Lauren M. Fincher    lauren.fincher@troutman.com, dblankenship@lockelord.com

Lauren Monica Geisser    lgeisser@gblegalteam.com

Lauren S. Colton    lauren.colton@hoganlovells.com, lauren-colton-4498@ecf.pacerpro.com

Lauren Z. Curry    lcurry@srvhlaw.com, bparrish@srvhlaw.com

Lawrence J. Centola , III    lcentola@mbfirm.com

Layne C. Hilton    lhilton@meyerwilson.com

Lee B. Carter    lcarter@brinson-askew.com

Lee J. Amedee , III    jody@dontdelay.com

Leigh G. Latherow    llatherow@vanattys.com, badams@vanattys.com

Leo M. Spellacy , Jr    lspellacy@tddlaw.com, PFORDYCE@TDDLAW.COM

Leslie A. Goller    lgoller@terrellhogan.com

Leslie O. Murray    leslie@lesliemurraylaw.com, alex@lesliemurraylaw.com, info@lesliemurraylaw.com

Letitia Neese Chafin    tish@thechafinlawfirm.com

Lewis W. Bell    lbell@watkinseager.com

Lillian R. Grinnell    grinnell@whafh.com

Linda J. Singer    lsinger@motleyrice.com, asteele@motleyrice.com, cmarvin@motleyrice.com, lsaltzburg@motleyrice.com

Lindsay Elizabeth Dansdill    ldansdill@nzalaw.com, vfernandez@nzalaw.com

Lindsey A. Cheek    Lcheek@thecheeklawfirm.com

Lisa A. Larkin    llarkin@bscr-law.com

Lisa English Hinkle    lhinkle@mmlk.com

Lisa L. Lilly    llilly@francisandlillylaw.com, avaughan@francisandlillylaw.com

Lisa M. Esser    lesser@sommerspc.com, bmedley@sommerspc.com

Lisa N. Higgins    lhiggins@deflaw.com, hkeller@deflaw.com

Little Fawn Boland    littlefawn@ceibalegal.com

Lloyd B Miller    lloyd@sonosky.net, dsimon@sonosky.com, karin@sonosky.net, kimberly@sonosky.net, whitney@sonosky.net

Lola B. Thomas    lolathomas@aol.com

Lori K. Vaulding    lvaulding@adlercohen.com

Louis T. Brindisi    louisb2638@aol.com, tmeislin@bmbplawyers.com

Louise Hornbeck Renne    lrenne@publiclawgroup.com

Louise R. Caro    louiserc@bellsouth.net

Luis E. Robles    luis@roblesrael.com, bonnie@roblesrael.com, sky@roblesrael.com

Lynn A. Toops    ltoops@cohenmalad.com, caparalegal@cohenmalad.com

Lynn L. Sarko    lsarko@kellerrohrback.com

M. Bert Ketchum , III    bert@greeneketchum.com, lora@farrell.law, patty@farrell.law,
susan@greeneketchum.com

M. Kathryn Bailey    kate.bailey@usdoj.gov, fedprog.ecf@usdoj.gov

M. Michelle Carreras    michelle.carreras@lanierlawfirm.com

M. Stephen Dampier    stevedampier@dampierlaw.com, assistant@dampierlaw.com

Madeleine K. Rodriguez    mrodriguez@foleyhoag.com, docketing@foleyhoag.com

Manuel Herceg    mherceg@taftlaw.com, docket@taftlaw.com, jburgess@taftlaw.com

Marc A. Polansky    mpolansky@ghlaw-llp.com, gzamudio@ghlaw-llp.com, jradakovich@ghlaw-llp.com

Marc D. Grossman    mgrossman@ssbwlaw.com, rkassan@ssbwlaw.com

Marc E. Dann    notices@dannlaw.com, 9229518420@filings.docketbird.com, dsolar@dannlaw.com,
kim@dannlaw.com

Marc J. Kessler    mkessler@taftlaw.com, bdannaher@hahnlaw.com, cphilpot@hahnlaw.com,
pgivens@taftlaw.com

Marcia Anne MacKenzie    mackenzie.marcia@co.dane.wi.us

Marco Cercone    cercone@ruppbaase.com

Marcus N. Bozeman    mbozeman@bozemanfirm.com

Marcus Robert Carpenter    mrcarpenter@gastonlegal.com

Margaret B. Ferron    mferron@scott-scott.com, efile@scott-scott.com

Margaret E. Keane    mkeane@bgdlegal.com, smays@bgdlegal.com

Maria Mortenson    mariamortenson@quinnemanuel.com

Maria A. Fleming    mfleming@napolilaw.com

Maria P. Rivera    mrivera@kirkland.com

Maria R. Durant    maria.durant@hoganlovells.com

Marjorie F. Bagnato    mfb@sgkpc.com, ana@sgkpc.com

Mark Fiore    mark.fiore@morganlewis.com

Mark A. Gottlieb    mark@phaionline.org

Mark A. Tate    marktate@tatelawgroup.com, azemany@tatelawgroup.com,
mnichols@tatelawgroup.com, tlgservice@tatelawgroup.com, twells@tatelawgroup.com,
wkell@tatelawgroup.com

Mark D. Ankcorn    mankcorn@sandiego.gov, mark-ankcorn-613@dktvue.com, mark212fax@gmail.com,
mgrable@sandiego.gov

Mark D. Prince    mdprince@princelawfirm.net

Mark D. Spencer    mark.spencer@mcafeetaft.com, ginger.schones@mcafeetaft.com

Mark E. Troy    mark@troylawwv.com

Mark Edmund Perry , II    mperry@cowartandperry.com

Mark G. Crawford    mcrawford@skikoscrawford.com

Mark H. Lynch    mlynch@cov.com, mckessonparalegal@cov.com

Mark H. Troutman    mht@classlawgroup.com, 4679855420@filings.docketbird.com

Mark J. Briol    mark@briollaw.com, alison@briollaw.com, christal@briollaw.com, mandi@briollaw.com

Mark J. Dearman    mdearman@rgrdlaw.com, dantullis@rgrdlaw.com, dtack@rgrdlaw.com,
e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, fscialpi@rgrdlaw.com, MDearman@ecf.courtdrive.com

Mark K. Gray    Mgray@grayandwhitelaw.com, mwhite@grayandwhitelaw.com

Mark P. Bryant    mark.bryant@bryantpsc.com, christina.ellegood@bryantpsc.com,
david@davidbryantlaw.com, emily.roark@bryantpsc.com, teris.swanson@bryantpsc.com

Mark P. Chalos    mchalos@lchb.com, mark-chalos-5442@ecf.pacerpro.com

Mark P. Pifko    mpifko@baronbudd.com, awilson@baronbudd.com, jcampbell@baronbudd.com

Mark P. Robinson , Jr    mrobinson@rcrlaw.net, banderson@robinsonfirm.com,

bzwirner@robinsonfirm.com, cgarber@robinsonfirm.com, ctakanabe@robinsonfirm.com, dfolia@robinsonfirm.com, dperkins@robinsonfirm.com, drobinson@robinsonfirm.com, kcalcagnie@robinsonfirm.com, lmoen@robinsonfirm.com, lrazmara@robinsonfirm.com, swilson@robinsonfirm.com

Mark R. Feldhaus    mfeldhaus@lashlybaer.com, lcarter@lashlybaer.com

Mark S. Cheffo    mark.cheffo@dechert.com, 6361985420@filings.docketbird.com, antonella.capobianco-ranallo@dechert.com, jonathan.tam@dechert.com, lindsey.cohan@dechert.com, mara.cuskergonzalez@dechert.com, nycmanagingclerks@dechert.com, paul.lafata@dechert.com, rebecca.haneiko@dechert.com, sara.roitman@dechert.com

Mark S. Stein    mstein@lowestein.com

Mark T. D'Alessandro    mark.dalessandro@usdoj.gov

Mark W. Bernlohr    mwbernlohr@jacksonkelly.com, smaag@jacksonkelly.com

Mark W. Bina    mark.bina@quarles.com

Mark W. Mattioli    mmattioli@mt.gov

Marni von Wilpert    mvonwilpert@sandiego.gov

Marshall S. Rudolph    mrudolph@inyocounty.us

Martin Benjamin Gandelman    mgandelman@ck-litigation.com

Martin F. Cunniff    martincunniff@fhcfirm.com

Martin J Phipps    mphipps@phippsortiztalafuse.com, maria@phippsortiztalafuse.com, mtalafuse@phippsortiztalafuse.com

Martin L. Roth    rothm@kirkland.com

Mary Beth Mantiply    mbmantiplylaw@gmail.com

Mary Jane Theis    mjb@beggslane.com

Mary Cate S. Cicero    mary-cate@briollaw.com, madeline@briollaw.com

Mason Reid    bill@bolingandcompany.com

Matthew Conn    mconn@friedman-lawyers.com, tmartin@friedman-lawyers.com

Matthew Weinshall    mweinshall@podhurst.com

Matthew B. Free    mfree@bestsharp.com, dlovel@bestsharp.com, dlovel@ecf.courtdrive.com

Matthew Douglas Rogenes    mrogenes@stagliuzza.com

Matthew G. Mestayer    mgm@rmlawcall.com, beh@rmlawcall.com

Matthew H. Rice    mrice@sperlingkenny.com

Matthew J. Morrison    matt@thetriallawyers.com

Matthew J. Perry    mjperry@burnswhite.com, dgmyers@burnswhite.com, jelansden@burnswhite.com

Matthew J. Piers    mpiers@hsplegal.com, ebrown@hsplegal.com, rortiz@hsplegal.com

Matthew J. Porpora    porporam@sullcrom.com

Matthew J. Sill    msill@fulmersill.com, ccole@fulmersill.com, dwhitener@fulmersill.com, lrogers@fulmersill.com

Matthew K. Wasserman    matthewwasserman@quinnemanuel.com

Matthew Lee Dameron    matt@williamsdirks.com, bstrickland@williamsdirks.com, cflores@williamsdirks.com

Matthew M. Dwyer    matthew.dwyer@huttonlaw.com, Suzanne.Matthias@huttonlaw.com

Matthew P. Baringer    mbaringer@davisyoung.com

Matthew P. Cook    mcook@kerricklaw.com, cgivens@kerricklaw.com, dpage@kerricklaw.com, mramsey@kerricklaw.com

Matthew P. Hooker    matthew.hooker@alston.com

Matthew R. Fransen    mattfransen@aol.com, marialemonier@aol.com

Matthew R. Ladd    matthew.ladd@morganlewis.com

Matthew R. Mazgaj    mazgaj@marcus-shapira.com, engle@marcus-shapira.com, sav@marcus-shapira.com, yates@marcus-shapira.com

Matthew Ryan Raley    mraley@bakerlaw.com, csauceda@bakerlaw.com

Matthew S. Landry    mlandry@legershaw.com, jturchi@legershaw.com

Matthew S. Melamed    mmelamed@rgrdlaw.com, e_file_sd@rgrdlaw.com, mbacci@rgrdlaw.com

Matthew S. Mokwa    mmokwa@maherlawfirm.com

Matthew T. Cochenour    mcochenour2@mt.gov

MeLisa Janene Williams    mjw@mjwilliamslaw.com

Meagan M. Talafuse    mtalafuse@phippsmayes.com

Megan L. Rodgers    mrodgers@cov.com, docketing@cov.com, itran@cov.com

Megan Rose Braden    megan.braden@morganlewis.com

Megan Sterchi Lammert    msterchi@bakersterchi.com

Melanie S. Carter    melanie.carter@blankrome.com, courtmail@BlankRome.com

Melissa D. Bertke    Melissa_D_Bertke@Progressive.com

Melissa Norman Bork    mbork@bgdlegal.com, aherman@bgdlegal.com

Meredith D. Stewart    mstewart@clausen.com, bdorsey@clausen.com

Meredith Drukker Stratigopoulos    mdrukker@wattsguerra.com

Merritt E. Cunningham    mcunningham@stagliuzza.com, kevans@stagliuzza.com

Michael Bonasso    mbonasso@flahertylegal.com, eford@flahertylegal.com, hdingess@flahertylegal.com

Michael Burrage    mburrage@whittenburragelaw.com, athompson@nixlaw.com, cnorman@whittenburragelaw.com, docketing@whittenburragelaw.com, rreeves@whittenburragelaw.com

Michael Gervais    mgervais@susmangodfrey.com

Michael Jacobs    mjacobs@hinklelawfirm.com, cwilson@hinklelawfirm.com, Kallen@hinklelawfirm.com

Michael A. Goldfarb    goldfarb@goldfarb-huck.com, ritchie@goldfarb-huck.com, trinh@goldfarb-huck.com

Michael A. Meadows    mameadows@burnswhite.com, FChildress@CampbellWoods.com

Michael B. Rush    rushm@gilbertlegal.com, bonesteela@gotofirm.com, martinezs@gotofirm.com, pozn@gilbertlegal.com

Michael C. McCutcheon    michael.mccutcheon@bakermckenzie.com

Michael C. Moore    mm@mikemoorelawfirm.com

Michael Caulfield Dalton    mdalton@bdaltonlaw.com

Michael D. Goodstein    mgoodstein@hgnlaw.com

Michael D. Grabhorn    m.grabhorn@grabhornlaw.com, a.grabhorn@grabhornlaw.com, g.ellegood@grabhornlaw.com, grabhornlaw@gmail.com, n.grabhorn@grabhornlaw.com

Michael E Tolbert    mtolbert@tolbertlegal.com

Michael E. Gates    Michael.Gates@surfcity-hb.org

Michael E. Lillis    michael@lillislegal.com

Michael F. Stoer    mstoer@jonesday.com

Michael G. Connelly    michael.connelly@troutman.com, jennifer.valentine@troutman.com

Michael G. Dean    mdean@ago.state.al.us

Michael G. Stag    mstag@stagliuzza.com, jbatt@stagliuzza.com, nmartin@stagliuzza.com

Michael H. Carpenter    carpenter@carpenterlipps.com, reese@carpenterlipps.com, surles@carpenterlipps.com

Michael J. Asher    masher@asherkellylaw.com, dvallie@asherkellylaw.com

Michael J. Behm    behmandbehm@ameritech.net

Michael J. Bostrom    michael.bostrom@lacity.org

Michael J. Del Giudice    mikedel@cdlwv.com

Michael J. Fleming    mike@kapkewillerth.com

Michael J. Gras    mgras@cuetolaw.com, mwendler@cuetolaw.com

Michael J. Hays    mhays@thklaw.com

Michael J. Modl    mmodl@axley.com, lkneebone@axley.com

Michael J. Moore    michaelmoore@pmkm.com

Michael J. Quillin    quillin@osclaw.com, bates@osclaw.com, Watkins@osclaw.com

Michael J. Rosen    mjr@mjrosenlaw.com, jrb@mjrosenlaw.com, tlm@mjrosenlaw.com

Michael Jay Fuller , Jr    mike@farrellfuller.com, aj@mchughfuller.com, edna@mchughfuller.com

Michael John Rusing    mrusing@rllaz.com, swaller@rllaz.com

Michael K. Lyons    mlyons@medinaco.org

Michael L. Fantaci    mfantaci@lfvlaw.us, tpasquale@lfvlaw.us

Michael M. Frandina    michael@askmanlaw.com

Michael N. Ungar    mungar@ubglaw.com, mcrick@ulmer.com

Michael Nelson Feuer    mike.feuer@lacity.org

Michael P. Kohler    michael.kohler@millermartin.com

Michael R. Hamed    mhamed@kushnerhamed.com

Michael R. Turco    turco@bwst-law.com, drewno@bwst-law.com, vancleve@bwst-law.com

Michael Richard Allweiss    mallweiss@lowestein.com

Michael T. Gallagher    mike@gld-law.com, barbaraf@gld-law.com

Michael T. Reynolds    mreynolds@cravath.com, mao@cravath.com

Michael W. Czack    mczack@czacklaw.com, , annmarie@czacklaw.com

Michael W. Mengis    mmengis@bakerlaw.com

Michael-Corey F. Hinton    mchinton@dwmlaw.com

Michele F. Sutton    msutton@sakg.com, kfrisbie@sakg.com

Michelle F. Sutton    msutton@sakg.com

Michelle L. Kranz    michelle@toledolaw.com, ameena@toledolaw.com, angela@toledolaw.com, christy@toledolaw.com, vannessa@toledolaw.com

Mikal C. Watts    efilemcwatts@wattsguerra.com, cwilson@wattsguerra.com, rcarmony@wattsguerra.com

Milton Carver Davis    mdavis@miltoncdavislaw.com

Miriam E. Marks    mmarks@lchb.com, miriam-marks-8754@ecf.pacerpro.com

Mitchell G. Blair    mblair@calfee.com, bschlekie@calfee.com

Mitchell J. Rhein    mrhein@spilmanlaw.com

Mitchell P Morinec    dcasadonte@smsm.com

Monique T. Abrishami    abrishamim@gotofirm.com, bonesteela@gotofirm.com, martinezs@gotofirm.com

Nancy Patterson    nancy.patterson@morganlewis.com

Naomi Sheffield    naomi.sheffield@portlandoregon.gov

Nathan Upfal    upfal@jackiergould.com, sherman@jackiergould.com

Nathan J. Postillion    npostillion@gleason-law.com

Nathan L. Kinard    nkinard@chamblisslaw.com, tmcclendon@chamblisslaw.com

Neil Franz Nazareth    nnazareth@mbfirm.com

Neil K. Roman    nroman@cov.com

Neil L. Henrichsen    nhenrichsen@hslawyers.com

Neil T. Leifer    n.leifer@ntllaw.com

Nicholas A. Kahl    nick@nickkahl.com

Nicholas Alex Sarokhanian    nicholas.sarokhanian@btlaw.com

Nicholas P. Meriage    meriage@pspclaw.com, rembold@pspclaw.com

Nicholas W. Armstrong    nick@pricearmstrong.com

Nick D. Campanario    campanarion@stlouiscountymn.gov

Nicole Friedlander    friedlandern@sullcrom.com

Nicole M. Battisti    nicole.battisti@lawbhs.com, roselyne.pierre@lawbhs.com, rpierre@morrisonmahoney.com

Noelle M. Reed    noelle.reed@skadden.com

Norberto J. Cisneros    ncisneros@mic-law.com, service@mic-law.com

Olga M. Vieira    olgavieira@quinnemanuel.com

Oral Judson Scheaf    Jud@Scheaf-law.com, BDannaher@hahnlaw.com, jbeard@hahnlaw.com

Oscar Monfort Price , IV    oscar@pricearmstrong.com

Owen A. Reynolds    oreynolds@campbellwoods.com, fchildress@campbellwoods.com

P. Matthew Muir    mmuir@joneswaldo.com

Patrick Strawbridge    patrick@consovoymccarthy.com

Patrick A. Barthle , II    pbarthle@forthepeople.com, jcabezas@forthepeople.com

Patrick B. Clayton    pbc@scarpullalaw.com, cpc@scarpullalaw.com

Patrick C. Smith    pat@pcs-law.com

Patrick D. McMurtray    pmcmurtray@onderlaw.com

Patrick G. Warner    pwarner@pwarnerlaw.com, jyankula@willisattorneys.com

Patrick H. Boggs    phb@olrblaw.com

Patrick H. Garrard    pgarrard@bbga.com, 4949990420@filings.docketbird.com

Patrick J. Conti    pconti@gsblaw.com

Patrick J. Fitzgerald    patrick.fitzgerald@skadden.com, chdocket@skadden.com

Patrick J. King    patrickking@quinnemanuel.com

Patrick K. Cavanaugh    pcavanaugh@dscslaw.com, mthompson@dscslaw.com, zgordon@dscslaw.com

