# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ] MDL 2804 ] ] Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ] ] Notice of Voluntary |
| *The County of Peach, Georgia v. Purdue Pharma, et al.* *Case No. 1:18-op-45579* | ] Dismissal of ] Publix Super Markets, Inc. ] ] |

In accordance with Fed. R. Civ. P. R. 41(a)(1)(A)(i) and prior to Defendant Publix Super Markets, Inc. serving either an answer or a motion for summary judgment, Plaintiff The County of Peach, Georgia, voluntarily dismisses with prejudice Defendant Publix Super Markets, Inc., and all claims asserted against it.

This 15th day of August 2025.

                                                       Respectfully submitted,

                                                       */s/ Matt Conn*
                                                       Matt Conn
                                                       **Friedman Dazzio & Zulanas, P.C.**
                                                       3800 Corporate Woods Dr.
                                                       Brimingham, Alabama, 35242
                                                       Tel. No.: 205-278-7000
                                                       Fax. No.: 205-278-7001
                                                       Email: mconn@friedman-lawyers.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2025, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                                 */s/ Matt Conn*
                                                 Matt Conn