No.  25-3118

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Aug 15, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| In re:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) |
| | ) |
| | ) |
| ----------------------------- | ) |
| | ) |
| THIRD PARTY PAYORS, et al., | ) |
| | ) |
|      Plaintiffs - Appellees, | ) |
| | ) |
| CENCORA, INC., f/k/a AmerisourceBergen Corporation, et al., | ) |
| | ) |
|      Defendants - Appellees | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED HEALTHCARE SERVICES, INC., | ) |
| | ) |
|      Objector - Appellant. | ) |

O R D E R

Objector United Healthcare Services, Inc. appeals the district court's final order and judgment granting the motion by third party payor plaintiffs for final approval of a class action settlement in the underlying multidistrict National Prescription Opiate Litigation.  The court previously granted the parties a limited remand so the court district court approve a settlement the parties reached while on appeal.  Per the August 12, 2025 status report, the district court has approved the Objector settlement with any appeal due by September 8, 2025.  Accordingly, the Objector is ORDERED to file an appropriate pleading no later than September 22, 2025.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk