# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| Cases listed in Exhibit 1 (doc #6213-1) | |

## NOTICE OF FILING CORRECTED EXHIBIT 2 OF PLAINTIFFS' REPLY IN RESPONSE TO OPPOSITION OF PUBLIX SUPER MARKETS, INC. TO MOTION FOR LEAVE TO AMEND

Please take notice that Plaintiffs' Reply in Response to Opposition of Publix Super Markets, Inc.'s to Motion for Leave to Amend filed on July 2, 2025, docket number 6213, included two exhibits. Exhibit 2 of the Reply was inadvertently filed with only the cover page for the exhibit. Attached is the corrected Exhibit 2.

Dated: August 18, 2025

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304)654-8281
paul@farrellfuller.com

          *Plaintiffs' Co-Lead Counsel*

          */s/ Peter H. Weinberger*
          Peter H. Weinberger (0022076)
          SPANGENBERG SHIBLEY & LIBER
          1001 Lakeside Avenue East, Suite 1700
          Cleveland, OH 44114
          (216) 696-3232
          (216) 696-3924 (Fax)
          pweinberger@spanglaw.com

          *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

          */s/ Peter H. Weinberger*
          Peter H. Weinberger