UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PBM Cases | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

### OPTUMRX, INC.'S NOTICE OF INTENT TO FILE REPLY

On August 12, 2025, OptumRx, Inc. filed its Motion to Prohibit *Ex Parte* Communications Regarding Special Mater Rulings. ECF No. 6246. The PEC filed an opposition on August 20, 2025. ECF No. 6251. Under Local Rule 7.1(e), OptumRx is entitled to file a reply in support of its motion within seven days of service of the PEC's opposition—i.e., August 27, 2025. OptumRx gives notice that it intends to file a reply on or before that deadline.

Dated: August 20, 2025.

Respectfully submitted,

 */s/ Brian D. Boone*
Brian D. Boone
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com

D. Andrew Hatchett
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
(404) 881-7000
andrew.hatchett@alston.com

*Attorneys for OptumRx, Inc.*