# EXHIBIT 1

| | | | |
|---|---|---|---|
| DAP | Shelby County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Shelby County | Kentucky | /s/ |
| DAP | Madison County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Madison County | Kentucky | /s/ |
| DAP | Fiscal Court of Cumberland County v. AmerisourceBergen Drug Corporation et al | Cumberland County | Kentucky | /s/ |
| DAP | Louisville/Jefferson County Metro Government v. AmerisourceBergen Drug Corporation et al | Jefferson County | Kentucky | /s/ |
| DAP | Fiscal Court of Carlisle County v. AmerisourceBergen Drug Corporation et al | Carlisle County | Kentucky | /s/ |
| DAP | Boyle County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Boyle County | Kentucky | /s/ |
| DAP | Boone County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Boone County | Kentucky | /s/ |
| DAP | Campbell County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Campbell County | Kentucky | /s/ |
| DAP | Nicholas County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Nicholas County | Kentucky | /s/ |
| DAP | Clermont County Board Of County Commissioners v. AmerisourceBergen Drug Corporation et al | Clermont County | Ohio | /s/ |
| DAP | Belmont County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Belmont County | Ohio | /s/ |
| DAP | Scioto County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Scioto County | Ohio | /s/ |
| DAP | Ross County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Ross County | Ohio | /s/ |
| DAP | City Of Cincinnati v. Amerisourcebergen Drug Corporation et al | Cincinnati City | Ohio | /s/ |
| DAP | City of Portsmouth v. Amerisourcebergen Drug Corporation et al | Portsmouth City | Ohio | /s/ |
| DAP | Hocking County Board of Commissioners v. AmerisourceBergen Drug Corporation et al | Hocking County | Ohio | /s/ |
| DAP | Lawrence County Board of Commissioners v. AmerisourceBergen Drug Corporation et al | Lawrence County | Ohio | /s/ |
| DAP | City of Everett v. Purdue Pharma LP et al | Everett City | Washington | /s/ C |
| DAP | City of Tacoma v. Purdue Pharma, L.P. et al | Tacoma City | Washington | |
| DAP | People of State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Alexander County | Illinois | /s/ |
| DAP | Fiscal Court of Oldham County v. AmerisourceBergen Drug Corporation et al | Oldham County | Kentucky | /s/ |
| DAP | Fiscal Court of Christian County v. AmerisourceBergen Drug Corporation et al | Christian County | Kentucky | /s/ |
| DAP | St. Louis County, Missouri v. Purdue Pharma L.P. et al | St Louis County | Missouri | / |
| DAP | Boyd County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Boyd County | Kentucky | /s/ |
| DAP | County of Upshur v. Purdue Pharma L.P. et al | Upshur County | Texas | /s/ |

| AP | Luzerne County, Pennsylvania v. Purdue Pharma L.P. et al | Luzerne County | Pennsylvania | /s/ |
| AP | City of Gadsden, Alabama et al v. Amerisourcebergen Drug Corporation et al | Etowah County | Alabama | |
| AP | City of Gadsden, Alabama et al v. Amerisourcebergen Drug Corporation et al | Gadsden city | Alabama | /s/ |
| AP | Door County v. Purdue Pharma LP et al | Door County | Wisconsin | / |
| AP | Laurel County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Laurel County | Kentucky | /s/ |
| AP | Fond du Lac County v. Purdue Pharma LP et al | Fond Du Lac County | Wisconsin | / |
| AP | Douglas County v. Purdue Pharma LP et al | Douglas County | Wisconsin | / |
| AP | Rock County v. Purdue Pharma LP et al | Rock County | Wisconsin | / |
| AP | Pulaski County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Pulaski County | Kentucky | /s/ |
| AP | Eau Claire County v. Purdue Pharma LP et al | Eau Claire County | Wisconsin | / |
| AP | Washington County v. Purdue Pharma Inc et al | Washington County | Wisconsin | / |
| AP | Rusk County v. Purdue Pharma Inc et al | Rusk County | Wisconsin | / |
| AP | Columbia County v. Purdue Pharma LP et al | Columbia County | Wisconsin | / |
| AP | Shawano County v. Purdue Pharma LP et al | Shawano County | Wisconsin | / |
| AP | Jackson County v. Purdue Pharma LP et al | Jackson County | Wisconsin | / |
| AP | Jefferson County v. Purdue Pharma LP et al | Jefferson County | Wisconsin | / |
| AP | Washburn County v. Purdue Pharma LP et al | Washburn County | Wisconsin | / |
| AP | Langlade County v. Purdue Frederick Co et al | Langlade County | Wisconsin | / |
| AP | Florence County v. Purdue Pharma LP et al | Florence County | Wisconsin | / |
| AP | Price County v. Purdue Pharma LP et al | Price County | Wisconsin | / |
| AP | Wood County v. Purdue Pharma LP et al | Wood County | Wisconsin | / |
| AP | Sheboygan County v. Purdue Pharma LP et al | Sheboygan County | Wisconsin | / |
| AP | Oneida County v. Purdue Pharma LP et al | Oneida County | Wisconsin | / |
| AP | Ashland County v. Purdue Pharma LP et al | Ashland County | Wisconsin | / |
| AP | Chippewa County v. Purdue Pharma LP et al | Chippewa County | Wisconsin | / |
| AP | Dunn County v. Purdue Pharma LP et al | Dunn County | Wisconsin | / |
| AP | Forest County v. Purdue Pharma LP et al | Forest County | Wisconsin | / |
| AP | Manitowoc County v. Purdue Pharma LP et al | Manitowoc County | Wisconsin | / |
| AP | Marquette County v. Purdue Pharma LP et al | Marquette County | Wisconsin | / |
| AP | Sawyer County v. Purdue Pharma LP et al | Sawyer County | Wisconsin | / |
| AP | Trempealeau County v. Purdue Pharma LP et al | Trempealeau County | Wisconsin | / |
| AP | Waushara County v. Purdue Pharma LP et al | Waushara County | Wisconsin | / |
| AP | Buffalo County v. Purdue Pharma LP et al | Buffalo County | Wisconsin | / |
| AP | Calumet County v. Purdue Pharma LP et al | Calumet County | Wisconsin | / |
| AP | Dodge County v. Purdue Pharma LP et al | Dodge County | Wisconsin | / |
| AP | Kenosha County v. Purdue Pharma LP et al | Kenosha County | Wisconsin | / |
| AP | Marinette County v. Purdue Pharma LP et al | Marinette County | Wisconsin | / |
| AP | St. Croix County v. Purdue Pharma LP et al | St Croix County | Wisconsin | / |
| AP | Vernon County v. Purdue Pharma LP et al | Vernon County | Wisconsin | / |
| AP | Clark County v. Purdue Pharma LP et al | Clark County | Wisconsin | / |
| AP | Buncombe County v. AmerisourceBergen Drug Corporation et al | Buncombe County | North Carolina | |
| AP | County of Rusk v. Purdue Pharma L.P. et al | Rusk County | Texas | /s/ |
| AP | County of Cherokee v. Purdue Pharma L.P. et al | Cherokee County | Texas | /s/ |
| | People of the State of Illinois et al v. | | | |

| | | | |
|---|---|---|---|
| AP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | Bond County | Illinois | /s/ |
| AP | Town of Cherokee Alabama et al v. Purdue Pharma LP et al | Colbert County | Alabama | |
| AP | Town of Cherokee Alabama et al v. Purdue Pharma LP et al | FRANKLIN COUNTY | Alabama | |
| AP | New Hanover County v. AmerisourceBergen Drug Corporation et al | New Hanover County | North Carolina | /s/ |
| AP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Shelby County | Illinois | /s/ |
| AP | Fiscal Court of Bullitt County v. AmerisourceBergen Drug Corporation et al | Bullitt County | Kentucky | /s/ |
| AP | Ashland County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Ashland County | Ohio | /s/ |
| AP | Rockingham County v. AmerisourceBergen Drug Corporation et al | Rockingham County | North Carolina | /s/ |
| AP | People of the State of Illinois et al v. Amerisourcebergen Drug Corporation et al | White County | Illinois | /s/ |
| AP | Sedgwick County Board of Commissioners v. Amerisourcebergen Drug Corporation et al | Sedgwick County | Kansas | /s/ |
| AP | Buchanan County, Missouri v. AmerisourceBergen Drug Corporation et al | Buchanan County | Missouri | /s/ |
| AP | County of Lake v. Purdue Pharma L.P. et al | Lake County | Ohio | /s/ |
| AP | County of Cascade v. Purdue Pharma et al | Cascade County | Montana | /s/ |
| AP | County of Cascade v. Purdue Pharma et al | GALLATIN COUNTY | Montana | /s/ |
| AP | Fairfield Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Fairfield County | Ohio | /s/ |
| AP | Licking County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Licking County | Ohio | /s/ |
| AP | Adams County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Adams County | Ohio | /s/ |
| AP | Guernsey County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Guernsey County | Ohio | /s/ |
| AP | Darke County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Darke County | Ohio | /s/ |
| AP | Leech Lake Band of Ojibwe v. Purdue Pharma L.P. et al | Leech Lake Band of Ojibwe | Minnesota | /s/ |
| AP | City of Lansing v. Purdue Pharma L.P. et al | Lansing City | Michigan | /s/ |
| AP | Morrow County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Morrow County | Ohio | /s/ |
| AP | Clinton County Board of Commissioners v. Purdue Pharma L.P. et al | Clinton County | Ohio | /s/ |
| AP | Marion County, Mississippi v. Amerisourcebergen Drug Corporation et al | Marion County | Mississippi | |

