# EXHIBIT 4

**Ex. 4 - Plaintiffs Correcting Case Information from Dkt. #5547-1, #5548-1**

| Original Case Number | Original Case Caption | Original Plaintiff Name | Original State | Correct Case Number | Correct Case Caption | Correct Plaintiff Name | Correct State | Signed By |
|---|---|---|---|---|---|---|---|---|
| 1:19-op-45728-DAP | City of San Clemente et al v. Purdue Pharma L.P. et al | San Clemente city | California | 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | (no change) | (no change) | /s/ Anne Andrews |
| 1:19-op-45736-DAP | City of Costa Mesa et al v. Purdue Pharma L.P. et al | Costa Mesa city | California | 1:20-op-45055-DAP | County of Alameda et al v. Richard S. Sackler et al | (no change) | (no change) | /s/ Anne Andrews |
| 1:19-op-46042-DAP | The Board of Education of the City of Chicago, School District No. 299 v. Cephalon, Inc. et al | Joliet Public Schools | Illinois | 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Joliet Township High School District (District 204) | (no change) | /s/ Cyrus Mehri |
| 1:19-op-46042-DAP | The Board of Education of the City of Chicago, School District No. 299 v. Cephalon, Inc. et al | Miami-Dade County Public School District | Florida | 1:19-op-45913-DAP | The School Board of Miami-Dade County, Florida v. Endo Health Solutions, Inc. | (no change) | (no change) | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Joliet Public Schools | Illinois | (no change) | (no change) | Joliet Public School District (District 86) | (no change) | /s/ Cyrus Mehri |
| 1:20-op-45281-DAP | Board of Education of Thornton Township High Schools, District 205 et al v. Cephalon, Inc. et al | Mason County Public Schools | Maine | (no change) | (no change) | (no change) | West Virginia | /s/ Cyrus Mehri |