# EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Cases listed in Exhibits 1-2 | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF RACHEL KLINK
IN SUPPORT OF REPLY IN RESPONSE TO THE PBMS' JOINT OPPOSITION TO
MOTIONS FOR LEAVE TO AMEND**

1

I, Rachel Klink, declare as follows:

1. I am the Supervisor for Litigation Technology at the law firm Motley Rice, LLC. I work under the supervision of Motley Rice attorneys, including Joseph F. Rice, who is one of the Co-Lead Counsel for Plaintiffs in this MDL. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. As part of my responsibilities at Motley Rice for this litigation, I operate a database for Plaintiffs' counsel that, among other things, tracks productions by each Defendant, including information relating to the number of documents and pages produced by each Defendant and the date of each production.

3. I consulted Plaintiffs' production tracking database to identify the number of documents and pages produced prior to March 2019.

4. According to that database, prior to March 2019, Defendants had collectively produced 21,319,642 documents in the MDL consisting of 121,320,729 pages. Of those, 6,928,638 were documents consisting of 50,713,012 pages that were produced by Purdue Pharma, L.P.

***

I declare that the foregoing is true and correct, and that this declaration was executed in Mt. Pleasant, South Carolina on this 28th day of August, 2025.

By:    */s/ Rachel Klink*
        Rachel Klink

1