# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Lee County v. Purdue Pharma L.P.*, No. 1:19-op-45671 | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF JOHN W. RAGGIO**
**IN SUPPORT OF REPLY IN RESPONSE TO THE PBMS' JOINT OPPOSITION TO**
<u>**MOTIONS FOR LEAVE TO AMEND**</u>

1

I, John W. Raggio, declare as follows:

1. I am a partner and General Counsel of the law firm Nachawati Law Group, and my law firm represents Plaintiff Lee County, Florida in *Lee County v. Purdue Pharma L.P.*, No. 1:19-op-45671 (N.D. Ohio). I am a member in good standing of the bars of the States of Texas, Florida, California, and Missouri, as well as the United States District Courts for the Northern, Eastern, and Western Districts of Texas. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. On June 28, 2024, I informed my client Lee County via email about the final opportunity to amend its pleadings in this MDL. This communication did not directly discuss the Pharmacy Benefit Manager Defendants (PBMs).

3. On July 2, 2024, Lee County responded by email that it declined to add additional defendants.

4. Between July 2, 2024 and July 5, 2024, I provided Lee County with additional information regarding potential additional defendants not referenced in my June 28, 2024 correspondence, including the PBMs.

5. On July 8, 2024, Lee County responded by email, stating: "We elect to amend the complaint to add the additional defendants."

6. Attached hereto as Exhibit A is a true and correct copy of the email sent by Andrea Fraser, Lee County's Deputy County Attorney to me on July 8, 2024, so stating.

7. Lee County later received a public-records request from the PBMs. In response to the PBMs' public-records request, Lee County initially produced the July 2, 2024 email in which the County had previously declined to add additional defendants, but inadvertently did not produce the July 8, 2024 email in which it subsequently authorized the addition of more defendants, including the PBMs.

2

8.     Lee County produced the July 8, 2024 email attached hereto to the PBMs, as a supplemental production in response to the PBMs' public-records request, on August 25, 2025.

***

I declare that the foregoing is true and correct, and that this declaration was executed in Dallas, Texas on this 29th day of August, 2025.

By: _____
John W. Raggio