# EXHIBIT A
# to EXHIBIT 6

**From:** Fraser, Andrea <AFraser@leegov.com>
**Sent:** Monday, July 8, 2024 7:26 AM
**To:** John Raggio <jraggio@ntrial.com>
**Cc:** Naomie Saint-Sume <nsaintsume@ntrial.com>; Matthew Vinson <MVinson@lawyerworks.com>
**Subject:** RE: Opioid Litigation - Notification Regarding Final Opportunity to Amend Pleadings

This message originated from outside your organization

Good morning Mr. Raggio.  We elect to amend the complaint to add the additional defendants.  Thank you.

Andrea R. Fraser
Deputy County Attorney
2115 Second Street
Fort Myers, FL 33901
afraser@leegov.com
(239) 533-2236
(239) 485-2106 (fax)