# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| *Cases listed in Exhibits 1-2* | |

### NOTICE OF FILING CORRECTED EXHIBITS 1-3 TO PLAINTIFFS' REPLY IN RESPONSE TO PBMS' JOINT OPPOSITION TO MOTION FOR LEAVE TO AMEND

Please take notice that Exhibits 1-3 of Plaintiffs' Reply in Response to PBMs' Joint Opposition to Motion for Leave to Amend filed today, docket number 6257, experienced formatting problems and are attached hereto in the correct format.

Dated:  August 29, 2025                              Respectfully submitted,

                                                                       Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Avenue, Suite 201
San Juan, PR  00918
(304)654-8281
paul@farrellfuller.com
*Plaintiffs' Co-Lead Counsel*

          */s/ Peter H. Weinberger*
          Peter H. Weinberger (0022076)
          SPANGENBERG SHIBLEY & LIBER
          1001 Lakeside Avenue East, Suite 1700
          Cleveland, OH 44114
          (216) 696-3232
          (216) 696-3924 (Fax)
          pweinberger@spanglaw.com
          *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

          */s/ Peter H. Weinberger*
          Peter H. Weinberger