UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*Jefferson County Alabama et al v. Purdue Pharma L.P. et al*, Case No. 1:18-op-45558-DAP<br><br>*Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al.*, 1:20-op-46163-DAP | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**PROPOSED CASE MANAGEMENT ORDER FOR JOHN KAPOOR BELLWETHER TRACKS** |

On May 7, 2025, the Court set forth the process by which Defendant Dr. John Kapoor ("Kapoor") and Plaintiffs would select two bellwether cases involving Kapoor. See *Minute Order* dated May 7, 2025. Pursuant to the Order, on May 19, 2025, Plaintiffs and Kapoor filed their *Notices of Selection*. See Docs. 6154 and 6155. On May 22, 2025, Plaintiffs and Kapoor filed their *Notices to Strike*. See Docs. 6159 and 6160. The bellwether cases were thereby identified as Jefferson County Alabama et al v. Purdue Pharma L.P. et al, Case No. 1:18-op-45558-DAP and Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al., 1:20-op-46163-DAP. ("Bellwether Cases")

Pursuant to the Order, by June 4, 2025, the Parties were to file an agreed case management order setting forth an appropriate litigation schedule. After two extensions granted, the Court issued a subsequent Order on August 4, 2025, requiring the Parties to file an agreed Case Management Order setting forth the litigation schedule by September 3, 2025.

Having met and conferred in compliance with the Court's Order, Dr. Kapoor cannot agree in good faith to Plaintiff's proposed CMO because he is in the process of retaining lead trial counsel for the MDL matters. Dr. Kapoor anticipates that a substitution of counsel will be filed in

the coming weeks, and that new counsel will work with Plaintiffs' counsel to finalize the scheduling order. New trial counsel will need time to prepare for trial, given that he has not been involved in prior proceedings to date, and his availability for pretrial proceedings and trial on the dates proposed is not yet known.

**IT IS SO ORDERED.**

                                                                             _____

                                                                             **DAN AARON POLSTER**
                                                                             **UNITED STATES DISTRICT JUDGE**