# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>City of Buffalo v. Purdue Pharma, L.P.<br>Civil Action No. 1:19-op-46104<br><br>Allegheny County v. Purdue Pharma, L.P., et al.<br>Civil Action No. 1:19-op-46151 | CASE NO: 1:17-MD-2804<br><br>JUDGE POLSTER |

## VALUE DRUG COMPANY'S
## SELECTION OF POTENTIAL BELLWETHER CASES

Pursuant to this Honorable Court's Minute Order on May 28, 2025, and the one-week extension provided by this Honorable Court on August 26, 2025, Defendant, Value Drug Company, selects and lists the following two (2) potential bellwether cases involving Value Drug Company:

1. City of Buffalo v. Purdue Pharma, L.P., et al. – Civil Action No. 1:19-op-46104, U.S. District Court for the Northern District of Ohio; and

2. Allegany County v. Purdue Pharma, L.P. et al. – Civil Action No. 1:19-op-46151, U.S. District Court for the Northern District of Ohio.

                                                s/Christopher J. Davis
                                                Christopher J. Davis, Esquire
                                                Sherrard, German & Kelly P.C.
                                                535 Smithfield Street, Suite 300
                                                Pittsburgh, PA  15222
                                                Email: Chris.Davis@sgkpc.com
                                                (412) 355-0200
                                                *Attorney for Defendant,*
                                                *Value Drug Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2025, the foregoing document was electronically filed with the Clerk of the Court, to be served by the Court's electronic notification system upon all attorneys of record.

s/Christopher J. Davis

4906-9352-5349, v. 1