UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Exhibit A* | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

PLAINTIFFS' BELLWETHER SELECTION SUBMISSION REGARDING VALUE DRUG

In accordance with the Court's Order Setting Bellwether Process for Defendant Value Drug, Plaintiffs identify the following two cases as bellwether selections:

- *District Attorney of Clearfield Co. v Purdue Pharma L.P.*, et al., 1:21-op-45022-DAP, PA State Court No. 2020-1026-CD

- *City of Buffalo v. Purdue Pharma L.P. et al*, 1:19-op-46104-DAP

Plaintiffs reserve all rights, claims and objection with respect to the above-listed cases and the cases to be proposed by Value Drug.

Dated: September 3, 2025

NAPOLI SHKOLNIK

/s/_____
Shayna E. Sacks
360 Lexington Avenue, 11th Floor
New York, New York 10017
Tele: (212) 397-1000
Fax: (646) 843-7619
Email: *SSacks@NapoliLaw.com*

BALDANTE & RUBENSTEIN PC

*/s/ Gabriel C. Magee*

1

Gabriel C. Magee
1845 Walnut St, Ste 1300
Phila, PA 19103
89 N. Haddon Ave, Ste D
Haddonfield, NJ 08033
Tele: 800.601.1616, ext. 1019
Fax: 215.545.2642
Email: *magee@BRattorneys.com*