## **EXHIBIT A**

- *County of Trumbull v. Purdue Pharma L.P*. et al, 1:18-op-45079-DAP;
- *City of Warren v. Purdue Pharma L.P. et al*, 1:18-op-45434-DAP;
- *County of Kauai v. CVS Health Corporation*, et al, 1:19-op-45862-DAP;
- *Allegany County v. Purdue Pharma L.P. et al*, 1:19-op-46151-DAP;
- *City of Buffalo v. Purdue Pharma L.P. et al*, 1:19-op-46104-DAP;
- *District Attorney of Clearfield Co. v. Purdue Pharma L.P. et al*, 1:21-op-45022-DAP;
- *Palm Beach County v. Purdue Pharma L.P. et al*, 1:18-op-46121-DAP