No. 25-3429

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Sep 5, 2025
KELLY L. STEPHENS, Clerk
```

In re: NATIONAL PRESCRIPTION OPIATE
LITIGATION.

─────────────────────────────

In re: OPTUMRX, INC., et al.,

    Petitioners.

Before: SUTTON, Chief Judge; BOGGS and NORRIS, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Northern District of Ohio at Cleveland.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is DENIED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk