# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### DEFENDANT JOHN KAPOOR'S STATUS REPORT

COMES NOW Defendant John Kapoor ("Dr. Kapoor") and hereby submits his Status Report in advance of the Court's Status Conference scheduled for September 10, 2025. This Status Report pertains to all cases in MDL No. 2804 against Dr. Kapoor. In support of said Status Report, Dr. Kapoor states the following:

1. The parties are currently engaged in ongoing discussions regarding mediation in potential early resolution of all matters in the MDL No. 2804 against Dr. Kapoor, as an alternative to proceeding to trial acknowledging the risk that Plaintiffs may receive no remedy for the alleged harm he/she suffered due either to a judgment rendered in Dr. Kapoor's favor, or Dr. Kapoor having to declare bankruptcy due to his inability to satisfy a large judgment.

2. In addition, Dr. Kapoor cannot agree in good faith to a proposed Case Management Order ("CMO") at this time because he is in the process of interviewing and possibly retaining new lead trial counsel for the MDL matters. Dr. Kapoor anticipates that a substitution of counsel will be filed in the coming weeks and that new counsel will work with Plaintiffs' counsel to finalize the CMO. Necessarily, Dr. Kapoor's new trial counsel, if/when retained, will need time to adequately prepare for trial, given that he has not been involved in prior proceedings to date, and his/her availability for pretrial proceedings and trial on the dates proposed is not yet known.

**[SIGNATURE ON FOLLOWING PAGE.]**

Date:  September 8, 2025

                                              Respectfully submitted,

                                              **ANEJA LAW GROUP**

                                              _/s/ Paras R. Aneja_
                                              Paras R. Aneja
                                              247 W. Congressional Ct.
                                              Vernon Hills, IL - 60061
                                              Telephone:  (224) 639-2439
                                              panejalaw@gmail.com
                                              _Counsel for Defendant John N. Kapoor_

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2025, the foregoing was served/delivered via electronic mail on all attorneys of record.

*/s/ Paras R. Aneja*
Paras R. Aneja
