UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*All Cases Noted on Attached Appendix* | MDL 2804<br><br>Case No. 1:17-md-2804-DAP<br><br>Hon. Dan Aaron Polster |

## STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST THE HENRY SCHEIN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Virginia Subdivisions identified in Appendix A (collectively, "Dismissing Plaintiffs"), and Henry Schein, Inc., General Injectables & Vaccines, Inc., and Insource, Inc. (collectively, "Henry Schein Defendants") that, pursuant to a settlement agreement resolving Dismissing Plaintiffs' claims against the Henry Schein Defendants, all claims of the Dismissing Plaintiffs against the Henry Schein Defendants are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

DATED: September 10, 2025

Respectfully submitted,

Agreed as to form and substance:

*/s/ Kevin Sharp*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Kevin Sharp
ksharp@sanfordheisler.com
Grant Morris
gmorris@sanfordheisler.com
Christine Dunn
cdunn@sanfordheisler.com

Jonathan Tepe
jtepe@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

*/s/ Joanne Cicala*
**CICALA WACKERLY CONROD PLLC**
Joanne Cicala
joanne.cicala@cwc.law
Josh Wackerly
josh.wackerly@cwc.law
Johan Conrod
johan.conrod@cwc.law
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

*/s/ W. Edgar Spivey*
**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey
wespivey@kaufcan.com
Patrick. H. O. Donnell
phodonnell@kaufcan.com
150 W. Main Street, Suite 2100
Norfolk, Virginia 23510-1665
Tel: (757) 624-3196
Fax: (888) 360-9092

*Attorneys for Dismissing Plaintiffs*

*/s/ John P. McDonald*
C. Scott Jones
Texas Bar No. 24012922
*c.scott.jones@troutman.com*
Lauren M. Fincher
Texas Bar No. 24069718
*lauren.fincher@troutman.com*
TROUTMAN PEPPER LOCKE
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

John P. McDonald
Texas Bar No. 13549090
*jpmcdonald.law@outlook.com*
Law Offices of John P. McDonald
6867 Avalon Avenue
Dallas TX 75214
Telephone: 214-673-7476

***Counsel for Defendants Henry Schein, Inc.;
Insource, Inc.; and General Injectables & Vaccines, Inc.***


SO ORDERED this _____ day of _____, 2025.

_____
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Kevin Sharp*
Kevin Sharp