# **APPENDIX A**

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE RELEASED CLAIMS AGAINST THE HENRY SCHEIN DEFENDANTS**

## APPENDIX A

| Dismissing Virginia Subdivision | Case No. |
|---|---|
| Accomack County | 1:19-op-45715-DAP |
| Alexandria City | 1:19-op-45246-DAP |
| Alleghany County | 1:19-op-45700-DAP |
| Amherst County | 1:20-op-45046-DAP |
| Arlington County | 1:21-op-45078-DAP |
| Botetourt County | 1:20-op-45064-DAP |
| Bristol City | 1:19-op-45719-DAP |
| Buena Vista City | 1:20-op-45159-DAP |
| Charlotte County | 1:19-op-45851-DAP |
| Chesapeake City | 1:19-op-45712-DAP |
| Chesterfield County | 1:20-op-45173-DAP |
| Covington City | 1:19-op-45799-DAP |
| Culpeper County | 1:19-op-45849-DAP |
| Cumberland County | 1:19-op-46153-DAP |
| Dickenson County | 1:19-op-45252-DAP |
| Dinwiddie County | 1:20-op-45291-DAP |
| Emporia City | 1:19-op-46850-DAP |
| Fairfax County | 1:19-op-45766-DAP |
| Fairfax City | 1:20-op-45177-DAP |
| Fauquier County | 1:19-op-45686-DAP |
| Floyd County | 1:19-op-45698-DAP |
| Franklin County | 1:19-op-45701-DAP |
| Frederick County | 1:20-op-45233-DAP |
| Fredericksburg City | 1:19-op-45898-DAP |
| Galax City | 1:19-op-45243-DAP |
| Giles County | 1:19-op-45236-DAP |
| Goochland County | 1:20-op-45175-DAP |
| Greensville County | 1:19-op-45848-DAP |
| Halifax County | 1:19-op-45692-DAP |
| Henrico County | 1:20-op-45172-DAP |
| Henry County | 1:19-op-45245-DAP |
| Isle of Wight County | 1:20-op-45145-DAP |
| King and Queen County | 1:20-op-45138-DAP |
| Lee County | 1:19-op-45251-DAP |
| Lexington City | 1:19-op-45693-DAP |
| Loudoun County | 1:19-op-45842-DAP |
| Louisa County | 1:19-op-45720-DAP |

| | |
|---|---|
| Madison County | 1:19-op-45702-DAP |
| Mecklenburg County | 1:20-op-45174-DAP |
| Montgomery County | 1:19-op-45234-DAP |
| Northampton County | 1:20-op-45144-DAP |
| Northumberland County | 1:19-op-45688-DAP |
| Norton City | 1:19-op-45249-DAP |
| Page County | 1:19-op-45275-DAP |
| Patrick County | 1:19-op-46149-DAP |
| Pittsylvania County | 1:19-op-45247-DAP |
| Prince George County | 1:19-op-45929-DAP |
| Prince William County | 1:19-op-45687-DAP |
| Radford City | 1:19-op-46154-DAP |
| Roanoke City | 1:19-op-45696-DAP |
| Roanoke County | 1:19-op-45695-DAP |
| Rockbridge County | 1:19-op-45694-DAP |
| Salem City | 1:19-op-45697-DAP |
| Shenandoah County | 1:19-op-46150-DAP |
| Stafford County | 1:20-op-45178-DAP |
| Washington County | 1:19-op-45254-DAP |
| Waynesboro City | 1:19-op-46152-DAP |
| Winchester City | 1:20-op-45176-DAP |