UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) )  MDL No. 2804 ) ) Case No. 1:17-MD-2804 |
| This document relates to: | ) ) Judge Dan Aaron Polster |
| *All MDL Tribal Cases* | ) ) ) |

### ORDER TO ESTABLISH QUALIFIED SETTLEMENT FUNDS AND APPOINT QSF ADMINISTRATORS

The Plaintiff Tribal Leadership Committee (TLC) appointed by this Court previously entered into a negotiated settlement with the Kroger Co. as further set forth in that certain Kroger Tribal Settlement Agreement (the "Settlement Agreement") dated as of July 17, 2024 between and among the TLC, Participating Tribes, and Kroger (in each case as defined therein), which such Settlement Agreement has now become effective in accordance with its terms. The Settlement Agreement provides for the establishment by this Court of certain settlement trusts, which trusts are intended to be "qualified settlement funds" within the meaning of Section 1.468B-1 et seq. of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended (collectively, the "Qualified Settlement Funds").

Accordingly, the Court hereby ORDERS as follows:

1. In accordance with the terms of the Settlement Agreement, the Kroger Settlement Trust is established as a Qualified Settlement Fund within the meaning of Section 1.468B-1 *et seq.* of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended.

2. Special Master David R. Cohen is hereby appointed to serve as Trustee and QSF Administrator for Kroger Settlement Trust.

3. Also accordance with the terms of the Settlement Agreement, the Tribal Abatement Fund Trust XX is established as a Qualified Settlement Fund within the meaning of Section 1.468B-1 *et seq.* of the Treasury Regulations promulgated under Section 468B of the Internal Revenue Code of 1986, as amended.

4. The QSF Administrator for the Tribal Abatement Fund Trust XX shall be appointed in accordance with the Tribal Abatement Fund Trust XX Trust Agreement.

5. Each of the Qualified Settlement Funds established by this Order is established to resolve or satisfy one or more claims raised in this matter.

6. This Court will have continuing jurisdiction over each of the Qualified Settlement Funds established by this Order.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** September 11, 2025