Case No. 25-3118

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

------------------------------

THIRD PARTY PAYORS:
   Cleveland Bakers and Teamster Health and Welfare Fund; Pipe Fitters Local Union No. 120 Insurance Fund; Pioneer Telephone Cooperative, Inc. Employee Benefits Plan; American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan; Louisiana Assessors' Insurance Fund; Flint Plumbing and Pipefitting Industry Health Care Fund; United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania; Sheet Metal Workers Local No. 25 Health & Welfare Fund

            Plaintiffs - Appellees

CENCORA, INC., f/k/a AmerisourceBergen Corporation; CARDINAL HEALTH, INC.; MCKESSON CORPORATION

             Defendants - Appellees

v.

UNITED HEALTHCARE SERVICES, INC.

            Objector - Appellant

   Upon consideration of the joint stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the joint stipulation is **GRANTED** and the appeal is dismissed.

                                      **ENTERED PURSUANT TO RULE 45(a),**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Kelly L. Stephens, Clerk

Issued:  September 11, 2025