UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) | **JUDGE POLSTER** |
| **THIS DOCUMENT RELATES TO:** "*Kapoor Cases*" | ) ) ) | |
| | ) ) | **ORDER TO APPEAR AND SHOW CAUSE** |

On September 10, 2025, the Court held a Zoom conference with defendant John Kapoor, his attorney Paras Aneja, and counsel for Plaintiffs who have named Kapoor as a defendant in their MDL cases. During that conference, Kapoor stated he wanted to pursue mediation, and agreed to confer with Plaintiffs and come to agreement on a mediator. Kapoor asked for a week to do so. The Court agreed and directed Kapoor to notify the Court on September 17, 2025 at noon on the choice of mediator.

The Court also warned Kapoor – who did not appear on the September 10, 2025 Zoom conference until his counsel called him – that he had an obligation to appear when directed and to pay attention to the litigation. The Court told Kapoor he would be required to appear in person in the future, if he failed to do so.

The Court received no communication from Kapoor on or before the September 17, 2025 deadline. Plaintiffs submitted a notice that they had reached out repeatedly to Kapoor after the September 10, 2025 conference, had offered different choices for mediator, and were met with silence.

Accordingly, the Court rules as follows. Kapoor and his counsel **SHALL APPEAR** in Court in person on October 1, 2025 at 11:15 a.m., and **SHOW CAUSE** why they should not be held in

contempt.

Kapoor shall immediately notify the Court if and when he comes to agreement with Plaintiffs on a mediator.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** September 17, 2025