# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **This document relates to**: | **Case No. 17-MD-2804** |
| Jefferson County Alabama et al v. Purdue Pharma L.P. et al., Case No. 1:18-op-45558-DAP | **Hon. Judge Dan Aaron Polster** |
| Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al., 1:20-op-45163-DAP | |

## NOTICE OF APPEARANCE

Please take notice that: Anthony J. Mahajan of Health Law Alliance LLC enters his Notice of Appearance as counsel for Defendant Dr. John Kapoor in the following cases that are part of MDL No. 2804: (1) Jefferson County Alabama et al v. Purdue Pharma L.P. et al, Case No. 1:18-op-45558-DAP; and (2) Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al., 1:20-op-45163-DAP.

Dated: September 19, 2025                              Respectfully submitted,


                                                       **HEALTH LAW ALLIANCE**

                                                       */s/ Anthony J. Mahajan*
                                                       Anthony J. Mahajan
                                                       51 John F. Kennedy Parkway
                                                       Short Hills, NJ 07078
                                                       Telephone: (800) 345-4125
                                                       Email: amahajan@healthlawalliance.com

                                                       NJ 310902019

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system on September 19, 2025. I further certify that service will be accomplished by the CM/ECF system.


*/s/ Anthony J. Mahajan*
Anthony J. Mahajan