**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** *"All Cases"* | ) ) ) ) ) ) ) | **SPECIAL MASTER COHEN** |
| | | **DISCOVERY RULING NO. 14, PART 37 REGARDING OPTUMRX'S PRIVILEGE CLAIMS** |

**AGENDA ITEM NO. 437**

During discovery in Tracks Twelve and Twenty-two, the OptumRx Defendants (Optum) withheld from production certain documents based on attorney-client privilege and attorney work product protection. The PEC challenged a number of these designations. The parties engaged in a productive meet-and-confer process that narrowed the number of disputed documents from twenty-nine to twenty-three.  Optum has submitted the disputed documents to the Special Master for *in camera* review, and both parties have submitted letter briefs and other materials in support of their positions.[1] Having considered these submissions carefully, the Special Master now rules as follows on the challenged documents.

The Special Master has applied the legal standards and authorities set out in all prior "Discovery Rulings No. 14, Part x," and incorporates them by reference.[2]

---

[1] Letters from Debolina Das to Special Master (July 22, 2025, August 5, 2025); letters from Pearl A. Robertson to Special Master (July 28, 2025, August 12 2025).

[2] *See, e.g.,* docket nos. 1321, 1353, 1359, 1380, 1387, 1395, 1498, 1593, 1610, 1666, 3979, and 5767.

| Document Number | Ruling |
|---|---|
| PL_05077 | Privilege Designation Sustained |
| PL_16063 | Sustained |
| PL_17454 | Overruled |
| PL_18153 | Sustained |
| PL_18157 | Sustained |
| PL_18158 | Sustained |
| PL_18189 | Sustained |
| PL_18190 | Sustained |
| PL_18194 | Sustained |
| PL_18195 | Sustained |
| PL_18196 | Sustained |
| PL_18197 | Sustained |
| PL_18198 | Sustained |
| PL_18199 | Sustained |
| PL_18200 | Sustained |
| PL_18212 | Sustained |
| PL_18213 | Sustained |
| PL_18236 | Overruled |
| PL_18237 | Overruled |
| PL_18238 | Sustained |
| PL_18241 | Sustained |
| PL_18242 | Sustained |
| PL_18245 | Sustained |

Any party choosing to object to any aspect of this Ruling must do so on or before

September 29, 2025.


**RESPECTFULLY SUBMITTED,**

/s/ David R. Cohen
**David R. Cohen**
**Special Master**


**Dated: September 20, 2025**

2