UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | **Judge Dan Aaron Polster** |
| *Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare v. AmerisourceBergen Drug Corp., et al.* | Case No. 18-op-46046 |

## STIPULATION OF DISMISSAL AS TO CVS HEALTH CORPORATION, CVS INDIANA LLC, CVS Rx SERVICES, INC., CVS TN DISTRIBUTION, LLC, CVS ORLANDO FL DISTRIBUTION, LLC, and CVS HEATH SOLUTIONS, LLC

Plaintiff St. Elizabeth and Defendants CVS Pharmacy, Inc., CVS Health Corporation, CVS Indiana, L.L.C., CVS Rx Services, Inc., CVS TN Distribution, L.L.C., CVS Orlando FL Distribution, L.L.C., and CVS Health Solution, L.L.C. hereby stipulate as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and among the undersigned counsel that:  Defendant CVS Health Corporation is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS Indiana, L.L.C. is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS Rx Services, Inc. is hereby dismissed, without prejudice, from the above captioned cause; Defendant CVS TN Distribution, L.L.C. is hereby dismissed, without prejudice, from the above captioned cause; CVS Orlando FL Distribution, L.L.C. is hereby dismissed, with prejudice, from the above captioned cause; and CVS Health Solutions, L.L.C. is hereby dismissed, with prejudice, from the above captioned cause. Each party shall bear its own costs and fees concerning these dismissals.

CVS Health Corporation, CVS Indiana, L.L.C., CVS Rx Services, Inc., and CVS TN Distribution, L.L.C. are hereby referred to as the "Dismissed CVS Entities."

CVS Pharmacy, Inc. agrees and stipulates that it will not dispute liability or damages on the ground that the Dismissed CVS Entities are not named as defendants in *St. Elizabeth*, Case Track 23, and that the dismissal of the Dismissed CVS Entities from this case will not prejudice Plaintiff's ability to seek to collect any judgment from CVS Pharmacy, Inc. and/or the Dismissed CVS Entities that may be entered against CVS Pharmacy, Inc. in this case. CVS Pharmacy, Inc. agrees and stipulates that it will identify, search and produce the records, custodians and custodial files of the Dismissed CVS Entities, and identify and produce for deposition witnesses of the Dismissed CVS Entities, to the extent necessary to make complete responses to discovery requests propounded by Plaintiff to CVS Pharmacy, Inc. in this case, subject to, and without prejudice to, all rights, privileges, and objections of CVS Pharmacy, Inc. or that the Dismissed CVS Entities could assert in responding to discovery if they were parties to the action. The parties agree that this Agreement does not confer jurisdiction on CVS Health Corporation in Kentucky or Ohio, that CVS Health Corporation does not waive its personal jurisdiction defense by entering into this Agreement, and that Plaintiff will not use this Agreement in any respect to assert that jurisdiction lies over CVS Health Corporation in Kentucky or Ohio.

The dismissals as to the Dismissed CVS Entities, CVS Orlando FL Distribution, L.L.C., and CVS Health Solutions, L.L.C. shall be effective upon entry of this stipulation of dismissal when filed with the Court. This agreement is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Pharmacy, Inc., the Dismissed CVS Entities, CVS Orlando FL Distribution, LLC, or CVS Health Solutions, LLC.

Dated: September 22, 2025

*/s/  Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Phone: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

*Counsel for CVS Pharmacy, Inc.*

/s/ Don Barrett
John W. ("Don") Barrett
David McMullan, Jr.
Richard Barrett
Sterling Aldridge
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
saldridge@barrettlawgroup.com

Mathew Klein
Richard G. Meyer
Joey Kramer
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, KY 41011
Tel: (859) 426-2109
Fax: (859) 788-2011
mklein@dbllaw.com
rmeyer@dbllaw.com
jkramer@dbllaw.com

Warren Burns
Darren Nicholson
BURNS CHAREST, LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dnicholson@burnscharest.com

Charles J. LaDuca
David L. Black
Monica Miller
Jennifer E. Kelly
Evelyn Riley
CUNEO GILBERT & LADUCA, LLP
2445 M Street, NW, Ste. 740
Washington, DC 20037

4

Telephone: (202)789-3960
charles@cuneolaw.com
dblack@cuneolaw.com
monica@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

Steve Martino
TAYLOR MARTINO, P.C.
51 St. Joseph St.
Mobile, AL 36602
Telephone: (251) 433-3131
SteveMartino@taylormartino.com

Gary M. Yarborough, Jr.
Yarborough Law Firm, PLLC
P.O. Box 4168
Bay Saint Louis, MS 39521
T. (228) 342-7987
E. gary@yarboroughlaw.co

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                                               */s/ Eric R. Delinsky*
                                                               Eric R. Delinsky