UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** *This document relates to*: *All Cases Noted on Attached Appendix A* | MD No. 2804 Case No. 1:17-MD-2804 JUDGE DAN AARON POLSTER |

**STIPULATION AND [PROPOSED] ORDER
DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO ZYDUS TRIBAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Zydus Pharmaceuticals (USA) Inc. ("Zydus") (collectively and together with the Released Entities, [1] the "Zydus Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Zydus Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Zydus, all Claims of each Dismissing Plaintiff against any Zydus Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Zydus Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Zydus Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A and Exhibit F thereto.

Dated: September 30, 2025                    Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller &
Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

**ZYDUS**

*/s/ Lauren S. Colton*
Lauren S. Colton
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000

Baltimore, MD 21202
Telephone: (410) 659-2733
lauren.colton@hoganlovells.com

**SO ORDERED:**

**Dated:** _____              _____
                                      HON. DAN AARON POLSTER