UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**STIPULATION AND [PROPOSED]
ORDER DISMISSING WITH PREJUDICE CLAIMS
PURSUANT TO TRIBAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Alvogen, Inc. (collectively and together with the Released Entities[1], the "Alvogen Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Alvogen Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Alvogen, Inc., all Claims of each Dismissing Plaintiff against any Alvogen Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Alvogen Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Alvogen Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A and Exhibit F thereto.

Dated: September 30, 2025               Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Sonosky*
Lloyd Miller / Don Simon /
Whitney Leonard
Sonosky, Chambers, Sachse,
Miller & Monkman, LLP

*/s/ Hobbs, Straus, Dean & Walker LLP*
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Robins Kaplan LLP*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Keller Rohrback. L.L.P.*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ Frazer PLC*
T. Roe Frazer
Frazer PLC

*/s/ Levin Papantonio Rafferty*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Lieff Cabraser Heimann & Bernstein LLP*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Skikos, Crawford, Skikos & Joseph LLP*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

ALVOGEN, INC.

*/s/ Craig M. Reiser*
Craig M. Reiser
Axinn, Veltrop & Harkrider LLP

**SO ORDERED:**

Dated: _____  _____
HON. DAN AARON POLSTER