# APPENDIX A

| Tribe Name | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Alaska Native Tribal Health Consortium | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46293-DAP |
| Aleutian Pribilof Islands Association | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:19-op-45024-DAP |
| Apache Tribe of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:2019-op-46119; 5:19-cv-01026 |
| Arctic Slope Native Association | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |
| Bear River Band of the Rohnerville Rancheria, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46362-DAP |
| Bristol Bay Area Health Corporation | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:19-op-46175-DAP |
| Cayuga Nation | New York | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2020-op-45153 |
| Cher-Ae Heights Indian Community of the Trinidad Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:2019-op-45038 |
| Cherokee Nation | Oklahoma | /s/ Fields Han Cunniff PLLC | Fields Han Cunniff PLLC | NDOH | 1:18-OP-45695-DAP |
| Cheyenne and Arapaho Tribes, Oklahoma | Oklahoma | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45231-DAP |
| Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota | South Dakota | /s/ Domina Law Group | Domina Law Group | NDOH | 1:2019-op-45114 |
| Chippewa Cree Indians of the Rocky Boy's Reservation, Montana | Montana | /s/ Skikos | Skikos | NDOH | 1:2019-op-45395 |
| Chitimacha Tribe of Louisiana | Louisiana | /s/ Frazer PLC | Frazer PLC | NDOH | 1:2018-op-45825 |
| Choctaw Nation of Oklahoma | Oklahoma | /s/ Whitten Burrage | Whitten Burrage | NDOH | 1:19-op-45065-DAP 1:20-op-45202-DAP |
| Chugachmiut | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |

| | | | | |
|---|---|---|---|---|
| Cloverdale Rancheria of Pomo Indians of California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-46241-DAP |
| Coeur D'Alene Tribe | Idaho | /s/ Skikos | Skikos | NDOH | 1:2019-op-45115 |
| Comanche Nation, Oklahoma | Oklahoma | /s/ Skikos | Skikos | NDOH | 1:2019-op-45442 |
| Confederated Salish and Kootenai Tribes of the Flathead Reservation | Montana | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45364-DAP |
| Confederated Tribes and Bands of the Yakama Nation | Washington | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:18-op-46202-DAP |
| Confederated Tribes of the Colville Reservation | Washington | /s/ Skikos | Skikos | NDOH | 1:2019-op-45312 |
| Confederated Tribes of the Grand Ronde Community of Oregon | Oregon | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45097-DAP |
| Confederated Tribes of the Umatilla Indian Reservation | Oregon | /s/ Skikos | Skikos | NDOH | 1:18-op-45541-DAP |
| Confederated Tribes of the Warm Springs Reservation of Oregon | Oregon | /s/ Skikos | Skikos | NDOH | 1:2019-op-45069 |
| Copper River Native Association | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |
| Coushatta Tribe of Louisiana | Louisiana | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2019-op-45438 |
| Cow Creek Band of Umpqua Tribe of Indians | Oregon | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45417 |
| Coyote Valley Band of Pomo Indians of California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45918-DAP |
| Delaware Nation, Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:2019-op-46011; 5:19-cv-00956 |
| Dry Creek Rancheria Band of Pomo Indians, California | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45147-DAP |
| Eastern Aleutian Tribes | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45836-DAP |

| Eastern Band of Cherokee Indians | North Carolina | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2018-op-45098 |
|---|---|---|---|---|---|
| Eastern Shoshone Tribe of the Wind River Reservation, Wyoming | Wyoming | /s/ Skikos | Skikos | NDOH | 1:2019-op-45412 |
| Ely Shoshone Tribe of Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46003-DAP |
| Feather River Tribal health | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45334-DAP |
| Flandreau Santee Sioux Tribe of South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45095 |
| Fond du Lac Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46146-DAP<br>1:18-op-46295-DAP<br>1:20-op-45250-DAP |
| Forest County Potawatomi Community, Wisconsin | Wisconsin | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-46342 |
| Fort Belknap Indian Community of the Fort Belknap Reservation of Montana | Montana | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45364-DAP |
| Gila River Indian Community of the Gila River Indian Reservation, Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Grand Traverse Band of Ottawa and Chippewa Indians, Michigan | Michigan | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45078-DAP |
| Guidiville Rancheria of California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45917-DAP |
| Hoopa Valley Tribe, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46361-DAP |
| Hopi Tribe of Arizona | Arizona | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:2020-op-45204;<br>3:20-cv-08149 |
| Hopland Band of Pomo Indians, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45913-DAP |
| Houlton Band of Maliseet Indians | Maine | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45315-DAP |
| Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona | Arizona | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2019-op-45004 |

