IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

| | |
|---|---|
| JEFFERSON COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>DANNIE E. WILLIAMS, M.D., *et al.*,<br><br>    Defendants. | Case No. 20-JE-CC00029 |

CROSS-NOTICE OF ORAL VIDEOTAPED DEPOSITION
OF DAVID CALABRESE

PLEASE TAKE NOTICE that counsel for Plaintiff, Jefferson County (the "County"), pursuant to the National Prescription Opiate Litigation MDL case management orders, deposition protocols, federal/state coordination guidelines, and other applicable authority, including the Missouri Rules of Civil Procedure, hereby cross-notices in this matter the oral videotaped deposition of David Calabrese. David Calabrese's deposition has been set by Plaintiffs in *In Re: National Prescription Opiate Litigation*, No. 1:17-md-2804, which is pending in the United States District Court for the Northern District of Ohio ("MDL Plaintiffs").

The County's cross notice is subject to agreement by the Pharmacy Benefit Management Defendants to deem produced into the above-captioned litigation the documents, data, discovery responses and other pertinent material that the PBM Defendants have produced into the MDL repository.

The deposition will commence on October 9, 2025 at a time and place commensurate with the MDL Plaintiffs' Notice of same. The deposition will be taken before a notary public or other officer authorized by law to administer oaths and will be recorded by both stenographic and videographic means. The deposition shall continue from day to day, weekends and holidays

excepted, until completed or adjourned by the attorney(s) taking the deposition. The County reserves the right to use the videotape of the deposition at trial and further reserves the right to continue the deposition as necessary to ensure the County's full discovery rights in the above-captioned litigation.

Dated: September 25, 2025                     Respectfully submitted,

/s/ Jack Garvey
**STRANCH, JENNINGS & GARVEY, PLLC**
Jack Garvey, #35879
Colleen Garvey, #72809
Ellen A. Thomas, #73043
Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
(314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

**CICALA WACKERLY CONROD PLLC**
Joanne Cicala, *admitted pro hac vice*
Joshua Wackerly, *admitted pro hac vice*
R. Johan Conrod, *admitted pro hac vice*
Shelbi Flood, *admitted pro hac vice*
101 College Street
Dripping Springs, TX 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne.cicala@cwc.law
josh.wackerly@cwc.law
johan.conrod@cwc.law
shelbi.flood@cwc.law

**THURMAN LAW FIRM**
Derrick Good, #50300
P.O. Box 800 – 301 Main Street
Hillsboro, MO 63050
(636) 797-2601
(636) 797-2904 - Facsimile
good@thurmanlaw.com

*Attorneys for Plaintiff*

Electronically Filed - JEFFERSON - September 25, 2025 - 03:10 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that that on September 25, 2025 the foregoing document was filed using the Court's electronic case filing system and was electronically served to all counsel of record via electronic mail.

>/s/ *Jack Garvey*
>**STRANCH, JENNINGS & GARVEY, PLLC**
>Jack Garvey