| | |
|---|---|
| **From:** | Johan Conrod <johan.conrod@cwc.law> |
| **Sent:** | Saturday, October 04, 2025 4:08 PM |
| **To:** | Boone, Brian; Strumph, Caroline Rawls; Porpora, Matthew J.; Hatchett, Andrew; Jack Garvey; Clarke, Stephen H.; Jenks, Madeline B.; Josh Wackerly |
| **Subject:** | Re: [EXTERNAL] RE: Pre 2006 / Calabrese |

Brian:

We emphasized that time was a key issue during all our discussions. We noted that Mr. Calabrese was already scheduled to be deposed in JeffCo prior to the improvident removal, which prevented his deposition.  Therefore, we viewed our discussions as a good faith effort to come off of the full 7 hours to which we were otherwise entitled.

The terms proposed by OptumRx gave little to no consideration to this reality, particularly given that Martinsville already would have one hour.

In addition, while we recognize the controlling reality of the stipulations, we emphasized in our discussions that any terms needed to actually and literally track the stipulations to ensure no confusion. The terms proposed by OptumRx do not do so.

Given that JeffCo does have and always has had the right to depose Mr. Calabrese separate and apart from MDL activity, we thought it best simply to withdraw the XN and reserve rights. We will see how the deposition of Mr. Calabrese unfolds in the MDL  and then decide whether to depose him in JeffCo, and, if we decide to proceed, the amount of time we will need for his examination.


-Johan




Johan Conrod

CICALA WACKERLY CONROD

office: 512.275.6550
mobile: 757.286.8299
johan.conrod@cwc.law

CONFIDENTIALITY NOTICE: This e-mail transmission and any associated attachments are a private communication and may contain confidential, legally privileged information that is intended solely for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender and do not disclose its contents, use it for any purpose, or store/copy the information in any medium. Thank you.

**From:** Boone, Brian <Brian.Boone@alston.com>
**Date:** Saturday, October 4, 2025 at 8:59 AM
**To:** Johan Conrod <johan.conrod@cwc.law>, Strumph, Caroline Rawls

<Caroline.Strumph@alston.com>, Porpora, Matthew <porporam@sullcrom.com>, Hatchett, Andrew <Andrew.Hatchett@alston.com>, Jack Garvey <jgarvey@stranchlaw.com>, Clarke, Stephen <clarkest@sullcrom.com>, Jenks, Madeline <jenksm@sullcrom.com>, Josh Wackerly <josh.wackerly@cwc.law>
**Subject:** Re: [EXTERNAL] RE: Pre 2006 / Calabrese

Johan:

We're surprised by your email. We don't know what you mean by "all the circumstances." You cross-noticed the deposition, and we met and conferred with you in good faith, largely agreeing to your terms for reproducing Mr. Calabrese's custodial documents subject to existing limitations in Jefferson County. And based on our last call, it seemed like we had agreed in principle subject to your seeing in writing the terms that we discussed.

As I made clear during our meet-and-confer calls, we will not agree to proceed with Mr. Calabrese's deposition next week if Jefferson County takes a position that could result in his having to sit for a second deposition. Yet that is the position you are taking now. We do not agree.

Unless Jefferson County withdraws, by 5:00 today, its reservation of rights to depose Mr. Calabrese later, we will have no choice but to postpone Mr. Calabrese's deposition until after these issues are resolved. We look forward to your response.

Brian D. Boone
ALSTON & BIRD
Vantage South End
1120 South Tryon Street
Suite # 300
Charlotte, NC 28203
704.444.1106 (office)
704.441.1959 (mobile)
brian.boone@alston.com

_____
From: Johan Conrod <johan.conrod@cwc.law>
Sent: Friday, October 3, 2025 4:05 PM
To: Strumph, Caroline Rawls <Caroline.Strumph@alston.com>; Porpora, Matthew <porporam@sullcrom.com>; Boone, Brian <Brian.Boone@alston.com>; Hatchett, Andrew <Andrew.Hatchett@alston.com>; Jack Garvey <jgarvey@stranchlaw.com>; Clarke, Stephen <clarkest@sullcrom.com>; Jenks, Madeline <jenksm@sullcrom.com>; Josh Wackerly <josh.wackerly@cwc.law>
Subject: Re: [EXTERNAL] RE: Pre 2006 / Calabrese

EXTERNAL SENDER – Proceed with caution
_____


Caroline et al,
In light of all the circumstances, including re proposed timing, we are going to pull the Calabrese cross-notice for Jeff Co. We reserve all rights to take the dep separately for Jeff Co.

