UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Rochester v. Purdue Pharma L.P.*, No. 19-op-45853 (Track 12)<br><br>*County of Ogdensburg, NY v. Purdue Pharma LP,* No. 19-op-45852 (Track 22) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Plaintiffs have filed a Motion for leave to file under seal Plaintiffs' *Exhibit to Plaintiffs' Opposition to OptumRx, Inc.'s Objection to Special Master Ruling Denying OptumRx, Inc.'s Motion for a Protective Order Regarding the October 9, 2025 Depositon of David Calabrese.*

Plaintiffs request that, to ensure there are no inadvertent disclosures of information subject to Protective and Confidentiality Orders and to comply with this Court's orders, the Court permit Plaintiffs to file under seal its Response and all related Exhibits.

1. Plaintiffs' Motion for Leave to File Replies and Exhibits Under Seal is hereby GRANTED; and

2. Defendants are hereby directed to state within three (3) business days whether they will assert any redactions to the Response or Exhibits.

IT IS SO ORDERED.

Dated: **October 8, 2025**                     *s/Dan Aaron Polster*
                                                                    Honorable Dan Aaron Polster