UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| This document relates to: | Case No. 1:17-MD-2804 |
| *Roseau County v. Purdue Pharma L.P., et al.* No. 19-op-45344 | Hon. Dan A. Polster |

## PLAINTIFF ROSEAU COUNTY, MINNESOTA'S AND DEFENDANT THRIFTY WHITE'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Roseau County, Minnesota and Defendant Thrifty Drug Stores, Inc. d/b/a Thrifty White Warehouse #899, by and through their undersigned counsel, hereby stipulate and agree that all claims and causes of action asserted or that could have been asserted in this action are dismissed with prejudice.

Each party shall bear its own attorneys' fees, costs, and disbursements.

Dated: October 8, 2025

Respectfully submitted,

*/s/ Linda Singer*
Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC  20004
Tel: (202) 386-9626
Fax: (202) 386-9622
lsinger@motleyrice.com

*Counsel for Plaintiff Roseau County, Minnesota*

*/s/Nicholas Salter*
Nicholas Salter
Fox Rothschild, LLP
2800 Kelly Road
Suite 200
Warrington, PA 18976
Tel: (215) 918-3576
Fax: (215) 345-7507
nsalter@foxrothschild.com

*Counsel for Defendant Thrifty Drug Stores, Inc. d/b/a Thrifty White Warehouse #899*