# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| *This document relates to:* | Case No. 1:17-md-2804 |
| *All Cases Noted on Attached Appendix A* | JUDGE DAN AARON POLSTER |

## STIPULATION AND ORDER
## DISMISSING WITH PREJUDICE CLAIMS
## PURSUANT TO HIKMA TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Hikma Pharmaceuticals USA Inc. ("Hikma") (collectively and together with the Released Entities,[1] the "Hikma Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Hikma Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Hikma, all Claims of each Dismissing Plaintiff against any Hikma Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Hikma Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Hikma Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B.  The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A and Exhibit F thereto.

Dated: September 30, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller* (with consent)

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller &
Monkman, LLP

*/s/ Geoffrey Strommer* (with consent)

Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tara Sutton* (with consent)

Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko* (with consent)

Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer* (with consent)

T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey* (with consent)

Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser* (with consent)

Elizabeth J. Cabraser / Dan Drachler / Eric B.
Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos* (with consent)

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

2

**HIKMA PHARMACEUTICALS USA INC.**

*/s/ Christopher B. Essig*

Christopher B. Essig
Scott M. Ahmad
Reid F. Smith
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Phone: (312) 558-5600
cessig@winston.com
sahmad@winston.com
rfsmith@winston.com

*Counsel for Hikma Pharmaceuticals USA Inc.*

**SO ORDERED:**

**Dated:** October 9, 2025

*s/Dan Aaron Polster*

HON. DAN AARON POLSTER

3