# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO SANDOZ SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Sandoz Inc. (collectively and together with the Released Entities,[1] the "Sandoz Defendants") that, pursuant to the election of each Dismissing Plaintiff to participate in the Sandoz Settlement Agreement dated August 31, 2023, which is binding on the Dismissing Plaintiffs and the Sandoz Defendants (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any Sandoz Defendant named in any case in the *In re: National Prescription Opiate Litigation* MDL are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Sandoz Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Sandoz Settlement Agreement, dated as of August 31, 2023, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A of the Sandoz Settlement Agreement and Exhibit E thereto.

Dated: September 30, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Scott Gilbert*
Scott Gilbert
Gilbert LLP

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

2

        **SANDOZ INC.**

        */s/ Sara K. Thompson*
        Sara K. Thompson
        Lori G. Cohen
        Greenberg Traurig, LLP
        3333 Piedmont Rd., NE, Suite 2500
        Atlanta, Georgia 30305
        Telephone: (678) 553-2392
        Facsimile: (678) 553-2393
        Sara.thompson@gtlaw.com
        cohenl@gtlaw.com

        Gregory E. Ostfeld
        Greenberg Traurig, LLP
        360 North Green Street, Suite 1300
        Chicago IL 60607
        Telephone: (312) 456-8400
        OstfeldG@gtlaw.com

        ***Attorneys for Defendant Sandoz Inc.***

**SO ORDERED:**

Dated: October 9, 2025

        *s/Dan Aaron Polster*
        HON. DAN AARON POLSTER

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Sara K. Thompson*
Sara K. Thompson
