UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Tracks 12 & 22 | MDL No. 2804<br><br>Case No. 1:17-md-02804-DAP<br><br>Judge Dan Aaron Polster |

**OPTUMRX'S RESPONSE REGARDING SEALING AND REDACTIONS**

Plaintiffs moved for leave to file under seal Exhibit A to their Opposition to OptumRx, Inc.'s Objection to Special Master Ruling Denying OptumRx, Inc.'s Motion for a Protective Order Regarding the October 9, 2025 Deposition of David Calabrese. Dkt. 6311 The Court granted the motion on October 8 and directed Defendants to state within three business days whether they will assert any redactions to the Response or Exhibits. Dkt. 6312.

OptumRx will not assert any redactions to the Response or Exhibits.

1

Respectfully submitted this 14th day of October, 2025.

/s/Brian D. Boone
Brian D. Boone
Emily C. McGowan
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000
brian.boone@alston.com
emily.mcgowan@alston.com
Andrew Hatchett
Caroline Rawls Strumph
**ALSTON & BIRD LLP**
1201 W. Peachtree St. NW, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
andrew.hatchett@alston.com
caroline.strumph@alston.com

*Attorneys for OptumRx, Inc.*