UNITED STATES DISTRICT COURT
NORTHERN DISTRY OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | |
| | ) | **MDL 2804** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **Case No. 1:17-md-2804** |
| *Allamakee County, Iowa v. Purdue Pharma, et al.,* No. 1:18-OP-45983 (Track 24), and | ) ) ) | **Judge Dan Aaron Polster** |
| | ) | |
| *Emmet County, Iowa v. Purdue Pharma L.P., et al.,* No. 4:21-OP-45051 (Track 25). | ) ) ) | |

**UNOPPOSED MOTION OF DEFENDANT HY-VEE, INC.'S FOR TWO-DAY
EXTENSION OF TIME TO FILE ITS OPPOSITION TO PLAINTIFFS'
MOTIONS FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINTS**

Defendant Hy-Vee, Inc. ("Hy-Vee") respectfully moves the Court for a two-day extension

of time to file its opposition to Plaintiffs' Motions for Leave to Amend and Supplement

Complaints in the above-referenced bellwether cases (Docs. 6281, 6282) ("Motions to Amend").

In support of this motion, Hy-Vee states:

1.      Hy-Vee's opposition to Plaintiffs' Motions to Amend is due October 15, 2025 (*See*

Doc. 6241).

2.      Hy-Vee requests a two-day extension of time—until this Friday, October 17,

2025—to file its opposition to the Motions to Amend.

3.      This extension is not requested for purposes of delay; rather,  Hy-Vee is

requesting the extension because it needs additional time to finalize its response brief and collect

supporting declarations.

4.　　　Prior to filing this motion, Hy-Vee's counsel, Michele Sutton, conferred with Plaintiffs' counsel, Sarah Burns. Ms. Burns advised she has no objection to the requested two-day extension of time. Accordingly, this motion is unopposed.

WHEREFORE, for the reasons set forth above, and for good cause shown, Hy-Vee respectfully requests the Court grant it a two-day extension of time—until this Friday, October 17, 2025—to file its opposition to Plaintiffs' Motions to Amend.

Respectfully submitted,

/s/ Jeffrey A. Kennard
Jeffrey A. Kennard　　MO #46689
Michele F. Sutton　　MO $57942
SCHARNHORST AST KENNARD GRIFF, PC
1100 Walnut, Suite 1950
Kansas City, MO  64106-2197
Tel:　　(816) 268-9400
Fax:　　(816) 268-9409
Email:　jkennard@sakg.com
　　　　msutton@sakg.com

Counsel for defendant Hy-Vee, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

/s/ Jeffrey A. Kennard
Jeffrey A. Kennard, an attorney for
defendant Hy-Vee, Inc.