UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2804 |
| | | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | | JUDGE DAN AARON POLSTER |
| *City of Rochester v. Purdue Pharma, L.P.,* No. 1:19-op-45853 (Track 12) | | |
| *City of Ogdensburg v. Purdue Pharma, L.P.,* No. 19-op-45852 (Track 22) | | |

**NOTICE OF FILING UNSEALED VERSION OF EXHIBIT A TO PLAINTIFF'S OPPOSITION TO OPTUMRX, INC.'S OBJECTION TO SPECIAL MASTER RULING DENYING OPTUMRX, INC.'S MOTION FOR A PROTECTIVE ORDER REGARDING THE OCTOBER 9, 2025 DEPOSITION OF DAVID CALABRESE**

The Plaintiffs' Executive Committee ("PEC") hereby provides notice of, and files into the public record, an unsealed version of exhibit "A" to the above-named Plaintiffs' Opposition to OptumRx, Inc.'s Objection to Special Master Ruling Denying OptumRx, Inc.'s Motion for a Protective Order Regarding the October 9, 2025 Deposition of David Calabrese.

On October 7, 2025, Plaintiffs served and publicly filed their above-referenced opposition. *See* dkt. no. 6310.  Plaintiffs also sought and were granted leave to file (and filed) under seal exhibit A to that October 7, 2025 opposition.  *See* dkt. nos. 6311, 6312 & 6313.  The instant notice of filing relates to these October 7, 2025 filings, and provides a public version of exhibit A – which was previously filed under seal at dkt. no. 6313.

As a result of Optum formally advising that it does not seek to seal or redact any portions of the above-referenced exhibit A, *see* dkt. no. 6324, and pursuant to the Court's various orders on

public filing of materials, *see e.g.*, dkt. nos. 1719, 1831, Plaintiffs now file publicly (without any redactions) exhibit "A" to Plaintiffs' October 7, 2025 Opposition to OptumRx, Inc.'s Objection to Special Master Ruling Denying OptumRx, Inc.'s Motion for a Protective Order Regarding the October 9, 2025 Deposition of David Calabrese.

Dated: October 15, 2025

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
1311 Ponce de Leone Ave., Suite 202
San Juan, PR 00907
(304) 654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of October, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                                        s/Peter H. Weinberger  
                                                        Peter H. Weinberger