# **EXHIBIT A**

PEC-OPT-02611.1

| | |
|---|---|
| **From**: | Gilbertson, Jenna [/O=SYSTEMS XCELLENCE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GILBERTSON, JENNA] |
| **Sent**: | 10/27/2017 3:47:32 PM |
| **To**: | Beshara, David [david.beshara@optum.com] |
| **CC**: | Calabrese, David [david.calabrese@optum.com] |
| **Subject**: | ORM Talking Points |
| **Attachments**: | AUG2_0915_RX003_5-Point Opioid Management Action Plan -jmg TPs.pptx; Jenna Gilbertson9523_44875_ORx Connect Opioid Risk Management-20170530 1801-1.mp4; Jenna Gilbertson5127_45213_Final Opioid Risk Mgmt Prod Training Deck_061317.pdf |

Hi Dave –

I am attaching three files for ORM:
1.      5 point action plan w/ all of my best TPs, most of which have been borrowed from David☺
2.      Opioid Risk Mgmt internal training deck – from 5/30
a.      ORM audio recording of training

Cc: David in case you have additional references for Dave to help catch him up on ORM program.


Hope this helps to prep you for meeting in November. Let me know of any questions.


Jenna
_____

**Jenna Gilbertson  |  Optum**
OptumRx Clinical

T + 1 331 442 3352 | M +1 608 999 0730
jenna.gilbertson@optum.com
www.optum.com

OUR UNITED CULTURE  The way forward
**Integrity** | Compassion | Relationships | Innovation | **Performance**

HIGHLY CONFIDENTIAL (TRANSCRIPTION OF)

PRESENTATION VIA WEBEX - MAY 30, 2017 (1-2:30 CST)

ORX CONNECT PRODUCT TRAINING SERIES

OptumRx Opioid Risk Management (Direct Clients)


Presenters:
1.  David Calabrese,
Senior Vice President, Clinical Consulting and Chief
Pharmacy Officer

2.  Jenna Gilbertson, Senior Manager Clinical Products

3.  Lisa Siebert, Director Product Marketing
-----------------------------------------------------




Transcribed on August 19, 2025, by Elizabeth Goodwin,
Registered Professional Reporter
Illinois Certified Shorthand (#084.004310)
Missouri Certified Court Reporter (#831)




HARTFORD REPORTING & TECHNOLOGY, LLC
7733 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314) 727-0005

1    (Recording started.)

2          JORDAN:  Hello, everyone, and greetings to

3  you today's ORx Connect Product Training Series.  Hope

4  you had a wonderful Memorial Day weekend.  Nice to

5  have that extra day yesterday.

6          In today's session we'll be talking about

7  Opioid Risk Management for Direct Clients.  So, really

8  a timely and relevant topic today.  You may be hearing

9  about this in the news.  Your clients may be talking

10  to you about this quite a bit.  So, really excited to

11  share the information in today's presentation with

12  you.

13          A couple of logistics here before we get

14  started.  You may have noticed your Webex line is

15  muted.  We'll keep it on mute until we get to the end

16  of the presentation.  We have 90 minutes for this

17  session, which is great because we wanted to ensure

18  that we have time to answer your questions.  So, we'll

19  unmute your lines at the end when we stop the

20  recording, and we'll take your questions.

21          As we're going through the presentation

22  today, if you think of questions on a certain slide,

23  we don't want you to forget those.  So, go ahead and

24  use the Chat Box.  You can send your questions to me

25  in the Chat Box.  Then, when we get to that Q&A

```
 1   session, I'll bring them up so that we don't forget

 2   them.  So, that's how we'll be handling questions.

 3          Our presenters for today, we have three

 4   presenters with us.  David Calabrese, Senior Vice

 5   President, Clinical Consulting and Chief Pharmacy

 6   Officer.  He'll start us off.  And then, Jenna

 7   Gilbertson will take us a little bit deeper into a lot

 8   of information.  She's Senior Manager with Clinical

 9   Products.  And then, Lisa Siebert, will bring us

10   through some marketing materials so that you know

11   what's out there to support your client conversations.

12          So, here's a look at the agenda for today.

13   Overall, what we're doing here is we're starting with:

14   What is the problem that's going on?  Making sure that

15   we're all grounded in what the need is in the market.

16   And then, looking at the solution Optum has to address

17   that need, talking a little bit about strategic

18   positioning, making sure that you're equipped to be

19   able to have your client conversations and make sure

20   that they go well.  As I said, at the end, we'll let

21   you know what resources are out there to support these

22   conversations.

23          So, with that, I'd love to turn it over to

24   David Calabrese to start us out.

25          David, thank you so much for being here
```

1  today.

2       MR. CALABRESE:  All right.  Great.  Thank

3  you.  So, good afternoon, everyone, and -- and thank

4  you for joining us for today's session.

5       Today, we're here to discuss an immensely

6  important topic.  One that has personal significance

7  for me, which is why I have such a passion in this

8  particular area, and one that, I'm sure, has touched

9  the lives of many of you on this call today.  You

10 can't pick up the newspaper, you can't turn on the

11 news, it seems, any day without hearing about our

12 opioid crisis in the US.  And so, today we're -- my

13 job is to kind of set the stage for where it is we're

14 headed, and why it is we're headed there.

15      This particular program is immensely

16 important to the organization as a whole, not just at

17 the OptumRx level, but at the UnitedHealth Group

18 level, and we'll talk more about that, but this is a

19 top five initiative for UHG as whole.  Our job,

20 particularly my Clinical Team, who is represented, I'm

21 sure, on the call today, our job will be to go out

22 there and promote this program as aggressively as we

23 can.  And there are very clear reasons for doing so.

24      We want to be a leader in this particular

25 area.  And as far as I'm concerned, we will be a

1   leader in this particular area in terms of our ability

2   to make positive impact on this crisis moving forward.

3   We will -- as you'll see today, we are embarking on

4   one of the most aggressive initiatives in the

5   industry, and this will be a program that will

6   continue to develop with time.  It will be your job,

7   those of you represented on the call, to carry this

8   message that you're going to hear today forward to

9   each and every one of our clients, both existing and

10  new clients coming on board.  I know we have folks

11  represented from the Sales Team, etc., on this call,

12  Client Management.  It will be all of our collective

13  responsibilities and accountability to ensure this

14  program's success, and I'm confident that knowing all

15  of you, knowing this team, that we will get there.

16          So, if we can move to the next slide.

17          I think in terms of the magnitude of the

18  problem, one only needs to take a look at some of the

19  most recent figures associated with this crisis to

20  truly appreciate the impact that it's having.  This is

21  a problem that is unique for a variety of different

22  reasons.  This is an epidemic that knows no

23  boundaries.  It affects young and old, rich and poor,

24  men and women.  It doesn't discriminate by race or

25  ethnicity or geographic location or any other

1  socioeconomic or demographic parameter.

2          It is a crisis that -- most disheartening

3  for me as a healthcare professional, I'm sure many of

4  you on the call as well, is the fact that it is also

5  a -- an epidemic, the first in our US history that

6  we've brought upon ourselves through the over

7  prescribing of these drugs by our nation's physicians,

8  the over promotion of these drugs by our nation's

9  pharmaceutical manufacturers, and through our own

10  misguided efforts in terms of how we looked upon these

11  drugs up until recent years.

12          Our demands for these drugs when we go to

13  the physician with an ache or a pain, how we accept

14  these drugs, how we store them, how we share them, all

15  of these things have contributed to the problem that

16  we have today.  And that problem is very indicative in

17  these numbers.

18          By the time we end this call today, five

19  more people will have succumbed to an opioid -- opioid

20  overdose in the US.  Today, it's estimated that over

21  4.5 million Americans have a substance abuse disorder

22  associated with prescription opioid drugs.  You'll

23  hear more numbers oftentimes quoted in the 2 million

24  area, but those are people who have officially been

25  diagnosed or already have had an overdose.  When you

1  estimate the number of people, who just by looking at

2  opioid use patterns and the amount of opioids being

3  consumed, if you tack on to those figures that --

4  those individuals, the numbers are -- are more in the

5  4.5 million, if not higher range.

