# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*CT21: County of Monterey v. AmerisourceBergen Drug Corporation, et al.*<br><br>Case No.: 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Marco A. Palmieri hereby enters his appearance in this action as counsel for Plaintiff, County of Monterey.

Dated: October 17, 2025

RESPECTFULLY SUBMITTED:

*/s/Marco A. Palmieri*
Marco A. Palmieri
Washington D.C. Bar No.: 981788
BARON & BUDD, P.C.
2600 Virginia Ave. NW, Suite 201
Washington, DC 20037
Tel.: 202-333-4562
mpalmieri@baronbudd.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2025, the foregoing was emailed to the Clerk of Court at MDL@ohnd.uscourts.gov and when the Notice has been entered, copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/Marco A. Palmieri
Marco A. Palmieri

*Counsel for Plaintiff*