UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*CT21: County of Monterey v. AmerisourceBergen Drug Corporation, et al.*<br><br>Case No.: 1:18-op-45615-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Michael Thakur hereby enters his appearance in this action as counsel for Plaintiff, County of Monterey.

Dated: October 17, 2025                             RESPECTFULLY SUBMITTED:

                                                                    */s/Michael Thakur*
                                                                    Michael Thakur
                                                                    Florida Bar No.: 1011456
                                                                    BARON & BUDD, P.C.
                                                                    3102 Oak Lawn Ave., Suite 1100
                                                                    Dallas, TX 75219
                                                                    214-521-3605
                                                                    mthakur@baronbudd.com

                                                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2025, the foregoing was emailed to the Clerk of Court at MDL@ohnd.uscourts.gov and when the Notice has been entered, copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

>/s/Michael Thakur
>Michael Thakur
>
>*Counsel for Plaintiff*