# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No: 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## SECOND STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO APOTEX TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Apotex Corp. ("Apotex") (collectively and together with the Released Entities,[1] the "Apotex Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Apotex Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Apotex, all Claims of each Dismissing Plaintiff against any Apotex Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Apotex Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Apotex Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached at Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A. and Exhibit F thereto.

Dated: October 17, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

                      **APOTEX CORP.**

                      */s/ James W. Matthews*
                      James W. Matthews
                      Katy E. Koski
                      FOLEY & LARDNER LLP
                      111 Huntington Ave, Suite 2500
                      Boston, MA 02199
                      Tel.: (617) 342-4000
                      Fax: (617) 342-4001
                      jmatthews@foley.com
                      kkoski@foley.com

**SO ORDERED:**

**Dated**: _____

                                                               _____
                                                                HON. DAN AARON POLSTER