UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  *This document relates to:*  *All Cases Noted on Attached Appendix A* | MDL No. 2804  Case No. 1:17-md-2804  JUDGE DAN AARON POLSTER |

### SECOND STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant the Kroger Co. (collectively and together with their Released Entities, the "Kroger Defendants"[1]) that, pursuant to the election of each Dismissing Plaintiff to participate in the Kroger Tribal Settlement Agreement dated July 17, 2024, which is binding on the Dismissing Plaintiffs and the Kroger Defendants (a copy of which is attached as Appendix B), all Claims of each Dismissing Plaintiff against any Kroger Defendant are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Kroger Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] The Released Entities are each and every entity of any of the Kroger Defendants that is a "Released Entity" as set forth in Section VI.A. of the Kroger Tribal Settlement Agreement, dated as of July 17, 2024, a copy of which is attached as Appendix B.

27375160.1

| | |
|---|---|
| Dated: October 17, 2025 | Agreed as to form and substance: |

*/s/ Sonosky*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Hobbs, Straus, Dean & Walker LLP*
Geoffrey Strommer / Caroline Mayhew /
Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Robins Kaplan LLP*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Keller Rohrback, L.L.P.*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ Frazer PLC*
T. Roe Frazer
Frazer PLC

*/s/ Levin Papantonio Rafferty*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Lieff Cabraser Heimann & Bernstein LLP*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Skikos, Crawford, Skikos & Joseph LLP*
Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

2

27375160.1

Agreed as to form and substance:

**The Kroger Co.**

<u>/s Ronda L. Harvey</u>
Ronda L. Harvey
Ashley Hardesty Odell
STEPTOE & JOHNSON PLLC
Chase Tower, 17th Floor
707 Virginia Street, East
Charleston, West Virginia 25301
304-353-8000 Main
304-353-8160 Direct
Ronda.harvey@steptoe-johnson.com
Ashley.odell@steptoe-johnson.com

<u>/s/ Chantale Fiebig</u>
Chantale Fiebig
WEIL, GOTSHAL & MANGES LLP
2001 M Street
Washington, DC 20036
Phone: (202) 682-7200
E-mail: chantale.fiebig@weil.com

*Attorneys for the Kroger Co.*

SO ORDERED:

Dated: _____     _____
                                             HON. DAN AARON POLSTER

27375160.1