# APPENDIX A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Akiak Native Community | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Asa'carsarmiut Tribe | Alaska | /s/ Lieff Cabraser Heimann & Bernstein, LLP | Lieff Cabraser Heimann & Bernstein, LLP | NDOH | 1:18-op-46309-DAP |
| Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River Reservation, Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45256-DAP<br>1:19-op-45270-DAP<br>1:19-op-45297-DAP |
| Bay Mills Indian Community, Michigan | Michigan | /s/ Skikos | Skikos | NDOH | 1:19-op-45287-DAP |
| Big Valley Band of Pomo Indians of the Big Valley Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45922-DAP |
| Blackfeet Tribe of the Blackfeet Indian Reservation of Montana | Montana | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:18-op-45749-DAP |
| Cahto Tribe of the Laytonville Rancheria | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Catawba Indian Nation (aka Catawba Indian Tribe of South Carolina) | South Carolina | /s/ Fields Han Cunniff PLLC | Fields Han Cunniff PLLC | NDOH | 1:20-op-45234-DAP |
| Chickasaw Nation | Oklahoma | /s/ Whitten Burrage | Whitten Burrage | NDOH | 1:19-op-45066-DAP<br>1:20-op-45201-DAP |
| Confederated Tribes of the Colville Reservation | Washington | /s/ Skikos | Skikos | NDOH | 1:19-op-45312-DAP |
| Confederated Tribes of the Goshute Reservation, Nevada and Utah | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45972-DAP |
| Coquille Indian Tribe | Oregon | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45970-DAP |
| Ewiiaapaayp Band of Kumeyaay Indians, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Ho-Chunk Nation of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45076-DAP |
| Iowa Tribe of Kansas and Nebraska | Kansas | /s/ Skikos | Skikos | NDOH | 1:20-op-45099-DAP |
| Kickapoo Traditional Tribe of Texas | Texas | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45104-DAP |
| Koi Nation of Northern California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation, California | California | /s/ Skikos | Skikos | NDOH | 1:19-op-45397-DAP |
| Lac Courte Oreilles Band of Lake Superior Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45932-DAP |
| Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau Reservation of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45502-DAP |
| Manchester Band of Pomo Indians of the Manchester Rancheria, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Mashantucket Pequot Indian Tribe | Connecticut | /s/ Skikos | Skikos | NDOH | 1:19-op-45405-DAP |
| Mille Lacs Band of the Minnesota Chippewa Tribe, Minnesota | Minnesota | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45978-DAP |
| Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada | Nevada | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45650-DAP |
| Narragansett Indian Tribe | Rhode Island | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45047-DAP |
| Nisqually Indian Tribe | Washington | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45412-DAP |
| Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana | Montana | /s/ Lockridge Grindal Nauen | Lockridge Grindal Nauen | NDOH | 1:19-op-45010-DAP |
| Northwestern Band of the Shoshone Nation | Utah | /s/ Porteous, Hainkel and Johnson, LLP | Porteous, Hainkel and Johnson, LLP | NDOH | 1:20-op-45032-DAP |
| Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45697-DAP |
| Passamaquoddy Tribe Pleasant Point | Maine | /s/ Weitz & Luxenberg | Weitz & Luxenberg | NDOH | 1:19-op-45100-DAP |
| Pawnee Nation of Oklahoma | Oklahoma | /s/ The Bruehl Law Firm, PLLC | The Bruehl Law Firm, PLLC | NDOH | 1:19-op-46017-DAP |
| Pinoleville Pomo Nation, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45974-DAP |
| Potter Valley Tribe, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45038-DAP |
| Prairie Band Potawatomi Nation | Kansas | /s/ Skikos | Skikos | NDOH | 1:20-op-45139-DAP |
| Prairie Island Indian Community in the State of Minnesota | Minnesota | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:18-op-45975-DAP |
| Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45696-DAP |
| Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46116-DAP |
| Red Lake Band of Chippewa Indians, Minnesota | Minnesota | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:18-op-45959-DAP |
| Reno-Sparks Indian Colony, Nevada | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45699-DAP |
| Robinson Rancheria | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45912-DAP |
| Round Valley Indian Tribes, Round Valley Reservation, California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45915-DAP |
| Saginaw Chippewa Indian Tribe of Michigan | Michigan | /s/ Robins Kaplan LLP | Robins Kaplan LLP | NDOH | 1:19-op-45841-DAP |
| Scotts Valley Band of Pomo Indians of California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45914-DAP |
| Seneca Nation of Indians | New York | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:18-op-45746-DAP |
| Shinnecock Indian Nation | New York | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46142-DAP |
| St. Croix Chippewa Indians of Wisconsin | Wisconsin | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45367-DAP |
| Te-Moak Tribe of Western Shoshone Indians of Nevada (Four constituent bands: Battle Mountain Band; Elko Band; South Fork Band and Wells Band) [Only Wells Band is unrepresented] | Nevada | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-46017-DAP |
| Tule River Indian Tribe of the Tule River Reservation, California | California | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45579-DAP |
| Wampanoag Tribe of Gay Head (Aquinnah) | Massachusetts | /s/ Frazer PLC | Frazer PLC | NDOH | 1:19-op-45844-DAP<br>1:20-op-45170-DAP |
| Wyandotte Nation | Oklahoma | /s/ Levin Papantonio Consortium | Levin Papantonio Consortium | NDOH | 1:19-op-45601-DAP |
| Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada | Nevada | /s/ Feazell & Tighe LLP | Feazell & Tighe LLP | NDOH | 1:18-op-46355-DAP |