# EXHIBIT A

**DECLARATION OF TRAVIS HOOVER IN SUPPORT OF DEFENDANT HY-VEE, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND AND SUPPELEMENT COMPLAINTS AND MOTION TO STRIKE CERTAIN ALLEGATIONS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRY OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | **MDL 2804** |
| THIS DOCUMENT RELATES TO: | ) ) ) | **Case No. 1:17-md-2804** |
| *Allamakee County, Iowa v. Purdue Pharma, et al.,* No. 1:18-OP-45983 (Track 24), and | ) ) ) ) | **Judge Dan Aaron Polster** |
| *Emmet County, Iowa v. Purdue Pharma L.P., et al.,* No. 4:21-OP-45051 (Track 25). | ) ) ) ) ) | |

**DECLARATION OF TRAVIS HOOVER IN SUPPORT OF DEFENDANT
HY-VEE, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR
LEAVE TO AMEND AND SUPPELEMENT COMPLAINTS
AND MOTION TO STRIKE CERTAIN ALLEGATIONS**

I, Travis Hoover, hereby declare:

1. My name is Travis Hoover. I am over eighteen years old, of sound mind, and under no legal disability. I have personal knowledge of the facts set forth in this declaration, and if called to testify in person about those facts, could competently do so under oath.

2. I am a Senior Vice President and Chief Data Officer at Hy-Vee, Inc. ("Hy-Vee")

3. HYVACS, LLC d/b/a Hy-Vee Pharmacy Services ("HPS") and Amber Enterprises, Inc., d/b/a Amber Specialty Pharmacy ("Amber Specialty") utilize WellSky Care Ten ("WellSky") as their primary pharmacy management system.

4. On October 14, 2025, I directed a data analyst at Amber Specialty to query WellSky to identify any of the thirty opioids and two opioid treatments identified by the 3,107 NDC package codes listed in the document attached hereto as Exhibit A-1, that were dispensed by Amber Specialty to any patient with an address in the state of Iowa. Exhibit A-1 is a true and

accurate copy of the NDC package code list used to derive the relevant NDCs for the queries described herein.

5. The data analyst ran the Amber Specialty query through the data maintained by WellSky on October 14, 2025.

6. The query returned the data displayed in the report attached hereto as Exhibit A-2, which is a true and accurate copy of the results returned by WellSky in response to the query identified in paragraph 4.

7. At my direction, the data analyst also built a query to determine whether HPS has dispensed any of the thirty opioids and two opioid treatments identified by the 3,107 NDC package numbers set forth in Exhibit A-1 to any patient with an address in the state of Iowa.

8. The data analyst ran the HPS query through the data maintained by WellSky on October 14, 2025.

9. The query returned the data displayed in the report attached hereto as Exhibit A-3, which is a true and accurate copy of the results returned by WellSky in response to the query identified in paragraph 7.

10. On October 14, 2025, I directed a data analyst employed by Hy-Vee to build a query to determine whether any of the drugs dispensed by Hy-Vee under the name RedBox Rx were among the opioids listed in the 3,107 NDC package numbers identified in Exhibit A-1.

11. Hy-Vee utilizes McKesson EnterpriseRX ("McKesson system") as its pharmacy management system.

12. RedBox Rx is identified as Store # 1543 in the McKesson system.

13. The data analyst ran the query through the data maintained by the McKesson system to determine whether Store # 1543 dispensed any opioids since January 1, 2012.

2

14. The query returned no data for Store # 1543. The document attached hereto as Exhibit A-4 is a true and accurate copy of the information returned by the query described in paragraph 10.

15. I performed the quality assurance and quality control check of the three queries and the query process, validating the results as to HPS, Amber Specialty, and RedBox Rx.

16. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 17, 2025

_____
Travis Hoover