# EXHIBIT A-2

Amber Specialty Query Report

| Prescription_Number | Prescription_Fill_Id | Patient_MRN | Primary_State_Name | Primary_Zip_Code | Item_Primary_Name | Item_Primary_Parent_Name | Item_NDC_Code | Actual_Compounding_Date | Company_Name | DEA_Schedule_Name | DEA_Schedule_Desc | Shipping_State_name | Shipping_Zip_Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010503522 | 4668644 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 9/30/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4642451 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 7/10/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4567502 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 6/16/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4536463 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 4/25/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4505790 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 4/3/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4468677 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 3/7/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010503522 | 4422142 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 2/12/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4401029 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 1/21/2025 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4362044 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 12/26/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4330434 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 12/2/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4293486 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 11/7/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4265115 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 10/15/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4227256 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 9/18/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010457827 | 4177545 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 8/26/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010402727 | 4149624 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 7/29/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010402727 | 4104399 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 7/1/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010402727 | 4073481 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 6/3/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010402727 | 4042779 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 5/8/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010402727 | 4015558 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 4/16/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010384758 | 3992971 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 3/28/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010402727 | 3978533 | 117839 | IA | 50141 | Combivent Respimat 20-100mcg MDI 120 | COMBIVENT | 00597-0024-02 | 3/15/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 50141 |
| 0010384758 | 3968484 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 3/4/2024 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010384758 | 3896492 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 12/19/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010351115 | 3858004 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 11/14/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010351115 | 3806088 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 10/16/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010351115 | 3782780 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 9/14/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010351115 | 3701312 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 8/7/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010345671 | 3698769 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 6/22/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010345671 | 3662876 | 155089 | IA | 52240 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 69238-2016-03 | 5/16/2023 | Amber Specialty Pharmacy | N | Other substances | IA | 52240 |
| 0010324940 | 3503169 | 147951 | IA | 51106 | Sublocade 100mg/0.5ml Solution PFS | SUBLOCADE | 12496-0100-01 | 2/13/2023 | Amber Specialty Pharmacy | 3 | Schedule 3/3N Substances | IA | 51106 |
| 0010324939 | 3553883 | 147951 | IA | 51106 | Sublocade 300mg/1.5ml Solution PFS | SUBLOCADE | 12496-0300-01 | 1/16/2023 | Amber Specialty Pharmacy | 3 | Schedule 3/3N Substances | IA | 51106 |
| 0010324939 | 3503166 | 147951 | IA | 51106 | Sublocade 300mg/1.5ml Solution PFS | SUBLOCADE | 12496-0300-01 | 11/30/2022 | Amber Specialty Pharmacy | 3 | Schedule 3/3N Substances | IA | 51106 |
| 0010232661 | 2754458 | 007442 | IA | 51503 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 00054-0045-44 | 10/20/2020 | Amber Specialty Pharmacy | N | Other substances | IA | 51503 |
| 0010232661 | 2559855 | 007442 | IA | 51503 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 00054-0045-44 | 3/30/2020 | Amber Specialty Pharmacy | N | Other substances | IA | 51503 |
| 0010143164 | 1854727 | 007442 | IA | 51503 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 00054-0045-44 | 6/4/2018 | Amber Specialty Pharmacy | N | Other substances | IA | 51503 |
| 0010143164 | 1621097 | 007442 | IA | 51503 | Ipratropium 0.03% Nasal Spray 30ml | IPRATROPIUM | 00054-0045-44 | 12/6/2017 | Amber Specialty Pharmacy | N | Other substances | IA | 51503 |