# EXHIBIT A-3

## HPS Query Report

| Prescription_ Number | Prescription_ Fill_Id | Patient_MRN | Shipping_State_ name | Primary_Zip_Code | Item_Primary_Name | Item_Primary_Parent_ Name | Line_Item | Drug_Name | Actual_Compounding_Date | Company_Name | Opioid_Flag | DEA_Schedule_ Name | DEA_Schedule_ Desc | Shipping_Zip_ Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56105938 | 3032835 | 117856 | IA | 68134 | Acetaminophen-Codeine #3 300-30mg Tablet | ACETAMINOPHEN | 20 | Codeine | 8/4/2021 | HPS - Hy-Vee Pharmacy Solutions | 1 | | Schedule 3/3N 3 Substances | 51546-1232 |