# EXHIBIT A-4

## RedBox Query Data Result

```
226  AND FD_FACILITY_ID = '1543'  --Only RedboxRX
227  AND ((PAD.PAD_STATE
228  AND FF.SOLD_DATE_KEY BETWEEN CAST(FORMAT_TIMESTAMP('%Y%m%d', PAD.PAD_EFF_START_DATE) AS INT64) and CAST(FORMAT_TIMESTAMP
     ('%Y%m%d', PAD.PAD_EFF_END_DATE) AS INT64)) OR F.FD_STATE_CODE = 'IA')
229  GROUP BY
230  FPF.RX_NUMBER,
231       DD.DRUG_LABEL_NAME,
232       CASE WHEN DD.DRUG_NDC IS NULL
233            THEN ' '
234            ELSE  SUBSTR(DD.DRUG_NDC,1,5)||'-'||SUBSTR(DD.DRUG_NDC,6,4)||'-'||SUBSTR(DD.DRUG_NDC,10,2)
235       END,
236       FF.SOLD_DATE_KEY,
237       FF.QTY_DISPENSED
```

✅ Query completed

## Query results

Job information | **Results** | Visualization | JSON | Execution details | Execution graph

ⓘ  There is no data to display.