# EXHIBIT B

**DECLARATION OF NATHAN ("NATE") ALLEN IN SUPPORT OF DEFENDANT HY-VEE, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINTS AND MOTION TO STRIKE CERTAIN ALLEGATIONS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRY OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | **MDL 2804** |
| THIS DOCUMENT RELATES TO: | ) ) ) | **Case No. 1:17-md-2804** |
| *Allamakee County, Iowa v. Purdue Pharma, et al.*, No. 1:18-OP-45983 (Track 24), and | ) ) ) ) | **Judge Dan Aaron Polster** |
| *Emmet County, Iowa v. Purdue Pharma L.P., et al.*, No. 4:21-OP-45051 (Track 25). | ) ) ) ) | |

**DECLARATION OF NATHAN ("NATE") ALLEN IN SUPPORT OF DEFENDANT HY-VEE, INC.'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINTS AND <u>MOTION TO STRIKE CERTAIN ALLEGATIONS</u>**

I, Nathan ("Nate") Allen, hereby declare under penalty of perjury:

1.      My name is Nathan ("Nate") Allen. I am over 18 years of age, of sound mind, and under no legal disability. I am duly licensed attorney in the state of Iowa.

2.      I am an employee and officer of Hy-Vee, Inc. ("<u>Hy-Vee</u>"). My title is Senior Vice President, General Counsel, Secretary.

3.      RedBox Rx, LLC ("<u>RedBox</u>") is an Iowa limited liability company, in good standing, that was organized in October 2024.

4.      Hy-Vee is the sole member of RedBox.

5.      RedBox has no assets, no sales, no employees, and is not nor has it ever been an operating business.  Further, RedBox has never dispensed any drugs, including any opioids.

6.      Hy-Vee utilizes the name RedBoxRx to conduct business via the redboxrx.com website and all drugs dispensed through the redboxrx.com website are dispensed by Hy-Vee.

7.      I have personal knowledge of the facts set forth in this declaration, and if called to testify in person about those facts, could competently so do under oath.

Dated: October 16, 2025

_____

NATHAN ("NATE") ALLEN