UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### SECOND STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS
### PURSUANT TO AMNEAL TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Amneal as defined in the Amneal Tribal Settlement Agreement, including but not limited to Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, and Impax Laboratories, LLC (collectively and together with the Released Entities[1], the "Amneal Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Amneal Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and the Amneal, all Claims of each Dismissing Plaintiff against any Amneal Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Amneal Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A and Exhibit F thereto.

321174061v1

party to bear its own costs.  The Court shall retain jurisdiction with respect to the Amneal Tribal Settlement Agreement to the extent provided under that Agreement.


Dated:  October 17, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdo
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/Scott Gilbert*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

321174061v1

**AMNEAL**

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove (0073160)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
(513) 698-5000/(513) 698-5001 (fax)
pcosgrove@ubglaw.com

Georgia Hatzis (0092964)
UB GREENSFELDER LLP
*1660 W. 2nd Street, Suite 1100*
*Cleveland, Ohio 44113*
*(216) 583-7000/(216) 583-7001 (fax)*
ghatzis@ubglaw.com

*Counsel for Amneal*

**SO ORDERED:**

**Dated:** 10/20/2025

　　*s/Dan Aaron Polster*
　　HON. DAN AARON POLSTER

321174061v1