# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*All Cases against*<br>*Winn-Dixie Logistics, Inc. and*<br>*Winn-Dixie Stores, Inc* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT WINN-DIXIE STORES, INC.

COMES NOW, John P. McDermott, Jr. of the law firm of Burr & Forman LLP, and hereby gives notice of his appearance as additional counsel in the above-styled matter for Defendant, Winn-Dixie Stores, Inc. Counsel requests that copies of all notices, pleadings, and other papers in this case be served upon him as counsel for Defendant, Winn-Dixie Stores, Inc.

Respectfully submitted,

*/s/ John P. McDermott, Jr.*
John P. McDermott, Jr. (FL Bar No. 1025565)
Burr & Forman LLP
50 N. Laura Street, Ste. 3000
Jacksonville, FL 32202
Telephone: (904) 232-7220
Facsimile: (904) 232-7201
john.mcdermott@burr.com

ATTORNEYS FOR WINN-DIXIE
STORES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system on October 23, 2025. I further certify that service will be accomplished by the CM/ECF system.

*/s/ John P. McDermott, Jr.*
John P. McDermott, Jr. (FL. Bar No. 1025565)

63272557 v2