# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 1:17-md-2804 |
| 1:17-op-45175-DAP<br>1:18-op-46058-DAP<br>1:18-op-46046-DAP<br>1:19-op-46165-DAP<br>1:20-op-45060-DAP<br>1:20-op-45127-DAP<br>1:20-op-45266-DAP<br>1:20-op-45293-DAP<br>1:21-op-45116-DAP<br>1:19-op-45455-DAP<br>1:21-op-45092-DAP<br>1:19-op-45458-DAP | Judge Dan Aaron Polster |

## OMNIBUS MOTION TO DISMISS WITH PREJUDICE DEFENDANT HENRY SCHEIN, INC. FROM HOSPITAL CASES PURSUANT TO SETTLEMENT AGREEMENT

On September 18, 2025, Hospital Plaintiffs and Defendant Henry Schein, Inc. ("Henry Schein") executed a settlement agreement that resolves all of Hospital Plaintiffs' claims against Henry Schein in the above captioned cases. In accordance with the settlement agreement and Federal Rule of Civil Procedure 21, counsel for Hospital Plaintiffs and Defendant Henry Schein respectfully move to dismiss with prejudice Defendant Henry Schein[1] from each action pending in the Northern District of Ohio (MDL 2804) as listed in **Exhibit A**, attached hereto. Under Rule 21, "a court may at any time, on just terms, add or drop a party." There is no prejudice to any nonmoving party to the dismissal of Defendant Henry Schein in these cases.

---

[1]The following Defendants should also be dismissed in *Lee Memorial Health System d/b/a Lee Health v. Actavis LLC, et al.*, Case No. 1:21-op-45092-DAP: BHC Service Company Henry Schein, Inc.; Henry Schein Medical Systems, Inc.

For clarity and completeness of the docket, **Exhibit A** hereto sets forth the following information pertaining to all MDL 2804 hospital cases settled by Defendant Henry Schein:

- Plaintiff/Entity Name;

- Plaintiff State;

- Case Caption;

- Docket Number;

- Jurisdiction;

- Filing Date;

- Dismissed Entity

For the foregoing reasons, the Court should grant this Motion to Dismiss with Prejudice.

Dated: October 28, 2025.                    Respectfully submitted,

*/s/ Don Barrett*
John W. ("Don") Barrett
BARRETT LAW GROUP, P.A.
404 Court Square N
P.O. Box 927
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com

***Counsel for Hospital Plaintiffs***

*/s/ Lauren Z. Curry*
Lauren Z. Curry
Sherrard Roe Voigt & Harbison
1600 West End Ave., Ste. 1750
Nashville, TN 37203
Tel: (615) 742-4200
lcurry@srvhlaw.com

***Counsel for Plaintiff Lovelace Health System, Inc.***

*/s/ Timothy M. Hartley*
Timothy M. Hartley
Hartley Law – Fort Lauderdale

110 SE 6th St., Ste. 1738
Fort Lauderdale, FL 33301
Tel: (954) 357-9973
Hartley@hartleylaw.net

***Counsel for Plaintiff Lee Memorial Health***

*/s/ James F. Clayborne, Jr.*
James F. Clayborne, Jr.
Clayborne, Sabo & Wagner
525 West Main St., Ste. 105
Belleville, IL 62220
Tel: (618) 239-0187
jclayborne@cswlawllp.com

***Counsel for Plaintiff Loretto Hospital of Chicago***

*/s/ John P. McDonald*
John P. McDonald (*pro hac vice*)
Law Offices of John P. McDonald
6867 Avalon Avenue
Dallas, TX 75214
(214) 673-7476
jpmcdonald.law@outlook.com

C. Scott Jones (*pro hac vice*)
Lauren M. Fincher (*pro hac vice*)
Jessica Rolls (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 740-8000
c.scott.jones@troutman.com
lauren.fincher@troutman.com
jessica.rolls@troutman.com

***Counsel for Defendant Henry Schein, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Don Barrett*_____
John W. ("Don") Barrett
