# Exhibit A - Settled Cases

| Plaintiffs/Entity Names | Plaintiff State | Case Caption | Docket Number | Jurisdiction | Date filed | Entities to be Dismissed |
|---|---|---|---|---|---|---|
| Alliance Healthcare System; Anderson Regional Health System; Biloxi HMA, LLC d/b/a Merit Health Biloxi; Brandon HMA, LLC d/b/a Merit Health Rankin; Delta Regional Medical Center; Jackson HMA, LLC d/b/a Merit Health Central; Madison HMA, LLC d/b/a Merit Health Madison; Magnolia Regional Health Center; Memorial Hospital at Gulfport; Natchez Hospital Company, LLC d/b/a Merit Health Natchez; North Sunflower Medical Center; Progressive Medical Management of Batesville d/b/a Panola Medical Center; River Oaks Hospital, LLC d/b/a Merit Health River Oaks; ROH, LLC d/b/a Merit Health Woman's Hospital; Singing River Health System d/b/a Singing River Hospital and Ocean Springs Hospital; Tippah County Hospital; Vicksburg Healthcare, LLC d/b/a Merit Health River Region and Merit Health River Region West; Wesley Health System, LLC d/b/a Merit Health Wesley | Mississippi | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | NDOH | 12/6/2019 | Henry Schein, Inc. |
| AMISUB (SFH), Inc. d/b/a Saint Francis Hospital – Memphis; Campbell County HMA, LLC (TN) d/b/a Tennova Healthcare - LaFollette Medical Center; Clarksville Health System, G.P. d/b/a Tennova Healthcare – Clarksville; Cleveland Tennessee Hospital Company, LLC d/b/a Tennova Healthcare – Cleveland; Cocke County HMA, LLC d/b/a Tennova Healthcare - Newport Medical Center; Dickenson Community Hospital; Hawkins County Memorial Hospital, Inc. f/k/a/Hawkins County Memorial Hospital d/b/a Hawkins County Memorial Hospital; Jefferson County HMA, LLC (TN) d/b/a Tennova Healthcare - Jefferson Memorial Hospital; Johnston Memorial Hospital, Inc. d/b/a Johnston Memorial Hospital; Lexington Hospital Corporation d/b/a Henderson County Community Hospital; Metro Knoxville HMA, LLC d/b/a Tennova Healthcare - North Knoxville Medical Center, Tennova Healthcare - Turkey Creek Medical Center; Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc. (TN) d/b/a Johnson City Medical Center, Niswonger Children's Hopsital, Woodridge Hospital, Franklin Woods Community Hospital, Indian Path Community Hospital, Russel County Hospital, Unicoi County Hospital, Sycamore Shoals Hospital, Johnson County Community Hospital; Norton Community Hospital; Saint Francis Hospital - Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc.; Smyth County Community Hospital; Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc. d/b/a Greenville Community Hospital (two campuses); Wellmont Health System f/k/a BRMC/HVHMC, Inc. d/b/a Bristol Regional Medical Center, Hancock County Hospital, Holston Valley Medical Center, Mountain View Regional Medical Center, Lonesome Pine Hospital; Johnson City Downtown Day Center, Hancock County Elementary School-Based Health Center, Hancock County Middle/High School Based Health Center | Tennessee | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | NDOH | 9/3/2019 | Henry Schein, Inc. |
| ARH Tug Valley Health Services, Inc. d/b/a Highlands Hospital Corporation; Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville; Baptist Healthcare Systems, Inc. (KY) d/b/a Baptist Health Corbin, La Grange, Lexington, Louisville, Paducah, Richmond, and Floyd; Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, the Medical Center at Caverna and the Medical Center at Scottsville; Grayson County Hospital Foundation, Inc. d/b/a Twin Lakes Regional Medical Center; Pikeville Medical Center, Inc.; St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center; The Harrison Memorial Hospital, Inc.; The Medical Center At Clinton County, Inc. d/b/a The Medical Center at Albany; The Medical Center at Franklin, Inc.; Taylor County Hospital District | Kentucky | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | NDOH | 8/21/2019 | Henry Schein, Inc. |
| Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville; Baptist Health Richmond, Inc. d/b/a Baptist Health Richmond; Baptist Healthcare System, Inc. d/b/a Baptist Health Corbin, Baptist Health La Grange, Baptist Health Lexington, Baptist Health Louisville, Baptist Health Paducah, and Baptist Health Floyd; Bowling Green Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, The Medical Center at Caverna, and The Medical Center at Scottsville; The Medical Center At Clinton County, Inc. (KY) d/b/a The Medical Center at Albany; The Medical Center at Franklin, Inc. (KY) d/b/a The Medical Center At Franklin | Kentucky | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | NDOH | 8/17/2018 | Henry Schein, Inc. |
| Erie County Medical Center Corporation; Catholic Health System, Inc.; Ellis Hospital Foundation, Inc. d/b/a Bellevue Women's Center and Ellis Hospital; Kaleida Health d/b/a Buffalo General Medical Center, DeGraff Medical Park (previously DeGraff Memorial Hospital), Millard Fillmore Suburban Hospital, Oishei Children's Hospital; Kenmore Mercy Hospital (NY); Mercy Hospital of Buffalo (NY); Mount St. Mary's Hospital of Niagara Falls (NY); Niagara Falls Memorial Medical Center; Olean General Hospital (NY); Sisters of Charity Hospital of Buffalo, New York; St. Luke's Cornwall Hospital d/b/a St. Lukes Cornwall in Newburgh, St. Luke's Cornwall in Cornwall | New York | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | NDOH | 5/11/2021 | Henry Schein, Inc. |

