UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>1:17-op-45175-DAP<br>1:18-op-46058-DAP<br>1:18-op-46046-DAP<br>1:19-op-46165-DAP<br>1:20-op-45060-DAP<br>1:20-op-45127-DAP<br>1:20-op-45266-DAP<br>1:20-op-45293-DAP<br>1:21-op-45116-DAP<br>1:19-op-45455-DAP<br>1:21-op-45092-DAP<br>1:19-op-45458-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### ORDER GRANTING OMNIBUS MOTION TO DISMISS WITH PREJUDICE DEFENDANT HENRY SCHEIN, INC. FROM HOSPITAL CASES PURSUANT TO SETTLEMENT AGREEMENT

On September 18, 2025, Hospital Plaintiffs and Defendant Henry Schein, Inc. executed a Settlement Agreement that resolves all of Hospital Plaintiffs' claims against Henry Schein, Inc. in the above captioned cases. On October 28, 2025, counsel for Hospital Plaintiffs and Defendant Henry Schein, Inc.[1] filed an Omnibus Motion To Dismiss with Prejudice Defendant Henry Schein, Inc. from Hospital Cases Pursuant to Settlement Agreement ("Motion to Dismiss").

---

[1] The following Defendants should also be dismissed in *Lee Memorial Health System d/b/a Lee Health v. Actavis LLC, et al.*, Case No. 1:21-op-45092-DAP: BHC Service Company Henry Schein, Inc.; Henry Schein Medical Systems, Inc.

IT IS ORDERED, ADJUDGED, and DECREED that the MOTION IS GRANTED and the claims of Hospital Plaintiffs against Defendant Henry Schein, Inc. are hereby DISMISSED WITH PREJUDICE, with each side to bear their own costs and fees.

It is ORDERED this 29th day of October, 2025.

*s/Dan Aaron Polster*
**THE HONORABLE DAN A. POLSTER**
**UNITED STATES DISTRICT JUDGE**
