## Exhibit A - Settled Cases

| Plaintiffs/Entity Names | Plaintiff State | Case Caption | Docket Number | Jurisdiction | Date filed | Entities to be Dismissed |
|---|---|---|---|---|---|---|
| Alliance Healthcare System; Anderson Regional Health System; Biloxi HMA, LLCd/b/a Merit Health Biloxi; Brandon HMA, LLC d/b/a Merit Health Rankin; Delta Regional Medical Center; Jackson HMA, LLC d/b/a Merit Health Central; Madison HMA, LLC d/b/a Merit Health Madison; Magnolia Regional Health Center; Memorial Hospital at Gulfport; Natchez Hospital Company, LLC d/b/a Merit Health Natchez; North Sunflower Medical Center; Progressive Medical Management of Batesville d/b/a Panola Medical Center; River Oaks Hospital, LLC d/b/a Merit Health River Oaks; ROH, LLC d/b/a Merit Health Woman's Hospital; Singing River Health System d/b/a Singing River Hospital and Ocean Springs Hospital; Tippah County Hospital; Vicksburg Healthcare, LLC d/b/a Merit Health River Region and Merit Health River Region West; Wesley Health System, LLC d/b/a Merit Health Wesley | Mississippi | Singing River Health System (MS), et al. v. Nathan C. Grace, et al. | 1:20-op-45127-DAP | NDOH | 12/6/2019 | Henry Schein, Inc. |
| AMISUB (SFH), Inc. d/b/a Saint Francis Hospital – Memphis; Campbell County HMA, LLC (TN)d/b/a Tennova Healthcare - LaFollette Medical Center; Clarksville Health System, G.P. d/b/a Tennova Healthcare – Clarksville; Cleveland Tennessee Hospital Company, LLC d/b/a  Tennova Healthcare – Cleveland; Cocke County HMA, LLC d/b/a Tennova Healthcare - Newport Medical Center; Dickenson Community Hospital; Hawkins County Memorial Hospital, Inc. f/k/a/Hawkins County Memorial Hospital d/b/a Hawkins County Memorial Hospital; Jefferson County HMA, LLC (TN) d/b/a Tennova Healthcare - Jefferson Memorial Hospital; Johnston Memorial Hospital, Inc. d/b/a Johnston Memorial Hospital; Lexington Hospital Corporation d/b/a Henderson County Community Hospital; Metro Knoxville HMA, LLC d/b/a Tennova Healthcare - North Knoxville Medical Center, Tennova Healthcare - Turkey Creek Medical Center; Mountain States Health Alliance f/k/a Johnson City Medical Center Hospital, Inc. (TN) d/b/a Johnson City Medical Center, Niswonger Children's Hospital, Woodridge Hospital, Franklin Woods Community Hospital, Indian Path Community Hospital, Russel County Hospital, Unicoi County Hospital, Sycamore Shoals Hospital, Johnson County Community Hospital, Norton Community Hospital, Saint Francis Hospital - Bartlett, Inc. f/k/a Tenet Health System Bartlett, Inc.; Smyth County Community Hospital; Takoma Regional Hospital, Inc. f/k/a Takoma Hospital, Inc. d/b/a Greenville Community Hospital (two campuses); Wellmont Health System f/k/a BRMC/HVHMC, Inc. d/b/a Bristol Regional Medical Center, Hancock County Hospital, Holston Valley Medical Center, Mountain View Regional Medical Center, Lonesome Pine Hospital; Johnson City Downtown Day Center, Hancock County Elementary School-Based Health Center, Hancock County Middle/High School Based Health Center | Tennessee | Takoma Regional Hospital (TN), et al. v. Purdue Pharma L.P., et al. | 1:19-op-46165-DAP | NDOH | 9/3/2019 | Henry Schein, Inc. |
| ARH Tug Valley Health Services, Inc. d/b/a Highlands Hospital Corporation ; Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville; Baptist Healthcare Systems, Inc. (KY) d/b/a Baptist Health Corbin, La Grange, Lexington, Louisville, Paducah, Richmond, and Floyd; Bowling Green-Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, the Medical Center at Caverna and the Medical Center at Scottsville; Grayson County Hospital Foundation, Inc. d/b/a Twin Lakes Regional Medical Center; Pikeville Medical Center, Inc.; St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center; The Harrison Memorial Hospital, Inc.; The Medical Center At Clinton County, Inc. d/b/a The Medical Center at Albany; The Medical Center at Franklin, Inc.; Taylor County Hospital District | Kentucky | Bowling Green-Warren County Community Hospital Corporation (KY), et al. v. Purdue Pharma L.P., et al. | 1:20-op-45060-DAP | NDOH | 8/21/2019 | Henry Schein, Inc. |
| Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville; Baptist Health Richmond, Inc. d/b/a Baptist Health Richmond; Baptist Healthcare System, Inc. d/b/a Baptist Health Corbin, Baptist Health La Grange, Baptist Health Lexington, Baptist Health Louisville, Baptist Health Paducah, and Baptist Health Floyd; Bowling Green Warren County Community Hospital Corporation d/b/a The Medical Center at Bowling Green, The Medical Center at Caverna, and The Medical Center at Scottsville; The Medical Center At Clinton County, Inc. (KY) d/b/a The Medical Center At Albany; The Medical Center at Franklin, Inc. (KY) d/b/a The Medical Center At Franklin | Kentucky | Baptist Healthcare System, Inc. (KY), et al. v. ABDC, et al. | 1:18-op-46058-DAP | NDOH | 8/17/2018 | Henry Schein, Inc. |
| Erie County Medical Center Corporation; Catholic Health System, Inc.; Ellis Hospital Foundation, Inc. d/b/a Bellevue Women's Center and Ellis Hospital; Kaleida Health d/b/a Buffalo General Medical Center, DeGraff Medical Park (previously DeGraff Memorial Hospital), Millard Fillmore Suburban Hospital, Oishei Children's Hospital; Kenmore Mercy Hospital (NY); Mercy Hospital of Buffalo (NY); Mount St. Mary's Hospital of Niagara Falls (NY); Niagara Falls Memorial Medical Center; Olean General Hospital (NY); Sisters of Charity Hospital of Buffalo, New York; St. Luke's Cornwall Hospital d/b/a St. Lukes Cornwall in Newburgh, St. Luke's Cornwall in Cornwall | New York | Erie County Medical Center Corporation (NY), et al. v. Teva Pharmaceuticals USA, Inc., et al. | 1:21-op-45116-DAP | NDOH | 5/11/2021 | Henry Schein, Inc. |

