UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

### THIRD STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO INDIVIOR TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Indivior Inc. ("Indivior") (collectively and together with the Released Entities,[1] the "Indivior Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Indivior Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Indivior, all Claims of each Dismissing Plaintiff against any Indivior Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs.  The Court shall retain jurisdiction with respect to the Indivior Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Indivior Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached at Appendix B.  The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A. and Exhibit F thereto.

Dated: October 29, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tara Sutton*
Tara Sutton / Tim Purdo
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

        **INDIVIOR INC.**

        */s/ Maria R. Durant*
        Maria R. Durant
        HOGAN LOVELLS US LLP
        125 High Street, Ste. 2010
        Boston, MA 02110
        Telephone: (617) 371-1024
        Facsimile: (617) 371-1040
        Maria.Durant@hoganlovells.com

        */s/ Caitlyn A. Mancuso*
        Caitlyn A. Mancuso
        Hogan Lovells US LLP
        1735 Market Street, Floor 23
        Philadelphia, PA 19103
        Telephone: (267) 675-4698
        Facsimile: (267) 675-4601
        Kate.Mancuso@hoganlovells.com

**SO ORDERED:**

**Dated:**  10/29/2025                      *s/Dan Aaron Polster*
                                                          HON. DAN AARON POLSTER