# Appendix A

| Tribe | State | Signed with Permission | Name of at least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Big Sandy Rancheria of Western Mono Indians of California | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45923-DAP |
| Consolidated Tribal Health Project | California | /s/ Frazer PLC | Frazer PLC | NDOH | 1:18-op-45919-DAP |
| Keweenaw Bay Indian Community, Michigan | Michigan | /s/ Cooper Elliott | Cooper Elliott | NDOH | 1:20-op-45150-DAP |
| Mentasta Traditional Council | Alaska | /s/ Frazer PLC | Frazer PLC | NDOH | 1:20-op-45024-DAP |

1