# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## THIRD STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO ALVOGEN TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Alvogen, Inc. (collectively and together with the Released Entities[1], the "Alvogen Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Alvogen Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Alvogen, Inc., all Claims of each Dismissing Plaintiff against any Alvogen Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Alvogen Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Alvogen Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VI.A and Exhibit F thereto.

Dated: October 29, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*

Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*

Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*

Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*

Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*

T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*

Peter Mougey
Levin Papantonio Rafferty

*/s/ Elizabeth Cabraser*

Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*

Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

**ALVOGEN, INC.**

*/s/ Craig M. Reiser*
Craig M. Reiser
Axinn, Veltrop & Harkrider LLP

*Counsel for Alvogen, Inc.*

**SO ORDERED:**

Dated: _____    _____
                                         HON. DAN AARON POLSTER