# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** *This document relates to:* *All Cases Noted on Attached Appendix A* | MDL No. 2804 Case No. 1:17-md-2804 JUDGE DAN AARON POLSTER |

## THIRD STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS PURSUANT TO SUN TRIBAL SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Tribal Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Sun Pharmaceutical Industries, Inc. ("Sun") (collectively and together with the Released Entities[1], the "Sun Entities") that, pursuant to the election of each Dismissing Plaintiff to participate in the Sun Tribal Settlement Agreement dated April 4, 2025, which is binding on the Dismissing Plaintiffs and Sun, all Claims of each Dismissing Plaintiff against any Sun Entity are hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court shall retain jurisdiction with respect to the Sun Tribal Settlement Agreement to the extent provided under that Agreement.

---

[1] All capitalized terms not defined herein shall have the meaning set forth in the Sun Tribal Settlement Agreement dated as of April 4, 2025, a copy of which is attached as Appendix B. The Released Entities are each and every entity that is a "Released Entity" as set forth in Section VII.A and Exhibit F thereto.

Dated: October 29, 2025

Agreed as to form and substance:

**TRIBAL LEADERSHIP COMMITTEE**

*/s/ Lloyd Miller*
Lloyd Miller / Don Simon / Whitney Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP

*/s/ Geoffrey Strommer*
Geoffrey Strommer / Caroline Mayhew / Edmund Goodman
Hobbs, Straus, Dean & Walker, LLP

*/s/ Tim Purdon*
Tara Sutton / Tim Purdon
Robins Kaplan LLP

*/s/ Lynn Sarko*
Lynn Sarko
Keller Rohrback, L.L.P.

*/s/ T. Roe Frazer*
T. Roe Frazer
Frazer PLC

*/s/ Peter Mougey*
Peter Mougey
Levin Papantonio Rafferty

*Elizabeth J. Cabraser*
Elizabeth J. Cabraser / Dan Drachler / Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein LLP

*/s/ Steve Skikos*
Jane Joseph / Steve Skikos
Skikos, Crawford, Skikos & Joseph LLP

**SUN**

*/s/ Michael Connelly*
Hyung Steele
Michael Connelly
TROUTMAN PEPPER LOCKE LLP
501 Grant Street, Suite 300
Union Trust Building
Pittsburgh, PA 15219

Telephone: (412) 454-5025
hyung.steele@troutman.com
michael.connelly@troutman.com

*Counsel for the Sun Pharmaceutical Industries, Inc.*

**SO ORDERED:**

**Dated:** 10/30/2025

*s/Dan Aaron Polster*
HON. DAN AARON POLSTER