# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *This document relates to:* | Case No. 17-MD-2804 |
| *All Cases Where Plaintiffs Have Moved for Leave to Amend to Name Alvogen, Inc. as a Defendant* | JUDGE DAN AARON POLSTER |

## NOTICE REGARDING
## AMENDING PLAINTIFFS' MOTIONS FOR LEAVE TO AMEND

On October 1, 2025, the Court issued its Issue Ruling One Regarding Motions to Amend and noted that "[a]lthough Plaintiffs indicated they intend to withdraw" their motion for leave to amend as to Alvogen, Inc. ("Alvogen"), "the Court has not received notice of such withdrawal" and therefore "Plaintiffs' Motion to Amend to Add Alvogen remains a live motion." *See* ECF No. 6306 ("Issue Ruling One") at 14 n.6. Accordingly, Alvogen respectfully provides this notice in relation to those pending motions to amend. As the Court recognized in Issue Ruling One, the plaintiffs who moved for leave to amend their complaints to add Alvogen ("Amending Plaintiffs") represented to this Court on June 3, 2025 that they "expect to withdraw the motions they have filed against Alvogen" once Alvogen's global settlements are finalized. *See* ECF No. 6171 at 1 n.1. In reliance on this representation, Alvogen did not join any further briefing opposing plaintiffs' motions for leave to amend it would otherwise have participated in, such as the sur-reply filed by other generic manufacturer defendants on July 13, 2025. *See* ECF No. 6225.

Alvogen reached a global settlement with the Tribal Plaintiffs on April 4, 2025, and this Court entered the stipulations of dismissal with prejudice on October 9, 20, and 30, 2025. ECF

Nos. 6320, 6347, 6366.  Alvogen reached a global settlement with the States and Subdivision Plaintiffs on April 4, 2025, is proceeding in good faith to execute this settlement, and reasonably believes that this settlement will be finalized.  Alvogen likewise reasonably believes that the Plaintiffs' Executive Committee ("PEC"), on behalf of Amending Plaintiffs, will withdraw all the motions for leave to amend as to Alvogen once these global settlements are finalized.

As a result and in reliance on statements by Amending Plaintiffs and the PEC, Alvogen does not believe it necessary at present to participate further in any opposition to Amending Plaintiffs' motions for leave to amend, including any responses to this Court's issue rulings, but reserves all rights to do so should that become necessary.

Dated: November 13, 2025

Respectfully Submitted,

*/s/ Eva Yung*
Craig M. Reiser
Eva Yung
AXINN, VELTROP & HARKRIDER LLP
630 Fifth Avenue, 33rd Floor
New York, New York 10111
212.728.2200
212.728.2201 (fax)
creiser@axinn.com
eyung@axinn.com

*Counsel for Defendant Alvogen, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on November 13, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECFF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF system.

            Respectfully Submitted,

            */s/ Eva Yung*
            Eva Yung
            AXINN, VELTROP & HARKRIDER LLP
            630 Fifth Avenue, 33rd Floor
            New York, New York 10111
            212.728.2200
            212.728.2201 (fax)
            eyung@axinn.com

            *Counsel for Defendant Alvogen, Inc.*