# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*City of Elk City v. Cephalon, Inc., et al.*<br>Case No. 21-op-45017-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO LANNETT COMPANY, INC.** |

Plaintiff City of Elk City hereby dismisses, without prejudice, Lannett Company, Inc. from this action. All other claims and defendants remain.

Respectfully submitted,

*s/Tony G. Puckett*
Tony G. Puckett, OBA No. 13336
Todd A. Court, OBA No. 19438
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Eighth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
tony.puckett@mcafeetaft.com
todd.court@mcafeetaft.com

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.


DATED: December 8, 2025              /s Tony G. Puckett
                                     Tony G. Puckett