# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> *This document applies to:* <br><br> FAYETTE COUNTY, GEORGIA; <br><br> *Civil Action File No.: 1:19-op-45373* | Case No. 1:17-MD-2804 <br><br> Hon. Dan A. Polster |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PUBLIX SUPER MARKETS, INC.

COMES NOW Plaintiff, by and through the undersigned attorney, and hereby gives notice of voluntary dismissal of Defendant Publix Super Markets, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The filing of this Notice is not intended to have any effect on any of Plaintiff's claims against any other Defendant in the above-captioned action.

**ATTORNEY FOR PLAINTIFF**

*s/Andrew J. Hill*
Andrew J. Hill
Georgia Bar No. 353300
ahill@bbga.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Andrew J. Hill*
Andrew J. Hill
Georgia Bar No. 353300
ahill@bbga.com

BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000