UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | |
| THIS DOCUMENT RELATES TO: ) | MDL 2804 |
| *Allamakee County, Iowa v. Purdue Pharma, et al.,* No. 1:18-OP-45983 (Track 24), and )<br>)<br>) | Case No. 1:17-md-2804 |
| ) | Judge Dan Aaron Polster |
| *Emmet County, Iowa v. Purdue Pharma L.P., et al.,* No. 4:21-OP-45051 (Track 25). )<br>)<br>) | |

### DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

Defendants Hy-Vee, Inc., Amber Enterprises, Inc. d/b/a Amber Specialty Pharmacy, HYVACS, LLC d/b/a Hy-Vee Pharmacy Solutions ("HYVACS"), Redbox Rx, LLC, and Vivid Clear Rx, Inc. (collectively "Hy-Vee") move the Court for an Order dismissing[1] pursuant to Federal Rule of Civil Procedure 12(b)(1) all claims against Hy-Vee asserted in Plaintiffs' separate Supplemental and Amended Allegations to be Added to the Complaints (Docs. 6181-1, 6182-1) (collectively "Amended Complaints"). As more fully set forth in Hy-Vee's Memorandum in Support filed contemporaneously hereto, the Court lacks subject matter jurisdiction over the allegations against Hy-Vee asserted in Emmet County's Amended Complaint. The Court should dismiss the Amended Complaint as to Hy-Vee without prejudice.

---

[1] In its Order granting Plaintiff's Motion for Leave to Amend (Doc. 6377) dated November 13, 2025, the Court did not deem the Plaintiff's Amended Complaints filed as of the date of the Order and, to date, Plaintiffs have yet to file their Amended Complaints. Hy-Vee nevertheless submits this motion to dismiss in compliance with the deadline set forth in the Court's Case Management Order (Doc. 6241).

The Court should additionally decline to exercise the supplemental subject matter jurisdiction provided in 28 U.S.C. § 1367(a) over the claims plaintiff Allamakee County asserts against Hy-Vee in its Amended Complaint. Allamakee County's assertion of federal question jurisdiction rests purely on a claim arising under federal law against Purdue Pharma, L.P. ("Purdue"). Purdue is a bankrupt defendant that has reached settlement with all governmental entities and whose dismissal from the case is only a matter of time. The Court should dismiss Allamakee County's Amended Complaint without prejudice.

WHEREFORE, defendant Hy-Vee, Inc., respectfully requests the Court enter an Order dismissing the Track 24 and Track 25 bellwether cases without prejudice, awarding Hy-Vee its costs, including attorneys' fees, and for such other relief the Court deems proper.

Respectfully submitted,

*/s/ Jeffrey A. Kennard*
Jeffrey A. Kennard          MO #46689
Michele F. Sutton           MO $57942
Turner R. Brock             MO #76126
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106-2197
Tel: (816) 268-9400
Fax: (816) 268-9409
Email: jkennard@sakg.com
msutton@sakg.com
tbrock@sakg.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed on December 15, 2025, with the Court's CM/ECF system which will send notification of such filing.

*/s/ Jeffrey A. Kennard*
An attorney for Defendants

2