UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | |
| THIS DOCUMENT RELATES TO: ) | MDL 2804 |
| *Allamakee County, Iowa v. Purdue Pharma, et al.,* No. 1:18-OP-45983 (Track 24), and ) ) ) ) | Case No. 1:17-md-2804 |
| *Emmet County, Iowa v. Purdue Pharma L.P., et al.,* No. 4:21-OP-45051 (Track 25). ) ) ) | Judge Dan Aaron Polster |

### DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants Hy-Vee, Inc., Amber Enterprises, Inc. d/b/a Amber Specialty Pharmacy, HYVACS, LLC d/b/a Hy-Vee Pharmacy Solutions, Redbox Rx, LLC, and Vivid Clear Rx, Inc. (collectively "Hy-Vee") move the Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing: (i) Plaintiffs' Third Cause of Action for violation of the Iowa Consumer Fraud Act, Iowa Code § 714H.3 ("ICFA"); (ii) Plaintiffs' allegations of Alter Ego Liability; and (iii) all claims against defendant Vivid Clear Rx, Inc. for failure to state a claim upon which relief may be granted.

As set forth more fully in Hy-Vee's Memorandum in Support of this motion, Plaintiffs' ICFA claims fails to state a claim upon which relief may be granted because:

(1) the private right of action under the ICFA does not apply to licensed pharmacies such as Hy-Vee;

(2) Plaintiffs are not "consumers" under the ICFA;

(3) Plaintiffs have failed to allege the requisite ascertainable loss of money or property required by the statute; and

(4) Plaintiffs have failed to allege the requisite unfair conduct with the requisite particularity.

Plaintiffs' separate Supplemental and Amended Allegations to be Added to the Complaints (Docs. 6181-1, 6182-1) (collectively "Amended Complaints") are devoid of any facts to support their claims for Alter Ego Liability and therefore do not state a claim under the doctrine.

The Amended Complaints contain no factual allegations giving rise to an inference that defendant Vivid Clear, a pharmacy benefits manager- committed the wrongdoing alleged.

WHEREFORE, for the above and foregoing reasons, Hy-Vee respectfully moves and urges the Court to dismiss Plaintiffs' Third Causes of Action, allegations of alter ego liability, and purported claims against Vivid Clear.

Respectfully submitted,

*/s/ Jeffrey A. Kennard*
| Jeffrey A. Kennard | MO #46689 |
| Michele F. Sutton | MO $57942 |
| Turner R. Brock | MO #76126 |

SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106-2197
Tel: (816) 268-9400
Fax: (816) 268-9409
Email: jkennard@sakg.com
msutton@sakg.com
tbrock@sakg.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify a copy of the foregoing was filed on December 15, 2025 with the Court's CM/ECF system which will send notification of such filing.

                                              */s/ Jeffrey A. Kennard*
                                              An attorney for Defendants