# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>HON. DAN AARON POLSTER |

## STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST DEFENDANT HENRY SCHEIN, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiffs identified in Appendix A (collectively, the "Dismissing Plaintiffs") and Defendant Henry Schein, Inc. ("Schein") that, pursuant to a settlement agreement resolving the Dismissing Plaintiffs' claims against Schein, all claims of the Dismissing Plaintiffs against Schein are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

The dismissal of Schein does not affect any other claims against any other defendants alleged by the Dismissing Plaintiffs.

DATED:  January 6, 2026.

1

Agreed as to form and substance:  Respectfully submitted,

              */s/ John Arthur Eaves, Jr.*
              John Arthur Eaves, Jr.
              Mississippi Bar No. 8843
              johnjr@eaveslawmail.com
              EAVES LAW FIRM, LLC
              101 North State Street
              Jackson, Mississippi 39201
              Telephone: (601) 355-7961
              Facsimile: (601) 355-0530

              ***Counsel for the Dismissing Plaintiffs***

*/s/ John P. McDonald*
C. Scott Jones
Texas Bar No. 24012922
C.scott.jones@troutman.com
Lauren M. Fincher
Texas Bar No. 24069718
Lauren.fincher@troutman.com
TROUTMAN PEPPER LOCKE
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

John P. McDonald
Texas Bar No. 13549090
Jpmcdonald.law@outlook.com
LAW OFFICES OF JOHN P. MCDONALD
6867 Avalon Avenue
Dallas, Texas 75214
Telephone: (214) 673-7476

***Counsel for Defendant Henry Schein, Inc.***

SO ORDERED THIS ___ DAY OF _____, 2026.


_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

# APPENDIX A

# STIPULATION AND ORDER DISMISSING WITH PREJUDICE CLAIMS AGAINST DEFENDANT HENRY SCHEIN, INC.

## APPENDIX A

| The Dismissing Plaintiffs | Case No. |
|---|---|
| LifeStream Behavioral Center, Inc. d/b/a LifeStream Behavioral Hospital; d/b/a Addictions Receiving Facility; d/b/a Anthony House; d/b/a Adult Choice; and d/b/a Connections, Recovery & Support | 1:21-op-45075-DAP |
| MS. Center for Police & Sheriff's d/b/a Joyce's Hope Home | 1:21-op-45075-DAP |
| Foundation on the Rock Ministries | 1:20-op-45110-DAP |
| Rankin Baptist Association d/b/a Crossroads Counseling Center | 1:20-op-45110-DAP |
| New Life Church of God d/b/a Project New Start, Inc. | 1:20-op-45110-DAP |
| Map to Health d/b/a Recovery Unplugged | 1:21-op-45093-DAP |
| Mercy House Teen Challenge, a Not-For-Profit Corporation | 1:18-op-46070-DAP |