## Special Master Cohen's December 17, 2025 Ruling

| Request No. | Documents Sought by PBMs | Special Master Cohen's Ruling |
|---|---|---|
| 1 | Eight data fields for "cash purchases" dispensed from 2006 to the present. *See* Mot. at 7; Subpoena at 5. | Wegmans must produce eight data fields for cash purchases in Monroe County for "Relevant Drugs" from 2006 to the present. Ruling at 5, 8. |
| 2 | Documents "sufficient to show" how Wegmans pharmacists interact with the PBMs at POS. PBMs interprets this to mean *all* DUR data documentation in Monroe County. Mot. at 3-4. | Wegmans must undertake immediate, reasonable efforts to facilitate the production of this data, from 2006 to the present,[1] from McKesson, which provides EnterpriseRx and maintains a data warehouse. Ruling at 5, 8-9. |
| 3 | **Agreement by PBMs and Wegmans to hold in abeyance.** ||
| 4 | Guidance, directives, instructions, publications, alerts, notices, presentations, or other materials Wegmans provided to Employees working in its City of Rochester stores concerning opioids from 2006 through 2019. Mot. at 6. | Wegmans shall produce guidance, directives, publications, alerts, notices, presentations, or other materials concerning prescription opioids provided to employees working in its Monroe County stores from 2006 to 2019. Ruling at 6, 5 n.3. |
| 5 | **Agreement that Wegmans has no responsive documents.** ||
| 6 | **Agreement**: Wegmans will search for any written policies describing when, and under what circumstances, its pharmacist would consult with the NY PMP, and would agree to produce such policies, if any. Ruling at 5. ||
| 7 | All documents and communications with the law enforcement or regulatory bodies from 2006 through July 2024 concerning improper dispensing by prescribers or opioid abuse/diversion in the City of Rochester. Mot. at 8. | Wegmans shall produce, from 2006 through July 2024, (a) documents reflecting instances when law enforcement made inquiries to Wegmans about prescribers and/or patients in Monroe County; and (b) audits or other documents concerning any investigation by state or federal agencies into policies or practices related to the dispensing of opioids, and which would have applied to its stores in Monroe County. Ruling at 5, 7. |
| 8 | **Agreement**: Wegmans will collect and produce documents concerning actions taken by Wegmans against employees in the City of Rochester concerning relevant opioids from 2006 through July 2024. Ruling at 5. ||

---

[1] The PBMs narrowed the scope of this Request to 2006 to the present in its February 28, 2025 letter. *See* Ex. 6 to Mot. at 3. The February 28, 2025 letter was an attempted expansion of the temporal scope proposed by the PBMs in their November 11, 2024 letter, which limited the temporal scope to 2006-2019. *See* Ex. 8 to Resp.

| | | |
|---|---|---|
| 9 | **Agreement**: Wegmans will produce DEA Form 106s for the City of Rochester from 2006 through July 2024.  Ruling at 5-6. | |
| 10 | Seeks (a) documents reflecting instances when law enforcement made inquiries to Wegmans about prescribers and/or patients in the City of Rochester and Monroe County between 2006 to the date of the subpoena; and (b) audits or other documents concerning any investigation by state or federal agencies into policies or practices related to the dispensing of opioids from 1996 to present, and which would have applied to its stores in the City of Rochester.  Mot. at 9. | Wegmans shall produce: (a) documents reflecting instances when law enforcement made inquiries to Wegmans about prescribers and/or patients in Monroe County (from 2006 to July 2024); and (b) audits or other documents concerning any investigation by state or federal agencies into policies or practices related to the dispensing of opioids, and which would have applied to its stores in Monroe County (from 1996 to the present).  Ruling at 5, 7. |
| 11 | Same as No. 10 | |
| 12 | All agreements between Wegmans and opioid manufacturers and/or distributors from 2006 to the present.  Mot. at 9-10. | Wegmans shall produce all of its contracts and agreements with any manufacturer or distributor of opioids, unless such contract or agreement clearly does not include, or expressly excludes, all of Wegmans' stores in Monroe County from 2006 to the present.  Ruling at 7. |

2