# Exhibit 2

| | |
|---|---|
| **From:** | Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com> |
| **Sent:** | Tuesday, August 27, 2024 11:10 AM |
| **To:** | Dan Humphrey; David Graham; Lindsay Weber; Badley, Alicia; Roshan Rama; Daily Guerrero; Finkel, Rachel |
| **Cc:** | Agins, Joshua; Galvin, Jodyann; Wells, Claire |
| **Subject:** | RE: Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc. |
| **Attachments:** | Wegmans - Express Scripts - Responses and Objections - Final(65606968.1).pdf; Wegmans - Express Scripts - Enclosure Letter to Daniel Humphrey.pdf |

**[EXTERNAL EMAIL from jzawodzi@hodgsonruss.com]**



Thanks, all, for a productive meeting this morning.

This email confirms that Wegmans will not produce documents responsive to Requests Nos. 5 and 6.

With respect to Request Nos. 1, 2, 3, 4, 7, 8, 9, 10, 11, and 12, issuing counsel will provide a brief description of why the requested documents are relevant to the Litigation, a limited and appropriate set of search terms to narrowly-tailor any forthcoming production, and the governing confidentiality order. Wegmans asks for a description of the relevance of each of these Requests because it is not readily apparent why much of the requested information is relevant to the claims in the MDL Litigation and, given Wegmans' status as a non-party, Wegmans is not obligated to respond without more. For example, the all-encompassing terms "All", "Documents", and/or "Communications" in several of these requests are overly broad and, when paired with terms like "or any other Opioids" as requested, would return a universe of documents and communications that are irrelevant to and outside the scope of the claims in the Litigation. To avoid these types of situations, Wegmans requests that issuing counsel prepare brief relevancy points regarding each request that would, together with specific set of search terms, assist Wegmans in its review efforts to ascertain what precise documents and communications Express Scripts and Optum may or may not need to help aid their respective defenses. Wegmans will work cooperatively and in good faith with issuing counsel to pair down the requested documents and communications as needed, understanding that Wegmans' objections are preserved as set forth in the attached Responses and Objections and that issuing counsel has agreed to limit the temporal scope of any search to 2020—present.

Please let me know if you'd like to discuss further. I look forward to receiving your responses and to our next call on 9/10. Enjoy Armenia, Dan!

Thank you,
James

**From:** Zawodzinski, Jr., James J.
**Sent:** Tuesday, August 27, 2024 8:48 AM
**To:** Dan Humphrey
**Cc:** Patrick King ; Galvin, Jodyann ; Agins, Joshua ; Wells, Claire
**Subject:** Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc.

Dan,

Please see the attached correspondence enclosing Wegmans Food Markets, Inc.'s Responses and Objections to Express Scripts' Subpoena Duces Tecum.

Regards,

**James J. Zawodzinski, Jr. (he/him/his)**
Senior Associate
Hodgson Russ LLP

Tel:  716.848.1595

Fax:  716.819.4765



Twitter | LinkedIn | website | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map
90 Linden Oaks, Suite 110 | Rochester, NY 14625
Tel: 585.613.3919 | map
605 Third Ave, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*