# Exhibit 12

| | |
|---|---|
| From: | Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com> |
| Sent: | Thursday, October 3, 2024 8:27 AM |
| To: | Dan Humphrey; David Graham; Lindsay Weber; Badley, Alicia; Roshan Rama; Daily Guerrero; Finkel, Rachel; Andrews, Ashton |
| Cc: | Agins, Joshua; Galvin, Jodyann; Wells, Claire; QE-ESI-3PSubpoenas |
| Subject: | RE: Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc. |

**[EXTERNAL EMAIL from jzawodzi@hodgsonruss.com]**

Hi Dan,

Thanks for sending the governing confidentiality order over and for confirming your team is putting together search terms.

With respect to Request No. 1, Wegmans did not simply agree to produce the data demanded. Wegmans will produce data, to the extent it is responsive and within Wegmans custody and control, after application of relevant search terms and a limitation on the temporal scope as demanded in our Objections previously served and confirmed in my email of August 27. Once we receive and analyze the proposed search terms and, we will discuss with our client and get back to you on a timeline for producing responsive data.

Thank you,
James

**From:** Dan Humphrey <danielhumphrey@quinnemanuel.com>
**Sent:** Wednesday, October 2, 2024 8:02 PM
**To:** Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com>; David Graham <davidgraham@quinnemanuel.com>; Lindsay Weber <lindsayweber@quinnemanuel.com>; Badley, Alicia <Alicia.Badley@alston.com>; Roshan Rama <roshanrama@quinnemanuel.com>; Daily Guerrero <dailyguerrero@quinnemanuel.com>; Finkel, Rachel <Rachel.Finkel@alston.com>; Andrews, Ashton <ashton.andrews@alston.com>
**Cc:** Agins, Joshua <JAgins@hodgsonruss.com>; Galvin, Jodyann <JGalvin@hodgsonruss.com>; Wells, Claire <CWells@hodgsonruss.com>; QE-ESI-3PSubpoenas <qe-esi-3psubpoenas@quinnemanuel.com>
**Subject:** RE: Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc.

**External Email - Use Caution**

Hi James,

We are working on compiling search terms for you to run over Wegman's documents. In the meantime, you previously agreed that you would produce the data sought by Request No. 1 to the subpoena. Please let us know when you intend to produce that data. Also, see attached the governing confidentiality order for your review. Let us know if you would like to discuss.

Best,
Dan

1

**From:** Dan Humphrey
**Sent:** Wednesday, August 28, 2024 11:20 AM
**To:** Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com>; David Graham <davidgraham@quinnemanuel.com>; Lindsay Weber <lindsayweber@quinnemanuel.com>; Badley, Alicia <Alicia.Badley@alston.com>; Roshan Rama <roshanrama@quinnemanuel.com>; Daily Guerrero <dailyguerrero@quinnemanuel.com>; Finkel, Rachel <Rachel.Finkel@alston.com>
**Cc:** Agins, Joshua <JAgins@hodgsonruss.com>; Galvin, Jodyann <JGalvin@hodgsonruss.com>; Wells, Claire <CWells@hodgsonruss.com>
**Subject:** RE: Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc.

Hi James,

A few things in your note below do not reflect my recollection of the call. Please see below some clarifying points:

First, we do not agree that *if* Wegman's has documents responsive to Requests Nos. 5 & 6 that it should not produce them. As I stated on the call, I had only briefly skimmed your letter that we received this morning. It appeared on first blush that some of your objections stated that Wegmans had no documents responsive to certain requests. Upon a closer read, it appears that is not necessarily the case and in those instances where Wegmans claims to lack documents, it is not objecting to the actual language in the subpoena. For example, with respect to Request No. 5, your objection was that you were under no obligation to identify, report, or refuse to ship suspicious orders. The Request, however, asks for documents to show all "Suspicious Orders You identified *or for which you received notice* . . ." (emphasis added). If Wegmans has documents responsive to Request Nos. 5 & 6, it is necessary for them to produce such documents.

Second, we agree to produce search terms and the governing confidentiality order. We disagree that we must explain the specific relevance or that any law requires as such. If you have authority to the contrary, please let us know.

