**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: "*All Cases*" | ) ) ) | |
| | ) | **ORDER REGARDING** |
| | ) | **FEE PANEL COMPENSATION** |

A number of defendants have recently entered into global settlement agreements, including Alvogen, Amneal, Apotex, Hikma, Indivior, Mylan, Sun, Zydus, Kroger, and Sandoz.  Each of these defendants entered into a Global Settlement Agreement that contains an "Exhibit R," which addresses attorney fees.  Each Exhibit R states there will be an Attorney Fee Fund, which will be administered by the Fee Panel earlier appointed by this Court in docket no. 3828. *See, e.g.*, Alvogen Exhibit R §IV.B.1.  Each Exhibit R also states "[t]he Fee Panel shall charge an hourly rate approved by the Court." *Id.* §IV.I.1.

Accordingly, the Court now approves an hourly rate for the Fee Panel of $1600, beginning February 1, 2026.  Future annual increases will be determined by the AmLaw100 industry average percentage change.

    **IT IS SO ORDERED.**

           **/s/ *Dan Aaron Polster***
           **DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

**Dated:** January 28, 2026