UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) | **JUDGE POLSTER** |
| **THIS DOCUMENT RELATES TO:** "*NAS Cases*" | ) ) ) | |
| | ) ) ) | **ORDER REGARDING NAS PLAINTIFF FACT SHEETS** |

This Court has previously required various categories of parties to submit fact sheets. *See, e.g.,* docket no. 638 (requiring fact sheets from governmental entity plaintiffs, and also from certain defendants); docket no. 5257 (requiring fact sheets from hospital plaintiffs); docket no. 5340 (requiring fact sheets from non-hospital healthcare providers). The Court also ordered several, but not all, plaintiffs in NAS cases to submit fact sheets. *See* docket no. 2691 (requiring plaintiffs in four NAS cases to file plaintiff fact sheets, in connection with briefing on class certification).

The Court now concludes it is appropriate to require plaintiffs in **all pending NAS cases** to submit a plaintiff fact sheet ("NAS-PFS") **for each child** who allegedly suffered NAS. The form of the NAS-PFS is attached as Exhibit A.[1] A list of the cases the Court has identified as NAS cases is attached as Exhibit B.[2] Plaintiffs in all of the cases listed shall submit a NAS-PFS **on or before March 13, 2026** for each child who allegedly suffered NAS. Failure to do so will lead to dismissal of the case with prejudice.

---

[1] This NAS-PFS is very similar, but not identical, to the draft NAS-PFS filed at docket no. 2691-1. The four NAS plaintiffs that already submitted a fact sheet need not do so again. *See* docket no. 3523, exhibits 13, 20, 38, & 45.

[2] Some cases are listed more than once because they include allegations regarding more than one child.

Submission of a NAS-PFS will occur by sending it via email to NAS-PFS@spanglaw.com. The subject line of the email *must* read as follows: Child's first name, child's last name, MDL Case No.  Example: "Mary Smith, Case No. 18-op-54321."  *See* Exhibit B (listing this information for each case).

The PEC shall promptly make available to the Defendants and the Court all NAS-PFSs through the Sharepoint file-sharing site.  Plaintiffs' Liaison Counsel shall submit to the Court on March 16, 2026, a list of those pending NAS cases shown on Exhibit B where a NAS-PFS was not submitted.

Defense counsel will be given access to the NAS-PFS Repository through Sharepoint. Defense counsel must request access by sending an email to NAS-PFS@spanglaw.com, with the subject line "Access Request."  An email will then be sent to counsel providing a link to the Sharepoint site.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** February 2, 2026