- 1 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br> *"All Cases"* | CASE NO. 1:17-MD-2804 </br></br> David R. Cohen </br> Randi S. Ellis </br> Hon. David R. Herndon </br></br> FEE PANEL ORDER NO. 48 </br> REGARDING APPLICATION </br> DEADLINE FOR "GROUP OF EIGHT" </br> (SECONDARY MANUFACTURER) </br> CONTINGENCY FEE AWARDS |

In January 2026, global settlements were reached with the following Settling Defendants: (1) Alvogen, Inc.; (2) Amneal Pharmaceuticals LLC; (3) Apotex Corp.; (4) Hikma Pharmaceuticals USA, Inc. (f/k/a West-Ward Pharmaceuticals Corp.); (5) Indivior Inc.; (6) Mylan; (7) Sun Pharmaceutical Industries, Inc.; and (8) Zydus Pharmaceuticals (USA) Inc.

Contingency Fee Fund applications for these Settling Defendants are now available in the Rubris Crosslink System. The Fee Panel hereby sets March 16, 2026, as the deadline for submission of applications seeking awards from the Contingency Fee Fund with respect to these Settling Defendants.

**IT IS SO ORDERED.**

/s/    David R. Cohen </br>
Randi S. Ellis </br>
<u>**David R. Herndon**</u> </br>
**FEE PANEL**

**Dated:** February 13, 2026