# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Appendix Exhibit A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs identified on Appendix A hereby voluntarily dismiss without prejudice all of their claims against all Defendants named in the complaints corresponding to the docket numbers listed on Appendix A. Where the plaintiffs identified in the "Child's Initials" column of Appendix A constitute all plaintiffs in a given action, the entire case is dismissed. Where additional plaintiffs remain in an action and are not identified in the "Child's Initials" column of Appendix A, this notice dismisses only the specified plaintiffs and does not dismiss the entire case.

Dated: March 12, 2026

Respectfully submitted,
*/s/ Marc E. Dann*
Marc E. Dann (0039425)
DANN LAW
15000 Madison Avenue
Lakewood, Ohio 44107
Telephone: (216) 373-0539
mdann@dannlaw.com

Scott Bickford
srb@mbfirm.com
MARTZELL, BICKFORD & CENTOLA, APC
338 Lafayette Street

New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635

Kevin W. Thompson
kwthompsonwv@gmail.com
THOMPSON BARNEY LAW FIRM
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405

Donald Creadore
donald@creadorelawfirm.com
THE CREADORE LAW FIRM, P.C.
450 Seventh Avenue –
1408 New York, NY
10123 Telephone: 212-355-7200
Facsimile: 212-583-0412

Stephen New
steve@newlawoffice.com
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive Beckley
WV 25801
Telephone: 304-250-6017
Facsimile: 304-250-6012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Plaintiff's Notice of Voluntary Dismissal of All Claims Without Prejudice Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i)* was filed with the Court electronically and served via all parties via the Court's CM/ECF system on March 12, 2026.

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
DANN LAW