**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **CASE NO. 1:17-MD-2804** |
| | ) ) | **David R. Cohen** |
| **THIS DOCUMENT RELATES TO:** | ) | **Randi S. Ellis** |
| *"All Cases"* | ) ) | **Hon. David R. Herndon** |
| | ) ) | **FEE PANEL ORDER NO. 50** |
| | ) | **REGARDING APPLICATIONS** |
| | ) | **FOR AWARDS FROM** |
| | ) | **THE "GROUP OF EIGHT"** |
| | ) | **(SECONDARY MANUFACTURERS)** |
| | ) | **CONTINGENCY FEE FUNDS** |

This Fee Panel Order clarifies who may apply for an award from the "Group of Eight" (Secondary Manufacturers) Contingency Fee Funds, and also extends the deadline for submission of an application.

The global settlement agreements with the Group of Eight defendants provide that contingent fees are payable to attorneys who represent *a subdivision plaintiff that named ANY opioid defendant* in state or federal court.[1] Thus, an attorney representing a subdivision in opioid litigation that did not name *any* of the Group of Eight defendants may still apply for an award of contingent fees from *all* of the Group of Eight Contingency Fee Funds.

In February of 2026, the Fee Panel made available Group of Eight Contingency Fee Fund applications only to Contact Counsel for a subdivision plaintiff who named one or more of the

---

[1] *See, e.g.*, Alvogen Settlement Agreement, Exhibit R, Section I.G. ("The Contingency Fee Fund shall be available to Attorneys who represent Subdivisions that are Participating Subdivisions who filed a lawsuit against any opioid defendant as of December 31, 2024, in state or federal court, and meet the eligibility criteria of Section IV.G.") (available at: http://nationalopioidsettlement.com/additional-settlements/).

- 1 -

Secondary Manufacturers in a lawsuit.  As noted above, applications may also be submitted by Contact Counsel for a subdivision plaintiff who named *any* opioid defendant in a lawsuit, so long as the subdivision is listed on Exhibit G of one or more Group of Eight Secondary Manufacturer settlements. A list of Participating Subdivisions whose Contact Counsel are eligible to participate in the Secondary Manufacturer Contingency Fee Funds under this latter provision is attached as Exhibit A. **Applications for Contact Counsel representing subdivisions identified in Exhibit A are now available in the Rubris Crosslink System.**[2]

Finally, on February 13, 2026, the Fee Panel issued *Fee Panel Order No. 48* (Doc. 6430), which set a March 16, 2026 deadline for submission of applications for awards from the Group of Eight Contingency Fee Funds. On March 12, 2026, the Fee Panel issued *Fee Panel Order No. 49* (Doc. 6488), extending the deadline to March 30, 2026. **The Fee Panel hereby extends this deadline again for all applicants to April 30, 2026.**

**IT IS SO ORDERED.**

*/s/*     ***David R. Cohen***
***Randi S. Ellis***
***David R. Herndon***
**FEE PANEL**

**Dated:** March 31, 2026

---

[2] Inclusion of a Political Subdivision in Exhibit A is not a determination of eligibility by the Fee Panel. Contingency Fee Fund Applications may be determined ineligible for reasons other than failing to submit a timely application. Notices of ineligibility for reasons other than missing the application deadline may be sent to counsel via Crosslink instead of by Fee Panel Order.