**EXHIBIT A**

| State | Subdivision Name |
|---|---|
| AL | Abbeville city |
| AL | Alexander City city |
| AL | Anniston city |
| AL | Argo town |
| AL | Ashland town |
| AL | Attentus Mouton, LLC d/b/a Lawrence Medical Center |
| AL | Autauga County |
| AL | Baldwin County |
| AL | Barbour County |
| AL | Bibb County |
| AL | Blount County |
| AL | Brent city |
| AL | Brundidge city |
| AL | Bullock County |
| AL | Butler County |
| AL | Carbon Hill city |
| AL | Center Point city |
| AL | Chambers County |
| AL | Cherokee County |
| AL | Chickasaw city |
| AL | Chilton County |
| AL | Clarke County |
| AL | Cleburne County |
| AL | Cleveland town |
| AL | Conecuh County |
| AL | Coosa County |
| AL | Cordova city |
| AL | Covington County |
| AL | Crenshaw County |
| AL | Cullman Regional Medical Center, Inc. |
| AL | Dale County |
| AL | Daleville city |
| AL | Dallas County |
| AL | Dauphin Island town |
| AL | DCH Health Care Authority |
| AL | De Kalb County |

| AL | Decatur city |
|---|---|
| AL | Demopolis city |
| AL | Dothan city |
| AL | Double Springs town |
| AL | Escambia County |
| AL | Etowah County |
| AL | Eufaula city |
| AL | Evergreen city |
| AL | Fairfield city |
| AL | Faunsdale town |
| AL | Florence city |
| AL | Fort Payne city |
| AL | Gadsden city |
| AL | Geneva city |
| AL | Geneva County |
| AL | Georgiana town |
| AL | Greene County |
| AL | Greene County Hospital Board |
| AL | Greensboro city |
| AL | Greenville city |
| AL | Guin city |
| AL | Gurley town |
| AL | Hale County |
| AL | Hamilton city |
| AL | Hartselle city |
| AL | Headland city |
| AL | Health Care Authority of Morgan County - Decatur city |
| AL | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital |
| AL | Health Care Authority of the City of Huntsville d/b/a Huntsville Hospital for Women and Children |
| AL | Henry County |
| AL | HH Health System-Athens Limestone, LLC d/b/a Athens Limestone Hospital |
| AL | Hh Health System-Morgan, Llc D/B/A Decatur Morgan Hospital-Decatur |
| AL | HH Health System-Morgan, LLC d/b/a Decatur Morgan Hospital-Decatur and Decatur Morgan Hospital-Parkway |
| AL | HH Health System-Shoals, LLC d/b/a Helen Keller Hospital and Red Bay Hospital |

| AL | Houston County |
|---|---|
| AL | J. Paul Jones Hospital |
| AL | Jackson County Health Care Authority |
| AL | Killen town |
| AL | Lanett city |
| AL | Lawrence County |
| AL | Leeds city |
| AL | Level Plains town |
| AL | Limestone County |
| AL | Linden city |
| AL | Locust Fork town |
| AL | Louisville town |
| AL | Lowndes County |
| AL | Luverne city |
| AL | Macon County |
| AL | Madison city |
| AL | Madison County |
| AL | Marengo County |
| AL | Marshall County Health Care Authority, Marshall Medical North (Guntersville) |
| AL | Marshall County Health Care Authority, Marshall Medical South (Boaz) |
| AL | McKenzie town |
| AL | Midfield city |
| AL | Mobile city |
| AL | Mobile County |
| AL | Monroe County |
| AL | Monroeville city |
| AL | Montgomery city |
| AL | Montgomery County |
| AL | Morgan County |
| AL | Moulton city |
| AL | Muscle Shoals city |
| AL | Nauvoo town |
| AL | Oneonta city |
| AL | Oxford city |
| AL | Ozark city |
| AL | Parrish town |
| AL | Pell City city |
| AL | Perry County |

| AL | Phenix City city |
|----|------------------|
| AL | Pike County |
| AL | Powell town |
| AL | Priceville town |
| AL | Prichard city |
| AL | Robertsdale city |
| AL | Rockford town |
| AL | Russell County |
| AL | Satsuma city |
| AL | Selma city |
| AL | Shelby County |
| AL | Sipsey town |
| AL | St Clair County |
| AL | Sumter County |
| AL | Sweet Water town |
| AL | Troy city |
| AL | Trussville city |
| AL | Tuscaloosa County |
| AL | Tuskegee city |
| AL | Union Springs city |
| AL | Uniontown town |
| AL | Vance town |
| AL | Washington County |
| AL | Weaver city |
| AL | Wilcox County |
| AL | Winfield city |
| AL | Yellow Bluff town |
| AR | Adona city |
| AR | Alexander city |
| AR | Alicia town |
| AR | Alma city |
| AR | Almyra town |
| AR | Alpena town |
| AR | Altheimer city |
| AR | Altus city |
| AR | Amagon town |
| AR | Amity city |
| AR | Anthonyville town |
| AR | Antoine town |

| AR | Arkadelphia city |
|----|------------------|
| AR | Arkansas City |
| AR | Ash Flat city |
| AR | Ashdown city |
| AR | Atkins city |
| AR | Aubrey town |
| AR | Augusta city |
| AR | Austin city |
| AR | Avoca town |
| AR | Bald Knob city |
| AR | Banks town |
| AR | Barling city |
| AR | Bassett town |
| AR | Batesville city |
| AR | Bauxite town |
| AR | Bay city |
| AR | Bearden city |
| AR | Beaver town |
| AR | Beebe city |
| AR | Beedeville town |
| AR | Bella Vista city |
| AR | Bellefonte town |
| AR | Belleville city |
| AR | Ben Lomond town |
| AR | Bergman town |
| AR | Berryville city |
| AR | Big Flat town |
| AR | Bigelow town |
| AR | Biggers town |
| AR | Birdsong town |
| AR | Black Oak town |
| AR | Black Rock city |
| AR | Black Springs town |
| AR | Blevins city |
| AR | Blue Eye town |
| AR | Blue Mountain town |
| AR | Bluff City town |
| AR | Blytheville city |
| AR | Bodcaw town |

| | |
|---|---|
| AR | Bonanza city |
| AR | Bono city |
| AR | Booneville city |
| AR | Bradford city |
| AR | Bradley city |
| AR | Branch city |
| AR | Briarcliff city |
| AR | Brinkley city |
| AR | Brookland city |
| AR | Bryant city |
| AR | Buckner city |
| AR | Bull Shoals city |
| AR | Burdette town |
| AR | Cabot city |
| AR | Caddo Valley town |
| AR | Caldwell town |
| AR | Cale town |
| AR | Calico Rock city |
| AR | Calion city |
| AR | Camden city |
| AR | Cammack Village city |
| AR | Campbell Station city |
| AR | Caraway city |
| AR | Carlisle city |
| AR | Carthage city |
| AR | Casa town |
| AR | Cash town |
| AR | Caulksville town |
| AR | Cave City city |
| AR | Cave Springs city |
| AR | Cedarville city |
| AR | Centerton city |
| AR | Central City town |
| AR | Charleston city |
| AR | Cherokee Village city |
| AR | Cherry Valley city |
| AR | Chester town |
| AR | Chidester city |
| AR | Clarendon city |

| | |
|---|---|
| AR | Clarksville city |
| AR | Clinton city |
| AR | Coal Hill city |
| AR | Colt city |
| AR | Concord town |
| AR | Corning city |
| AR | Cotter city |
| AR | Cotton Plant city |
| AR | Cove town |
| AR | Coy town |
| AR | Crawfordsville town |
| AR | Crossett city |
| AR | Cushman city |
| AR | Daisy town |
| AR | Damascus town |
| AR | Danville city |
| AR | Dardanelle city |
| AR | Datto town |
| AR | De Queen city |
| AR | De Valls Bluff city |
| AR | Decatur city |
| AR | Delaplaine town |
| AR | Delight city |
| AR | Dell town |
| AR | Denning town |
| AR | Dermott city |
| AR | Des Arc city |
| AR | DeWitt city |
| AR | Diamond City city |
| AR | Diaz city |
| AR | Dierks city |
| AR | Donaldson town |
| AR | Dover city |
| AR | Dumas city |
| AR | Dyer city |
| AR | Dyess town |
| AR | Earle city |
| AR | East Camden town |
| AR | Edmondson town |

