**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*All actions* | **MDL No. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**CONSENT MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUNDS**
**FOR SETTLEMENTS WITH CERTAIN REMNANT DEFENDANTS**

The Plaintiffs' Executive Committee ("PEC") has reached a global settlement to potentially resolve all opioid cases that have been filed, and that might have been filed, by eligible subdivisions against certain Remnant Defendants,[1] conditioned on a sufficient level of subdivision participation.

To facilitate the settlement participation process set forth in the Remnant Defendant Settlement Agreement dated February 23, 2026, the parties wish to establish a qualified settlement fund to hold settlement proceeds until the process is concluded. In anticipation of Remnant Defendants determining to proceed with the settlement, the parties wish to further establish the other qualified settlement funds provided for in the settlement agreement and provide for their

---

[1] The Remnant Defendants are, collectively, Associated Pharmacies, Inc., American Associated Pharmacies, J M Smith Corporation, Louisiana Wholesale Drug Company, Inc., Morris & Dickson Co., North Carolina Mutual Wholesale Drug Company, Inc., United Natural Foods, Inc. (including without limitation its direct and indirect subsidiaries SuperValu, Inc., Advantage Logistics Southwest, Inc., Advantage Logistics USA West, L.L.C., Advantage Logistics USA East, L.L.C., and UNFI Distribution Company, LLC) collectively, and all their past and present subsidiaries (excluding, in the case of United Natural Foods, Inc., New Albertsons, Inc. (a former subsidiary of SuperValu, Inc.), divisions, predecessors, successors, and assigns (in each case, whether direct or indirect).

administration consistent with the terms of the Remnant Defendant Settlement Agreement should Remnant Defendants determine to proceed with the settlement.

Accordingly, the PEC, with Remnant Defendants' consent, respectfully moves this Court to enter the proposed Order attached as **Exhibit A** approving the establishment of qualified settlement funds including a settlement fund, an attorney fee fund comprised of a Contingency Fee Fund and a Common Benefit Fund, and a cost fund, and providing for their administration in accordance with the Remnant Defendant Settlement Agreement and this Court's prior Orders referenced in the proposed Order.

WHEREFORE, the PEC respectfully request that this Motion be granted and the Court enter the proposed order attached as **Exhibit A**.

Dated: April 10, 2026

Respectfully submitted,

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Ave., Suite 201
San Juan, PR  00918
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

2

*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Ave East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*s/Peter H. Weinberger*
Peter H. Weinberger

3