**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*City of Rochester v. Purdue Pharma*, *L.P.*, No. 19-op-45853 ("Track 12")<br><br>*City of Ogdensburg v. Purdue Pharma, L.P.*, No. 19-op-45852 ("Track 22") | **MDL No. 2804**<br><br>**Case No.: 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**OPTUMHEALTH DEFENDANTS'**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

In accordance with Federal Rule of Civil Procedure 12(b)(2), and for the reasons discussed in their accompanying memorandum of law, Defendants OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, and Optum Health Networks, Inc. (the **OptumHealth Defendants**) move to dismiss Plaintiff the City of Rochester's and Plaintiff the City of Ogdensburg's amended complaints (Dkt. 5346-1; Dkt. 6504) for lack of personal jurisdiction.

Respectfully submitted, July 16, 2026.

*/s/ Brian D. Boone*
Brian D. Boone
Emily McGowan
Brandon C.E. Springer
Matthew P. Hooker
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
T: (704) 444-1000
brian.boone@alston.com
emily.mcgowan@alston.com
brandon.springer@alston.com
matthew.hooker@alston.com

D. Andrew Hatchett
Bradley D. Harder
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW, Suite 4900
Atlanta, GA 30309
T: (404) 881-7000
andrew.hatchett@alston.com
bradley.harder@alston.com

Robert J. Giuffra Jr.
Jeffrey T. Scott
Matthew J. Porpora
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
giuffrar@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*Attorneys for OptumHealth Care Solutions, LLC, OptumHealth Holdings, LLC, Optum Health Networks, Inc.*