**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*City of Rochester v. Purdue Pharma*, *L.P.*, No. 19-op-45853 ("Track 12")<br><br>*City of Ogdensburg v. Purdue Pharma, L.P.,* No. 19-op-45852 ("Track 22") | **MDL No. 2804**<br><br>**Case No.: 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**DECLARATION OF ANDREW HATCHETT**

I, Andrew Hatchett, declare as follows:

1. I am over eighteen years old, of sound mind, and under no legal disability. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them. I am an attorney with the law firm of Alston & Bird LLP, and counsel of record in this case. I submit this declaration in support of the OptumHealth Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

2. Attached as Exhibit 1 is a true and accurate copy of excerpts of the transcript of the deposition of Michael Rosen taken in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 16, 2026

*/s/ D. Andrew Hatchett*
D. Andrew Hatchett