# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

Case No. 1:19-op-45853-DAP

THIS DOCUMENT RELATES TO: TRACK 12 CASE

Hon. Dan A. Polster

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO-RECORDED DEPOSITION OF
MICHAEL ROSEN, MD

Heritage Hotel
Executive Boardroom
522 Heritage Road
Southbury, Connecticut

05/08/2025
9:11 a.m. (EDT)

REPORTED BY: AMANDA GORRONO, CLR
CLR NO. 052005-01
JOB NO. 2208

05/08/2025
9:11 a.m. (EDT)

VIDEO-RECORDED DEPOSITION OF MICHAEL ROSEN, MD, held at Heritage Hotel, Executive Boardroom, 522 Heritage Road Southbury, Connecticut, before Amanda Gorrono, Certified Live Note Reporter, and Notary Public of the State of New York.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

Donald A. Migliori, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464 US
PHONE: (843)216-9000
E-MAIL: Dmigliori@motleyrice.com

-AND-

Laura S. Fitzpatrick, Esquire
Simmons Hanly Conroy LLP
112 Madison Avenue, 7th floor
New York, New York
10016-7416
PHONE: (212) 257-8482
E-MAIL: Lfitzpatrick@simmonsfirm.com

-AND-

Pearl A. Robertson, Esquire - Via Zoom
Irpino Avin & Hawkins
2216 Magazine Street,
New Orleans, LA 70130

ON BEHALF OF OPTUMRX:

Brian D. Boone, Esquire
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
PHONE: (704) 444-1106
E-MAIL: Brian.boone@alston.com

-AND-

William Metcalf, Esquire
Alston & Bird LLP
Vantage South End
1120 South Tryon Street
Suite 300
Charlotte, NC 28203
PHONE: (704)444-1277
E-MAIL: Will.metcalf@alston.com

A P P E A R A N C E S (cont'd)

ON BEHALF OF EXPRESS SCRIPTS:

Roshan Rama, Esquire - Via Zoom
Quinn Emanuel Urquhart & Sullivan, LLP
1200 Abernathy Road NE
Building 600
Suite 1500
Atlanta, GA 30328
PHONE: (770) 336-8757
E-MAIL: Roshanrama@quinnemanuel.com

ON BEHALF OF THE PEC AND CITY OF ROCHESTER AND CITY OF OGDENSBURG:

Hunter J. Shkolnik, Esquire - Via Zoom
Napoli Shkolnik, PLLC
1302 Avenue Ponce de León
San Juan, Puerto Rico 00907
PHONE: (787) 493-5088
E-MAIL: Hunter@nsprlaw.com

ALSO PRESENT:

John Kokkinen, UnitedHealth Group - Senior Associate General Counsel - Enterprise Government Investigations, Litigation
Danny Ortega, Videographer
Michael Fronzaglia, Trial Tech
Amanda Unterreiner, Litigation Paralegal - Motley Rice - Via Zoom
Nick Migliori

THE VIDEOGRAPHER: Stand by, please.

We are now on the record. My name is Danny Ortega, and I'm the legal videographer for Hartford Reporting.

Today's date is May 8, 2025, and the time is 9:11 a.m.

This video deposition is being held at 522 Heritage Road, Southbury, Connecticut in the matter of In Re: National Prescription Opiate Litigation - Track Twelve MDL-2804.

The deponent today is Dr. Michael Rosen.

All counsel will be noted on the stenographic record.

The court reporter today is Amanda Gorrono, and will now swear in the witness.

MICHAEL ROSEN, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE WITNESS: I do.

THE COURT REPORTER: Thank you.

managers and medical directors in the State of New York, correct?

MR. BOONE: Objection to the form.

A. No. When we talk about members, we talk about individuals who are covered by our insurance. When we talk about medical directors and case managers, we're talking about internal personnel.

BY MR. MIGLIORI:

Q. Okay. So let's break that down. With respect to internal case managers and medical directors, the clinical content that you worked on and verified and put out covered the internal segments within the State of New York, and the country as a whole, correct?

MR. BOONE: Objection to the form.

A. I'm not sure where you got State of New York, but --

BY MR. MIGLIORI:

Q. I just want to make sure that it's clear. You understand that this case involves two entities from the state of

New York.

Did you know that?

A. Yes.

Q. Okay. I just want to make sure, when you say that the clinical director -- the case managers and the medical directors that you provided education and training materials to, and clinical content to, included those case managers and medical directors within the state of New York, as well as the country?

MR. BOONE: Objection to the form.

BY MR. MIGLIORI:

Q. Correct?

A. I -- that's not a correct -- correct representation. They were medical directors and case managers that were situated in various places around the country. Frankly, I couldn't tell you if they were ones in New York.

But I also have to mention the fact that because somebody was situated in, let's say, Plano, Texas, it is impossible to know where they -- their

clients were actually situated geographically.

Q. Okay. Let me just be more basic. Did -- to your knowledge, did UnitedHealth have case managers and medical directors who were working in the state of New York?

