**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*All Cases Noted on Attached Appendix A* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER |

**MASTER STIPULATION AND ORDER DISMISSING CLAIMS WITH PREJUDICE SUBJECT TO THE TERMS OF THE PURDUE/SACKLER GOVERNMENTAL ENTITY & SHAREHOLDER DIRECT SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the Plaintiff Subdivisions identified in Appendix A (collectively, the "**Dismissing Plaintiffs**")[1] and Defendants David Sackler, in both his individual capacity and as a co-executor of the Estate of Beverly Sackler; Richard Sackler, in both his individual capacity and as a co-

executor of the Estate of Beverly Sackler; Garrett Lynam, in his capacity as executor of the Estate of Jonathan Sackler; Ilene Sackler Lefcourt; Kathe A. Sackler; Mortimer D.A. Sackler; and Theresa Sackler (the "**Stipulating Defendants**") that, pursuant to the election of each Dismissing Plaintiff to participate in the Governmental Entity & Shareholder Direct Settlement Agreement (the "**GESA**"), which is dated May 1, 2026, and is binding on the Dismissing Plaintiffs and Stipulating Defendants, and which has an Effective Date of May 1, 2026 (a copy of which is attached as Appendix B), all claims of each Dismissing Plaintiff against the Stipulating Defendants and any of the Shareholder Released Parties or Released Parties, including without limitation any

[1] Paragraph 4 of the Participation Agreements authorizes the Plaintiffs' Executive Committee to execute this Stipulation of Dismissal with Prejudice on behalf of the Governmental Entities.

person or entity identified on the attached Appendix C,[2] are hereby voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, subject in all respects to Section 9.02 of the Master Settlement Agreement and the retention of power by this Court to modify this Master Stipulation and Order as necessary to effect Section 9.02 of the Master Settlement Agreement, including, but not limited to, by retaining the power to modify this Master Stipulation and Order such that, in the event that the release of applicable claims is declared void pursuant to Section 9.02 of the Master Settlement Agreement, the Court shall, upon request by a party or the MDT, vacate any dismissal pursuant to this Master Stipulation and Order. Unless otherwise defined herein, capitalized terms in this Master Stipulation and Order shall have the same meaning given to them in the GESA. The Court shall otherwise retain jurisdiction to the extent provided under the GESA.[3]

Dated: Respectfully submitted,

Agreed as to form and substance:

Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

---

[2] Appendix C, also attached hereto, represents a good faith effort by the Stipulating Defendants to list all other Shareholder Released Parties or Released Parties that may be individually named in any of the Dismissing Plaintiffs' complaints. Appendix C is not intended to limit the scope of the Shareholder Released Parties or Released Parties, and to the extent that Dismissing Plaintiffs or the Stipulating Defendants subsequently identify any Shareholder Released Parties or Released Parties that should have been included on Appendix C, they will inform the Clerk of the Court.

[3] To the extent any Plaintiff Subdivision is inadvertently included on or excluded from Appendix A, the Court retains jurisdiction to hear those disputes. In advance of raising any such issue with the Court, the Plaintiff Subdivision must meet and confer with defense counsel and Plaintiffs' Liaison Counsel.

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
FARRELL & FULLER LLC
270 Munoz Rivera Ave, Suite 201
San Juan, PR 00918
(304)654-8281
paul@farrellfuller.com

*Plaintiffs' Co-Lead Counsel*

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY &LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

/s/*Stuart G. Parsell*
Stuart G. Parsell (Ohio Bar No. 0063510)
ZEIGER, TIGGES & LITTLE LLP
8000 Walton Parkway, Suite 260
New Albany, Ohio 43054
(614) 365-9900
parsell@litohio.com

*Attorney for Stipulating Defendants David Sackler, in both his individual capacity and as co-executor of the Estate of Beverly Sackler; Richard Sackler, in both his individual capacity and as co-executor of the Estate of Beverly Sackler; Garrett Lynam, in his capacity as executor of the Estate of Jonathan Sackler; Ilene Sackler Lefcourt; Kathe A. Sackler; Mortimer D.A. Sackler; and Theresa Sackler*

SO ORDERED this 18th day of August, 2026.

*s/Dan Aaron Polster*
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/Peter H. Weinberger*
Peter H. Weinberger