Patrick R. Bergin    pbergin@ndnlaw.com, fbrooks@ndnlaw.com, seredia@ndnlaw.com

Patrick William Hinchey    patrick@hincheylaw.com

Patrise M. Perkins-Hooker    patrise.hooker@fultoncountyga.gov

Paul Laprairie    paul.laprairie@andrusanderson.com

Paul Scott    pscott@brbcsw.com, bwatkins@brbcsw.com, hahnberg@brbcsw.com, tcarter@brbcsw.com

Paul Spruhan    pspruhan@nndoj.org

Paul A. Breer    pbreer@nkfirm.com

Paul A. Werner , III    pwerner@sheppardmullin.com

Paul D. Coates    pcoates@pckb-law.com, mford@pckb-law.com

Paul Donald Motz    pmotz@smsm.com, sespitia@smsm.com

Paul F. Novak    pnovak@weitzlux.com

Paul I. Hotchkiss    pih@BIRDLAWGROUP.COM, fcb@birdlawgroup.com

Paul J. Cosgrove    pcosgrove@ubglaw.com, jklarfeld@ulmer.com, pbartholomew@ulmer.com, sbenoit@ulmer.com

Paul J. Geller    pgeller@rgrdlaw.com, e_file_fl@rgrdlaw.com, mdearman@rgrdlaw.com, PGeller@ecf.courtdrive.com, swinkles@ecf.courtdrive.com

Paul J. Napoli    pnapoli@NSPRLaw.com

Paul J. Pennock    ppennock@weitzlux.com, jfarrell@weitzlux.com, lschultz@weitzlux.com

Paul J. Scoptur    paul@aikenandscoptur.com

Paul James Hanly , Jr    phanly@simmonsfirm.com, ClassDocketing@ecf.courtdrive.com, complexdocketing@simmonsfirm.com

Paul L. Creech    paul@hilderlaw.com

Paul M. Sandler    pms@shapirosher.com, kmm@shapirosher.com

Paul S. Rothstein    psr@rothsteinforjustice.com, psropioid@rothsteinforjustice.com

Paul T. Farrell , Jr    paul@farrellfuller.com, abraham@farrellfuller.com, neysha@farrellfuller.com, ovimar@farrellfuller.com, raquel@farrellfuller.com, viviana@farrellfuller.com

Paul W. Schmidt    pschmidt@cov.com, mckessonparalegal@cov.com

Paulina do Amaral    pdoamaral@lchb.com, elovell@lchb.com, mwillin@lchb.com, opioidsecfs@lchb.com, paulina-do-amaral-4305@ecf.pacerpro.com, rmccullough@lchb.com, rtexier@lchb.com

Pearl A. Robertson    probertson@irpinolaw.com, dricks@irpinolaw.com

Peter Prieto    pprieto@podhurst.com

Peter B. Schneider    pschneider@schneiderwallace.com

Peter E. Goss    pgoss@goss-lawfirm.com

Peter G. Tsarnas    ptsarnas@gertzrosen.com

Peter H. Weinberger    pweinberger@spanglaw.com, ecampbell@spanglaw.com, pweinberger@ecf.courtdrive.com, soetting@ecf.courtdrive.com, soetting@spanglaw.com, sschebek@ecf.courtdrive.com

Peter J. Flowers    pjf@meyers-flowers.com, jjv@meyers-flowers.com, kaz@meyers-flowers.com, mcp@meyers-flowers.com, slh@meyers-flowers.com

Peter J. Mougey    pmougey@levinlaw.com, ldunning@ecf.courtdrive.com, levinlaw@ecf.courtdrive.com, mailsec@levinlaw.com, mmiller@ecf.courtdrive.com, ppoerschke@ecf.courtdrive.com

Philip Bradley Altman    brad@altmanlegal.com, beth@altmanlegal.com, bev@altmanlegal.com, grace@altmanlegal.com

Philip Harlan Hilder    philip@hilderlaw.com, angela@hilderlaw.com

Philip S. Kushner    pkushner@kushnerhamed.com, nhamed@kushnerhamed.com

Phillip G. Litchfield    litchfieldP@litchfieldcavo.com

Phillip M. Longmeyer    philip.longmeyer@dinsmore.com, melissa.cook@dinsmore.com

Phyllis A. Jones    pajones@cov.com

Phyllis C. Gallagher    phyllis.gallagher@sonoma-county.org

Pilar C. French    frenchp@lanepowell.com

Q. Tate Williams    tate@hilderlaw.com

R. Booth Goodwin , II    rbg@goodwingoodwin.com, eew@goodwingoodwin.com, shd@goodwingoodwin.com

R. David Burns    davidburns153@gmail.com

R. Jeffrey Perloff    angie@jeffperlofflaw.com

R. Ryan Stoll    ryan.stoll@skadden.com

Rachel B. Sherman    rsherman@pbwt.com, mcolitigation@pbwt.com

Rachel C. Mathis    rmathis@praywalker.com

Rachel J. Geman    rgeman@lchb.com, rachel-geman-3144@ecf.pacerpro.com

Rachel M. Naquin    rnaquin@gainsben.com, sburrell@gainsben.com

Rafey S. Balabanian    rbalabanian@edelson.com, docket@edelson.com

Ralph Overholt    ralph.overholt@llojibwe.net

Ralph R. Alexis , III    ralexis@phjlaw.com, cdarce@phjlaw.com

Rand P. Nolen    rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Randall L. Kinnard    rkinnard@KCBattys.com

Randi A. Kassan    rkassan@milberg.com

Ranse M. Partin    ranse@conleygriggs.com, stephanie@conleygriggs.com

Rebecca Fitzpatrick    rebecca.fitzpatrick@kirkland.com

Rebecca C. Mandel    rebecca.mandel@hoganlovells.com, ecf-7ce2b6580042@ecf.pacerpro.com

Rebecca J. Hillyer    rebecca.hillyer@morganlewis.com

Rebecca S. Kenny    rsk@madisonlaw.com, betty@madisonlaw.com

Reid W. Martin    rmartin@martinwalkerlaw.com, kayleeq@martinwalkerlaw.com, mcarroll@martinwalkerlaw.com, spoole@martinwalkerlaw.com

Renee A. Bacchus    renee.bacchus@usdoj.gov, CaseView.ECF@usdoj.gov, maria.hollendonner@usdoj.gov

Rex A. Sharp    rsharp@midwest-law.com, 6465960420@filings.docketbird.com, cbaumann@midwest-law.com, rex-sharp-6631@ecf.pacerpro.com, rranes@midwest-law.com, stetuan@midwest-law.com

Rhon Eugene Jones    rhon.jones@beasleyallen.com, kelli.flanagan@beasleyallen.com

Richard Stout    rstout@co.tehama.ca.us

Richard Alvin Tonry , II    richtonry@yahoo.com

Richard B. Allyn    rallyn@robinskaplan.com

Richard D. Nix    richard.nix@mcafeetaft.com

Richard E. Shevitz    rshevitz@cohenandmalad.com, llowe@cohenandmalad.com

Richard G. Meyer    rmeyer@dbllaw.com

Richard H. Blake    rblake@mcdonaldhopkins.com, lhochartz@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com

Richard J. Arsenault    rarsenault@nbalawfirm.com, dcarter@nbalawfirm.com, dchmielewski@nbalawfirm.com, rmonk@nbalawfirm.com, tcampbell@nbalawfirm.com

Richard Johan Conrod , Jr    johan.conrod@cwc.law, katie.sullivan@cwc.law, treyvon.davis@cwc.law

Richard L. Allen    rla@khllaw.com, eservicemia@khllaw.com, lkw@khllaw.com, mlopez@khllaw.com

Richard L. Coffman    rcoffman@coffmanlawfirm.com, jhoffert@coffmanlawfirm.com

Richard M. Martin , Jr    rmartin@lamothefirm.com, kdavis@lamothefirm.com, lciuffi@lamothefirm.com

Richard M. Sandman    rsandman@rrslaw.net, lzorabedian@rrslaw.net

Richard P. Romeo    rromeo@offitkurman.com, charli.reed@offitkurman.com

Richard S. Crisler    rcrisler@bradleyfirm.com

Richard W. Fields    fields@fieldslawpllc.com

Rick L Koehmstedt    rick@klflegalteam.com

Rik S. Tozzi    rik.tozzi@burr.com, tperkins@burr.com

Robert Kennedy    ekennedy@weismanlaw.com, asimonyi@weismanlaw.com, dlandever@weismanlaw.com, drozman@weismanlaw.com

Robert A. Bragalone    bbragalone@grsm.com, rhorn@grsm.com, WL_HOUSupport@grsm.com

Robert A. Nicholas    rnicholas@reedsmith.com, aconn@reedsmith.com, arollins@reedsmith.com, docketingecf@reedsmith.com, opioid.lit@lmiweb.com, smcclure@reedsmith.com, srocchino@reedsmith.com

Robert B. Sickels    rsickels@sommerspc.com, lracer@sommerspc.com, pczapski@sommerspc.com

Robert B. Smith    rbslaw@bellsouth.net

Robert Barron Boemer    bob.boemer@co.galveston.tx.us

Robert C. Gilbert    robert@gilbertpa.com, dalia@gilbertpa.com, DFRENCH@broward.org, gilbert@kolawyers.com, SWilliamsLeon@broward.org, weiselberg@kolawyers.com

Robert D. Howell    robert.howell@southgalaw.com

Robert E. Hill    rehill@hpcbd.com

Robert F. Saint-Aubin    rfsaint@me.com

Robert Gordon Sproule , Jr    rgs@hfsllp.com

Robert H. Dierker    dierkerr@stlouis-mo.gov, robertdierker@sbcglobal.net

Robert J. Bonsignore    rbonsignore@classactions.us

Robert J. Gilbertson    bgilbertson@forsgrenfisher.com, eernstene@forsgrenfisher.com, jjohnson@forsgrenfisher.com

Robert J. Giuffra , Jr    giuffrar@sullcrom.com

Robert J. Iacopino    riacopino@ljdfa.com

Robert J. McConnell    bmcconnell@motleyrice.com

Robert K. Finnell , III    bob@finnellfirm.com, fcb@birdlawgroup.com, paula@finnellfirm.com

Robert L. Houston    rhouston@htllawyers.com

Robert M. Barnes    rbarnes@marcus-shapira.com, carnes@marcus-shapira.com, short@marcus-shapira.com, yates@marcus-shapira.com

Robert M. Bastress , III    rob.bastress@dbdlawfirm.com, leighanne.kirk@dbdlawfirm.com

Robert O. Bryan    bob@nelsonbryanjones.com

Robert P. Sweeney    rps@rescolaw.com

Robert Philip Scott , Jr    rscott@BlankRome.com

Robert R. Miller    rmiller@ohlaw.com

Robert R. Riley , Jr    rob@rileyjacksonlaw.com, MaryMalea@rileyjacksonlaw.com

Robert Ryland Percy , III    rpercy@percylaw.com

Robert S. Peck    robert.peck@cclfirm.com

Robert S. Siko    rsiko@andrewsthornton.com

Robert Tad Seder    tad.seder@seattle.gov, autumn.derrow@seattle.gov, belen.johnson@seattle.gov

Robert Thomas Dassow    rdassow@hovdelaw.com

Robert W. Horton    rhorton@bassberry.com

Roberta D. Liebenberg    rliebenberg@finekaplan.com, rrockey@finekaplan.com

Robin Frazer Clark    robinclark@gatriallawyers.net

Roderick J. Evans    revans@wallacejordan.com, tfrazier@wallacejordan.com

Roger E. Friedmann    roger.friedmann@hcpros.org

Roger S. Matzkind    rmatzkind@co.merced.ca.us

Roland K. Tellis    rtellis@baronbudd.com

Ron Kilgard    ron-kilgard-9392@ecf.pacerpro.com, kathy-kendrick-5008@ecf.pacerpro.com

Ronald E. Johnson , Jr    rjohnson@justicestartshere.com, amcmullen@justicestartshere.com, semery@justicestartshere.com

Ronald J. Berke    ronnie@berkeattys.com, margo@berkeattys.com

Rory F. Collins    rory.collins@faegredrinker.com

Rosalind Bienvenu    rbienvenu@kdplawfirm.com

Rovianne Amber Leigh    rleigh@berkeywilliams.com

Russell D. Jessee    russell.jessee@steptoe-johnson.com, sandy.cooper@steptoe-johnson.com

Russell Lyle Hewit    rhewit@dughihewit.com

Russell W. Budd    rbudd@baronbudd.com, awilson@baronbudd.com, bavila@baronbudd.com, jmartinez@baronbudd.com

Ruth E. Hartman    rhartman@bakerlaw.com

Ryan Biggerstaff    rbiggerstaff@garycjohnson.com, Dhurley@garycjohnson.com

Ryan Phair    rphair@HuntonAK.com, rphair@hunton.com

Ryan A. Zeli    zeli@zklaw.com

Ryan Blake Hobbs    rhobbs@tallahasseeattorneys.com, jeanetta@tallahasseeattorneys.com

Ryan Q. Ashworth , I    ryan.ashworth@ashworth-nord.com, jenny.honaker@ashworth-nord.com

S. Amy Spencer    aspencer@nixonpeabody.com, ccarlin@nixonpeabody.com, cnoonan@nixonpeabody.com, khoskins@nixonpeabody.com, man.managing.clerk@nixonpeabody.com, smills@nixonpeabody.com

S. Forrest Thompson    sfthompsonlaw@yahoo.com

S. Reeves Jordan    rejordan@maynardnexsen.com

Safa W. Osmani    safa.osmani@hoganlovells.com, kate.mancuso@hoganlovells.com, kelly.caldwell@hoganlovells.com, safa-osmani-0734@ecf.pacerpro.com

Salvatore C. Badala    sbadala@napolilaw.com, 1936354420@filings.docketbird.com

Samuel E. Masur    smasur@gamb.law, shannon@gamb.law

Samuel F. Mitchell    sam@mitchellspeights.com, katie@speightsfirm.com, marcella@speightsfirm.com

Samuel L. Lucas    slucas@brinson-askew.com

Samuel P. Baumgartner    sbaumgartner@phjlaw.com

Samuel P. Rajaratnam    srajaratnam@grayreed.com

Sandra B. Harrah    Sandra@hpcbd.com, Hollie@hpcbd.com

Sandra J. Wunderlich    sandra.wunderlich@tuckerellis.com, kristy.merz@tuckerellis.com

Sandra K. Zerrusen    skzerrusen@jacksonkelly.com, ericka.d.gould@jacksonkelly.com

Sara Schramm    sara@hammerslawfirm.com, jamie@hammerslawfirm.com, molly@hammerslawfirm.com

Sara K. Thompson    thompsons@gtlaw.com, rhonda.houk@gtlaw.com

Sarah Carrillo    scarrillo@co.tuolumne.ca.us

Sarah Miller Benoit    sbenoit@taftlaw.com, COL_Docket_Assist@taftlaw.com

Sarah Steffen Burns    sburns@simmonsfirm.com, complexdocketing@simmonsfirm.com

Sarah Sterling Aldridge    saldridge@barrettlawgroup.com, bhamilton@barrettlawgroup.com, ntmaddux@barrettlawgroup.com

Scott A. Benson    scott@briollaw.com

Scott A. Damron    damronlaw@aol.com

Scott B. Holmes    sholmes@tuscaloosa.com

Scott D. Gilbert    gilberts@gotofirm.com, bonesteela@gotofirm.com, martinezs@gotofirm.com

Scott D. Livingston    livingston@marcus-shapira.com, ocilka@marcus-shapira.com, short@marcus-shapira.com

Scott David Stein    sstein@sidley.com

Scott Elliot Smith    ses@sestriallaw.com, brn@sestriallaw.com, staff@sestriallaw.com

Scott J. Weiselberg    weiselberg@kolawyers.com, marino@kolawyers.com

Scott M. Ahmad    SAhmad@winston.com

Scott M. Hare    scott@scottlawpgh.com, share4@mac.com

Scott R. Bickford    srb@mbfirm.com, usdcndoh@mbfirm.com

Scott W. Andrews    sandrews@vanattys.com

Sean H. McKee    smckee@bestsharp.com, bbonacci@bestsharp.com

Sean M. Ennis    sennis@ccclaw.org

Sean O. Morris    sean.morris@arnoldporter.com, eDocketsCalendaring@arnoldporter.com, local-counsel-8709@ecf.pacerpro.com

Sean P. McGinley    sean.mcginley@dbdlawfirm.com, leighanne.kirk@dbdlawfirm.com

Seth Ard    sard@susmangodfrey.com, lchristian@susmangodfrey.com, lilly-christian-8070@ecf.pacerpro.com

Seth A. Litman    Seth.Litman@thompsonhine.com

Seth A. Meyer    sam@kellerpostman.com, docket@kellerlenkner.com, samcourtnotices@kellerpostman.com

Shannon E. McClure    shannon.mcclure@blankrome.com

Shannon M. McNulty    smm@cliffordlaw.com, docket@cliffordlaw.com, rnava@cliffordlaw.com, smarquez@cliffordlaw.com

Sharon L. Nelles    nelless@sullcrom.com

Sharon S. Almonrode    ssa@millerlawpc.com, aad@ecf.courtdrive.com, aad@millerlawpc.com, ssa@ecf.courtdrive.com

Shawn Kincade Judge    skj@classlawgroup.com, 8618307420@filings.docketbird.com

Shayna Erin Sacks    ssacks@napolilaw.com, 7459492420@filings.docketbird.com, shernandez@nsprlaw.com

Sheila M. Bossier    sbossier@bossier-law.com, kthomas@bossier-law.com, mmorgan@bossier-law.com, smars@bossier-law.com

Shelly A. Sanford    ssanford@wattsguerra.com, cwilson@wattsguerra.com, dbacca@wattsguerra.com

Sherri Ann Saucer    asaucer@ntrial.com

Sidney W. Jackson , III    sid@jacksonfosterlaw.com, april@jacksonfosterlaw.com

Spencer R. Doody    srd@mbfirm.com

Spencer Wayne Danzey    spence@danzeyfirm.com

Stacey Neumann Vu    svu@velaw.com, stacey-vu-7240@ecf.pacerpro.com

Stephan P. Babik    steve@babiklaw.com, stephanbabik@gmail.com

Stephanie E. Parker    separker@jonesday.com, hbauman@jonesday.com

Stephanie K. McGuire    stephanie@hilderlaw.com

Stephanie Smith Woodard    woodardlawllc@gmail.com

Stephen Wussow    swussow@sch-llc.com, lrichardson@sch-llc.com

Stephen C. Matthews    stephen.matthews@dlapiper.com

Stephen D. Annand    sda@ramlaw.com

Stephen E. Chappelear    sechappelear@eastmansmith.com, jrmccafferty@eastmansmith.com

Stephen E. Dutton    dutton@carpenterlipps.com, lebeau@carpenterlipps.com

Stephen E. Harrison , II    steve@thetriallawyers.com, barbara@thetriallawyers.com, christie@thetriallawyers.com, debra@thetriallawyers.com, michelle@thetriallawyers.com, preston@dwmlawfirm.com

Stephen E. McConnico    smcconnico@scottdoug.com, cmason@scottdoug.com, jellis@scottdoug.com

Stephen G. Skinner    sskinner@skinnerfirm.com, 6371733420@filings.docketbird.com, craze@skinnerfirm.com

Stephen M. Tunstall    stephen@smtlawyer.com, ginahall@smtlawyer.com

Stephen P. New    steve@newlawoffice.com, laura@newlawoffice.com

Stephen S. Zashin    ssz@zrlaw.com, car@zrlaw.com

Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, nicolleh@hbsslaw.com, robert@hbsslaw.com

Steven A. Martino    stevemartino@taylormartino.com, susan@taylormartino.com

Steven A. Reed    steven.reed@morganlewis.com, brian.ercole@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com, richard.hand@morganlewis.com

Steven Brian Perry    BrianPerry@AllenGooch.com, pattistephens@allengooch.com

Steven Donald Silverman    ssilverman@mdattorney.com

Steven F. Napolitano    snapolitano@skarzynski.com, snapolitano@ecf.courtdrive.com, trolo@skarzynski.com