| | | | |
|---|---|---|---|
| DAP | Cecil County, Maryland v. Amerisourcebergen Drug Corporation et al | Cecil County | Maryland | /s/ |
| DAP | City of Woburn v. Amerisourcebergen Drug Corporation et al | Woburn City | Massachusetts | /s/ |
| DAP | Marquette, County of v. Purdue Pharma L.P. et al | Marquette County | Michigan | /s/ |
| DAP | City of Methuen v. Amerisourcebergen Drug Corporation et al | Methuen Town City | Massachusetts | /s/ |
| DAP | Onslow County v. AmerisourceBergen Drug Corporation et al | Onslow County | North Carolina | /s/ |
| DAP | City of Jacksonville v. AmerisourceBergen Drug Corporation et al | Jacksonville City | North Carolina | /s/ |
| DAP | Polk County v. Purdue Pharma LP et al | Polk County | Iowa | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | Brown County | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | CRAWFORD COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | KEWAUNEE COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | OUTAGAMIE COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | OZAUKEE COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | PEPIN COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | RACINE COUNTY | Wisconsin | / |
| DAP | Brown County et al v. Purdue Pharma LP et al | WINNEBAGO COUNTY | Wisconsin | / |
| DAP | Benton County, Mississippi v. Amerisourcebergen Drug Corporation et al | Benton County | Mississippi | /s/ |
| DAP | Adair County et al v. Purdue Pharma LP et al | BREMER COUNTY | Iowa | / |
| DAP | Adair County et al v. Purdue Pharma LP et al | CARROLL COUNTY | Iowa | / |
| DAP | Adair County et al v. Purdue Pharma LP et al | CLAYTON COUNTY | Iowa | / |
| DAP | Adair County et al v. Purdue Pharma LP et al | DALLAS COUNTY | Iowa | / |
| DAP | Adair County et al v. Purdue Pharma LP et al | JOHNSON COUNTY | Iowa | / |
| DAP | Adair County et al v. Purdue Pharma LP et al | SCOTT COUNTY | Iowa | / |
| DAP | City of Cleveland, Ohio v. AmerisourceBergen Drug Corporation et al | Cleveland City | Ohio | /s/ |
| DAP | Campbell County v. AmerisourceBergen Drug Corporation et al (JRG2) | Campbell County | Tennessee | /s/ |
| DAP | Williamson County, Tennessee v. AmerisourceBergen Drug Corporation et al | Williamson County | Tennessee | /s/ |
| DAP | Greene County, Tennessee v. Amerisourcebergen Drug Corporation et al | Greene County | Tennessee | /s/ |
| DAP | Muskingum County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Muskingum County | Ohio | /s/ |
| DAP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Coles County | Illinois | /s/ |
| DAP | Catawba County North Carolina v. AmerisourceBergen Drug Corporation et al | Catawba County | North Carolina | /s/ |
| DAP | Forrest County, Mississippi v. Amerisourcebergen Drug Corporation et al | Forrest County | Mississippi | /s/ |
| DAP | Wayne County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Wayne County | Ohio | /s/ |
| DAP | Hancock County v. Amerisourcebergen Drug | Hancock County | Tennessee | /s/ |

| DAP | Marion County, Alabama et al v. Purdue Pharma LP et al | | |
|---|---|---|---|
| DAP | Marion County, Alabama et al v. Purdue Pharma LP et al | MARION COUNTY | Alabama | |
| DAP | Marion County, Alabama et al v. Purdue Pharma LP et al | WALKER COUNTY | Alabama | |
| DAP | Skagit County et al v. Purdue Pharma, LP et al | Burlington city | Washington | |
| DAP | Phenix City, Alabama v. Amerisourcebergen Drug Corporation et al | Phenix City City | Alabama | /s/ |
| DAP | Burke County v. AmerisourceBergen Drug Corporation et al | Burke County | North Carolina | /s/ |
| DAP | Mobile County, Alabama v. Actavis, LLC et al | Mobile County | Alabama | /s/ |
| DAP | City of Selma, Alabama v. Actavis, LLC et al | Selma City | Alabama | /s/ |
| DAP | Morgan County, Alabama v. Amerisourcebergen Drug Corporation et al | Morgan County | Alabama | /s/ |
| DAP | City of Decatur, Alabama v. Amerisourcebergen Drug Corporation et al | Decatur City | Alabama | /s/ |
| DAP | Pitt County v. AmerisourceBergen Drug Corporation et al | Pitt County | North Carolina | /s/ |
| DAP | Mecklenburg County v. Purdue Pharma L.P. et al | Mecklenburg County | North Carolina | / |
| DAP | Brunswick County v. AmerisourceBergen Drug Corporation et al | Brunswick County | North Carolina | /s/ |
| DAP | Cullman County, Alabama v. Amerisourcebergen Drug Corporation et al | Cullman County | Alabama | /s/ |
| DAP | Lawrence County, Alabama v. Amerisourcebergen Drug Corporation et al | Lawrence County | Alabama | /s/ |
| DAP | Marshall County, Alabama et al v. Purdue Pharma L P et al | Albertville city | Alabama | |
| DAP | Marshall County, Alabama et al v. Purdue Pharma L P et al | Guntersville city | Alabama | |
| DAP | Marshall County, Alabama et al v. Purdue Pharma L P et al | MARSHALL COUNTY | Alabama | |
| DAP | Wilkes County v. AmerisourceBergen Drug Corporation et al | Wilkes County | North Carolina | /s/ |
| DAP | Rutherford County v. AmerisourceBergen Drug Corporation et al | Rutherford County | North Carolina | /s/ |
| DAP | Perry County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al | Perry County | Ohio | /s/ |
| DAP | Geauga County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Geauga County | Ohio | /s/ |
| DAP | Beaufort County v. AmerisourceBergen Drug Corporation et al | Beaufort County | North Carolina | /s/ |
| DAP | Caldwell County v. AmerisourceBergen Drug Corporation et al | Caldwell County | North Carolina | /s/ |
| DAP | Delaware County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Delaware County | Ohio | |

| AP | Columbiana County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Columbiana County | Ohio | /s/ |
| AP | Seneca County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Seneca County | Ohio | /s/ |
| AP | Erie County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Erie County | Ohio | /s/ |
| AP | Huron County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Huron County | Ohio | /s/ |
| AP | Hawkins County, TN v. Amerisourcebergen Drug Corporation et al | Hawkins County | Tennessee | /s/ |
| AP | County of Camp v. Purdue Pharma L.P. et al | Camp County | Texas | /s/ |
| AP | County of Franklin v. Purdue Pharma L.P. et al | Franklin County | Texas | /s/ |
| AP | Cleveland County v. Purdue Pharma L.P. et al | Cleveland County | North Carolina | / |
| AP | Orange County v. AmerisourceBergen Drug Corporation et al | Orange County | North Carolina | /s/ |
| AP | City of Rockford v. AmerisourceBergen Drug Corporation et al | Rockford City | Illinois | /s/ |
| AP | People Of The State Of Illinois et al v. AmerisourceBergen Drug Corporation et al | Winnebago County | Illinois | /s/ |
| AP | Athens County Board of Commissioners v. AmerisourceBergen Drug Corporation et al | Athens County | Ohio | /s/ |
| AP | Broward County, Florida v. Purdue Pharma L.P. et al | Broward County | Florida | /s/ |
| AP | City of Pittsfield v. Amerisourcebergen Drug Corporation et al | Pittsfield City | Massachusetts | /s/ |
| AP | City of Easthampton, Massachusetts v. Amerisourcebergen Drug Corporation et al | Easthampton Town City | Massachusetts | /s/ |
| AP | County of Shiawassee, Michigan v. Purdue Pharma L.P. et al | Shiawassee County | Michigan | /s/ |
| AP | County of Lenawee, Michigan v. Purdue Pharma L.P. et al | Lenawee County | Michigan | /s/ |
| AP | County of Sanilac, Michigan v. Purdue Pharma L.P. et al | Sanilac County | Michigan | /s/ |
| AP | County of Hillsdale, Michigan v. Purdue Pharma L.P. et al | Hillsdale County | Michigan | /s/ |
| AP | County of Fulton v. Purdue Pharma, LP et al | Fulton County | Georgia | /s/ |
| AP | Halifax County v. AmerisourceBergen Drug Corporation et al | Halifax County | North Carolina | /s/ |
| AP | City of Mansfield v. Purdue Pharma L.P. et al | Mansfield City | Ohio | /s/ |
| AP | Carter County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Carter County | Kentucky | /s/ |
| AP | Bracken County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Bracken County | Kentucky | /s/ |
| AP | Milwaukee County Wisconsin v. Amerisourcebergen Drug Corporation et al | Milwaukee County | Wisconsin | /s/ |
| AP | Madison County, Tennessee v. Amerisourcebergen Drug Coropration et al | Madison County | Tennessee | /s/ |
| AP | Grand Rapids, City of v. Purdue Pharma L.P. et al | Grand Rapids City | Michigan | /s/ |