| | | | | | |
|---|---|---|---|---|---|
| Indian Health Council | California | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46316-DAP |
| Iowa Tribe of Kansas and Nebraska | Kansas | /s/ Skikos | Skikos | NDOH | 1:2020-op-45099 |
| Jamestown S'Klallam Tribe | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Jicarilla Apache Nation, New Mexico | New Mexico | /s/ Skikos | Skikos | NDOH | 1:19-op-45385-DAP |
| Kenaitze Indian Tribe | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46309 |
| Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas | Kansas | /s/ Skikos | Skikos | NDOH | 1:2019-op-45381 |
| Klamath Tribes | Oregon | /s/ Weitz & Luxenberg | Weitz & Luxenberg | NDOH | 1:2019-op-45786 |
| Kodiak Area Native Association | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46260-DAP |
| Kootenai Tribe of Idaho | Idaho | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-46153 |
| Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan | Michigan | /s/ Wagstaff & Cartmell, LLP | Wagstaff & Cartmell, LLP | NDOH | 1:18-op-46239-DAP |
| Leech Lake Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Leech Lake Band of Ojibwe Legal Department | Leech Lake Band of Ojibwe Legal Department | NDOH | 1:18-op-45052-DAP |
| Lower Sioux Indian Community in the State of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45976 |
| Lummi Tribe of the Lummi Reservation | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:2018-op-45955 |
| Lytton Rancheria of California | California | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45580-DAP |
| Makah Indian Tribe of the Makah Indian Reservation | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:18-op-46022-DAP |
| Manchester Band of Pomo Indians of the Manchester Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:2019-op-45038 |
| Mechoopda Indian Tribe of Chico Rancheria, California | California | /s/ Skikos | Skikos | NDOH | 1:19-op-45403-DAP |

| Tribe | State | Signatory | Counsel | Agency | Case Number |
|---|---|---|---|---|---|
| Menominee Indian Tribe of Wisconsin | Wisconsin | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45426 |
| Mescalero Apache Tribe of the Mescalero Reservation, New Mexico | New Mexico | /s/ Skikos | Skikos | NDOH | 1:19-op-45317-DAP |
| Miccosukee Tribe of Indians | Florida | /s/ The Moskowitz Law Firm, PLLC (NATO) | The Moskowitz Law Firm, PLLC (NATO) | NDOH | 1:19-op-45121-DAP |
| Mi'kmaq Nation | Maine | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45349-DAP |
| Mississippi Band of Choctaw Indians | Mississippi | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45279-DAP |
| Modoc Nation | Oklahoma | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2019-op-45439 |
| Mohegan Tribe of Indians of Connecticut | Connecticut | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45164-DAP |
| Muckleshoot Indian Tribe | Washington | /s/ Skikos | Skikos | NDOH | 1:19-op-45213-DAP |
| Muscogee (Creek) Nation | Oklahoma | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-45459-DAP |
| Native Village of Afognak | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:2018-op-46309 |
| Native Village of Port Heiden | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:2018-op-46309 |
| Navajo Nation, Arizona, New Mexico & Utah | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:18-op-45496-DAP |
| Nez Perce Tribe | Idaho | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:2018-op-45730 |
| Nisqually Indian Tribe | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45412 |
| Northern Arapaho Tribe of the Wind River Reservation, Wyoming | Wyoming | /s/ Burg Simpson | Burg Simpson | NDOH | 1:2018-op-45438 |
| Norton Sound Health Corporation | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46261-DAP |
| Oglala Sioux Tribe | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45353 |
| Omaha Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:2018-op-45621 |
| Oneida Nation | Wisconsin | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2018-op-46034 |
| Osage Nation | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:2019-op-45821; 4:19-cv-00485 |

| | | | | |
|---|---|---|---|---|
| Otoe-Missouria Tribe of Indians, Oklahoma | Oklahoma | /s/ Skikos | Skikos | NDOH | 1:19-op-45402-DAP |
| Pala Band of Mission Indians | California | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:21-op-45052-DAP; 1:18-op-46341-DAP |
| Pascua Yaqui Tribe of Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Poarch Band of Creeks | Alabama | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45231-DAP 1:20-op-45285-DAP 1:20-op-45286-DAP 1:20-op-45294-DAP |
| Ponca Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:18-op-45557-DAP |
| Port Gamble S'Klallam Tribe | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Prairie Band Potawatomi Nation | Kansas | /s/ Skikos | Skikos | NDOH | 1:2020-op-45139 |
| Pueblo of Pojoaque, New Mexico | New Mexico | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45975-DAP |
| Puyallup Tribe of the Puyallup Reservation | Washington | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45660-DAP |
| Quapaw Nation | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2019-op-45460 |
| Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45108-DAP |
| Quileute Tribe of the Quileute Reservation | Washington | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:20-op-45196-DAP |
| Quinault Indian Nation | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-46154 |
| Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45916-DAP |
| Resighini Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:2019-op-45038 |