-Johan

Johan Conrod
CICALA WACKERLY CONROD PLLC

2

m. 757.286.8299
johan.conrod@cwc.law

_____

From: Strumph, Caroline Rawls <Caroline.Strumph@alston.com>
Sent: Wednesday, October 1, 2025 5:31:01 PM
To: Johan Conrod <johan.conrod@cwc.law>; Porpora, Matthew <porporam@sullcrom.com>; Boone, Brian <Brian.Boone@alston.com>; Hatchett, Andrew <Andrew.Hatchett@alston.com>; Jack Garvey <jgarvey@stranchlaw.com>; Clarke, Stephen <clarkest@sullcrom.com>; Jenks, Madeline <jenksm@sullcrom.com>; Josh Wackerly <josh.wackerly@cwc.law>
Subject: RE: [EXTERNAL] RE: Pre 2006 / Calabrese


Johan, Josh,


Thank you for the call earlier today. Following up on our discussion, we've outlined our proposal below.

 1.  For David Calabrese only, OptumRx agrees to deem produced in the Jefferson County litigation documents from David Calabrese's custodial file that were produced in the federal opioid multidistrict litigation (In re: National Prescription Opiate Litigation, 1:17-md-2804 (N.D. Ohio)), subject to the caveats and qualifications below.
 2.  Notwithstanding Paragraph 1, documents or portions of documents relating OptumRx's home-delivery pharmacy or any other affiliated pharmacy are not deemed produced in Jefferson County.
 3.  The July 19, 2022 Joint Stipulation and Consent Order is attached and incorporated into this agreement. Consistent with that agreement, Jefferson County agrees that it will not ask questions concerning dispensing activities of any Optum entity at Mr. Calabrese's deposition. See July 19, 2022 Joint Stipulation and Consent Order.
 4.  As soon as possible, but not before Mr. Calabrese's deposition scheduled for October 9, 2025, OptumRx will reproduce the documents subject to this agreement with Jefferson County-specific Bates numbering. OptumRx may withhold documents and redact portions of documents focused primarily on dispensing activities of any Optum entity. The parties agree that only documents ultimately reproduced with Jefferson County Bates numbers will be part of the record available for use at trial.
 5.  Jefferson County agrees that it will depose Mr. Calabrese only once (as part of its cross-notice of the deposition occurring in the multidistrict litigation) and will not seek to reopen Mr. Calabrese's deposition. Jefferson County will not seek to introduce or use in the Jefferson County litigation any testimony from the MDL portion of Mr. Calabrese's deposition that relates in any way to the dispensing activities of any Optum entity, including through expert reports, at summary judgment, or at trial.
 6.  Jefferson County agrees that it will not attempt to argue that this stipulation establishes precedent for any other witness or document custodian and will not otherwise attempt to use this stipulation as support for any arguments related to the appropriate scope of discovery record in the Jefferson County litigation or any other litigation.
 7.  Jefferson County and City of Martinsville will have a combined one hour on the record to question Mr. Calabrese, with the understanding that counsel will in good faith allow a modest extension of up to 10 additional minutes of questioning on the record.


Caroline Rawls Strumph
Senior Associate
ALSTON & BIRD
1201 West Peachtree Street
Atlanta, GA 30309

+1 404 881 7849 (O)
Caroline.Strumph@alston.com<mailto:Caroline.Strumph@alston.com>


From: Johan Conrod <johan.conrod@cwc.law>
Sent: Tuesday, September 30, 2025 2:44 PM
To: Porpora, Matthew <porporam@sullcrom.com>; Strumph, Caroline Rawls <Caroline.Strumph@alston.com>; Boone, Brian <Brian.Boone@alston.com>; Hatchett, Andrew <Andrew.Hatchett@alston.com>; Jack Garvey <jgarvey@stranchlaw.com>; Clarke, Stephen <clarkest@sullcrom.com>; Jenks, Madeline <jenksm@sullcrom.com>; Josh Wackerly <josh.wackerly@cwc.law>
Subject: Re: [EXTERNAL] RE: Pre 2006 / Calabrese


EXTERNAL SENDER – Proceed with caution

_____


Thank you Caroline. We can do 1030est/930ct. I can circulate an invite if that works.


Johan Conrod

[image.png]

office: 512.275.6550<tel:5122756550>
mobile: 757.286.8299<tel:7572868299>
johan.conrod@cwc.law<mailto:johan.conrod@cwc.law>

CONFIDENTIALITY NOTICE: This e-mail transmission and any associated attachments are a private communication and may contain confidential, legally privileged information that is intended solely for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender and do not disclose its contents, use it for any purpose, or store/copy the information in any medium. Thank you.