6          According to the CDC, we spend over

7  $79 billion a year in managing prescription opioid

8  overdose based on the medical costs, in particular, in

9  association with managing this disorder.  And in the

10  last five years, you can see the astonishing increase

11  that we've seen in opioid treatment spending, you

12  know, as more and more of these folks become addicted

13  to these drugs.

14          Next slide, please.

15          So, given where we are today, it is rather

16  unfortunate but true that while we've done a good job

17  in protecting our US citizens on the roadways through,

18  you know, laws that -- you know, like seat belt laws

19  and helmet laws and other things that protect the

20  individual through new technology within our vehicle,

21  we've done a good job of lowering motor vehicle

22  accidents, but we've, obviously, not done that same

23  good job in protecting people from the dangers of

24  opioid drugs.  And unfortunately, today, these drugs

25  now represent the No. 1 cause of accidental death in

1   the US, surpassing motor vehicle accidents in the last

2   five-to-seven years.

3           Next slide, please.

4           So, in order to build a program, a

5   successful program, it's important to understand just

6   how it was that we got here.  How did we find

7   ourselves in this particu- -- particular predicament?

8   What are some of the factors that drove us here?  And

9   I mentioned some of those at a high level earlier.

10          Up until the mid-1980s, really, the standard

11  medical convention in the US was that these opiate

12  drugs were to be reserved for very selective --

13  selective circumstances based on their risks.  And

14  that was instances involving highly acute pain.  So,

15  very serious surgery, serious chronic illness like

16  cancer, and an end -- end-of-life palliative type of

17  circumstances.  Because it was strongly believed, up

18  until then, that the risks and the challenges with

19  these agents vastly outweighed their benefits in

20  chronic pain management outside of cancer, but in the

21  mid-1980s, some things began to change.  And, you

22  know, the first three were these identified here in

23  the slide.

24          In the mid-1980s, we had the first

25  publication that appeared in the "Journal of Pain,"

1  and it received a substantial amount of national

2  attention.  It was the first to suggest that opioids

3  could be used over a longer period of time in

4  non-cancer related chronic pain with little risk of

5  abuse.  The sad part, however, was this was a study

6  that was published by an individual that had

7  significant ties to pharma; Purdue, in particular, the

8  maker of both MS Contin  and OxyContin .  It was not a

9  study at all.  It was a series of case reports

10  involving a poultry of 38 patients.  And,

11  unfortunately, it received, as I said, a significant

12  amount of attention and many docs began to jump on

13  board with what this -- with what this particular

14  study has suggested.  Even though it was not a

15  well-designed evidence-based type of trial.

16          Moving onward.

17          After the approval of MS Contin , and then

18  soon thereafter OxyContin , the American Pain Society

19  launched what is known as the "Pain as the Fifth Vital

20  Sign" Campaign.  This will later be described as -- by

21  one of the former chairs of the FDA, David Kessler, as

22  one of the biggest mistakes in modern medicine.

23          This was a campaign that almost chastised

24  physicians across the US for under treating chronic

25  non-cancer related pain and urging docs to monitor and

Webex Presentation 5/30/2017 Audio Transcription
Case: 1:17-md-02804-DAP  Doc #: 6326-1  Filed: 10/15/25  12 of 59  PageID #: 701957

**Page 10**

PEC-0PU-02017-0105

```
 1   treat non-cancer related chronic pain with the same
 2   vigor they would the other four vital signs.  Those
 3   being:  Blood pressure, temperature, heartbeat, and
 4   breathing.
 5           At the same time Purdue, which heavily
 6   supported the APS and this Campaign, also launched a
 7   $200-million marketing campaign around OxyContin .
 8   And that com- -- campaign proved to be, even though it
 9   was one of the most expensive, it also proved to be
10   one of the most successful in its time driving a
11   2000 percent increase in OxyContin  sales culminating
12   in 2002 with sales exceeding over $1.5 billion
13   globally.  You know, other manufacturers began to take
14   note.  And then you see a number of new drugs entering
15   the market subsequent to OxyContin .  The promotions
16   continued to grow with these products in general.  We
17   had over 45 new drugs enter the market subsequent to
18   OxyContin , both brand -- all brands, and both short
19   acting and long acting.  And as a result, script
20   volume with the -- you know, in combination of all
21   these items, script volume increased substantially.
22   We saw a four-fold increase in opiate scripts between
23   1999 to 2014.   Average doses increased, 70 percent
24   increase in average morphine-equivalent dose between
25   2000 and 2009.
```

1    And in 2012, there were over 259 million
2 opiate scripts issued in the US.  So, to put that in
3 perspective, that's enough opioids in the market to
4 supply every adult US citizen with their own bottle of
5 180 units of opiate drug.  That's how much was in the
6 market at the time and continues to be in the market
7 today in terms of current volume.
8    If we move on from there.  You know, at the
9 same time that sales increase, doses increase, so too
10 did the death toll.  Five times increase in annual
11 overdose deaths between 1999 through 2014.  And it's
12 during this time period that the government
13 investigations began to ensue with organizations like
14 the Senate Finance Committee, US Justice Department,
15 the FDA all beginning to look into the practices
16 around marketing of these drugs.  And in 2007, Purdue
17 Pharma and three of its top executives end up pleading
18 guilty to criminal charges of misleading patients,
19 providers, and the FDA in their marketing of the
20 safety of OxyContin  for long-term use.  They ended up
21 settling for over 600 million in fines.  You know,
22 the -- the three executives were not given jail time,
23 but ordered to perform a number of hours of community
24 service.  And they, themselves, paid over 35 million
25 in fines, but the damage had been done at this point,

1  obviously.  And as we move forward, you know, a lot

2  of what we're up against today is a direct result of

3  all of these different factors coming into play.

4            Next slide.

5            So, again, just to reinforce this.  If you

6  look at the sales of these drugs in the US from 1999

7  to 2013, you'll see the substantial rate of growth in

8  sales per kilogram per 10,000 people.  Not

9  surprisingly, as the sales increase, so too do the

10 problems.  You look at treatment admissions per

11 10,000 people, almost a parallel path, and then, in

12 addition to that, if you look at the deaths per

13 100,000, a similar path there.  You know, that

14 parallels the sales activity.

15            Next slide, please.

16            So, is this problem unique to the United

17 States?

18            Well, it's not entirely unique.  It is a

19 problem that is probably greatest here in the US.  As

20 a nation, we represent 5.4 percent of the global

21 population.  Yet, we consume 80 percent of the world's

22 supply.  That's world's supply of prescription opioid

23 drugs.  99 percent of the world's supply of

24 hydrocodone, the active ingredient in Vicodin.

25 81 percent of the world's supply of oxycodone, the

1   active ingredient in OxyContin  and Percocet.

2          This is the problem, folks.  And this is why

3   we need to take aggressive steps first and foremost,

4   given who we are as an organization in Rx, to try and

5   curb the supply of these drugs, which is contributing

6   to the dependence, which, in turn, is contributing to

7   the addiction, the overdoses, and the subsequent

8   deaths in a number of these individuals.

9          Next slide, please.

10         So, in 2016, early '16, many of you are

11  aware of the fact that the CDC had, in and of itself,

12  taken steps to try and curb the epidemic by

13  reevaluating and setting a new standard in terms of

14  how these drugs should be prescribed, particularly in

15  chronic pain management.  I've pulled out of those

16  guidelines six of the key areas of the recommendation

17  that the CDC has brought forward.

18         First and foremost, is that these drugs not

19  be used as first-line (1st-line) therapy for chronic

20  pain.  Docs should be considering non-opioid,

21  non-pharmacologic treatment parallels instead.  When

22  they are used, they should be used particularly for

23  acute pain for a very short duration.  They should be

24  used at the lowest effective starting dose,

25  particularly for those who are opiate-naive.  That

1  they should not be used in combination with drugs that

2  increase risk, such as the benzodiazepines, where the

3  risks can go up four to six fold in terms of overdose

4  when those drugs are used in combination because of

5  the added respiratory compression that can go along

6  with the both of them.  And then, docs minimize dose

7  escalation once these patients are on these drugs, if,

8  in fact, they require chronic management.