## Exhibit A - Settled Cases

| Plaintiffs/Entity Names | Plaintiff State | Case Caption | Docket Number | Jurisdiction | Date filed | Entities to be Dismissed |
|---|---|---|---|---|---|---|
| Flaget Healthcare, Inc. d/b/a Flaget Memorial Hospital (KY); Hardin Memorial Hospital; Hospital of Louisa, Inc. d/b/a Three Rivers Medical Center (KY); Jackson Hospital Corporation d/b/a Kentucky River Medical Center (KY); Jennie Stuart Medical Center, Inc. d/b/a Jennie Stuart Medical Center; Paintsville Hospital Company, LLC d/b/a Paul B. Hall Regional Medical Center (KY); Saint Joseph Health System, Inc.d/b/a CHI Saint Joseph Health – Saint Joseph Hospital, CHI Saint Joseph Health – Saint Joseph Berea, CHI Saint Joseph Health – Saint Joseph East, CHI Saint Joseph Health – Saint Joseph London, and CHI Saint Joseph Health – Saint Joseph Mount Sterling; T.J. Samson Community Hospital | Kentucky | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | NDOH | 6/8/2020 | Henry Schein, Inc. |
| Highlands Hospital Corporation d/b/a Highlands Regional Medical Center (KY); Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (KY); St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center (KY) | Kentucky | St. Elizabeth Medical Center (KY), et al. v. AmerisourceBergen Drug Corporation Drug Corp., et al. | 1:18-op-46046-DAP | NDOH | 8/17/2018 | Henry Schein, Inc. |
| Infirmary Health Hospitals, Inc.; Monroe County Healthcare Authority d/b/a Monroe County Hospital (AL); Southwest Mississippi Regional Medical Center; St. Vincent Charity Medical Center | Mississippi | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | NDOH | 11/30/2017 | Henry Schein, Inc. |
| Lee Health d/b/a Lee Memorial Hospital, HealthPark Medical Center, Gulf Coast Medical Center and Cape Coral Hospital, Golisano Children's Hospital of Southwest Florida, The Rehabilitation Hospital | Florida | Lee Memorial Health System, d/b/a Lee Health (FL) v. Actavis LLC, et al. | 1:21-op-45092-DAP | NDOH | 7/9/2021 | Henry Schein, Inc.; Henry Schein Medical Systems, Inc. |
| Loretto Hospital of Chicago | Illinois | Loretto Hospital of Chicago (IL) v. Purdue Pharma L.P., et al. | 1:19-op-45455-DAP | NDOH | 6/13/2019 | Henry Schein, Inc. |
| Lovelace Health System, Inc. d/b/a Lovelace Medical Center, Lovelace Women's Hospital, Lovelace Westside Hospital | New Mexico | Lovelace Health System, Inc. (NM) v. Purdue Pharma L.P., et al. | 1:19-op-45458-DAP | NDOH | 6/14/2019 | Henry Schein, Inc. |
| Marion Hospital Corporation d/b/a Heartland Regional Medical Center, Waukegan Illinois Hospital Company, LLC d/b/a Vista Medical Center East, Galesburg Hospital Corporation d/b/a Galesburg Cottage Hospital, Granite City Illinois Hospital Company, LLC d/b/a Gateway Regional Medical Center, Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital, Anna Hospital Corporation d/b/a Union County Hospital, National Healthcare of Mt. Vernon, Inc. d/b/a Crossroads Community Hospital, Massac Memorial, LLC d/b/a Massac Memorial Hospital, Blue Island Hospital Company, LLC d/b/a Metrosouth Medical Center | Illinois | Marion Hospital Corporation, et al. v. Abbott Laboratories, et al. | 1:20-op-45266 | NDOH | 2/25/2020 | Henry Schein, Inc. |