## Exhibit A - Settled Cases

| Plaintiffs/Entity Names | Plaintiff State | Case Caption | Docket Number | Jurisdiction | Date filed | Entities to be Dismissed |
|---|---|---|---|---|---|---|
| Flaget Healthcare, Inc. d/b/a Flaget Memorial Hospital (KY); Hardin Memorial Hospital; Hospital of Louisa, Inc. d/b/a Three Rivers Medical Center (KY); Jackson Hospital Corporation d/b/a Kentucky River Medical Center (KY); Jennie Stuart Medical Center, Inc. d/b/a Jennie Stuart Medical Center; Paintsville Hospital Company, LLC d/b/a Paul B. Hall Regional Medical Center (KY); Saint Joseph Health System, Inc.d/b/a CHI Saint Joseph Health – Saint Joseph Hospital, CHI Saint Joseph Health – Saint Joseph Berea, CHI Saint Joseph Health – Saint Joseph East, CHI Saint Joseph Health – Saint Joseph London, and CHI Saint Joseph Health – Saint Joseph Mount Sterling; T.J. Samson Community Hospital | Kentucky | Paintsville Hospital Company, LLC (KY), et al. v. Amneal Pharmaceuticals, LLC, et al. | 1:20-op-45293-DAP | NDOH | 6/8/2020 | Henry Schein, Inc. |
| Highlands Hospital Corporation d/b/a Highlands Regional Medical Center (KY); Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare (KY); St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center (KY) | Kentucky | St. Elizabeth Medical Center (KY), et al. v. AmerisourceBergen Drug Corporation Drug Corp., et al. | 1:18-op-46046-DAP | NDOH | 8/17/2018 | Henry Schein, Inc. |
| Infirmary Health Hospitals, Inc.; Monroe County Healthcare Authority d/b/a Monroe County Hospital (AL); Southwest Mississippi Regional Medical Center; St. Vincent Charity Medical Center | Mississippi | Southwest Mississippi Regional Medical Center (MS), et al. v. ABDC, et al. | 1:17-op-45175-DAP | NDOH | 11/30/2017 | Henry Schein, Inc. |
| Lee Health d/b/a Lee Memorial Hospital, HealthPark Medical Center, Gulf Coast Medical Center and Cape Coral Hospital, Golisano Children's Hospital of Southwest Florida, The Rehabilitation Hospital | Florida | Lee Memorial Health System, d/b/a Lee Health (FL) v. Actavis LLC, et al. | 1:21-op-45092-DAP | NDOH | 7/9/2021 | Henry Schein, Inc.; Henry Schein Medical Systems, Inc. |
| Loretto Hospital of Chicago | Illinois | Loretto Hospital of Chicago (IL) v. Purdue Pharma L.P., et al. | 1:19-op-45455-DAP | NDOH | 6/13/2019 | Henry Schein, Inc. |
| Lovelace Health System, Inc. d/b/a Lovelace Medical Center, Lovelace Women's Hospital, Lovelace Westside Hospital | New Mexico | Lovelace Health System, Inc. (NM) v. Purdue Pharma L.P., et al. | 1:19-op-45458-DAP | NDOH | 6/14/2019 | Henry Schein, Inc. |
| Marion Hospital Corporation d/b/a Heartland Regional Medical Center, Waukegan Illinois Hospital Company, LLC d/b/a Vista Medical Center East, Galesburg Hospital Corporation d/b/a Galesburg Cottage Hospital, Granite City Illinois Hospital Company, LLC d/b/a Gateway Regional Medical Center, Red Bud Illinois Hospital Company, LLC d/b/a Red Bud Regional Hospital, Anna Hospital Corporation d/b/a Union County Hospital, National Healthcare of Mt. Vernon, Inc. d/b/a Crossroads Community Hospital, Massac Memorial, LLC d/b/a Massac Memorial Hospital, Blue Island Hospital Company, LLC d/b/a Metrosouth Medical Center | Illinois | Marion Hospital Corporation, et al. v. Abbott Laboratories, et al. | 1:20-op-45266 | NDOH | 2/25/2020 | Henry Schein, Inc. |