Third, we did not agree to limit the temporal scope of any search to 2020-present. Instead, we explained that ARCOS data is available prior to 2020. To the extent that would help resolve some of the objections you raised, we would be willing to consider narrowing those Requests directed toward ARCOS data to that time frame.

If you agree with the above, we will begin compiling search terms that we think will be necessary to capture responsive documents.

Sincerely,
Dan


**From:** Zawodzinski, Jr., James J. <JZawodzi@hodgsonruss.com>
**Sent:** Tuesday, August 27, 2024 12:10 PM
**To:** Dan Humphrey <danielhumphrey@quinnemanuel.com>; David Graham <davidgraham@quinnemanuel.com>; Lindsay Weber <lindsayweber@quinnemanuel.com>; Badley, Alicia <Alicia.Badley@alston.com>; Roshan Rama <roshanrama@quinnemanuel.com>; Daily Guerrero <dailyguerrero@quinnemanuel.com>; Finkel, Rachel <Rachel.Finkel@alston.com>
**Cc:** Agins, Joshua <JAgins@hodgsonruss.com>; Galvin, Jodyann <JGalvin@hodgsonruss.com>; Wells, Claire <CWells@hodgsonruss.com>
**Subject:** RE: Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc.

**[EXTERNAL EMAIL from jzawodzi@hodgsonruss.com]**

Thanks, all, for a productive meeting this morning.

This email confirms that Wegmans will not produce documents responsive to Requests Nos. 5 and 6.

With respect to Request Nos. 1, 2, 3, 4, 7, 8, 9, 10, 11, and 12, issuing counsel will provide a brief description of why the requested documents are relevant to the Litigation, a limited and appropriate set of search terms to narrowly-tailor any forthcoming production, and the governing confidentiality order.  Wegmans asks for a description of the relevance of each of these Requests because it is not readily apparent why much of the requested information is relevant to the claims in the MDL Litigation and, given Wegmans' status as a non-party, Wegmans is not obligated to respond without more.  For example, the all-encompassing terms "All", "Documents", and/or "Communications" in several of these requests are overly broad and, when paired with terms like "or any other Opioids" as requested, would return a universe of documents and communications that are irrelevant to and outside the scope of the claims in the Litigation.  To avoid these types of situations, Wegmans requests that issuing counsel prepare brief relevancy points regarding each request that would, together with specific set of search terms, assist Wegmans in its review efforts to ascertain what precise documents and communications Express Scripts and Optum may or may not need to help aid their respective defenses.

Wegmans will work cooperatively and in good faith with issuing counsel to pair down the requested documents and communications as needed, understanding that Wegmans' objections are preserved as set forth in the attached Responses and Objections and that issuing counsel has agreed to limit the temporal scope of any search to 2020—present.

Please let me know if you'd like to discuss further.  I look forward to receiving your responses and to our next call on 9/10.  Enjoy Armenia, Dan!

Thank you,
James

---

**From:** Zawodzinski, Jr., James J.
**Sent:** Tuesday, August 27, 2024 8:48 AM
**To:** Dan Humphrey <danielhumphrey@quinnemanuel.com>
**Cc:** Patrick King <patrickking@quinnemanuel.com>; Galvin, Jodyann <JGalvin@hodgsonruss.com>; Agins, Joshua <JAgins@hodgsonruss.com>; Wells, Claire <CWells@hodgsonruss.com>
**Subject:** Case No. 1:17-MD-2804 - Ohio Opiate Litigation - Wegmans Food Markets, Inc.

Dan,

Please see the attached correspondence enclosing Wegmans Food Markets, Inc.'s Responses and Objections to Express Scripts' Subpoena Duces Tecum.

Regards,

**James J. Zawodzinski, Jr. (he/him/his)**
Senior Associate
Hodgson Russ LLP

Tel:  716.848.1595
Fax: 716.819.4765



Twitter  |  LinkedIn  |  website  |  e-mail

3

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

90 Linden Oaks, Suite 110 | Rochester, NY 14625
Tel: 585.613.3919 | map

605 Third Ave, Suite 2300 | New York, NY 10158
Tel: 212.751.4300 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*