| AR | Egypt town |
|----|------------|
| AR | El Dorado city |
| AR | Elaine city |
| AR | Elkins city |
| AR | Elm Springs city |
| AR | Emerson town |
| AR | Emmet city |
| AR | England city |
| AR | Enola town |
| AR | Etowah town |
| AR | Eudora city |
| AR | Eureka Springs city |
| AR | Evening Shade city |
| AR | Everton town |
| AR | Fairfield Bay city |
| AR | Fargo town |
| AR | Farmington city |
| AR | Felsenthal town |
| AR | Fifty-Six city |
| AR | Fisher city |
| AR | Flippin city |
| AR | Fordyce city |
| AR | Foreman city |
| AR | Forrest City city |
| AR | Fouke city |
| AR | Fountain Hill town |
| AR | Fountain Lake town |
| AR | Fourche town |
| AR | Franklin town |
| AR | Fredonia (Biscoe) town |
| AR | Friendship town |
| AR | Fulton town |
| AR | Garfield town |
| AR | Garland town |
| AR | Garner town |
| AR | Gassville city |
| AR | Gateway town |
| AR | Gentry city |
| AR | Georgetown town |

- 10 -

| AR | Gilbert town |
|----|--------------|
| AR | Gillett city |
| AR | Gillham town |
| AR | Gilmore city |
| AR | Glenwood city |
| AR | Goshen town |
| AR | Gosnell city |
| AR | Gould city |
| AR | Grady city |
| AR | Grannis city |
| AR | Gravette city |
| AR | Green Forest city |
| AR | Greenbrier city |
| AR | Greenland city |
| AR | Greenway city |
| AR | Greenwood city |
| AR | Greers Ferry city |
| AR | Griffithville town |
| AR | Grubbs city |
| AR | Guion town |
| AR | Gum Springs town |
| AR | Gurdon city |
| AR | Guy city |
| AR | Hackett city |
| AR | Hamburg city |
| AR | Hampton city |
| AR | Hardy city |
| AR | Harrell town |
| AR | Harrisburg city |
| AR | Harrison city |
| AR | Hartford city |
| AR | Hartman city |
| AR | Haskell city |
| AR | Hatfield town |
| AR | Havana city |
| AR | Haynes town |
| AR | Hazen city |
| AR | Heber Springs city |
| AR | Hector town |

| AR | Helena-West Helena city |
|----|--------------------------|
| AR | Hermitage city |
| AR | Hickory Ridge city |
| AR | Higden town |
| AR | Higginson town |
| AR | Highfill town |
| AR | Highland city |
| AR | Hindsville town |
| AR | Holland city |
| AR | Holly Grove city |
| AR | Hope city |
| AR | Horatio city |
| AR | Horseshoe Bend city |
| AR | Horseshoe Lake town |
| AR | Houston town |
| AR | Hoxie city |
| AR | Hughes city |
| AR | Humnoke city |
| AR | Humphrey city |
| AR | Hunter town |
| AR | Huntington city |
| AR | Huntsville city |
| AR | Huttig city |
| AR | Imboden town |
| AR | Jacksonport town |
| AR | Jasper city |
| AR | Jennette town |
| AR | Jericho town |
| AR | Johnson city |
| AR | Joiner city |
| AR | Judsonia city |
| AR | Junction City city |
| AR | Keiser city |
| AR | Kensett city |
| AR | Keo town |
| AR | Kibler city |
| AR | Kingsland city |
| AR | Knobel city |
| AR | Knoxville town |

| | |
|---|---|
| AR | Lafe town |
| AR | LaGrange town |
| AR | Lake City city |
| AR | Lake View city |
| AR | Lake Village city |
| AR | Lakeview city |
| AR | Lamar city |
| AR | Lavaca city |
| AR | Leachville city |
| AR | Lead Hill town |
| AR | Leola town |
| AR | Lepanto city |
| AR | Leslie city |
| AR | Letona town |
| AR | Lewisville city |
| AR | Lexa town |
| AR | Lincoln city |
| AR | Little Flock city |
| AR | Lockesburg city |
| AR | London city |
| AR | Lonoke city |
| AR | Lonsdale town |
| AR | Louann town |
| AR | Lowell city |
| AR | Luxora city |
| AR | Lynn town |
| AR | Madison city |
| AR | Magazine city |
| AR | Magness town |
| AR | Magnolia city |
| AR | Malvern city |
| AR | Mammoth Spring city |
| AR | Manila city |
| AR | Mansfield city |
| AR | Marianna city |
| AR | Marie town |
| AR | Marion city |
| AR | Marked Tree city |
| AR | Marmaduke city |

| AR | Marshall city |
|----|---------------|
| AR | Marvell city |
| AR | Maumelle city |
| AR | Mayflower city |
| AR | Maynard town |
| AR | McCaskill town |
| AR | McCrory city |
| AR | McDougal town |
| AR | McGehee city |
| AR | McNab town |
| AR | McNeil city |
| AR | McRae city |
| AR | Melbourne city |
| AR | Mena city |
| AR | Menifee town |
| AR | Midland town |
| AR | Mineral Springs city |
| AR | Minturn town |
| AR | Mitchellville city |
| AR | Monette city |
| AR | Montrose city |
| AR | Moorefield town |
| AR | Moro town |
| AR | Morrilton city |
| AR | Morrison Bluff town |
| AR | Mount Ida city |
| AR | Mount Pleasant town |
| AR | Mount Vernon town |
| AR | Mountain Home city |
| AR | Mountain Pine city |
| AR | Mountain View city |
| AR | Mountainburg city |
| AR | Mulberry city |
| AR | Murfreesboro city |
| AR | Nashville city |
| AR | Newark city |
| AR | Newport city |
| AR | Nimmons town |
| AR | Norfork city |

- 15 -

| AR | Norman town |
|----|----|
| AR | Norphlet city |
| AR | O'Kean town |
| AR | Oak Grove Heights town |
| AR | Oak Grove town |
| AR | Oakhaven town |
| AR | Oden town |
| AR | Ogden city |
| AR | Oil Trough town |
| AR | Okolona town |
| AR | Ola city |
| AR | Omaha town |
| AR | Oppelo city |
| AR | Osceola city |
| AR | Oxford city |
| AR | Ozan town |
| AR | Ozark city |
| AR | Palestine city |
| AR | Pangburn city |
| AR | Paragould city |
| AR | Paris city |
| AR | Parkdale city |
| AR | Parkin city |
| AR | Patmos town |
| AR | Patterson city |
| AR | Pea Ridge city |
| AR | Peach Orchard city |
| AR | Perla town |
| AR | Perry town |
| AR | Perrytown town |
| AR | Perryville city |
| AR | Piggott city |
| AR | Pindall town |
| AR | Pineville town |
| AR | Plainview city |
| AR | Pleasant Plains town |
| AR | Plumerville city |
| AR | Pocahontas city |
| AR | Pollard city |

| AR | Portia town |
| AR | Portland city |
| AR | Pottsville city |
| AR | Powhatan town |
| AR | Poyen town |
| AR | Prairie Grove city |
| AR | Prattsville town |
| AR | Prescott city |
| AR | Pyatt town |
| AR | Quitman city |
| AR | Ratcliff city |
| AR | Ravenden Springs town |
| AR | Ravenden town |
| AR | Rector city |
| AR | Redfield city |
| AR | Reed town |
| AR | Reyno city |
| AR | Rison city |
| AR | Rockport city |
| AR | Roe town |
| AR | Rondo town |
| AR | Rose Bud town |
| AR | Rosston town |
| AR | Rudy town |
| AR | Russell town |
| AR | Russellville city |
| AR | Salem city |
| AR | Salesville city |
| AR | Scranton city |
| AR | Searcy city |
| AR | Sedgwick town |
| AR | Shannon Hills city |
| AR | Sheridan city |
| AR | Sherrill town |
| AR | Shirley town |
| AR | Sidney town |
| AR | Siloam Springs city |
| AR | Smackover city |
| AR | Smithville town |