A. I don't remember.

Q. If they were, they would have been part of this network, nationwide network of case managers and medical directors, which would have been receiving the educational materials that you helped put together, correct?

MR. BOONE: Objection to the form.

A. Yes.

BY MR. MIGLIORI:

Q. All right. There's nothing -- there's no rule in your system that New York was excluded from everything that we -- we did nationwide, right?

MR. BOONE: Same objection.

A. Not that I'm aware of.

BY MR. MIGLIORI:

A. He was under that umbrella of marketing, but I think he did a lot of economic modeling, you know, on various products. If there was a new product, he would kind of do research and provide some economic information to the company that would be useful in the decision-making.

That's kind of as far as I knew and as far as I ever went in trying to delve into what he did on a day-in-and-day-out basis.

Q. Okay. But looking at the past couple of documents, tell me if this seems like a reasonable statement.

You first met with Laura Randa King and Lisa -- Lisa Miller around March 16th of 2004, to start talking about this education program. And this education program was to be directed at case managers and medical directors, correct?

A. Case managers and medical directors who supervised or provided support for the case managers.

Q. Right, okay.

A. And mind you, none of these programs ever went to providers who wrote or nurse -- or advanced practitioners who wrote prescriptions for opioid drugs.

Q. No. But let me show you another document since you said that.

MR. MIGLIORI: This is PEC-OPT-1472. We'll mark it as Exhibit Number 21.

(Whereupon, Rosen Exhibit 21, News and Information Updates Purdue Managed Care Bates Number PPLPC029000290059 through 0290000290062, was marked for identification.)

MR. BOONE: Don, are you done with these other ones?

THE WITNESS: I think, yeah.

MR. MIGLIORI: Yes.

MR. BOONE: I want to clean it out for him a little bit.

MR. MIGLIORI: 21, I think or, sorry, Exhibit 20 --

THE TECH: 21.

MR. MIGLIORI: Okay. I'm sorry.

CERTIFICATE OF SHORTHAND REPORTER

NOTARY PUBLIC

I, Amanda Gorrono, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of May, 2025.



______________________________

AMANDA GORRONO, CLR
CLR NO: 052005 - 01

Notary Public in and for the State of New York
County of Suffolk
My Commission No. 01G06041701
Expires: 01/07/2027

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

This document relates to:

*City of Rochester v. Purdue Pharma, L.P.*, No. 19-op-45853 (Track 12)

*City of Ogdensburg v. Purdue Pharma, L.P.*, No. 19-op-45852 (Track 22)

**MDL No. 2804**

**Case No.: 1:17-MD-2804**

**Judge Dan Aaron Polster**

**ERRATA SHEET FOR DEPOSITION OF MICHAEL ROSEN**

I, Michael Rosen, declare under penalty of perjury that the testimony contained in my deposition taken on May 8, 2025, is true and correct, with the exception of the following changes:

| Page: Line | Change From | Change To | Reason |
|---|---|---|---|
| 40:7 | away | a way | Transcription error |
| 45:3 | that’s | that | Clarify transcript |
| 50:18 | and it didn’t | and I didn’t | Transcription error |
| 64:8–9 | pharmacy therapeutics | pharmacy and therapeutics | Clarify transcript |
| 65:6–8 | I had a lot of the responsibilities. To do a good job -- and there were great many material | I had a lot of responsibilities to do a good job -- and there were a great many materials | Clarify transcript |
| 72:17 | Optum Health | OptumHealth | Spelling error |
| 110:25 | as much | as a much | Transcription error |
| 121:1 | With | It’s | Transcription error |

| Page: Line | Change From | Change To | Reason |
|---|---|---|---|
| 134:23–24 | disorder. just | disorder. It's just | Transcription error |
| 161:6 | accidental death? | "accidental death"? | Clarify transcript |
| 161:11 | I have | I don't have | Transcription error |
| 182:21 | other. | others. | Transcription error |
| 194:3–4 | we will be launching. | "we will be launching." | Clarify transcript |
| 197:12 | we | "we" | Clarify transcript |
| 242:5–6 | tolerance, physical dependence and addiction. | "tolerance," "physical dependence," and "addiction." | Clarify transcript |
| 248:13 | as | has | Transcription error |
| 250:22 | medical education. | Medical Education. | Align transcript to exhibit |
| 253:25 | 17,000. | "17,000." | Clarify transcript |
| 254:1 | give | given | Transcription error |
| 267:6 | that's what | that was | Transcription error |
| 283:23–25 | equation pharmacists -- you know, pharmacists, physician, nursing, et cetera. | equation. "Pharmacists," you know, "pharmacists," "physician," "nursing," etc. | Clarify transcript |
| 307:21–22 | pain and the context of function. | "pain in the context of function." | Transcription error; clarify transcript; align transcript to exhibit |
| 318:9 | "partnership." | "partnerships." | Align transcript to exhibit |
| 373:20 | tile | title | Transcription error |
| 410:16 | Meperidine. | "Meperidine." | Clarify transcript |

Dated: June __12________, 2025

/s/ *Michael Rosen*
Michael Rosen