Steven G. Kluender    sgk@previant.com

Steven G. Reade    steven.reade@aporter.com

Steven J. Skikos    sskikos@skikos.com, adesmond@skikos.com, djensen@skikos.com, jjoseph@skikos.com, mcrawford@skikos.com, mmontoya@skikos.com

Steven J. Zakrzewski    szakrzewski@grsm.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Steven W. Dahlem    sdahlem@mariposacounty.org

Steven W. Teppler    steppler@mblawfirm.com, sadler@lawfirm.ms, steppler@me.com

Stuart G. Parsell    parsell@litohio.com, schulenberg@litohio.com, smout@litohio.com

Stuart I. Garson    garson@garson.com

Summer A. Wells    summer@seriouslawyers.com

Susan Alexander Logsdon    slogsdon@bressler.com

Suzanne M. Weise    suzweise@yahoo.com, pmcginley@igc.org

T. Chadwick Thompson    CThompson@mmlk.com, hlewis@mmlk.com

T. Roe Frazer , II    roe@frazer.law, grant@frazer.law, jahzeel@frazer.law, mac@frazer.law, melissa@frazer.law

Tara A. Fumerton    tfumerton@jonesday.com, nlangston@jonesday.com

Tara D. Sutton    tsutton@robinskaplan.com, aguttormson@robinskaplan.com, courtmail@robinskaplan.com

Tariq M. Naeem    tariq.naeem@tuckerellis.com

Tera N. Coleman    tcoleman@bakerlaw.com

Teresa E. Hurla    thurla@bscr-law.com

Teri L. Thompson    terithompson17@gmail.com

TerriAnne Benedetto    tabenedetto@comcast.net

Terry L. Pabst    tpabst@webpabstlaw.com

Terry Matthew Henry    thenry@blankrome.com, Nucifora@BlankRome.com

Terry Scott O'Donnell    tso@savagelaw.cc

Theodore A. Lawson , II    cockrellh@jccal.org

Theodore Randolph Howell    thowell@perry-young.com, MFIGLINSKI@PERRY-YOUNG.COM

Theresa A. Richthammer    trichthammer@gallaghersharp.com, kemerick@gallaghersharp.com

Thomas A. Delegal , III    tad@delegal.net

Thomas C. Mahlum    tmahlum@robinskaplan.com, bstevens@robinskaplan.com

Thomas D. Bunton    thomas.bunton@sdcounty.ca.gov

Thomas D. D'Amore    tom@damorelaw.com

Thomas E. Egler    tome@rgrdlaw.com, e_file_sd@rgrdlaw.com

Thomas E. Fox    thomas.fox@skadden.com, thomas-fox-8877@ecf.pacerpro.com

Thomas E. Rice , Jr    rice@bscr-law.com, acrooks@bscr-law.com, kstensland@bscr-law.com, mcarrillo@bscr-law.com, msterchi@bscr-law.com, storey@bscr-law.com

Thomas E. Walker    twalker@whitearnolddowd.com

Thomas F. Hollingsworth , III    tfh@bbga.com, kmcdonald@bbga.com, shill@bbga.com

Thomas Gerard Wilkinson    tgwilkinson@bellsouth.net

Thomas J. Binder    binder@simpsondeardorff.com

Thomas J. Lech    tlech@ghalaw.com, calthardt@ghalaw.com

Thomas J. Preuss    tjpreuss@pflaw.com, cbelmonte@pflaw.com, harnel@pflaw.com, kmcguire@pflaw.com

Thomas John Herten    therten@archerlaw.com

Thomas Joseph Cotton   tjc@spsk.com

Thomas L. Young    tyoung@tlylaw.com

Thomas M. Rockwell    tmr@rockwellandkaufman.com, csr@rockwellandkaufman.com, jmw@rockwellandkaufman.com

Thomas Michael Affeldt   tma@savagelaw.cc

Thomas N. Kerrick   tkerrick@kerricklaw.com, chesse@kerricklaw.com, dpage@kerricklaw.com

Thomas P. Anzelmo    tanzelmo@mcsalaw.com, kbm@mcsalaw.com

Thomas P. Cartmell    tcartmell@wcllp.com, abaldwin@wcllp.com, jkuntz@wcllp.com, m.goldwasser@wcllp.com, sruane@wcllp.com

Thomas P. Colantuono    TColantuono@Biancopa.com

Thomas P. McNulty    thomas.mcnulty@cityofchicago.org

Thomas R. Anapol    tanapol@anapolweiss.com, eashe@anapolweiss.com, ffanelli@anapolweiss.com

Thomas R. Greer    tgreer@baileygreer.com

Thomas Richard Calcagni    tcalcagni@ck-litigation.com

Thomas T. Gallion , III    tmp@hsg-law.com

Thomas W. Wright    twright@davisyoung.com

Tiffiny Douglas Safi    tsafi@coj.net

Timothy C. Fox    edoj@mt.gov

Timothy E. Hudson    tim.hudson@btlaw.com, christi.durden@btlaw.com, jenna.johnson@btlaw.com, rachel.ellis@btlaw.com

Timothy G. Byrd , Jr    tbyrd@mcglinchey.com

Timothy M. Cronin    tcronin@simonlawpc.com

Timothy M. Hartley    hartley@hartleylaw.net, campbell@hartleylaw.net, reid@hartleylaw.net

Timothy McDevitt Hurley    tim.hurley@nelsonmullins.com

Timothy Q. Purdon    TPurdon@RobinsKaplan.com, aguttormson@robinskaplan.com, cmcdonald@robinskaplan.com, courtmail@RobinsKaplan.com, lbuck@robinskaplan.com

Timothy R. Bricker    bricker@carpenterlipps.com, houston@carpenterlipps.com

Timothy Ray West    tim@bertramgraf.com, bianca@bertramgraf.com, cathy@bertramgraf.com

Timothy S. Mentkowski    tment@ariesequity.com

Timothy W. Knapp    tknapp@kirkland.com

Tina M. Bullock    tbullock@thesandersfirm.com, tinabullockpa@aol.com

Tina M. Tabacchi    tmtabacchi@jonesday.com, WMTcalendar@jonesday.com, WMTMDLDocket@jonesday.com

Tinos Diamantatos    tinos.diamantatos@morganlewis.com, CHCalendarDepartment@morganlewis.com, rebecca.zieben@morganlewis.com

Tobias L. Millrood    tmillrood@pogustmillrood.com, kvarallo@pogustmillrood.com, rfreedman@pogustmillrood.com, rweihermuller@pogustmillrood.com, stolton@pogustmillrood.com

Todd A. Court    todd.court@mcafeetaft.com, erin.clogston@mcafeetaft.com

Todd J. Hathaway    thathaway@wadleighlaw.com, dlowe@wadleighlaw.com

Todd M. Logan    tlogan@edelson.com, 4054100420@filings.docketbird.com

Tommie Gregory Williams , Jr    twilliamsjr@upshawwilliams.com

Tony G. Puckett    tony.puckett@mcafeetaft.com, erin.clogston@mcafeetaft.com, laura.schuman@mcafeetaft.com

Torsten Kracht    tkracht@hunton.com, cherr@huntonak.com, kpauly@huntonak.com

Tracy L. Turner    tturner@pbclawfirm.com, ldaigle@pbclawfirm.com, lstevens@pbclawfirm.com, mwaldrop@pbclawfirm.com, sshirey@pbclawfirm.com

Tracy Nicole Betz    tbetz@taftlaw.com

Trevin E. Wray    twray@slln.com, drogers@slln.com, mwelsh@slln.com

Trevor K. Scheetz    tscheetz@sperling-law.com, vbermudez@sperlingkenny.com

Troy A. Lanier    tlanier@tlanierlaw.com

Troy A. Rafferty    trafferty@levinlaw.com

Troy L. Isaacson    service@mic-law.com

Tyler Ulrich    tulrich@bsfllp.com, gromero@bsfllp.com, tyler-ulrich-5460@ecf.pacerpro.com, vbrickey@bsfllp.com

Tyler G. Tarney    ttarney@grsm.com, mmasucci@grsm.com, rrose@grsm.com, wl_colsupport@grsm.com

Tyler S. Roberts    tyler.roberts@atg.wa.gov

U. W. Clemon    uwclemon1@gmail.com

Vess A. Miller    vmiller@cohenandmalad.com, llowe@cohenandmalad.com, ltoops@cohenandmalad.com

Victor T. Cobb    vcobb@sch-llc.com

Vincent J. Moccio    vincent@bennerotte.com

Vincent Reed Ryan , Jr    vince.ryan@cao.hctx.net

Vincenzo Ruffa    vruffa@aol.com

Virgil Louis Adams    vadams@adamsjordan.com

W JAY LUNEAU    jay@luneaubecklaw.com

W. Gordon Dobie    WDobie@winston.com

W. Mark Lanier    wml@lanierlawfirm.com, sadie.turner@lanierlawfirm.com

W. Scott Simmer    gkearney@baronbudd.com

W. Scott Zanzig    scott.zanzig@ag.idaho.gov, brett.delange@ag.idaho.gov, jane.hochberg@ag.idaho.gov, leslie.gottsch@ag.idaho.gov

W. Todd Harvey    wtharvey@crlegalteam.com, ECFemails@crlegalteam.com, lapreston@crlegalteam.com

Wade Max Williams    wade.williams@redcliff-nsn.gov

Walter A. Dodgen    tdogen@maynardnexsen.com, acoulter@maynardnexsen.com, BBailey@maynardnexsen.com

Walter G. Elliott , II    welliott@ebbglaw.com

Walter John Leger , Jr    wleger@legershaw.com

Warren Perrin    perrin@plddo.com

Warren R. McGraw , II    Mcgrawlaw1@aol.com

Warren T. Burns    wburns@burnscharest.com, manderson@burnscharest.com,
valdrete@burnscharest.com

Warren T. McClurg , II    wmcclurg@beneschlaw.com, bkaloczi@beneschlaw.com,
docket@beneschlaw.com

Wendy Parmet    w.parmet@northeastern.edu

Wendy West Feinstein    wendy.feinstein@morganlewis.com,
CHCalendarDepartment@morganlewis.com, elizabeth.madjerich@morganlewis.com,
tamara.giulianelli@morganlewis.com, tammy.miller@morganlewis.com

Wesley D. Merillat    Wesley.Merillat@BeasleyAllen.com, cvillanueva@charlesboyk-law.com,
hclere@charlesboyk-law.com

Whitney A. Leonard    whitney@sonosky.net

William Hawal    wh@spanglaw.com, tbroad@ecf.courtdrive.com, tbroad@spanglaw.com,
whawal@ecf.courtdrive.com

William Scherer    wscherer@conradscherer.com

William A. Rossbach    bill@rossbachlaw.com, michelle@rossbachlaw.com

William B. Graham    will@hilderlaw.com

William B. Shinoff    wshinoff@frantzlawgroup.com, hlo@frantzlawgroup.com,
thauck@frantzlawgroup.com

William C. Madison    wcm@madisonlaw.com

William Conway Lozes    wlozes@phjlaw.com, eliuzza@phjlaw.com, mlignieres@phjlaw.com,
ymccarty@phjlaw.com

William D. Nefzger    will@bccnlaw.com, katrina@bccnlaw.com

William David Wright    wright@njlegaladvice.com

William F. Cook , VI    wcook@hinshawlaw.com

William F. Dodd    wfdodd@doddlawfirm.com

William Grant Armistead    warmistead@mitchellmcnutt.com

William H. Boling , Jr    bill@bolingandcompany.com

William H. Parish    parish@parishlegal.com, cswain@parishlegal.com

William J. Aubel    waubel@flahertylegal.com, acooper@flahertylegal.com

William J. Sherrer    sherrerj@otelco.net

William M. Pompey    pandppc@frontiernet.net

William Merrill Litt    littwm@co.monterey.ca.us

William Nelson Sinclair    bsinclair@mdattorney.com

William P. Gibbens    billy@semmlaw.com

William Q. Bird    billbird@birdlawgroup.com

William R. Sutton    william.sutton@beasleyallen.com, katie.edwards@beasleyallen.com

William Timothy Harvey    timharvey@wtharveylaw.com

William W. Mercer    wwmercer@hollandhart.com

William W. Metcalf    will.metcalf@alston.com

Winfield J. Sinclair    wsinclair@ago.state.al.us

Yosef G. Schaffel    YGSchaffel@wlrk.com

Yvonne M. Flaherty    ymflaherty@locklaw.com, brgilles@locklaw.com, ewrogers@locklaw.com

Zachary A. Ciullo    zac.ciullo@kirkland.com

Zachary M. Mattison    zmattison@sugarmanlaw.com, jdalfonso@sugarmanlaw.com

Zachary N. Gordon    zgordon@dscslaw.com

Zachary W. Rosenberg    zrosenberg@fennemorelaw.com

Zollie C. Steakley    zollie@thetriallawyers.com, barbara@thetriallawyers.com, chelsea@thetriallawyers.com, debra@thetriallawyers.com, matt@thetriallawyers.com, michelle@thetriallawyers.com, preston@dwmlawfirm.com

**1:17-md-02804-DAP Notice has been delivered by other means to:**

Advantage Logistics

Akorn, Inc

Curtis V. Cooper Primary Health Care, Inc.

Economy Discount Pharmacy

Economy Pharmacy Express

Hi-Tech Pharmacal Co., Inc.

Mckinsey & Company, Inc.

Mylan Laboratories, Inc.

HBC Service Company(Terminated)

Rite Aid of Ohio, Inc.(Terminated)

Salih(Terminated)
464 Bethune Drive
Wilmington, DE 19801

A Freeman Fite , IV
P.O. Box 368
Ste. 400
1000 Quintard Avenue
Anniston, AL 36202

Aaron I. Mandel
Brinker & Doyen
Fifth Floor
34 N. Meramec Avenue
St. Louis, MO 63105

Abbey Herrin Clarkson
Lloyd & Hogan
Ste. 201
2871 Acton Road

Birmingham, AL 35243

Abigail Herrin Clarkson
Lloyd & Hogan
Ste. 201
2871 Acton Road
Birmingham, AL 35243

Abraham G. Smith
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89149

Abril Baloney Sutherland
Broussard Baloney
1903 West Airline Highway
Laplace, LA 70068

Adam Abraham Schwartzbaum
Moskowitz Law Firm
Ste. 601
2 Alhambra Plaza
Coral Gables, FL 33134

Adam James Olszeski
Anderson & Gilbert
Ste. 1540
1010 Market Street
St. Louis, MO 63101

Adam P. Collins
Campbell Collins & Collins
161 W Main Street
P.O. Box 727
Hindman, KY 41822

Adam R. Lee
Trafton, Matzen, Belleau & Frenette
P.O. Box 470
10 Minot Avenue
Auburn, ME 04212

Adam R. Trippiedi
Law Office of Michael F. Bohn
Ste. 480
2260 Corporate Circle
Henderson, NV 89074

Adam W. Pittman
Cory Watson Crowder & Degaris
Ste. 200
2131 Magnolia Avenue
Birmingham, AL 35205

Addison J. Meyers
Mintzer, Sarowitz, Zeris, Ledva & Meyers
Ste. 300
1000 NW 57th Court
Miami, FL 33126

Adren R. Nance
Nance Pato & Stout
P.O. Box 772
Socorro, NM 87801

Aimee H. Wagstaff
Andrus & Wagstaff
7171 West Alaska Drive
Lakewood, CO 80226

Alan J. George
Gormley & George
110 North Court Street
Versailles, KY 40383

Alan L. Pritt
Ste. 101
112 Roane Street
Charleston, WV 25302

Alan Lee Schilling , Jr
Bryan Cave LLP - St. Louis
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

Alan P. Morel
P.O. Box 1030
Ruidoso, NM 88355-1030

Alana V. Tanoury
Steptoe & Johnson - Columbus
INVALID ADDRESS
Ste. 2200
41 South High Street

Columbus, OH 43215

Alexander D. McLaughlin
P.O. Box 113
Charleston, WV 25321

Alexander L. Turner
Nelson, Mullins, Riley & Scarborough - Huntington
P.O. Box 1856
Huntington, WV 25719

Alexandra Colessides
Office of Prosecuting Attorney
Webb County
Floor 2
1000 Houston Street
Laredo, TX 78040

Alfred Kirkland Murray , II
Edelson
14th Floor
350 North LaSalle Street
Chicago, IL 60654

Alison Tanchyk
Morgan, Lewis & Bockius
Ste. 5300
200 S. Biscayne Blvd.
Miami, FL 33131

Alison S. Gaffney
Keller Rohrback
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

Allison S. Brouk
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

Alvin L. Emch
Jackson Kelly - Charleston
Ste. 1600
500 Lee Street
P.O. Box 553
Charleston, WV 25322

Alvin Scott Derrick
Gullett, Sanford, Robinson & Martin
Ste. 1700
150 Third Avenue South
Nashville, TN 37201

Alyssa C. Hughes
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Alyssa M. Williams
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 92101

Amanda Rosenthal
Collinson, Daehnke, Inlow & Greco
Ste. 212
2110 E. Flamingo Road
Las Vegas, NV 89119

Amanda J. Taylor
114 Main Street
Beckley, WV 25801

Amy B. Manning
McGuire Woods
Ste. 4100
77 West Wacker Drive
Chicago, IL 60601

Amy Beth Marion
Abrams Fensterman Fensterman
Ste. 300
3 Dakota Drive
Lake Success, NY 11042

Amy C. Williams-Derry
Keller Rohrback - Seattle
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

Amy E Garrett
Simmons Hanly Conroy LLC
One Court Street
Alton, IL 62002

Amy J. Mauser
Boies Schiller Flexner
1401 New York Avenue NW
Washington, DC 20005

Anant Kumar
Zuckerman Spaeder - New York
INVALID ADDRESS
10th Floor
485 Madison Avenue
New York, NY 10022

Andre F. Toce
Toce Firm
969 Coolidge Blvd.
Lafayette, LA 70503

Andre Philip Johnson
Manson Johnson Conner
Ste. 300
215 Second Avenue North
Nashville, TN 37201

Andrea T. McKellar
McKellar Hyde - Nashville
Ste. 203
411 Broadway
Nashville, TN 37203

Andrew C. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Andrew E. Vernick
Vernick & Associates
111 Annapolis Street
Annapolis, MD 21401

Andrew G. Schultz
Rodey Dickason Sloan Akin & Robb,
P.O. Box 1888
Albuquerque, NM 87103

Andrew J. Hill , III
Blasingame, Burch, Garrard & Ashley
INVALID ADDRESS

Ste. 320
440 College Avenue
Athens, GA 30601

Andrew Jeffrey Meyers
Office of the Prosecuting Attorney
Broward County
Ste. 423
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Andrew W. Durland
Ste. 3300
701 Fifth Avenue
Seattle, WA 98104

Angela L Freel
Jackson Kelly
2nd Floor
221 Fifth Street NW
PO Box 1507
Evansville, IN 47706-1507

Angela N. Wheeler
Office of City Attorney
City of Flint
1101 S. Saginaw Street
Flint, MI 48502

Angelo J. Calfo
Caldo Eakes & Ostrovsky
Ste. 2800
1301 Second Avenue
Seattle, WA 98101

Anita M. Kidd
Armstrong Teasdale
Ste. 1800
7700 Forysth Blvd.
St. Louis, MO 63105

Anna A. Rainer
Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

Anthony D. Gray

Johnson Gray
Ste. 212
319 North 4th Street
St. Louis, MO 63102

Anthony P. Alden
Quinn Emanuel Urquhart & Sullivan, LLP
10th Floor
865 S. Figueroa Street
Los Angeles, CA 90017

Anthony R. Friedman
Simon Law Firm - St. Louis
Ste. 1700
800 Market Street
St. Louis, MO 63101