| | | | |
|---|---|---|---|
| AP | Town of North Providence v. Amerisourcebergen Drug Corporation et al | North Providence Town | Rhode Island | /s/ |
| AP | Town of Johnston v. Amerisourcebergen Drug Corporation, et al. | Johnston Town | Rhode Island | /s/ |
| AP | City of Pawtucket, RI v. Amerisourcebergen Drug Corporation et al | Pawtucket City | Rhode Island | /s/ |
| AP | City of Central Falls, Rhode Island v. Amerisourcebergen Drug Corporation et al | Central Falls City | Rhode Island | /s/ |
| AP | Town of Bristol v. Amerisourcebergen Drug Corporation et al | Bristol Town | Rhode Island | /s/ |
| AP | Town of Barrington v. Amerisourcebergen Drug Corporation et al | Barrington Town | Rhode Island | /s/ |
| AP | Town of Coventry Rhode Island v. Amerisourcebergen Drug Corporation et al | Coventry Town | Rhode Island | /s/ |
| AP | City of Cranston, Rhode Island v. Amerisourcebergen Drug Corporation et al | Cranston City | Rhode Island | /s/ |
| AP | Town of North Kingstown v. Amerisourcebergen Drug Corporation et al | North Kingstown Town | Rhode Island | /s/ |
| AP | Town of Smithfield v. Amerisourcebergen Drug Corporation et al | Smithfield Town | Rhode Island | /s/ |
| AP | Town of South Kingstown Municipal Corporation v. Amerisourcebergen Drug Corporation et al | South Kingstown Town | Rhode Island | /s/ |
| AP | Town of West Greenwich v. Amerisourcebergen Drug Corporation et al | West Greenwich Town | Rhode Island | /s/ |
| AP | Town of West Warwick,Rhode Island v. Amerisourcebergen Drug Corporation et al | West Warwick Town | Rhode Island | /s/ |
| AP | Town of Westerly v. Amerisourcebergen Drug Corporation et al | Westerly Town | Rhode Island | /s/ |
| AP | City of Malden v. Amerisourcebergen Drug Corporation et al | Malden City | Massachusetts | /s/ |
| AP | Prince George's County Maryland v. Purdue Pharma L.P. et al | Prince Georges County | Maryland | /s/ |
| AP | DeKalb County, Georgia v. Purdue Pharma L.P. et al | Dekalb County | Georgia | /s/ |
| AP | City of Hattiesburg, Mississippi v. Amerisourcebergen Drug Corporation et al | Hattiesburg City | Mississippi | /s/ |
| AP | City of Sarasota v. Purdue Pharma L.P. et al | Sarasota City | Florida | /s/ |
| AP | City of Lowell v. Amerisourcebergen Drug Corporation et al | Lowell City | Massachusetts | /s/ |
| AP | Town of East Greenwich v. Amerisourcebergen Drug Corporation et al | East Greenwich Town | Rhode Island | /s/ |
| AP | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al | Massac County | Illinois | /s/ |
| AP | Martin County, NC v. AmerisourceBergen Drug Corporation et al | Martin County | North Carolina | /s/ |
| AP | Watauga County v. AmerisourceBergen Drug Corporation et al | Watauga County | North Carolina | /s/ |
| AP | People of the State of Illinois et al v. | Saline County | Illinois | |

| DAP | Jefferson County Alabama et al v. Purdue Pharma L.P. et al | Jefferson County | Alabama | /s/ |
| DAP | Town of Billerica v. Amerisourcebergen Drug Corporation et al | Billerica Town | Massachusetts | /s/ |
| DAP | Columbus Georgia v. AmerisourceBergen Drug Corporation et al | Columbus City | Georgia | /s/ |
| DAP | Overton County, Tennessee v. AmerisourceBergen Drug Corporation et al | Overton County | Tennessee | /s/ |
| DAP | Greene County v. AmerisourceBergen Drug Corporation et al | Greene County | North Carolina | /s/ |
| DAP | Wayne County v. AmerisourceBergen Drug Corporation et al | Wayne County | North Carolina | /s/ |
| DAP | Carteret County v. AmerisourceBergen Drug Corporation et al | Carteret County | North Carolina | /s/ |
| DAP | City of Kent v. Purdue Pharma, L.P. et al | Kent City | Washington | /s/ |
| DAP | Forsyth County v. AmerisourceBergen Drug Corporation et al | Forsyth County | North Carolina | /s/ |
| DAP | County of Sacramento v. Amerisourcebergen Drug Corporation et al | Sacramento County | California | /s/ |
| DAP | County of McCracken Kentucky v. Purdue Pharma, L.P. et al | Mccracken County | Kentucky | |
| DAP | Clallam County v. Purdue Pharma, L.P. et al | Clallam County | Washington | |
| DAP | County of San Diego et al v. Amerisourcebergen Drug Corporation et al | San Diego County | California | /s/ |
| DAP | County of Tuolumne, et al v. Amerisource Bergen Drug Corporation et al | Tuolumne County | California | /s/ |
| DAP | County of Butte v. Amerisourcebergen Drug Corporation et al | Butte County | California | /s/ |
| DAP | County of Nevada v. Amerisourcebergen Drug Corporation et al | Nevada County | California | /s/ |
| DAP | County of El Dorado v. Amerisourcebergen Drug Corporation et al | El Dorado County | California | /s/ |
| DAP | County of Imperial et al v. Amerisourcebergen Drug Corporation et al | Imperial County | California | /s/ |
| DAP | City of Portland, Oregon v. Amerisourcebergen Drug Corporation et al | Portland City | Oregon | /s/ |
| DAP | Jackson County, Alabama et al v. AmerisourceBergen Drug Corporation et al | JACKSON COUNTY | Alabama | |
| DAP | Jackson County, Alabama et al v. AmerisourceBergen Drug Corporation et al | Scottsboro city | Alabama | |
| DAP | County of Glenn v. Amerisourcebergen Drug Corporation et al | Glenn County | California | /s/ |
| DAP | County of Sutter v. Amerisourcebergen Drug Corporation et al | Sutter County | California | /s/ |
| DAP | County of Placer v. Amerisourcebergen Drug Corporation et al | Placer County | California | /s/ |
| DAP | County of Merced, et al v. Amerisourcebergen Drug Corporation et al | Merced County | California | /s/ |
| DAP | County of Fresno v. Amerisourcebergen Drug Corporation et al | Fresno County | California | |