| Plaintiff | State | Signature | Law Firm | Court | Case Number |
|---|---|---|---|---|---|
| Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-46151 |
| Riverside San Bernardino County Indian Health | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:19-op-45025-DAP |
| Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45095 |
| Sac & Fox Nation of Missouri in Kansas and Nebraska | Kansas, Nebraska | /s/ Skikos | Skikos | NDOH | 1:2020-op-45161 |
| Saint Regis Mohawk Tribe | New York | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:2019-op-45018 |
| San Carlos Apache Tribe of the San Carlos Reservation, Arizona | Arizona | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45366-DAP |
| Santa Rosa Indian Community of the Santa Rosa Rancheria, California | California | /s/ Skikos | Skikos | NDOH | 1:20-op-45163-DAP |
| Santee Sioux Nation, Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:2018-op-45621 |
| Sault Ste. Marie Tribe of Chippewa Indians, Michigan | Michigan | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:19-op-45078-DAP |
| Seminole Tribe of Florida | Florida | /s/ The Moskowitz Law Firm, PLLC (NATO) | The Moskowitz Law Firm, PLLC (NATO) | NDOH | 1:19-op-45912-DAP |
| Seneca Nation of Indians | New York | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2018-op-45746 |
| Shakopee Mdewakanton Sioux Community of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45977 |
| Shoshone-Bannock Tribes of the Fort Hall Reservation | Idaho | /s/ Skikos | Skikos | NDOH | 1:2019-op-45373 |
| Sisseton-Wahpeton Oyate of the Lake Traverse Reservation, South Dakota | South Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45095 |

| | | | | | |
|---|---|---|---|---|---|
| Sokaogon Chippewa Community, Wisconsin | Wisconsin | /s/ Skikos | Skikos | NDOH | 1:2019-op-45410 |
| Southcentral Foundation | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |
| Southeast Alaska Regional Health Corporation | Alaska | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-46149-DAP |
| Spirit Lake Tribe, North Dakota | North Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45520 |
| Squaxin Island Tribe of the Squaxin Island Reservation | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45531 |
| Standing Rock Sioux Tribe of North & South Dakota | South Dakota, North Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45220 |
| Stockbridge Munsee Community, Wisconsin | Wisconsin | /s/ Skikos | Skikos | NDOH | 1:2019-op-45032 |
| Suquamish Indian Tribe of the Port Madison Reservation | Washington | /s/ Hobbs Straus Dean & Walker | Hobbs Straus Dean & Walker | NDOH | 1:18-op-45271-DAP |
| Swinomish Indian Tribal Community | Washington | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:21-op-45033-DAP; 1:18-op-45892-DAP |
| Sycuan Band of the Kumeyaay Nation | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2019-op-45582 |
| Tanana Chiefs Conference | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |
| Thlopthlocco Tribal Town | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:2019-op-46021; 4:19-cv-00557 |
| Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota | North Dakota | /s/ Skikos | Skikos | NDOH | 1:2019-op-45376 |
| Tohono O'odham Nation of Arizona | Arizona | /s/ Skikos | Skikos | NDOH | 1:19-op-45411-DAP |
| Tonto Apache Tribe of Arizona | Arizona | /s/ Skikos | Skikos | NDOH | 1:19-op-45398-DAP |
| Torres Martinez Desert Cahuilla Indians, California | California | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-46152 |

| Tulalip Tribes of Washington | Washington | /s/ Keller Rohrback LLP | Keller Rohrback LLP | NDOH | 1:2018-op-45589 |
|---|---|---|---|---|---|
| Tunica-Biloxi Indian Tribe | Louisiana | /s/ Laborde Earles Law Firm | Laborde Earles Law Firm | NDOH | 1:2018-op-45996 |
| Turtle Mountain Band of Chippewa Indians of North Dakota | North Dakota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45521 |
| United Keetoowah Band of Cherokee Indians in Oklahoma | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2019-op-45600 |
| Upper Sioux Community, Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:2018-op-45974 |
| Walker River Paiute Tribe, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45698-DAP |
| White Earth Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:2019-op-45357 |
| White Mountain Apache Tribe of the Fort Apache Reservation, Arizona | Arizona | /s/ Fields Han Cunniff PLLC | Fields Han Cunniff PLLC | NDOH | 1:20-op-45243-DAP |
| Winnebago Tribe of Nebraska | Nebraska | /s/ Domina Law Group | Domina Law Group | NDOH | 1:2018-op-45621 |
| Yukon Kuskokwim Health Corporation | Alaska | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:2018-op-46268 |
| Yurok Tribe of the Yurok Reservation, California | California | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:21-op-45026-DAP; 1:18-op-45311-DAP |
| Zuni Tribe of the Zuni Reservation, New Mexico | New Mexico | /s/ Sonosky, Chambers, Sachse, Endreson & Perry LLP | Sonosky, Chambers, Sachse, Endreson & Perry LLP | NDOH | 1:20-op-45114-DAP |