From: Porpora, Matthew J. <porporam@sullcrom.com<mailto:porporam@sullcrom.com>>
Date: Tuesday, September 30, 2025 at 12:54 PM
To: Strumph, Caroline Rawls <Caroline.Strumph@alston.com<mailto:Caroline.Strumph@alston.com>>, Johan Conrod <johan.conrod@cwc.law<mailto:johan.conrod@cwc.law>>, Boone, Brian <Brian.Boone@alston.com<mailto:Brian.Boone@alston.com>>, Hatchett, Andrew <Andrew.Hatchett@alston.com<mailto:Andrew.Hatchett@alston.com>>, Jack Garvey <jgarvey@stranchlaw.com<mailto:jgarvey@stranchlaw.com>>, Clarke, Stephen H. <clarkest@sullcrom.com<mailto:clarkest@sullcrom.com>>, Jenks, Madeline B.

&lt;jenksm@sullcrom.com&lt;mailto:jenksm@sullcrom.com&gt;&gt;
Subject: RE: [EXTERNAL] RE: Pre 2006 / Calabrese

Before 11:00 am would be best here.


From: Strumph, Caroline Rawls &lt;Caroline.Strumph@alston.com&lt;mailto:Caroline.Strumph@alston.com&gt;&gt;

Date: Tuesday, Sep 30, 2025 at 1:40 PM

To: Johan Conrod &lt;johan.conrod@cwc.law&lt;mailto:johan.conrod@cwc.law&gt;&gt;, Boone, Brian &lt;Brian.Boone@alston.com&lt;mailto:Brian.Boone@alston.com&gt;&gt;, Hatchett, Andrew &lt;Andrew.Hatchett@alston.com&lt;mailto:Andrew.Hatchett@alston.com&gt;&gt;, Jack Garvey &lt;jgarvey@stranchlaw.com&lt;mailto:jgarvey@stranchlaw.com&gt;&gt;, Porpora, Matthew J. &lt;porporam@sullcrom.com&lt;mailto:porporam@sullcrom.com&gt;&gt;, Clarke, Stephen H. &lt;clarkest@sullcrom.com&lt;mailto:clarkest@sullcrom.com&gt;&gt;, Jenks, Madeline B. &lt;jenksm@sullcrom.com&lt;mailto:jenksm@sullcrom.com&gt;&gt;

Subject: [EXTERNAL] RE: Pre 2006 / Calabrese


Johan,


We are working on a proposal related to the Calabrese depo and need some additional time before we convene again. Can we move our call to the first half of tomorrow? We can be available before 2pm ET tomorrow.


Thanks,

Caroline


Caroline Rawls Strumph
Senior Associate
ALSTON & BIRD
1201 West Peachtree Street
Atlanta, GA 30309
+1 404 881 7849 (O)
Caroline.Strumph@alston.com&lt;mailto:Caroline.Strumph@alston.com&gt;


From: Johan Conrod &lt;johan.conrod@cwc.law&lt;mailto:johan.conrod@cwc.law&gt;&gt;
Sent: Monday, September 29, 2025 1:10 PM
To: Boone, Brian &lt;Brian.Boone@alston.com&lt;mailto:Brian.Boone@alston.com&gt;&gt;; Hatchett, Andrew &lt;Andrew.Hatchett@alston.com&lt;mailto:Andrew.Hatchett@alston.com&gt;&gt;; Strumph, Caroline Rawls

<Caroline.Strumph@alston.com<mailto:Caroline.Strumph@alston.com>>; Jack Garvey <jgarvey@stranchlaw.com<mailto:jgarvey@stranchlaw.com>>; Porpora, Matthew <porporam@sullcrom.com<mailto:porporam@sullcrom.com>>; Clarke, Stephen <clarkest@sullcrom.com<mailto:clarkest@sullcrom.com>>; Jenks, Madeline <jenksm@sullcrom.com<mailto:jenksm@sullcrom.com>>
Subject: Pre 2006 / Calabrese

EXTERNAL SENDER – Proceed with caution

_____

Given that this is a key sticking point, wanted to advise that we're doing a deeper dive on the MDL documents and will circulate updated thoughts later today. The 3,000 number I quoted on the call apparently includes undated documents, which do not all appear to be pre 2006, so the issue may be/likely will be much smaller. I wanted to raise this with you now, preliminarily, to clear up any misconceptions I may have created on the call.

-Johan

Johan Conrod

[image.png]

office: 512.275.6550<tel:5122756550>
mobile: 757.286.8299<tel:7572868299>
johan.conrod@cwc.law<mailto:johan.conrod@cwc.law>

CONFIDENTIALITY NOTICE: This e-mail transmission and any associated attachments are a private communication and may contain confidential, legally privileged information that is intended solely for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender and do not disclose its contents, use it for any purpose, or store/copy the information in any medium. Thank you.

_____

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

_____

**This is an external message from: caroline.strumph@alston.com<mailto:caroline.strumph@alston.com> **

_____

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.