9         And then, when a patient does have a problem

10  with dependence abuse, that medication-assisted

11  therapy (MAT) be the gold standard for treating these.

12  Many of the programs today that you see advertised on

13  TV and in the news are -- are really designed around

14  abstinence.  And sadly, you know, the data of treating

15  the abstinence methodology versus medication-assisted

16  therapy is lacking.  And, unfortunately, a lot of

17  these programs are set up to get these patients clean,

18  but then send them back to where they originally were

19  from only to have these patients readmitted soon

20  thereafter because of a subsequent overdose.  It's

21  kind of a self-fulfilling cycle for them in terms of

22  their revenues to get these patients clean, but then

23  you know, again, knowing that they're likely to be

24  back if they're not treated with the most appropriate

25  therapy.  So, that's a problem in and of itself worthy

```
 1   of a separate presentation that we don't have time for
 2   today but is a big part of where we're headed as well
 3   with our future programming.
 4            Next slide, please.
 5            So, we actually looked at our compliance
 6   with the CDC Guidelines.  This was data that OptumLabs
 7   pulled together for us looking at calendar year (CY)
 8   '16 Commercial Managed -- Managed Care Medical &
 9   Pharmacy Claims Data.  First, we looked at first-fill
10   prescriptions.  So, patients who received an opiate
11   for the first time who were naive to therapy.  And
12   what we found was that almost half of these
13   individuals, half of these scripts were not in
14   compliance with CDC first-fill recommendations.  Over
15   20 percent were for greater than 50
16   morphine-equivalent milligrams of opioid.  Close to
17   20 percent were for greater than a seven-day supply on
18   initial script.  9 percent were in combination with a
19   benzodiazepine.
20            And then, when we identified the medical
21   claims' patient who have had Opioid Use Disorder,
22   opioid dependence, or had previously overdosed,
23   91 percent had no evidence of medication-assisted
24   therapy following the diagnosis.  And 46 percent of
25   these patients were receiving opiate drugs subsequent
```

1   to having the diagnosis -- having overdosed, having

2   that positive OD diagnosis, and those -- for those who

3   did go on medication-assisted therapy with drugs like

4   SUBOXONE  AND VIVITROL , 20 percent were receiving

5   opiate subsequent to going on these -- these

6   therapies.  So, clearly a lot of work that still needs

7   to be done here.

8           Next slide, please.

9           So, now, it's -- we're at that point where

10  we need to take aggressive steps in moving this

11  forward.  As I said, this is a UnitedHealth Group

12  exercise and effort.  We have an enterprise-wide

13  opioid task force that I sit on, as does Jenna

14  Gilbertson and others from our clinical team

15  representing Rx, but we are just one small component

16  of this large task force that is targeting a number of

17  different areas.

18          Our job is around Opioid Risk Management

19  within Rx.  That's, you know, to be able to utilize

20  the resources at our disposal, our capabilities to

21  truly impact this problem in a positive way.

22  UnitedHealthCare is taking this effort on as well in

23  the offerings that they bring to the table for their

24  Commercial, Medicaid, and Medicare Book of Business.

25  And we won't get into that today.  More information

1    will be coming.  We'll touch on that a little bit as

2    to where they're headed, but this is a collaborative

3    effort by, you know, by a -- by a significant degree.

4              Next slide, please.

5              So, in terms of our Opioid Risk Management

6    program that you guys are going to be carrying forward

7    is basically a five-pronged strategy; and Jenna will

8    be providing, subsequent to this slide, the details

9    within each of these five areas.

10             First and foremost, it's about prevention

11   and education.  It's about doing a better job

12   educating and heightening the awareness around much of

13   what I just shared with you to better -- better

14   educate all the stakeholders, including the patients

15   themselves, the providers as to how we can change this

16   trend line moving forward relative to the prevalence

17   of abuse.

18             Secondly, it's about minimizing early

19   exposure.  And this is where I personally believe we

20   will have the most significant impact.  With so many

21   people who are being started on these drugs going off

22   to become dependent on these drugs with so much miss

23   prescribing as you just saw going on, we have to

24   convince our clients to be open to some level of

25   disruption in minimizing that early exposure and

 1   limiting the amount of drug that can be put into the

 2   hands of the patient so that they don't become reliant

 3   on these medications as a crutch or become dependent

 4   on them both physically and psychologically.  And this

 5   is a significant amount of what we'll talk about

 6   today.

 7          Thirdly, it's about reducing the

 8   inappropriate supply in the marketplace.  It's about

 9   ensuring that we have tools and capabilities in place

10   to monitor what's happening amongst or patients, to be

11   able to intervene at earlier points when patients

12   start to drift out of an area of safe comfort from a

13   risk perspective.  It's about early intervention with

14   the Provider community.  It's about doing a better job

15   with Provider surveillance both at the prescribing

16   level and at the dispensary level.

17          Fourth, it's about making sure that once we

18   identify these high-risk patients that we have at

19   least properly intervened and make sure that they have

20   the ability to be supported and to try and steer them

21   in a way that can change that course of where they're

22   headed, particularly as doses begin to increase, the

23   demand for the drug begins increase at the patient

24   level, or working closely with the Provider community.

25          And then, lastly, it's about supporting

1   those that we know are afflicted, and that's with

2   patients who have that positive diagnosis of OUD who

3   have previously overdosed to make sure that, once

4   again, here we're providing them a type of monitoring,

5   a type of active support intervention necessary to

6   help them overcome this terrible, terrible disorder.

7           So, with that, I think, at this point, I'm

8   going to transition things to Jenna Gilbertson, who is

9   going to provide you more details on our products and

10  the availability of products in the marketplace.

11          Jenna.

12          MS. GILBERTSON:  Great.  Thank you so much,

13  David, for sharing the background really on how we got

14  here, and how, as an organization, not only at the --

15  the Rx level, but also the broader Optum and UHG

16  enterprise how we're addressing this as a united front

17  and making an impact on this very important societal

18  opportunity.

19          So, I'm going -- I'm going to take the group

20  through really what is the -- the customer

21  availability for this product, what is the timing, as

22  well as some more specifics on our five-prong approach

23  or our strategy for the product.  So, we'll go through

24  the specific capabilities that actually align to the

25  prongs or the approaches that -- that David just

```
 1   shared.
 2           Next slide.
 3           So, for many of our client-facing folks, as
 4   well as others on the phone here, I know you're
 5   wondering what clients does this product apply to.
 6   So, if you want to take a moment here from the get-go
 7   and -- and really ground the group in what the
 8   customer opportunity looks like.  So, really, who is
 9   it available to and when.  So, today, our May 30th
10   will really serve as our more -- our more formal
11   market launch or market-ready date for the Opioid Risk
12   Management Solution.  This date also does serve as our
13   product discontinuation of the Controlled-Drug
14   Management (Essential & Premium) program.  And,
15   really, that -- that means that it's no longer
16   available for upsell; however, clients will be
17   maintained in the Legacy CDM products until migrated
18   as part of an upsell opportunity or part of a
19   re-contracting negotiation.  And this process is very
20   similar to -- to others in clinical products where
21   we'd launch or sunset something in our Rx portfolio,
22   that migration or transition really happens at the --
23   the upsell or the -- the contract renewal to trigger a
24   change.
25           In terms of Market Segments at the Opioid
```

1  Risk Management Solution is available to -- is also

2  available to many Rx direct carve-out space clients,

3  Employers, Payers, Commercial, Managed, Medicaid, and

4  Exchange, as well as State and Local Government,

5  Hospitals, Universities, Labor & Trust, as well as

6  TPAs.

7        Our first implementation ready date, or

8  go-live date for the comprehensive solution is slated

9  for 8/1/17.  So, you need a minimum of -- minimum of a

10  60-day implementation turnaround time.  This may vary

11  by line of business in Legacy platforms, but we'll get

12  into more details on the upcoming slides as to the --

13  the specific availability of the product component.

14        As part of this package strategy, we -- we

15  do have two packages that we will be offering.  One

16  is a Standard or Base, and the other is a buy-out

17  package, as you can see on the -- the screen here.