| AR | South Lead Hill town |
|----|----------------------|
| AR | Sparkman city |
| AR | Springtown town |
| AR | St. Charles town |
| AR | St. Francis city |
| AR | St. Joe town |
| AR | St. Paul town |
| AR | Stamps city |
| AR | Star City city |
| AR | Stephens city |
| AR | Strawberry town |
| AR | Strong city |
| AR | Stuttgart city |
| AR | Subiaco town |
| AR | Success town |
| AR | Sulphur Rock town |
| AR | Sulphur Springs city |
| AR | Summit city |
| AR | Sunset town |
| AR | Swifton city |
| AR | Taylor city |
| AR | Thornton city |
| AR | Tillar city |
| AR | Tinsman town |
| AR | Tollette town |
| AR | Tontitown city |
| AR | Traskwood city |
| AR | Trumann city |
| AR | Tuckerman city |
| AR | Tull town |
| AR | Tupelo town |
| AR | Turrell city |
| AR | Twin Groves town |
| AR | Tyronza city |
| AR | Ulm town |
| AR | Valley Springs town |
| AR | Van Buren city |
| AR | Vandervoort town |
| AR | Victoria town |

| | |
|---|---|
| AR | Vilonia city |
| AR | Viola town |
| AR | Wabbaseka town |
| AR | Waldenburg town |
| AR | Waldo city |
| AR | Waldron city |
| AR | Walnut Ridge city |
| AR | Ward city |
| AR | Warren city |
| AR | Washington city |
| AR | Watson city |
| AR | Weiner city |
| AR | Weldon town |
| AR | West Fork city |
| AR | West Memphis city |
| AR | West Point town |
| AR | Western Grove town |
| AR | Wheatley city |
| AR | Whelen Springs town |
| AR | White Hall city |
| AR | Wickes town |
| AR | Widener town |
| AR | Wiederkehr Village city |
| AR | Williford town |
| AR | Willisville town |
| AR | Wilmar city |
| AR | Wilmot city |
| AR | Wilson city |
| AR | Wilton city |
| AR | Winchester town |
| AR | Winslow city |
| AR | Winthrop city |
| AR | Wooster town |
| AR | Wrightsville city |
| AR | Wynne city |
| AR | Yellville city |
| AR | Zinc town |
| AZ | APACHE COUNTY |
| AZ | Bullhead City city |

| | |
|---|---|
| AZ | Glendale city |
| AZ | LA PAZ COUNTY |
| AZ | PIMA COUNTY |
| AZ | Prescott city |
| AZ | Surprise city |
| AZ | Tucson city |
| CA | BUTTE COUNTY |
| CA | Chico city |
| CA | CONTRA COSTA COUNTY |
| CA | EL DORADO COUNTY |
| CA | El Monte city |
| CA | FRESNO COUNTY |
| CA | GLENN COUNTY |
| CA | IMPERIAL COUNTY |
| CA | INYO COUNTY |
| CA | Irvine city |
| CA | KERN COUNTY |
| CA | LOS ANGELES COUNTY |
| CA | MADERA COUNTY |
| CA | MENDOCINO COUNTY |
| CA | MERCED COUNTY |
| CA | MODOC COUNTY |
| CA | Oakland city |
| CA | ORANGE COUNTY |
| CA | PLUMAS COUNTY |
| CA | Sacramento city |
| CA | SACRAMENTO COUNTY |
| CA | San Diego city |
| CA | SAN JOAQUIN COUNTY |
| CA | SANTA CLARA COUNTY |
| CA | SHASTA COUNTY |
| CA | Stockton city |
| CA | SUTTER COUNTY |
| CA | TEHAMA COUNTY |
| CA | TRINITY COUNTY |
| CA | VENTURA COUNTY |
| CO | Alamosa city |
| CO | ALAMOSA COUNTY |
| CO | CHAFFEE COUNTY |

| | |
|---|---|
| CO | CONEJOS COUNTY |
| CO | Lakewood city |
| CO | LAS ANIMAS COUNTY |
| CO | OTERO COUNTY |
| CO | Wheat Ridge city |
| CO | Yuma County |
| CT | Ansonia city |
| CT | BEACON FALLS TOWN |
| CT | BERLIN TOWN |
| CT | BETHLEHEM TOWN |
| CT | Bridgeport city |
| CT | Bristol city |
| CT | COVENTRY TOWN |
| CT | Danbury city |
| CT | Derby city |
| CT | EAST HARTFORD TOWN |
| CT | FAIRFIELD TOWN |
| CT | MIDDLEBURY TOWN |
| CT | Milford city |
| CT | Naugatuck borough |
| CT | New Britain city |
| CT | New Haven city |
| CT | New London city |
| CT | NEW MILFORD TOWN |
| CT | NEWTOWN TOWN |
| CT | NORTH HAVEN TOWN |
| CT | Norwalk city |
| CT | OXFORD TOWN |
| CT | PROSPECT TOWN |
| CT | ROXBURY TOWN |
| CT | SEYMOUR TOWN |
| CT | Shelton city |
| CT | SOUTHBURY TOWN |
| CT | SOUTHINGTON TOWN |
| CT | STRATFORD TOWN |
| CT | THOMASTON TOWN |
| CT | TOLLAND TOWN |
| CT | Torrington city |
| CT | WALLINGFORD TOWN |

| | |
|---|---|
| CT | Waterbury city |
| CT | West Haven city |
| CT | WINDHAM TOWN |
| CT | WOLCOTT TOWN |
| CT | WOODBURY TOWN |
| DE | SUSSEX COUNTY |
| FL | Apopka city |
| FL | BRADFORD COUNTY |
| FL | BROWARD COUNTY |
| FL | CLAY COUNTY |
| FL | Clearwater city |
| FL | Coral Gables city |
| FL | Coral Springs city |
| FL | Daytona Beach city |
| FL | Daytona Beach Shores city |
| FL | Deltona city |
| FL | DIXIE COUNTY |
| FL | Eatonville town |
| FL | Florida City city |
| FL | Fort Pierce city |
| FL | GILCHRIST COUNTY |
| FL | HAMILTON COUNTY |
| FL | HILLSBOROUGH COUNTY |
| FL | Homestead city |
| FL | Jacksonville city |
| FL | LAKE COUNTY |
| FL | LEE COUNTY |
| FL | LEON COUNTY |
| FL | MANATEE COUNTY |
| FL | MARION COUNTY |
| FL | Miami city |
| FL | Miami Gardens city |
| FL | MIAMI-DADE COUNTY |
| FL | MONROE COUNTY |
| FL | North Miami city |
| FL | Ocala city |
| FL | Ocoee city |
| FL | ORANGE COUNTY |
| FL | Oviedo city |

- 21 -

| FL | Palatka city |
|----|----|
| FL | Palmetto city |
| FL | PASCO COUNTY |
| FL | PINELLAS COUNTY |
| FL | Pinellas Park city |
| FL | POLK COUNTY |
| FL | Port St. Lucie city |
| FL | PUTNAM COUNTY |
| FL | Sanford city |
| FL | Sarasota city |
| FL | SARASOTA COUNTY |
| FL | SEMINOLE COUNTY |
| FL | ST JOHNS COUNTY |
| FL | ST LUCIE COUNTY |
| FL | St. Augustine city |
| FL | St. Petersburg city |
| FL | Stuart city |
| FL | SUWANNEE COUNTY |
| FL | Sweetwater city |
| FL | Tallahassee city |
| FL | Tampa city |
| FL | TAYLOR COUNTY |
| FL | UNION COUNTY |
| FL | VOLUSIA COUNTY |
| FL | WASHINGTON COUNTY |
| GA | Adel city |
| GA | Alma city |
| GA | BACON COUNTY |
| GA | Blackshear city |
| GA | Brunswick city |
| GA | Candler County, Hospital Authority |
| GA | CHATHAM COUNTY |
| GA | Clinch County Hospital Authority |
| GA | Coffee County |
| GA | Crawford County |
| GA | DADE COUNTY |
| GA | Dawson city |
| GA | Demorest city |
| GA | Doraville city |