Anthony T. Martino
Clark & Martino
3407 West Kennedy Blvd.
Tampa, FL 33609

Antonio B. Church
Cheyenne & Arapaho Tribes
P.O. Box 167
Concho, OK 73022

Ari Jonathan Scharg
Edelson
14th Floor
350 North LaSalle Street
Chicago, IL 60654

Armando G. Barrera
Barrera Barrera
700 East Second
Alice, TX 78333

Arsenio Lenell Mims
Dowd Bennett - St. Louis
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105

Arthur J. Liederman
Morrison Mahoney

Audrey O. Strawbridge
Strawbridge Strawbridge & Strawbridge
P.O. Box 522
Vernon, AL 35592

Baldemar F. Gutierrez
700 E. Third Street
Alice, TX 78332

Barbara D. Bonar
3611 Decoursey Avenue
Covington, KY 41015

Barbara M. Blackmon
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046-0105

Barry W. Walker
Walker Simon Law
115 Richard Arrington Jr. Blvd., N
Birmingham, AL 35203

Benjamin A. Street
Street Law Firm
1142 Riverview Street
Grundy, VA 24614

Benjamin C. Allen
Sumner County Law Department
Room 303
355 N. Belvedere Drive
Gallatin, TN 37066

Benjamin D. Evans
INVALID ADDRESS Haley & Olson
Ste. 200
100 Ritchie Road
Waco, TX 76712

Benjamin David Beychok
Beychok Law Firm
Ste. 802
10225 Florida Blvd.
Baton Rouge, LA 70815

Bernice Conn
Robins Kaplan

Ste. 3700
2049 Century Plaza East
Los Angeles, CA 90067-3283

Beth A. Stack
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street
Minneapolis, MN 55487

Blair Graffeo Mattei
Frazer Greene Upchurch & Baker
Ste. 800
104 St. Francis Street
Mobile, AL 36602

Blake Follis
Office of the Attorney General - Modoc Nation
22 N. Eighth Tribes Trail
Miami, FL 74354

Blake L. Beckham
Beckham Group
Ste. 550
3400 Carlisle
Dallas, TX 75204

Bobbi Jo Alexis
Office of the County Attorney
County of Culpeper
306 North Main Street
Culpeper, VA 22701

Bonnie A. Kendrick
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Booker T. Shaw
Thompson Coburn - St. Louis
Ste. 2700
One US Bank Plaza
St. Louis, MO 63101

Bradford C. Berge
Holland & Hart LLP

Post Office Box 2208
110 N. Guadalupe St., Suite 1
Santa Fe, NM 87504-2208

Bradley J. Prochaska
Prochaska, Howell & Prochaska
Ste. 415
7701 East Kellogg
Wichita, KS 67207

Bradley Joe Richardson
Office of District Attorney - Nye County
INVALID EMAIL ADDRESS
Ste. 107
1520 East Basin Avenue
Pahrump, NV 89060

Bradley M. Smyer
Alston & Bird
Chase Tower, Suite 2300
2200 Ross Avenue
Dallas, TX 75201

Brandi L. Schiefelbein
Office of County Attorney
County of Meeker
325 Sibley Avenue North
Litchfield, MN 55355

Brett C. Thompson
Cory Watson
Ste. 200
2131 Magnolia Avenue
Birmingham, AL 35205

Brett Jeremy Schneider
Weiss Serota Helfman Cole Bierman & Popok
Ste. 1900
200 E. Broward Blvd.
Fort Lauderdale, FL 33301

Brian A. Glasser
Bailey & Glasser - Charleston
209 Capitol Street
Charleston, WV 25301

Brian C. Thomas
Office of the Attorney General

Ste. 200
1024 Capitol Center Drive
Frankfort, KY 40601

Brian E. Holthus
Jolley Urga Wirth Woodbury & Standish
Ste. 380
330 S. Rampart Blvd.
Las Vegas, NV 89145

Brigid E. Collins
Law Office of Frank G. DeSalvo
739 Baronne Street
New Orleans, LA 70113

Brittany Ashley McGill
Furniss Davis Rashkind & Saunders
Ste. 341B
6160 Kempsville Circle
Norfolk, VA 23502

Brittany L. Mirabella
Simpson & Deardorff
Ste. 410
311 East Chicago Street
Milwaukee, WI 53202

Brittany R. Ford
Abbott Law Group
INVALID ADDRESS
2929 Plummer Cove Road
Jacksonville, FL 32223

Brooke G. Malcom
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

Bruce Keplinger
Norris & Keplinger
Corporate Woods, Building 32
Ste. 750
9225 Indian Creek Parkway
Overland Park, KS 66210

Bruce D. Goldstein
Office of the County Counsel - Sonoma County
Ste. 105A

575 Administration Drive
Santa Rosa, CA 95403

Bruce Davidson Oakley
Hogan Lovells
Ste. 4200
609 Main Street
Houston, TX 77002

Bruce G. Mohon
Law Offices of Bruce G. Mohon
1959 La. Hwy. 3125
Ste. 5
Lutcher, LA 70071

Bruce J. Downey , IV
Ste. 200
1001 Noble Street
P.O. Box 626
Anniston, AL 36202

Bruce J. Phillips
Wetzel, Caverly, Phillips & Rodgers
Ste. 1
1170 Highway 315
Plains, PA 18702

Bruce L. Woodbury
Jolley Urga Woodbury & Little
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Bruce W. Leppla
Lieff, Cabraser, Heimann & Bernstein - San Francisco
29th Floor
275 Battery Street
San Francisco, CA 94111

Bryan Harrison
Harrison Davis Steakley Morrison Jones
5 Ritchie Road
Waco, TX 76712

Bryan D. Pasciak
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

Bryan S. Neiderhiser
Marcus & Mack
57 South 6th Street
P. O. Box 1107
Indiana, PA 15701

C. Richard Langley
Sims Fleming
823 Love Avenue
Tifton, GA 31794

Caitlin V. Mitchell
Johnson Johnson Lucas & Middleton

Caitrin A. Reilly
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

Cameron Lee Hogan
Lloyd & Hogan
Ste. 201
2871 Acton Road
Birmingham, AL 35243

Carissa J. Dolan
Robbins Geller Rudman & Dowd
Ste. 1900
655 W Broadway
San Diego, CA 92101

Carl J. Withroe
Mooney Wieland
Ste. 500
802 W. Bannock Street
Boise, ID 83702

Carl Lewis Solomon
Solomon Law Group
P.O. Box 1866
Columbia, SC 29203

Carlos Eugene Moore
Moore Law Group
306 Branscome Drive
Grenada, MS 38901

Carmen Anthony Degisi
Marc J. Bern & Partners
Ste. 215
101 West Elm Street
Conshohocken, PA 19428

Carmen P. Belefonte
Saltz Mongeluzzi Barrett & Bendesky
20 W. Third Street
P.O. Box 1670
Media, PA 19063

Carolyn June Kubota
Covington & Burling LLP
INVALID ADDRESS
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90067-4643

Carolyn Robbs Bilanko
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101

Casey T. Yamasaki
Miller Shah LLP
Suite 1140
1230 Columbia Street
San Diego, CA 92101

Catherine L. Hanaway
Ashcroft Hanaway
Ste. 110
222 South Central Avenue
St. Louis, MO 63105

Cecily J. McLeod
Gordon & Rees - Atlanta
Ste. 1500
3455 Peachtree Road
Atlanta, GA 30326

Chad A. Shultz
Ford & Harrison
1275 Peachtree Street, NE
Ste. 600

Atlanta, GA 30309

Chanel Ann Gray
Office of the City Attorney
City of Chesapeake
6th Floor
306 Cedar Road
Chesapeake, VA 23322

Charles James , II
Serious Injury Law Group
P.O. Box 781
Montgomery, AL 36101

Charles A. Gilman
Gilman & Bedigian
Ste. 250
1954 Greenspring Drive
Timonium, MD 21093

Charles Bedford Hampton
McGuire Woods
Ste. 7500
600 Travis Street
Houston, TX 77002

Charles Clarence Bourque , Jr
St. Martin & Bourque
315 Barrow Street
Houma, LA 70360

Charles F. Speer
Speer Law Firm
Ste. 400
104 W. 9th Street
Kansas City, MO 64105

Charles J Crueger
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211

Charles J. McKee
Office of the County Counsel
County of Monterey
168 West Alisal Street
Third Floor
Salinas, CA 93901

Charles L. Barnum
Ste. A
409 Broadway Street
Rock Springs, WY 82901

Charles Spencer Long
Long & Long
P.O. Box 312
316 Chetmatches Street
Donaldsonville, LA 70346

Charles Wesley Rowland
INVALID ADDRESS Office of the Attorney General
State of Kentucky
Ste. 200
1024 Capitol Center Drive
Frankfort, KY 40601

Charles Zachary Vaughn
Wiedner & McAuliffe
Ste. 1900
One N. Franklin
Chicago, IL 60606

Chase Hamilton Givens
US-Legal PC
430 West Main Street
Dothan, AL 36301

Chrissi R. Nimmo
Office of Attorney General
Cherokee Nation
P.O. Box 948
Tahlequah, OK 74465

Christina M. Putman
Adams & Reese - Houston
Ste. 4400
1221 McKinney
Houston, TX 77010

Christine F. Miller
100 North Broadway
Ste. 1300
St. Louis, MO 63102

Christine Michele Schverak

Office of Prosecuting Attorney
Couty of Brevard
Building C
Suite 308
2725 Judge Fran Jamieson Way
Viera, FL 32940

Christopher Boisvert
Copo Strategies
15th Floor
30 South 15th Street
Philadelphia, PA 19102

Christopher A. Ogiba
Moore & Van Allen

Christopher C. Naumes
Ste. 620
2 Center Plaza
Boston, MA 02108

Christopher D. Bacha
Tacoma City Attorney's Office
747 Market Street
Tacoma, WA 98402

Christopher D. Smith
Nelson Mullins Riley & Scarborough
Suite 200
949 Third Avenue
Huntington, WV 25701

Christopher D. Tomlinson
Moore & Van Allen

Christopher E. Clark
Goodin Abernathy
301 East 38th Street
Indianapolis, IN 46205

Christopher Isaac Jacobs
Kalfus & Nachman
Ste. 300
870 N. Military Hwy
Norfolk, VA 23502

Christopher R. George
300 Building One
4200 Northside Pkwy. NW
Atlanta, GA 30327

Christopher S. Berdy
Butler Snow
Ste. 1000
1819 5th Avenue North
Birmingham, AL 35203

Christopher Scott Boynton
Office of the City Attorney
City of Virginia Beach
Municipal Center
Building One
2401 Courthouse Drive
Virginia Beach, VA 23456

Christopher Scott Cardillo
Ste. 308
9728 Third Avenue
Brooklyn, NY 11209

Christopher Scott Geyer
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

Cid Lopez
500 Tijeras Avenue NW
Albuquerque, NM 87102

Claire Arnett Sumner
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303

Claude P. Devall
517 West College Street
Lake Charles, LA 70605

Clayton P. Flaherty
Anapol Weiss - Philadelphia
Ste. 1600
One Logan Square
130 North 18th Street

Philadelphia, PA 19103

Colleen Therese Calandra
Ramos Law
Ste. 200
3000 Youngfield Street
Wheat Ridge, CO 80215

Collie Fitch James , IV
Morgan Lewis & Bockius
Ste. 1800
600 Anton Blvd.
Costa Mesa, CA 92626

Conlee S. Whiteley
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

Conor Brendan O'Croinin
Zuckerman Spaeder
Ste. 2440
100 E. Pratt Street
Baltimore, MD 21202

Corali Lopez-Castro
Hahn, Loeser & Parks - Cleveland
2800 BP Tower
200 Public Square
Cleveland, OH 44114

Corey Landon Maze
Office of the Attorney General - Alabama
INVALID ADDRESS
501 Washington Avenue
Montgomery, AL 36130

Courtney L. Stidham
Pendley Baudin & Coffin - New Orleans
INVALID ADDRESS
Ste. 2505
1100 Poydras Street
New Orleans, LA 70163

Craig Andrew Stanfield
INVALID ADDRESS - Morgan Lewis & Bockius, LLP - Houston
1000 Louisiana Street
Suite 4000

Houston, TX 77002

Craig L. Williams
Marioneaux & Williams
1201 Hawn Avenue
Shreveport, LA 71107

Creighton B. Coleman
Coleman & Tolen
P.O. Box 914
Winnsboro, SC 29180

Crystal Goan Jessee
Jessee Law Office
P.O. Box 1537
Greeneville, TN 37745

Curt Roy Hineline
Baker & Hostetler - Seattle
Ste. 3600
999 Third Avenue
Seattle, WA 98101

D. Bryant Chaffin
97 Elias Whiddon Road
Hattiesburg, MS 39402

D. Chad McCoy
McCoy & Sparks
212 W .Stephen Foster Avenue
Bardstown, KY 40004

D. Michael Lyles
City of Annapolis
160 Duke of Gloucester
Annapolis, MD 21401

Dale M. Schowengerdt
INVALID ADDRESS United States Department of Justice
State of Montana
215 North Sanders
P.O. Box 201401
Helena, MT 59620

Dale R. Sisco
Ste. 100
1110 North Florida Avenue
P.O. Box 3382

Tampa, FL 33602

Dan H. Ball
Bryan Cave - St. Louis
Ste. 3600
One Metropolitan Square
211 North Broadway
St. Louis, MO 63102

Daniel Crumby
Hall Booth Smith
Ste. 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303

Daniel Humphrey

Daniel Brett Rehns
Hach Rose Schirripa & Cheverie
185 Madison Avenue
New York, NY 10016

Daniel C. Nester
Bryan Cave LLP - St. Louis
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

Daniel E. Mooney
Hawley Troxell
Ste. 1000
877 Main Street
Boise, ID 83702

Daniel F. Polsenberg
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169-5996

Daniel G. Blackburn
P. O. Box 458
Bay Minette, AL 36507

Daniel G. Lloyd
Office of the City Attorney
City of Vancouver

P.O. Box 1995
Vancouver, WA 98668-1995

Daniel J Dysart
Baker Donelson Bearman Caldwell & Berkowitz - New Orleans
Ste. 3600
201 Saint Charles Avenue
New Orleans, LA 70170

Daniel J. Buckley
Vorys, Sater, Seymour & Pease - Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

Daniel J. Callaghan
Office of the City Attorney
City of Roanoke
Room 464
215 Church Avenue
Roanoke, VA 24011

Daniel J. Prieto
Ste. 1330
2 Ravinia Drive
Atlanta, GA 30346

Daniel Joseph Moriarty
Buiding 8, Suite 300
750 Hammond Drive, N.E.
Atlanta, GA 30328

Daniel P. Mensher
Keller Rohrback - Seattle
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

Daniel P. Rogan
Office of Prosecuting Attorney
Hennepin County
Ste. A-2000
300 S. 6th Street
Minneapolis, MN 55487

Daniel T. Ryan
Ste. 100
3008 Sutton Blvd.

Maplewood, MO 63143

Danielle Gilmore

Dannie E. Williams

Daryl Lafayette Jones
Ste. 101
14707 South Dixie Highway
Miami, FL 33176

Dave Roberts
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006

David Arlington
Baker Botts
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4039

David Dies
Dies & Parkhurts
1009 W. Green Avenue
Orange, TX 77630

David Germaine
Sperling Kenny Nachwalter
25th Floor
321 North Clark Street
Chicago, IL 60654

David Graham

David Mader

David A. Carroll
Rice Reuther Sullivan & Carroll
Ste. 1200
3800 Howard Hughes Parkway
Las Vegas, NV 89169

David Abraham Silberman

Office of County Counsel
County of San Mateo
6th Floor
400 County Center
Redwood City, CA 94063

David B. Alden
12 Daisy Lane
Pepper Pike, OH 44124

David Barry Goroff
Foley & Lardner
Ste. 2800
321 North Clark Street
Chicago, IL 60654

David D. Seif , Jr
Seif & McNamee
110 East Emmitt Avenue
Waverly, OH 45690

David E. Schauer
Office of County Counsel
County of Sibley
P.O. Box H
Winthrop, MN 55396

David G. Hymer
Bradley Arant Boult Cummings
One Federal Place
1819 5th Avenue, North
Birmingham, AL 35203

David J. Conner
P. O. Box 458
Bay Minette, AL 36507

David J. Marmins
Arnall Golden Gregory
Ste. 2100
171 17th Street, N.W.
Atlanta, GA 30363

David Joseph Kurlinkus
Office of the Prosecuting Attorney
Winnebago County - Civil Division
Ste. 804
400 West State Street

Rockford, IL 61101

David Karl Willingham
Boies Schiller Flexner
31st Floor
725 South Figueroa Street
Los Angeles, CA 90017-5524

David L. Black
Cuneo Gilbert & Laduca, LLP
4725 Wisconsin Avenue, Suite 200
Washington, DC 20016

David L. Brown , Jr
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209

David M. Atkinson
Swift, Currie, McGhee & Hiers

David M. Pato
Office of Attorney General
Water Environment Utility Division
P.O. Drawer 1508
Santa Fe, NM 87504

David Michael Pearce
Office of County Attorney
County of Sarasota
2nd Floor
1660 Ringling Blvd.
Sarasota, FL 34236-6808

David P. Slawsky
Nixon Vogelman Barry Slawsky & Simoneau
77 Central Street
Manchester, NH 03101

David R. Barney , Jr
Thompson Barney
2030 Kanawha Boulevard E.
Charleston, WV 25311

David R. Cheverie
Hach Rose Schirripa & Cheverie

14th Floor
185 Madison Avenue
New York, NY 10016

David S. Scalia
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

David T. Fischer
Sheppard Mullin Richter & Hampton
Ste. 100
2099 Pennsylvania Avenue, NW
Washington, DC 20006

David W. Alvarez
Office of the Prosecuting Attorney
Jefferson County
P.O. Box 1220
Port Townsend, WA 98368

David W. O'Quinn
Irwin Fritchie Urquhart & Moore
Ste. 3700
400 Poydras Street
New Orleans, LA 70130

David Walker Upchurch
Upchurch & Upchurch
P.O. Drawer 2529
Tupelo, MS 38803

DeWayne Larry Williams
Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

Dean Anthony Hayes
McCabe Trotter & Beverly
P.O. Box 212069
Ste. 250
4500 Fort Jackson Boulevard
Columbia, SC 29221

Debbie Satyal
Adams & Reese - Fort Lauderdale

INVALID ADDRESS
Ste. 1110
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301

Debolina Das


Deborah R. Gross
Law Offices Of Bernard M. Gross
1500 Walnut Street
6th Floor
Philadelphia, PA 19102

Debra Bechtel
Catawba County Legal Deparment
P.O. Box 389
Newton, NC 28658

Debra Potter Klauber
Haliczer Pettis & Schwamm
7th Floor
100 SE Third Avenue
Fort Lauderdale, FL 33394

Dennis K. Ames
La Follette, Johnson, De Haas, Fesler & Ames
Ste. 901
2677 N. Main Street
Santa Ana, CA 92705

Derrick T. Simmons
Simmons & Simmons
P.O. Box 1854
Greenville, MS 38702

Devon Shannon
Office of Prosecuting Attorney
King County
W554 King County Courthouse
516 Third Avenue
Seattle, WA 98104

Devon J. Stewart
Steptoe & Johnson - Charleston
17th Floor
707 Virginia Street, E
Charleston, WV 25311

Diedre Pierce Kelly
Spears & Spears
Ste. 1825
909 Poydras Street
New Orleans, LA 70112

Don Barrett
Barrett Law Group
404 Court Square North
P.O. Box 927
Lexington, MS 39095

Donald Cole Massey
Couhig Partners
Ste. 3250
1100 Poydras Street
New Orleans, LA 70163

Donald W. Boyajian
Deryer, Boyajian
75 Columbia Street
Albany, NY 12210

Donna Raylene Ziegler
Office of the County Counsel
County of Alameda
Ste. 450
1221 Oak Street
Oakland, CA 94612