| | | | | |
|---|---|---|---|---|
| DAP | City of Winston-Salem v. AmerisourceBergen Drug Corporation et al | Winston-Salem City | North Carolina | /s/ |
| DAP | Craven County v. AmerisourceBergen Drug Corporation et al | Craven County | North Carolina | /s/ |
| DAP | Knox County Board of County Commissioners v. AmerisourceBergen Drug Corporation et al | Knox County | Ohio | /s/ |
| DAP | Wilkinson County Georgia v. AmerisourceBergen Drug Corporation et al | Wilkinson County | Georgia | /s/ |
| DAP | Monroe County Georgia v. AmerisourceBergen Drug Corporation et al | Monroe County | Georgia | /s/ |
| DAP | Town of Plymouth v. Amerisourcebergen Drug Corporation et al | Plymouth Town | Massachusetts | /s/ |
| DAP | County of Tehama v. Amerisourcebergen Drug Corporation et al | Tehama County | California | /s/ |
| DAP | City of Wilmington v. AmerisourceBergen Drug Corporation et al | Wilmington City | North Carolina | /s/ |
| DAP | Alachua County v. Purdue Pharma LP et al | Alachua County | Florida | /s/ |
| DAP | City of Chelsea v. Amerisourcebergen Drug Corporation et al | Chelsea City | Massachusetts | /s/ |
| DAP | Town of Douglas v. Amerisourcebergen Drug Corporation et al | Douglas Town | Massachusetts | /s/ |
| DAP | Lincoln County v. AmerisourceBergen Drug Corporation et al | Lincoln County | North Carolina | /s/ |
| DAP | Lincoln County, Mississippi v. Amerisourcebergen Drug Corporation et al | Lincoln County | Mississippi | /s/ |
| DAP | Prentiss County, Mississippi v. Amerisourcebergen Drug Corporation et al | Prentiss County | Mississippi | /s/ |
| DAP | City Of Fayetteville v. AmerisourceBergen Drug Corporation et al | Fayetteville City | North Carolina | /s/ |
| DAP | Escambia County, Florida v. AmerisourceBergen Drug Corporation et al | Escambia County | Florida | /s/ |
| DAP | City of Hartselle, Alabama v. Purdue Pharma LP et al | Hartselle City | Alabama | /s/ |
| DAP | City of Nauvoo, Alabama, et al v. Purdue Pharma LP et al | Oakman town | Alabama | /s |
| DAP | Conejos County et al v. Purdue Pharma L.P. et al | Alamosa City | Colorado | /s/ |
| DAP | Conejos County et al v. Purdue Pharma L.P. et al | ALAMOSA COUNTY | Colorado | /s/ |
| DAP | Conejos County et al v. Purdue Pharma L.P. et al | CONEJOS COUNTY | Colorado | /s/ |
| DAP | Conejos County et al v. Purdue Pharma L.P. et al | LAS ANIMAS COUNTY | Colorado | /s/ S |
| DAP | Conejos County et al v. Purdue Pharma L.P. et al | OTERO COUNTY | Colorado | /s/ |
| DAP | Eastern Atlantic States Carpenters Health Fund v. Purdue Pharma L.P. et al | Eastern Atlantic States Carpenters Health Fund | New Jersey | / |
| DAP | Pinellas County, Florida v. Amerisourcebergen Drug Corporation et al | Pinellas County | Florida | /s/ |

| AP | Hancock County, Mississippi v. AmerisourceBergen Drug Corporation et al | Hancock County | Mississippi | /s/ Gan |
| AP | City of Henderson v. AmerisourceBergen Drug Corporation et al | Henderson City | North Carolina | /s/ |
| AP | Town of Somerset, Massachusetts v. Amerisourcebergen Drug Corporation et al | Somerset Town | Massachusetts | /s/ |
| AP | Iredell County v. Purdue Pharma L.P. et al | Iredell County | North Carolina | / |
| AP | Board of County Commissioners of the County of Santa Fe v. Purdue Pharma L.P. et al | Santa Fe County | New Mexico | / |
| AP | Worth County, Missouri v. AmerisourceBergen Drug Corporation et al | Worth County | Missouri | /s/ |
| AP | Perry County, Mississippi v. Amerisourcebergen Drug Corporation et al | Perry County | Mississippi | /s/ |
| AP | Montgomery County, Kansas v. AmerisourceBergen Drug Corporation et al | Montgomery County | Kansas | /s |
| AP | Bourbon County, Kansas v. AmerisourceBergen Drug Corporation et al | Bourbon County | Kansas | /s |
| AP | County of Volusia, Florida v. Amerisourcebergen Drug Corporation et al | Volusia County | Florida | /s/ |
| AP | Town of Milford, Massachusetts v. Amerisourcebergen Drug Corporation et al | Milford Town | Massachusetts | /s/ |
| AP | City of Sandusky v. Purdue Pharma L.P. et al | Sandusky City | Ohio | /s/ |
| AP | City of Lynn, Massachusetts v. Amerisourcebergen Drug Corporation et al | Lynn City | Massachusetts | /s/ |
| AP | Nodaway County, Missouri v. AmerisourceBergen Drug Corporation et al | Nodaway County | Missouri | /s/ |
| AP | Atchison County, Missouri v. AmerisourceBergen Drug Corporation et al | Atchison County | Missouri | /s/ |
| AP | City of Saint Joseph, Missouri v. AmerisourceBergen Drug Corporation et al | St. Joseph City | Missouri | /s/ |
| AP | Rowan County v. AmerisourceBergen Drug Corporation, et al | Rowan County | North Carolina | /s/ |
| AP | City of Lakewood, CO et al v. Purdue Pharma L.P. et al | Wheat Ridge City | Colorado | /s |
| AP | Dane County, Wisconsin v. Amerisourcebergen Drug Corporation et al | Dane County | Wisconsin | /s/ |
| AP | Pike County, Alabama v. Amerisourcebergen Drug Corporation et al | Pike County | Alabama | / |
| AP | Town of Winthrop, Massachusetts v. Amerisourcebergen Drug Corporation et al | Winthrop Town City | Massachusetts | /s/ |
| AP | Town of Norwell, Massachusetts v. Amerisourcebergen Drug Corporation et al | Norwell Town | Massachusetts | /s/ |
| AP | Cobb County v. Purdue Pharma L.P. et al | Cobb County | Georgia | / |
| AP | Town of Middletown, Rhode Island v. Amerisourcebergen Drug Corporation et al | Middletown Town | Rhode Island | /s/ |
| AP | San Juan County v. Purdue Pharma L.P. et al | San Juan County | New Mexico | / |
| AP | Green Lake County et al v. Purdue Pharma LP et al | Green Lake County | Wisconsin | / |
| AP | Green Lake County et al v. Purdue Pharma LP | TAYLOR COUNTY | Wisconsin | |

| | | | |
|---|---|---|---|
| AP | Cochise County v. Purdue Pharma LP et al | Cochise County | Arizona | |
| AP | City of Peabody, Massachusetts, v. Amerisourcebergen Drug Corporation et al | Peabody City | Massachusetts | |
| AP | Santa Rosa County v. AmerisourceBergen Drug Corporation et al | Santa Rosa County | Florida | /s/ |
| AP | City of North Miami, Florida v. AmerisourceBergen Drug Corporation et al | North Miami City | Florida | /s/ |
| AP | County of Riverside et al v. Purdue Pharma L.P. et al | Riverside County | California | / |
| AP | County of Washtenaw, Michigan v. Purdue Pharma L.P. et al | Washtenaw County | Michigan | /s/ |
| AP | County of Berrien, Michigan v. Purdue Pharma L.P. et al | Berrien County | Michigan | /s/ |
| AP | County of Clinton, Michigan v. Purdue Pharma L.P. et al | Clinton County | Michigan | /s/ |
| AP | City of Springfield, Missouri v. Purdue Pharma, L.P., et al | Springfield City | Missouri | / |
| AP | City of Westland, Michigan v. Purdue Pharma L.P. et al | Westland City | Michigan | /s/ |
| AP | County of Hudson v. Purdue Pharma L.P. et al | Hudson County | New Jersey | / |
| AP | Humboldt County v. Purdue Pharma, L.P. et al | Humboldt County | California | |
| AP | Spokane County v. Purdue Pharma, L.P. et al | Spokane County | Washington | |
| AP | Laurens County, Georgia v. Amerisourcebergen Drug Corporation et al | Laurens County | Georgia | /s/ |
| AP | City of Melrose, Massachusetts v. Amerisourcebergen Drug Corporation et al | Melrose City | Massachusetts | /s/ |
| AP | Gulf County, Florida v. AmerisourceBergen Drug Corporation et al | Gulf County | Florida | /s/ |
| AP | Whatcom County v. Purdue Pharma, LP et al | Whatcom County | Washington | |
| AP | Red Lake Band of Chippewa Indians v. Amerisourcebergen Drug Corporation et al | Red Lake Band of Chippewa Indians | Minnesota | /s/ |
| AP | Jackson County, Missouri v. Purdue Pharma L.P. et al | Jackson County | Missouri | / |
| AP | Polk County, Florida v. Purdue Pharma L.P. et al | Polk County | Florida | |
| AP | Waukesha County v. AmerisourceBergen Drug Corporation et al | Waukesha County | Wisconsin | /s/ |
| AP | Pasquotank County v. AmerisourceBergen Drug Corporation et al | Pasquotank County | North Carolina | /s/ |
| AP | Walworth County Wisconsin v. AmerisourceBergen Drug Corporation et al | Walworth County | Wisconsin | /s/ |
| AP | Kittitas County v. Purdue Pharma LP et al | Kittitas County | Washington | |
| AP | Makah Indian Tribe v. Purdue Pharma, L.P. et al | Makah Indian Tribe | Washington | |
| AP | Jefferson County v. Purdue Pharma L.P. et al | Jefferson County | Washington | |
| AP | City of Hamilton, Ohio v. Amerisourcebergen Drug Corporation et al | Hamilton City | Ohio | |
| AP | City of Ironton, Ohio v. AmerisourceBergen Drug Corporation et al | Ironton City | Ohio | |