18  Again, we'll go through more detail on if there's any

19  segment limitations and the specific implementation

20  dates in upcoming slides.

21        I do want to turn your attention here to

22  the -- the date of 7/1/17.  And as part of this

23  product launch, we do have one product component or

24  module going live before the others.  And this is

25  because it's tied to -- the specific UM is tied to a

```
 1   formulary change.  And these formulary changes are
 2   only updated twice per year, so either on January 1st
 3   or January 31st.  So, the new short acting opioid
 4   edits or UM will be effective 7/1 for clients, who are
 5   already enrolled in our Comprehensive UM package.
 6           And I will note here that the Comprehensive
 7   UM package, or when I refer to Comprehensive UM
 8   package, that includes not only clients who are on
 9   Comp UM, but also both Legacy, OptumRx clients that
10   are on our Standard non-specialty QL program prior to
11   1/1/17.  So, we have some Legacy considerations that
12   we're pulling into this as well.
13           In terms of market segments impacted for the
14   7/1 go-live, it is specific to our Commercial line of
15   business and includes Employers, Commercial Health
16   Plans, State and Local Government, Hospitals,
17   Universities, Labor & Trust, and TPAs; and that is
18   including both UMR and non-UMR.
19           Last note here on this slide, is that there
20   are some lines of business that are not within the
21   scope of this initial launch or the dates of 5/30 or
22   7/1, such as UHC, FMS, and Med D.  Those product
23   launches utilize different people processing new
24   technologies and even may have different compliance
25   needs.  So, we're approaching our product launches
```

1    in -- in phases.  We're having a more phased approach.

2              Next slide.

3              So, David took us through our -- our

4    five-prong strategy for really how we're -- we're

5    positioning ourselves to address the -- the opioid

6    crisis.  And -- and with this product, you know, our

7    mission really is to -- to get out in front of misuse,

8    abuse, dependence, and even diversion before it

9    starts, but also support or treat at risk, high risk

10   populations in need.  So, our Comprehensive Clinical

11   Strategy I say is really aligned or grounded with an

12   overall clinical rigger or richness that addresses

13   populations across the care continuum.

14             So, as mentioned previously, not just

15   prevention or treatment, but both.  So, that's what

16   really makes it more of a comprehensive offering in

17   that we're doing this through a multi-disciplinary

18   approach, meaning multi-product, multi-channel,

19   multi-touch points.  And the clinical product offering

20   includes prevention through proactive education.  I'm

21   also focused on curtailing inappropriate supply

22   through UMs or max-fill limits on opioids.  We also

23   have other point of sale efforts that really leverage

24   the power and sophistication of Rx claim.  Also,

25   focused on reducing risk of opioid abuse through

1  retrospective surveillance and intervention, as well

2  as addressing high-risk Members through -- through

3  Case Management, all while preventing the progression

4  to chronic use that really may end up in a point of

5  sale beneficiary edit or -- or what we call a drug

6  level lock-in for those high risk or at risk Members.

7          So, our five-prong strategy really allows us

8  to deliver -- really to -- to deliver at the -- care

9  at the right time through the right channel across the

10 care continuum.  And this is important as we review

11 prevention and minimizing early exposure, limiting the

12 supply chain, really as part of that care continuum

13 when addressing the opioid crisis.  And as David

14 mentioned, really, as a PBM where we can have a truly

15 significant amount of impact.

16          As mentioned on the -- the previous slide

17 and in the note here on the right-hand -- lower

18 right-hand side.  The solution -- the solution that we

19 created does have some flexibility or more of a

20 modular a la carte-type approach to support client

21 adoption.  And so, as we move through the slides,

22 we'll talk through what the Base opt-in package or

23 Base/Standard opt-in package is, as well as our

24 buy-out offering.  And, as a rule of thumb, as I do

25 move through the contents of this stack, and I think

1   an easy way to represent what products are in which

2   package, it's everything that is driven more at the

3   point of sale is included in our more Base or Standard

4   offering and everything that's really more

5   retrospective in nature or after a claim has

6   adjudicated and utilizes our proprietary retrospective

7   rules engine, that's a non -- an upsell package.

8          Next slide.

9          From the previous slide, I talked a little

10  bit about our -- our clinical rules engine and -- and

11  our approach for this product and really how we're

12  able to make a significant impact is -- is by

13  identifying opportunities closer to the point of care.

14         So, as we move from left to right on this

15  slide, you can see that you have the ability to

16  integrate multiple data sources, ID clinical

17  opportunities, both at the point of sale through our

18  Rx claims engine, as well as on the back end we're a

19  retrospective rules engine.  So that means our

20  clinical rules that are identifying opportunities are

21  either being run real-time in claims process or near

22  real-time on a daily basis through our retrospective

23  rules engine.

24         And this is really unique as we -- we don't

25  want our interventions to be stale when they get to

1  providers.  So, this intervention strategy in itself

2  really does tie back nicely into our mission to really

3  get out of abuse -- get out in front of abuse before

4  it starts.

5          In terms of our engagement, our intervention

6  strategy on the right-hand slide -- side, you'll see

7  that we do have a handful of products, such as UM,

8  Education, State UR, Case Management RUR, and Benefit

9  Limits that drive that multi- -- multi-engagement

10  strategy for -- have multiple end- -- end users, such

11  as Members, Prescribers, and Pharmacists, all part of

12  the -- of the health team.

13          In turn, this really helps to -- to drive

14  outcomes that align with preventing misuse and abuse

15  before it starts, limiting exposure for Members who

16  are new to therapy or in line with safe opioid

17  utilization, as well as help to really prevent or --

18  or curb the progression to opioid abuse disorder

19  which -- which does have significant costs on the --

20  the medical side.

21          Next slide.

22          So, I'm going to take you through a bit more

23  detail on the -- on the different product components

24  that align with the five-prong strategy.  And really

25  the -- the market staff that -- that demonstrates the

Case: 1:17-md-02804-DAP Doc #: 6326-1 Filed: 10/15/25 29 of 59. PageID #: 7019974

PEC-OPT1-0261702274

1  importance of each prong here.

2          So, first off, in terms of Prevention &

3  Education, on the right-hand side, some key stats that

4  we found.  60 percent of Americans have unused opioid

5  painkillers at home.  70 percent of potential Rx

6  abusers get -- get drugs from friends or family.  And

7  this really only reinforces why education and

8  prevention are a key part of our end-to-end strategy.

9          So, how we're addressing this is through

10  promoting appropriate use of opioid drugs all while

11  informing and teaching Members, pharmacies, and

12  Prescribers about the risks associated with misuse or

13  abuse, safe storage, safer alternatives to opioids, as

14  well as proper disposal.

15          So, with that, we'll have education on

16  Optum.com, really, that anybody can access as part of

17  our solution.  We'll also have pharmacy education that

18  goes out as part of our utilization management edits

19  that are going live on 7/1.

20          And lastly, on our Prescriber portal, our

21  Professional portal, we'll have education and end

22  resources really to allow Prescribers to see the tools

23  and resources to ensure appropriate prescribing of --

24  of opioids.

25          Next slide.

Webex Presentation 5/30/2017 Audio Transcription
Case: 1:17-md-02804-DAP Doc #: 6326-1 Filed: 10/15/25 30 of 59 PageID #: 701975
PEC-OPT-02617.28

```
 1              So, next up:  Minimizing Early Exposure.

 2              So, this is, as David mentioned, you know,

 3   really where we can make the most immediate and most

 4   substantial impact as a PBM by capitalizing on -- on

 5   Rx Claim or on our claims adjudication system in

 6   combination with our -- our clinical UM criteria that

 7   we developed that really support safe prescribing and

 8   dispensing and limiting exposure to these drugs in

 9   particular for Members who are opioid naive or new to

10   therapy.

11              Studies show that -- that opioid abuse can

12   start in just a few days, and why minimizing early

13   exposure to opioids is so, so important.  According --

14   On the right-hand side, there's some stats there.

15   According to the CDC Guidelines that limited

16   literature supports long-term opioid therapy for pain.

17   Therefore, treatment of acute pain with opioids really

18   should be limited for shortest durations possible.

19              The risk of chronic opioid use actually

20   increases with each additional day of medication

21   supplied starting with the third day.  And the study

22   found that sharpest increases in chronic opioid use

23   were observed after the fifth day when a second Rx was

24   dispensed, and after an initial 10- or 30-day supply

25   was dispensed.
```

1    So, with that, you know, too often we -- we

2  see patients -- and David touched on this earlier in

3  the presentation.  But too often we see patients going

4  home from the doctor's office with minor acute in- --

5  injuries, out-patient procedures, even dental visits

6  with excessive supplies of opioid meds, and these

7  members may often be new to therapy, which means they

8  have no opioid medication or history in their profile;

9  and -- and how we're addressing this is through

10  minimizing early exposure through those aggressive

11  first-fill limits that align with the CDC Guidelines

12  for when Members are -- are new to therapy on an

13  opioid medication.