- 22 -

| | |
|---|---|
| GA | DOUGLAS COUNTY |
| GA | Dunwoody city |
| GA | ECHOLS COUNTY |
| GA | FANNIN COUNTY |
| GA | Harris County |
| GA | Hospital Authority of Bainbridge and Decatur County |
| GA | PIERCE COUNTY |
| GA | POLK COUNTY |
| GA | Pooler city |
| GA | Richmond Hill city |
| GA | Savannah city |
| GA | Sheriff of Bibb County |
| GA | Tift County |
| GA | Warwick city |
| GA | WILKINSON COUNTY |
| ID | BANNOCK COUNTY |
| ID | Boise City |
| ID | Chubbuck city |
| ID | Pocatello city |
| ID | Preston city |
| ID | Twin Falls city |
| ID | TWIN FALLS COUNTY |
| IL | Addison village |
| IL | Anna city |
| IL | Bedford Park village |
| IL | Bellwood village |
| IL | Bensenville village |
| IL | Benton city |
| IL | Berkeley village |
| IL | Berwyn city |
| IL | Bolingbrook village |
| IL | BOONE COUNTY |
| IL | Bridgeview village |
| IL | Broadview village |
| IL | Burbank city |
| IL | BUREAU COUNTY |
| IL | Carbondale city |
| IL | Champaign city |
| IL | CHAMPAIGN COUNTY |

- 24 -

| IL | Chicago city |
|----|--------------|
| IL | Chicago Heights city |
| IL | Chicago Ridge village |
| IL | COOK COUNTY |
| IL | Countryside city |
| IL | DEKALB COUNTY |
| IL | Dolton village |
| IL | DUPAGE COUNTY |
| IL | Evergreen Park village |
| IL | Forest Park village |
| IL | Franklin Park village |
| IL | Granite City city |
| IL | HAMILTON COUNTY |
| IL | HARDIN COUNTY |
| IL | Harvey city |
| IL | Harwood Heights village |
| IL | HENRY COUNTY |
| IL | Hillside village |
| IL | Hodgkins village |
| IL | Hoffman Estates village |
| IL | KANE COUNTY |
| IL | Kankakee city |
| IL | KANKAKEE COUNTY |
| IL | KENDALL COUNTY |
| IL | La Grange Park village |
| IL | LAKE COUNTY |
| IL | LASALLE COUNTY |
| IL | LEE COUNTY |
| IL | Logan County |
| IL | LYONS TOWNSHIP |
| IL | Lyons village |
| IL | MACON COUNTY |
| IL | MACOUPIN COUNTY |
| IL | MASSAC COUNTY |
| IL | Maywood village |
| IL | McCook village |
| IL | MCHENRY COUNTY |
| IL | MCLEAN COUNTY |
| IL | Melrose Park village |

| IL | Merrionette Park village |
|----|--------------------------|
| IL | Metropolis city |
| IL | North Riverside village |
| IL | Northlake city |
| IL | Oak Lawn village |
| IL | Oak Park village |
| IL | Orland Park village |
| IL | Palos Heights city |
| IL | Palos Hills city |
| IL | Pekin city |
| IL | Peoria city |
| IL | PIATT COUNTY |
| IL | Posen village |
| IL | PULASKI COUNTY |
| IL | Putnam County |
| IL | River Forest village |
| IL | River Grove village |
| IL | Riverside village |
| IL | Rock Island County |
| IL | Schiller Park village |
| IL | Sesser city |
| IL | ST CLAIR COUNTY |
| IL | Stephenson County |
| IL | Stone Park village |
| IL | Streator city |
| IL | Summit village |
| IL | Tinley Park village |
| IL | WILL COUNTY |
| IL | WILLIAMSON COUNTY |
| IN | Chandler town |
| IN | Evansville city |
| IN | Fort Wayne city |
| IN | Kokomo city |
| IN | New Albany city |
| IN | ORANGE COUNTY |
| IN | Peru city |
| IN | Shelbyville city |
| IN | STARKE COUNTY |
| IN | Upland town |

| KS | Cowley County |
| KS | CRAWFORD COUNTY |
| KS | DICKINSON COUNTY |
| KS | NEOSHO COUNTY |
| KS | SEDGWICK COUNTY |
| KS | WABAUNSEE COUNTY |
| KY | ALLEN COUNTY |
| KY | BELL COUNTY |
| KY | BOONE COUNTY |
| KY | BOYD COUNTY |
| KY | BREATHITT COUNTY |
| KY | BULLITT COUNTY |
| KY | CALDWELL COUNTY |
| KY | CALLOWAY COUNTY |
| KY | Campbellsville city |
| KY | CLAY COUNTY |
| KY | CLINTON COUNTY |
| KY | Columbia city |
| KY | CUMBERLAND COUNTY |
| KY | DAVIESS COUNTY |
| KY | EDMONSON COUNTY |
| KY | ESTILL COUNTY |
| KY | FLEMING COUNTY |
| KY | Florence city |
| KY | FRANKLIN COUNTY |
| KY | FULTON COUNTY |
| KY | GALLATIN COUNTY |
| KY | Grayson city |
| KY | GREENUP COUNTY |
| KY | HANCOCK COUNTY |
| KY | HARLAN COUNTY |
| KY | HARRISON COUNTY |
| KY | HART COUNTY |
| KY | HICKMAN COUNTY |
| KY | HOPKINS COUNTY |
| KY | JEFFERSON COUNTY |
| KY | JESSAMINE COUNTY |
| KY | KENTON COUNTY |
| KY | KNOX COUNTY |

- 27 -

| | |
|----|----|
| KY | LARUE COUNTY |
| KY | LAUREL COUNTY |
| KY | LEE COUNTY |
| KY | LETCHER COUNTY |
| KY | LEWIS COUNTY |
| KY | Lexington-Fayette urban county |
| KY | LOGAN COUNTY |
| KY | London city |
| KY | MADISON COUNTY |
| KY | Manchester city |
| KY | MARSHALL COUNTY |
| KY | MARTIN COUNTY |
| KY | MASON COUNTY |
| KY | MCLEAN COUNTY |
| KY | MERCER COUNTY |
| KY | Morehead city |
| KY | MUHLENBERG COUNTY |
| KY | Murray city |
| KY | NICHOLAS COUNTY |
| KY | OLDHAM COUNTY |
| KY | Owensboro city |
| KY | OWSLEY COUNTY |
| KY | PERRY COUNTY |
| KY | PIKE COUNTY |
| KY | PULASKI COUNTY |
| KY | ROWAN COUNTY |
| KY | RUSSELL COUNTY |
| KY | SCOTT COUNTY |
| KY | SHELBY COUNTY |
| KY | TAYLOR COUNTY |
| KY | TODD COUNTY |
| KY | UNION COUNTY |
| KY | WARREN COUNTY |
| KY | WAYNE COUNTY |
| KY | WEBSTER COUNTY |
| KY | West Liberty city |
| KY | WHITLEY COUNTY |
| KY | Winchester city |
| LA | Allen Parish |

| | |
|---|---|
| LA | Baldwin town |
| LA | Baton Rouge city |
| LA | BEAUREGARD PARISH |
| LA | Berwick town |
| LA | Bossier City |
| LA | BOSSIER PARISH |
| LA | CADDO PARISH |
| LA | CALDWELL PARISH |
| LA | CAMERON PARISH |
| LA | CATAHOULA PARISH |
| LA | CLAIBORNE PARISH |
| LA | CONCORDIA PARISH |
| LA | Covington city |
| LA | Franklin city |
| LA | FRANKLIN PARISH |
| LA | Gretna city |
| LA | IBERIA PARISH |
| LA | Iberville Parish |
| LA | JACKSON PARISH |
| LA | Jean Lafitte town |
| LA | Kenner city |
| LA | LASALLE PARISH |
| LA | LIVINGSTON PARISH |
| LA | Madisonville town |
| LA | Morgan City city |
| LA | Natchitoches city |
| LA | New Iberia city |
| LA | Patterson city |
| LA | RED RIVER PARISH |
| LA | RICHLAND PARISH |
| LA | Sheriff of Bienville Parish |
| LA | Sheriff of Catahoula Parish |
| LA | Sheriff of Concordia Parish |
| LA | Sheriff of Jackson Parish |
| LA | Sheriff of Jefferson Parish |
| LA | Sheriff of Lincoln Parish |
| LA | Sheriff of Livingston Parish |
| LA | Sheriff of Orleans Parish |
| LA | Sheriff of St. Charles Parish |