Douglas A. Baker
37 West Broad Street
Suite 415
Columbus, OH 43215

Douglas D. Treasurer
213 Fairchild Street
Charleston, SC 29492

Douglas H.H. Sanders
Sanders Phillips Grossman
Ste. 801
B7 Tabonuco
Guaynabo, PR 00968

Douglas John Moore
Irwin Fritchie Urquhart & Moore

Ste. 3700
400 Poydras Street
New Orleans, LA 70130

Douglas K. Rosenblum
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
Ste. 3402
1818 Market Street
Philadelphia, PA 19103

Douglas R. Beam
Ste. C
25 W. New Haven Avenue
P.O. Box 640
Melbourne, FL 32902-0640

Douglas R. Plymale
INVALID ADDRESS Dugan Law Firm
Ste. 1000
One Canal Place
365 Canal Street
New Orleans, LA 70130

Douglas Stuart Griffith
Yetter Coleman
Ste. 4100
811 Main Street
Houston, TX 77002

Douglas W. Decker
P.O. Box 70
Gallup, NM 87305

Douglas W. Smith
Carlock Copeland & Stair
Ste. 3600
191 Peachtree Street, NE
Atlanta, GA 30303

Douglas J. Jorgensen(Terminated)

Dustin E. Davies
Suthers Law Firm
P.O. Box 8847
Savannah, GA 31412-8847

Dwayne M. Green

Hampton Green
602 Rutledge Avenue
Charleston, SC 29413

Dwayne M. Murray
Murray & Murray
Ste. 810
301 Main Street
Baton Rouge, LA 70801

E. D. Gaskins , Jr
Everett, Gaskins & Hancock
P.O. Box 911
220 Fayetteville Street
Raleigh, NC 27602

E. Edison Hill
Hill, Peterson, Carper, Bee and Deitzler
500 Tracy Way
NorthGate Business Park
Charleston, WV 25311-1261

E. John Litchfield
Berrigan & Litchfield
Ste. 4204
201 St. Charles Avenue
New Orleans, LA 70170

E. Kent Hellems
Gorman Sheatsley & Company
P.O. Box 5518
Beckley, WV 25801

E. Mark Ezell
P.O. Drawer 595
Butler, AL 36904

Edward A. Smallwood
Litchfield Cavo
100 Village Professional Building
99 Cracker Barrel Drive
Barboursville, WV 25504

Edward D. Hotz
Pansgin, Hogan
Suite 300
10250 Regency Circle
Omaha, NE 68114

Edward Donald Burbach
Gardere Wynne Sewell
Ste. 3000
600 Congress Avenue
Austin, TX 78701

Edward J. Tarver
Enoch Tarver
Ste. 312
3540 Wheeler Road
Augusta, GA 30909

Edward M. Tjaden
Pitzer Snodgrass
INVALID ADDRESS
Ste. 400
100 South Fourth Street
St. Louis, MO 63102

Edward R. Jackson
Jackson & Foster
PO Box 2225
Mobile, AL 36652

Elena F. Mitchell
Moore & Van Allen

Elizabeth Heaphy
Rammelkamp Muehlenweg & Cordova PA
316 Osuna Rd NE
Unit 201
Albuquerque, NM 87107

Elizabeth Josephine Coronado
Ste. 2600
2665 Kwina Road
Bellingham, WA 98226

Elizabeth Ungar Natter
Office of the Attorney General
Office of Consumer Protection
1024 Capitol Center Drive
INVALID ADDRESS
Frankfort, KY 40601

Emily Hawk Mills

Cusimano Roberts & Mills
153 South 9th Street
Gadsden, AL 35901

Emily K. Damrau
MoloLamken
600 New Hampshire Avenue NW
Washington, DC 20037

Eric Lyttle
Quinn Emanuel Urquhart & Sullivan, LLP
Suite 900
1300 I Street Northwest
Washington, DC 20005

Eric Romano
Romano Law Group
1005 Lake Avenue
P.O. Box 21349
West Palm Beach, FL 33416

Eric A. Norman
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane
Ste. 300
3131 Elliott Avenue
Seattle, WA 98121

Eric A. Riegner
Locke, Reynolds, Boyd & Wiesell
1000 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

Eric M. Sommer
Sommer Udall Hardwick & Jones
P.O. Box 1984
Santa Fe, NM 87504-1984

Eric R. Burris
Brownstein Hyatt Farber Schreck
201 Third St NW, Suite 1700
Albuquerque, NM 87102

Erica Perdomo

Erica J. White
Office of Prosecuting Attorney

County of Ada
200 W. Front Street
Room 3191
Boise, ID 83702

Erick John Arnold
Bad River Indian Tribe
Chief Blackbird Center
72682 Maple Street
P.O. Box 39
Odanah, WI 54861

Erik W. Legg
Farrell White & Legg
P.O. Box 6457
Huntington, WV 25772

Erik W. Nielsen
Nielsen, Zehe & Antas
Ste. 1800
55 West Monroe Street
Chicago, IL 60603

Erin A. Renegar
Wiggins Sewell & Ogletree
Ste. 3100
210 Park Avenue
Oklahoma City, OK 73102

Erin Anderson Nowell
Simon Greenstone Panatier Bartlett
Ste. 610
3232 McKinney Avenue
Dallas, TX 75204

Erin G. Allen
Marcus & Shapira
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219

Eron Michael Berg
325 Metcalf Street
Sedro-Wooley, WA 98284

Errick D. Simmons
Simmons & Simmons

P.O. Box 1854
Greenville, MS 38702

Esteban Rodriguez
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Eugene K. Pettis
Haliczer Pettis & Schwamm
7th Floor
100 SE Third Avenue
Fort Lauderdale, FL 33394

Eva J. Yarger
Office of the Prosecuting Attorney - Van Wert
Ste. 100
120 West Main Street
Van Wert, OH 45891

Evan Stroman
Kozyak Tropin & Throckmorton
9th Floor
2525 Ponce De Leon Blvd.
Miami, FL 33134

Evan Patrick Fontenot
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765

Evan W. Jones

Felicia C. Weingartner
P.O. Box 7627
Albuquerque, NM 87109

Felicia R. Williams
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101

Floyd Mortimer Melton , III
P.O. Box 534
Greenwood, MS 38930

Francis A. Citera
Greenberg Traurig - Chicago
Ste. 1300
360 North Green Street
Chicago, IL 60607

Frank E. Lamothe , III
Lamothe Law Firm
Ste. 1760
400 Poydras Street
New Orleans, LA 70130

Frank Lane Heard , III
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

Franklin G. Shaw
Leger & Shaw
Ste. 2150
935 Gravier Street
New Orleans, LA 70112

Frederick Joseph Elbrecht
Office of County Attorney
County of Sarasota
2nd Floor
1660 Ringling Blvd.
Sarasota, FL 34236-6808

Frederick T. Kuykendall , III
Levin Papantonio Thomas Mitchell Echsner & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32501

G. Robert Blakey
Notre Dame Law School
Notre Dame, IN 46556

G. Todd Houck
105 Guyandotte Avenue
Mullens, WV 25882

Gabe Ortiz
Phipps Ortiz Talafuse PLLC
102 9th St

San Antonio, TX 78215

Gabriel D. Cantu
2665 Kwina Road
Bellingham, WA 98226

Gale D Pearson
Pearson, Randall & Schumacher, PA
INVALID ADDRESS
Suite 1025 Fifth Street Towers
100 South Fifth Street
Mpls, MN 55402

Gary C. Johnson
110 Caroline Avenue
P.O. Box 110
Pikeville, KY 41502

Gary D. Young
Lamar County District Attorney's Office
119 North Main
Paris, TX 75460

Gary E. Brewer
Brewer & Terry
1702 West Andrew Johnson Highway
Morristown, TN 37816-2046

Gary K. Burger , Jr
Burger Law - St. Louis
Ste. 1860
500 North Broadway
St. Louis, MO 63102-2120

Gary W. Kuc
Office of County Attorney
Howard County
Carroll Building
3450 Court House Drive
Ellicott City, MD 21043

Geoffrey D. Stormer
Hobbs, Straus, Dean & Walker
Ste. 1200
516 SE Morrison Street
Portland, OR 97214

George Gibbs

Gibbs Armstrong Borochoff Mullican & Hart
Ste. 500
601 S. Boulder Avenue
Tulsa, OK 74119

George Allan Van Fleet
Ste. 201
6218 Elm Heights Lane
Houston, TX 77081-2409

George S. Wang
Simpson, Thacher & Bartlett - New York
425 Lexington Avenue
New York, NY 10017

Gerald F. Petruccelli
Petruccelli, Martin & Haddow
P.O. Box 17555
900 Two Monument Square
Portland, ME 04112

Gerald Logan Harris
Office of the City Attorney
City of Virginia Beach
2401 Courthouse Drive
Virginia Beach, VA 23456

Gerald M. Abdalla , Jr
Abdalla Law, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157

Geraldine Broussard Baloney
1903 West Airline Highway
Laplace, LA 70068

Gerard J. Emig
Gleason Flynn Emig & McAfee
Ste. 400
11 N. Washington Street
Rockville, MD 20850

Gilbert Olusegun Benson-Oladeinbo

Gillard B. Johnson , III
Bowling and Johnson
Suite 250

1010 Monarch Street
Lexington, KY 40513

Gordon Ball
Ball & Scott
Ste. 750
550 Main Street
Knoxville, TN 37902

Grace Assaye

Grant D. Amey
P.O. Box 67
Fairhope, AL 36533

Grant Edward Morris
Sanford Heisler
Ste. 300
1666 Connecticut Avenue, NW
Washington, DC 20009

Gregorio Antonio Francis
Osborne & Francis
Ste. 205
805 S. Kirkman Road
Orlando, FL 32811-2200

Gregory B. Heller
Young Ricchiuti Caldwell & Heller
Ste. 3800
1600 Market Street
Philadelphia, PA 19103

Gregory E. Hull
Flagel & Papakirk
Ste. 410
50 East Business Way
Cincinnati, OH 45241

Gregory G. Peters
Wadleigh Starr & Peters
95 Market Street
Manchester, NH 03101

Gregory Lee Zempel
Office of Prosecuting Attorney
County of Kittitas

Ste. 213
205 W. Fifth Avenue
Ellensburg, WA 98926

Gregory Martin Zarzaur
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35205

Gregory P. Priamos
5th Floor
3900 Main Street
Riverside, CA 92522

Gregory R. Abboud
Abboud Law Firm
6530 South 84th Street
Omaha, NE 68127

Gregory V. Hicks
City of Warren
INVALID ADDRESS
Department of Law
391 Mahoning Avenue NW
Warren, OH 44483

Gretchen Maria Wolf
Skadden Arps Slate Meagher & Flom, LLP CH
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Gretchen N. Miller
Greenberg Traurig - Chicago
Ste. 1300
360 North Green Street
Chicago, IL 60607

Gwen G. Nolan King
Sugarman, Rogers, Barshak & Cohen
9th Floor
101 Merrimac Street
Boston, MA 02114

H. Lanier Brown , II
Watkins & Eager
Ste. 114 West Lobby
2204 Lakeshore Drive

Birmingham, AL 35209

Haley Plourde-Cole
Quinn Emanuel Urquhart & Sullivan, LLP
22nd Floor
51 Madison Avenue
New York, NY 10010

Halsey G. Knapp , Jr
Krevolin Horst
Ste. 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Hamish P.M. Hume
Boies, Schiller & Flexner - Washington
Ste. 800
5301 Wisconsin Avenue, NW
Washington, DC 20015

Hannah E. Tokerud
Holland & Hart - Billings
INVALID EMAIL ADDRESS
Ste. 1500
401 North 31st Street
Billings, MT 59101

Harjot S. Padda
Padda, Benner, & Benner, LLC
3915 Brannon Avenue
St. Louis, MO 63109

Harlan Prater , IV
Lightfoot Franklin & White
The Clark Building
400 20th Street, North
Birmingham, AL 35203

Harrison J. Frahn , IV
Simpson, Thacher & Bartlett - Palo Alto
2475 Hanover Street
Palo Alto, CA 94304

Harry C. Graham , III
Harry C. Graham, III, Attorney at Law
534 E. Boston St.
Covington, LA 70433

Harry F. Bell , Jr
Bell Law Firm
PO Box 1723
Charleston, WV 25301

Harry G. Shaffer , III
Shaffer & Shaffer
PO Box 38
Madison, WV 25130

Harry Samuel Prim , III
Prim & Mendheim
207 West Adams Street
Dothan, AL 36303

Havila C. Unrein
Keller & Rohrback
Ste. 3200
1201 Third Avenue
Seattle, WA 98101

Hayden A. Coleman
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010

Heather Ann Mullen
Office of City Attorney
City of Norfolk
900 City Hall Building
810 Union Street
Norfolk, VA 23510

Heather R. Spaide
Zeldes Needle & Cooper
14th Floor
263 Tresser Blvd.
Stamford, CT 06901

Helen Heim Albee
Henrichsen Siegel
INVALID ADDRESS
Ste. 1400
301 West Bay Street
Jacksonville, FL 32202

Herman Heng Yue
Latham and Watkins

Ste. 3600
800 Main Street
Houston, TX 77008

Holland N. McTyeire , V
Bingham Greenbaum Doll
Ste. 3500
101 S. Fifth Street
Louisville, KY 40202

Hugh Michael Ruppersburg , Jr
Blasingame, Burch, Garrard & Ashley
P.O. Box 832
Athens, GA 30603

II Platt, William H.

Ian Ronald McLean
Serkland Law Firm
P.O. Box 6017
Fargo, ND 58108-6017

Isaac T. Conner
Manson Johnson Conner
Ste. 300
215 Second Avenue North
Nashville, TN 37201

J. Christian Nemeth
McDermott, Will & Emery - Chicago
Ste. 4000
444 West Lake Street
Chicago, IL 60606

J. Christopher Jorgensen
Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169

J. Harold Seagle
INVALID ADDRESS
33 Tiverton lane
P.O. Box 15307
Asheville, NC 28803

J. Javier Gutierrez

700 East Third Street
Alice, TX 78332

J. Lee Hoffoss , Jr
517 West College Street
Lake Charles, LA 70605

J. Michael Papantonio
Levin Papantonio Thomas Mitchell Echsner & Proctor
Ste. 600
316 South Baylen Street
P.O. Box 600
Pensacola, FL 32581

J. Patrick Coleman
Office of County Attorney
County of Mesa
2nd Floor Annex
544 Rood Avenue
P.O. Box 20000
Grand Junction, CO 81502-5004

J. Patrick Strubel
Watkins & Eager
Ste. 114
2204 Lakeshore Drive
Birmingham, AL 35209

J. Richard Doyle
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose, CA 95113-1905

J. Robert Rogers
Law Offices of J. Robert Rogers
3972 Teays Valley Road
Hurricane, WV 25526

J.D. Lambright
Office of Prosecuting Attorney
County of Montgomery
Ste. 300
501 N. Thompson
Conroe, TX 77301

Jack Bajorek
Office of the City Attorney

Jack Roady
Galveston County Criminal District Attorney
Ste. 1001
600 59th Street
Galveston, TX 77551

Jack W. Harang
Barnes & Thornburg
1313 Merchants Bank Bldg.
11 South Meridian Street
Indianapolis, IN 46204

Jack Wesley Hill
Ward & Smith
111 West Tyler Street
P.O. Box 1231
Longview, TX 75606-1231

Jackie Brooks(Terminated)
77 Oakmont Drive
New Castle, DE 19720

Jackson R. Sharman , III
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

Jacob Berkley Daniel
139 E. Main Street
P.O. Box 999
Yanceyville, NC 27379

Jacob Gerson Horowitz
Goren Cherof Doody & Ezrol
Ste. 200
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308

Jade S. Koller
Frantz Law
Ste. 860
402 West Broadway
San Diego, CA 92101

Jae Hong Lee
Quinn Emanuel Urquhart & Sullivan

22nd Floor
50 California Street
San Francisco, CA 94111

James Arthur Cales , III
Furniss Davis Rashkind & Saunders
Ste. 341B
6160 Kempsville Circle
Norfolk, VA 23502

James B. Irwin
Irwin Fritchie Urquhart & Moore
INVALID ADDRESS
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

James C. Backstrom
Office of Prosecuting Attorney
County of Dakota
1560 Highway 55
Hastings, MN 55033

James C. Thoele
Brinker & Doyen
5th Floor
34 N. Meramec Avenue
Clayton, MO 63105

James D. Johnson
Jackson Kelly
P.O. Box 1507
2nd Floor
221 NW Fifth Street
Evansville, IN 47706

James D. Sill
Sill Beadles Johnson Biscone & White
P.O. Box 3759
Shawnee, OK 74802

James E. Belleau
Trafton, Matzen, Belleau & Frenette
P.O. Box 470
10 Minot Avenue
Auburn, ME 04212

James E. Shipley , Jr

Tate Law Group
Ste. 600
2 East Brian Street
Savannah, GA 31401

James F. Bennett
Dowd Bennett
Ste. 1900
7733 Forsyth Blvd.
St. Louis, MO 63105

James M. Hash
Everett, Gaskins & Hancock
P.O. Box 911
220 Fayetteville Street
Raleigh, NC 27602

James McClendon Williams
Chehardy Sherman Williams Murrary Recile Stakelum & Hayes
Ste. 1100
One Galleria Boulevard
Metairie, LA 70001

James Nixon Daniel
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

James Patrick DeSonier
Ste. C
450 N. Causeway Blvd.
Mandeville, LA 70448

James R. Dugan , II
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

James R. Stovall
Ritchie, Dillard, Davies & Johnson
Ste. 300
606 West Main Street
Knoxville, TN 37902

James Todd Rutherford
Rutherford Law Firm

P.O. Box 1452
Columbia, SC 29202

James W. Keeler , Jr
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street
Minneapolis, MN 55487

Jamie Alan Cole
Weiss Serota Helfman Pastoriza
Ste. 1900
200 E. Broward Blvd.
Fort Lauderdale, FL 33301

Jared Joseph Smith
McCoy, Hiestand & Smith
108 Browns Lane
Louisville, KY 40207

Jason L. Holliday
Flaherty, Sensabaugh & Bonasso - Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843

Jason S. McManis
Ahmad Zavitsanos Anaipakos Alavi Mensing
Ste. 2500
1221 McKinney Street
Houston, TX 77010

Jason Hall(Terminated)
1401 Maryland Avenue
Apt. D-13
Wilmington, DE 19805

Jay Brodsky
240 East Shore Road
Apt 444
Great Neck, NY 11023

Jay R. Stassen
Office of Prosecuting Attorney
County of Dakota
1560 Highway 55
Hastings, MN 55033

Jeanne K. Demarest
Alvendia, Kelly, & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70131

Jefferson Vaughan Hester
Greer Pipkin Russell Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Jeffery Patrick Brothers
David L. Colvin & Associates
230 Huey P. Long Avenue
Gretna, LA 70053

Jeffrey A Cormell
St.Croix Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Jeffrey Brenton Norman
Office of City Counsel
City of Atlanta
Ste. 5000
55 Trinity Avenue S.W.
Atlanta, GA 30303

Jeffrey M. Wakefield
Flaherty, Sensabaugh & Bonasso - Charleston
200 Capitol Street
P.O. Box 3843
Charleston, WV 25338-3843

Jeffrey Michael Brax
Office of the Sonoma County Counsel
Room 105A
575 Administration Drive
Santa Rosa, CA 95403

Jeffrey Thomas Melching
Rutan & Tucker
Fourteenth Floor
611 Anton Blvd.
Costa Mesa, CA 92626-1998

Jenai M. Brackett

FROST BROWN TODD LLC (Indianapolis)
INVALID ADDRESS
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961