| | | | |
|---|---|---|---|
| AP | Adams County et al v. Purdue Pharma, L.P. et al | BLAINE COUNTY | Idaho | / |
| AP | Adams County et al v. Purdue Pharma, L.P. et al | BONNEVILLE COUNTY | Idaho | / |
| AP | Adams County et al v. Purdue Pharma, L.P. et al | CASSIA COUNTY | Idaho | / |
| AP | Adams County et al v. Purdue Pharma, L.P. et al | ELMORE COUNTY | Idaho | / |
| AP | City of Brockton, Massachusetts v. Amerisourcebergen Drug Corporation et al | Brockton City | Massachusetts | /s/ |
| AP | Town of Kingston, Massachusetts v. Amerisourcebergen Drug Corporation et al | Kingston Town | Massachusetts | /s/ |
| AP | Branch County, Michigan v. Purdue Pharma L.P. et al | Branch County | Michigan | /s/ |
| AP | Levy County v. Purdue Pharma L.P. et al | Levy County | Florida | /s/ |
| AP | Palm Beach County v. Purdue Pharma L.P. et al | Palm Beach County | Florida | /s/ |
| AP | Charter Township of Canton, et al v. Purdue Pharma L.P. et al | CANTON CHARTER TOWNSHIP | Michigan | /s/ |
| AP | Charter Township of Canton, et al v. Purdue Pharma L.P. et al | HURON CHARTER TOWNSHIP | Michigan | /s/ |
| AP | Charter Township of Canton, et al v. Purdue Pharma L.P. et al | Livonia City | Michigan | /s/ |
| AP | Charter Township of Clinton, Michigan v. Purdue Pharma L.P. et al | Clinton Charter Township | Michigan | /s/ |
| AP | City of Virginia Beach, et al v. AmerisourceBergen Drug Corporation, et al | Virginia Beach City | Virginia | /s/ |
| AP | Chelan County v. Purdue Pharma LP et al | Chelan County | Washington | |
| AP | Robeson County v. Actavis, LLC et al | Robeson County | North Carolina | / |
| AP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Schuyler County | Illinois | /s/ |
| AP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Johnson County | Illinois | /s/ |
| AP | Town of Lunenberg, Massachusetts v. Amerisourcebergen Drug Corporation et al | Lunenburg Town | Massachusetts | /s/ |
| AP | Livingston County, Missouri v. AmerisourceBergen Drug Corporation et al | Livingston County | Missouri | /s/ |
| AP | City of Iuka, Mississippi v. Amerisourcebergen Drug Corporation et al | Iuka City | Mississippi | /s/ |
| AP | Currituck County v. AmerisourceBergen Drug Corporation et al | Currituck County | North Carolina | /s/ |
| AP | Board of Commissioners for Lucas County, Ohio et al v. Purdue Pharma L.P. et al | Lucas County | Ohio | / |
| AP | County of Ingham, Michigan v. Purdue Pharma L.P. et al | Ingham County | Michigan | /s/ |
| AP | Ashe County v. AmerisourceBergen Drug Corporation et al | Ashe County | North Carolina | |
| AP | Cole County, Missouri v. Purdue Pharma L.P. et al | Cole County | Missouri | |

| | Case Name | County | State | |
|---|---|---|---|---|
| AP | New Mexico v. AmerisourceBergen Drug Corporation et al | Dona Ana County | New Mexico | /s/ |
| AP | Franklin County v. AmerisourceBergen Drug Corporation et al | Franklin County | North Carolina | /s/ |
| AP | Nye County, Nevada v. Amerisourcebergen Drug Corporation et al | Nye County | Nevada | /s/ |
| AP | Lac Vieux Desert Band of Lake Superior Chippewa Indians v. Purdue Pharma, L.P. et al | Lac Vieux Desert Band of Lake Superior Chippewa Indians | Michigan | /s/ |
| AP | Leon County, Florida v. AmerisourceBergen Drug Corporation et al | Leon County | Florida | /s/ |
| AP | Shelby County, Missouri v. Purdue Pharma L.P. et al | Shelby County | Missouri | /s/ |
| AP | Hillsborough County v. Purdue Pharma L.P. et al | Hillsborough County | Florida | /s/ |
| AP | City of Tampa v. Purdue Pharma L.P. et al | Tampa City | Florida | /s/ |
| AP | Union County, Georgia v. AmerisourceBergen Drug Corporation et al | Union County | Georgia | /s/ |
| AP | City of Fall River v. Purdue Pharma L.P. et al | Fall River city | Massachusetts | /s/ |
| AP | City of Overland Park, Kansas v. AmerisourceBergen Drug Corporation et al | Overland Park City | Kansas | /s/ |
| AP | People of the State of Illinois et al v. Purdue Pharma L.P. et al | Calhoun County | Illinois | /s/ |
| AP | Rockdale County, Georgia v. Purdue Pharma L.P. et al | Rockdale County | Georgia | /s/ |
| AP | Clayton County, Georgia v. Purdue Pharma L.P. et al | Clayton County | Georgia | /s/ |
| AP | Coos County, Oregon v. Purdue Pharma L.P. et al | Coos County | Oregon | /s/ |
| AP | City of Portland v. Purdue Pharma LP et al | Portland City | Maine | /s/ |
| AP | City of Bangor v. Purdue Pharma LP et al | Bangor City | Maine | /s/ |
| AP | City of Lewiston v. Purdue Pharma LP et al | Lewiston City | Maine | /s/ |
| AP | Washington County, Tennessee v. Amerisourcebergen Drug Corporation et al | Washington County | Tennessee | /s/ |
| AP | Montgomery County Board of County Commissioners et al v. Cardinal Health, Inc. et al | Montgomery County | Ohio | /s/ |
| AP | Davidson County v. Purdue Pharma, L.P. et al | Davidson County | North Carolina | /s/ |
| AP | City of Bradenton v. Amerisourcebergen Drug Corporation et al | Bradenton City | Florida | /s/ |
| AP | Commissioners of St. Mary's County, Maryland v. Amerisourcebergen Drug Corporation et al | St Marys County | Maryland | /s/ |
| AP | City of Albany Georgia v. AmerisourceBergen Drug Corporation et al | Albany City | Georgia | /s/ |
| AP | Webster County, Missouri v. Purdue Pharma L.P. et al | Webster County | Missouri | /s/ |
| AP | City of Norwalk v. Purdue Pharma L.P. et al | Norwalk city | Ohio | /s/ |
| AP | Anson County v. AmerisourceBergen Drug Corporation et al | Anson County | North Carolina | /s/ |
| AP | County of Kent, Michigan v. Purdue Pharma | Kent County | Michigan | |

| | Unified Government of Wyandotte County/Kansas City, Kansas v. AmerisourceBergen Drug Corporation et al | Kansas City City | Kansas | /s/ |
| AP | County of Maricopa v. Purdue Pharma LP et al | Maricopa County | Arizona | |
| AP | City of Anacortes et al v. Purdue Pharma, L.P. et al | Anacortes City | Washington | |
| AP | Board of County Commissioners of the County of McKinley v. AmerisourceBergen Drug Corporation et al | Mckinley County | New Mexico | /s/ |
| AP | Board of County Commissioners of the County of Jefferson v. Purdue Pharma, L.P. et al | Jefferson County | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | ARAPAHOE COUNTY | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | BOULDER COUNTY | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Commerce City city | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Denver city | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | FREMONT COUNTY | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | TELLER COUNTY | Colorado | |
| AP | Board of County Commissioners of the County of Adams, et al v. Purdue Pharma, L.P. et al | Westminster City | Colorado | |
| AP | Bartow County, Georgia v. AmerisourceBergen Drug Corporation et al | Bartow County | Georgia | /s/ |
| AP | Board of County Commissioners of the County of Taos v. AmerisourceBergen Drug Corporation et al | Taos County | New Mexico | /s/ |
| AP | Town of Norwood v. Amerisourcebergen Drug Corporation et al | Norwood Town | Massachusetts | /s/ |
| AP | Town of Brookline v. Amerisourcebergen Drug Corporation et al | Brookline Town | Massachusetts | /s/ |
| AP | Town of Scituate v. Amerisourcebergen Drug Corporation et al | Scituate Town | Massachusetts | /s/ |
| AP | County of Brevard, Florida v. Purdue Pharma L.P. et al | Brevard County | Florida | /s/ |
| AP | Town of Orange, Massachusetts v. Amerisourcebergen Drug Corporation et al | Orange Town | Massachusetts | /s/ |
| AP | City of Great Falls et al v. Purdue Pharma L.P. et al | Anaconda-Deer Lodge County | Montana | /s/ |
| AP | City of Great Falls et al v. Purdue Pharma L.P. et al | Great Falls City | Montana | /s/ |
| AP | City of Great Falls et al v. Purdue Pharma L.P. et al | Lake County | Montana | /s/ |
| AP | City of Great Falls et al v. Purdue Pharma L.P. et al | Missoula City | Montana | /s/ |