14    And before we get into the specifics of the

15  edit, as a -- as a non-clinician, I definitely

16  struggled a bit to get my arms around, you know, what

17  is morphine-milligram equivalent or MME, and what

18  is -- what is the difference then with

19  morphine-equivalent dosing or MED.  And even all

20  the -- the different opioids and narcotics out there,

21  and I found a point of reference that really -- that

22  really resonated with me as to why we are not just

23  limiting day's supply, or having day supply limits,

24  but also incorporating the MED or the

25  morphine-equivalent dosing or the opioid load each

**Page 30**

Webex Presentation 5/30/2017 Audio Transcription
Case: 1:17-md-02804-DAP  Doc #: 6326-1  Filed: 10/15/25  32 of 59. PageID #: 7010977

PEC-UPL-02017.30

1  script carries into our limits.  And -- and if you

2  boil it down, MME or MED, interchangeably, MEU, it's

3  simply a numerical standard against which most opioids

4  can be compared.  So, it really helps to provide or

5  yield more of that apples-to-apples comparison in

6  understanding a medication's potency.

7          So, MED, to me, I thought of it as, you

8  know, it really helps to provide that level playing

9  field for comparing opioids to one another and against

10  that common standard of morphine, which is one type of

11  opioid.

12          So, to draw your attention back to the

13  left-hand side of the -- of the screen here.  The

14  new -- new to therapy opioid limits that we are

15  offering have a max-fill of 49 morphine --

16  morphine-equivalent milligrams or MME per day of an

17  opioid-filled medication.  And that -- should a Member

18  or a Prescriber determine that more use be warranted,

19  there is the potential for a prior authorization to be

20  approved, given that a treatment plan is in place.

21  And that treatment plan is really an enhanced

22  relationship or enhanced opportunity between the

23  Member and the Prescriber to discuss safer

24  alternatives, to perform a risk assessment, really in

25  agreement on addressing the Rx management of opioid

1    use, the risk of opioid with medication sharing.

2            And as part of this -- this prong, we're

3    also offering the ability for clients to buy into a

4    Member education piece that would be triggered based

5    on a Member's first fill of a short acting opioid.

6    And that Member piece or that Member trigger letter

7    would be sent to Members upon their first fill, really

8    letting them know of the -- the risks associated with

9    misuse or abuse, safer alternatives, proper disposal,

10   and storage.

11           Next slide.

12           So, to give the -- the group a feel for

13   impact of these edits; and specifically, this new edit

14   on short acting opioids for Members who are new to

15   therapy.  We did look at the impact of our 7/1 go-live

16   or our Commercial business that was on the

17   Comprehensive UM program, and we found that about

18   65 percent of members or 650 out of a thousand who

19   still a short acting opioid are considered new to

20   therapy.  Again, 65 percent of those Members if a

21   client opted into the education would receive that

22   first fill notification or education.  Of that, 46

23   percent of Members or 290 or so of a thousand would

24   hit the new to therapy QL.  And then, also, that would

25   hit the new to therapy QL about 15 percent of those

1   Members or 40 or so may actually pursue a PA.

2          And some examples of new to therapy edits.

3   So, oxycodone a tab -- oxycodone tab has an MME of 49.

4   So, that would be one tab per day.  And to go back to

5   what I had previously noted about morphine-equivalent

6   dose in an MED is that, you know, not -- not every

7   opioid is equal, and that there -- there needs to be

8   that comparison or that factor.  So, one tab of

9   oxycodone may be different than one tab of Percocet.

10  So in terms of how it's being converted, this is an

11  example to show one tab of oxycodone equals six of

12  Percocet equals nine of Vicodin.

13         Next slide.  Thanks, Jordan.

14         So, the third -- the third lever or the

15  third prong here really focuses on post-first-fill

16  actions are really addressing inappropriate supply;

17  whether that be dispensing, prescribing, or even

18  utilization.  So, our clinical roles engine does

19  screen for inappropriate supply at the point of sale.

20  Again, with just -- with this prong, we're really able

21  to leverage the power of our claims adjudication

22  system and specific to short acting opioids, we are

23  placing an edit that may be adopted for those Members

24  who are treatment experienced or have been utilizing

25  opioids, short acting opioids, in their history or

1  have short acting opioids in their history.  And that

2  opioid still mass is set at 90 MMEs per day of an

3  opioid medication.

4           We also with this have the opportunity for a

5  PA to be pursued, but that is contingent based on a

6  treatment plan being in place as well, similar to the

7  new to therapy edit.

8           We're also rolling out tighter refill window

9  limit standards.  So, that would be 90 percent or a

10  standard threshold would be set at 90 percent on CIIs

11  or all opioids really to help prevent stockpiling and

12  diversion.  So, say, for example, a 30-day fill for an

13  opioid, that would be about 22, 23 days.  Normally, if

14  a client had a 75 percent refill window on -- on

15  medications but would be narrowed to 27 days so they

16  adopt this tighter refill window limit.

17           We also have Prescriber/Provider

18  surveillance.  And this really is an enhanced

19  monitoring and restriction that's based off of DEA

20  prescribing authority limits are really just scope of

21  practice.  So -- so today, as a PBM, we have checks in

22  place to, obviously, validate the DEA numbers and

23  licenses.  But this edit really takes it one step

24  further and addresses more of a scope of practice and

25  makes sure that Prescribers who are prescribing a CII

1  or a CIII drug has that specific scope of authority or

2  a license.

3            We also have our -- our deploying Advanced

4  Concurrent Drug Utilization Review or CDUR edits.  So

5  we're looking at drug-drug interactions for opioids,

6  as well as -- excuse me -- opioids and prenatal

7  vitamins, as well as where there is excess supply of

8  acetaminophen, which is really just unsafe doses

9  exceeding 4 grams per day.

10            Next slide.  Thank you.

11            So, again, to give the group a feel for

12  impact of our -- our short acting opioid max-fill

13  edits for those Members who are treatment experienced.

14  And, again, these are projections, they're really for

15  estimation purposes, and they are based off of our

16  Commercial business that is on the Comprehensive UM

17  program.  But we found that about 35 percent of

18  members or 350 out of a thousand members who filled a

19  short acting opioid are considered treatment

20  experienced.  We also found that about 10 percent of

21  Members or 35 out of a thousand who are treatment

22  experienced would hit the QL.  And then, we -- we

23  estimate about 45 percent of those Members or 16 --

24  15, 16 or so would hit the treatment experience QL and

25  pursue a PA.  So, the greatest impact with our opioid

1    max-fill edits is really going to be on the -- the new

2    to therapy side.

3               Next slide.

4               So, our fourth edit here is -- or, excuse

5    me -- our fourth prong is really focused on treating

6    at risk and high risk populations.  So, really,

7    preventing that progression to -- to chronic use.

8    And -- and the staff showed that members with opioid

9    disorders, the Opioid Use Disorders (OUD) cost

10   significantly more.  So, on average, opioid abusers

11   generate about 15,000 more in excess cost to payers

12   six months following initial -- initial abuse.

13              So, this is why it's so critical that we --

14   we leverage clinical resources to ensure proper

15   clinical intervention and support for treating those

16   high risk or at risk and high risk populations to

17   prevent that -- that progression to chronic use.  So

18   as part of the program, two different -- two different

19   sets of offerings here.  One is our -- our

20   multi-dimensional RDUR Prescriber Outreach and

21   Intervention program.  Some examples of edits in this

22   program includes the concurrent use of opioid/benzos.