- 29 -

| | |
|---|---|
| LA | Sheriff of St. Mary Parish |
| LA | Sheriff of Tensas Parish |
| LA | Sheriff of Terrebonne Parish |
| LA | Sheriff of Union Parish |
| LA | ST CHARLES PARISH |
| LA | ST JAMES PARISH |
| LA | ST MARTIN PARISH |
| LA | ST MARY PARISH |
| LA | Terrebonne Parish Consolidated Government |
| LA | UNION PARISH |
| LA | VERMILION PARISH |
| LA | WEBSTER PARISH |
| LA | WEST BATON ROUGE PARISH |
| LA | Westwego city |
| MA | ACUSHNET TOWN |
| MA | Amesbury Town city |
| MA | ANDOVER TOWN |
| MA | ATHOL TOWN |
| MA | AUBURN TOWN |
| MA | Barnstable Town city |
| MA | BELCHERTOWN TOWN |
| MA | Beverly city |
| MA | Boston city |
| MA | Braintree Town city |
| MA | BREWSTER TOWN |
| MA | BRIDGEWATER TOWN |
| MA | Brockton city |
| MA | BROOKLINE TOWN |
| MA | Cambridge city |
| MA | CANTON TOWN |
| MA | CARVER TOWN |
| MA | CHARLTON TOWN |
| MA | Chicopee city |
| MA | DANVERS TOWN |
| MA | DEDHAM TOWN |
| MA | DENNIS TOWN |
| MA | DOUGLAS TOWN |
| MA | DUDLEY TOWN |
| MA | EAST BRIDGEWATER TOWN |

| | |
|---|---|
| MA | EASTHAM TOWN |
| MA | Easthampton Town city |
| MA | FAIRHAVEN TOWN |
| MA | Fall River city |
| MA | FALMOUTH TOWN |
| MA | FRAMINGHAM TOWN |
| MA | Franklin Town city |
| MA | FREETOWN TOWN |
| MA | GEORGETOWN TOWN |
| MA | Gloucester city |
| MA | GRAFTON TOWN |
| MA | HANSON TOWN |
| MA | Haverhill city |
| MA | HOPEDALE TOWN |
| MA | KINGSTON TOWN |
| MA | LAKEVILLE TOWN |
| MA | LEICESTER TOWN |
| MA | Leominster city |
| MA | LUNENBURG TOWN |
| MA | Lynn city |
| MA | LYNNFIELD TOWN |
| MA | MARBLEHEAD TOWN |
| MA | MARSHFIELD TOWN |
| MA | MASHPEE TOWN |
| MA | MATTAPOISETT TOWN |
| MA | Medford city |
| MA | Methuen Town city |
| MA | MIDDLEBOROUGH TOWN |
| MA | MILFORD TOWN |
| MA | MILLBURY TOWN |
| MA | MILLIS TOWN |
| MA | NATICK TOWN |
| MA | New Bedford city |
| MA | Newburyport city |
| MA | NORTH ANDOVER TOWN |
| MA | NORTH ATTLEBOROUGH TOWN |
| MA | Northampton city |
| MA | NORTHBRIDGE TOWN |
| MA | NORTON TOWN |

- 31 -

| MA | NORWELL TOWN |
|----|---|
| MA | NORWOOD TOWN |
| MA | OXFORD TOWN |
| MA | Peabody city |
| MA | PEMBROKE TOWN |
| MA | PLAINVILLE TOWN |
| MA | PLYMOUTH TOWN |
| MA | PROVINCETOWN TOWN |
| MA | Quincy city |
| MA | RANDOLPH TOWN |
| MA | REHOBOTH TOWN |
| MA | ROCKLAND TOWN |
| MA | Salem city |
| MA | SALISBURY TOWN |
| MA | SANDWICH TOWN |
| MA | SEEKONK TOWN |
| MA | SOMERSET TOWN |
| MA | Somerville city |
| MA | SOUTH HADLEY TOWN |
| MA | Southbridge Town city |
| MA | SPENCER TOWN |
| MA | Springfield city |
| MA | STOUGHTON TOWN |
| MA | STURBRIDGE TOWN |
| MA | SUTTON TOWN |
| MA | SWAMPSCOTT TOWN |
| MA | TEMPLETON TOWN |
| MA | TRURO TOWN |
| MA | UPTON TOWN |
| MA | WAKEFIELD TOWN |
| MA | WALPOLE TOWN |
| MA | WARE TOWN |
| MA | WARREN TOWN |
| MA | WELLFLEET TOWN |
| MA | WEST BOYLSTON TOWN |
| MA | WEST BRIDGEWATER TOWN |
| MA | WESTBOROUGH TOWN |
| MA | Weymouth Town city |
| MA | WILLIAMSBURG TOWN |

- 32 -

| MA | WINCHENDON TOWN |
|----|-----------------|
| MA | Worcester city |
| MD | Aberdeen city |
| MD | Annapolis city |
| MD | ANNE ARUNDEL COUNTY |
| MD | Baltimore city |
| MD | Bel Air town |
| MD | Berlin town |
| MD | CALVERT COUNTY |
| MD | Cambridge city |
| MD | CARROLL COUNTY |
| MD | CECIL COUNTY |
| MD | CHARLES COUNTY |
| MD | Charlestown town |
| MD | DORCHESTER COUNTY |
| MD | Grantsville town |
| MD | Havre de Grace city |
| MD | HOWARD COUNTY |
| MD | Laurel city |
| MD | Mountain Lake Park town |
| MD | North East town |
| MD | Oakland town |
| MD | Perryville town |
| MD | Seat Pleasant city |
| MD | SOMERSET COUNTY |
| MD | Vienna town |
| MD | WICOMICO COUNTY |
| ME | ANDROSCOGGIN COUNTY |
| ME | AROOSTOOK COUNTY |
| ME | Auburn city |
| ME | Augusta city |
| ME | Biddeford city |
| ME | CUMBERLAND COUNTY |
| ME | KENNEBEC COUNTY |
| ME | KNOX COUNTY |
| ME | LINCOLN COUNTY |
| ME | PENOBSCOT COUNTY |
| ME | Rockland city |
| ME | Saco city |

- 33 -

| ME | SAGADAHOC COUNTY |
|----|------------------|
| ME | Sanford city |
| ME | SOMERSET COUNTY |
| ME | WALDO COUNTY |
| ME | WASHINGTON COUNTY |
| ME | Waterville city |
| ME | YORK COUNTY |
| MI | BAY COUNTY |
| MI | CANTON CHARTER TOWNSHIP |
| MI | CHEBOYGAN COUNTY |
| MI | EATON COUNTY |
| MI | Flint city |
| MI | HARRISON CHARTER TOWNSHIP |
| MI | HURON CHARTER TOWNSHIP |
| MI | Livonia city |
| MI | MONROE COUNTY |
| MI | MUSKEGON COUNTY |
| MI | NORTHVILLE CHARTER TOWNSHIP |
| MI | Romulus city |
| MI | Sterling Heights city |
| MI | VAN BUREN CHARTER TOWNSHIP |
| MI | Warren city |
| MI | Wayne city |
| MN | BELTRAMI COUNTY |
| MN | BIG STONE COUNTY |
| MN | CARLTON COUNTY |
| MN | CARVER COUNTY |
| MN | Coon Rapids city |
| MN | DAKOTA COUNTY |
| MN | Duluth city |
| MN | FREEBORN COUNTY |
| MN | HENNEPIN COUNTY |
| MN | ITASCA COUNTY |
| MN | MCLEOD COUNTY |
| MN | MEEKER COUNTY |
| MN | Minneapolis city |
| MN | North St. Paul city |
| MN | OLMSTED COUNTY |
| MN | PINE COUNTY |