Jenna Corum
P.O. Box 887
Manchester, KY 40962

Jennifer Smitrovich
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402

Jennifer A. Mills
Gray, Rust, St. Amand, Moffett & Brieske
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road, N.E.
Atlanta, GA 30326

Jennifer E. Kelly
Cuneo, Gilbert & Laduca
Ste. 200
4725 Wisconsin Avenue, NW
Washington, DC 20016

Jennifer Grandoff Cooper
Baker, Donelson, Bearman, Caldwell & Berkowitz
Ste. 1600
3414 Peachtree Road NE
Atlanta, GA 30326

Jennifer J. Middleton
Johnson Johnson Lucas & Middleton

Jennifer N. Willis
Willis & Buckley
3723 Canal Street
New Orleans, LA 70119

Jere L. Beasley
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Jeremy A. Gogel
4542 West Pine Blvd.
St. Louis, MO 63108

Jeremy Ian Martin
Hinkle Shanor
P.O. Box 2068
Santa Fe, NM 87504

Jeremy M. Burnside
Ste. A
1118 Hutchins Street
Portsmouth, OH 45662

Jerome Roberts(Terminated)
110 Wesst 20th Street
Wilmington, DE 19802

Jesse Bobb

Jessica K. Southwick
Pepper Hamilton - Philadelphia
INVALID ADDRESS
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

Jessica Kramer Givens
Coffey Kaye Myers & Olley
Ste. 718
Two Bala Plaza
Bala Cynwyd, PA 19004

Jessica L. Dark
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

Jessica Stein Allen
Keenan, Cohen & Merrick
Ste. 1000
125 Coulter Avenue
Ardmore, PA 19003

Joel D. Henriod

Lewis Roca Rothgerber Christie
Ste. 600
3993 Howard Hughes Parkway
Las Vegas, NV 89169

Joel Grant Woods
The Atticus Building
350 N. 3rd Avenue
Phoenix, AZ 85003

Johanna Serrano Gardner
Office of County Counsel
County of Charleston
Ste. B313
4045 Bridge View Drive
N. Charleston, SC 29405

John Petrone
Petrone, Petrone Law
1624 Genesee Street
Utica, NY 13502

John Ryan
Latham & Watkins
12670 High Bluff Drive
San Diego, CA 92130

John Young
Office of the Attorney General
Cherokee Nation
P.O. Box 948
Tahlequah, OK 74465

John Andrew Durrett
Durrett Law Offices
202 North Vienna
Ruston, LA 71270

John B. Pound
505 Don Gaspar
Santa Fe, NM 87505

John Bartholomew Kelly , III
Alvendia, Kelly & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70112

John C. Beiers
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice and Records
400 County Center
Redwood City, CA 94063

John Carl Peick
Peick Law Group
Ste. 205
3633 136th Place SE
Bellevue, WA 98006

John D. Ferrero , Jr
Office of the Prosecuting Attorney
Stark County
Ste. 510
110 Central Plaza, S
Canton, OH 44702

John D. Nibbelin
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice & Records
400 County Center
Redwood City, CA 94063

John E. Hall , Jr
Hall Booth Smith
Ste. 2900
191 Peachtree Street NE
Atlanta, GA 30303

John E. Wiggins
Wiggins Sewell & Ogletree
Ste. 3100
210 Park Avenue
Oklahoma City, OK 73102

John F. Edgar
Edgar Law Firm
Ste. 1650
4520 Main Street
Kansas City, MO 64111

John F. Young , Jr

Curry & Friend
1200 Whitney Bank Bldg.
228 Saint Charles Avenue
New Orleans, LA 70130

John Fletcher Romano
Romano Law Group
P.O. Box 21349
West Palm Beach, FL 33416-1349

John G. Simon
Simon Law Firm - St. Louis
Ste. 1700
800 Market Street
St. Louis, MO 63101

John H. Smith
Smith Shanklin Sosa
Ste. 7C
16851 Jefferson Hwy.
Baton Rouge, LA 70817

John Hunt Morgan
P.O. Drawer 750
62 Ball Park Road
Harlan, KY 40831

John J. Muhar
Office of County Counsel
County of Itasca
123 NE Fourth Street
Grand Rapids, MN 55744

John J. Polak
Atkinson & Polak
P.O. Box 549
Charleston, WV 25322

John Jameson Givens
Cochran Firm - Dothan
111 East Main Street
Dothan, AL 36301

John Keith Givens
Cochran Cherry Givens & Smith
P.O. Box 927
Dothan, AL 36302

John M. Plunk
P.O. Box 1043
Athens, AL 35612

John M. Simon
THE SIMON LAW FIRM, P.C.
800 Market Street
Suite 1700
St. Louis, MO 63101

John Mark McIntosh
Upchurch & Upchurch
P.O. Box 2529
Tupelo, MS 38803

John Michael Connolly
Consovoy McCarthy
Ste. 700
1600 Wilson Blvd.
Arlington, VA 22209

John Paul Markovs
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

John R. Beard
Baker, Sterchi, Cowden & Rice - St. Louis
INVALID ADDRESS
21st Floor
100 North Broadway Street
St. Louis, MO 63102

John T. Spragens
Lieff, Cabraser, Heimann & Bernstein - Nashville
INVALID ADDRESS
Ste. 1650
One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219

John W. Alderman , III
Steptoe & Johnson
P.O. Box 1588
Charleston, WV 25326

John W. Caldwell

P.O. Box 2467
Hobbs, NM 88241

John W. Reis
Fox Rothschild
Ste. 1300
101 N. Tryon Street
Charlotte, NC 28246-0109

John Wayne Hogan
Terrell Hogan
8th Floor
233 East Bay Street
Jacksonville, FL 32202

John Y. Choi
Ste. 2390
733 Bishop Street
Honolulu, HI 96813

Jon A. Jouben
Office of County Attorney
County of Hernando
Ste. 462
20 N. Main Street
P.O. Box 220
Brooksville, FL 34605-0220

Jon Ryan Kral
Beasley Allen Crow Methvin Portis & Miles
P.O. Box 4160
Montgomery, AL 36103

Jonathan Compretta
Mike Moore Law Firm
Ste. 150
10 Canebrake
P.O. Box 321048
Flowood, MS 39232

Jonathan A. Knoll
Cohen & Malad
Ste. 1400
One Indiana Square
Indianapolis, IN 46204

Jonathan Andrew Pope
Hasty Pope

211 East Main Street
Canton, GA 30114

Jonathan Barnet Trohn
Valenti, Campbell, Trohn, Tamayo & Aranda
P.O. Box 2369
Lakeland, FL 33806

Jonathan M. Cyrluk
Carpenter Lipps & Leland
Ste. 2105
180 North Lasalle Street
Chicago, IL 60601

Jonathan Swann Taylor
Taylor & Knight - Knoxville
Ste. 600
800 South Gay Street
Knoxville, TN 37929

Jorge A. Herrera
Herrera Law
1800 W. Commerce Street
San Antonio, TX 78207

Jorge A. Martinez

Jose A. Coker
The Charleston Group
P.O. Box 1762
Fayetteville, NC 28302

Jose A. Andreu Fuentes
Bufete Andreu & Sagardia
261 Avenue Domenech
San Juan, PR 00918

Jose Carlos Mendez
5524 Camp Street
New Orleans, LA 70115

Joseph Callanan
Office of Prosecuting Attorney
Town of Weymouth
Town Hall
75 Middle Street
Weymouth, MA 02189

Joseph Dawson , III
P.O. Box 41367
North Charleston, SC 29423

Joseph A. Wetch , Jr
Serkland, Lundberg, Erickson, Marcil & McLean
P.O. Box 6017
Fargo, ND 58108

Joseph F Henderson
J F Henderson Law, PLLC
1835 Pinehurst Avenue
Saint Paul, MN 55116

Joseph Hamilton Kemp
Mann & Kemp
Ste. 408
221 West Second Street
Little Rock, AR 72201

Joseph Howard Spano , Jr
Pritt & Spano
Ste. 204
714-1/2 Lee Street E.
Charleston, WV 25301

Joseph I. Macy
10 Purchase Street
Fall River, MA 02720

Joseph Lee Waitz , III
Waitz & Downer
423 Goode Street
Houma, LA 70360

Joseph M. Ward
Frost Brown Todd - Charleston
Ste. 1100
500 Virginia Street East
Charleston, WV 25301

Joseph Martin Kurt
Office of the City Attorney
City of Virginia Beach
2401 Courthouse Drive
Virginia Beach, VA 23456

Joseph Michael Guerra
P.O. Box 1968
Alice, TX 78333

Joseph W. Cotchett
Cotchett Pitre & McCarthy
840 Malcolm Road
Burlingame, CA 94010

Josh Brian Wages
Blasingame, Burch, Garrard & Ashley
INVALID ADDRESS
Ste. 320
440 College Avenue
Athens, GA 30601

Joshua A. Racki
Ste. 2A
121 4th Street North
Great Falls, MT 59401

Joshua Allen Stigdon
Houston, Thompson & Lewis
49 East Wardell Street
Scottsburg, IN 47170

Joshua D. Burns
Crowe & Dunlevy
Braniff Building
Ste. 100
324 N. Robinson Avenue
Oklahoma City, OK 73102

Joshua J. Bond
Hodges, Doughty & Carson
617 Main Street
P.O. Box 869
Knoxville, TN 37901-0869

Joshua K. Williams
Ste. D
2221 Jewella Avenue
Shreveport, LA 71109

Joshua R. Evans
Unsell Law Firm
69 S. 9th Street
East Alton, IL 62024

Jr Haviland, Donald E.

Judd E. Stone
INVALID ADDRESS Morgan Lewis Bockius
1111 Pennsylvania Avenue NW
Washington, DC 20004

Juli E. Farris
Keller Rohrback
Ste. 8
1129 State Street
Santa Barbara, CA 93101

Julie Ann DeMille
#79886-065
DUBLIN
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5701 8TH ST - CAMP PARKS
DUBLIN, CA 94568

Julie B. Porter
Salvatore Prescott & Porter
1010 Davis Street
Evanston, IL 60201

Julie Fix Meyer
Armstrong Teasdale
Ste.1800
7700 Forsyth Blvd.
St. Louis, MO 63105

Justin D. Rodriguez
Atkinson, Baker & Rodriguez
Ste. 1850
201 Third Street NW
Albuquerque, NM 87102

Justin Jerome Marcum
Marcum Law Office
P.O. Box 2531
Williamson, WV 25661

Justin Kurt Truelove
4605 Texas Blvd.
P.O. Box 5398

Texarkana, TX 75505-5398

Justin Michael Sizemore
Reed Smith
1900 Riverfront Plaza - West Tower
901 East Byrd Street
Richmond, VA 23219-4069

Justin Nicholas Boley
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

Justin P. Stalpes
Beck& Amsden
Ste. 1
1946 Stadium Drive
Bozeman, MT 59715

Justine Koehle
Leavy Schultz Davis & Ruff
2415 West Falls Avenue
Kennewick, WA 99336

Kaitlin M. Price
Moore & Van Allen

Karen Rogan
Chula Vista City Attorney's Office
276 4th Avenue
Chula Vista, CA 91910

Karen Rosenthal
Office of County Counsel
County of San Mateo
6th Floor
Hall of Justice & Records
400 County Center
Redwood City, CA 94063

Karen H. Stiles
Shumaker
Suite 2200
101 South Tyron Street
Charlotte, NC 28280

Karin L. Sonneman
Office of County Counsel
County of Winona
171 West Third Street
Winona, MN 55987

Kasie M. Braswell
Braswell Murphy
Ste. 100
105 North Conception Street
Mobile, AL 36602

Kateryna Stupnevich
Morrison Mahoney
Ste. 1110
120 Broadway
New York, NY 10271

Katherine Galle
Haug Partners
One Post Office Square
Boston, MA 02109

Katherine S. Davies
Baker Sterchi Cowden & Rice
21st Floor
100 North Broadway
St. Louis, MO 63102

Kathleen A. DeLaney
DeLaney & DeLaney
3646 N. Washington Blvd.
Indianapolis, IN 46205

Kathleen L. Matsoukas
Barnes & Thornburg - Indianapolis
11 South Meridian Street
Indianapolis, IN 46204

Kathryn Semmler Cornelius
McGuire Woods
75th Floor
600 Travis Street
Houston, TX 77002

Keith A. Jones
Jones Law Group
P.O. Box 13395

Charleston, WV 25360

Keith D Heden


Keller Blackburn


Kelley L. Hubbard
INVALID ADDRESS Office of the Attorney General
State of Montana
215 North Sanders
P.O. Box 201401
Helena, MT 59620

Kelly Hightower Hibbert
Reed Smith
INVALID ADDRESS
1000 East Tower
1301 K Street NW
Washington, DC 20005

Kelly Juneau Rookard
Irwin Fritchie Urquhart & Moore
Ste. 3700
400 Poydras Street
New Orleans, LA 70130

Kenda Culpepper
Office of District Attorney
City of Rockwall
Ste. 201
1111 E Yellowjacket Lane
Rockwall, TX 75087

Kenneth Ferguson
Gordon & Rees, LLP
816 Congress Avenue
Suite 1510
Austin, TX 78701

Kenneth A. Brister
Brister & Brister
P.O. Box 266
Lake Providence, LA 71254

Kenneth C. Brostron
Lashly & Baer

714 Locust Street
St. Louis, MO 63101

Kenneth C. Pierce , II
Blanton & Pierce
705 Meigs Avenue
Jeffersonville, IN 47130

Kenneth S. Byrd
Lieff, Cabraser, Heimann & Bernstein - Nashville
Ste. 1650
One Nashville Place
150 Fourth Avenue, N
Nashville, TN 37219

Kerry L. Bundy
Faegre Drinker Biddle & Reath - Minneapolis
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

Kevin Calcagnie
Robinson, Calcagnie & Robinson
7th Floor
620 Newport Center Drive
Newport Beach, CA 92660

Kevin Marino
Marino Tortorella & Boyle
437 Southern Blvd.
Chatham, NJ 07928

Kevin James Minnick
Skadden, Arps, Slate, Meagher & Flom
Ste 3400
300 South Grand Avenue
Los Angeles, CA 90071

Kevin John Burke
Office of the County Attorney
County of Fauquier
4th Floor
40 Culpeper Street
Warrenton, VA 20186

Kevin Lee Rogerson
P.O. Box 809
Mount Vernon, WA 98273

Kevin M. Sadler
Baker Botts - Austin
98 San Jacinto Blvd.
Austin, TX 78701

Kevin W. Dellinger
Office of the Attorney General
Muskogee Creek Nation (Okmulgee)
P.O. Box 580
Okmulgee, OK 74447

Kevin W. Thompson
Thompson Barney
2030 Kanawha Blvd. E.
Charleston, WV 25311

Kimberly Harris
Quillling Selander Winslett & Moser

Kimberly A. Slaven
Zebersky Payne
Ste. 2150
110 SE Sixth Street
Ft. Lauderdale, FL 33301

Kimberly Anne Simoes
Simoes Law Group
117 N. Broadway Street
Tupelo, MS 38804

Kimberly Hall Barlow
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

Kira Talip Sanchez
P.O. Box 1411
Kingsville, TX 78364

Kristopher W. Carter
Carter & Jordan
1101 Iberville Road
P.O. Box 2040 (39566-2040)
Ocean Springs, MS 39564

Kyle Alan Eidsness

Hinshaw & Culbertson
Ste. 2000
333 South Seventh Street
Minneapolis, MN 55402

Kyle Alexander Cooper
Tabet DiVito & Rothstein
The Rookery Building
7th Floor
209 S. LaSalle Street
Chicago, IL 60604

L. Dante DiTrapano
The Calwell Practice
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302

L. Lee Javins , II
Bucci Bailey & Javins
PO Box 3712
Charleston, WV 25337-3712

Larry D. Maldegen
Comeau, Maldegen, Templeman & Indall
P.O. Box 669
Santa Fe, NM 87504

Larry David Wolfe
L. David Wolfe
3325 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

Laura C. Davis
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Laura S. Lucero
Daehnke Stevens
Ste. 680
2300 W. Sahara Avenue
P.O. Box 32
Las Vegas, NV 89102

Laura Sherling Dunning
Levin Papantonio Thomas Mitchell Rafferty & Proctor

Ste. 600
316 South Baylen Street
Pensacola, FL 32502

Laurance Nicholas Chandler Rogers
Rogers Law Group
P.O. Box 1771
201 West Bankhead Street
New Albany, MS 38652

Lauren Hunt Brogdon
Norton Rose Fulbirght US
1301 McKinney
Ste. 5100
Houston, TX 77010

Lauren M. McGinley
Fox Rothschild
2800 Kelly Road
Ste. 200
Warrington, PA 18976

Lauren N. Vriesinga
Moore & Van Allen

Lauren R. Kain
Solowsky & Allen
Ste. 915
201 S. Biscayne Blvd.
Miami, FL 33131

Lauren Tallent Rogers
Kaufman & Canoles
P.O. Box 3037
Norfolk, VA 23514

Lawrence A. Vogelman
Nixon Vogelman Barry Slawsky & Simoneau
77 Central Street
Manchester, NH 03101

Lea Anne Batson
P.O. Box 1471
222 St. Louis Street
Baton Rouge, LA 70821

Leah May Dennen

Sumner County Law Department
Room 303
355 N Belvedere Drive
Gallatin, TN 37066

Lee S. Atkinson
Blasingame, Burch, Garrard & Ashley

Lee S. Goldsmith
Goldsmith, Richman, Levinson & Harz
140 Sylvan Avenue
Englewood Cliffs, NJ 07632

LeeAnne Edmonds Applegate
INVALID ADDRESS Office of the Attorney General
State of Kentucky
Ste. 152
700 Capital Avenue
Frankfort, KY 40601

Leif P. Johnson
833 S. Spruce Street
Burlington, WA 98233

Leland G Horton
Bradley Murchison
Ste. 1000
401 Edwards Street
Shreveport, LA 71101

Leo Joseph Carmody , Jr
Upchurch & Upchurch
2692 West Oxford Loop #104
Oxford, MS 38655

Leroy Smith
Office of County Counsel
County of Ventura
Ste. LC 1830
800 South Victoria Avenue
Ventura, CA 93009-0001

Leslie M. Cronen
Law Office of Gary C. Johnson
Ste. 102
918 Lily Creek Road
Louisville, KY 40243

Linda M. Ricci
Greenberg Traurig
One International Place
Ste. 2000
Boston, MA 02110

Lindsay L. McClure-Hartman
INVALID ADDRESS HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

Lisa Saltzburg
Defenders of Wildlife - Denver
Ste. 450n
600 17th Street
Denver, CO 80202

Lisa L. Jackson
Jackson Edwards
4300 Van Buren Street
University Park, MD 20782

Lisa Michelle Gilford
Skadden, Arps, Slate, Meagher & Flom - Los Angeles
Ste. 3400
300 South Grand Avenue
Los Angeles, CA 90071

Lloyd M. Cueto
Law Office of Lloyd M. Cueto
7110 West Main Street
Belleville, IL 62223

Louis Kwall
Kwall Barack Nadeau
Ste. C
304 S. Belcher Road
Clearwater, FL 33765

Louis C. Lira
Office of County Attorney
County of Lee
2115 Second Street
P.O. Box 398
Ft Myers, FL 33902

Louis W. Schack
Reed Smith - Philadelphia


Lucas C. Montgomery
Montgomery Ponder
Unit 1
2421 Second Avenue North
Birmingham, AL 35203

Lucien H. Marioneaux , Jr
Marioneaux & Williams
1201 Hawn Avenue
Shreveport, LA 71107

Luis Roberto Vera , Jr
Ste. 1325
111 Soledad
San Antonio, TX 78205

Luther James Battiste , III
Johnson Toal & Battiste
P.O. Box 1431
Columbia, SC 29202