County Commissioners of Charles County

| | Case Name | County/City | State | |
|---|---|---|---|---|
| AP | City of Vestavia Hills, Alabama v. AmerisourceBergen Drug Corporation et al | Vestavia Hills City | Alabama | |
| AP | County of Albany, New York v. Cardinal Health, Inc. et al | Albany County | New York | /s/ |
| AP | Aroostook County v. Purdue Pharma LP et al | Aroostook County | Maine | /s/ |
| AP | Penobscot County v. Purdue Pharma LP et al | Penobscot County | Maine | /s/ |
| AP | Washington County v. Purdue Pharma LP et al | Washington County | Maine | /s/ |
| AP | Lincoln County v. Purdue Pharma LP et al | Lincoln County | Maine | /s/ |
| AP | York County v. Purdue Pharma LP et al | York County | Maine | /s/ |
| AP | Androscoggin County v. Purdue Pharma LP et al | Androscoggin County | Maine | /s/ |
| AP | Board of County Commissioners of the County of Otero, New Mexico v. AmerisourceBergen Drug Corporation et al | Otero County | New Mexico | /s/ |
| AP | County of Navajo v. Purdue Pharma LP et al | Navajo County | Arizona | |
| AP | City of Lakewood v. Purdue Pharma LP et al | Lakewood City | Washington | |
| AP | Montgomery County v. Purdue Pharma, L.P. et al | Montgomery County | Virginia | |
| AP | Giles County v. Purdue Pharma, L.P. et al | Giles County | Virginia | |
| AP | County of Jasper v. Purdue Pharma L.P. et al | Jasper County | Texas | /s/ |
| AP | County of Hardin v. Endo Health Solutions, Inc. et al | Hardin County | Texas | /s/ |
| AP | County of Newton v. Endo Health Solutions Inc. et al | Newton County | Texas | /s/ |
| AP | City of Galax, Virginia v. Purdue Pharma, L.P. et al | Galax City | Virginia | |
| AP | Henry County, Virginia v. Purdue Pharma, L.P. et al | Henry County | Virginia | |
| AP | City of Alexandria v. Purdue Pharma, L.P. et al. | Alexandria city | Virginia | |
| AP | Pittsylvania County v. Purdue Pharma, L.P. et al | Pittsylvania County | Virginia | |
| AP | City of Norton, Virginia v. Purdue Pharma L.P. et al | Norton City | Virginia | |
| AP | Lee County, Virginia v. Purdue Pharma, L.P. et al | Lee County | Virginia | |
| AP | Dickenson County v. Purdue Pharma, L.P. et al | Dickenson County | Virginia | |
| AP | Washington County, Virginia v. Purdue Pharma, L.P. et al | Washington County | Virginia | |
| AP | Cumberland County v. Purdue Pharma LP et al | Cumberland County | Maine | /s/ |
| AP | County of Ionia, Michigan v. Purdue Pharma L.P., et al | Ionia County | Michigan | /s/ |
| AP | County of Livingston, Michigan v. Purdue Pharma, Inc., et al | Livingston County | Michigan | /s/ |
| AP | Board of County Commissioners of the County of Lea v. AmerisourceBergen Drug Corporation et al | Lea County | New Mexico | |
| AP | City of Tucson v. Purdue Pharma LP et al | Tucson city | Arizona | |
| AP | County of Pima v. Purdue Pharma LP et al | Pima County | Arizona | |
| AP | Page County v. Purdue Pharma, L.P. et al | Page County | Virginia | |
| | Town of Warren v. Amerisourcebergen Drug | Warren Town | Rhode Island | |

| | | | |
|---|---|---|---|
| ...of Catron v. AmerisourceBergen Drug Corporation et al | Catron County | New Mexico | /s/ |
| Board of County Commissioners of the County of Cibola v. AmerisourceBergen Drug Corporation et al | Cibola County | New Mexico | /s/ |
| Board of County Commissioners of the County of Sierra v. AmerisourceBergen Drug Corporation et al | Sierra County | New Mexico | /s/ |
| Board of County Commissioners of the County of Socorro v. AmerisourceBergen Drug Corporation et al | Socorro County | New Mexico | /s/ |
| Board of County Commissioners of the County of Valencia v. AmerisourceBergen Drug Corporation et al | Valencia County | New Mexico | /s/ |
| Richland County South Carolina v. Purdue Pharma LP et al | Richland County | South Carolina | /s/ |
| City of Woonsocket, Rhode Island v. Amerisourcebergen Drug Corporation et al | Woonsocket City | Rhode Island | /s/ |
| Sarasota County, Florida v. Purdue Pharma L.P. et al | Sarasota County | Florida | /s/ |
| Guilford County v. AmerisourceBergen Drug Corporation et al | Guilford County | North Carolina | /s/ |
| Lafayette County, Mississippi v. Amerisourcebergen Drug Corporation et al | Lafayette County | Mississippi | /s/ |
| Granville County v. AmerisourceBergen Drug Corporation et al | Granville County | North Carolina | /s/ |
| Roseau County v. Purdue Pharma L.P. et al | Roseau County | Minnesota | /s/ |
| Durham County v. AmerisourceBergen Drug Corporation et al | Durham County | North Carolina | /s/ |
| Aroostook Band of Micmacs v. AmerisourceBergen Drug Corporation et al | Aroostook Band of Micmacs | Maine | /s/ |
| Lower Brule Sioux Tribe v. AmerisourceBergen Drug Corporation et al | Lower Brule Sioux Tribe | South Dakota | /s/ |
| Board of County Commissioners for San Miguel County v. Purdue Pharma L.P. et al. | San Miguel County | New Mexico | /s/ Fe |
| Orange County Indiana v. Purdue Pharma L.P. et al | Orange County | Indiana | /s/ V |
| White Earth Nation v. Amerisourcebergen Drug Corporation et al | White Earth Nation | Minnesota | /s/ |
| Snohomish County v. Purdue Pharma LP et al | Snohomish County | Washington | /s/ C |
| Boone County, Missouri v. Purdue Pharma L.P. et al | Boone County | Missouri | /s/ |
| Douglas County, Missouri v. Purdue Pharma L.P. et al | Douglas County | Missouri | /s/ |
| Shannon County, Missouri v. Purdue Pharma L.P. et al | Shannon County | Missouri | /s/ |
| Pettis County, Missouri v. Purdue Pharma L.P. et al | Pettis County | Missouri | /s/ |
| Forsyth County, Georgia v. Purdue Pharma L.P. ... | Forsyth County | Georgia | /s/ |

| | | | |
|---|---|---|---|
| AP | Quapaw Tribe of Oklahoma v. AmerisourceBergen Drug Corporation et al | Quapaw Tribe of Oklahoma | Oklahoma | /s/ |
| AP | Board of County Commissioners of the County of Lincoln, New Mexico v. AmerisourceBergen Drug Corporation et al | Lincoln County | New Mexico | /s/ |
| AP | City of Richmond v. AmerisourceBergen Drug Corporation et al | Richmond City | Virginia | /s/ |
| AP | Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation et al | Pearl River County | Mississippi | /s/ |
| AP | DeSoto County, Mississippi v. Amerisourcebergen Drug Corporation et al | Desoto County | Mississippi | /s/ |
| AP | Leflore County, Mississippi v. Amerisourcebergen Drug Corporation et al | Leflore County | Mississippi | /s/ |
| AP | Bladen County v. AmerisourceBergen Drug Corporation et al | Bladen County | North Carolina | /s/ |
| AP | County of Calhoun v. Purdue Pharma L.P. et al | Calhoun County | Michigan | /s/ |
| AP | County of Kalamazoo v. Purdue Pharma L.P. et al | Kalamazoo County | Michigan | /s/ |
| AP | St. Johns County, Florida v. Purdue Pharma L.P. et al | St Johns County | Florida | / |
| AP | City of New Bedford et al v. Amerisourcebergen Drug Corporation et al | New Bedford City | Massachusetts | /s/ |
| AP | Morgan County Fiscal Court v. Amerisourcebergen Drug Corporation et al | Morgan County | Kentucky | /s/ |
| AP | County of Yuma v. Purdue Pharma LP et al | Yuma County | Arizona | |
| AP | Franklin County, Mississippi v. Amerisourcebergen Drug Corporation et al | Franklin County | Mississippi | /s/ |
| AP | Lytton Band of Pomo Indians v. Amerisourcebergen Drug Corporation et al | Lytton Band of Pomo Indians | California | /s/ |
| AP | Sampson County v. AmerisourceBergen Drug Corporation et al | Sampson County | North Carolina | /s/ |
| AP | City of Port St. Lucie, Florida v. Purdue Pharma L.P. et al | Port St. Lucie City | Florida | / |
| AP | Board of Commissioners of Leavenworth County, Kansas v. AmerisourceBergen Drug Corporation et al | Leavenworth County | Kansas | /s/ |
| AP | County Commissioners of Calvert County, Maryland v. Purdue Pharma L.P. et al | Calvert County | Maryland | / |
| AP | Alamance County v. AmerisourceBergen Drug Corporation et al | Alamance County | North Carolina | /s/ |
| AP | City of Clarksdale v. Purdue Pharma L.P. et al | Clarksdale City | Mississippi | / |
| AP | City of Bismarck v. Purdue Pharma L.P. et al | Bismarck City | North Dakota | / |
| AP | Williams County v. Purdue Pharma L.P. et al | Williams County | North Dakota | / |
| AP | Grand Forks County v. Purdue Pharma L.P. et al | Grand Forks County | North Dakota | |
| AP | St. Lucie County, Florida v. Purdue Pharma L.P. et al | St Lucie County | Florida | |
| AP | Claiborne County, Tennessee v. Amerisourcebergen Drug Corporation et al | Claiborne County | Tennessee | |