23   Also, sometimes coined as the "double threat" rule.

24   As David -- as David noted earlier on, that's also one

25   that's been aligned -- in alignment with CDC

1  Guidelines, so concurrent use of that and limiting

2  exposure to that.

3          We also have new rules that are focused on

4  poly pharmacy and poly prescriber use, which may

5  indicate that the shoppers or have a quicker potential

6  for abuse, misuse, or diversion.  Also, we have rules

7  that look at overuse of opioids in combination of

8  other drugs such as ADHD medication.

9          To support the more high-risk population, we

10  do have Intensive Case Management consults that are

11  really focused on the Prescriber.  So, we have

12  Pharmacists in our -- in our clinical, our Rx Clinical

13  Call Center, that outreach to Prescribers as part of a

14  Case Management opportunity, and -- and Members are

15  identified not only for opioid overutilization but

16  excessive early refills of acetaminophen-containing

17  controlled medications.

18          Next slide.

19          So, lastly, our -- our fifth prong here is

20  supporting chronic populations and recovery.  And this

21  is really focused on ensuring those with current or

22  previous history of being at high risk or risk or

23  having OUDs are properly monitored and managed with

24  the most clinically effective treatment.  And really

25  how we're addressing this as part of our -- our Case

1    Management, our Intensive Case Management High Risk

2    Intervention, Members can be referred to drug level

3    lock-ins or a beneficiary level point of sale edit to

4    really restrict the -- the drug and the quantity or

5    restrict the Member to a drug and a quantity, allowing

6    them not to shop.

7              We also have post-treatment relapse

8    intervention focus as part of this -- this prong.  And

9    that's really leveraging our advanced CDUR edits that

10   look for opioid use post-fill of a medication, a

11   specific treatment therapy claim.  So, really, those

12   Members who -- who have addiction would be looking for

13   opioid use post- -- post-signs of addiction to really

14   prevent that.  We also, earlier in the year, expanded

15   access to emergency or rescue medications to treat

16   overdose as part of OptumRx.  So, that was in Quarter

17   1 of '17:  Removed the prior authorization required

18   for emergency or rescue therapy of the Naloxone Auto

19   Injector.

20             Next slide.  Thanks, Jordan.

21             So, now we'll move into -- into more of

22   the -- the product detail.  I'm actually going to fly

23   through these slides really quickly, but the intent of

24   these slides is really to make sure you guys have a

25   reference point after the training as to what product

1    components are available in each package, a

2    description of each, what is the market availability,

3    implementation, and pricing associated with each

4    component.

5            Next slide.

6            In terms of packaging, as I mentioned

7    earlier, we have the two -- the two packages.  One

8    that's focused on more advanced point of sale

9    intervention.  So, this is more commonly things or

10    interventions that go through Rx claims.  So, we have

11    UM, enhanced CDUR, and enhanced plan design edits all

12    as part of this package, all a la carte, or modular

13    for adoption or options.  So, we also have enhanced

14    retrospective interventions as a package.  And -- and

15    again, as a rule of thumb, those are just

16    interventions that occur post claims adjudication or

17    are more retrospective in nature.  So, this includes

18    Member education, our RDUR Provider suite of

19    interventions that focus on abused medications, as

20    well as our Intensive Case Management Solutions.

21            Next slide.

22            So, first up here is the Advanced Sale

23    Interventions or Standard Safe Package.  As part of

24    the solution that we discussed of the two edits that

25    are available both for members who are new to therapy

```
 1   on short acting opioids, as well as treatment
 2   experienced on short acting opioids.  This -- these
 3   two edits will be made available to clients starting
 4   7/1 who are enrolled in Comprehensive UM.  And then,
 5   8/1, or after, it will be made available to Commercial
 6   clients who can opt-in as more of an a la carte
 7   offering and can adopt this package.  So, in terms of
 8   implementation and pricing, you'll want to follow the
 9   standard implementation process for clinical products,
10   which we'll get into more detail in -- in following
11   slides, but that would be to fill out a Clinical
12   Product Implementation Form, ensure a CDF is signed,
13   or the contract is executed.
14          Also, as part of this edit, we will follow
15   the standard UM process that does require you to fill
16   out the appropriate implementation process or the
17   abilitation (phonetic) forms for the Clinical Benefit
18   Design Template or the notification to the bottom
19   team.
20          Next slide, Jordan.
21          So, another point of sale intervention is
22   our enhanced CDUR suite.  So, there's three edits that
23   we'll be making more broadly available for opt-in.
24   One, is a therapy dose check on acetaminophen.  The
25   other is a drug-drug interaction that looks for opioid
```

1   and prenatal vitamin use.  And lastly here, a

2   drug-drug interaction that looks for opioid use after

3   medication-assisted therapy.

4               In terms of market availability, it will be

5   made available for our direct or carve-out space, our

6   Commercial, Medicaid, Exchange clients.  Our first

7   available go-live is 8/1.  It's an opt-in solution.

8   And again, following the standard implementation

9   process and -- which is a Clinical Product

10  Implementation Form, the Addendum, and then filling

11  out the CDF or Clinical Documentation Form for pricing

12  and contracting.

13              Next slide.

14              Our last point of sale intervention that's

15  part of that Base or Standard package is our Enhanced

16  Plan Design Edit.  So, that first one is that DEA

17  exclusion, our scope of practice check that we talked

18  about previously.  The second is the -- the change to

19  the refill window or narrowing the refill window on

20  opioids that are generally Scheduled II drugs.  These

21  two edits are available to our Commercial, Medicaid,

22  and Exchange lines of business, but please note that

23  this -- these two edits are actually the first slated

24  go-live or 10/1 or after.  So, this one will come a

25  little bit later.

1      And again, in terms of -- of implementation
2  process, all of this will be filled out on our -- our
3  Clinical Product Implementation Form, as well as the
4  Addendum, and then the CDF.
5      And then, the fifth one is also important
6  that we notify our pre-notifications to the bottom
7  team on the BDT, or the Benefit Design Template.
8      Next slide.
9      Moving into our Enhanced Retrospective
10  Intervention.  So, we have four that we'll quickly
11  review here.  First is the Member Education.  And this
12  Member Education can be triggered as part of any short
13  acting opioids fill.  Again, the -- the letter of
14  education will be focused on a reminder of the
15  quantity limit to the member, safe disposal, safe --
16  safer alternatives, risks, storage, etc.  This will be
17  available to our Commercial line of business.  Also,
18  potentially available to Medicaid and Exchange.
19  8/1 is the first go-live, our implementation-ready
20  date.  And same -- same implementation process and
21  pricing procedures apply in filling out the CPI form,
22  the Addendum, and then the CDF.
23      In terms of the RDUR of these MED product
24  components, we reviewed that earlier.  And those rules
25  really focus on overuse of opioids or other con- --

1  controlled drugs, focused on duplicate therapy,

2  drug-drug interactions, doctor shopping, pharmacy

3  shopping, etc.  This will also be available to

4  Commercial, Medicaid, and Exchange clients with the

5  first available go-live on 8/1, and same

6  implementation and pricing process apply for this one

7  as well.

8          Next slide.

9          Lastly, here, two Intensive Case Management

10  Interventions.  These offerings -- the first one,

11  really, looks for opioid overuse and looks at the

12  morphine-equivalent dose, plus poly pharmacy, and poly

13  prescriber use to identify high-risk Members.  This

14  will be available to Commercial, Medicaid, Exchange

15  clients; first available 8/1 go-live.  The other

16  Intensive Case Management Edit that we discussed

17  previously is really looking for early refills of a

18  pack -- or, excuse me -- acetaminophen and drugs of --

19  of abuse.  And this is also looking for high --

20  high-risk Members for Case Management Intervention.

21  The same target market and implementation, process,

22  and pricing apply as the other RDUR programs or

23  retrospective program.