| | |
|---|---|
| MN | Proctor city |
| MN | Rochester city |
| MN | ROSEAU COUNTY |
| MN | SIBLEY COUNTY |
| MN | ST LOUIS COUNTY |
| MN | STEELE COUNTY |
| MN | WASECA COUNTY |
| MN | WINONA COUNTY |
| MN | WRIGHT COUNTY |
| MN | YELLOW MEDICINE COUNTY |
| MO | ATCHISON COUNTY |
| MO | FRANKLIN COUNTY |
| MO | JEFFERSON COUNTY |
| MO | Kinloch Fire Protection District |
| MO | MARIES COUNTY |
| MO | Northeast Ambulance and Fire Protection District |
| MO | SHELBY COUNTY |
| MO | Springfield city |
| MO | St. Louis city |
| MS | AMITE COUNTY |
| MS | ATTALA COUNTY |
| MS | BENTON COUNTY |
| MS | Caledonia town |
| MS | CARROLL COUNTY |
| MS | Charleston city |
| MS | CHICKASAW COUNTY |
| MS | Clarksdale city |
| MS | Cleveland city |
| MS | Columbia city |
| MS | Columbus city |
| MS | COPIAH COUNTY |
| MS | Diamondhead city |
| MS | FORREST COUNTY |
| MS | Gautier city |
| MS | GEORGE COUNTY |
| MS | GREENE COUNTY |
| MS | Greenwood city |
| MS | Grenada city |
| MS | GRENADA COUNTY |

| MS | HANCOCK COUNTY |
|----|----------------|
| MS | Hattiesburg city |
| MS | Holly Springs city |
| MS | Indianola city |
| MS | ISSAQUENA COUNTY |
| MS | Iuka city |
| MS | JACKSON COUNTY |
| MS | JEFFERSON COUNTY |
| MS | JEFFERSON DAVIS COUNTY |
| MS | JONES COUNTY |
| MS | Jonestown town |
| MS | KEMPER COUNTY |
| MS | Kosciusko city |
| MS | LAUDERDALE COUNTY |
| MS | Laurel city |
| MS | LAWRENCE COUNTY |
| MS | Leakesville town |
| MS | LEE COUNTY |
| MS | LEFLORE COUNTY |
| MS | Lumberton city |
| MS | MARION COUNTY |
| MS | McLain town |
| MS | Meridian city |
| MS | Morton city |
| MS | Moss Point city |
| MS | NESHOBA COUNTY |
| MS | Nettleton city |
| MS | Ocean Springs city |
| MS | PANOLA COUNTY |
| MS | PERRY COUNTY |
| MS | PRENTISS COUNTY |
| MS | Quitman city |
| MS | Shannon town |
| MS | Shubuta town |
| MS | Starkville city |
| MS | TALLAHATCHIE COUNTY |
| MS | TATE COUNTY |
| MS | Tishomingo County |
| MS | Tupelo city |

- 36 -

| MS | Verona city |
| MS | Vicksburg city |
| MS | WALTHALL COUNTY |
| MS | WAYNE COUNTY |
| MS | Waynesboro city |
| MS | Webb town |
| MS | YALOBUSHA COUNTY |
| NC | ALLEGHANY COUNTY |
| NC | CHOWAN COUNTY |
| NC | COLUMBUS COUNTY |
| NC | CRAVEN COUNTY |
| NC | CURRITUCK COUNTY |
| NC | GREENE COUNTY |
| NC | HALIFAX COUNTY |
| NC | Henderson city |
| NC | Jacksonville city |
| NC | MARTIN COUNTY |
| NC | ONSLOW COUNTY |
| NC | PAMLICO COUNTY |
| NC | PASQUOTANK COUNTY |
| NC | ROWAN COUNTY |
| NC | RUTHERFORD COUNTY |
| NC | TYRRELL COUNTY |
| NC | VANCE COUNTY |
| NC | WASHINGTON COUNTY |
| NC | WAYNE COUNTY |
| NC | WILKES COUNTY |
| ND | BARNES COUNTY |
| ND | BENSON COUNTY |
| ND | Bismarck city |
| ND | BURLEIGH COUNTY |
| ND | CASS COUNTY |
| ND | Devils Lake city |
| ND | DICKEY COUNTY |
| ND | DUNN COUNTY |
| ND | EDDY COUNTY |
| ND | Fargo city |
| ND | FOSTER COUNTY |
| ND | Grand Forks city |

- 37 -

| | |
|---|---|
| ND | GRAND FORKS COUNTY |
| ND | LA MOURE COUNTY |
| ND | Lisbon city |
| ND | MCKENZIE COUNTY |
| ND | MCLEAN COUNTY |
| ND | MERCER COUNTY |
| ND | MOUNTRAIL COUNTY |
| ND | PEMBINA COUNTY |
| ND | PIERCE COUNTY |
| ND | RAMSEY COUNTY |
| ND | RANSOM COUNTY |
| ND | RICHLAND COUNTY |
| ND | ROLETTE COUNTY |
| ND | SARGENT COUNTY |
| ND | STARK COUNTY |
| ND | TOWNER COUNTY |
| ND | WALSH COUNTY |
| ND | WARD COUNTY |
| ND | WELLS COUNTY |
| ND | WILLIAMS COUNTY |
| NE | KEITH COUNTY |
| NE | KNOX COUNTY |
| NH | BELKNAP COUNTY |
| NH | BELMONT TOWN |
| NH | CARROLL COUNTY |
| NH | CHESHIRE COUNTY |
| NH | Claremont city |
| NH | COOS COUNTY |
| NH | DERRY TOWN |
| NH | GRAFTON COUNTY |
| NH | Laconia city |
| NH | LONDONDERRY TOWN |
| NH | ROCKINGHAM COUNTY |
| NH | STRAFFORD COUNTY |
| NH | SULLIVAN COUNTY |
| NJ | BARNEGAT TOWNSHIP |
| NJ | Bayonne city |
| NJ | BRICK TOWNSHIP |
| NJ | BURLINGTON COUNTY |

- 38 -

| | |
|---|---|
| NJ | CAPE MAY COUNTY |
| NJ | Clifton city |
| NJ | Clinton town |
| NJ | CUMBERLAND COUNTY |
| NJ | Elizabeth city |
| NJ | MONMOUTH COUNTY |
| NJ | Newark city |
| NJ | OCEAN COUNTY |
| NJ | Paramus borough |
| NJ | PASSAIC COUNTY |
| NJ | Paterson city |
| NJ | SUSSEX COUNTY |
| NJ | TEANECK TOWNSHIP |
| NJ | Trenton city |
| NJ | UNION COUNTY |
| NJ | Vineland city |
| NM | Alamogordo city |
| NM | Albuquerque city |
| NM | DONA ANA COUNTY |
| NM | Las Cruces city |
| NM | MCKINLEY COUNTY |
| NM | MORA COUNTY |
| NM | OTERO COUNTY |
| NM | SAN MIGUEL COUNTY |
| NM | Santa Fe city |
| NM | SIERRA COUNTY |
| NM | TAOS COUNTY |
| NV | Boulder City city |
| NV | CARSON CITY |
| NV | Central Lyon County Fire Protection District |
| NV | CHURCHILL COUNTY |
| NV | DOUGLAS COUNTY |
| NV | Ely city |
| NV | Esmeralda County |
| NV | Fernley city |
| NV | Henderson city |
| NV | HUMBOLDT COUNTY |
| NV | Las Vegas city |
| NV | LINCOLN COUNTY |

| | |
|---|---|
| NV | LYON COUNTY |
| NV | Mesquite city |
| NV | MINERAL COUNTY |
| NV | North Las Vegas city |
| NV | North Lyon County Fire Protection District |
| NV | Reno city |
| NV | Sparks city |
| NV | WASHOE COUNTY |
| NV | West Wendover city |
| NV | WHITE PINE COUNTY |
| NY | Albany city |
| NY | ALBANY COUNTY |
| NY | BROOME COUNTY |
| NY | COLUMBIA COUNTY |
| NY | DUTCHESS COUNTY |
| NY | ERIE COUNTY |
| NY | FULTON COUNTY |
| NY | GREENE COUNTY |
| NY | HERKIMER COUNTY |
| NY | LEWIS COUNTY |
| NY | MONROE COUNTY |
| NY | MONTGOMERY COUNTY |
| NY | New York city |
| NY | ONTARIO COUNTY |
| NY | ORANGE COUNTY |
| NY | OSWEGO COUNTY |
| NY | Plattsburgh city |
| NY | ROCKLAND COUNTY |
| NY | Schenectady city |
| NY | SCHENECTADY COUNTY |
| NY | SENECA COUNTY |
| NY | ST LAWRENCE COUNTY |
| NY | SUFFOLK COUNTY |
| NY | SULLIVAN COUNTY |
| NY | Troy city |
| NY | ULSTER COUNTY |
| NY | WASHINGTON COUNTY |
| NY | WYOMING COUNTY |
| NY | Yonkers city |