Lynn K. Neuner
Simpson, Thacher & Bartlett - New York
425 Lexington Avenue
New York, NY 10017

Lynn W. Jinks , III
Jinks, Crow & Dickson
P.O. Box 350
219 N. Prairie Street
Union Springs, AL 36089

Macon Bryan Epps Gray
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Mance Michael Park
One Financial Plaza
Ste. 530
Huntsville, TX 77340-3552

Marc E. Williams
Nelson Mullins Riley & Scarborough

PO Box 1856
Huntington, WV 25719-1856

Marc Pemble Hansen
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

Marc S. Raspanti
Pietragallo Gordon
Ste. 3402
1818 Market Street
Philadelphia, PA 19103

Marcus A. Williams
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046

Marcus Adam Green
Green Law Firm
Ste. B
931 Westwood Dr.
Marrero, LA 70072

Marcus J. Rael , Jr
Robles, Rael & Anaya
Ste. 700
500 Marquette NW
Albuquerque, NM 87102

Margaret C. Daun
Milwaukee County Corporation Counsel
Courthouse
Ste. 303
901 North 9th Street
Milwaukee, WI 23233

Margaret Jane Brannon
Jackson Kelly-Lexington
Suite 500
175 E. Main Street
Lexington, KY 40588-2150

Maria P. Bucci
Simpson & Deardorff - Milwaukee
Ste. 300

320 East Buffalo Street
Milwaukee, WI 53202

Marianna Chapleau
Quinn Emanuel Urquhart & Sullivan, LLP
Suite 1550
2601 S. Bayshore Drive
Miami, FL 33133

Marina S. Pantchenko
Office of the County Counsel of Monterey
168 West Alisal Street
3rd Floor
Salinas, CA 93901

Marisa A. Trasatti
Cipriani & Werner
11311 McCormick Road
Ste. 205
Hunt Valley, MD 21031

Mark Kovacich
Kovacich Snipes
P.O. Box 2325
Great Falls, MT 59403

Mark A. Packman
Gilbert Randolph
Ste. 700
1100 New York Avenue
Washington, DC 20005

Mark Anthony Correro
Ste. 350
2909 Hillcroft
Houston, TX 77057

Mark Douglas Stiles
Office of the City Attorney
City of Virginia Beach
Municipal Center
Building One
2401 Courthouse Drive
Virginia Beach, VA 23456

Mark G. Lavoie
Norman, Hanson & Detroy
Two Canal Plaza

P.O. Box 4600
Portland, ME 04112

Mark Jenkins Alderman
Vernick & Associates
111 Annapolis Street
Annapolis, MD 21401

Mark Montgomery Hogewood
Wallace, Jordan, Ratliff & Brandt
Ste. 400
800 Shades Creek Parkway
Birmingham, AL 35209

Mark Philip Glago
Ste. 2950
909 Poydras Street
New Orleans, LA 70117

Mark S. Yurick
Taft Stettinius & Hollister - Columbus
Ste. 1000
65 East State Street
Columbus, OH 43215

Mark T. Williams
Williams Morrison Light & Moreau
317 Patton Street
Danville, VA 24541

Mark W. Schweitzer
McNeal, Schick, Archibald & Biro
4608 St. Clair Avenue
Cleveland, OH 44103

Mark Brown(Terminated)
839 North Tattnall Street
Wilmington, DE 19801

Martha Leibell
Morgan, Lewis & Bockius
Ste. 5300
200 South Biscayne Blvd.
Miami, FL 33131

Martha Jennifer Wolter
Office of County Counsel
County of Ventura

800 South Victoria Avenue
Ventura, CA 93009

Mary E. Montgomery
Office of Prosecuting Attorney
County of Montgomery
5th Floor
301 W. Third Street
Dayton, Oh 45422

Mary Patricia Carl
Husch Blackwell - St. Louis
Ste. 1500
8001 Forsyth Blvd
St. Louis, MO 63105

Mary W. Riviere
Waitz & Downer
423 Goode Street
Houma, LA 70360

Masoud Bamdad, M.D.
17806 Ridgeway Road
Granada Hills, CA 91344

Mathias Henry Heck , Jr
Office of Prosecuting Attorney
County of Montgomery
P.O. Box 972
301 West Third Street
Dayton, OH 45422

Matthew A. Schweizer
Davis Schweizer
Ste. 100
615 Oberlin Road
Raleigh, NC 27605

Matthew Ambrose Martin
Haar & Woods
Ste. 1620
1010 Market Street
St. Louis, MO 63101

Matthew B. McGlathery
517 College Street
Lake Charles, LA 70605

Matthew D. Forsgren
Forsgren Fisher - Minneapolis
Ste. 1500
Capella Tower225 S. 6th St.
225 South 6th Street
Minneapolis, MN 55402

Matthew G. Moffett
Gray, Rust, St. Amand, Moffett & Brieske
Ste. 1700
950 East Paces Ferry Road
Atlanta, GA 30326

Matthew Gerard Parisi
Bleakley Platt & Schmidt
One North Lexington Avenue
White Plains, NY 10601

Matthew J. Golden
Office of the County Attorney - Louisville
Ste. 900
531 Court Place
Louisville, KY 40202

Matthew J. Morrison
McGuire Woods - Charlotte
INVALID EMAIL ADDRESS
Ste. 3000
201 North Tryon Street
Charlotte, NC 28202

Matthew J. Preusch
Keller Rohrback
Ste. 301
801 Garden Street
Santa Barbara, CA 93101

Matthew M. Benov
Covington & Burling - Washington
One City Center
850 Tenth Street, NW
Washington, DC 20001

Matthew P. Chenevert
3043 Elmwood Park Drive
New Orleans, LA 70114

Matthew S. Coles

Coles Barton
Ste. 100
150 South Perry Street
Lawrenceville, GA 30046

Maura Walsh Ochoa
Grotefeld Hoffmann
Ste. 280
700 Larkspur Landing Circle
Larkspur, CA 94939

McLain J. Schneider
Schneider, Schneider & Schneider
815 Third Avenue South
Fargo, ND 58103

Megan A Crowley
Covington & Burling, LLP
Ond City Center
850 Tenth St., NW
Washington, DC 20001-4956

Megan B Greene
Office of the Montgomery County Attorney
3rd Floor
101 Monroe Street
Rockville, MD 20850

Mekel Smith Alvarez
INVALID ADDRESS Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Melanie B. Stambaugh
Rodey Dickason Sloan Akin & Robb
P.O. Box 1888
Albuquerque, NM 87103

Melanie R. King
Armstrong Teasdale
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

Melinda Davis Nokes
INVALID ADDRESS - Hodes Restaino Milman & Skikos
Irvine

9210 Irvine Center Drive
Irvine, CA 92618

Melissa Miles Ballard
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

Melissa Richards Smith
Gillam & Smith
303 South Washington Avenue
Marshall, TX 75670

Meredith S. Auten
Morgan, Lewis & Bockius - Philadelphia
2222 Market Street
Philadelphia, PA 19103

Michael Montano
Cotchett, Pitre & McCarthy
INVALID ADDRESS
Ste. 200
840 Malcolm Road
Burlinghame, CA 94010

Michael Ruppersburg

Michael A. Woelfel
Woelfel & Woelfel
801 Eighth Street
Huntington, WV 25701

Michael Andrew Innes
L-3 Communications
600 Third Avenue
New York, NY 10016

Michael C Mims
Bradley Murchison et al (NO)
Ste. 2700
1100 Poydras Street
New Orleans, LA 70163

Michael C. Ghizzoni
Office of County Counsel
County of Santa Barbara
Ste. 201

105 E. Anapamu Street
Santa Barbara, CA 93101

Michael D. Bornitz
Cutler Law Firm
P.O. Box 1400
Fourth Floor
140 North Phillips Avenue
Sioux Falls, SD 57101

Michael D. Bowling
Bowling and Johnson
1217 East Cumberland Avenue
PO Box 130
Middlesboro, KY 40965

Michael D. Greer
Greer Pipkin Russell Dent & Leathers
P.O. Box 907
Tupelo, MS 38802-0907

Michael F. Bohn
Ste. 480
2260 Corporate Circle
Henderson, NV 89074

Michael H. Kahn
482 N. Harbor City Blvd.
Melbourne, FL 32935

Michael J. Farrell
Farrell White & Legg
914 Fifth Avenue
Huntington, WV 25701

Michael J. Hanby , II
Pedersen & Whitehead
P.O. Box 2349
Twin Falls, ID 83303

Michael J. Moffett
Comeau Maldegen Templeman & Indall
P.O. Box 669
2nd Floor
141 E. Palace Avenue
Santa Fe, NM 87504

Michael J. O'Connell

Parker & O'Connell
930 Starks Bldg.
455 South Fourth Avenue
Louisville, KY 40202

Michael James Krueger
P.O. Box 1538
Kingsville, TX 78364-1538

Michael James Pascucci
Ste. 413
5400 S. University Drive
Davie, FL 33328-5313

Michael Keith Junge
Office of County Counsel
County of McLeod
Ste. 112
830 E. 11th Street
Glencoe, MN 55336

Michael Kevin Wiggins
Wharton Levin Ehrmantraut & Klein
104 West Street
Annapolis, MD 21401

Michael L. Fitzgerald
Ropes & Gray
INVALID ADDRESS
800 Boylston Street
Boston, MA 02199

Michael L. Jackson
Jackson Bell
Ste. A-214
660 North Foster Drive
Baton Rouge, LA 70806

Michael Lee Roberts
Cusimano Roberts & Mills
153 S. Ninth Street
Gadsden, AL 35901

Michael O. Freeman
Office of Prosecuting Attorney
Hennepin County
Ste. C-2000
300 S. 6th Street

Minneapolis, MN 55487

Michael P. Doss
Sidley Austin
One South Dearborn Street
Chicago, IL 60603

Michael P. Markins
Cipriani & Werner
Ste. 900
500 Lee Street, East
Charleston, WV 25301

Michael P. McNamee
McNamee & Hill
2371 Lakeview Drive
Beavercreek, OH 45431

Michael R. Barth
Lashley & Bear
714 Locust Street
St. Louis, MO 63101

Michael R. Rahmn
Gardere Wynne Sewell
Ste. 2000
1000 Louisiana Street
Houston, TX 77002-5011

Michael R. Smith
Durrett Law Offices
202 North Vienna
Ruston, LA 71270

Michael R. Williams
Bush Seyferth & Paige
Ste. 600
3001 W. Big Beaver
Troy, MI 48084

Michael S. Blume
24 Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020

Michael S. Sepcich
Capitelli & Wicker
1100 Poydras Street

Ste. 2950
New Orleans, LA 70163

Michael V. Clegg
8714 Jefferson Highway
Suite B
Baton Rouge, LA 70809

Michael J. Lyle

Michele A. Puiggari
Puiggari & Associates
3801 Milwaukee Court
Missoula, MT 59808

Michelle Luna-Green
Pierce County Prosecuting Attorneys Office
Ste. 301
955 Tacoma Avenue S.
Tacoma, WA 98402-2160

Michelle O. Gallagher
Braud & Gallagher
Ste. 201
111 N. Causeway Blvd.
Mandeville, LA 70448

Michelle Renae Mitchell
Wharton Levin Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, MD 21404

Miles L. Granderson
7608 Sycamore Street
New Orleans, LA 70118

Monica C. Pedroza
Morgan, Lewis & Bockius
77 W. Wacker Drive
Chicago, IL 60601

Morgan E. M. Harrison
Arnall Golden Gregory
Ste. 2100
171 17th Street, N.W.
Atlanta, GA 30363

Morgan R. Bentley
Bentley & Bruning
Ste. 300
783 S. Orange Avenue
Sarasota, FL 34236

Nancy Routh Meyers
Ward Black
208 W. Wendover Avenue
Greensboro, NC 27401

Nathan Andrew Dickson , II
Jinks Crow & Dickson
P.O. Box 350
Union Springs, AL 36089-0350

Nathan T. Lee
Glover & Davis
10 Brown Street
P.O. Box 1038
Newman, GA 30264

Neil E. McWilliams , Jr
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

Nelson J. Goodin
Office of Prosecuting Attorney
County of Dona Ana
845 N. Motel Blvd.
Las Cruces, NM 88007

Neva G. Lusk
Spilman, Thomas & Battle - Charleston
300 Kanawha Blvd., East
Charleston, WV 25301

Nicholas J. Mauro
Crawford & Mauro
1701 Ruan Center
666 Grand Avenue
Des Miones, IA 50309

Nicholas L. Fiske
Steptoe & Johnson - Pittsburgh

Ste. 3300
One PPG Place
Pittsburgh, PA 15222

Nicholas O. Meyer
City of Rockford
7th Floor
425 E. State Street
Rockford, IL 61114

Nicole Gerritsen McDonough
Archer & Greiner
353 Court Plaza South, West Wing
21 Main Street
Hackensack, NJ 07601

Owen J. Clements
Office of the City Attorney
City of San Francisco
7th Floor
1390 Market Street
San Francisco, CA 94102

P. Andrew Sterling
Rusing Lopez & Lizardi
INVALID ADDRESS
Ste. 151
6363 North Swan Road
Tucson, AZ 85718

P. J. Harris , II
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

Padraic W. Foran
Hueston Hennigan - Los Angeles
Ste. 400
523 West Sixth Street
Los Angeles, CA 90014

Page Anderson Poerschke
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

Pamela J. Ferrell

Bowles Rice
600 Quarrier Street
Charleston, WV 25301

Pamela Pendley Baudin
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70764

Patricia Melville
Boies Schiller & Flexner
INVALID ADDRESS
Ste. 2800
100 SE Second Street
Miami, FL 33131

Patricia E. Daehnke
Collinson, Daehnke, Inlow & Greco
Ste. 305
2110 E. Flamingo Road
Las Vegas, NV 89119

Patrick C. McGinley
737 South Hills Drive
Morgantown, WV 26501

Patrick D. Mika
Mika & Associates
630 North Tejon Street
Colorado Springs, CO 80904

Patrick Hugh O'Donnell
Kaufman & Canoles
Ste. 2100
150 West Main Street
Norfolk, VA 23510

Paul Correa
Cochise County Attorney
2nd Floor
150 Quality Hill Road
Bisbee, AZ 85603

Paul Byrd Simon
Gordon Arata
Ste. 4200
400 E. Kaliste Saloom Road

Lafayette, LA 70508

Paul D. Ellis
Office of Attorney - City of Charleston
P.O. Box 2749
Charleston, WV 25330

Paul Harrison Farmer , Jr
Gormley Jarashow Bowman
162 West Street
Annapolis, MD 21401

Paul J. Hanly , Jr
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016

Paul L Jefferson
McNeely Stephenson
Ste. 220
300 North Meridian Street
Indianapolis, IN 46204

Paul L. Frampton , Jr
Atkinson & Polak
Ste. 1300
300 Summer Street
Charleston, WV 25301

Paul M. Leisher
Paoli Law Firm
257 W. Front Street
Missoula, MT 59801

Paul N. Venker
Williams & Venker
Ste. 2100
100 N. Broadway
St. Louis, MO 63102

Paul Richard Hartley
Hartley & Hickman
P.O. Box 583
Greenville, AL 36037

PawanKumar Jain
2455 So. Telshor Blvd.
Las Cruces, NM 88011

Peter H. Burke
Burke Harvey
INVALID ADDRESS
Ste. 100
3535 Grandview Parkway
Birmingham, AL 35243

Peter J. Stackpole
City of Cincinnati
Office of City Solicitor
Room 214 City Hall
801 Plum St.
Cincinnati, OH 45202

Peter P. Meringolo
Gilbert
INVALID ADDRESS
Ste. 700
1100 New York Avenue, NW
Washington, DC 20005

Peter Samuel Holmes
Ste. 2050
701 Fifth Avenue
Seattle, WA 98104

Peter W. Smith
D'Arcy Johnson Day
12th Floor
1501 Broadway
New York, NY 10036

Phillip D. Corley , Jr
Wallace, Jordan, Ratliff & Brandt
P.O. Box 530910
Birmingham, AL 35253

Phillip J. VanDerhoef
Fain Anderson - Tacoma
Ste. 900
1301 A Street
Tacoma, WA 98402

Phillip John Oliver
Ste. 400
641 West Lake Street
Chicago, IL 60661

R. Jeffrey Lasseter
Burke Lasseter
Ste. 100
2006 Karl Drive
Warner Robins, GA 31088

R. Jonathan Charleston
The Charleston Group
Ste. 2000
201 Hay Street
Fayetteville, NC 28302

R. Seth Crompton
Holland Law Firm
Ste. 801
300 North Tucker
St. Louis, MO 63101

Raffi Melkonian
Wright Close
Ste. 2200
One Riverway
Houston, TX 77056

Ralph C. Surman , Jr
Lynch Law - Canonsburg
Ste. 100
375 Southpointe Blvd.
Canonsburg, PA 15317

Ralph Edward Marasco , Jr
340 Polk County Admin Bldg.
111 Court Avenue
Des Moines, IA 50309-0515

Randall A. Smith
Smith & Fawer - NO
Ste. 3702
201 St. Charles Avenue
New Orleans, LA 70170

Randall J. Wood
Pierce Couch Hendrickson Baysinger & Green
P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

Randy H. Beard
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

Randy M. Autio
Office of Prosecuting Attorney
County of Bernalillo
4th Floor
520 Lomas Blvd., NW
Albuquerque, NM 87102

Raymond E. Zschiesche
Phillips Murrah
13th Floor
101 N. Robinson Avenue
Oklahoma City, OK 73102

Raymond R. Fournie
Armstrong, Teasdale, Schlafly & Davis
One Metropolitan Square
Ste. 2600
St. Louis, MO 63102-2740

Raymond S. Franks , II
601 57th Street, SE
Charleston, WV 25304

Reagan Edward Bradford
Lanier Law Firm
Ste. 200
100 E California AveNUE
Oklahoma City, OK 73104

Rebecca Sandberg-Vossmeyer
City of St. Louis
1200 Market Street
Room 314
St. Louis, MO 63103

Rebecca A. Cobbs
Sloane and Walsh
One Boston Place
16th Floor
Boston, MA 02108

Rebecca D. Louks
Oths, Heiser & Miller, Waigand & Clagg

16 E. Broadway Street
P.O. Box 309
Wellston, OH 45692

Rebecca M. Christensen
Lashley & Bear
714 Locust Street
St. Louis, MO 63101

Reggie N. Whitten
Whitten Burrage
Ste. 300
512 N. Broadway
Oklahoma City, OK 73102

Richard Alkire

Richard A. Lockridge
Lockridge, Grindal, Raven & Holstein
100 Washington Avenue, S
Ste. 2200
Minneapolis, MN 55401

Richard A. Schirtzer
Quinn Emanuel Urquhart & Sullivan - Los Angeles
10th Floor
865 South Figueroa Street
Los Angeles, CA 90017

Richard Alan Weyrich
Skagit County Prosecutor's Office
605 S. Third Street
Courthouse Annex
Mt. Vernon, WA 98273

Richard B. Holbrook
Fisher & Phillips - Charlotte
Ste. 2020
227 West Trade Street
Charlotte, NC 28202

Richard D. Jones
Jones & Mayer
3777 N. Harbor Blvd.
Fullerton, CA 92835

Richard D. Shore

Gilbert
Ste. 700
1100 New York Avenue, NW
Washington, DC 20005

Richard Douglas Stratton
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Richard Eric Shelton
Dewsnup King Olsen Worel Havas Mortensen
Ste. 2400
36 S. State Street
Salt Lake City, UT 84111

Richard Stanislaw Frankowski
2126 15th Avenue South
Birmingham, AL 35205

Robert A. Bilott
Taft Stettinius & Hollister - Covington
Ste. 910
1717 Dixie Highway
Covington, KY 41011

Robert B. Craig
Taft Stettinius & Hollister - Covington
Ste. 910
1717 Dixie Highway
Covington, KY 41011