| | | | | |
|---|---|---|---|---|
| AP | Northumberland County, Virginia v. Purdue Pharma L.P. et al | Northumberland County | Virginia | |
| AP | Strafford County v. Purdue Pharma L.P. et al | Strafford County | New Hampshire | /s/ R |
| AP | City of Claremont, NH v. Purdue Pharma L.P. et al | Claremont City | New Hampshire | /s/ R |
| AP | Grafton County v. Purdue Pharma L.P. et al | Grafton County | New Hampshire | /s/ R |
| AP | Halifax County, Virginia v. Purdue Pharma, L.P. et al | Halifax County | Virginia | |
| AP | City of Lexington, Virginia v. Purdue Pharma L.P. et al | Lexington City | Virginia | |
| AP | Rockbridge County, Virginia v. Purdue Pharma, L.P. et al | Rockbridge County | Virginia | |
| AP | Roanoke County, Virginia v. Purdue Pharma L.P. et al | Roanoke County | Virginia | |
| AP | City of Roanoke, Virginia v. Purdue Pharma L.P. et al | Roanoke City | Virginia | |
| AP | City of Salem, Virginia v. Purdue Pharma L.P. et al | Salem City | Virginia | |
| AP | Floyd County, Virginia v. Purdue Pharma L.P. et al | Floyd County | Virginia | |
| AP | Alleghany County, Virginia v. Purdue Pharma L.P. et al | Alleghany County | Virginia | /s |
| AP | Franklin County, Virginia v. Purdue Pharma L.P. et al | Franklin County | Virginia | |
| AP | Madison County, Virginia v. Purdue Pharma L.P. et al | Madison County | Virginia | |
| AP | Rockingham County v. Purdue Pharma L.P. et al | Rockingham County | New Hampshire | /s/ R |
| AP | Belknap County v. Purdue Pharma L.P. et al | Belknap County | New Hampshire | /s/ R |
| AP | Cheshire County v. Purdue Pharma L.P. et al | Cheshire County | New Hampshire | /s/ R |
| AP | Town of Belmont, NH v. Purdue Pharma L.P. et al | Belmont Town | New Hampshire | /s/ R |
| AP | City of Chesapeake, Virginia v. Actavis, LLC et al | Chesapeake City | Virginia | |
| AP | Accomack County, Virginia v. Purdue Pharma, L.P. et al | Accomack County | Virginia | |
| AP | City of Bristol, Virginia v. Purdue Pharma L.P. et al | Bristol city | Virginia | |
| AP | Louisa County, Virginia v. Purdue Pharma L.P., et al | Louisa County | Virginia | |
| AP | City of Westminster et al v. Purdue Pharma L.P. et al | Westminster city | California | /s |
| AP | City of Irvine et al v. Purdue Pharma L.P. et al | Irvine city | California | /s |
| AP | LaMoure County v. Purdue Pharma L.P. et al | La Moure County | North Dakota | |
| AP | Fairfax County Board Of Supervisors v. Purdue Pharma, L.P. et al | Fairfax County | Virginia | |
| AP | City Of San Jose v. Amerisourcebergen Drug Corporation et al | San Jose City | California | |

| Greensville County, VA v. Purdue Pharma, L.P. et al | Greensville County | Virginia | |
| Culpeper County, Virginia v. Purdue Pharma L.P. et al | Culpeper County | Virginia | |
| Charlotte County, Virginia v. Purdue Pharma L.P. et al | Charlotte County | Virginia | |
| County of Kauai v. CVS Health Corporation, et al. | Kauai County | Hawaii | /s/ |
| Okaloosa County, FL v. Teva Pharmaceuticals USA Inc. et al | Okaloosa County | Florida | /s/ |
| Mayflower Municipal Health Group et al v. Johnson & Johnson et al | Mayflower Municipal Health Group et al | Massachusetts | /s/ |
| City of Fredericksburg, Virginia v. Purdue Pharma, L.P. et al | Fredericksburg City | Virginia | |
| The School Board of Miami-Dade County, Florida v. Endo Health Solutions, Inc. | Miami-Dade County Public School District | Florida | |
| Dickey County v. Teva Pharmaceuticals USA, Inc. et al | Dickey County | North Dakota | |
| Board of County Commissioners of the County of Mesa v. Sackler et al | Mesa County | Colorado | |
| City of Norfolk, VA v. AmerisourceBergen Drug Corporation et al | Norfolk City | Virginia | /s/ |
| Prince George County, Virginia v. Purdue Pharma, L.P. et al | Prince George County | Virginia | |
| Town of Southampton, NY v. McKesson Corporation et al | Southampton Town | New York | / |
| County of Freestone v. Purdue Pharma L.P., et al | Freestone County | Texas | /s/ |
| Town of Andover v. Teva Pharmaceuticals USA Inc et al | Andover Town | Massachusetts | /s/ |
| Town of Brookhaven, NY v. McKesson Corporation et al | Brookhaven Town | New York | |
| Incorporated Village of Hempstead, NY v. McKesson Corporation et al | Hempstead Village | New York | / |
| Town of Smithtown, NY v. McKesson Corporation et al | Smithtown Town | New York | / |
| Town of Hempstead, NY v. McKesson Corporation et al | Hempstead Town | New York | |
| Town of Huntington, NY v. McKesson Corporation et al | Huntington Town | New York | / |
| Town of Oyster Bay, NY v. McKesson Corporation et al | Oyster Bay Town | New York | / |
| The Board of Education of the City of Chicago, School District No. 299 v. Cephalon, Inc. et al | District 299 | Illinois | / |
| Town of North Hempstead, NY v. McKesson Corporation et al | North Hempstead Town | New York | |
| City of Bayonne, New Jersey v. McKesson Corporation et al | Bayonne City | New Jersey | |
| City of Elizabeth, New Jersey v. McKesson | Elizabeth City | New Jersey | |