24          Next slide.

25          So, in terms of -- of what was it then, and

1  what it is now.  So, I know we've had a handful of

2  different product iterations that focus on drugs of

3  abuse or more specifically controlled drugs.  So, it's

4  pre-integration.  So, pre- Catamaran, OptumRx

5  integration.  We did have on the Legacy OptumRx client

6  platform, the RDUR narc- -- narcotics program.  And

7  within Legacy Catamaran clients or the Legacy

8  Catamaran offering, we had a Fraud, Waste & Abuse and

9  an RDUR abuse MEDs offering.

10         And then, in 2016, we took an integrated

11 approach to a Controlled Drug Management offering, had

12 essential and premium, and what I talked about earlier

13 is that that program will be sunsetting and moving to

14 this Opioid Risk Management program.

15         Next slide.

16         So, really, what's new or what's changing.

17 The Utilization Management Edits on short acting

18 opioids, that is new.  The Member Education that I

19 talked through is new.  We also have a couple of CDUR

20 edits that focus on drug-drug interaction, those are

21 also new.

22         In terms of benefit or plan design, these do

23 exist as -- as custom options today for clients, but

24 as part of the solution we'll be making it more

25 broadly available.  RDUR abuse MEDs has existed

Webex Presentation 5/30/2017 Audio Transcription
Case: 1:17-md-02804-DAP  Doc #: 6326-1  Filed: 10/15/25  46 of 59. PageID #: 701091
PEC-UHD-02017044591

1  previously, but we're expanding the rule set and

2  expanding the capabilities to Legacy OptumRx platform

3  clients as well, and the same is true for Case

4  Management expanding the product capabilities to

5  Legacy, OptumRx platform clients.

6          Next slide.

7          So, now I'll actually hand it back over to

8  David to review what our -- our roadmap looks like for

9  opioid initiatives as well as what UHC is doing in

10  this space as well.

11          MR. CALABRESE:  Thanks, Jenna.

12          So, as I started out with earlier, this

13  product or products is a set of capabilities that will

14  continue to be refined and expanded upon as we move

15  forward.  We already have things in the queue that

16  we're hoping to launch January 1st of '18 and others

17  that will come subsequent to that.  So, as new

18  components are built out and developed, we will

19  continue to keep all of you informed.  But just to

20  give you a snapshot into some of the things that we

21  are thinking about and are working on today, the

22  concurrent DUR front, we will, in addition to the

23  drug-specific morphine-equivalent dosing limits that

24  Jenna talked about that are going into effect in July,

25  we will also have a cumulative MED dosing edit.

 1  Something that is similar to what's in place today in

 2  the Medicare world that we'll be offering to the

 3  Commercial space as well, likely in January.  That

 4  will, you know, limit the amount of cumulative -- and

 5  what I mean by "cumulative" is the patient could be

 6  receiving multiple prescriptions simultaneously for

 7  different opioid products, the edit is going into

 8  effect in July.  We'll only limit it at the

 9  drug-specific level.  The edit that we will roll out

10  in '18 will be set at a cumulative level which will

11  add up, basically, the amount of opioid a patient is

12  receiving across the different prescriptions they may

13  be receiving and limit that.  We have not specified,

14  at this point, where are we go- -- where we are going

15  to set that edit, but there will be -- it will be set

16  as both a soft message at the pharmacy level requiring

17  or a soft edit requiring that Pharmacist to take

18  additional steps to process the claim.  And then, at a

19  certain higher dosage level, our intent is to set it

20  as a hard edit, a reject that would require prior

21  authorization.

22          We're working with Andre Marks and the

23  Clinical Analytics Team now to determine the

24  distribution of dosage at a cumulative MED level for

25  patients who are using chronic opioid therapy today.

1   And we'll be discussing with our Pharmacy Work Group

2   where to set those edits as we get closer to the end

3   of the year.

4           We will be putting in place a prior

5   authorization on all long -- long acting opioids for

6   new patients starting on long acting opioid therapy,

7   whether it's brand or generic, to ensure appropriate

8   use of these long-acting agents.

9           We will be doing, similar to what Jenna

10  described.  For the short acting opiates, we'll be

11  doing separate Member Education at first on the long

12  acting opiates as well to ensure patients understand

13  how to use those products appropriately.

14          And then, working again with the Clinical

15  Analytics Team, we are building out our analytic

16  capabilities to be able to better re-stratify

17  patients, segment those patients for intervention

18  based on their risk of overdose and abuse.

19          We'll also be looking at more detailed

20  surveillance at the Prescriber and Pharmacy level to

21  identify the outliers and to make sure appropriate

22  intervention is in place with those outliers.

23          We are in discussions with our retail

24  partners, CVS and Walgreens, on how we can better

25  align efforts there with regard to dispensing,

1 disposal, education around these particular products.

2       And then, lastly, most importantly, I think,

3 in terms of expanded capabilities, we are leveraging

4 our enterprise-wide capabilities to work with our

5 colleagues on the Optum Behavioral Health side to come

6 up with a more integrated approach, particularly, for

7 patients who are at that high risk or are all ready

8 previous overdose patients or previously diagnosed

9 patients to make sure that we can further support them

10 moving forward and contribute to success in their

11 overcoming their -- their opioid use issues.

12       So, more to come on those.  And then,

13 additional product roll outs.  Some of the things that

14 were talked about here will be expanded to the

15 Medicare Part D world, that's the UnitedHealthCare

16 lines of business, as we continue our conversations

17 with -- with those product teams.

18       Next slide, please.

19       So, on the UHC front, for those of you who

20 are representing the ENI business, MNR business, etc.,

21 UHC is, in fact, actively participating in these same

22 discussions.  Our Pharmacy Work Group is comprised of

23 folks from the different segments of UnitedHealthCare

24 from the Medicare, Medicaid, and -- and Commercial

25 segments.  And so, there is a high-level of alignment

Webex Presentation 5/30/2017 Audio Transcription

PEC-OPT-0261704995

1  here moving these efforts globally across the entire

2  enterprise.  The timing may be different and the

3  programs may be tweaked to some degree for -- to meet

4  UHC needs, but again, you can't be assured that we

5  are -- everything that we're doing here is in close

6  alignment with our UHC colleagues.  And there'll be

7  more information coming on the UHC-specific opioid

8  efforts in mid-to-late June and in Quarter 3.

9        Ann Wheeler, who works on Susan Maddocks'

10  ENI team, is the point person from UHC relative to

11  this opiate management effort.  And in some instances,

12  they're ahead of us in terms of some of the things

13  that they've launched and other instances they're

14  mon- -- closely monitoring some of the things that

15  we're doing to determine when and how they'll

16  implement on the UHC side of the house.

17        Next slide, please.

18        So, Jenna's now going to -- I believe it's

19  Jenna is going to take us through the reporting piece

20  around our ORx efforts.

21        MS. GILBERTSON:  Great.  Thank you again,

22  David.

23        I'm going to -- I'm going to quickly go

24  through our -- our reporting and -- and what Pricing

25  and Ops details look like, as well as our go-to-market

1  approach with this solution.

2          So, in terms of reporting, on the screen or

3  on the slide, you see really what is our -- our opioid

4  dashboard that will be made available to all of our

5  clients.  So, both Legacy Catamaran, as well as Legacy

6  Optum platform clients.  This is going to be a

7  mass-produced dashboard that will really take the

8  place of a prospective analysis or a prospective

9  analysis as -- as part of this product launch.

10          So, on the screen you can see really what

11  the opioid snapshot looks for -- looks like for a

12  specific client and compares that versus Book of

13  Business benchmarks.  So, on the left-hand side,

14  you'll see utilization or fills of opioids, as well as

15  utilizers or utilizing Members of opioid -- opioid

16  medications.  And on the lower half of the dashboard,

17  really how -- how is the client aligning to -- to CDC

18  Guidelines.  So, it will show not only for fill of

19  long acting opioid use, but also where the

20  morphine-equivalent dosing is greater than 50.  And

21  this certainly ties in nicely to our -- our UM part of

22  the product, as well as our RDUR efforts.

23          And then, on the right-hand side of the

24  screen, there's some additional indicators that

25  indicate opioid use with significant clinical risk.