- 40 -

| OH | Akron city |
|----|------------|
| OH | Alliance city |
| OH | Aurora city |
| OH | Barberton city |
| OH | Boston Heights village |
| OH | BOSTON TOWNSHIP |
| OH | Brunswick city |
| OH | Canton city |
| OH | Cincinnati city |
| OH | CLERMONT COUNTY |
| OH | Cleveland city |
| OH | Clinton village |
| OH | COPLEY TOWNSHIP |
| OH | COVENTRY TOWNSHIP |
| OH | Cuyahoga Falls city |
| OH | DELAWARE COUNTY |
| OH | Elyria city |
| OH | ERIE COUNTY |
| OH | FAIRFIELD COUNTY |
| OH | Fairlawn city |
| OH | FAYETTE COUNTY |
| OH | Fostoria city |
| OH | Green city |
| OH | Hamilton city |
| OH | HAMILTON COUNTY |
| OH | HURON COUNTY |
| OH | Kent city |
| OH | Lakemore village |
| OH | Lexington village |
| OH | Mansfield city |
| OH | Marietta city |
| OH | Massillon city |
| OH | MEDINA COUNTY |
| OH | MIAMI COUNTY |
| OH | Mogadore village |
| OH | MONTGOMERY COUNTY |
| OH | MORROW COUNTY |
| OH | Munroe Falls city |
| OH | New Franklin city |

- 41 -

| OH | Norton city |
|----|----|
| OH | Norwalk city |
| OH | Peninsula village |
| OH | PERRY COUNTY |
| OH | PORTAGE COUNTY |
| OH | Ravenna city |
| OH | Richfield village |
| OH | ROSS COUNTY |
| OH | Sandusky city |
| OH | SHELBY COUNTY |
| OH | Silver Lake village |
| OH | SPRINGFIELD TOWNSHIP |
| OH | STARK COUNTY |
| OH | Stow city |
| OH | Summit County |
| OH | Tallmadge city |
| OH | TUSCARAWAS COUNTY |
| OH | VINTON COUNTY |
| OH | Youngstown city |
| OK | Cimarron County |
| OK | Collinsville city |
| OK | Comanche County |
| OK | Craig County |
| OK | Creek County |
| OK | Greer County |
| OK | Harper County |
| OK | Hughes County |
| OK | Kiowa County |
| OK | Love County |
| OK | Mayes County |
| OK | Mccurtain County |
| OK | Nowata County |
| OK | Okfuskee County |
| OK | Okmulgee County |
| OK | Rogers County |
| OK | Texas County |
| OK | Tulsa city |
| OK | Tulsa County |
| OK | Washington County |

- 42 -

| OR | MULTNOMAH COUNTY |
| OR | Portland city |
| PA | ADAMS COUNTY |
| PA | Aliquippa city |
| PA | ALLEGHENY COUNTY |
| PA | ARMSTRONG COUNTY |
| PA | BEDFORD COUNTY |
| PA | BENSALEM TOWNSHIP |
| PA | BRADFORD COUNTY |
| PA | CAMBRIA COUNTY |
| PA | CARBON COUNTY |
| PA | CHESTER COUNTY |
| PA | CLARION COUNTY |
| PA | CLEARFIELD COUNTY |
| PA | CUMBERLAND COUNTY |
| PA | DAUPHIN COUNTY |
| PA | District Attorney of Allegheny County |
| PA | District Attorney of Bucks County |
| PA | District Attorney of Chester County |
| PA | District Attorney of Clearfield County |
| PA | District Attorney of Dauphin County |
| PA | District Attorney of Delaware County |
| PA | District Attorney of Erie County |
| PA | District Attorney of Northampton County |
| PA | District Attorney of Philadelphia |
| PA | District Attorney of Westmoreland County |
| PA | ERIE COUNTY |
| PA | FAIRVIEW TOWNSHIP |
| PA | FAYETTE COUNTY |
| PA | FRANKLIN COUNTY |
| PA | GREENE COUNTY |
| PA | HUNTINGDON COUNTY |
| PA | LACKAWANNA COUNTY |
| PA | Mahoning township |
| PA | MAHONING TOWNSHIP |
| PA | MERCER COUNTY |
| PA | MONROE COUNTY |
| PA | New Castle city |
| PA | NEWTOWN TOWNSHIP |

- 43 -

| PA | Norristown borough |
|----|----|
| PA | Philadelphia city |
| PA | PIKE COUNTY |
| PA | Pittsburgh city |
| PA | SCHUYLKILL COUNTY |
| PA | Southeastern Pennsylvania Transportation Authority |
| PA | UNION TOWNSHIP |
| PA | Wampum borough |
| PA | WASHINGTON COUNTY |
| PA | WEST NORRITON TOWNSHIP |
| PA | WESTMORELAND COUNTY |
| PA | YORK COUNTY |
| PR | ADJUNTAS |
| PR | Aguada |
| PR | Aguadilla |
| PR | Aibonito |
| PR | Anasco |
| PR | Arecibo |
| PR | ARROYO |
| PR | BARCELONETA |
| PR | Barranquitas |
| PR | BAYAMON |
| PR | Cabo Rojo |
| PR | CAGUAS |
| PR | Camuy |
| PR | CATANO |
| PR | CEIBA |
| PR | CIDRA |
| PR | COAMO |
| PR | Comerio |
| PR | Dorado |
| PR | Fajardo |
| PR | Guanica |
| PR | GUAYAMA |
| PR | Hatillo |
| PR | Hormigueros |
| PR | Isabela |
| PR | Jayuya |
| PR | Juana Diaz |

- 44 -

| PR | JUNCOS |
|----|--------|
| PR | Lares |
| PR | Las Marias |
| PR | LOIZA |
| PR | Manati |
| PR | Maricao |
| PR | Moca |
| PR | Morovis |
| PR | Orocovis |
| PR | Penuelas |
| PR | Ponce |
| PR | Quebradillas |
| PR | Rincon |
| PR | Salinas |
| PR | San German |
| PR | San Juan |
| PR | San Lorenzo |
| PR | Santa Isabel |
| PR | Toa Alta |
| PR | Trujillo Alto |
| PR | Vega Baja |
| PR | VIEQUES |
| PR | VILLALBA |
| RI | BARRINGTON TOWN |
| RI | BRISTOL TOWN |
| RI | BURRILLVILLE TOWN |
| RI | Central Falls city |
| RI | CHARLESTOWN TOWN |
| RI | COVENTRY TOWN |
| RI | Cranston city |
| RI | CUMBERLAND TOWN |
| RI | EAST GREENWICH TOWN |
| RI | East Providence city |
| RI | FOSTER TOWN |
| RI | GLOCESTER TOWN |
| RI | HOPKINTON TOWN |
| RI | JAMESTOWN TOWN |
| RI | JOHNSTON TOWN |
| RI | MIDDLETOWN TOWN |