Robert B. Warner
Warner Law Offices
P.O. Box 3327
Charleston, WV 25333

Robert D. Browder
U.S. District Attorney's Office
Tarrant County
401 West Belknap
Fort Worth, TX 76196

Robert E. Maclin , III
McBrayer, McGinnis, Leslie & Kirkland
Ste. 900
201 E. Main Street

Lexington, KY 40507

Robert E. Sweeney
Law Office of Robert E. Sweeney
1500 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

Robert Edward Opdyke
Rice Reuther Sullivan & Carroll
Ste. 1200
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Robert F. Julian
2037 Genesee Street
Utica, NY 13501

Robert Franklin Duncan
Jackson Kelly - Lexington
Suite 500
175 E. Main Street
P.O. Box 2150
Lexington, KY 40588-2150

Robert Harris Smalley , III
McCamy Phillips Tuggle & Fordham
411 West Crawford Street
P.O. Box 1105
Dalton, GA 30722

Robert Henry Edwards
711 West Third Street
Little Rock, AR 72201

Robert J. Muehlenweg
Rammelkamp Muehlenweg & Cordova PA
PO Box 25127
Albuquerque, NM 87125-5127

Robert J. Ridge
Thorp Reed & Armstrong
Ste. 400
1233 Main Street
Wheeling, WV 26003

Robert Jacob Hurtt , Jr
Husch Blackwell

Ste. 600
190 Carondelet Plaza
St. Louis, MO 63105

Robert James Benvenuti , III
Barnett, Benvenuti & Butler
Ste. 300
489 East Main Street
Lexington, KY 40507

Robert L. Kinsman
Krause & Kinsman
Ste. 250
4717 Grand Avenue
Kansas City, MO 64112

Robert M. Brennan
Parker Hudson Rainer & Dobbs
Ste. 3600
303 Peachtree Street NE
Atlanta, GA 30308

Robert M. Cheverie
Cheverie & Associates
101 Commerce Center One
333 East River Drive
East Hartford, CT 06108

Robert Philip Scott
Blank Rome - Houston
Ste. 1400
717 Texas Avenue
Houston, TX 77002

Robert S Hoff
Wiggin and Dana LLP
281 Tresser Boulevard
Two Stamford Plaza
Stamford, CT 06905

Robert S. Huth , Jr
Kirk and Huth
Ste. 100
19500 Hall Road
Clinton Township, MI 48038

Robert S. Lafferrandre
Pierce Couch Hendrickson Baysinger & Green

P.O. Box 26350
1109 N. Francis Avenue
Oklahoma City, OK 73126-0350

Robert T. Adams
Shook, Hardy & Bacon - Kansas City
2555 Grand Boulevard
Kansas City, MO 64108

Robert T. Haar
Haar & Woods
Ste. 1620
1010 Market Street
St. Louis, MO 63101

Robert Travis Willingham
Office of County Counselor's Office
County of Jackson
Ste. 200
415 East 12th Street
Kansas City, MO 64106

Robert K. Decker(Terminated)
51719-074
TERRE HAUTE
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Roderick Alvendia
Alvendia, Kelly, & Demarest, LLC
Ste. 1625
909 Poydras Street
New Orleans, LA 70131

Roderick E. Edmond
Edmond & Associates
410 The Candler Building
127 Peachtree Street
Atlanta, GA 30303

Rodney Garrett Davis
Davis Law
P.O. Box 1060
230 N. Second Street
Richmond, KY 40476

Rodney W. Smith
Avera & Smith
2814 SW 13th Street
Gainesville, FL 32608

Rodolfo Gutierrez
Office of the Attorney General
P.O. Box 729
Hebbronville, TX 78361

Rogelio Omar Riojas
Goldfarb & Huck Roth Riojas - Seattle
INVALID EMAIL ADDRESS
Ste. 3950
925 4th Avenue
Seattle, WA 98104

Roman M. Silberfeld
Robins Kaplan
Ste. 3400
2049 Century Park East
Los Angeles, CA 90067-3211

Ronald Clifford Mendheim
Prim & Mendheim
P.O. Box 2147
Dothan, AL 36302

Ronald H. Strawbridge
Strawbridge, Strawbridge & Strawbridge
44695 Highway 17
P.O. Box 522
Fayette, AL 35592

Ronald J. Friedman
Karr Tuttle Campbell
Ste. 3300
701 Fifth Avenue
Seattle, WA 98104

Rosemary Pinto
Feldman & Pinto
6706 Springbank Street
Philadelphia, PA 19119

Ross B. Brooks
Sanford Heisler Kimpel - New York
INVALID ADDRESS

31st Floor
1350 Avenue of the Americas
New York, NY 10019

Russell Piccoli
701 North 44th Street
Phoenix, AZ 85008

Russell R. Dickson
Wiener, Weiss & Madison
Ste. 1000
330 Marshall Street
Shreveport, LA 71101

Russell S. Ponessa
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402

Ryan A. Prochaska
Prochaska, Howell & Prochaska
Ste. 415
7701 East Kellogg
Wichita, KS 67207

Ryan D. Cwach
Birmingham & Cwach
124 Walnut Street
Yankton, SD 57078

Ryan D. Styer
Styer & Styer
114 East High Avenue
New Philadelphia, OH 44663

Ryan James Sullivan
Dykema Cox Smith
Ste. 1800
112 East Pecan Street
San Antonio, TX 78205

Ryan P. Ethridge

S. Alex Yaffe
Foshee & Yaffe
P.O. Box 890420

Oklahoma City, OK 73189

Saba Bireda
Sanford Heisler Sharp
Ste. 300
1666 Connecticut Avenue NW
Washington, DC 20009

Sabrina Lynn Atkins
INVALID ADDRESS- Baker Donelson Bearman Caldwell & Berkowitz
1600 Monarch Plaza
3414 Peachtree Road NE
Atlanta, GA 30326

Sage R. Vanden Heuvel
Quinn Emanuel Urquhart & Sullivan, LLP
10th Floor
865 S. Figueroa Street
Los Angeles, CA 90017

Samuel Stuart Goren
Goren Cherof Doody & Ezrol
Ste. 200
3099 East Commercial Blvd.
Fort Lauderdale, FL 33308

Samuel W. Outten
Nelson Mullins Riley & Scarborough, LLP
104 S. Main Street, 9th Floor
Greenville, SC 29601

Sanford C. Coats
Crowe & Dunlevy
Braniff Building
Ste. 100
324 N. Robinson Avenue
Oklahoma City, OK 73102

Sara R. Sexe
Office of City Attorney
City of Great Falls
P.O. Box 5021
Great Falls, MT 59403

Sarah E. Friedricks
Robbins Kaplan
INVALID ADDRESS
Ste. 2800

800 LaSalle Avenue
Minneapolis, MN 55402

Sarah E. Hamron
Armstrong Teasdale - St. Louis
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

Sarah E. Harmon
Armstrong Teasdale - St. Louis
Ste. 1800
7700 Forsyth Blvd.
St. Louis, MO 63105

Sarah S. Ruane
Wagstaff & Cartmell
Ste. 300
4740 Grand Avenue
Kansas City, MO 64112

Saza Osawa
Office of Tulalip Reservation Attorney
6406 Marine Drive
Tulalip, WA 98271

Scott E. Poynter
Poynter Law Group
Ste. 2910
400 West Capitol Avenue
Little Rock, AR 72201

Scott G. Wilcox
Moore & Rutt
Ste. 437
1007 N. Orange Street
Wilmington, DE 19801

Scott M. Stearns
Boone Karlberg
Ste. 300
P.O. Box 9199
201 West Main Street
Missoula, MT 59807

Scott Wayne Williams
Berkey Williams
Ste. 410

2030 Addison Street
Berkeley, CA 94704

Sean James O'Hara
Kercsmar & Feltus
Ste. 285
7150 E Camelback Road
Scottsdale, AZ 85251

Seth A. Nielsen
Heley, Duncan & Melander
Ste. 2110
8500 Normandale Lake Blvd.
Minneapolis, MN 55437

Sharon Louise Anderson
Office of County Attorney
Contra Costa County
651 Pine Street
9th Floor
INVALID ADDRESS
Martinez, CA 94553

Shauna L. Coons
Best & Flanagan
Ste. 2700
60 S. Sixth Street
Minneapolis, MN 55402

Shaw R. Friedman
Friedman & Associates
705 Lincolnway
LaPorte, IN 46350

Shawn Gayland Foster
Preuss Foster Law
Ste. 250
10601 Mission Road
Leawood, KS 66206

Sheena Hamilton
City of St. Louis Law Department
314 City Hall
1200 Market Street
St. Louis, MO 63103

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher & Flom

Four Times Square
New York, NY 10036-6522

Sheila Patricia Hiestand
McCoy & Hiestand
108 Browns Lane
Louisville, KY 40207

Shira T. Shapiro
Robbins Kaplan
Ste. 2800
800 LaSalle Avenue
Minneapolis, MN 55402

Sona R. Shah
Zwerling, Schachter & Zwerling
767 Third Avenue
New York, NY 10017

Sonya D. Winner
Covington & Burling
Ste. 5400
Salesforce Tower
415 Mission Street
San Francisco, CA 94105

Stacey A. Greenwell
INVALID ADDRESS Thompson Hine - Cleveland
3900 Key Tower
127 Public Square
Cleveland, OH 44114

Stacy M. Brooks
INVALID ADDRESS - Southeastern Ohio Legal Services
11 East Second Street
Chillicothe, OH 45601

Stephanie L. Ojeda
Hendrickson & Long
P.O. Box 11070
Charleston, WV 25339

Stephanie R. Lakinski
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104

Stephen Bryan Harrison
Harrison Davis Steakley Morris Jones
P.O. Box 21387
Waco, TX 76702

Stephen DuBose Porter
115 South Jefferson Street
Dublin, GA 31021

Stephen G. Charpentier
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935

Stephen K. Winters
Thompson, Thompson & Winters
128 South Mulberry Avenue
P.O. Box 132
Butler, AL 36904

Stephen M. Gele'
Smith & Fawer
Ste. 3702
201 St. Charles Avenue
New Orleans, LA 70170

Sterling Starns
Barrett Law Group
404 Court Square North
P.O. Box 927
Lexington, MS 39095

Steve Skalet
Mehri & Skalet
Ste. 300
1250 Connecticut Avenue, NW
Washington, DC 20036

Steve D. Larson
Stoll Stoll Berne Lokting & Shlachter
Ste. 500
209 SW Oak Street
Portland, OR 97204

Steven Dewayne Jackson , Jr
Braud & Gallagher
Ste. 201
111 N. Causeway Blvd.
Mandeville, LA 70448

Steven E. Fineman
Lieff, Cabraser, Heimann & Bernstein - New York
8th Floor
250 Hudson Street
New York, NY 10013

Steven E. Scheer
Lee, Black, Scheer & Hart
P.O. Box 8205
Savannah, GA 31412

Steven G. Sklaver
Susman Godfrey
Suite 950
1901 Avenue of the Stars
Los Angeles, CA 310-788-3100

Steven Michael Stastny
Stastny Law Firm
P O Box 430052
Birmingham, AL 35243

Steven P. Wieland
Mooney Wieland Smith & Rose
Ste. 295
405 S. Eighth Street
Boise, ID 83702

Steven R. Ruby
Bailey & Glasser
209 Captiol Street
Charleston, WV 25301-1386

Sunni Jones LeBeouf
Office of City Counsel
City of New Orleans
Room 5E03
1300 Perdido Street
New Orleans, LA 70112

Susan J. VanZant
P. O. Box 987
Williamson, WV 25661

Susan L. Segal
Gray, Plant, Mooty, Mooty & Bennett
3400 City Center

33 South Sixth Street
Minneapolis, MN 55402

Susan Lori Werstak
Thompson Coburn
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101

Susannah B Chester-Schindler
Waters & Kraus LLP
3141 Hood Street Suite 700
Dallas, TX 75219

Suzanne L. Jones
Hinshaw & Culbertson
Ste. 2000
333 South 7th Street
Minneapolis, MN 55402

T. R. Frazer , III
Ste. 215
1 Burton Hills Blvd.
Nashville, TN 37215

Tamela J. White
Farrell White & Legg
P.O. Box 6457
Huntington, WV 25772-6457

Tammy White
Office of the City Attorney - Civil Division
City of Kent
220 4th Avenue South
Kent, WA 98032

Tara MacNeill

Taylor Matthew Norman
Bailey Javins & Carter
PO Box 3712
Charleston, WV 25337-3712

Terence Murphy O'Rourke
Office of the City Attorney
City of Rochester
31 Wakefield Street

Rochester, NH 03867

Teresa M. Martinez
Office of County Counsel
County of Santa Barbara
Ste. 201
105 East Anapamu Street
Santa Barbara, CA 93101

Terry Gene Kilgore
Kilgore Law Office
109 East Jackson Street
Gate City, VA 24251

Thomas Hickey
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

Thomas Arthur Doyle
Wexler Wallace
Ste. 3300
55 West Monroe Street
Chicago, IL 60603

Thomas C. Jessee
Sacerich, OLeary & Field
6988 Spinach Drive
Mentor, OH 44060

Thomas Dean Adams
Karr Tuttle Campbell
Ste. 3300
701 Fifth Ave.
Seattle, WA 98104

Thomas E. Bilek
Ste. 3950
700 Louisiana
Houston, TX 77002

Thomas E. Edge
319 York Street
Newport, KY 41071

Thomas E. McIntire
82 1/2 14th Street
Wheeling, WV 26003

Thomas H. Fain
Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane
Ste. 900
1301 A. Street
Tacoma, WA 98402

Thomas H. Peters
Office of the Prosecuting Attorney
City of Los Angeles - Affirmative Litigation Division
14th Floor
200 North Main Street
INVALID ADDRESS
Los Angeles, CA 90012

Thomas I. Sheridan , III
Simmons Hanly Conroy
7th Floor
112 Madison Avenue
New York, NY 10016

Thomas J. Mazziotti
Hall Booth Smith
Ste. 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303

Thomas L. Kemp
Kemp & Kemp
141 E Main Street
Elkton, MD 21921

Thomas M. Sims
Baron & Budd - Dallas
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

Thomas P. Liddy
Office of County Counsel
County of Maricopa
Ste. 1100
222 N. Central Avenue
Phoenix, AZ 85004

Thomas R. Pittenger
E. Eric Guirard & Associates
1075 Government Street

Baton Rouge, LA 70802

Thomas R. Temple , Jr
Breazeale Sachse & Wilson
P.O. Box 3197
Baton Rouge, LA 70821

Thomas T. Merrigan
Sweeney Merrigan Law
393 Main Street
Greenfield, MA 01301

Thomasina Real Bird
Fredericks Peebbles & Patterson - Louisville
INVALID ADDRESS
1900 Plaza Drive
Louisville, CO 80027

Tim N. Cheek
Cheek Law Firm
2nd Floor
311 North Harvey Avenue
Oklahoma City, OK 73102

Timothy P. Smith
Smith & Johnson
603 Bay Street
P.O. Box 705
Traverse City, MI 49685

Timothy W. Billion
Robins Kaplan - Sioux Falls
Ste. 307
140 North Phillips Avenue
Sioux Falls, SD 57104

Todd A. Mount
Shaffer & Shaffer
PO Box 38
Madison, WV 25130

Tom Hall
Ste. 100
2605 Airport Freeway
Fort Worth, TX 76111

Tommy Fibich
Fibich Leebron Copeland Briggs Josephson

1150 Bissonet
Houston, TX 77005

Troy A. Bozarth
HeplerBroom
130 North Main Street
PO Box 510
Edwardsville, IL 62025

Turner R. Brock
Scharnhorst Ast Kennard Griffin PC
1100 Walnut Street
Ste 1950
Kansas City, MO 64106

Vanessa B. Kittell
P.O. Box 307
St. Albans, VT 05478

Vaughn T. Sizemore
Office of the Attorney General
State Capitol / Building 1
Room E-26
Charleston, WV 25305

Vic Feazell
Feazell & Tighe
Ste. C-101
6618 Sitio Del Rio Blvd.
Austin, TX 78730

Victor A. Walton , Jr
Vorys, Sater, Seymour & Pease - Cincinnati
3500 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

W. Brooks Stillwell , III
INVALID ADDRESS Office of the Prosecuting Attorney
City of Savannah
P.O. Box 1027
Savannah, GA 31402

W. Jason Rankin
HeplerBroom LLC - Edwardsville
130 North Main Street
P.O. Box 510
Edwardsville, IL 62025

W. Jesse Forbes
1118 Kanawha Blvd., East
Charleston, WV 25301

W. Kenneth Martinez
Office of Attorney General
County of Bernalillo
4th Floor
520 Lomas Blvd. NW
Albuquerque, NM 87102

W. Lewis Garrison , Jr
Heninger Garrison Davis - Birmingham
2224 First Avenue, N
Birmingham, AL 35203

W. Stuart Calwell
The Calwell Practice
P.O. Box 113
Charleston, WV 25321

Wade V. Davies
Ritchie, Dillard, Davies & Johnson
Ste. 300
606 West Main Street
Knoxville, TN 37902

Walter Britt Calton
312 East Broad Street
Eufaula, AL 36027

Walter L. Sims
Thorton Carpenter O'Brien Lazenby & Lawrence
P.O. Box 277
212 West North Street
Talladega, AL 35160

Waltona Winchester(Terminated)
451 Morehouse Drive
Wilmington, DE 19801

Wayne J. Lee
Stone Pigman Walther Wittmann
Ste. 3150
909 Poydras Street
New Orleans, LA 70112

Webster J. Arceneaux , III
Lewis Glasser
PO Box 1746
Charleston, WV 25326

Wesley Clarke Whitfield , Jr
Office of the City Attorney
City of Danville
P.O. Box 3300
Danville, VA 24543

Wesley R. Butler
Barnett, Benvenuti & Butler
Ste. 300
489 East Main Street
Lexington, KY 40507

William A. Burck
Quinn Emanuel Urquhart & Sullivan - Washington
Ste. 900
1300 I Street, NW
Washington, DC 20005

William Cody Fosbre
Office of the City Attorney - Tacoma
Department of Public Utilities
3628 South 35th Street
Tacoma, WA 98402

William David Aaron , Jr
Aaron & Gianna
Ste. 3800
201 St. Charles Avenue
New Orleans, LA 70170

William Elkin Robertson , Jr
Robertson Law Firm
Ste. 100
1990 9th Streete
Sarasota, FL 34236

William H. Jordan
Alston & Bird
Ste. 4900
1201 West Peachtree Street NW
Atlanta, GA 30309

William J.. Sims , III

Sims Murray Jellison
Ste. 870
3101 N. Central Avenue
Phoenix, AZ 85012

William Joseph Jenner
Jenner, Pattison, Hensley & Wynn
508 East Main Street
Madison, IN 47250

William P. Slattery
Hinkle Shanor
P.O. Box 2068
Santa Fe, NM 87504

William R. Urga
Jolley Urga Woodbury Holthus & Rose
Ste. 380
330 S. Rampart Blvd.
Las Vegas, NV 89145

William S. Ohlemeyer
Boies Shiller Flexner
333 Main Street
Armonk, NY 10504

William Wylie Blair
Onder Law
Ste. 200
110 East Lockwood
St. Louis, MO 63119

Winford L. Dunn , Jr
Dunn Nutter Morgan
3601 Richmond Road
Texarkana, TX 75503

Wyman O. Gilmore , Jr
P.O.Box 729
Grove Hill, AL 36451

Zona Jones
Harrison Davis Steakley Morrison Jones
5 Ritchie Road
Waco, TX 76712

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=7/10/2025] [FileNumber=11935646-0]
[279d8854f247309f4ecbdc7e97b8aff22d8726dbfc639561186a2de1dab2dc6588a6
b0c5d18568295c8d1e93763245af8db65b13165125e050aa114845f2cdce]]

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.