| | AmerisourceBergen Drug Corporation et al | Atlantic County | New Jersey | |
|---|---|---|---|---|
| AP | Town of Clinton, MA v. Amerisourcebergen Drug Corporation et al | Clinton Town | Massachusetts | /s/ |
| AP | City of Clifton, New Jersey v. McKesson Corporation et al | Clifton City | New Jersey | / |
| AP | Town of Islip, NY v. McKesson Corporation et al | Islip Town | New York | / |
| AP | Town of Clarkstown, NY v. McKesson Corporation et al | Clarkstown Town | New York | / |
| AP | City of Spokane v. Endo Health Solutions Inc et al | Spokane City | Washington | |
| AP | City of Buffalo v. Purdue Pharma L.P. et al | Buffalo City | New York | /s/ |
| AP | The City of Ormond Beach, Florida v. Amerisourcebergen Drug Corporation et al | Ormond Beach City | Florida | /s/ |
| AP | Coos County et al v. Teva Pharmaceuticals USA, Inc. et al | Coos County | New Hampshire | /s/ R |
| AP | Carroll County v. Teva Pharmaceuticals USA, Inc. et al | Carroll County | New Hampshire | /s/ R |
| AP | Livingston Parish v. Teva Pharmaceutical Industries, Ltd. et al | Livingston Parish | Louisiana | /s/ D |
| AP | City of Espanola, New Mexico v. AmerisourceBergen Drug Corporation et al | Española City | New Mexico | /s/ |
| AP | Patrick County, Virginia v. Purdue Pharma, L.P. et al | Patrick County | Virginia | / |
| AP | Shenandoah County, Virginia v. Purdue Pharma, L.P. et al | Shenandoah County | Virginia | / |
| AP | City of Waynesboro, Virginia v. Purdue Pharma, L.P. et al | Waynesboro City | Virginia | / |
| AP | Cumberland County, Virginia v. Purdue Pharma, L.P. et al | Cumberland County | Virginia | / |
| AP | City of Radford, Virginia v. Purdue Pharma, L.P. et al | Radford City | Virginia | / |
| AP | County of Ocean, New Jersey v. Purdue Pharma L.P. et al | Ocean County | New Jersey | / |
| AP | City of Poughkeepsie v. Purdue Pharma L.P. et al | Poughkeepsie city | New York | /s/ |
| AP | Clark County v. Purdue Pharma, L.P. et al | Clark County | Nevada | /s/ |
| AP | Howard County, Maryland v. Teva Pharmaceuticals USA, Inc., et al | Howard County | Maryland | / |
| AP | City of Pontiac, Michigan v. AmerisourceBergen Drug Corporation et al | Pontiac City | Michigan | /s/ |
| AP | City of Emporia, Virginia v. Purdue Pharma L.P. et al | Emporia City | Virginia | / |
| AP | Village of Pleasant Prairie Wisconsin v. AmerisourceBergen Drug Corporation et al | Pleasant Prairie Village | Wisconsin | /s/ |
| AP | City of Kenosha, Wisconsin v. AmerisourceBergen Drug Corporation et al | Kenosha City | Wisconsin | /s/ |
| AP | County of Hawaii v. Endo Health Solutions Inc. et al | Hawaii County | Hawaii | / |

| | | | | |
|---|---|---|---|---|
| AP | County of Alameda et al v. Richard S. Sackler et al | Costa Mesa City | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | La Habra city | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | La Mesa city | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | Oxnard city | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | Placentia city | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | San Clemente city | California | /s |
| AP | County of Alameda et al v. Richard S. Sackler et al | Santa Ana city | California | /s |
| AP | The Fiscal Court of Adair County v. AmerisourceBergen Drug Corporation et al | Adair County | Kentucky | /s |
| AP | City of Henderson v. Purdue Pharma L.P. et al | Henderson City | Kentucky | /s/ M |
| AP | Hardin County Fiscal Court et al v. Purdue Pharma L.P. et al | Ohio County | Kentucky | /s/ M |
| AP | Botetourt County, Virginia v. Mallinckrodt PLC et al | Botetourt County | Virginia | |
| AP | Williams v. AmerisourceBergen Drug Corporation et al | Williams | North Carolina | /s |
| AP | Stevens v. AmerisourceBergen Drug Corporation et al | Stevens | North Carolina | /s |
| AP | Leysen v. AmerisourceBergen Drug Corporation et al | Leysen | North Carolina | /s |
| AP | Rapides Parish Police Jury v. AmerisourceBergen Drug Corp et al | Rapides Parish | Louisiana | /s |
| AP | King and Queen County, VA v. Mallinckrodt, PLC, et al | King And Queen County | Virginia | |
| AP | City of Fullerton et al v. Cephalon Inc. et al | Fullerton City | California | /s |
| AP | Northampton County, VA v. Mallinckrodt, PLC | Northampton County | Virginia | |
| AP | Isle Of Wight County v. Mallinckrodt, PLC | Isle Of Wight County | Virginia | |
| AP | The People of the State of Illinois et al v. Teva Pharmaceutical Industries, Ltd. et al | Sangamon County | Illinois | /s |
| AP | City of Buena Vista, Virginia v. Mallinckrodt PLC et al | Buena Vista City | VIrginia | |
| AP | Henrico County, VA v. Mallinckrodt PLC et al | Henrico County | Virginia | |
| AP | Chesterfield County, VA v. Mallinckrodt PLC et al | Chesterfield County | Virginia | |
| AP | Mecklenburg County, VA v. Mallinckrodt PLC et al | Mecklenburg County | Virginia | |
| AP | Goochland County, VA v. Mallinckrodt, PLC et al | Goochland County | Virginia | |
| AP | City of Winchester, Virginia v. Mallinckrodt PLC et al | Winchester City | Virginia | |

| | | | | |
|---|---|---|---|---|
| AP | Ard v. Teva Pharmaceuticals USA, Inc. et al | Sheriff Of Livingston Parish | Louisiana | /s/ D |
| AP | City of Daphne, Alabama v. Amneal Pharmaceuticals, LLC et al | Daphne City | Alabama | /s/ N |
| AP | Frederick County, Virginia v. Mallinckrodt PLC et al | Frederick County | Virginia | |
| AP | City of Lakeport et al v. Amerisourcebergen Drug Corporation et al | Lakeport City | California | /s/ |
| AP | City of Dublin et al v. Cephalon, Inc. et al | Dublin City | California | /s/ |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Attalla city | Alabama | /s/ N |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Camp Hill town | Alabama | /s/ N |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Cedar Bluff town | Alabama | /s/ N |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Centre city | Alabama | /s/ N |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Fultondale city | Alabama | /s/ N |
| AP | Fultondale, Alabama, City of et al v. Amneal Pharmaceuticals LLC et al | Graysville city | Alabama | /s/ N |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Baltimore City Board of School Commissioners | Maryland | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Bangor School Department | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Cape Elizabeth School District | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | East Aurora Public Schools | Illinois | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Ellsworth School Department | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Joliet Public School District (District 86) | Illinois | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Joliet Township High School District (District 204) | Illinois | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine Regional "RSU" 10 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 13 | Maine | |
| | Board of Education of Thornton Township High | | | |

| | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 40 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 50 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 57 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 60 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 71 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine RSU 9 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 15 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 35 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 44 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 53 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 55 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 6 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 61 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD 72 | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine SAD28/Five Town | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Maine School Administrative District ("SAD") 11 | Maine | |

| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Scarborough School Department | Maine | |
| --- | --- | --- | --- | --- |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | South Portland School Department | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | St. George Municipal School District | Maine | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Thornton Fractional High Schools | Illinois | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Thornton Township High Schools | Illinois | |
| AP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Waterville School Department | Maine | |
| AP | City of Auburn, Alabama v. Amerisourcebergen Drug Corporation et al | Auburn City | Alabama | /s/ |
| AP | Dinwiddie County v. Mallinckrodt, PLC et al | Dinwiddie County | Virginia | |
| AP | City of Las Cruces, New Mexico v. AmerisourceBergen Drug Corporation et al | Las Cruces City | New Mexico | /s/ |
| AP | County Board of Arlington County, Virginia v. Mallinckrodt PLC, et al | Arlington County | Virginia | |
| AP | City of Niceville Florida v. AmerisourceBergen Drug Corporation et al | Niceville City | Florida | /s/ |
| AP | Russell, KY et al v. Abbott Laboratories et al | Russell City | Kentucky | /s/ M |
| AP | Village of Lexington v. Actavis LLC et al | Lexington Village | Ohio | /s/ |
| AP | Threadgill v. McKesson Corporation et al | Threadgill | Washington | /s |
| AP | Vincent v. McKesson Corporation et al | Vincent | Kentucky | /s |
| AP | Rubin v. McKesson Corporation et al | Rubin | New York | /s |
| AP | Rubin v. McKesson Corporation et al | Rubin | New York | /s |
| AP | Rubin v. McKesson Corporation et al | Rubin | New York | /s |
| AP | Farrell v. McKesson Corporation et al | Farrell | Pennsylvania | /s |
| AP | Funston v. McKesson Corporation et al | Funston | Missouri | /s/ Pa |
| AP | Burcham v. McKesson Corporation et al | Burcham | Indiana | /s |
| AP | Moser et al v. McKesson Corporation et al | Moser et al | Florida | /s/ Pa |
| AP | Aanestad v. McKesson Corporation et al | Aanestad | California | /s |
| AP | Rowaihy v. McKesson Corporation et al | Rowaihy | Missouri | /s |
| AP | Calkins v. McKesson Corporation et al | Calkins | Missouri | /s |
| AP | Carpenter v. McKesson Corporation et al | Carpenter | Maryland | /s |
| AP | Chapman v. McKesson Corporation et al | Chapman | Alabama | /s |
| AP | Covington v. McKesson Corporation et al | Covington | Missouri | /s |
| AP | Creech v. McKesson Corporation et al | Creech | New Mexico | /s |
| AP | Board of County Commissioners of the County of Torrance v. Allergan PLC et al | TORRANCE COUNTY | New Mexico | |
| AP | County of Coryell v. Walgreens Co. et al | Coryell County | Texas | /s/ |
| AP | County of Kendall v. Walgreens Co. et al | Kendall County | Texas | /s/ |