1    So, where there's concurrent opioid benzo use or

2    significant opioid use that is measured where an MED

3    is greater than 120.  So, outside of -- outside of CDC

4    Guidelines.  So, as part of this dashboard, it can

5    really help to start painting the picture for -- for

6    the products and also other products, and how it can

7    really address the client-specific opioid

8    opportunities.

9              Next slide.

10             So, now we have a couple of slides that are

11   more focused on the product reporting after the

12   product goes into place.  So, not perspective but

13   after.

14             This first slide here shows more of the

15   reporting that is available for Advanced Point of Sale

16   Intervention.  So, our CDUR edits will appear on the

17   CUR Standard reporting, and then the Standard UM

18   reporting that's available in Rx Insights for

19   Comprehensive UM clients will also be available for

20   clients that are enrolled in com- -- Comprehensive

21   UMs.

22             I do want to note quickly on this slide that

23   raw roll out of these two products for both Legacy

24   organizations or Legacy platform clients is dependent

25   on the integrated data warehouse.  So, I do just want

Webex Presentation 5/30/2017 Audio Transcription

```
 1   to note that the availability and the roll out to

 2   clients may be limited in -- in Quarter 2 and Quarter

 3   3.  It may come after that, but we'll keep you posted

 4   on that.

 5               Next slide.

 6               This next slide shows our retrospective

 7   reporting.  So, we have both quarterly reporting

 8   available, as well as monthly Member detailed

 9   reporting for our Case Management and RDUR

10   Interventions.  This really helps to give a client

11   transparency into what their members are being

12   targeted for, and -- and what prescribers are

13   involved, and then if there's a change in behavior or

14   not.

15               Moving into Pricing and Ops details.

16               So, I referenced this earlier in more of the

17   product detail slides, but as part of this

18   implementation or as part of end product

19   implementation in clinical.  The CDF or the Clinical

20   Documentation form really -- really is the pricing

21   sheet or the rate sheet, as well as the contractual

22   agreement between us and the client for adoption of

23   the program.  So, all of these product components are

24   listed with applicable pricing on the CDF, which is

25   posted on the Knowledge Information Center or on KIC.
```

Case: 1:17-md-02804-DAP   Doc #: 6326-1   Filed: 10/15/25   54 of 59.   PageID #: 701299
PEC-OPT-02617-3299

```
 1              Next slide.  Oh, sorry.  Next slide.
 2              So, the Implementation Process is -- is
 3    defined here for folks to reference back to.  This is
 4    very similar to other products in the Rx portfolio in
 5    that the -- the Notice of Sales Form will be filled
 6    out for that new PBM business, and then you want to
 7    follow the Clinical Product Implementation Process.
 8    And as part of the solution, there's also product --
 9    product addendum to help facilitate the -- the
10    implementation process.
11              Next slide.
12              This just gives a view into what the CPI
13    Standard form looks like, as well as the Addendum.
14    Again, as part of product solution, any offering
15    that's adopted, you'll want to fill out the CTI form,
16    as well as the Addendum form, and there's more
17    specific details on how to do this in the previous
18    slide.
19              Next slide.
20              Somewhat unique to this clinical product in
21    that we're pulling in a UM component, as well as a
22    plan design component.  So, our partners in
23    dom(phonetic) are really critical to the
24    implementation of -- of these two-parts of the
25    program.  So, if a client does adopt the UM edits or
```

1   the plan design that's focused on DEA edits, as well

2   as refill window edits, you'll also want to follow a

3   Standard Implementation Process that may leverage the

4   Benefit Design Template and/or the Clinical Benefit

5   Design Template.

6           Next slide.

7           So, in terms of Go To Market Messaging,

8   really quickly here.  This -- this overall solution

9   really does aim to change the course of -- of the

10  national opioid crisis and as OptumRx and the wider

11  UHG enterprise through smart engagement, smart

12  prescribing, and ongoing monitoring.

13          When we touched on the five-prong engagement

14  solution, our end-to-end solution, and really the

15  focus to get out in front of misuse and abuse before

16  it starts, as well as aligning with safer prescribing

17  guidelines, aggressively implementing our aggressive

18  UM edits, and -- and overall just limiting the supply

19  chain.

20          Based on Book of Business data, we're

21  showing an average savings for clients of close to

22  $2,300 per intervention with a 45 percent positive

23  change in behavior for those clients that were

24  enrolled in previous Legacy-type offerings.  So, as

25  part of the solution, that's a good frame of -- of

```
1   reference.
2            Next slide.
3            So, again, our high-touch engagement
4   strategy, very -- again, very multi-dimensional in
5   that we're using multiple -- multiple channels,
6   multiple touch points to reach Members, Prescribers,
7   and pharmacies really where they're at and make sure
8   we're making an impact closer to the point of care.
9            We also have two Member Journeys included in
10  this stack.  And I'm actually going to skip through
11  those, just given the timing, but please reference
12  back to them in terms of the Member Journey.  It
13  really takes you through what the experience looks
14  like for a Member who may be new to therapy on a short
15  acting opioid and the process that we -- we have in
16  place to ensure safe prescribing and proper dispensing
17  and -- and really the encouragement of the Member and
18  the Prescriber to build a stronger relationship around
19  the treatment plan should a prior authorization be
20  required.
21           Next slide.
22           And we're going to move into the Go To
23  Market Deliverables.  I'm going to hand it back over
24  to Lisa.
25           MS. SIEBERT:  Great.  Thanks, Jenna.
```

```
 1              I'm Lisa Siebert with the Product Marketing
 2    Team, and I'll quickly walk you through the internal
 3    and external resources available to you.  We'll also
 4    preview some upcoming go-to-market activity and ensure
 5    you know where to go to get your questions answered.
 6              So, this slide highlights the Internal and
 7    External Resources developed in support of the Opioid
 8    Risk Management product launch.  It helps ensure you
 9    know where to find them.  So, as of today, you can
10    access our Internal Product Fax Sheet, new Opioid Risk
11    Management language on the Product Availability List
12    or PAL, and Safe Use of Opioids Member Flyer.  All
13    those are found on KIC, and you can see the specific
14    location in the far right column.  External slides,
15    including the Member Journeys that Jenna mentioned,
16    are available in Presentation Hub, and proposal
17    language can be requested from the Proposal Team.  And
18    you can see the email address, again, in the
19    right-hand column.
20              Also, in development are additional Internal
21    Resources, such as an FAQ, Product Reference Quick
22    Guide, and Sales Planning Client List, as well as
23    external facing resources, such as a client sell
24    sheet, updated QPR slides for clinical consultants,
25    and a first-fill Member trigger letter.
```

Case: 1:17-md-02804-DAP  Doc #: 6326-1  Filed: 10/15/25  58 of 59.  PageID #: 7020003
PEC-OPT-02617-36003

1       And finally, this training deck and

2   recording will be available on KIC later today or

3   early tomorrow.  We covered a lot of really good

4   information today, so this allows you to go back and

5   view the information as needed.

6       Next slide.

7       And as mentioned, there's a lot of interest

8   in the market around opioid management.  So, as a

9   result, we are planning to release several B2B or

10  client and consultant-facing communications to

11  highlight our new Opioid Risk Management offering.

12  This will kick off later in June with a Press Release

13  managed by our Corporate Management Team, which will

14  also cover our efforts at a UHG level, while the rest

15  of the communications on this slide focus on that

16  OptumRx Opioid Risk Management, and our plan

17  throughout the remainder of 2017.

18      So our grades (phonetic) and retention

19  marketing team is busy developing multiple pharmacy

20  insights or thought leadership articles, as well as

21  Optum.com language, social media messaging, and

22  consultant webinar content.  We are also looking at

23  developing an E-book, video, and/or demo, as well as a

24  client case study.  So, more detail to come on those

25  pieces as we prepare to release those throughout the

1    rest of 2017.

2              Next slide.

3              And here are primary contacts for questions

4    about Opioid Risk Management.  Jenna is your

5    product-related question contact, and I will be your

6    contact for marketing-related questions.

7              And that concludes our training presentation

8    for today.  Thank you for your time, and I'll turn it

9    back over to Jordan now to get us started with our Q&A

10   session.

11                   (Recording stopped.)