- 45 -

| | |
|---|---|
| RI | NARRAGANSETT TOWN |
| RI | Newport city |
| RI | NORTH KINGSTOWN TOWN |
| RI | NORTH PROVIDENCE TOWN |
| RI | Pawtucket city |
| RI | PORTSMOUTH TOWN |
| RI | Providence city |
| RI | RICHMOND TOWN |
| RI | SCITUATE TOWN |
| RI | SMITHFIELD TOWN |
| RI | SOUTH KINGSTOWN TOWN |
| RI | WARREN TOWN |
| RI | Warwick city |
| RI | WEST GREENWICH TOWN |
| RI | WEST WARWICK TOWN |
| RI | WESTERLY TOWN |
| SC | BERKELEY COUNTY |
| SC | CHARLESTON COUNTY |
| SC | Chester city |
| SC | Columbia city |
| SC | Georgetown city |
| SC | GEORGETOWN COUNTY |
| SC | Orangeburg city |
| SC | RICHLAND COUNTY |
| TN | Anderson County |
| TN | Bedford County |
| TN | Bledsoe County |
| TN | Bradley County |
| TN | Carter County |
| TN | Clay County |
| TN | Cocke County |
| TN | Columbia city |
| TN | Cookeville city |
| TN | Cumberland County |
| TN | Dandridge town |
| TN | De Kalb County |
| TN | Decatur town |
| TN | FENTRESS COUNTY |
| TN | Franklin County |

| TN | Germantown city |
|----|-----------------|
| TN | Giles County |
| TN | Grainger County |
| TN | GREENE COUNTY |
| TN | Grundy County |
| TN | Hamblen County |
| TN | HAMILTON COUNTY |
| TN | HANCOCK COUNTY |
| TN | HAWKINS COUNTY |
| TN | Kingsport city |
| TN | Knox County |
| TN | Knoxville city |
| TN | La Vergne city |
| TN | Loudon County |
| TN | Lynchburg, Moore County metropolitan government |
| TN | MADISON COUNTY |
| TN | Marion County |
| TN | Marshall County |
| TN | Maryville city |
| TN | Mcminn County |
| TN | Meigs County |
| TN | Monroe County |
| TN | Morristown city |
| TN | Murfreesboro city |
| TN | OVERTON COUNTY |
| TN | PICKETT COUNTY |
| TN | Pigeon Forge city |
| TN | Polk County |
| TN | Putnam County |
| TN | Rhea County |
| TN | Ripley city |
| TN | Roane County |
| TN | Sequatchie County |
| TN | Sevier County |
| TN | SHELBY COUNTY |
| TN | Spring Hill city |
| TN | Sullivan County |
| TN | SUMNER COUNTY |
| TN | Unicoi County |

- 47 -

| TN | Union County |
|----|----|
| TN | Van Buren County |
| TN | Warren County |
| TN | Wayne County |
| TN | White County |
| TX | BAILEY COUNTY |
| TX | BEE COUNTY |
| TX | BLANCO COUNTY |
| TX | BRAZOS COUNTY |
| TX | BURLESON COUNTY |
| TX | BURNET COUNTY |
| TX | CAMERON COUNTY |
| TX | CASS COUNTY |
| TX | COOKE COUNTY |
| TX | DELTA COUNTY |
| TX | DIMMIT COUNTY |
| TX | DUVAL COUNTY |
| TX | ECTOR COUNTY |
| TX | EL PASO COUNTY |
| TX | ELLIS COUNTY |
| TX | FALLS COUNTY |
| TX | FANNIN COUNTY |
| TX | FORT BEND COUNTY |
| TX | GALVESTON COUNTY |
| TX | GRAYSON COUNTY |
| TX | HARDIN COUNTY |
| TX | HARRISON COUNTY |
| TX | HENDERSON COUNTY |
| TX | HIDALGO COUNTY |
| TX | HOPKINS COUNTY |
| TX | Houston city |
| TX | HOUSTON COUNTY |
| TX | JASPER COUNTY |
| TX | JIM HOGG COUNTY |
| TX | JIM WELLS COUNTY |
| TX | JOHNSON COUNTY |
| TX | KAUFMAN COUNTY |
| TX | KERR COUNTY |
| TX | KINNEY COUNTY |

- 48 -

| | |
|---|---|
| TX | KLEBERG COUNTY |
| TX | LEON COUNTY |
| TX | LIBERTY COUNTY |
| TX | LIMESTONE COUNTY |
| TX | MARION COUNTY |
| TX | MCMULLEN COUNTY |
| TX | MILAM COUNTY |
| TX | MITCHELL COUNTY |
| TX | NACOGDOCHES COUNTY |
| TX | NEWTON COUNTY |
| TX | ORANGE COUNTY |
| TX | PANOLA COUNTY |
| TX | PARKER COUNTY |
| TX | POTTER COUNTY |
| TX | ROBERTSON COUNTY |
| TX | ROCKWALL COUNTY |
| TX | San Antonio city |
| TX | SHELBY COUNTY |
| TX | STEPHENS COUNTY |
| TX | THROCKMORTON COUNTY |
| TX | TRAVIS COUNTY |
| TX | TRINITY COUNTY |
| TX | VAN ZANDT COUNTY |
| TX | WALLER COUNTY |
| TX | WILLIAMSON COUNTY |
| TX | WOOD COUNTY |
| TX | ZAVALA COUNTY |
| UT | DAVIS COUNTY |
| UT | GRAND COUNTY |
| UT | IRON COUNTY |
| UT | MILLARD COUNTY |
| UT | SALT LAKE COUNTY |
| UT | SAN JUAN COUNTY |
| UT | SANPETE COUNTY |
| UT | UTAH COUNTY |
| VA | BUCHANAN COUNTY |
| VA | Hopewell city |
| VA | SCOTT COUNTY |
| WA | Everett city |

- 49 -

| | |
|---|---|
| WA | Seattle city |
| WI | Cudahy city |
| WI | DANE COUNTY |
| WI | Franklin city |
| WI | Greenfield city |
| WI | Marinette city |
| WI | MILWAUKEE COUNTY |
| WI | Mount Pleasant village |
| WI | Oak Creek city |
| WI | South Milwaukee city |
| WI | Sturtevant village |
| WI | Superior city |
| WI | Union Grove village |
| WI | WAUKESHA COUNTY |
| WI | Wauwatosa city |
| WI | West Allis city |
| WV | Addison (Webster Springs) Town |
| WV | Barbour County |
| WV | Barboursville Village |
| WV | Bluefield City |
| WV | Boone County |
| WV | Braxton County |
| WV | Brooke County |
| WV | Buckhannon City |
| WV | Cabell County |
| WV | Calhoun County |
| WV | Chapmanville Town |
| WV | Charleston City |
| WV | Clay County |
| WV | Clendenin Town |
| WV | Doddridge County |
| WV | Dunbar City |
| WV | Eleanor Town |
| WV | Elizabeth Town |
| WV | Fayette County |
| WV | Fort Gay Town |
| WV | Gauley Bridge Town |
| WV | Gilbert Town |
| WV | Gilmer County |

- 50 -

| WV | Glenville Town |
|----|----------------|
| WV | Grafton City |
| WV | Granville Town |
| WV | Greenbrier County |
| WV | Hamlin Town |
| WV | Hancock County |
| WV | Harrison County |
| WV | Harrisville Town |
| WV | Huntington City |
| WV | Hurricane City |
| WV | Jackson County |
| WV | Kanawha County |
| WV | Kenova City |
| WV | Kermit City |
| WV | Lewis County |
| WV | Lincoln County |
| WV | Logan City |
| WV | Logan County |
| WV | Man Town |
| WV | Marion County |
| WV | Marshall County |
| WV | Mason County |
| WV | Mcdowell County |
| WV | Mercer County |
| WV | Milton Town |
| WV | Mingo County |
| WV | Monongalia County |
| WV | Montgomery City |
| WV | Nicholas County |
| WV | Ohio County |
| WV | Parkersburg City |
| WV | Philippi City |
| WV | Pleasants County |
| WV | Princeton City |
| WV | Putnam County |
| WV | Quinwood Town |
| WV | Rainelle Town |
| WV | Randolph County |
| WV | Ravenswood City |

- 51 -

| WV | Ripley City |
|----|-------------|
| WV | Ritchie County |
| WV | Roane County |
| WV | Rupert Town |
| WV | Smithers City |
| WV | Sophia Town |
| WV | Spencer City |
| WV | St. Albans City |
| WV | St. Marys City |
| WV | Summersville City |
| WV | Sutton Town |
| WV | Taylor County |
| WV | Tyler County |
| WV | Upshur County |
| WV | Vienna City |
| WV | Wayne County |
| WV | Webster County |
| WV | Welch City |
| WV | West Hamlin Town |
| WV | Wetzel County |
| WV | Whitesville Town |
| WV | Williamson City |
| WV | Williamstown City |
| WV | Winfield Town |
| WV | Wirt County |
| WV | Wood County |
| WY | Riverton city |
| WY | Sheridan city |